Case 2:07-md-01873-KDE-MBN   Document 16598-48   Filed 10/05/10   Page 1 of 15

# Transcript of the Testimony of **Brian Boyle**

**Date:** February 5, 2010

**Case:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Printed On: February 19, 2010



ACE·FEDERAL

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com



EXHIBIT 35

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - x

in re: FEMA TRAILER            : MDL Number

FORMALDEHYDE PRODUCTS           : 07-1873

LIABILITY LITIGATION.           : Section N(5)

- - - - - - - - - - - - - - :

THIS DOCUMENT RELATES TO:       :

LYNDON WRIGHT,                  :

      Plaintiff,            : Number 09-2977

  vs.                          :

FOREST RIVER, INC., et al.,     :

      Defendants.           :

- - - - - - - - - - - - - - x


VIDEOTAPED DEPOSITION OF BRIAN BOYLE


Washington, D.C.

Friday, February 5, 2010



REPORTED BY:

SARA A. WICK, RPR, CRR

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 2

1    Videotaped deposition of BRIAN BOYLE, called for

2  examination pursuant to Notice of Deposition, on

3  Friday, February 5, 2010, in Washington, D.C., at

4  the offices of Baker Donelson Bearman Caldwell &

5  Berkowitz, PC, 555 11th Street Northwest, Suite 600,

6  at 9:07 a.m., before SARA A. WICK, RPR, CRR, a

7  Notary Public within and for the District of

8  Columbia, when were present on behalf of the

9  respective parties:

10        FRANK J. D'AMICO, JR., ESQ. (via telephone)

11        The Law Offices of Frank J. D'Amico, Jr.

12        622 Baronne Street, Second Floor

13        New Orleans, Louisiana 70113

14        504-525-7272

15        fdamicojr@damicolaw.net

16        On behalf of Plaintiffs

17

18               -- continued --

19

20

21

22

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 3

1  APPEARANCES (continued):

2        M. DAVID KURTZ, ESQ.

3        Baker Donelson Bearman Caldwell &

4           Berkowitz, P.C.

5        201 St. Charles Avenue, Suite 3600

6        New Orleans, Louisiana 70170

7        504-566-5259

8        dkurtz@bakerdonelson.com

9        On behalf of Defendant Shaw Environmental

10

11       HENRY T. MILLER, ESQ.

12       CHELSEA CONANAN, ESQ.

13       United States Department of Justice

14       Civil Division

15       Environmental Torts

16       1331 Pennsylvania Avenue Northwest

17       Washington, D.C. 20004

18       202-616-4223

19       henry.miller@usdoj.gov

20       On behalf of Defendant United States

21

22                    -- continued --

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 4

1  APPEARANCES (continued):

2       CHARLES R. PENOT, JR., ESQ.

3       Middleberg Riddle & Gianna

4       717 North Harwood, Suite 2400

5       Dallas, Texas 75201

6       214-220-6334

7       cpenot@midrid.com

8       On behalf of Defendant Fluor Enterprises

9

10      JASON D. BONE, ESQ.

11      Gieger, Laborde & Laperouse, L.L.C.

12      701 Poydras Street, 48th Floor

13      New Orleans, Louisiana 70139

14      504-654-1325

15      jbone@glllaw.com

16      On behalf of Defendant Forest River

17

18                  -- continued --

19

20

21

22

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 5

1  APPEARANCES (continued):

2      KRISTOPHER REDMANN, ESQ. (via telephone)

3      Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

4      601 Poydras Street, Suite 2775

5      New Orleans, Louisiana 70130

6      504-568-1990

7      kredmann@lawla.com

8      On behalf of Defendant Liberty Mutual

9          Insurance

10

11     JOSEPH G. GLASS, ESQ. (via telephone)

12     Duplass, Zwain, Bourgeois, Pfister &

13         Weinstock

14     3838 North Causeway Boulevard, Suite 2900

15     Metairie, Louisiana 70002

16     504-832-3700

17     jglass@duplass.com

18     On behalf of Defendant Gulf Stream Coach

19

20                  -- continued --

21

22

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 6

1 APPEARANCES (continued):

2 THOMAS L. COUGILL, ESQ. (via telephone)

3 Willingham, Fultz & Cougill LLP

4 808 Travis Street, Suite 1608

5 Houston, Texas 77002

6 713-333-7600

7 tomc@willingham-law.com

8 On behalf of Defendants Jayco and

9 Starcraft RV

10

11 A. J. KROUSE, ESQ. (via telephone)

12 Frilot L.L.C.

13 1100 Poydras Street, Suite 3700

14 New Orleans, Louisiana 70163

15 504-599-8016

16 akrouse@frilot.com

17 On behalf of Defendant Bechtel National

18

19 -- continued --

20

21

22

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 7

1  APPEARANCES (continued):

2       KELLY M. MORTON, ESQ. (via telephone)

3       Garrison, Yount, Forte & Mulcahy, L.L.C.

4       909 Poydras Street, Suite 1800

5       New Orleans, Louisiana 70112

6       504-412-7131

7       kmorton@garrisonyount.com

8       On behalf of Defendants Recreation by

9         Design, TL Industries, Frontier RV,

10        Play'Mor Trailers, and Cruiser RV

11

12  Also Present:  Al Whitaker

13                 Larry Flowers, Videographer

14

15

16

17

18

19

20

21

22

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 8

1           P R O C E E D I N G S

2           VIDEO OPERATOR:  This is the deposition of

3  Brian Boyle, in re, FEMA Trailer Formaldehyde

4  Products Liability Litigation, MDL Number 07-1873,

5  in the United States District Court, Eastern

6  District of Louisiana.

7           This deposition is being taken at Baker

8  Donelson Bearman Caldwell & Berkowitz, PC, 555 11th

9  Street Northwest, Washington, D.C.  The time is

10 approximately 9:07 a.m.  The date is February 5th,

11 2010.  The court reporter is Sara Wick, with the

12 firm of Ace-Federal Reporters.  I am the video

13 operator, Larry Flowers, also representing --

14           MR. D'AMICO:  Guys, I may get

15 disconnected.  I may have to dial back in.  So give

16 me a second here.

17           MR. MILLER:  Keep going.

18           VIDEO OPERATOR:  -- also representing

19 Ace-Federal, 616 H Street Northwest, Suite 550,

20 Washington, D.C. 20001.

21           Will counsel identify themselves and who

22 they represent.

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 9

1       MR. KURTZ:   David Kurtz for Shaw
2   Environmental, Inc.
3       MR. PENOT:   Charles Penot for Fluor
4   Enterprises, Inc.
5       MR. BONE:   Jason Bone for Forest River,
6   Incorporated.
7       MR. MILLER:   Henry Miller and Chelsea
8   Conanan for the United States Department of Justice
9   for Defendant Unites States of America.
10      MR. PENOT:   And also present in the room
11  with me is Al Whitaker of Fluor Enterprises, Inc.
12      VIDEO OPERATOR:   Will the court reporter,
13  please, swear in the witness.
14  Whereupon,
15                  BRIAN BOYLE
16  was called as a witness and, having first been duly
17  sworn, was examined and testified as follows:
18                  EXAMINATION
19      BY MR. KURTZ:
20      Q   Good morning, Mr. Boyle.
21      A   Good morning.
22      Q   Again, we met earlier, but my name is Dave

1  Kurtz.  I represent Shaw.

2           Have you ever given a deposition before,

3  sir?

4      A    I have.

5      Q    You probably know the basics.  The one

6  thing I want to emphasize is to try to make sure

7  that you and I are on the same page with regard to

8  questions.  If I ever ask you a question that for

9  any reason you don't understand, if I ask a poor

10 one, anything like that, can you, please, just let

11 me know so I can try to rephrase it?

12     A    Yes, sir.

13     Q    And you have to say yes or no for the

14 court reporter.  That's another one of the issues.

15     A    Yes.

16     Q    Mr. Boyle, what is your current position?

17     A    I'm a program specialist for FEMA

18 Individual Assistance.

19     Q    And what does a program specialist for

20 FEMA IA do?

21     A    Everything.  I work in the housing

22 operations.

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 132

1    A    According to the document, correct.

2    Q    So at least as of March 21st when we
3  received this, FEMA was aware that Shaw, at least
4  Shaw had represented to FEMA that they were opening
5  up and venting the units prior to delivering them to
6  a priority site for occupancy; is that right?

7    A    Yes.

8    Q    Now, I want to ask you to turn to Exhibit
9  Number 11, which is Bates stamped SHAW 013521
10 through 538.  Do you have that in front of you?

11   A    Yes, sir.

12   Q    And again, the first two pages of this
13 document, Exhibit 11, is an e-mail -- the original
14 e-mail from yourself to the six ITAC representatives
15 requesting the information on formaldehyde; right?

16   A    The IATAC, yes.

17   Q    The IATAC.  I keep messing that up, and I
18 apologize.  And the second e-mail that follows up is
19 from a Mike Falino; is that right?

20   A    Yes.

21   Q    And that is the response from CH2M-Hill to
22 your request for information; is that right?

1   A   According to the way this e-mail is laid
2   out, yes.
3   Q   And Mike Falino, when he sent this to you,
4   also sent this to Larry Woodruff, Guy Bonomo; is
5   that correct?
6   A   Yes.
7   Q   And those, you had indicated earlier, were
8   supervisors in the DHOPS program in Louisiana; is
9   that right?
10  A   Yes, sir.
11  Q   It also has an individual, Louis Narcisco.
12  Do you see that?
13  A   Yes.
14  Q   Do you know who that is?
15  A   Louie was the lead inspector for
16  Plaquemines Parish, and that's where Hill did --
17  yeah, he was an inspector for FEMA.
18  Q   And so Mr. Falino not only responded to
19  you and sent it to yourself, but he also sent it to
20  three other representatives of FEMA; correct?
21  A   Yes.
22  Q   In fact, since Larry Woodruff was the

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 134

1  person who had requested you to send this e-mail,
2  Larry Woodruff got this response as well?
3      A   Yes.
4      Q   Now, what CH2M-Hill reported through
5  Michael Falino is that they are currently airing out
6  the TTs, travel trailers; is that correct?
7      A   Yes.
8      Q   And then it says "by turning on the AC and
9  exhaust fans in the bathroom, the smell would just
10 about in all cases clear up in 24-hour period or in
11 most cases less than 24 hours."
12         So CH2M-Hill was reporting to FEMA in
13 March 20, 2006, that they were airing out the travel
14 trailers prior to issuing them to occupants; is that
15 correct?
16     A   Yes.
17     Q   And in addition, they go on to say "we
18 also advise the occupants during the monthly PMI."
19 Do you know what "PMI" refers to?  Preventive
20 medical inspection?
21     A   Yeah, preventive maintenance inspections,
22 yes.

Brian Boyle - February 5, 2010
In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Page 135

1      Q      "We also advise the occupants during the
2   monthly PMI and in the maintenance manual (see
3   attached) to ventilate the TT," travel trailer, "to
4   control the buildup of moisture which will also help
5   reduce the level of off-gassing chemicals."
6             So in other words, they were also
7   instructing the occupants to vent out the travel
8   trailers, weren't they?
9      A      Yes.
10     Q      And that's what they told FEMA they were
11  doing in March of 2006; is that correct?
12     A      Yes.
13     Q      Now, this manual that is attached to this
14  document, Exhibit 11, I had some questions about
15  this. You may or may not be able to answer it. But
16  the e-mail at the top from Guy Bonomo that you're
17  not on refers to a maintenance manual ver. 4,
18  dclj.doc.
19            Do you see that?
20     A      Yes, I do.
21     Q      Do you know whether the document that is
22  attached to the first two pages of Exhibit 11, which