

# Owners Manual

EXHIBIT
39
tabbies
McGraw
DEPOSITION
EXHIBIT
6
PENGAD 800-631-6989

2642 Hackberry Drive
Goshen, IN 46526
(574) 534-9430

MCGRAW000001

MCGRAW_EX-000013

# Keystone RV Company

# Owner's Manual

Montana

BIG SKY

Laredo

RAPTOR

Mountaineer by Montana

Cabana

HORNET
by Keystone

Tail-gator By Keystone

EVEREST

Zeppelin

Challenger

SPRINTER

Outback

SPRINGDALE

High
Country
COUGAR

COUGAR

09/16/04

MCGRAW000002

MCGRAW_EX-000014



September 10, 2004

Dear Keystone Owner,

Thank you for purchasing a Keystone RV product. Your decision to own a Keystone is what drives our efforts everyday and we appreciate your vote of confidence.

As you may know, Keystone RV is the #1 selling RV brand in North America. We don't take that position for granted and want the experience with your new travel trailer or fifth wheel to be enjoyable. To help get you started, please take a few minutes and review our Owner's Manual. It is pretty straightforward and will help you understand many of the functions and required maintenance of your RV.

On behalf of everyone at Keystone RV Company, we hope you will enjoy our product as much as we have enjoyed creating it for you.

Your Keystone RV Team

*2642 Hackberry Drive – Goshen, IN 46526*
*Phone: (866) 425-4369 – FAX (574) 534-9057*
*WWW.keystonerv.com*



# Introduction

Keystone RV Company has provided this manual solely for the purpose of providing instructions about the operation and maintenance of its recreational vehicle. Nothing in this manual creates any warranty, either expressed or implied. The only warranty offered by Keystone RV Company is set forth in the limited warranty applicable to your vehicle.

The Limited Warranty and limited warranties issued by the component manufacturers require periodic service and maintenance. The owner's failure to provide these services and/or maintenance may result in loss of warranty coverage for that item. The owner should review Keystone RV Company's limited warranty and the warranties of all other manufacturers.

Instructions included in this manual are for operating some components, which may be optional on your vehicle. This manual is devoted to instructions on fifth wheels and travel trailers.

We hope you have many years of vacationing pleasure.

This manual is based on the latest information available at the time of publication. Due to continuous product development and improvements, Keystone RV Company reserves the right to make changes in product specifications and components without prior notice.



# Table of Contents

## Chapter One: Warranty

Warranty Responsibilities ____ 8
Warranty Statement ____ 9
Warranty Period and Coverage ____ 11
Owner Registration ____ 14
Obtaining Service ____ 14
Component Manufacturer Roster ____ 17

## Chapter Two: Towing and Leveling

Towing Guidelines and Weight Ratings ____ 19
Weighing Your Vehicle ____ 22
Hitching Instructions ____ 23
Towing Procedures ____ 25
Leveling and Stabilization ____ 30

## Chapter Three: Appliances and Equipm...

Appliance Safety ____ 34
Air Conditioner ____ 35
Television Antenna ____ 36
Awning ____ 37
Cable ____ 38
Furnace ____ 39
Range / Cooktop ____ 44
Refrigerator ____ 46
Safety Equipment ____ 48

## Chapter Four: Electrical Systems

12 Volt DC ____ 51
120 Volt AC ____ 52
Ground Fault Interrupter ____ 56
Bargman 7-Way Wiring ____ 57
Breakaway Switch ____ 58



# Table of Contents

## Chapter Five: LP System

General Information ______ 60
LP Regulator ______ 61
LP Pigtails ______ 62
Split Bottle Systems ______ 63
LP Leak Detector ______ 65

## Chapter Six: Plumbing System

Water Pump ______ 66
Fresh Water System ______ 67
Water Heater ______ 69
-onitor Panel ______ 72
-terization ______ 73
-ste Water ______ 76

## Chapter Seven: Slide Out Systems

General Tips ______ 79
Hydraulically Operated Slide Outs ______ 79
Emergency Operation of Hydraulic Slide Outs ______ 82
Electric Slide Outs & Emergency Operation ______ 84

## Chapter Eight: Care and Maintenance

Overview ______ 87
Facts About Mold ______ 88
Exterior Care & Maintenance ______ 89
Roof Care & Maintenance ______ 90
Seals ______ 92
Frame ______ 93
Jacks ______ 94
Wheels & Axles ______ 95

MCGRAW000006

MCGRAW_EX-000018

 # Table of Contents

## Chapter Eight: Care and Maintenance (cont.)

Battery ____ 102
Effects of Prolonged Occupancy ____ 104
Care & Maintenance Interior ____ 105
Countertops ____ 106
Flooring ____ 107
Interior Etc. ____ 108

## Appendix

Contents ____ 109
Con[illegible]one RV ____ 110
Glo[illegible]ns ____ 111
Chem[illegible]ity Issues ____ 112
Controlling Condensation ____ 113
Storage & Winterization ____ 114
Pre-Travel Checklist ____ 115
Sport Utility Vehicle Towing ____ 116
General Maintenance Guidelines ____ 118
Maintenance & Repair Log ____ 121
Personal Records ____ 122

 

## Chemical Sensitivity Issues

Many individuals are sensitive to the out-gassing from common construction materials used in the construction of RV's. This occurs most frequently in hot weather and after a unit has been closed up for extended periods. ***Chemical sensitivity is an individual reaction.*** Common symptoms include, but are not limited to, burning eyes, respiratory irritations and other allergic reactions. These conditions are not manufacturing defects. A common myth is that formaldehyde is used in the manufacturing paneling and other building materials. *Keystone RV* ***does not*** *use products containing formaldehyde.*

**Suggested Solution:**

Frequent fresh air ventilation. Open the windows and roof vents when possible. In colder weather, running the furnace will assist in this process.

**Additional consideration:**

A large majority of holding tank chemicals contain formaldehyde. Experiment with different brands not containing formaldehyde.