FEMA17-023196

## Allen, Jotham

**From:** Miller, Stephen
**Sent:** Tuesday, May 23, 2006 8:22 AM
**To:** Hart, David
**Subject:** RE: 8

I will be in the 8 O Clock. I haven't received a copy of the solicitation yet but will get it today.

---

**From:** Hart, David
**Sent:** Tuesday, May 23, 2006 7:04 AM
**To:** Miller, Stephen
**Subject:** 8

Steve,
You going to be around this morning? Did you hear anything back on those MS contracts to test the units for formaldehyde?

EXHIBIT 44