FEMA17-022665

*Cindy*
504.762.2082

**From:** Melton, Sidney [mailto:Sidney.Melton@dhs.gov]
**Sent:** Thursday, June 01, 2006 7:26 AM
**To:** Miller, Stephen; Howell, Cindy; Igert, Jill
**Cc:** Gil, Juan
**Subject:** RE: Formaldehyde

CH2 had a test done by bonner analytical testing company, but I don't believe the standards used really gave an accurate results. Basically they turned off all air and put the test tubes throughout the TT. Of course as the TT heated up thru the day the reading became higher.

So until a standard is set on exactly how to test, then its guess work but I'm sure testing with no AC or windows open is not the standard.

Cavalier did let us know that if an individual is leaving and cutting their AC off, for them to leave the stove fan on with some windows and vents open to keep circulation going.

We are still in pursuit of a contract to do testing.

---

**From:** Miller, Stephen
**Sent:** Thursday, June 01, 2006 6:56 AM
**To:** 'Howell, Cindy'; Hart, David; Bonomo, Guy; Blake, Martin; Dipofi, David; Boyle, Brian ; Igert, Jill; Ringo, William; Carrigan, William
**Cc:** Gil, Juan; Misczak, Mark; Melton, Sidney
**Subject:** RE: Formaldehyde

Not that I am aware of. Perhaps Sid Melton can shed some light on this, they have been involved from the beginning.

---

**From:** Howell, Cindy [mailto:Cindy.Howell@dhs.gov]
**Sent:** Wednesday, May 31, 2006 5:53 PM
**To:** Hart, David; Bonomo, Guy; Blake, Martin; Dipofi, David; Boyle, Brian ; Igert, Jill; Miller, Stephen; Ringo, William; Carrigan, William
**Cc:** Gil, Juan; Misczak, Mark
**Subject:** FW: Formaldehyde

Has FEMA or an authorized representative conducted any tests to measure the formaldehyde levels in the travel trailers or mobile homes we are using?

*Cindy*
504.762.2082

---

**From:** Hart, David
**Sent:** Tuesday, May 30, 2006 10:02 AM
**To:** Suchodolski, Stacy; Bonomo, Guy; Howell, Cindy
**Subject:** RE: Formaldehyde

HQ made the determination, airing these units out would be the only steps we take. However, if an applicant comes to us with air quality testing in hand, perhaps we should take those to OGC for a determination before we act or do not act.

---

8/14/2007

FEMA-Waxman -8/27/07 Production - 337

FEMA17-022665

**EXHIBIT 45**

FCP038-000337

FEMA17-022666

**From:** Suchodolski, Stacy
**Sent:** Tuesday, May 30, 2006 8:49 AM
**To:** Bonomo, Guy; Howell, Cindy; Hart, David
**Subject:** FW: Formaldehyde

Hi

Would anyone have this information?

Thanks,
Stac

---

**From:** Cox, Geraldine
**Sent:** Monday, May 29, 2006 3:11 PM
**To:** Suchodolski, Stacy
**Cc:** Dipofi, David; Howell, Cindy
**Subject:** RE: Formaldehyde

Dear Stacy:

From my discussions with the Sierra Club, they measured formaldehyde at twice the PEL for 8 hour exposure. The formaldehyde problem has also been mentioned in the school trailers by others as causing tearing eyes and other allergic problems. Do you have actual measurements from the trailers that show the trailers, especially the ones installed by Bechtel (the ones the Sierra Club reported as being the highest levels), are at a safe level? Do we have measurements in the classroom trailers? What are the values?


Geraldine (Gerry) V. Cox, Ph.D.
Environmental Specialist
FEMA
U.S. Department of Homeland Security
New Orleans Area Field Office
One Seine Court
New Orleans, LA 70114
New Cell Phone: 337-281-4251 (can take messages)
Blackberry: 504-220-1502
Office: 504-762-2358
Fax: 504-762-2876
email: geraldine.cox@dhs.gov

---

**From:** Suchodolski, Stacy
**Sent:** Saturday, May 27, 2006 9:28 AM
**To:** Cox, Geraldine
**Cc:** Dipofi, David; Howell, Cindy
**Subject:** Formaldehyde

Geraldine,

Hi

I received guidance from our IA Policy group at HQ. According to HQ there are no health concerns associated with the formaldehyde inside our FEMA MH/TT. We were given instructions to turn on the heater for an hour, then turn off the air and open all the windows and turn on the air for 48 hours. This will eliminate the smell. If you have any questions/concerns, please feel free to contact me.

Thank you,
Stacy

8/14/2007