**FEMA**

# If A Hurricane Strikes, Leave Your Trailer To FEMA

*Trailer Safety Emphasized for Those Still Living in Temporary Housing*

Release Date: June 2, 2006
Release Number: 1606-217

» More Information on Texas Hurricane Rita

AUSTIN, Texas -- Displaced by Hurricane Rita, 4,200 families are living in travel trailers provided by the U.S. Department of Homeland Security's Federal Emergency Management Agency (FEMA). Travel trailer safety is important, as is leaving them behind if a hurricane strikes.

"Travel trailers make excellent temporary housing but they are not built to withstand hurricane-force winds of any category," said Butch Smith, director of FEMA's Texas Transitional Recovery Office. "We can't emphasize enough the importance of heeding evacuation orders. Please don't wait, evacuate, and leave the trailer to FEMA."

All residents need a disaster plan, which includes identifying shelters to go to in the event of an evacuation. Residents in less-than-standard housing should be especially vigilant in preparing disaster plans, be aware of local weather forecasts and be alert to direction from local emergency managers.

By law, FEMA emergency homes may not be moved from their assigned locations, nor is it practical to do so. The trailers are hooked to electric, sewer and water facilities and are not designed to be moved. Occupants may be assessed for any damages to the trailer if it is moved without authorization.

Unlike some family campers, FEMA emergency homes are not intended for recreational purposes. Unless qualified personnel use the proper equipment to move trailers, they can overturn, blocking evacuation routes.

"All who received a travel trailer are informed of the rules and regulations when leases are signed for the housing," said Deputy State Coordinating Officer Duke Mazurek of the Texas Governor's Division of Emergency Management. "Ignoring these rules could hamper our local emergency managers in their efforts to ensure a safe and successful evacuation."

Trailer safety is important for those living in travel trailers. Do not make any changes to your temporary home unless the change is approved by FEMA. Other tips:

- Ventilate trailers regularly to avoid buildup of possible odors from construction materials or everyday products such as cigarette smoke.

EXHIBIT 46

http://www.fema.gov/news/newsrelease.fema?id=26807

- Do not bring combustible materials (flammable liquids, etc.) into your unit.
- Do not smoke in bed or use an open flame as a flashlight.
- Do not leave cooking food unattended. Keep all cooking surfaces clean.
- Do not trap electric cords against walls where heat can build up.
- Do not use electric space heaters as a heat source.
- Keep bedding, clothes, curtains and other combustible items at least 3 feet from heat sources.
- Only use Underwriter's Laboratory (UL) approved electric blankets and warmers. Check to make sure the cords are not frayed.

FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.