FEMA17-007073

**Page, Eileen**

| | |
|---|---|
| **From:** | McQueeney, Michelle |
| **Sent:** | Tuesday, June 27, 2006 1:52 PM |
| **To:** | Souza, Kevin; Misczak, Mark; Garratt, David; Haynes, Tracy; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; 'Stephen.Miller1@dhs.gov'; Rodi, Rachel C; Pritchard, Josie; Jamieson, Gil; Madden, Darryl J |
| **Cc:** | Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don ; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J; Vollmar, Tena A; DeBorja, Ramoncito; Wall, Darren; Fried, Jordan; Taylor, Cindy |
| **Subject:** | RE: Urgent: Death of Applicant |

Yes, Gulf Coast Recovery will take the lead, in coordination with the TROs and HQ Recovery.

-----Original Message-----
From: Souza, Kevin
Sent: Tuesday, June 27, 2006 1:03 PM
To: McQueeney, Michelle; Misczak, Mark; Garratt, David; Haynes, Tracy; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; 'Stephen.Miller1@dhs.gov'; Rodi, Rachel C; Pritchard, Josie; Jamieson, Gil; Madden, Darryl J
Cc: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don ; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J; Vollmar, Tena A; DeBorja, Ramoncito; Wall, Darren; Fried, Jordan; Taylor, Cindy
Subject: RE: Urgent: Death of Applicant

Michelle,

I want to make sure our respective responsibilities are clear.

Is the Gulf Coast Recovery office now taking the lead for resolution of the formaldehyde issue?

Such responsibility includes the arrangement for comprehensive testing at the Federal level, a communication strategy, congressional and Office of General Counsel coordination, and execution of remedial steps if necessary.

Resolution will take the cooperative work of many elements of our Agency, but we to delineate the leadership component to avoid confusion and duplication of effort.

Thanks,

Kevin

-----Original Message-----
From: McQueeney, Michelle
Sent: Tuesday, June 27, 2006 12:58 PM
To: Misczak, Mark; Garratt, David; Haynes, Tracy; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; Souza, Kevin; 'Stephen.Miller1@dhs.gov'; Rodi, Rachel C; Pritchard, Josie; Jamieson, Gil; Madden, Darryl J
Cc: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don ; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J; Vollmar, Tena A
Subject: RE: Urgent: Death of Applicant

Thanks Mark. Darryl Madden (Gulf Coast Recovery Press Secretary) will work with your team and the LA TRO public affairs team on a press statement and standardized safety notice for all residents. Please have your team start on the safety notice--Darryl will be on the ground in NOLA shortly.

1    FEMA-Waxman -9/11/07 Production - 25

FEMA17-007073

EXHIBIT
53

FCP044-000025

FEMA17-007074

Gulf Coast Recovery supports a mission assignment to EPA for full testing and recommendations as well.

Jim Stark, please have JFO Ops execute this mission assignment with EPA and please provide a status update to this group when the MA is ready.

Thanks,
Michelle

-----Original Message-----
From: Misczak, Mark
Sent: Tuesday, June 27, 2006 11:46 AM
To: Garratt, David; Haynes, Tracy; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; Souza, Kevin; McQueeney, Michelle; 'Stephen.Miller1@dhs.gov'; Rodi, Rachel C; Pritchard, Josie
Cc: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J
Subject: RE: Urgent: Death of Applicant

Thank you. We will move forward with a standardized safety notice and sit tight on testing based on the potential EPA mission assignment. I will contact Kevin to coordinate on the MA if needed. I agree this is better served through the EPA as the safety of MH/TTs is not a FEMA only issue.

Thanks again,

Mark

-----Original Message-----
From: Garratt, David
Sent: Tuesday, June 27, 2006 11:36 AM
To: Misczak, Mark; Haynes, Tracy; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; Souza, Kevin; McQueeney, Michelle; 'Stephen.Miller1@dhs.gov'; Rodi, Rachel C; Pritchard, Josie
Cc: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J
Subject: Re: Urgent: Death of Applicant

Mark:

I discussed this with Kevin yesterday, and his recommendation, which I support, is to mission assign EPA to to a full assessment of the formaldahyde problem, and make recommendations.

Agree that you should not wait to post notices.

Dave


-----Original Message-----
From: Misczak, Mark
To: Haynes, Tracy; Garratt, David; Stark, James W; Jones, Berl; King, Michael; Dannels, Donna; Souza, Kevin; McQueeney, Michelle; 'Miller, Stephen' <Stephen.Miller1@dhs.gov>; Rodi, Rachel C; Pritchard, Josie
CC: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J
Sent: Tue Jun 27 12:32:25 2006
Subject: Urgent: Death of Applicant

Michelle,


Based on our conversation a few minutes ago... we are request PIO to prepare a response to the inevitable question about trailer safety. In addition, we need to move past OGC

FEMA17-007075

objections to possible testing and move forward with our safety notice (similar to the one HUD uses for Mobile Homes). I believe this issue is well past the point of "wait and see".

Please let me know what message Gulf Coast Recovery is willing to support on the issues surrounding formaldehyde.

Thank you,

Mark

---

From: Haynes, Tracy
Sent: Tuesday, June 27, 2006 10:10 AM
To: Souza, Kevin; Dannels, Donna; Garratt, David; Jones, Berl; Misczak, Mark; Stark, James W; King, Michael; Allison, Phyllis L; Verburg, Brian; Millican, Mark; Black, Brenda J
Cc: Howell, Cindy; Blake, Martin; Dibenedetto, Margarita; Kidd, Don ; MacKendrick, David; Oliver, Clifford; Phillips, David; Lannan, Robert; Jackson, Kenneth; McCarthy, Fran; Stouder, Sarah
Subject: Death of Applicant in Mobile Home Park

Just an FYI regarding the death of an applicant in a mobile home park in St. Tammany's Parrish. See attached.

At the present time, we don't have any additional information.

---

From: Johnson, Debvin
Sent: Tuesday, June 27, 2006 10:07 AM
To: Haynes, Tracy
Subject:

Debvin Johnson

Individual Assistance

(832)588-0425 Cell

(225)267-2915 Desk

Debvin.S.Johnson@dhs.gov

FEMA17-007076

"I love the recklessness of faith,

first you leap, then you grow the wings."