**McNeese, Martin**

**From:** McNeese, Martin
**Sent:** Wednesday, July 26, 2006 8:44 AM
**To:** Melton, Sidney
**Cc:** Smith, George; Laundy, Edward J; Arno, Jon
**Subject:** RE: Formaldehyde Flier

**Tracking:** Recipient     Read
Melton, Sidney   Read: 7/26/2006 8:48 AM
Smith, George
Laundy, Edward J   Read: 7/26/2006 9:01 AM
Arno, Jon   Read: 7/26/2006 8:42 AM

Hi Sid, we are trying to not generate a lot of calls, just get the facts out as we know them so we are not putting our number on it. We are anticipating that we will be able to refine the flier after the test to be a little more specific on actions that may reduce the levels. But who knows.

Take care

Martin McNeese
Louisiana TRO
██████████
cell ██████████

**From:** Melton, Sidney
**Sent:** Wednesday, July 26, 2006 9:26 AM
**To:** McNeese, Martin; Laundy, Edward J; Arno, Jon
**Cc:** Smith, George
**Subject:** RE: Formaldehyde Flier

Martin, question..I don't see a number on it. Are ya'll going to put your MDC numbers on it, we here in MS would put our call center number it.

Or is the intent not to?

*Sidney L. Melton*
Individual Assistance Section Chief
TRO Mississippi
██████████

**From:** McNeese, Martin
**Sent:** Wednesday, July 26, 2006 9:22 AM
**To:** Laundy, Edward J; Melton, Sidney; Arno, Jon
**Cc:** Smith, George
**Subject:** Formaldehyde Flier

In conjunction with HQ we have developed the attached flier. We are going to have our installation contractors give it out on all new lease-ins as part of the package, have the MDC give it to each trailer on the next monthly PM visit and give them to our recert people to hand out on recert. We are going to

FEMA-Waxman - 506

5/4/2007

EXHIBIT 55

print 200,000 for the Louisiana theater and can get some for the other three states at the same time. (Jon, I don't know who is doing your DHOP).

I have the lead on a project with EPA to do some testing on formaldehyde in the TT. EPA is working on the draft test plan. The test is basically to define the formaldehyde levels on various models in a controlled test and then to perform several actions (open widows for specific time, run fans, control humidity) and measure the effect on the formaldehyde level. We are 2-3 weeks from beginning the test, the test will take 2 weeks and then there is a 3-4 week period for data analysis and compilation. I have set up a Thursday afternoon call at 4 PM CDT for the next 4 weeks to keep everyone apprised of the progress on the test activities. If you would like a representative on the calls let me know who you designate and I will put them on the list.

Take care

Martin McNeese
Louisiana TRO
▓▓▓▓▓▓
cell ▓▓▓▓▓▓

FEMA-Waxman - 507

5/4/2007