# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER     *  CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION     *

           JUDGE ENGLEHARDT -DIV. N

           MAG. JUDGE CHASEZ - MAG. 5

*************************************************************

## DECLARATION OF GUY BONOMO

I, Guy Bonomo, state and declare as follows:

1.  I am employed by the Federal Emergency Management Agency ("FEMA"), a

component agency of the Department of Homeland Security ("DHS"), in the Individual

Assistance Division. During the response to hurricanes Katrina and Rita I served as a the Deputy

Human Services Section Chief. My footprint or area of responsibility was New Orleans,

Louisiana and the surrounding five Parishes.

2.  As part of my duties and responsibilities I am familiar with the formaldehyde flyer

that FEMA distributed in the Summer of 2006. I have read the document assigned identification

numbers FEMA08-000013 to FEMA08-000014. This document titled "Important Information

for Travel Trailer Occupants" ("Formaldehyde Flyer") constitutes a true and accurate copy of the

document that I was responsible for distributing to occupied EHUs in New Orleans and the

surrounding five Parishes in the Summer of 2006.

3.  One of my duties and responsibilities in the Summer of 2006 was to implement

Page 1 of 2

EXHIBIT

Bonomo -3
Dated 8/21/09

EXHIBIT
tabbies
56

BONOMO_EX-000006

and oversee the delivery of a formaldehyde flyer to occupied FEMA temporary emergency housing units ("EHUs") in New Orleans and the surrounding Parishes. I coordinated and oversaw this distribution with help from several supervisors that reported to me. Recertification Advisors who reported to the supervisors who were responsible for going door-to-door and delivering the flyers.

    4.    Recertification Advisors were instructed to deliver it to each occupied EHU in their respective geographic areas of responsibility.

    5.    To ensure that the Recertification Advisors delivered the Formaldehyde Flyers, my supervisors conducted random spot checks and I monitored the supervisors to ensure that they were conducting spot checks.

    6.    Delivery of the formaldehyde flyer to occupied travel trailers in New Orleans and the surrounding Parish areas was completed in September 2006.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of AUGUST.

GUY BONOMO
DHS / FEMA
Coral Gables, Florida

Page 2 of 2

BONOMO_EX-000007