Little, Joseph D. (ATSDR/DTEM/PRMSB)

From: Allred, Phillip M. (Mike) (CDC/CCEHIP/NCEH)
Sent: Monday, January 08, 2007 2:27 PM
To: Little, Joseph D. (ATSDR/DTEM/PRMSB); Wright, Scott V. (ATSDR/DTEM/PRMSB)
Cc: Allred, Phillip M. (Mike) (CDC/CCEHIP/NCEH); Keim, Mark (CDC/CCEHIP/NCEH)
Subject: formaldehyde consult

Joe and Scott,

Your consult looked good to me from a content standpoint. Frumkin had some concerns however. He wants an executive summary and some conclusions in the letter.

I suggest you wait until I hear back from him with details, but be prepared to do a short executive summary and put the essence of your conclusions and recommendations in the cover letter. There may be more changes needed depending on how he reacts. I'll let you hear as soon as I know.

Thanks.

Mike



EXHIBIT 59