# Formaldehyde Levels in FEMA-Supplied Trailers
## Early Findings from the Centers for Disease Control and Prevention

## Purpose

This flyer will tell you what researchers found in recent tests of indoor air in travel trailers and mobile homes supplied by the Federal Emergency Management Agency (FEMA) in your community. It will also give you information to protect your health and information about help in finding permanent housing.

## Background

In December 2007 and January 2008, the Centers for Disease Control and Prevention (CDC) did testing to find out about levels of formaldehyde in the indoor air of travel trailers and mobile homes supplied by FEMA. CDC has analyzed the data from the testing and has findings that affect the health of residents living in FEMA-supplied trailers and mobile homes. **These are early findings and are not the final ones.** CDC will share more information over the next several weeks.

## What did CDC find?

- In many trailers, mobile homes, and park models tested, formaldehyde levels were elevated. Levels were higher than usual in indoor air in most homes in the United States.
- Average levels of formaldehyde in all travel trailers and mobile homes were about 77 parts per billion (ppb). Breathing this much formaldehyde over time at this level can affect health.
- The formaldehyde level was probably higher in newer trailers and mobile homes when the weather was warm.
- Formaldehyde levels were different in mobile homes, park homes, and travel trailers, but all types of trailers and mobile homes tested had some high levels.

## What should you do?

- Trailer and mobile home residents should try to relocate to permanent housing before summer. Families living in trailers with children, elderly persons, or persons who already have an illness like asthma should be relocated first.



CDC is a federal public health agency under the U.S. Department of Health and Human Services.



EXHIBIT 65



- Families who live in travel trailers and mobile homes should spend as much time outdoors in fresh air as possible. This is especially important for families with children, elderly people, or those with chronic diseases such as asthma.
- Open windows as much as possible to let in fresh air.
- Try to keep the temperature inside travel trailers and mobile homes at the lowest comfortable setting.
- Do not smoke, and especially do not smoke indoors.
- If you have health concerns, see a doctor or another medical professional.

## Where can I find help?

- Representatives of the US Department of Health Services and FEMA will be visiting residents whose trailers were tested to share their individual test results. These visits will begin on February 21, 2008.
- CDC will host public availability sessions in several communities in Louisiana the week of February 25, 2008. FEMA will also be at the sessions to discuss housing options.
- CDC will host public availability sessions in several communities in Mississippi the week of March 3, 2008. FEMA will also be at the sessions to discuss housing options.

> **For answers to questions about health, please call**
> **CDC 1-800-CDC-INFO (1-800-232-4636)**
>
> **To find out about housing options, please call FEMA at**
> **1-866-562-2381, or TTY 1-800-462-7585**
> **FEMA will work with you to move you into other housing.**



CDC is a federal public health agency under the U.S. Department of Health and Human Services.

 FEMA

# Niveles de formaldehído en trailers que proporcionó FEMA
## Primeros resultados de los Centros para el Control y la Prevención de Enfermedades

## Propósito
Este volante informa sobre los resultados que los investigadores encontraron en los recientes análisis de calidad del aire en el interior de los trailers y viviendas móviles que la Agencia Federal para el Manejo de Emergencias (FEMA, por sus siglas en inglés) suministró en su comunidad. También le da información sobre cómo proteger la salud y cómo obtener ayuda para encontrar una vivienda permanente.

## Antecedentes
En diciembre de 2007 y enero de 2008, los Centros para el Control y la Prevención de Enfermedades (CDC, por sus siglas en inglés) realizaron pruebas para conocer los niveles de formaldehído en el aire del interior de los trailers y viviendas móviles que FEMA había proporcionado. Los CDC han analizado los datos de las pruebas y han encontrado resultados que afectan a la salud de las personas que viven en los trailers y viviendas móviles de FEMA. **Hay que recordar que estos son los primeros resultados, no los definitivos.** Los CDC darán más información durante las próximas semanas.

## ¿Qué encontraron los CDC?
- En muchos de los trailers, viviendas móviles y casas prefabricadas en los que se realizaron análisis, los niveles de formaldehído eran altos. Los niveles eran superiores a los habituales en el interior de la mayoría de las viviendas de los Estados Unidos.
- Los niveles promedio de formaldehído en los trailers y casas rodantes que se analizaron fueron de 77 partes por millar de millón (ppb, por sus siglas en inglés). Respirar este nivel de formaldehído durante largo tiempo puede perjudicar a la salud.
- Es probable que el nivel de formaldehído fuera superior en los trailers y viviendas móviles más nuevos, cuando el tiempo era caluroso.
- Los niveles de formaldehído eran diferentes en viviendas móviles, casas prefabricadas y trailers, pero todos los tipos de trailers y viviendas móviles que se analizaron tenían niveles altos.

## ¿Qué debe hacer usted?
- Las personas que viven en trailers o viviendas móviles deben intentar mudarse a una vivienda permanente antes del verano. Las familias que vivan en los trailers con niños, ancianos o familiares que ya tengan una enfermedad respiratoria (por ejemplo, asma), tendrán prioridad para mudarse.


CDC is a federal public health agency under the U.S. Department of Health and Human Services.



Formaldehyde Levels in FEMA-Supplied Trailers
Early Findings from the CDC - Spanish



- Las familias que viven en los trailers y viviendas móviles deben pasar tanto tiempo como sea posible al aire libre. Esto es especialmente importante para las familias con niños, ancianos o personas con enfermedades crónicas como el asma.
- Abra las ventanas siempre que sea posible para dejar que entre aire fresco.
- Trate de mantener la temperatura en los trailers o viviendas rodantes lo más bajo posible dentro de la comodidad.
- No fume, sobre todo dentro de la vivienda.
- Si tiene problemas de salud, visite a un médico u otro profesional de la salud.

## ¿Dónde buscar ayuda?

- Representantes del Departamento de Salud y Servicios Humanos de los EEUU y FEMA visitarán a los residentes que participaron en el estudio para entregarles los resultados de las pruebas individuales. Estas visitas comenzarán el 21 de febrero de 2008.
- Los CDC celebrarán sesiones informativas públicas en varias comunidades de Louisiana en la semana del 25 de febrero de 2008. FEMA estará presente en dichas sesiones para tratar sobre opciones de vivienda.
- Los CDC celebrarán sesiones informativas públicas en varias comunidades de Mississippi en la semana del 3 de marzo de 2008. FEMA estará presente en dichas sesiones para tratar sobre opciones de vivienda.

> Si tiene preguntas sobre la salud, llame al
> CDC 1-800-CDC-INFO (1-800-232-4636)
>
> Para averiguar sobre opciones de vivienda,
> llame a FEMA al 1-866-562-2381, o TTY 1-800-462-7585.
> FEMA le ayudará a mudarse.



CDC is a federal public health agency under the U.S. Department of Health and Human Services.

