IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

KATHY DUBOSE, individually and for and on behalf of minor children MH, together with all individuals and entities whose names appear on the attached Exhibit "A"      **PLAINTIFFS**

versus      DOCKET NO: 1:10-cv-198

CH2M HILL CONSTRUCTORS, INC., BECHTEL NATIONAL, INC., and THE UNITED STATES OF AMERICA through the FEDERAL EMERGENCY MANAGEMENT AGENCY      **DEFENDANTS**

## PLAINTIFFS' MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was filed in the Southern District of Mississippi on May 6, 2010. This case is expected to transfer into the FEMA Formaldehyde Product Liability Litigation MDL (MDL No. 1873). The rules governing the MDL litigation require that all Manufacturers and Contractors be matched before service may be had upon the Defendants. See Pre Trial Orders 42 and 55, attached *en globo* as Exhibit "A".

2. Plaintiffs Henry Alexander and Violetta Hall (who resided in the same household) have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their household's contractor. Plaintiffs have undertaken the following efforts to identify the subject contractor: submitted their information to FEMA for matching (FEMA's response only



EXHIBIT "A"

identified their manufacturer); and counsel for the Plaintiffs have re-submitted Plaintiffs' information to FEMA.

3. David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan Waldron, counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

4. In support of this Motion, the Plaintiff submits:

    A. Exhibit "A" Pre Trial Orders 42 and 55

    B. Exhibit "B" Motion for Extension to Serve and Order Granting Extension in *Walker v Scotbilt, et al*

    C. Plaintiff's Memorandum in Support of the Motion to Extend Time to Perfect Service on Defendants.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until October 15th, 2010 to insure that service is perfected on all parties.

Respectfully submitted this the 3 day of September, 2010.

By:     *s / Rose M. Hurder*<br>
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
ROSE M. HURDER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**KATHY DUBOSE, individually and for and on behalf of minor children MH, together with all individuals and entities whose names appear on the attached Exhibit "A"**　　　　**PLAINTIFFS**

versus　　　　**DOCKET NO: 1:10-cv-198**

**CH2M HILL CONSTRUCTORS, INC., BECHTEL NATIONAL, INC., and THE UNITED STATES OF AMERICA through the FEDERAL EMERGENCY MANAGEMENT AGENCY**　　　　**DEFENDANTS**

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND TIME TO PERFECT SERVICE ON DEFENDANTS

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request additional time within which to perfect service on all Defendants. In support thereof, Plaintiffs show the following:

1. The Complaint was filed in the Southern District of Mississippi on May 6, 2010. This case is expected to transfer into the FEMA Formaldehyde Product Liability Litigation MDL (MDL No. 1873). The rules governing the MDL require that all Manufacturers and Contractors be matched before service may be had upon the Defendants. See Pre Trial Orders 42 and 55, attached *en globo* as Exhibit "A".

2. Plaintiff Henry Alexander and Violetta Hall (who resided in the same household), have been unable to serve the Defendants to date because Plaintiffs have been unable to identify their household's contractor. Plaintiffs have undertaken the following efforts to identify their

-1-

contractor: submitted their information to FEMA for matching (FEMA's response only identified their manufacturer); and counsel for the Plaintiffs have re-submitted Plaintiffs' information to FEMA.

3. A commensurate extension was granted as recently as April 8th, 2010, by Judge Englehardt in the MDL, in a case with very similar facts - the case involved a Plaintiff who had not yet been able to identify her contractor before the 120th day. See the Motion and Order Granting the Extension to Serve, attached *en globo* as Exhibit "B".

4. Furthermore, David Kurtz, liaison counsel for the Contractor Defendants, and Jonathan Waldron, counsel for the United States Department of Justice, have indicated that they do not oppose Plaintiffs' motion.

5. Plaintiffs assert that the foregoing creates good cause pursuant to FRCP Rule 4(m) and therefore create grounds for the court to extend the deadlines for service until October 15th, 2010. See *Pararas v Liquid Carbonic Industries Corporation*, 94 F.3d 338 at 340 (7th Cir. 1996).

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to extend the deadline until October 15, 2010 to insure that service is perfected on all parties.

Respectfully submitted this the _3_ day of September, 2010.

By: _____*s / Rose M. Hurder*_____
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          *s / Rose M. Hurder*
                                                         ROSE M. HURDER