**Motions**
1:10-cv-00198-HSO-JMR Dubose et al v. CH2M Hill Constructors, Inc. et al
CJRA-P, FORMALDEHYDE, JMR, JURY

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered by Hurder, Rose on 9/3/2010 at 11:45 AM CDT and filed on 9/3/2010

**Case Name:** Dubose et al v. CH2M Hill Constructors, Inc. et al
**Case Number:** 1:10-cv-00198-HSO-JMR
**Filer:** Henry Alexander
Heather L. Clayton
Annie M. James
N. D. J.
P. W. J.
L. C. J.
Kathy Dubose
Violetta Hall
A. D.D. D.
F. J.D. D.
Rodney Dubose
AlRobert Henry
M. Z. H.
D. L. H.
Gary L. Holloway
Heather Phillips
Michael E. Prince

**Document Number:** 6

**Docket Text:**
**First MOTION to Extend Time to Perfect Service on Defendants by Henry Alexander, Heather L. Clayton, A. D.D. D., F. J.D. D., Kathy Dubose, Rodney Dubose, D. L. H., M. Z. H., Violetta Hall, AlRobert Henry, Gary L. Holloway, L. C. J., N. D. J., P. W. J., Annie M. James, Heather Phillips, Michael E. Prince (Attachments: # (1) Exhibit "A" Pretrial Orders 42 and 55, # (2) Exhibit "B" Motion for Extension to Serve and Order Granting Extension in Walker v Scotbilt, et al)(Hurder, Rose)**

**1:10-cv-00198-HSO-JMR Notice has been electronically mailed to:**

Rose M. Hurder    rose@hsglawfirm.net, bridget@hsglawfirm.net, chante@hsglawfirm.net, chante@msfemaclaims.com, twise@hsglawfirm.net

https://ecf.mssd.uscourts.gov/cgi-bin/Dispatch.pl?117687777643688    9/3/2010

EXHIBIT "B"

**1:10-cv-00198-HSO-JMR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351828-0]
[130e7730e8974b8734e80d313235a7beb922505bae51318c8a35f2b8d657822f1256
47a50ef6c87db7323598f2c23fd0749a923153207 31e1fefd65e6fc3ad28]]
**Document description:** Exhibit "A" Pretrial Orders 42 and 55
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351828-1]
[08d5a8d9ad7b839f74a6a1d9af71fda7cda41a24a182451e6e28a6b404f6ebc08971
4ad2fa862107a2e3fff52c885fad68189906b2400b150be4004e50acda5b]]
**Document description:** Exhibit "B" Motion for Extension to Serve and Order Granting Extension in Walker v Scotbilt, et al
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351828-2]
[b228e1287a29ac30260841d2a94d243034982226b35291ffc57308dcc7802eb30a33
fd3e212d9e0cd0d9a8517771f0eb90e454ad214a9cbc9c50834e02ab38b4]]