**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA                                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                          SECTION "N-5"

                                                                JUDGE ENGELHARDT

                                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kathy Dubose, et al v CH2M Hill Constructors,*
*Inc., et al., Case No. 1:10-cv-2881*

---

**RULE 7.6 CERTIFICATE**

---

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that David Kurtz,

liaison counsel for the Contractor Defendants, and Jonathan Waldron, counsel for the United

States Department of Justice, have been contacted and state that they are not opposed to

Plaintiffs' Motion for Extension of Time to Serve the Defendants.

Respectfully submitted, this the 5th day of October, 2010.


                                        By:         s / Rose M. Hurder
                                                    Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

_____I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.


_____                   *s / Rose M. Hurder*
_____ROSE M. HURDER
_____