**Motions**
1:10-cv-00199-HSO-JMR King et al v. CH2M Hill Constructors, Inc. et al
CJRA-P, FORMALDEHYDE, JMR, JURY

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered by Hurder, Rose on 9/3/2010 at 11:18 AM CDT and filed on 9/3/2010
**Case Name:** King et al v. CH2M Hill Constructors, Inc. et al
**Case Number:** 1:10-cv-00199-HSO-JMR
**Filer:** All Plaintiffs
**Document Number:** 9

**Docket Text:**
**First MOTION Extend Time to Perfect Service on Defendants by All Plaintiffs (Attachments: # (1) Exhibit "A" PreTrial Orders 42 and 55, # (2) Exhibit "B" Motion for Extension to Serve and Order Ganting Extension in Walker v Scotbilt, et al)(Hurder, Rose)**

**1:10-cv-00199-HSO-JMR Notice has been electronically mailed to:**

Rose M. Hurder    rose@hsglawfirm.net, bridget@hsglawfirm.net, chante@hsglawfirm.net, chante@msfemaclaims.com, twise@hsglawfirm.net

**1:10-cv-00199-HSO-JMR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351738-0]
[7de5dd592e8a5cc2eb!92d078l9l77e573c69ece1b8c8c74d7e1d37dbde1680817cf
30628e5b9e57id9a443bb1475e431945729c0ab2b8575427e5a1c761341d]]
**Document description:** Exhibit "A" PreTrial Orders 42 and 55
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351738-1]
[c13eb0a86a00d53de5dfa251e776a0a6f7a6a98c2fe74e35df65efa54bdd3aefb953
87d0fbf2a598848d46C967f52a70950565b0577e2ba533d6b2e99b83bbfb]]
**Document description:** Exhibit "B" Motion for Extension to Serve and Order Ganting Extension in Walker v Scotbilt, et al
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/3/2010] [FileNumber=2351738-2]
[8da4750632c0319e085a235d4bf0d22ba2ad7a29a1749e128d1544105566b6339d3d
920e0c48f3207?05539e07679ddb2a19b725e3803f8870da7f34e354ff7d]]

https://ecf.mssd.uscourts.gov/cgi-bin/Dispatch.pl?30170354859535    9/3/2010

EXHIBIT "B"