UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Starlett M. King, as wrongful death beneficiary*
*and representative of, Jeff Shetterly, Deceased, et al*
*v CH2M Hill Constructors, Inc., et al., Case No. 10-cv-2882*

## ORDER

Considering the foregoing Motion of Plaintiffs, Plaintiffs are allowed until October 15, 2010 or until _____, 2010, to serve the Defendants.

IT IS SO ORDERED that the Plaintiffs listed above be GRANTED the Motion for Extension of Time to Serve.

DATED this \_\_\_\_ day of _____, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
Rose M. Hurder
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225
Fax: (228)467-4212
rose@hsglawfirm.net