OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-4-10

Catherine A Mayes, et al

vs.

Frontier RV, Inc., et al

Case No. 10-480   Section ____

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten US Att. EDLA
   (address) 500 Poydras St, Ste B-210 New Orleans, LA 70130
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"
Attorney for Hawkins Stracener & Gibson
Address 153 Main St Bay St Louis
MS 39520

I hereby certify that all parties have been matched

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-4-10

Catherine Mayes, et al

vs.

Frontier RV, Inc., et al

Case No. 10-480   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc. through CT Corporation System
   (address) 645 Lakeland East Dr., Ste 101 Flowood, MS 39232
2. (name) Frontier RV, Inc. through Lawyer's Aid Service
   (address) 408 W. 17th St, Ste 101 Austin, TX 78701
3. (name) USA through Eric Holder US DOJ
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
4. (name) USA through FEMA through Craig Fugate
   (address) 500 C Street Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St Bay St Louis
         MS 39520

I hereby certify that all parties have been matched.