OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10-4-10

Kathy Aubase, et al

vs.

CH2M Hill Constructors, Inc., et al

Case No. 10-2881 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through FEMA through Craig Fugate
   (address) 500 C Street Washington, DC 20472
2. (name) USA through Jim Letten US Att EDLA
   (address) 500 Poydras St, Ste B-210 New Orleans, LA 70130
3. (name) Bechtel National through CT Corporation System
   (address) 645 Lakeland East Dr, Ste 101 Flowood, MS 39232
4. (name) CH2M Hill Constructors, Inc through CT Corp. System
   (address) 645 Lakeland East Dr, Ste 101 Flowood, MS 39232

Very truly yours,

"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St Bay St Louis
MS 39520

I hereby certify that all parties have been matched

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 10-4-10

Kathy Dubose, et al

vs.

CH2M Hill Constructors, Inc et al

Case No. 10-2881   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Eric Holder Att General USDoJ
   (address) 950 Pennsylvania Ave NW Washington DC 20530
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St Bay St Louis
         MS 39520

I hereby certify that all parties have been matched