James Sidney Adams, et al v. Fleetwood Canada, Ltd.
Corrected Supplemental
Exhibit A-4

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 1 | Adams | James | Sidney | Bechtel National, Inc. |
| 2 | Adams | Vivian | Ray | CH2M Hill Constructors, Inc. |
| 3 | Alston | Billy | J. | Bechtel National, Inc. |
| 4 | Beard | Rodney | | Bechtel National, Inc. |
| 5 | Berry | Tony | | Bechtel National, Inc. |
| 6 | Berry-Thomas | Mary | | Bechtel National, Inc. |
| 7 | Bilbo, Individually and as father and next of friend of D.B. | Warren | A. | Bechtel National, Inc. |
| 8 | Bondio, Individually and as mother and next of friend of J.J. | Susan | Marie | CH2M Hill Constructors, Inc. |
| 9 | Bradshaw | Ashley | Nicole | CH2M Hill Constructors, Inc. |
| 10 | Bradshaw-Young | Teresa | Marie | CH2M Hill Constructors, Inc. |
| 11 | Brister, Individually and as mother and next of friend of T.B. | Candy | S. | Bechtel National, Inc. |
| 12 | Britton | Bessie | L. | CH2M Hill Constructors, Inc. |
| 13 | Britton | James | | CH2M Hill Constructors, Inc. |
| 14 | Brown, Individually and as mother and next of friend of J.K.B. J.B. P.B | Renee | Faye | Bechtel National, Inc. |
| 15 | Brown | Vince | A. | Bechtel National, Inc. |
| 16 | Browning | Jeffrey | | Bechtel National, Inc. |
| 17 | Burnham | Ronald | Charles | Bechtel National, Inc. |
| 18 | Collins | George | Edward | Bechtel National, Inc. |
| 19 | Cox | Terrance | A. | CH2M Hill Constructors, Inc. |
| 20 | Crowder | Tammy | | Bechtel National, Inc. |
| 21 | Fairley | Michael | | Bechtel National, Inc. |
| 22 | Findley | Benny | J. | Bechtel National, Inc. |
| 23 | Findley | Kathy | S. | Bechtel National, Inc. |
| 24 | Freeman, Individually and as father and next of friend of B.F. R.F | Robert | Lee | CH2M Hill Constructors, Inc. |
| 25 | Garry | Colleen | L. | Bechtel National, Inc. |
| 26 | Garry | Euletha | P. | Bechtel National, Inc. |
| 27 | Glover, Individually and as mother and next of friend of M.A.G. | Catherine | | Bechtel National, Inc. |
| 28 | Glover | Kimberly | D. | Bechtel National, Inc. |
| 29 | Griffith | James | Lee | Bechtel National, Inc. |

James Sidney Adams, et al v. Fleetwood Canada, Ltd.
Corrected Supplemental
Exhibit A-4

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 30 | Hampton, Individually and as guardian and next of friend of K.H. | Loretta | | Bechtel National, Inc. |
| 31 | Harper | Rosie | N. | Bechtel National, Inc. |
| 32 | Harris | Wanda | | Bechtel National, Inc. |
| 33 | Hayes | Terry | Ray | CH2M Hill Constructors, Inc. |
| 34 | Hernandez | Oscar | Manuel | CH2M Hill Constructors, Inc. |
| 35 | Hill, Individually and as guardian and next of friend of J.H. K.H. | Bobbie | J. | Bechtel National, Inc. |
| 36 | Iles | James | D. | CH2M Hill Constructors, Inc. |
| 37 | Ingram | Fredrick | Jerrell | Bechtel National, Inc. |
| 38 | Jack | Edward | | Bechtel National, Inc. |
| 39 | Jackson, Individually and as mother and next of friend of E.J, F.J. and J.R.J. | Garion | Ann | Bechtel National, Inc. |
| 40 | Jackson | Joshua | | Bechtel National, Inc. |
| 41 | Johnson | Angela | N. | Bechtel National, Inc. |
| 42 | Johnson | Darren | | Bechtel National, Inc. |
| 43 | Johnson, Individually and as mother and next of friend of D.W. and D.A. | Gloria | | Bechtel National, Inc. |
| 44 | Kelly | Melinda | | CH2M Hill Constructors, Inc. |
| 45 | Kimble, Individually and as mother and next of friend of R.K., R.K. and R.J.K. | Tijuana | Leigh | CH2M Hill Constructors, Inc. |
| 46 | Kimbley | Charles | Edward | CH2M Hill Constructors, Inc. |
| 47 | King | Mary | Ethel | Bechtel National, Inc. |
| 48 | Knights | Barbara | A. | Bechtel National, Inc. |
| 49 | Knox | Steven | Welesly | CH2M Hill Constructors, Inc. |
| 50 | Lankford, Individually and as mother and next of friend of E.B., J.L. and R.L. | Lisa | Browning | Bechtel National, Inc. |
| 51 | Lawrence | Jamelia | | Bechtel National, Inc. |
| 52 | Levy | Douglas | | Bechtel National, Inc. |

James Sidney Adams, et al v. Fleetwood Canada, Ltd.
Corrected Supplemental
Exhibit A-4

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 53 | Levy, Individually and as mother and next of friend of K.L. and Z.L. | Sandra | | Bechtel National, Inc. |
| 54 | Manning (Bobbie Hill, legal guardian) | Wilder | | Bechtel National, Inc. |
| 55 | McCorvey, Individually and as mother and next of friend of A.W. | Ashelia | L. | Bechtel National, Inc. |
| 56 | McEwen | Audrey | | Bechtel National, Inc. |
| 57 | McFall | Gregory | Rene | Bechtel National, Inc. |
| 58 | Meredith | Kimberly | Dawn | CH2M Hill Constructors, Inc. |
| 59 | Miller | Dennis | Wayne | Bechtel National, Inc. |
| 60 | Moore | Charlotte | M. | Bechtel National, Inc. |
| 61 | Nettles, mother and next of friend of T.J.C. | Sharon | | CH2M Hill Constructors, Inc. |
| 62 | Nicholas, Individually and as mother and next of friend of Z.A. | Charnita | | Bechtel National, Inc. |
| 63 | Ramos, Individually and as mother and next of friend of J.S. and S.S. | Sharon | Santiago | CH2M Hill Constructors, Inc. |
| 64 | Riley, Individually and as guardian and next of friend of C.R. K.R. and W.R. | Shirley | | Bechtel National, Inc. |
| 65 | Riley, Sr. | Willie | | Bechtel National, Inc. |
| 66 | Rodriguez | Pedro | J. | CH2M Hill Constructors, Inc. |
| 67 | Seymour | Lauren | Denise | Bechtel National, Inc. |
| 68 | Smith | Annie | Liza | Bechtel National, Inc. |
| 69 | Smith | Drew | E. | Bechtel National, Inc. |
| 70 | Smith | Shannon | Rena | Bechtel National, Inc. |
| 71 | Tillman | Charles | Douglas | Bechtel National, Inc. |
| 72 | Tillman | Sheila | C. | Bechtel National, Inc. |
| 73 | Walburn | Kathleen | N. | CH2M Hill Constructors, Inc. |
| 74 | Walker, Individually and as mother and next of friend of D.W. and D.W. | Angie | Rebecca | Bechtel National, Inc. |
| 75 | Walker, Sr. | Delvin | Jermaine | Bechtel National, Inc. |
| 76 | Warren | Leon | | Bechtel National, Inc. |
| 77 | Watson | Geraldine | Eretts | CH2M Hill Constructors, Inc. |
| 78 | Watson | Johnson | R. | Bechtel National, Inc. |

James Sidney Adams, et al v. Fleetwood Canada, Ltd.
Corrected Supplemental
Exhibit A-4

| No. | Last Name | First Name | Middle | Contractor/Installer Defendant |
|---|---|---|---|---|
| 79 | White | Courtney | | Bechtel National, Inc. |
| 80 | White, on behalf of the wrongful death beneficiary of Berry W. White | Rhonda | | Bechtel National, Inc. |
| 81 | Wilkes | Shane | Allen | Bechtel National, Inc. |
| 82 | Williams | Mary | E. | Bechtel National, Inc. |
| 83 | Willis | Jamie | | Bechtel National, Inc. |
| 84 | Willis, Individually and as mother and next of friend of J.T.W. and J.A.W. | Nicole | Burnett | Bechtel National, Inc. |
| 85 | Wilson, Individually and as mother and next of friend of A.P. and L.N. | Alisha | | Bechtel National, Inc. |
| 86 | Wilson | James | A. | Bechtel National, Inc. |
| 87 | Wilson | Lois | | Bechtel National, Inc. |
| 88 | Young | Lake | C. | Bechtel National, Inc. |