*James Sidney Adams, et al v. Fleetwood Canada, Ltd.*
Exhibit A-5

| No. | Last Name | First Name | Middle | Address | City | State | Zip | Contractor/Installer Defendant |
|---|---|---|---|---|---|---|---|---|
| 1 | Bartholomew | Floyd | Anthony | Post Office Box 554 | Gautier | MS | 39553 | Bechtel National, Inc. |
| 2 | Bartholomew | Melissa | Nicole | Post Office Box 554 | Gautier | MS | 39553 | Bechtel National, Inc. |
| 3 | Bartholomew, Individually and as mother and next of friend of A.S. B.B. F.S. M.B. S.B. and S.B | Sonya | Eyvette | Post Office Box 554 | Gautier | MS | 39553 | Bechtel National, Inc. |
| 4 | Walburn | Kassie | L. | 14229 Old Highway 49, Apartment B-14 | Gulfport | MS | 39503 | CH2M Hill Constructors, Inc. |