**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCTS LIABILITY LITIGATION**        **SECTION N-5**
                                                              **JUDGE ENGELHARDT**
                                                              **MAG. JUDGE CHASEZ**


**THIS DOCUMENT RELATES TO: ALL CASES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO FILE**
**A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO MODIFY ORDER**
**(Rec. Doc. 7138) AND ENTER A PROTECTIVE ORDER PROHIBITING FURTHER**
**DISCOVERY OF FEMA IA FILES EXCEPT UPON ENTRY OF A PLAINTIFF-**
**SPECIFIC SCHEDULING ORDER OR,  ALTERNATIVELY,**
**FOR AN ORDER SHIFTING COSTS" (Rec. Doc. 16069)**

Defendant, the United States of America, hereby moves for leave to file a Reply

Memorandum in support of its "Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective

Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-

Specific Scheduling Order Or, Alternatively, For an Order Shifting Costs" (Rec. Doc. 16069).

The Court Should grant the requested leave for the reasons set forth in the supporting

memorandum filed herewith.

Dated: October 5, 2010                          Respectfully Submitted,

TONY WEST                                        HENRY T. MILLER
Assistant Attorney General, Civil Division       ADAM BAIN
                                                 Senior Trial Counsel
J PATRICK GLYNN
Director, Torts Branch, Civil Division           ADAM DINNELL
                                                 MICHELLE BOYLE
DAVID S. FISHBACK                                Trial Attorneys
Assistant Director
                                                 //S// *Jonathan R. Waldron*
OF COUNSEL                                       JONATHAN R. WALDRON
JORDAN FRIED                                     (Mo. Bar No. 58898)

| | |
|---|---|
| Associate Chief Counsel | Trial Attorney |
| | United States Department of Justice |
| JANICE WILLIAMS-JONES | Civil Division – Torts Branch |
| Senior Trial Attorney | P.O. Box 340, Ben Franklin Station |
| FEMA/DHS | Washington, D.C. 20004 |
| Department of Homeland Security | Attorney Telephone: (202) 307-2091 |
| Washington, D.C. 20472 | Jonathan.Waldron@USDOJ.Gov |
| | |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Jonathan R. Waldron*
JONATHAN R. WALDRON (Mo. Bar No. 58898)