UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO MODIFY ORDER (Rec. Doc. 7138) AND ENTER A PROTECTIVE ORDER PROHIBITING FURTHER DISCOVERY OF FEMA IA FILES EXCEPT UPON ENTRY OF A PLAINTIFF-SPECIFIC SCHEDULING ORDER OR, ALTERNATIVELY, FOR AN ORDER SHIFTING COSTS" (Rec. Doc. 16069)**

Defendant, the United States of America, hereby submits this Memorandum in support of its Unopposed Motion for leave to file a Reply Memorandum in support of its "Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order Or, Alternatively, For an Order Shifting Costs" (Rec. Doc. 16069). The Court Should grant the requested leave in order to afford the United States an opportunity to reply to the "Response Memorandum In Opposition filed by Plaintiffs' Liaison Counsel" (Rec. Doc. 16346). The United States has contacted Plaintiffs' Liaison Counsel member Justin Woods and there is no objection to the filing of a Reply Memorandum. Accordingly, for good cause shown, the United States requests that the Court grant this Consent Motion and enter the attached Proposed Order.

| | |
|---|---|
| Dated: October 5, 2010 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |

| | |
|---|---|
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Jonathan R. Waldron* |
| OF COUNSEL<br>JORDAN FRIED<br>Associate Chief Counsel | JONATHAN R. WALDRON<br>(Mo. Bar No. 58898)<br>Trial Attorney<br>United States Department of Justice |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                        //S// *Jonathan R. Waldron*
                        JONATHAN R. WALDRON (Mo. Bar No. 58898)