UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION N-5**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO: ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States of America's Unopposed Motion For Leave to File a Reply Memorandum in support of its "Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order Or, Alternatively, For an Order Shifting Costs" (Rec. Doc. 16069);

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Reply Memorandum.

**DONE AND SIGNED** this _____ day of _____, 20_____.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**