UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER			MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION		SECTION N-5
						JUDGE ENGELHARDT
						MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States of America's Unopposed Motion For Leave to File a Reply Memorandum in support of its "Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order Or, Alternatively, For an Order Shifting Costs" (Rec. Doc. 16069);

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Reply Memorandum.

**DONE AND SIGNED** this ___6th___ day of ___October___, 20_10_.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA