OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Kenneth E Dixon, Sr., et al

vs.

Keystone Industries, Inc., et al

Case No. 10-907   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc through CT Corporation System
   (address) 645 Lakeland East Dr, Ste 101 Flowood, MS 39232
2. (name) CH2M Hill Constructors, Inc through CT Corporation System
   (address) 645 Lakeland East Dr, Ste 101 Flowood, MS 39232
3. (name) Keystone RV Company, Inc through David Thomas
   (address) 2642 Hackberry Dr, Goshen, IN 46526
4. (name) Keystone Industries, Inc through HB Green
   (address) Indianapolis, IN 46220

Very truly yours,

_Rose Hugh Curry_
"Signature"

Attorney for Hawkins, Stracener + Gibson
Address 53 Main St Bay St Louis
MS 39520

I hereby certify that all parties have been matched.

_Rose Hugh Curry_

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Kenneth E. Dixon, Sr., et al

vs.

Keystone Industries, Inc., et al

Case No. 10-907  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten EDLA Attorney
   (address) 500 Poydras St Ste B-210 New Orleans LA 70130
2. (name) USA through Eric Holder Att Gen USDJ
   (address) 950 Pennsylvania Ave NW Washington, DC 20530
3. (name) FEMA through Craig Fugate
   (address) 500 C Street Washington, DC 20472
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St Bay St Louis
          MS 39520

I hereby certify that all parties have been matched.

_____