AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| David Allen, et al. ) | |
| _____ ) | |
| *Plaintiff* ) | Civil Action No.  1:10cv 325HSO-JMR |
| v. ) | |
| Gulf Stream Coach, Inc., et al. ) | |
| _____ ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc.
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS  39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: ___7|20|10___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  1:10cv325HSO-JMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CH2M Hill Constructors, Inc.

was received by me on *(date)*          07/30/2010             .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Joanie Jones, Assistant Secretary            , who is

designated by law to accept service of process on behalf of *(name of organization)*   CT Corporation System

_____  on *(date)*   07/30/2010    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $   5.88   for travel and $   1.00   for services, for a total of $   6.88   .

I declare under penalty of perjury that this information is true.

Date:    08/13/2010

_____
Heather M. Miller
*Server's signature*

Heather M .Miller, Paralegal
*Printed name and title*

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564
*Server's address*

Additional information regarding attempted service, etc: