**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**IN RE: FEMA
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N-5"**

**JUDGE ENGELHARDT**

**MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Darlene T. Lenoir, et al v CH2M Hill
Constructors, Inc., et al., Case No. 10-2615*

_____

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF CERTAIN DEFENDANT AND CERTAIN CAUSES OF ACTION
BY PLAINTIFF PRISCILLA WALKER**

_____

COME NOW PLAINTIFFS, through undersigned counsel, and hereby dismiss, without prejudice, their claims against Defendant Bechtel National, Inc., pursuant to Federal Rule of Civil Procedure 41(a).

Furthermore, Plaintiff *Priscilla Walker* individually dismisses her claims against all contractor defendants pursuant to Federal Rule of Civil Procedure 41(a).  She has exhausted the channels available to identify her contractor, and this Court  has placed the burden of identifying the contractor defendant on the Plaintiff.  This dismissal of all claims against contractor defendants applies only to Plaintiff *Priscilla Walker.*

No Defendant has served an answer or motion for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to Dismiss Without Prejudice Defendant Bechtel National, Inc. and the claims against the contractor defendants brought by Plaintiff Priscilla Walker.

Respectfully submitted this the __7th__ day of October, 2010.

By:___*s / Rose Hurder Carney*___
Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____*s / Rose Hurder Carney*_____
Rose Hurder Carney