**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA                                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT

                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Mark R. Mosley, as wrongful death beneficiary*
*and representative of Betty O. Mosley, Deceased, et al*
*v Gulf Stream Coach, Inc., et al*
*Case No. 2:10-cv-1356*

_____

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF**
**CERTAIN CAUSES OF ACTION BY PLAINTIFF ELOISE GOULD**
_____

COMES NOW PLAINTIFF, *Eloise Gould*, through undersigned counsel and, hereby

dismisses, without prejudice, her claims against the Defendant Contractors, pursuant to Federal

Rule of Civil Procedure 41(a).

Plaintiff, *Eloise Gould,* has exhausted the channels available to identify her contractor,

and  this Court has placed the burden of identifying the contractor defendant on the Plaintiff.

This dismissal of all claims against contractor defendants applies only to Plaintiff *Eloise Gould.*

No Defendant has served an answer or motion for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully moves this Court to

Dismiss Without Prejudice the claims against the Contractor Defendants brought by Plaintiff

Eloise Gould.

Respectfully submitted this the  7<u>th</u>  day of October, 2010.

By:____*s / Rose Hurder Carney*_____
Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____*s / Rose Hurder Carney*_____
Rose Hurder Carney
