AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| DARRYL FORTENBERRY<br><br>*Plaintiff*<br>v.<br>JAYCO ENTERPRISES, INC., ET AL<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 10-2390<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 30 2010

B. Gregory
Deputy clerk's signature

**2. Article Number**

71791000164500163926

1. Article Addressed to:

United States of America, through
James Letten, U.S. Attorney for EDLA
500 Poydras St., Suite B210
New Orleans, LA 70130

Code2: Fortenberry v. Jayco, EDLA 10-2390

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ABernier
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10/5/10

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811                Domestic Return Receipt