IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*<br>*Case No. 2:10-cv-1358* | |

_____

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CERTAIN CAUSES OF ACTION BY PLAINTIFFS AMIE GALLE, INDIVIDUALLY AND ON BEHALF OF SG, AND LAMARCUS HARRIED**

_____

COME NOW PLAINTIFFS, *Amie Galle, S.G. by Amie Galle, and LaMarcus Harried*, through undersigned counsel, and hereby dismiss, without prejudice, their claims against the Defendant Contractors, pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiffs Amie Galle, S.G. by Amie Galle, and LaMarcus Harried have exhausted the channels available to identify their household's contractor, and this Court has placed the burden of identifying the contractor defendant on the Plaintiffs. This dismissal of all claims against contractor defendants applies only to Plaintiffs *Amie Galle, S.G. by Amie Galle, and LaMarcus Harried.*

No Defendant has served an answer or motion for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to Dismiss Without Prejudice the claims against the Contractor Defendants brought by Plaintiffs *Amie Galle, S.G. by Amie Galle, and LaMarcus Harried.*

Case 2:07-md-01873-KDE-MBN   Document 16629   Filed 10/07/10   Page 2 of 2

Respectfully submitted this the  7th  day of October, 2010.

By: *s / Rose M. Hurder*
Rose M. Hurder

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose M. Hurder*
Rose M. Hurder