AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JANET HOOKER, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> AM. INT. SPECIALTY LINES CO., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-2396 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 30 2010

| | |
|---|---|
| **2. Article Number**<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>71791000164500164152<br><br>**1. Article Addressed to:**<br><br>United States of America, through<br>James Letten, U.S. Attorney for EDLA<br>500 Poydras St., Suite B210<br>New Orleans, LA 70130 | **COMPLETE THIS SECTION ON DELIVERY**<br><br>**A. Signature**<br>X _[signature]_ ☐ Agent ☐ Addressee<br><br>**B. Received by (Printed Name)** Windsor Richmo[n]<br>**C. Date of Delivery**<br><br>**D. Is delivery address different from item 1?** ☐ Yes<br>If YES enter delivery address below: ☐ No<br><br>_[postmark: LA 701?? 2010]_<br><br>**3. Service Type** ☒ Certified<br><br>**4. Restricted Delivery? (Extra Fee)** ☐ Yes |

Code2: HOOKER V. AM. INT., EDLA 10-2396

PS Form 3811        Domestic Return Receipt