IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Robbie Holden v Cavalier Home Builders, LLC, et al*<br>Case No. 2:10-cv-2345 | |

_____

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST BECHTEL NATIONAL, INC. AND CH2M HILL CONSTRUCTORS, INC.**

_____

COMES NOW PLAINTIFF, through undersigned counsel and, hereby dismisses, without prejudice, his claims against Defendant Bechtel National, Inc., and CH2M Hill Constructors, Inc. pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff Robbie Holden has exhausted the channels available to identify his contractor, and this Court has placed the burden of identifying the contractor defendant on the Plaintiff.

No Defendant has served an answer or motion for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully moves this Court to Dismiss Without Prejudice CH2M Hill Constructors, Inc. and Bechtel National, Inc.

Respectfully submitted this the  7th  day of October, 2010.

By:     *s / Rose Hurder Carney*
Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228) 469-0785; Fx: (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                *s / Rose Hurder Carney*
                                                Rose Hurder Carney