| Name (Redacted) | Contractor |
|---|---|
| (1)  Rosalie Roberson Kunzli | UFAS-TKTMJ |
| (2)  Kacie Lafrance | CH2MHILL |



EXHIBIT A