UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                           SECTION "N" (5)
THIS DOCUMENT RELATES TO:
*Robert Manuel Aguilera, et al. v. KZRV, LP, et al.*,
MDL 1873, C.A. No. 09-3738


### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I) AND AMENDED PRETRIAL ORDER NO. 68

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and Amended Pretrial Order No. 68 (Rec. Doc. 14779), hereby dismiss the claims of plaintiff(s) identified on Exhibit A attached hereto and made a part hereof.

To the extent that plaintiff(s) named in the referenced matter have claims against a Manufacturer and/or a Government Contractor, the plaintiff(s) shall refile those claims in separate complaints pursuant to the Court's directives contained within Pretrial Order No. 68, and with respect to those filings in the Eastern District of Louisiana, Pretrial Order No. 40.

              Respectfully submitted,

              LAW OFFICES OF SIDNEY D. TORRES, III,
              *A PROFESSIONAL LAW CORPORATION*

              By: _____s/ David C. Jarrell_____
              SIDNEY D. TORRES, III, La. Bar No. 12869
              ROBERTA L. BURNS, La. Bar No. 14945
              DAVID C. JARRELL, La. Bar No. 30907

8301 West Judge Perez Drive, Suite 303<br>
Chalmette, LA 70043<br>
Telephone: (504) 271-8421<br>
Facsimile: (504) 271-1961<br>
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day October, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ David C. Jarrell<br>
DAVID C. JARRELL