| Name (Redacted) | Contractor |
|---|---|
| (1) Thomas Ahl | |
| (2) Julius Cummins | UFAS-Mu |
| (3) Tammy Cummins | |
| (4) Dorothy D. Dixon | UFAS-Agbayani |
| (5) James C. Dixon | UFAS-Agbayani |
| (6) Cindy A Domino | |
| (7) Rhonda Estave, o/b/o D.E | |
| (8) Donald Estave | |
| (9) Rhonda Estave, o/b/o E.E | |
| (10) Rhonda Estave, o/b/o K.E | |
| (11) Rhonda Estave | |
| (12) Joseph Michael Fortes | UFAS-Agbayani |
| (13) Katherine Camille Fortes | UFAS-Agbayani |
| (14) Bobbie Jean Gervais | |
| (15) Bobbie Jean Gervais | |
| (16) Yvonne R. Hartman | |
| (17) Yvonne R. Hartman | |
| (18) Gay G. Hunt | |
| (19) Jimmy P. Hunt | |
| (20) Adele Landry | |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Dana Liebert-Meyers | |
| (22) George A. Miller | |
| (23) Wilfred Nunez, o/b/o A.N | |
| (24) Wilfred Nunez, o/b/o B.N | |
| (25) Wilfred Nunez, o/b/o C.N | |
| (26) Wilfred A. Nunez | |
| (27) Linda Coleman Nuschler | UFAS-TKTMJ |
| (28) Kerri Ronquille, o/b/o J.R | Shaw |
| (29) Diana E. Shanley | |
| (30) Florine S. Shanley | |
| (31) Misty Gervais, o/b/o T.S | |