| Name (Redacted) | Contractor |
|---|---|
| (1) Inez R. Fernandez | |
| (2) Shannon, o/b/o B.H | |
| (3) James Hernandez | |
| (4) Shannon, o/b/o K.H | |
| (5) Shannon Hernandez | |
| (6) Carrie L Knoten | |



EXHIBIT A