| Name (Redacted) | | Contractor |
|---|---|---|
| (1) | Marjorie Deroche Ament | Shaw |
| (2) | Darrell & Pearl, o/b/o B.C | |
| (3) | Darrell & Pearl, o/b/o D.C | |
| (4) | Pearl B Caruso | |
| (5) | Gracelyn Michelle Casanova | |
| (6) | Constantine Cruz | Shaw |
| (7) | Monica Romelia Cruz | Shaw |
| (8) | Arlin Davis | CH2MHILL |
| (9) | Brandy Elizabeth Gauthier | |
| (10) | Cornell Macklin Hodges | |
| (11) | Leonard G Kurtz | Shaw |
| (12) | Ethel Lackey | |
| (13) | Kevin Richard Ladner | |
| (14) | Mike P. Ladner | |
| (15) | Tiffany Nicole Ladner | |
| (16) | Kenneth A. Martin | UFAS-Mu |
| (17) | Kenneth A. Martin | UFAS-Mu |
| (18) | Linda K. Martin | UFAS-Mu |
| (19) | Suzette Meyer | |
| (20) | Mathilda Miller | |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Ethel Lackey, o/b/o B.M | |
| (22) Mary Mullins | |
| (23) Sherman C. Mullins | |
| (24) Theodore A. Pilet | |
| (25) Edith Scott, o/b/o P.R | Shaw |
| (26) Roxanne Rome Rome-Cutrer | |
| (27) Kerri Ronquille, o/b/o J.R | |
| (28) Edith Scott, o/b/o C.S | Shaw |
| (29) Brandon Serio | |
| (30) Ashley Stephens | |
| (31) Mary Ann Stewart | |
| (32) Kerrie Schmid, o/b/o A.T | |
| (33) Cynthia Russell Trabeaux | |
| (34) Chad Victoriana | UFAS-TKTMJ |
| (35) Edward W. Washington | CH2MHILL |
| (36) Shirley H. Washington | CH2MHILL |