| Name (Redacted) | Contractor |
|---|---|
| (1) Connie Thompson Bourquard | Jacquet |
| (2) Geral Bowman | Davis Pro |
| (3) Betty Harrison Green | |
| (4) Bruno Green | |
| (5) Jack LaCaze | |
| (6) Treasure Martin, o/b/o M.M | |
| (7) Treasure Coppersmith Martin | |
| (8) Stephanie Mitchell | |
| (9) Chrys E. Wallace | |
| (10) Clarence E. Wallace | |



EXHIBIT A