| Name (Redacted) | | Contractor |
|---|---|---|
| (1) | John Jackson | Shaw |
| (2) | Amanda Michelle Johnson | SRS, Inc. |
| (3) | Antonina Greco Johnson | CH2MHILL |
| (4) | Antonina Greco Johnson | CH2MHILL |
| (5) | Denise Johnson, o/b/o A.J | Shaw |
| (6) | Denise Johnson, o/b/o A.J | Shaw |
| (7) | Christian Dwayne Johnson | Shaw |
| (8) | Denise Atkins Johnson | Shaw |
| (9) | Denise Atkins Johnson | Shaw |
| (10) | George J. Johnson | SRS, Inc. |
| (11) | John Marvin Johnson | CH2MHILL |
| (12) | John Marvin Johnson | CH2MHILL |
| (13) | Sean Isaac Johnson | Shaw |
| (14) | Sean Isaac Johnson | Shaw |
| (15) | Antonina Johnson, o/b/o Z.J | CH2MHILL |
| (16) | Antonina Johnson, o/b/o Z.J | CH2MHILL |
| (17) | Lanney Steger Jones | |
| (18) | April Jourdan | Shaw |
| (19) | Elaine M. Jourdan | Shaw |
| (20) | Darren Schallenberg, Sr, o/b/o M.J | |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Kim Portie Kelly | Bechtel |
| (22) Michelle M Kenney | |
| (23) Vera E. Kerschner | CH2MHILL |
| (24) Judy B. Kieff | |
| (25) Carrie L Knoten | Shaw |
| (26) Carrie L Knoten | Shaw |
| (27) Carrie L Knoten | Shaw |
| (28) Brian James Lacombe | CH2MHILL |
| (29) Dina Lacombe | CH2MHILL |
| (30) Courtney Marie Lacroix | Shaw |
| (31) Joseph Lacroix Sr, o/b/o J.L | |
| (32) Eva LaFuentes | |
| (33) Eva LaFuentes | Jacquet |
| (34) Adrienne Lay | CH2MHILL |
| (35) Gerald A Leblanc | |
| (36) Lyle Leblanc | Shaw |
| (37) George Edward Lee | |
| (38) Keycia Shelvin, o/b/o L.L | |
| (39) Scott & Paula Legnon, o/b/o J.L | |
| (40) Paula Couture Legnon | |

| Name (Redacted) | Contractor |
|---|---|
| (41) Scott E. Legnon | |
| (42) Bonnie Serean LeJeune | |
| (43) Gloria S Lewis | |
| (44) Raymond Lewis | |
| (45) Paula Veltri-Sino, o/b/o S.L | |
| (46) Dorothy C. Lezina | |
| (47) William Dale Lind | |
| (48) Linda Lopez | |
| (49) Wendy Loveless | Jacquet |
| (50) Cody J. Lucas | Bechtel |
| (51) Cody J. Lucas | Bechtel |
| (52) Landen C. Lucas | Bechtel |
| (53) Landen C. Lucas | Bechtel |