| | Name (Redacted) | Contractor |
|---|---|---|
| (1) | Nathalie M Assevedo | |
| (2) | Leonard Bartholomew | |
| (3) | Brittany Alisa Bienemy | CH2MHILL |
| (4) | Jackee Natasha Bienemy | CH2MHILL |
| (5) | Henri Ronald Desrochers | |
| (6) | Lillian J. Engolia | |
| (7) | Gary Rodney Gaspard | Shaw |
| (8) | Joan Schoen Gaspard | Shaw |
| (9) | Samuel Green | MLU |
| (10) | Pamela Johnson | |
| (11) | Calvin Kelone | |
| (12) | Marjorie A. Kelone | |
| (13) | Louis Ralph Mascaro | Bechtel |
| (14) | Archie L. Nixon | SRS, Inc. |
| (15) | Ethel Jean Nixon | SRS, Inc. |
| (16) | Rose Mary Nixon | SRS, Inc. |
| (17) | Anthony J. Nuccio | |
| (18) | Natalie Polk | CH2MHILL |
| (19) | Jonathan Anthony Summerlin | |

EXHIBIT A