| Name (Redacted) | Contractor |
|---|---|
| (1) Marifar G. Baltazar | CH2MHILL |
| (2) Gracelyn Michelle Casanova | |
| (3) Arlin Davis | Bechtel |
| (4) Edith A. Davis | Bechtel |
| (5) Carol Lynne Gadwaw | |
| (6) Gary James Gadwaw | |
| (7) Jamie Elizabeth Gadwaw | |
| (8) Richard N. Luscy | CH2MHILL |
| (9) Gary Michael Ruiz | |
| (10) Mary Patsy Story | CH2MHILL |
| (11) Lorraine Surtain | |
| (12) Albert Theriot | |
| (13) Allison Racheal Woods | |
| (14) Donald Anthony Woods | |
| (15) Allison Woods, o/b/o H.W | |
| (16) Allison Woods, o/b/o P.W | |

EXHIBIT A