| Name (Redacted) | Contractor |
|---|---|
| (1) Jessica Blanchard Bastoe | |
| (2) Nicholas Lawrence Bastoe | |
| (3) Michael D. Boudreaux | |
| (4) Gerquel M Bowman | |
| (5) Mary Edna Bryant | |
| (6) Shawn Rochon Calice | |
| (7) Sherman Joseph Calice | |
| (8) Sherman Sr., o/b/o S.C | |
| (9) Shermicia D Calice | |
| (10) Sherman Calice Sr, o/b/o S.C | |
| (11) Ann M DiVincenti | EXHIBIT A |
| (12) Daniel Figueroa | |
| (13) Debora Cisco Figueroa | |
| (14) Brandon Michael Guevara | |
| (15) Corey Adam Guevara | |
| (16) Cynthia Ann Guevara | |
| (17) Mildar Jose Guevara | |
| (18) Cynthia Guevara, o/b/o T.G | |
| (19) Wilma Kay Hawkins | |
| (20) Rodney Karcher Jr., o/b/o B.K | |

| Name (Redacted) | Contractor |
|---|---|
| (21) Rodney Karcher Jr., o/b/o B.K | |
| (22) Rodney Karcher Jr., o/b/o M.K | |
| (23) Monica Poche Karcher | |
| (24) Rodney David Karcher | |
| (25) Charlene Bolin Kramer | |
| (26) William Kramer | |
| (27) Arnold McCallon | |
| (28) Blake McCallon | |
| (29) Arnold McCallon Sr., o/b/o S.M | |
| (30) Deanna S. Meyer | |
| (31) Erica M. Meyer | |
| (32) Melvin Miller | |
| (33) Patricia Miller | |
| (34) Rajene Miller | |
| (35) Scott Mitchell, o/b/o C.M | |
| (36) Bryan Keith Moore | |
| (37) John W. Perret | |
| (38) Kenneth J. Perret | |
| (39) Peggy H. Perret | |
| (40) Anetra Richard | |

| Name (Redacted) | Contractor |
|---|---|
| (41)   Maria Theresa Rodi | |
| (42)   Wade Rodi | |
| (43)   Christy Trayanoff | |