| Name (Redacted) | Contractor |
|---|---|
| (1)  Shannon Verdon, o/b/o J.V | Fluor |
| (2)  Kenneth Verdon | Fluor |
| (3)  Shannon Verdon, o/b/o K.V | Fluor |



EXHIBIT A