| Name (Redacted) | Contractor |
|---|---|
| (1) Sheila Wolfe Baker | CH2MHILL |
| (2) Steven Weyland Fincher | |
| (3) Dominick Imbornone | |
| (4) Gia Marie Imbornone | |
| (5) Sheila L. Imbornone | |
| (6) Helen S James | CH2MHILL |
| (7) Huey Paul James | CH2MHILL |
| (8) Kathleen E. Jeanfreau | |
| (9) William D. Lind | |
| (10) Jennie Lopez | CH2MHILL |
| (11) John V. Meyers | |
| (12) Ann Marie Miller | CH2MHILL |
| (13) John Miller | CH2MHILL |
| (14) Rusty Ann Miller | CH2MHILL |
| (15) Betrand E Pomes | |
| (16) Donita Pomes | |
| (17) Bryan J. Rodi | |
| (18) Evelyn Roussell | |
| (19) Diana E. Shanley | |
| (20) Clifford Sino | CH2MHILL |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Jerry G. Sisk | CH2MHILL |
| (22) Judith A. Sisk | CH2MHILL |
| (23) Elmenia C. Spera | |
| (24) Louis W Spera | |
| (25) Dean Uplinger | |