| Name (Redacted) | Contractor |
|---|---|
| (1) Rafat Alkurd, o/b/o A.A | |
| (2) Alaa R. Alkurd | |
| (3) Etaf Alkurd | |
| (4) Rafat Alkurd, o/b/o N.A | |
| (5) Rafat Alkurd | |
| (6) Rafat Alkurd, o/b/o R.A | |
| (7) Kimberly Clark Alphonso | |
| (8) Carrolyn Ancalade | Shaw |
| (9) Dennis C Armitage | |
| (10) Nicole Bennett, o/b/o J.B | |
| (11) Nicole Bennett | |
| (12) Angela Saragusa Bernard | |
| (13) Susan Balbon Bigting | |
| (14) Brittany L Brightman | |
| (15) Susan Domino Bush | CH2MHILL |
| (16) Salvador John Cangelosi | Shaw |
| (17) Robin Clark, o/b/o K.C | |
| (18) Allen Couvillon | |
| (19) Sandra Lee Couvillon | |
| (20) Angela Crawford, o/b/o C.C | |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Karen Creel, o/b/o A.C | |
| (22) Karen Krantz Creel | |
| (23) Cody Lawrence Cutrer | T-MAC |
| (24) Cody Lawrence Cutrer | T-MAC |
| (25) Roxanne Rome, o/b/o C.C | T-MAC |
| (26) Roxanne Rome, o/b/o C.C | T-MAC |
| (27) Ricky & Stacy Davidson, o/b/o C.D | |
| (28) Ricky & Stacy Davidson, o/b/o H.D | |
| (29) Richard E Davidson | |
| (30) Stacy Ann Davidson | |
| (31) Ruben Davis | Shaw |
| (32) Rubin J. Davis | Shaw |
| (33) Susie A. Davis | Shaw |
| (34) Brittany Michel Deano | |
| (35) Brittany Michel Deano | |
| (36) Julie Fontenot Deboer | Shaw |
| (37) Theresa Denoux | CH2MHILL |
| (38) Barry Diaz | MLU |
| (39) Herbert E. Diaz | |
| (40) August DiFranco | CH2MHILL |

| Name (Redacted) | Contractor |
|---|---|
| (41) Patricia L. DiFranco | CH2MHILL |
| (42) Joseph Peter DiMaggio | |
| (43) Sophie A. Dominick | |
| (44) Brenda Bushnell Doucet | |
| (45) Patrick Doucet | |
| (46) Jeanine Dover | |
| (47) Daniel J. Dubose | Shaw |
| (48) Heather Dubose, o/b/o E.D | Shaw |
| (49) Heather H. Dubose | Shaw |
| (50) Felton Duplessis | Shaw |
| (51) Ashley Dusaules, o/b/o D.D | |
| (52) Clarence Encalade | |