| Name (Redacted) | Contractor |
|---|---|
| (1)  Manny Ernest Gallardo | |
| (2)  Antoinette Lodriguss | |
| (3)  Patrick J Lodriguss | |
| (4)  Bryan Keith Moore | |
| (5)  Paula Dalton Nonenmacher | |
| (6)  Bobbie L Santana | |
| (7)  Frank Stephany, o/b/o B.S | |
| (8)  Frank Matas Stephany | |
| (9)  Frank Stephany, o/b/o N.S | |
| (10) Elmenia Stera | |
| (11) Louis Stera | |
| (12) Rainell M Zito | |

EXHIBIT A