| Name (Redacted) | Contractor |
|---|---|
| (1) Dana and Ricky Meyer, o/b/o A.M | UFAS-Mu |
| (2) Dana and Ricky Meyer, o/b/o C.M | UFAS-Mu |
| (3) Dana Meyer | UFAS-Mu |
| (4) Ricky Edward Meyer | UFAS-Mu |
| (5) Louise White | Fluor |



EXHIBIT A