| Name (Redacted) | Contractor |
|---|---|
| (1) Anna Polk Duplessis | Shaw |
| (2) Anthony Macaluso | |
| (3) Anthony Macaluso | |
| (4) Chasity Heaney & Shane L.Mackles, o/b/o B | Jacquet |
| (5) Chasity Heaney & Shane L. Mackles, o/b/o H | Jacquet |
| (6) Chasity Heaney & Shane L. Mackles, o/b/o S | Jacquet |
| (7) Shane Louis Louis Mackles | Jacquet |
| (8) Clifford J. Maher | |
| (9) Henry Maitre | |
| (10) Charlene Elizabeth Matheny | CH2MHILL |
| (11) Arthur L. McDonald | |
| (12) Dunwoodie A. McDuffie | Shaw |
| (13) Steven & Raquel Melerine, o/b/o B.M | Shaw |
| (14) Steven & Raquel Melerine, o/b/o H.M | Shaw |
| (15) Raquel Melerine | Shaw |
| (16) Steven Melerine | Shaw |
| (17) Elizabeth Melton | Bechtel |
| (18) Jeffery Graves, o/b/o K.M | Bechtel |
| (19) Charles Mendoza | Shaw |
| (20) Emilee Mercadel | |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Donna Miller | |
| (22) Donna Miller, o/b/o E.M | |
| (23) Joel Mims | T-MAC |
| (24) Tanya Mims | T-MAC |
| (25) Zina Mitchell | |
| (26) Loretta Morehead | Jacquet |
| (27) Veronica Jane Mullet | |
| (28) Genevieve Nemeth | Shaw |
| (29) Joseph Nemeth | Shaw |
| (30) David S Nuccio | |
| (31) David S Nuccio | Jacquet |
| (32) David S. Nuccio, o/b/o S.N | Jacquet |
| (33) Richard W. Nye | |
| (34) Clayton Ocman | Shaw |
| (35) Jean Ocman | Shaw |
| (36) Pepito H. Patino | |
| (37) Thomas Payn | |
| (38) Jamere Jarron Payne | |
| (39) Lititia Ann Payne | |
| (40) Tarena Troschel Payne | |

| Name (Redacted) | Contractor |
|---|---|
| (41) Sandy N. Pelas | CH2MHILL |
| (42) Brian Perez | |
| (43) Gary Perez | |
| (44) Lee Sylvia Perez | |
| (45) Royce Perez | |
| (46) Juliette Picquet | CH2MHILL |
| (47) Emilee Mercadel, o/b/o C.P | |
| (48) Morris Joseph Powers | |
| (49) Clint E. Reine | Shaw |
| (50) Sharon Reine | Shaw |
| (51) Sharon Reine | Shaw |
| (52) Mary Sachatana Reyes | |
| (53) Deborah Proctor Richard | |
| (54) Dwight Richard | |
| (55) Edith Scott, o/b/o P.R | Shaw |
| (56) Brittany Roberts | |
| (57) Jenny Roberts, o/b/o J.R | |
| (58) Martin Roberts | |
| (59) Rudolfo R. Robles | |
| (60) Roxanne Rome Rome-Cutrer | T-MAC |

| Name (Redacted) | Contractor |
|---|---|
| (61)   Roxanne  Rome Rome-Cutrer | T-MAC |