| Name (Redacted) | Contractor |
|---|---|
| (1) Trina Ben, o/b/o J.B | CH2MHILL |
| (2) Trina Ben, o/b/o T.B | CH2MHILL |
| (3) Trina B. Ben | CH2MHILL |
| (4) Trina Ben, o/b/o T.B | CH2MHILL |
| (5) Connie Thompson Bourquard | |
| (6) Rene A. Bourquard | Jacquet |
| (7) Geral Bowman | Davis Pro |
| (8) Geral Bowman | |
| (9) Trina Ben, o/b/o K.B | CH2MHILL |
| (10) Kevin Bryan | CH2MHILL |
| (11) Sherman Sr., o/b/o S.C | Davis Pro |
| (12) Sherman Joseph Calice | Davis Pro |
| (13) Shermicia D Calice | Davis Pro |
| (14) Sherman Calice Sr, o/b/o S.C | Davis Pro |
| (15) Ann P Caluda | |
| (16) Bonnie Ann Caluda | |
| (17) Gracelyn Michelle Casanova | |
| (18) Joshua Davis | Shaw |
| (19) Juane Davis | Shaw |
| (20) Pamela Davis | Shaw |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Earl Sabastion Esteves | |
| (22) Loyce Esteves | |
| (23) Patricia Tamor Garcia | |
| (24) Trina Ben, o/b/o J.J | CH2MHILL |
| (25) Rodney Karcher Jr., o/b/o B.K | B & I Services |
| (26) Rodney Karcher Jr., o/b/o B.K | B & I Services |
| (27) Rodney Karcher Jr., o/b/o M.K | B & I Services |
| (28) Monica Poche Karcher | B & I Services |
| (29) Rodney David Karcher | B & I Services |
| (30) David Landry III, o/b/o A.L | Shaw |
| (31) Asia Landry | Shaw |
| (32) David Landry | Shaw |
| (33) George Napier | CH2MHILL |
| (34) Kerilynn Neumeyer | |
| (35) Jerry Lee Nisse | Shaw |
| (36) Philip Charles Perera | |
| (37) Philip Claude Perera | |
| (38) Anthony Phillips | Shaw |
| (39) Sandra Phillips | Shaw |
| (40) Maria Theresa Rodi | CH2MHILL |

| Name (Redacted) | Contractor |
|---|---|
| (41) Wade Rodi | CH2MHILL |
| (42) Frank Stephany | T-MAC |
| (43) Henrietta Stephany | T-MAC |
| (44) Mattie Mae Williams | Shaw |