| Name (Redacted) | | Contractor |
|---|---|---|
| (1) | June J. Bailey | Fluor |
| (2) | Penny Lynn Lanier | Fluor |
| (3) | Juline Williams, o/b/o L.M | Fluor |
| (4) | Kentrell R. Peters | Fluor |



EXHIBIT A