| Name (Redacted) | | Contractor |
|---|---|---|
| (1) | Tracey Nunez, o/b/o S.N | CH2MHILL |
| (2) | Tracey Marie Nunez | CH2MHILL |



EXHIBIT A