| Name (Redacted) | Contractor |
|---|---|
| (1)   Michael Joseph Battaglia | |
| (2)   Margaret Mary Buras | |

