| Name (Redacted) | Contractor |
|---|---|
| (1)  Charles R. Thomas | |

