| Name (Redacted) | Contractor |
|---|---|
| (1) Patricia Bindom, o/b/o D.B | |
| (2) Patricia Bindom, o/b/o J.B | |
| (3) Patricia Bindom | |
| (4) Sandra Pierre, o/b/o D.B | Shaw |
| (5) Patricia (Trisha) A. Diaz | Shaw |
| (6) Roberto Duran | |
| (7) Anthony Foto | |
| (8) Chase Michael Gosnell | |
| (9) Sandra Pierre, o/b/o D.G | Shaw |
| (10) Hope & Joseph Held, o/b/o C.H | CH2MHILL |
| (11) Edward John Held | |
| (12) Hope Freire Held | CH2MHILL |
| (13) Joseph E. Held | CH2MHILL |
| (14) Joseph E. Held | CH2MHILL |
| (15) Theresa Piazza Held | |
| (16) Harold Joseph McCloskey | |
| (17) Susan T. McCloskey | |
| (18) David Paul Penney | CH2MHILL |
| (19) Joseph Pierre | Shaw |
| (20) Joseph Pierre | Shaw |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21)   Sandra Broussard Pierre | Shaw |
| (22)   Sandra Broussard Pierre | Shaw |
| (23)   Mary Ruppert | |