| Name (Redacted) | Contractor |
|---|---|
| (1) Jaylin A. Authement | |



EXHIBIT A