| | Name (Redacted) | Contractor |
|---|---|---|
| (1) | Thomas Ahl | |
| (2) | Julius Cummins | UFAS-Mu |
| (3) | Tammy Cummins | |
| (4) | Rhonda Estave, o/b/o D.E | |
| (5) | Donald Estave | |
| (6) | Rhonda Estave, o/b/o E.E | |
| (7) | Rhonda Estave, o/b/o K.E | |
| (8) | Rhonda Estave | |
| (9) | Bobbie Jean Gervais | |
| (10) | Bobbie Jean Gervais | |
| (11) | Yvonne R. Hartman | |
| (12) | Yvonne R. Hartman | |
| (13) | Sherry Magruder | Fluor |
| (14) | George A. Miller | |
| (15) | Wilfred Nunez, o/b/o A.N | |
| (16) | Wilfred Nunez, o/b/o B.N | |
| (17) | Wilfred Nunez, o/b/o C.N | |
| (18) | Wilfred A. Nunez | |
| (19) | Linda Coleman Nuschler | UFAS-TKTMJ |
| (20) | Elizabeth A. Ruiz | CH2MHILL |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21)   Misty Gervais, o/b/o T.S | |