| Name (Redacted) | Contractor |
|---|---|
| (1) Leona Michel | Shaw |
| (2) Santo S. Michel | Shaw |



EXHIBIT A