| Name (Redacted) | Contractor |
|---|---|
| (1)   Brian J. Perera | |

EXHIBIT A