| Name (Redacted) | Contractor |
|---|---|
| (1) James Thornton | Shaw |

