| Name (Redacted) | Contractor |
|---|---|
| (1)   Raymond  L. Deogracias | |
| (2)   Bena S. Vitrano | |

