| Name (Redacted) | Contractor |
|---|---|
| (1)   Charlene Blanchard | |

