| Name (Redacted) | Contractor |
|---|---|
| (1)   Taneka Hill, o/b/o T.A | |

