| Name (Redacted) | Contractor |
|---|---|
| (1)  Helen Albarado | |
| (2)  Raymond Albarado | |


EXHIBIT A