| Name (Redacted) | Contractor |
|---|---|
| (1)   Robert  Moise Legendre | |

