| Name (Redacted) | Contractor |
|---|---|
| (1) Dianne J. Adams | |
| (2) Otis Baker | |
| (3) Stacy Bordelon | |
| (4) Krystal Buras, o/b/o C.B | |
| (5) Krystal Buras | |
| (6) Krystal Buras, o/b/o M.B | |
| (7) Krystal Buras, o/b/o N.B | |
| (8) Carlo Joseph Carbello | |
| (9) Jennifer Carson | |
| (10) Randy Carson | |
| (11) Jennifer & Randy Carson Sr., o/b/o R.C | |
| (12) Donna Theresa Chambon | |
| (13) Warren James Chambon | |
| (14) Tamira Davis | |
| (15) Janice Henderson Doran | |
| (16) Candy Doran, o/b/o J.D | |
| (17) John O. Doran | |
| (18) Floria Flores | Shaw |
| (19) Darryl C. Geraci | |
| (20) Manuel Geraci | |

| Name (Redacted) | Contractor |
|---|---|
| (21) Colby & Nicole Guerra, o/b/o C.G | |
| (22) Brian Joseph Johnson | SRS, Inc. |
| (23) Edward Jorgensen | |
| (24) Edward Jorgensen, o/b/o E.J | |
| (25) Renee B. Jorgensen | |
| (26) Dorothy C. Kramer | |
| (27) Melissa A Lehrisse | |
| (28) Emilda M. LeJeune | |
| (29) Grace B. Martinez | |
| (30) Sandra A. Mayeaux | |
| (31) Stanley P. Mayeaux | |
| (32) Raymond Mark Mayeux | |
| (33) Andreau Ricord Naquin | |
| (34) Hattie Harriette Nelms | |
| (35) John Nelms | |
| (36) Linda A. Ortiz | |
| (37) Manuel M. Ortiz | |
| (38) Cynthia Petitfils | |
| (39) Paul Joseph Petitfils | |
| (40) Bethsy Parajon Pizarro | |

| Name (Redacted) | Contractor |
|---|---|
| (41) Ana Maribel Sanchez | |
| (42) Rosalyn Sara Smith | |
| (43) Elenora C. Turgeau | |
| (44) Joseph P. Turgeau | |
| (45) Benjamin Henry Vandenborre | |
| (46) David Joseph Williams | |
| (47) Gabrielle Wilson | |
| (48) John D. Wilson | |
| (49) Sandra J Wilson | |
| (50) Sandra Wilson, o/b/o Z.W | |
| (51) Curtis Lee Winding | |