| Name (Redacted) | Contractor |
|---|---|
| (1)  Lanny David Lafrance | CH2MHILL |
| (2)  Lanny David Lafrance | CH2MHILL |

