| Name (Redacted) | Contractor |
|---|---|
| (1) Prentissa Rodrigue | Fluor |
| (2) Wallace J. Rodrigue | Fluor |



EXHIBIT A