| Name (Redacted) | Contractor |
|---|---|
| (1) Richard Damien Carriere | CH2MHILL |
| (2) Vicki & Ralph, o/b/o I.D | |
| (3) Ralph DiPadova Jr, o/b/o L.D | |
| (4) Ralph A DiPadova | |
| (5) Ralph DiPadova Jr, o/b/o R.D | |
| (6) Ralph DiPadova Jr, o/b/o R.D | |
| (7) Vicki Lynn Dipadova | |
| (8) Vicki & Ralph, o/b/o P.M | |



EXHIBIT A