| Name (Redacted) | Contractor |
|---|---|
| (1) Lawrence Joseph Alberez | Fluor |
| (2) Cynthia Douglas, o/b/o B.D | Fluor |
| (3) Cynthia Douglas-Smith | Fluor |
| (4) Jean Paul Repath | Fluor |
| (5) Sterling Smith | Fluor |



EXHIBIT A