| Name (Redacted) | Contractor |
|---|---|
| (1) Paul Alexis, o/b/o H.A | CH2MHILL |
| (2) Jose R. Alvarez | |
| (3) Raymond Albert Armstrong | Shaw |
| (4) Karen Berthelot | CH2MHILL |
| (5) Kenneth Berthelot | CH2MHILL |
| (6) Michelle Berthelot | CH2MHILL |
| (7) Edwin C Billiot | CH2MHILL |
| (8) Frances Bournes Bowie | CH2MHILL |
| (9) Jerrilyn Canton Carnesi | Shaw |
| (10) Gracelyn Michelle Casanova | |
| (11) Remedios Dietrich, o/b/o D.D | Shaw |
| (12) David M Dietrich | Shaw |
| (13) Remedios Dietrich, o/b/o L.D | Shaw |
| (14) Remedios Dietrich | Shaw |
| (15) Betty D Fontenot | Shaw |
| (16) Daniel Joseph Gaeta | Bechtel |
| (17) Brian F Hirschey | T-MAC |
| (18) Farrell Hunter | Shaw |
| (19) Laura Hunter | Shaw |
| (20) Mary Sally McMenamin | Shaw |

EXHIBIT A

| Name (Redacted) | Contractor |
|---|---|
| (21) Perry K. McMenamin | Shaw |
| (22) Anthony Montalbano | Shaw |
| (23) Katherine Montalbano | Shaw |
| (24) Carol Lynn Robinson | Shaw |
| (25) Gayle B. Saubat | Jacquet |
| (26) Leslie A. Saubat | Jacquet |
| (27) Louis J. Saubat | Jacquet |
| (28) Louis J. Saubat | Jacquet |
| (29) Angele M. Sentilles | Shaw |