OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Deborah J Smith, et al

vs.

Frontier RV, Inc, et al

Case No. 10-1355  Section ____

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten U.S. Att EDLA
   (address) 500 Poydras St Ste B-210 New Orleans, LA 70130
2. (name) Frontier RV, Inc - through Lawyers Aid Service
   (address) 408 W. 17th St Ste 101 Austin, TX 78701
3. (name) USA through Eric Holder Att Gen USDJ
   (address) 950 Pennsylvania Ave, NW Washington DC 20530
4. (name) FEMA through Craig Fugate
   (address) 500 C Street Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St Bay St Louis
MS 39520

I hereby certify that all parties have been matched.
_____