OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10 5 10

Starlett King, et al

vs.

CH2M Hill Constructors, Inc, et al

Case No. 10-2882   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Eric Holder Att Gen USDJ
   (address) 950 Pennsylvania Ave, NW Washington DC 20530
2. (name) Doug Boyd Enterprises, Inc.
   (address) 701 Beddingfield Dr Knightdale, NC 27545
3. (name) Shaw Environmental Inc, through CT Corporation SVS
   (address) 5615 Corporate Blvd Ste 400B Baton Rouge LA 70808
4. (name) FEMA through Craig Fugate
   (address) 500 C Street Washington DC 20472

Very truly yours,

Rose H. Curry
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched

Rose H. Curry

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Starlett King, et al

vs.

CH2M Hill Constructors, et al

Case No. 10-2882   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, through CT Corporation Svs.
   (address) 645 Lakeland East Dr. Flowood, MS 39232
2. (name) Bechtel National Inc. through CT Corporation
   (address) 645 Lakeland East Dr. Flowood, MS 39232
3. (name) USA through Jim Letten EDLA
   (address) 500 Poydras St Ste B-210 New Orleans, LA
4. (name) _____
   (address) _____

Very truly yours,

/s/ _____
"Signature"

Attorney for _____

Address _____

I hereby certify that all parties have been matched.
/s/ _____