OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Darlene T Lenior, et al

vs.

CH2M Hill Constructors, et al

Case No. 10-2615  Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten US Att EDLA
   (address) 500 Poydras St Ste B-210 New Orleans, LA 70130
2. (name) CH2M Hill Constructors through CT Corporation
   (address) 645 Lakeland East Dr. Flowood MS 39232
3. (name) USA through FEMA through Craig Fugate
   (address) 500 C Street Washington DC 20472
4. (name) USA through Eric Holder Att Gen US DJ
   (address) 950 Pennsylvania Ave NW Washington DC 20530

Very truly yours,

Rose H. Amey
"Signature"

Attorney for Hawkins Stracener + Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched

Rose Hurd Amey