OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Mark R. Mosley, et al

vs.

Gulf Stream Coach, Inc., et al

Case No. 10-13576   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten - US Att EDLA
   (address) 500 Poydras St Ste B-210 New Orleans, LA 70130
2. (name) Bechtel National, Inc through CT Corporation S/S
   (address) 645 Lakeland East Dr. Ste 101 Flowood, MS 39232
3. (name) CH2M Hill Constructors, through CT Corporation S/S
   (address) 645 Lakeland East Dr Ste 101 Flowood, MS 39232
4. (name) Gulf Stream Coach, Inc through Kenneth Brinker
   (address) 503 South Oakland Nappanee, IN 46550

Very truly yours,

Rose Hunder Carney
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched

Rose Hunder Carney

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-5-10

Mark R. Mosley, et al

vs.

Gulf Stream Coach, Inc. et al

Case No. 10-1326   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Eric Holder Att General US OJ
   (address) 950 Pennsylvania Ave. NW Washington DC 20530
2. (name) Fluor Enterprises, Inc through Corporation Service Co.
   (address) 320 Somerulos St Baton Rouge, LA 70802
3. (name) FEMA through Craig Fugate
   (address) 500 C Street Washington DC 20472
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Hawkins Stracener + Gibson
Address 153 Main St
Bay St Louis, MS 39520