OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10·5·10

Grace Gonzales, et al

vs.

Forest River, Inc., et al

Case No. 10-1358   Section ____

Dear Sir:

Please (issue) ((re-issue)) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Jim Letten USAH EOLA
   (address) 500 Poydras St Ste B-210 New Orleans LA 70130
2. (name) Bechtel National, Inc through CT Corporation
   (address) 645 Lakeland East Dr. Ste 101 Flowood, MS 39539232
3. (name) CH2M Hill Constructors, Inc through CT Corporation
   (address) 645 Lakeland East Dr. Ste 101 Flowood, MS 39232
4. (name) Forest River, Inc. through J Richard Ransel
   (address) 228 W. High Street Elchart, IN 46516

Very truly yours,

"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St Bay St Louis
        MS 39520

I hereby certify
that all parties
have been matched

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10-5-10

Grace Gonzales, et al

vs.

Forest River, Inc., et al

Case No. 10-1358  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through Eric Holder Att Gen. US DJ
   (address) 950 Pennsylvania Ave NW Washington DC 20530
2. (name) FEMA through Craig Fugate
   (address) 500 C Street Washington DC 20472
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for Hawkins Stracener & Gibson
Address 153 Main St Bay St Louis
MS 39520

I hereby certify that all parties have been matched.
[Signature]