OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-8-10

Robbie Holden

vs.

Cavalier Home Builders, LLC, et al

Case No. 10-2345   Section ___

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through FEMA through Craig Fugate
   (address) 500 C Street Washington DC 20472
2. (name) Cavalier Home Builders, LLC through The Corp. Company
   (address) 2000 Interstate Pk. Dr. Ste 204 Montgomery, AL 36109
3. (name) USA through Jim Letten US Att EDLA
   (address) 500 Poydras St Ste B-210 New Orleans, LA 70130
4. (name) USA through Eric Holder Att Gen USDJ
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530

Very truly yours,

s / Rose Hurder Carney
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
Bay St Louis, MS 39520

I hereby certify that all parties have been matched
s / Rose Hurder Carney

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10-8-10

Robbie Holden

vs.

Cavalier Home Builders, LLC et al

Case No. 10-2345  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Cavalier Home, Inc - through The Corporation Company
   (address) 2000 Interstate Park Dr. Ste 204 Montgomery, AL 36109
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

___s / Rose Hurder Carney___
"Signature"

Attorney for Hawkins, Stracener & Gibson
Address 153 Main St
        Bay St Louis, MS 39520

I hereby certify that all parties have been matched.

s / Rose Hurder Carney