UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*George Sprinkle, et al v.*
*DS Corp., et al*
*Number 09-7527*

## NOTICE OF DISMISSAL

Notice is hereby given by Plaintiffs, through undersigned counsel, Ronnie G. Penton, that they are hereby voluntarily dismissing their claims asserted against the Defendants in the Complaint previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA 70427
        PHONE   :   (985) 732-5651
        FAX   :   (985) 735-5579
        E-MAIL   :   fedcourtmail@rgplaw.com

        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Plaintiffs