UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE ENGELHARDT |
| TO THE FOLLOWING CASE: | * | |
| *Betty White, et al v.* | * | MAG. JUDGE CHASEZ |
| *Circle B Enterprises, et al* | * | |
| *Number 08-1969, SDAL* | * | |

*******************************

## MOTION TO DISMISS DEFENDANT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who states that he does desire to dismiss his case against Defendants, Circle B Enterprises, Inc., Coachmen Industries, Inc., Fairmont Homes, Inc., Fleetwood Enterprises, Inc., Frontier RV, Inc., Gulf Stream Coach, Inc., Jayco Enterprises, Inc., Keystone Industries, Inc., KZRV, LP, Monaco Coach Corporation, Morgan Building & Spas, Inc., Morgan Building Systems, Inc., Pilgrim International, Inc., Recreation by Design, LLC., Skyline Corporation, Starcraft RV, Inc., Tom Stinnett Holiday RV Center, Thor Industries, Inc., and John Does 1-10, and John Does 11-20, with prejudice, reserving their rights against all other parties herein.

WHEREFORE, Plaintiffs pray that Defendants, Circle B Enterprises, Inc., Coachmen Industries, Inc., Fairmont Homes, Inc., Fleetwood Enterprises, Inc., Frontier RV, Inc., Gulf Stream Coach, Inc., Jayco Enterprises, Inc., Keystone Industries, Inc., KZRV, LP, Monaco Coach Corporation, Morgan Building & Spas, Inc., Morgan Building Systems, Inc., Pilgrim International, Inc., Recreation by Design, LLC., Skyline

Corporation, Starcraft RV, Inc., Tom Stinnett Holiday RV Center, Thor Industries, Inc., and John Does 1-10, and John Does 11-20, be dismissed, with prejudice, reserving their rights against all other parties herein.

>THE PENTON LAW FIRM
>209 HOPPEN PLACE
>BOGALUSA, LOUISIANA  70427
>PHONE         :         (985) 732-5651
>FAX              :         (985) 735-5579
>E-MAIL         :         fedcourtmail@rgplaw.com
>
>
>s/Ronnie G. Penton
>Ronnie G. Penton (#10462)
>Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 11, 2010.

>s/Ronnie G. Penton
>Ronnie G. Penton