UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 07-1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES | * | |
| TO THE FOLLOWING CASES: | * | |
| *Karen Barbour, et al* | * | MAG. JUDGE CHASEZ |
| *v. Forest River, Inc., et al* | * | |
| *Number 09-6633, SDAL* | * | |

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By adding the following Defendant under Section I, Parties:

a. Defendant, United States of America, is sued herein as acting through the Federal Emergency Management Agency (FEMA), and both are referred to interchangeably herein as the "Federal Government", "Government" and/or "FEMA".

**II.**

By adding the following under Section II, Jurisdiction and Venue:

a. Upon information and belief, Named Plaintiffs have filed a timely administrative claim pursuant to the Federal Tort Claims Act. Either the minimum six months have passed since the filing of their claim, with no final disposition made by FEMA, or Plaintiff has received final disposition of his claim within the past six months.

**III.**

By amending the Prayer for Relief to read:

WHEREFORE, the Named Plaintiffs pray that FOREST RIVER, INC. CH2M HILL CONSTRUCTORS, INC. and United States of America through the Federal Emergency Management Agency, be served with a copy of this Complaint, and that, after due proceedings:

(a) there be a judgment herein in favor of each Named Plaintiff and against Defendants for all compensatory damages and punitive damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

(b) there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   (1) past and future physical injuries;

   (2) past and future mental and physical pain and suffering;

   (3) past and future physical impairments and disability;

   (4) past and future reasonable and necessary medical expenses;

   (5) past and future loss of earning capacity;

   (6) past and future loss of enjoyment and quality of life;

   (7) loss of consortium and/or society;

   (8) compensable out-of-pocket expenses related to defendants' wrongdoing, including, but not limited to, (a) costs of court and (b) punitive damages;

    (9)  all other general, equitable, and further relief as the Court may deem just and proper.

**IV.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

  WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

      THE PENTON LAW FIRM
      209 HOPPEN PLACE
      BOGALUSA, LOUISIANA  70427
      PHONE  :  (985) 732-5651
      FAX  :  (985) 735-5579
      E-MAIL  :  fedcourtmail@rgplaw.com


      s/Ronnie G. Penton
      Ronnie G. Penton (#10462)
      Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 11, 2010.

s/Ronnie G. Penton<br>
Ronnie G. Penton