UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES<br>TO THE FOLLOWING CASES:<br>*Karen Barbour, et al*<br>*v. Forest River, Inc., et al*<br>*Number 09-6633, SDAL* | MAG. JUDGE CHASEZ |

**PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Alana Haigler
2. Joseph Johnson
3. Mary Johnson
4. Eric Johnson
5. Michael Johnson, Sr.
6. Tracy Johnson
7. Amanda Johnson
8. Amber Johnson
9. Chadrick Johnson

1

10. Michael Johnson, Jr.
11. April Johnson
12. Ozell Jones
13. Joshua Lowry
14. Justin Lowry
15. Luther Lowry, Sr.
16. Michael Lowry
17. Donnerine Nelson
18. Natasha Taylor
19. Randy Jones, Jr.
20. Karen Barbour
21. Tommy Barbour, Sr.
22. Tammy Collier
23. Cassandra Collier
24. Joan Covas
25. Destiny Hall
26. Thomas J. Hall, Jr.
27. Mariah Tolbert
28. Lucy Harris
29. Jonathon Harris
30. Joshua Harris
31. Tianna Harris
32. David Lilley

33. Alissa Lilley

34. Matthew Lilley

35. Paul Nelson

36. Hilda Nelson

## II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their First Supplemental and Amending Complaint be filed and amended thereby.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE    :    (985) 732-5651
        FAX    :    (985) 735-5579
        E-MAIL    :    fedcourtmail@rgplaw.com

        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 11, 2010.

                                        s/Ronnie G. Penton  
                                        Ronnie G. Penton