UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE ENGELHARDT |
| TO THE FOLLOWING CASE: | * | |
| *Karen Barbour, et al* | * | MAG. JUDGE CHASEZ |
| *v. Forest River, Inc., et al* | * | |
| *Number 09-6633, SDAL* | * | |
| ****************************** | | |

## MOTION TO DISMISS DEFENDANT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who state that they desire to dismiss their case against Defendants, FLUOR ENTERPRISES and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their rights against all other parties herein.

WHEREFORE, Plaintiffs pray that Defendants, FLUOR ENTERPRISES and SHAW ENVIRONMENTAL, INC., be dismissed, with prejudice, reserving their rights against all other parties herein.

|  |  |  |
|---|---|---|
| THE PENTON LAW FIRM | | |
| 209 HOPPEN PLACE | | |
| BOGALUSA, LOUISIANA  70427 | | |
| PHONE | : | (985) 732-5651 |
| FAX | : | (985) 735-5579 |
| E-MAIL | : | fedcourtmail@rgplaw.com |

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 11, 2010.

s/Ronnie G. Penton
Ronnie G. Penton