UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS          MDL NO. 07-1873
LIABILITY LITIGATION
                                SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Vivian Allison, et al v. Gulf Stream Coach, Inc., et al*
*Number 09-7525, SDAL*
**************************************

**PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Brandon Busby

2. Brittany Busby

3. Callie Cain

4. Maxine Montgomery

5. Hilda Nelson

6. Paul Nelson

7. Maxine Parker

8. Blane Ray

9. Blaze Ray

1

10. Tommy Brown, Sr.

11. Velda Brown

12. Julia Buff

13. James Fuller

14. Raven Dees

15. Bryce Chesting

16. Samuel Chesting

17. Selena Chesting

18. Lori Dickson

19. Willie Ferguson

20. Brandon Williams

21. Dorothy Williams

22. Sherell Williams

23. Roderick Williams

24. Johnny Harris, Sr.

25. Lucy Harris

26. Jonathon Harris

27. Joshua Harris

28. John Nelson

29. Vivian Allison

30. Larry Banks

31. Tiffany Bennett

32. Richard Gammer

33. Carolyn Jones

## II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Third Supplemental and Amending Complaint be filed and amended thereby.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE    :    (985) 732-5651
> FAX      :    (985) 735-5579
> E-MAIL   :    fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 11, 2010.

                                            s/Ronnie G. Penton
                                            Ronnie G. Penton