UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 07-1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: | * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| *Vivian Allison, et al v.* *Gulf Stream Coach, Inc., et al* *Number 09-7525, SDAL* | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, FLUOR ENTERPRISES, INC. and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their right against all other parties.

Signed this ___ day of October, 2010, in New Orleans, Louisiana.

_____

J U D G E