UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: *Dustin Brockley, et al v. Keystone RV Company, et al Number 09-7528, SDAL* | * * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

******************************

# **O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, FLUOR ENTERPRISE, INC. and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their right against all other parties.

Signed this ___ day of October, 2010, in New Orleans, Louisiana.

_____
J U D G E