## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT RELATES** | * | **JUDGE ENGELHARDT** |
| **TO THE FOLLOWING CASE:** | * | |
| *Ralph Sprinkle v.* | * | **MAG. JUDGE CHASEZ** |
| *Keystone RV Company et,al* | | |
| *Number: 09-7524/SDAL* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against

Defendants, FLUOR ENTERPRISE, INC. and SHAW ENVIRONMENTAL, INC., with

prejudice, reserving their right against all other parties.

Signed this ___ day of October, 2010, in New Orleans, Louisiana.

_____

J U D G E