## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS           MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Jennifer Maples, et al v.*
*Pilgrim International, Inc., et al*
*Number 10-224, SDAL*


## NOTICE OF DISMISSAL

Notice is hereby given by Plaintiffs, through undersigned counsel, Ronnie G.

Penton, that they are hereby voluntarily dismissing their claims asserted against the

Defendants in the Complaint previously filed in these proceedings, with prejudice,

pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
FAX              :          (985) 735-5579
E-MAIL          :          fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs

1