UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS           MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Louis Bosarge, et al v. R Vision Homes*
*Number 10-223, SDAL*

PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

I.

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Stephanie Bosarge, individually, and on behalf of her minor children, J.B. and E.B.

2. Joseph Johnson

3. Mary Johnson, individually, and on behalf of her minor son, E.J.

4. Michael Johnson, Sr.

5. Tracy Johnson, individually, and on behalf of her minor children, A.J., A.J., C.J., and M.J.

6. Mary Craft and Kevin Craft, individually, and on behalf of K.C.

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Third Supplemental and Amending Complaint be filed and amended thereby.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE       :       (985) 732-5651
> FAX             :       (985) 735-5579
> E-MAIL      :       fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 11, 2010.

                    s/Ronnie G. Penton
                    Ronnie G. Penton