# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE ENGELHARDT |
| TO THE FOLLOWING CASE: | * | |
| *Louis Bosarge, et al v.* | * | |
| *R Vision Homes* | * | |
| *Number  10-223,  SDAL* | * | |
| | * | MAG. JUDGE CHASEZ |

*******************************

# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, Fluor Enterprises, Inc. and Shaw Environmental, Inc., with prejudice, reserving their right against all other parties.

Signed this ___ day of October, 2010, in New Orleans, Louisiana.

_____
J U D G E