UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: | * * * | JUDGE ENGELHARDT |
| *Cynthia Tatham, et al v. Recreation by Design, LLC., et al Number 10-225, SDAL* | * * * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS DEFENDANT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who state that they desire to dismiss their case against Defendants, FLUOR ENTERPRISES, INC. and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their rights against all other parties herein.

WHEREFORE, Plaintiffs pray that Defendants, FLUOR ENTERPRISES, INC. and SHAW ENVIRONMENTAL, INC., be dismissed, with prejudice, reserving their rights against all other parties herein.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX            :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 11, 2010.

s/Ronnie G. Penton
Ronnie G. Penton