UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: *Bonnie Sprinkle v. TL Industries, Inc. et,al Number: 09-6698* | |

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. George Henry Sprinkle

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX         :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 11, 2010.

s/Ronnie G. Penton<br>
Ronnie G. Penton