Daigle, Lori

| | |
|---|---|
| **From:** | ANDREW WEINSTOCK [andreww@duplass.com] |
| **Sent:** | Wednesday, September 22, 2010 2:48 PM |
| **To:** | a hanegan; a vonderhaar; ben mayeaux; Maggio, Brent; CARMEN MOTES; carson strickland; charlie penot; CRYSTLE ACCARDO; d cashio; darrin forte; david bienvenu; 'Dewey Scandurro'; donna uli; ed sledge; Eric Lindstrom; ernie gieger; fran jeblonski; Heather Lanclos; jason bone; jay waller; jennifer lynn; jerry saporito; jones Walker; JOSEPH G. GLASS; josh baker; jpercy@joneswalker.com (Receipt Notification Requested) (IPM Return Requested); k davis; kelly morton; kim marshall; lamont domingue; larry Feldman; lee bains; Daigle, Lori; lyon garrison; madeleine fischer; Mike Craddock; Nannie Daigle; randy mulcahy; Rebeccka Coe; REGINA STANCIL; Richard Hines; robert sheesley; ryan Johnson; Adams, Sherry; stephanie skinner; steve kyle; stewart tharp; sue tranchina; taylor Daly; ted Hosp; Timothy Scandurro; tom thagard; victoria simosa; walter Jamison; wanda lamp; willingham |
| **Subject:** | FW: FEMA - Spring 2011 Bellwether Candidates |
| **Attachments:** | Updated PSC Spring 2011 Bellwether Nominees (00121604).PDF |

-----Original Message-----
From: Justin Woods [mailto:jwoods@gainsben.com]
Sent: Wednesday, September 22, 2010 2:41 PM
To: Amanda_Ballay@laed.uscourts.gov
Cc: Dinnell, Adam (CIV); ANDREW WEINSTOCK; Maggio, Brent; Leche, Charles E.; Kurtz, David; Denise Martin; Gerald E. Meunier; Miller, Henry (CIV); Heather McCourtney; Percy, James; Whitfield, Karen; Ralph Hubbard; Johnson, Ryan; Stewart Tharp; Tom Cougill; Raul Bencomo (benlaw@bencomolaw.com)
Subject: RE: FEMA - Spring 2011 Bellwether Candidates

Amanda and Counsel,

Attached is an updated list of PSC bellwether nominations (after we have confirmed bellwether participation).

Justin.

-----Original Message-----
From: Amanda_Ballay@laed.uscourts.gov [mailto:Amanda_Ballay@laed.uscourts.gov]
Sent: Tuesday, September 21, 2010 1:21 PM
To: Justin Woods
Cc: Dinnell, Adam (CIV); ANDREW WEINSTOCK; Maggio, Brent; Leche, Charles E.; Kurtz, David; Denise Martin; Gerald E. Meunier; Miller, Henry (CIV); Heather McCourtney; Percy, James; Whitfield, Karen; Ralph Hubbard; Johnson, Ryan; Stewart Tharp; Tom Cougill
Subject: Re: FEMA - Spring 2011 Bellwether Candidates

Thanks.

Defense counsel - Judge Engelhardt has indicated that you all have until Wednesday, 10/6 to either let us know if you agree to any of Plaintiff's selections or to submit your own nominations.

Thanks.
Amanda

Amanda J. Ballay



1

Law Clerk to the Hon. Kurt D. Engelhardt United States District Court, Eastern District of Louisiana 500 Poydras Street, Room C-367
Telephone: (504) 589-7645
Facsimile: (504) 589-4457

| | |
|---|---|
| From: | Justin Woods <jwoods@gainsben.com> |
| To: | "Amanda_Ballay@laed.uscourts.gov" <Amanda_Ballay@laed.uscourts.gov> |
| Cc: | ANDREW WEINSTOCK <andreww@duplass.com>, "Miller, Henry (CIV)" <Henry.Miller@usdoj.gov>, "Dinnell, Adam (CIV)" <Adam.Dinnell@usdoj.gov>, "Kurtz, David" <dkurtz@bakerdonelson.com>, "Whitfield, Karen" <kwhitfield@bakerdonelson.com>, Ralph Hubbard <rhubbard@lawla.com>, "Leche, Charles E." <cleche@dkslaw.com>, "Gerald E. Meunier" <gmeunier@gainsben.com>, Denise Martin <dmartin@gainsben.com>, Heather McCourtney <hmccourtney@gainsben.com>, "Johnson, Ryan" <rjohnson@joneswalker.com>, "Percy, James" <jpercy@joneswalker.com>, Stewart Tharp <stewart.tharp@taylorporter.com>, Tom Cougill <tomc@willingham-law.com>, "Maggio, Brent" <BrentMaggio@AllenGooch.com> |
| Date: | 09/20/2010 06:24 PM |
| Subject: | FEMA - Spring 2011 Bellwether Candidates |

Amanda and Counsel,

Attached is a chart which identifies each of the proposed bellwether candidates and their corresponding IA/TAC installers. It also indicates which plaintiffs have confirmed their willingness to participate in a bellwether trial.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street
New Orleans, Louisiana  70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com
(Embedded image moved to file: pic24767.jpg) cid:image001.jpg@01CB4216.39A63A20

(Embedded image moved to file: pic23655.gif)
http://shawnetv2.shawgrp.com/weekly/PublishingImages/GoGreenIcon_rev1.gif
Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law.
If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

[attachment "Spring 2011 Bellwether Candidates Proposed by PSC (00121391).PDF" deleted by Amanda Ballay/LAED/05/USCOURTS]

| | VIN | Contractor | Law Firm | Willing to be bellwether? | Test Results? |
|---|---|---|---|---|---|
| **Jayco, Inc. (January 31, 2011)** | | | | | |
| Bonnie S. Guimbellot o/b/o Austin Guimbellot | 1UJBJ02R561EM0240 | CH2M Hill | GBDM&W | Y | Y |
| Kendra A. Cook o/b/o Devon Cook | 1UJBJ02R261EL0460 | Fluor | L&N/Becnel Hingle | Y | N |
| Altondra Crockett o/b/o Jarius Crockett | 1UJBJ02P261JN0453 | Fluor | Irpino/D'Amico | Y | N |
| Warletta Larkin | 1UJBJ02P061EP0826 | CH2M Hill | Centola/HLC | Y | N |
| Terrano Larkin | 1UJBJ02P061EP0826 | CH2M Hill | Centola/HLC | Y | N |
| Hope Marshall | 1UJBJ202P661EP1138 | Fluor | Centola/HLC | Y | Y |
| | | | | | |
| **Coachmen RV Co. (June 20, 2011)** | | | | | |
| Johnny W. Gras, Sr. o/b/o Jacob M. Gras | 1TC2B969963001561 | CH2M Hill | GBDM&W | Y | N |
| Wilma A. Hall | 1TC2B969163001537 | Shaw | D'Amico | Y | N |
| Bridgette Medley o/b/o Yalan R. Medley | 1TC2B969063001416 | Shaw | Becnel | Y | N |
| Kelly T. Cook | 1TC2B969866101469 | Fluor | Becnel | Y | N |
| Vickitress G. Jones | 1TC2B969066101546 | Fluor | PSC | Y | N |
| | | | | | |
| **KZ RV, LP (May 16, 2011)** | | | | | |
| Michele Chaussy | 4EZTS322265095549 | Fluor | Centola/HLC | Y | Y |
| Faith Chaussy | 4EZTS322265095549 | Fluor | Centola/HLC | Y | Y |
| Nicole Maria Chaussy | 4EZTS322265095549 | Fluor | Centola/HLC | Y | Y |
| Nicole Maria Chaussy o/b/o Tanner Lain Alphonso | 4EZTS322265095549 | Fluor | Centola/HLC | Y | Y |
| Melvin Mackey | 4EZTS32266S095540 | Fluor | Centola/HLC | Y | N |
| | | | | | |
| **Sun Valley (March 28, 2011)** | | | | | |
| Alfred V. Jeanmarie | 1S4BT302363014529 | Fluor | Jim Hall | Y | N |
| Audrey Jeanmarie | 1S4BT302363014529 | Fluor | Jim Hall | Y | N |
| Audrey Jeanmarie o/b/o Alyssa Jeanmarie | 1S4BT302363014529 | Fluor | Jim Hall | Y | N |
| Allen Growe | 1S4BT302363014238 | Fluor | Centola/HLC | Y | N |