## Maggio, Brent

**From:** Maggio, Brent
**Sent:** Monday, October 04, 2010 8:17 AM
**To:** Justin I. Woods (jwoods@gainsben.com)
**Subject:** Sun Valley plaintiff nominations for bellwether trial (3/28/11)

Justin, pursuant to the Judge's instruction, we would like to work with the PSC to select mutually agreeable plaintiffs for our bellwether trial. As such, on behalf of my client, Sun Valley, Inc., we offer the following proposal regarding our trial.

We will consent to the PSC's nomination of Allen Growe with the following conditions: the PSC picks 1 person from the below list of Eastern District of LA nominees and the PSC picks 1 person from the below list of Southern District of MS nominees. We want 2 backup plaintiffs to be worked up simultaneously with Mr. Growe given the history of plaintiffs dismissing their claims as the case progresses toward trial. This process would eliminate us from scrambling around at the last second to find replacement plaintiffs. The Mississippi bellwether trial is conditioned upon Judge Engelhardt presiding as the trial judge and the local rule regarding pro hac vice being waived so that we non-Mississippi licensed attorneys can handle the case through discovery and trial without having to associate local counsel for all proceedings. This local rule requires us to have a MS licensed attorney present at every deposition, hearing, conference and trial proceeding.

The Eastern District of LA plaintiffs are:

Arthur Anderson, Jr.
Demetriace Batiste
Treyna Batiste
Charles Marshall
Lawrence Murphy
Sonya Waller
Cynthia Wharton

The Southern District of MS plaintiffs are:

Bridgett Byrd
Franklin Entrekin


Please advise of the PSC's decision so that we can report timely to the Court on or before Wednesday, October 6, 2010.

Thanks. Brent.



**Brent M. Maggio**
504.836.5260 Direct Dial
504.836.5265 Direct Fax

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

CIRCULAR 230 NOTICE: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging

