UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS        MDL NO. 07-1873
LIABILITY LITIGATION

                                              SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:        JUDGE ENGELHARDT

*Hattie Joseph, et al v.*           MAG. JUDGE CHASEZ
*Cavalier Home Builders, LLC, et al*
*Number 09-0413, SDMS*

### PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT


NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

referenced matter, who amends their Original Complaint in the following respects:

### I.

By amending **Paragraph I Parties** to remove the following Plaintiffs from this

action:

1.    Faye Gray

2.    Antonio Wicks

3.    Timothy Wicks

4.    Victoria Wicks

5.    Hattie Joseph

6.    Anthony Keys

7.    Sophia Redmond, individually, and on behalf of her minor child J.R.

8.    Shannon Keys

9.    Gabriel Ball

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original

Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their First Supplemental and Amending

Complaint be filed and amended thereby.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL       :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff


## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all

counsel of record by placing a copy of same in the United States Mail, properly addressed

and postage pre-paid, on October 12, 2010.


s/Ronnie G. Penton
Ronnie G. Penton