UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: *Charles Meshack v. Circle B, et al* *Number 08-1970, SDMS* | MAG. JUDGE CHASEZ |

## NOTICE OF DISMISSAL

Notice is hereby given by Plaintiffs, through undersigned counsel, Ronnie G. Penton, that they are hereby voluntarily dismissing their claims asserted against the Defendants in the Complaint previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

```
                        THE PENTON LAW FIRM
                        209 HOPPEN PLACE
                        BOGALUSA, LOUISIANA  70427
                        PHONE    :     (985) 732-5651
                        FAX      :     (985) 735-5579
                        E-MAIL   :     fedcourtmail@rgplaw.com


                        s/Ronnie G. Penton
                        Ronnie G. Penton (#10462)
                        Trial Counsel for Plaintiffs
```

1