UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Darrell Allen, Jr. et al v.*
*DS Corp., d/b/a Crossroads RV*
*Number: 09-5559*

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Darrell Allen, Jr.
2. Toni England

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their First Supplemental and Amending Complaint be filed and amended thereby.

1

```
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX        :      (985) 735-5579
E-MAIL     :      fedcourtmail@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

        s/Ronnie G. Penton
        Ronnie G. Penton