UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Danny H. Chasley v. Dutchmen Manufacturing*
*Number 09-5553*

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

### I.

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Danny H. Chasley
2. Alex M. Middleton
3. Jakerria Middleton
4. Malachi M. Middleton
5. Phyllis Middleton
6. Shanika Middleton
7. Sidney A. Middleton
8. Brandon Sibley
9. LaDarius Sibley
10. Jamal Williams

1

11. Jennifer Williams

12. Neaholyah Williams

13. Tyron H. Williams

## II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their First Supplemental and Amending Complaint be filed and amended thereby.

```
                    THE PENTON LAW FIRM
                    209 HOPPEN PLACE
                    BOGALUSA, LOUISIANA  70427
                    PHONE    :    (985) 732-5651
                    FAX      :    (985) 735-5579
                    E-MAIL   :    fedcourtmail@rgplaw.com


                    s/Ronnie G. Penton
                    Ronnie G. Penton (#10462)
                    Trial Counsel for Plaintiff
```

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

        s/Ronnie G. Penton
        Ronnie G. Penton