UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS                  MDL NO. 07-1873
LIABILITY LITIGATION

                                       SECTION "N" (5)
THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:                JUDGE ENGELHARDT

*Kemberly Ladner, et al v.*            MAG. JUDGE CHASEZ
*Forest River, Inc., et al*
*Number 09-5552, SDMS*

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Larry W. Cravens

2. Velvet Lockett

3. Russel W. Lombard

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

1

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

>THE PENTON LAW FIRM
>209 HOPPEN PLACE
>BOGALUSA, LOUISIANA  70427
>PHONE     :     (985) 732-5651
>FAX       :     (985) 735-5579
>E-MAIL    :     fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

s/Ronnie G. Penton
Ronnie G. Penton

2