UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873
LIABILITY LITIGATION

   SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:    JUDGE ENGELHARDT

*Lillian Triplett, et al v.*    MAG. JUDGE CHASEZ
*Forest River, Inc., et al*
*Number 09-6914, SDMS*

## PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Willie Jones

2. Gerald Ulrich

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

1

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

>
> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE	:	(985) 732-5651
> FAX	:	(985) 735-5579
> E-MAIL	:	fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

> s/Ronnie G. Penton
> Ronnie G. Penton