UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES<br>TO THE FOLLOWING CASES:<br>*Francis Barrett v.*<br>*Gulf Stream Coach, et al*<br>*Number: 09-6913* | |

**PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Melvina Allen
2. Robecca Borden
3. Tammie Guy
4. Sylvia REddix
5. Kevin Buckel
6. Tracey Aaron
7. Troy Ford
8. Bonnie S. Peters
9. Todd Peters

1

10. Cynthia Pittman, individually, and on behalf of her minor children S. P. and T. P.

11. Laura Red, individually, and on behalf of her minor children, L. R. and A. R.

12. Tracy Red

13. Kimeca Rodgers, individually, and on behalf of her minor children, J. R. and A. R.

14. Ernest Taylor

15. Charissa Denson

16. Claudia Denson, individually, and on behalf of her minor child, K.D.

17. Dream Encarnacao, individually, and on behalf of her minor children, R.G. M.G., B.B., and R.B.

18. Faye Gray, individually, and on behalf of V.W.

19. Antonio Wicks

20. Timothy Wicks

## II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Third Supplemental and Amending Complaint be filed and amended thereby.

```
                        THE PENTON LAW FIRM
                        209 HOPPEN PLACE
                        BOGALUSA, LOUISIANA  70427
                        PHONE     :    (985) 732-5651
                        FAX       :    (985) 735-5579
                        E-MAIL    :    fedcourtmail@rgplaw.com
```

        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

        s/Ronnie G. Penton
        Ronnie G. Penton