# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS     MDL NO. 07-1873  
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES  
TO THE FOLLOWING CASES:  
*Ethel Mitchell, et al v.*  
*Heartland Recreational, et al*  
*Number 09-5555*

## PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Natley Mitchell, individually, and on behalf of her minor children, N.M., P.M., D.M., J.M. J.M., and N.M

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE     :     (985) 732-5651
> FAX       :     (985) 735-5579
> E-MAIL    :     fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

> s/Ronnie G. Penton
> Ronnie G. Penton