# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: | JUDGE ENGLEHARDT |
| *Darrell M. Allen, Jr., et al v. Keystone RV Company, et al Number 09-5550, SDMS* | MAG. JUDGE CHASEZ |

## PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By amending **Paragraph I Parties** to remove the following Plaintiffs from this action:

1. Janice Harrell

2. Herman Pruitt

3. Darrell Allen, Jr.

**II.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

1

WHEREFORE, Plaintiffs pray that their First Supplemental and Amending Complaint be filed and amended thereby.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 12, 2010.

                    s/Ronnie G. Penton
                    Ronnie G. Penton