UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS           MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Janet Stewart v.*
*Lakeside Park Homes, et al*
*Number 09-7168*


### NOTICE OF DISMISSAL

Notice is hereby given by Plaintiffs, through undersigned counsel, Ronnie G. Penton, that they are hereby voluntarily dismissing their claims asserted against the Defendants in the Complaint previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

       THE PENTON LAW FIRM
       209 HOPPEN PLACE
       BOGALUSA, LOUISIANA  70427
       PHONE : (985) 732-5651
       FAX : (985) 735-5579
       E-MAIL : fedcourtmail@rgplaw.com


       s/Ronnie G. Penton
       Ronnie G. Penton (#10462)
       Trial Counsel for Plaintiffs