| Last Name | First Name | FEMA ID # | Approx Lease Date | Original Docket # | Last Name of App | First Name of App | FEMA ID # of App | Street Address of App | City of App | State of App | Zip of App | VIN | FEMA Bar Code | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniels | Benjamin | 911812926 | Dec-05 | 2:10cv02894 | Daniels | Benjamin | 911812926 | 222 Bowen Street | Biloxi | MS | 39530 | Unknown | Unknown | Casey L. Lott |
| Dupre | Dennis | 938448758 | Dec-05 | 2:10cv02894 | Dupre | Dennis | 938448758 | 14200 Alcede Lizana Rd. | Gulfport | MS | 39503 | Unknown | Unknown | Casey L. Lott |
| Kelly | Victor | 940853163 | Oct-05 | 2:10cv02893 | Kelly | Victor | 940853163 | 2612 Gulf Ave. #B | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Lewis | Louis | 939494480 | Sep-05 | 2:10cv02893 | Lewis | Louis | 939494480 | 1409 Hwy. 90 Lot 98 | Gautier | MS | 39553 | Unknown | Unknown | Casey L. Lott |
| Lybrend | Romona | 491191868 | Feb-06 | 2:10cv02896 | Lybrend | Romona | 491191868 | 9640 Bendy Rd. | Irvington | AL | 36544 | Unknown | Unknown | Casey L. Lott |
| Morgan | Brenda | 912772520 | Oct-05 | 2:10cv02893 | Morgan | Brenda | 912772520 | 1573 Allie Bird | Ocean Springs | MS | 39564 | Unknown | Unknown | Casey L. Lott |
| Norwood | Albert | 919145821 | Sep-05 | 2:10cv02895 | Norwood | Albert | 919145821 | 5113 15th St. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Prince | Michael | Unknown | Dec-05 | 2:10cv02895 | Prince | Michael | Unknown | P. O. Box 1132 | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Laurent | Oniesha | Unknown | | 2:10cv02893 | Laurent | Oniesha | Unknown | 485 Ruella Ave. Apt. 19 | Bay St. Louis | MS | 39520 | Unknown | Unknown | Casey L. Lott |
| Rivera | Kecia | 911710268 | Feb-05 | 2:10cv02895 | Rivera | Kecia | 911710268 | 4120 Chico St. #B | Pascagoula | MS | 39581 | Unknown | Unknown | Casey L. Lott |
| Smith | Denise | 912139600 | Oct-05 | 2:10cv02895 | Smith | Denise | 912139600 | 1222 King Henry Drive | Ocean Springs | MS | 39564 | Unknown | Unknown | Casey L. Lott |
| Smith | D'Andre | 912139600 | Oct-05 | 2:10cv02895 | Smith | D'Andre | 912139600 | 1222 King Henry Drive | Ocean Springs | MS | 39564 | Unknown | Unknown | Casey L. Lott |
| Smith | Tevarr | 912139600 | Oct-05 | 2:10cv02895 | Smith | Tevarr | 912139600 | 1222 King Henry Drive | Ocean Springs | MS | 39564 | Unknown | Unknown | Casey L. Lott |
| Speight | Bobbie | 919145821 | Sep-05 | 2:10cv02895 | Speight | Bobbie | 919145821 | 5113 15th St. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Boule | Yvette | 939512566 | Jun-06 | 2:10cv02894 | Boule | Yvette | 939512566 | 7920 Monterey Rd. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Waddell | Rachel | 92160812 | Apr-06 | 2:10cv02895 | Waddell | Rachel | 92160812 | P. O. Box 4641 | Bay St. Louis | MS | 39520 | Unknown | Unknown | Casey L. Lott |
| Walker | Liddie | 940778894 | Nov-05 | 2:10cv02895 | Walker | Liddie | 940778894 | 239 Keller Ave. | Biloxi | MS | 39530 | Unknown | Unknown | Casey L. Lott |
| Weathersby | Eugene | 939178457 | Jan-06 | 2:10cv02895 | Weathersby | Eugene | 939178457 | 8320 Georgia Ave. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Lewis | Walter | Unknown | Nov-05 | 2:10cv02893 | Lewis | Walter | Unknown | 390 Coresus St. | Biloxi | MS | 39530 | Unknown | Unknown | Casey L. Lott |
| Mason | Gwen | Unknown | Nov-05 | 2:10cv02893 | Mason | Gwen | Unknown | 2093 Carolwood Dr. | Biloxi | MS | 39532 | Unknown | Unknown | Casey L. Lott |
| Lewis | Ada | Unknown | Nov-05 | 2:10cv02893 | Lewis | Ada | Unknown | 2093 Carolwood Dr. | Biloxi | MS | 39532 | Unknown | Unknown | Casey L. Lott |
| McIntosh | Reginald | 931145730 | Aug-05 | 2:10cv02893 | McIntosh | Reginald | 931145730 | 1611 Rhorer Ave. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| McIntosh | Rhonda | 931145730 | Unknown 2005 | 2:10cv02893 | McIntosh | Rhonda | 931145730 | 1611 Rhorer Ave. | Gulfport | MS | 39501 | Unknown | Unknown | Casey L. Lott |
| Bradford | Cean | 912459317 | Unknown | 2:10cv02894 | Bradford | Dean | 912459417 | 608 Auburn St. | Wiggins | MS | 39577 | Unknown | Unknown | Casey L. Lott |
| Milton | Brian | 912459417 | Unknown | 2:10cv02893 | Milton | Brian | 912459417 | 608 Auburn St. | Wiggins | MS | 39577 | Unknown | Unknown | Casey L. Lott |
| Bradford | Yvonne | 912459417 | Unknown | 2:10cv02894 | Bradford | Yvonne | 912459417 | 608 Auburn St. | Wiggins | MS | 39577 | Unknown | Unknown | Casey L. Lott |
| Baker | Erica | 410129530 | Unknown | 2:10cv02894 | Baker | Erica | 410129530 | 13780 Vidalia Rd. | Pass Christian | MS | 39571 | Unknown | Unknown | Casey L. Lott |
| Baker | Zachary | 410129530 | Unknown | 2:10cv02894 | Baker | Zachary | 410129530 | 13780 Vidalia Rd. | Pass Christian | MS | 39571 | Unknown | Unknown | Casey L. Lott |

Exhibit "A"