# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

## ORDER

BEFORE THE COURT is the Plaintiffs' Motion To Participate in Last Chance Process to authorize out-of-time filing of last chance motion for unmatched plaintiffs.

The court finds this motion well taken.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion to Participate in Last Chance Process is hereby GRANTED.

SO ORDERED, this the ___ day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

{L0059853.DOC}