MINUTE ENTRY
ENGELHARDT, J.
October 12, 2010

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Tuesday, October 12, 2010, at 11:00 a.m. Participating were Justin I. Woods, Gerald E. Meunier, M. David Kurtz, Karen Whitfield, Andrew D. Weinstock, and Philip Watson.

JS10(0:20)