UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE ENGELHARDT |
| TO THE FOLLOWING CASE: | * | |
| *Roger Branch, et al v.* | * | MAG. JUDGE CHASEZ |
| *Fleetwood Enterprises, Inc., et al* | * | |
| *Number 09-7529, SDAL* | * | |

*******************************

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, FLUOR ENTERPRISES, INC. and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their right against all other parties.

Signed this 12th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE