UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: *Betty White, et al v. Circle B Enterprises, et al Number 08-1969, SDAL* | * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, Circle B Enterprises, Inc., Coachmen Industries, Inc., Fairmont Homes, Inc., Fleetwood Enterprises, Inc., Frontier RV, Inc., Gulf Stream Coach, Inc., Jayco Enterprises, Inc., Keystone Industries, Inc., KZRV, LP, Monaco Coach Corporation, Morgan Building & Spas, Inc., Morgan Building Systems, Inc., Pilgrim International, Inc., Recreation by Design, LLC., Skyline Corporation, Starcraft RV, Inc., Tom Stinnett Holiday RV Center, Thor Industries, Inc., and John Does 1-10, and John Does 11-20, with prejudice, reserving their right against all other parties.

Signed this 12th day of October, 2010, in New Orleans, Louisiana.

_____
J U D G E