UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT RELATES** | * | **JUDGE ENGELHARDT** |
| **TO THE FOLLOWING CASE:** | * | |
| *Ralph Sprinkle v.* | * | **MAG. JUDGE CHASEZ** |
| *Keystone RV Company et,al* | | |
| *Number: 09-7524/SDAL* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, FLUOR ENTERPRISE, INC. and SHAW ENVIRONMENTAL, INC., with prejudice, reserving their right against all other parties.

Signed this 12th day of October, 2010, in New Orleans, Louisiana.

_____
JUDGE