UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: *Louis Bosarge, et al v.* *R Vision Homes* *Number  10-223,  SDAL* | * * * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

*********************************

# O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiffs be allowed to dismiss their claim against Defendants, Fluor Enterprises, Inc. and Shaw Environmental, Inc., with prejudice, reserving their right against all other parties.

Signed this 12th day of October, 2010, in New Orleans, Louisiana.

_____
J U D G E