AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Tommy Babineau ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:10 cv 379 HSO-JMR |
| Jayco Enterprises, Inc., et al ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jayco Enterprises, Inc., through
Glenn S. Killoren
121 W. Franklin St., Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7/30/10

*Signature of Clerk or Deputy Clerk*



| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179 1000 1645 0016 1878 | A. Signature X [signature] ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name) KEN SNYDER   C. Date of Delivery 9-21-10 |
| 1. Article Addressed to:<br><br>Jayco Enterprises, Inc. through<br>Glenn S. Killoren<br>121 W. Franklin St.<br>Elkhart, IN 46516 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

Code2: Babineau v. Jayco, 10-379 SDMS

PS Form 3811            Domestic Return Receipt