EDLA 10-3148

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Yvette Anderson, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Keystone RV Company, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 1:10 CV 382 HSO - JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   USA through
Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

*CLERK OF COURT*

Date: ___7/30/10___

_____
*Signature of Clerk or Deputy Clerk*



UNITED STATES
POSTAL SERVICE®

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 6287**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:36 am on September 07, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**

Enter Label/Receipt Number.

_Go >_

Detailed Results:

- **Delivered, September 07, 2010, 11:36 am, WASHINGTON, DC 20472**
- **Arrival at Unit, September 07, 2010, 8:45 am, WASHINGTON, DC 20022**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    _Go >_

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | 7179100016450015287 | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $  0.00 | |

| | |
|---|---|
| | 7.17 |
| Sent To | Federal Emergency Mgmt Agcy (FEMA) |
| Street, Apt. No.; or PO Box No. City, State, Zip+4 | Craig Fugate, Director 500 C Street S.W. Washington, DC 20472 |

PS Form 3800, August 2006          See Reverse for Instructions

Code: Y. Anderson v. Keystone
Code2: USDC SDMS 10-382