*EDLA 10-2908*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Eva Francis | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:10cv184-KS0-JMR |
| Coachmen Recreational Vehicle Company of Georgia, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc.
Through its Agent for Service of Process
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: July 29, 2010

*Signature of Clerk or Deputy Clerk*

**COMPLETE THIS SECTION ON DELIVERY**

**2. Article Number**

7179100016450016211L0

A. Signature

X _____     ☐ Agent
                      ☐ Addressee

B. Received by (*Printed Name*)          C. Date of Delivery

Amy Ulmer                                 9/21/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES enter delivery address below:          ☐ No

**1. Article Addressed to:**

CH2M Hill Constructors, Inc. through
Gerardo R. Barrios
Baker Donelson
2 Sanctuary Blvd., #201
Mandeville, LA 70471

3. Service Type          ☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

Code2: Francis v. Coachmen, 10-184

PS Form 3811          Domestic Return Receipt