UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 07-1873 |
| THIS DOCUMENTS RELATES TO: | SECTION N(5) JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant, Arch Specialty Insurance Company ("Arch"), and moves the Court to allow the withdrawal of Kenneth P. Carter of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana, 70170 as counsel of record for defendant, Arch.

Arch further requests that this Court permit D. Russell Holwadel, Trial Attorney, Bruce R. Hoefer., Jr., Shannon Howard-Eldridge, Ira J. Rosenzweig, Phillip J. Rew, Heather England Reznik and Gregory O. Currier of the law firm Adams, Hoefer, Holwadel & Eldridge, L.L.C., 400 Poydras Street, Suite 2450, New Orleans, Louisiana, 70130, to enroll and substitute as counsel for Arch.

This withdrawal and substitution will not delay the progress of this case.

Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signatures.

                ADAMS, HOEFER, HOLWADEL &
                    ELDRIDGE, L.L.C.

*/s/ D. Russell Holwadel*
_____
D. RUSSELL HOLWADEL, T.A. (Bar #16975)
BRUCE R. HOEFER, JR. (Bar #6899)
SHANNON HOWARD-ELDRIDGE (Bar #23139)
IRA J. ROSENZWEIG (Bar #17123)
PHILLIP J. REW (Bar #25843)
HEATHER ENGLAND REZNIK (Bar #29175)
GREGORY O. CURRIER (Bar #16875)
400 Poydras Street, Suite 2450
New Orleans, LA     70130
Telephone: 504-581-2606
Facsimile: 504-525-1488
E-mails:   drh@ahhelaw.com
           brh@ahhelaw.com
           goc@ahhelaw.com

Counsel for defendant, Arch Specialty Insurance Company

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

*/s/ Kenneth P. Carter*

_____
KENNETH P. CARTER (Bar # 3933)
201 St. Charles Avenue, Suite 3600
New Orleans, LA    70170
Telephone: 504-566-5200
Facsimile: 504-636-4000
E-mail: kcarter@bakerdonalson.com

## CERTIFICATE OF SERVICE

I do hereby certify that on October 11, 2010, a true and correct copy of the **Motion to Withdraw and Substitute Counsel of Record** was e-filed via CM/ECF with automatic service by the Clerk to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system and/or was served by facsimile and U.S. mail to all counsel of record.

*/s/ D. Russell Holwadel*

_____