UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 07-1873 |
| THIS DOCUMENTS RELATES TO: | SECTION N(5)<br>JUDGE ENGELHARDT |
| ALL CASES | MAGISTRATE CHASEZ |

## **ORDER**

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS HEREBY ORDERED that Kenneth P. Carter of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 201 St. Charles Avenue, Suite 3600, New Orleans, Louisiana, 70170 is allowed to withdraw as counsel of record for defendant, Arch Specialty Insurance Company, and that D. Russell Holwadel, Trial Attorney, Bruce R. Hoefer., Jr., Shannon Howard-Eldridge, Ira J. Rosenzweig, Phillip J. Rew, Heather England Reznik and Gregory O. Currier of the law firm Adams, Hoefer, Holwadel & Eldridge, L.L.C., 400 Poydras Street, Suite 2450, New Orleans, Louisiana, 70130, are allowed to enroll and substitute as counsel for defendant, Arch Specialty Insurance Company.

Thus done and signed this _____ day of October, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE