UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES (Mississippi Plaintiffs)* | * * * | MAG. ALMA L. CHASEZ |

\* \* \* \* \* \* \* \*

## JOINT RECORD DESIGNATIONS FOR
## FIFTH CIRCUIT APPELLATE REVIEW

NOW INTO COURT, through undersigned counsel, come Mississippi Plaintiffs and the United States of America, who submit the following record designations pursuant to direction from the Court of Appeals for the Fifth Circuit dated September 30, 2010.

1. Case No. 2:07-MD-1873 – Doc # 109 – Administrative Master Complaint;

2. Case No. 2:07-MD-1873 – Doc #379 – First Supplemental and Amended Master Complaint;

3. Case No. 2:07-MD-1873 – Doc #722 – Second Supplemental and Amended Master Complaint;

4. Case No. 2:07-MD-1873 – Doc # 759 – Master Answer;

5. Case No. 2:07-MD-1873 – Doc #4486 – Third Supplemental and Amended Master Complaint;

6. Case No. 2:07-MD-1873 – Doc #7688 –Fourth Supplemental and Amended Master Complaint;

7. Case No. 2:07-MD-1873 – Doc # 1 – Transfer Order;

8. Case No. 2:07-MD-1873 – Doc # 87 – Pretrial Order No. 2;

9. Case No. 2:07-MD-1873 – Doc #196, 196-1 through 196-48 – United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #1 (and all exhibits);

10. Case No. 2:07-MD-1873 – Doc #348 – Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #1;

11. Case No. 2:07-MD-1873 – Doc #419 and 419-1 – Reply Memorandum in Support of defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #1 (and exhibit);

12. Case No. 2:07-MD-1873 – Doc # 644 – Preservation of Defenses;

13. Case No. 2:07-MD-1873 – Doc #717 – Order and Reasons granting in part defendant United States of America's Motion to Dismiss (Doc#196);

14. Case No. 2:07-MD-1873 – Doc # 764 – Plaintiffs' Mot. for Class Cert.;

15. Case No. 2:07-MD-1873 – Doc # 904, 904-1 through 904-30 – USA Opp. to Class Cert. (and all exhibits);

16. Case No. 2:07-MD-1873 – Doc # 977 – USA Supp. Resp. to Class Cert.;

17. Case No. 2:07-MD-1873 – Doc # 1014 – Order and Reasons on Class Cert.;

18. Case No. 2:07-MD-1873 – Doc # 1115 – Amended Preservation of Defenses;

19. Case No. 2:07-MD-1873 – Doc # 1386 – Pretrial Order No. 36;

20. Case No. 2:07-MD-1873 – Doc #1543, 1543-1 through 1543-55, 1544, 1545, 1545-1 through 1545-53, 1551, 1551-1, 1551-2 – United States of America's

Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #2 (all related documents and all exhibits);

21. Case No. 2:07-MD-1873 – Doc #1551-3 – Exhibit 22 to United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #2;

22. Case No. 2:07-MD-1873 – Doc #2001 – Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #2;

23. Case No. 2:07-MD-1873 – Doc #2049, 2064 – Reply Memorandum in Support of defendant United States of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction – Discretionary Function #2;

24. Case No. 2:07-MD-1873 – Doc # 2317, 2317-1 through 2319-9 – Motion to Dismiss for Lack of Jurisdiction (SOL);

25. Case No. 2:07-MD-1873 – Doc # 2360, 2360-1 through 2360-14, 2504, 2505, 2505-1 through 2505-11 – Supplemental Memorandum filed by United States of America (and all exhibits);

26. Case No. 2:07-MD-1873 – Doc # 2616, 2617 – Reply to Response to Motion to Dismiss for Lack of Jurisdiction;

27. Case No. 2:07-MD-1873 – Doc #2621 – Order and Reasons denying defendant United States of America's Motion to Dismiss (Doc#1545);

28. Case No. 2:07-MD-1873 – Doc # 2718, 2718-1 through 2718-13 –Motion to Dismiss for Lack of Jurisdiction Alexander/Cooper Remaining FTCA Claims (and all exhibits);

29. Case No. 2:07-MD-1873 – Doc # 2733, 2733-1 through 2733-22 – Motion to Dismiss for Lack of Jurisdiction Based Upon No Analogous Private Liability (and all exhibits);

30. Case No. 2:07-MD-1873 – Doc # 2759 – Pretrial Order No. 44;

31. Case No. 2:07-MD-1873 – Doc # 2789 Order and Reasons (SOL);

32. Case No. 2:07-MD-1873 – Doc # 2671, 2617-1 – Reply Memorandum in Support of United States' Motion to Dismiss for Lack of Jurisdiction;

33. Case No. 2:07-MD-1873 – Doc # 2973 – Order Denying as Moot;

34. Case No. 2:07-MD-1873 – Doc # 3029 –Order and Reasons;

35. Case No. 2:07-MD-1873 – Doc # 3945 – Preservation of Defenses;

36. Case No. 2:07-MD-1873 – Doc # 6970, 6970-1 through 6970-26 – Motion to Dismiss for Lack of Jurisdiction the FTCA Negligence Claims of All Louisiana Plaintiffs (and all exhibits);

37. Case No. 2:07-MD-1873 – Doc # 7368, 7368-1 through 7368-13 –Motion to Dismiss Wright's Claims for Lack of Subject Matter Jurisdiction (and all exhibits);

38. Case No. 2:07-MD-1873 – Doc #8304-2 – July 7, 2009 Deposition of David Garratt.

39. Case No. 2:07-MD-1873 – Doc #7690, and 7690-1 through 7690-17, – United States of America's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability (and all exhibits);

40. Case No. 2:07-MD-1873 – Doc # 8629, 8629-1 through 8629-10 – Motion to Dismiss Castanel for Lack of Jurisdiction (and all exhibits);

41. Case No. 2:07-MD-1873 – Doc # 9403 – Plaintiffs' Memorandum in Opposition to LA APL Motion;

42. Case No. 2:07-MD-1873 – Doc #9405 – Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

43. Case No. 2:07-MD-1873 – Doc #9719-3 – Plaintiff's Exhibit 2 to its Memorandum in Opposition to Defendant's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

44. Case No. 2:07-MD-1873 – Doc # 9724 – Mot. for Leave to File Reply;

45. Case No. 2:07-MD-1873 – Doc # 9725 – Mot. for Leave to File Reply;

46. Case No. 2:07-MD-1873 – Doc # 9814, 9815 –Reply in Support of Motion to Dismiss for Lack of Jurisdiction;

47. Case No. 2:07-MD-1873 – Doc # 9824 – Reply Memorandum in Support of United States' Mot. to Dismiss Based Upon No Analogous Private Liability;

48. Case No. 2:07-MD-1873 – Doc #9828 – Reply Memorandum in Support of defendant United States of America's Motion to Dismiss Mississippi Plaintiffs FTCA Negligence Claims for Lack of Subject Matter Jurisdiction Based on No Analogous Private Liability;

49. Case No. 2:07-MD-1873 – Doc # 10493 – Order and Reasons Granting Motion to Dismiss for Lack of Jurisdiction;

50. Case No. 2:07-MD-1873 – Doc # 10656. 10656-1 through 10656-13 – Motion to Dismiss the FTCA Claims of All Alabama Plaintiffs (and all exhibits);

51. Case No. 2:07-MD-1873 – Doc # 10626 –Order and Reasons;

52. Case No. 2:07-MD-1873 – Doc # 11760 – Mot. for Leave to File Reply;

53. Case No. 2:07-MD-1873 – Doc # 9725 – Mot. for Leave to File Reply

54. Case No. 2:07-MD-1873 – Doc # 11870 – Reply Memorandum in Support of United States' Mot. to Dismiss Based Upon No Analogous Private Liability;

55. Case No. 2:07-MD-1873 – Doc # 12264, 12264-1 through 12264-9 –Motion to Dismiss for Lack of Jurisdiction (and all exhibits);

56. Case No. 2:07-MD-1873 – Doc # 13074, 13074-1 through 13074-7, 13094, 13095, 13095-1 through 13095-4 – Reply in Support of Motion to Dismiss for Lack of Jurisdiction (and all exhibits);

57. Case No. 2:07-MD-1873 – Doc # 13852. 13852-1 through 13852-17 – Motion to Dismiss for Lack of Jurisdiction (and all exhibits);

58. Case No. 2:07-MD-1873 – Doc # 14124 – Order and Reasons Granting Motion to Dismiss for Lack of Jurisdiction;

59. Case No. 2:07-MD-1873 – Doc #14486 – Order and Reasons granting defendant United States of America's Motion to Dismiss (Doc#7690);

60. Case No. 2:07-MD-1873 – Doc #15040 – Defendant United States of America's Unopposed *Ex Parte*/Consent Motion for Entry of Fed. R. Civ. P. 54(b) Judgment

61. Case No. 2:07-MD-1873 – Doc #15058 – Order entering 54(b) Judgment;

62. Case No. 2:07-MD-1873 – Doc # 15061 – Order and Reasons Granting Motion to Dismiss for Lack of Jurisdiction;

63. Case No. 2:07-MD-1873 – Doc # 15827 –Entry of Judgment;

64. Case No. 2:07-MD-1873 – Doc # 16049 –Notice of Appeal;

65. Case No. 2:07-MD-1873 – Doc #16055 – Notice of Appeal;

66. Case No. 2:07-MD-1873 – Doc # 16239 –Notice of Appeal;

67. Case No. 2:07-MD-1873 – Doc # 16621 –Appeal Transcript Request.

Respectfully submitted:

**PLAINTIFF'S STEERING COMMITTEE**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820

        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820

**UNITED STATES OF AMERICA**

        HENRY T. MILLER
        Senior Trial Counsel

BY:    s/Adam M. Dinnell
        ADAM M. DINNELL (TX. No. 24055405)
        Trial Attorney
        **UNITED STATES DEPARTMENT OF JUSTICE**
        Civil Division, Torts Branch
        P.O. Box 340, Ben Franklin Station
        Washington, D.C. 20004
        Telephone: (202) 616- 4211
        Adam.Dinnell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are not CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713