

**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141688 | 3/3/2010 | 63750 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/19/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

---

ORIGINAL TRANSCRIPT OF:

    Stephen Smulski, Ph.D. (Re: Castanel)                         380.00

                              **TOTAL DUE >>>**     **$380.00**

Condensed transcript sent to deponent for reading & signing

Previously shipped

*RECEIVED MAR 5 2010*

---

Tax ID: 72-1177884                                          Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.  :  141688
Invoice Date  :  3/3/2010
**Total Due**  :  **$ 380.00**

**EXHIBIT B-1**

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

Job No.    :  63750
BU ID     :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products
                     Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141553 | 2/25/2010 | 63753 |
| JOB DATE | CASE NUMBER | |
| 2/23/2010 | 1873 | |

| CASE CAPTION |
|---|
| e: FEMA Trailer Formaldehyde Products Liability ation |

| TERMS |
|---|
| 30 days |

*1376-41471*

Yount, Scott P.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Video services for the deposition of:
    Gerald McGwin, Jr., Ph.D. (Re: Castanel)

267.50

TOTAL DUE >>>    $267.50

53628

RECEIVED
FEB 2 6 2010
BY: 2/26/2010

**Tax ID:** 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Yount, Scott P.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141553 |
| Invoice Date | : | 2/25/2010 |
| **Total Due** | : | **$ 267.50** |

Remit To: **PSR Video Services
    601 Poydras Street
    Suite 1615
    New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63753 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*49971*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141568 | 2/26/2010 | 63751 |
| JOB DATE | CASE NUMBER | |
| 2/23/2010 | 1873 | |
| | CASE CAPTION | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | TERMS | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
    Gerald McGwin, Jr., M.S., Ph.D. (Re: Castanel)                    267.20

                                                    **TOTAL DUE >>>          $267.20**

Condensed transcript sent to deponent for reading & signing

Previously shipped

RECEIVED MAR 1 2010

**Tax ID:** 72-1177884                                    Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141568 |
| Invoice Date | : | 2/26/2010 |
| **Total Due** | : | **$ 267.20** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63751 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*1396 4197 1*
*3-11-10*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141844 | 3/8/2010 | 63752 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/24/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
Dr. Patricia M. Williams

Condensed transcript sent to deponent for reading & signing

292.20

TOTAL DUE >>> $292.20

RECEIVED
MAR 8 2010
3/8/2010

Tax ID: 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.    :  141844
Invoice Date  :  3/8/2010
**Total Due**  :  $ 292.20

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    :  63752
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142372 | 4/5/2010 | 63877 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/26/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

41971

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

1 COPY OF TRANSCRIPT OF:
Charles David Moore (Re: Castanel)                                    375.80

TOTAL DUE >>>                    $375.80

RECEIVED
APR 05 2010
BY: 4/5/2010

Tax ID: 72-1177884                                    Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 142372 |
| Invoice Date | : | 4/5/2010 |
| **Total Due** | : | **$ 375.80** |

mit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63877 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141686 | 3/3/2010 | 63825 |

| JOB DATE | CASE NUMBER | |
|---|---|---|
| 2/26/2010 | 1873 | |

| CASE CAPTION | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |

| TERMS | | |
|---|---|---|
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112



| | |
|---|---|
| One copy of the video of: | |
| Charles David Moore | 150.00 |
| MPEG-1 provided. | |
| | TOTAL DUE >>> $150.00 |

**Tax ID:** 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141686 |
| Invoice Date | : | 3/3/2010 |
| **Total Due** | : | **$ 150.00** |

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63825 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



3/17/10

# INVOICE

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141979 | 3/12/2010 | 63754 |
| **JOB DATE** | **CASE NUMBER** | |
| 3/2/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

1376-41971

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:

   Alexis Mallet, Jr. (Castanel)                                      735.90

                       **TOTAL DUE >>>**                          **$735.90**

Condensed transcript sent to deponent for reading & signing

RECEIVED MAR 16 2010
3/16/2010

**Tax ID:** 72-1177884                                                    Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141979 |
| Invoice Date | : | 3/12/2010 |
| **Total Due** | : | $735.90 |

Remit To: **Professional Shorthand Reporters, Inc.**
       **601 Poydras Street**
       **Suite 1615**
       **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63754 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



Mulcahy/Castanel 9/11/11

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141809 | 3/4/2010 | 63755 |
| **JOB DATE** | **CASE NUMBER** | |
| 3/2/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re:  FEMA Trailer Formaldehyde Products Liability
Litigation

| **TERMS** |
|---|
| 30 days |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112



ORIGINAL TRANSCRIPT OF:
    Edward Halie Shwery, Ph.D. (Re: Castanel)                                                    377.45

                                                                    TOTAL DUE >>>          **$377.45**

Condensed transcript sent to deponent for reading & signing

1376-41971
3-11-10

RECEIVED
MAR 18 2010
3/8/2010

**Tax ID:** 72-1177884                                                   Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Invoice No.    :  141809
Invoice Date  :  3/4/2010
**Total Due**   :  **$ 377.45**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.      :  63755
BU ID        :  1-REP
Case No.     :  1873
Case Name  :  In Re:  FEMA Trailer Formaldehyde Products
                    Liability Litigation



### PROFESSIONAL SHORTHAND
### REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

3/19/10

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142018 | 3/15/2010 | 63864 |
| JOB DATE | CASE NUMBER | |
| 3/4/2010 | 1873 | |
| CASE CAPTION | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| TERMS | | |
| 30 days | | |

1376-4971

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

1 COPY OF TRANSCRIPT OF:
   Paul Hewett, PH.D. (Castanel)                          551.20

                                  **TOTAL DUE >>>        $551.20**

Previously shipped

RECEIVED
MAR 1 8 2010
3/18/2010

**Tax ID: 72-1177884**                                    Phone: 504-527-0680  Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.  : 142018
Invoice Date : 3/15/2010
**Total Due   : $551.20**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.   : 63864
BU ID     : 1-REP
Case No.  : 1873
Case Name : In Re: FEMA Trailer Formaldehyde Products
            Liability Litigation

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052  Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 339951 | 3/11/2010 | 361914 |
| **Job Date** | **Case No.** | |
| 3/9/2010 | | |
| **Case Name** | | |
| In Re: Fema Trailer Formaldehyde Products | | |
| **Payment Terms** | | |
| Net 30 | | |

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kenneth Laughery, Ph.D. | | | | | |
| | 178.00 | Pages | @ | 3.45 | 614.10 |
| Two Day Delivery | | | | | 240.30 |
| Appearance (Hourly) | 4.00 | Hour | @ | 40.00 | 160.00 |
| Original Exhibits Attached | 0.00 | Copies | @ | 0.00 | 0.00 |
| E-Transcript File | | | | 25.00 | 25.00 |
| Condensed Transcript | | | | 25.00 | 25.00 |
| Delivery & Handling | | | | 41.00 | 41.00 |

**TOTAL DUE >>>**            **$1,105.40**

Delivery charges reflect Fed Ex rates.
E-Tran sent via email on 03-11-10.
Exhibits scanned & sent on CD.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com



RECEIVED
MAR 12 2010

**Tax ID: 362799976**

*Please detach bottom portion and return with payment.*

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | | |
|---|---|---|---|
| Job No. | : 361914 | BU ID | : MCC-MAIN |
| Case No. | : | | |
| Case Name | : In Re: Fema Trailer Formaldehyde Products | | |
| Invoice No. | : 339951 | Invoice Date | : 3/11/2010 |
| **Total Due** | **: $ 1,105.40** | | |

**PAYMENT WITH CREDIT CARD**    MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **McCorkle Court Reporters, Inc.**
**200 North LaSalle Street**
**Suite 300**
**Chicago, IL 60601**

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED.I.D. NO. 04-2674896

# INVOICE

PAGE   1

GARR14

ATT: LYON H. GARRISON, ESQ.
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 POYDRAS ST., STE. 1800
NEW ORLEANS        LA 70112

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

FILE #: 1873

Doris O.          PAGE   1
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

GARR14
GARRISON, YOUNT, F

INVOICE DATE        03/19/2010

| JOB NUMBER | CASE NUMBER | ACTIVITY DESCRIPTION | DATE | TERMS | REPORTER | TIME | PAGES | RATE | AMOUNT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| FEMA01R | 09-3251 | | | .0%/ 30. | | 00086258 | 03/19/2010 | | | 00086258 |

INVOICE DATE   03/19/2010

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT | 03/11/10 | CHKI | 135 | 4.00. | 810.00 |
| LAWRENCE MILLER, M.D. | | | | | |
| EXPEDITED DELIVERY | | | | | |
| E-TRANSCRIPT | 03/11/10 | CHKI | 1 | 55.00. | 55.00. |
| CD BURN FEE | 03/11/10 | CHKI | 3 | 25.00 | 75.00 |
| EXHIBITS 2, 3, AND 4 ON DVD | | | | | |
| ATTENDANCE FEE | 03/11/10 | CHKI | 1.00 | 100.00. | 100.00. |
| UPS | 03/11/10 | | | | 67.70 |
| 3/15/10 | | | | | |
| FREE LITIGATION SUPPORT BUNDLE | 03/11/10 | | | | |
| COMPLIMENTARY SCANNED EXHIBITS | 03/11/10 | | | | |
| EXHIBITS 1 AND 5-8 | | | | | |

PLEASE REMIT YOU
STUB WITH PAYMEN

SALES TAX                        ( CONTINUED )

INVOICE TOTAL                    ( CONTINUED )

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

GARR14
ATT: LYON H. GARRISON, ESQ.
GARRISON, YOUNT, FORTE
& MULCAHY, L.L.C.
909 POYDRAS ST., STE. 1800
NEW ORLEANS            LA 70112

**INVOICE**

PAGE   2

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

FILE #: 1873

| JOB NUMBER | CASE NUMBER | | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|---|
| FEMA01R | 09-3251 | | 03/30% | 00086258 | 03/19/2010 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | SALES TAX | | $1,107.70 |
| | | | | | .00 |
| | | | INVOICE TOTAL | | $1,107.70 |

THE BEST VALUE FOR YOUR COURT REPORTING DOLLAR

Doris O.
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

PAGE   2

GARR14
GARRISON, YOUNT, F

| INVOICE DATE | INVOICE NO. |
|---|---|
| 03/19/2010. | 00086258 |

PLEASE REMIT THIS
STUB WITH PAYMENT

$1,107.70

# JOHNS, PENDLETON & ASSOCIATES

*315 METAIRIE ROAD*
*SUITE 101*
*METAIRIE, LA 70005*
*504.219.1993*
*FAX 504.219.1997*

RANDALL C. MULCAHY, ESQ.
GARRISON, YOUNT, FORTE & MULCAHY
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LA 70112

April  6, 2010

**Invoice#** M11361

**Balance:**    $528.30

**Re:** FEMA TRAILER FORMALDEHYDE PRODUCTS
WILLIAM D. SCOTT, P.E.
*on* 03/31/10
*by* RALPH PREVEAU

## *Invoicing Information*

Charge Description
ORIGINAL REGULAR TESTIMONY
WILLIAM D. SCOTT, P.E.
COMPRESSED TRANSCRIPT
EXHIBITS FURNISHED
POSTAGE/UPS
TAX ID NUMBER 72-1110333(RP00035568)

P l e a s e   R e m i t   - - - >   Total Due:   $528.30

*Visit us at www.johnspendleton.com*
*Toll Free 800 562-1285*



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141695 | 3/3/2010 | 63670 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/12/2010 | 1873 | |
| | **CASE CAPTION** | |
| | In Re: FEMA Trailer Formaldehyde Products Liability Litigation | |
| | **TERMS** | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

---

ORIGINAL TRANSCRIPT OF:

    Ervin L. Ritter, Jr. (Re: Castanel)                          475.05

                       **TOTAL DUE >>>**    **$475.05**

Condensed transcript sent to deponent for reading & signing

Previously shipped



**Tax ID:** 72-1177884                                           Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

---

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141695 |
| Invoice Date | : | 3/3/2010 |
| **Total Due** | : | **$ 475.05** |

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63670 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141702 | 3/3/2010 | 63749 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/18/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

---

ORIGINAL TRANSCRIPT OF:
    Paul Lagrange (Re: Castanel)            783.00

**TOTAL DUE  >>>**      **$783.00**

Condensed transcript sent to deponent for reading & signing

Previously shipped

RECEIVED MAR 5 2010

Tax ID: 72-1177884            Phone: 504-527-0680    Fax:

*Please detach bottom portion and return with payment.*

---

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 141702 |
| Invoice Date | : | 3/3/2010 |
| **Total Due** | : | **$ 783.00** |

Remit To: **Professional Shorthand Reporters, Inc.
601  Poydras Street
Suite 1615
New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 63749 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



*www.naegelireporting.com*

**RANDALL C. MULCAHY ESQUIRE**
GARRISON YOUNT FORTE AND MULCAHY LLC
909 POYDRAS STREET, SUITE 1800
CONTACT: RECEPTION
NEW ORLEANS, LA 70112

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 04/06/2010 | | |
| Case\Assg No. | 11303-12 | Invoice # | 42432 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 04/19/2010 |

*COPY / INDEX  VIDEO DEPOSITION OF  G. GRAHAM ALLAN, PH.D*
*COPY / INDEX  VIDEO DEPOSITION OF  GEOFFREY C COMPEAU*

**Remarks**
FREE CONDENSED TRANSCRIPTS!

G. ALLAN TRANSCRIPT $566.65 & EXHIBITS $100.00, G. COMPEAU
TRANSCRIPT $516.50 & EXHIBITS $75.00, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,318.15 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,318.15 |

Net Terms: 30 Days

**Phone:** (800) 528-3335

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐

Credit Card #                              Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Address (AS IT APPEARS ON BILLING STATEMENT)

4-27-10

# INVOICE




1376-
A1971

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23705 | 4/23/2010 | 18506 |
| Job Date | Case No. | |
| 4/7/2010 | | |
| Case Name | | |

In Re: FEMA Trailer Formaldehyde Products Liability
Litigation

| Payment Terms |
|---|
| Due upon receipt |

Garrison, Lyon
Garrison Yount Forte & Mulcahy
909 Poydras St
Suite 1800
New Orleans, LA 70112

Deposition of
   Dr. H. James Wedner

| | | | | |
|---|---|---|---|---|
| Video: MPEG-1 on CD/DVD | 2.00 Tapes | @ | 65.00 | 130.00 |
| Text to Video synchronization | 2.50 Hours | @ | 35.00 | 87.50 |
| Federal Express GRND | | | 10.00 | 10.00 |
| Video archival | | | 9.00 | 9.00 |
| | | TOTAL DUE >>> | | $236.50 |

Thank you for choosing GorePerry Reporting & Video. Ask about GPconnnect - our new on-line office system featuring real-time
scheduling - your entire deposition schedule available 24/7!!



**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Garrison, Lyon
Garrison Yount Forte & Mulcahy
909 Poydras St
Suite 1800
New Orleans, LA 70112

| | | | |
|---|---|---|---|
| Job No. | : 18506 | BU ID | : GorePerry |
| Case No. | : | | |
| Case Name | : In Re: FEMA Trailer Formaldehyde Products | | |
| | Liability Litigation | | |
| Invoice No. | : 23705 | Invoice Date | : 4/23/2010 |
| **Total Due** | : $236.50 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

emit To: **GorePerry Reporting & Video**
         **515 Olive St., Suite 700**
         **Saint Louis, MO 63101**

# INVOICE




## GORE PERRY
### REPORTING & VIDEO
(314) 241-6750  800-878-6750
Fax (314) 241-5070

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23975 | 5/4/2010 | 18498 |

| Job Date | Case No. |
|---|---|
| 4/7/2010 | |

| Case Name |
|---|
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

| Payment Terms |
|---|
| Due upon receipt |

RECEIVED
MAY 1 0 2010
BY: 5/10/201

Garrison, Lyon
Garrison Yount Forte & Mulcahy
909 Poydras St
Suite 1800
New Orleans, LA 70112

Deposition of
Dr. H. James Wedner

| | | | | |
|---|---|---|---|---|
| Condensed Transcript (4 per page) w/ word index | 108.00 Pages | @ | 1.95 | 431.73 |
| E-Transcript - e-mailed | | | 0.00 | 0.00 |
| Exhibits (scanned PDF) | 134.00 Pages | @ | 0.35 | 46.90 |
| Federal Express GRND | | | 0.00 | 10.00 |
| Transcript/exhibit archive | | | 9.00 | 9.00 |

TOTAL DUE >>> **$497.63**

Thank you for choosing GorePerry Reporting & Video.  Ask about GPconnnect - our new on-line office system featuring real-time scheduling - your entire deposition schedule available 24/7!!

RECEIVED
MAY ~ 7 2010

**Tax ID:** 43-1371211

*Please detach bottom portion and return with payment.*

Garrison, Lyon
Garrison Yount Forte & Mulcahy
909 Poydras St
Suite 1800
New Orleans, LA 70112

| | |
|---|---|
| Job No.  : 18498 | BU ID   : GorePerry |
| Case No.  : | |
| Case Name  : In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | |
| Invoice No. : 23975 | Invoice Date :5/4/2010 |
| **Total Due  : $ 497.63** | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

nit To: **GorePerry Reporting & Video**
       **515 Olive St., Suite 700**
       **Saint Louis, MO 63101**



1376 41971
5·24·10

Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
**REPORTING SERVICES, INC.**
*Professional Stenograph for the Record*

Phone (919) 676 - 1502
Fax (919) 676 - 2277

# INVOICE

GARRISON, YOUNT, FORTE & MULCAHY
ATTN: Scott P. Yount, Esq.
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | |
|---|---|
| Invoice Number: | 100215 |
| Invoice Date: | 05/13/2010 |

In RE:   CASTANEL, et al. v. RECREATION BY DESIGN, LLC, et al.
William L. Dyson, Ph.D.
Attendance Date: 04/07/2010  Reporter: Candi Uselman

| Qty | Description | Ext |
|---|---|---|
| 151 | Certified Copy | 339.75 |
| 151 | Compressed Transcript | 22.65 |
| 35 | Keyword Index | 8.75 |
| 59 | Reporter Exhibits | 20.65 |
| 1 | E-Transcript | 25.00 |
| 1 | Postage & Handling | 11.90 |
| | Invoice Total: | 428.70 |

> **PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT.**
> Thank you for placing your confidence in Garrett Reporting Services. Invoices are
> payable upon receipt. A monthly charge of 1.5% will be added after 30 days. This
> is an annual rate of 18%.

TAX ID# 56-2066632



RECEIVED
MAY 2 4 2010
5/24/2010

Apr 19 10 04:56p                                                                    p.3

# NAEGELI REPORTING CORPORATION



Portland, OR                                                              Seattle, WA
(503) 227-1544                                                            (206) 622-3376

      Spokane, WA                                                   Coeur d'Alene, ID
      (509) 838-6000                                               (208) 667-1163

                          *www.naegelireporting.com*

                                                          Remit to the Corporate Office:
**RANDALL C. MULCAHY ESQUIRE**                            US Bancorp Tower
GARRISON YOUNT FORTE AND MULCAHY LLC                      111 S.W. Fifth Avenue, Suite 2020
909 POYDRAS STREET, SUITE 1800                            Portland, OR 97204
CONTACT: RECEPTION
NEW ORLEANS,LA 70112                                      Tax Number: 93-1079908

Asg. Date:        04/07/2010
Case\Assg No.     11303-13                    Invoice #      42440
Case Caption:     FEMA TRAILER FORMALDEHYDE PRODUCTS   Invoice Date   04/19/2010
                  LIABILITY LITIGATION

---

*COPY / INDEX VIDEO DEPOSITION OF JOHN D. OSTERAAS PHD*
**Remarks**
FREE CONDENSED TRANSCRIPT!                     Total Amount $        $779.00
TRANSCRIPT $482 75, EXHIBITS $296.25,          Interest             $.00
THANK YOU FOR YOUR BUSINESS!                   Total Tax            $.00

                                               Less Paid To Date    $.00

                                               Balance Due          $779.00

---

Phone: (800) 528-3335         Net Terms: 30 Days         Fax: (503) 227-7123

        Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

**Method of Payment:**

| Check Enclosed | Charge my credit card: | Signature (as it appears on your credit card) |
| Please Make Checks Payable to: | I : VISA  ...MasterCard | |
| NAEGELI REPORTING CORPORATION | ∏ American Express | Print Name (as it appears on your credit card) |

Credit Card #                          Exp. Date      Address (AS IT APPEARS ON BILLING STATEMENT)

# NAEGELI REPORTING CORPORATION

*Billing*



**Portland, OR**
(503) 227-1544

**Seattle, WA**
(206) 622-3376

**Spokane, WA**
(509) 838-6000

**Coeur d'Alene, ID**
(208) 667-1163

www.naegelireporting.com

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR  97204

Tax Number: 93-1079908

**RANDALL  C. MULCAHY ESQUIRE**
GARRISON YOUNT FORTE AND MULCAHY LLC
909 POYDRAS STREET, SUITE 1800
CONTACT: RECEPTION
NEW ORLEANS,LA 70112

| | | | |
|---|---|---|---|
| **Asg. Date:** | 04/30/2010 | | |
| **Case\Assg No.** | 11303-16 | **Invoice #** | 42743 |
| **Case Caption:** | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | **Invoice Date** | 04/30/2010 |

*COPY / INDEX  VIDEO DEPOSITION OF  JOHN D. OSTERAAS PHD 12/16/09*
*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  JOHN D. OSTERAAS PHD 04/07/10*

**Remarks**

FREE CONDENSED TRANSCRIPT!

EXPEDITED DELIVERY.

TRANSCRIPT $770.79, EXHIBITS $220.00, VIDEOS $535.00, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **Total Amount $** | $1,585.79 |
| **Interest** | $.00 |
| **Total Tax** | $.00 |
| **Less Paid To Date** | $.00 |
| **Balance Due** | $1,585.79 |



RECEIVED
MAY - 3 2010

**Net Terms:  30 Days**

**Phone:  (800) 528-3335**

**Fax:** (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
   Please Make Checks Payable to:

Charge my credit card:
   VISA     MasterCard
☐ American Express

Signature (as it appears on your credit card)

**NAEGELI REPORTING CORPORATION**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

5/24/10
1376-41971



Post Office Box 98475
Raleigh, NC 27624-8475

**Garrett**
REPORTING SERVICES, INC.
*Professional Stenomask for the Record*

Phone (919) 676 - 1502
Fax (919) 676 - 2277

# INVOICE

GARRISON, YOUNT, FORTE & MULCAHY
ATTN: Scott P. Yount, Esq.
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice Number:     100220
Invoice Date:       05/13/2010

In RE:   CASTANEL, et al. v. RECREATION BY DESIGN, LLC, et al.
         Tony Watson
         Attendance Date: 04/08/2010   Reporter: Candi Uselman

| Qty | Description | Ext |
|-----|-------------|-----|
| 38 | Certified Copy | 85.50 |
| 38 | Compressed Transcript | 5.70 |
| 12 | Keyword Index | 3.00 |
| 1 | E-Transcript | 25.00 |
| 1 | mailed with Dyson transcript | |

Invoice Total:     119.20

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT.
Thank you for placing your confidence in Garrett Reporting Services. Invoices are
payable upon receipt. A monthly charge of 1.5% will be added after 30 days. This
is an annual rate of 18%.

TAX ID# 56-2066632



RECEIVED
MAY 2 4 2010
5/24/10

# AMERICAN COURT REPORTING COMPANY, INC.

52 EXECUTIVE PARK SOUTH
SUITE 5201
ATLANTA, GEORGIA 30329
April 26, 2010

(404) 892-1331
(800) 445-2842

Our IRS Number is
58-2429160

Scott P. Yount, Esquire
Garrison, Yount, Forte & Mulcahy, LLC
423 South Hyde Park Avenue
Tampa, Florida 33606



BY: _____
INVOICE NO: _____ -0950

Net: 30 DAYS

IN RE:         FEMA Trailer Formaldehyde Products Liability Litigation
JURISDICTION:  USDC Eastern Dist of LA (MDL # 1873)    CASE NO: Section "N" (5)
DEPOSITION OF: Nathan Todd Dorris, Ph.D.              HEARD:   4/12/10  10:00 AM
TRANSCRIPTION OF:                                      JOB NO:  60483

| | | |
|---|---|---|
| TRANSCRIPT COST | Copy (Technical) | 440.40 |
| TRANSCRIPT COST | | |
| TRANSCRIPT COST | | |
| REPORTER'S TAKE-DOWN | | |
| APPEARANCE FEE | | |
| TRAVEL | | |
| DELIVERY AND HANDLING | | |
| OTHER | Scanning/Copying Exhibits | 14.50 |
| OTHER | Minuscript with Key-Word Index | 218.50 |
| OTHER | Etran, Ascii & Mini via Email | 0.00 |
| OTHER | Minuscript with Key-Word Index | 0.00 |
| OTHER | | 0.00 |
| AES/1 /143/40.00 | | 673.40 |

GRAND TOTAL    633.40

*Outstanding balances bear
interest at the rate of 1.5% per month
If payment is received by 05/26/10
please remit*

To Insure Proper Credit, Return PINK COPY With Remittance

Executive Court Reporters, Inc

1320 Fenwick Lane, Suite 100
Silver Spring, MD 20910
Tel No: 301-565-0064
Fax No: 301-589-4280



APR 3 0 2010

BY:

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/22/2010 | 18852 |

#1376.4197/

**BILL TO**

GARRISON, YOUNT,FORTE & MULCAHY
SCOTT P. GARRISON, ESQ
909 POYDRAS STREET, .
NEW ORLEANS, LA  70112
SUITE 1800

Do Not MAil

**SHIP TO**

KIM MARSHALL
kmarshall@garrisonyount.com
504-527-0686 fax
504-527-0680

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
|  | C.O.D/VISA | EFD | 4/22/2010 | UPS |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
|  |  | DEPOSITION OF MICHAEL GINEVAN, PH. D. | | |
|  |  | SILVER SPRING, MARYLAND | | |
|  |  | SALE COPY TO PARTY | | |
|  |  | CONDENSED TRANSCRIPT | | |
|  |  | ALL WORD INDEXING | | |
|  |  | EXHIBITS COPIED INTO TRANSCRIPT | | |
|  |  | E-TRAN ELECTRONIC COPY | | |
|  |  | ELECTRONIC COPY IN MSWORD AND ASCII | | |
|  |  | SCANNED EXHIBITS IN PDF FORMAT | | |
| 124 | PAGES | 4/13/10 TRANSCRIPT | 3.00 | 372.00 |
| 17 | INDEX | ALL WORD INDEXING | 3.00 | 51.00 |
| 45 | EXHIBITS | COPIED INTO TRANSCRIPT | 0.75 | 33.75 |
| 1 | ELECTRONIC C... | IN E-TRAN FORMAT | 60.00 | 60.00 |
| 1 | ELECTRONIC C... | IN MS WORD AND ASCII (N/C WITH ABOVE) | 0.00 | 0.00 |
| 1 | ELECTRONIC C... | SCANNED EXHIBITS IN PDF FORMAT (N/C) | 0.00 | 0.00 |
| 1 | DELIVERY | SHIPPING AND HANDLING | 55.00 | 55.00 |

FED TAX ID NO. 52-1580395

**Total**    $571.75



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

4-27-10

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142757 | 4/23/2010 | 64413 |
| JOB DATE | CASE NUMBER | |
| 4/13/2010 | 1873 | |
| | CASE CAPTION | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | TERMS | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

1 COPY OF TRANSCRIPT OF:
    Kenneth B. Smith, M.D. (Re: Castanel

278.05

**TOTAL DUE >>>**                   **$278.05**

Previously shipped

1376
41971

RECEIVED
APR 27 2010
4/27/2010

**Tax ID: 72-1177884**

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.   : 142757
Invoice Date  : 4/23/2010
**Total Due**    : $ 278.05

mit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.    : 64413
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142664 | 4/19/2010 | 64366 |
| JOB DATE | CASE NUMBER | |
| 4/14/2010 | 1873 | |
| | CASE CAPTION | |
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | TERMS | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

1 COPY OF TRANSCRIPT OF:
    Damien W. Serauskas, P.E. (Castanel)                                      574.50

                                              TOTAL DUE  >>>         **$574.50**

RECEIVED
APR 2 0 2010
4/20/2010

**Tax ID:** 72-1177884                                   Phone: 504-527-0680    Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 142664 |
| Invoice Date | : | 4/19/2010 |
| **Total Due** | : | **$ 574.50** |

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 64366 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

*4/26/10*

*1376 – 4/19/11*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142638 | 4/19/2010 | 64368 |
| **JOB DATE** | **CASE NUMBER** | |
| 4/14/2010 | 1873 | |

| CASE CAPTION |
|---|
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation . |

| TERMS |
|---|
| 30 days |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

1 COPY OF TRANSCRIPT OF:
Megan A. Ciota, Ph.D.

249.00

TOTAL DUE  >>>          **$249.00**

Previously Shipped.

RECEIVED
APR 21 2010
*4/22/2010*

**Tax ID: 72-1177884**                                    Phone: 504-527-0680    Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Invoice No.    :  142638
Invoice Date  :  4/19/2010
**Total Due**      :  **$ 249.00**

..mit To: **Professional Shorthand Reporters, Inc.**
**601  Poydras Street**
**Suite 1615**
**New Orleans, LA  70130**

Job No.     :  64368
BU ID       :  1-REP
Case No.    :  1873
Case Name  :  In Re:  FEMA Trailer Formaldehyde Products Liability Litigation

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 346025 | 4/23/2010 | 366283 |
| **Job Date** | **Case No.** | |
| 4/15/2010 | | |

| **Case Name** |
|---|
| In Re: Fema Trailer Formaldehyde Products |

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| **Payment Terms** |
|---|
| Net 30 |

1 COPY OF TRANSCRIPT OF:
    Thomas Fribley

| | | | |
|---|---|---|---|
| | 137.00 Pages @ | 2.35 | 321.95 |
| Condensed Transcript | | 25.00 | 25.00 |
| E-Transcript File | | 25.00 | 25.00 |
| Delivery & Handling | | 13.00 | 13.00 |

TOTAL DUE  >>>   $384.95

E-tran sent via email on 04-22-10.
FedEx 2 Day delivery charge applied.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com



**Tax ID: 362799976**

*Please detach bottom portion and return with payment.*

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | | | |
|---|---|---|---|---|
| Job No. | : 366283 | | BU ID | : MCC-MAIN |
| Case No. | : | | | |
| Case Name | : In Re: Fema Trailer Formaldehyde Products | | | |
| | | | | |
| Invoice No. | : 346025 | | Invoice Date | : 4/23/2010 |
| **Total Due** | **: $ 384.95** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

it To: **McCorkle Court Reporters, Inc.**
    **200 North LaSalle Street**
    **Suite 300**
    **Chicago, IL 60601**

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone:312-263-0052   Fax:312-263-7494

5-14-10



RECEIVED
MAY 14 2010
BY: 5/14/2010

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 348517 | 5/12/2010 | 366283 |
| **Job Date** | **Case No.** | |
| 4/15/2010 | | |

| **Case Name** |
|---|
| In Re: Fema Trailer Formaldehyde Products |

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

13716
4-9-11

| **Payment Terms** |
|---|
| Net 30 |

Thomas Fribley
    Exhibits copied, CD duplication     15.00    15.00
    Delivery & Handling     7.50    7.50

**TOTAL DUE  >>>**    **$22.50**

Exhibit #14
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com



RECEIVED
MAY 14 2010

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Randall C. Mulcahy
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Job No.  : 366283      BU ID    :MCC-MAIN
Case No.  :
Case Name : In Re: Fema Trailer Formaldehyde Products

Invoice No. : 348517      Invoice Date  :5/12/2010
**Total Due**  : **$ 22.50**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **McCorkle Court Reporters, Inc.**
      **200 North LaSalle Street**
      **Suite 300**
      **Chicago, IL  60601**



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**



INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142653 | 4/19/2010 | 64370 |
| **JOB DATE** | **CASE NUMBER** | |
| 4/15/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re:  FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

1 COPY OF TRANSCRIPT OF:
   Ronald J. French, M.D. (Castanel)                                              268.55

                                              **TOTAL DUE  >>>**        **$268.55**

RECEIVED
APR 2 0 2010

**Tax ID:** 72-1177884                                    Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Invoice No.    :  142653
Invoice Date   :  4/19/2010
**Total Due**       :  **$ 268.55**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.     :  64370
BU ID       :  1-REP
Case No.    :  1873
Case Name   :  In Re:  FEMA Trailer Formaldehyde Products
                Liability Litigation

**For the Record Reporting, Inc.**
1500 Mahan Drive, Suite 140
Post Office Box 12042
Tallahassee, FL 32317-2042
(850) 222-5491 Phone  (850) 224-5316 Fax
Tax ID: 59-3616998


RECEIVED
APR 3 0 2010
BY: 4/30/2010

April 28, 2010

Mr. Scott P. Yount, Esquire
Garrison, Yount, Forte & Mulcahy, L.L.C
909 Poydras Street
Suite 1800
New Orleans, LA 70112
(504) 527-0680

┌─────────────────────┐
│  **Invoice Number**  │
│      **C 8854**      │
└─────────────────────┘

Re:  FEMA Trailer, Formaledhye Products vs.
     Case No. 09-3251
     Depo. Dr. Robert C. James, Ph.D.

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Transcript copy | Inv. No. 8854, Taken on 04/16/10 | 56.00 | 2.25 | 126.00 |
| ASCII disk - n/c | | 1.00 | 0.00 | n/c |
| Mini-transcript and index - n/c | | 1.00 | 0.00 | n/c |
| Exhibit copy | | 193.00 | 0.52 | 100.36 |
| Shipping | | 1.00 | 15.00 | 15.00 |

|  | |
|---|---|
| Invoice total: | $241.36 |
| After 05/28/10: | $246.12 |
| After 06/27/10: | $250.88 |

Please call for balance after 07/27/10.

Payment due upon receipt.  Thank you

1376-
File # 41971

```
                      ROSS REPORTING SERVICES, INC.     INVOICE#    111852
(281) 484-0770        CERTIFIED SHORTHAND REPORTERS     DATE:       4/26/10
TⁿX I.D. 76-0295065       11706 PLAYA COURT             PAGE            01
                          HOUSTON, TX 77034             JOB #     10-568JH
```

```
         MR. RANDALL MULCAHY                           093251
         GARRISON, YOUNT, FORTE                        CAUSE NUMBER
5448     & MULCAHY, LLC
         909 POYDRAS, STE. 1800
         NEW ORLEANS, LA 70112
```

ONE COPY OF THE DEPOSITION OF:                                        273.96
ROBERT WOZNIAK, TAKEN ON 4-20-10

IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS
LITIGATION

(D)

1376-
41971                                                                273.96
                                                                  ---------
                                                                     273.96

Total . . . . . . . . . . . . . . . . . .                            273.96

TERMS: 30 DAYS


            NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

            LOCALLY OWNED AND INDEPENDENTLY OPERATED

          REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



```
                          ROSS REPORTING SERVICES, INC.      INVOICE#    111872
(281) 484-0770            CERTIFIED SHORTHAND REPORTERS       DATE:      4/28/10
TAX I.D. 76-0295065            11706 PLAYA COURT              PAGE          01
                              HOUSTON, TX 77034               JOB #    10-568VD

          MR. RANDALL MULCAHY                                093251
          GARRISON, YOUNT, FORTE                             CAUSE NUMBER
5448      & MULCAHY, LLC
          909 POYDRAS, STE. 1800
          NEW ORLEANS, LA 70112
```

1376-
41971

```
   ONE COPY OF THE VIDEO OF THE DEPOSITION OF:                    66.25
   ROBERT WOZNIAK, TAKEN ON 4-20-10

   IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION

   (D)
```

RECEIVED

```
                                                                 66.25
                                                             ---------
   Total . . . . . . . . . . . . . . . . . . . .                 66.25

   TERMS: 30 DAYS
```

          NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

          LOCALLY OWNED AND INDEPENDENTLY OPERATED

          REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING



RECEIVED
APR 30 2010
4/31/2010



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140994 | 1/29/2010 | 63112 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/13/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

PROFESSIONAL SHORTHAND
REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

1376-
4\971

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112



ORIGINAL TRANSCRIPT OF:
Alan Bowers, M.D. (Re: Castanel)

362.05

TOTAL DUE >>>        $362.05

RECEIVED
FEB 03 2010
BY: 2/3/2010

53628

**Tax ID:** 72-1177884

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.    :  140994
Invoice Date  :  1/29/2010
**Total Due**    :  **$ 362.05**

.nit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

Job No.    :  63112
BU ID      :  1-REP
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products
              Liability Litigation