1-20-10

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

53628

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140562 | 1/18/2010 | 63113 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/13/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Video services on the deposition of:
Alan Bowers, M.D. (Re: Castanel)   1376-41971                295.00

**TOTAL DUE  >>>**          **$295.00**

RECEIVED
JAN 20 2010
BY: 1/28/2010

**Tax ID: 72-1177884**                                 Phone:   Fax:

*Please detach bottom portion and return with payment.*

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.   :  140562
Invoice Date  :  1/18/2010
**Total Due**   :  **$ 295.00**

EXHIBIT
B-2

nit To:  **PSR Video Services**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.   :  63113
BU ID     :  3-VIDEO
Case No.  :  1873
Case Name :  In Re: FEMA Trailer Formaldehyde products Liability Litigation



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

13716
4971

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140987 | 1/29/2010 | 63115 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/18/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde Products Liability
Litigation

| **TERMS** |
|---|
| 30 days |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
Carter Paddock, M.D. (Re: Castanel)

319.05

Condensed transcript sent to deponent for reading & signing

**TOTAL DUE >>>**   **$319.05**

RECEIVED
FEB 03 2010
BY: 2/3/2010

53628

**Tax ID:** 72-1177884

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Invoice No. | : | 140987 |
|---|---|---|
| Invoice Date | : | 1/29/2010 |
| **Total Due** | : | **$ 319.05** |

it To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| Job No. | : | 63115 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

*RCM 41971   McGuire/Castanel*



PROFESSIONAL SHORTHAND
REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140769 | 1/22/2010 | 63116 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/18/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112

---

Video services on the deposition of:
    Carter Paddock, M.D. (Castanel)                                      210.00

                **TOTAL DUE >>>**            **$210.00**

53628

RECEIVED
JAN 2 2 2010
1/25/2010 AM

---

**Tax ID:** 72-1177884                                                          Phone:   Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 140769 |
| Invoice Date | : | 1/22/2010 |
| **Total Due** | : | **$ 210.00** |

ut To: **PSR Video Services**
       **601 Poydras Street**
       **Suite 1615**
       **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 63116 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND** 13 14 41971
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140780 | 1/22/2010 | 63118 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/20/2010 | 1873 | |
| **CASE CAPTION** | | |

In Re: FEMA Trailer Formaldehyde Products Liability
Litigation

| **TERMS** |
|---|
| 30 days |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
   Joseph M. Gautreaux, III, M.D. (Re: Castanel)                                277.20

                                                    **TOTAL DUE  >>>**          **$277.20**

Condensed transcript sent to deponent for reading & signing

Previously shipped                                              53628

                                                    RECEIVED
                                                    JAN 25 2010
                                                    2/3/2010

**Tax ID: 72-1177884**                                              Phone:   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Invoice No. | : | 140780 |
|---|---|---|
| Invoice Date | : | 1/22/2010 |
| **Total Due** | : | **$ 277.20** |

nit To: **Professional Shorthand Reporters, Inc.**
         **601 Poydras Street**
         **Suite 1615**
         **New Orleans, LA 70130**

| Job No. | : | 63118 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

*RLM 41971 McGuire/Castanel* (handwritten)

**PSR**

PROFESSIONAL SHORTHAND
REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*1-25-10* (handwritten)

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140765 | 1/22/2010 | 63119 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/20/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Video services on the deposition of:
    Joseph Gautreaux, M.D. (Castanel)

291.25

**TOTAL DUE >>>**     **$291.25**

53628

RECEIVED
JAN 22 2010
1/25/2010 m (handwritten)

Tax ID: 72-1177884

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 140765 |
| Invoice Date | : | 1/22/2010 |
| **Total Due** | : | **$ 291.25** |

nit To: **PSR Video Services**
      **601 Poydras Street**
      **Suite 1615**
      **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63119 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

# PSR

## PROFESSIONAL SHORTHAND REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 143191 | 5/7/2010 | 64738 |
| **JOB DATE** | **CASE NUMBER** | |
| 5/6/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

RECEIVED
MAY 1 0 2010
BY: 5/10/2010

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

13706-
41971

---

ORIGINAL TRANSCRIPT OF:

Joseph M. Gautreaux, III, M.D. (Re: Castanel)                                375.50

**TOTAL DUE >>>**          **$375.50**

Condensed transcript sent to deponent for reading & signing



---

Tax ID: 72-1177884                                              Phone: 504-527-0680    Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.   : 143191
Invoice Date  : 5/7/2010
**Total Due**   : **$ 375.50**

Remit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

Job No.    : 64738
BU ID      : 1-REP
Case No.   : 1873
Case Name  : In Re: FEMA Trailer Formaldehyde Products
              Liability Litigation



PROFESSIONAL SHORTHAND
REPORTERS, INC.
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

*41971 Melonie*
*Castanel*



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141341 | 2/22/2010 | 63481 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/17/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

| **TERMS** |
|---|
| 30 days |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

---

ORIGINAL TRANSCRIPT OF:
   Marilu O'Byrne, M.D. (Re: Castanel)                                             237.70

Previously shipped

TOTAL DUE >>>                 **$237.70**

53628

RECEIVED
FEB 24 2010
BY: 2/24/2010

---

**Tax ID:** 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Invoice No. | : | 141341 |
|---|---|---|
| Invoice Date | : | 2/22/2010 |
| **Total Due** | : | **$ 237.70** |

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| Job No. | : | 63481 |
|---|---|---|
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



McGuire/Castanel 41971    DCM    **I N V O I C E**

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141273 | 2/18/2010 | 63482 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/17/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112



Video services on the deposition of:
 Dr. Marilu O'Byrne (Castanel)

MPEG-1 provided per your request.

277.64

**TOTAL DUE >>>**    **$277.64**

53628

RECEIVED FEB 18 2010 2/18/2010

**Tax ID:** 72-1177884

Phone: 504-527-0680   **Fax:**

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Invoice No.    :  141273
Invoice Date  :  2/18/2010
**Total Due**      :  **$ 277.64**

_nit To:  **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

Job No.    :  63482
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re:  FEMA Trailer Formaldehyde Products
              Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

4M 11 [illegible]
Castanel

# INVOICE



| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141104 | 2/3/2010 | 63120 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/26/2010 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
Sanjeeva Tanguturu Reddy, M.D. (Re: Castanel)                                  159.80

**TOTAL DUE >>>      $159.80**

Previously shipped

53628

RECEIVED
FEB 5 2010
2/8/10

**Tax ID:** 72-1177884                                                    Phone:    Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141104 |
| Invoice Date | : | 2/3/2010 |
| **Total Due** | : | **$ 159.80** |

emit To: **Professional Shorthand Reporters, Inc.**
**601 Poydras Street**
**Suite 1615**
**New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63120 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

*1376-*
*41971*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 140964 | 1/29/2010 | 63121 |
| **JOB DATE** | **CASE NUMBER** | |
| 1/26/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Video services on the deposition of:
   S. T. Reddy, M.D. (Castanel)

220.00

**TOTAL DUE >>>**   $220.00

MPEG1 provided as requested.

RECEIVED
FEB 03 2010
BY: 2/3/2010

**Tax ID:** 72-1177884

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.   :  140964
Invoice Date  :  1/29/2010
**Total Due**   :  **$ 220.00**

Remit To: **PSR Video Services**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.    :  63121
BU ID      :  3-VIDEO
Case No.   :  1873
Case Name  :  In Re: FEMA Trailer Formaldehyde Products
              Liability Litigation



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 143046 | 4/29/2010 | 64744 |
| JOB DATE | CASE NUMBER | |
| 4/20/2010 | 1873 | |

| CASE CAPTION | |
|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | |
| TERMS | |
| 30 days | |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Video services on the deposition of:
  Dr Thang Hoang                                                                                310.00

                                              TOTAL DUE >>>              $310.00

13764197\

RECEIVED
APR 30 2010
BY: _4/30/2010_

Tax ID: 72-1177884                                                        Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 143046 |
| Invoice Date | : | 4/29/2010 |
| **Total Due** | : | ~~$310.00~~ |

| | | |
|---|---|---|
| Job No. | : | 64744 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

Remit To: **PSR Video Services
601 Poydras Street
Suite 1615
New Orleans, LA  70130**

4-26-10

ROSS REPORTING SERVICES, INC.

(281) 484-0770
TAX I.D. 76-0295065

CERTIFIED SHORTHAND REPORTERS
11706 PLAYA COURT
HOUSTON, TX 77034

INVOICE#    111831
DATE:      4/22/10
PAGE          01
JOB #    10-571BR

MR. LYON GARRISON
GARRISON, YOUNT, FORTE
5448    & MULCAHY, LLC
909 POYDRAS, STE. 1800
NEW ORLEANS, LA 70112

1376.4157?

093251
CAUSE NUMBER

RECEIVED
APR 23 2010                490.50
BY:_____

DEPOSITION OF:
THANG D. HOANG, M.D., TAKEN ON 4-20-10

IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

(D)

TAXABLE COST: $490.50

490.50
--------
Total . . . . . . . . . . . . . . . . . . . . .    490.50

TERMS: 30 DAYS

NOW ACCEPTING VISA, MASTERCARD, AMEX & DISCOVER

LOCALLY OWNED AND INDEPENDENTLY OPERATED

REPORTING - RECORDS - VIDEO - VIDEOCONFERENCING

41971

53628



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

Mulcahy
A1971

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139639 | 12/4/2009 | 62774 |
| **JOB DATE** | **CASE NUMBER** | |
| 12/2/2009 | 1873 | |
| | **CASE CAPTION** | |
| In Re: FEMA Trailer Formaldehyde products Liability Litigation | | |
| | **TERMS** | |
| 30 days | | |

1248

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

1 COPY OF TRANSCRIPT OF:
    Earline Castanel (Re: Castanel)                                                         366.06

                                                              **TOTAL DUE >>>**    **$366.06**

Previously shipped

Tax ID: 72-1177884                                                                                                                  Phone:    Fax:

*'' Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 139639 |
| Invoice Date | : | 12/4/2009 |
| **Total Due** | : | **$ 366.06** |

RECEIVED
DEC 07 2009
By VM

| | | |
|---|---|---|
| Job No. | : | 62774 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde products Liability Litigation |

Remit To: **Professional Shorthand Reporters, Inc.**
              **601 Poydras Street**
              **Suite 1615**
              **New Orleans, LA 70130**



# I N V O I C E

**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141239 | 2/12/2010 | 63449 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/10/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re:  FEMA Trailer Formaldehyde Products Liability Litigation

| **TERMS** |
|---|
| 30 days |

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112



Video services on the deposition of:
  Earline M. Castanel

    627:50

MPEG-1 provided per your request.

TOTAL DUE >>>    $627.50

*1376.41971*

53628

RECEIVED
FEB 1 2 2010
2/18/20

**Tax ID: 72-1177884**

Phone:  Fax:

*Please detach bottom portion and return with payment.*

Garrison, Lyon H.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 141239 |
| Invoice Date | : | 2/12/2010 |
| **Total Due** | : | **$ 627.50** |

Remit To: **PSR Video Services**
        **601 Poydras Street**
        **Suite 1615**
        **New Orleans, LA  70130**

00986
RBD−EC−MED

| | | |
|---|---|---|
| Job No. | : | 63449 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

41971 McGuire / Castanel LHG



## PROFESSIONAL SHORTHAND REPORTERS, INC.

New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141245 | 2/12/2010 | 63448 |
| **JOB DATE** | **CASE NUMBER** | |
| 2/10/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

53628

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
   Earline M. Castanel (Re: Castanel)                                    492.95

                                                   TOTAL DUE >>>        $492.95

Condensed transcript sent to deponent for reading & signing

Previously shipped

RECEIVED FEB 17 2010

Tax ID: 72-1177884                                              Phone:    Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141245 |
| Invoice Date | : | 2/12/2010 |
| **Total Due** | : | **$ 492.95** |

Remit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 63448 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

*4-12*
*419 71*
*13 76-1 2*

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142448 | 4/8/2010 | 63975 |
| **JOB DATE** | **CASE NUMBER** | |
| 4/1/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

| **TERMS** | |
|---|---|
| 30 days | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:
  Edwin Peter Ganier (Re: Castanel)                                              350.60

                                                    TOTAL DUE >>>          $350.60

Condensed transcript sent to deponent for reading & signing

Transcript was previously hand delivered to Kim Marshall

RECEIVED
APR 1 2 2010
4/12/2010

**Tax ID: 72-1177884**

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

Invoice No.    :  142448
Invoice Date  :  4/8/2010
**Total Due**     :  **$ 350.60**

.emit To: **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA 70130**

Job No.      :  63975
BU ID        :  1-REP
Case No.     :  1873
Case Name    :  In Re: FEMA Trailer Formaldehyde Products Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

41971
1326-

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142593 | 4/16/2010 | 64412 |
| JOB DATE | CASE NUMBER | |
| 4/12/2010 | 1873 | |
| | CASE CAPTION | |

In Re:  FEMA Trailer Formaldehyde Products Liability
Litigation

| TERMS |
|---|
| 30 days |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

ORIGINAL TRANSCRIPT OF:
    Sandra Castanel Davis (Re: Castanel)                             135.00

ORIGINAL TRANSCRIPT OF:
    Laverne C. Williams (Re: Castanel)                            174.60

                                         TOTAL DUE  >>>     **$309.60**

Condensed transcript(s) sent to deponent(s) for reading & signing

RECEIVED
APR 1 6 2010
4/19/2010

Tax ID: 72-1177884                                             Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

| | | |
|---|---|---|
| Invoice No. | : | 142593 |
| Invoice Date | : | 4/16/2010 |
| **Total Due** | : | **$ 309.60** |

Remit To:  **Professional Shorthand Reporters, Inc.**
          **601 Poydras Street**
          **Suite 1615**
          **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 64412 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND
REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
1-800-536-5255

4/24/10

1376
4/971

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142737 | 4/22/2010 | 64588 |
| **JOB DATE** | **CASE NUMBER** | |
| 4/21/2010 | 1873 | |
| **CASE CAPTION** | | |
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **TERMS** | | |
| 30 days | | |

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

ORIGINAL TRANSCRIPT OF:

Kim Marie Castanel (Re: Castanel)                                284.70

                                              TOTAL DUE >>>        **$284.70**

Condensed transcript sent to deponent for reading & signing

RECEIVED
APR 2 2 2010
4/22/2010

Tax ID: 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | |
|---|---|
| Invoice No. | : 142737 |
| Invoice Date | : 4/22/2010 |
| **Total Due** | **: $ 284.70** |

Remit To: **Professional Shorthand Reporters, Inc.
601 Poydras Street
Suite 1615
New Orleans, LA 70130**

| | |
|---|---|
| Job No. | : 64588 |
| BU ID | : 1-REP |
| Case No. | : 1873 |
| Case Name | : In Re: FEMA Trailer Formaldehyde Products Liability Litigation |



**PROFESSIONAL SHORTHAND**
**REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

1376
41911

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 143242 | 5/12/2010 | 64777 |
| **JOB DATE** | **CASE NUMBER** | |
| 5/10/2010 | 1873 | |
| | **CASE CAPTION** | |

In Re:  FEMA Trailer Formaldehyde Products Liability
Litigation

| | **TERMS** | |
|---|---|---|
| 30 days | | |

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

ORIGINAL TRANSCRIPT OF:

Albert Jarrell

280.19

TOTAL DUE >>>              $280.19

RECEIVED
MAY 2 4 2010
BY: 5/24/2010

**Tax ID:** 72-1177884                                       Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA  70112

Invoice No.   :   143242
Invoice Date  :   5/12/2010
**Total Due**    :   **$ 280.19**

.emit To:  **Professional Shorthand Reporters, Inc.**
           **601 Poydras Street**
           **Suite 1615**
           **New Orleans, LA  70130**

Job No.     :   64777
BU ID       :   1-REP
Case No.    :   1873
Case Name   :   In Re:  FEMA Trailer Formaldehyde Products
                Liability Litigation

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544

Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163



www.naegelireporting.com

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

RANDALL C. MULCAHY ESQUIRE
GARRISON YOUNT FORTE AND MULCAHY LLC
909 POYDRAS STREET, SUITE 1800
CONTACT: RECEPTION
NEW ORLEANS, LA 70112

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 04/06/2010 | | |
| Case\Assg No. | 11303-12 | Invoice # | 42432 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 04/19/2010 |

COPY / INDEX VIDEO DEPOSITION OF G. GRAHAM ALLAN, PH.D
COPY / INDEX VIDEO DEPOSITION OF GEOFFREY C COMPEAU

**Remarks**
FREE CONDENSED TRANSCRIPTS!

G. ALLAN TRANSCRIPT $566.65 & EXHIBITS $100.00, G. COMPEAU
TRANSCRIPT $516.50 & EXHIBITS $75.00, DELIVERY $60.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,318.15 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,318.15 |

Net Terms: 30 Days

**Phone: (800) 528-3335**

**Fax: (503) 227-7123**

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐

Credit Card #                              Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

Apr 26 10 07:11p                                                                                      p.2

# NAEGELI REPORTING CORPORATION

Portland, OR
(503) 227-1544



Seattle, WA
(206) 622-3376

Spokane, WA
(509) 838-6000

Coeur d'Alene, ID
(208) 667-1163

www.naegelireporting.com

**RANDALL C. MULCAHY ESQUIRE**
GARRISON YOUNT FORTE AND MULCAHY LLC
909 POYDRAS STREET, SUITE 1800
CONTACT: RECEPTION
NEW ORLEANS,LA 70112

Remit to the Corporate Office:
US Bancorp Tower
111 S.W. Fifth Avenue, Suite 2020
Portland, OR 97204

Tax Number: 93-1079908

| | | | |
|---|---|---|---|
| Asg. Date: | 04/26/2010 | | |
| Case\Assg No. | 11303-15 | Invoice # | 42575 |
| Case Caption: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | Invoice Date | 04/26/2010 |

*VIDEOGRAPHER MEDIA COPY / DEPOSITION OF  GEOFFREY C COMPEAU*
<u>Remarks</u>
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $375.00 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $375.00 |

Phone: (800) 528-3335                    Net Terms:  30 Days                    Fax:  (503) 227-7123

Clients are responsible for interest at a rate of 1.5% per month on any invoice more than 30 days delinquent.

Method of Payment:
.i Check Enclosed
  Please Make Checks Payable to:

NAEGELI REPORTING CORPORATION

Charge my credit card:
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card #                                                    Exp. Date

Address (AS IT APPEARS ON BILLING STATEMENT)

*4/12/10*
*1376-41971)*



# Midwest Reporting, Inc.

## Court Reporters

Number: **10329-2**

Date:  **April 06, 2010**

**Bill To:**

Mr. Randall Mulcahy
Garrison Yount Forte & Mulcahy
909 Poydras Street, Suite 1800
New Orleans, LA 70112

| Date Taken | Date Delivered | Fed ID # 35-1818022 | Reporter |
|---|---|---|---|
| March 24, 2010 | April 6, 2010 | | Michelle M. |

| Description | Amount |
|---|---|
| Fema Trailer Formaldehyde Products Liability Litigation | |
| Earline Castanel, et al -v- Recreation by Design, LLC, et al | |
| Depositions of George Raymond Cornish, Jr. and Michael Gaume | |
| 154 pages one copy w/miniscript and E-trans. | 345.80 |
| 77 exhibit copies | 15.40 |
| Shipping & Handling | 10.00 |

*PAYMENT DUE UPON RECEIPT*
*THANK YOU*

| | Total | $371.20 |
|---|---|---|

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone: (800) 270-3121      (574) 288-4242*
*Fax (574) 288-5441*

5-6-10  1376-
File # 41971



# *Midwest Reporting, Inc.*

## *Video Productions*

Number: **10216-V4**

Date:   **April 30, 2010**

**RECEIVED**
MAY 04 2010
BY: 5/5/2010

**Bill To:**

Mr. Randall Mulcahy
Garrison Yount Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| 2-23 & 3-24-10 | April 30, 2010 | | Video/Sara |

| Description | Amount |
|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | |
| Earline Castanel, et al -vs- Recreation By Design, et al | |
| Videotaped Depositions of Randall Rush, George Cornish and Michael Gaume | |
| Copy of DVD MPEG-1 - 3 | 135.00 |
| Federal Express Standard Overnight Shipping | 40.00 |

*PAYMENT DUE UPON RECEIPT!*
*THANK YOU.*

| | Total | $175.00 |
|---|---|---|

*1448 Lincolnway East*
*South Bend, Indiana  46613*

*Phone (800) 270-3121 (574) 288-4242*
*Fax (574) 288-5441*

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23504 | 7/28/2009 | 15307 |
| **Job Date** | **Case No.** | |
| 7/7/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Randall C. Mulcahy
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| David Garratt | | | | |
| | 245.00 Pages | @ | 2.55 | 624.75 |
| Exhibit | 51.00 Pages | @ | 0.35 | 17.85 |
| Processing Fee | | | 55.00 | 55.00 |
| | **TOTAL DUE >>>** | | | **$697.60** |
| | (-) Payments/Credits: | | | 0.00 |
| | (+) Finance Charges/Debits: | | | 0.00 |
| | (=) New Balance: | | | **$697.60** |

RECEIVED
AUG 03 2009
By 1376-41971

**Tax ID:** 53-0257990

Phone: 504-527-0680   Fax:

53628

41 971

12/8

# INVOICE

## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59278 | 12/2/2009 | 83205 |
| **Job Date** | | **Case No.** |
| 8/21/2009 | | |

| **Case Name** |
|---|
| In Re: FEMA Railer Formaldehyde Products Liability Litigation |

| **Payment Terms** |
|---|
| Due upon receipt |

Kelly Morton, Esq
Garrison, Yount, Forte & Mulcahy,LLC
909 Poydras Street
suite 1800
New Orleans LA  70112

---

Deposition Of:

| | | | |
|---|---|---|---|
| Guy Bonomo | | | |
| Exhibits | 56.00 Pages | | 196.00 |
| Shipping & Handling ( Fed Ex ) | 10.00 Pages | | 5.00 |
| | | | 20.00 |

| **TOTAL DUE  >>>** | **$221.00** |
|---|---|

One Certified Copy and Word Index

SB/West

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.



RECEIVED
DEC  7 2009
By

---

Tax ID: 55-0793657                                           Phone: (504) 527-0680    Fax:(504) 527-0686

*Please detach bottom portion and return with payment.*

---

Kelly Morton, Esq
Garrison, Yount, Forte & Mulcahy,LLC
909 Poydras Street
suite 1800
New Orleans LA  70112

Job No.     : 83205          BU ID       : United
Case No.    :
Case Name : In Re: FEMA Railer Formaldehyde Products
                  Liability Litigation
Invoice No. : 59278          Invoice Date : 12/2/2009
**Total Due  : $ 221.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:

Remit To:  **United Reporting, Inc.**
                **1218 Southeast 3rd Avenue**
                **Fort Lauderdale FL  33316**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 24271 | 8/12/2009 | 15493 |
| **Job Date** | **Case No.** | |
| 7/24/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Randall C. Mulcahy
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Michael J. Lapinski | 195.00 Pages | @ | 2.55 | 497.25 |
| Exhibit | 147.00 Pages | @ | 0.35 | 51.45 |
| Processing Fee | | | 55.00 | 55.00 |

**TOTAL DUE  >>>**     **$603.70**

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **$603.70**

RECEIVED AUG 2 0 2009 By

1376.41971

Tax ID: 53-0257990

Phone: 504-527-0686   Fax:

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31823 | 5/3/2010 | 15493 |
| **Job Date** | **Case No.** | |
| 7/24/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Kim Marshall
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

*1376-41971*

Michael J. Lapinski
  Synchronized video on DVD

| | 4.50 Hours | @ | 45.00 | 202.50 |

TOTAL DUE >>>   $202.50

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:         $202.50

RECEIVED
MAY 10 2010
BY: 5/10/2010

**Tax ID:** 53-0257990

Phone: 504-527-0680   Fax

*Please detach bottom portion and return with payment.*

Kim Marshall
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Invoice No.   :  31823
Invoice Date  :  5/3/2010
**Total Due**     :  **$ 202.50**

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC 20036**

Job No.     :  15493
BU ID       :  Affiliate
Case No.    :  MDL NO. 1873
Case Name   :  In re: FEMA Trailer Formaldehyde Products
               Liability Litigation



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

1376 -
AQ71

3/17/10



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 142078 | 3/17/2010 | 61419 |
| **JOB DATE** | **CASE NUMBER** | |
| 8/20/2009 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**TERMS**

30 days

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

1 COPY OF TRANSCRIPT OF:
   Stanley Larson

                                              95.80

**TOTAL DUE  >>>**      **$95.80**

RECEIVED MAR 17 2010 3/17/2010

RECEIVED MAR 17 2010

**Tax ID: 72-1177884**

Phone: 504-527-0680  Fax:

*Please detach bottom portion and return with payment.*

Mulcahy, Randall C.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 142078 |
| Invoice Date | : | 3/17/2010 |
| **Total Due** | : | **$ 95.80** |

**Remit To:**  **Professional Shorthand Reporters, Inc.**
        **601  Poydras Street**
        **Suite 1615**
        **New Orleans, LA  70130**

| | | |
|---|---|---|
| Job No. | : | 61419 |
| BU ID | : | 1-REP |
| Case No. | : | 1873 |
| Case Name | : | In Re:  FEMA Trailer Formaldehyde Products Liability Litigation |

*FEMA*

# INVOICE

Tiffany Alley & Associates
400 Perimeter Center Terrace, Suite 900
Atlanta, GA 30346
Phone:770-343-9696   Fax:770-343-8430

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51038 | 7/7/2009 | 28130 |
| Job Date | Case No. | |
| 6/23/2009 | | |
| | Case Name | |
| In Re: FEMA Trailer | | |
| | Payment Terms | |
| Due upon receipt | | |

Randall Mulcahy
Garrison Yount Forte & Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112

*1376-41971*

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Joseph Little

                                                                        519.55

Thank you for your business!                    **TOTAL DUE  >>>            $519.55**



Tax ID: 58-1952135                                              Phone: 504-527-0680    Fax:

*Please detach bottom portion and return with payment.*

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23592 | 7/28/2009 | 15422 |
| Job Date | Case No. | |
| 7/14/2009 | MDL NO. 1873 | |
| Case Name | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| Payment Terms | | |
| Net 30 | | |

Randall C. Mulcahy
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Martin McNeese

        Exhibit

        Processing Fee

| | | | | |
|---|---|---|---|---|
| 133.00 Pages | @ | 2.55 | | 339.15 |
| 26.00 Pages | @ | 0.35 | | 9.10 |
| | | 55.00 | | 55.00 |

**TOTAL DUE  >>>**   **$403.25**

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00

(=) New Balance:   **$403.25**

RECEIVED
AUG 03 2009
By 1376-4991

**Tax ID:** 53-0257990

Phone: 504-527-0686   Fax:

137164971

52733

**LegaLink, Inc. - A Merrill Company**
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

Randall C. Mulcahy, Esquire
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 287885 | 07/30/2009 | 01-159429 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2009 | LONAMI | 1873 |

| CASE CAPTION |
|---|
| FEMA Formaldehyde Products, In Re: |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

```
1  COPY & INDEX OF TRANSCRIPT OF:
       Kevin Souza
          Shipping & Handling

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

178 Pages

TOTAL   DUE   >>>>                              445.00
                                                 20.00
                                          _____
                                                465.00

## PLEASE MAKE CHECKS PAYABLE TO:

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

TAX ID NO.: 20-2665382

(504) 527-0680

53286

# INVOICE

Alderson Reporting Company, Inc.
`155 Connecticut Ave., NW
.ite 200
Washington, DC 20036
Phone:202-289-2260   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 26063 | 10/27/2009 | 16815 |
| **Job Date** | **Case No.** | |
| 10/16/2009 | MDL NO. 1873 | |
| **Case Name** | | |
| In re: FEMA Trailer Formaldehyde Products Liability Litigation | | |
| **Payment Terms** | | |
| Net 30 | | |

Randall C. Mulcahy
Garrison, Yount, Forte & Mulcahy LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Bellance "Faye" Green | | | | | |
| Exhibit | | 147.00 | Pages | @ | 2.55 | 374.85 |
| Processing Fee | | 267.00 | Pages | @ | 0.35 | 93.45 |
| | | | | | 55.00 | 55.00 |

RECEIVED NOV 0 2 2009 By____

| | |
|---|---|
| **TOTAL DUE >>>** | **$523.30** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$523.30** |

1376-41971

Tax ID: 53-0257990

Phone: 504-527-0686  Fax:

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

4992

Alderson Reporting Company, Inc.

| Date | Type | Reference | | Original Amt. | Balance Due | 11/5/2009 Discount | Payment |
|---|---|---|---|---|---|---|---|
| 11/3/2009 | Bill | 26063 | | 523.30 | 523.30 | | 523.30 |
| | | | | | | Check Amount | 523.30 |

1020.000 - Operating    1376.41971

523.30



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
Shreveport (318) 213-1055
**1-800-536-5255**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 141578 | 2/26/2010 | 62137 |
| **JOB DATE** | **CASE NUMBER** | |
| 10/22/2009 | 1873 | |
| | **CASE CAPTION** | |

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

| **TERMS** |
|---|
| 30 days |

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112



One copy of the video of:
    Rep. of Morgan Buildings & Spas, Inc, James Schilligo

MPEG-1 provided.

140.00

TOTAL DUE >>>    **$140.00**

41971

53628

RECEIVED
FEB 2 6 2010
BY: 2/26/2010

**Tax ID:** 72-1177884

Phone: 504-527-0680   Fax:

*Please detach bottom portion and return with payment.*

Morton, Kelly M.
Garrison, Yount, Lormand, Forte & Mulcahy, LLC
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| | | |
|---|---|---|
| Invoice No. | : | 141578 |
| Invoice Date | : | 2/26/2010 |
| **Total Due** | : | **$ 140.00** |

Remit To: **PSR Video Services**
     **601 Poydras Street**
     **Suite 1615**
     **New Orleans, LA 70130**

| | | |
|---|---|---|
| Job No. | : | 62137 |
| BU ID | : | 3-VIDEO |
| Case No. | : | 1873 |
| Case Name | : | In Re: FEMA Trailer Formaldehyde Products Liability Litigation |

5-31-10

1376·4197

| AO44<br>(Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

INVOICE NO: 20100074

| | |
|---|---|
| LYON H. GARRISON, ESQUIRE<br>GARRISON YOUNT FORTE & MULCAHY<br>909 POYDRAS STREET, SUITE 1800<br>NEW ORLEANS, LA 70112<br><br>Phone: (504) 527-0680<br>FAX: (504) 527-0686<br><br>lgarrison@garrisonyount.com | MAKE CHECKS PAYABLE TO:<br>CATHY PEPPER, CCR RMR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX (504) 589-7726<br><br>cathy_pepper@laed.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 05-13-2010 | DATE DELIVERED: 05-26-2010 |
|---|---|---|

**Case Style:** MDL-1873, IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION TRANSCRIPTS OF MORNING SESSION OF JURY TRIAL TAKEN MAY 17-24, 2010, HELD BEFORE THE HONORABLE KURT D. ENGELHARDT AND RELATED TO CASTANEL V RECREATION BY DESIGN #09-3251  (COST SPLIT EQUALLY BETWEEN PARTIES)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 433 | 6.05 | 2,619.65 | 433 | 1.20 | 519.60 | | 0.90 | | 3,139.25 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 433 | 3.05 | 1,320.65 | 433 | 1.20 | 519.60 | | | | 1,840.25 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 4,979.50 |
| ENTERED<br>MAY 3 1 2010<br>BY: | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:     Amt: | TOTAL DUE: | |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 05-28-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

6437

GARRISON, YOUNT, FORTE & MULCAHY, LLC

Cathy Pepper                                                                                  6/1/2010

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/1/2010 | Bill | 1376.41971 | 4,979.50 | 4,979.50 | | 4,979.50 |
| | | | | Check Amount | | 4,979.50 |

1020.000 - Operating     Deposit                                                      4,979.50

PRODUCT DLT104     USE WITH 91663 ENVELOPE                    PRINTED IN U.S.A.          A

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:  20100056

**MAKE CHECKS PAYABLE TO:**

Lyon H. Garrison, Esq.
Garrison Young Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Phone:  (504) 527-0680

lgarrison@garrisonyount.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:    (504) 589-7778
FAX       (504) 589-7726

tdtusa1@aol.com

RECEIVED
JUN 01 2010
BY: 4/1/201

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-01-2010 | 06-01-2010 |

**Case Style:** 09-CV-3251/MDL1873, Castanel v RBD, LLC
Day 3, Afternoon Session, 5-19-2010 (Total of 136 pages); Cost split
evenly between the parties.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 68 | 6.05 | 411.40 | 68 | 1.20 | 81.60 | | 0.90 | | 493.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 68 | 3.05 | 207.40 | 68 | 1.20 | 81.60 | | | | 289.00 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 782.00 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | | | | | | TOTAL DUE: | | $782.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| *Toni Doyle Tusa, CCR, FCRR* | | 06-01-2010 |

*(All previous editions of this form are
cancelled and should be destroyed)*

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

Toni Doyle Tusa, CCR, FCRR

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/1/2010 | Bill | | 782.00 | 782.00 | | 782.00 |
| | | | | Check Amount | | 782.00 |

6 4 4 6

6/1/2010

1020.000 - Operating    20100056    782.00

PRODUCT DLT104    USE WITH 91663 ENVELOPE    PRINTED IN U.S.A.

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:   20090664

LYON H. GARRISON
GARRISON YOUNG FORTE & MULCAHY
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LA 70112

Phone:   (504) 527-0680

**MAKE CHECKS PAYABLE TO:**

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone:   (504) 589-7776

Tax ID:   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
karen_ibos@laed.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 05-20-2010 | DATE DELIVERED: 05-20-2010 |

**Case Style:** 09-CV-3241/MDL-1873, CASTANEL v RECREATION BY DESIGN, LLC
DAY 2 AND DAY 4, AFTERNOON SESSIONS, 5/18/10 & 5/20/10, TOTAL OF 296
PAGES; COST SPLIT EVENLY BETWEEN THE PARTIES.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 148 | 6.05 | 895.40 | 148 | 1.20 | 177.60 | | 0.90 | | 1,073.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 148 | 3.05 | 451.40 | 148 | 1.20 | 177.60 | | | | 629.00 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 1,702.00 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $1,702.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE:   *s:/Karen A. Ibos*

DATE   06-01-2010

*(All previous editions of this form are
cancelled and should be destroyed)*

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

Karen Anderson IBOS, RPR,CRR

10/13/2010

7479

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | | Payment |
|------|------|-----------|---|---------------|-------------|----------|---|---------|
| 10/13/2010 | Bill | | | 1,702.00 | 1,702.00 | | | 1,702.00 |
| | | | | | | Check Amount | | 1,702.00 |

1020.000 – Operating                                              1,702.00

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:   20100058

| | |
|---|---|
| Lyon H. Garrison<br> Garrison Yount Forte Mulcahy<br>909 Poydras Street<br>1800<br>New Orleans, LA 70112<br><br>Phone:   (504) 527-0680 | **MAKE CHECKS PAYABLE TO:**<br>JODI SIMCOX, RMR, FCRR<br>United States Court Reporter<br>500 Poydras Street<br>Room HB-406<br>New Orleans, LA 70130<br>Phone:      (504) 589-7780<br><br>*jodi_simcox@laed.uscourts.gov* |

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED:<br>05-17-2010 | DATE DELIVERED:<br>05-17-2010 |
|---|---|---|

**Case Style:**  MDL-1873-N, IN RE:  FEMA Trailer Formaldehyde Products Liability Litigation
Transcript of May 17, 2010 jury trial PM Session held before the
Honorable Kurt D. Engelhardt.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 84 | 6.05 | 508.20 | 168 | 1.20 | 201.60 | | | | 709.80 |
| Hourly | | | | | | | | | | |
| Realtime | 84 | 3.05 | 256.20 | 168 | 1.20 | 201.60 | | | | 457.80 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 1,167.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| **Deposit Date: 05-13-2010** | LESS AMOUNT OF DEPOSIT: 2,000.00 |
| | TOTAL REFUND: |
| **Date Paid:**             **Amt:** | TOTAL DUE: $-832.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

Jodi Simcox

| Date | Type | Reference |
|------|------|-----------|
| 5/12/2010 | Bill | 1376.41971 |

| Original Amt. | Balance Due | 5/13/2010 Discount | Paymen |
|---------------|-------------|---------------------|--------|
| 2,000.00 | 2,000.00 | Check Amount | 2,000.00 |
| | | | 2,000.00 |

Deposit for Court Reporters

1020.000 - Operating

PRODUCT DLT104   USE WITH 91663 ENVELOPE

PRINTED IN U.S.A.

2,000.00