

**INVOICE**

March 2, 2010

WSSI File No. 0584

Atty. Randy Mulcahy
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street Suite 1800
New Orleans, LA 70112

Re: Earline Castanel v. Recreation By Design, LLC et al.
GYF&M File No. 1376.41971

Fees for services rendered in the above-referenced matter.

**Hourly Fees**

| date | activity | hours | fees |
|---|---|---|---|
| 02/19/10 | deposition | 3.25 | |
| | Total hours | 3.25 | |
| | Fees 3.25h @ $225.00/h | | $731.25 |

**Expenses**

| date | item | cost | |
|---|---|---|---|
| | Total expenses | $0.00 | $0.00 |
| | Total due | | $731.25 |

Fees payable in full upon receipt of this invoice. Checks payable to **Wood Science Specialists Inc.** Federal TIN 04-3159276. Thank you.



453 Wendell Road   Shutesbury, MA 01072   413 259-1661   woodsci@crocker.com



Dr. Gerald McGwin, Jr.　　　　　　　　　　　Invoice Date:　　　06/06/2010
1922 7th Avenue South, Suite 120
Birmingham, AL 35294　　　　　　　　　　　　　　Billing Period
　　　　　　　　　　　　　　　　　　　　　　　From:　　　　　　To:
205-975-3036 (ph.)　　　　　　　　　　　　　12/26/2009　　　05/17/2010
205-975-3040 (fax)
mcgwin@uab.edu　　　　　　　　　　　　　　　　Bill To:
　　　　　　　　　　　　　　In Re: FEMA Trailer Formaldehyde Products
　　　　　　　　　　　　　　Liability Litigation PSC (Earline Castanel)

# INVOICE

| Services | Hours | Rate/Hr. | Amount |
|---|---|---|---|
| 1. Deposition appearance (02/23/2010) | 2.0 | $400.00 | $800.00 |
| | | **Total Due This Invoice:** | $800.00 |

*This invoice is due upon receipt. Payments received 45 days after receipt of invoice are subject to a late fee of $50.00/month, posted monthly.*





**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

RECEIVED MAR 0 1 2010 BY: 3/1/2010

| | | | |
|---|---|---|---|
| Client: | FEMA Trailer ~ Earline Castanel vs Recreation by Design, LLC | | |
| Operator Info: | | | |
| Operator: | JENNIFER | | |
| Estimator: | Alexis Mallet, Jr. | Business: | (337) 988-3556 |
| Business: | P. O. Box 80857 Lafayette, LA 70598 | | |
| Type of Estimate: | 1579 | | |
| Dates: | | | |
| Date Entered: | 02/26/2010 | | |
| Date Est. Completed: | 02/27/2010 | | |
| Price List: | INVOICE Restoration/Service/Remodel | | |
| Estimate: | FEMA-CASTANEL_1579-1 | | |
| File Number: | #1 | | |

**Send invoice to:**

**Lambert and Nelson**
**701 Magazine Street**
**New Orleans, LA 70130**

**Please forward to:**

*Garrison, Yount, Forte, & Mulcahy, L.L.C.*
*909 Poydras Street, Suite 1800*
*New Orleans, LA 70112-4053*

*Attorney for Defendant Recreation by Design, LLC*



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

FEMA-CASTANEL_1579-1

**Room:  Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| March 2, 2010 | | | |
| Deposition | 7.50 HR @ | 325.00 = | 2,437.50 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

Total for Invoice # 1579

Invoice Total        2,437.50

Alexis Mallet, Jr.

53628

**EDWARD HALIE SHWERY, PH.D.**
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: 877 302 6701
EMAIL: shwery@gmail.com



CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

25 February 2010

Mr. Randall C. Mulcahy, Esq.
Attn: Kim Marshall
Via Fax: 504 527 0686

Re: Castanel Deposition

Dear Mr. Mulcahy:

In my letter yesterday regarding my deposition and fees, I neglected to provide you with information you may require.

Please be advised that my fees are $1000.00 for 90 minutes. Additional time is billed at $600.00 per hour (part or whole). All fees are due in advance. My tax ID number is 72-0895087. My legal name for my practice is Edward H. Shwery, Ph.D., APPC.

Very truly yours,

Edward Halie Shwery, Ph.D.
Clinical and Forensic Psychologist

# EDWARD HALIE SHWERY, PH.D.
A PROFESSIONAL PSYCHOLOGY CORPORATION
SUITE 200
315 METAIRIE ROAD
METAIRIE, LOUISIANA 70005-4337
PHONE: (504) 833-6999
FAX: 877 302 6701
EMAIL: shwery@gmail.com

CLINICAL PSYCHOLOGY
FORENSIC PSYCHOLOGY
CHRONIC PAIN MANAGEMENT

DIPLOMATE
AMERICAN ACADEMY OF
PAIN MANAGEMENT

2 March 2010

Mr. Lyon Garrison, Esq.
Via Fax: 504 527 0686

Dear Mr. Garrison:

The additional fees for my deposition today on Ms. Castanel are $750.00. Please forward a check to me.

Very truly yours,

Edward H. Shwery, Ph.D

Edward Halie Shwery, Ph.D.

Exposure Assessment Solutions, Inc.
c/o Paul Hewett
1270 Kings Road
Morgantown, WV 26508-9155
phone: 304.685.7050

# Invoice

| Date | Invoice # |
|---|---|
| 4/6/2010 | 1260 |

**Bill To**

In Re: FEMA Trailer Formaldehyde Products
 Liability Litigation PSC
c/o Lambert and Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6.25 | Consulting - deposition in the matter of Castanel v. Recreation by Design<br><br>Prepared by:<br><br>Paul Hewett<br>Exposure Assessment Solutions<br>1270 Kings Road<br>Morgantown, WV 26508-9155<br>304.685.7050<br><br>Credit cards are accepted (call 304.685.7050 with the credit card details) or make the check payable to Exposure Assessment Solutions, Inc. | 350.00 | 2,187.50 |

**Total** $2,187.50

<div style="text-align:center">

**KENNETH R. LAUGHERY**
**3050 CLAIRE COURT**
**JANESVILLE, WI 53548**

</div>

PHONE: (608) 754-0849                                email: laugher@rice.edu
FAX:   (608) 754-1082

<div style="text-align:center">March 10, 2010</div>

Ms. Linda J. Nelson
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629

Dear Ms. Nelson:

    Following is the billing for my deposition the Castanel vs. Recreation By Design, et al. case:

Compensation - $400/hr.

    Deposition – 4 hours                                             $1,600.00

Please send payment to the address at the top of this billing.

<div style="margin-left:50%">

Sincerely,

*Kenneth R. Laughery*

Kenneth R. Laughery
Tax ID # 74-2192350

</div>

<div align="center">
Lawrence G. Miller, MD,MPH
PCAB
3 Newton Executive Park
Suite 101
Newton, MA 02462
</div>

## INVOICE

RECEIVED MAR 19 2010

To: Mr. Lyon Garrison
Garrison, Yount, Forte and Mulcahy

From: Lawrence G. Miller, M.D.,M.P.H.

Re: Earline Castanel deposition

Date: March 11, 2010

Deposition        3.0 hrs @ $800 = $2,400

<u>Total Due</u>                              $2,400

**DUE UPON RECEIPT**

# W.D. Scott
## group, inc.

March 31, 2010

## INVOICE

Frank J. D'Amico, Jr. Law Office
622 Baronne Street
Floor 2
New Orleans, LA 70113

ATTN: Ms. Brandi Spiers

**Terms: Payable Upon Receipt**　　　　　　　　　　　　　　　　**Invoice # 110155**
**Federal ID #: 72-1103057**　　　　　　　　　　　　　　　　　　**Our File # 3070**

RE: William D. Scott Deposition re: *Earline Castanel v. Recreation By Design, LLC, et al.;* per the the Scott Group's *Standard Fee Schedule* and attached detail.

| | |
|---|---|
| *Personnel* | $1,350.00 |
| *Mileage* | 00.00 |
| *Lodging & Per Diem* | 00.00 |
| *Direct Expense* | 00.00 |
| **TOTAL DUE THIS INVOICE** | **$1,350.00** |

**1.50% Interest Per Month On Past Due Invoices**

1117 Wright Avenue • Gretna, Louisiana 70056
Telephone (504) 393-7338 • Fax (504) 393-7311

W. D. Scott Group, Inc.
FEMA Trailer Formaldehyde Sampling
Invoice # 110155, *Earline Castanel v. Recreation By Design, LLC, et al.* Deposition Detail Summary
File # 3070

| Category | Unit | Straight Time Cost per Unit | Straight Time Qty. | Straight Time Ext. | Unit | Overtime Cost per Unit | Overtime Qty. | Overtime Ext. | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Personnel** | | | | | | | | | |
| William D. Scott (Depo Rate) | Hour | 300.00 | 4.5 | 1,350.00 | Hour | N/A | N/A | 0.0 | 1,350.00 |
| Nathan R. Vallette | Hour | 75.00 | 0.0 | 0.00 | Hour | 97.50 | 0.0 | 0.00 | 0.00 |
| Lisa T. Diamond | Hour | 75.00 | 0.0 | 0.00 | Hour | 97.50 | 0.0 | 0.00 | 0.00 |
| Jonathan Markle | Hour | 75.00 | 0.0 | 0.00 | Hour | 97.50 | 0.0 | 0.00 | 0.00 |
| Nathan Hingle | Hour | 39.00 | 0.0 | 0.00 | Hour | 50.70 | 0.0 | 0.00 | 0.00 |
| Mark Bergeron | Hour | 39.00 | 0.0 | 0.00 | Hour | 50.70 | 0.0 | 0.00 | 0.00 |
| Samantha Diamond | Hour | 39.00 | 0.0 | 0.00 | Hour | 50.70 | 0.0 | 0.00 | 0.00 |
| Ronni Troina | Hour | 39.00 | 0.0 | 0.00 | Hour | 50.70 | 0.0 | 0.00 | 0.00 |
| **Subtotal Personnel** | | | | | | | | | $1,350.00 |

| Category | Unit | Cost per Unit | Qty. | Ext. |
|---|---|---|---|---|
| **Mileage** | | | | |
| | Mile | 0.72 | 0 | 0.00 |
| **Subtotal Mileage** | | | | $0.00 |

| Category | Unit | Cost per Unit | Qty. | Ext. |
|---|---|---|---|---|
| **Lodging & Per Diem** | | | | |
| | | 0.00 | 0 | 0.00 |
| | | 0.00 | 0 | 0.00 |
| **Subtotal L & PD** | | | | $0.00 |

| Category | Unit | Cost per Unit | Qty. | Ext. |
|---|---|---|---|---|
| **Direct Reimbursement** | | | | |
| | | 0.00 | 0 | 0.00 |
| | | 0.00 | 0 | 0.00 |
| **Subtotal Direct Expense** | | | | $0.00 |

**TOTAL CHARGES** $1,350.00