**PHILIP COLE, MD, DrPH**
509 CARNOUSTIE DRIVE, BOX 30
SHOAL CREEK AL 35242-5986
(205) 408-9355
FAX (205) 408-9850

May 25, 2010

Mr. Randall C. Mulcahy
Garrison, Yount, Forte & Mulcahy, LLC
Suite 1800
909 Poydras Street
New Orleans LA  70112

---

In the case of Earline Castanel

1. Preparation for deposition.
   May 12, 2010.
   (Deposition was cancelled.)                   One hour.        $650

2. Review depositions of Dr. Williams and Dr. McGwin.
   April 20 - 22, 2010.                          One hour.         650

3. Preparation for and appearance at trial in New Orleans.
   May 19, 20, 2010.              One and one/half days.         7,800

4. Expenses in connection with travel to New Orleans.
   (See attached sheet.)                                            518

                                          Total               $9,618





EXPENSES IN CONNECTION WITH

DR. COLE'S TRAVEL TO NEW ORLEANS

MAY 19 - 20, 2010

1. Roundtrip airfare: Birmingham - New Orleans.     $263 *
2. Ground transportation and parking, Birmingham.     30
3. Ground transportation, New Orleans.     70
4. Intercontinental Hotel, New Orleans, one night.     155 *

                                              Total    $518

* Receipt attached.



# INTERCONTINENTAL.
NEW ORLEANS

05-20-10

| | |
|---|---|
| Mr Philip Cole<br>509 Carnoustie Drive<br>Birmingham Al<br>Birmingham, AL 35242<br>US | Folio No. : 518319<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. :<br>Invoice No. : |

Room No. : 0634
Arrival : 05-19-10
Departure : 05-20-10
Conf. No. : 67071699
Booking # :
Page No. : 1 of 1

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-19-10 | *Accommodation | | 129.00 | |
| 05-19-10 | Room State Tax | | 11.61 | |
| 05-19-10 | State/City Occupancy Fee | | 2.00 | |
| 05-19-10 | Room City Tax | | 5.16 | |
| 05-20-10 | Mini-Bar - Food | M&M | 3.50 | |
| 05-20-10 | State Tax | | 0.14 | |
| 05-20-10 | City Tax | | 0.18 | |
| 05-20-10 | Mini-Bar - Bev. Non-Alcohol | sprite | 3.50 | |
| 05-20-10 | State Tax | | 0.14 | |
| 05-20-10 | City Tax | | 0.18 | |
| 05-20-10 | American Express | XXXXXXXXXXXX2000 | | 155.41 |
| | | **Total** | **155.41** | **155.41** |
| | | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA   Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com   neworleans@ihg.com

Southwest Airlines - Purchase Confirmation                      Page 1 of 2



# Thank you!
## Your Confirmation is QWBDGH

- Automatic Check-In
- Better Seat Selection                    Get It Now      Book a Car
- Earlier Access to Overhead Storage       Learn More      Book a Hotel
                                                           Book a Flight

### Air

**Senior 1: PHILIP COLE**          Acct#: - None Entered -       Confirmation # QWBDGH

**AIR ITINERARY**

| DEPART MAY 19 | Birmingham, AL to New Orleans, LA<br>Wednesday, May 19, 2010<br>Travel Time 1 h 05 m<br>(Nonstop)<br>Add EarlyBird Check-in | #410 | Depart Birmingham, AL (BHM)<br>Arrive in New Orleans, LA (MSY) | 5:35 PM<br>6:40 PM |
|---|---|---|---|---|
| RETURN MAY 20 | New Orleans, LA to Birmingham, AL<br>Thursday, May 20, 2010<br>Travel Time 1 h 05 m<br>(Nonstop)<br>Add EarlyBird Check-in | #2542 | Depart New Orleans, LA (MSY)<br>Arrive in Birmingham, AL (BHM) | 6:00 PM<br>7:05 PM |

### YOU JUST SAVED UP TO $120 ROUNDTRIP!



**BAG FEES = $0.00**
Bags Fly Free on Southwest.

**BILLING**

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Philip Cole | 509 Carnoustie Drive | Birmingham, AL 35242 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| American Express | XXXXXXXXXXX-2000 | $263.40 | N/A |

**AIR PRICING**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Senior | Depart | BHM-MSY | Senior Fare | $112.56 | $19.14 | 1 | $131.70 |
| Senior | Return | MSY-BHM | Senior Fare | $112.56 | $19.14 | 1 | $131.70 |
| Please read the fare rules associated with this purchase. | | | | $225.12 | $38.28 | 1 | $263.40 |

**TRIP GRAND TOTAL: $263.40**

https://www.southwest.com/flight/confirm-flight.html?isPurchasi...   5/18/2010

6/3/10 at 09:57:12.16

Page: 3

# Terra, Inc
## Aged Tickets
### As of May 30, 2010

Filter Criteria includes: 1) Customer IDs from CFOR-2367 to CFOR-2367; 2) Billable Tickets only. Report order is by For Customer ID. Report is printed in Detailed Format.

| For Customer ID | Recorded by Name | Item Description | Ticket Date | Unit Duration | Billing Amount | Total Billing | Ticket Description fo |
|---|---|---|---|---|---|---|---|
| | Robert C. James | TESTIMONY AT TRIAL | 5/21/10 | | | | prep |
| | Robert C. James | REIMB. TRAVEL EXPENSE | 5/21/10 | | | | Travel to New Orleans for trial; Airfare $1,644.80; Hotel $268.44 ;Taxi's $92.00; Meals $18.00; Airport parking $24.00 |



English ▼    Log In
12 hrs display ▼    Sign up Now

Home    View Itinerary    City Guides    Help      My Profile    My Trips

Save as PDF    Print this E-Invoice

## Electronic Invoice

**Prepared For:**
JAMES/ROBERT C

| | |
|---|---|
| SALES PERSON | BD |
| INVOICE NUMBER | 1103107 |
| INVOICE ISSUE DATE | 19MAY2010 |
| RECORD LOCATOR | ENFHPH |
| CUSTOMER NUMBER | 059500 |

### Client Address

ROBERT C JAMES
TERRA INC
1234 TIMBERLANE ROAD
TALLAHASSEE FL 32312

### Delivery Address

**ELECTRONIC TICKETING**
**DELTA RES -DOMSAH-**

### DATE: Thu, May 20

**Flight: DELTA AIR LINES INC 1812**

| | | | |
|---|---|---|---|
| From | TALLAHASSEE, FL | Departs | 7:00am |
| To | ATLANTA, GA | Arrives | 8:10am |
| | | Arrival Terminal | S |
| Duration | 01hr(s) :10min(s) | Class | First |
| Type | | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | JAMES/ROBERT C | Seat(s) - 03A | DL - XXXXXXXX 16 |

### DATE: Thu, May 20

**Flight: DELTA AIR LINES INC 2489**

| | | | |
|---|---|---|---|
| From | ATLANTA, GA | Departs | 9:57am |
| To | NEW ORLEANS, LA | Arrives | 10:40am |
| Departure Terminal | S | | |
| Duration | 01hr(s) :43min(s) | Class | First |
| Type | | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | JAMES/ROBERT C | Seat(s) - 04B | DL - XXXXXXXX 16 |

### DATE: Thu, May 20

**Hotel: WALDORF ASTORIA , THE ROOSEVELT HOTEL**
123 BARONNE STREET
NEW ORLEANS LA 70112

| | | | |
|---|---|---|---|
| Service City | NEW ORLEANS | | |
| Check-In | 20MAY | Check-Out | 21MAY |
| Rooms(s) | 1 | Room Type | 1 KING BED DELUXE ROOM APRX 300 SQFT-SPACIOUS ROOM-2 |
| Night(s) | 1 | Rate per Night | 199.00 USD |
| Confirmation Number | 3388823331 | Frequent Traveler | |

https://www.virtuallythere.com/new/einvoice.html      6/2/2010

| Service Information | RQTS NONSMOKING PLEASE | Phone | 1-504-6481200 |
|---|---|---|---|
| Guarantee | Guaranteed Late Arrival | | |

**DATE: Fri, May 21**

**Flight: DELTA AIR LINES INC 2602**

| From | NEW ORLEANS, LA | Departs | 2:59pm |
|---|---|---|---|
| To | ATLANTA, GA | Arrives | 5:29pm |
| | | Arrival Terminal | S |
| Duration | 01hr(s) :30min(s) | Class | First |
| Type | | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | JAMES/ROBERT C | Seat(s) - 02A | DL - XXXXXXXX 16 |

**DATE: Fri, May 21**

**Flight: DELTA AIR LINES INC 2015**

| From | ATLANTA, GA | Departs | 7:07pm |
|---|---|---|---|
| To | TALLAHASSEE, FL | Arrives | 8:15pm |
| Departure Terminal | S | | |
| Duration | 01hr(s) :08min(s) | Class | First |
| Type | | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | JAMES/ROBERT C | Seat(s) - 04A | DL - XXXXXXXX 16 |

## Ticket Information

| Service Fee | XD 0523903319 | | JAMES ROBERT C | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXX5008 | | *32.00 |
| Ticket Number | DL 7885091682 | | JAMES ROBERT C | | |
| | | Billed to: | AX XXXXXXXXXX5008 | | *1,612.80 |

|  |  |
|---|---|
| Total base fare amount | 1,492.46 |
| Total Taxes | 152.34 |
| Net Credit Card Billing | *1,644.80 |
| | ---------- |
| Total Amount Due | 0.00 |

THANK YOU FOR SELECTING ADVENTURES IN TRAVEL

Your travel arranger provides the information contained in this document. Virtually There® is not responsible for the content of this document. If you have any questions about the contents of this document, please contact your travel arranger.

Save as PDF      Print this E-Invoice

Advertise   For Travel Agents   Privacy Policy   Copyright and Trademark Notices

## WE'RE JAZZED YOU'RE HERE!

CAB COMPANY _Carpool to_

TELEPHONE # _Court_

PASSENGER RECEIPT, TAXI FARE

DATE _5-20-10_

Amount ........................... $ _36.00_

Other Charges ................. $ _____

Total ............................... $ _____

Driver's Name _____ Cell _____

Cab Number _____

NEW ORLEANS

---

Telephone # _822-3800_

_White Fleet_
CAB COMPANY

PASSENGER'S RECEIPT, TAXICAB FARE

Date _5 - 21 -_, 20 _10_

Amount of Fare $ _10.00_

Other Charges $ _____

Total ............... $ _____

Driver's Name _M. Sims_

Cab Number _916_

I had one on 5-20-10
Courteous and courteous
+ 5/20 White Fleet $10.00

---

## PASSENGER RECEIPT TAXICAB FARE

Cab Company: _Court to carpool_

Date: _5-21-10_

Driver's Name: _____

Cab Number: _____

Amount of Fare: _36.00_

Other Charges: _____

Total: _36.00_

---

Meals while traveling
$18.08



THE
WALDORF=ASTORIA
COLLECTION

123 BARONNE STREET
NEW ORLEANS, LA 70112
TELEPHONE (504) 648-1200 • FAX (504) 648-5381
RESERVATIONS
www.hilton.com or 1 800 HILTONS

NAME & ADDRESS

JAMES, ROBERT C

| ROOM | 11304/K1D | |
|---|---|---|
| ARRIVAL DATE | 5/20/2010 | 3:31:00PM |
| DEPARTURE DATE | 5/21/2010 | 1:45:00PM |
| ADULT/CHILD | 1/0 | |
| ROOM RATE | $199.00 | |
| RATE PLAN | LV6 | |
| Hhonors # | | |
| AL: | | |

CONFIRMATION NUMBER : 3388823331

6/3/2010   PAGE   1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 5/20/2010 | MINIBAR [XFR FR RM 11304 MEISSNER, PAUL:RCPT A] | RH1 | 356608 | $5.49 | | |
| 5/20/2010 | MINIBAR [XFR FR RM 11304 MEISSNER, PAUL:RCPT A] | RH1 | 356609 | $8.78 | | |
| 5/20/2010 | MINIBAR [XFR FR RM 11304 MEISSNER, PAUL:RCPT A] | RH1 | 356610 | $15.37 | | |
| 5/20/2010 | MINIBAR [XFR FR RM 11304 MEISSNER, PAUL:RCPT A] | RH1 | 356611 | $3.29 | | |
| 5/20/2010 | MINIBAR [XFR FR RM 11304 MEISSNER, PAUL:RCPT A] | RH1 | 356612 | $7.68 | | |
| 5/20/2010 | GUEST ROOM | RH1 | 356770 | $199.00 | | |
| 5/20/2010 | RM - SALES TAX | RH1 | 356770 | $25.87 | | |
| 5/20/2010 | RM - OCCUPANCY TAX | RH1 | 356770 | $2.00 | | |
| 5/21/2010 | MINIBAR | LINTR | 356995 | $5.49 | | |
| 5/21/2010 | *SAZERAC RESTAURANT | LINTR | 357046 | $41.57 | | |
| 5/21/2010 | AX *5008 | TM1 | 357297 | | $314.54 | |
| | BALANCE | | | | | $0.00 |

*268.44* (handwritten)

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| | | | 88491 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF ASTORIA COLLECTION HOTEL. | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
PAYMENT DUE UPON RECEIPT

F O L I O

H James Wedner, MD

60 Ladue Terrace

St. Louis, MO 63124

**Invoice Submitted to:**

Garrison, Yount, Forte & Mulcahy, L.L.C

909 Poydras Street, Suite 1800

New Orleans, Louisiana 70112

October 7, 2010

In regard to: In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Earline Castanel

| | | | |
|---|---|---|---|
| 1. Review of materials related to Ms. Castanel | 11/15/2009 | 9.5 hr | $4750 |
| 2. Medical examination performed in New Orleans | 1/4/2010 | 8 hr | $4000 |
| 3. Preparation of a report of my findings and opinions | 1/5-2/1/2010 | 4 hr | $2000 |
| 4. Discussions re: my findings | 2/1-3/30/2010 | 2 hr | $1000 |
| 5. Discovery Deposition given in St. Louis, MO | 4/5/2010 | 4.5 hr | $2250 |
| 6. Trial preparation including review of records and literature | 4/20-5/20/2010 | 4 hr | $2000 |
| 7. Travel to New Orleans for Trial ( one day) | 5/23-/24 2010 | 8 hr | $4000 |

Totals

40 hr $20000

8. Expenses
    a. Flight to N.O. for IME         $776.40
    b. Hotel for IME                  $200.94
    c. Flight to N.O. for Trial       $923.80
    d. Hotel for Trial                $259.77

Total Expense                         $2160.91

**Grand Total**                       **$22160.91**

Thanks You,

H. James Wedner, MD