**Venue Docket, LLC**
701 Poydras Street
Ste 150P
New Orleans, LA 70139

Voice: 504-602-6300
Fax:   504-602-6301

RECEIVED JUN 2 2010

# INVOICE

Invoice Number: NO0510037
Invoice Date:   May 16, 2010
Page:           1

*Duplicate*

**Bill To:**
Lyon Garrison
909 Poydras Street
Suite 1800
New Orleans, LA 70112

**Ship to:**
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GARRISON | FEMA | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Newnam | KIM MARSHALL | | 5/31/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,509.00 | Tabs | Tabs | 0.25 | 377.25 |
| 12.00 | Binder 4" | 4" 3-Ring Binder, View, Blk or Wte | 12.95 | 155.40 |
| 57.00 | Binder 5" | 5" 3-Ring Binder, View, Blk or Wte | 29.95 | 1,707.15 |
| 54,054.00 | PRINTS | Images printed back | 0.10 | 5,405.40 |
| 6.00 | MASTER DVD | Master DVD of Images | 30.00 | 180.00 |
| 24.00 | Tech Time | Technical Time | 125.00 | 3,000.00 |
| 5,388.00 | COLOR PRINTS | Color Prints | 1.00 | 5,388.00 |

PLEASE UPDATE YOUR RECORDS
OUR MAILING ADDRESS HAS CHANGED
Venue Docket
701 Poydras Street
Suite 150P
New Orleans, LA 70139
THANK YOU FOR YOUR BUSINESS!

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 16,213.20 |
| Sales Tax | 1,459.19 |
| Total Invoice Amount | 17,672.39 |
| Payment/Credit Applied | |
| **TOTAL** | **17,672.39** |

Overdue invoices are subject to late charges.



EXHIBIT E