**COURTROOM GRAPHICS & ANIMATION, INC.**
1847 Dock Street, Suite 201
New Orleans, LA 70123
(504) 818-0505
(504) 818-1122 Fax

Federal I.D. # 72-1260342

May 15, 2010

Lyon H. Garrison, Esq.
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112

RE: Earline Castanel Trial Graphics

## INVOICE
(CGA #6128)

**6.75 hours**  **SINUS TIMELINES 2002 – 2009 (2)**
Reviewed supplied medical chronology to
determine entries to be included in Sinus
Timelines. Created horizontal timelines
and determined that a vertical format would
display the information more effectively.   $ 776.25

**8.50 hours**  **PRESCRIPTIONS TIMELINES 1994 – 2010 (2)**
Reviewed Walgreen's Rx records and medical
chronology to determine entries to be included
in Prescription Timelines. Created horizontal
timelines, which included Rx's for Nasal,
Dermatitis, Eyes and Anxiety/Depression to see
what we had to work with. Determined that a
vertical format would display the information
more effectively and lengthen her pre-existing
Rx's for allergies, etc. before medical records
start in 2002.   $ 977.50

**14.75 hours**  **EARLINE CASTANEL'S TREATMENT
FOR SINUSES (5 charts 1994 – 2010)**
Reviewed medical records and Walgreen's records
to determine entries to be included in chronology.
Created vertical format charts, highlighting all
references to sinus, allergies, etc. Emailed to
Lyon Garrison for approval. Includes all revisions.   $1,696.25

※ 2 – 36" x 48" TRIAL EXHIBITS     $  500.00
※ 3 – 36" X 60" TRIAL EXHIBITS     $  885.00


EXHIBIT F

CG&A Invoice
#6128

| | | | |
|---|---|---|---|
| 4.75 hours | **EARLINE CASTANEL'S TREATMENT FOR ANXIETY (2 charts 2003 – 2009)** Reviewed medical records and Walgreen's records to determine entries to be included in timelines. Emailed to Lyon Garrison for input. Decided to use horizontal format. Created new charts and emailed to Lyon Garrison for approval. Includes all revisions. | | $ 546.25 |
| | **2 – 36" X 60" TRIAL EXHIBITS** | | $ 590.00 |
| 3.75 hours | **SOME EVERYDAY SOURCES OF FORMALDEHYDE (3 charts)** Reworked 3 existing charts, updated Interior photo of Castanel's FEMA trailer, new food sources to match Dr. James' chart, etc. Emailed to Lyon for approval. Includes all revisions. | | $ 431.25 |
| | **2 – 36 x 48" TRIAL EXHIBITS** | | $ 500.00 |

**EXCERPT CHARTS FROM MEDICAL RECORDS:**

**Earline Castanel's Visit to Dr. Gautreaux
May 6, 2002   "Sinusitis"**

**Earline Castanel's Visit to Dr. Gautreaux
Sept. 23, 2002   "Bilateral rhinitis"**

**Earline Castanel's Visit to Dr. Gautreaux
Sept. 29, 2003   "Sinusitis"**

**Earline Castanel's Visit to Dr. Bowers
March 9, 2004   "Chronic Sinusitis"**

**Earline Castanel's Visit to Dr. Bowers
June 15, 2004   "Chronic Sinusitis"**

**Earline Castanel's Visit to Dr. Bowers
Sept. 9, 2004   "Chronic Sinusitis"**

**Earline Castanel's Visit to Dr. Hoang
Oct. 25, 2005   "Bilateral rhinitis"**

**Earline Castanel's Visit to Dr. Gautreaux
Sept. 18, 2007   "Rhinitis"**

CG&A Invoice
#6128

**Earline Castanel's Visit to Dr. Bowers
Oct. 19, 2006   "Chronic sinus problems
Not any worse than usual now"**

**Earline Castanel's Visit to Dr. Bowers
July 20, 2006   "anxiety – she always has"**

**Earline Castanel's Visit to Dr. Bowers
March 9, 2009   "anxiety depression"**

|  |  |
|---|---|
| 8.75 hours | $1,006.25 |
| **Courier to Garrison Yount** | **$   35.00** |
| **TOTAL AMOUNT DUE** | **$7,943.75** |