






**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

**PREPAY LETTER**
0018-WD-7664704

GARRISON YOUNT FORTE & MULCAHY LLC
909 POYDRAS ST
SUITE 1800
NEW ORLEANS, LA 70112

## PAYMENT INFORMATION

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

| | | |
|---|---|---|
| Account: | 504527068007 | |
| Fax No.: | 5045270686 | |
| Ref#: | 1376-42075 | |
| Price Class: | LA CLINIC MICROFILM CHG | |

| | | |
|---|---|---|
| Patient: | EARLINE M CASTANEL | |
| S.S.N.: | ***-**- | |
| Date: | 12/1/2009 | |
| Request No.: | 7664704 | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Microfilm | 9 | 1.00 | 9.00 |
| HANDLING | 1 | 10.00 | 10.00 |
| | | Sub Total : | 19.00 |
| | | Tax : | 0.00 |
| | | Postage : | 1.22 |
| | | Prepayment : | 0.00 |
| | | AMOUNT DUE : | 20.22 |

*Billing* (signature)

Dear Requestor:

iod incorporated has been retained by FAMILY DOCTORS OAKWOOD to provide release of information services. The charges listed above are in accordance with the guidelines set forth by the state and federal government, including HIPAA. It is our policy to require payment prior to delivering the requested information. Please note this is an estimated fee, the final amount may differ. In order to expedite your request, iod incorporated accepts checks or Mastercard, Visa and Discover credit cards. Please refer to the top portion of this letter for information on submitting your payment.

The requested medical information will be provided after payment in full is received. If payment is not received within 15 days of this letter, your request will be cancelled. If the patient authorization has expired by the time payment is received, a new authorization will be required. Additionally, records generated after signature date will not be released unless specified in the authorization.

Sincerely,

Release of Information
Health Information Management Department
Telephone: 504-349-2590 ext 4478

1376·41971




**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287



**PREPAY LETTER**
0018-WD-7664654

GARRISON YOUNT FORTE & MULCAHY LLC
909 POYDRAS ST
SUITE 1800
NEW ORLEANS, LA 70112

## PAYMENT INFORMATION

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

| | | | |
|---|---|---|---|
| *Account:* | 504527068007 | *Patient:* | EARLINE M CASTANEL |
| *Fax No.:* | 5045270686 | *S.S.N.:* | ***-**- |
| *Ref#:* | 1376-42075 | *Date:* | 12/1/2009 |
| *Price Class:* | LA CLINIC MICROFILM CHG | *Request No.:* | 7664654 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Microfilm | 25 | 1.00 | 25.00 |
| Microfilm | 397 | 0.50 | 198.50 |
| HANDLING | 1 | 10.00 | 10.00 |
| | | Sub Total : | 233.50 |
| | | Tax : | 0.00 |
| | | Postage : | 6.85 |
| | | Prepayment : | 0.00 |
| | | AMOUNT DUE : | 240.35 |

Records

Dear Requestor:

iod incorporated has been retained by FAMILY DOCTORS OAKWOOD to provide release of information services. The charges listed above are in accordance with the guidelines set forth by the state and federal government, including HIPAA. It is our policy to require payment prior to delivering the requested information. **Please note this is an estimated fee, the final amount may differ.** In order to expedite your request, iod incorporated accepts checks or Mastercard, Visa and Discover credit cards. Please refer to the top portion of this letter for information on submitting your payment.

The requested medical information will be provided after payment in full is received. If payment is not received within 15 days of this letter, your request will be cancelled. If the patient authorization has expired by the time payment is received, a new authorization will be required Additionally, records generated after signature date will not be released unless specified in the authorization

Sincerely,

Release of Information
Health Information Management Department
Telephone 504-349-2590 ext 4478





# Pre-Payment for Copy Services

1101 Medical Center Boulevard
Marrero, LA 70072
(504) 347-5511

| Date | Invoice Number |
|---|---|
| 12/8/2009 | 8095L |

| Bill To | Ship To |
|---|---|
| Garrison, Yount, Forte & Mulcahy, LLC<br>909 Poydras Street, Ste. 1800<br>New Orleans, LA 70112 | Garrison, Yount, Forte & Mulcahy, LLC<br>909 Poydras Street, Ste. 1800<br>New Orleans, LA 70112<br>KELLY M. MORTON |

| Refer # / Case # | Date of Service | Copied by: | Ship Date | Ship Via | Patient Name | Medical Record # |
|---|---|---|---|---|---|---|
| 137642075 | 12/8/2009 | MCO | 12/8/2009 | Pickup | Castanel, Earline M. | 1455068 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Record Retrieval | | All records and bills | 15.00 | 15.00 |
| Medical Record ... | 25 | Copied pages 1 - 25 | 1.00 | 25.00 |
| Medical Record ... | 37 | Copied Pages 26 - 500 | 0.50 | 18.50 |
| Certification - M... | | Certified Copies of Medical Records | 0.00 | 0.00 |
| Itemized Billing | 13 | Itemized Billing Pages 1 - 25 | 1.00 | 13.00 |
| Certification - Bi... | | Certified Copies of Itemized Billing | 0.00 | 0.00 |
| Invoice | | TO ASSURE PAYMENT IS SENT TO RELEASE OF INFORMATION, PLEASE SEND A COPY OF THE INVOICE WITH YOUR PAYMENT.<br><br>TAX ID 72-6014898 | 0.00 | 0.00 |

PLEASE MAKE CHECKS PAYABLE TO AND MAIL DIRECTLY TO: WEST JEFFERSON MEDICAL CENTER, RELEASE OF INFORMATION. Payment due upon receipt.

**Total Due**   $71.50

527

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**
OPERATING ACCOUNT
909 POYDRAS ST., SUITE 1800
NEW ORLEANS, LA 70112
(504) 527-0680

REGIONS BANK

63-466-631

12/16/2009

PAY TO THE ORDER OF    Dr. Joseph Gautreaux                                    $ **25.00

Twenty-Five and 00/100************************************************************************************ DOLLARS

Dr. Joseph Gautreaux
200 W Esplanande
Suite 120
Kenner, LA 700065

MEMO    Medical Records  E. Castanel                                AUTHORIZED SIGNATURE

⑆005273⑆ ⑈063104668⑈ 0077325958⑆

---

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**                                                                 5273

Dr. Joseph Gautreaux                                          12/16/2009

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/16/2009 | Bill | | 25.00 | 25.00 | | 25.00 |

Check Amount    25.00



# MedSouth Pre-Bill Invoice

P.O. Box 1630
Mandeville, LA 70470-1630
Corporate Office: 985-951-7100
Fax: 985-951-7101

RECEIVED 2009
12/21/09

| Invoice Number | LA017121520092 |
|---|---|
| Date | 12/15/2009 |
| Site ID | LA017 |
| Invoice Amount | $181.91 |
| Processed By | SDJ |

1376-41971

| Bill To: LYON GARRISON |
|---|
| GARRISON, YOUNT, FORTE & MULCAHY, LLC |
| 909 POYDRAS STREET STE 1800 |
| NEW ORLEANS, LA 70112-4053 |

| Ship To: |
|---|
| GARRISON, YOUNT, FORTE & MULCAHY, LLC |
| 909 POYDRAS STREET STE 1800 |
| NEW ORLEANS, LA 70112-4053 |

Your request for medical records has been received by METROPOLITAN GASTROENTEROLOGY. MedSouth Record Management, LLC is contracted with METROPOLITAN GASTROENTEROLOGY to honor your request of the referenced patient below. Prior to sending the documents you requested, we require receipt of payment.

| Medical Facility: |
|---|
| METROPOLITAN GASTROENTEROLOGY |
| 1111 MEDICAL CENTER BLVD. SUITE 450-SOU |
| MARRERO, LA 70072 |

| Patient Name (Last, First): | Date of Birth: |
|---|---|
| CASTANEL, EARLINE | 08/10/1930 |

| Medical Record Number: |
|---|
| MEDICAL |

| Reference Number(s): |
|---|
| |

| Page Count | 87 |
|---|---|
| Processing Fee | $30.00 |
| Document Charge | $108.75 |
| Certification Charge | $15.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | $153.75 |
| Shipping/Handling | $28.16 |
| Balance Due | $181.91 |

Please send your pre-payment of this invoice amount to the address listed below. Once payment is received, your request will be processed. If you have any questions, please call our customer service center at 985.951.7100.

**Please note: Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

**Mailing address:**

P.O. Box 1630
Mandeville, LA 70470-1630

**Physical address for express mailing:**

#4 Sanctuary Boulevard, Suite 101
Mandeville, LA 70471

To ensure proper credit, please return a copy of this invoice with payment, or write the invoice number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.




# Destiny Copy Services

PO Box 2694
Kenner, LA 70063
Phone 504-466-0491 Fax 504-466-0491
destinycopy@yahoo.com
**Tax ID # 77-0696718**

DATE December 22, 2009

1376.41971


DEC 2 3 2009
By _____

**BILL TO**   Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street
Suite 1800
New Orleans, LA 70112-4053

COMMENTS

| DATE | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| 12/22/09 | Medical Record copies from: LSU Interim Public Hospital | | |
| | Patient: Earline M. Castanel | | |
| | DOB: 08/10/1930 | | |
| | SS# : xxx-xx-5855 | | |
| | 0 pages @ 1.00 pp | | $0.00 |
| | 0 pages @ .50 pp | | $0.00 |
| | 0 pages @ .25 | | - |
| | Search Fee | | $10.00 |
| | Postage | | $0.00 |
| | Flat Rate | | $0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| $10.00 | | | | | $10.00 |

| REMITTANCE | |
|---|---|
| Statement # | 0 |
| Date | |
| Amount Due | $10.00 |
| Amount Enclosed | |

Make all checks payable to Destiny Copy Services
**THANK YOU FOR YOUR BUSINESS!**

Billing
53628

McGuire 1-12-10
1376-4197



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0018-WD-10391

## PAYMENT INFORMATION

Attention: KELLY MORTON
GARRISON YOUNT FORTE & MULCAHY LLC
909 POYDRAS ST
SUITE 1800
NEW ORLEANS, LA 70112

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

Your Payment: 19⁰⁰
Amount Due: 19.00
Date Due: DUE UPON RECEIPT

----------------PLEASE CUT ALONG THE DOTTED LINE AND RETURN THE ABOVE STUB WITH YOUR PAYMENT----------------

**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

**INVOICE**
0018-WD-10391

*Account*: 504527068007
*Facility*: FAMILY DOCTORS OAKWOOD
*Patient*: EARLINE M CASTANEL
*S.S.N.*:

*Customer Ref.*: 5855
*Price Class*: LA CLINIC MICROFILM CHG
*Invoice Date*: 12/29/2009
*Request No.*: 7858958

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Microfilm | 9 | 1.00 | 9.00 |
| HANDLING | 1 | 10.00 | 10.00 |
| | | Sub Total : | 19.00 |
| | | Tax : | 0.00 |
| | | Postage : | 0.00 |
| | | Prepayment : | 0.00 |
| | | AMOUNT DUE : | 19.00 |

Billing

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS. IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PER MONTH AND COST OF COLLECTION. WE ACCEPT ALL MAJOR CREDIT CARDS. U.S. FUNDS ONLY

**CUSTOMER**

PLEASE RETURN THE TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM PART FOR YOUR RECORDS

RECEIVED JAN 11 2010
BY: 1/10/2010

# iod incorporated
FED ID NO. 65-076528    53628

**ACCOUNTS RECEIVABLE STATEMENT**

## Account Information

Statement Date: 1/8/2010
Customer Number: 504527068007

000858

GARRISON YOUNT FORTE & MULCAHY LLC
909 POYDRAS ST
SUITE 1800
NEW ORLEANS LA 70112

## Contact Information

Customer Service 1-866-420-7455
*Calls are randomly monitored and recorded to ensure quality service.

Remit all payments to: iod incorporated
P.O. Box 19058
Green Bay, WI 54307-9058

OR:

Submit your check or credit card payment online by visiting our website at http://www.iodincorporated.com and select the payments link.

Mastercard, Visa, Discover & Checks accepted.

## Account Activity

| Invoice # | Patient Name / Facility Name | Reference Number | Date | Invoice Total | Balance Due |
|---|---|---|---|---|---|
| 18-HC1258-0 | | | 12/18/2009 | (25.22) | (25.22) |
| 18-WD10390-0 | EARLINE CASTANEL / FAMILY DOCTORS OAKWOOD | 5855 | 12/29/2009 | 275.75 | 275.75 |
| 18-WD10391-0 | EARLINE CASTANEL / FAMILY DOCTORS OAKWOOD | 5855 | 12/29/2009 | 19.00 | 19.00 |
| | | | Total Balance Due | | 269.53 |

** The above charges are for copies of medical records ** Credit balances will be applied

JAN 14 2010 RECEIVED

▲ Detach and return the bottom portion with payment.  Retain top portion for your records. ▲

---

Statement Date: 1/8/2010
Customer Number: 504527068007
GARRISON YOUNT FORTE & MULCAHY LLC

Total Balance Due    269.53

☐ Please check here for change of address
See back for change of address form

Total Amount Enclosed

$ | 2 | 6 | 9 | 5 | 3 |

Include invoice number(s) on check and make payable to:

IOD INCORPORATED
PO BOX 19058
GREEN BAY WI 54307-9058

Please do not send cash. Please allow 7 to 10 days for postal delivery

**WALGREEN COMPANY**
**CORPORATE AND REGULATORY LAW**
**INVOICE FOR RECORD REQUEST SERVICES**

53628

4191

**Billed to:**
GARRISON YOUNT FORTE & MULCAHY
ATTN: KELLY MORTON
909 POYDRAS ST SUITE 1800
NEW ORLEANS          LA   70112-4053

**Make Checks Payable to:**
Walgreen Company
1901 E. Voorhees St.
P.O. Box 4039
MS #735
Danville, Illinois 61834-4039

**Invoice Number:**   901806
**Patient Name:**   EARLINE CASTANEL

**Amount Due:**   $55.00
**PatientDOB:**   8/10/1930

---

# INVOICE

Re:   EARLINE CASTANEL

Dear Sir/Madam

In accordance with your request, pharmacy records for the above referenced patient were forwarded after a complete search was conducted, pursuant to the statutory retention period for pharmacy records. An invoice for our services is attached.

Please remit payment, together with this invoice. If state statute designates a different reimbursement, please enclose a copy of the statute along with a check for that amount.

Sincerely,

Jodi Drews
Records Custodian

(217) 554-8590 (Phone)
FEIN 36-192-4025 (Tax ID)



RECEIVED FEB 9 2010
2/9/2010

53628


**Ochsner Health System**

DEPARTMENT OF RADIOLOGY

Remit to: Ochsner Health System
Radiology Dept. Film Library, H2
1514 Jefferson Highway
New Orleans, LA 70121

(Make check payable to Ochsner Health System. Please include the duplicate invoice with your payment.)

Date: 2/15/10

To: GARRISON, YOUNT,
FORTE & MULCAHY, L.L.C.
ATTORNEYS AT LAW
SUITE 1800
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112

Clinic # 8327091

Patient: CASTANEL, EARLINE

We have retrieved the image from storage and prepared the following prepayment quote. We will send you the CD(s) as soon as payment for our services is received.

_1_ CDs @ $50 per CD         50.00

Total Amount Due         $ 50.00

Notes:

Please contact _Ochsner_ at _Marin_ if you have any questions or wish to amend your original request. You may also contact our office at 504-842-3453.

Ochsner Health System, a part of Ochsner Clinic Foundation
1514 Jefferson Highway, New Orleans, LA        (504) 842-3470        www.ochsner.org



**Pre-Bill Invoice**

P.O. Box 1630
Mandeville, LA 70470-1630

Corporate Office : 985-951-7100
Fax : 985-951-7101

| | |
|---|---|
| Invoice Number | LA2261221200914 |
| Date | 12/21/2009 |
| Site ID | LA226 |
| Invoice Amount | $31.44 |
| Processed By | TCH |

**Bill To:** KELLY M. MORTON
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 POYDRAS STREET STE 1800
NEW ORLEANS, LA 70112-4053

**Ship To:**
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 POYDRAS STREET STE 1800
NEW ORLEANS, LA 70112-4053

Your request for medical records has been received by CULICCHIA NEUROLOGICAL CLINIC. MedSouth Record Management, LLC is contracted with CULICCHIA NEUROLOGICAL CLINIC to honor your request of the referenced patient below. Prior to sending the documents you requested, we require receipt of payment.

**Medical Facility:**
CULICCHIA NEUROLOGICAL CLINIC
1111 MEDICAL CENTER BLVD. SUITE S-750
MARRERO, LA 70072

**Patient Name (Last, First):** CASTANEL, EARLINE
**Date of Birth:** 08/10/1930
**Medical Record Number:** BILLING
**Reference Number(s):** 1376-42075

| | |
|---|---|
| Page Count | 1 |
| Processing Fee | $15.00 |
| Document Charge | $1.00 |
| Certification Charge | $15.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | $31.00 |
| Shipping/Handling | $0.44 |
| Balance Due | $31.44 |

RECEIVED DEC 28 2009

Please send your pre-payment of this invoice amount to the address listed below. Once payment is received, your request will be processed. If you have any questions, please call our customer service center at 985.951.7100.

**Please note:** Cancelled requests will incur a processing fee.

Please remit check payable to:

**MedSouth Record Management, LLC**
Federal Tax I.D. #: 72-1481471

**Mailing address:**
P.O. Box 1630
Mandeville, LA 70470-1630

**Physical address for express mailing:**
#4 Sanctuary Boulevard, Suite 101
Mandeville, LA 70471

To ensure proper credit, please return a copy of this invoice with payment, or write the invoice number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.



1-4-10

# Pre-Bill Invoice

**P.O. Box 1630**
**Mandeville, LA 70470-1630**

Corporate Office : 985-951-7100
Fax : 985-951-7101

53631

| | |
|---|---|
| Invoice Number | LA2261221200913 |
| Date | 12/21/2009 |
| Site ID | LA226 |
| Invoice Amount | $38.56 |
| Processed By | TCH |

**Bill To:** KELLY M. MORTON
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 POYDRAS STREET  STE 1800
NEW ORLEANS, LA 70112-4053

**Ship To:**
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 POYDRAS STREET  STE 1800
NEW ORLEANS, LA 70112-4053

Your request for medical records has been received by CULICCHIA NEUROLOGICAL CLINIC. MedSouth Record Management, LLC is contracted with CULICCHIA NEUROLOGICAL CLINIC to honor your request of the referenced patient below. Prior to sending the documents you requested, we require receipt of payment.

# 1376.42075

**Medical Facility:**
CULICCHIA NEUROLOGICAL CLINIC
1111 MEDICAL CENTER BLVD. SUITE S-750
MARRERO, LA 70072

| Patient Name (Last, First): | Date of Birth: |
|---|---|
| CASTANEL, EARLINE | 08/10/1930 |

**Medical Record Number:**
LA226

**Reference Number(s):**
1376-42075

| | |
|---|---|
| Page Count | 22 |
| Processing Fee | $15.00 |
| Document Charge | $22.00 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | $37.00 |
| Shipping/Handling | $1.56 |
| Balance Due | $38.56 |

Please send your pre-payment of this invoice amount to the address listed below. Once payment is received, your request will be processed. If you have any questions, please call our customer service center at 985.951.7100.

**Please note:** Cancelled requests will incur a processing fee.

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

RECEIVED DEC 28 2009
By 1/4/10 rm

**Mailing address:**

P.O. Box 1630
Mandeville, LA  70470-1630

**Physical address for express mailing:**

#4 Sanctuary Boulevard, Suite 101
Mandeville, LA  70471

To ensure proper credit, please return a copy of this invoice with payment, or write the invoice number on your check. To make a credit card payment, please contact our Corporate Office at 985.951.7100.

# DELINQUENT NOTICE

**Page 1 of 1**

## HealthPort

| | |
|---|---|
| Notice Date | 03/19/10 |
| Customer No. | 1493834 |

SEND CORRESPONDENCE ONLY TO:
P.O. Box 1812
Alpharetta GA 30023-1812

|||| 825

1376-41971

RECEIVED MAR 2 4 2010
3/24/2010

Federal Tax ID: 58-2659941

GARRISON YOUNT FORTE ET AL
909 POYDRAS ST STE 1800
NEW ORLEANS LA 70112-4053

REMIT TO: HEALTHPORT
PO BOX 409740
ATLANTA, GA 30384

### AGED BALANCES

| 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Due USD | 25.00 |
|---|---|---|---|---|---|
| .00 | 25.00 | .00 | .00 | | |

Please be advised that your account is now past due. You are receiving this letter because our records indicate that you have failed to pay for requested medical records.

\* after invoice indicates a prebill invoice. Records are being held until payment is received.

| INVOICE NUMBER | DUE DATE | DAYS PAST DUE | DESC/PATIENT NAME AND ID, FACILITY | INVOICE AMOUNT | BALANCE DUE | PAID | AMOUNT PAID (if different) |
|---|---|---|---|---|---|---|---|
| 1576588 | 01/22/10 | 86 | CASTANEL EARLINE<br>OCHSNER HEALTH SYS. BUS OFFICE<br>DOB 081030; SSN *****5853 | 25.00 | 25.00 | ☑ | |

**PLEASE RETURN ALL PAGES WITH YOUR PAYMENT.**

**TOTAL AMOUNT** 25.00

**TOTAL REMITTANCE USD**  $25.00

### Fast. Secure. Free.

HealthPortPay® is a free, online payment processing service that provides you a fast and convenient way to pay your HealthPort invoice. You can now pay your HealthPort invoice by visiting www.HealthPortPay.com which provides options to pay by ECheck or your major credit card.

For questions, please contact The Collection Group at 800-303-8049 or 770-360-1767

Frances B. IVKER, M.D.
927 Broadway Street.
New Orleans, LA 70118

13-76-
4197)

Preparation of record copy — $30.00
Earline Castanel
1977 — 2010

EIN 72-0928896



RECEIVED
MAR 24 2010
BY: 3/24/2010



RECEIVED
MAR 24 2010

VITALCARE MEDICAL
1816 E. BROADWAY SUITE 110
PEARLAND, TX 77581
281-482-9994
281-482-2231 FAX
75-3070147 Federal Tax Id

ATTN: KELLY

March 29, 2010

Garrison, Yount, Forte, & Mulcahy, L.L.C.
Suite 1800
909 Poydras Street
New Orleans, LA 70112

RE: Earline Castanel
D.O.B : 08/10/1930

| | |
|---|---|
| Invoice for Medical Records | $25.00 |
| Invoice for Medical Billing | $25.00 |
| Total | $50.00 |

Please make payable to VitalCare Medical or Dr. Thang Hoang.

If you have any questions, please call us at the above phone number.

---

GARRISON, YOUNT, FORTE & MULCAHY, LLC
OPERATING ACCOUNT
909 POYDRAS ST., SUITE 1800
NEW ORLEANS, LA 70112
(504) 527-0680

REGIONS BANK
63-466-631

53

3/29/2010

PAY TO THE ORDER OF   Vitalcare Medical                    $ **50.00

Fifty and 00/100************************************************ DOLLARS

Vitalcare Medical
1816 E Broadway
Suite 110
Pearland, Texas 77581

MEMO  _____ Castanel, E                    AUTHORIZED SIGNATURE

⑆005380⑆ ⑈063104668⑈ 0077325958⑆

# HUMANA.

**Invoice**

Please submit payment to:

Invoice No: 817406044711-1
Invoice Date: 2010-04-16

Humana Inc
P.O. Box 78815
Milwaukee, Wi 53278-0815

Make all checks/money orders payable to Humana
(Please forward remit payment to the attention of John Watkins /Critical Inquiry Department)

To:

Garrison, Yount, Forte & Mulcahy
909 Poydras St., Suite 1800
New Orleans, LA - 70112

RECEIVED APR 19 2010   4/19/2010

| Analyst | Payment Terms of Invoice | Case Name |
|---|---|---|
| John Watkins | 30 Days | Earline Castanel |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 131 | Member Information | 0.30 | $39.30 |
|  |  | Total Due | $39.30 |

Please send remittance copy and personal check or money order to the above address
If you have any questions concerning this invoice call John Watkins @ 0000000000

THANK YOU FOR YOUR BUSINESS!

Federal ID# : 611013183

**CUSTOMER COPY**

https://ccp.humana.com/ccp2/CCP_Print_Invoice.asp?strInvoiceXML=&UpdateType=RI...    4/16/2010




**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

INVOICE
0018-WD-10935

Attention: KELLY MORTON
GARRISON YOUNT FORTE & MULCAHY LLC
909 POYDRAS ST
SUITE 1800
NEW ORLEANS, LA 70112

### PAYMENT INFORMATION

Please submit your check or credit card (MasterCard, Visa, Discover or American Express) payment by visiting our website at 'payments.iodincorporated.com'. Or by calling 1-866-420-7455

*Your Payment:* _____
*Amount Due:* 45.57
*Date Due:* DUE UPON RECEIPT

---------------PLEASE CUT ALONG THE DOTTED LINE AND RETURN THE ABOVE STUB WITH YOUR PAYMENT---------------



**iod incorporated**
PO BOX 19058
GREEN BAY, WI 54307
PH: 866-420-7455 - FAX: 920-406-3771
TAX I.D. No.: 65-0765287

INVOICE
0018-WD-10935

*Account:* 504527068007
*Facility:* FAMILY DOCTORS OAKWOOD
*Patient:* EARLINE M CASTANEL
*S.S.N.:*

*Customer Ref.:* 1376-42075
*Price Class:* LA CLINIC MICROFILM CHG
*Invoice Date:* 5/6/2010
*Request No.:* 9962596

| Description | Quantity | Rate | Amount |
|---|---:|---:|---:|
| Microfilm | 25 | 1.00 | 25.00 |
| Microfilm | 17 | 0.50 | 8.50 |
| HANDLING | 1 | 10.00 | 10.00 |
| | | Sub Total: | 43.50 |
| | | Tax: | 0.00 |
| | | Postage: | 2.07 |
| | | Prepayment: | 0.00 |
| | | AMOUNT DUE: | 45.57 |

TERMS: NET UPON RECEIPT, PAST DUE AFTER 30 DAYS. IN THE EVENT THAT THIS OBLIGATION IS TURNED OVER TO AN ATTORNEY TO ENFORCE COLLECTION, THE PURCHASER AGREES TO PAY ALL REASONABLE FEES, INTEREST 1.5% PER MONTH AND COST OF COLLECTION. WE ACCEPT ALL MAJOR CREDIT CARDS.  U.S. FUNDS ONLY

### CUSTOMER

PLEASE RETURN THE TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM PART FOR YOUR RECORDS

https://irma.iodincorporated.com/InvoiceGeneric2.aspx?ItemsType=Queued      5/6/2010