# Venue Docket, LLC
701 Poydras Street
Ste 150P
New Orleans, LA 70139

Voice: 504-602-6300
Fax: 504-602-6301

PLEASE UPDATE YOUR RECORDS
OUR MAILING ADDRESS HAS CHANGED
Venue Docket
701 Poydras Street
Suite 150P
New Orleans, LA 70139
THANK YOU FOR YOUR BUSINESS!

# INVOICE

Invoice Number: VTS0510013
Invoice Date: May 24, 2010
Page: 1

*Duplicate*

**Bill To:**
Lyon Garrison
909 Poydras Street
Suite 1800
New Orleans, LA 70112

**Ship to:**
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GARRISON | CASTENEL | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Newnam | LYON GARRISON | | 6/8/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 5.00 | Tech Time | 4/16 Loading trial material to hard drives (original files) | 125.00 | 625.00 |
| 4.50 | Tech Time | 4/16 & 4/19 convert DVDs to Mpeg for tiral presentation | 125.00 | 562.50 |
| 4.75 | Tech Time | 4/26 loading trial material to hard drives (original files) | 125.00 | 593.75 |
| 3.00 | Tech Time | 4/26 Powerpoint creation | 125.00 | 375.00 |
| 3.15 | Tech Time | 4/30 loading trial material to hard drives (original files) | 125.00 | 393.75 |
| 1.50 | Tech Time | 5/3 convert DVDs to Mpeg for trial presentation | 125.00 | 187.50 |
| 2.00 | Tech Time | 5/3 loading trial material to hard drives (original files) | 125.00 | 250.00 |
| 2.25 | Tech Time | 5/3 drafting the opening and closing powerpoint | 125.00 | *281.25 |
| 3.00 | Tech Time | 5/4 closing powerpoint changes | 125.00 | *375.00 |
| 2.50 | Tech Time | 5/5 closing powerpoint changes | 125.00 | *312.50 |
| 0.25 | Tech Time | 5/6 copy McNeese Depo | 125.00 | 31.25 |
| 2.00 | Tech Time | 5/10 loading deposition videos for processing | 125.00 | 250.00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Payment/Credit Applied | | |
| **TOTAL** | | **Continued** |

Check/Credit Memo No: *RECEIVED JUN 2010*

Overdue invoices are subject to late charges.


EXHIBIT

# Venue Docket, LLC
701 Poydras Street
Ste 150P
New Orleans, LA 70139

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: VTS0510013
Invoice Date: May 24, 2010
Page: 2

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Lyon Garrison<br>909 Poydras Street<br>Suite 1800<br>New Orleans, LA 70112 | 909 Poydras Street<br>Suite 1800<br>New Orleans, LA 70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GARRISON | CASTENEL | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Newnam | LYON GARRISON | | 6/8/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.50 | Tech Time | 5/10 Osteraas Clip designations | 125.00 | 62.50 |
| 1.50 | Tech Time | 5/10 Hoang Clip Designations | 125.00 | 187.50 |
| 4.00 | Tech Time | 5/10 loading trial material to hard drives (original files) | 125.00 | 500.00 |
| 4.00 | Tech Time | 5/11 Organize all original files and prep for processing | 125.00 | 500.00 |
| 1.25 | Tech Time | 5/11 Create clip list for despositions | 125.00 | 156.25 |
| 3.00 | Tech Time | 5/11 Edit Compeau 1/7/10 | 125.00 | 375.00 |
| 2.50 | Tech Time | 5/11 edit video depositions | 125.00 | 312.50 |
| 3.25 | Tech Time | 5/11 Edit Compeau 4/6/10 | 125.00 | 406.25 |
| 4.00 | Tech Time | 5/12 Refining all video edits | 125.00 | 500.00 |
| 7.00 | Tech Time | 5/12 video editing/opening and closing powerpoint changes | 125.00 | 875.00 |
| 0.50 | Tech Time | 5/13 3 copies of DVD documents | 125.00 | 62.50 |
| 0.50 | Tech Time | 5/13 additional editing/Judge Rulings | 125.00 | 62.50 |
| 0.50 | Tech Time | 5/13 created duration list for attorney review | 125.00 | 62.50 |
| 7.75 | Tech Time | 5/13 video editing/opening and closing powerpoint changes | 125.00 | 968.75 |
| 3.25 | Tech Time | 5/14 loading all transcripts into trial software | 125.00 | 406.25 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **Continued** |

Overdue invoices are subject to late charges.

# Venue Docket, LLC

701 Poydras Street
Ste 150P
New Orleans, LA 70139

Voice: 504-602-6300
Fax: 504-602-6301

# INVOICE

Invoice Number: VTS0510013
Invoice Date: May 24, 2010
Page: 3

*Duplicate*

**Bill To:**
Lyon Garrison
909 Poydras Street
Suite 1800
New Orleans, LA 70112

**Ship to:**
909 Poydras Street
Suite 1800
New Orleans, LA 70112

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GARRISON | CASTENEL | Net 15 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Newnam | LYON GARRISON | | 6/8/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 0.25 | Tech Time | 5/14 edit Osteraas per Judge Rulings | 125.00 | 31.25 |
| 3.00 | Tech Time | 5/14 Refined Bowers clips | 125.00 | 375.00 |
| 7.25 | Tech Time | 5/14 Video edits/powerpoint edits | 125.00 | 906.25 |
| 2.00 | Trial Setup | 5/14 Courtroom Setup | 125.00 | 250.00 |
| 1.00 | Tech Time | 5/17 Powerpoint updates | 125.00 | 125.00 |
| 22.00 | Tech Time | Sync Bowers, Rush, Mcqwin, Gautreaux, Compeau, Hoang total 22 hours | 45.00 | 990.00 |
| 11.00 | Trial Prep | 5/16 12pm-11pm prep for trial | 125.00 | 1,375.00 |
| 10.00 | Tech Time | 5/17 Trial 7am-5pm | 125.00 | 1,250.00 |
| 10.00 | Tech Time | 5/18 Trial 8am-6pm | 125.00 | 1,250.00 |
| 11.00 | Tech Time | 5/19 Trial 7am-6pm | 125.00 | 1,375.00 |
| 1.00 | Tech Time | 5/19 Transcipts edits on Green | 125.00 | 125.00 |
| 1.00 | Tech Time | 5/19 meeting at Garrison | 125.00 | 125.00 |
| 9.00 | Tech Time | 5/20 Trial 8am-5pm | 125.00 | 1,125.00 |
| 5.00 | Tech Time | 5/21 Trial 8am-1pm | 125.00 | 625.00 |
| 10.50 | Tech Time | 5/23 Working on graphics for closing | 125.00 | 1,312.50 |
| 7.00 | Tech Time | 5/23 Prep for closing 10am-5pm | 125.00 | 875.00 |
| 5.00 | Tech Time | 5/24 Trial 7am-12pm | 125.00 | 625.00 |

| | |
|---|---|
| Subtotal | 22,415.00 |
| Sales Tax | 2,017.35 |
| Total Invoice Amount | 24,432.35 |
| Payment/Credit Applied | |
| **TOTAL** | **24,432.35** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.