UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          *          MDL NO. 1873
FORMALDEHDE                  *
PRODUCT LIABILITY            *          SECTION "N-5"
LITIGATION                   *
                             *          JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO     *
EARLINE CASTANEL, ET AL      *          MAG. JUDGE CHASEZ
v. RECREATION BY DESIGN, LLC *
ET AL, DOCKET NO. 09-3251    *
**************************************************************************

NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on Recreation by Design, LLC's Motion to
Assess Taxable Costs will come for hearing **with oral argument** before United States District
Clerk of Court Loretta G. White, in the United States District Court for the Eastern District of
Louisiana, on November 3, 2010 at 11:00 a.m., or as soon as may be heard. Counsel may attend
by telephone by contacting the secretary to the Clerk prior to the scheduled hearing in order to
make the necessary arrangements.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436