UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-5" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * | |
| EARLINE CASTANEL, ET AL | * | MAG. JUDGE CHASEZ |
| v. RECREATION BY DESIGN, LLC | * | |
| ET AL, DOCKET NO. 09-3251 | * | |

**************************************************************************

UNIFORM DISTRICT COURT RULES
LOCAL RULE 54.3 CERTIFICATION

I, the undersigned attorney of record for Recreation by Design, LLC, do hereby attest that the costs, expenses and fees set forth in Recreation by Design, LLC's Motion to Assess Taxable Costs, Memorandum in Support and Bill of Costs, are correct and were necessarily incurred and obtained for use in the above-captioned matter.

1

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436