# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ENGELHARDT |
| *Tommie James Brock, et al.  v. CH2M HILL Constructors, Inc., et al.* | * * | MAGISTRATE CHASEZ |
| *Civil Action No. 09-4941* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Tommie James Brock, Curtis Coleman, Jr., Charles Gurley, Jr., Sandra W. Marshall and Roy A. Mitchell, who respectfully request this Honorable Court grant their Motion To Sever "Matched" Plaintiffs From Original "Unmatched" Complaint For Damages.   Plaintiffs, in compliance with this Court's Pretrial Order 40, (Doc. 1781), filed new complaints matching each Plaintiff with a specific manufacturing defendant within 45 days of the date of the filing of the "unmatched" Original Complaint for Damages.  Civil Action No.  09-4941.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc.  15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion To Sever "Matched" Plaintiffs From Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all liaison counsel of record.

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, #7933