**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION "N"(5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Tommie James Brock, et al.  v. CH2M HILL* | * | **MAGISTRATE CHASEZ** |
| *Constructors, Inc., et al.* | * | |
| *Civil Action No. 09-4941* | * | |
| | * | |

**************************************************************************

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED"
PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**</u>

**MAY IT PLEASE THE COURT**, through undersigned counsel, come Plaintiffs,

Tommie James Brock, Curtis Coleman, Jr., Charles Gurley, Jr., Sandra W. Marshall and Roy A.

Mitchell, who respectfully request that this Honorable Court grant their Motion to Sever

"Matched" Plaintiffs From Original "Unmatched" Complaint For Damages filed with this

Court on July 31, 2009.  Civil Action No. 09-4941.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order No. 40,

(Doc. 1781), filed new complaints for damages, as listed below, matching each Plaintiff with

a specific manufacturer and contract defendant.  Therefore, Plaintiffs seek to have their

original "unmatched" claims severed from the underlying "unmatched" Original Complaint

for Damages.

Plaintiffs have filed the following "matched" complaints.

1.

**<u>Tommie James Brock</u>**

*Tommie James Brock v. Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the*

*United States of America through the Federal Emergency Management Agency*, (Civil Action

No. 09-6310), filed with this Court on September 14, 2009.

2.

**Curtis Coleman, Jr.**

*Curtis Coleman, Jr. v. Forest River, Inc., CH2M HILL Constructors Inc. and the United*

*States of America through the Federal Emergency Management Agency*, (Civil Action No. 09-

6307), filed with this Court on September 14, 2009.

3.

**Charles Gurley, Jr.**

*Charles Gurley, Jr. v. KZRV, L.P., Fluor Enterprises, Inc. and the United States of America*

*through the Federal Emergency Management Agency*, (Civil Action No. 09-6309), filed with

this Court on September 14, 2009.

4.

**Sandra W. Marshall**

*Roy A. Mitchell and Sandra Marshall v. Gulf Stream Coach, Inc., Fluor Enterprises, Inc.*

*and the United States of America through the Federal Emergency Management Agency*, (Civil

Action No. 09-6311), filed with this Court on September 14, 2009.

5.

**Roy A. Mitchell**

Mr. Mitchell resided in two Emergency Housing Units provided by FEMA and thus is

listed in two complaints for damages.  *Roy A. Mitchell and Sandra Marshall v. Gulf Stream*

*Coach, Inc., Fluor Enterprises, Inc. and the United States of America through the Federal*

*Emergency Management Agency* (Civil Action No. 09-6311), filed with this Court on

September 14, 2009 and *Roy A. Mitchell v. Fluor Enterprises, Inc., American International*

*Specialty Lines Ins. Co., American International Group, Inc., Starr Excess Liability Ins. Co. LTD.,*

*Gibraltar Ins. Co., LTD. and the United States of America through the Federal Emergency*

*Management Agency*, (Civil Action No. 09-6308), filed with this Court on September 14,

2009.

     Additionally, three unmatched plaintiffs, Taralee Deffes, Jermain Wright and

Monique Gordon, remain in the underlying "unmatched" Original Complaint for Damages.

Undersigned counsel no longer represents Plaintiffs, Taralee Deffes, Jermain Wright and

Monique Gordon.  *See* Doc. 14838.  Furthermore, prior to withdrawing as counsel,

undersigned filed a matched complaint on behalf of Monique Gordon with this Court on

December 22, 2009.  *Gladys M. Gordon individually and on behalf of her minor children*

*Monique A. Gordon and Ragine M. Thomas*, Civil Action No. 09-7766.  Plaintiffs, Taralee

Deffes and Jermain Wright, remain unmatched with a specific manufacturing defendant

and contractor defendant.

     Therefore, Plaintiffs, Tommie James Brock, Curtis Coleman, Jr., Charles Gurley, Jr.,

Sandra W. Marshall and Roy A. Mitchell, respectfully move this Honorable Court to grant

Plaintiffs' Motion to Sever "Matched" Plaintiffs From Original "Unmatched" Complaint For

Damages  because they have each filed new complaints for damages matching each Plaintiff

with  specific manufacturers and contract defendants.

Respectfully submitted,


   */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I electronically mailed

the foregoing document and the notice of electronic filing to all liaison counsel of record.


   */s/ Hugh P. Lambert*

   HUGH P. LAMBERT, #7933