UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER § | MDL NO. 1873 | |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" | |
| § | JUDGE ENGELHARDT | |
| THIS DOCUMENT IS RELATED TO: § | | |
| § | | |
| *Bruce Robinson, et al.* § | | |
| *v. Starcraft RV, Inc., et al.* § | MAG. JUDGE CHASEZ | |
| Civil Action No. 09-7090 § | | |

**ORDER ON PLAINTIFF'S, MARK DALLAS, NOTICE
OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, MARK DALLAS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT