UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Theresa Johnson, as Next Friend of N. J., a Minor, et al v. Gulf Stream Coach, Inc., et al* Civil Action No. 09-4697 | § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', SHELLEY TILLMAN, TONYA LUMAR AND TONYA LUMAR, AS NEXT FRIEND OF D.L., A MINOR NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', SHELLEY TILLMAN, TONYA LUMAR AND TONYA LUMAR, AS NEXT FRIEND OF D.L., A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT