## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 07-1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES | * | |
| TO THE FOLLOWING CASES: | * | |

*Daralyn Hulbert, et al v. Cavalier Home Builders, LLC, et al*
*Number 09-6702*

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs

who amend the above entitled Original Complaint for the reasons more specifically set forth

hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they

were improperly matched, or were previously unmatched cases, and now desire to proceed

against manufacturer, Cavalier Home Builders, LLC and Cavalier Homes, Inc., and

contractor, Shaw Environmental, Inc., and desire to proceed herein in the above entitled and

numbered cause.

## I.

(a)     Plaintiffs, Daralyn Hulbert, Joshua Rockwood, and Jasper Rockwood,

were originally named in a lawsuit entitled "Daralyn Hulbert, et al v.

Cavalier Home Builders, LLC, et al", filed in the Middle District of

Louisiana, Docket Number 09-0752 and now bearing Eastern District of

Louisiana Docket Number 09-6702, but who has now been matched with

the above referenced manufacturer and contractor and incorporates and

adopts all allegations of the Original Complaint in the above entitled and numbered cause.

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
FAX              :          (985) 735-5579
E-MAIL         :          fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all

counsel of record by placing a copy of same in the United States Mail, properly addressed

and postage pre-paid, on October 15, 2010.


s/Ronnie G. Penton
Ronnie G. Penton