UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER           * | |
| FORMALDEHYDE PRODUCTS  * | MDL NO. 07-1873 |
| LIABILITY LITIGATION             * | |
|                                                    * | SECTION "N" (5) |
| THIS DOCUMENT RELATES    * | |
| TO THE FOLLOWING CASES:  * | |

*Randolph Johnson v. Fleetwood Enterprises, Inc., et al*
*Number 09-0533*

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, American International Specialty Lines, Gibraltar Insurance Company, and contractor, Bechtel National, Inc., and desire to proceed herein in the above entitled and numbered cause.

**I.**

(a) Plaintiff, Kathy White, individually, and behalf of her minor children, T.White, G. White, A. White, and A. White, was originally named in the above entitled and number lawsuit filed in the Southern District of Mississippi bearing Docket Number 09-0533 and now bearing Eastern District of Louisiana Docket Number 09-6910, but who has now been

        matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause.

(b)     Plaintiffs, Earl Davis, Toni England, Cora Davis, and Jean Bates, were originally named in a lawsuit entitled Cheryl Adderson, et al v. American Camper Manufacturing, Inc., filed in the Middle District of Louisiana and bearing Docket Number 09-0550 and now bearing Eastern District of Louisiana Docket Number 09-5997, but who has now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause.

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM  
209 HOPPEN PLACE  
BOGALUSA, LOUISIANA  70427  
PHONE    :    (985) 732-5651  
FAX    :    (985) 735-5579  
E-MAIL    :    fedcourtmail@rgplaw.com

                <u>s/Ronnie G. Penton</u>
                Ronnie G. Penton (#10462)
                Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.

                s/Ronnie G. Penton
                Ronnie G. Penton