## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       *
FORMALDEHYDE PRODUCTS  *     **MDL NO. 07-1873**
LIABILITY LITIGATION       *
                           *      **SECTION "N" (5)**
THIS DOCUMENT RELATES   *
TO THE FOLLOWING CASES:  *
*Gregory Bradley, et al v. Forest River, Inc., et al*
*Number 09-4234*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Forest River, Inc., and contractor, Fluor Enterprises, Inc., and desire to proceed herein in the above entitled and numbered cause.

### I.

(a)     Plaintiffs, Lucille Dauphine, Eric Doss, Larry Sartin, Barbara Thompson, Casey Thompson, Charles Thompson, Sr., Denise Thompson, Eric Thompson, Lance Thompson, Marcel Thompson, Jr., Marcel Thompson, Sr., and Phillip Thompson, were originally named the above entitled and number lawsuit, and have now been matched with the above referenced

manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause.

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.

s/Ronnie G. Penton
Ronnie G. Penton