AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DARRYL FORTENBERRY, ET AL )
Plaintiff )
v. ) Civil Action No. 10-2390
JAYCO ENTERPRISES, INC., ET AL )
Defendant )

## WAIVER OF THE SERVICE OF SUMMONS

To: Gainsburgh, Benjamin, David, Meunier & Warshauer
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_/s/ G. Killoren_
Signature of the attorney or unrepresented party

JAYCO ENTERPRISES, INC.
Printed name of party waiving service of summons

GLENN E. KILLOREN
Printed name
121 W. Franklin Street
Suite 200
Elkhart, IN 46516
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

USPS - Track & Confirm                                                                          Page 1 of 1


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 3902**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 10:39 am on October 07, 2010 in ELKHART, IN 46516.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Detailed Results:
- **Delivered, October 07, 2010, 10:39 am, ELKHART, IN 46516**
- **Arrival at Unit, October 07, 2010, 7:49 am, ELKHART, IN 46515**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

2. Article Number

7179 1000 1645 0016 3902

1. Article Addressed to:

JAYCO ENTERPRISES, INC. through
Glenn S. Killoren
121 W. Franklin St.,
Suite 200
Elkhart, IN 46516

Code2: Fortenberry v. Jayco, EDLA 10-2390

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Haynes
☐ Agent
☐ Addressee

B. Received by (Printed Name): Debra Haynes
C. Date of Delivery: 10-7

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☒ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/14/2010