AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| BRUCE GRAVES | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2910 |
| CH2M HILL CONSTRUCTORS, INC., et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America through
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 21 2010

B. Gregory
Deputy clerk's signature



# Track & Confirm FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 2486**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:07 am on October 04, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Detailed Results:

- **Delivered, October 04, 2010, 8:07 am, WASHINGTON, DC 20472**
- **Notice Left, October 03, 2010, 1:45 pm, WASHINGTON, DC 20472**
- **Arrival at Unit, October 03, 2010, 1:11 pm, WASHINGTON, DC 20022**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/14/2010