## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER        *
FORMALDEHYDE PRODUCTS  *        MDL NO. 07-1873
LIABILITY LITIGATION       *
                           *        SECTION "N" (5)
THIS DOCUMENT RELATES   *
TO THE FOLLOWING CASES:  *
*Charissa Denson v. Gulfstream Coach, Inc., et al*
*Number 09-5543*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Gulf Stream Coach, Inc., and contractor, Bechtel National, Inc., and desire to proceed herein in the above entitled and numbered cause.

### I.

(a)     Plaintiffs listed below were originally named in the above entitled and numbered lawsuit originally filed in the Southern District of Mississippi, bearing Docket Number 09-0400 and now bearing Eastern District of Louisiana Docket Number 09-5543, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

1.      Eddie Choyce, Sr.

2.      Eddie Choyce, Jr.

3.      Carolyn Choyce

4.      Rosemary Choyce

5.      Derion Anderson

6.      Earl Anderson

7.      Veronda Millender

8.      Erica Brumfield

9.      Jaelyn Magee

10.     Stacy Magee

11.     Jamercus Magee

12.     Haedyn Sunday

13.     Kelvin Murphy, Jr.

14.     Ingrid Graham

15.     Rosalie Quave

16.     Patricia Martin

17.     Gene Boyce

18.     Clara Blackwell

19.     Kenneth Blackwell

20.     Kari Pierce

21.     Ariel Robinson

22.     Deonte Davis

23.     Kashera Pierce

24.     Maytaza Pierce

25.     Charlotte Barial

26.     Clyde Rodgers

(b)     Plaintiff, Velvet Lockett, was originally named in a lawsuit entitled

"Kemberly Ladner, et al v. Forest River, Inc., et al", filed in the Southern

District of Mississippi, bearing Docket Number 09-0409 and now bearing

Eastern District of Louisiana Docket Number 09-5552, and have now been

matched with the above referenced manufacturer and contractor and

incorporates and adopts all allegations of the Original Complaint in the

above entitled and numbered cause:

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate
and reaver all remaining allegations contained in the subject Original Complaint as if copied
therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint
be filed and amended thereby and their claims proceed hereinafter in the above entitled
and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL       :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all

counsel of record by placing a copy of same in the United States Mail, properly addressed

and postage pre-paid, on October 15, 2010.


s/Ronnie G. Penton
Ronnie G. Penton