UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　*
FORMALDEHYDE PRODUCTS　*　　MDL NO. 07-1873
LIABILITY LITIGATION　　　　*
　　　　　　　　　　　　　　　*　　SECTION "N" (5)
THIS DOCUMENT RELATES　　*
TO THE FOLLOWING CASES:　*
*Charissa Denson v. Gulfstream Coach, Inc., et al*
*Number 09-5543*

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Gulf Stream Coach, Inc., and contractor, CH2M Hill, Inc., and desire to proceed herein in the above entitled and numbered cause.

**I.**

(a)　Plaintiffs listed below were originally named in the above entitled and numbered lawsuit originally filed in the Southern District of Mississippi, bearing Docket Number 09-0400 and now bearing Eastern District of Louisiana Docket Number 09-5543, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

1.　Alex Joe

      2.      Shamri Lovett

      3.      Sharnette Joe

      4.      Jeremy Flora

      5.      Cleveland Kelly

      6.      Delonda Kelly

      7.      Timothy Kelly

      8.      Quentin Kelly

      9.      Tiffany Davenport

      10.    Cardeja Davenport

      11.    Nyhe'Onna Davenport

      12.    Ronnie Steele

(b) Plaintiffs listed below were originally named in a lawsuit entitled "Janet Stewart, et al v. Lakeside Park Homes, Inc., et al", Number filed in the Southern District of Mississippi, Docket Number 09-0680, and now bearing Eastern District of Louisiana Docket Number 09-7168, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

      1.      Jerry Stewart

      2.      Janet Stewart

(c) Plaintiffs listed below were originally named in a lawsuit entitled "Hattie Joseph, et al v. Cavalier Home Builders, Inc., et al, filed in the Southern District of Mississippi, Docket Number 09-0413, and now bearing Eastern

District of Louisiana Docket Number 09-5556, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

1. Ja'Niah Redmond

2. Sophia Redmond

3. Tiffany Davenport

4. Cardeja Davenport

5. Nyhe'Onna Davenport

**II.**

Plaintiffs incorporate and adopt all alegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX          :      (985) 735-5579
E-MAIL     :      fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

3

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.

                              s/Ronnie G. Penton
                              Ronnie G. Penton