UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER         * | |
| FORMALDEHYDE PRODUCTS * | MDL NO. 07-1873 |
| LIABILITY LITIGATION         * | |
| * | SECTION "N" (5) |
| THIS DOCUMENT RELATES   * | |
| TO THE FOLLOWING CASES:  * | |

*Scott Bernice, et al v. Gulf Stream Coach, Inc., et al*
*Number 09-4228*

**PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Gulf Stream Coach, Inc., and contractor, Fluor Enterprises, Inc., and desire to proceed herein in the above entitled and numbered cause.

**I.**

(a)   The following Plaintiffs were originally named in the above entitled and numbered lawsuit bearing Docket Number 09-4228, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

1.   Laron Austin
2.   Kim Bauman
3.   Brittany Pellerin
4.   Cedric Pellerin, Jr.

5. Kendrick Brook
6. Carol Congress
7. Kelly Cooks
8. Melonie Cooks
9. Shundrika Daniel
10. Veronique Dorsey
11. Katherine Duroncelay
12. Stephanie Gary
13. Malika Magee
14. Anthony Congress
15. Dorothy Green
16. Adham Hussain
17. Alice M. Hussain
18. Moreen M. Hussain
19. Enoch Harris, Jr.
20. Eva Holmes
21. Lionel Holmes, Jr.
22. Oscar Holmes
23. Levi Johnson
24. Patricia Johnson
25. Beverly King
26. Arthur Lee
27. Diane Magee
28. Dianza Magee
29. Kimberly Greer
30. Cedric Pellerin, Sr.
31. Willie Lee Price
32. Michaell Randall
33. Liana Sikaffy
34. Bobby Smith
35. Danielle Smith
36. Delee Smith
37. Dorothy Smith
38. Jason Smith
39. Omar Smith
40. Selena Smith
41. Juliette Steward
42. Heaven Steward
43. Malcolm Steward, III
44. Unique Steward
45. Angela R. Taylor
46. Gloria Taylor
47. Louise White
48. Louis White, Jr.
49. Sandra Young

**II.**

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :     (985) 732-5651
FAX           :     (985) 735-5579
E-MAIL       :     fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


                s/Ronnie G. Penton
                Ronnie G. Penton