UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *
FORMALDEHYDE PRODUCTS  *          MDL NO. 07-1873
LIABILITY LITIGATION              *
                                              *          SECTION "N" (5)
THIS DOCUMENT RELATES    *
TO THE FOLLOWING CASES:  *
*Scott Bernice, et al v. Gulf Stream Coach, Inc., et al*
*Number 09-4228*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Gulf Stream Coach, Inc., and contractor, Shaw Environmental, Inc., and desire to proceed herein in the above entitled and numbered cause.

**I.**

(a)   The following Plaintiffs were originally named in the above entitled and numbered lawsuit bearing Docket Number 09-4228, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

1.   Charissa Denson
2.   Claudia Denson
3.   Kyrin Denson

    4.     Christian Cabrera
    5.     Jamie Cabrera
    6.     Shundrika Daniel
    7.     Kenyana Dunn
    8.     Garrick Porter, Jr.
    9.     Russell Jamerson
    10.    Carolyn A. Gibbs
    11.    Requisha Alford
    12.    Markeisha Gibbs
    13.    Jacquelyn James
    14.    Clayton Johnson
    15.    Brian Kennedy
    16.    Jamale Kennedy
    17.    Linda Kennedy
    18.    Cheryl Oliver
    19.    Marshall Powell
    20.    Quintasha Rhea
    21.    Anthony Rhea
    22.    Lionel Robinson
    23.    Mia Robinson
    24.    Ran Jon Robinson
    25.    Reiona Robinson
    26.    Freddie Robertson, III
    27.    Louis Rodriguez
    28.    Nancy Rodriguez
    29.    Shena Valentine
    30.    Alisha Dison
    31.    Sharon Valentine
    32.    Beverly Wagner
    33.    Quimeesha Walker
    34.    E.J. Warren, Jr.
    35.    Henry Williams
    36.    Clarence Wilson
    37.    Hattie Wagner
    38.    Beverly Wagner
    39.    Debra Harris
    40.    E.J. Warren, Jr.

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

        THE PENTON LAW FIRM  
        209 HOPPEN PLACE  
        BOGALUSA, LOUISIANA  70427  
        PHONE    :    (985) 732-5651  
        FAX    :    (985) 735-5579  
        E-MAIL    :    fedcourtmail@rgplaw.com  

        s/Ronnie G. Penton  
        Ronnie G. Penton (#10462)  
        Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


                s/Ronnie G. Penton
                Ronnie G. Penton