UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-4689<br>Jerry Chatman, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | * <br> * <br> * <br> * <br> * <br> * <br> * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come only those Plaintiffs identified Exhibit A, who state that they desire to dismiss their case against the Defendants previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

                                             Respectfully submitted,

                                             /s/ Robert C. Hilliard

                                             _____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647

ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of October, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1012

## Exhibit A

1012

| | | |
|---|---|---|
| Alexander Assavedo (225762) | **Address** | 2408 Victor  Chalmette, LA 70043 |
| Crystal Boubreaux, as Next Friend of B.B, a minor (224730) | **Address** | 5008 Laguna St. Gulfport, MS 39501 |
| Crystal Boubreaux (224729) | **Address** | 5008 Laguna  Gulfport, MS 39501 |
| Douglas Ordone, as Representative of the Estate of Gloria Batiste, deceased (225796) | **Address** | P. O. Box 1298  Lacombe, LA 70445 |
| Jeffery Frught, as Next Friend of A.F, a minor (225269) | **Address** | 2207 Tiffany Court  St. Bernard, LA 70085 |
| Laquese Armstrong (225753) | **Address** | 2500 Morningside Dr.  Mobile, AL 36605 |
| Mistie Spisak, as Next Friend of A.A, a minor (225756) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Mistie Spisak, as Next Friend of A.A, a minor (225763) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Natalie Bailey, as Next Friend of J.B, a minor (225768) | **Address** | 1629 Robert Dr.  St. Bernard, LA 70085 |
| Natalie Bailey, as Next Friend of S.B, a minor (225774) | **Address** | 1629 Robert Drive  St. Bernard, LA 70085 |
| Nicholas Barr (225783) | **Address** | 1911 Seelos Ct.  Chalmette, LA 70043 |
| Roy Bailey (225772) | **Address** | 1629 Robert Dr.  St. Bernard, LA 70085 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-4689<br>Jerry Chatman, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that only those Plaintiffs listed in Exhibit A are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
HONORABLE KURT ENGELHARDT

Exhibit A

1012

# Exhibit A

1012

| | | |
|---|---|---|
| Alexander Assavedo (225762) | **Address** | 2408 Victor  Chalmette, LA 70043 |
| Crystal  Boubreaux, as Next Friend of B.B, a minor (224730) | **Address** | 5008  Laguna St.  Gulfport, MS 39501 |
| Crystal Boubreaux (224729) | **Address** | 5008 Laguna  Gulfport, MS 39501 |
| Douglas Ordone, as Representative of the Estate of Gloria Batiste, deceased (225796) | **Address** | P. O. Box 1298  Lacombe, LA 70445 |
| Jeffery Frught, as Next Friend of A.F, a minor (225269) | **Address** | 2207 Tiffany Court  St. Bernard, LA 70085 |
| Laquese Armstrong (225753) | **Address** | 2500 Morningside Dr.  Mobile, AL 36605 |
| Mistie Spisak, as Next Friend of A.A, a minor (225756) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Mistie Spisak, as Next Friend of A.A, a minor (225763) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Natalie Bailey, as Next Friend of J.B, a minor (225768) | **Address** | 1629 Robert Dr.  St. Bernard, LA 70085 |
| Natalie Bailey, as Next Friend of S.B, a minor (225774) | **Address** | 1629 Robert Drive  St. Bernard, LA 70085 |
| Nicholas Barr (225783) | **Address** | 1911 Seelos Ct.  Chalmette, LA 70043 |
| Roy Bailey (225772) | **Address** | 1629 Robert Dr.  St. Bernard, LA 70085 |