UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | JUDGE ENGELHARDT |
| Civil Action No. 09-4692 | * | MAGISTRATE CHASEZ |
| Paula Robinson, as Next Friend of T.R, a | * | |
| minor, et. al. | * | |
| Vs. | * | |
| Gulf Stream Coach, Inc., et al. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come only those Plaintiffs identified Exhibit A, who state that they desire to dismiss their case against the Defendants previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647

ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of October, 2010.

                            /s/ Robert C. Hilliard
                            _____
                            **ROBERT C. HILLIARD**

Exhibit A

1015

# Exhibit A

| | | |
|---|---|---|
| Debbie Melerine, as Next Friend of M.S, a minor (226901) | **Address** | P.O. Box 755  St. Bernard , LA 70085 |
| Debbie Melernie, as Next Friend of M.S, a minor (226904) | **Address** | P.O. Box 755  St. Bernard, LA 70085 |
| Malissa Blair , as Next Friend of L.B, a minor (229405) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa Blair , as Next Friend of S.B, a minor (229407) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa Blair (229406) | **Address** | 4188 Broome School Road  Perkinston , MS 39573 |
| Malissa Blair, as Next Friend of S.B, a minor (229376) | **Address** | 4188 Broome School rd.  Perkinston, MS 39573 |
| Mistie Spisak (226914) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Thomas Blair (229408) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO**<br>Civil Action No. 09-4692<br>Paula Robinson, as Next Friend of T.R, a minor, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | *<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER OF DISMISSAL**

   **IT IS HEREBY ORDERED** that only those Plaintiffs listed in Exhibit A are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

   New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT

Exhibit A

1015

## Exhibit A

1015

| | | |
|---|---|---|
| Debbie Melerine, as Next Friend of M.S, a minor (226901) | **Address** | P.O. Box 755  St. Bernard , LA 70085 |
| Debbie Melernie, as Next Friend of M.S, a minor (226904) | **Address** | P.O. Box 755  St. Bernard, LA 70085 |
| Malissa  Blair , as Next Friend of L.B, a minor (229405) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa  Blair , as Next Friend of S.B, a minor (229407) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa Blair (229406) | **Address** | 4188 Broome School Road  Perkinston , MS 39573 |
| Malissa Blair, as Next Friend of S.B, a minor (229376) | **Address** | 4188 Broome School rd.  Perkinston, MS 39573 |
| Mistie Spisak (226914) | **Address** | 2408 Victor St.  Chalmette, LA 70043 |
| Thomas Blair (229408) | **Address** | 4188 Broome School Rd.  Perkinston , MS 39573 |