UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *
FORMALDEHYDE PRODUCTS  *      MDL NO. 07-1873
LIABILITY LITIGATION          *
                              *      SECTION "N" (5)
THIS DOCUMENT RELATES         *
TO THE FOLLOWING CASES:  *
*Darrell M. Allen, Jr., et al v.*
*Keystone RV Company, et al*
*Number 09-5550*


**PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Keystone RV Company, Keystone Industries, Inc., and contractor, Bechtel National, Inc., and desire to proceed herein in the above entitled and numbered cause.

**I.**

(a) Plaintiffs listed below were originally named in a lawsuit entitled Darrell M. Allen, Jr. v. Keystone RV Company, et al, bearing Eastern District of Louisiana Docket Number 09-5550, but who has now been matched with the above referenced manufacturer and contractor and

incorporates and adopts all allegations of the Original Complaint in the above entitled and 09-407 numbered cause.

1. Herman Pruitt
2. Janice Harrell
3. Latasha Dotson
4. Deanna Johnson
5. Jarid Johnson
6. Lenora Johnson
7. Mary Johnson
8. Norman Johnson

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX         :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com



s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


                              s/Ronnie G. Penton
                              Ronnie G. Penton