UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER               FORMALDEHYDE PRODUCTS               LIABILITY LITIGATION | * * * * | MDL NO. 1873    SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** Civil Action No. 09-7428 Shannon Spears, as Next Friend of J.H, a minor, et. al. Vs. Gulf Stream Coach, Inc., et al. | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come only those Plaintiffs identified Exhibit A, who state that they desire to dismiss their case against the Defendants previously filed in these proceedings, with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

                                        Respectfully submitted,

                                        /s/ Robert C. Hilliard

                                        _____
                                        **ROBERT C. HILLIARD**
                                        **Trial Attorney in Charge for Plaintiffs**
                                        Texas State Bar No. 09677700
                                        Southern District of TX Federal ID No. 5912
                                        Kevin W. Grillo, Of Counsel
                                        Texas State Bar No. 08493500
                                        Southern District of TX Federal ID No. 4647

                                        ROBERT C. HILLIARD, L.L.P.
                                        719 S. Shoreline Boulevard, Suite 500
                                        Corpus Christi, Texas 78401
                                        Telephone: (361) 882-1612
                                        Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of October, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

Exhibit A

1319

## Exhibit A

1319

Tara Davis (250793)  **Address**  P.O. Box 1074  Iowa, LA 70647

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER**          *  | MDL NO. 1873 |
|          **FORMALDEHYDE PRODUCTS** * | |
|          **LIABILITY LITIGATION**    * | SECTION "N" (5) |
|                                       * | |
| **THIS DOCUMENT PERTAINS TO**     * | JUDGE ENGELHARDT |
| **Civil Action No. 09-7428**        * | MAGISTRATE CHASEZ |
| **Shannon Spears, as Next Friend of J.H, a** * | |
| **minor, et. al.**                  * | |
| **Vs.**                             * | |
| **Gulf Stream Coach, Inc., et al.** * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that only those Plaintiffs listed in Exhibit A are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
HONORABLE KURT ENGELHARDT

Exhibit A

1319

## Exhibit A

1319

Tara Davis (250793)    **Address**  P.O. Box 1074  Iowa, LA 70647