UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEM A TRAILER     *
FORMALDEHYDE PRODUCTS *     MDL NO. 07-1873
LIABILITY LITIGATION     *
                                    *     SECTION "N" (5)
THIS DOCUMENT RELATES     *
TO THE FOLLOWING CASES:     *
Dorothy Hutchins, et al v. Bechtel National, et al
Number 09-5539

**PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By adding the following Defendant under Section I, Parties:

Pilgrim International, Inc., (hereinafter "Manufacturer) manufactured and supplied FEMA trailers or housing units, as defined below, pursuant to contracts with FEMA for use in the State of Mississippi. Pilgrim International, Inc. is a foreign corporation, not authorized to do, but doing business in Louisiana and Mississippi and who has appointed as its agent for service of process Mr. R. Steve Bennett, 105 14th Avenue, Middlebury, Indiana, 46540.

**II.**

By amending the Prayer for Relief to read:

WHEREFORE, the Named Plaintiffs pray that Pilgrim International, Inc., Bechtel National, Inc., and United States of America through the Federal Emergency

Management Agency, be served with a copy of this Complaint, and that, after due proceedings:

    (a)    there be a judgment herein in favor of each Named Plaintiff and against Defendants for all compensatory damages and punitive damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

    (b)    there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

        (1)    past and future physical injuries;

        (2)    past and future mental and physical pain and suffering;

        (3)    past and future physical impairments and disability;

        (4)    past and future reasonable and necessary medical expenses;

        (5)    past and future loss of earning capacity;

        (6)    past and future loss of enjoyment and quality of life;

        (7)    loss of consortium and/or society;

        (8)    compensable out-of-pocket expenses related to defendants' wrongdoing, including, but not limited to, (a) costs of court and (b) punitive damages;

        (9)    all other general, equitable, and further relief as the Court may deem just and proper.

## IV.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX          :      (985) 735-5579
E-MAIL     :      fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


        s/Ronnie G. Penton
        Ronnie G. Penton