UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *
FORMALDEHYDE PRODUCTS  *      MDL NO. 07-1873
LIABILITY LITIGATION          *
                              *      SECTION "N" (5)
THIS DOCUMENT RELATES   *
TO THE FOLLOWING CASES: *
*Danny Chasley, et al v. Thor California, Inc., d/b/a Thor Manufacturing Company, et al Number 09-5553*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above referenced matter, who amends their Original Complaint in the following respects:

**I.**

By adding the following Defendant under Section I, Parties:

(a)   CH2M Hill Constructors, Inc., is a foreign corporation authorized to do and doing business in the State of Louisiana, whose principal place of business is located at 9189 South Jamaica Street, Englewood, Colorado and who, at all times material herein, has appointed as its agent for service of process, CT Corporation, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808. CH2M Hill Constructors received a No-Bid contract from FEMA and were tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita. They are hereinafter referred to as "Defendant-Contractor").

## II.

By amending the Prayer for Relief to read:

WHEREFORE, the Named Plaintiffs pray that Thor California, Inc. d/b/a Thor Manufacturing Company, Bechtel National, Inc., CH2M Hill Constructors, Inc., and United States of America through the Federal Emergency Management Agency, be served with a copy of this Complaint, and that, after due proceedings:

(a) there be a judgment herein in favor of each Named Plaintiff and against Defendants for all compensatory damages and punitive damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

(b) there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

    (1) past and future physical injuries;

    (2) past and future mental and physical pain and suffering;

    (3) past and future physical impairments and disability;

    (4) past and future reasonable and necessary medical expenses;

    (5) past and future loss of earning capacity;

    (6) past and future loss of enjoyment and quality of life;

    (7) loss of consortium and/or society;

    (8) compensable out-of-pocket expenses related to defendants' wrongdoing, including, but not limited to, (a) costs of court and (b) punitive damages;

   (9) all other general, equitable, and further relief as the Court may deem just and proper.

**IV.**

Plaintiffs reiterate and reaver all remaining allegations contained in their Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby.

    THE PENTON LAW FIRM
    209 HOPPEN PLACE
    BOGALUSA, LOUISIANA  70427
    PHONE : (985) 732-5651
    FAX : (985) 735-5579
    E-MAIL : fedcourtmail@rgplaw.com


    s/Ronnie G. Penton
    Ronnie G. Penton (#10462)
    Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


        s/Ronnie G. Penton
        Ronnie G. Penton