UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 07-1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES | * | |
| TO THE FOLLOWING CASES: | * | |

*Danny Chasley, et al v. Thor California, Inc., d/b/a Thor Manufacturing Company, et al Number 09-5553*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who amend the above entitled Original Complaint for the reasons more specifically set forth hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they were improperly matched, or were previously unmatched cases, and now desire to proceed against manufacturer, Thor California d/b/a Thor Manufacturing Company, contractor, Bechtel National, Inc., and desire to proceed herein in the above entitled and numbered cause.

### I.

(a) The following Plaintiffs were originally named in the above entitled and numbered cause, originally filed in the Southern District of Mississippi bearing Docket Number 09-0404 and now bearing Eastern District of Louisiana Docket Number 09-5547, but who have now been matched with the above referenced manufacturer and contractor and incorporates and

        adopts all allegations of the Original Complaint in the above entitled and numbered cause:

        1.      Brandon Sibley

        2.      LaDarius Sibley

        3.      Jamal Williams

        4.      Jennifer Williams

        5.      Neaholyah Williams

        6.      Tyron H. Williams

(b)    The following Plaintiffs were originally filed in a lawsuit entitled "Hattie Joseph, et al v. Cavalier Home Builders, et al", filed in the Southern District of Mississippi and bearing Docket Number 09-413 and now bearing Eastern District of Louisiana docket number 09-5556, and have now been matched with the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint in the above entitled and numbered cause:

        1.      Gabriel Ball

        2.      Anthony Keys, Sr.

        3.      Miracle Keys

        4.      Anthony Keys

        5.      St. Antonio Keys

        6.      Shannon Keys

**II.**

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate and reaver all remaining allegations contained in the subject Original Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

```
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :     (985) 732-5651
FAX        :     (985) 735-5579
E-MAIL     :     fedcourtmail@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  This is to certify that I have served a copy of the above and foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage pre-paid, on October 15, 2010.


        s/Ronnie G. Penton
        Ronnie G. Penton