## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *
FORMALDEHYDE PRODUCTS  *          **MDL NO. 07-1873**
LIABILITY LITIGATION         *
                                          *          **SECTION "N" (5)**
THIS DOCUMENT RELATES    *
TO THE FOLLOWING CASES:   *
*Carol Blazio v. Thor California, Inc., d/b/a Thor Manufacturing Company, et al*
*Number 09-4222*

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs

who amend the above entitled Original Complaint for the reasons more specifically set forth

hereinbelow.

Each Plaintiff listed herein were either previously named in another action, as they

were improperly matched, or were previously unmatched cases, and now desire to proceed

against manufacturer, Thor California d/b/a Thor Manufacturing Company, contractor,

Shaw Environmental, Inc., and desire to proceed herein in the above entitled and numbered

cause.

### I.

(a)    Plaintiff, Carol Blazio, was originally named in the above entitled and

numbered lawsuit, originally filed in the Eastern  District of Louisiana

and bearing Docket Number 09-4222, and who has now been matched

with the above referenced manufacturer and contractor and incorporates

and adopts all allegations of the Original Complaint in the above entitled and

numbered cause.

(b)     Plaintiff, Rodenno Dixon, was originally named in a lawsuit entitled

"Rodenno Dixon, et al v. Dutchmen Manufacturing, Inc., et al", filed in the

Eastern District of Louisiana, bearing Docket Number 09-4232, but who has

not been matched with the above referenced manufacturer and contractor

and incorporates and adopts all allegations of the Original Complaint in the

above entitled and numbered cause.

## II.

Plaintiffs incorporate and adopt all allegations of the subject lawsuit and reiterate

and reaver all remaining allegations contained in the subject Original Complaint as if copied

therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint

be filed and amended thereby and their claims proceed hereinafter in the above entitled

and numbered cause.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX            :       (985) 735-5579
E-MAIL       :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the above and foregoing pleading on all

counsel of record by placing a copy of same in the United States Mail, properly addressed

and postage pre-paid, on October 15, 2010.


s/Ronnie G. Penton
Ronnie G. Penton