UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

___

## MOTION TO SEVER
___

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request that this Honorable Court sever the following Plaintiffs from this Complaint pursuant to Federal Rule 21. These Plaintiffs have now been matched to their manufacturer and contractor, and have filed an Amended Complaint with the civil action indicated:

1. Kayshana Quinn      10-2357

2. Earl Schrader       10-1081

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to sever these Plaintiffs.

Respectfully submitted, this the  15^(TH)  day of October, 2010.

By:      *s / Rose Hurder Carney*
         Rose Hurder Carney

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

_____I hereby certify that on October 15, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

*s / Rose Hurder Carney*
ROSE HURDER CARNEY