UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
Case No. 2:10-cv-471

---

**MEMORANDUM IN SUPPORT OF MOTION TO SEVER**

---

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request that this Honorable Court sever the following Plaintiffs from this Complaint pursuant to Federal Rule 21. These Plaintiffs have now been matched to their manufacturer and contractor, and have filed an Amended Complaint with the civil action indicated:

1. Kayshana Quinn     10-2357
2. Earl Schrader      10-1081

In considering a motion to sever, the court may consider the following factors: (1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims. *McFarland*

*v. State Farm Fire & Cas. Co.*, No. 1:06cv466-LTS-RHW, 2006 WL 2577852, at *1 (S.D.Miss. Sept. 6, 2006).

These factors all support severance of these matched Plaintiffs.  Judicial economy will be best served- and prejudice avoided- by separating the Plaintiffs into complaints according to manufacturer.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to sever these Plaintiffs.

Respectfully submitted, this the  15th  day of October, 2010.

By: _____*s / Rose Hurder Carney*_____
Rose Hurder Carney

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 15, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non-CM/ECF participants.

                       *s / Rose M. Hurder*
                       ROSE M. HURDER