UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA                                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                SECTION "N-5"

                                                                    JUDGE ENGELHARDT

                                                                    MAG. JUDGE CHASEZ


THIS DOCUMENT IS RELATED TO:
*Kayshana M .Quinn, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
*Case No. 2:10-cv-471*

_____

## ORDER GRANTING MOTION TO SEVER
_____


        Considering the foregoing Motion to Sever, Plaintiffs' motion is well taken.  IT IS SO

ORDERED that the Plaintiffs' Motion to Sever be GRANTED.

        DATED this _____ day of _____, 2010 in New Orleans, Louisiana.



                                     By:    _____
_____KURT D. ENGELHARDT
                                            UNITED STATES DISTRICT JUDGE