UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Joyce T. Ashley, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 10-cv-2102

_____

### ORDER GRANTING MOTION TO SEVER
_____

Considering the foregoing Motion to Sever, Plaintiffs' motion is well taken. IT IS SO ORDERED that the Plaintiffs' Motion to Sever be GRANTED.

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE