IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL GUIMBELLOT, on behalf of** | * | **DOCKET NO. 09-5229** |
| **his minor children, AUSTIN GUIMBELLOT** | * | |
| **and BRITTNEY GUIMBELLOT** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **JAYCO ENTERPRISES, INC.,** | * | |
| **CH2M HILL CONSTRUCTORS, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the names:
Michael Guimbellot
Michael Guimbellot on behalf of the minor child, Alexis Guimbellot
Michael Guimbellot on behalf of the minor child, Amanda Schott
Bonnie Susie Guimbellot, as Named Plaintiffs, to be listed on the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

    Respectfully submitted:

    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

    BY:    s/Justin I. Woods
            GERALD E. MEUNIER, #9471
            JUSTIN I. WOODS, #24713
            Gainsburgh, Benjamin, David,
            Meunier & Warshauer, L.L.C.
            2800 Energy Centre
             1100 Poydras Street
            New Orleans, Louisiana  70163
            Telephone:     504/522-2304
            Facsimile:     504/528-9973
            jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Justin I. Woods
    JUSTIN I. WOODS, # 24713