IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHEILA BONNEY, XAVIER LEWIS &** | * | **DOCKET NO. 09-4327** |
| **RASHAAD HANSON** | * | |
| | * | |
| | * | |
| versus | * | |
| | * | |
| **JAYCO ENTERPRISES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the names:
Xavier Lewis
Rashaad Hanson

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
           GERALD E. MEUNIER, #9471
           JUSTIN I. WOODS, #24713
           Gainsburgh, Benjamin, David,
           Meunier & Warshauer, L.L.C.
           2800 Energy Centre
            1100 Poydras Street
           New Orleans, Louisiana  70163
           Telephone:     504/522-2304
           Facsimile:     504/528-9973
           jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, # 24713