## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER **FORMALDEHYDE** PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: Bullins et al vs. Gulfstream Coach, Inc. and Shaw Environmental, Inc. Case No. 09-8466 | * * * * * | |

*********************************************************************

### ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE