IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | SECTION N (5) |
| | * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: Marshall et al vs. Clayton Homes of Lafayette Inc. et al and Fluor Enterprises, Inc. Case No. 09-0894 | * * * * * * * | |

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in prior filings in the above captioned matter.

1.

This Supplemental and Amending Complaint adds:

| Claimant | List Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| BRUMFIELD, TREVEA OBO | |
| BRUMFIELD, DENASIA | 09-05327 |
| BRUMFIELD, TREVEA OBO | |
| BRUMFIELD, NATARA | 09-05327 |
| BRUMFIELD, TREVEA OBO | 09-05327 |

| Name | Case No. |
|---|---|
| BRUMFIELD, SHYUANTE | |
| BRUMFIELD, TREVEA | 09-05327 |
| BRUMFIELD, TREVEA OBO MARSHALL, SHAWNTAVIA | 09-05327 |
| BURISE, CHANTA | 09-05327 |
| BURISE, CHANTA OBO BURISE, ROCKQUAYLE | 09-07915 |
| BURISE, CHANTA OBOBURISE, WALTESHA | 09-07915 |
| BUTLER, NATHANIEL | 09-05327 |
| CRAMER, JERRY | 09-05327 |
| DUPLESSIS, ANN | 09-07915 |
| DUPLESSIS, ANN OBO DUPLESSIS, IUDUNIQUE | 09-05327 |
| GOLMAN, NATHANIEL | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, DAMIEN | 09-05327 |
| KELLY, KIMBERLY OBOKELLY, GENESIS | 09-05327 |
| KELLY, KIMBERLY | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, LONNESHIA | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, MICHAEL | 09-05327 |
| KELLY, KIMBERLY OBO WILLIAMS, AALIYAH | 09-05327 |
| KNIGHTON, JOHN | 09-07915 |
| LIZANA- COMEGER, VERONICA | 09-06187 |
| LIZANA, HULUS | 09-05327 |
| LIZANA, JARMESHA | 09-06187 |
| LIZANA, LAVON | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO ALBERT LIZANA | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO LIZANA, DESTINY | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO LIZANA, QUINTRELL | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO LIZANA, VERONICA | 09-07915 |
| MAGEE, BOBBY | 09-05331 |
| MAHONEY, KRESSLER OBO | 09-05327 |

| Name | Case No. |
|---|---|
| MAHONEY, JAMIE | |
| MAHONEY, KRESSLER | 09-05327 |
| MAHONEY, KRESSLER OBO MAHONEY, ROLAND III | 09-05327 |
| MAHONEY, KRESSLER OBO MAJOR, ROLAND JR. | 09-07915 |
| MAJOR, DEKETRA OBO MAJOR, DEANDRANAE | 09-07915 |
| MAJOR, JERRY JR | 09-05327 |
| MAJOR, JERRY SR | 09-05327 |
| MAJOR, JOSHUA | 09-05327 |
| MAJOR, TRAVAUN | 09-05327 |
| MAJOR-WILLIAMS, KATHY | 09-05327 |
| MAJOR-WILLIAMS, KATHY OBO WILLIAMS, DAJOHN | 09-05327 |
| NEELY, TYRESIA OBO BROWN, ELICE | 09-07915 |
| NEELY, TYRESIA OBO BROWN, ELLIS III | 09-05327 |
| NEELY, TYRESIA OBO NEELY, JEREMIAH | 09-05327 |
| NEELY, TYRESIA | 09-05327 |
| NOLTING, SHANNON OBO BOREL, IVY | 09-05327 |
| NOLTING, SHANNON OBO BOREL, KURDT | 09-05327 |
| NOLTING, SHANNON OBO NOLTING, DORIAN | 09-05327 |
| NOLTING, SHANNON | 09-05327 |
| OLIVER, HAROLD OBO COUSIAN, AKYIA | 09-07915 |
| OLIVER, HAROLD | 09-05327 |
| SCOTT, RICKY | 09-05327 |
| SOLOMON, LARRY | 09-05327 |
| VALERIO, CELESTE | 09-05327 |
| VALERIO, CELESTE OBO WOOLRIDGE, BARRY | 09-05327 |
| WALL, CW | 09-07915 |
| WASHINGTON, KENDRA | 09-05331 |
| WHITE, ANGELICA | 09-05331 |
| WHITE, BENJAMIN | 09-07915 |

| Name | Case No. |
|---|---|
| WHITE, CHERRY | 09-07915 |
| WHITE, JAMES | 09-07915 |
| WHITE, JESSICA | 09-07915 |
| WILLIAMS, PAMELA | 09-05327 |
| WOMACK, ALICE | 09-05327 |
| WOMACK, KENNY | 09-06187 |
| WOOLRIDGE, BARRY SR | 09-07915 |
| WOOLRIDGE, BARRY SR OBO WOOLRIDGE, JOANNIA | 09-07915 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, DIYTAIVES | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, NATRIANNA | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, HELENA | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, KENDALL | 09-05327 |
| WOOLRIDGE, CINDY OOBO WOOLRIDGE, TIYTAIVES | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, XAVIER | 09-05327 |
| WOOLRIDGE, CINDY | 09-05327 |
| WOOLRIDGE, MARK | 09-05327 |
| YOUNG, CAROLYN OBO ALEXANDER, AALIYAH | 09-07915 |
| YOUNG, CAROLYN OBO ALEXANDER, ANTONIO | 09-07915 |
| YOUNG, CAROLYN OBO ALEXANDER, AVANTE | 09-07915 |
| YOUNG, CAROLYN OBO MARIGNY, DELLOYD | 09-07915 |
| YOUNG, CAROLYN | 09-07915 |
| ROST- BARRILLEAUX, RACHEL OBO BARRILLEAUX, DAISY | 09-05327 |
| ROST- BARRILLEAUX, RACHEL OBO BARRILLEAUX, KENNETH | 09-05327 |
| ROST- BARRILLEAUX, RACHEL OBO DUBOSE, JASMINE | 09-05327 |
| ROST- BARRILLEAUX, RACHEL | 09-05327 |

as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs), to the above captioned matter. Each plaintiff(s) herein inhabited a trailer manufactured by defendant Clayton Homes of Lafayette, Inc. and installed by Flour Enterprises Inc.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A ("Additional Parties"). These Plaintiffs were inadvertently left off of the above complaint. Plaintiffs seek to remedy this problem and in so doing comply with the Court's goals of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in emergency housing units manufactured by defendant herein. This Supplemental and Amending Complaint seeks to add Newly Added Plaintiffs to a single Amended Complaint for Damages against the same manufacturer Clayton Homes of Lafayette, Inc. and installed by Flour Enterprises Inc.

4.

Because defendant(s) herein have notice of prior claims against them from trailer occupants, Plaintiffs aver that the addition of newly named plaintiffs will not cause a burden on Defendants and in fact will assist counsel in effectively and efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in all prior filling in the above captioned action.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC


BY: /s/ Douglas M. Schmidt
    Douglas M. Schmidt Bar #11789

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504)482-5755


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010 I electronically filed the forgoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.


/s/ Douglas M. Schmidt
Douglas M. Schmidt