IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| | * * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: Marshall et al vs.. Clayton Homes of Lafayette, Inc. et al and Fluor Enterprises Case No. 09-0894 | * * * * * * * | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their prior pleadings in the underlying action. Plaintiff(s) file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15,20 and 21. Federal Rule of Civil Procedure 15 states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their prior pleadings filings in the above captioned action to add eighty-three (83) additional plaintiffs:

| Claimants | List of Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Claimant | List Original Complaints from which Plaintiffs in this Amended Complaint Came |
| BRUMFIELD, TREVEA OBO BRUMFIELD, DENASIA | 09-05327 |

| Name | Case No. |
|---|---|
| BRUMFIELD, TREVEA OBO BRUMFIELD, NATARA | 09-05327 |
| BRUMFIELD, TREVEA OBO BRUMFIELD, SHYUANTE | 09-05327 |
| BRUMFIELD, TREVEA | 09-05327 |
| BRUMFIELD, TREVEA OBO MARSHALL, SHAWNTAVIA | 09-05327 |
| BURISE, CHANTA | 09-05327 |
| BURISE, CHANTA OBO BURISE, ROCKQUAYLE | 09-07915 |
| BURISE, CHANTA OBOBURISE, WALTESHA | 09-07915 |
| BUTLER, NATHANIEL | 09-05327 |
| CRAMER, JERRY | 09-05327 |
| DUPLESSIS, ANN | 09-07915 |
| DUPLESSIS, ANN OBO DUPLESSIS, IUDUNIQUE | 09-05327 |
| GOLMAN, NATHANIEL | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, DAMIEN | 09-05327 |
| KELLY, KIMBERLY OBOKELLY, GENESIS | 09-05327 |
| KELLY, KIMBERLY | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, LONNESHIA | 09-05327 |
| KELLY, KIMBERLY OBO KELLY, MICHAEL | 09-05327 |
| KELLY, KIMBERLY OBO WILLIAMS, AALIYAH | 09-05327 |
| KNIGHTON, JOHN | 09-07915 |
| LIZANA- COMEGER, VERONICA | 09-06187 |
| LIZANA, HULUS | 09-05327 |
| LIZANA, JARMESHA | 09-06187 |
| LIZANA, LAVON | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO ALBERT LIZANA | 09-07915 |

| Name | Case Number |
|---|---|
| LIZANA-COMEGER, VERONICA OBO LIZANA, DESTINY | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO LIZANA, QUINTRELL | 09-07915 |
| LIZANA-COMEGER, VERONICA OBO LIZANA, VERONICA | 09-07915 |
| MAGEE, BOBBY | 09-05331 |
| MAHONEY, KRESSLER OBO MAHONEY, JAMIE | 09-05327 |
| MAHONEY, KRESSLER | 09-05327 |
| MAHONEY, KRESSLER OBO MAHONEY, ROLAND III | 09-05327 |
| MAHONEY, KRESSLER OBO MAJOR, ROLAND JR. | 09-07915 |
| MAJOR, DEKETRA OBO MAJOR, DEANDRANAE | 09-07915 |
| MAJOR, JERRY JR | 09-05327 |
| MAJOR, JERRY SR | 09-05327 |
| MAJOR, JOSHUA | 09-05327 |
| MAJOR, TRAVAUN | 09-05327 |
| MAJOR-WILLIAMS, KATHY | 09-05327 |
| MAJOR-WILLIAMS, KATHY OBO WILLIAMS, DAJOHN | 09-05327 |
| NEELY, TYRESIA OBO BROWN, ELICE | 09-07915 |
| NEELY, TYRESIA OBO BROWN, ELLIS III | 09-05327 |
| NEELY, TYRESIA OBO NEELY, JEREMIAH | 09-05327 |
| NEELY, TYRESIA | 09-05327 |
| NOLTING, SHANNON OBO BOREL, IVY | 09-05327 |
| NOLTING, SHANNON OBO BOREL, KURDT | 09-05327 |
| NOLTING, SHANNON OBO NOLTING, DORIAN | 09-05327 |

| Name | Number |
|---|---|
| NOLTING, SHANNON | 09-05327 |
| OLIVER, HAROLD OBO COUSIAN, AKYIA | 09-07915 |
| OLIVER, HAROLD | 09-05327 |
| SCOTT, RICKY | 09-05327 |
| SOLOMON, LARRY | 09-05327 |
| VALERIO, CELESTE | 09-05327 |
| VALERIO, CELESTE OBO WOOLRIDGE, BARRY | 09-05327 |
| WALL, CW | 09-07915 |
| WASHINGTON, KENDRA | 09-05331 |
| WHITE, ANGELICA | 09-05331 |
| WHITE, BENJAMIN | 09-07915 |
| WHITE, CHERRY | 09-07915 |
| WHITE, JAMES | 09-07915 |
| WHITE, JESSICA | 09-07915 |
| WILLIAMS, PAMELA | 09-05327 |
| WOMACK, ALICE | 09-05327 |
| WOMACK, KENNY | 09-06187 |
| WOOLRIDGE, BARRY SR | 09-07915 |
| WOOLRIDGE, BARRY SR OBO WOOLRIDGE, JOANNIA | 09-07915 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, DIYTAIVES | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, NATRIANNA | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, HELENA | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, KENDALL | 09-05327 |
| WOOLRIDGE, CINDY OOBO WOOLRIDGE, TIYTAIVES | 09-05327 |
| WOOLRIDGE, CINDY OBO WOOLRIDGE, XAVIER | 09-05327 |
| WOOLRIDGE, CINDY | 09-05327 |

| | |
|---|---|
| WOOLRIDGE, MARK | 09-05327 |
| YOUNG, CAROLYN OBO ALEXANDER, AALIYAH | 09-07915 |
| YOUNG, CAROLYN OBO ALEXANDER, ANTONIO | 09-07915 |
| YOUNG, CAROLYN OBO ALEXANDER, AVANTE | 09-07915 |
| YOUNG, CAROLYN OBO MARIGNY, DELLOYD | 09-07915 |
| YOUNG, CAROLYN | 09-07915 |
| ROST- BARRILLEAUX, RACHEL OBO BARRILLEAUX, DAISY | 09-05327 |
| ROST- BARRILLEAUX, RACHEL OBO BARRILLEAUX, KENNETH | 09-05327 |
| ROST- BARRILLEAUX, RACHEL OBO DUBOSE, JASMINE | 09-05327 |
| ROST- BARRILLEAUX, RACHEL | 09-05327 |

who, upon information and belief, resided in the same FEMA-supplied emergency housing unit(s) manufactured by defendant, Clayton Homes of Lafayette, Inc. and installed by Flour Enterprises Inc. herein.

No undue prejudice will result in allowing this Supplemental and Amending pleading to be filed since the trial date has not yet been scheduled. Moreover, allowing Plaintiffs' motion will assist counsel for defendant(s) in effectively and efficiently defending claims against their clients by focusing resources to defend properly claimed actions.

Plaintiffs assert that pursuant to this Honorable court's Pretrial Order 38, (Doc. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing (prior) Amended

Complaint for Damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY: /s/ Douglas M. Schmidt
Douglas M. Schmidt

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504)482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010 I electronically filed the forgoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Douglas M. Schmidt
Douglas M. Schmidt