## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL No. 1873 <br><br> SECTION N(5) |
| | * <br> * | JUDGE ENGELHARDT |
| | * <br> * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * <br> * | |
| Brown et al vs. Giles Family Holding Inc. and<br>Fluor Enterprises, Inc. Case No. 09-08579 | * <br> * <br> * <br> * | |

**********************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their prior filings in the above captioned action to add ten (10) additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit(s) manufactured by Giles Family Holding, Inc. as other existing plaintiffs named in this action. Each Plaintiff(s) inhabited trailers manufactured by Giles Family Holding, Inc.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the above captioned matter.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY:  /s/ Douglas M. Schmidt
      Douglas M. Schmidt

335 City Park Ave.
New Orleans, LA  70119
Telephone: (504) 482-5711
Facsimile:  (504)482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010 I electronically filed the forgoing with the Clerk of

Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who

are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic

filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Douglas M. Schmidt
Douglas M. Schmidt