# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | SECTION N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| Jackson et al vs. Destiny Industries, Inc. | * | |
| case no. 09-08529 | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter who, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in prior filings in the above captioned matter.

1.

This Supplemental and Amending Complaint adds:

| Claimant | List Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| CEAZER, SHAMEKA | 09-05331 |
| COLE, JESSICA | 09-05331 |
| CEOLA JONES OBO JONES, JARON | 09-07915 |
| CEOLA JONES OBO JONES, | 09-07915 |

KENARI

as additional Named Plaintiffs (hereinafter referred to as "Newly Added Plaintiffs), to the above

captioned matter.  Each plaintiff(s) herein inhabited a trailer manufactured by defendant Destiny

Industries, Inc.

2.

Consistent with the above, Plaintiffs request that Newly Added Plaintiffs be added to Exhibit A

("Additional Parties").  These Plaintiffs were inadvertently left off of the above complaint.  Plaintiffs seek

to remedy this problem and in so doing comply with the Court's goals of ending the matching process and

moving toward an accurate count of the exact number of claimants involved in the litigation.

3.

Upon information and belief, Newly Added Plaintiffs resided in emergency housing units

manufactured by defendant herein.  This Supplemental and Amending Complaint seeks to add Newly

Added Plaintiffs to a single Amended Complaint for Damages against the same manufacturer Destiny

Industries, Inc.

4.

Because defendant(s) herein have notice of prior claims against them from trailer occupants,

Plaintiffs aver that the addition of newly named plaintiffs will not cause a burden on Defendants and in

fact will assist counsel in effectively and efficiently defending claims against their client.

5.

Newly Added Plaintiffs adopt all of the allegations, claims and prayers for relief contained in all

prior filling in the above captioned action.

Respectfully submitted,


DOUGLAS M. SCHMIDT, APLC


BY:  /s/ Douglas M. Schmidt
      Douglas M. Schmidt Bar #11789

335 City Park Ave.
New Orleans, LA  70119
Telephone: (504) 482-5711
Facsimile:  (504)482-5755


## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010 I electronically filed the forgoing with the Clerk of

Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who

are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic

filing by first class mail to all counsel on record who are  non-CM/ECF participants.


/s/  Douglas M. Schmidt
Douglas M. Schmidt