IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: Jackson et al vs. Destiny Industries, Inc. Case No. 09-08529 | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their prior filings in the above captioned action to add four (4) additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit(s) manufactured by Destiny Industries, Inc. as other existing plaintiffs named in this action. Each Plaintiff(s) inhabited trailers manufactured by Destiny Industries, Inc.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the above captioned matter.

Respectfully submitted,

DOUGLAS M. SCHMIDT, APLC

BY: /s/ Douglas M. Schmidt
Douglas M. Schmidt

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
Facsimile: (504)482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the forgoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Douglas M. Schmidt
Douglas M. Schmidt