# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO:<br><br>Castro et al vs. Coachmen Industries, Inc.<br>Case No. 09-08516* | | * |

**********************************************************************

## ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE