## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       *    MDL No. 1873
FORMALDEHYDE            *
PRODUCTS LIABILITY LITIGATION    *    SECTION N(5)
                      *
                      *    JUDGE ENGELHARDT
                      *
                      *    MAGISTRATE CHASEZ
THIS DOCUMENT RELATES TO:      *
Sparks et al vs. Liberty Homes Inc. and    *
Fluor Enterprises Inc. Case No. 10-03632
                      *
                      *
                      *
                      *

********************************************************************

## ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

                                 _____
                                 KURT D. ENGELHARDT
                                 UNITED STATES DISTRICT JUDGE