UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE TO SUN VALLEY, INC.'S REPORT
CONCERNING BELLWETHER TRIAL CONDIDATES**

Plaintiffs hereby submit their Response to Sun Valley, Inc.'s Report Concerning Bellwether Trial Candidates.

**I.
FACTUAL BACKGROUND**

Plaintiffs and Defendant Sun Valley, Inc., (Sun Valley"), were scheduled for jury trial on March 28, 2010. On September 22, 2010, Plaintiffs nominated four (4) candidates to serve as the named Plaintiff in that trial. On October 4, 2010, Sun Valley responded that it would accept one of the PSC's candidates as the named Plaintiff, but would not proceed unless two (2) more candidates could be chosen for whom cases would be fully prepared as back-up plaintiffs. Sun Valley at that time nominated nine (9) additional plaintiff candidates from various jurisdictions to be considered as back-up plaintiffs. Several communications between Plaintiffs and counsel for Sun Valley were subsequently exchanged in an attempt to come to an agreement on Sun Valley's demands. On October 10, 2010, however, Sun Valley announced that it would not agree to proceed as a summary jury trial, but demanded a full bellwether trial.

1

## II.
## PLAINTIFFS' PROPOSAL

Although Plaintiffs were amenable to a summary jury trial, Plaintiffs do not object to a full bellwether trial instead. At this time, Plaintiffs would propose that Charles Marshall, one of Sun Valley's nominees, serve as the named bellwether Plaintiff. After reviewing all of the Plaintiffs and Sun Valley candidates, Mr. Marshall's claims appear to be the most representative of those of the entire plaintiff population, thus providing the most reliable information as required by the *Manual for Complex Litigation*. *See* 4th Ed., Section 22.315, p. 360. *See* Exhibit A, Plaintiff Fact Sheet of Charles Marshall.

Plaintiffs, however, oppose Sun Valley's demand to prepare two back-up clients for trial. As an alternative, the PSC would propose the Court set further trial dates in the near future for additional Sun Valley plaintiffs. Since none of the Sun Valley trials will be summary jury trials, the limits on discovery enumerated in Pre-Trial Order No. 63 should not be applicable.

## III.
## CONCLUSION

Plaintiffs therefore request an ORDER specifying the following:

(1) The parties will proceed to trial on March 28, 2011, with Charles Marshall as Bellwether Plaintiff;

(2) The parties will proceed to trial of two more Sun Valley cases, on dates determined by the Court; and

(3) The Federal Rules of Civil Procedure will apply, rather than Pre-trial Order No. 68, to all of the Sun Valley trials.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on <u>     October 18, 2010          </u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
