IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: FEMA TRAILER

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
OCT 0 8 2010

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 08, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30945    In Re: Fema Trailer, et al
        USDC No. 2:07-MD-1873
        USDC No. 2:09-CV-5970
        USDC No. 2:09-CV-5971
        USDC No. 2:09-CV-6144
        USDC No. 2:09-CV-6145
        USDC No. 2:09-CV-6146
        USDC No. 2:09-CV-6147
        USDC No. 2:09-CV-6494
        USDC No. 2:09-CV-6495
        USDC No. 2:09-CV-6497
        USDC No. 2:09-CV-6632
        USDC No. 2:09-CV-6634
        USDC No. 2:09-CV-7526
        USDC No. 2:09-CV-7528
        USDC No. 2:10-CV-779

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Chris P. Descant, Deputy Clerk
504-310-7704

P.S. to All Counsel: In light of the attached court's order, the joint designation of record is due for filing with the District Court within 14 days from the date of this notice, or, by not later than 10/22/10. Please serve a copy of the joint designation of record upon this court at the time of filing.

Mr. Gerald Edward Meunier
Mr. Henry Thomas Miller
Ms. Loretta Whyte
Mr. Justin I Woods

*Motion Notice - MOT-2*