UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-8564

## ORDER AND REASONS

Before the Court is the Motion to Dismiss for Failure to Comply with Pre Trial Order 32 (Rec. Doc. 16073).  In the motion, Defendant William Scotsman, Inc. moves this Court to dismiss this matter with prejudice and at Plaintiff's cost as a result of Plaintiff's failure to produce her plaintiff fact sheet, pursuant to Pre-Trial Order 32.  Plaintiff's counsel's response to the Motion to Dismiss (Rec. Doc. 16366, p. 2) indicates, "despite several documented and unsuccessful attempts to contact the Plaintiff to obtain the necessary information for the completion of the Plaintiff's Fact Sheet, undersigned counsel can take no further action to provide information relating to the completion of the Plaintiff Fact Sheet, and, as such, cannot offer additional defenses against the Defendant's Motion to Dismiss."  After considering the memoranda filed by the parties,

**IT IS ORDERED** that the **Motion to Dismiss for Failure to Comply with Pre Trial Order 32 (Rec. Doc. 16073)** is **GRANTED**.  Thus, any and all claims against William Scotsman, Inc. In this matter are hereby dismissed with prejudice and at Plaintiff's cost.

New Orleans, Louisiana, this 19th day of October, 2010.

                                                    _____
                                                    **KURT D. ENGELHARDT**
                                                    **United States District Court**

1