UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 1 5 2010

LORETTA G. WHYTE
CLERK

**IN RE: FEMA TRAILER**     MDL NO. 1873
**FORMALDEHYDE PRODUCTS**     SECTION N MAG. 5
**LIABILITY LITIGATION**

**THIS DOCUMENT PERTAINS TO**
Civil Action No. 09-7853     **JUDGE ENGELHARDT**
Daphne Lawrence, as Next Friend of M.O,     **MAGISTRATE CHASEZ**
a minor, et. al.
Vs.
CMH Manufacturing, Inc., et al.

                          **JURY DEMANDED**

### CERTIFICATE OF COMPLIANCE OF PRETRIAL ORDER NO. 55

Plaintiffs hereby request the Clerk of the Court issue summons in the above-referenced matter. All parties have been matched to a manufacturer and contractor.

                          Respectfully submitted,

                          /s/ Robert C. Hilliard

                          **ROBERT C. HILLIARD**
                          **Trial Attorney in Charge for Plaintiffs**
                          Texas State Bar No. 09677700
                          Southern District of TX Federal ID No. 5912
                          Kevin W. Grillo, Of Counsel
                          Texas State Bar No. 08493500
                          Southern District of TX Federal ID No. 4647
                          ROBERT C. HILLIARD, L.L.P.
                          719 S. Shoreline Boulevard, Suite 500
                          Corpus Christi, Texas 78401
                          Telephone: (361) 882-1612
                          Facsimile: (361) 882-3015

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this October 11, 2010

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

2

**Summons to be Issued to the following Defendants**:

CMH Manufacturing, Inc.

Bechtel National Inc.

CH2M Hill Construction, Inc.

Fluor Enterprises, Inc.

Shaw Environmental, Inc