## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | *  *  * |
| | | * |
| THIS DOCUMENT PERTAINS TO | | * |
| Civil Action No. 09-7819 | | * |
| Dora Howard, et. al. | | * |
| Vs. | | * |
| Fleetwood Enterprises, Inc., et al. | | * |
| | | * |
| | | * |

MDL NO. 1873

SECTION "N" (5)

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

### SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1384

| | |
|---|---|
| Donald Files (243103) | |
| Dora Simmons (244407) | |
| Dora Howard (240307) | |
| Gene Ardie (245689) | Fluor Enterprises, Inc |
| Gloria Moore, as Next Friend of C.C, a minor (240296) | |
| Janine Files (243096) | |
| Krysti Rivet (244936) | Fluor Enterprises, Inc |
| Lee Dickey (244783) | |
| Orlando Gauthier (244476) | Fluor Enterprises, Inc |
| Raymond Reid (242837) | Bechtel National, Inc |
| Reynauda Ardie (245608) | Fluor Enterprises, Inc |
| Reynauda Ardie, as Next Friend of C.A, a minor (245270) | Fluor Enterprises, Inc |
| Reynauda Ardie, as Next Friend of K.K, a minor (245690) | Fluor Enterprises, Inc |
| Rhonda Simmons, as Next Friend of D.S, a minor (243339) | |
| Tiffany Dickey, as Next Friend of H.D, a minor (244782) | |
| Tiffany Dickey, as Next Friend of L.D, a minor (244781) | |