# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**  
**FORMALDEHYDE PRODUCTS**  
**LIABILITY LITIGATION**

**MDL NO. 1873**  
**SECTION N MAG. 5**

**THIS DOCUMENT PERTAINS TO**  
Civil Action No. 09-7960  
Sanchez Bass, et. al.  
Vs.  
CMH Manufacturing, Inc., et al.

**JUDGE ENGELHARDT**  
**MAGISTRATE CHASEZ**

**JURY DEMANDED**

## CERTIFICATE OF COMPLIANCE OF PRETRIAL ORDER NO. 55

Plaintiffs hereby request the Clerk of the Court issue summons in the above-referenced matter. All parties have been matched to a manufacturer and contractor.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**  
**Trial Attorney in Charge for Plaintiffs**  
Texas State Bar No. 09677700  
Southern District of TX Federal ID No. 5912  
Kevin W. Grillo, Of Counsel  
Texas State Bar No. 08493500  
Southern District of TX Federal ID No. 4647  
ROBERT C. HILLIARD, L.L.P.  
719 S. Shoreline Boulevard, Suite 500  
Corpus Christi, Texas 78401  
Telephone: (361) 882-1612  
Facsimile: (361) 882-3015

___Fee _____  
___Process_____  
X__Dktd _____  
___CtRmDep_____  
___Doc. No._____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this October 13, 2010

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**

2

**Summons to be issued to the following Defendants**:

CMH Manufacturing, Inc.

Bechtel National Inc.

CH2M Hill Construction, Inc.

Fluor Enterprises, Inc.