UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7856<br>Cynthia Abney, et. al.<br>Vs.<br>Gulf Stream Coach, Inc., et al. | | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

**SUPPLEMENTAL EXHIBIT "A" TO PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO PRETRIAL ORDER NO. 53**

In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby file their Supplemental Exhibit "A" to their Amended Complaint to match the Plaintiffs to their correct Contractor/Installer Defendants.

In addition to the information previously submitted on Exhibit "A", Plaintiffs attach hereto a Supplemental Exhibit "A" and incorporate same by reference herein.

Respectfully submitted,

ROBERT C. HILLIARD
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

1334

| | |
|---|---|
| Anita Bernard (209260) | Bechtel National, Inc |
| Ashley Griffin (211342) | Bechtel National, Inc |
| Beverly Almond (214717) | |
| Clifford Akpotosevwe (200216) | Bechtel National, Inc |
| Deatrice Jackson (215680) | Fluor Enterprises, Inc |
| Howard Hughes (216591) | |
| James Edwards (206975) | Bechtel National, Inc |
| Jason Gray (203426) | Bechtel National, Inc |
| Keesha McInnis, as Next Friend of K.G, a minor (203427) | Bechtel National, Inc |
| Louis Grey (216534) | Fluor Enterprises, Inc |
| Orry Brown (199813) | Bechtel National, Inc |
| Robert Grey (216533) | Fluor Enterprises, Inc |
| Rodney Davis (205378) | Bechtel National, Inc |
| Rosland Jackson (215681) | Fluor Enterprises, Inc |
| Stephanie Washington, as Next Friend of M.H, a minor (215662) | |
| Tayna Necaise, as Next Friend of D.D, a minor (208953) | |