IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**AMENDED MOTION TO PARTICIPATE IN LAST CHANCE PROCESS**

Counsel for the potential claimants listed Exhibit "A" attached hereto, by and through the undersigned counsel, seek leave pursuant to Amended Pre-Trial Order 68 to participate in the Court's last chance process for obtaining matching information.  I, Casey L. Lott, counsel for said claimants, state under oath the following:

1. Each claimant listed on Exhibit "A" executed a legal employment contract with my law firm prior to May 24, 2010;

2. My law firm, on behalf of each claimant listed on Exhibit "A", provided his or her FEMA ID Number to FEMA in a matching request made on or before June 15, 2010;

3. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant does not remember the identity of the manufacturer of his or her EHU, or does not remember the identity of the government contractor who hauled or installed his or her EHU;

4. I certify that each claimant listed on Exhibit "A" has stated to me, or members of my staff, that the claimant has looked for and cannot find documentation containing the identity of the manufacturer of his or her EHU, or the identity of the government contractor who hauled or installed his or her EHU;

5. I certify that I, on behalf of each claimant listed on Exhibit "A", received data back from FEMA in response to a properly made matching request, which did not include the manufacturer or the contractor applicable to his or her EHU. To the extent that prior matching responses have included a VIN Number, I have attempted to match my client's name with the applicable contractor by consulting the IA/TAC documents provided to the PSC on January 31, 2009 (Bates # FEMA 120-001085-010246) and the manufacturer by consulting previously provided VIN Codes; and

6. I certify that my address is P.O. Box 382, Booneville, MS 38829-0382, and that any information regarding matching information on the claimants listed in Exhibit "A" should be delivered to the address provided herein.

7. **That the Conditional Transfer Order transferring the unmatched Complaints filed on behalf of each claimant in Exhibit "A" to this MDL was not entered until on or about September 15, 2010 and, therefore, it was impossible for the undersigned to comply with this Court's August 2, 2010 deadline to file this motion, which is set forth in Amended Pre-Trial Order 68. As such, the undersigned respectfully requests the Court allow these claimants to file this out-of-time motion.**

8. Defendants have not responded with any objections.

Respectfully submitted, this the 19th day of October, 2010.

By: /s/ Casey L. Lott
CASEY L. LOTT, Attorney for Plaintiffs
Miss. Bar No. 101766/Alabama Bar No. LOT007

Of Counsel:

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992