UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Friday, October 22, 2010, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference on Friday, October 22, 2010 are:

- Jerry Meunier
- Justin Woods
- Matt Moreland
- Raul Bencomo
- Frank D'Amico, Jr.
- Tony Buzbee
- Linda Nelson
- Mikal Watts
- Dennis Reich
- Robert Becnel
- Chris Pinedo
- Andy Weinstock

-Joe Glass
-Jerry Saporito
- Ernie Gieger
-Stewart Tharp
-Jim Percy
-Richard Hines
-Tim Scandurro
-Dave Kurtz
-Karen Whitfield
-Charlie Penot
-Richard Sherburne
-Gerry Barrios
-John Hainkel
-Henry Miller
-Adam Dinnell
-Tom Thagard
-Lamont Domingue (in Tom Thagard's absence)
-Ralph Hubbard
-Charles Leche
-John Perry
-Dan Balhoff
-Randi Ellis
-Tom Cougill
-Brent Maggio

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list.  As usual, the 10 a.m. conference on Friday, October 22, 2010, is open to all.

New Orleans, Louisiana, this 19th day of October, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

2