# Exhibit A

1013

Natalie Bailey (225980) **Address** 1629 Robert Dr. St. Bernard, LA 70085

Sarah Haxwood (226264) **Address** 421 Emily Ave. Phricard, AL 36612