## Exhibit A

| | |
|---|---|
| Debbie Melerine (226590) | **Address** P.O. Box 755 St. Bernard, LA 70085 |
| Stacy Major (226508) | **Address** 2918 Daniel Dr. Violet, LA 70092 |
| Stacy Major, as Next Friend of S.M, a minor (226507) | **Address** 2840 Houston St. Alexandria, LA 71303 |