## Exhibit A

1015

| Name | Address |
|---|---|
| Debbie Melerine, as Next Friend of M.S, a minor (226901) | **Address** P.O. Box 755  St. Bernard , LA 70085 |
| Debbie Melernie, as Next Friend of M.S, a minor (226904) | **Address** P.O. Box 755  St. Bernard, LA 70085 |
| Malissa  Blair , as Next Friend of L.B, a minor (229405) | **Address** 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa  Blair , as Next Friend of S.B, a minor (229407) | **Address** 4188 Broome School Rd.  Perkinston , MS 39573 |
| Malissa Blair (229406) | **Address** 4188 Broome School Road  Perkinston , MS 39573 |
| Malissa Blair, as Next Friend of S.B, a minor (229376) | **Address** 4188 Broome School rd.  Perkinston, MS 39573 |
| Mistie Spisak (226914) | **Address** 2408 Victor St.  Chalmette, LA 70043 |
| Thomas Blair (229408) | **Address** 4188 Broome School Rd.  Perkinston , MS 39573 |