# Exhibit A

1016

| | |
|---|---|
| Erica Lawrence (229985) | **Address** P.O. Box 1295  Lucedale, MS 39452 |
| Gerald Gamble (229723) | **Address** 100 Pocahontas ave  Warner Roberts, GA 31088 |
| John Gandy (229748) | **Address** P.O. Box 452  Moss Point, MS 39562 |