# Exhibit A

1017

James Hudson (231069) **Address** P.O. Box 354  Jackson, AL 36545