# Exhibit A

1008

Rosemary Robinson (214990)                    **Address**  P.O. Box 1494  Lacomber, LA 70445