# Exhibit A

1006

Hugh Fouquet (212877)  **Address**  708 Wood Street  Waveland, MS 39576