# Exhibit A

1009

| | | |
|---|---|---|
| JoAnn Dyson (216154) | **Address** | 134C School St. Cameron , LA 70631 |
| Lugenge Burk (220058) | **Address** | 6138 Kiowa Kiln, MS 39556 |
| Michael Burk (220059) | **Address** | 6138 Kiowa Kiln, MS 39556 |