## Exhibit A

1010

| | | |
|---|---|---|
| Kasie Mason (222137) | **Address** | 12750 Moon Drive  Grand Bay, AL 36541 |
| Kasie Mason, as Next Friend of C.M, a minor (222138) | **Address** | 12750 Moon Drive  Grand Bay, AL 36541 |
| Kasie Mason, as Next Friend of K.M, a minor (222139) | **Address** | 12750 Moon Drive  Grand Bay, AL 36541 |
| Zachary Mason (222140) | **Address** | 12750 Moon Drive  Grand Bay, AL 36541 |