## Exhibit A

1019

Betty Barnes (237765) **Address** P.O. Box 8091  Gulfport, MS 39506