# Exhibit A

Lorraine Baham (237864)            **Address**   1210 Madevilla Street   New Orleans, LA 70117