UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Bruce Robinson, et al.*<br>*v. Starcraft RV, Inc., et al.*<br>Civil Action No. 09-7090 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF'S, MARK DALLAS, NOTICE**
**OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, MARK DALLAS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 19th day of October, 2010.

_____
HONORABLE KURT ENGELHARDT