# Exhibit A

1319

Tara Davis (250793)    **Address**  P.O. Box 1074  Iowa, LA 70647