# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE:      **FEMA TRAILER**      *      **MDL NO. 1873**
             **FORMALDEHYDE PRODUCTS** *
             **LIABILITY LITIGATION**    *      **SECTION "N" (5)**
                                      *

**THIS DOCUMENT PERTAINS TO**    *      **JUDGE ENGELHARDT**
**Civil Action No. 09-7429**         *      **MAGISTRATE CHASEZ**
**Darryl Steele, et. al.**            *
**Vs.**                          *
**Gulf Stream Coach, Inc., et al.**   *
                                        *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

      **IT IS HEREBY ORDERED** that only those Plaintiffs listed in Exhibit A are hereby

dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

      New Orleans, Louisiana, this 19th day of _____ October _____, 2010.

_____
HONORABLE KURT ENGELHARDT

Exhibit A