## Exhibit A

1321

Laverne McCormick (251559) **Address** 6840 Manchester St  New Orleans, LA 70126

Nicole Ursin (251572) **Address** 11634 Short St.  Kenner, LA 70062