# Exhibit A

997

Rachel Griffin (201733) **Address** P.O. Box 1018 Gautier, MS 39553