UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** Civil Action No. 09-4682 Randi Cuevas, et. al. Vs. Gulf Stream Coach, Inc., et al. | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that only those Plaintiffs listed in Exhibit A are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, 41(a)(1).

New Orleans, Louisiana, this 19th day of October, 2010.

_____
HONORABLE KURT ENGELHARDT

Exhibit A