## Exhibit A

1004

Billy Green (209709)                                    **Address**   6074 Central Ave.  Bay St. Louis, MS 39520

Marc Payton (211318)                                   **Address**   13308 Soloman Rd.  Ocean Springs, MS 39564

Mary  Doyle, as Next Friend of J.D, a minor (210721)   **Address**   P.O. Box 4552  Bay St. Louis, MS 39521

Mary Doyle (210720)                                    **Address**   P.O. Box 4552  Bay St. Louis, MS 39521