# Exhibit A

1003

| | | |
|---|---|---|
| Dewayne Williams (208203) | **Address** | 6619 Flannigan Avenue  Moss Point, MS 39562 |
| Lisa Hilliard (208026) | **Address** | 5113 Sage St  Bay St Louis, MS 39520 |
| Rhonda Stallworth (207967) | **Address** | 4007 Emerson Dr.  Pascagoula, MS 39581 |
| Rhonda Stallworth, as Next Friend of I.S, a minor (207969) | **Address** | 4007 Emerson Drive  Pascagoula, MS 39581 |
| Roosevelt McDaniel (209387) | **Address** | P.O. Box 813  Pascagoula, MS 39568 |