## Exhibit A

1000

Eddie Parish (203214)                                   **Address**   2800 19th Avenue  Lot 97 Gulfport, MS 39501


Monique Parish (203213)                                 **Address**   2800 19th Avenue  Lot 97 Gulfport, MS 39501