# Exhibit A

1011

| Jeffery Frught (223693) | **Address** | 2207 Tiffany Court  Saint Bernard, LA 70085 |

| Jimmie McCormick (222895) | **Address** | 2910 Stewarts Creek  Murfreesboro, TN 37129 |

| Kelly Barrow (223371) | **Address** | 3400 Garden Oaks Dr.  Apt # 1102 New Orleans, LA 70114 |

| Nickcole Frught (223694) | **Address** | 2207 Tiffany Court  Saint Bernard, LA 70085 |

| Rhonda Richard (224098) | **Address** | 2414 Jaime Court   Violet , LA 70092 |

| Robert Ziegler (224253) | **Address** | 2712 Myrtle Grove  Lot 102 Meraux, LA 70075 |

| Ronald Lewis (223919) | **Address** | P.O. Box 65  Meraux, LA 70075 |