# Exhibit A

1012

| Name | Address |
|---|---|
| Alexander Assavedo (225762) | 2408 Victor  Chalmette, LA 70043 |
| Crystal Boubreaux, as Next Friend of B.B, a minor (224730) | 5008 Laguna St.  Gulfport, MS 39501 |
| Crystal Boubreaux (224729) | 5008 Laguna  Gulfport, MS 39501 |
| Douglas Ordone, as Representative of the Estate of Gloria Batiste, deceased (225796) | P. O. Box 1298  Lacombe, LA 70445 |
| Jeffery Frught, as Next Friend of A.F, a minor (225269) | 2207 Tiffany Court  St. Bernard, LA 70085 |
| Laquese Armstrong (225753) | 2500 Morningside Dr.  Mobile, AL 36605 |
| Mistie Spisak, as Next Friend of A.A, a minor (225756) | 2408 Victor St.  Chalmette, LA 70043 |
| Mistie Spisak, as Next Friend of A.A, a minor (225763) | 2408 Victor St.  Chalmette, LA 70043 |
| Natalie Bailey, as Next Friend of J.B, a minor (225768) | 1629 Robert Dr.  St. Bernard, LA 70085 |
| Natalie Bailey, as Next Friend of S.B, a minor (225774) | 1629 Robert Drive  St. Bernard, LA 70085 |
| Nicholas Barr (225783) | 1911 Seelos Ct.  Chalmette, LA 70043 |
| Roy Bailey (225772) | 1629 Robert Dr.  St. Bernard, LA 70085 |