# Exhibit A

1018

| | | |
|---|---|---|
| Bryan Williams (233297) | **Address** | 184 W. Oakville St.  Belle Chasse, LA 70037 |
| Melissa Nedd (233287) | **Address** | 200 Boutte Estate Dr.  Boutte, LA 70039 |
| Melissa Nedd, as Next Friend of A.M, a minor (233281) | **Address** | P o Box 1055  Boutte, LA 70039 |
| Melissa Nedd, as Next Friend of A.N, a minor (233286) | **Address** | 200 Boutte Street  Boutte, LA 70039 |
| Melissa Nedd, as Next Friend of E.A, a minor (233238) | **Address** | P.O. Box 1055  Boutte, LA 70039 |