# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL NO. 1873 <br> * <br> *  SECTION "N"(5) <br> * |
| THIS DOCUMENT RELATES TO: <br> *Tommie James Brock, et al. v. CH2M HILL Constructors, Inc., et al.* <br> *Civil Action No. 09-4941* | *  JUDGE ENGELHARDT <br> *  MAGISTRATE CHASEZ <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion To Sever "Matched" Plaintiffs From Original "Unmatched" Complaint For Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs Motion To Sever "Matched" Plaintiffs From Original "Unmatched" Complaint For Damages is GRANTED.

THIS DONE the 19th day of October, 2010 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE