AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| BETTY BROWN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2405 |
| WAVERLEE HOMES, INC. ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Oct 04 2010___          B. Gregory
Deputy clerk's signature



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7179 1000 1645 0016 5272**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 3:52 pm on October 12, 2010 in NEW ORLEANS, LA 70130.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:
- Delivered, October 12, 2010, 3:52 pm, NEW ORLEANS, LA 70130
- Arrival at Unit, October 12, 2010, 10:28 am, NEW ORLEANS, LA 70113

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

Return Receipt (Electronic)
Verify who signed for your item by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

7179 1000 1645 0016 5272

| | | |
|---|---|---|
| Postage | | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

7.17

Sent To: US Attorney for the Eastern District of LA
James Letten
Street, Apt. No.; or PO Box No.: 500 Poydras St., Suite B210
City, State, Zip+4: New Orleans, LA 70130

Code2: BROWN V. WAVERLEE HOMES, EDLA

PS Form 3800, August 2006   See Reverse for Instructions

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/19/2010