AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| HERMAN BARARD | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-2407 |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Starr Excess Liability Insurance Co., Ltd.
through its counsel of record
Charles Leche
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:   Oct 04 2010

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature<br>X   B-Wole   ☐ Agent   ☐ Addressee |
| 71791000164500165241 | B. Received by (Printed Name)   C. Date of Delivery<br>Be-NVOTE   10/13/10 |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes<br>If YES enter delivery address below:  ☐ No |
| STARR EXCESS LIAB. INS. CO., through<br>Charles Leche<br>Deutsch, Kerrigan & Stiles<br>755 Magazine St.<br>New Orleans, LA 70130 | 3. Service Type   ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee)   Yes |

Code2: BARARD V. AM. INT. GRP, EDLA 10-2407

PS Form 3811                    Domestic Return Receipt