**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:**    **FEMA TRAILER** | * | **MDL NO. 1873** |
|             **FORMALDEHYDE PRODUCTS** | * | |
|             **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |

**THIS DOCUMENT PERTAINS TO**
CIVIL CASE NOS. 09-4725, 09-4726,
09-4729, 09-5984, 09-6169, 09-6946,
09-6954, 09-6961, 09-6962, 09-7062,
09-7068, 09-7088, 09-7092, 09-7109,
09-7119, 09-7121, 09-7532, 09-7792,
09-7796, 09-7797, 09-7798, 09-7799,
09-7800, 09-7801, 09-7802, 09-7804,
09-7806, 09-7807, 09-7808, 09-7813,
09-7814, 09-7816, 09-7818, 09-7819,
09-7823, 09-7827, 09-7828, 09-7831,
09-7838, 09-7839, 09-7840, 09-7842,
09-7843, 09-7844, 09-7845, 09-7846,
09-7851, 09-7852, 09-7853, 09-7854,
09-7856, 09-7858, 09-7859, 09-7889,
09-7897, 09-7898, 09-7905, 09-7907,
09-7909, 09-7910, 09-7912, 09-7913,
09-7916, 09-7921, 09-7922, 09-7925,
09-7962, 09-7963, 09-7965, 09-7978,
09-7983, 09-7984, 09-7990, 09-7991,
10-1253, 10-1256, 10-1259, 10-1262,
10-1266, 10-1267, 10-1276, 10-1277,
10-1285, 10-1289, 10-1292, 10-1305,
10-1306, 10-1311, 10-2177, 10-2184,
10-2189, 10-2193, 10-2198, 10-2205,
10-2216, 10-2217, 10-2220, 10-2224,
10-2226, 10-2242, 10-2248, 10-2253,
10-2254, 10-2263, 10-2266, 10-2269

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Motion to Extend Time to Serve Defendants:

1

2

**IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs to perfect service on all defendants in the above civil action numbers is extended until _____.

New Orleans, Louisiana this \_\_\_ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**