AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| EARL DANIELS, ET AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-2387 |
| SUPERIOR HOMES, LLC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA through
Eric Holder, US Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 30 2010

*B. Gregory*
Deputy clerk's signature



# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 3834**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:37 am on October 07, 2010 in WASHINGTON, DC 20530.

**Detailed Results:**
- Delivered, October 07, 2010, 11:37 am, WASHINGTON, DC 20530
- Notice Left, October 07, 2010, 11:34 am, WASHINGTON, DC 20530
- Arrival at Unit, October 07, 2010, 11:22 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0016 3834

| | |
|---|---|
| Postage | |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.17 |

Sent To: United States of America through Eric Holder, U.S. Atty General
Street, Apt. No.; or PO Box No.: U.S. Dept. of Justice
City, State, Zip+4: 950 Pennsylvania Ave. NW Washington, DC 20530-0001

Code2: DANIELS V. SUPERIOR HOMES, EDLA

PS Form 3800, August 2006    See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/20/2010