AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| BYRON KELLER <br> *Plaintiff* <br> v. <br> COACHMEN INDUSTRIES, INC., ET AL <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 10-2391 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COACHMEN RECREATIONAL VEHICLE COMPANY, LLC
through its agent for service of process
Corporation Service Company
251 E. Ohio St., Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Sep 30 2010__                                                                              B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature X _[signature]_  ☑ Agent  ☐ Addressee |
| 71791000164500164404 | B. Received by (Printed Name) Chris Snibre  C. Date of Delivery |
| 1. Article Addressed to:<br><br>COACHMEN REC. VEH. CO., LLC through<br>CORPORATION SERVICE COMPANY<br>251 E. Ohio Street<br>Suite 500<br>Indianapolis, IN 46204 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES enter delivery address below:<br><br>OCT 14 2010 |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

Code2: KELLER V. COACHMEN, EDLA 10-2391

PS Form 3811                Domestic Return Receipt