AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

BYRON KELLER )
_____ )
*Plaintiff* )
v. ) Civil Action No. 10-2391
COACHMEN INDUSTRIES, INC. ET AL )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through FEMA
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Loretta G. Whyte*
Name of clerk of court

Date: __Sep 30 2010__       *B. Gregory*
Deputy clerk's signature



# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 4343**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:46 am on October 12, 2010 in WASHINGTON, DC 20472.

**Detailed Results:**
- Delivered, October 12, 2010, 11:46 am, WASHINGTON, DC 20472
- Arrival at Unit, October 12, 2010, 10:01 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | 7179 1000 1645 0016 4343 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees $ | 0.00 |

Postmark Here

Sent To: 7.17
Federal Emergency Mgmt Agcy (FEMA)
Craig Fugate, Director
Street, Apt. No.; or PO Box No. 500 C Street S.W.
City, State, Zip+4 Washington, DC 20472

Code2: KELLER V. COACHMEN, EDLA 10-2391

PS Form 3800, August 2006    See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/20/2010