AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MELISSA MILLER, ET AL | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  10-2392 |
| DUTCHMEN MANUFACTURING, INC. ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dutchmen Manufacturing, Inc.
through its agent for service
Corporation Service Company
251 E. Ohio St., suite 1100
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Sep 30 2010__  _____B. Gregory_____
Deputy clerk's signature



# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 4541**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:32 am on October 14, 2010 in INDIANAPOLIS, IN 46204.

Track & Confirm
Enter Label/Receipt Number.
( Go > )

### Detailed Results:

- Delivered, October 14, 2010, 9:32 am, INDIANAPOLIS, IN 46204
- Arrival at Unit, October 12, 2010, 8:41 am, INDIANAPOLIS, IN 46204

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway
Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**2. Article Number**

7179 1000 1645 0016 4541

**1. Article Addressed to:**

Dutchman Manufacturing, Inc. through
C T Corporation System
251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204

Code2: MILLER V. DUTCHMEN, EDLA 10-2392

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Terry L. Wood      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:  ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do            10/20/2010