AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

| | |
|---|---|
| MICHAEL MILLER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-2398 |
| SUPERIOR HOMES, LLC, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M HILL CONSTRUCTORS, INC.
through its attorney of record
Gerardo R. Barrios
Baker Donelson
3 Sanctuary Blvd., #201
Mandeville, LA 70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  Oct 04 2010

**2. Article Number**

7179 1000 1645 0016 6033

1. Article Addressed to:

CH2M HILL CONSRUCTORS, INC.  through
Gerardo R. Barrios
Baker Donelson
3 Sanctuary Blvd., #201
Mandeville, LA 70471

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (*Printed Name*)            C. Date of Delivery
_____                           10/13/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

Code2: Miller v. Superior Homes, EDLA 10-2398

PS Form 3811                    **Domestic Return Receipt**