UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3559 | | * | |
| *Lorelei Augustine, et al. vs. Sunray RV, LLC, et al.* | | * * | JUDGE ENGELHARDT |
| | | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiffs in the above-captioned matter; that on October 8, 2010, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint for Damages in the above captioned matter, properly addressed, to defendant, The United States of America through U.S. Attorney General, Eric H. Holder, Jr., Esq., 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and First Supplemental and Amending Complaint for Damages has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

                                                  **CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this ___ day of
October, 2010.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The U.S.A. Through
U.S. Attorney General
Honorable Eric Holder
U.S. Department of
Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

0102 71 130

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540