EDLA- 10-2897

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Lynne Smith

*Plaintiff*

v.   Civil Action No. 1:10CV349HSO-JMR

Southern Energy Homes, Inc., et al.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Southern Energy Homes, Inc.
Through its Agent for Service of Process
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 8/4/10

*Signature of Clerk or Deputy Clerk*


**UNITED STATES POSTAL SERVICE**

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 6507**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:45 am on October 15, 2010 in ADDISON, AL 35540.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**2. Article Number**

7179 1000 1645 0016 6507

**1. Article Addressed to:**

Southern Energy Homes, Inc., thru
Wendell L. Batchelor
Highway 41 North
Addison, AL 35540

Code2: Smith v. So. Energy, EDLA 10-2897

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Constance Calvert*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *Constance Calvert*
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811    Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/21/2010