AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHARLES TRUEBLOOD, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2389 |
| THOR CALIFORNIA, ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING, INC.
through its attorney of record
John Deeds
100 S. Main Avenue, Suite 300
Sidney, OH 45365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Sep 30 2010___

B. Gregory
Deputy clerk's signature

USPS - Track & Confirm

Page 1 of 1



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: **7179 1000 1645 0016 5012**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 12:15 pm on October 12, 2010 in SIDNEY, OH 45365.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**2. Article Number**

7179 1000 1645 0016 5012

1. Article Addressed to:

THOR CALIFORNIA, INC. through
JOHN DEEDS
10 S. Main Avenue
Suite 300
Sidney, OH 45365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Lori A. Whittenberg*   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:          ☐ No

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Code2: TRUEBLOOD V. THOR, EDLA 10-2389

PS Form 3811     Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/21/2010