AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| CATHERINE WHITE | ) | |
|---|---|---|
| Plaintiff | ) | Civil Action No. 10-2394 ~~10-2393~~ |
| v. | ) | |
| RECREATION BY DESIGN, LLC ET AL | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RECREATION BY DESIGN, LLC
through its agent for service of process
Randall K. Rush
21746 Buckingham Rd., Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:  Sep 30 2010

**2. Article Number**

7179 1000 1645 0016 5159

**1. Article Addressed to:**

RECREATION BY DESIGN through
Randall K. Rush
21746 Buckingham Rd.
Elkhart, IN 46516

Code2: WHITE V. RECREATION BY DESIGN, EDLA 10-2394

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Amber A Brink_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
_A. Brink_

C. Date of Delivery
10/12/10

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt