AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| NYKIA SORINO, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> CRUM & FORSTER SPECIALTY INS. CO., ET AL <br><br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  10-2400 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sentry Insurance Agency, Inc.
through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: _____Oct 04 2010_____

Deputy clerk's signature

USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 6262**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 12:41 pm on October 13, 2010 in BATON ROUGE, LA 70809.

Track & Confirm

Enter Label/Receipt Number.

( Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**2. Article Number**

7179 1000 1645 0016 6262

**1. Article Addressed to:**

Sentry Ins. Agency, Inc.  thru
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  W Hebert     ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   **Wendi Hebert**     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:  ☐ No

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Code2: Sorino v. Crum & Forster, EDLA 10-2400

PS Form 3811     Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

10/21/2010