AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| MICHAEL MORRIS, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   10-2415 |
| TL INDUSTRIES, INC., ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TL INDUSTRIES, INC.
through its agent of service
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:   Oct 04 2010

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7179100016450016088 | A. Signature X Diana J. Nagy ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Diana L. Nagy C. Date of Delivery 10/15/2010 |
| 1. Article Addressed to: TL Industries, Inc. through Rebecca Butler Power 221 W. Lexington Ave. Elkhart, IN 46516 | D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

Code2: Morris v. TL, EDLA 10-2415

PS Form 3811          Domestic Return Receipt