AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| NATHEAN ROBINSON, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-2379 |
| JAYCO ENTERPRISES, INC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAYCO ENTERPRISES, INC.
through its attorney of record
Glenn S. Killoren
121 W. Franklin St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  Sep 30 2010

**2. Article Number**

7179 1000 1645 0016 4725

**1. Article Addressed to:**

JAYCO ENTERPRISES,, INC. thru
Glenn S. Killoren
121 W. Franklin St.
Elkhart,, IN 46516

Code2: ROBINSON V. JAYCO, EDLA 10-2379

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ken Snyder   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)
KEN SNYDER

C. Date of Delivery
10-13-10

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES enter delivery address below:

3. Service Type    ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt