UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Joyce T. Ashley, et al v Allen Camper Manufacturing Company, Inc., et al*
Case No. 10-cv-2102

___

### ORDER GRANTING MOTION TO SEVER
___

Considering the foregoing Motion to Sever, Plaintiffs' motion is well taken. IT IS SO ORDERED that the Plaintiffs' Motion to Sever be GRANTED.

DATED this 19th day of October, 2010 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE