UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 09-3764

## ORDER AND REASONS

Before the Court is Plaintiff's Motion to Extend Time to Serve Defendant (Rec. Doc. 14489).

This motion is opposed. (See Rec. Doc. 14632).  After considering the memoranda of the parties and

the applicable law,

**IT IS ORDERED** that **Plaintiff's Motion to Extend Time to Serve Defendant (Rec. Doc.**

**14489)** is **GRANTED** only to the extent that Plaintiff is allowed until **Monday, November 15, 2010**

to perfect service on Defendant Davis Professional Accounting Services, L.L.C.  No additional time

to serve will be allowed.

New Orleans, Louisiana, this 25th day of October, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**