UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 10-476, 10-1358, 10-907

## **ORDER AND REASONS**

Before the Court are the following three motions: (1) Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint for Damages (Rec. Doc. 15019); (2) Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages (Rec. Doc. 15020); and (3) Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages (Rec. Doc. 15021). These motions, which all seek leave to add additional plaintiffs who were "inadvertently left out" of the original complaints, are opposed by Defendant United States of America. (See Rec. Doc. 15201). After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that (1) **Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint for Damages (Rec. Doc. 15019)**; (2) **Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for Damages (Rec. Doc. 15020)**; and (3) **Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint for**

**Damages (Rec. Doc. 15021)** are all **DENIED**.  The Court notes that each of these cases was filed in the Southern District of Mississippi and transferred into this Court.  Granting Plaintiffs the relief they request in these motions would be essentially allowing direct filing in this MDL.  The Court has already addressed this issue and rejected Plaintiffs' Steering Committee's Motion to Allow Direct Filing. (See Rec. Doc. 1186).

New Orleans, Louisiana, this 25th day of October, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**