UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    OCT 1 5 2010
LORETTA G. WHYTE
CLERK

In Re: FEMA TRAILER

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

MDL NO. 1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Jessica B. Bastoe, et al. v. Dutchmen Manufacturing, Inc., et al. MDL 1873, C.A. 09-3590

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(I) AND AMENDED PRETRIAL ORDER NO. 68

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and Amended Pretrial Order No. 68 (Rec. Doc. 14779), hereby dismiss the claims of plaintiff(s) identified on Exhibit A attached hereto and made a part hereof.

To the extent that plaintiff(s) named in the referenced matter have claims against a Manufacturer and/or a Government Contractor, the plaintiff(s) shall refile those claims in separate complaints pursuant to the Court's directives contained within Pretrial Order No. 68, and with respect to those filings in the Eastern District of Louisiana, Pretrial Order No. 40.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:  _____s/ David C. Jarrell_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043

Telephone: (504) 271-8421  
Facsimile: (504) 271-1961  
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day October, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ David C. Jarrell  
DAVID C. JARRELL

EXHIBIT A

| | Name (Redacted) | Contractor |
|---|---|---|
| (1) | Jessica Blanchard Bastoe | |
| (2) | Nicholas Lawrence Bastoe | |
| (3) | Gerquel M Bowman | |
| (4) | Mary Edna Bryant | |
| (5) | Shawn Rochon Calice | |
| (6) | Sherman Sr., o/b/o S.C | |
| (7) | Sherman Joseph Calice | |
| (8) | Shermicia D Calice | |
| (9) | Sherman Calice Sr, o/b/o S.C | |
| (10) | Daniel Figueroa | |
| (11) | Debora Cisco Figueroa | |
| (12) | Brandon Michael Guevara | |
| (13) | Corey Adam Guevara | |
| (14) | Cynthia Ann Guevara | |
| (15) | Mildar Jose Guevara | |
| (16) | Cynthia Guevara, o/b/o T.G | |
| (17) | Wilma Kay Hawkins | |
| (18) | Rodney Karcher Jr., o/b/o B.K | |
| (19) | Rodney Karcher Jr., o/b/o B.K | |
| (20) | Rodney Karcher Jr., o/b/o M.K | |

| Name (Redacted) | Contractor |
|---|---|
| (21) Monica Poche Karcher | |
| (22) Rodney David Karcher | |
| (23) Charlene Bolin Kramer | |
| (24) William Kramer | |
| (25) Arnold McCallon | |
| (26) Blake McCallon | |
| (27) Arnold McCallon Sr., o/b/o S.M | |
| (28) Deanna S. Meyer | |
| (29) Erica M. Meyer | |
| (30) Melvin Miller | |
| (31) Patricia Miller | |
| (32) Rajene Miller | |
| (33) Scott Mitchell, o/b/o C.M | |
| (34) Bryan Keith Moore | |
| (35) John W. Perret | |
| (36) Kenneth J. Perret | |
| (37) Peggy H. Perret | |
| (38) Tina Pomes | |
| (39) Anetra Richard | |
| (40) Maria Theresa Rodi | |

| Name (Redacted) | Contractor |
|---|---|
| (41) Wade Rodi | |
| (42) Christy Trayanoff | |