AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| BETTY BROWN, ET AL | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  10-2405 |
| WAVERLEE HOMES, INC, ET AL | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through FEMA
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:    Oct 04 2010

Deputy clerk's signature


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 5258**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:06 am on October 14, 2010 in WASHINGTON, DC 20472.

Detailed Results:
- **Delivered, October 14, 2010, 9:06 am, WASHINGTON, DC 20472**
- **Arrival at Unit, October 14, 2010, 6:22 am, WASHINGTON, DC 20022**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go >*

---

Track & Confirm

Enter Label/Receipt Number.

*Go >*

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | 7179100016450016525 8 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees $ | 7.17 |

Postmark Here

Code2: BROWN V. WAVERLEE HOMES, EDLA

Sent To   **FEMA**
Street, Apt. No.; or PO Box No.   **Craig Fugate, Director**
**500 C Street S.W.**
City, State, Zip+4   **Washington, DC 20472**

**PS Form 3800, August 2006**     **See Reverse for Instructions**