UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARNELL PAYTON** | **CIVIL ACTION 09-8666** |
| **VERSUS** | **SECTION "N"-MAGISTRATE 5** |
| **COACHMAN INDUSTRIES, INC, ET AL** | **JUDGE ENGELHARDT** |
| | **MAGISTRATE CHASEZ** |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW**, Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES LLC, and moves this Court to substitute Richard G. Duplantier (#18874), Jr., Peter A. Bourgeois (#27389) and Stephanie Dovalina (#31137) of Galloway, Johnson, Tompkins, Burr & Smith, located at 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139 (telephone (504)525-6802 and facsimile (504)525-2456), in place of its current attorneys of record, Wayne J. Lee, Mary L. Dumestre, and Heather S. Lonian of the law firm of STONE PIGMAN WALTHER WITTMANN LLC located at 546 Carondelet Street, New Orleans, Louisiana 70130. Defendant submits that this substitution is not sought for delay only.

1035395v.1

WHEREFORE, Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC, respectfully requests that the Court grant its Motion to Substitute Counsel and for such other and further relief to which it is justly entitled.

**Respectfully submitted,**

*/s/ Mary L. Dumestre*
**Wayne J. Lee (7916)**
**Mary L. Dumestre (18873)**
**Heather S. Lonian (29956)**
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, Louisiana 70130


*/s/ Richard G. Duplantier, Jr.*
**Richard G. Duplantier, Jr**. (#18874)
**Duplantier@gjtbs**.com
**Peter A. Bourgeois** (#27389)
**pbourgeois@gjtbs.com**
**Stephanie Dovalina** (#31137)
**sdovalina@gjtbs.com**
GALLOWAY, JOHNSON, TOMPKINS,
    BURR& SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record by operation of the Court's electronic filing system.

*s/ Mary L. Dumestre*
MARY L. DUMESTRE

1035395v.1