UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARNELL PAYTON** | **CIVIL ACTION 09-8666** |
| **VERSUS** | **SECTION "N"-MAGISTRATE 5** |
| **COACHMAN INDUSTRIES, INC, ET AL** | **JUDGE ENGELHARDT** |
| | **MAGISTRATE CHASEZ** |

**ORDER**

Considering the foregoing Motion to Substitute Counsel filed by defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel is GRANTED and that Richard G. Duplantier, Jr., Peter A. Bourgeois and Stephanie Dovalina of Galloway, Johnson, Tompkins, Burr & Smith, located at 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139, are hereby substituted as counsel of record for Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC.

Signed this the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
JUDGE ENGELHARDT

1035397v.1