# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | **MDL NO. 1873** |
| **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **SECTION "N-4"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| | * | **MAGISTRATE CHASEZ** |

## ORDER

Considering the foregoing Motion to Substitute Counsel filed by defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel is GRANTED and that Richard G. Duplantier, Jr., Peter A. Bourgeois and Stephanie Dovalina of Galloway, Johnson, Tompkins, Burr & Smith, located at 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139, are hereby substituted as counsel of record for Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC.

Signed this the _____ day of _____, 2010 in New Orleans, Louisiana.


_____
JUDGE ENGELHARDT