AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| ROSE DAVIS, ET AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-2414 |
| LAKESIDE PARK HOMES, INC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
Eric Holder, US Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 04 2010

B. Gregory
Deputy clerk's signature



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 5487**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:13 am on October 18, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Detailed Results:**
- Delivered, October 18, 2010, 11:13 am, WASHINGTON, DC 20530
- Notice Left, October 18, 2010, 10:16 am, WASHINGTON, DC 20530
- Arrival at Unit, October 18, 2010, 8:21 am, WASHINGTON, DC 20022

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.   Go >



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage: 7179 1000 1645 0016 5487
Certified Fee: 2.07
Return Receipt Fee (Endorsement Required): 2.80
Restricted Delivery Fee (Endorsement Required): 2.30
Total Postage & Fees: $ 0.00
7.17

Sent To: U.S. Dept. of Justice, through Eric Holder, US Atty General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. NW
City, State, Zip+4: Washington, DC 20530-0001

Code2: DAVIS V. LAKESIDE, EDLA 10-2414

PS Form 3800, August 2006   See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/22/2010