UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that "Defendant United States of America's Motion to Modify Order (Rec. Doc. 7138) and Enter a Protective Order Prohibiting Further Discovery of FEMA IA Files Except Upon Entry of a Plaintiff-Specific Scheduling Order or, Alternatively, for an Order Shifting Costs" (Rec. Doc. 16069) is **REFERRED** to the assigned Magistrate Judge for disposition.

New Orleans, Louisiana, this 25th day of October 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

cc:   Magistrate Chasez