UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 78

On October 22, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Matt Moreland, Jim Percy, Stewart Tharp, Adam Dinnell, Robert Becnel, Dave Kurtz, Karen Whitfield, Dennis Reich, Charles E. Leche, John J. Hainkel, Linda Nelson, Charles Penot, Lamont Domingue, Jerry Meunier, Gerry Barrios, Raul Bencomo, Richard Sherburne, Tony Buzbee, Tom Cougill, Frank D'Amico, Ernie Gieger, Brent Maggio, and Andy Weinstock. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) **On or before Wednesday, December 1, 2010**, the parties to the February 22, 2011 Dutchmen Manufacturing, Inc. bellwether trial shall advise the Court whether and to what extent there are any objections to the undersigned presiding over that summary jury trial.

(2) On **Thursday, November 4, 2010, at 5:00 p.m.**, the Court will hold a status conference in chambers with the applicable attorneys to discuss the declaratory judgment action that was filed in Indiana state court, which may have some impact on the Sun Valley, Inc. bellwether trial scheduled for March 28, 2011.

(3) Also relative to the March 28, 2011 Sun Valley, Inc. bellwether trial, the parties are to confer and attempt to agree on "B" and "C" selections for alternative bellwether plaintiffs. On or before **Wednesday, October 27, 2010**, the parties shall inform the Court of the agreed-upon selections, or if no agreement can be reached, the parties shall present the Court with their respective selections.

(4) Relative to the May 16, 2011 KZ RV, LP bellwether trial, **on or before Monday, November 22, 2010,** KZ RV shall advise the Plaintiff and the Court whether it will consent to convert this bellwether trial to a summary jury trial.

(5) Relative to the June 20, 2011 Coachmen Recreations Vehicle, LLC bellwether trial, the parties are to confer and advise the Court **on or before Monday, November 22, 2010,** whether they have agreed on the selection of a bellwether plaintiff

and whether this trial will be a summary jury trial.

(6) Relative to the Manufactured housing non-litigation track, the applicable parties shall file a joint Motion for Preliminary Approval of a Settlement Class **on or before Monday, November 15, 2010**, which shall be set for hearing, without oral argument, on **Wednesday, December 1, 2010.**

(7) **On Friday, December 3, 2010 at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(8) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, December 3, 2010 at 10:00 a.m.**

New Orleans, Louisiana, this 22nd day of October 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE