PTC Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

Magistrate: _____

# FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **10-22-10**     TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dennis Reich | Reich & Binstock | PSC |
| CHARLES PENOT | MRG | FLUOR |
| M2# Morelad | Becnel | TI |
| Robert Y. Becnel | Becnel | TI |
| Jim Percy | Jones Walker | Def. Keystone |
| Stewart Thorp | Taylor Porter | Coachmen |
| Janet MACDONELL | Same | Agbayani |
| Theresa Anderson | MMP | Athens |
| BRENT MAGGIO | Allen + Gooch | Sun Valley / Heartland |
| MARK VERRET | Allen & Gooch | Sun Valley / Heartland |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____ _____
PLAINTIFF(S)

versus _____

_____ Magistrate: _____
DEFENDANT(S)

# FEMA MDL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFERENCE: _____ PRE-TRIAL: _____ ✓ STATUS _____ SETTLEMENT

DATE: **10-22-10**     TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Linda J. Nelson | Lambert and Nelson, PLC | PSC |
| Lamont P. Domingue | Voorhies & Labbe | Cavalier et al |
| Tom Cougill | W.F + C | Jayco a. Starcraft |
| Ernie Gieger | Gieger Laborde & Laperouse | Forest River |
| Andy Weinstock | @ Duplass Zwain | Gulf Stream |
| Gerry Barrios | Baker Donelson | CH2M HILL |
| Adam Dinnell | USDOJ | USA |
| Tim Scandurro | Scandurro Kayrissa | Gulf Stream |
| David R. Denaro | Dencaro 3 Assoc | PSC |
| Karen Whitfield | Baker Donelson | SHAW |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____ _____

PLAINTIFF(S)

VERSUS

_____ Magistrate: _____

_____

DEFENDANT(S)

# FEMA MDL

*******************************************************

CONFERENCE: _____ PRE-TRIAL ✓ STATUS _____ SETTLEMENT

DATE: **10-22-10**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Joe Rausch | Jim Hale | TT |
| Kelly Brian | Duansonne & Remondet | Insurer |
| Justin Woods | PSC | TT |
| Russell Holwedel | Adam Wolfe Holwedel | B. Insurer |
| Gregg Courriee | " " | " " |
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Cynthia Thomas | Galloway Johnson | Sunny Brook RV |
| Robert Shiveley | Mc Glinchey Steffon | Skyline/Layton |
| Tod Evercage | McGlinchey Stafford | Skyline |

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____
PLAINTIFF(S)

_____

VERSUS

_____                    Magistrate: _____
DEFENDANT(S)

# FEMA MOL

*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **10-22-10**   TIME: ~~9:00~~ **10 AM**

# PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Eric B. Berger | Lobman Carnahan | Crum + Forster Specialty Ins Co |
| Howard Kaplan | Bernard Cassisa | Superior Homes LLC |
| Delbert Miller | K2RV | K2RV |
| Ben Mayeaux | Laborde & Neonon | Horton Homes |
| John Hainkel | Frilot | Bechtel |
| Jerry Bowes | QL | Forest River |
| Cason Strickland | " | " " |
| | | |
| | | |
| | | |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____

_____
PLAINTIFF(S)

versus

_____                    Magistrate: _____
DEFENDANT(S)

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: __10-22-10__    TIME: __10:AM__

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Anne E. Briard | Lugenbuhl, Wheaton, Peck, Rankin and Hubbard | Liberty Mutual Insurance Company |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |