UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Charles Henry Cager, Sr. , et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4084 | * * | MAGISTRATE CHASEZ |

******************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4084.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaint |
|---|---|---|
| Carlisse Marie Cager | 2:09-cv-8346 | Cager, et al, v. Layton Homes, Corp. |
| Carlisse Marie Cager obo C.M.C. | 2:09-cv-8346 | Cager, et al, v. Layton Homes, Corp. |

| Charles Henry Cager | 2:09-cv-8346 | Cager, et al, v. Layton Homes, Corp. |
|---|---|---|
| Harriet Smith Cager | 2:09-cv-8346 | Cager, et al, v. Layton Homes, Corp. |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY:   */s/ Lawrence J. Centola, Jr.*

    LAWRENCE J. CENTOLA, JR.

    Lawrence J. Centola, Jr., LA Bar #3962
    Hurricane Legal Center
    600 Carondelet Street, Suite 602
    New Orleans, LA 70130
    Telephone: (504) 525-1944
    Facsimile: (504) 525-1279
    lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                  /s/ *Lawrence J. Centola, Jr.*
                                                    Lawrence J. Centola, Jr.