UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Alvin Dupre, et al, v. Alliance Homes, Inc., et al.   Civil Action No. 09-4085* | * * * | MAGISRATE CHASEZ |

**************************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4085, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| Alvin Dupre | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Anita Howle-Reugger | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Clea Williams | 2:09-cv-8354 | Clea Williams v. Giles Industries, Inc., et al |
| Cleveland Faulk | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |
| Courtney Bickham | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |
| Darlene Williams | 2:09-cv-8332 | Laronda Williams; Mable Williams; and Darlene Williams v. TL Industries, Inc. |
| Delores Butler | 2:09-cv-5693 | Theresa Butler et al v. Timberland RV Company |
| Doris Faulk | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |

| Doris Faulk obo V.B. | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |
| --- | --- | --- |
| Gwendolyn Tally | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| Joyce R. Thomas | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Laronda Williams | 2:09-cv-5966 | Laronda Williams et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Laronda Williams | 2:09-cv-8332 | Laronda Williams; Mable Williams; and Darlene Williams v. TL Industries, Inc. |
| Mable Williams | 2:09-cv-8332 | Laronda Williams; Mable Williams; and Darlene Williams v. TL Industries, Inc. |
| Mary Dupre | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Patricia Jones | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Patricia Jones | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| Patricia Jones | 2:09-cv-8348 | Wilson, et al v. American International Specialty Lines Insurance Company, et al |
| Robert Reugger | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Ronald Jones | 2:09-cv-8348 | Wilson, et al v. American International Specialty Lines Insurance Company, et al |
| Ronald Wilson | 2:09-cv-8348 | Wilson, et al v. American International Specialty Lines Insurance Company, et al |
| Terry Brown | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Terry Brown obo T.B. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Terry Brown obo T.B. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Theresa Butler | 2:09-cv-5693 | Theresa Butler et al v. Timberland RV Company |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC


BY:    <u>*/s/ Lawrence J. Centola, Jr.*</u>

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        <u>/s/ *Lawrence J. Centola, Jr.*</u>
        Lawrence J. Centola, Jr.