UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Shantell Rucker, et al, v. Alliance Homes, Inc., et al.*   Civil Action No. 09-4080 | * * | MAGISRATE CHASEZ |

**************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4080, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | Case No. | Matched Complaint |
|---|---|---|
| AARON SELVAGE, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALICE CURTAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALICIA MENVILLE | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| ALINE PRESTON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| ANGELA PRUDHOMME | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ANGELINA CARNIOLA | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| ANGELINA MILTON DUPLESSIS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ANITA COOPER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| Name | Case No. | Caption |
|---|---|---|
| ANITA COOPER ON BEHALF OF A.S. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANNA MAE COLLINS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Anthony Meyer | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Anthony Meyer, Sr. on behalf of A.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Anthony Meyer, Sr. on behalf of M.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ANTHONY STUPRICH, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ANTIONETTE SELVAGE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ANTIONETTE SELVAGE obo C.S. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ASHLEY LUAN MANGAR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| AYSHANI SEGUE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BEATRICE COMBRE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BEATRICE GRANT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BENJARVUS GREEN-ELLIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BOBBIE BLACK | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF A.B. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF B.F. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF C.B. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF C.F. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF D.C. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF I.G. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF K. B. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| BOBBIE BLACK ON BEHALF OF K.B. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Bonnie Matthews | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| BRENDON BLACK | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
|---|---|---|
| BRIAN HILL | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| BRIAN HILL ON BEHALF OF B.H. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| BRIAN HILL, SR. ON BEHALF OF B.H., JR. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| BRITTANY ALBERS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| BYRON CURTIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream, et al |
| CAREY BROUSSARD ON BEHALF OF C.B. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CAREY BROUSSARD ON BEHALF OF K.B. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CAREY BROUSSARD, SR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CARNAVIUS DAVALIE | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| CATHERINE STEVENS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CHARLENE JOSEPH | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHARLENE JOSEPH ON BEHALF OF A.J. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHARLENE JOSEPH ON BEHALF OF T.J. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHARLENE JOSEPH ON BEHALF OF V.B. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHARLENE JOSEPH obo Z.J. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHARLIE JACKSON | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CHERYLYN A. DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Chester Hunter | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHRISHAWN BLACK | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| CLARA M. CARTER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CLYDE BOLTON, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| COLLETTE CHARTIAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| COLLETTE CHARTIAN ON BEHALF OF A.C. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| COLLETTE CHARTIAN ON BEHALF OF J.S. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CORNELIUS BENTLEY | 2:09-cv-5649 | Gregory Lewis et al v. Skyline Corporation and CH2M |
| DAJUAN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DANIEL CHARTIAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DAPHNE CLARK | 2:09-cv-5649 | Gregory Lewis et al v. Skyline Corporation and CH2M |
| DAPHNE CLARK ON BEHALF OF D.B. | 2:09-cv-5649 | Gregory Lewis et al v. Skyline Corporation and CH2M |
| DARLENE HARRIS | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| DARRELL LEE PRESTON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| DAVID CUSHMAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DAVID HILTON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DAWN JOHNSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| DAWN JOHNSON ON BEHALF OF D. W. | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| DAWN JOHNSON ON BEHALF OF K.J. | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Dayna Lynette Bolton | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Debra Martinez | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Debra Martinez | 2:09-cv-8334 | Martinez, et al, v. Forest River, Inc. |
| DEJOYCE BRUMFIELD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DENNIS WILLIAMS, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEON ALEXIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEVIS HARRIS | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Donald Longfellow | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Donald Longfellow on behalf of J. L. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Donald Longfellow obo P.L. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| DONNA VINCENT | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Donna Vincent | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| Donna Vincent obo A.V. | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| DONNA VINCENT ON BEHALF OF A.V. | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| DOREEN HILLS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| EDGAR BUCHANAN | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| Edgar Self obo Elizabeth Tillis | 2:09-cv-6026 | Edgar Self obo Elizabeth Tillis, et al v. Gulf Stream Coach, Inc. |
| ELESHA SPILLER | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| EMILY STUPRICH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ERIC WALKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ERIC WALKER, JR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ERMIDA STUPRICH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Faith Chaussy | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| FAYNETTE WALKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| FRANK BELLAZER | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| FRANK BERNDT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FRANK DUPLESSIS, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| FRED MENVILLE | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| FRED MENVILLE III | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| FRED MENVILLE III ON BEHALF OF E.C. | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| FRED MENVILLE III ON BEHALF OF F.M. IV | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| FRED MENVILLE III ON BEHALF OF T.M. | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| FREDDY BURGESS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| GAIL DAVALIE | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| GAIL MENVILLE | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| GARY BALLIER | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Gary Ballier | 2:09-cv-8343 | Gary Ballier and Peggy Ballier v. Frontier, Inc. and Fluor Enterprises, Inc. |
| GILBERT CHARTIAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GINA SMALLWOOD | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| Glenisha Owens | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GLENN BROWN | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| GLORIA CALDWELL | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| GRACE GIOUSTOVIA | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Grace Gioustovia | 2:09-cv-5951 | Grace Gioustovia, et al. v. Starr Excess Liability Insurance Company, Ltd. et al |
| GRACE GIOUSTOVIA ON BEHALF OF S.G. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| GWENDOLYN ALBERS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| HAROLD VINCENT | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Harold Vincent | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| Harrington Matthews | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Heidi Jones | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Heidi Jones | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| HOWARD MCNEIL | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Ida Stewart | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ISAM HARRIS ON BEHALF OF L.H. | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| ISAM HARRIS, SR. | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Jane Owens | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| Jane Owens on behalf of G. B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JEFFREY JOHNSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| JERRY HILLS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| JESSE WALLACE, JR | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| Jessie Stewart | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| John Matthews | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JONATHAN BLACK | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| JOSEPH LANE | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Joseph Lane on behalf of J.L. | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| JOSEPH LANE ON BEHALF OF J.L. | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Joshua Hunter | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOSHUA WALKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| JOYCE FLOT | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Joyce Hunter | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JUAN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEITH DARBY | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Kenneth Martinez, Jr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kenneth Martinez, Jr. | 2:09-cv-8334 | Martinez, et al, v. Forest River, Inc. |
| Kenneth Martinez, Sr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kenneth Martinez, Sr. | 2:09-cv-8334 | Martinez, et al, v. Forest River, Inc. |
| KENNETH R. CEASER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KENTSWAN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Kieth Polite | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kieth Polite on behalf of I. P. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| KIM SYLVE ON BEHALF OF A. T. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| LAKEYSHA LANE | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| LANCE JENKINS ON BEHALF OF L.J. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| LANCE JENKINS, SR | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| LATANYA BRADFORD | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LATANYA BRADFORD ON BEHALF OF J.B. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LATANYA BRADFORD ON BEHALF OF J.B. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LATOYA VANZANT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LATOYA VANZANT ON BEHALF OF D.G. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Lillie S. Bolton | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LILLIE SMITH | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| LINDA OUBICHON | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| LIONEL STEVENS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LISA BUCHANAN | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| LISA BUCHANAN OBO C. B. | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| LISA SCARLETT | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| LYNN DILLON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARGO JACKSON | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| MARIA G. CLEMENTIN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Maria G. Clementin | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Mark Morris | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MARQUIS HARRIS | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| MARY WALLACE | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| MATTHEW BEAULIEU | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MELVIN DUSSUAU | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MERLIN FLOT | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MICHAEL KING | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| MICHAEL RUCKER ON BEHALF OF M.R. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| MICHAEL RUCKER ON BEHALF OF M.R. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| MICHAEL RUCKER ON BEHALF OF M.R. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| Michael Rucker | 2:09-cv-6572 | Michael Rucker, et al. v. Stewart Park Homes, Inc. |
| Michele Chaussy | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| MICHELLE DORSEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MICHELLE DORSEY ON BEHALF OF A.D. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MICHELLE DORSEY ON BEHALF OF A. D. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MORRIS MOORE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MYKESHA MOORE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MYKESHA MOORE | 2:09-cv-5954 | Austin Harrell et al v. Sentry Insurance et al |
| MYRON BEAULIEU | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| NANCY RIVERS | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Natasha Thomas on behalf of D. T. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Nickole Chaussy | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Nickole Chaussy on behalf of T. A. | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| NIKKI SHONTELL COLLINS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| NIKKI SHONTELL COLLINS obo L.T. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| OAKLEY FAZANDE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |

| | | |
|---|---|---|
| ORIN COLIN MANGAR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| OTIS ANDERSON | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| PATRICK WILLIAM | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| PAULA AINEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PAULA AINEY ON BEHALF OF M.A. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PEGGY BALLIER | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Peggy Ballier | 2:09-cv-8343 | Gary Ballier and Peggy Ballier v. Frontier, Inc. and Fluor Enterprises, Inc. |
| Perry G. Thompson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PORCHA' LANE | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| QUYNH CUSHMAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RACHEL VINCENT | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Rachel Vincent | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| RAISA SYLVE | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Raquel Hall | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| RAQUEL HALL AS THE ADMINISTRATOR OF THE ESTATE OF R.Y. | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| RAYMOND DILLON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| REGINALD BATISTE | 2:09-cv-6026 | Edgar Self obo Elizabeth Tillis, et al v. Gulf Stream Coach, Inc. |
| REGINALD BATISTE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| RHONDA MOORE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| RICKY SMALLWOOD, JR | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| RICKY SMALLWOOD, SR | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| RIKKI VINCENT | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Rikki Vincent | 2:09-cv-8325 | Larry Jones, et al, v. Coachmen , et al |

| | | |
|---|---|---|
| RODERICK BAPTISTE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RONALD DECUIR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RONALD MICHAEL YOUNG, JR | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| RONALD YOUNG JR. ON BEHALF OF J.P. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| ROSE HART | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| SAMUEL PROUT, JR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SAMUEL SCARLETT, JR | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| SAMUEL SCARLETT, SR | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| Samuel Scarlett, Sr. obo B. S. | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| SHANTELL BLANCHARD | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHANTELL BLANCHARD ON BEHALF OF S.G. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHANTELL RUCKER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| SHARON SPURLOCK | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHARON SPURLOCK OBO D. S. | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHARON SPURLOCK ON BEHALF OF A.S. | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHARON SPURLOCK ON BEHALF OF B.S. | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHARON SPURLOCK ON BEHALF OF K.S. | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHARON SPURLOCK ON BEHALF OF M.S. | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| SHEDRICK WALLACE | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| Sheila Hunter | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Sheretta Polite | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream |

| | | |
|---|---|---|
| SHIRLEY FAZANDE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| SHIRLEY SPURLOCK | 2:09-cv-5735 | Sharon Spurlock OBO Davidneisha Spurlock et al v. Liberty Mutual Insurance Corp. |
| Sommer Martinez | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Sommer Martinez | 2:09-cv-8334 | Martinez, et al, v. Forest River, Inc. |
| Sonya Maas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Sonya Maas on behalf of M. M. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| STANLEY KEYS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| STEPHEN ALBERS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| STEPHEN ALBERS ON BEHALF OF A.A. | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| SUSAN MINNIX | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| TAMIKA DILLON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TAMMY CURTAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TANGILIA SELVAGE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TANGILIA SELVAGE ON BEHALF OF D.H. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TANGILIA SELVAGE ON BEHALF OF P.H. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TANGILIA SELVAGE ON BEHALF OF T.E. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TERESITA DECUIR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TERRIANE CHARTAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TOMMY E. CURTAIN, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TOMMY E. CURTAIN, SR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Tonya Meyer | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tracy Martin | 2:09-cv-5687 | Tracy Martin et al v. Giles Industries, Inc. et al |
| Tracy Martin | 2:09-cv-5687 | Tracy Martin et al v. Giles Industries, Inc. et al |

| TRINA LANE | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Troy Mix | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Troy Mix on behalf of T. M. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TYLITA CURTAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TYRIS DUPLESSIS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| VIOLET JONES | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Violet Jones | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| Violet Jones on behalf of H. J. | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| VIOLET JONES ON BEHALF OF H.J. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| WAYNE ROSS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| WHITNEY BENTLEY | 2:09-cv-5649 | Gregory Lewis et al v. Skyline Corporation and CH2M |
| WILLIE LEE COLLINS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:    */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.


/s/  *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.