# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| ***Michelle Abron, et al, v. Alliance Homes,*** | * | |
| ***Inc., et al   Civil Action No. 09-4077*** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4077.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying "unmatched" Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| AARON CHAMBERLAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| AARON CHAMBERLAIN ON BEHALF OF P.R. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALBERT CLARK | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| ALBERT CLARK obo  T.J. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALEXANDER A. SASSONE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALICE BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ALICE GRAY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALICE GRAY ON BEHALF OF I.J. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ALPHIA CAMPBELL | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| ALPHIA M. MYERS CAMBELL ON BEHALF OF C.M. | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| Amelia Tolliver | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ASHTON BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| AUSTIN DENNIS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| BERTHARD SKIDMORE, JR | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| Betty Ford Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BILLY SHELBY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BLAZE GILYOT, SR | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| BOBBY SOUBLET II | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BRANDON FLOWERS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BRELANE CARRIERE | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| Brelane Carriere | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Brelane Carriere on behalf of  A.C. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| BRELANE CARRIERE ON BEHALF OF A.C. | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| Brelane Carriere on behalf of C. B. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| BRELANE CARRIERE ON BEHALF OF C.B. | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| Brelane Carriere on behalf of S. J. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| BRELANE CARRIERE ON BEHALF OF S.J. | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| BRENDA COMEAUX | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| CAROL LEE KELLY | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| CAROLYN DENNIS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| CASEY LLYOD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CELESTINE WALKER | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| CELESTINE WALKER ON BEHALF OF K.W. | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| CHARLEEN CONDOLL | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| Charleen Condoll obo D.M. | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| CHARLEEN MCKEY | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| CHARLES BUTLER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHARLES EVANS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Christopher Carriere | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| CHRISTLE GRELLE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Clarence Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CONAN FLOWERS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| DANIEL CARVINO | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Daniel Haro | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Daniel Haro on behalf of H. H. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DANITA ESTRADA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DANITA ESTRADA ON BEHALF OF H.F. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DANITA ESTRADA ON BEHALF OF T.C. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DARLENE SMITH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DAROYL MCKEYS, SR | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| DARRIEN DELOTTE | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| DOMINIQUE TEMPLE | 2:09-cv-5702 | Dominique Temple obo Noah Lockett IV, et al v. Alliance Homes, Inc. |
| DOMINIQUE TEMPLE OBO N.L.IV | 2:09-cv-5702 | Dominique Temple obo Noah Lockett IV, et al v. Alliance Homes, Inc. |

| DOMINIQUE TEMPLE ON BEHALF OF D.L. | 2:09-cv-5702 | Dominique Temple obo Noah Lockett IV, et al v. Alliance Homes, Inc. |
|---|---|---|
| DOMINIQUE TEMPLE ON BEHALF OF L.T. | 2:09-cv-5702 | Dominique Temple obo Noah Lockett IV, et al v. Alliance Homes, Inc. |
| Donnie Guillory | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| EARL HACKETT | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| EARLINE SKIDMORE | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| EDWARD BRAQUET, SR | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| EDWARD BROWN III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EDWARD BROWN, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EDWARD CAMPBELL | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| ELVINE BAZILE | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| Eva Hoskins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Eva Hoskins on behalf of J.E.W. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Eva Hoskins on behalf of Z. J. T. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Eva Sigur | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Fannie Denson | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Fannie Denson | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| FRANK BUTLER, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FRANK VARONA | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| GEORGE GRELLE II | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| GEORGE SIGUR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GLADYS SMITH | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Gladys Smith | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| GLADYS WILLIAMS | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| GLENDA AVERY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GREGORY AVERY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| Gregory Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| GREGORY WHITE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Gregory White | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Gregory White obo R. D. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| GREGORY WHITE ON BEHALF OF R. D. | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| GREGORY WHITE, JR | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Gregory White, Jr. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| GREGORY ZENO | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| GRETA THOMPSON | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| Guy C. Theard | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| INDIA MCDOUGLE ON BEHALF OF J.M. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JANICE ZENO | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| JANICE ZENO ON BEHALF OF G.H. | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| JCT RULEN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JEAN RILEY | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| JEARDINE CARTER | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| JERRALYN AMBROSE-BAZILE | 2:09-cv-5704 | Lisa Buchanan OBO Carolyn et al v. Timberland RV Company et al |
| Jo Peshek | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| JOAN CHAMBERLAIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOAN HILL | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| JOHN BERNARD, SR | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| JOHN FAUSTERMANN | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| JOSEPH AILSWORTH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOSEPH COMEAUX | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOSEPHINE VARONA | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| JOSHUA CHERAMIE | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |

| Joyce Faustermann | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
|---|---|---|
| JULIA CHERAMIE | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| JULIAN HAMILTON | 2:09-cv-5751 | Dave Charles Jr.  et al v. American International Group, et al |
| JULIAN HAMILTON | 2:09-cv-6036 | Julian Hamilton  v. Starr Excess Liability Insurance Company, Ltd. et al |
| Julius Handy | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Julius Handy on behalf of J. H. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KELCEY BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KELSEY CHERAMIE | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Kevin Guillory | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LESLEY DARMAS | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LISA HENCE | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| LISA LOWE | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| Lorey Kieff | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lorey Kieff | 2:09-cv-8313 | Lorey Keiff, et al v. Forest River, Inc. and Fluor Enterprises, Inc. |
| Lorey Kieff on behalf of C. K. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lorey Kieff on behalf of C.K. | 2:09-cv-8313 | Lorey Keiff, et al v. Forest River, Inc. and Fluor Enterprises, Inc. |
| LORRAINE ROBERTS | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| LOUANNE GILYOT | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| MAE AILSWORTH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Manghee Robinson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| MARVIN TOBIAS | 2:09-cv-5702 | Dominique Temple obo Noah Lockett IV, et al v. Alliance Homes, Inc. |
| MARVIN TOBIAS | 2:09-cv-6289 | Marvin Tobias v. Alliance Homes, Inc., et al |
| MATTHEW CLARK | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| Melanie Kieff | 2:09-cv-8313 | Lorey Keiff, et al v. Forest River, Inc. and Fluor Enterprises, Inc. |
| Melanie Kieff | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| Melanie Kieff on behalf of C. K. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
|---|---|---|
| Melanie Kieff on behalf of C.K. | 2:09-cv-8313 | Lorey Keiff, et al v. Forest River, Inc. and Fluor Enterprises, Inc. |
| Melva Guillory | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MICHELLE ABRON | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MICHELLE ABRON ON BEHALF OF A. A. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MICHELLE ABRON ON BEHALF OF C.R. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MICHELLE ABRON ON BEHALF OF T.R. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MR. ANTOINE J. CARTER | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| MYLUS FRANKLIN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| NIEKIEA WHITE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Niekiea White | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Niekiea White obo A. L. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Niekiea White obo A.A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Niekiea White obo D. L. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| NIEKIEA WHITE ON BEHALF OF A. L. | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| NIEKIEA WHITE ON BEHALF OF A. A. | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| NIEKIEA WHITE ON BEHALF OF D.L. | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| OGDEN CARTER | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| OJESS CHERAMIE | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Oliver Coleman | 2:09-cv-5669 | Deborah Lambert et al v. KZRV, LP/Shaw |
| OLIVIA CARRIERE | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| OPHELIA EVANS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| PAMELA FONTENOT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| PEARL SASSONE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PETER WINKLER | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Quinton Tolliver | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rhonda Riley | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |

| ROBERT JOHNSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
|---|---|---|
| Roland Staiano | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Romona Lucas | 2:09-cv-8313 | Lorey Keiff, et al v. Forest River, Inc. and Fluor Enterprises, Inc. |
| Romona Lucas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROSEMARY ROUT | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| ROY ESTEEN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ROY ESTEEN ON BEHALF OF K. E. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Sandra Rivoire | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SANDRA WHITE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Sandra White | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Sandrell Handy | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHARON ANNE FOUNTAIN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHARON AVIST | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHARON FOUNTAIN ON BEHALF OF M.J.A. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Sherineicia Carriere | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| SHERINEICIA CARRIERE | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| SHIRLEY HENCE | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| SHIRLEY ROCCAFORTE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| SILAS CRAWFORD | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Silas Crawford | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| SPURGEON CONDOLL | 2:09-cv-5644 | Charleen Condol et al v. Keystone Industries, Inc. et al |
| STEPHANIE SOUBLET | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| STEPHANIE SOUBLET ON BEHALF OF B.S. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| STEVEN JACKSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| STEVEN JACKSON | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |

| Steven Jackson | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| SUSAN MILLER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Suzette LaShawn Robinson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TAYLOR EVANS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| THERESA TILLEY DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| THERESA TILLEY DAVIS ON BEHALF OF R.AT. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| THERESA TILLEY DAVIS ON BEHALF OF S.D.T. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TINA ROBERTS | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| TONYA BERNARD | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| TONYA BERNARD ON BEHALF OF J.R. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| ZEATTA PREATTO | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| ZENA EZEB | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ZEVENAAR FLOWERS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:      */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*/s/  Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.