MINUTE ENTRY
ENGELHARDT, J.
October 22, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, October 22, 2010, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.  Participating were Gerald E. Meunier, Justin I. Woods, Matthew B. Moreland, Linda J. Nelson, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Dennis C. Reich, Robert M. Becnel, Charles E. Leche, Karen Whitfield, Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Adam M. Dinnell, Anthony G. Buzbee, Thomas L. Cougill, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio and Andrew D. Weinstock.

**Court Reporter: Karen Ibos**

JS10(0:60)