MINUTE ENTRY
ENGELHARDT, J.
October 22, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, October 22, 2010, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Matthew B. Moreland, Linda J. Nelson, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Dennis C. Reich, Robert M. Becnel, Charles E. Leche, Karen Whitfield, Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Adam M. Dinnell, Anthony G. Buzbee, Thomas L. Cougill, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio and Andrew D. Weinstock.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #78 dated October 22, 2010 (Rec. Doc. No. 17328).

**Court Reporter: Karen Ibos**

JS10(0:35)