IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   07-5709 *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIMS FOR DAMAGES IN *JOSEPH M. PUJOL, ET AL. V. PILGRIM INT'L, INC. ET AL. THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES*

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Gaynell Martin, Brandon Jarelle Veal and Byron J. Veal and Donielle Marie Veal individually and on behalf of their minor children Bryan Jamal Veal and Bradley Justin Veal, who respectfully request this Honorable Court grant their Motion To Dismiss Without Prejudice Plaintiffs' Claims For Damages In *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc., et al. Third Supplemental And Amending Complaint For Damages*.  Plaintiffs, on August 11, 2009, filed a separate complaint matching each Plaintiff with a specific manufacturing defendant and contractor defendant.  *See Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., Sentry Ins. a Mutual Co., Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency.*  Civil Action No. 09-5493.

Because Plaintiffs are named in a separate and earlier filed matched complaint, Plaintiffs move this Honorable Court to grant Plaintiffs' Motion To Dismiss Without Prejudice Plaintiffs' Claims For Damages in *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc., et al.*, Civil Action No. 07-5709.

1

Respectfully submitted,

   */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all liaison counsel of record.

   */s/ Hugh P. Lambert*
HUGH P. LAMBERT, #7933

2