IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   *07-5709*  *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion To Dismiss Without Prejudice Plaintiffs' Claims For Damages in *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc. et al. Third Supplemental And Amending Complaint for Damages* on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion To Dismiss Without Prejudice Plaintiffs' Claims For Damages in *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc. et al. Third Supplemental And Amending Complaint for Damages* is GRANTED.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE