**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   07-5709 | * | JUDGE ENGELHARDT |
| *Joseph M. Pujol, et al. v. Pilgrim International,* | * | MAGISTRATE CHASEZ |
| *Inc., et al.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing Liaison Counsel for the United States Government, as well as Liaison Counsel for Manufacturing, Contractor and Insurance Defendants have been contacted and do not object to the filing of Plaintiffs' Motion to Dismiss Without Prejudice Plaintiffs' Claims for Damages in *Joseph M. Pujol, et al. vs. Pilgrim Int'l, Inc., et al. Third Supplemental and Amending Complaint for Damages,* with the reservation of all defenses.

        Respectfully submitted,

         */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all liaison counsel of record.

                                              */s/ Hugh P. Lambert*
                                              HUGH P. LAMBERT, #7933