UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Keiana Hunt, et. al., v. Alliance Homes, Inc, et. al. Civil Action No. 09-4081* | * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4081.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| ALFRED LEWIS OBO S.L. | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Specialty Insurance co. et al |
| Alfred Lewis obo T.J. | 2:09-cv-8345 | Pleasant, et al v. Crum and Forster Specialty Insurance Company, et al |
| ALFRED MCROYAL | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Specialty Insurance co. et al |
| ALTHEA WARREN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |


| | | |
|---|---|---|
| ANDREW SYLVAS | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| April Fournier | 2:09-cv-8316 | April Fournier et al v. Cavalier Home Builders, LLC and Cavalier Homes, Inc. |
| ARIANNE HARRIS | 2:09-cv-5674 | Dontrell Burnett et al v. Layton Homes Corp, et al |
| BARBARA KELLY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Specialty Insurance co. et al |
| Bernard Tillman, Sr. | 2:09-cv-8308 | Berry, et al v. Keystone Industries, Inc., et al |
| Betty Luwisch | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BETTY QUINN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Beverly Spann | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BOBBY BROUSSARD ON BEHALF OF B.B. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BOBBY BROUSSARD, JR | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BOBBY WILSON, JR | 2:09-cv-5672 | Kendrick Williams et al v. Vanguard Industires of Michigan, Inc. et al |
| BOBBY WILSON, SR | 2:09-cv-5672 | Kendrick Williams et al v. Vanguard Industires of Michigan, Inc. et al |
| BRANDON CELESTAIN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRENNAN GARNETT | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRITTNEY PETERS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BRITTNEY PETERS ON BEHALF OF R.C. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CARL BOWMAN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| CARL BOWMAN ON BEHALF OF K.S. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| CARL BOWMAN ON BEHALF OF R.W. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| CARL BOWMAN ON BEHALF OF S.L. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| CAROL CELESTAIN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CAROL PIERCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CARRIE ENGLAND | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Catherine Jones Pleasant | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CECELIA GILLIAM | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |

| | | |
|---|---|---|
| CECELIA GILLIAM ON BEHALF OF D.B. | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| CECELIA GILLIAM ON BEHALF OF J.C. | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| Cedric Scott | 2:09-cv-8316 | April Fournier et al v. Cavalier Home Builders, LLC and Cavalier Homes, Inc. |
| Cedric Scott obo G.S. | 2:09-cv-8316 | April Fournier et al v. Cavalier Home Builders, LLC and Cavalier Homes, Inc. |
| Charlie Braschears | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Chasity Tuesno | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHINETTE ARMSTEAD | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| CHRIS ROBERTS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CHRISTINE SIMMONS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CORDELLA OLIVER | 2:09-cv-6022 | Undrea Alexander obo Keith Alexander, et al v. Recreation by Design , LLC, et al |
| CORDELLA OLIVER | 2:09-cv-6033 | Keith R. Jones obo Linda A. Green et al v. Recreation by Design, LLC et al |
| CORNELL ESTEEN, JR | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Cornell Esteen, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| COURTNEY DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Crystal Simmons | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Cynthia Walter | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| DARREL HENRY ON BEHALF OF J.H. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| DARREL HENRY, JR. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| DARREL HENRY, SR. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Darryl Bordenave | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DAVANTE STEEN | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| DEBRA ESTEEN | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Debra Esteen | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Demetrius Howard | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DENIKA GAINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DEVANE MARSHALL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| Dianne Thomas | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DIANNELL WILLIAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DION DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DION DAVIS ON BEHALF OF B. B. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DIONNE PRINCE | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| DOMINIC GINARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Don Cunningham | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| DONNIE SEXTON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Donnie Sexton obo H.S. | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| DONNIE SEXTON ON BEHALF OF T.S. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Dontrell Burnett | 2:09-cv-5674 | Dontrell Burnett et al v. Layton Homes Corp, et al |
| Dorothy Tuesno | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| ELVIN KELLY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| Emmanuel Spann, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ERICA DUMAS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ERICA DUMAS ON BEHALF OF K.D. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ERNEST DUMAS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ESTER DUMAS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ETHEL LENARIS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| EUGENE GREEN | 2:09-cv-6022 | Undrea Alexander obo Keith Alexander, et al v. Recreation by Design , LLC, et al |
| EUNICE RAYMOND, JR. | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Eunice Raymond, Jr. | 2:09-cv-6023 | Eunice Raymond, Jr. v. Forest River, Inc. et al |
| EVELYN VADOVSKY | 2:09-cv-5724 | Evelyn Vadovsky et al v. Superior Homes, LLC et al |
| Fabian Berry | 2:09-cv-8308 | Berry, et al v. Keystone Industries, Inc., et al |
| GINA GUILLORY | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |

| | | |
|---|---|---|
| Ginger Indovina | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| HADEN BROWN | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| HAROLD HENDERSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| HERMAN GUILLORY ON BEHALF OF C.G. | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| HERMAN GUILLORY, JR. | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| HERMAN GUILLORY, SR. | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| HERMAN THOMAS | 2:09-cv-5729 | Valice Thomas et al v. TL Industries, Inc. |
| ISAM HARRIS | 2:09-cv-5674 | Dontrell Burnett et al v. Layton Homes Corp, et al |
| JABARI BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JACQUELINE CAMPBELL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JACQUELYN CAMPBELL ON BEHALF OF R.C. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JACQUELYN HENRY | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| JACQULYN BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| James Carey | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| James Carey | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| James Lucas | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| James Magee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| James Magee | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| James Magee on behalf of D. M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| James Magee on behalf of D. M. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| JAMES PRINCE, SR | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| JAMES PRINCE, SR. ON BEHALF OF J.P., JR. | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| JAMIAS CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| JAMITHA CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| JANE LABAUVE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Jaunell Johnson | 2:09-cv-8345 | Pleasant, et al v. Crum and Forster Specialty Insurance Company, et al |

| | | |
|---|---|---|
| JEROME MARTIN | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JEROME MARTIN ON BEHALF OF B.M. | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JOAN WILSON | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| JOENELL HENRY | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| JOENELL HENRY ON BEHALF OF C.T. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| John Kelly | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JONIKA QUINN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Joseph A Pleasant on behalf of J. A. P. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Joseph A Pleasant on behalf of K.A.P. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Joseph A Pleasant, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOSEPH BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOY BLACKSTONE | 2:09-cv-5959 | Joy Blackstone v. Sentry Insurance a Mutual Company et al |
| JOYCE RICHARDSON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Julian Youngblood | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Julian Youngblood | 2:09-cv-8324 | Julain Youngblood, et al v. Recreation by Design, LLC, et al |
| JULIE COOK | 2:09-cv-5957 | Julie Cook et al v. Dutchmen Manufacturing Inc. |
| JULIEAN WILSON, JR | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| JULIEAN WILSON, JR | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| JULIEAN WILSON, SR | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| JULIEAN WILSON, SR | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| Julius Handy | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JUSTIN COOK | 2:09-cv-5957 | Julie Cook et al v. Dutchmen Manufacturing Inc. |
| JUSTIN COOK OBO D.C. | 2:09-cv-5957 | Julie Cook et al v. Dutchmen Manufacturing Inc. |
| KA'LYN BURNETT | 2:09-cv-5674 | Dontrell Burnett et al v. Layton Homes Corp, et al |
| Karen Polk | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| Katrina Labeau-Davis | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KEISHA MARTINEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| KEISHA MARTINEZ ON BEHALF OF B.M. | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| Keith Davis | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KENNETH BATTISTE | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| KENNETH JOHNSON | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| KENYATTA ANDREA STEEN | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| KEVIN FACIANE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEAGENESA CAUSEY ON BEHALF OF I. D.M. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEAGENESA CAUSEY ON BEHALF OF I. D.M. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEAGENESIA CAUSEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEATRICE ROBERTS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Leon Indovina III | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LEONARD PRICE, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LESTER DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEVY O. BARNES | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| LINDA GREEN | 2:09-cv-6022 | Undrea Alexander obo Keith Alexander, et al v. Recreation by Design , LLC, et al |
| LINDA PRICE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LINDA PRICE ON BEHALF OF A.L. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LINDA WILSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| LISA GAINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LISA GAINES ON BEHALF OF C.G. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LISA GAINES ON BEHALF OF C.G. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LOUISE NOEL, JR | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Mack Barnes | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| Major Lebeau | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| MARGARET BAILEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARGARET BAILEY ON BEHALF OF K.J. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARILYN ANDERSON | 2:09-cv-5956 | Parcy Watson, et al v. Keystone Industries, Inc. et al |
| MARION T. JOHNSON | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Mark Cunningham | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| MARLENE TANKERSON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MARSHALL WILSON, JR | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| MARVIN WILSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| MARVIN WILSON, SR | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| MARY RICHARD | 2:09-cv-5699 | Creniesha Richard et al v. Scotbuilt Homes, Inc. |
| MATTIE ENGLAND | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Melvin Howard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MONICA DUMAS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MONICA DUMAS ON BEHALF OF E.M. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| NATHANIEL LEON, JR | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Orland Powe | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PAMMELA PERRET | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PARCY WATSON | 2:09-cv-5956 | Parcy Watson, et al v. Keystone Industries, Inc. et al |
| Patricia Kelly | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PATRICIA PRICE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Peggy Ricard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PENNY BURGE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Precious Thompson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Precocious Simmons | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RALPH LABAUVE, JR | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |

| | | |
|---|---|---|
| RICKEY LAMAR PARTRIDGE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Robert Walker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rochelle Thompson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROGER FACIANE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ROLAND CAMPBELL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ROLANDA FRANCOIS ON BEHALF OF R F. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Roman Lawrence | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROMERO CAMPBELL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RYAN LABAUVE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Ryan Walker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SAMANTHA CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Sandy Griffin-Tillman | 2:09-cv-8308 | Berry, et al v. Keystone Industries, Inc., et al |
| Santina Maria Griffin | 2:09-cv-8308 | Berry, et al v. Keystone Industries, Inc., et al |
| Scott Indovina | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Sharon Ann Steen | 2:09-cv-5767 | Rhonda Riley, et al, v. Stewart Park Homes, Inc., et al |
| Shawanda Howard on behalf of D. H. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHAWANDA O'NEAL | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| SHAWN WILSON | 2:09-cv-5672 | Kendrick Williams et al v. Vanguard Industires of Michigan, Inc. et al |
| STACEY LABAUVE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| STANLEY R. CONLEY, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Stanley Robinson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Steve Ricard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SUJUAN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SYLVIA LENARIS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| SYLVIA LENARIS ON BEHALF OF J.L. | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| TAMARA MARTIN | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Theresa Ann Powe | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Theresa Ann Powe on behalf of T. C. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Theresa Ann Powe on behalf of T. P. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TOREY CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| Tyriel Thompson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TYRONE POWELL, SR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Undrea Alexander obo Keith Alexander | 2:09-cv-6022 | Undrea Alexander obo Keith Alexander, et al v. Recreation by Design , LLC, et al |
| VALICE THOMAS | 2:09-cv-5729 | Valice Thomas et al v. TL Industries, Inc. |
| VERLENA ROOT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| VICKI GRAY PARTRIDGE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Ward McClendon | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Ward McClendon | 2:09-cv-8324 | Julain Youngblood, et al v. Recreation by Design, LLC, et al |
| WELDON BAKER | 2:09-cv-5724 | Evelyn Vadovsky et al v. Superior Homes, LLC et al |
| WILLIE MAE RAYMOND | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| ZANDRA WILLIAMS | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ZANDRA WILLIAMS | 2:09-cv-5709 | Zandra Williams admin The Estate of 'Jon Banks et al v. Alliance Homes, Inc.et al |
| Zandra Williams admin the estate of S.B. | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ZANDRA WILLIAMS ADMIN THE ESTATE OF S.B. | 2:09-cv-5709 | Zandra Williams admin The Estate of 'Jon Banks et al v. Alliance Homes, Inc.et al |
| ZELDA MARTIN | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new

complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:   */s/ Lawrence J. Centola, Jr.*

        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile: (504) 525-1279
        lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.