UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | * | |

*Rickie Benoit, et al, v. Alliance Homes,*
*Inc., et al     Civil Action No. 09-4086*
*****************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4086, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| ALICIA BENOIT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ANDREW NICHOLSON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANGELA GUTER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ANITA HARRIS | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ANNETTE KEELER | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| APRIL HARRIS | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| APRIL HARRIS ON | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen |

| BEHALF OF K.S. | | Recreational Vehicle Company, LLC et al |
| --- | --- | --- |
| APRIL HARRIS ON BEHALF OF K.S. | 2:09-cv-5746 | Olin Lory Jr. et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ARETHA POWELL ON BEHALF OF L.P. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Armand Barnes | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ARTHERINE MAGEE | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| AUBREY DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| AZELEAN BICKHAM | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BARRY CHARLES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BARRY CHARLES ON BEHALF OF L. C. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Betty Humphrey | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BETTY YOUNG | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BLAINE WILLIAMS | 2:09-cv-5963 | Hermina McCall, et al v. Thor California, Inc. |
| Bonita Bell on behalf of C. B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Bonita Bell on behalf of O.B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BONITA PATRICK | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BRANDON BROWN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BRENDA BURFICT | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| BRITTANY BURFICT | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| CAREY GAILON, JR | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| CARLA MCCLAIN | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |

| | | |
|---|---|---|
| CASSANDRA AGUILAR | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| CATHY BINAFEGHA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CATHY BINAFEGHA ADMIN D. C.B. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CATHY BINAFEGHA ADMIN T.A. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CHARLES HOLLINS, JR. | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| CHRIS DUPLESSIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHRISTA SADERMAN | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Christopher Bickham | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CINDY DAVIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CINDY DAVIS ADMIN J.M. D. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Claude Mitchell | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CLAUDIA WASHINGTON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CLEOPATRA WASHINGTON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CUTINE PITTMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CYNTHIA BROWN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CYNTHIA WHEELER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DAISY MAE LEAVELLS | 2:09-cv-5740 | Lester Scott et al v. Insurance Company of the State of Pennsylvania, et al |
| DAN PITTMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DAN PITTMAN, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DANYELL HINES | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| DANYELL HINES ON BEHALF OF B.H. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| DARLEN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DARLINDA COOK | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DARLINDA COOK ON BEHALF OF D.C. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DARRYL SHEPARD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| DAVID BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEBBIE BROWN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DEBORAH CHARLES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DEBORAH WARD TERO-CROSBY | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| DEBRA CAMPBELL | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| DEBRA CAMPBELL OBO J.C. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| DELICE DAVIS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Delice Davis | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| DENZEL JEFFERSON | 2:09-cv-5737 | Rasheeda Anderson et al v.  Liberty Mutual Insurance Corp. et al |
| DONA GLEBER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EFREN SAMANIEGO | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| ELITA WASHINGTON | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ELITA WASHINGTON ON BEHALF OF E.M. | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ELITA WASHINGTON ON BEHALF OF E.M. | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ELITA WASHINGTON ON BEHALF OF E.L. | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| ELNORA BATISTE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| ELSY GALICIA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
|---|---|---|
| ELVIRA SAMANIEGO | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| EMMA SHEPARD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ERIC TRAVIS | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| ERNEST WASHINGTON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ERVIN BLAISE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FELICIA BARNES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FELICIA BARNES ON BEHALF OF K.J. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FELICIA BARNES ON BEHALF OF R.B. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| FELICIA BARNES ON BEHALF OF R. B. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Felicia Leon | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Floyd Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| FRANCISCO GALICIA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Franciso Galicia on behalf of C.J.G. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Franciso Galicia on behalf of F. G. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Franciso Galicia on behalf of L.M.G. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Franciso Galicia on behalf of S.I.G. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| FRANK CROSBY | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| GAILON CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company, LLC et al |
| GEMA AGUILAR | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| GEORGE BARNES, SR. | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |

| Geraldine Woodridge | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| GLENDA TAYLOR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GLENDA TAYLOR ON BEHALF OF J.T. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GREG INGRIVAGLIA | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| GREG INGRIVAGLIA, SR. ON BEHALF OF G.I., JR. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| GREG LAFFAUILLERE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| GYASI JONES | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HAROLD BURFICT | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| HAROLD BURFICT ON BEHALF OF K.A. | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| HAROLD BURFICT ON BEHALF OF S.A. | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| HAROLD BURFICT ON BEHALF OF T.A. | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| HELEN DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| HERMAN BAXTER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| HERMANN MCCLAIN, SR. | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| HERMINA MCCALL | 2:09-cv-5963 | Hermina McCall, et al v. Thor California, Inc. |
| IDA BASS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| IREON PITTMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| IRMA LEE SPEARS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JACK FROST, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| James F Phillpott | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| James K Phillpott | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JAMES ROYAL | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

| | | |
|---|---|---|
| JAMES ROYAL ON BEHALF OF T.R. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| JAMES SMITH ON BEHALF OF C.S. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| JAMES SMITH, JR. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| JAMES SMITH, SR. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| JAMES SODERMAN, JR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| JANICE ROYAL | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| JASMINE BANKS | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| Joann Logan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| John D. Landry | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOHN MAGEE | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| JONATHAN TAYLOR, SR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JORDAN CAREY | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JORDAN HARRIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOSEPH ANDERSON | 2:09-cv-5751 | Dave Charles Jr.  et al v. American International Group, et al |
| Joseph Guss | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Joseph Guss on behalf of J.G. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Joseph Woodridge III | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Joseph Woodridge, Jr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOSEPHINE PHOENIX | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |

| JOSHUA HARRIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
|---|---|---|
| JOSHUA MITCHELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOVINNA HARRIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Joyce Parker | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JUANA AGUILAR | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Kalvin Genava Woodridge | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KAREN LEWIS ADMIN M.L. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| KEITH ASEVADO | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| KENNETH JEFFERSON | 2:09-cv-5737 | Rasheeda Anderson et al v.  Liberty Mutual Insurance Corp. et al |
| KEVIN EVANS | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| KEVIN SAMANIEGO | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| KIM SAMANIEGO | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| KIMBERLINE YOUNG | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LACY BINAFEGHA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LAKEYSHA GREEN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LARRY TERO, JR. | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| LEARLENE TONEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Lee Logan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LEONARD JOSEPH | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Leonard Joseph | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |

| LESTER SCOTT | 2:09-cv-5740 | Lester Scott et al v. Insurance Company of the State of Pennsylvania, et al |
|---|---|---|
| LESTER WHEELER ON BEHALF OF L.W. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LESTER WHEELER, JR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LESTER WHEELER, SR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LETITIA DAVIS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Letitia Davis | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Letitia Davis on behalf of Q.D. | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company, LLC et al |
| LETITIA DAVIS ON BEHALF OF Q.D. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| LINDA HEISSER JACKSON | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| LIONEL JACKSON | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| LIONEL JACKSON ON BEHALF OF LAIYA JACKSON | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| LIONEL JACKSON ON BEHALF OF L.J. | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| LOUIS ROBY ON BEHALF OF L.R. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LOUIS V. ROBY | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LOUISE CORDIER, JR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LUCILLE JEFFERSON | 2:09-cv-5737 | Rasheeda Anderson et al v.  Liberty Mutual Insurance Corp. et al |
| LUCILLE MCCLAIN | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Lynne Mitchell | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| MALLORY GLEBER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| Malvin A. Cavalier, Sr. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
|---|---|---|
| MARGIE LAWRENCE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARVIN SCOTT, JR | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| Mary A. Landry | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MARY COLBY | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| MARY KIEFF | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARYETTA COMPTON SCOTT | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| MARYETTA COMPTON SCOTT ON BEHALF OF D.C. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| MARYETTA SCOTT ON BEHALF OF D.C. | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| MCKINLEY DAVIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MEDIHA AHMED | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MERDIS FIELDS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MERELL BURKETT, JR. | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| MICHAEL BANKS | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| MINDI BENOIT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MORRIS MAYFIELD, JR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MR. DAVID BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Nikia Woodridge | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| N'KECHI MURRAY BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| NONA ANDERSON | 2:09-cv-5751 | Dave Charles Jr.  et al v. American International Group, et al |
| NONA ANDERSON ON BEHALF OF A.D. IV | 2:09-cv-5751 | Dave Charles Jr.  et al v. American International Group, et al |
| Nyla James | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| PRIANTA'E FONTENBERRY | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
|---|---|---|
| PRISCILLA FONTENBERRY | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Rashad James on behalf of R. J. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rashad James, Sr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rashad James, Sr. on behalf of N. J. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rashad James, Sr. on behalf of R. J. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RAYMOND ANDERSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| REGINALD FONTENBERRY | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| RENEE POWELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Rhonda Wilson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rhonda Wilson on behalf of K.W. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RICHARD YOUNG | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| RICKIE BENOIT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RICKY ROBIN | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| ROBERT BARTHOLOMEW | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| ROBIN BENOIT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ROBIN BENOIT ON BEHALF OF K. B. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ROMANZA HAYES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Romanza Hayes | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| ROOSEVELT RUMBLEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SADIHA AHMED | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Samuel Perry Smith, Sr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| SEAN WILLIAMS, SR. | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et al |
|---|---|---|
| SHANE SAMANIEGO | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| SHANNON MILLET | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Sharon Humphrey | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHAWN MILLET | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Shawn Millet | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| SHAYAN AHMED | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHEHLA AHMED | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHEIKH TAHIR AHMED | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Sheila Magee | 2:09-cv-8331 | Beverly Whitmore, et al v. Stewart Park Homes, Inc. and Fluor Enterprises, Inc. |
| SHELIA MAGEE OBO D.M. | 2:09-cv-5738 | Sheila Magee OBO Dominick Magee et al v. Stewart Park Homes, Inc. et al |
| SHIRLEY HAYES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Shirley Hayes | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| SIERRA JOSEPH HAYES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Sierra Joseph Hayes | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| SILVIO AGUILAR | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Silvio Aguilar obo N.A. | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Symeon Pieer Smith | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TACARA SCOTT | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| TAIRA ADAMS | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Tawanna Matthews | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| TERRI SMITH | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
|---|---|---|
| TEVIN YOUNG | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| THELMA MILLET | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| THELMA WILLIAMS | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| THELMA WILLIAMS ON BEHALF OF E.W. | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| THELMA WILLIAMS ON BEHALF OF J.H. | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| THELMA WILLIAMS ON BEHALF OF S.W. | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| THELMA WILLIAMS ON BEHALF OF S.W. | 2:09-cv-5708 | Thelma Williams obo Emanuel Williams et al v. Champion Home Builders Co. et |
| TIMOTHY HAMMOND | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TRENEE ROYAL | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| TRENEE ROYAL ON BEHALF OF J.H. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| TRISHA MCCALL | 2:09-cv-5963 | Hermina McCall, et al v. Thor California, Inc. |
| Victwined Evans | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Wayne Matthews | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Wayne Matthews, Sr. on behalf of W. M. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WILLIE BICKHAM, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| WILLIE JEFFERSON | 2:09-cv-5737 | Rasheeda Anderson et al v.  Liberty Mutual Insurance Corp. et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:    /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.