UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Lakisha Chaney on behalf of Damisha Chaney, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4087 | | |

*********************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4087, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| Aaron Mercadel, Jr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| ADAM GERACI | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ADAM GERACI ON BEHALF OF A.G. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Adam Geraci on behalf of A.G. | 2:09-cv-6572 | Michael Rucker et al v. Stewart Park Homes, Inc. |
| ADRIAN DOBARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ALTHEA ROTH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Ann LaBranch | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Anthony Reese | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| ARIANE JONES | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
|---|---|---|
| ARIANE JONES ADMIN A.B. | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| ARIANE JONES ADMIN F.B. IV | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| ARIANE JONES ADMIN J.B. | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| AUDREY AVIST | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Audrey Avist | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| Barbara Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BERNADETTE ARMSTRONG | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BOBBY JAMES | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| BONNIE CORDIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Bonnie Cordier on behalf of B. C. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Bonnie Cordier on behalf of C. C. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BRENDA GAINES | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| BRENDA MATTHEWS | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Brenda Matthews | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| BRIAN ALLEN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| BRIAN BROWN | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| BRITTANY ANNIS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Brittany Annis | 2:09-cv-6572 | Michael Rucker et al v. Stewart Park Homes, Inc. |
| BRYANT BROWN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BYRON EDWARD PHIPPS | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| CANDACE VANCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CARL CORDIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CAROL LEMON ON BEHALF OF M.M. | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |

| | | |
|---|---|---|
| CAROLYN CHARLES | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| CASSANDRA BLACKLEDGE | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| CHARLES JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Cheryl Pope | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Chris Eugene | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Chris Eugene | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| CLAIRESSA SMITH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CLAIRESSA SMITH ON BEHALF OF K.A. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CLAIRESSA SMITH ON BEHALF OF T B. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CLOTEEL BERRY | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| CONNIE CHATELAIN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| COREY OATIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Corey Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Cornisha Hicks | 2:09-cv-8309 | Cornisha Hicks; Ezeah White v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CYNTHIA ROLES | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Dara Johnston | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DARRICK TONEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DARRIES LUTHER BOYD | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DARRIES LUTHER BOYD ON BEHALF OF D. L.B. JR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DARRYL ROTH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Dave Charles, Jr. | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| David Cavalier | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| David Cavalier | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| DAVID ROTH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DAVIS BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEBRA PHILLIPS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| DEIDRA HOWARD OBO R.H. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| DEIDRA HOWARD ON BEHALF OF I. H. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| DEIDRA HOWARD ON BEHALF OF I.H. | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| DEIDRA HOWARD ON BEHALF OF R.H. | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| DELLARINE HUGHES | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| Denise Johnston | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DEVIN VANCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Dianne Nolan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DICKERSON CHIANTI | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DICKERSON D'GENELLE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DINA CHAUTIN | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| DONALD CHRETIEN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Donald Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DONTE' MCLARAHMORE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Dora Eumont | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| DORIS R. COUSIN | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| DWAYNE HITCHENS, JR. | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ELISE H. HAMILTON | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| ELIZABETH CLARK | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| ERICA DENNIS | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| ESTELLE WHITE | 2:09-cv-5960 | Estelle White et al v. Frontier RV, Inc. |
| ESTHER ARMSTRONG | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ESTHER DICKERSON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Eva Phipps | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| EZEAH WHITE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |

| | | |
|---|---|---|
| FRANCHESCA VANCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GABRIELLE DUXWORTH | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| GAIL THOMPSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| GAIL THOMPSON ON BEHALF OF B.T. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| GAIL THOMPSON ON BEHALF OF K.T. | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Gary Nunez | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GARY WAGNER | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| GARY WAGNER ON BEHALF OF T.W. | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| GENEVIEVE BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GEORGE ROUBICHON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GERALD MCCLUE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| GLEN DALE DODD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GREGORY THOMPSON | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| HELEN ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| HELEN BERGERON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| HELEN BERGERON ON BEHALF OF K B. | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| HELEN BERGERON ON BEHALF OF N.B. | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Hugh Nolan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ISAAC THORNTON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| J FELTON DARBY | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| Jacquelyn Johnson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JAMAR ROBINSON | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Jamar Robinson | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| JAMES DARBY, JR. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| JAMES LEMON, JR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |

| | | |
|---|---|---|
| JAMES LEMON, SR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| JANET MENANT | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| JEFFREY WAGNER | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| JERRICKA MCCLUE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| Jerrievelyn Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JESSICA PERRY | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| JESSIE HARVEY, JR | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| JO ANN JACKSON ON BEHALF OF J.J. | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| JOANN JACKSON | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| JOHN AUBERE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| JOHN EVANS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOHN EVANS ON BEHALF OF I. E. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOHN ROLES | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| JOHN ROLES ON BEHALF OF J.R. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| JOSEPH BERGERON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| JOSEPH BLAISE | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| JOYCE CHAMBERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| JOYCE JAMES | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| JUANDELL JACKSON | 2:09-cv-6034 | Juandell Jackson et al v. American Specialty Lines Insurance Company et al |
| JUDY YOUNG | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Judy Young | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| JUSTIN JACKSON | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| KAREN VANCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KAREN VANCE ON BEHALF OF K.V. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KAREN VANCE obo TV. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| KATHERINE HAWKINS | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Katherine Hawkins | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| Kathy Johnson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Keiona Pope | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KEISHA KEPPARAD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEISHA KEPPARAD ON BEHALF OF K.K. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEISHA KEPPARD ON BEHALF OF B.K. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEISHA PAIGE BOYD | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Keiyanah Magee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Keiyanah Magee | 2:09-cv-8356 | Magee, et al, v. American International Specialty Lines Insurance Company, et al |
| KENNETH DOBARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KENYANA DUNN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KENYANA DUNN ON BEHALF OF G.P. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KENYANA DUNN ON BEHALF OF R.J. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KEVIN ARMSTRONG | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEVIN DAVENPORT | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| KEVIN DAVENPORT ON BEHALF OF K.D. | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| KEWANA TYLER | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| KEWANA TYLER ON BEHALF OF L. T. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| KINGSLEY ROY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| LAILA BEINEMY OBO B.M. | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |
| LAILA BIENEMY | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |
| LAILA BIENEMY ON BEHALF OF B.M. | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |
| LAILA BIENEMY ON BEHALF OF B. M. | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |

| | | |
|---|---|---|
| LAILA BIENEMY ON BEHALF OF B. M. | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |
| LAILA BIENEMY ON BEHALF OF L H. | 2:09-cv-5743 | Laila Bienemy OBO Breone Major et al v. Palm Harbor Manufacturing, LP et al |
| LAKETHIA E. HAMPTON | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| LAKISHA CHANEY ON BEHALF OF D.C. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LAKISHA CHANEY ON BEHALF OF L.H. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LANDELL JACKSON | 2:09-cv-6034 | Juandell Jackson et al v. American Specialty Lines Insurance Company et al |
| Larry Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LAWN MAGEE | 2:09-cv-5742 | Lawn Magee v. Gulf Stream Coach, Inc. et al |
| LAWRENCE CHAMBERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| LAWRENCE EVERAGE III | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| LEO DOBARD | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Leo Dobard | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| Linda Magee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LORA JACKSON | 2:09-cv-6034 | Juandell Jackson et al v. American Specialty Lines Insurance Company et al |
| LORRAINE THORNTON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| LORRAINE THORNTON ON BEHALF OF S.T. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Louis Johnston, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LUCILLE BLACKLEDGE | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| LUCILLE BLACKLEDGE ON BEHALF OF D.B. | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| Lucille Page | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| LUCY CHRETIEN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Lyn Mercadel | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Lyn Mercadel | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| MARGARET GASPARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARGIE OATIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| MARGO DUBUC | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARIE CLARK | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| MARIE WILLOUGHBY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MARILYN FARVE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MARTHA BROUILLETTE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Mary Bush | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Melinda Doughty | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Melvin LaBranch | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Michael Sims | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MICHAEL STAMPS | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| MICHELLE COUSIN | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| MILENE WAGNER | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| Monica Grimes | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MURPHY CHATELAIN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| NADINE ROY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Octave Bazanac | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Ora Joseph | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PAMELA P. WHITE | 2:09-cv-5960 | Estelle White et al v. Frontier RV, Inc. |
| PAMELA WHITE | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Pearl Howard | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| Pearl Howard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Pernell Howard | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| Pernell Howard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Pernell Howard on behalf of B. H. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Pernell Howard on behalf of B.H. | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| RAYMOND BYRNES III | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |

| | | |
|---|---|---|
| RENA MCCAIN | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| Rickey Laurent | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROBERT DEES | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| ROBERT FARVE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Robert Hamilton | 2:09-cv-8315 | Robert Hamilton, et al v. Gulf Steam Coach, Inc. and CH2M Hill Constructors, Inc. |
| Robert Hamilton | 2:09-cv-8340 | Hamilton, et al, v. American International Group, Inc. et al |
| Robin Lewis | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROCHELLE MCCLUE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| ROGEST GROSS, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RONALD ARMSTRONG, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RONALD ARMSTRONG, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ROY BROUILLETTE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ROY DOBARD | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Roy Dobard | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| Roy Eumont | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| RUSSEL ESTAIN, JR | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| SAMUEL PERRY ON BEHALF OF J.P. | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| SAMUEL PERRY, JR | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| SAMUEL PERRY, SR | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Sarah Sims | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Scholanda Roberts | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Scott Mayfield | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| SHARON BANISTER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHARON BANISTER ON BEHALF OF D. B. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| | | |
|---|---|---|
| SHARON BANISTER ON BEHALF OF K. R. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHARON EVANS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHARON HARRIS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| Shawanda Howard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHEILA HARRIS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| SHELIA BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHERYL CLAYTON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHIRLEY ARMSTRONG | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHIRLEY WALKER | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| SHIRLEY WHITE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| SYLVIA DUPLESSIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TAMIKA HARRIS | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| TAMIKA HARRIS ON BEHALF OF B. W. | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| TAMIKA HARRIS ON BEHALF OF J. W. | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| TAMIKA HARRIS ON BEHALF OF K B. | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| TIFFANY MENANT | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| TIFFANY MENANT ON BEHALF OF K. K. | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| TIFFANY RICHMON ON BEHALF OF R. R. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TIFFANY RICKMON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Tommy R. Cook | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| TREMAINE DUPLESSIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TREMAINE DUPLESSIS ON BEHALF OF T.D. JR. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TWAKA BELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TWAKA BELL ON BEHALF OF C. W. JR. | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| TYRONE HARVEY | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| VANESSA SHAW | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| VERNATTA A. LAY | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Vernon Jude Dobard | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| Victoria Cavalier | 2:09-cv-8312 | Chris Eugene, et al v. Thor California, Inc. |
| Victoria Cavalier | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| VIRGINIA PLEASANT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Stream Coach, Inc. |
| WILLIAM JOHNS, JR | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| William Johnson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Wood row Still | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.