UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Kiesha Edgar, et al, v. Alliance Homes, Inc.,* et al   Civil Action No. 09-4095 | * * * | MAGISTRATE CHASEZ |

*********************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4095.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| ROY EVANS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GREGORY FACIANE, SR. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARY HARRELL | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| MARY HARRELL | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| MARY HARRELL ADMIN TIARA BLUE | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |

| MARY HARRELL ADMIN TIARA BLUE | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
|---|---|---|
| TORYANA HARRELL | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| TORYANA HARRELL | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| WANDA PRICE | 2:09-cv-5757 | Wanda Price et al v. Insurco, Ltd. et al |
| LARRY THOMAS | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LARRY THOMAS | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| CHAD TONEY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                              /s/ *Lawrence J. Centola, Jr.*
                              Lawrence J. Centola, Jr.