UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Justin Heintz, Sr., et al, v. Alliance Homes, Inc., et al Civil Action No. 09-4098* | * * | MAGISRATE CHASEZ |

*************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4098, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) and have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Jesse Heintz | 2:09-cv-8350 | Jesse Heintz, et al v. American International Group, et al |
| Justin Heintz, Jr. | 2:09-cv-8350 | Jesse Heintz, et al v. American International Group, et al |
| Justin Heintz, Sr. | 2:09-cv-8350 | Jesse Heintz, et al v. American International Group, et al |
| Tammy Heintz | 2:09-cv-8350 | Jesse Heintz, et al v. American International Group, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:   */s/ Lawrence J. Centola, Jr.*
        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile: (504) 525-1279
        lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.