UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Montriell Willis-Johnson, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4096 | | |

*************************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4096, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| GERALDINE CASS | 2:09-cv-5717 | Geraldine Cass v. Fleetwood Canada, Ltd. et al |
| CHAVIS COUSIN ON BEHALF OF G'ANNI COUSIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CHAVIS COUSIN ON BEHALF OF GEOVANNI COUSIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Chavis Cousin obo G.C. | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| Chavis Cousin obo G.C. | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| FERDINAND ESPRADRON | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| SHAUN ESPRADRON, SR | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| SHAUN ESPRADRON SR. OBO SHAUN ESPRADRON JR. | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |

| | | |
|---|---|---|
| TANISHA ESPRADRON | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| TANISHA ESPRADRON ON BEHALF OF TAE'SHAWN BUTLER | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| CODY FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| JOSHUA FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| LAURA FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Laura Gaines | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| LAURA GAINES | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| KEITH JOHNSON | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| KESHUNA JONES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| PERRY LABAT, JR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Heather Nicole Lee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Laurie Schwab Lee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Nicholas Dallen Lee | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Richard R. Lee | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| CAROL LEMON | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| THERESA LEMOINE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| THERESA LEMOINE | 2:09-cv-5966 | Laronda Williams et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Tyrone Long | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |

| CEASER MYRNA | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
|---|---|---|
| KWANZ SKINNER | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Connie Stewart | 2:09-cv-5670 | Connie Stewart v. Coachemen Recreational Vehicle Company, LLC, et al |
| MARTIN C. SYLVESTER, SR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| CHARLES VARNADO | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| DENISE WALKER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JOHANNA WILLIAMS | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| MONTRIELL WILLIS-JOHNSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| MERCILE WINFIELD | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| SHARON WINFIELD | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.