UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Montriell Willis-Johnson, et al, v.* | * | |
| *Alliance Homes, Inc., et al* | | |
| *Civil Action No. 09-4096* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4096.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| GERALDINE CASS | 2:09-cv-5717 | Geraldine Cass v. Fleetwood Canada, Ltd. et al |
| CHAVIS COUSIN ON BEHALF OF G'ANNI COUSIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CHAVIS COUSIN ON BEHALF OF GEOVANNI COUSIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |

| Chavis Cousin obo G.C. | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC,et al |
|---|---|---|
| Chavis Cousin obo G.C. | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| FERDINAND ESPRADRON | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| SHAUN ESPRADRON, SR | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| SHAUN ESPRADRON SR. ON BEHALF OF SHAUN ESPRADRON JR. | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| TANISHA ESPRADRON | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| TANISHA ESPRADRON ON BEHALF OF TAE'SHAWN BUTLER | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| CODY FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| JOSHUA FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| LAURA FAIRCHILD | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Laura Gaines | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| LAURA GAINES | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| KEITH JOHNSON | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| KESHUNA JONES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| PERRY LABAT, JR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Heather Nicole Lee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Laurie Schwab Lee | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Nicholas Dallen Lee | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| Richard R. Lee | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
|---|---|---|
| CAROL LEMON | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| THERESA LEMOINE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| THERESA LEMOINE | 2:09-cv-5966 | Laronda Williams et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Tyrone Long | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| CEASER MYRNA | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| KWANZ SKINNER | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Connie Stewart | 2:09-cv-5670 | Connie Stewart v. Coachemen Recreational Vehicle Company, LLC, et al |
| MARTIN C. SYLVESTER, SR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| CHARLES VARNADO | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| DENISE WALKER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JOHANNA WILLIAMS | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| MONTRIELL WILLIS-JOHNSON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| MERCILE WINFIELD | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| SHARON WINFIELD | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new

complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:     */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.