# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION N(5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Lynnette James, et al,  v. Alliance Homes,* | * | |
| *Inc., et al    Civil Action No. 09-4097* | | |

*******************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4097.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| LOUANNA BARRAS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHADSIDY BLACKSTONE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| CHADSIDY BLACKSTONE ON BEHALF OF JAYLYN BLACKSTONE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| MANDELL BLACKSTONE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| EDDIE FRAZIER, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EDDIE FRAZIER ON BEHALF OF EDDIE FRAZIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MARGARET FRAZIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Lowell Hunter | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LYNETTE JAMES | 2:09-cv-5716 | Lynette James v. American Internationa Group, et al |
| MARGARET LEBEAUX | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHARELLE LUMAR | 2:09-cv-5658 | Irma Miller et al v. Sun Valley, Inc. et al |
| Rallen Marshall | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROANNA PEGUERO | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LISA POWELL | 2:09-cv-5689 | Nathaniel Ellis et al v. Keystone RV Company et al |
| GARY REED | 2:09-cv-5658 | Irma Miller et al v. Sun Valley, Inc. et al |
| TRAVIS SMITH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| PAULA SMITH OBO CIERRA SUTTON | 2:09-cv-5710 | Paula Smith OBO Cierra Smith  v. Crum & Forester Specialty Insurance Company, et al |
| CHAIMELLE THOMAS | 2:09-cv-5658 | Irma Miller et al v. Sun Valley, Inc. et al |
| GLENN THOMAS | 2:09-cv-5658 | Irma Miller et al v. Sun Valley, Inc. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:     */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*/s/  Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.