UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lynnette James, et al, v. Alliance Homes, Inc., et al Civil Action No. 09-4097* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing liaison counsel for manufacturing, contractor and insurance defendants are aware of the this Court's order on August 16, 2010 (Doc. 15156) and Counsel does not anticipate an objection to the filing of Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages, with the reservation of all defenses.

    Respectfully submitted,

    HURRICANE LEGAL CENTER, LLC

    BY:   */s/ Lawrence J. Centola, Jr.*

    LAWRENCE J. CENTOLA, JR.

    Lawrence J. Centola, Jr., LA Bar #3962
    Hurricane Legal Center
    600 Carondelet Street, Suite 602
    New Orleans, LA 70130
    Telephone: (504) 525-1944
    Facsimile: (504) 525-1279
    lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>            /s/  *Lawrence J. Centola, Jr.*
>            Lawrence J. Centola, Jr.