UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Nevada Robinson, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-4083 | | MAGISTRATE CHASEZ |

*****************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4083.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| ALBERT JARREAU | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| ALBERT JARREAU ON BEHALF OF OLIVIA JARREAU | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| ALCIDES BELL III | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |

| ALCIDES L. BELL III | 2:09-cv-5750 | Alcides L. Bell III et al v. Crum & Forster Specialty Insurance Company et al |
|---|---|---|
| ALCIDES L. BELL III obo GAIL BELL | 2:09-cv-5750 | Alcides L. Bell III et al v. Crum & Forster Specialty Insurance Company et al |
| Angelina Lena | 2:09-cv-5732 | |
| ANGELINA LENA ON BEHALF OF BRIANNA LENA | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| ARIEL DENISE LOWE | 2:09-cv-5695 | Cara D Stewart Lowe OBO Jessilena Amber et al v. Jayco, Inc. et al |
| AUDIE KRIVJANICK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| AUDREY ALEXANDER OBO MILTON VAULTZ | 2:09-cv-5722 | Audrey Alexander OBO Milton Vaultz v. Heartland Recreational Vehicles, LLC et al |
| BERNARD SINGLETON | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| BERNARD STRICKLAND ON BEHALF OF BLANCHE STRICKLAND | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| BETTY LEWIS OBO MELVIN LEWIS, SR. | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| BETTY NORTHERN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| BETTY NORTHERN ON BEHALF OF MALCOLM NORTHERN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| BLENDA ROBERTSON | 2:09-cv-5705 | Blenda Robertson et al v. Timberland RV Company et al |
| BLENDA ROBERTSON OBO RASHAAD ROBERTSON | 2:09-cv-5705 | Blenda Robertson et al v. Timberland RV Company et al |
| BOBBY SOUBLTET II | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| BRANDON LANE | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| Brenda M. Tervalon | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Cara D. Stewart Lowe obo Jessilena Amber Lowe | 2:09-cv-5695 | Cara D Stewart Lowe OBO Jessilena Amber et al v. Jayco, Inc. et al |
| CAROLYN JARREAU ON BEHALF OF JOHN JARREAU, SR. | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| CHARLEEN CONDOLL | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et al |
| Charleen Condoll obo Darnell Mckey | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et al |

| | | |
|---|---|---|
| CHARLEEN CONDOLL ON BEHALF OF MARCO CONDOLL | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et al |
| CHARLEEN MCKEY | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et al |
| CHARLES EVANS | 2:09-cv-5766 | Taylor Evans et al v. Gulf Steam Coach, Inc. |
| Cloteel Berry | 2:09-cv-5772 | Colteel Berry et al v. Gulf Stream Coach, Inc. et al |
| CLYDE WILSON OBO ELAINE W. PERKINS | 2:09-cv-5694 | Gary Miller succ Mary Miller et al v. Fronteir RV, Inc. |
| CORA KRIVJANICK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| CORA KRIVJANICK ON BEHALF OF ALBERT KRIVJANICK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| CUTINE PITTMAN | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| CUTINE PITTMAN ON BEHALF OF LETTIE B. DAVIS | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| DAN C. PITTMAN | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| DAN C. PITTMAN, JR. | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| DAROYL MCKEYS, SR | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et ak |
| DEBORAH GUIDRY | 2:09-cv-5645 | Deborah Guidry OBO Claude L. Guidry et al v. Lakeside Park Homes, Inc. |
| Deborah Guidry obo Claude L. Guidry | 2:09-cv-5645 | Deborah Guidry OBO Claude L. Guidry et al v. Lakeside Park Homes, Inc. |
| DIONNE PRINCE | 2:09-cv-6024 | James Prince Sr. obo James Prince Jr. et al v. Coachmen Industries, Inc. et al |
| DIONNE PRINCE ON BEHALF OF CAROLYN LEE | 2:09-cv-6024 | James Prince Sr. obo James Prince Jr. et al v. Coachmen Industries, Inc. et al |
| DONNA PATIN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| Edgar Self obo Elizabeth Tillis | 2:09-cv-6026 | Edgar Self obo Elizabeth Tillis, et al v. Gulf Stream Coach, Inc. |
| EMMANUEL HARTLEY | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| Ernesto Hontiveros | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ERNESTO HONTIVEROS OBO CLARITA HONTIVEROS | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| EUGENE D. GREEN | 2:09-cv-6033 | Keith R. Jones obo Linda A. Green et al v. Recreation by Design, LLC et al |

| Evelyn Turner | 2:09-cv-5656 | Leanna Griffin et al v. Forest River, Inc. et al |
|---|---|---|
| GARY MILLER | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Gary Miller | 2:09-cv-8321 | Gary Miller v. Frontier RV, Inc. |
| GARY MILLER | 2:09-cv-5694 | Gary Miller succ Mary Miller et al v. Fronteir RV, Inc. |
| GARY MILLER OBO MARY MILLER | 2:09-cv-5694 | Gary Miller succ Mary Miller et al v. Fronteir RV, Inc. |
| GILLIS BRANCH | 2:09-cv-5744 | Gillis Branch OBO Eddie Branch et al v. Thor California Inc. |
| GILLIS BRANCH OBO EDDIE BRANCH | 2:09-cv-5744 | Gillis Branch OBO Eddie Branch et al v. Thor California Inc. |
| HENRY LANE | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| Homer Minshew III on behalf of Eric Minshew | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| IONA BEN ON BEHALF OF CLARENCE BEN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| IREON PITTMAN | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| JAMES PRINCE, SR. | 2:09-cv-6024 | James Prince Sr. obo James Prince Jr. et al v. Coachmen Industries, Inc. et al |
| JEANNETTE R. PERRY | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |
| JESSE HARVEY ON BEHALF OF JUSTINE HARVEY | 2:09-cv-5772 | Colteel Berry et al v. Gulf Stream Coach, Inc. et al |
| JESSE HARVEY, JR. | 2:09-cv-5772 | Colteel Berry et al v. Gulf Stream Coach, Inc. et al |
| JESSICA E. PERRY | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |
| JOYCE WILCOX | 2:09-cv-5759 | Lester J. Wilson Jr. et al v. Crum & Forster Specialty Insurance Company, et al |
| KEITH R. JONES | 2:09-cv-6022 | Undrea Alexander obo Keith Alexander, et al  v. Recreation by Design , LLC, et al |
| KEITH R. JONES | 2:09-cv-6033 | Keith R. Jones obo Linda A. Green et al v. Recreation by Design, LLC et al |
| Keith R. Jones obo Linda A. Green | 2:09-cv-6033 | Keith R. Jones obo Linda A. Green et al v. Recreation by Design, LLC et al |
| Kevin M. Fisher obo Paulette Williams | 2:09-cv-5654 | Kevin M. Fisher OBO Paulette Williams v. Skyline Corporation, et al |
| KITTY SHANKLIN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| KWANZ SKINNER | 2:09-cv-5695 | Cara D Stewart Lowe OBO Jessilena Amber et al v. Jayco, Inc. et al |

| KYWANDA BROWN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
|---|---|---|
| LATANYA JAMES | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| LATANYA JAMES ON BEHALF OF TAHARAH JAMES | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| LATANYA JAMES ON BEHALF OF WILTON JAMES | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| Leanna Griffin SUC James Griffin, Sr. | 2:09-cv-5656 | Leanna Griffin et al v. Forest River, Inc. et al |
| LESTER J. WILSON, JR. | 2:09-cv-5759 | Lester J. Wilson Jr. et al v. Crum & Forster Specialty Insurance Company, et al |
| LESTER J. WILSON, JR. ON BEHALF OF ANNIE MAE B. WILSON | 2:09-cv-5759 | Lester J. Wilson Jr. et al v. Crum & Forster Specialty Insurance Company, et al |
| Lillie Smith | 2:09-cv-5640 | Lillie Smith et al v. Thor California, Inc. et al |
| Linda R. Oubichon obo Dan Smith | 2:09-cv-5640 | Lillie Smith et al v. Thor California, Inc. et al |
| LUCILLE KING | 2:09-cv-6026 | Edgar Self obo Elizabeth Tillis, et al v. Gulf Stream Coach, Inc. |
| LUCILLE KING ON BEHALF OF JOSE KING, SR. | 2:09-cv-6026 | Edgar Self obo Elizabeth Tillis, et al v. Gulf Stream Coach, Inc. |
| MARCELLE KRIVJANICK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| MARGARET GASPARD | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| MARGARET GASPARD ON BEHALF OF LIONEL GASPARD | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| MARY BROWN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| MARY KIEFF ON BEHALF OF MICHAEL KIEFF | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| MARY L. CLARK | 2:09-cv-5772 | Colteel Berry et al v. Gulf Stream Coach, Inc. et al |
| MELVIN HOOD ROBIHO | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| MELVIN PAUL ROBIHO, SR. | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| MELVIN ROBIHO OBO OF SANDRA ROBIHO | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| MISCARRIED TWINS PERRY | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |

| | | |
|---|---|---|
| MISHA SYLVE | 2:09-cv-5952 | Misha Sylve v. Timberland RV Company d/b/a Adventure Manufacturing, et al |
| NIKITA KRIVJANICK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| OPHELIA EVANS ON BEHALF OF MARKISHA TAMARA EVANS | 2:09-cv-5766 | Taylor Evans et al v. Gulf Steam Coach, Inc. |
| OPHELIA EVANS SUC MARKISHA TAMARA EVANS | 2:09-cv-5766 | Taylor Evans et al v. Gulf Steam Coach, Inc. |
| ORLANDO ARROM | 2:09-cv-5695 | Cara D Stewart Lowe OBO Jessilena Amber et al v. Jayco, Inc. et al |
| ORLANDO ARROM ON BEHALF OF ISABEL GONZALEZ | 2:09-cv-5695 | Cara D Stewart Lowe OBO Jessilena Amber et al v. Jayco, Inc. et al |
| PAUL V. COOPER | 2:09-cv-5759 | Lester J. Wilson Jr. et al v. Crum & Forster Specialty Insurance Company, et al |
| PAULA HINES ON BEHALF OF PHAZAL C. HINES | 2:09-cv-6021 | Paula M. Hines et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| PAULA M. HINES | 2:09-cv-6021 | Paula M. Hines et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| PAULETTE LANE | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| PHILLIP HARRISON | 2:09-cv-5635 | Pualani Harrison OBO Lokeni Harrison et al v. Sun Valley, Inc. et all |
| PHILLIP HARRISON | 2:09-cv-5662 | Phillip Harrison OBO Vaitupu Harrison et al v. Sun Valley, Inc. et al |
| Phillip Harrison obo Vaitupu Harrison | 2:09-cv-5662 | Phillip Harrison OBO Vaitupu Harrison et al v. Sun Valley, Inc. et al |
| PHILLIP HARRISON ON BEHALF OF VAITUPU HARRISON | 2:09-cv-5635 | Pualani Harrison OBO Lokeni Harrison et al v. Sun Valley, Inc. et all |
| PUALANI HARRISON | 2:09-cv-5635 | Pualani Harrison OBO Lokeni Harrison et al v. Sun Valley, Inc. et all |
| PUALANI HARRISON | 2:09-cv-5662 | Phillip Harrison OBO Vaitupu Harrison et al v. Sun Valley, Inc. et al |
| PUALANI HARRISON ON BEHALF OF LOKENI HARRISON | 2:09-cv-5662 | Phillip Harrison OBO Vaitupu Harrison et al v. Sun Valley, Inc. et al |
| Paulani Harrison obo L.H. | 2:09-cv-5635 | Pualani Harrison OBO Lokeni Harrison et al v. Sun Valley, Inc. et all |
| ROBERT GUIDRY | 2:09-cv-5645 | Deborah Guidry OBO Claude L. Guidry et al v. Lakeside Park Homes, Inc. |
| Robert Guidry | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |

| ROBERTO O. HONTIVEROS | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
|---|---|---|
| ROSALIE R. ALLEN ON BEHALF OF ARTHUR J ALLEN | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| RUTH BROWN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| RUTH BROWN ON BEHALF OF MAYOLA BROWN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| SAMUEL D. HARTLEY, SR. | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| SAMUEL PERRY SR. ON BEHALF OF JAMES PERRY II | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |
| SAMUEL PERRY, JR. | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |
| Samuel Perry, Sr. | 2:09-cv-5652 | Samuel Perry et al v. Keystone Industries, Inc. et al |
| SHANNON T. POWERS | 2:09-cv-5645 | Deborah Guidry OBO Claude L. Guidry et al v. Lakeside Park Homes, Inc. |
| SHARON ANNE FOUNTAIN | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| SHARON FOUNTAIN ON BEHALF OF GUILFORD ACOSTA | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| SHARON FOUNTAIN ON BEHALF OF MURPHY JANE ACOSTA | 2:09-cv-5711 | Paula Hines OBO Fazal Rahaman et al v. American International Group, et al |
| SHIRLEY BROWN ON BEHALF OF ARTHUR BROWN | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| SONYA MAAS ON BEHALF OF HENRY MAAS III | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| SPURGEON CONDOLL | 2:09-cv-5686 | Charleen Condoll OBO Darnell Mckey et al v. Keystone Industries, Inc., et al |
| STEPHANIE SOUBLET | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| STEPHANIE SOUBLET ON BEHALF OF BRANDON M. SOUBLET | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| STEPHANIE SOUBLET ON BEHALF OF BUDDY M. SYLVESTER | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| STEPHANIE SOUBLET OBO SHIRLEY J. SYLVESTER | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| SUSANNE KRUK | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |

| | | |
|---|---|---|
| TATIANNA M. HINES | 2:09-cv-6021 | Paula M. Hines et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Taylor Evans | 2:09-cv-5766 | Taylor Evans et al v. Gulf Steam Coach, Inc. |
| TICOKA M. HINES | 2:09-cv-6021 | Paula M. Hines et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Tiyon Lane | 2:09-cv-5764 | Tiyon Lane et al v. Gulf Stream Coach, Inc. |
| Todd Franklin, Jr. | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| TRENICE R. COOPER | 2:09-cv-5759 | Lester J. Wilson Jr. et al v. Crum & Forster Specialty Insurance Company, et al |
| TYRONE HARVEY | 2:09-cv-5772 | Colteel Berry et al v. Gulf Stream Coach, Inc. et al |
| UNDREA ALEXANDER ON BEHALF OF KEITH R. ALEXANDER | 2:09-cv-6033 | Keith R. Jones obo Linda A. Green et al v. Recreation by Design, LLC et al |
| Vanessa Johnson | 2:09-cv-8339 | Moore, et al, v. CHM Manufacturing, Inc. |
| Vanessa Johnson Moore obo Cornelius Johnson | 2:09-cv-8339 | Moore, et al, v. CHM Manufacturing, Inc. |
| VERONICA HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| VERONICA HARTLEY ON BEHALF OF DANIEL HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| VERONICA HARTLEY ON BEHALF OF DANIELLE HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| VERONICA HARTLEY ON BEHALF OF ELISABETH HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| VERONICA HARTLEY ON BEHALF OF SAMUEL D. HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| VERONICA HARTLEY OBO SOLOMONE HARTLEY | 2:09-cv-5732 | Shirley Brown et al v. Gulf Stream Coach, Inc. et al |
| WAYNE ROSS | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| WAYNE ROSS ON BEHALF OF EUGENE RICHARDSON | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |
| WAYNE ROSS ON BEHALF OF JOHN ELLEN RICHARDSON | 2:09-cv-5712 | Melvin Paul Rohibo, Sr. et al v. American International Group, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/ Lawrence J. Centola, Jr.

        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile: (504) 525-1279
        lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

      /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.