UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Rita Lopez, et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-4075 | * * * | MAGISTRATE CHASEZ |

*********************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4075.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched case |
|---|---|---|
| ALLEN GROWE | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| ANDREW KEYS | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| ASHLEY FISHER | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| BARBARA COLLURA | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| Deborah Lambert | 2:09-cv-5669 | Deborah Lambert et al v. KZRV, LP/Shaw |

| | | |
|---|---|---|
| DENETRA FISHER | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| DENETRA FISHER OBO KANKYCE FISHER | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| DENISE WALKER | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| ELLA SIMS-GALE | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| ELLA SIMS-GALE | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| ELLA SIMS-GALE | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| ELLA SIMS-GALE ADMIN ENYATTA MONET GALE | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| ELLA SIMS-GALE ADMIN ENYATTA MONET GALE | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| ELLA SIMS-GALE ADMIN PAUL CRAIG GALE | 2:09-cv-5684 | Scott Mayfield et al v. Layton Homes Corp, et al |
| ELLA SIMS-GALE ADMIN PAUL CRAIG GALE | 2:09-cv-5685 | Dorothy Tuesno v. Indiana Building Systems, LLC e al |
| ELLA SIMS-GALE ON BEHALF OF ENYATTA MONET GALE | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| ELLA SIMS-GALE ON BEHALF OF PAUL CRAIG GALE | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| ELTON DOUCETTE | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| ELTON DOUCETTE ON BEHALF OF DON MONIQUE SMALL | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| FLOYD WILLIAMS | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| FRANCES BRUMFIELD | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| HAROLD NORRIS | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| Keith Chaney, Sr | 2:09-cv-5655 | Williams Cassandra et al v. Skyline Corporation e al |
| KEVIN FISHER | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| KRYSTAL BROWN | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| KRYSTAL BROWN ON BEHALF OF MAKAYLA BROWN | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| KRYSTAL BROWN ON BEHALF OF TRINITY HENRY | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| LAWRENCE MURPHY | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| LAWRENCE MURPHY ON BEHALF OF SHI MURPHY | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| PHILLIP HARRISON | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| PUALANI HARRISON | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| PUALANI HARRISON ON BEHALF OF LOKENI HARRISON | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |

| RITA LOPEZ | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| SANTO COLLURA | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |
| SARAH WALLER | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| SHARON MURPHY | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| Sonya Andrews | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| SONYA WALLER | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| TULIMA HARRISON | 2:09-cv-5635 | Pualani Harrison OBO Lokeni Harrison et al v. Sun Valley, Inc. et all |
| TULIMA HARRISON | 2:09-cv-5659 | Sonya Andrews et al v. Sun Valley Inc. et al |
| TULIMA HARRISON | 2:09-cv-5662 | Phillip Harrison OBO Vaitupu Harrison et al v. Sun Valley, Inc. et al |
| Vera Johnson | 2:09-cv-5655 | Williams Cassandra et al v. Skyline Corporation e al |
| Williams Cassandra | 2:09-cv-5655 | Williams Cassandra et al v. Skyline Corporation e al |
| ZENOBIA DOUCETTE | 2:09-cv-5727 | Denetra Fisher OBO Kanyce Fisher v. Skyline Corporation et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.