UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARNELL PAYTON** | **CIVIL ACTION 09-8666** |
| **VERSUS** | **SECTION "N"-MAGISTRATE 5** |
| **COACHMAN INDUSTRIES, INC, ET AL** | **JUDGE ENGELHARDT** |
| | **MAGISTRATE CHASEZ** |

## ORDER

Considering the foregoing Motion to Substitute Counsel filed by defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel is GRANTED and that Richard G. Duplantier, Jr., Peter A. Bourgeois and Stephanie Dovalina of Galloway, Johnson, Tompkins, Burr & Smith, located at 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139, are hereby substituted as counsel of record for Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC.

Signed this the 26th day of October, 2010 in New Orleans, Louisiana.

_____
JUDGE ENGELHARDT

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

1035397v.1