UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion to Substitute Counsel filed by defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel is GRANTED and that Richard G. Duplantier, Jr., Peter A. Bourgeois and Stephanie Dovalina of Galloway, Johnson, Tompkins, Burr & Smith, located at 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139, are hereby substituted as counsel of record for Defendant, DAVIS PROFESSIONAL ACCOUNTING SERVICES, LLC.

Signed this the 26th day of October, 2010 in New Orleans, Louisiana.

_____
JUDGE ENGELHARDT

1035399v.1