UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the Thursday, November 4, 2010 in-chambers status conference (to discuss the declaratory judgment action that was filed in Indiana state court) is **RESET** from 5:00 p.m. to 11:00 a.m. on that same day.

New Orleans, Louisiana, this 26th day of October 2010.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**