UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Edward Ogletree, et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-4078* | * | |

*******************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4078.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| Abelardo Rodriguez | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| AMBER DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| ANDREW J. CONSTANT | 2:09-cv-6027 | Andrew J. Constant v. Thor California, Inc. |

| Angelle Savwoir | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| Angelle Savwoir on behalf of D. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ANTHONY CALABRESI | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANTHONY CALABRESI ON BEHALF OF CAMBRE CALABRESI | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANTHONY CALABRESI ON BEHALF OF COLIN CALABRESI | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANTIONETTE BOCAGE | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| AUDREY COLLETTE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| AUTUMN DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| BARBARA C. CARTER | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| BRANDON HILTON | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| Bryant Nunnery | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Byron Black | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| Calvin Nunnery | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHANTELLE ROBERSON | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| CHANTELLE ROBERSON ON BEHALF OF DYNASTY ROBERSON | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| CHANTELLE ROBERSON ON BEHALF OF O'DESSEY KINCHEN | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| Charles A. Simpson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CLARA SCOTT | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Clara Scott | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| CLARENCE GABRIEL III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| DAVIS ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DEBORAH MUSE-JAMES | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Debra Honore Thompson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DEBRA LONSON | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| DENISE HARRELL | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Deshon O. Labry | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DONNIE BROWN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| DONYEL CHARTIAN | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DOROTHY WILLIAMS | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| DOUGLAS PATTERSON | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| EDWARD OGLETREE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| EDWARD OGLETREE ON BEHALF OF KYRIN C. DEMOURELLE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ELAINE MOSLEY | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| ELLA CRAWFORD | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| EMMA BLACK | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| Emmanuel Spann | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ERICA ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ERVIN BROYARD | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| ERVIN BROYARD ON BEHALF OF SHANIA BROYARD | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| ESPERANZA ARRIOLA | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| Estelle E. Labry | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| FRANCES MARIE RHYANS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| FRANCOIS CHARTIAN | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
|---|---|---|
| FRANK HARVEY | 2:09-cv-5953 | Frank Harvey v. KZRV, LP, et al |
| FREDERICK WILLIAMS | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| GARY DAVIS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| GAYNELL GABRIEL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GAYNELL GABROEL ON BEHALF OF CLARANIESHA MOSLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GERALD SNOWTON, SR | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| GERALYN SAVWOIR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HAZEL STEPTER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| IRENE GREEN | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Irene Green | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| IRMA COLEMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Jacqueline Lory | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| JAMAAL GREEN | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Jamaal Green | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| JAYNELL DAVIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JEANETTE ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JEANETTE PERRY | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| JESSIE COMMODORE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| JOLEISA MOSLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JORDAN HARTMAN | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| JOSEPH ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| Joseph Blaise | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| JOSEPH RHYANS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JUANA IGNACIA RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| JUANA RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| KAREBA WILLIAMS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| Keith McGee, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Keith Verrett | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kenneth Thompson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kenneth Thompson, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KEVIN MARTIN | 2:09-cv-6029 | Perkins, et al v. American International Specialty Lines Insurance Company et al |
| KIRBY DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| KIRBY DANNA ON BEHALF OF ASHLEIGH DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| KYWANDA BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LATANYA JAMES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LATANYA JAMES ON BEHALF OF TAHARAH JAMES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LATANYA JAMES ON BEHALF OF WILTON JAMES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LAZARO RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| LEE BATES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Linda Nunnery | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LINDA WILLIAMS | 2:09-cv-5697 | Ariane Jones admin Jordan Bedellet al v. Jayco, Inc. |
| LISA HALEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LISA HALEY ON BEHALF OF IVORY HALEY, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LISA HALEY ON BEHALF OF IVRIYON HALEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| LOIS SCHULTZ | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LONNIE BROWN, JR | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| LONNIE BROWN, SR | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| LORRAINE CALABRESI | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Louise Narcisse | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LUCINA AVILA | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| LYLE PAJEAUD | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| MARION HOWARD | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| MARQUIES WILLIAM | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARTIN A. COLLETTE, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MARY AYERS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Mary Ayers | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| MARY BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MELVIN HOOD ROBIHO | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MELVIN PAUL ROBIHO, SR | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MICHAEL JAMES | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| MICHAEL SAVWOIR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MICHAEL THOMAS | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| MICHELLE DOMIO | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MILDRED ALEXANDER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Monroe Ayers | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| MONROE AYERS III | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| NAREY LIDIA RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |

| | | |
|---|---|---|
| NAREY RODRIGUEZ ON BEHALF OF ISRAEL RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| NEVA VARNADO | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NEVA VARNADO ON BEHALF OF ARTAJA VARNADO | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NEVA VARNADO ON BEHALF OF DERRICK VARNADO | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NEVA VARNADO ON BEHALF OF TERRINEISHA VARNADO | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NILDI AVILA ON BEHALF OF ELIJAH AVILA | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| ODESSA LAURANT | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |
| Olin Lory obo B. E. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Olin Lory, Jr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| PEDRO CLOTER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| RANDELL MOSLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RANDI HARTMAN | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| RANDI HARTMAN ON BEHALF OF NOAH HARTMAN | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| RAYMOND MOSLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RICHARD DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| RITAAN SANSOVICH | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| ROBERTO RODRIGUEZ | 2:09-cv-5698 | Betty Northern et al v. Forest River et al |
| ROLAND DOMIO | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Roland Domio on behalf of J. D. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| ROLAND GREEN, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| ROLAND GREEN, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RONESHIA CAUSEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RONNIE WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RUTH BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SANTIAGO AVILA | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| SANTIAGO AVILA ON BEHALF OF F AVILA | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| SARAH KENNERSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SARAH KENNERSON ON BEHALF OF KARISSA KENNERSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Selassie Narcisse | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHINTA SCOTT | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Shinta Scott | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| Shinta Scott on behalf of J.O. | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| SHINTA SCOTT ON BEHALF OF JASALYN OGDEE | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| SONJA GREEN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Stella M Nunnery | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SUZANNE DANNA | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| SYLVIA CHARTIAN | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| TAQUANNA ROBERSON | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| TASHENA MASH | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| TASHENA MASH ON BEHALF OF BRANDON ANDERSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| TASHENA MASH ON BEHALF OF DEVANTE GORDON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

| | | |
|---|---|---|
| TASHENA MASH ON BEHALF OF KIERRA MASH | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Terry Laurant | 2:09-cv-5660 | Terry Laurant et al v. Athens Park Homes, LLC/Shaw |
| TRAVIS HOWARD | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| TRENZETTA BARABIN | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| Trenzetta Barabin obo Tamiah Howard | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| TRENZETTA BARABIN ON BEHALF OF AMBER BARABIN | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| TRENZETTA BARABIN ON BEHALF OF ELDRED BARABIN | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| TROY MARTIN | 2:09-cv-6029 | Perkins, et al v. American International Specialty Lines Insurance Company et al |
| VEEANICE JACKSON | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| WANDA PHILIPS | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| YVETTE BROWN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

                                              Respectfully submitted,

                                              HURRICANE LEGAL CENTER, LLC


                                              BY:    */s/ Lawrence J. Centola, Jr.*

                                              LAWRENCE J. CENTOLA, JR.

                                              Lawrence J. Centola, Jr., LA Bar #3962
                                              Hurricane Legal Center
                                              600 Carondelet Street, Suite 602
                                              New Orleans, LA 70130
                                              Telephone: (504) 525-1944
                                              Facsimile: (504) 525-1279
                                              lcentola@hurricanelegal.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                              /s/  *Lawrence J. Centola, Jr.*
                                                Lawrence J. Centola, Jr.