# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Lilie Mae Baptiste, et al, v. Alliance Homes,* | * | |
| *Inc., et al    Civil Action No. 09-4089* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4089.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| AARON GILBERT | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| Alfred Lunkins, Sr. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| ANDREA BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| ANDREA BERNARD ON BEHALF OF ANGEL BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| ANDREA BERNARD ON BEHALF OF ANTOINNESHA BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| ANGIELINA LENA | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| Angielina Lena on behalf of B. L. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ANNIE RATCLIFF | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Antoinette Mills | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ARMAID BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| AUGUSTIN GARIBALDI | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BARRY BRADY, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| BENNIE JONES | 2:09-cv-5736 | John Bailey et al v.  Liberty Mutual Insurance Corp. et al |
| BENNY PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BENNY PRITCHETT ON BEHALF OF AMYRI PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BENNY PRITCHETT ON BEHALF OF BENET PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BENNY PRITCHETT ON BEHALF OF KEILON PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BENNY PRITCHETT ON BEHALF OF NAJEY MAXEY-PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Blethley Harrison | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| BRYAN KEITH MOORE | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| BRYAN KEITH MOORE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| CABRINI MILLER | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Carla Gamier | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| CAROL GOINES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Carolyn Jarreau | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| CARTRICATON DYKES | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
|---|---|---|
| CATHY WOODARD | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| CECILE GARCIA | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CERELEA GUILLOT | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| CHARLES BOURGEOIS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHARLES W PARKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Cheryl Denise Woods | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| COURTNEY GARY | 2:09-cv-5768 | Mary Gary v. Silver Creek Trailer Manufacturing |
| CRENIESHA RICHARD | 2:09-cv-5699 | Creniesha Richard et al v. Scotbuilt Homes , Inc. |
| Crystal Gamier | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| DANIEL EAGLIN | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| DANIELLE PARKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| DANIELLE PARKER ON BEHALF OF TY'RIQ FAIRLEY | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| DARREN RILEY | 2:09-cv-5775 | Darren C Riley et al v. Starcraft RV, Inc. et al |
| DARYLYN RAMSEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DAVID JOHNSON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| David Johnson | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| Deborah Ann Wilkins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DEBORAH GRANT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DEBRA BURRELL | 2:09-cv-5763 | Ronald Burrell et al v. Crum & Forster Specialty Insurance Co. et al |
| DEBRA MOSS GILBERT | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| DEIDRE PARKER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEIDRE PARKER ON BEHALF OF TYALER PARKER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| DEMETRUS ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
|---|---|---|
| Demetrus Alphonse | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse obo PRECIOUS ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Demetrus Alphonse on behalf of D.A. | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Demetrus Alphonse on behalf of D.A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of D.A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of D.A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of J. A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of K. A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of P. A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of R. A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Demetrus Alphonse on behalf of R. A. | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| DEREK WOODS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DEVINIONE ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| DIAMOND ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| DIANNE JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Donald Melford, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DONNELL OLIVER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DOREEN MENDOZA | 2:09-cv-5725 | Doreen Mendoza et al v. TL Industries, Inc. et al |
| DOROTHY BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Earnie Brent | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| EDWARD DOWLING, JR | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Edwin Doby Richardson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ELAINE BOUTTE ON BEHALF OF KEZIA BOUTTE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ELIZABETH GONZALES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| FRANK ARABIE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| FREEMAN SIMMONS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| GAIL PARKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| GAYNELL BRADY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GAYNELL BRADY ON BEHALF OF BARRY BRADY III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GAYNELL BRADY ON BEHALF OF LESLIE PITTMAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GAYNELL BRADY ON BEHALF OF TAYLOR PITTMAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GERALD GRAY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GLORIA ELDER | 2:09-CV-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| GUY LA FRANCE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| GWENDOLYN RANDOLPH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HERBERT MILES IV | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HERBERT MILES IV ON BEHALF OF NY'SAAN LEWIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HIRAM JOHNSON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| JAHMAD RANDOLPH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Jaime Farragut | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Jaime Farragut | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| JAIME FARRAGUT ON BEHALF OF EVAN MATTHEW FARRAGUT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JAIME FARRAGUT ON BEHALF OF HANNAH ROSE FARRAGUT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JANICE GARCIA | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Jeannette Duboise-Watts | 2:09-cv-8358 | Duboise-Watts, et al, v. Liberty Mutual Insurance Corporation, et al |
| JEANNETTE DUBOIS-WATTS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Jeannette Dubois-Watts | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| JEROME DYKES | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| JEROME JOHNSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Jessica Lunkin on behalf of A. L. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Jessica Lunkin on behalf of O. L. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Jessica Wilkins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOANN JOHNSON | 2:09-cv-5707 | JoAnn Johnson v. Fronteir RV, Inc. |
| JOSEPH BRUCE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JOSEPH THOMAS | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| KEISHA PRITCHETT | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| KENNETH ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Kenneth Luwisch | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KEVIN DYKES | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| KIRK FRADY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LANITA PATRICK | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Latoya Oubichon on behalf of R. A. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lilie MAE BAPTISTE | 2:09-cv-5688, | Gregory Andrew et al v. Gulf Stream Coach, Inc. |
| Lilie Mae Baptiste | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| LINDA PELLETIER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Linda Perez | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LONNIE RICHARD | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LORETTA EUGENE | 2:09-cv-5768 | Mary Gary v. Silver Creek Trailer Manufacturing |
| LOUIS BUTLER, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Louis Jobert III | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Louis Jobert III | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Louise Blount | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |

| LUCILLE KING | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| MARIA JARVIS | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Marie Perez | 2:09-cv-8338 | Bernice Sweeney, et al  v. Liberty Mutual Insurance Corp. |
| MARION JOHNSON ON BEHALF OF RYAN JOHNSON | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| MARY BRYANT | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| MARY BRYANT | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Mary Gary | 2:09-cv-5768 | Mary Gary v. Silver Creek Trailer Manufacturing |
| MATTIE WATTS HICKS | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| MELEAH BEAUGEZ | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MICHAEL EUGENE | 2:09-cv-5768 | Mary Gary v. Silver Creek Trailer Manufacturing |
| MICHAEL PELLETIER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Michelle Gamier | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| MICHELLE M. ROBINSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MICHELLE M. ROBINSON | 2:09-cv-5951 | Grace Gioustovia, et al. v. Starr Excess Liability Insurance Company, Ltd. et al |
| MONIQUE PARKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| MONIQUE PARKER ON BEHALF OF RENELL RUTH | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| NADIA GOINES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| NICOLE R. JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Nicole Walker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| NORELL BERNARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| OSCAR BRUMFIELD | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| PATRICIA BROUSSARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Patricia Jones obo D.J. | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| PATRICIA JONES ON BEHALF OF DAVON JONES | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| PAULA HINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| PAULA HINES ON BEHALF OF PHAZAL HINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
|---|---|---|
| RACHEL JOHNSON | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| RANDOLPH GARCIA, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RAVEN MCKNIGHT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| REBECCA ZWIREK | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| RENDELL RUSSELL | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| RENDELL RUSSELL ON BEHALF OF DE'JANAY RUSSELL | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| ROBERT E. SNYDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| ROBERT SNYDER ON BEHALF OF JADE RENE SNYDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| ROBERT SNYDER ON BEHALF OF SKYLER GWEN SNYDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| ROGER NOBLES | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| RONISHA ALPHONSE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ROSSIE MCKNIGHT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Rudolph John Richardson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rudolph Richardson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RYLON JOHNSON | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| SAMUEL SCARLETT, SR. ON BEHALF OF BRITTANY SCARLETT | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| SAMUELLA JONES | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| SANDRA EAGLIN | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| SANTRA PERDUE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| SEAN PATRICK | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| SEYMOUR ELDER | 2:09-CV-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| SHANNEN DOWLING | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| STACY ANDERSON | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
|---|---|---|
| STACY ANDERSON ON BEHALF OF JADE RENE SYNDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| STACY ANDERSON ON BEHALF OF SKYLER GWEN SYNDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| TAMMY JACKSON RUSSELL | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| Tammy Jackson Russell obo Spencer Jackson | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| TATIANNA HINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| TERRY GARIBALDI | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| THOMAS JOHNSON | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| THOMAS LEE EUGENE | 2:09-cv-5768 | Mary Gary v. Silver Creek Trailer Manufacturing |
| TICOKA HINES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| TRISHEKKA RANDOLPH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| VANESSA LANDRY-SANCHEZ | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| VIRGINIA W. DINGEMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| VIVIAN ANDERSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| Warren Perez, Sr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WILBERT WATTS, JR | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Wilbert Watts, Jr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Wilbert Watts, Jr. | 2:09-cv-8358 | Duboise-Watts, et al, v. Liberty Mutual Insurance Corporation, et al |
| William Blount, Jr | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| William Blount, Sr | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| WILLIE BROOKS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ZEBEDEE PERDUE ON BEHALF OF SANTRELL JADE PERDUE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |

| ZEBEDEE PERDUE ON BEHALF OF ZEBEDEE ODELL PERDUE | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ZELDA RANDOLPH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ZENOBIA JOHNIKIN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:     /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.