```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)

## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on the USA's Motion to Modify Order and Enter a Protective Order (rec. doc. 16069) will be conducted telephonically on November 3, 2010 at 11:00 a.m. or as soon thereafter on that date and time as the Court's motion docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 26th day of October, 2010.

                                   _____
                                       ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE