AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Angela Bradford, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 1: 07 cu 367 HSo - JuR |
| Alliance Homes, Inc. d/b/a Adrian Homes, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
    Through the Federal Emergency Management Agency
    Office of the Director, Office of the General Counsel
    500 C Street SW
    Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Catherine H. Jacobs
    FEMA Trailer Litigation Annex
    1161 Robinson Street
    Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLE**

CLERK OF COURT

Date:  7/7/2010                    _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  1:10cv307HSO-JMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Federal Emergency Management Agency

was received by me on *(date)*　　　07/07/2010　　　.

☐ I personally served the summons on the individual at *(place)*

　　　　　　　　　　　　　　　　　　　　　　　　　 on *(date)*　　　　　　　 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

　　　　　　　　　　　　　　 , a person of suitable age and discretion who resides there,

on *(date)*　　　　　 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*　　　　　　　　　　　　　 , who is

designated by law to accept service of process on behalf of *(name of organization)*

　　　　　　　　　　　　　　　　　　　　　　　　　 on *(date)*　　　　　　　 ; or

☐ I returned the summons unexecuted because　　　　　　　　　　　　　　 ; or

☑ Other *(specify)*:   Certified Mail Receipt No.: 7009 3410 0000 4661 5507; Date of Delivery: 07/27/2010

My fees are $　　　　　 for travel and $　　　　　 for services, for a total of $　　 0.00　 .

I declare under penalty of perjury that this information is true.

Date:　　 08/13/2010　　　　　　　　　　　 *Heather M. Miller*
　　　　　　　　　　　　　　　　　　　　　　　　　 *Server's signature*

　　　　　　　　　　　　　　　　　　　 Heather M .Miller, Paralegal
　　　　　　　　　　　　　　　　　　　　　 *Printed name and title*

　　　　　　　　　　　　　　　　　　　 FEMA Trailer Litigation Annex
　　　　　　　　　　　　　　　　　　　　　 1161 Robinson Street
　　　　　　　　　　　　　　　　　　　 Ocean Springs, MS 39564
　　　　　　　　　　　　　　　　　　　　　 *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

1:10CV307HSO-JMR          Bradford v. Alliance (H)

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>Office of the Director<br>500 C Street SW<br>Washington, DC 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 3410 0000 4661 5507 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540