AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Ava Sevin, individually | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:10cv326HSO-JMR |
| Northwood Manufacturing, et al. | ) ) | |
| *Defendant* | ) | |

### Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
through the U.S. Attorney's Office
Southern District of Mississippi
188 East Capitol Street, Suite 500
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 8-4-10

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:10cv326HSO-JMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U. S. Attorney, Southern District of Mississippi
was received by me on *(date)* 08/04/2010 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Renee Yancey, Civil Process Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* U. S. Attorney,
Southern District of Mississippi on *(date)* 08/05/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 45.36 for travel and $ 35.00 for services, for a total of $ 80.36 .

I declare under penalty of perjury that this information is true.

Date: 08/13/2010         *Heather M. Miller*
                          Server's signature

                          Heather M. Miller, Paralegal
                          Printed name and title

                          FEMA Trailer Litigation Annex
                          1161 Robinson Street
                          Ocean Springs, MS 39564
                          Server's address

Additional information regarding attempted service, etc: