UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Irater Robbin, et al, v. Alliance Homes, Inc., et al  Civil Action No. 09-4079* | * * | MAGISRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4079, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| Adrien Villemuer | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| ADRIEN VILLEMUER III | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Agnes A. Ferrell-Houston | 2:09-cv-4029 | Christina Montegue, et al. v. Gulf Stream Coach Inc., et al |
| ALBERT SCRAMUZZA | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| ALDREAMIA DENISE SANDERS | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| Alfred Mitchell | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ALVIN A. LAWRENCE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| ANDRE HAWKINS | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

| ANDREW NICHOLSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
|---|---|---|
| Angela Wyman | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Angela Wyman on behalf of C.S. | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| ANNETTE TAYLOR | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Annie Populis | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Annie Populis | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| April Dean Shelling | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ARIEL DENISE LOWE | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Arthur Lee III | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ARVEN BELL | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| AUSTIN HARRELL | 2:09-cv-5951 | Grace Gioustovia, et al. v. Starr Excess Liability Insurance Company, Ltd. et al |
| AUSTIN HARRELL | 2:09-cv-5954 | Austin Harrell et al v. Sentry Insurance et al |
| BRANDY VICE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRANDY VICE ON BEHALF OF ALYSSA BERNARD | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRANDY VICE ON BEHALF OF ROSS BERNARD | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRENT SMITH SR. ON BEHALF OF BRENT SMITH III | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BRENT SMITH, SR. | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BRITTANY MYLES | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| BRYAN COSSICH | 2:09-cv-5661 | Sammi Cossich OBO Nathan Cossich et al v. Waverlee Homes, Inc, et al |
| BRYANT FRANCOIS | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Bryant Major on behalf of B. G. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Bryant Major on behalf of B. M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Bryant Major, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Butler Rondeno, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Camile Darensbourg | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CAPRICE BARBER | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

| CARAHONDA BROWN ON BEHALF OF CHAKIRA BROWN | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
|---|---|---|
| Charles Duckworth III | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| CHARLES LEWIS III | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CHARLES LEWIS, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CHARLES RAYMOND JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Charlotte James | 2:09-cv-5643 | Charlotte James et al v. Lexington Homes, Inc. et al |
| CHAUNTAY ESTEEN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHERRIE LEE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| CHRISTINE FAULK | 2:09-cv-5675 | Harris Faulk Sr et al v. Starcraft RV, Inc. et al |
| CHRISTOPHER FAULK | 2:09-cv-5675 | Harris Faulk Sr et al v. Starcraft RV, Inc. et al |
| CLARA EARL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Conrad Wyman | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| CORINTHIAN ANCAR | 2:09-cv-5964 | Irvin Clark et al v. Recreation by Design, LLC |
| COURTNEY COUSAN ON BEHALF OF JAYLA GRACE SUNMONI | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| COURTNEY M. COUSAN | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| DARLENE SCRAMUZZA | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DARREN MYLES | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| DARRYL RICHARDSON | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| DAVID GUEHO | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| DAVID WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Dawn Sparks | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| DELORAS JONES BROSSETTE | 2:09-CV-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| DELORES FLEMING | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DELORES FLEMING ON BEHALF OF CHRISTOPHER FLEMING | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEONA EARL ON BEHALF OF JAMES NELSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DOROTHY PAUL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| DOROTHY THOMAS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| --- | --- | --- |
| EARL LINDSAY, SR | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Edward Diaz | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| EDWARD ZUNDEL, JR | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Elaine Diaz | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ELIZABETH RICHARDSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| ERIC MELERINE | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| ERICA C. MCCANT | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| Erica McCant obo Alexavier McCant | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| FLANDERS CONEY | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| FRANCES PETER BROSSETTE, SR | 2:09-CV-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| FREDERICK DEES, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Gerald Jenkins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Gerald Peters, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GRACIE COUSAN | 2:09-cv-5676 | Erica McCant OBO Alexavier McCant et al v. Timberland RV Company et al |
| Gregory Jourdan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GUSTAVIS BIAGAS | 2:09-cv-5729 | Valice Thomas et al v. TL Industries, Inc. |
| HARRIET KAHO | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| HARRIS FAULK | 2:09-cv-5675 | Harris Faulk Sr et al v. Starcraft RV, Inc. et al |
| Harris Faulk, Sr. | 2:09-cv-5675 | Harris Faulk Sr et al v. Starcraft RV, Inc. et al |
| HARRIS FELTHUS BLAISE | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Howard Ferrell | 2:09-cv-4029 | Christina Montegue, et al. v. Gulf Stream Coach Inc., et al |
| INDIA MAHONEY | 2:09-cv-5650 | Byron Black et al v. Recreation By Design, LLC |
| IRATER ROBBIN | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| IRMA GODFREY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| IRVIN CLARK | 2:09-cv-5964 | Irvin Clark et al v. Recreation by Design, LLC |
| JACQUELINE HARRIS | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |

| JAEDA DAVIS | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
|---|---|---|
| JAEDA DAVIS ON BEHALF OF BRENT DAVIS | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| JAENA DAVIS ON BEHALF OF JUSTIN DAVIS | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| JAMES BROWN, SR | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| JAMMIE ESPY | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| JANELL BATISTE ON BEHALF OF JASMINE KIA BATISTE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Janet Jourdan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JANICE BROWN | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| JARVIS JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JASON MIGLIORE | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| Jazon Raziano | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JEAN NICKLES | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| JEANNE LEE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| JEFF CHARLES BLAUM | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Jenell Batiste | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| JESSE BRUMFIELD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Jessica Lance | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JIMMIE L. CONEY | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Joel Peterson | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| John Moore | 2:09-cv-8323 | Hohn Moore and Vanessa Johnson Moore v. CHM Manufacturing, Inc. |
| JOSEPH DUGAS | 2:09-cv-6025 | Tammy Jackson Russell obo Spencer Jackson, et al v. Coachmen Industries, Inc. et al |
| JOSEPH L. DOUGLAS | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Jovanetta Peterson | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Jovanetta Peterson on behalf of J.H. | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| JOYCE LAFONTA | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |

| KARBIN PAUL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
|---|---|---|
| KARBIN PAUL, SR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| KAREN GRANDERSON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| KAREN GRANDERSON ON BEHALF OF TARREN MYLES | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| ARL PAUL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| KATHLEEN CRAWFORD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KEITH LAFONTA | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| KENDRICK PAUL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| KENDRICK PAUL ON BEHALF OF LUCIAN PAUL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| KEVIN CLARENCE BATISTE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| KIM HACKETT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Kim Hackett | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kim Mark | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Kim Mark | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kim Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KIMBERLY WAXTER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| KIMBERLY WAXTER ON BEHALF OF MALIAYAN MORRIS | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Larry Reeves, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Larry Reeves, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LEONA THOMPSON SWAIN | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| LEQUECIA DUNN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Lequecia Dunn on behalf of J. G. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LEROY JENKINS | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LESLIE BELL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LESTER DYER III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| Lester Dyer on behalf of L. D. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LESTER DYER ON BEHALF OF LESTER DYER IV | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LESTER DYER ON BEHALF OF TIA DYER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Lillie Smith | 2:09-cv-5664 | Lillie Smith et al v. Sunline Coach Company et al |
| LINDA GOLDMAN | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Lonnie Swain | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| LORETO MIGLIORE | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| Mamie Davis | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| MAMIE HARRELL | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MARIA MIGLIORE | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| MARILOU LEE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MARTIN G EARL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARTIN G EARL ON BEHALF OF GABRIELLE C EARL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARTIN J EARL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARY MURPHY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MAYNELL ROTH | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| MELVIN HART | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MERTIS MARIE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MICHAEL CEASER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MICHAEL FRANCOIS | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| MICHAEL FRANCOIS ON BEHALF OF MICHAEL FRANCOIS | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Michael White | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MICHAELLA BOYD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Michaella Boyd | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| Michaella Boyd on behalf of T. S. | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| MICHAELLA BOYD ON BEHALF OF THOMAS SULLIVAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| Monica Reeves | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| NAKEEM ROBINSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| NAOMI PRENTISS | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| NAZINGA ROBINSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| OLIVIA FRANCOIS | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| PATRICIA WAXTER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Paul Prestridge | 2:09-cv-5643 | Charlotte James et al v. Lexington Homes, Inc. et al |
| QUANDELL BUNCH ON BEHALF OF DAJA BUNCH | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| QUANDELL BUNCH ON BEHALF OF QUENTIN BUNCH | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| RANDALL VICE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| RANDY LEE ON BEHALF OF ALVIN LEE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| RANDY LEE ON BEHALF OF NIKO LEE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| RANDY LEE, JR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| RANDY LEE, SR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| REGINALD GRANDERSON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| RENALDO SMITH | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| RICHARD J. LIND | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| RICHARD SHELLING, SR. | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| RICHARD SHELLING, SR. ON BEHALF OF RICHARD SHELLING, JR. | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| RICHARD SHELLING, SR. ON BEHALF OF TAYLORE SHELLING | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| RICKEY ROBINSON, JR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| RITA GELPI | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| Robert Miller | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RONALD BURRELL | 2:09-cv-5763 | Ronald Burrell et al v. Crum & Forster Specialty Insurance Co. et al |
| RONALD ROTH, JR | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |

| | | |
|---|---|---|
| Ronald Tobias | 2:09-cv-5663 | Ronald Tobias et al v. Giles Industries, Inc, et al |
| RONALDO NICKLES | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Ronny Ricard | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Roosevelt Houston | 2:09-cv-4029 | Christina Montegue, et al. v. Gulf Stream Coach Inc., et al |
| Rose Smith | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SAMMI COSSICH | 2:09-cv-5661 | Sammi Cossich OBO Nathan Cossich et al v. Waverlee Homes, Inc, et al |
| Sammi Cossich obo ☐athan Cossich | 2:09-cv-5661 | Sammi Cossich OBO Nathan Cossich et al v. Waverlee Homes, Inc, et al |
| SAMMI COSSICH ON BEHALF OF MELIAH BOSTON | 2:09-cv-5661 | Sammi Cossich OBO Nathan Cossich et al v. Waverlee Homes, Inc, et al |
| SANDRA DORSEY | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| SANDRA PONSON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| SARAH SCRAMUZZA | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Sean Jourdan | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SELMA DARENSBOURG | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHANTE WILLIAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Sharon Avist obo Shanice Avist (aka Avist Sharon obo Shanice Avist) | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHARON ROBINSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SHEDRICK GODFREY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| SHERRY WILLIAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHERRY WILLIAMS ON BEHALF OF BRANDON WILLIAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHERRY WILLIAMS ON BEHALF OF LACHARD WILLIAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHIRLEY CEASER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Stacey Rondeno | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Stanford Smith | 2:09-cv-5664 | Lillie Smith et al v. Sunline Coach Company et al |
| SYLVIA S. BIAGAS | 2:09-cv-5969 | Sylvia S. Biagas v. TL Industries, Inc. |
| SYLVIA SMITH | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| Tahisha Donatto | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tanjileah Russell | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tanjileah Russell on behalf of D. S. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TASHIA HEARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TERRELL DAVIS | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| THELMA COSSICH | 2:09-cv-5661 | Sammi Cossich OBO Nathan Cossich et al v. Waverlee Homes, Inc, et al |
| THELMA DEES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Thomas F. Bell | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Thomas L Bell | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| THOMAS PONSON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Tiffany Shelling | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tina Lance | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TOMMIE WAXTER, SR | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| TRAVIS JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Valerie Jourdan | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Vanessa Johnson Moore | 2:09-cv-8323 | Hohn Moore and Vanessa Johnson Moore v. CHM Manufacturing, Inc. |
| Vanessa Johnson Moore | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| Walter J. Populis, Jr. | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Walter Populis, Jr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Wendy Holmes Tobias | 2:09-cv-5663 | Ronald Tobias et al v. Giles Industries, Inc, et al |
| WILLIAM BROSSETTE, SR | 2:09-cv-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| WILLIAM J BROSSETTE, JR | 2:09-cv-5965 | Frances Peter Brossette, Sr. et al v. Stewart Park Homes, Inc. |
| WILLIE SMITH, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

                                    Respectfully submitted,

                                    HURRICANE LEGAL CENTER, LLC

                                    BY:    */s/ Lawrence J. Centola, Jr.*
                                    LAWRENCE J. CENTOLA, JR.

                                    Lawrence J. Centola, Jr., LA Bar #3962
                                    Hurricane Legal Center
                                    600 Carondelet Street, Suite 602
                                    New Orleans, LA 70130
                                    Telephone: (504) 525-1944
                                    Facsimile: (504) 525-1279
                                    lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                            /s/  *Lawrence J. Centola, Jr.*
                                              Lawrence J. Centola, Jr.