FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 OCT 27   AM 9: 57

LORETTA G. WHYTE
CLERK

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–33)**

On October 24, 2007, the Panel transferred 1 civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 830 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 27, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

\_\_\_\_ Fee_____
\_\_\_\_ Process_____
\_X\_ Dktd_____
\_\_\_\_ CtRmDep_____
\_\_\_\_ Doc. No._____

**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1873

## SCHEDULE CTO−33 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09−00851 | Paula Gonzales English, et al. v. American Camper Manufacturing, LLC, et al. | 10−4112 |
| MSS | 1 | 10−00001 | Charles Bailey, Sr., et al. v. Lakeside Park Homes, Inc., et al. | 10−4113 |
| MSS | 1 | 10−00195 | Thomas et al v. Bechtel, al | 10−4114 |
| MSS | 1 | 10−00351 | Toni Sherrod, et al. v. Coachmen Recreational Vehicle Co. of Georgia, LLC, et al. | 10−4115 |
| MSS | 1 | 10−00384 | Teena Francisco, et al. v. Gulf Stream Coach, Inc., et al. | 10−4116 |
| MSS | 1 | 10−00408 | Sannie Barnes, et al. v. Forest River, Inc., et al. | 10−4117 |
| MSS | 1 | 10−00424 | Carpenter et al v. Doug Boyd Enterprises, LLC et al | 10−4118 |
| MSS | 1 | 10−00425 | Sommerville v. Gulf Stream Coach, Inc. et al | 10−4119 |
| MSS | 1 | 10−00426 | Ammentorp et al v. Gulf Stream Coach, Inc. et al | 10−4120 |
| MSS | 1 | 10−00436 | Crystal Cooper, et al. v. Bechtel National, Inc., et al. | 10−4121 |
| MSS | 1 | 10−00437 | Alice Goff, et al. v. CH2M Hill Constructors, Inc., et al. | 10−4122 |
| MSS | 1 | 10−00438 | Lovella Rodwell, et al. v. Bechtel National, Inc., et al. | 10−4123 |
| MSS | 1 | 10−00439 | Bessie Rogers, et al. v. Bechtel National, Inc., et al. | 10−4124 |
| MSS | 1 | 10−00449 | Spiers v. Motex Enterprises, Inc. et al | 10−4125 |
| MSS | 1 | 10−00450 | Cook v. Forest River, Inc. et al | 10−4126 |
| MSS | 1 | 10−00451 | Crawford et al v. Forest River, Inc. et al | 10−4127 |
| MSS | 1 | 10−00454 | Catherine Mayes v. Madison Services, Inc., et al. | 10−4128 |
| MSS | 2 | 10−00234 | Taylor v. Bechtel National, Inc. et al | 10−4129 |
| MSS | 3 | 10−00529 | Hammons v. Vanguard Industries of Michigan et al | 10−4130 |