UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Mildred Etienne, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-5535 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages in Civil Action No. 2:09-cv-5535 (originally filed July 7, 2009 in the Middle District Court of Louisiana as Case No. 3:09-cv-437 and transferred to the E.D.La August 14, 2009).

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No | Matched Complaints |
|---|---|---|
| April Green | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |
| Courtney Green | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |
| Kimberly Green | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |
| Larry Graves | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |
| Mildred Etienne | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |

| Varnincees Green | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |
|---|---|---|
| Vera Lee Gree Sullivan | 2:09-cv-6569 | Mildred Etienne et al v. AIG et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.