UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISRATE CHASEZ |
| *Rosalie Davis, et al, v. Alliance Homes,* | * | |
| *Inc., et al    Civil Action No. 09-4093* | | |

****************************************************************

PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM
ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who

respectfully request this Honorable Court grant their Motion to Sever the following

Plaintiffs from the above captioned matter, Civil Action No. 09-4093, pursuant to Federal

Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been

matched to a specific manufacturer and/or contractor, and have filed an Amended

Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| Adam Derbigny | 2:09-cv-4932 | Derbigny, et al,  v. American International Group, et al |
| Adlai Williams | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Alvin Edmond | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Alvin Mitchell | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Brooke Barrett | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Brooke Barrett on behalf of H. R. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Carl Robinson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |

| Denaner Williams | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
|---|---|---|
| Elroy Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| Felisha Johnson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson on behalf of C. M. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson on behalf of C.M. | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| JeByron Boyd | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Joyce Romeaus | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Keshun Mattire | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| Keshun Mattire | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Patricia Blazio | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Patricia Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Ronnie Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Rosalie Davis | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tam Lee | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Troy Williams | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tymeshia Kewanda Hamilton on behalf of A. H. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tyrell Lee | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Vincent Aubert, Jr | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156),

Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched"

Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:     */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.


/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.