UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Rosalie Davis, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4093 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4093.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| Adam Derbigny | 2:09-cv-4932 | Derbigny, et al, v. American International Group, et al |
| Adlai Williams | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Alvin Edmond | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |

| Alvin Mitchell | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| Brooke Barrett | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Brooke Barrett on behalf of H. R. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Carl Robinson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Denaner Williams | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Elroy Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| Felisha Johnson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson on behalf of C. M. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Felisha Johnson on behalf of C.M. | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| JeByron Boyd | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Joyce Romeaus | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Keshun Mattire | 2:09-cv-8327 | Keshun Mattire, et al v. Lakeside Park Homes, Inc. |
| Keshun Mattire | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Patricia Blazio | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Patricia Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Ronnie Jackson | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Rosalie Davis | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tam Lee | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Troy Williams | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tymeshia Kewanda Hamilton on behalf of A. H. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Tyrell Lee | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |

| Vincent Aubert, Jr. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
|---|---|---|

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                        /s/  *Lawrence J. Centola, Jr.*
                                        Lawrence J. Centola, Jr.