UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Leana Griffin, et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-6882* | * * | MAGISRATE CHASEZ |

*************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-6882, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Regina McCoy obo A. Magee | 2::09-cv-8319 | McCoy v. American International Group, et al |
| Leanna Griffin | 2:09-cv-5656 | Leanna Griffin et al v. Forest River, Inc. et al |
| Chastity Sylvester obo Sheila Sylvester | 2:09-cv-5681 | Tiffany Picquet et al v. Lexington Homes, Inc. et al |
| Rhonda Piquet obo Warren Joseph Picquet | 2:09-cv-5726 | Rhonda Picquet OBO Warren Joseph Picquet v. Waverlee Homes, Inc, et al |
| Chastity Sylvester obo Sheila Sylvester | 2:09-cv-5756 | Tiffanny Piquet et al v. American International Group, et al |
| Tiffany Picquet | 2:09-cv-5756 | Tiffanny Piquet et al v. American International Group, et al |
| Rhonda Picquet | 2:09-cv-7591 | Picquet v. Insurance Company of the State of Pennsyvannia, et al |
| Rhonda Picquet obo Warren Joseph Picquet | 2:09-cv-7591 | Picquet v. Insurance Company of the State of Pennsyvannia, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.