UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *Leana Griffin, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-6882 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages in Civil Action No. 09-6882 (originally filed June 15, 2009 in the Western District Court of Louisiana as Case No. 6:09-cv-1019 and transferred to the E.D.LA October 22, 2009).

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Regina McCoy obo A.Magee | 2:09-cv-8319 | McCoy v. American International Group, et al |
| Leanna Griffin | 2:09-cv-5656 | Leanna Griffin et al v. Forest River, Inc. et al |

| | | |
|---|---|---|
| Chastity Sylvester obo Sheila Sylvester | 2:09-cv-5681 | Tiffany Picquet et al v. Lexington Homes, Inc. et al |
| Rhonda Piquet obo Warren Joseph Piquet | 2:09-cv-5726 | Rhonda Picquet OBO Warren Joseph Picquet v. Waverlee Homes, Inc, et al |
| Chastity Sylvester obo Sheila Sylvester | 2:09-cv-5756 | Tiffanny Piquet et al v. American International Group, et al |
| Tiffany Piquet | 2:09-cv-5756 | Tiffanny Piquet et al v. American International Group, et al |
| Rhonda Picquet | 2:09-cv-7591 | Picquet v. Insurance Company of the State of Pennsyvannia, et al |
| Rhonda Picquet obo Warren Joseph Picquet | 2:09-cv-7591 | Picquet v. Insurance Company of the State of Pennsyvannia, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.