UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Regina Morales, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-5612 | * * | MAGISRATE CHASEZ |

**************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-5612, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| BOBBY GORDON | 2:09-cv-7151 | Bobby Gordon et al v. CH2M Hill Constructors, Inc. |
| ELLA CROSBY | 2:09-cv-7155 | Elouise Pritchett, et al, v. Coachmen Industries, Inc. et al |
| ELOUISE PRITCHETT | 2:09-cv-7155 | Elouise Pritchett, et al, v. Coachmen Industries, Inc. et al |
| FLOYD BRANCH | 2:09-cv-7150 | Floyd Branch, et al, v. Jayco, Inc. |
| FLOYD BRANCH OBO CHARLIE BRANCH | 2:09-cv-7150 | Floyd Branch, et al, v. Jayco, Inc. |
| FLOYD BRANCH OBO COLBI BRANCH | 2:09-cv-7150 | Floyd Branch, et al, v. Jayco, Inc. |
| GENEVA NELSON | 2:09-cv-7159 | Robert J. Nelson et al v. Pilgrim International, Inc., et al |
| HENRY RELAYSON, FR. OBO SETH RELAYSON | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |
| HENRY RELAYSON, JR | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |

| | | |
|---|---|---|
| HENRY RELAYSON, SR | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |
| JACQUELYN RELAYSON | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |
| JEANNE RELAYSON | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |
| JEANNE RELAYSON OBO MEGAN HYMEL | 2:09-cv-7152 | Jacquelyn Relayson et al v. Keystone RV Company, et al. |
| LILLIE ROBINSON | 2:09-cv-7158 | Lillie Robinson et al v. Pilgrim International, Inc. |
| LOUIS ROBINSON, JR | 2:09-cv-7158 | Lillie Robinson et al v. Pilgrim International, Inc. |
| PATRICIA WHEELER | 2:09-cv-7157 | Wheeler v. American Camper Manufacturing LLC, et al |
| PATRICIA WHEELER OBO DESTINEE TARDO | 2:09-cv-7157 | Wheeler v. American Camper Manufacturing LLC, et al |
| PEARL SUE WYATT | 2:09-cv-7154 | Pearl Sue Wyatt v. GulfStream Coach Inc., et al |
| ROBERT J. NELSON OBO ROBERT NELSON | 2:09-cv-7159 | Robert J. Nelson et al v. Pilgrim International, Inc., et al |
| ROBERT NELSON | 2:09-cv-7159 | Robert J. Nelson et al v. Pilgrim International, Inc., et al |
| ROBERT NELSON OBO ULYSSES NELSON | 2:09-cv-7159 | Robert J. Nelson et al v. Pilgrim International, Inc., et al |
| RONALD LAHOSTE OBO ALEXIS LAHOSTE | 2:09-cv-7153 | Ronald LaHoste et al v. Forest River, Inc., et al |
| RONALD LAHOSTE OBO AMANDA LAHOSTE | 2:09-cv-7153 | Ronald LaHoste et al v. Forest River, Inc., et al |
| RONALD LAHOSTE, JR. | 2:09-cv-7153 | Ronald LaHoste et al v. Forest River, Inc., et al |
| SALVADORE BARONE | 2:09-cv-7156 | Salvadore Barone v. Gulf Stream Coach, Inc. |
| SHARON HYDE | 2:09-cv-7158 | Lillie Robinson et al v. Pilgrim International, Inc. |
| SHIRLEY ROBINSON | 2:09-cv-7158 | Lillie Robinson et al v. Pilgrim International, Inc. |
| SHIRLEY ROBINSON OBO TYRONE HUTTON | 2:09-cv-7158 | Lillie Robinson et al v. Pilgrim International, Inc. |
| TERRY GORDON OBO TERRAIQUE GORDON | 2:09-cv-7151 | Bobby Gordon et al v. CH2M Hill Constructors, Inc. |
| TERRY GORDON OBO TERRICA GORDON | 2:09-cv-7151 | Bobby Gordon et al v. CH2M Hill Constructors, Inc. |
| TERRY GORDON SR OBO TERRY GORDON JR | 2:09-cv-7151 | Bobby Gordon et al v. CH2M Hill Constructors, Inc. |
| TERRY GORDON, SR. | 2:09-cv-7151 | Bobby Gordon et al v. CH2M Hill Constructors, Inc. |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.