UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Patricia V. Johnson, et al, v. Alliance Homes, Inc., et al Civil Action No. 09-5534 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed in Civil Action No. 09-5534 (originally filed July 7, 2009 in USDC, Middle District of Louisiana as 3:09-cv-436)

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| Adam Geraci | 2:09-cv-6572 | Michael Rucker et al v. Stewart Park Homes, Inc. |
| Adena Cobbins | 2:09-cv-6570 | Adena Cobbins et al, v. Skyline Corporation |
| Adena Cobbins on behalf of Jeanette Cobbins | 2:09-cv-6570 | Adena Cobbins et al, v. Skyline Corporation |

| | | |
|---|---|---|
| Adena Cobbins on behalf of Marcus Toussiant | 2:09-cv-6570 | Adena Cobbins et al, v. Skyline Corporation |
| Alanza Stewart | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| Arriane Turner | 2:09-cv-6565 | Patrick Norwood et al v. Forest River, Inc. et al |
| Carolyn Morgan | 2:09-cv-6567 | Carolyn Morgan et al v. Forest River, Inc. |
| Charles Duckworth, Jr. | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Christine Turner | 2:09-cv-6565 | Patrick Norwood et al v. Forest River, Inc. et al |
| Cody Lyn Morgan | 2:09-cv-6567 | Carolyn Morgan et al v. Forest River, Inc. |
| DARRELL TURNER ON BEHALF OF TENITEA TURNER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| DARRELL TURNER ON BEHALF OF TIANA TURNER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| DEBRA ISIDORE | 2:09-cv-6576 | Joel Green et al v. Lexington Homes, Inc. et al |
| DEBRA ISIDORE OBO MAYA ISIDORE | 2:09-cv-6576 | Joel Green et al v. Lexington Homes, Inc. et al |
| Deja Beckham | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| Delores Stewart | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| Donald Morgan, Sr. | 2:09-cv-6567 | Carolyn Morgan et al v. Forest River, Inc. |
| Donald Morgan, Sr. on behalf of Donald Morgan, Jr. | 2:09-cv-6567 | Carolyn Morgan et al v. Forest River, Inc. |
| Donna Hilliard | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| DONNA LUCAS | 2:09-cv-6575 | Donna Lucas et al v. Gulf Stream Coach, Inc. |
| DONNA LUCAS OBO RICHARD LUCAS | 2:09-cv-6575 | Donna Lucas et al v. Gulf Stream Coach, Inc. |
| Frank Touissant | 2:09-cv-6570 | Adena Cobbins et al, v. Skyline Corporation |
| Freddie Spurlock | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| Honoray Hilliard, Jr. | 2:09-cv-6573 | Donna Hilliard et al v. Gulf Stream Coach, Inc. et al |
| James Mitchell, Sr. | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| Jermaine Mitchell | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| JOEL DRUMMER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| JOEL GREEN | 2:09-cv-6576 | Joel Green et al v. Lexington Homes, Inc. et al |
| Jonathan Turner | 2:09-cv-6565 | Patrick Norwood et al v. Forest River, Inc. et al |
| JONIQUE MEYERS | 2:09-cv-6566 | Jonique Meyers et al v. Clayton Homes of Lafayette, Inc. et al |

| Joshua Mitchell | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| KENTON TURNER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| Keytha Watson | 2:09-cv-6574 | Keytha Watson v. Jayco, Inc. |
| LaRissa Duckworth | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| LaRissa Duckworth obo A.D. | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Linda Mitchell | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| LULA DRUMMER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| MAYA DEJESUS | 2:09-cv-6563 | Simeko Johnson et al v. Fluor Enterprises, Inc. |
| Michael Rucker | 2:09-cv-6572 | Michael Rucker et al v. Stewart Park Homes, Inc. |
| Patrick Norwood | 2:09-cv-6565 | Patrick Norwood et al v. Forest River, Inc. et al |
| ROBIN MEYERS | 2:09-cv-6566 | Jonique Meyers et al v. Clayton Homes of Lafayette, Inc. et al |
| ROBIN MEYERS OBO JORDAN MEYERS | 2:09-cv-6566 | Jonique Meyers et al v. Clayton Homes of Lafayette, Inc. et al |
| SIMEKO JOHNSON | 2:09-cv-6563 | Simeko Johnson et al v. Fluor Enterprises, Inc. |
| SIMEKO JOHNSON OBO REVA REVADER | 2:09-cv-6563 | Simeko Johnson et al v. Fluor Enterprises, Inc. |
| STEPHANIE TURNER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| Tia Turner | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| TIA TURNER ON BEHALF OF TAMIA TURNER | 2:09-cv-6568 | Tia Turner et al v. American Camper Manufacturing, LLC et al |
| Timeka Mitchell | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| Timeka Mitchell obo A.B., Jr. | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| Timeka Mitchell obo J.M. | 2:09-cv-7705 | Linda Mitchell, et al v. Forest River, Inc. |
| VALANDER MARTIN | 2:09-cv-6571 | Valander Martin v. Jayco, Inc. |
| Wanda Duckworth | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| WANDA MORET | 2:09-cv-6564 | Wanda Moret v. Coachman Industries, Inc. et al |
| Willie Wilson | 2:09-cv-8307 | Willie Wilson v. Gulf Steam Coach, Inc. |
| Yolanda Turner | 2:09-cv-6565 | Patrick Norwood et al v. Forest River, Inc. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from

Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

                Respectfully submitted,

                HURRICANE LEGAL CENTER, LLC

                BY:    */s/ Lawrence J. Centola, Jr.*

                LAWRENCE J. CENTOLA, JR.

                Lawrence J. Centola, Jr., LA Bar #3962
                Hurricane Legal Center
                600 Carondelet Street, Suite 602
                New Orleans, LA 70130
                Telephone: (504) 525-1944
                Facsimile: (504) 525-1279
                lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                /s/  *Lawrence J. Centola, Jr.*
                Lawrence J. Centola, Jr.