UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Sonia Joseoph, et al, v. Alliance Homes, Inc., et al  Civil Action No. 09-6881 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed in Civil Action No. 09-6881 (originally filed June 15, 2009 in the USDC, Western District of Louisiana as Case No. 6:09-cv-1006)

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| ALICE SINO | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| ALIESHA MANES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| Aliesha Manes | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| Ashley Steele | 2:09-cv-7580 | Eddie Mae Porter, et al v. Gulf Stream Coach, Inc., et al |
| Ashley Steele | 2:09-cv-8342 | Ashley Steele v. Coachmen Recreational Vehicle Company, LLC, et al |
| Bernard Dunklin | 2:09-cv-7581 | Joey Broussard et al  v. Vanguard Industries of Michigan, Inc., et al |
| Betty Rodriguez | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Betty Rodriguez | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| BRENDA L. COOPER | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| BRIDGETT FRANKLIN SMITH | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| Brittney Roppolo | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| Carl C. Campo | 2:09-cv-7596 | Campo, et al,  v. Insurco, Ltd, et al |
| Cartina Caesar | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| Catrina Ceaser | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| Charalda Sullen | 2:09-cv-7594 | Charlanda Sullen v. Gulf Stream Coach, Inc. |
| Chastity Sylvester | 2:09-cv-5680 | Tiffany Piquet et al v. Lexington Homes, Inc. et al |
| Chastity Sylvester | 2:09-cv-5681 | Tiffany Picquet et al v. Lexington Homes, Inc. et al |
| CHASTITY SYLVESTER | 2:09-cv-5751 | Dave Charles Jr.  et al v. American International Group, et al |
| CHINTASHA LAFRANCE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| CLEMENT PARKER | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| CURTIS A. DUCOTE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| DAVID MANES JR. ON BEHALF OF CAMERON MANES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| DAVID MANES JR. ON BEHALF OF DAMIEN MANES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| DAVID MANES JR. ON BEHALF OF DYLAN MANES | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| David Manes, Jr. | 2:09-cv-5706 | David Manes Jr. et al v. Oak Creek Homes, L.P., et al |
| David Manes, Jr. | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| David Manes, Jr. on behalf of C. M. | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| David Manes, Jr. on behalf of D. M. | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| David Manes, Jr. on behalf of D. M. | 2:09-cv-8335 | Silas Crawford, et al v. Recreation by Design, LLC and Fluor Enterprises, Inc. |
| David P. Behrens | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| Deborah Danastasio | 2:09-cv-7580 | Eddie Mae Porter, et al v. Gulf Stream Coach, Inc., et al |
| DEMOND HILLMAN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| DOROTHY BELL | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| DOROTHY BELL | 2:09-cv-5966 | Laronda Williams et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| EASTEN SULLEN, JR | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| EBONY WILLIAMS | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| EBONY WILLIAMS ON BEHALF OF PARIS LONDON HITE | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| Eddie Mae Porter | 2:09-cv-7580 | Eddie Mae Porter, et al v. Gulf Stream Coach, Inc., et al |
| Edward C. Ceaser | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| Edward C. Ceaser obo S.C. | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| Edward Ceasar, III | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| ERNIE TARRANCE ON BEHALF OF ESSENCE TARRANCE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| ERNIE TARRANCE, JR | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| FRANK FRANKLIN, SR | 2:09-cv-5749 | Todd Franklin Jr. et al v.  Liberty Mutual Insurance Corp and CH2M HILL |
| FREDDIE SMITH | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| GAIL PINKINS | 2:09-cv-6029 | Perkins, et al v. American International Specialty Lines Insurance Company et al |
| GARY SYLVESTER ON BEHALF OF TRENAISHA SYLVESTER | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| GARY SYLVESTER, SR | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| GARY SYLVESTER, SR. ON BEHALF OF GARY SYLVESTER, JR. | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| George Bolden | 2:09-cv-7598 | George Bolden v. Frontier RV, Inc. |
| George Bolden | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| George Brown | 2:09-cv-7599 | George Brown v. Keystone RV Company |
| Gerald Rodriguez | 2:09-cv-8325 |  Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |

| | | |
|---|---|---|
| Gerald Rodriguez, Sr. | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Gregg Gagliano | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Gregg Gagliano | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| Hector Gallardo | 2:09-cv-7595 | Charlanda Sullen v. Gulf Stream Coach, Inc. |
| Hector Gallardo, Jr | 2:09-cv-7595 | Charlanda Sullen v. Gulf Stream Coach, Inc. |
| Herman G. Campo, Jr. | 2:09-cv-7596 | Campo, et al, v. Insurco, Ltd, et al |
| Herman Mackey on behalf of H. Mackey | 2:09-cv-7597 | Herman Mackey et al v. Keystone Industries, Inc., et al |
| Herman Mackey on behalf of H.M. | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| HERMAN MACKEY ON BEHALF OF HERMAN MACKEY | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| HERMAN MACKEY, JR | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Herman Mackey, Jr | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| Herman Mackey, Jr. | 2:09-cv-7597 | Herman Mackey et al v. Keystone Industries, Inc., et al |
| IONA FRANKLIN | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| Janice Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Janice Jones on behalf of J. Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Janice Jones on behalf of J. Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Janice Jones on behalf of J. Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Janice Jones on behalf of M. Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Jerry Williams, Sr. | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| JERRY WILLIAMS, SR. ON BEHALF OF KYANTE WILLIAMS | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |
| Jessica Andrews | 2:09-cv-7586 | Keith Andrews, Jr. et al v. Champion Home Builders Co. et al |
| Jessica Andrews | 2:09-cv-7587 | Keith Andrews Jr. v. Palm Harbor Albermarle, LP., et al |
| Jessica Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| Joey Broussard | 2:09-cv-7581 | Joey Broussard et al v. Vanguard Industries of Michigan, Inc., et al |
| JOYCE SYLVESTER | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| JUSTIN HILLS | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |

| | | |
|---|---|---|
| Keith Andrews obo K. Andrews | 2:09-cv-7586 | Keith Andrews, Jr. et al v. Champion Home Builders Co. et al |
| Keith Andrews obo K. Andrews | 2:09-cv-7586 | Keith Andrews, Jr. et al v. Champion Home Builders Co. et al |
| Keith Andrews obo K. Andrews | 2:09-cv-7587 | Keith Andrews Jr. v. Palm Harbor Albermarle, LP., et al |
| Keith Andrews obo K. Andrews | 2:09-cv-7587 | Keith Andrews Jr. v. Palm Harbor Albermarle, LP., et al |
| Keith Andrews, Jr. | 2:09-cv-7586 | Keith Andrews, Jr. et al v. Champion Home Builders Co. et al |
| Keith Andrews, Jr. | 2:09-cv-7587 | Keith Andrews Jr. v. Palm Harbor Albermarle, LP., et al |
| KENNETHA FRANKLIN | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Kennetha Franklin | 2:09-cv-7597 | Herman Mackey et al v. Keystone Industries, Inc., et al |
| Kennetha Franklin | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| Keyondra Joshua | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Keyondra Joshua | 2:09-cv-7597 | Herman Mackey et al v. Keystone Industries, Inc., et al |
| Keyondra Joshua | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| KIM SYLVE | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Linda Beal | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Maranda Jones | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Maranda Jones on behalf of D. Jones | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Maranda Jones on behalf of T. Jones | 2:09-cv-7590 | Rubin Tolliver, et al v. American International Group, et al |
| Martin Cox | 2:09-cv-7583 | Martin Cox v. Fleetwood Canada Ltd., et al |
| Mary Sanders | 2:09-cv-7593 | Mary Sanders v. Liberty Mutual Insurance Corp, et al |
| Melinda Carpenter | 2:09-cv-5691 | Percy Griffin et al v. Layton Homes Corp. et al |
| MELINDA CARPENTER | 2:09-cv-5962 | Percy Griffin et al v. Layton Homes Corp. et al |
| MELVIN SINO | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| MELVIN SYLVE | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| Melvin Sylve | 2:09-cv-7597 | Herman Mackey et al v. Keystone Industries, Inc., et al |
| Melvin Sylve | 2:09-cv-8347 | Keyondra Joshua, et al. v. Frontier, Inc. and CH2M Hill Constructors, Inc. |
| MISHA SYLVE | 2:09-cv-5701 | Kenneth Sanchez et al v. Timberland RV Company et al |

| | | |
|---|---|---|
| NICOLE PARKER | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| NICOLE PARKER ON BEHALF OF CAYLIN PARKER | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| NICOLE PARKER ON BEHALF OF CYLER PARKER | 2:09-cv-5657 | Chad Beech et al v. Sentry Insurance a Mutual Company et al |
| Patricia Behrens Mangano | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| Patricia Mangano on behalf of I. Mangano | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| Patricia Mangano on behalf of S. Behrens | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| Percy Griffin | 2:09-cv-5691 | Percy Griffin et al v. Layton Homes Corp. et al |
| PERCY GRIFFIN | 2:09-cv-5962 | Percy Griffin et al v. Layton Homes Corp. et al |
| Raymond J. Campo | 2:09-cv-7596 | Campo, et al,  v. Insurco, Ltd, et al |
| REBECCA DUCOTE | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Regina McCoy obo A. Magee | 2::09-cv-8319 | McCoy v. American International Group, et al |
| RHONDA PICQUET | 2:09-cv-5726 | Rhonda Picquet OBO Warren Joseph Picquet v. Waverlee Homes, Inc, et al |
| RHONDA PICQUET | 2:09-cv-5774 | Rhonda Picquet et al v. Waverlee Homes, Inc, et al |
| RHONDA PICQUET OBO MEGAN SANDIFER | 2:09-cv-5774 | Rhonda Picquet et al v. Waverlee Homes, Inc, et al |
| Romaine Riley | 2:09-cv-7588 | Romaine Riley v. Gulf Stream Coach, Inc. et al |
| SAM JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| SHAMIKA HILLS | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| SHAMIKA HILLS ON BEHALF OF SARIAH DUPLESSIS | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| Shawn Behrens | 2:09-cv-7589 | Shawn Behrens et al v. River Birch Homes Inc. , et al |
| SHIRLEY SULLEN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Solomon Jones | 2:09-cv-7582 | Janice Jones, et al v. Alliance Homes, Inc., et al |
| SONIA JOSEPH | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Sylvia Hills | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| Todd Franklin | 2:09-cv-5749 | Todd Franklin Jr. et al v.  Liberty Mutual Insurance Corp and CH2M HILL |
| THEODORE PERKINS, JR | 2:09-cv-6029 | Perkins, et al v. American International Specialty Lines Insurance Company et al |

| TIFFANY PICQUET | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
|---|---|---|
| TRINESE SYLVESTER | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| TYRA JOHNSON HILLMAN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Wanda Ceaser | 2:10-cv-712 | Catrina Ceaser, et al, v. Lakeside Park Homes, Inc. |
| Wanda Griffin | 2:09-cv-5691 | Percy Griffin et al v. Layton Homes Corp. et al |
| WANDA GRIFFIN | 2:09-cv-5962 | Percy Griffin et al v. Layton Homes Corp. et al |
| WANDA WILLIAMS | 2:09-cv-5758 | Williams et al v. Insurance Company of the State of Penn et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                          /s/ *Lawrence J. Centola, Jr.*
                                             Lawrence J. Centola, Jr.