UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ALL CASES | * | MAG:  CHASEZ |
| | * | |
| *   *   *   *   *   *   *   * | | |

### JOINT NOTICE OF DEL-JEN, INC., PROJECT RESOURCES, INC. and PRI/DJI TO ADOPT AND JOIN FLUOR'S GENERAL MOTIONS PURSUANT TO ORDER OF JULY 23, 2010

**NOW INTO COURT**, through undersigned counsel, come defendants, Del-Jen, Inc. ("Del-Jen"); Project Resources, Inc. ("Project Resources"); and PRI/DJI, A Reconstruction Joint Venture ("PRI/DJI"), who hereby adopt and join in Fluor's General Motions Pursuant to this Honorable Court's Order of July 23, 2010 (R. Doc. 14860).  More precisely, Del-Jen, Project Resources, and PRI/DJI adopt and join the following, non-exclusive list of General Motions of Fluor:

- Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings to Dismiss Louisiana Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Doc. 13423);

- Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Doc. 13426);

- Any and all motions filed by Fluor regarding failure to warn; and

- Any and all motions filed by Fluor regarding government contractor status.

Del-Jen, Project Resources, and PRI/DJI also expressly reserve the right to adopt and join any and all other General Motions filed by Fluor of which Del-Jen, Project Resources, or PRI/DJI are not currently aware.

> **WHEREFORE**, Del-Jen, Project Resources, and PRI/DJI adopt and join Fluor's General Motions in this litigation, while reserving their rights to adopt and join any and all other General Motions filed by Fluor of which Del-Jen, Project Resources, or PRI/DJI are not currently aware.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Del-Jen, Inc.*

*~and~*

*/s/Kathleen F. Drew*
_____
**KATHLEEN F. DREW (#5079)**
**ADAMS AND REESE**
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 585-0142
Facsimile: (504 566.0210
kathleen.drew@arlaw.com

*Counsel for Defendant,*
*PRI/DJI, A Reconstruction Joint Venture and its Principals, Project Resources Inc., and Del-Jen Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2010, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*
_____
**RICHARD E. KING**