UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Kenshawn King, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4074 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**</u>

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4094.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| Agueeta Parker | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Aguilla Parker | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| AKEEM MARTIN | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
|---|---|---|
| Akeem Martin | 2:09-cv-8305 | Akeem Martin v. Keystone Industries, Inc. and Keystone RV Company |
| ALICIA PAGE | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| ALICIA ST CYR | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| ANDREALIE LEWIS | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Specialty Insurance co. et al |
| ANGELA ATCHLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ANGELA CAMPBELL | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| ANGELA DORSEY | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Anna I. Trusty | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| BEATRICE GABLE ARMSTRONG | 2:09-cv-6030 | Lonnie Swain, et al v. Gulf Stream Coach, Inc., et al |
| BERTHA BROWN | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Bertha Shiloh | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BETTY ZELMAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BOBBY CARTER | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| BRAYONE ALBERT | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| BRIONA WALSTON | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| CALVIN DINET | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CARDELL CARTER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Carl Saunders | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CAROL GUYTON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| CAROLE BYRD | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| CAROLYN BROWN-ROBERTSON | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| CAROLYN MARTIN | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |

| | | |
|---|---|---|
| Carolyn Martin | 2:09-cv-8305 | Akeem Martin  v. Keystone Industries, Inc. and Keystone RV Company |
| Carolyn Robinson | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| CAROLYN WALCOTT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CASEY ST. CYR | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| CATERA S. CARRABY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CATERA S. CARRABY ON BEHALF OF DEVIN J. CARRABY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CATERA S. CARRABY ON BEHALF OF THAIS J. SAUNDERS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHARLES MARSHALL | 2:09-cv-5658 | Irma Miller et al v. Sun Valley, Inc. et al |
| CHAVIS COUSIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Chavis Cousin | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| CHERRY CARTER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Christina Martinez | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Christina Martinez | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Christopher Breaux | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| CHRISTOPHER CHAPMAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Christopher Chapman, Sr. on behalf of C.C. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHRISTOPHER CHAPMAN, SR. ON BEHALF OF CHRISTOPHER CHAPMAN, JR. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CLARENCE SCHASA, JR | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| CYNTHIA BARNES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CYNTHIA BARNES ON BEHALF OF A'NYAH DEJAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DAMON P. CARRABY, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DANA HICKS | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| DANIELLE FRANKLIN | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
|---|---|---|
| DAPHNE DAVIS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DAPHNE DAVIS ON BEHALF OF JOHN A. RAINES IV | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DAPHNE DAVIS ON BEHALF OF TANISHA LACAZE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DASHAWN VALENTINE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DASHAWN VALENTINE ON BEHALF OF DERRIAN VALENTINE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEBORAH GUIDRY | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Deborah Guidry | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| DEREK DECUIR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DERRICK COLLINS | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DEWAYNE E. PANNIA ON BEHALF OF DEWAYNE PANNIA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DINET JOSEPH | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DONNA FOURNIER | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| DONNA RAWSON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DORIS WOODS | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| EARL PANNIA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Earl Williams | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| EBONY WILLIAMS | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| EDGAR TILTON,JR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| EDGAR TILTON,SR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| EDNA USSIN | 2:09-cv-5961 | Edna Ussin v. CH2MHILL Constructors, Inc. |
| ELAINE GREEN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ELAINE WOLO | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| ELUARD BOURNES, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EMILE BREAUX, SR | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| ERICA BURKHALTER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| ERNSO PIERRE | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| ERNSO PIERRE ON BEHALF OF CEDRIC PIERRE | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| ERNSO PIERRE ON BEHALF OF WINCHEL PIERRE | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| ESTEELE GLEASON | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Estelle Gleason | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| ETHEL M. WEST | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ETHEL SCHAFF | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Eve Wilkins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| FANNIE GLEASON | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Fannie Gleason | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| FLOYD COUBAROUS | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| GAIL LEE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GENEVIEVE NASH | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Geraldine Encalade | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GLEN EDWARDS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Glenda Griffin | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GLORIA PERRIATT | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| GRACIA DUPLESSIS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| HAROLD LANDRY | 2:09-cv-5731 | Juanita Landry et al v. Four Winds International Corporation |
| HATTIE SAM | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |

Case 2:07-md-01873-KDE-MBN   Document 17405-1   Filed 10/28/10   Page 6 of 15

| | | |
|---|---|---|
| HAZEL GLEASON | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Hazel Gleason | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Herman Shiloh, Jr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ILEAN JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Iona Ben obo C.B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| IRENE SALLES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| IVEY HALL | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| IVORY HALEY, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JAMAL BROOKS | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| JASMINE BONNER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| JASMINE LAJEUNE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Joel Garrison | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Johanna Encalade | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOHN G ATCHLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOHN G ATCHLEY ON BEHALF OF BRENNAN ATCHLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JOHN G ATCHLEY ON BEHALF OF JAYDEN ATCHLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JON WILLIAMS | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| JOSEPH DUSSET | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOSEPH DUSSET ON BEHALF OF WANDA BROWN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Joseph Fazio | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOSEPH GLEASON | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |

| | | |
|---|---|---|
| Joseph Gleason | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| JOSEPHINE MORGAN | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Joyce Sylva | 2:09-cv-5648 | Joyce Sylva et al v. Skyline Corporation/Shaw |
| JUANITA LANDRY | 2:09-cv-5731 | Juanita Landry et al v. Four Winds International Corporation |
| JUANITA MAYS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JUDY DINET | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KAREN ROGERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| Karen Verrett-Cummings | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KEITH BRUNDY | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| KEITH BRUNDY ON BEHALF OF KEIJON BRUNDY | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| KEITH BRUNDY ON BEHALF OF KEIVON PARKER | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| KELLEY NUCCIO | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| Kelli Cummings | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KELLY ANN BLACHE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| KERRLYNN BURKHALTER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| KIRBY DORSEY | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| KIRBY DORSEY ON BEHALF OF KIERSTEN DORSEY | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Kitty Jackson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LAMAR CALLAWAY, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Latoya Oubichon | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Latoya Oubichon on behalf of K. G. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Latoya Oubichon on behalf of R.C. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LAURENE P. COUVILLION | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |

| | | |
|---|---|---|
| Lauryn Mastrodonato | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LAWRENCE HALL | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| LESTER PERRIATT | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| Levi Johnson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LILLIE CARMOUCHE | 2:09-cv-5733 | Lillie Carmouche et al v. KZRV, LP et al |
| LILLIE CARMOUCHE OBO MICHAI CARMOUCHE | 2:09-cv-5733 | Lillie Carmouche et al v. KZRV, LP et al |
| Linda St Cyr | 2:09-cv-5641 | Linda St Cyr et al v. Skyline Corporation |
| LISA HALEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LOIS DORSEY | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LOLA TILTON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| lona Ben on behalf of C. B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lorraine Washington-McNeal | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| LOUIS MASSEY, JR. | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| LOUIS ZELMAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LUCILLE DAUPHINE | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| LYNETTE BLANKENSHIP | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MALIK JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Marry Simon | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Martin Wilkins | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MARY VIRGINIA MEAZELL | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MAUREEN CALLAWAY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MAYOLA OSIRIO | 2:09-cv-5639 | Paulette C. Celestine et al v. Recreation by Design, LLC et al |
| MELAINA JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MELVIN GARCIA | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| MELVIN JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |

| | | |
|---|---|---|
| MELYSIA JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Merlene Smith-Gearing | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Michael Cummings, Jr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MICHAEL DORSEY | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Michelle Parker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MISUNIQUE MARTIN | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| Misunique Martin | 2:09-cv-8305 | Akeem Martin v. Keystone Industries, Inc. and Keystone RV Company |
| MITCHELL BRICKLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| MYAH JOURDAN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Nakia Johnson | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| Nicholas Mastrodonato | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| NIKKI CEASER | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| NIKKI CEASER on behalf of KAIA JOURDAN | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| NIKKI CEASER on behalf of KEEHNAN CEASER | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| NINA BANKSTON | 2:09-cv-6031 | Doris Woods et al v. Cavalier Home Builders, LLC et al |
| NIRIONNE SCHEXNAYDER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| NIRIONNE SCHEXNAYDER ON BEHALF OF KENNETH LEWIS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| NIRIONNE SCHEXNAYDER ON BEHALF OF NYRON SCHEXNAYDER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| OLGA JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| OLGA JACKSON ON BEHALF OF JANAE JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| OLGA JACKSON ON BEHALF OF JARRELL JACKSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PATRICIA CHAPMAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| PATRICIA CHAPMAN ON BEHALF OF BRANDON DECUIR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| PATRICIA CHAPMAN ON BEHALF OF KRISTEN CHAPMAN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Patricia Johnson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Patricia Onidas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PATRICIA SCALLAW | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| PAULETTE C. CELESTINE | 2:09-cv-5639 | Paulette C. Celestine et al v. Recreation by Design, LLC et al |
| PAULETTE WILLIAMS | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| PEARL GARCIA | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Phoebe Warren on behalf of J. W. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Phoebe Warren on behalf of S. W. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RANDY JOSEPH JEANFREAU | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Randy Vaughn | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Randy Vaughn | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| Randy Vaughn | 2:09-cv-8351 | Randy Vaughn, et al v. Insurance Company of the State of Penn, et al |
| RAQUEL HALL | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| RAQUEL HALL | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| RAYNELL PITTMAN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Rebecca Jones | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| REGANER EDWARDS | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| REGANER EDWARDS ON BEHALF OF JODEHA CAMPBELL | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| REGANER EDWARDS ON BEHALF OF MELVIN MCGEE III | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |

| Richard Byrd | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
|---|---|---|
| Robert Griffin | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Robert Griffin on behalf of G. G. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ROBERT GUIDRY | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Robert Guidry | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| RONALD FOURNIER | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| RONALD FOURNIER ON BEHALF OF MATTHEW FOURNIER | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| RONALD SCALLAW | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| RONIQUE LEE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RONIQUE LEE ON BEHALF OF CHELSEA BAZILE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| RONIQUE LEE ON BEHALF OF CHYRA LEE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Rosemary Varnado | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Rosetta Harness | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rosetta Harness | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| Rosetta Harness | 2:09-cv-8351 | Randy Vaughn, et al v. Insurance Company of the State of Penn, et al |
| Rosetta Harness obo D.H. | 2:09-cv-8351 | Randy Vaughn, et al v. Insurance Company of the State of Penn, et al |
| Rosetta Harness on behalf of D. H. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rosetta Harness on behalf of D.H. | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| Roy Bradley | 2:09-cv-5651 | Roy Bradley et al v. Thor California, Inc. et al |
| ROY BREAUX | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| ROY L. BREAUX, JR | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Roy Parker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| RUBEN BROWN, JR | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
|---|---|---|
| RUFUS BURKHALTER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| RYAN BURKHALTER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| SANDRA BRICKLEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SANDRA SCHEXNAYDER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| SHANA VALENTINE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHANA VALENTINE ON BEHALF OF JEREMIAH VALENTINE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Shannae Harness | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Shannae Harness | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| Shannae Harness | 2:09-cv-8351 | Randy Vaughn, et al v. Insurance Company of the State of Penn, et al |
| SHANNON T. POWERS | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Shannon T. Powers | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| SHARON VALENTINE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SHAWANDA ROGERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| SHAWANDA ROGERS ON BEHALF OF BARRYN ROGERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| SHAWANDA ROGERS ON BEHALF OF TREJEAN ROGERS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| SHELAH DINET | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHELAH DINET ON BEHALF OF ERICA DINET | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHELAH DINET ON BEHALF OF NATHAN DINET | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SHERYL CARTER | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Steve Trusty | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| STEVEN ACKER | 2:09-cv-5723 | Steven Acker v. Keystone Industries, Inc. et al |

| | | |
|---|---|---|
| Steven Jackson, Sr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Steven Jackson, Sr. on behalf of S. J. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Thais Sigur | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| THEDROW BROWN | 2:09-cv-5673 | Nakia Johnson et al v. Layton Homes Corp. |
| Thomas Fazio | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TOMICA DUPLESSIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TOMICA DUPLESSIS OBO CALEB DOWDEN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TOMICA DUPLESSIS ON BEHALF OF CLBY DOWDEN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Toni Mastrodonato | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Toni Mastronato on behalf of J. M. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TONJA WALSTON | 2:09-cv-5749 | Todd Franklin Jr. et al v. Liberty Mutual Insurance Corp and CH2M HILL |
| Toya Jackson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TREMICEY DORSEY | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| TREMICEY DORSEY ON BEHALF OF DEMONA VERRETT | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| TREMICEY DORSEY ON BEHALF OF JARNE BARRA | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Walter Jones | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Walter Jones on behalf of B. T. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Walter Jones on behalf of B. T. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WAYNE FARLOUGH | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Whitley Smith | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Willie Onidas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| YOLANDA HURST-MASSEY | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| YVETTE JOSEPH | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:   */s/ Lawrence J. Centola, Jr.*

        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile: (504) 525-1279
        lcentola@hurricanelegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                 Lawrence J. Centola, Jr.