UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Leroy Carter, Jr., et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-4088 | * * | MAGISRATE CHASEZ |

*********************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4088, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| ALBERT BRISCOE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Allen McDonald | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Allen McDonald on behalf of A.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Allen McDonald on behalf of C.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ALLEN MERCADEL, JR | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| ALTON ALLEN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Ana Scharfenstein | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Anika Robinson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| Ann Marie Hill | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| ANTHONY BROUSSARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Anthony Forrest | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Anwar Woods | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Arthur Joseph | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| ARTHUR JOSEPH | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Ashley Sullivan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Ashley Sullivan on behalf of J. D. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Aszerleat Forrest | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| BENJAMINE BOWENS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| BERTLAR WALKER | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| BESSIE BROWN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Betsy Scharfenstein | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Betty Rayford | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BOBBY TOOMER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Brandon Forrest | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| BRENDA ANTOINE | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Bridget Forrest | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| BRINETT SMITH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRINETT SMITH ON BEHALF OF BRINESHA SMITH | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRINETT SMITH ON BEHALF OF RODERICK JAMES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRITTNEY SYLVE | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CALVIN MACK | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Carl Wharton, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| Carl Wharton, Jr | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
|---|---|---|
| Carl Wharton, Jr | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Carl Wharton, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Carl Wharton, Sr | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Carl Wharton, Sr | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| CARLESE BRUMFIELD, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Carline McDonald | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CAROL JEFFERSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Carol Jefferson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHARLES GRAY | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| CLARENCE BROWN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CONSTANCE MORGAN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CONSTANCE MORGAN ON BEHALF OF DERRIEL MORGAN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CONSTANCE MORGAN ON BEHALF OF IMARI MORGAN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CONSTANCE MORGAN ON BEHALF OF KARNELL SYLVE | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| CURTIS DAVIS | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Danny Santiago on behalf of D. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DARLENE CLARK | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Darren Kain Sr. on behalf of D.K. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Darren Kain, Sr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Darryl Boudreaux | 2:10-cv-710 | Boudreaux v. Frontier, RV Inc. |
| DAVID BAILIE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DAVID CAMP | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| David Scharfenstein Jr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| David Sharfenstein III | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| DELORES GRIFFIN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DELROY BROWN | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Denean Santiago | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DENISSE BROUSSARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DENISSE BROUSSARD ON BEHALF OF DENNIS BROUSSARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Dennis Jolly | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DERRICK MORGAN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Diane Smith | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DIANNA ARMOUR | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| DOMINIQUE WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Donald Serpas on behalf of L.S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Donald Serpas, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Doris Paige | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |
| Dorothy Green | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Dorothy Miller | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DUKE CARTER | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| DUKE CARTER II | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| DUKE CARTER ON BEHALF OF DOMINIQUE CARTER | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| EFFIE JONES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| ELAINE JEFFERSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Elaine Jefferson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Elissa George | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| ELMAREE THOMAS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| Emily Miller | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ENJALI LEWIS | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| ERNEST ANTOINE, JR | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Frances Brumfield | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Gaynell Lenoir | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GAYNELL LONDON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| GAYNELL LONDON ON BEHALF OF DIANEFF LONDON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| GILLIS BRANCH | 2:09-cv-5679 | Joyce Faustermann et al v. Thor California, Inc. |
| Gregory Andrews | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Gregory Lewis | 2:09-cv-5649 | Gregory Lewis et al v. Skyline Corporation and CH2M |
| HAROLD ARMOUR, JR | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| HAROLD ARMOUR, SR | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| HARWEDIA BRUMFIELD | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| HENRY EDWARDS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| IRISH LASTIE | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| IRISH LASTIE ON BEHALF OF TYIARA SOLOMON | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| IRMA EDWARDS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JADE TONEY | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| JALISA BRUMFIELD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JAMES DORSEY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JANE BOWENS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| JEANNIE BAILIE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JEFFREY MANCUSO, SR. | 2:09-cv-5730 | Wendi Mancuso et al v. Waverlee Homes Inc. |
| JEFFREY MANCUSO, SR. OBO JEFFREY MANCUSO, JR. | 2:09-cv-5730 | Wendi Mancuso et al v. Waverlee Homes Inc. |

| JENNIE GRAY | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| JENNIFER FLETCHER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JENNIFER FLETCHER ON BEHALF OF ANYA FLETCHER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JENNIFER NICOLOSI | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| JENNIFER NICOLOSI ON BEHALF OF NICHOLAS PAUL ROBIN | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| JENNIFER NICOLOSI ON BEHALF OF SCOTT ANTHONY NICOLOSI | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| JEROME BAILEY ON BEHALF OF JAVANTE BAILEY | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Jesse Palmore | 2:09-cv-5648 | Joyce Sylva et al v. Skyline Corporation/Shaw |
| JOEL SYLVE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JOYCE CARTER | 2:09-cv-5767 | Rhonda Riley et al v. Stewart Park Homes, Inc. et al |
| JUANITA FLETCHER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Julius McFarland on behalf of M. M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JULONE CARTER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JUSTINA LASTIE | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Kasanda Brown | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| KASANDRA BROWN | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Kasandra Brown on behalf of C.B. | 2:09-cv-8329 | Audrey Avist, et al v. Lakeside Park Homes, Inc. and Fluor Enterprises, Inc. |
| KASANDRA BROWN ON BEHALF OF CHRISTIAN BROWN | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| KATHRYN NUNEZ | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| KENDRA WILLIAMS | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| KENNARD LEWIS | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| Kennis Bullock | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| KEVIN LEWIS | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| KEVIN WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Kiaria Miller | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KIM DOUCETTE ON BEHALF OF KAILYE M. PORCHE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| KIM M. DOUCETTE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| KISHON BOVIA | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| LACREDA ANDERSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| LAKISHA CHANEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LANA BRUMFIELD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LANA BRUMFIELD ON BEHALF OF CARLESE BRUMFIELD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LANITA FLETCHER MOTON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LANITA FLETCHER MOTON ON BEHALF OF JOSHUA MOTON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LARON CARTER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LAURA FONTENBERRY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LAWRENCE FLETCHER, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEDELL BROWN ON BEHALF OF PHYLICIA BROWN | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LEDELL BROWN, JR. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LEDELL BROWN, SR. | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LELA MOSGROVE | 2:09-cv-5951 | Grace Gioustovia, et al. v. Starr Excess Liability Insurance Company, Ltd. et al |
| LEON RILEY | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| LEROP SIP | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEROY CARTER III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEROY CARTER ON BEHALF OF LEJEAN CARTER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEROY CARTER, JR. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| LEROY SMITH | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| LESTER CARRIERE | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Lester Carriere | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| LESTER JONES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LILLIE MAE SARTAN ON BEHALF OF MONICA WILLIAMS | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| LILLIE MAE SARTAN ON BEHALF OF NICHOLAS MC DONALD | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| LILLIE SARTAN | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| LINDA BOVIA | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| Lisa Major | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lisa Major on behalf of A.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lisa Major on behalf of R.M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LOIS HENDERSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Lori Serpas | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lorraine Woods | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LOUIS ROBIN | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| LUCINDA WILLIAMS | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| LYDIA RILEY | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| MARCEL MACK | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| MARIE LASTIE | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| MARIETTA BERAUD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Mario Green | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Mary Derezim | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Melvin George III | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |

| MICHAEL LABAT, SR. | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
|---|---|---|
| Michelle Sciambra | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Milton Smith, Sr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Milton Smith, Sr. on behalf of M.S. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| NATHANIEL LAWRENCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| OLIVIA NICHOLSON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| ORLANDO ARROM | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| OSBORNE PICOU, JR | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| OSBORNE PICOU, SR | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| PAUL AMAR | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| PAUL AMAR ON BEHALF OF INDIARA AMAR | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| PAUL AMAR ON BEHALF OF PAUL AMAR | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| PAUL AMAR ON BEHALF OF THOMAS BREAUX | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| PAULETTE SORINA | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Perry G.Thompson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PERRY HARRIS, JR. | 2:09-cv-5955 | Perry Harris, Sr et al. v. Jayco, Inc. et al |
| PERRY HARRIS, SR. | 2:09-cv-5955 | Perry Harris, Sr et al. v. Jayco, Inc. et al |
| PHYLLIS SMITH | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| RASHEEDA ANDERSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| Reginald Wallace | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RENE K HOLTRY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| RICHARD RODRIGUEZ | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Richard Santiago | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RITA JONES | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| ROBIN BOWENS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| Rogelia Joseph | 2:09-cv-5754 | Christle Grelle et al v. Insurance Company of the State of Pennsylvania et al |

| | | |
|---|---|---|
| ROGELIA JOSEPH | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| SABRINA TOOMER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SADIE GRAY | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| SHANTEL JENKINS | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| SHANTEL JENKINS ON BEHALF OF JOSHNESHA JENKINS | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| SHANTEL JENKINS ON BEHALF OF KENYNIRA JENKINS | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| SONIA BROWN | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| STANLEY SHEPHERD | 2:09-cv-5696 | Glenda Edwards et al v. Oak Creek Homes, L.P., et al |
| Stanley Shepherd | 2:09-cv-8324 | Julain Youngblood, et al v. Recreation by Design, LLC, et al |
| TAMMIE WADE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Ted Sciambra | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TERRANCE HENDERSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TERRY ABRAM | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| TERRY BANISTER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| TERRY BANISTER ON BEHALF OF JAMEISHA WEBB | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| THOMAS NUNEZ | 2:09-cv-5638 | Trenzetta Barabin OBO Tamiah Howard et al v. Thor California, Inc. et al |
| TONEY T DLLIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Tronjia Miller | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TROYLNN WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Tyrone Green | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| VANESSA ANDERSON | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| VERONICA GARDINA | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| VICTORIA WILLIAMS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| Vivian Anderson obo Vidal Anderson (aka Vidal Anderson) | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| Vivian Anderson | 2:09-cv-5737 | Rasheeda Anderson et al v. Liberty Mutual Insurance Corp. et al |
| WALTER LAWRENCE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| WANDA M. ALLY | 2:09-cv-5637 | Silvio Aguilar OBO Nubia Aguilar et al v. Forest River, Inc. |
| WARREN AVIST | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| WENDI MANCUSO | 2:09-cv-5730 | Wendi Mancuso et al v. Waverlee Homes Inc. |
| WESLYN LEWIS | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |
| WILLIAMS JONES, JR | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Willie Woods | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Willie. A Woods on behalf of D.W. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| ZELLEASE BROWN | 2:09-cv-5668 | Keyondra Joshua et al v. Frontier RV, Inc. |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                  /s/ *Lawrence J. Centola, Jr.*
                                                  Lawrence J. Centola, Jr.