IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No.: 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>    ALL CASES | MAGISTRATE CHASEZ |

## MOTION TO WITHDRAW

COMES NOW, Rose Hurder Carney, of law firm Hawkins, Stracener & Gibson, PLLC, 153 Main Street, Bay St. Louis, Mississippi, 39520 and moves to withdraw as counsel in the matters listed in Exhibit "A" attached hereto.  Edward Gibson will continue as counsel of record.

WHEREFORE, PREMISES CONSIDERED, Rose Hurder Carney requests to withdraw as counsel in the matters listed in Exhibit "A".

Respectfully submitted, this the  28th  day of October, 2010.

                                              HAWKINS, STRACENER & GIBSON, PLLC

                                              By:     *s /Rose Hurder Carney*
                                                    ROSE HURDER CARNEY

OF COUNSEL:

Edward Gibson, MS Bar Roll No. 100640
Rose Hurder Carney, MS Bar Roll No. 103040
*HAWKINS, STRACENER & GIBSON,  PLLC*
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

**CERTIFICATE OF SERVICE**

     I, Rose Hurder Carney, hereby certify that on this the __28th__ day of October, 2010 I caused to be served via CM/ECF with automatic service by the Clerk to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system, a true and correct copy of the above and foregoing Motion to Withdraw to all counsel of record:

     **SO CERTIFIED**, this the __28th__ day of October, 2010,

                                          *s / Rose Hurder Carney*
                                          ROSE HURDER CARNEY