UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Dale Danastasio, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-7163 | * * | MAGISTRATE CHASEZ |

*********************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed in Civil Action No. 09-7163 (originally filed August 3, 2009 in the Western District of Louisiana as Case No. 6:09-cv-1332).

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Dale Danastasio | 2:09-cv-7580 | Eddie Mae Porter, et al v. Gulf Stream Coach, Inc., et al |
| Joseph Shelby | 2:09-cv-7580 | Eddie Mae Porter, et al v. Gulf Stream Coach, Inc., et al |
| Dale Danastasio | 2:09-cv-7584 | Joseph Shelby, et al v. Cavalier Homes Builders, LLC, et al |
| Joseph Shelby | 2:09-cv-7584 | Joseph Shelby, et al v. Cavalier Homes Builders, LLC, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:     /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

> /s/ *Lawrence J. Centola, Jr.*
> Lawrence J. Centola, Jr.