UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Theresa Pierce, et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-4094* | * * | MAGISRATE CHASEZ |

*********************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4094, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Steve Pierce | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |
| Theresa Pierce | 2:09-cv-8337 | Rosetta Harness, et al v. American International Group, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

>Respectfully submitted,
>
>HURRICANE LEGAL CENTER, LLC
>
>
>BY:    */s/ Lawrence J. Centola, Jr.*
>
>LAWRENCE J. CENTOLA, JR.
>
>Lawrence J. Centola, Jr., LA Bar #3962
>Hurricane Legal Center
>600 Carondelet Street, Suite 602
>New Orleans, LA 70130
>Telephone: (504) 525-1944
>Facsimile: (504) 525-1279
>lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

>/s/  *Lawrence J. Centola, Jr.*
>Lawrence J. Centola, Jr.