UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT MAGISRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *Leonzell Brown, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-4091 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4091, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Claim |
|---|---|---|
| Albert County, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Anthony Tarto | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Brandie Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Brandie Lykes obo B.L. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Carrol Godfrey | 2:09-cv-8302 | Godfrey, et al v. Thor California, Inc. et al |
| Cynthia Roberts | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| David Shackelford | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Henry Warner | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Jack Pineiro Jr. obo J. P. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Jack Pineiro Jr. obo N. P. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Jack Pineiro, Jr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| James Lykes III | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| James Lykes on behalf of K.L. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Joseph Cerniglia | 2:09-cv-5964 | Irvin Clark et al v. Recreation by Design, LLC |
| Joseph Clark, Jr. | 2:09-cv-8304 | Toka Clark and Joseph Clark, Jr. v. Biscay RV, Inc. and Fluor Enterprises, Inc. |
| Kevin George | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Kevin George | 2:10-cv-706 | Kevin George v. Scotbilt Homes, Inc. et al |
| Leonzell Brown | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Mary Fallas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Pamela Ann Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela B Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela Lykes on behalf of T. A. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela Lykes on behalf of T. A. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Tamera Godfrey | 2:09-cv-8302 | Godfrey, et al v. Thor California, Inc. et al |
| Thomas Clay | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Toka Clark | 2:09-cv-8304 | Toka Clark and Joseph Clark, Jr. v. Biscay RV, Inc. and Fluor Enterprises, Inc. |
| Trenika C. Ceaser | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Vernella Rogers | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| William Roberts | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| William Roberts on behalf of C. R. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| William Roberts on behalf of C. R. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:    */s/ Lawrence J. Centola, Jr.*

        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile: (504) 525-1279
        lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  Lawrence J. Centola, Jr.
           Lawrence J. Centola, Jr.