UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Leonzell Brown, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-4091 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4091.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Claim |
|---|---|---|
| Albert County, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Anthony Tarto | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Brandie Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Brandie Lykes on behalf of B.L. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Carrol Godfrey | 2:09-cv-8302 | Godfrey, et al v. Thor California, Inc. et al |

| Cynthia Roberts | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| David Shackelford | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Henry Warner | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Jack Pineiro Jr. obo J. P. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Jack Pineiro Jr. obo N. P. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Jack Pineiro, Jr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| James Lykes III | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| James Lykes on behalf of K.L. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Joseph Cerniglia | 2:09-cv-5964 | Irvin Clark et al v. Recreation by Design, LLC |
| Joseph Clark, Jr. | 2:09-cv-8304 | Toka Clark and Joseph Clark, Jr. v. Biscay RV, Inc. and Fluor Enterprises, Inc. |
| Kevin George | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Kevin George | 2:10-cv-706 | Kevin George v. Scotbilt Homes, Inc. et al |
| Leonzell Brown | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Mary Fallas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Pamela Ann Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela B Lykes | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela Lykes on behalf of T. A. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Pamela Lykes on behalf of T. A. | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Tamera Godfrey | 2:09-cv-8302 | Godfrey, et al v. Thor California, Inc. et al |
| Thomas Clay | 2:09-cv-8311 | David Shackelford, et al v. Fluor Enterprises, Inc. |
| Toka Clark | 2:09-cv-8304 | Toka Clark and Joseph Clark, Jr. v. Biscay RV, Inc. and Fluor Enterprises, Inc. |
| Trenika C. Ceaser | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Vernella Rogers | 2:09-cv-8322 | Vernella Rogers v. Cruiser RV, LLC, et al |
| William Roberts | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| William Roberts on behalf of C. R. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| William Roberts on behalf of C. R. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from

Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

                    Respectfully submitted,

                    HURRICANE LEGAL CENTER, LLC

                    BY:   */s/ Lawrence J. Centola, Jr.*

                    LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                      /s/ *Lawrence J. Centola, Jr.*
                                      Lawrence J. Centola, Jr.