UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: Kenneth Christophe, et al, v. Alliance Homes, Inc., et al, Civil Action No. 09-4082 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**</u>

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4082.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| ACQUANETTA SIMS | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Adele Robertson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ADRIENNE THOMPSON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| ALICE FAYE POWELL | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| Alton Jones | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ALVA BRULE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| ALVA BRULE ON BEHALF OF ALVIONNE BRULE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| ALVA BRULE ON BEHALF OF AVIAN BRULE | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Angelena Jackson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Ann Byrd | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ANTHONY W GOMEZ | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| Archie Larry III | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ARETHA POWELL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ARETHA ROBERTSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| ARTHUR THOMPSON, JR | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Beatrice Grant | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| BETTY ALFONSO | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BETTY ALFONSO ON BEHALF OF ISABEL SUMERA | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BETTY ALFONSO ON BEHALF OF LAYLA SUMERA | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRANDY HARREL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| BRIDGET PETERS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| BRITTANY RICHARD | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| Bruce Scariano | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Bruce Scariano on behalf of Z. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| CARLOS CORDOVA | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| CAROL ROQUES JACOBSON | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| CAROLYN SMITH | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CATHERINE ABRAMS | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CECIL WHEELER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHADD GOMEZ | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| CHARLENE LEAL | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| CHARMAINE BATISTE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CHERYL GOMEZ | 2:09-cv-5653 | Malvin A. Cavalier Sr., et al v. Recreation by Design, LLC, et al |
| Christopher Clark | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CLEO ROBINSON | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Cleveland Wilson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CURRY ORDOGNE | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| CYNTHIA SOLOMON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DA'JUAN HARRELL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Danang Miller | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Danang Miller on behalf of D. J. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Danang Miller on behalf of D. M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DANIEL BROWN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| DANIELLE MORTON | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Danielle Morton | 2:10-cv-707 | Danielle Morton, et al, v. Liberty Mutual Insurance Corporation, et al |
| DANITA ERVIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| Danita Ervin | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| DANITA ERVIN ON BEHALF OF DIAMOND HILL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DANITA ERVIN ON BEHALF OF DIAMOND HILL | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| DANITA ERVIN ON BEHALF OF KEENAN ERVIN | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DANITA ERVIN ON BEHALF OF KEENAN ERVIN | 2:09-cv-6019 | Danita Ervin et al v. Gulf Stream Coach, Inc. |
| DANNA RICHARD | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| Darlene Gillespie | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| DARREL BROUSSARD | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DARRYELLE MORAN | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| DARRYL LEWIS OBO DARRYL LEWIS | 2:09-cv-5770 | Darryl Lewis OBO Darryl Lewis et al v. Gulf Stream Coach, Inc. et al |
| DARRYL LEWIS, SR. | 2:09-cv-5770 | Darryl Lewis OBO Darryl Lewis et al v. Gulf Stream Coach, Inc. et al |
| DAWN HARRELL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| De Vonna Handy | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| DEBORAH FLEMING ON BEHALF OF MONICA SHELBY | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| DEBORAH ROBICHAUX | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DEBRA FLEMING | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Debra Lowe | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Debra Lowe on behalf of C. L. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| DEDRA BAILEY | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| DENISE TREPAGNIER | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |

| | | |
|---|---|---|
| DENNIS O'NEIL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DENNIS WILLIAMS | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| DERRICK PAUL SR. ON BEHALF OF DERRICK PAUL JR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DERRICK PAUL SR. ON BEHALF OF KAYLA PAUL | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DERRICK PAUL SR. ON BEHALF OF KIERRA PAUL | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DERRICK PAUL SR. ON BEHALF OF SANAA PAUL | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DERRICK PAUL, SR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DESIRE JACOBS PROUT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DESTINY GLASPER | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| DEXTER SHELBY, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Dominick Sherman | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Domininique Morton | 2:10-cv-707 | Danielle Morton, et al, v. Liberty Mutual Insurance Corporation, et al |
| DOMINQUE MORTON | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| DWANA STEVENSON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Dwight Sherman on behalf of D. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Dwight Sherman, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Dwight Sherman, Sr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| EDGAR PETERS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| ELENA ORDOGNE | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Emile Commedore | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ERNESTO HONTIVEROS, SR. | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| ESTELLE BROWN | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |

| EVERETT ROBERTSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
|---|---|---|
| Felicia Sherman | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| FELIX G GALON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| FELIX M GALON | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| GABRIEL ROQUES, SR | 2:09-cv-5671 | Lorraine Washington-McNeal et al v. Lakeside Park Homes, Inc. |
| Gary Severin | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GEORGE GARMAN, JR | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Geraldine Jordan | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| GLADYS DUCRE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GLENDA EDWARDS | 2:09-cv-5696 | Glenda Edwards et al v. Oak Creek Homes, L.P., et al |
| GREGG SCHENCK | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Gregory Ivory | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Heather Gillespie | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| HENRY ECKERS IV | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| HERMAN SPENCER | 2:09-cv-5739 | Alfred Lewis OBO Sage Lewis et al v. Crum & Forster Speciality Insurance co. et al |
| HOPE ROBINSON | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Irwin Miller | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JAMAINE BATISTE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| JAMES SERPAS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| JAMES SERPAS ON BEHALF OF JAMIE SERPAS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| JAMES SERPAS ON BEHALF OF SARAH SERPAS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| JAMIE BROWN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |

| | | |
|---|---|---|
| JAMIE BROWN OBO BRIANA SINO | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JAMIE BROWN ON BEHALF OF JOSEPH SINO | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JAMIE BROWN ON BEHALF OF RAYANA CHARLES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JANICE CHANEY SKINNER | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Janice Chaney Skinner | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| Janice Chaney Skinner on behalf of C. R. | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| Janice Chaney Skinner on behalf of C. Y. | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| JANICE CHANEY SKINNER ON BEHALF OF CE'LEB YOUNG | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JANICE CHANEY SKINNER ON BEHALF OF DE'JARON SKINNER | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Janice Chaney Skinner on behalf of S. C. | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| JANICE CHANEY SKINNER ON BEHALF OF SUMMER CHANEY | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JANICE CHRISTY WARR | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| JASMINE ANDREWS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Jean Harris | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JENARD ANDREWS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Jenell Jones | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JEREMY THOMPSON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Jesse Stewart | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOHN BAILEY | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| John Bailey | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |

| | | |
|---|---|---|
| John Bailey obo B.B. | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| JOHN BAILEY ON BEHALF OF BRENT BAILEY | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| John Wallace | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JOHNNY O'NEAL | 2:09-cv-5696 | Glenda Edwards et al v. Oak Creek Homes, L.P., et al |
| JUANA RAYA | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| KATHERINE RICHARD | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| KATHY ELLIS | 2:09-cv-5689 | Nathaniel Ellis et al v. Keystone RV Company et al |
| Kayla Gillespie | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Keenan Reaves | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KELON JOSEPH | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Kelvin Reaves | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KENDRICK BRANHE | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| KEYTHA WATSON ON BEHALF OF DASHAUN HARRIS | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Khalid Watson | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kynisha Pugh | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kynisha Pugh on behalf of M. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kynisha Pugh on behalf of M. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LASHONDA JOINER | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| LAVONNE LEO RATCHCLIFF | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| LAWANDA BECNEL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LAWRENCE CAVALIER | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| LEANNE GEORGE | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| LENELL JONES | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LEONA TREPAGNIER | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| LEOROLYN LEWIS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| LE'SHAWN PORTER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Lester Gillespie, Jr | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lisa Ruffin-Williams | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lisa Ruffin-Williams on behalf of B. S. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| LOUELLA DUNBAR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Lynette Marie Rivers | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lynette Rivers on behalf of A. D. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Lynette Rivers on behalf of A. M. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| MARCOS RAYA | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| MARGARET BROUSSARD | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MARIE JOINER | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| MARIE LEWIS | 2:09-cv-5770 | Darryl Lewis OBO Darryl Lewis et al v. Gulf Stream Coach, Inc. et al |
| MARIE PORROVECCHIO | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Mario Salomon | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MARY TURNER | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| MATTHEW ROBINSON III | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| MATTHEW SCHENCK | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| MIRIAM MILTON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Miriam Milton | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| MONROE SMITH | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| MURPHY LOUIS WARR ON BEHALF OF BRANDON JOSEPH ROCHON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| MURPHY LOUIS WARR ON BEHALF OF COREY ROCHON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| MURPHY LOUIS WARR ON BEHALF OF TIA ERICA ROCHON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| MURPHY LOUIS WARR, JR | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| NATALIE ELLIS | 2:09-cv-5689 | Nathaniel Ellis et al v. Keystone RV Company et al |
| NATALIE ELLIS ON BEHALF OF NAMYNI MORAH | 2:09-cv-5689 | Nathaniel Ellis et al v. Keystone RV Company et al |
| NATHAN ORDOGNE | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Nathaniel Ellis | 2:09-cv-5689 | Nathaniel Ellis et al v. Keystone RV Company et al |
| Nicole Alexander | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PAMELA GRANDISON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| PATRICA O'NEIL | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PATRICIA ST. CYR | 2:09-cv-6032 | Lucille McClain et al v. Jayco, Inc. |
| Patricia Wilson | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| PENNY HANDY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| PHYLLIS SCHENCK | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Rachael Smith | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Ramon Sam | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Ramon Sam on behalf of R. J.S. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Ramon Sam on behalf of R. J.S. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Ramon Sam on behalf of W. M. S. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |

| | | |
|---|---|---|
| Raymel Poche on behalf of A. P. | 2:09-cv-8310 | Teresa Poche, et al v. Stewart Park Homes, Inc. |
| Raymel Poche on behalf of A. P. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Raymel Poche on behalf of B. P. | 2:09-cv-8310 | Teresa Poche, et al v. Stewart Park Homes, Inc. |
| Raymel Poche on behalf of B. P. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Raymel Poche, Jr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Raymel Poche, Jr. | 2:09-cv-8310 | Teresa Poche, et al v. Stewart Park Homes, Inc. |
| Raymel Poche, Jr. | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| Raymel Poche, Sr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Raymel Poche, Sr. | 2:09-cv-8310 | Teresa Poche, et al v. Stewart Park Homes, Inc. |
| Raymel Poche, Sr. | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| Raymel Poche, Sr. on behalf of A. P. | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| Raymel Poche, Sr. on behalf of B. P. | 2:09-cv-8336 | Teresea Poche, et al v. CMH Manufacturing, Inc. and Flour Enterprises, Inc. |
| Raymond Jones, Sr | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Raymond Jones, Sr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Rene Smith | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| RICKY GRINSTEAD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| SADIE HARRELL | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| SAMUEL PROUT III | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SAMUEL PROUT ON BEHALF OF KAYLA PROUT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SAMUEL PROUT ON BEHALF OF TRE PROUT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |

| | | |
|---|---|---|
| SAMUEL PROUT ON BEHALF OF TREVOR PROUT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| SANDY WHEELER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| SENORA PAUL | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| SHARON SERPAS | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| Sheila Taylor | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SHERRILL BERGERON | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| Sheryl Ivory | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| SIDNEY TREPAGNIER | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| SIOBHAN WILSON | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| STANLEY GRANT | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Stanley Taylor | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Stephen Smith Sr. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| Stephen Smith Sr. obo K. S. | 2:09-cv-8326 | Lyn Mercadel, et al v. DS Corp d/b/a Crossroads, RV and Fluor Enterprises, Inc. |
| TAMMY LOCKETT | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| TARRANCE RICHARD | 2:09-cv-5666 | Zandra Williams OBO The Estate of ?? Banks et al v. Cavalier Home Builders, LLC et al |
| Teresa Poche | 2:09-cv-8310 | Teresa Poche, et al v. Stewart Park Homes, Inc. |
| Teresa Poche | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TERRANO LARKIN | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| TERRY PARKER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Timothy Foret | 2:09-cv-5747 | James Carey et al v. Coachmen Recreational Vehicle Company,LLC et al |
| TIMOTHY FORET | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |

| | | |
|---|---|---|
| TOMMIE YARLS, JR. | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| TOMMIE YARLS, JR. ON BEHALF OF TOMMIE YARLS III | 2:09-cv-5647 | Tommy R. Cook et al v. Keystone Industries, Inc. et al |
| TROY ROSALES | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Vickie Hooker | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Virginia Roger | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WARLETTA WILLIAMS LARKIN | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Warrine Sam | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Wayne Mendoza, Jr. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WESLEY SOLOMON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| WILLIAM GEORGE III | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| WILLIAM GEORGE, JR. | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| WILLIE FLUKER | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Willie Jordan | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| WILTON HYMES | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| Wilton Hymnes | 2:10-cv-707 | Danielle Morton, et al, v. Liberty Mutual Insurance Corporation, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.