UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Candas Richard, et al, v. Alliance Homes, Inc., et al*   Civil Action No. 09-4076 | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on June 15, 2009. Civil Action No. 09-4076.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | Case No. | Matched Case |
|---|---|---|
| Alma Dixon | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ANNE CONRAD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| BETTIE HEBERT | 2:09-cv-5725 | Doreen Mendoza et al v. TL Industries, Inc. et al |
| Bickett Theophile, Jr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| CANDAS RICHARD | 2:09-cv-5699 | Creniesha Richard et al v. Scotbuilt Homes , Inc. |
| CENTORIA TURNER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Chanel Caire | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHANTELLE HUNTER | 2:09-cv-5714 | Chantelle Hunter v. Liberty Mutual Insurance Corp. |
| CHARLENE GRAY | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Charlene Gray | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| Courtney Green obo A.G. | 2:09-cv-8355 | Green, et al v. American International Group, et al |
| Courtney Green obo K.G. | 2:09-cv-8355 | Green, et al v. American International Group, et al |
| Courtney Green obo S.J. | 2:09-cv-8355 | Green, et al v. American International Group, et al |
| Crystal D. Robinson | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| CYNTHIA GRIFFIN | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Darlene Hammond | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Diana Labostrie | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| ELAINE DUNCAN LEE | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Elaine Duncan Lee | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Emelda Crawford | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Gwyne Goins | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| IVEY TURNER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |
| Ivey Turner | 2:09-cv-5964 | Irvin Clark et al v. Recreation by Design, LLC |
| Jacqueline Robinson | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| James Dorsey on behalf of N.D. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| James Lee II obo W.D. | 2:09-cv-8338 | Bernice Sweeney, et al v. Liberty Mutual Insurance Corp. |
| JAMES R. LEE II | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| JAMES R. LEE II | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Jamonica J. Randolph | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| Jayden Chopin | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Jeffrey Thomas | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Jessica D. Robinson | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Judy Christophe | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| JULIUS PAYTON IV | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| J'Wyne Miller, Sr. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KAMEKA HARVEY | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Kameka Harvey obo R.H. | 2:09-cv-5678 | Mary Bush et al v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| Kameka Harvey obo Rashad Harvey | 2:09-cv-5665 | Kameka Harvey OBO Rashad Harvey v. Liberty Homes Inc. et al |
| Kelly Thomas | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KENNETH CHRISTOPHE, JR | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| KENNETH CHRISTOPHE, JR. ON BEHALF OF KENNETH CHRISTOPHE III | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| KENNETH CHRISTOPHE, SR | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| Kewana Tyler on behalf of Cornisha Hicks | 2:09-cv-8309 | Cornisha Hicks; Ezeah White v. Jayco, Inc. and CH2M Hill Constructors, Inc. |
| KIERRAL HART | 2:09-cv-5636 | Judy Christophe et al v. Thor California, Inc |
| KILEY LOVE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KILEY LOVE ON BEHALF OF GABRIEL LOVE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KILEY LOVE ON BEHALF OF JULEE'IAN THOMAS | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| KIMBERLY DUNCAN | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Kimberly Hamilton | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kimberlyn Manuel | 2:09:cv-5526 | Kimberly Lambert-Manuel et al v. Jayco, Inc. |
| LEANNA GRIFFIN | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| LEE ROY HEBERT | 2:09-cv-5725 | Doreen Mendoza et al v. TL Industries, Inc. et al |
| LENNAH TURNER | 2:09-cv-5719 | Terry Brown OBO Taylor Brown et al v. American International Group, et al |

| | | |
|---|---|---|
| Lionel Thomas | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Michael Pollard | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| MYRA CEASER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| MYRA CEASER ON BEHALF OF CANDACE CEASER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| MYRA CEASER ON BEHALF OF DESMOND CEASER | 2:09-cv-5752 | Kerrlynn Burkhalter et al v. Stewart Park Homes, Inc. |
| PAUL BROWN | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| QUEEN PAYTON | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| ROBERT SYNDER | 2:09-cv-5760 | Janell Batiste et al v. Crum & Forster Specialty Insurance Co. et al |
| Roy C. Smith | 2:09-cv-8340 | Hamilton, et al, v. American International Group, Inc. et al |
| Sabrina Randolf | 2:09-cv-8344 | Sabrina Randolf v. Giles Industries, Inc., et al |
| Sabrina Randolph on behalf of for J. J. R. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Shaun Hermann | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Shirley Washington | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tiffany Picquet | 2:09-cv-5680 | Tiffany Piquet et al v. Lexington Homes, Inc. et al |
| Tiffany Picquet | 2:09-cv-5681 | Tiffany Picquet et al v. Lexington Homes, Inc. et al |
| TROY LAMPTON | 2:09-cv-5755 | Douglas Patterson et al v. Insurance Company of the State of Penn et al |
| Tyrone Thomas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tyrone Thomas on behalf of M. T. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| VESHANA GRAY | 2:09-cv-5769 | Devin Alphonse et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Veshana Gray | 2:09-cv-8328 | Demetrius Alphonse, et al, v. DS Corp, et al |
| WANDA A. TERRY | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| WANDA TERRY A. ON BEHALF OF ALONA RESHON THOMAS | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| WANDA TERRY ON BEHALF OF ALONA R. THOMAS | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |
| Wilma W. Thomas | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| YVONNE ELLIS | 2:09-cv-6020 | Nancy Rivers et al v. Starr Excess Liability Insurance Company, Ltd. et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.