AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Toni Sherrod, et al.
*Plaintiff*

v.

Coachmen Recreational Vehicle Company of Georgia, LLC, et al.
*Defendant*

Civil Action No. 1:10CV351 HSO-JMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Industries, Inc.
Through its Agent for Service of Process
Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: 8/4/10

*Signature of Clerk or Deputy Clerk*

# United States District Court

[illegible]

SUMMONS IN A CIVIL ACTION

[illegible]



[illegible]

**2. Article Number**

71791000164500157840

1. Article Addressed to:

Coachmen Industries, Inc. through
Corporation Service Company
251 E. Ohio Street
Suite 500
Indianapolis,, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

~~Agent~~
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 13 2010
INDIANAPOLIS, IN
46204

3. Service Type ☒ Certified

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

File: Sherrod v. Coachmen, 10-351, SDMS

PS Form 3811 **Domestic Return Receipt**