AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Toni Sherrod, et al.  )
*Plaintiff*  )
v.  ) Civil Action No. 1:10CV351 HSO-JMR
Coachmen Recreational Vehicle Company of Georgia, LLC, et al.  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Coachmen Recreational Vehicle Company, LLC
Through its Agent for Service of Process
Corporation Service Company
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 8/4/10

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

**2. Article Number**

7179 1000 1645 0015 7857

**1. Article Addressed to:**

Coachmen Recreational Veh. Co. through
Corporation Service Company
251 E. Ohio Street
Suite 500
Indianapolis,, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Chris Selbel
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: CIRCLE CITY STATION, SEP 13 2010, INDIANAPOLIS, IN 46204]

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

File: Sherrod v. Coachmen, 10-351, SDMS

PS Form 3811       Domestic Return Receipt