UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Gerard Baptiste, et al, v. Alliance Homes, Inc., et al* Civil Action No. 09-4099 | * * | MAGISRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" PLACEHOLDER COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-4099, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimant | Case No. | Matched Case |
|---|---|---|
| ADA R. NELSON | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Antoinette Mills on behalf of T. B. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Ariane Toomer | 2:09-cv-5667 | Ariane Toomer v. Cavalier Home Builders, LLC et al |
| ARSENIO D. SYLVESTER | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| ARTHOR YOUNG | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| Arthur Brown | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BERNICE SWEENEY | 2:09-cv-5761 | Richard Byrd et al v. Insurance Company of the State of Penn et al |
| Bernice Sweeney | 2:09-cv-8338 | Bernice Sweeney, et al v. Liberty Mutual Insurance Corp. |
| Bernice Sweeney | 2:09-cv-8349 | Bernice Sweeney v. American International Specialty Lines Insurance Company, et al |

| Betsy Ratcliff | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| Beverly Whitmore | 2:09-cv-8330 | Beverly Whitmore, et al v. Waverlee Homes, Inc. and Fluor Enterprises, Inc. |
| Beverly Whitmore | 2:09-cv-8331 | Beverly Whitmore, et al v. Stewart Park Homes, Inc. and Fluor Enterprises, Inc. |
| Beverly Whitmore on behalf of J.W. | 2:09-cv-8331 | Beverly Whitmore, et al v. Stewart Park Homes, Inc. and Fluor Enterprises, Inc. |
| Bevery Whitmore obo J.W. | 2:09-cv-8330 | Beverly Whitmore, et al v. Waverlee Homes, Inc. and Fluor Enterprises, Inc. |
| Bickett Theophile, Jr. on behalf of B. T. | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BRENDA C. JONES | 2:09-cv-5736 | John Bailey et al v. Liberty Mutual Insurance Corp. et al |
| Brenda Jones | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| BRENT JEFFERSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| BRENT JEFFERSON ON BEHALF OF JUSTIN JEFFERSON | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Brittany Theophile | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CARLTON CAMPBELL, JR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| CARLTON CAMPBELL, SR | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Catina Boutte | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| Cedric McNab | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Charlie Porter, Jr. | 2:09-cv-8318 | Charlie Porter, Jr. v. Gulf Stream Enterprises, Inc. and Fluor Enterprises, Inc. |
| Charlotte Ratcliff | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| CHRISTOPHER JOLLY | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| CHRISTOPHER JOSEPH | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| CHRISTOPHER MOSES ON BEHALF OF CAMRYN MOSES | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| CLEMENT PARKER | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| CLEO P. SYLVESTER | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Corey Chopin | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| CRAWFORD JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| CRYSTAL B. SYLVESTER | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| DANIELLE EUGENE OBO ZAREAYA FOURNIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |

| | | |
|---|---|---|
| DARREN C RILEY | 2:09-cv-5775 | Darren C Riley et al v. Starcraft RV, Inc. et al |
| DARYLYNN RAMSEY ON BEHALF OF CHARLIA RAMSEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DARYLYNN RAMSEY ON BEHALF OF DELISHIA RAMSEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| DERICK MENDOZA | 2:09-cv-5725 | Doreen Mendoza et al v. TL Industries, Inc. et al |
| Dionne Garnier on behalf of T.B. | 2:09-cv-8352 | Catina Boutte, et al v. American International Group, et al |
| DOMINICK SPADONI | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Donnell Tucker on behalf of C.T. | 2:09-cv-8315 | Robert Hamilton, et al v. Gulf Steam Coach, Inc. and CH2M Hill Constructors, Inc. |
| EARNEST JONES | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| EDDIE FRANK GUEVARES | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| EDDIE GUEVARES, JR | 2:09-cv-5692 | Tyrone Long et al v. Forest River, Inc.; and CH2M Hill Constructors, Inc. |
| Edie Jobert | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Edie Jobert | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| EDWARD DINGEMAN | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| ELNORA FOURNIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| EUGENE WINDSOR | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| GERARD BAPTISTE | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| GERARD BROUSSARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| GERMAINE JOHNSON | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| GLENANN RILEY | 2:09-cv-5775 | Darren C Riley et al v. Starcraft RV, Inc. et al |
| GLORIA HILLIARD | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| GRACE PARKER | 2:09-cv-5751 | Dave Charles Jr. et al v. American International Group, et al |
| HERBERT BROWN | 2:09-cv-5753 | Herbert Brown v. Thor California, Inc. et al |
| HIRAM JOHNSON ON BEHALF OF LAMAR SMITH | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Ivory Chopin III | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Ivory Chopin III on behalf of J. C. | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Ivory Chopin, Jr | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Jacquelyn Santa Cruz | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JAMES RATCLIFF | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| JAMES WILLIAMS | 2:09-cv-5771 | James Williams v. Fleetwood Canada, Ltd, et al |

| JAMIE FARRAGUT | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
|---|---|---|
| Jamie Jobert | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Jamie Jobert | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Jamie Jobert on behalf of J. S. | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Jamie Jobert on behalf of J.S. | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Jamie Jobert on behalf of M.J. | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| Jamie Jobert on behalf of M.J. | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Jared Jobert | 2:09-cv-8306 | Louis Jobert III, et al v. Keystone Industries, Inc. et al |
| Jared Jobert | 2:09-cv-8314 | Dawn Sparks, et al v. KZRV, LP and Fluor Enterprises, Inc. |
| JERMAINE BOWENS ON BEHALF OF KAYCIE BOWENS | 2:09-cv-5720 | Robin Bowens et al v. American International Group, et al |
| JESSE VAUGHN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| JOHN GONZALES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| JULIC RAMSEY | 2:09-cv-5688 | Gregory Andrew et al v. Gulf Steam Coach, Inc. |
| Keith Sims | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| KELLSIE JONES | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| Keith Davis | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| Kervin Odom | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Larry Jones | 2:09-cv-8325 | Jones, et al, v. Coachmen Recreational Vehicle Co. LLC, et al |
| LARRY JONES, JR | 2:09-cv-5703 | Victwind Evans et al v. Fluor Enterprises, Inc. |
| LEO SPADONI | 2:09-cv-5718 | Jamie Brown OBO Briana Sino et al v. American International Group, et al |
| LILLIE CAMPBELL | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| LLOYD SMITH | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| Major Lebeau | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| MARGARET JOHNSON | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Margaret Johnson | 2:09-cv-8341 | David Johnson, et al v. DS Corp d/b/a Crossroads RV |
| MARIA JARVIS ON BEHALF OF DEREAS JARVIS | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |

| | | |
|---|---|---|
| MARK DAVID LEWIS, SR. | 2:09-cv-5745 | Raymond Byrnes III et al v. TL Industries, Inc. et al |
| MARTIN C. SYLVESTER, JR. | 2:09-cv-5690 | Lucille Page et al v. Forest River, Inc. et al |
| MARY AZORE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| Mary Azore obo Kevonte Azore | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| MARY AZORE ON BEHALF OF DEVONTE AZORE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| MARY AZORE ON BEHALF OF RASHONDA AZORE | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |
| MICHELLE WINGARD | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Monique Chopin | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| Monique Washington | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| NAKEISHA M. COOPER | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| NICOLE JOHNSON ON BEHALF OF DE'SEAN FOUNTAIN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NICOLE JOHNSON ON BEHALF OF KEVIN JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| NICOLE JOHNSON ON BEHALF OF NAKEEVA JOHNSON | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| ORENTA J. JARREAU | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| PAFCEACHA VAUGHN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| PAKEACHA VAUGN ON BEHALF OF JANAE VAUGFIN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| Patricia Evans | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| PATRICIA SMITH | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| Randy Bell, Jr | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| RASHAAD JOSEPH | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| REGINALD FOURNIER ON BEHALF OF ZAREAYA FOURNIER | 2:09-cv-5728 | Louanna Barras et al v. Gulf Stream Coach, Inc. and Fluor |
| Shirley Chopin | 2:09-cv-8353 | Adlai Williams, et al v. Gulf Stream Coach, Inc. |
| STEVEN GREEN | 2:09-cv-5748 | Tashena Mash et al v. Gulf Stream Coach, Inc. et al |
| TAMARA JACK | 2:09-cv-5700 | Orlando Arrom et al v. Jayco, Inc. et al |
| THABEUS DORSEY ON BEHALF OF JA'NAYA DORSEY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |

| | | |
|---|---|---|
| THADEUS DORSEY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| THADEUS DORSEY ON BEHALF OF JACQUAIL DORSEY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| THADEUS DORSEY ON BEHALF OF JA'QUAN DORSEY | 2:09-cv-6028 | Deidra Howard obo Renee Howard, et al v. Gulf Stream Coach, Inc. |
| THOMAS JOHNSON ON BEHALF OF JOSEPHINE JOHNSON | 2:09-cv-5732 | Shirly Brown et al v. Gulf Stream Coach, Inc. et al |
| Tichawana Conrad on behalf of C. J. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Tichawana Conrad on behalf of C. J. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Tichawana Conrad on behalf of T. C. | 2:09-cv-8317 | Brelane Carriere, et al v. Jayco, Inc. and Fluor Enterprises, Inc. |
| Tichawana Conrad on behalf of T. C. | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| TRESSIE EASTER | 2:09-cv-5765 | Raymond Jones Sr. et al v. Gulf Stream Coach, Inc. |
| WAYNE BLANCHARD | 2:09-cv-5646 | Mary Azore OBO Kevonte Azone et al v. Keystone Industries, Inc. et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                        /s/ *Lawrence J. Centola, Jr.*
                                          Lawrence J. Centola, Jr.