**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO: *07-5709* | * | JUDGE ENGELHARDT |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO DEEM *JOSEPH M. PUJOL, et al. v. PILGRIM INT'L, INC. , et al.*, (CIVIL ACTION NO. 07-5709), A MATCHED COMPLAINT PURSUANT TO PRE-TRIAL ORDERS 40 AND 68

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Joseph M. Pujol, individually, and on behalf of his two minor children, Jill N. Pujol and Jessica R. Pujol, Stephanie G. Pujol, Eric Albert Smith, Renay Marie Gardner, Sean Gary Thomas, individually, and on behalf of his minor child, Isabella Nicole Thomas, Phuong Kim Thomas, individually, and on behalf of her minor child, Elizabeth Lisa Nguyen, Thomas Anthony Bergens, Teresa Certoma Femia, and LaRay Maurice Carey, (hereinafter "Plaintiffs"), who respectfully request this Honorable Court grant their Motion To Deem *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), A Matched Complaint Pursuant to Pre-Trial Orders 40 and 68.

Plaintiffs were named in the Original Class Action Complaint entitled *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc., and Other, As Yet Unnamed Travel Trailer Manufacturers and Distributors*, (Civil Action No. 07-5709), (hereinafter "*Pujol Complaint*"), filed with this Court on September 18, 2007 and in the amending complaint filed on March 4, 2008 (Doc. No 103). Plaintiffs were also named in the Original and Amending Class Action Complaint

1

entitled *Stephanie G. Pujol, Individually, and as Representative of Similarly Situated Persons v. The United States of America*, (Civil Action No. 08-3217), filed with this Court on May 9, 2008 and amended on June 24, 2008 (Doc. No. 378) and October 6, 2008 (Doc. No. 721).

On March 31, 2009, **prior to** PTO 40 entered on June 17, 2009 and PTO 68 entered on July 14, 2010 establishing the procedure for unmatched complaints, Plaintiffs were grouped and matched with specific manufacturers and contractors in amendments to the *Pujol Complaint*, (Civil Action No. 07-5709).

1.

**Plaintiffs Matched with Pilgrim International, Inc. and Shaw Environmental, Inc. In The *Pujol Complaint***

Document Number 1256, Second Amended Complaint for Damages, filed with this Court on March 31, 2009, matched the following Plaintiffs with Pilgrim International, Inc. and Shaw Environmental, Inc., in addition to naming the United States of America through the Federal Emergency Management Agency as a defendant:

Joseph M. Pujol

Joseph M. Pujol on behalf of his minor child Jessica R. Pujol

Joseph M. Pujol on behalf of his minor child Jill N. Pujol

Stephanie G. Pujol

Eric Albert Smith

Renay Marie Gardner

Additionally, Plaintiffs amended their complaint a third time to add direct action claims against Pilgrim International Inc.'s insurers, Sentry Insurance a Mutual Company and Crum and Forster Specialty Insurance Company on August 26, 2009. (Doc. No. 2852).

**2.**

**Plaintiffs Matched with Gulf Stream Coach, Inc. and Shaw Environmental, Inc.  In The *Pujol Complaint***

Document Number 1277, Second Amended Complaint for Damages, filed with this Court on March 31, 2009, matched the following Plaintiffs with Gulf Stream Coach, Inc. and Shaw Environmental, Inc., in addition to naming the United States of America through the Federal Emergency Management Agency as a defendant:

Sean Gary Thomas

Sean Gary Thomas, on behalf of his minor child, Isabella Nicole Thomas

Phuong Kim Thomas

Phuong Kim Thomas, on behalf of her minor child, Elizabeth L. Nguyen

**3.**

**Plaintiffs Matched with Starcraft RV, Inc. and Fluor Enterprises, Inc.  In The *Pujol Complaint***

Document Number 1262, Second Amended Complaint for Damages, filed with this Court on March 31, 2009, matched the following Plaintiffs with Starcraft RV, Inc. and Fluor Enterprises, Inc., in addition to naming the United States of America through the Federal Emergency Management Agency as a defendant:

Thomas Anthony Bergen

Teresa Certoma Femia

**4.**
**Plaintiff Matched with Keystone RV Co., Inc. and Shaw Environmental, Inc.  In The *Pujol Complaint***

Document Number 1281, Second Amended Complaint for Damages, filed with this

Court on March 31, 2009, matched the following Plaintiff with Keystone RV Co, Inc. and Shaw Environmental, Inc., in addition to naming the United States of America through the Federal Emergency Management Agency as a defendant:

    LaRay M. Carey

    Because of the rare circumstance of these amendments matching Plaintiffs with specific manufacturers and contractors **prior to PTOs 40 and 68**, which established the procedure for "matching," Plaintiffs request that this Honorable Court deem the *Pujol Complaint* matched in compliance with PTOs 40 and 68.

    Respectfully submitted,

    */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all Liaison Counsel of record.

                                             */s/ Hugh P. Lambert*
                                             HUGH P. LAMBERT, #7933