IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   *07-5709*<br>*Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DEEM *JOSEPH M. PUJOL, et al. v. PILGRIM INT'L, INC. , et al.*, (CIVIL ACTION NO. 07-5709), A MATCHED COMPLAINT PURSUANT TO PRE-TRIAL ORDERS 40 AND 68

**MAY IT PLEASE THE COURT**, through undersigned counsel, come Plaintiffs, Joseph M. Pujol, individually, and on behalf of his two minor children, Jill N. Pujol and Jessica R. Pujol, Stephanie G. Pujol, Eric Albert Smith, Renay Marie Gardner, Sean Gary Thomas, individually, and on behalf of his minor child, Isabella Nicole Thomas, Phuong Kim Thomas individually, and on behalf of her minor child, Elizabeth Lisa Nguyen, Thomas Anthony Bergens, Teresa Certoma Femia and LaRay Maurice Carey, (hereinafter "Plaintiffs"), who provide the following facts in support of their Motion To Deem *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), A Matched Complaint Pursuant to Pre-Trial Orders 40 and 68.

Plaintiffs were named in the Original Class Action Complaint entitled *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc., and Other, As Yet Unnamed, Travel Trailer Manufacturers and Distributors*, (Civil Action No. 07-5709), (hereinafter "*Pujol Complaint*"), filed with this Court on September 18, 2007 and amended on March 4, 2008 (Doc. No 103).  Plaintiffs were also named in the Original and Amending Class Action Complaint entitled *Stephanie G. Pujol, Indivdually, and as Representative of Similarly Situated Persons v. The United States of*

*America*, (Civil Action No. 08-3217), filed with this Court on May 9, 2008 and amended on June 24, 2008 (Doc. No. 378) and October 6, 2008 (Doc. No. 721).

On March 31, 2009, **prior to** PTO 40 (entered on June 17, 2009) and Amended PTO 68 (entered on July 14, 2010) establishing the procedure for unmatched complaints, Plaintiffs were grouped and matched with specific manufacturers and contractors in amendments to the *Pujol Complaint*, (Civil Action No. 07-5709).

On March 31, 2009, Plaintiffs filed the following "matched" amendments in the *Pujol Complaint*, each amendment also included claims against the United States of America through the Federal Emergency Management Agency:

1.

**Second Amended Complaint for Damages, (Doc. No. 1256), In The *Pujol Complaint* Matching The Following Plaintiffs with
Pilgrim International, Inc. and Shaw Environmental, Inc.**

Joseph M. Pujol

Joseph M. Pujol, on behalf of his minor child, Jessica R. Pujol

Joseph M. Pujol, on behalf of his minor child, Jill N. Pujol

Stephanie G. Pujol

Eric Albert Smith

Renay Marie Gardner

Additionally, Plaintiffs amended their complaint a third time to add direct action claims against Pilgrim International's insurers, Sentry Ins. a Mutual Co. and Crum & Forster Specialty Ins. Co., on August 26, 2009. (Doc. No. 2852).

**2.**

**Second Amended Complaint For Damages, (Doc. No. 1277), In The *Pujol Complaint*
Matching The Following Plaintiffs with
Gulf Stream Coach, Inc. and Shaw Environmental, Inc.**

Sean Gary Thomas

Sean Gary Thomas, on behalf of his minor child, Isabella Nicole Thomas

Phuong Kim Thomas

Phuong Kim Thomas, on behalf of her minor child, Elizabeth L. Nguyen

**3.**

**Second Amended Complaint For Damages, (Doc. No. 1262), In The *Pujol Complaint*
Matching The Following Plaintiffs With
Starcraft RV, Inc. And Fluor Enterprises, Inc.**

Thomas Anthony Bergen

Teresa Certoma Femia

**4.**

**Second Amended Complaint For Damages, (Doc. No. 1281), In The *Pujol Complaint*
Matching The Following Plaintiff With
Keystone RV Co. Inc. and Shaw Environmental, Inc.**

LaRay M. Carey

These amendments matched Plaintiffs with specific manufacturers and contractors **prior to PTOs 40 and 68**, which established the procedure for "matching." In this rare circumstance, Plaintiffs request that this Honorable Court deem the *Pujol Complaint* matched in compliance with PTOs 40 and 68.

    Respectfully submitted,

    __/s/ Hugh P. Lambert__
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all Liaison Counsel of record.

    _/s/ Hugh P. Lambert_

    HUGH P. LAMBERT, #7933