IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   07-5709 | * | JUDGE ENGELHARDT |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ATTACHMENT A

| Plaintiff's Name: | Matched Manufacturing Defendant: | Matched Contractor Defendant: |
|---|---|---|
| Joseph M. Pujol | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Joseph M. Pujol on behalf of his minor child, Jessica R. Pujol | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Joseph M. Pujol on behalf of his minor child, Jill N. Pujol | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Stephanie G. Pujol | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Eric Albert Smith | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Renay Marie Gardner | Pilgrim International, Inc. | Shaw Environmental, Inc. |
| Sean Gary Thomas | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |
| Sean Gary Thomas on behalf of his minor child, Isabella Nicole Thomas | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |
| Phuong Kim Thomas | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |
| Phuong Kim Thomas on behalf of her minor child, Elizabeth L. Nguyen | Gulf Stream Coach, Inc. | Shaw Environmental, Inc. |
| Thomas Anthony Bergen | Starcraft RV, Inc. | Fluor Enterprises, Inc. |
| Teresa Certoma Femia | Starcraft RV, Inc. | Fluor Enterprises, Inc. |
| LaRay M. Carey | Keystone RV Co., Inc. | Shaw Environmental, Inc. |