IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   07-5709 | * | JUDGE ENGELHARDT |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion To Deem *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), A Matched Complaint Pursuant to Pre-Trial Orders 40 and 68 and the rare circumstance in which these Plaintiffs were matched with specific manufacturers and contractors <u>prior to</u> the entry of Pre-Trial Orders 40 and 68 by this Honorable Court, it is **HEREBY ORDERED** that Plaintiffs original filed complaint *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), is deemed "matched" pursuant to Pre-Trial Orders 40 and 68.

THIS DONE the _____ day of _____, 2010 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE