UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Purcell, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05325* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05325, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. | Matched Complaint |
|---|---|---|---|
| Cynthia Williams | | 02:10-cv-02529 | |
| Freddie Williams | | 02:10-cv-02529 | |
| Cynthia Williams | R.W. | 02:10-cv-02529 | |
| David Rome, Jr. | | 02:10-cv-02500 | |
| Earnest Sparks | | 02:10-cv-02500 | |
| Erroll Terry | | 02:10-cv-02525 | |
| Esther Robinson | | 02:10-cv-02525 | |
| Neitia White | | 02:10-cv-02524 | |
| Neitia White | B.W. | 02:10:cv-02524 | |
| Warren Thomas | | 02:10-cv-02556 | |
| Ora Washington | | 02:10-cv-02538 | |
| Jaronda Wilson | S.A. | 02:10-cv-02538 | |
| Angelo White | | 02:10-cv-02534 | |
| Irma Winfield | | 02:10-cv-02510 | |

| | | | |
|---|---|---|---|
| Crayton Scott | | 02:10-cv-02510 | |
| Deidre Smith | | 02:10-cv-02510 | |
| Gloria Trepagnier | | 02:10-cv-02510 | |
| Nathan Trepagnier | G.T. | 02:10-cv-02510 | |
| Brandy Trepagnier | | 02:10-cv-02510 | |
| Roxanne Roberts | | 02:10-cv-02479 | |
| Michelle Williams | | 02:10-cv-02545 | |
| Ena Smith | | 02:10-cv-02482 | |
| Sharrell Taylor | | 02:10-cv-02552 | |
| Sharrell Taylor | K.T. | 02:10-cv-02552 | |
| Sharrell Taylor | K.T. | 02:10-cv-02552 | |
| Sharrell Taylor | H.T. | 02:10-cv-02552 | |
| Irma Winfield | | 02:10-cv-02552 | |
| Torey Swilley | | 02:10-cv-02497 | |
| Holly Welborn | | 02:10-cv-02523 | |
| Norberto Sarasino | | 02:10-cv-02494 | |
| James Simmons | | 02:10-cv-02494 | |
| Richard Simmons | | 02:10-cv-02494 | |
| Leneisha Smith | | 02:10-cv-02494 | |
| Christina Stephens | | 02:10-cv-02494 | |
| Shawna Sumler-Barthelemy | | 02:10-cv-02494 | |
| George Williams, Jr. | | 02:10-cv-02494 | |
| Cherika Wright | | 02:10-cv-02494 | |
| Shana Valentine | | 02:10-cv-02494 | |
| Deshawn Valentine | | 02:10-cv-02494 | |
| Deshawn Valentine | J.V. | 02:10-cv-02494 | |
| Deshawn Valentine | D.V. | 02:10-cv-02494 | |
| Nykia Young | D.W. | 02:10-cv-02494 | |
| Nykia Young | D.W.III | 02:10-cv-02494 | |
| Ora Washington | | 02:10-cv-02494 | |
| Neitia White | | 02:10-cv-02517 | |
| Neitia White | B.W. | 02:10-cv-02517 | |
| Cheryl Watkins | | 02:10-cv-02537 | |
| Sterling White, Jr | | 02:10-cv-02546 | |

| | | | |
|---|---|---|---|
| LaKesha Whittaker | | 02:10-cv-02548 | |
| Jacqueline Weber | | 02:10-cv-02477 | |
| Matthew Weber, Jr. | | 02:10-cv-02477 | |
| Matthew Weber, Jr. | M.W.III | 02:10-cv-02477 | |
| Matthew Weber, Jr. | M.W. | 02:10-cv-02477 | |
| Keith Williams | | 02:10-cv-02561 | |
| Jacqueline Weber | | 02:10-cv-02561 | |
| Matthew Weber, Jr. | M.W.III | 02:10-cv-02561 | |
| Matthew Weber, Jr. | M.W. | 02:10-cv-02561 | |
| Cynthia Williams | | 02:10-cv-02515 | |
| Freddie Williams | | 02:10-cv-02515 | |
| Cynthia A. Williams | R.W. | 02:10-cv-02515 | |
| Tyrone Young | | 02-10-cv-02524 | |
| Tyrone O Young<br>Falan Veal<br>Clarence Sturdivant<br>Felters Veal Jr<br>Louis Ussin | | 02:10-cv-02524<br>02:10-CV-03605<br>02:10-CV-03628<br>02:10-CV-03605<br>02:10-CV-03631 | |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522