UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Purcell, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05325* | * | |

**************************************************************************

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES**</u>

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5325.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Cynthia Williams | | 02:10-cv-02529 |
| Freddie Williams | | 02:10-cv-02529 |
| Cynthia Williams | R.W. | 02:10-cv-02529 |
| David Rome, Jr. | | 02:10-cv-02500 |
| Earnest Sparks | | 02:10-cv-02500 |
| Erroll Terry | | 02:10-cv-02525 |
| Esther Robinson | | 02:10-cv-02525 |
| Neitia White | | 02:10-cv-02524 |

| | | |
|---|---|---|
| Neitia White | B.W. | 02:10:cv-02524 |
| Warren Thomas | | 02:10-cv-02556 |
| Ora Washington | | 02:10-cv-02538 |
| Jaronda Wilson | S.A. | 02:10-cv-02538 |
| Angelo White | | 02:10-cv-02534 |
| Irma Winfield | | 02:10-cv-02510 |
| Crayton Scott | | 02:10-cv-02510 |
| Deidre Smith | | 02:10-cv-02510 |
| Gloria Trepagnier | | 02:10-cv-02510 |
| Nathan Trepagnier | G.T. | 02:10-cv-02510 |
| Brandy Trepagnier | | 02:10-cv-02510 |
| Roxanne Roberts | | 02:10-cv-02479 |
| Michelle Williams | | 02:10-cv-02545 |
| Ena Smith | | 02:10-cv-02482 |
| Sharrell Taylor | | 02:10-cv-02552 |
| Sharrell Taylor | K.T. | 02:10-cv-02552 |
| Sharrell Taylor | K.T. | 02:10-cv-02552 |
| Sharrell Taylor | H.T. | 02:10-cv-02552 |
| Irma Winfield | | 02:10-cv-02552 |
| Torey Swilley | | 02:10-cv-02497 |
| Holly Welborn | | 02:10-cv-02523 |
| Norberto Sarasino | | 02:10-cv-02494 |
| James Simmons | | 02:10-cv-02494 |
| Richard Simmons | | 02:10-cv-02494 |
| Leneisha Smith | | 02:10-cv-02494 |
| Christina Stephens | | 02:10-cv-02494 |
| Shawna Sumler-Barthelemy | | 02:10-cv-02494 |
| George Williams, Jr. | | 02:10-cv-02494 |
| Cherika Wright | | 02:10-cv-02494 |
| Shana Valentine | | 02:10-cv-02494 |
| Deshawn Valentine | | 02:10-cv-02494 |
| Deshawn Valentine | J.V. | 02:10-cv-02494 |
| Deshawn Valentine | D.V. | 02:10-cv-02494 |
| Nykia Young | D.W. | 02:10-cv-02494 |
| Nykia Young | D.W.III | 02:10-cv-02494 |
| Ora Washington | | 02:10-cv-02494 |

| Neitia White | | 02:10-cv-02517 |
|---|---|---|
| Neitia White | B.W. | 02:10-cv-02517 |
| Cheryl Watkins | | 02:10-cv-02537 |
| Sterling White, Jr | | 02:10-cv-02546 |
| LaKesha Whittaker | | 02:10-cv-02548 |
| Jacqueline Weber | | 02:10-cv-02477 |
| Matthew Weber, Jr. | | 02:10-cv-02477 |
| Matthew Weber, Jr. | M.W.III | 02:10-cv-02477 |
| Matthew Weber, Jr. | M.W. | 02:10-cv-02477 |
| Keith Williams | | 02:10-cv-02561 |
| Jacqueline Weber | | 02:10-cv-02561 |
| Matthew Weber, Jr. | M.W.III | 02:10-cv-02561 |
| Matthew Weber, Jr. | M.W. | 02:10-cv-02561 |
| Cynthia Williams | | 02:10-cv-02515 |
| Freddie Williams | | 02:10-cv-02515 |
| Cynthia A. Williams | R.W. | 02:10-cv-02515 |
| Tyrone Young | | 02-10-cv-02524 |
| Tyrone O Young<br>Falan Veal<br>Clarence Sturdivant<br>Louis Ussin<br>Felters Veal Jr | | 02:10-cv-02524<br>02:10-CV-03605<br>02:10-CV-03628<br>02:10-CV-03631<br>02:10-CV-03605 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 */s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.