UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Perkins, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05326* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05326, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Barbara Pratt | | 02:10-CV-02500 |
| Tora Simmons | | 02:10-CV-02500 |
| Alexander Simmons, Jr. | | 02:10-CV-02500 |
| Barbara Williams | K.W. | 02:10-CV-02500 |
| Barbara Williams | W.S. | 02:10-CV-02500 |
| Karen Waller | | 02:10-CV-02484 |
| Sadie White | | 02:10-CV-02525 |
| Marguerite Repak | | 02:10-CV-02525 |
| Marguerite Repak | R.R.SR. | 02:10-CV-02525 |
| Richard Repak, Jr. | | 02:10-CV-02525 |
| Ochalay Scott | | 02:10-CV-02488 |
| Troy Scott | C.M. | 02:10-CV-02488 |
| Percy White | | 02:10-CV-02538 |
| Vanessa Randall | | 02:10-CV-02495 |

| | | |
|---|---|---|
| Benika Ridgeway | | 02:10-CV-02495 |
| Kizzy Ridgeway | | 02:10-CV-02495 |
| Sadie Brown | | 02:10-CV-02491 |
| Octavia Riley | | 02:10-CV-02491 |
| Sadie Brown | E.V. | 02:10-CV-02491 |
| Sadie Brown | M.V. | 02:10-CV-02491 |
| Cheryl Wallace | | 02:10-CV-02539 |
| Linette Porche | | 02:10-CV-02510 |
| Linette Porche | D.P. | 02:10-CV-02510 |
| Dolores Quinn | | 02:10-CV-02510 |
| Dolores Quinn | K.Q. | 02:10-CV-02510 |
| Dolores Quinn | S.Q. | 02:10-CV-02510 |
| Jermaine Quinn | | 02:10-CV-02510 |
| Phyllis Saul | | 02:10-CV-02510 |
| Phyllis Saul | W.S. | 02:10-CV-02510 |
| Carolyn Saulny | | 02:10-CV-02510 |
| Carolyn Saulny | A.S. | 02:10-CV-02510 |
| Eshannti Trask | Z.T. | 02:10-CV-02510 |
| Michael Solomon Sr | | 02:10-CV-02510 |
| Dionne Stevenson | | 02:10-CV-02510 |
| Dorothy Smith | | 02:10-CV-02487 |
| Darren Simmons | | 02:10-CV-02555 |
| Linda Reeves | | 02:10-CV-02480 |
| Karen Waller | | 02:10-CV-02479 |
| Donald Taylor, Sr | | 02:10-CV-02558 |
| Donald Smith, Sr | D.S. | 02:10-CV-02558 |
| Manny Smith | | 02:10-CV-02558 |
| Shauntell Mitchell | K.S. | 02:10-CV-02557 |
| Sadie Williams | K.S. | 02:10-CV-02475 |
| Katrina Harris | | 02:10-CV-02544 |
| Linda Sanders | | 02:10-CV-02544 |
| Wendell Robert | | 02:10-CV-02494 |
| Wendell Robert | H.R. | 02:10-CV-02494 |
| Wendell Robert | W.R. | 02:10-CV-02494 |
| Wendell Robert | S.R. | 02:10-CV-02494 |
| Gladys Roberts | B.B. | 02:10-CV-02494 |

| | | |
|---|---|---|
| Gladys Robert | | 02:10-CV-02494 |
| Ryan Roberts | | 02:10-CV-02494 |
| Mallery Schexnayder | A.S | 02:10-CV-02494 |
| Mallery Schexnayder | J.S. | 02:10-CV-02494 |
| Antonia Taylor | | 02:10-CV-02494 |
| Ledareria Taylor | | 02:10-CV-02494 |
| Herbert Taylor | | 02:10-CV-02494 |
| Sharon Taylor | | 02:10-CV-02494 |
| Sharon Taylor | M.T. | 02:10-CV-02494 |
| Shannon Taylor | | 02:10-CV-02494 |
| Arthal Thomas, Jr | | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| DeShannon Scott | | 02:10-CV-02494 |
| Tiffany Scott | | 02:10-CV-02494 |
| Tiffany Scott | T.S. | 02:10-CV-02494 |
| Cassandra Smith | | 02:10-CV-02494 |
| Tyrone Smith | | 02:10-CV-02494 |
| Earline Smith-Hebert | | 02:10-CV-02494 |
| Dorothy Stevens | | 02:10-CV-02494 |
| Raymond Stewart | | 02:10-CV-02494 |
| Tony Williams | J.W. | 02:10-CV-02494 |
| Hazel White | | 02:10-CV-02535 |
| Donald Taylor, Sr | | 02:10-CV-02516 |
| Donald Smith, Sr. | D.S. | 02:10-CV-02516 |
| Manny Smith | | 02:10-CV-02516 |
| Brittany Delpit | | 02:10-CV-02516 |
| Demetri Ray | | 02:10-CV-02478 |
| Deborah Sylvester | | 02:10-CV-02546 |
| Demitri Ray | | 02:10-CV-02478 |
| Dorothy Sparks | | 02:10-CV-03632 |
| Katherin Thomas | | 02:10-CV-03628 |
| Hersey Pittman | | 02:10-CV-03605 |
| Caron Pittman | | 02:10-CV-03605 |
| Norman Robinson | | 02:10-CV-03610 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        AARON Z. AHLQUIST (LSBA# 29063)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522