UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT | |
| | * | | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ | |
| *Perkins, et al. v. Alliance Homes, Inc., et al* | * | | |
| *Civil Action No. 09-05326* | * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5326.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Barbara Pratt | | 02:10-CV-02500 |
| Tora Simmons | | 02:10-CV-02500 |
| Alexander Simmons, Jr. | | 02:10-CV-02500 |
| Barbara Williams | K.W. | 02:10-CV-02500 |
| Barbara Williams | W.S. | 02:10-CV-02500 |
| Karen Waller | | 02:10-CV-02484 |
| Sadie White | | 02:10-CV-02525 |
| Marguerite Repak | | 02:10-CV-02525 |

| | | |
|---|---|---|
| Marguerite Repak | R.R.SR. | 02:10-CV-02525 |
| Richard Repak, Jr. | | 02:10-CV-02525 |
| Ochalay Scott | | 02:10-CV-02488 |
| Troy Scott | C.M. | 02:10-CV-02488 |
| Percy White | | 02:10-CV-02538 |
| Vanessa Randall | | 02:10-CV-02495 |
| Benika Ridgeway | | 02:10-CV-02495 |
| Kizzy Ridgeway | | 02:10-CV-02495 |
| Sadie Brown | | 02:10-CV-02491 |
| Octavia Riley | | 02:10-CV-02491 |
| Sadie Brown | E.V. | 02:10-CV-02491 |
| Sadie Brown | M.V. | 02:10-CV-02491 |
| Cheryl Wallace | | 02:10-CV-02539 |
| Linette Porche | | 02:10-CV-02510 |
| Linette Porche | D.P. | 02:10-CV-02510 |
| Dolores Quinn | | 02:10-CV-02510 |
| Dolores Quinn | K.Q. | 02:10-CV-02510 |
| Dolores Quinn | S.Q. | 02:10-CV-02510 |
| Jermaine Quinn | | 02:10-CV-02510 |
| Phyllis Saul | | 02:10-CV-02510 |
| Phyllis Saul | W.S. | 02:10-CV-02510 |
| Carolyn Saulny | | 02:10-CV-02510 |
| Carolyn Saulny | A.S. | 02:10-CV-02510 |
| Eshannti Trask | Z.T. | 02:10-CV-02510 |
| Michael Solomon Sr | | 02:10-CV-02510 |
| Dionne Stevenson | | 02:10-CV-02510 |
| Dorothy Smith | | 02:10-CV-02487 |
| Darren Simmons | | 02:10-CV-02555 |
| Linda Reeves | | 02:10-CV-02480 |
| Karen Waller | | 02:10-CV-02479 |
| Donald Taylor, Sr | | 02:10-CV-02558 |
| Donald Smith, Sr | D.S. | 02:10-CV-02558 |
| Manny Smith | | 02:10-CV-02558 |
| Shauntell Mitchell | K.S. | 02:10-CV-02557 |
| Sadie Williams | K.S. | 02:10-CV-02475 |
| Katrina Harris | | 02:10-CV-02544 |

| | | |
|---|---|---|
| Linda Sanders | | 02:10-CV-02544 |
| Wendell Robert | | 02:10-CV-02494 |
| Wendell Robert | H.R. | 02:10-CV-02494 |
| Wendell Robert | W.R. | 02:10-CV-02494 |
| Wendell Robert | S.R. | 02:10-CV-02494 |
| Gladys Roberts | B.B. | 02:10-CV-02494 |
| Gladys Robert | | 02:10-CV-02494 |
| Ryan Roberts | | 02:10-CV-02494 |
| Mallery Schexnayder | A.S | 02:10-CV-02494 |
| Mallery Schexnayder | J.S. | 02:10-CV-02494 |
| Antonia Taylor | | 02:10-CV-02494 |
| Ledareria Taylor | | 02:10-CV-02494 |
| Herbert Taylor | | 02:10-CV-02494 |
| Sharon Taylor | | 02:10-CV-02494 |
| Sharon Taylor | M.T. | 02:10-CV-02494 |
| Shannon Taylor | | 02:10-CV-02494 |
| Arthal Thomas, Jr | | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| Shantell Turner | J.T. | 02:10-CV-02494 |
| DeShannon Scott | | 02:10-CV-02494 |
| Tiffany Scott | | 02:10-CV-02494 |
| Tiffany Scott | T.S. | 02:10-CV-02494 |
| Cassandra Smith | | 02:10-CV-02494 |
| Tyrone Smith | | 02:10-CV-02494 |
| Earline Smith-Hebert | | 02:10-CV-02494 |
| Dorothy Stevens | | 02:10-CV-02494 |
| Raymond Stewart | | 02:10-CV-02494 |
| Tony Williams | J.W. | 02:10-CV-02494 |
| Hazel White | | 02:10-CV-02535 |
| Donald Taylor, Sr | | 02:10-CV-02516 |
| Donald Smith, Sr. | D.S. | 02:10-CV-02516 |
| Manny Smith | | 02:10-CV-02516 |
| Brittany Delpit | | 02:10-CV-02516 |
| Demetri Ray | | 02:10-CV-02478 |
| Deborah Sylvester | | 02:10-CV-02546 |
| Demitri Ray | | 02:10-CV-02478 |
| Dorothy Sparks | | 02:10-CV-03632 |
| Norman Robinson | | 02:10-CV-03610 |
| Katherin Thomas | | 02:10-CV-03628 |
| Hersey Pittman | | 02:10-CV-03605 |

| Caron Pittman | | 02:10-CV-03605 | |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable  Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.