UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Adell M. Foxworth on behalf of Adell Foxworth, et al, v. Alliance Homes, Inc., et al    Civil Action No. 09-6106* | * * | MAGISRATE CHASEZ |

*************************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action No. 09-6106, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below

| Claimants | Case No. | Matched Complaints |
|---|---|---|
| Adell M. Foxworth | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Adell M. Foxworth on behalf of Brianna Jackson | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Alaina Brandhurst | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Alfred Lewis | 2:09-cv-8345 | Pleasant, et al v. Crum and Forster Specialty Insurance Company, et al |
| ALFRED LEWIS OBO LOGAN LEWIS | 2:09-cv-6984 | Jaunell Lewis et al v. Sentry Insurance a Mutual Company, et al |
| Amesia Cheatam | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| Anthony Digeman | 2:09-cv-6981 | Anthony Dingeman et al v. Sentry Insurance A Mutual Company, et al |
| Betty Lewis | 2:09-cv-6980 | Betty Lewis et al v. Starr Excess Liablity Insurance Insurance Company, et al |
| Beverly Whitmore obo C.W. | 2:09-cv-8330 | Beverly Whitmore, et al v. Waverlee Homes, Inc. and Fluor Enterprises, Inc. |

| Beverly Whitmore on behalf of C.W. | 2:09-cv-8331 | Beverly Whitmore, et al v. Stewart Park Homes, Inc. and Fluor Enterprises, Inc. |
|---|---|---|
| Blayke Dingeman | 2:09-cv-6981 | Anthony Dingeman et al v. Sentry Insurance A Mutual Company, et al |
| Bobby Hardy | 2:09-cv-6980 | Betty Lewis et al v. Starr Excess Liablity Insurance Insurance Company, et al |
| Bobby Hardy | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| Bobby Hardy on behalf of Bobbie Hardie | 2:09-cv-6980 | Betty Lewis et al v. Starr Excess Liablity Insurance Insurance Company, et al |
| Bobby Hardy on behalf of Bobbie Hardie | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| Brenda Watzke | 2:09-cv-6989 | Brenda Watzke v. Starr Excess Liability Insurance Company, Ltd., et al |
| Brittney Durell | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Charles Pleasant | 2:09-cv-8345 | Pleasant, et al v. Crum and Forster Specialty Insurance Company, et al |
| Danny Santiago | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Elaine Duncan Lee obo Wardel Duncan | 2:09-cv-6985 | Lee v. Gulf Stream Coach, Inc. |
| ELENE ORDOGNE ON BEFIALF OF ELIJAH BROWN | 2:09-cv-5741 | Darren Myles et al v. Coachmen Recreational Vehicle Company, LLC et al |
| Evelyn Randolph | 2:09-cv-6979 | Evelyn Randolf, v. Timberland RV Company |
| Gerald Russell | 2:09-cv-6989 | Brenda Watzke v. Starr Excess Liability Insurance Company, Ltd., et al |
| Gloria Martin | 2:09-cv-6986 | Glorian Martin v. Timberland RV Company, et al |
| Herbert Carter, Jr. | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| James D. Crawford | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |
| JAUNELL LEWIS | 2:09-cv-6984 | Jaunell Lewis et al v. Sentry Insurance a Mutual Company, et al |
| JAUNELL LEWIS OBO TYLER JOHNSON | 2:09-cv-6984 | Jaunell Lewis et al v. Sentry Insurance a Mutual Company, et al |
| Javery Mark | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Joseph Dingeman | 2:09-cv-6981 | Anthony Dingeman et al v. Sentry Insurance A Mutual Company, et al |
| Karen Saunee | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Kenneth Joseph Hamilton | 2:09-cv-6987 | Kenneth Joseph Hamilton v. Forest River Inc. and Fluor Enterprises, Inc. |
| Kenneth P. Watzke, Jr. | 2:09-cv-6989 | Brenda Watzke v. Starr Excess Liability Insurance Company, Ltd., et al |
| Kenneth Watzke | 2:09-cv-6989 | Brenda Watzke v. Starr Excess Liability Insurance Company, Ltd., et al |
| KIMBERLY DUNCAN | 2:09-cv-6978 | James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp. |
| Lionel Rolland | 2:09-cv-8303 | Abelardo Rodriguez, et al v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. |

| | | |
|---|---|---|
| Michael Mark on behalf of Michel Mark | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Monica Crawford on behalf of Barron Crawford | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Myrna McMillon | 2:09-cv-5734 | Kenneth Johnson et al v. Gulf Stream Coach, Inc. |
| Rudolph Rogers, Jr. on behalf of Rudolph Rogers, IV | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| Sabrina James on behalf of Tirrell Shortridge | 2:09-cv-6983 | Adell M. Foxworth et al v. Gulf Stream Coach Inc. and Fluor |
| Shantell Jenkins | 2:09-cv-8320 | Octave Bazanac, et al v. Gulf Stream Coach, Inc., et al |
| Stefan Alcorn, Sr. | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |
| Tammy Badeaux | 2:09-cv-6981 | Anthony Dingeman et al v. Sentry Insurance A Mutual Company, et al |
| Verna Brown | 2:09-cv-6988 | Verna Brown v. Recreation by Design and CH2M |
| Zena Hardy | 2:09-cv-6980 | Betty Lewis et al v. Starr Excess Liablity Insurance Insurance Company, et al |
| Zena Hardy | 2:09-cv-6982 | Amesia Cheatam et al v. Gulf Stream Coach Inc. |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.