UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO:<br>*Gertie Applewhite-Williams, et al, v.*<br>*Alliance Homes, Inc., et al*<br>*Civil Action No. 09-07915* | * | MAGISTRATE CHASEZ |

*************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-07915, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | | Case No. | Matched Complaint |
|---|---|---|---|
| JACKSON, LARRY | | # 09-8468 | Rayfield, et al vs. Gulfstream Coach, Inc., et al |
| OLIVER, BETSY | o/b/o L.S. | # 09-8477 | Riley, et al vs. Gulfstream Coach, Inc., et al |
| COLLIER, CARLOS | | # 09-8478 | Coleman-Polk, et al vs. Gulfstream Coach, Inc., et al |
| GREEN-LEONARD, CATHERINE | | # 09-8478 | Coleman-Polk, et al vs. Gulfstream Coach, Inc., et al |
| DAY, DESI | | # 10-00445 | Desi Day vs Destiny Industries, Inc., et al |
| WILLIAMS, LEON | | #09-8522 | Graf, et al vs. American Internationl Specialty Lines Ins., et al |

| Name | o/b/o | Case # | Caption |
|---|---|---|---|
| OZMENT, NICOLE | o/b/o T.F. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | o/b/o K.O. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | o/b/o T.O. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| FINLEY, TAURUS | | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| JONES, CEOLA | | #09-8530 | Ceola Jones vs. Destiny Industries, Inc., et al |
| MAJOR, DEKETRA | o/b/o T.T. | #09-8571 | Davis, et al vs. CMH Manufacturing, Inc., et al |
| HINTON, ZANAIDA | | 09-07887 | Barnes, et al vs. Jayco, Inc. et al |
| NELSON, JOSEPH | | 10-02574 | Joseph Nelson et al vs. Cavalier Home Builders, LLC., et al |
| HARVEY, ERICA | o/b/o E.B. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | o/b/o T.H. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | o/b/o T.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, GERALD JR | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, JELYNA | o/b/o K.F. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, JELYNA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, MOLINDA | o/b/o J.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, MOLINDA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, MOLINDA | o/b/o Q.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTSON, JOHN | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| APPLEWHITE-WILLIAMS, GERTIE | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |

| | | | |
|---|---|---|---|
| BINGHAM, DANITA | o/b/o T.B. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| BINGHAM, DANITA | o/b/o R.H. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| FOLEY, KINYARA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| FOLEY, KINYARA | o/b/o J.F. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| JONES, VALENTINO | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| KOSCINSKY, TAMARA | o/b/o G.I. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| KOSCINSKY, TAMARA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEBLANC, DEBRA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEBLANC, DEBRA | o/b/o D.L. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEE, JAMES | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, ASHLEY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, DELLORIS | o/b/o T.M. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, KAYLA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, LARIED | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, LARIED | MALTER, GRACE (DECEASED) | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PAGE, KIMERKICK | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PHILLIPS, AGULANDA | o/b/o R.P. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PHILLIPS, DANA | o/b/o D.S. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PICOU, ELTON | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| RAY, VELINDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |

| | | | |
|---|---|---|---|
| RUSSELL, LAROY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| TAYLOR, NATASHA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WASHINGTON, JANET | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WASHINGTON, LINDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WILLIAMS, TERRELL | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MCGEE, CEREANDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MCGEE, ROY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| OLIVER, BETSY | o/b/o L.S. | 10-04050 | Betsy Oliver o/b/o L.S., et al vs. Waverlee Homes, Inc., et al |
| GLOVER, LASHONDA | o/b/o R.F | 10-04051 | Lashonda Glover o/b/o R.F., et al vs. ABC ManufacturingCompany, et al |
| JOSEPH, DOLORES | o/b/o A.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | o/b/o E.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | o/b/o H.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| BATTLE, LENNIX | | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |
| BATTLE, LENNIX | o/b/o S.H. | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |
| CORNELY, EDDIE | | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |
| DAY, DESI | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| MITCHELL, JUAN | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| WILLIAMS, CORDELL | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| SMITH, MARY H | | 10-04055 | Mary H. Smith, et al vs. Jayco Enterprises, Inc., et al |

| | | | |
|---|---|---|---|
| BEVERLY, VINCENT A | | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o D.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o D.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o R.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, MIKEIASH | | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| HINES, CHERYL | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, CHERYL | o/b/o M.H | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, FERDINAND JR. | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, SERENA | o/b/o J.H. | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, SERENA | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, TRAVIS | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| ANDERSON, LILLIE | o/b/o B.T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.B. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o K.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.G. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o K.G. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| FOSTER, FAYLENE | o/b/o J.T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| FOSTER, FAYLENE | o/b/o D.T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |

| | | | |
|---|---|---|---|
| GREEN, LAKITA | | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| WESTON, ROBIN | o/b/o J.W. | 10-04059 | Robin Weston o/b/o J.W., et al vs. Forest River, Inc., et al |
| ARMSTRONG, MELODY L | | 10-04060 | Melody L. Armstrong, et al vs. D.S. Corp., et al |
| ARMSTRONG, MELODY M | | 10-04060 | Melody L. Armstrong, et al vs. D.S. Corp., et al |
| JONES, CEOLA | o/b/o J.J. | 10-04061 | Ceola Jones o/b/o J.J., et al vs. Destiny, Industries, Inc., et al |
| JONES, CEOLA | o/b/o K.J. | 10-04061 | Ceola Jones o/b/o J.J., et al vs. Destiny, Industries, Inc., et al |
| DUNOMES, JASMINE | | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o B. D. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o B.D. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o R.H. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o R.H. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LATROYA | | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| BURISE, CHANTA | o/b/o R.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| BURISE, CHANTA | o/b/o W.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| DUPLESSIS, ANN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| KNIGHTON, JOHN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA, LAVON | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o A.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o D.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o Q.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |

| | | | |
|---|---|---|---|
| LIZANA-COMEGER, VERONICA | o/b/o V.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| KRESSLER, MAHONEY | MAJOR, ROLAND JR (DECEASED) | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MAJOR, DEKETRA | o/b/o D.M. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| NEELY, TYRESIA | o/b/o E.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| OLIVER, HAROLD | o/b/o A.C. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WALL, CW | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, BENJAMIN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, CHERRY | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, JAMES | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, JESSICA | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, BARRY SR | o/b/o J.W. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, BARRY SR | o/b/o B.W. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o D.M. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| TAYLOR, GRILL | o/b/o E.P. | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, GRILL | o/b/o R.P. | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, GRILL | | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |

| | | | |
|---|---|---|---|
| ENCLARDE, MARY | | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| ENCLARDE, MARY | o/b/o D.E. | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| ENCLARDE, MARY | o/b/o J.E. | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, JERRY | | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| JOURNEE, MICHELLE | o/b/o N.J. | 10-04066 | Michelle Journee o/b/o N.J., et al vs. ABC Manufacturing Company, et al |
| JOURNEE, MICHELLE | o/b/o A.W. | 10-04066 | Michelle Journee o/b/o N.J., et al vs. ABC Manufacturing Company, et al |
| BROWN, GENEVIVE | | 10-04071 | Antoine, et al vs. Gulfstream coach, Inc., et al |
| CAULEY, SCHRELL | | 10-04076 | |
| WOOLRIDGE, CINDY | o/b/o D.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o T.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o X.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o K.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

BY: *s/ Douglas M. Schmidt*
DOUGLAS M. SCHMIDT

Douglas M. Schmidt LA Bar #11789
Peter R. Borstell LA Bar #3264
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755