UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Gertie Applewhite-Williams, et al, v.* | | |
| *Alliance Homes, Inc., et al* | | |
| *Civil Action No. 09-07915* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court on December 28, 2009. Civil Action No. 09-07915.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | | Case No. | Matched Complaint |
|---|---|---|---|
| JACKSON, LARRY | | # 09-8468 | Rayfield, et al vs. Gulfstream Coach, Inc., et al |
| OLIVER, BETSY | o/b/o L.S. | # 09-8477 | Riley, et al vs. Gulfstream Coach, Inc., et al |

| | | | |
|---|---|---|---|
| COLLIER, CARLOS | | # 09-8478 | Coleman-Polk, et al vs. Gulfstream Coach, Inc., et al |
| GREEN-LEONARD, CATHERINE | | # 09-8478 | Coleman-Polk, et al vs. Gulfstream Coach, Inc., et al |
| DAY, DESI | | # 10-00445 | Desi Day vs Destiny Industries, Inc., et al |
| WILLIAMS, LEON | | #09-8522 | Graf, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | o/b/o T.F. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | o/b/o K.O. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| OZMENT, NICOLE | o/b/o T.O. | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| FINLEY, TAURUS | | #09-8525 | Hayes, et al vs. American Internationl Specialty Lines Ins., et al |
| JONES, CEOLA | | #09-8530 | Ceola Jones vs. Destiny Industries, Inc., et al |
| MAJOR, DEKETRA | o/b/o T.T. | #09-8571 | Davis, et al vs. CMH Manufacturing, Inc., et al |
| HINTON, ZANAIDA | | 09-07887 | Barnes, et al vs. Jayco, Inc. et al |
| NELSON, JOSEPH | | 10-02574 | Joseph Nelson et al vs. Cavalier Home Builders, LLC., et al |
| HARVEY, ERICA | o/b/o E.B. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | o/b/o T.H. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, ERICA | o/b/o T.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| HARVEY, GERALD JR | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, JELYNA | o/b/o K.F. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, JELYNA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, MOLINDA | o/b/o J.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |

| | | | |
|---|---|---|---|
| ROBERTS, MOLINDA | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTS, MOLINDA | o/b/o Q.R. | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| ROBERTSON, JOHN | | 10-02576 | Erica Harvey et al vs. CMH Manufacturing, Inc., et al |
| APPLEWHITE-WILLIAMS, GERTIE | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| BINGHAM, DANITA | o/b/o T.B. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| BINGHAM, DANITA | o/b/o R.H. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| FOLEY, KINYARA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| FOLEY, KINYARA | o/b/o J.F. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| JONES, VALENTINO | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| KOSCINSKY, TAMARA | o/b/o G.I. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| KOSCINSKY, TAMARA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEBLANC, DEBRA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEBLANC, DEBRA | o/b/o D.L. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| LEE, JAMES | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, ASHLEY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, DELLORIS | o/b/o T.M. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, KAYLA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, LARIED | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MALTER, LARIED | MALTER, GRACE (DECEASED) | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PAGE, KIMERKICK | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |

| Name | o/b/o | Case No. | Caption |
|---|---|---|---|
| PHILLIPS, AGULANDA | o/b/o R.P. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PHILLIPS, DANA | o/b/o D.S. | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| PICOU, ELTON | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| RAY, VELINDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| RUSSELL, LAROY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| TAYLOR, NATASHA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WASHINGTON, JANET | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WASHINGTON, LINDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| WILLIAMS, TERRELL | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MCGEE, CEREANDA | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| MCGEE, ROY | | 10-02577 | Gertie Applewhite-Williams et al vs. Gulfstream Coach, Inc., et al |
| OLIVER, BETSY | o/b/o L.S. | 10-04050 | Betsy Oliver o/b/o L.S., et al vs. Waverlee Homes, Inc., et al |
| GLOVER, LASHONDA | o/b/o R.F | 10-04051 | Lashonda Glover o/b/o R.F., et al vs. ABC ManufacturingCompany, et al |
| JOSEPH, DOLORES | o/b/o A.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | o/b/o E.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | o/b/o H.A. | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| JOSEPH, DOLORES | | 10-04052 | Dolores Joseph, et al vs. Southern Energy Homes, Inc., et al |
| BATTLE, LENNIX | | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |
| BATTLE, LENNIX | o/b/o S.H. | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |
| CORNELY, EDDIE | | 10-04053 | Lennix Battle, et al vs. Insureco Agency, et al |

| Name | o/b/o | Case No. | Caption |
|---|---|---|---|
| DAY, DESI | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| MITCHELL, JUAN | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| WILLIAMS, CORDELL | | 10-04054 | Desi Day, et al vs. Insureco Agency, et al |
| SMITH, MARY H | | 10-04055 | Mary H. Smith, et al vs. Jayco Enterprises, Inc., et al |
| BEVERLY, VINCENT A | | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o D.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o D.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, JESSIE | o/b/o R.J. | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| JACKSON, MIKEIASH | | 10-04056 | Vincent A. Beverly, et al vs. Gulfstream Coach, Inc., et al |
| HINES, CHERYL | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, CHERYL | o/b/o M.H | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, FERDINAND JR. | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, SERENA | o/b/o J.H. | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, SERENA | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| HINES, TRAVIS | | 10-04057 | Cheryl Hines, et al vs. Gulfstream Coach, Inc., et al |
| ANDERSON, LILLIE | o/b/o B. T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.B. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o C.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o K.C. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |

| | | | |
|---|---|---|---|
| COLLIER, CARLOS | o/b/o C.G. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| COLLIER, CARLOS | o/b/o K.G. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| FOSTER, FAYLENE | o/b/o J.T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| FOSTER, FAYLENE | o/b/o D.T. | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| GREEN, LAKITA | | 10-04058 | Lakita Green, et al vs. Gulfstream coach, Inc., et al |
| WESTON, ROBIN | o/b/o J.W. | 10-04059 | Robin Weston o/b/o J.W., et al vs. Forest River, Inc., et al |
| ARMSTRONG, MELODY L | | 10-04060 | Melody L. Armstrong, et al vs. D.S. Corp., et al |
| ARMSTRONG, MELODY M | | 10-04060 | Melody L. Armstrong, et al vs. D.S. Corp., et al |
| JONES, CEOLA | o/b/o J.J. | 10-04061 | Ceola Jones o/b/o J.J., et al vs. Destiny, Industries, Inc., et al |
| JONES, CEOLA | o/b/o K.J. | 10-04061 | Ceola Jones o/b/o J.J., et al vs. Destiny, Industries, Inc., et al |
| DUNOMES, JASMINE | | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o B. D. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o B.D. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o R.H. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LAQUINTA | o/b/o R.H. | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MILTON, LATROYA | | 10-04062 | Latroya Milton, et al vs. Clayton Homes of Lafayette, Inc., et al |
| BURISE, CHANTA | o/b/o R.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| BURISE, CHANTA | o/b/o W.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| DUPLESSIS, ANN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| KNIGHTON, JOHN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |

| | | | |
|---|---|---|---|
| LIZANA, LAVON | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o A.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o D.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o Q.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| LIZANA-COMEGER, VERONICA | o/b/o V.L. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| KRESSLER, MAHONEY | MAJOR, ROLAND JR (DECEASED) | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| MAJOR, DEKETRA | o/b/o D.M. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| NEELY, TYRESIA | o/b/o E.B. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| OLIVER, HAROLD | o/b/o A.C. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WALL, CW | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, BENJAMIN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, CHERRY | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, JAMES | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WHITE, JESSICA | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, BARRY SR | o/b/o J.W. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, BARRY SR | o/b/o B.W. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o A.A. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| YOUNG, CAROLYN | o/b/o D.M. | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |

| | | | |
|---|---|---|---|
| YOUNG, CAROLYN | | 10-04063 | Ann Duplessis, et al vs. Clayton Homes of Lafayette, Inc., et al |
| TAYLOR, GRILL | o/b/o E.P. | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, GRILL | o/b/o R.P. | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, GRILL | | 10-04064 | Grill Taylor, et al vs. Cavalier Home Builders, LLC, et al |
| ENCLARDE, MARY | | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| ENCLARDE, MARY | o/b/o D.E. | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| ENCLARDE, MARY | o/b/o J.E. | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| TAYLOR, JERRY | | 10-04065 | Mary Enclarde, et al vs. Cavalier Home Builders, LLC, et al |
| JOURNEE, MICHELLE | o/b/o N.J. | 10-04066 | Michelle Journee o/b/o N.J., et al vs. ABC Manufacturing Company, et al |
| JOURNEE, MICHELLE | o/b/o A.W. | 10-04066 | Michelle Journee o/b/o N.J., et al vs. ABC Manufacturing Company, et al |
| BROWN, GENEVIVE | | 10-04071 | Antoine, et al vs. Gulfstream coach, Inc., et al |
| CAULEY, SCHRELL | | 10-04076 | |
| WOOLRIDGE, CINDY | o/b/o D.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o T.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o X.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |
| WOOLRIDGE, CINDY | o/b/o K.W. | 10-04081 | Brumfield, et al vs. Clayton Homes of Lafayette, Inc., et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

BY: *s/ Douglas M. Schmidt*
DOUGLAS M. SCHMIDT

Douglas M. Schmidt LA Bar #11789
Peter R. Borstell LA Bar #3264
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Douglas M. Schmidt*
Douglas M. Schmidt  L.A. Bar #11789