UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Gertie Applewhite-Williams, et al, v.* | | |
| *Alliance Homes, Inc., et al* | | |
| *Civil Action No. 09-07915* | | |

*****************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing liaison counsel for manufacturing, contractor and insurance defendants are aware of the this Court's order on December 28, 2009 (Doc 1516) and Counsel does not anticipate an objection to the filing of Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages, with the reservation of all defenses.

Respectfully submitted,

BY: *s/ Douglas M. Schmidt*
DOUGLAS M. SCHMIDT

Douglas M. Schmidt LA Bar #11789
Peter R. Borstell LA Bar #3264
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755