UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO:<br>*Gertie Applewhite-Williams, et al, v.*<br>*Alliance Homes, Inc., et al*<br>Civil Action No. 09-07915 | * | MAGISTRATE CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is Granted.

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

                                                KURT D. ENGELHARDT
                                                UNITED STATES DISTRICT JUDGE