UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Sharett, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5234

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Brenda Sharett respectfully request this Honorable Court grant her Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched in the above captioned matter, Ms. Sharett has now been matched to the proper defendants, and to reflect such matching Plaintiff has filed an Amended Complaint with the civil action number, 10-3922 (*Avants v. Cavalier Home Builders, LLC*).

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiff requests this Honorable Court grant Plaintiff's instant Motion to Sever.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

```
                              BY:    s/Justin I. Woods
                                     GERALD E. MEUNIER, #9471
                                     JUSTIN I. WOODS, #24713
                                     Gainsburgh, Benjamin, David,
                                     Meunier & Warshauer, L.L.C.
                                     2800 Energy Centre
                                      1100 Poydras Street
                                     New Orleans, Louisiana  70163
                                     Telephone:    504/522-2304
                                     Facsimile:    504/528-9973
                                     jwoods@gainsben.com
```

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

```
                              s/Justin I. Woods
                              JUSTIN I. WOODS, # 24713
```