# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Patrice Philip v. Alliance Homes, Inc., et al* Civil Action No. 09-5315 | * * | MAGISRATE CHASEZ |

**************************************************************************

## PLAINTIFF'S MOTION TO SEVER "MATCHED" PLAINTIFF FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Patrice Philip who respectfully requests this Honorable Court to grant her Motion to Sever her claims from the above captioned matter, Civil Action No. 09-5315, pursuant to Federal Rule 21. Plaintiff, in compliance with Pretrial Order 40, (Doc. 1781) has now been matched to a specific manufacturer and has filed an Amended Complaint with the civil action indicated in below:

Case No. 2:09-cv-6370

*Patrice Philip v. DS Corp d/b/a CrossRoads RV,*

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiff moves this Honorable Court to grant Plaintiff's Motion to Sever her "Matched" claims from her Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC


BY:    */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

      /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.