UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 SECTION N(5) |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Patrice Philip v. Alliance Homes, Inc., et al* Civil Action No. 09-5315 | * * | MAGISTRATE CHASEZ |

***********************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SEVER "MATCHED" PLAINTIFF FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT,** through undersigned counsel, comes Plaintiff Patrice Philip who respectfully requests that this Honorable Court grant her Motion to Sever her claims from the Original "Unmatched" Complaint for Damages filed with this Court on August 3, 2009. Civil Action No. 09-5315.

Plaintiff, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed a new complaint for damages, in civil action 2:09-cv-6370 in which Plaintiff was matched to a specific contractor in *Patrice Philip v. DS Corp d/b/a Crossroads RV*. Plaintiff now seeks to have her original "unmatched" placeholder claims severed from the underlying Original Complaint for Damages.

Therefore, Patrice Philip, respectfully moves this Honorable Court to grant Plaintiff's Motion to Sever her matched claims from the Original "Unmatched" Complaint for Damages because Plaintiff has filed a new complaint for damages matching Plaintiff with specific manufacturing defendant.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:    /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.


Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr.