UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Williams, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05327 | * | |

**************************************************************************

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05327, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Tuyet Au | | 02:10-CV-02572 |
| Laquita Brown | | 02:10-CV-02572 |
| Luis Caquias | | 02:10-CV-02572 |
| Jaonn Cucurullo | | 02:10-CV-02572 |
| Andrew Hills, III | | 02:10-CV-02572 |
| Louis Jordan | | 02:10-CV-02572 |
| Earl Keith, Jr. | | 02:10-CV-02572 |
| Earl Keith, Jr. | E.K.III | 02:10-CV-02572 |
| Earl Keith, Jr. | R.K. | 02:10-CV-02572 |
| Earl Keith, Jr. | S.K. | 02:10-CV-02572 |
| Sandra Lettermann | | 02:10-CV-02572 |
| Delloris Malter | | 02:10-CV-02572 |
| Katherine Meyer | | 02:10-CV-02572 |
| Brenda Morris | | 02:10-CV-02572 |

| | | |
|---|---|---|
| Hoi Nguyen | | 02:10-CV-02572 |
| Katherine Serpas | | 02:10-CV-02572 |
| Vernon Comeger | | 02:10-CV-02569 |
| Joshua Williams | | 02:10-CV-02571 |
| Patrick Corley | | 02:10-CV-02570 |
| Charde Gross | | 02:10-CV-02570 |
| Wykesha Hall | | 02:10-CV-02570 |
| Janice Hamilton | | 02:10-CV-02570 |
| Deborah White | | 02:10-CV-02570 |
| Deborah Williams | | 02:10-CV-02570 |
| Wanda Young | | 02:10-CV-02570 |
| Faylene Foster | | 02:10-CV-04069 |
| Juan Umanzor | | 02:10-CV-04078 |
| Nicole Sylvester | N.S | 02:10-CV-04078 |
| Nicole Sylvester | J.M | 02:10-CV-04078 |
| Nicole Sylvester | J.J | 02:10-CV-04078 |
| Nicole Sylvester | | 02:10-CV-04078 |
| Cyrus Sylvester | | 02:10-CV-04078 |
| Maribel Ramos | L.R. | 02:10-CV-04078 |
| Maribel Ramos | A.R. | 02:10-CV-04078 |
| Maribel Ramos | | 02:10-CV-04078 |
| Lashawn Oliver | | 02:10-CV-04078 |
| Autrice Oliver | | 02:10-CV-04078 |
| Dominique Narcisse | E.T. | 02:10-CV-04078 |
| Dominique Narcisse | L.S. | 02:10-CV-04078 |
| Dominique Narcisse | | 02:10-CV-04078 |
| Rigoberto Estrada | | 02:10-CV-04078 |
| Ronald Craige | | 02:10-CV-04078 |
| Cynthia Craige | | 02:10-CV-04078 |
| Jerry Bell | | 02:10-CV-04078 |
| Cyntrell Armstead | | 02:10-CV-04078 |
| Roslyn Lane | | 02:10-CV-04101 |
| Jermiah Lane | | 02:10-CV-04101 |
| Nicholas Williams | | 02:10-CV-04070 |
| Monica Hall | | 02:10-CV-04101 |
| Ruby Mingo | | 02:10-CV-04099 |

| | | |
|---|---|---|
| Mary Johnson | | 02:10-CV-04072 |
| Jeanne Burton | A.B. | 02:10-CV-04095 |
| Michael Brandon | | 02:10-CV-04102 |
| Lakeisha Williams | L.W. | 02:10-CV-04102 |
| Lakeisha Williams | | 02:10-CV-04102 |
| Lashonda Mitchell | J.M | 02:10-CV-04102 |
| Lashonda Mitchell | C.M. | 02:10-CV-04102 |
| Lashonda Mitchell | C.M. | 02:10-CV-04102 |
| Lashonda Mitchell | | 02:10-CV-04102 |
| Paula Major | M.M. | 02:10-CV-04102 |
| Paula Major | S.M. | 02:10-CV-04102 |
| Paula Major | | 02:10-CV-04102 |
| Percy Gibson | R.G. | 02:10-CV-04102 |
| Percy Gibson | | 02:10-CV-04102 |
| Larry Gibson | Q.G. | 02:10-CV-04102 |
| Larry Gibson | T.D. | 02:10-CV-04102 |
| Larry Gibson | T.D | 02:10-CV-04102 |
| Larry Gibson | J.D. | 02:10-CV-04102 |
| Larry Gibson | | 02:10-CV-04102 |
| Kendall Elzey | | 02:10-CV-04102 |
| Jeremy Gibson | | 02:10-CV-04102 |
| John Frazier | | 02:10-CV-04102 |
| Gail Frazier | C.W. | 02:10-CV-04102 |
| Gail Frazier | | 02:10-CV-04102 |
| Sherry Elzey | | 02:10-CV-04102 |
| Larry Solomon | | 02:10-CV-04081 |
| Rachel Rost-Barrilleaux | D.B | 02:10-CV-04081 |
| Rachel Rost-Barrilleaux | J.D. | 02:10-CV-04081 |
| Rachel Rost-Barrilleaux | K.B. | 02:10-CV-04081 |
| Rachel Rost-Barrilleaux | | 02:10-CV-04081 |
| Mark Woolridge | | 02:10-CV-04081 |
| Cindy Woolridge | X.W. | 02:10-CV-04081 |
| Cindy Woolridge | T.W. | 02:10-CV-04081 |
| Cindy Woolridge | N.W. | 02:10-CV-04081 |
| Cindy Woolridge | K.W | 02:10-CV-04081 |
| Cindy Woolridge | H.W | 02:10-CV-04081 |
| Cindy Woolridge | D.W | 02:10-CV-04081 |

| | | |
|---|---|---|
| Celeste Valerio | | 02:10-CV-04081 |
| Cindy Woolridge | | 02:10-CV-04081 |
| Alice Womack | | 02:10-CV-04081 |
| Pamela Williams | | 02:10-CV-04081 |
| Celeste Valerio | B.W. | 02:10-CV-04081 |
| Jimmy Jackson | | 02:10-CV-04092 |
| Ricky Scott | | 02:10-CV-04081 |
| Harold Oliver | | 02:10-CV-04081 |
| Shannon Nolting | J.B. | 02:10-CV-04081 |
| Shannon Nolting | D.N. | 02:10-CV-04081 |
| Shannon Nolting | K.B. | 02:10-CV-04081 |
| Shannon Nolting | | 02:10-CV-04081 |
| Tyresia Nelly | E.B. | 02:10-CV-04081 |
| Tyresia Neely | J. N. | 02:10-CV-04081 |
| Tyresia Neely | | 02:10-CV-04081 |
| Kathy Major-Williams | D.W. | 02:10-CV-04081 |
| Kathy Major-Williams | | 02:10-CV-04081 |
| Travaun Major | | 02:10-CV-04081 |
| Joshua Major | | 02:10-CV-04081 |
| Jerry Major Jr | | 02:10-CV-04081 |
| Jerry Major Jr | Jerry Major, Sr. | 02:10-CV-04081 |
| Chanita Burise | | 02:10-CV-04081 |
| Kressler Mahony | J.M | 02:10-CV-04081 |
| Kressler Mahoney | R.M | 02:10-CV-04081 |
| Kressler Mahoney | | 02:10-CV-04081 |
| Hulus Lizana | | 02:10-CV-04081 |
| Kimberly Kelly | A.W. | 02:10-CV-04081 |
| Kimberly Kelly | M.K. | 02:10-CV-04081 |
| Kimberly Kelly | L.K. | 02:10-CV-04081 |
| Kimberly Kelly | D.K. | 02:10-CV-04081 |
| Kimberly Kelly | G.K. | 02:10-CV-04081 |
| Kimberly Kelly | | 02:10-CV-04081 |
| Nathaniel Goldman | | 02:10-CV-04081 |
| Ann Duplessis | J.D. | 02:10-CV-04081 |
| Jerry Cramer | | 02:10-CV-04081 |
| Nathaniel Butler | | 02:10-CV-04081 |
| Michelle McClellan | | 02:10-CV-04092 |

| Name | Minor | Case Number |
|---|---|---|
| Cassandra Miller | | 02:10-CV-04068 |
| Trevea Brumfield | D.B | 02:10-CV-04081 |
| Trevea Brumfield | S.M. | 02:10-CV-04081 |
| Trevea Brumfield | N.B. | 02:10-CV-04081 |
| Trevea Brumfield | S.B | 02:10-CV-04081 |
| Trevea Brumfield | | 02:10-CV-04081 |
| Lisa Roche | A.R. | 02:10-CV-04103 |
| Samuel Young | | 02:10-CV-04080 |
| Laquinta Milton | R.H. | 02:10-CV-04080 |
| Laquinta Milton | | 02:10-CV-04080 |
| Wesley Woodward | | 02:10-CV-04075 |
| Anthony Woods | | 02:10-CV-04075 |
| Keyon Milton | T.M. | 02:10-CV-04080 |
| Beatrice Foucher | | 02:10-CV-04079 |
| Derrick Felton | | 02:10-CV-04079 |
| Jessica Wahl | H.P. | 02:10-CV-04067 |
| Anthony Wahl Sr. | | 02:10-CV-04067 |
| Percy Gibson | R.G | 02:10-CV-04067 |
| Percy Gibson | | 02:10-CV-04067 |
| Larry Gibson | Q.G. | 02:10-CV-04067 |
| Larry Gibson | T.D. | 02:10-CV-04067 |
| Larry Gibson | J.D. | 02:10-CV-04067 |
| Larry Gibson | T.D. | 02:10-CV-04067 |
| Melenena Smith | | 02:10-CV-04068 |
| Kendall Elzey | | 02:10-CV-04067 |
| Christopher Wiggins | | 02:10-CV-04093 |
| Juan Umanzor | | 02:10-CV-04093 |
| Maribel Ramos | L.R. | 02:10-CV-04093 |
| Maribel Ramos | A.R. | 02:10-CV-04093 |
| Maribel Ramos | | 02:10-CV-04093 |
| Betsy Oliver | | 02:10-CV-04093 |
| Shalonda Duplessis | R.W. Jr | 02:10-CV-04087 |
| Shalonda Duplessis | | 02:10-CV-04087 |
| Nicholas Duplessis | | 02:10-CV-04087 |
| Ivory Johnson | | 02:10-CV-04085 |
| Wanda Antoine | | 02:10-CV-04085 |
| Lisa Roche | S.R. | 02:10-CV-04073 |

| | | |
|---|---|---|
| Melvin LeBlanc | | 02:10-CV-04084 |
| Lisa Roche | R.R. | 02:10-CV-04073 |
| Lisa Roche | A.R. | 02:10-CV-04073 |
| Lisa Roche | | 02:10-CV-04073 |
| George King | | 02:10-CV-04074 |
| Charles Miller | | 02:10-CV-04068 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522