UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          *      MDL No. 1873
FORMALDEHYDE                  *
PRODUCTS LIABILITY LITIGATION *      JUDGE ENGELHARDT
                              *
THIS  DOCUMENT RELATED TO:    *      MAGISTRATE CHASEZ
*Acker, et al. v. Alliance Homes, Inc., et al*   *
*Civil Action No. 09-05328*    *
**************************************************************************

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05328, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Priscilla Ewell-Hill | | 02:10-CV-02496 |
| Donna Amerson | K.J. | 02:10-CV-02515 |
| Donna Amerson | K.B. | 02:10-CV-02515 |
| Donna Amerson | B.B. | 02:10-CV-02515 |
| Stephanie Barthelemy | D.B. | 02:10-CV-02515 |
| Stephanie Barthelemy | | 02:10-CV-02515 |
| Stephen Barthelemy | | 02:10-CV-02515 |
| Donna Amerson | | 02:10-CV-02515 |
| Trinity Black | | 02:10-CV-02561 |
| James Ambrose | | 02:10-CV-02561 |
| Reed Deroche | | 02:10-CV-02561 |
| Bobbie Bedney | C.B. | 02:10-CV-02548 |
| Bobbie Bedney | | 02:10-CV-02548 |
| Craig Amacker | | 02:10-CV-02516 |

| | | |
|---|---|---|
| Rita Chambers | | 02:10-CV-02486 |
| Debbie Batiste | B.W. | 02:10-CV-02535 |
| Lois Gipson | L.S. | 02:10-CV-02535 |
| Larry Gipson | | 02:10-CV-02535 |
| Robert Cannon | | 02:10-CV-02494 |
| Stephanie Butler | | 02:10-CV-02494 |
| Christopher Butler | | 02:10-CV-02494 |
| Chrissy Butler | | 02:10-CV-02494 |
| Deondra Brooks | | 02:10-CV-02494 |
| Lawasha Bagneris | | 02:10-CV-02489 |
| Jahmari Brooks | | 02:10-CV-02494 |
| Lloyd Brooks | | 02:10-CV-02494 |
| Brian Bernard, Jr | C.B. | 02:10-CV-02494 |
| Brian Bernard, Jr | B.B. | 02:10-CV-02494 |
| Brian Bernard, Jr | B.B.III | 02:10-CV-02494 |
| Brian Bernard Jr | | 02:10-CV-02494 |
| Melissa Bernard | | 02:10-CV-02494 |
| Mary Acker | | 02:10-CV-02494 |
| Jourdan Acker | | 02:10-CV-02494 |
| Elizabeth Acker | | 02:10-CV-02494 |
| Mary Bramlett | | 02:10-CV-02558 |
| Bobbie Bedney | C.B. | 02:10-CV-02536 |
| Levell Bagneris | | 02:10-CV-02489 |
| Bobbie Bedney | | 02:10-CV-02536 |
| Harriet Atkinson | V.L. | 02:10-CV-02528 |
| Harriet Atkinson | T.L. | 02:10-CV-02528 |
| Brenda Cass | | 02:10-CV-02510 |
| Joseph Ferdinand | | 02:10-CV-02510 |
| Linda Curtis | | 02:10-CV-02510 |
| Harriet Atkinson | | 02:10-CV-02510 |
| Shauna Fleming | S.F. | 02:10-CV-02491 |
| Shauna Fleming | S.F. | 02:10-CV-02491 |
| Shauna Fleming | | 02:10-CV-02491 |
| James Cook | | 02:10-CV-02481 |
| Terry Gloster | | 02:10-CV-02526 |
| Reed Deroche | | 02:10-CV-02484 |

| Weldon Gaines | | 02:10-CV-02525 |
|---|---|---|
| Patsy Cook | | 02:10-CV-02481 |
| Brandon Fountain | | 02:10-CV-03617 |
| Raquel Dawson | | 02:10-CV-03623 |
| Louis Charles | | 02:10-CV-03623 |
| Kenneth Carter | | 02:10-CV-03599 |
| Crystal Estes | | 02:10-CV-03610 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522