UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Acker, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05328 | * | |

**************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5328.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Priscilla Ewell-Hill | | 02:10-CV-02496 |
| Donna Amerson | K.J. | 02:10-CV-02515 |
| Donna Amerson | K.B. | 02:10-CV-02515 |
| Donna Amerson | B.B. | 02:10-CV-02515 |
| Stephanie Barthelemy | D.B. | 02:10-CV-02515 |
| Stephanie Barthelemy | | 02:10-CV-02515 |
| Stephen Barthelemy | | 02:10-CV-02515 |
| Donna Amerson | | 02:10-CV-02515 |

| | | |
|---|---|---|
| Trinity Black | | 02:10-CV-02561 |
| James Ambrose | | 02:10-CV-02561 |
| Reed Deroche | | 02:10-CV-02561 |
| Bobbie Bedney | C.B. | 02:10-CV-02548 |
| Bobbie Bedney | | 02:10-CV-02548 |
| Craig Amacker | | 02:10-CV-02516 |
| Rita Chambers | | 02:10-CV-02486 |
| Debbie Batiste | B.W. | 02:10-CV-02535 |
| Lois Gipson | L.S. | 02:10-CV-02535 |
| Larry Gipson | | 02:10-CV-02535 |
| Robert Cannon | | 02:10-CV-02494 |
| Stephanie Butler | | 02:10-CV-02494 |
| Christopher Butler | | 02:10-CV-02494 |
| Chrissy Butler | | 02:10-CV-02494 |
| Deondra Brooks | | 02:10-CV-02494 |
| Lawasha Bagneris | | 02:10-CV-02489 |
| Jahmari Brooks | | 02:10-CV-02494 |
| Lloyd Brooks | | 02:10-CV-02494 |
| Brian Bernard, Jr | C.B. | 02:10-CV-02494 |
| Brian Bernard, Jr | B.B. | 02:10-CV-02494 |
| Brian Bernard, Jr | B.B.III | 02:10-CV-02494 |
| Brian Bernard Jr | | 02:10-CV-02494 |
| Melissa Bernard | | 02:10-CV-02494 |
| Mary Acker | | 02:10-CV-02494 |
| Jourdan Acker | | 02:10-CV-02494 |
| Elizabeth Acker | | 02:10-CV-02494 |
| Mary Bramlett | | 02:10-CV-02558 |
| Bobbie Bedney | C.B. | 02:10-CV-02536 |
| Levell Bagneris | | 02:10-CV-02489 |
| Bobbie Bedney | | 02:10-CV-02536 |
| Harriet Atkinson | V.L. | 02:10-CV-02528 |
| Harriet Atkinson | T.L. | 02:10-CV-02528 |
| Brenda Cass | | 02:10-CV-02510 |
| Joseph Ferdinand | | 02:10-CV-02510 |
| Linda Curtis | | 02:10-CV-02510 |
| Harriet Atkinson | | 02:10-CV-02510 |

| | | |
|---|---|---|
| Shauna Fleming | S.F. | 02:10-CV-02491 |
| Shauna Fleming | S.F. | 02:10-CV-02491 |
| Shauna Fleming | | 02:10-CV-02491 |
| James Cook | | 02:10-CV-02481 |
| Terry Gloster | | 02:10-CV-02526 |
| Reed Deroche | | 02:10-CV-02484 |
| Weldon Gaines | | 02:10-CV-02525 |
| Patsy Cook | | 02:10-CV-02481 |
| Brandon Fountain | | 02:10-CV-03617 |
| Raquel Dawson | | 02:10-CV-03623 |
| Louis Charles | | 02:10-CV-03623 |
| Kenneth Carter | | 02:10-CV-03599 |
| Crystal Estes | | 02:10-CV-03610 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.