UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 <br><br> JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: <br> *Hill, et al. v. Alliance Homes, Inc., et al* <br> Civil Action No. 09-05329 | * * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05329, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Johnny Holden | | 02:10-CV-02351 |
| Mary Ann Weber | | 02:10-CV-02561 |
| Mary Ann Weber | B.M. | 02:10-CV-02561 |
| Nell Lindsey | D.L. | 02:10-CV-02561 |
| Nell Lindsey | S.L. | 02:10-CV-02561 |
| Nell Lindsey | | 02:10-CV-02561 |
| Mary Ann Weber | | 02:10-CV-02477 |
| Angela Moss | | 02:10-CV-02494 |
| Erma Miller | | 02:10-CV-02494 |
| Reginald McDaniel | X.D. | 02:10-CV-02494 |
| Derek Joseph | | 02:10-CV-02494 |
| Torey Jordan | T.J. | 02:10-CV-02494 |
| Torey Jordan | M.J. | 02:10-CV-02494 |
| Torey Jordan | M.J. | 02:10-CV-02494 |

| Torey Jordan | M.J. | 02:10-CV-02494 |
| Torey Jordan | J.J. | 02:10-CV-02494 |
| Torey Jordan | | 02:10-CV-02494 |
| Joseph Jones | | 02:10-CV-02494 |
| Treasure James | | 02:10-CV-02494 |
| Conrad James | | 02:10-CV-02494 |
| Martha Jackson | | 02:10-CV-02526 |
| Nedra Price | C.L. | 02:10-CV-02485 |
| Gail Moore | | 02:10-CV-02512 |
| Bessie Moore | | 02:10-CV-02512 |
| Linda Parker | | 02:10-CV-02512 |
| Edda McDonald | | 02:10-CV-02544 |
| Johnny McDonald | | 02:10-CV-02544 |
| Allen Dixon | | 02:10-CV-02558 |
| Harrison Phillips | | 02:10-CV-02558 |
| Wayne Jackson | | 02:10-CV-02528 |
| Carissa Davis | L.L. | 02:10-CV-02497 |
| Devon Hill | | 02:10-CV-02482 |
| Danny Hill | | 02:10-CV-02482 |
| Willie Hills | | 02:10-CV-02545 |
| Cathy Hills | K.D. | 02:10-CV-02545 |
| Cathy Hills | | 02:10-CV-02545 |
| Andrea Keirn | | 02:10-CV-02479 |
| Alma Jones | | 02:10-CV-02555 |
| Terri Matthews | R.T. | 02:10-CV-02525 |
| Terri Matthews | L.T. | 02:10-CV-02525 |
| Jeraldine Holloway | | 02:10-CV-02502 |
| Robert Martin Jr | | 02:10-CV-02555 |
| Laken Patterson | | 02:10-CV-02555 |
| David Johnson Jr | D.J. | 02:10-CV-02555 |
| David Johnson Sr | D.J. | 02:10-CV-02549 |
| Thomas Moore | | 02:10-CV-02533 |
| Dorothy Penn | C.P.III | 02:10-CV-02510 |
| Dorothy Penn | | 02:10-CV-02510 |
| Clifford Marine, Sr | | 02:10-CV-02510 |
| Tonya Marine | D.M. | 02:10-CV-02510 |

| | | |
|---|---|---|
| Tonya Marine | | 02:10-CV-02510 |
| Trenee Marine | J.M. | 02:10-CV-02510 |
| Rene Knox | | 02:10-CV-02554 |
| Rene Knox | K.K. | 02:10-CV-02554 |
| Irvin Lee | | 02:10-CV-02510 |
| Diana Labostrie | | 02:10-CV-02510 |
| Shirley Batiste | L.O. | 02:10-CV-02538 |
| Schenell Louis | | 02:10-CV-02495 |
| Brenda Manuel | | 02:10-CV-02495 |
| Cedric Meggs | | 02:10-CV-02534 |
| Danny Hill | | 02:10-CV-02510 |
| Devon Hill | | 02:10-CV-02510 |
| Iva Jones | | 02:10-CV-02510 |
| Katrina LaBeau | M.L. | 02:10-CV-02510 |
| Derrick Mitchell | | 02:10-CV-03631 |
| Cottney Mitchell | | 02:10-CV-03631 |
| Ashley Mitchell | | 02:10-CV-03631 |
| Adelliny Dison | | 02:10-CV-03627 |
| Adelliny Dison | A.D. | 02:10 |
| Adelliny Dison | A.D. | 02:10 |
| Adelliny Dison | A.D. | 02:10 |
| Adelliny Dison | D.H. | 02:10 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272

Fax: (504) 525-9522