## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

             JUDGE ENGELHARDT
             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*James, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5336

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

   NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Nykeshia Dennis o/b/o G.P.    10-2403

2. Kevin Pitre        10-2385

3. Paul Troetscher      10-2408

4. Peter Rupp        10-2385

       Respectfully submitted:

       **GAINSBURGH, BENJAMIN, DAVID,**

MEUNIER & WARSHAUER, L.L.C.

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre
       1100 Poydras Street
      New Orleans, Louisiana  70163
      Telephone:     504/522-2304
      Facsimile:      504/528-9973
      jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on  October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713