UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Adam, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05330* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05330, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Johnny Jenkins | | 02:10-CV-02529 |
| Sylvester Fleming | | 02:10-CV-02529 |
| Shirley Leonard | | 02:10-CV-02546 |
| Willie McCloud | | 02:10-CV-02547 |
| Gloria Davis | K.D. | 02:10-CV-02509 |
| Venlisha Perkins | S.R.JR. | 02:10-CV-02535 |
| Venlisha Perkins | | 02:10-CV-02535 |
| Venlisha Perkins | H.P. | 02:10-CV-02535 |
| Rondel Perkins | | 02:10-CV-02535 |
| Kerma Lane | | 02:10-CV-02517 |
| Herman Lane | | 02:10-CV-02517 |
| Gary Fraychineaud | | 02:10-CV-02517 |
| Rita Fraychineaud | | 02:10-CV-02517 |
| Antoinette Jones | | 02:10-CV-02494 |

| | | |
|---|---|---|
| Charles Polk | | 02:10-CV-02523 |
| Patricia Jace | | 02:10-CV-02523 |
| John Haley | J.H. | 02:10-CV-02523 |
| John Haley | C.H. | 02:10-CV-02523 |
| John Haley | | 02:10-CV-02523 |
| Anthony Crawford, Jr | | 02:10-CV-02523 |
| Erma Crawford | | 02:10-CV-02523 |
| Barbara Lamothe | | 02:10-CV-02531 |
| Vanessa Carter | | 02:10-CV-02497 |
| Donald Davis | | 02:10-CV-02518 |
| Arthur Cockheran | | 02:10-CV-02555 |
| Arthur Cockheran | M.P. | 02:10-CV-02555 |
| Elnora Cockheran | H.C. JR. | 02:10-CV-02555 |
| Bennie McCormick | | 02:10-CV-02510 |
| Markela McCain | | 02:10-CV-02510 |
| Gloria Davis | K.D. | 02:10-CV-02510 |
| Michelle Brunet | | 02:10-CV-02493 |
| Louis Nash | | 02:10-CV-02534 |
| Camilla Hill | R.G. | 02:10-CV-02495 |
| Camilla Hill | | 02:10-CV-02495 |
| Callie Diaz | | 02:10-CV-02495 |
| Margie Brooks | | 02:10-CV-02508 |
| Terrance Braxton | | 02:10-CV-02502 |
| Tiffany Braxton | | 02:10-CV-02502 |
| Keshundra Braxton | | 02:10-CV-02502 |
| Jaquorius Braxton | | 02:10-CV-02502 |
| Roscoe McCormick | | 02:10-CV-02556 |
| James Baker | | 02:10-CV-02524 |
| Juanita Baker | | 02:10-CV-02524 |
| Benjamin Lamothe | | 02:10-CV-02351 |
| Toyin Kollyade | | 02:10-CV-02500 |
| Melvin Creecy | | 02:10-CV-02483 |
| Daisha Allen | | 02: 10-CV-03599 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522