UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * * | JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Adam, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05330 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5330.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Johnny Jenkins | | 02:10-CV-02529 |
| Sylvester Fleming | | 02:10-CV-02529 |
| Shirley Leonard | | 02:10-CV-02546 |
| Willie McCloud | | 02:10-CV-02547 |
| Gloria Davis | K.D. | 02:10-CV-02509 |
| Venlisha Perkins | S.R.JR. | 02:10-CV-02535 |
| Venlisha Perkins | | 02:10-CV-02535 |
| Venlisha Perkins | H.P. | 02:10-CV-02535 |

| | | |
|---|---|---|
| Rondel Perkins | | 02:10-CV-02535 |
| Kerma Lane | | 02:10-CV-02517 |
| Herman Lane | | 02:10-CV-02517 |
| Gary Fraychineaud | | 02:10-CV-02517 |
| Rita Fraychineaud | | 02:10-CV-02517 |
| Antoinette Jones | | 02:10-CV-02494 |
| Charles Polk | | 02:10-CV-02523 |
| Patricia Jace | | 02:10-CV-02523 |
| John Haley | J.H. | 02:10-CV-02523 |
| John Haley | C.H. | 02:10-CV-02523 |
| John Haley | | 02:10-CV-02523 |
| Anthony Crawford, Jr | | 02:10-CV-02523 |
| Erma Crawford | | 02:10-CV-02523 |
| Barbara Lamothe | | 02:10-CV-02531 |
| Vanessa Carter | | 02:10-CV-02497 |
| Donald Davis | | 02:10-CV-02518 |
| Arthur Cockheran | | 02:10-CV-02555 |
| Arthur Cockheran | M.P. | 02:10-CV-02555 |
| Elnora Cockheran | H.C. JR. | 02:10-CV-02555 |
| Bennie McCormick | | 02:10-CV-02510 |
| Markela McCain | | 02:10-CV-02510 |
| Gloria Davis | K.D. | 02:10-CV-02510 |
| Michelle Brunet | | 02:10-CV-02493 |
| Louis Nash | | 02:10-CV-02534 |
| Camilla Hill | R.G. | 02:10-CV-02495 |
| Camilla Hill | | 02:10-CV-02495 |
| Callie Diaz | | 02:10-CV-02495 |
| Margie Brooks | | 02:10-CV-02508 |
| Terrance Braxton | | 02:10-CV-02502 |
| Tiffany Braxton | | 02:10-CV-02502 |
| Keshundra Braxton | | 02:10-CV-02502 |
| Jaquorius Braxton | | 02:10-CV-02502 |
| Roscoe McCormick | | 02:10-CV-02556 |
| James Baker | | 02:10-CV-02524 |
| Juanita Baker | | 02:10-CV-02524 |
| Benjamin Lamothe | | 02:10-CV-02351 |

| | |
|---|---|
| Toyin Kollyade | 02:10-CV-02500 |
| Melvin Creecy | 02:10-CV-02483 |
| Daisha Allen | 02: 10-CV-03599 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.