**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-5"** |
| | |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Brown, et al v. Alliance Homes, Inc., et al,*
**E.D. La. Case No. 09-4953**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | |
|---|---|---|
| 1. | Angelus Mitchell | 09-4955 |
| 2. | Antoine Johnson | 10-3919 |
| 3. | Arthur Dupree | 09-7775 |
| 4. | Catherine White | 10-2394 |
| 5. | Charles Bevrotte, III | 10-2411 |
| 6. | Charles Harris | 10-2376 |

| | |
|---|---|
| 7.  Charles Trueblood | 10-2389 |
| 8.  Cole Simon | 10-2402 |
| 9.  David Carradine, Jr. o/b/o C.C. | 10-3906 |
| 10. David Carradine, Jr. | 10-3906 |
| 11. Faydra Cooper o/b/o D.C. | 10-2388 |
| 12. Faydra Cooper o/b/o D.C., III | 10-2388 |
| 13. Dennis Cooper, Jr. | 10-2388 |
| 14. Dianne Mayer | 10-2398 |
| 15. Dionne Webb | 10-2382 |
| 16. Earl Daniels | 10-2387 |
| 17. Eclee Green | 10-2402 |
| 18. Faydra Cooper | 10-2388 |
| 19. Frances Carradine | 10-3906 |
| 20. Raymond Nelson o/b/o G.N. | 10-2376 |
| 21. Leslie Sumler o/b/o G.S., Jr. | 09-7748, 10-2376 |
| 22. Gary Sumler, Sr. | 09-7748 |
| 23. Gwendolyn Robinson | 10-2402 |
| 24. Henry Dilbert | 10-2402 |
| 25. Hubert Smith, Sr. o/b/o H.S., Jr. | 10-2386 |
| 26. Hubert Smith, Sr. | 10-2386 |
| 27. Jackie Foster | 10-2386 |
| 28. Jacklyn Dilbert | 10-2402 |
| 29. Janice Bevrotte | 10-2411 |

| | |
|---|---|
| 30. Jermain Miller | 10-2376 |
| 31. Joseph Wheeler | 10-2377 |
| 32. Joyce Daniels | 10-2387 |
| 33. Keisha Warren | 10-2389 |
| 34. Leslie Sumler | 10-2376 |
| 35. Henry Dilbert o/b/o M.D. | 10-2402 |
| 36. Marilyn Johnson | 10-2382 |
| 37. Martin Bunch, Sr. | 09-4820 |
| 38. Maurice Morgan | 10-2395 |
| 39. Milezone Williams | 09-7775 |
| 40. Nykia Sorino o/b/o M.S. | 10-2400 |
| 41. Tara Price o/b/o N.P. | 10-2379 |
| 42. Nathean Robinson | 10-2379 |
| 43. Raymond Nelson | 10-2376 |
| 44. Rene Dupree | 09-7775 |
| 45. Rodney Roman | 10-2383 |
| 46. Ronald Johnson | 10-2402 |
| 47. Rose Davis | 10-2414 |
| 48. Russell Gainey, Jr. | 10-2409 |
| 49. Sheila Williams | 10-2411 |
| 50. Shertana Williams o/b/o S.W. | 10-2411 |
| 51. Leslie Sumler o/b/o S.S. | 10-2376 |
| 52. Sterling Everidge | 10-2376 |

3

| | |
|---|---|
| 53. Sylvia Brown | 10-2411 |
| 54. Willie Harris | 10-2376 |
| 55. Barry Dominguez | 10-2381 |
| 56. Vallerie Woods o/b/o A.J. | 10-3919 |
| 57. Vallerie Woods | 10-3919 |
| 58. Harrell Terrell | 10-3920 |
| 59. Oliver Mickens | 10-3906 |

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820

4

> ROBERT BECNEL, #14072
> RAUL BENCOMO, #2932
> FRANK D'AMICO, #17519
> MATT MORELAND, #24567
> LINDA NELSON, #9938
> DENNIS REICH, Texas #16739600
> MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 29, 2010.

> /s/Gerald E. Meunier
> GERALD E. MEUNIER