**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                             SECTION "N-5"

                                                         JUDGE ENGELHARDT
                                                         MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Brown, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-4953

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION TO SEVER "MATCHED" PLAINTIFFS**
**FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturer and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

|   |   |   |
|---|---|---|
| 1. | Angelus Mitchell | 09-4955 |
| 2. | Antoine Johnson | 10-3919 |
| 3. | Arthur Dupree | 09-7775 |
| 4. | Catherine White | 10-2394 |
| 5. | Charles Bevrotte, III | 10-2411 |
| 6. | Charles Harris | 10-2376 |

7.  Charles Trueblood                          10-2389

8.  Cole Simon                                 10-2402

9.  David Carradine, Jr. o/b/o C.C.            10-3906

10. David Carradine, Jr.                       10-3906

11. Faydra Cooper o/b/o D.C.                    10-2388

12. Faydra Cooper o/b/o D.C., III              10-2388

13. Dennis Cooper, Jr.                         10-2388

14. Dianne Mayer                               10-2398

15. Dionne Webb                                10-2382

16. Earl Daniels                               10-2387

17. Eclee Green                                10-2402

18. Faydra Cooper                              10-2388

19. Frances Carradine                          10-3906

20. Raymond Nelson o/b/o G.N.                  10-2376

21. Leslie Sumler o/b/o G.S., Jr.              09-7748, 10-2376

22. Gary Sumler, Sr.                           09-7748

23. Gwendolyn Robinson                         10-2402

24. Henry Dilbert                              10-2402

25. Hubert Smith, Sr. o/b/o H.S., Jr.          10-2386

26. Hubert Smith, Sr.                          10-2386

27. Jackie Foster                              10-2386

28. Jacklyn Dilbert                            10-2402

29. Janice Bevrotte                            10-2411

30. Jermain Miller                        10-2376

31. Joseph Wheeler                       10-2377

32. Joyce Daniels                        10-2387

33. Keisha Warren                        10-2389

34. Leslie Sumler                        10-2376

35. Henry Dilbert o/b/o M.D.             10-2402

36. Marilyn Johnson                      10-2382

37. Martin Bunch, Sr.                    09-4820

38. Maurice Morgan                       10-2395

39. Milezone Williams                    09-7775

40. Nykia Sorino o/b/o M.S.              10-2400

41. Tara Price o/b/o N.P.                10-2379

42. Nathean Robinson                     10-2379

43. Raymond Nelson                       10-2376

44. Rene Dupree                          09-7775

45. Rodney Roman                         10-2383

46. Ronald Johnson                       10-2402

47. Rose Davis                           10-2414

48. Russell Gainey, Jr.                  10-2409

49. Sheila Williams                      10-2411

50. Shertana Williams o/b/o S.W.         10-2411

51. Leslie Sumler o/b/o S.S.             10-2376

52. Sterling Everidge                    10-2376

53. Sylvia Brown                                    10-2411

54. Willie Harris                                   10-2376

55. Barry Dominguez                                 10-2381

56. Vallerie Woods o/b/o A.J.                        10-3919

57. Vallerie Woods                                  10-3919

58. Harrell Terrell                                 10-3920

59. Oliver Mickens                                  10-3906


Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding

motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs

request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163

Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 29, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER