UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Massey, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-6884

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Glenda Massey, who respectfully requests this Honorable Court grant her Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched in the above captioned matter, Ms. Massey has now been matched to the proper defendants, and to reflect such matching Plaintiff has filed an Amended Complaint with the civil action number, 10-3927 (*Massey v. Gulf Stream Coach, Inc.*).

                                      Respectfully submitted:

                                      **FEMA TRAILER FORMALDEHYDE
                                      PRODUCT LIABILITY LITIGATION**

                                      BY:    s/Gerald E. Meunier
                                                  GERALD E. MEUNIER, #9471
                                                  **PLAINTIFFS' CO-LIAISON COUNSEL**
                                                  Gainsburgh, Benjamin, David, Meunier &
                                                  Warshauer, L.L.C.
                                                  2800 Energy Centre, 1100 Poydras Street
                                                  New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 29, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER