UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Aguiliz, et al. v. Alliance Homes, Inc., et al* Civil Action No. 09-05331 | * * * | MAGISTRATE CHASEZ |

*************************************************************************

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05331, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Jane Bienemy | | 02:10-CV-02572 |
| Roosevelt Brumfield | | 02:10-CV-04102 |
| Anthony White | | 02:10-CV-04075 |
| Angelica White | | 02:10-CV-04081 |
| Kendra Washington | | 02:10-CV-04081 |
| Bobby Magee | | 02:10-CV-04081 |
| Trina Jefferson | | 02:10-CV-04079 |
| Sherry Elzey | | 02:10-CV-04067 |
| Monique Jefferson | | 02:10-CV-04079 |
| Lashawn Oliver | | 02:10-CV-04067 |
| Autrice Oliver | | 02:10-CV-04067 |
| Jeremy Gibson | | 02:10-CV-04067 |
| Genevive Brown | | 02:10-CV-04085 |
| Roosevelt Brumfield | | 02:10-CV-04067 |

| | | |
|---|---|---|
| Pearline Tobias | | 02:10-CV-04087 |
| Huey Tobias | | 02:10-CV-04087 |
| Askia Asadullah | | 02:10-CV-04096 |
| Richard Stanwood | | 02:10-CV-04085 |
| Marohn Gray | | 02:10-CV-04085 |
| Laquetter Gray | | 02:10-CV-04085 |
| Daushawn Lane | | 02:10-CV-04101 |
| William Rouege | | 02:10-CV-04073 |
| Linda Roche | | 02:10-CV-04073 |
| Reginald James | | 02:10-CV-04074 |
| Jessica Cole | | 02:10-CV-04083 |
| Shameka Ceazer | | 02:10-CV-04083 |
| Darnis Walker | | 02:10-CV-04085 |
| Catherine Jackson | | 02:10-CV-04092 |
| Joseph Roche III | | 02:10-CV-04070 |
| Brandon Hines | | 02:10-CV-04070 |
| Shirley Mae Smith | | 02:10-CV-04069 |
| Jerome Montgomery | | 02:10-CV-04069 |
| Britney Snow | | 02:10-CV-04078 |
| Bruce Pierre | | 02:10-CV-04078 |
| Renada Duplessis | N.D. | 02:10-CV-04078 |
| Danita Bingham | | 02:10-CV-02572 |
| David Cryer | | 02:10-CV-04102 |
| Jessie Wiggins | | 02:10-CV-02570 |
| Ulinder Wiggins | | 02:10-CV-02570 |
| Alsee Tobias | | 02:10-CV-02570 |
| Linda Richardson | | 02:10-CV-02570 |
| Troylynn Procter | | 02:10-CV-02570 |
| Andrea Procter | | 02:10-CV-02570 |
| Brenda Major | | 02:10-CV-02570 |
| Jermiah Lane | | 02:10-CV-02570 |
| Kimani Keith | | 02:10-CV-02570 |
| Ellis Joyner | | 02:10-CV-02570 |
| Larry Jackson | | 02:10-CV-02570 |
| Gregory Irving | | 02:10-CV-02570 |
| Antoine Reid | | 02:10-CV-02572 |

| Name | | Case Number |
|---|---|---|
| Rita Hoffman | | 02:10-CV-02570 |
| Maria Correro | | 02:10-CV-02570 |
| Larry Ayo | | 02:10-CV-02570 |
| Robert Tamberella | | 02:10-CV-02569 |
| Angela Kraus | | 02:10-CV-02569 |
| Rickey Hamilton | | 02:10-CV-02569 |
| Daphney Benton | | 02:10-CV-02569 |
| Kendrick Bartholomew | | 02:10-CV-02569 |
| James Young, Jr. | | 02:10-CV-02572 |
| Gregory Williams | | 02:10-CV-02572 |
| Wellington Whymns | | 02:10-CV-02572 |
| Sonia St. Cyr | | 02:10-CV-02572 |
| Patrick Smith | | 02:10-CV-02572 |
| Richard Rabin | | 02:10-CV-02572 |
| Dana Phillips | | 02:10-CV-02572 |
| Agulanda Phillips | | 02:10-CV-02572 |
| Lois Palmer | | 02:10-CV-02572 |
| Sharon Mathews | | 02:10-CV-02572 |
| Dale Major | | 02:10-CV-02572 |
| Thelma Johnson | | 02:10-CV-02572 |
| Trelvin Hunter | | 02:10-CV-02572 |
| Ray Hills | | 02:10-CV-02572 |
| Jerry Hills | | 02:10-CV-02572 |
| Larry Hill | | 02:10-CV-02572 |
| Sherlita Hall | | 02:10-CV-02572 |
| Henry Goodo, Jr. | | 02:10-CV-02572 |
| Cornelia Clark | | 02:10-CV-02572 |
| Darcell Brown | | 02:10-CV-02572 |
| Denise Brouillette | | 02:10-CV-02572 |
| Alicia Brock | A.D. | 02:10-CV-02572 |
| Alicia Brock | | 02:10-CV-02572 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522