UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Aguiliz, et al. v. Alliance Homes, Inc., et al* Civil Action No. 09-05331 | * * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**</u>

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5331.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Jane Bienemy | | 02:10-CV-02572 |
| Roosevelt Brumfield | | 02:10-CV-04102 |
| Anthony White | | 02:10-CV-04075 |
| Angelica White | | 02:10-CV-04081 |
| Kendra Washington | | 02:10-CV-04081 |
| Bobby Magee | | 02:10-CV-04081 |
| Trina Jefferson | | 02:10-CV-04079 |
| Sherry Elzey | | 02:10-CV-04067 |

| | | |
|---|---|---|
| Monique Jefferson | | 02:10-CV-04079 |
| Lashawn Oliver | | 02:10-CV-04067 |
| Autrice Oliver | | 02:10-CV-04067 |
| Jeremy Gibson | | 02:10-CV-04067 |
| Genevive Brown | | 02:10-CV-04085 |
| Roosevelt Brumfield | | 02:10-CV-04067 |
| Pearline Tobias | | 02:10-CV-04087 |
| Huey Tobias | | 02:10-CV-04087 |
| Askia Asadullah | | 02:10-CV-04096 |
| Richard Stanwood | | 02:10-CV-04085 |
| Marohn Gray | | 02:10-CV-04085 |
| Laquetter Gray | | 02:10-CV-04085 |
| Daushawn Lane | | 02:10-CV-04101 |
| William Rouege | | 02:10-CV-04073 |
| Linda Roche | | 02:10-CV-04073 |
| Reginald James | | 02:10-CV-04074 |
| Jessica Cole | | 02:10-CV-04083 |
| Shameka Ceazer | | 02:10-CV-04083 |
| Darnis Walker | | 02:10-CV-04085 |
| Catherine Jackson | | 02:10-CV-04092 |
| Joseph Roche III | | 02:10-CV-04070 |
| Brandon Hines | | 02:10-CV-04070 |
| Shirley Mae Smith | | 02:10-CV-04069 |
| Jerome Montgomery | | 02:10-CV-04069 |
| Britney Snow | | 02:10-CV-04078 |
| Bruce Pierre | | 02:10-CV-04078 |
| Renada Duplessis | N.D. | 02:10-CV-04078 |
| Danita Bingham | | 02:10-CV-02572 |
| David Cryer | | 02:10-CV-04102 |
| Jessie Wiggins | | 02:10-CV-02570 |
| Ulinder Wiggins | | 02:10-CV-02570 |
| Alsee Tobias | | 02:10-CV-02570 |
| Linda Richardson | | 02:10-CV-02570 |
| Troylynn Procter | | 02:10-CV-02570 |
| Andrea Procter | | 02:10-CV-02570 |
| Brenda Major | | 02:10-CV-02570 |

| Name | | Case |
|---|---|---|
| Jermiah Lane | | 02:10-CV-02570 |
| Kimani Keith | | 02:10-CV-02570 |
| Ellis Joyner | | 02:10-CV-02570 |
| Larry Jackson | | 02:10-CV-02570 |
| Gregory Irving | | 02:10-CV-02570 |
| Antoine Reid | | 02:10-CV-02572 |
| Rita Hoffman | | 02:10-CV-02570 |
| Maria Correro | | 02:10-CV-02570 |
| Larry Ayo | | 02:10-CV-02570 |
| Robert Tamberella | | 02:10-CV-02569 |
| Angela Kraus | | 02:10-CV-02569 |
| Rickey Hamilton | | 02:10-CV-02569 |
| Daphney Benton | | 02:10-CV-02569 |
| Kendrick Bartholomew | | 02:10-CV-02569 |
| James Young, Jr. | | 02:10-CV-02572 |
| Gregory Williams | | 02:10-CV-02572 |
| Wellington Whymns | | 02:10-CV-02572 |
| Sonia St. Cyr | | 02:10-CV-02572 |
| Patrick Smith | | 02:10-CV-02572 |
| Richard Rabin | | 02:10-CV-02572 |
| Dana Phillips | | 02:10-CV-02572 |
| Agulanda Phillips | | 02:10-CV-02572 |
| Lois Palmer | | 02:10-CV-02572 |
| Sharon Mathews | | 02:10-CV-02572 |
| Dale Major | | 02:10-CV-02572 |
| Thelma Johnson | | 02:10-CV-02572 |
| Trelvin Hunter | | 02:10-CV-02572 |
| Ray Hills | | 02:10-CV-02572 |
| Jerry Hills | | 02:10-CV-02572 |
| Larry Hill | | 02:10-CV-02572 |
| Sherlita Hall | | 02:10-CV-02572 |
| Henry Goodo, Jr. | | 02:10-CV-02572 |
| Cornelia Clark | | 02:10-CV-02572 |
| Darcell Brown | | 02:10-CV-02572 |
| Denise Brouillette | | 02:10-CV-02572 |
| Alicia Brock | A.D. | 02:10-CV-02572 |
| Alicia Brock | | 02:10-CV-02572 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 */s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.