UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Avants, et al v. Alliance Homes, Inc., et al,*<br>E.D. La. Case No. 09-6178 | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Annie Avants                 10-3922
2. Betty Brown                  10-2405
3. Cynthia Kelly                10-2390
4. Darrell Fortenberry          10-2390
5. Emile George                 10-2384
6. Genea Spongia                10-2375

| | | |
|---|---|---|
| 7. | Geryal Davis | 10-2414 |
| 8. | Jennifer Buchanan o/b/o I.B. | 10-2413 |
| 9. | Jalisa Fortenberry | 10-2390 |
| 10. | Jennifer Buchanan | 10-2413 |
| 11. | Joseph Roshton (Roshto) | 10-2375 |
| 12. | Otis Kelly | 10-2390 |
| 13. | Annie Avants o/b/o O.A., III | 10-3922 |
| 14. | Tammy Roshto | 10-2375 |
| 15. | Willie Tenner | 10-2408 |
| 16. | Alvin Smith | 10-2404 |

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods<br/>
JUSTIN I. WOODS, # 24713