UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Avants, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-6178

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Annie Avants                10-3922
2. Betty Brown                 10-2405
3. Cynthia Kelly               10-2390
4. Darrell Fortenberry         10-2390
5. Emile George                10-2384
6. Genea Spongia               10-2375

| | | |
|---|---|---|
| 7. | Geryal Davis | 10-2414 |
| 8. | Jennifer Buchanan o/b/o I.B. | 10-2413 |
| 9. | Jalisa Fortenberry | 10-2390 |
| 10. | Jennifer Buchanan | 10-2413 |
| 11. | Joseph Roshton (Roshto) | 10-2375 |
| 12. | Otis Kelly | 10-2390 |
| 13. | Annie Avants o/b/o O.A., III | 10-3922 |
| 14. | Tammy Roshto | 10-2375 |
| 15. | Willie Tenner | 10-2408 |
| 16. | Alvin Smith | 10-2404 |

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                            s/Justin I. Woods
                                                            JUSTIN I. WOODS, # 24713