UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Pollard, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05332 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05332, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Eugene Duplessis, Jr. | | 02:10-CV-02569 |
| Lennix Battle | | 02:10-CV-04101 |
| Theodore Watson | | 02:10-CV-04085 |
| Rodney Williams | | 02:10-CV-04087 |
| Lillie Walker | | 02:10-CV-04087 |
| Floyd Walker | | 02:10-CV-04087 |
| Sherlisa Morris | | 02:10-CV-04087 |
| James Keller | | 02:10-CV-04087 |
| Georgernae Murray | | 02:10-CV-03627 |
| Orella Williams | | 02:10-CV-04094 |
| Rene Washington | C.W. | 02:10-CV-04085 |
| Tavis Stewart | T.S | 02:10-CV-04073 |
| Kellisha Stewart | | 02:10-CV-04073 |
| Bradee Staton | | 02:10-CV-04073 |

| | | |
|---|---|---|
| Ashley Buckels | | 02:10-CV-04084 |
| Fenestial Montgomery | M.B. | 02:10-CV-04084 |
| Fenestial Montgomery | A.B. | 02:10-CV-04084 |
| Fenestial Montgomery | A.B. | 02:10-CV-04084 |
| Fenestial Montgomery | J.B. | 02:10-CV-04084 |
| Shantineca Buckels | | 02:10-CV-04084 |
| Jacob Lopez | | 02:10-CV-04096 |
| Larry Williams Jr | | 02:10-CV-04094 |
| Larry Williams Jr | M.W. | 02:10-CV-04094 |
| Larry Williams Jr | M.W. | 02:10-CV-04094 |
| Larry Williams Jr | L.W. | 02:10-CV-04094 |
| Larry Williams Jr | M.P. | 02:10-CV-04094 |
| Larry Williams Jr | M.P. | 02:10-CV-04094 |
| Larry Williams Jr | J.P. | 02:10-CV-04094 |
| Eric Sylve Jr | D.S. | 02:10-CV-04094 |
| Eric Sylve Jr | J.S. | 02:10-CV-04094 |
| Eric Sylve Jr | D.S. | 02:10-CV-04094 |
| Eric Sylve Jr | | 02:10-CV-04094 |
| Dionne Sylve | | 02:10-CV-04094 |
| Tyra Muse | N.T | 02:10-CV-04097 |
| Shannell Battle | | 02:10-CV-04101 |
| Michael Jenkins | | 02:10-CV-02489 |
| Troy Taylor | | 02:10-CV-02557 |
| Bridgett Saylor | S.S. | 02:10-CV-02548 |
| Bridgett Saylor | D.S. | 02:10-CV-02548 |
| Byron Stewart | | 02:10-CV-02538 |
| Michael Jenkins | | 02:10-CV-02546 |
| Marie Jenkins | | 02:10-CV-02485 |
| Donna Jenkins | | 02:10-CV-02485 |
| Roseangel Taylor | | 02:10-CV-02523 |
| Jason Taylor | | 02:10-CV-02523 |
| Horace Washington | B.P. | 02:10-CV-02523 |
| Horace Washington | B.P. | 02:10-CV-02523 |
| Horace Washington | | 02:10-CV-02523 |
| Bridgett Saylor | S.S. | 02:10-CV-02536 |
| Bridgett Saylor | D.S. | 02:10-CV-02536 |

| | | |
|---|---|---|
| Bridgett Saylor | | 02:10-CV-02536 |
| Clorissa Taylor | | 02:10-CV-02534 |
| Keith Smith | | 02:10-CV-02479 |
| Gerald Sayles | | 02:10-CV-02479 |
| David Turner | H.T. | 02:10-CV-02479 |
| David Turner | D.H. | 02:10-CV-02479 |
| David Turner | | 02:10-CV-02479 |
| Alicia Hall | | 02:10-CV-02479 |
| Wesley Thornberry | | 02:10-CV-02479 |
| Stanley Vance, Jr | | 02:10-CV-02510 |
| Shawn Schexnayder | H.T. | 02:10-CV-02479 |
| Gerald Evans | | 02:10-CV-02480 |
| Shinece Travon | | 02:10-CV-02555 |
| Michael Jenkins | | 02:10-CV-02510 |
| Marie Jenkins | | 02:10-CV-02510 |
| Donna Jenkins | | 02:10-CV-02510 |
| Scott Porter | | 02:10-CV-02510 |
| Roxie Sylve | B.S. | 02:10-CV-02495 |
| Roxie Sylve | | 02:10-CV-02495 |
| Chermaine Scott | J.S. | 02:10-CV-02502 |
| Chermaine Scott | | 02:10-CV-02502 |
| Brittany Torres | K.S. | 02:10-CV-02556 |
| Brittany Torres | | 02:10-CV-02556 |
| Anthony Wahl, Jr. | | 02:10-CV-04067 |
| Penny Wahl | | 02:10-CV-04067 |
| Jessica Wahl | | 02:10-CV-04067 |
| Jessica Wahl | D.W. | 02:10-CV-04067 |
| Jessica Wahl | H.W. | 02:10-CV-04067 |
| Andre Milton | | 02:10-CV-04080 |
| Ashley Buckels | | 02:10-CV-04080 |
| Fenestial Montgomery | M.B. | 02:10-CV-04080 |
| Fenestial Montgomery | A.B. | 02:10-CV-04080 |
| Fenestial Montgomery | A.B. | 02:10-CV-04080 |
| Fenestial Montgomery | J.B. | 02:10-CV-04080 |
| Shantineca Buckels | | 02:10-CV-04080 |
| Fenestial Montgomery | | 02:10-CV-04080 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        AARON Z. AHLQUIST (LSBA# 29063)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522