UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Pollard,et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05332 | * | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5332.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Eugene Duplessis, Jr. | | 02:10-CV-02569 |
| Lennix Battle | | 02:10-CV-04101 |
| Theodore Watson | | 02:10-CV-04085 |
| Rodney Williams | | 02:10-CV-04087 |
| Lillie Walker | | 02:10-CV-04087 |
| Floyd Walker | | 02:10-CV-04087 |
| Sherlisa Morris | | 02:10-CV-04087 |
| James Keller | | 02:10-CV-04087 |

| | | |
|---|---|---|
| Georgernae Murray | | 02:10-CV-03627 |
| Orella Williams | | 02:10-CV-04094 |
| Rene Washington | C.W. | 02:10-CV-04085 |
| Tavis Stewart | T.S | 02:10-CV-04073 |
| Kellisha Stewart | | 02:10-CV-04073 |
| Bradee Staton | | 02:10-CV-04073 |
| Ashley Buckels | | 02:10-CV-04084 |
| Fenestial Montgomery | M.B. | 02:10-CV-04084 |
| Fenestial Montgomery | A.B. | 02:10-CV-04084 |
| Fenestial Montgomery | A.B. | 02:10-CV-04084 |
| Fenestial Montgomery | J.B. | 02:10-CV-04084 |
| Shantineca Buckels | | 02:10-CV-04084 |
| Jacob Lopez | | 02:10-CV-04096 |
| Larry Williams Jr | | 02:10-CV-04094 |
| Larry Williams Jr | M.W. | 02:10-CV-04094 |
| Larry Williams Jr | M.W. | 02:10-CV-04094 |
| Larry Williams Jr | L.W. | 02:10-CV-04094 |
| Larry Williams Jr | M.P. | 02:10-CV-04094 |
| Larry Williams Jr | M.P. | 02:10-CV-04094 |
| Larry Williams Jr | J.P. | 02:10-CV-04094 |
| Eric Sylve Jr | D.S. | 02:10-CV-04094 |
| Eric Sylve Jr | J.S. | 02:10-CV-04094 |
| Eric Sylve Jr | D.S. | 02:10-CV-04094 |
| Eric Sylve Jr | | 02:10-CV-04094 |
| Dionne Sylve | | 02:10-CV-04094 |
| Tyra Muse | N.T | 02:10-CV-04097 |
| Shannell Battle | | 02:10-CV-04101 |
| Michael Jenkins | | 02:10-CV-02489 |
| Troy Taylor | | 02:10-CV-02557 |
| Bridgett Saylor | S.S. | 02:10-CV-02548 |
| Bridgett Saylor | D.S. | 02:10-CV-02548 |
| Byron Stewart | | 02:10-CV-02538 |
| Michael Jenkins | | 02:10-CV-02546 |
| Marie Jenkins | | 02:10-CV-02485 |
| Donna Jenkins | | 02:10-CV-02485 |
| Roseangel Taylor | | 02:10-CV-02523 |

| | | |
|---|---|---|
| Jason Taylor | | 02:10-CV-02523 |
| Horace Washington | B.P. | 02:10-CV-02523 |
| Horace Washington | B.P. | 02:10-CV-02523 |
| Horace Washington | | 02:10-CV-02523 |
| Bridgett Saylor | S.S. | 02:10-CV-02536 |
| Bridgett Saylor | D.S. | 02:10-CV-02536 |
| Bridgett Saylor | | 02:10-CV-02536 |
| Clorissa Taylor | | 02:10-CV-02534 |
| Keith Smith | | 02:10-CV-02479 |
| Gerald Sayles | | 02:10-CV-02479 |
| David Turner | H.T. | 02:10-CV-02479 |
| David Turner | D.H. | 02:10-CV-02479 |
| David Turner | | 02:10-CV-02479 |
| Alicia Hall | | 02:10-CV-02479 |
| Wesley Thornberry | | 02:10-CV-02479 |
| Stanley Vance, Jr | | 02:10-CV-02510 |
| Shawn Schexnayder | H.T. | 02:10-CV-02479 |
| Gerald Evans | | 02:10-CV-02480 |
| Shinece Travon | | 02:10-CV-02555 |
| Michael Jenkins | | 02:10-CV-02510 |
| Marie Jenkins | | 02:10-CV-02510 |
| Donna Jenkins | | 02:10-CV-02510 |
| Scott Porter | | 02:10-CV-02510 |
| Roxie Sylve | B.S. | 02:10-CV-02495 |
| Roxie Sylve | | 02:10-CV-02495 |
| Chermaine Scott | J.S. | 02:10-CV-02502 |
| Chermaine Scott | | 02:10-CV-02502 |
| Brittany Torres | K.S. | 02:10-CV-02556 |
| Brittany Torres | | 02:10-CV-02556 |
| Anthony Wahl, Jr. | | 02:10-CV-04067 |
| Penny Wahl | | 02:10-CV-04067 |
| Jessica Wahl | | 02:10-CV-04067 |
| Jessica Wahl | D.W. | 02:10-CV-04067 |
| Jessica Wahl | H.W. | 02:10-CV-04067 |
| Andre Milton | | 02:10-CV-04080 |
| Ashley Buckels | | 02:10-CV-04080 |
| Fenestial Montgomery | M.B. | 02:10-CV-04080 |

| | | |
|---|---|---|
| Fenestial Montgomery | A.B. | 02:10-CV-04080 |
| Fenestial Montgomery | A.B. | 02:10-CV-04080 |
| Fenestial Montgomery | J.B. | 02:10-CV-04080 |
| Shantineca Buckels | | 02:10-CV-04080 |
| Fenestial Montgomery | | 02:10-CV-04080 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.