UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Adams, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05333* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05333, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Curtis Anderson | | 02:10-CV-02500 |
| Lakeisha Williams | T.T. | 02:10-CV-04102 |
| Kendell Major | | 02:10-CV-04102 |
| Robert Jones | | 02:10-CV-03602 |
| Dale Jones, Sr. | | 02:10-CV-03602 |
| Maxine Miller | | 02:10-CV-03602 |
| Laura Randolph | | 02:10-CV-03602 |
| Tracey Treadaway | | 02:10-CV-03602 |
| Marvin Taylor | | 02:10-CV-03602 |
| Charles Williams | | 02:10-CV-03602 |
| James Johnson | | 02:10-CV-03602 |
| Hersey Pittman | | 02:10-CV-03637 |
| Caron Pittman | | 02:10-CV-03637 |
| Sylvia Celestine | | 02:10-CV-03633 |

| | | |
|---|---|---|
| Valerie Thornton | | 02:10-CV-02490 |
| Shirley Green | | 02:10-CV-02509 |
| Patrick Bowman, Sr | P.B. JR. | 02:10-CV-02501 |
| Patrick Bowman, Sr | | 02:10-CV-02501 |
| Carol Broadbridge | | 02:10-CV-02503 |
| Patricia Edwards | | 02:10-CV-02517 |
| Terry Bienemy | | 02:10-CV-02517 |
| June Bienemy | | 02:10-CV-02517 |
| Renata Dandridge | R.D. | 02:10-CV-02512 |
| Francis Ganier | S.T. | 02:10-CV-02494 |
| Lana Gorum-Jones | | 02:10-CV-02494 |
| Curtis Foucha II | C.F. III | 02:10-CV-02494 |
| Curtis Foucha II | | 02:10-CV-02494 |
| Jacqueline Eugene | | 02:10-CV-02494 |
| Adrienne Eugene | | 02:10-CV-02494 |
| Gladys Murillo | G.E. | 02:10-CV-02494 |
| Joseph Dugas Sr | | 02:10-CV-02494 |
| Keyonna Lincoln | L.D. | 02:10-CV-02494 |
| Marvin Cade | | 02:10-CV-02494 |
| Kayla Cade | | 02:10-CV-02494 |
| Gwendolyn Cade | | 02:10-CV-02494 |
| Rhonda Johnson | T.D. | 02:10-CV-02555 |
| Ashanta Gabriel | | 02:10-CV-02512 |
| Joyce Barnes | A.G. | 02:10-CV-02512 |
| Joyce Barnes | | 02:10-CV-02512 |
| Shintee Boykins | | 02:10-CV-02523 |
| Brian Beaulieu | | 02:10-CV-02523 |
| Mazena Ali | E.A. | 02:10-CV-02523 |
| Carissa Davis | | 02:10-CV-02497 |
| Don Friscella | | 02:10-CV-02497 |
| Tammy Hayes | | 02:10-CV-02552 |
| Anwar Griffin | | 02:10-CV-02482 |
| Allaneica Green | | 02:10-CV-02555 |
| Brent Baudy | | 02:10-CV-02555 |
| Ray Duhon | | 02:10-CV-02555 |
| Rhonda Johnson | R.G. | 02:10-CV-02555 |

| | | |
|---|---|---|
| Darvin Hall | | 02:10-CV-02495 |
| Jimmie Dyson | | 02:10-CV-02519 |
| Veranice Canselo | | 02:10-CV-02495 |
| Shirley Batiste | | 02:10-CV-02538 |
| James Batiste, Jr. | | 02:10-CV-02538 |
| Lisa Bayhi | | 02:10-CV-02538 |
| Gary Brumfield | | 02:10-CV-02488 |
| William Camille | | 02:10-CV-02488 |
| Lawrence Brock | | 02:10-CV-02488 |
| Earline Foy | N.C. | 02:10-CV-02549 |
| Rhonda Johnson | R.G. | 02:10-CV-02549 |
| Ray Duhon | | 02:10-CV-02549 |
| Rhonda Johnson | T.D. | 02:10-CV-02549 |
| Danitria Austin | G.S. | 02:10-CV-02510 |
| Dwayne Harris | M. H/D | 02:10-CV-02510 |
| Danitria Austin | | 02:10-CV-02510 |
| La'Nita Harris | | 02:10-CV-02510 |
| Anwar Griffin | | 02:10-CV-02510 |
| Katherine Dominique | | 02:10-CV-02510 |
| Lacey Dominique Sr | L.D. JR. | 02:10-CV-02510 |
| Lacey Dominique Sr | | 02:10-CV-02510 |
| Gail Huerstal | J.C. | 02:10-CV-02510 |
| Walter Cutrer | | 02:10-CV-02510 |
| Wanda Curley | | 02:10-CV-02510 |
| Shondricka Curley | | 02:10-CV-02510 |
| James Curley | | 02:10-CV-02510 |
| Donna Brown | | 02:10-CV-02510 |
| Sandra Collins | | 02:10-CV-02510 |
| Joshua Celestine | | 02:10-CV-02510 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522