UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * * | JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Adams, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05333 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"
COMPLAINT FOR DAMAGES</u>

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5333.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Curtis Anderson | | 02:10-CV-02500 |
| Lakeisha Williams | T.T. | 02:10-CV-04102 |
| Kendell Major | | 02:10-CV-04102 |
| Robert Jones | | 02:10-CV-03602 |
| Dale Jones, Sr. | | 02:10-CV-03602 |
| Maxine Miller | | 02:10-CV-03602 |
| Laura Randolph | | 02:10-CV-03602 |
| Tracey Treadaway | | 02:10-CV-03602 |

| | | |
|---|---|---|
| Marvin Taylor | | 02:10-CV-03602 |
| Charles Williams | | 02:10-CV-03602 |
| James Johnson | | 02:10-CV-03602 |
| Hersey Pittman | | 02:10-CV-03637 |
| Caron Pittman | | 02:10-CV-03637 |
| Sylvia Celestine | | 02:10-CV-03633 |
| Valerie Thornton | | 02:10-CV-02490 |
| Shirley Green | | 02:10-CV-02509 |
| Patrick Bowman, Sr | P.B. JR. | 02:10-CV-02501 |
| Patrick Bowman, Sr | | 02:10-CV-02501 |
| Carol Broadbridge | | 02:10-CV-02503 |
| Patricia Edwards | | 02:10-CV-02517 |
| Terry Bienemy | | 02:10-CV-02517 |
| June Bienemy | | 02:10-CV-02517 |
| Renata Dandridge | R.D. | 02:10-CV-02512 |
| Francis Ganier | S.T. | 02:10-CV-02494 |
| Lana Gorum-Jones | | 02:10-CV-02494 |
| Curtis Foucha II | C.F. III | 02:10-CV-02494 |
| Curtis Foucha II | | 02:10-CV-02494 |
| Jacqueline Eugene | | 02:10-CV-02494 |
| Adrienne Eugene | | 02:10-CV-02494 |
| Gladys Murillo | G.E. | 02:10-CV-02494 |
| Joseph Dugas Sr | | 02:10-CV-02494 |
| Keyonna Lincoln | L.D. | 02:10-CV-02494 |
| Marvin Cade | | 02:10-CV-02494 |
| Kayla Cade | | 02:10-CV-02494 |
| Gwendolyn Cade | | 02:10-CV-02494 |
| Rhonda Johnson | T.D. | 02:10-CV-02555 |
| Ashanta Gabriel | | 02:10-CV-02512 |
| Joyce Barnes | A.G. | 02:10-CV-02512 |
| Joyce Barnes | | 02:10-CV-02512 |
| Shintee Boykins | | 02:10-CV-02523 |
| Brian Beaulieu | | 02:10-CV-02523 |
| Mazena Ali | E.A. | 02:10-CV-02523 |
| Carissa Davis | | 02:10-CV-02497 |
| Don Friscella | | 02:10-CV-02497 |

| | | |
|---|---|---|
| Tammy Hayes | | 02:10-CV-02552 |
| Anwar Griffin | | 02:10-CV-02482 |
| Allaneica Green | | 02:10-CV-02555 |
| Brent Baudy | | 02:10-CV-02555 |
| Ray Duhon | | 02:10-CV-02555 |
| Rhonda Johnson | R.G. | 02:10-CV-02555 |
| Darvin Hall | | 02:10-CV-02495 |
| Jimmie Dyson | | 02:10-CV-02519 |
| Veranice Canselo | | 02:10-CV-02495 |
| Shirley Batiste | | 02:10-CV-02538 |
| James Batiste, Jr. | | 02:10-CV-02538 |
| Lisa Bayhi | | 02:10-CV-02538 |
| Gary Brumfield | | 02:10-CV-02488 |
| William Camille | | 02:10-CV-02488 |
| Lawrence Brock | | 02:10-CV-02488 |
| Earline Foy | N.C. | 02:10-CV-02549 |
| Rhonda Johnson | R.G. | 02:10-CV-02549 |
| Ray Duhon | | 02:10-CV-02549 |
| Rhonda Johnson | T.D. | 02:10-CV-02549 |
| Danitria Austin | G.S. | 02:10-CV-02510 |
| Dwayne Harris | M. H/D | 02:10-CV-02510 |
| Danitria Austin | | 02:10-CV-02510 |
| La'Nita Harris | | 02:10-CV-02510 |
| Anwar Griffin | | 02:10-CV-02510 |
| Katherine Dominique | | 02:10-CV-02510 |
| Lacey Dominique Sr | L.D. JR. | 02:10-CV-02510 |
| Lacey Dominique Sr | | 02:10-CV-02510 |
| Gail Huerstal | J.C. | 02:10-CV-02510 |
| Walter Cutrer | | 02:10-CV-02510 |
| Wanda Curley | | 02:10-CV-02510 |
| Shondricka Curley | | 02:10-CV-02510 |
| James Curley | | 02:10-CV-02510 |
| Donna Brown | | 02:10-CV-02510 |
| Sandra Collins | | 02:10-CV-02510 |
| Joshua Celestine | | 02:10-CV-02510 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

*/s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.