UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Buford, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-6005

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Barry Dominguez        10-2381

2. Beverly Collins         10-2390

3. Desmond Lewis          10-2386

4. Gregory West, Sr.       10-3906

5. Donna Buford           10-2376

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
  GERALD E. MEUNIER, #9471
  **PLAINTIFFS' CO-LIAISON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone:   504/522-2304
  Facsimile:   504/528-9973
  gmeunier@gainsben.com

  s/Justin I. Woods
  JUSTIN I. WOODS, #24713
  **PLAINTIFFS' CO-LIAISON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone:   504/522-2304
  Facsimile:   504/528-9973
  jwoods@gainsben.com

  **COURT-APPOINTED PLAINTIFFS'
  STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  ROBERT BECNEL, #14072
  RAUL BENCOMO, #2932
  FRANK D'AMICO, #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  DENNIS REICH, Texas #16739600
  MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 29, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER