UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Pujol, et al v. United States of America, et al,*
E.D. La. Case No. 08-3217

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Peter Daunoy, III          09-5942
2. Jacqueline Dedeaux         10-3121
3. Barry P. Dominguez         10-2381
4. Ella Flowers               10-3903
5. Andrea Fowler              10-3135
6. Mary Kelly                 09-4968

7.  Norman Wilson                                               09-6003

8.   Joseph M. Pujol                                            07-5709

9.  Joseph M. Pujol on behalf of Jessica R. Pujol               07-5709

10. Joseph M. Pujol on behalf of Jill N. Pujol                  07-5709

11. Stephanie G. Pujol                                          07-5709

12. Eric A. Smith                                               07-5709

13. Renay M. Gardner                                            07-5709

14. Sean G. Thomas                                              07-5709

15. Sean G. Thomas on behalf of Isabella N. Thomas              07-5709

16. Phuong K. Thomas                                            07-5709

17. Phuong K. Thomas on behalf of Elizabeth L. Nguyen           07-5709

18. Thomas A. Bergen                                            07-5709

19.  Teresa C. Femia                                            07-5709

20. LaRay M. Carey                                              07-5709


Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 29, 2010.

        /s/Gerald E. Meunier
        GERALD E. MEUNIER