UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5252

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Andra Brumfield o/b/o A.D.              10-2375
2. Alice Pierre                            10-3900
3. Nykeshia Dennis o/b/o A.W.              10-2403
4. Alvin Frank                             10-2408
5. Nykeshia Dennis o/b/o A.W., III         10-2403
6. Andra Brumfield                         10-2375

7. Andrika Duhe | 10-2375
8. Antoine Duhe | 10-2375
9. Antonio McGee | 10-3921
10. Ariel Duhe | 10-2375
11. Katie Jones o/b/o A.J. | 10-2408
12. Andrika Duhe o/b/o A.D. | 10-2375
13. Augusta Clark | 10-2402
14. Melissa Miller o/b/o B.M. | 10-2392
15. Brittany Jones | 10-2408
16. Melissa Miller o/b/o B.M. | 10-2392
17. Bryan Schaeffer | 10-2409
18. Byron Keller | 10-2391
19. Calvin Smith | 10-2375
20. Edward Lagarde o/b/o C.L. | 10-2386
21. Charles Strohmeyer | 10-2411
22. Chester Blunt, Sr. | 10-3899
23. Chris Davis | 09-4962
24. Chris Davis | 10-2408
25. Christiana Smith | 10-2408
26. Claudette Paul | 10-3900
27. Andrika Duhe o/b/o C.J. | 10-2375
28. Johnny Gras, Sr. o/b/o C.G. | 09-7767
29. Katie Jones o/b/o C.J. | 10-2408

| | |
|---|---|
| 30. Damon Barden | 10-1035 |
| 31. Damon Barden | 10-1035 |
| 32. Katie Jones o/b/o D.J. | 10-2408 |
| 33. Quiana Horton o/b/o D.B. | 10-3917 |
| 34. David Perkins | 10-3901 |
| 35. Dawn Gras | 09-7767 |
| 36. Nykeshia Dennis o/b/o D.D. | 10-2403 |
| 37. Monica Anderson-Clay o/b/o D.H. | 10-3924 |
| 38. Nykeshia Dennis o/b/o D.D. | 10-2403 |
| 39. Donald Johnson | 10-2399 |
| 40. Monica Anderson-Clay o/b/o D.C. | 10-3924 |
| 41. William Boone o/b/o D.B. | 09-4336 |
| 42. Monica Anderson-Clay o/b/o D.H. | 10-3924 |
| 43. Edward Lagarde | 10-2386 |
| 44. Edward Lagarde o/b/o E.L., III | 10-2386 |
| 45. Elizabeth Lehman | 10-2380 |
| 46. Eloise McGee | 10-2404, 10-3921 |
| 47. Herman Barard o/b/o Esteline (Esterline) Barard (deceased) | 10-3925 |
| 48. Gabriela Schaeffer | 10-2409 |
| 49. Gary Hills | 10-2398 |
| 50. Rose Wale o/b/o G.W. (deceased) | 10-2408 |
| 51. Henry Gurley | 10-3909 |
| 52. Herman Barard | 10-2407, 10-2376 |

| | |
|---|---|
| 53. Herman Barard o/b/o H.B., III | 10-3925 |
| 54. Nykeshia Dennis o/b/o H.D., III | 10-2403 |
| 55. Jack Hargis | 10-2412 |
| 56. Johnny Gras, Sr. o/b/o J.G. | 09-7767 |
| 57. James Stewart (Steward) | 09-7755 |
| 58. Janet Hooker | 10-2396 |
| 59. Jeannie Lagarde | 10-2386, 10-1035 |
| 60. Jimmie Walker | 09-7768, 10-2375 |
| 61. Johnny Gras, Sr. o/b/o J.G., Jr. (deceased) | 09-7767 |
| 62. Johnny Gras, Sr. | 09-7767 |
| 63. Jonathon Barard | 10-3925 |
| 64. Judy Dominick | 10-2408 |
| 65. Nykeshia Dennis o/b/o K.D. | 10-2403 |
| 66. Katie Jones | 10-2408 |
| 67. Jack Hargis o/b/o K.H. | 10-2412 |
| 68. Katie Jones o/b/o K.J. | 10-2408 |
| 69. Kenneth Woods | 09-7771 |
| 70. Lawrence Clark | 10-2396 |
| 71. Lawrence Paul | 10-2376 |
| 72. Linda Blunt | 10-3899 |
| 73. Logan O'Neal | 10-3917 |
| 74. Katie Jones o/b/o L.J. | 10-2408 |
| 75. Mary Frazier | 09-7755 |

4

| | | |
|---|---|---|
| 76. Mary Frazier | | 10-2408 |
| 77. Mary Murchinson | | 10-2375 |
| 78. Mary Watts | | 10-2390 |
| 79. Melissa Miller | | 10-2392 |
| 80. Michael Morris | | 10-2415 |
| 81. Melissa Miller o/b/o M.M., Jr. | | 10-2392 |
| 82. Michael Miller, Sr. | | 10-3918 |
| 83. Monica Anderson-Clay | | 10-3924 |
| 84. Nadedge Boone (Booth) | | 10-2375 |
| 85. Natasha Brown | | 10-3913 |
| 86. Natasha Brown o/b/o O.D., IV | | 10-3913 |
| 87. Natasha Brown o/b/o R.S., Jr. | | 10-3913 |
| 88. Nicholas Harper | | 10-3926, 10-3922 |
| 89. Nykeshia Dennis | | 10-2403 |
| 90. Oliver Harrison, Jr. | | 10-2386 |
| 91. Nykeshia Dennis o/b/o R.D. | | 10-2403 |
| 92. Robert McGee | | 10-2404, 10-3921 |
| 93. Robert Booth, Jr. | | 10-2375 |
| 94. Robert Brumfield | | 10-2375 |
| 95. Rose Wale | | 10-2408 |
| 96. Elizabeth Lehman o/b/o R.L., Jr. | | 10-2380 |
| 97. Roy Lyons, Sr. | | 10-2380 |
| 98. Sandra Brooks | | 10-3922 |

| | | |
|---|---|---|
| 99. | Sharett Brooks | 10-3922 |
| 100. | Gabriela Schaeffer o/b/o T.S. | 10-2409 |
| 101. | Tenecius Williams | 10-2405 |
| 102. | Theresa Nguyen | 10-2415 |
| 103. | Herman Barard o/b/o T.B. | 10-3925 |
| 104. | Tommy Tran | 10-2415 |
| 105. | Veronica Barard | 10-3925 |
| 106. | Vince Clark | 10-2402 |
| 107. | Vivian Wilson | 10-2408 |
| 108. | Wayne Anderson | 10-2408 |
| 109. | Wendell McGee | 10-2404 |
| 110. | Willie Jones | 10-3900 |
| 111. | Janet Hooker o/b/o Wilma Bell (deceased) | 10-2936 |
| 112. | Winter Flowers | 10-2375 |
| 113. | Brittney (Brittnay) McGee | 10-3921 |
| 114. | Charlette McGee o/b/o T.J. | 10-0415, 10-3921 |
| 115. | Richard Maturana (Maturano) | 10-3907 |
| 116. | Natashya (Natoshya) Lowe | 10-3907 |
| 117. | Mary Rinkus | 10-3904 |
| 118. | Charles Rinkus | 10-3904 |
| 119. | Willie Smith | 10-3923 |
| 120. | Janelle Dennis | 10-3915 |
| 121. | Simone Dennis | 10-3915 |

| | | |
|---|---|---|
| 122. | Trenelle Dennis | 10-3915 |
| 123. | Patrick Beecher | 10-3916 |
| 124. | Winter Flowers o/b/o G.H. | 10-3916 |
| 125. | Winter Flowers o/b/o G.B. | 10-3916 |
| 126. | Winter Flowers o/b/o M.B. | 10-3916 |
| 127. | Milton Carr, Sr. | 10-3913 |
| 128. | Deandra Carr | 10-3913 |
| 129. | Joseph LaRocca | 10-3922 |

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**


BY:   s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
         1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

7

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            <u>s/Justin I. Woods</u>
            JUSTIN I. WOODS, # 24713