UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5252

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturer and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | |
|---|---|---|
| 1. | Andra Brumfield o/b/o A.D. | 10-2375 |
| 2. | Alice Pierre | 10-3900 |
| 3. | Nykeshia Dennis o/b/o A.W. | 10-2403 |
| 4. | Alvin Frank | 10-2408 |
| 5. | Nykeshia Dennis o/b/o A.W., III | 10-2403 |
| 6. | Andra Brumfield | 10-2375 |

7. Andrika Duhe                                        10-2375

8. Antoine Duhe                                        10-2375

9. Antonio McGee                                       10-3921

10. Ariel Duhe                                         10-2375

11. Katie Jones o/b/o A.J.                             10-2408

12. Andrika Duhe o/b/o A.D.                            10-2375

13. Augusta Clark                                      10-2402

14. Melissa Miller o/b/o B.M.                          10-2392

15. Brittany Jones                                     10-2408

16. Melissa Miller o/b/o B.M.                          10-2392

17. Bryan Schaeffer                                    10-2409

18. Byron Keller                                       10-2391

19. Calvin Smith                                       10-2375

20. Edward Lagarde o/b/o C.L.                          10-2386

21. Charles Strohmeyer                                 10-2411

22. Chester Blunt, Sr.                                 10-3899

23. Chris Davis                                        09-4962

24. Chris Davis                                        10-2408

25. Christiana Smith                                   10-2408

26. Claudette Paul                                     10-3900

27. Andrika Duhe o/b/o C.J.                            10-2375

28. Johnny Gras, Sr. o/b/o C.G.                        09-7767

29. Katie Jones o/b/o C.J.                             10-2408

| | | |
|---|---|---|
| 30. Damon Barden | 10-1035 | |
| 31. Damon Barden | 10-1035 | |
| 32. Katie Jones o/b/o D.J. | 10-2408 | |
| 33. Quiana Horton o/b/o D.B. | 10-3917 | |
| 34. David Perkins | 10-3901 | |
| 35. Dawn Gras | 09-7767 | |
| 36. Nykeshia Dennis o/b/o D.D. | 10-2403 | |
| 37. Monica Anderson-Clay o/b/o D.H. | 10-3924 | |
| 38. Nykeshia Dennis o/b/o D.D. | 10-2403 | |
| 39. Donald Johnson | 10-2399 | |
| 40. Monica Anderson-Clay o/b/o D.C. | 10-3924 | |
| 41. William Boone o/b/o D.B. | 09-4336 | |
| 42. Monica Anderson-Clay o/b/o D.H. | 10-3924 | |
| 43. Edward Lagarde | 10-2386 | |
| 44. Edward Lagarde o/b/o E.L., III | 10-2386 | |
| 45. Elizabeth Lehman | 10-2380 | |
| 46. Eloise McGee | 10-2404, 10-3921 | |
| 47. Herman Barard o/b/o Esteline (Esterline) Barard (deceased) | 10-3925 | |
| 48. Gabriela Schaeffer | 10-2409 | |
| 49. Gary Hills | 10-2398 | |
| 50. Rose Wale o/b/o G.W. (deceased) | 10-2408 | |
| 51. Henry Gurley | 10-3909 | |
| 52. Herman Barard | 10-2407, 10-2376 | |

| | | |
|---|---|---|
| 53. Herman Barard o/b/o H.B., III | | 10-3925 |
| 54. Nykeshia Dennis o/b/o H.D., III | | 10-2403 |
| 55. Jack Hargis | | 10-2412 |
| 56. Johnny Gras, Sr. o/b/o J.G. | | 09-7767 |
| 57. James Stewart (Steward) | | 09-7755 |
| 58. Janet Hooker | | 10-2396 |
| 59. Jeannie Lagarde | | 10-2386, 10-1035 |
| 60. Jimmie Walker | | 09-7768, 10-2375 |
| 61. Johnny Gras, Sr. o/b/o J.G., Jr. (deceased) | | 09-7767 |
| 62. Johnny Gras, Sr. | | 09-7767 |
| 63. Jonathon Barard | | 10-3925 |
| 64. Judy Dominick | | 10-2408 |
| 65. Nykeshia Dennis o/b/o K.D. | | 10-2403 |
| 66. Katie Jones | | 10-2408 |
| 67. Jack Hargis o/b/o K.H. | | 10-2412 |
| 68. Katie Jones o/b/o K.J. | | 10-2408 |
| 69. Kenneth Woods | | 09-7771 |
| 70. Lawrence Clark | | 10-2396 |
| 71. Lawrence Paul | | 10-2376 |
| 72. Linda Blunt | | 10-3899 |
| 73. Logan O'Neal | | 10-3917 |
| 74. Katie Jones o/b/o L.J. | | 10-2408 |
| 75. Mary Frazier | | 09-7755 |

| | |
|---|---|
| 76. Mary Frazier | 10-2408 |
| 77. Mary Murchinson | 10-2375 |
| 78. Mary Watts | 10-2390 |
| 79. Melissa Miller | 10-2392 |
| 80. Michael Morris | 10-2415 |
| 81. Melissa Miller o/b/o M.M., Jr. | 10-2392 |
| 82. Michael Miller, Sr. | 10-3918 |
| 83. Monica Anderson-Clay | 10-3924 |
| 84. Nadedge Boone (Booth) | 10-2375 |
| 85. Natasha Brown | 10-3913 |
| 86. Natasha Brown o/b/o O.D., IV | 10-3913 |
| 87. Natasha Brown o/b/o R.S., Jr. | 10-3913 |
| 88. Nicholas Harper | 10-3926, 10-3922 |
| 89. Nykeshia Dennis | 10-2403 |
| 90. Oliver Harrison, Jr. | 10-2386 |
| 91. Nykeshia Dennis o/b/o R.D. | 10-2403 |
| 92. Robert McGee | 10-2404, 10-3921 |
| 93. Robert Booth, Jr. | 10-2375 |
| 94. Robert Brumfield | 10-2375 |
| 95. Rose Wale | 10-2408 |
| 96. Elizabeth Lehman o/b/o R.L., Jr. | 10-2380 |
| 97. Roy Lyons, Sr. | 10-2380 |
| 98. Sandra Brooks | 10-3922 |

| | | |
|---|---|---|
| 99. | Sharett Brooks | 10-3922 |
| 100. | Gabriela Schaeffer o/b/o T.S. | 10-2409 |
| 101. | Tenecius Williams | 10-2405 |
| 102. | Theresa Nguyen | 10-2415 |
| 103. | Herman Barard o/b/o T.B. | 10-3925 |
| 104. | Tommy Tran | 10-2415 |
| 105. | Veronica Barard | 10-3925 |
| 106. | Vince Clark | 10-2402 |
| 107. | Vivian Wilson | 10-2408 |
| 108. | Wayne Anderson | 10-2408 |
| 109. | Wendell McGee | 10-2404 |
| 110. | Willie Jones | 10-3900 |
| 111. | Janet Hooker o/b/o Wilma Bell (deceased) | 10-2936 |
| 112. | Winter Flowers | 10-2375 |
| 113. | Brittney (Brittnay) McGee | 10-3921 |
| 114. | Charlette McGee o/b/o T.J. | 10-0415, 10-3921 |
| 115. | Richard Maturana (Maturano) | 10-3907 |
| 116. | Natashya (Natoshya) Lowe | 10-3907 |
| 117. | Mary Rinkus | 10-3904 |
| 118. | Charles Rinkus | 10-3904 |
| 119. | Willie Smith | 10-3923 |
| 120. | Janelle Dennis | 10-3915 |
| 121. | Simone Dennis | 10-3915 |

| | | |
|---|---|---|
| 122. | Trenelle Dennis | 10-3915 |
| 123. | Patrick Beecher | 10-3916 |
| 124. | Winter Flowers o/b/o G.H. | 10-3916 |
| 125. | Winter Flowers o/b/o G.B. | 10-3916 |
| 126. | Winter Flowers o/b/o M.B. | 10-3916 |
| 127. | Milton Carr, Sr. | 10-3913 |
| 128. | Deandra Carr | 10-3913 |
| 129. | Joseph LaRocca | 10-3922 |

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

7

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Justin I. Woods</u>
JUSTIN I. WOODS, # 24713