UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: *Adams, et al. v. Alliance Homes, Inc., et al* Civil Action No. 09-05333 | * * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05335, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Samantha Matthews | | 02:10-CV-02529 |
| Kenneth Jackson | | 02:10-CV-03599 |
| Peter Jackson, Sr. | | 02:10-CV-03599 |
| Marion Jackson | | 02:10-CV-03599 |
| Althea Jackson | | 02:10-CV-03623 |
| Darlene James | | 02:10-CV-03612 |
| Danielle Parker | | 02:10-CV-02535 |
| Monique Parker | | 02:10-CV-02535 |
| Christine Parks | | 02:10-CV-02561 |
| Pierre Naquin | | 02:10-CV-02548 |
| Joann McKnight | | 02:10-CV-02535 |
| Gail Parker | | 02:10-CV-02535 |
| Charles Parker, Sr | | 02:10-CV-02535 |
| Melvin McKnight, Sr | | 02:10-CV-02535 |

| | | |
|---|---|---|
| Melvin McKnight, Sr | J.M. | 02:10-CV-02535 |
| Melvin McKnight, Sr | D.M. | 02:10-CV-02535 |
| Keion Smith | | 02:10-CV-02494 |
| Keion Smith | J.W. | 02:10-CV-02494 |
| Tramandis Barnett, Jr | | 02:10-CV-02494 |
| Mary Hobson | | 02:10-CV-02494 |
| Torey Hobson | | 02:10-CV-02494 |
| Tyree Hobson II | | 02:10-CV-02494 |
| Tequila Hobson | | 02:10-CV-02494 |
| Darius McKnight | | 02:10-CV-02535 |
| Lettie Johnson | | 02:10-CV-02494 |
| Donald Murray | | 02:10-CV-02494 |
| Lastase Morrison | | 02:10-CV-02494 |
| Latase Morrison | T.M. | 02:10-CV-02494 |
| Allen Molden | | 02:10-CV-02494 |
| Andrew Mitchell | | 02:10-CV-02494 |
| Latase Morrison | T.M. JR. | 02:10-CV-02494 |
| Joseph Marrone | | 02:10-CV-02494 |
| Cecelia Marrone | | 02:10-CV-02494 |
| Sharon Lemieux | | 02:10-CV-02494 |
| Arnold Johnson Jr | | 02:10-CV-02494 |
| Daniel Mack | | 02:10-CV-02494 |
| Pierre Naquin | | 02:10-CV-02536 |
| Patrick Hutchinson | | 02:10-CV-02494 |
| Geraldine Howard | | 02:10-CV-02494 |
| Daryl Hills | D.H. | 02:10-CV-02494 |
| Daryl Hills | | 02:10-CV-02494 |
| Olicier Hills | | 02:10-CV-02494 |
| Rosa Hall | | 02:10-CV-02494 |
| Michael Hebert | | 02:10-CV-02494 |
| Naomi Hagan | | 02:10-CV-02494 |
| Solanje Powell | | 02:10-CV-02544 |
| Laurnell Miller | | 02:10-CV-02544 |
| Keianna Lee | | 02:10-CV-02544 |
| Crishawn Johnson | | 02:10-CV-02544 |
| Alivia Harris Sr | A.H. JR. | 02:10-CV-02544 |

| | | |
|---|---|---|
| Alivia Harris Sr | | 02:10-CV-02544 |
| Karen Harris | | 02:10-CV-02544 |
| Linda Sanders | B.H. | 02:10-CV-02544 |
| Detria Hutchinson | | 02:10-CV-02557 |
| Samual Hill | | 02:10-CV-02496 |
| Samuel Hill | M.H. | 02:10-CV-02496 |
| Carol Hunter | C.H. | 02:10-CV-02497 |
| Keyshon Lewis | | 02:10-CV-02552 |
| Gary Lewis | | 02:10-CV-02552 |
| Kirk Hayes | | 02:10-CV-02518 |
| Trevas Lee | | 02:10-CV-02479 |
| Louis Nelson, Jr | | 02:10-CV-02479 |
| Patricia Nelson | | 02:10-CV-02479 |
| Katie Nelson | | 02:10-CV-02479 |
| Joseph Lewis, Sr | R.L. JR. | 02:10-CV-02510 |
| Joseph Lewis, Sr | L.L. | 02:10-CV-02510 |
| Joseph Lewis Sr | | 02:10-CV-02510 |
| Keyshon Lewis | | 02:10-CV-02510 |
| Gary Lewis | | 02:10-CV-02510 |
| Constance Lewis | | 02:10-CV-02510 |
| Roy Neyland | | 02:10-CV-02510 |
| Jacqueline Martin | | 02:10-CV-02510 |
| Joseph Lewis, Sr | R.L. JR. | 02:10-CV-02510 |
| Joseph Lewis, Sr | L.L. | 02:10-CV-02510 |
| Joseph Lewis, Sr | | 02:10-CV-02510 |
| Constance Lewis | | 02:10-CV-02510 |
| Cathy Lee | | 02:10-CV-02532 |
| Jasmine Lastie | | 02:10-CV-02510 |
| Andrew Lain | | 02:10-CV-02510 |
| Margaret Kramer | | 02:10-CV-02510 |
| Maggie Jenkins | | 02:10-CV-02510 |
| Melvin Howard | | 02:10-CV-02510 |
| Megan Henry | | 02:10-CV-02510 |
| Derrick Hart | | 02:10-CV-02510 |
| Megan Henry | T.D. | 02:10-CV-02510 |
| Louis Orduna | | 02:10-CV-02538 |
| Troy Scott | | 02:10-CV-02488 |

| | | |
|---|---|---|
| Joshua Heidel | | 02:10-CV-02481 |
| Priscilla Jackson | | 02:10-CV-02525 |
| Tyree Hobson III | | 02:10-CV-02525 |
| Torey Hobson | | 02:10-CV-02525 |
| Mary Hobson | | 02:10-CV-02525 |
| Tequila Hobson | T.B. JR. | 02:10-CV-02525 |
| Tequila Hobson | | 02:10-CV-02525 |
| Jim Kraus | | 02:10-CV-02489 |
| Louis Nelson, Jr. | | 02:10-CV-02532 |
| Darryoln Lee | | 02:10-CV-02532 |
| Katie Nelson | | 02:10-CV-02532 |
| Patricia Nelson | | 02:10-CV-02532 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522