UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| Guillot, et al. v. Alliance Homes, Inc., et al | * | |
| Civil Action No. 09-05335 | * | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5335.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Samantha Matthews | | 02:10-CV-02529 |
| Kenneth Jackson | | 02:10-CV-03599 |
| Peter Jackson, Sr. | | 02:10-CV-03599 |
| Marion Jackson | | 02:10-CV-03599 |
| Althea Jackson | | 02:10-CV-03623 |
| Darlene James | | 02:10-CV-03612 |
| Danielle Parker | | 02:10-CV-02535 |
| Monique Parker | | 02:10-CV-02535 |

| | | |
|---|---|---|
| Christine Parks | | 02:10-CV-02561 |
| Pierre Naquin | | 02:10-CV-02548 |
| Joann McKnight | | 02:10-CV-02535 |
| Gail Parker | | 02:10-CV-02535 |
| Charles Parker, Sr | | 02:10-CV-02535 |
| Melvin McKnight, Sr | | 02:10-CV-02535 |
| Melvin McKnight, Sr | J.M. | 02:10-CV-02535 |
| Melvin McKnight, Sr | D.M. | 02:10-CV-02535 |
| Keion Smith | | 02:10-CV-02494 |
| Keion Smith | J.W. | 02:10-CV-02494 |
| Tramandis Barnett, Jr | | 02:10-CV-02494 |
| Mary Hobson | | 02:10-CV-02494 |
| Torey Hobson | | 02:10-CV-02494 |
| Tyree Hobson II | | 02:10-CV-02494 |
| Tequila Hobson | | 02:10-CV-02494 |
| Darius McKnight | | 02:10-CV-02535 |
| Lettie Johnson | | 02:10-CV-02494 |
| Donald Murray | | 02:10-CV-02494 |
| Lastase Morrison | | 02:10-CV-02494 |
| Latase Morrison | T.M. | 02:10-CV-02494 |
| Allen Molden | | 02:10-CV-02494 |
| Andrew Mitchell | | 02:10-CV-02494 |
| Latase Morrison | T.M. JR. | 02:10-CV-02494 |
| Joseph Marrone | | 02:10-CV-02494 |
| Cecelia Marrone | | 02:10-CV-02494 |
| Sharon Lemieux | | 02:10-CV-02494 |
| Arnold Johnson Jr | | 02:10-CV-02494 |
| Daniel Mack | | 02:10-CV-02494 |
| Pierre Naquin | | 02:10-CV-02536 |
| Patrick Hutchinson | | 02:10-CV-02494 |
| Geraldine Howard | | 02:10-CV-02494 |
| Daryl Hills | D.H. | 02:10-CV-02494 |
| Daryl Hills | | 02:10-CV-02494 |
| Olicier Hills | | 02:10-CV-02494 |
| Rosa Hall | | 02:10-CV-02494 |
| Michael Hebert | | 02:10-CV-02494 |

| Name | Minor | Case Number |
|---|---|---|
| Naomi Hagan | | 02:10-CV-02494 |
| Solanje Powell | | 02:10-CV-02544 |
| Laurnell Miller | | 02:10-CV-02544 |
| Keianna Lee | | 02:10-CV-02544 |
| Crishawn Johnson | | 02:10-CV-02544 |
| Alivia Harris Sr | A.H. JR. | 02:10-CV-02544 |
| Alivia Harris Sr | | 02:10-CV-02544 |
| Karen Harris | | 02:10-CV-02544 |
| Linda Sanders | B.H. | 02:10-CV-02544 |
| Detria Hutchinson | | 02:10-CV-02557 |
| Samual Hill | | 02:10-CV-02496 |
| Samuel Hill | M.H. | 02:10-CV-02496 |
| Carol Hunter | C.H. | 02:10-CV-02497 |
| Keyshon Lewis | | 02:10-CV-02552 |
| Gary Lewis | | 02:10-CV-02552 |
| Kirk Hayes | | 02:10-CV-02518 |
| Trevas Lee | | 02:10-CV-02479 |
| Louis Nelson, Jr | | 02:10-CV-02479 |
| Patricia Nelson | | 02:10-CV-02479 |
| Katie Nelson | | 02:10-CV-02479 |
| Joseph Lewis, Sr | R.L. JR. | 02:10-CV-02510 |
| Joseph Lewis, Sr | L.L. | 02:10-CV-02510 |
| Joseph Lewis Sr | | 02:10-CV-02510 |
| Keyshon Lewis | | 02:10-CV-02510 |
| Gary Lewis | | 02:10-CV-02510 |
| Constance Lewis | | 02:10-CV-02510 |
| Roy Neyland | | 02:10-CV-02510 |
| Jacqueline Martin | | 02:10-CV-02510 |
| Joseph Lewis, Sr | R.L. JR. | 02:10-CV-02510 |
| Joseph Lewis, Sr | L.L. | 02:10-CV-02510 |
| Joseph Lewis, Sr | | 02:10-CV-02510 |
| Constance Lewis | | 02:10-CV-02510 |
| Cathy Lee | | 02:10-CV-02532 |
| Jasmine Lastie | | 02:10-CV-02510 |
| Andrew Lain | | 02:10-CV-02510 |
| Margaret Kramer | | 02:10-CV-02510 |
| Maggie Jenkins | | 02:10-CV-02510 |

| | | |
|---|---|---|
| Melvin Howard | | 02:10-CV-02510 |
| Megan Henry | | 02:10-CV-02510 |
| Derrick Hart | | 02:10-CV-02510 |
| Megan Henry | T.D. | 02:10-CV-02510 |
| Louis Orduna | | 02:10-CV-02538 |
| Troy Scott | | 02:10-CV-02488 |
| Joshua Heidel | | 02:10-CV-02481 |
| Priscilla Jackson | | 02:10-CV-02525 |
| Tyree Hobson III | | 02:10-CV-02525 |
| Torey Hobson | | 02:10-CV-02525 |
| Mary Hobson | | 02:10-CV-02525 |
| Tequila Hobson | T.B. JR. | 02:10-CV-02525 |
| Tequila Hobson | | 02:10-CV-02525 |
| Jim Kraus | | 02:10-CV-02489 |
| Louis Nelson, Jr. | | 02:10-CV-02532 |
| Darryoln Lee | | 02:10-CV-02532 |
| Katie Nelson | | 02:10-CV-02532 |
| Patricia Nelson | | 02:10-CV-02532 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

        I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                        Respectfully submitted,

                                        */s/ Frank J. D'Amico, Jr.*
                                        Frank J. D'Amico, Jr.