UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO:<br>*Austin, et al. v. Alliance Homes, Inc., et al*<br>Civil Action No. 09-06187 | * * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-6187.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Ernest Williams | | 02:10-CV-02570 |
| Catherine Austin | | 02:10-CV-02538 |
| Catherine Austin | J.H. | 02:10-CV-02538 |
| Beatrice Morgan | | 02:10-CV-04069 |
| Elvina Day | | 02:10-CV-04102 |
| Alden Dezara | | 02:10-CV-04102 |
| Eddie Hoffman | | 02:10-CV-04102 |
| Ryan Mitchell | | 02:10-CV-04102 |

| | | |
|---|---|---|
| Patrick Temple | | 02:10-CV-04102 |
| Stephanie Wright | | 02:10-CV-04100 |
| Tiki Smith | | 02:10-CV-04078 |
| Tiki Smith | J.S. | 02:10-CV-04078 |
| Tiki Smith | J.S. | 02:10-CV-04078 |
| Tiki Smith | J.S. | 02:10-CV-04078 |
| Tiki Smith | J.S. | 02:10-CV-04078 |
| Willie C. Lee | | 02:10-CV-04067 |
| Josephine Miller – Owney | | 02:10-CV-04067 |
| Earnes Owney | | 02:10-CV-04067 |
| Veronica Lizana | | 02:10-CV-04081 |
| Jarmesha Lizana | | 02:10-CV-04081 |
| Kenny Womack | | 02:10-CV-04081 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 */s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.