## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS  DOCUMENT RELATED TO:** | * | **MAGISTRATE CHASEZ** |
| *Austin, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-06187* | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from

Original "Unmatched" Complaints for Damages is Granted.

DATED this _____ day of _____, 2010 in New Orleans, Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE