UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: *Barber, et al. v. Alliance Homes, Inc., et al* *Civil Action No. 09-07166* | * * * | MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED"COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-07166, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Joyce Brown | | 02:10-CV-02510 |
| Gabriel Washington, Sr | | 02:10-CV-02557 |
| Gabriel Washington, Sr | G.W. JR. | 02:10-CV-02557 |
| Gabriel Washington, Sr | G.W. | 02:10-CV-02557 |
| Barry Pascual | | 02:10-CV-02510 |
| Paul Brown | | 02:10-CV-02510 |
| Riley Fontenot | | 02:10-CV-02510 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        AARON Z. AHLQUIST (LSBA# 29063)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522