UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * * | JUDGE ENGELHARDT |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Barber, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-07166* | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is Granted.

DATED this ____ day of _____, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE