UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |
| *Sims, et al. v. Alliance Homes, Inc., et al* | * | |
| Civil Action No. 09-05334 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, civil Action No. 09-05334, pursuant to Federal Rule 21.  Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781) have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action indicated in the table below.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Trevor Raphiel | | 02:10-CV-03635 |
| Joan Riley | | 02:10-CV-03634 |
| Oliver Williams, Jr. | | 02:10-CV-03634 |
| Charles Williams, Jr. | | 02:10-CV-03634 |
| Jason Douglas | | 02:10-CV-03613 |
| Eemaj Douglas | | 02:10-CV-03613 |
| Brandi Sander | | 02:10-CV-03613 |
| Jada Sander | | 02:10-CV-03613 |
| Deborah Johnson | | 02:10-CV-03621 |
| Glenisha Joseph | | 02:10-CV-03621 |
| Elizabeth Alphonso | | 02:10-CV-03599 |
| Christi Martinez | | 02:10-CV-03599 |
| Julie Martinez | | 02:10-CV-03599 |
| Derrica Branch | | 02:10-CV-03599 |

| Name | Case Number |
|---|---|
| Neal Fifi, Sr. | 02:10-CV-03599 |
| Shavonne Montana | 02:10-CV-03599 |
| Stephanie Montana | 02:10-CV-03599 |
| Tevin Montana | 02:10-CV-03599 |
| Felix Morter | 02:10-CV-03599 |
| Ariel Johnson | 02:10-CV-03623 |
| Marco Membreno | 02:10-CV-03623 |
| Steve Smith | 02:10-CV-03623 |
| Larry Gibson | 02:10-CV-03615 |
| Anthony Morgan | 02:10-CV-03616 |
| Ella Morgan | 02:10-CV-03616 |
| Lacey Bailey | 02:10-CV-03627 |
| Paul Wooten | 02:10-CV-03627 |
| Romalice Taylor | 02:10-CV-03630 |
| Lois Williams | 02:10-CV-03630 |
| Joseph Jones, Sr. | 02:10-CV-03620 |
| Cornelius Thibodeaux | 02:10-CV-03620 |
| Hunter Watler | 02:10-CV-03620 |
| Josephine Merritt | 02:10-CV-03605 |
| Aaliyah McGee | 02:10-CV-03605 |
| Charles McGee | 02:10-CV-03605 |
| Zhiyah McGee | 02:10-CV-03605 |
| Patricia Jefferson | 02:10-CV-03605 |
| Carl Tasker | 02:10-CV-03605 |
| Anne Medley | 02:10-CV-03619 |
| Christie Duplessis | 02:10-CV-03629 |
| Patricia Jefferson | 02:10-CV-03629 |
| Anne Medley | 02:10-CV-03600 |
| George Williams | 02:10-CV-03597 |
| Andrew Williams, Jr. | 02:10-CV-03597 |
| Anthony Tasker | 02:10-CV-03633 |
| Frances Tasker | 02:10-CV-03633 |
| Katrina Patterson | 02:10-CV-03626 |
| Jonothan Rogers | 02:10-CV-03626 |
| Dennis Singleton | 02:10-CV-03626 |
| Sherman Singleton, Jr. | 02:10-CV-03626 |

| | |
|---|---|
| Nakia Smith | 02:10-CV-03626 |
| J. B. Johnson | 02:10-CV-03626 |
| Elizabeth King | 02:10-CV-03626 |
| Zenia Taylor | 02:10-CV-03626 |
| Robert Thornton | 02:10-CV-03626 |
| Juanita Torres | 02:10-CV-03626 |
| Lai Tran | 02:10-CV-03626 |
| Gerald Pettis | 02:10-CV-03626 |
| Cheryl Peters | 02:10-CV-03626 |
| Lester Vaultz | 02:10-CV-03626 |
| Quartraine Washington | 02:10-CV-03626 |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the Original "Unmatched" Complaint for Damages.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522