# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL No. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS  DOCUMENT RELATED TO:** | * | **MAGISTRATE CHASEZ** |
| *Sims, et al. v. Alliance Homes, Inc., et al* | * | |
| *Civil Action No. 09-05334* | * | |

**********************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT,** through undersigned counsel, come Plaintiffs who respectfully request that his Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages filed with this Court as Civil Action No. 09-5334.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) filed new complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant.  Therefore, Plaintiffs seek to have their original "unmatched" claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints.

| Claimant | o/b/o | Case No. |
|---|---|---|
| Trevor Raphiel | | 02:10-CV-03635 |
| Joan Riley | | 02:10-CV-03634 |
| Oliver Williams, Jr. | | 02:10-CV-03634 |
| Charles Williams, Jr. | | 02:10-CV-03634 |
| Jason Douglas | | 02:10-CV-03613 |
| Eemaj Douglas | | 02:10-CV-03613 |
| Brandi Sander | | 02:10-CV-03613 |
| Jada Sander | | 02:10-CV-03613 |

| | | |
|---|---|---|
| Deborah Johnson | | 02:10-CV-03621 |
| Glenisha Joseph | | 02:10-CV-03621 |
| Elizabeth Alphonso | | 02:10-CV-03599 |
| Christi Martinez | | 02:10-CV-03599 |
| Julie Martinez | | 02:10-CV-03599 |
| Derrica Branch | | 02:10-CV-03599 |
| Neal Fifi, Sr. | | 02:10-CV-03599 |
| Shavonne Montana | | 02:10-CV-03599 |
| Stephanie Montana | | 02:10-CV-03599 |
| Tevin Montana | | 02:10-CV-03599 |
| Felix Morter | | 02:10-CV-03599 |
| Ariel Johnson | | 02:10-CV-03623 |
| Marco Membreno | | 02:10-CV-03623 |
| Steve Smith | | 02:10-CV-03623 |
| Larry Gibson | | 02:10-CV-03615 |
| Anthony Morgan | | 02:10-CV-03616 |
| Ella Morgan | | 02:10-CV-03616 |
| Lacey Bailey | | 02:10-CV-03627 |
| Paul Wooten | | 02:10-CV-03627 |
| Romalice Taylor | | 02:10-CV-03630 |
| Lois Williams | | 02:10-CV-03630 |
| Joseph Jones, Sr. | | 02:10-CV-03620 |
| Cornelius Thibodeaux | | 02:10-CV-03620 |
| Hunter Watler | | 02:10-CV-03620 |
| Josephine Merritt | | 02:10-CV-03605 |
| Aaliyah McGee | | 02:10-CV-03605 |
| Charles McGee | | 02:10-CV-03605 |
| Zhiyah McGee | | 02:10-CV-03605 |
| Patricia Jefferson | | 02:10-CV-03605 |
| Carl Tasker | | 02:10-CV-03605 |
| Anne Medley | | 02:10-CV-03619 |
| Christie Duplessis | | 02:10-CV-03629 |
| Patricia Jefferson | | 02:10-CV-03629 |
| Anne Medley | | 02:10-CV-03600 |
| George Williams | | 02:10-CV-03597 |
| Andrew Williams, Jr. | | 02:10-CV-03597 |

| | | |
|---|---|---|
| Anthony Tasker | | 02:10-CV-03633 |
| Frances Tasker | | 02:10-CV-03633 |
| Katrina Patterson | | 02:10-CV-03626 |
| Jonothan Rogers | | 02:10-CV-03626 |
| Dennis Singleton | | 02:10-CV-03626 |
| Sherman Singleton, Jr. | | 02:10-CV-03626 |
| Nakia Smith | | 02:10-CV-03626 |
| J. B. Johnson | | 02:10-CV-03626 |
| Elizabeth King | | 02:10-CV-03626 |
| Zenia Taylor | | 02:10-CV-03626 |
| Robert Thornton | | 02:10-CV-03626 |
| Juanita Torres | | 02:10-CV-03626 |
| Lai Tran | | 02:10-CV-03626 |
| Gerald Pettis | | 02:10-CV-03626 |
| Cheryl Peters | | 02:10-CV-03626 |
| Lester Vaultz | | 02:10-CV-03626 |
| Quartraine Washington | | 02:10-CV-03626 |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable  Court to grant Plaintiff's Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages because they have each filed new complaints for damages matching each Plaintiff with specific manufacturers and/or contractor defendants.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
AARON Z. AHLQUIST (LSBA# 29063)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

Respectfully submitted,

 */s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.