UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO Civil Action No. 08-5031 Belinda H. Bauer, et al, v Liberty Homes, Inc., et al | | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing liaison counsel for Defendants are aware of this Court's order on August 16, 2010 (Doc. 15156) and Counsel does not anticipate an objection to the filing of Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.

       719 S. Shoreline Boulevard, Suite 500
       Corpus Christi, Texas 78401
       Telephone:  (361) 882-1612
       Facsimile:  (361) 882-3015

       **MIKAL C. WATTS**
       Texas State Bar No. 20981820
       Southern District of TX Federal ID No. 12419
       MIKAL C. WATTS, P.C.
       2506 N. Port Ave.
       Corpus Christi, Texas 78401
       Telephone: (800) 994-0019
       Facsimile: (361) 882-1261

       **RICHARD P. IEYOUB**
       Louisiana State Bar and
       Eastern District of Louisiana Federal ID No. 2217
       CARLETON DUNLAP OLINDE & MOORE, LLC
       One American Place, Suite 900
       Baton Rouge, LA 70825
       Phone 225-282-0600
       Fax 225-282-0650

       **DANIEL D. WARE**
       Mississippi State Bar and
       Southern District of Mississippi Federal ID #10847
       **CARROLL LOUIS CLIFFORD IV**
       Mississippi State Bar and
       Southern District of Mississippi Federal ID #99545
       WARE CLIFFORD LAW FIRM PLLC
       2625 Ridgewood Rd., Ste 100
       Jackson, MS 39216
       Phone 601-368-9310
       Fax 601-368-9958
       **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

/s/ Robert C. Hilliard

---

**ROBERT C. HILLIARD**