UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No.  09-4677<br>Josetta Hardy, et. al.  vs. Gulf Stream<br>Coach, Inc., et. al. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing liaison counsel for Defendants are aware of this Court's order on August 16, 2010 (Doc. 15156) and Counsel does not anticipate an objection to the filing of Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone:  (361) 882-1612
    Facsimile:  (361) 882-3015

    **MIKAL C. WATTS**
    Texas State Bar No. 20981820
    Southern District of TX Federal ID No. 12419
    MIKAL C. WATTS, P.C.
    2506 N. Port Ave.
    Corpus Christi, Texas 78401
    Telephone: (800) 994-0019
    Facsimile: (361) 882-1261

    **RICHARD P. IEYOUB**
    Louisiana State Bar and
    Eastern District of Louisiana Federal ID No. 2217
    CARLETON DUNLAP OLINDE & MOORE, LLC
    One American Place, Suite 900
    Baton Rouge, LA 70825
    Phone 225-282-0600
    Fax 225-282-0650

    **DANIEL D. WARE**
    Mississippi State Bar and
    Southern District of Mississippi Federal ID #10847
    **CARROLL LOUIS CLIFFORD IV**
    Mississippi State Bar and
    Southern District of Mississippi Federal ID #99545
    WARE CLIFFORD LAW FIRM PLLC
    2625 Ridgewood Rd., Ste 100
    Jackson, MS 39216
    Phone 601-368-9310
    Fax 601-368-9958
    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

3

/s/ Robert C. Hilliard

---

**ROBERT C. HILLIARD**