# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE:      **FEMA TRAILER**     *    **MDL NO. 1873**
            **FORMALDEHYDE PRODUCTS**  *
            **LIABILITY LITIGATION**   *    **SECTION "N" (5)**
                                 *
**THIS DOCUMENT PERTAINS TO**    *    **JUDGE ENGELHARDT**
**Civil Action No. 09-4687**        *    **MAGISTRATE CHASEZ**
**Shondreka Lee, et. al. vs. Gulf Stream** *
**Coach, Inc., et. al.**            *
                                 *
                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Plaintiffs listed on Exhibit A, pursuant to this Honorable Court's instructions in Pretrial Order No. 40, (Doc. 1781), filed new complaints for damages, matching each Plaintiff with a manufacturer and contract defendant. Therefore, Plaintiffs seek to have their original "matched" claims severed from the underlying "unmatched" Original Complaint for Damages.

In considering a motion to sever, the court may consider the following factors: (1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided

if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims. *McFarland v. State Farm Fire & Cas. Co.,* No. 1:06cv466-LTS-RHW, 2006 WL 2577852, at *1 (S.D.Miss. Sept. 6, 2006).

These factors all support severance of these matched Plaintiffs. Judicial economy will be best served and prejudice avoided.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.


/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**

3

## Exhibit A

---

**Alcee Legard (210496)**  **Address** 811 Magazine St. Hammond, LA 70401

| | | |
|---|---|---|
| **Case Style** | Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7921 |
| **Case Style** | June Franklin, as Next Friend of L.t, a minor, et. al. vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 10-2208 |

---

**Alex Minor (210763)**  **Address** 3817 DeerCreek Ln. Harvey, LA 70058

| | | |
|---|---|---|
| **Case Style** | Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

---

**Alicia Washington (210430)**  **Address** 122 Killona Dr. Killona, LA 70057

| | | |
|---|---|---|
| **Case Style** | June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-2223 |

---

**Andrew Smith (211134)**  **Address** P.O. Box 945 Pearlington, MS 39572

| | | |
|---|---|---|
| **Case Style** | Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

---

**Ashley Bleidt, as Next Friend of F.G, a minor (211578)**  **Address** 601 Josephine St. Pass Christian, MS 39571

| | | |
|---|---|---|
| **Case Style** | Ricardo Dangerfield, et. al. vs. Dutchmen Manufacturing, Inc., et. al. | **Cause No.** 09-7067 |
| **Case Style** | Shabree Page, et. al. vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7122 |

---

**Ashley Bleidt, as Next Friend of T.G, a minor (211579)**  **Address** 601 Josephine St. Pass Christian, MS 39571

| | | |
|---|---|---|
| **Case Style** | Ricardo Dangerfield, et. al. vs. Dutchmen Manufacturing, Inc., et. al. | **Cause No.** 09-7067 |
| **Case Style** | Shabree Page, et. al. vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7122 |

---

**Ashley Conerly (210492)**  **Address** P.O.Box 71 Hammond, LA 70401

| | | |
|---|---|---|
| **Case Style** | Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7921 |
| **Case Style** | June Franklin, as Next Friend of L.t, a minor, et. al. vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 10-2208 |

---

**Ashley Conerly, as Next Friend of C.P, a minor (210493)**  **Address** P.O. Box 71 Hammond, LA 70401

| | | |
|---|---|---|
| **Case Style** | Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7921 |
| **Case Style** | June Franklin, as Next Friend of L.t, a minor, et. al. vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 10-2208 |

---

**Ashley Conerly, as Next Friend of D.B, a minor (210494)**  **Address** P. O. Box 71 Hammond , LA 70401

| | | |
|---|---|---|
| **Case Style** | Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7921 |
| **Case Style** | June Franklin, as Next Friend of L.t, a minor, et. al. vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 10-2208 |

---

**Ashley Hall (210445)**  **Address** 2231 Dreaux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin   **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Barbara James (210795)**  **Address** 248 East 14 St.  Edgard, LA 70049

**Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 09-7085

---

**Barbidale Barnes, as Next Friend of A.B, a minor**  **Address** 22420 Ellis Hamilton Road  Moss Point, MS
**(210902)**  39562

**Case Style** Ricky Calhoun, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 09-7108

---

**Barbidale Barnes, as Next Friend of C.B, a minor**  **Address** 22420 Ellis Hamilton Road  Moss Point, MS
**(210901)**  39562

**Case Style** Ricky Calhoun, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 09-7108

---

**Barbidale Barnes, as Next Friend of T.H, a minor**  **Address** 22420 Ellis Hamilton Road  Moss Point, MS
**(210903)**  39562

**Case Style** Ricky Calhoun, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 09-7108

---

**Bernadette Hutson (212482)**  **Address** PO Box 1404  Kenner, LA 70063

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs.  **Cause No.** 10-2207
Cavalier Home Builders, LLC, et. al.

---

**Bernette Conerly, as Next Friend of J.D, a minor**  **Address** 649 Hwy 98 West  Tylertown, MS 39667
**(211601)**

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7070

---

**Bernette Conerly, as Next Friend of T.G, a minor**  **Address** 649 Hwy 98 West  Tylertown, MS 39667
**(211648)**

**Case Style** Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs.  **Cause No.** 09-7889
Forest River, Inc., et. al.

---

**Bertrand Jupiter (210432)**  **Address** 122 Killona Dr.  Killona, LA 70057

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2223

---

**Betty Legard (210497)**  **Address** 811 Magazine St.  Hammond, LA 70401

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7921

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt  **Cause No.** 10-2208
Homes, Inc., et. al.

---

**Betty Legard, as Next Friend of J.L, a minor**  **Address** 811 Magazine St.  Hammond, LA 70401
**(210498)**

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7921

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt  **Cause No.** 10-2208
Homes, Inc., et. al.

---

**Betty Minor (210462)**                        **Address** 115 S.LHS. Dr. #8  Lumberton, TX 77657

**Case Style** Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs Gulf    **Cause No.** 09-7081
Stream Coach, Inc., et. al.

---

**Betty Nelson (210465)**                        **Address** P.O.Box 217  Hahnville, LA 70057

**Case Style** Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 10-1269
et. al.

---

**Brandon Hall (210437)**                        **Address** 2331 Dreux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin    **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Brandon Isaac (210436)**                        **Address** 156 Killona Dr.  Killona, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7921

---

**Brandon Isaac, as Next Friend of B.I, a minor**    **Address** 156 Killona Drive  Killona, LA 70057
**(210424)**

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7921

---

**Brandy Hall (210453)**                        **Address** 610 Wallace Dr.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin    **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Brenda Hall (210452)**                        **Address** 2231 Dreaux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin    **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Brian Domino, as Representative of the Estate of**    **Address** P.O. Box 24  Pearlington, MS 39572
**Freddy Domino, deceased (211603)**

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

---

**Brian Herrington, as Next Friend of M.H, a minor**    **Address** 342 Old Spanish Trail  Bay St. Louis, MS
**(212460)**                                    39520

**Case Style** Gregory Albert, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7068

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7078

---

**Brian Herrington, as Next Friend of M.H, a minor**    **Address** 342 Old Spanish Trail  Bay St. Louis, MS
**(212461)**                                    39520

**Case Style** Gregory Albert, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7068

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7078

---

**Brian Herrington, as Next Friend of M.H, a minor**    **Address** 342 Old Spanish Trail  Bay St. Louis, MS
**(212462)**                                    39520

**Case Style** Shera Borne, as Next Friend of J. S., a minor, et. al.  vs Gulf    **Cause No.** 10-1280
Stream Coach, Inc., et. al.

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.    **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

Brion James (212492)    **Address** 386 Adam St. Killona, LA 70057

**Case Style** Rikita Alexander, as Next Friend of J. A., a minor, et. al. vs. **Cause No.** 09-7889
Forest River, Inc., et. al.

---

Britney Jackson (212486)    **Address** P.O. Box 209 Hahnville, LA 70057

**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7891

---

Brittney Bowman (210425)    **Address** 156 Killona Dr. Killona, LA 70057

**Case Style** Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7921

---

Calotta Greene (210786)    **Address** PO Box 1125 Luling, LA 70070

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin **Cause No.** 10-2229
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.

---

Calotta Greene, as Next Friend of A.B, a minor **Address** PO Box 1125   Luling, LA 70070
(210789)

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-2234

---

Calotta Greene, as Next Friend of S.G, a minor **Address** PO Box 1125 Luling, LA 70070
(210788)

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-2234

---

Calotta Greene, as Next Friend of T.G, a minor **Address** PO Box 1125 Luling, LA 70070
(210787)

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-2234

---

Candius Martin, as Next Friend of Z.B, a minor **Address** 4180 West Bayou Moss Point, MS 39563
(211782)

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al. vs. **Cause No.** 09-7800
American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

---

Carla Gieseler, as Next Friend of F.G, a minor **Address** 920 S. Beach Blvd Waveland, MS 39576
(211539)

**Case Style** Latonya McMillian, et. al. vs. American Camper **Cause No.** 09-7062
Manufacturing, LLC d/b/a AMERI-CAMP, et. al.

---

Carla Gieseler, as Next Friend of L.G, a minor **Address** 920 S. Beach Blvd Waveland, MS 39576
(211540)

**Case Style** Latonya McMillian, et. al. vs. American Camper **Cause No.** 09-7062
Manufacturing, LLC d/b/a AMERI-CAMP, et. al.

---

Carol Vargas, as Next Friend of D.V, a minor **Address** 8421 Birch Ave Ocean Springs, MS 39564
(211900)

**Case Style** Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. **Cause No.** 09-7093
al.

---

Carol Vargas, as Next Friend of R.V, a minor **Address** 8421 Birch Ave   Ocean Springs, MS 39564
(211899)

**Case Style** Ocenetta Singleton, et. al. vs. Monaco Coach Corporation, et. **Cause No.** 09-7093
al.

Carolyn Smith (210457)                          **Address** 931 Kerlerec St.  New Orleans, LA 70122

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs.     **Cause No.** 09-7890
Gulf Stream Coach, Inc., et. al.

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.      **Cause No.** 10-1275

---

Catherine Bartley (210473)                      **Address** P.O.Box 874  Hahnville, LA 70057

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV,      **Cause No.** 09-7065
Inc., et. al.

---

Chad Newbill (210889)                           **Address** 4607 Burns Street  Moss Point, MS 39563

**Case Style** Chad Newbill, et. al.  vs. Silver Creek Homes, Inc., et. al.      **Cause No.** 10-2256

---

Chanite Singleton, as Next Friend of J.J, a minor    **Address** P.O. Box 653   Hahnville, LA 70057
(210856)

**Case Style** Tomaka Stokes, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 10-2251

---

Chanite Singleton, as Next Friend of L.S, a minor    **Address** P.O. Box 1016
(210855)                                             Hahnville , LA 70057

**Case Style** Tomaka Stokes, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 10-2251

---

Chenea Bilbo (211982)                           **Address** 403 Seventh St  Bay St. Louis, MS 39520

**Case Style** Mark Stockman, et. al.  vs. Jayco, Inc., et. al.                  **Cause No.** 09-7083

---

Christopher Williams (210850)                    **Address** 232 Schoolhouse Rd.  Killona, LA 70057

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.              **Cause No.** 10-2243

---

Clyde Bovie (210467)                            **Address** 17905 River Road  Kilona, LA 70057

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,     **Cause No.** 09-7980
et. al.

---

Constance Bourgeois (211872)                     **Address** 307 Dunbar Avenue Apt F  Bay St. Louis, MS
39520

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 10-2223

---

Curtis Crockett (211764)                        **Address** 917 E. Gulf Terra Drive  Mobile, AL 36605

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs.    **Cause No.** 09-7890
Gulf Stream Coach, Inc., et. al.

---

Dale Johnson (212504)                           **Address** 7557 Mahalo Hui  Diamondhead, MS 39525

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.       **Cause No.** 10-2190

Danell Dallon, as Next Friend of D.D, a minor (210791)

**Address** 206 Adams St.  Killona, LA 70057

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7917

---

Danell Dallon, as Next Friend of D.D, a minor (210792)

**Address** 206 Adam st.  Killona, LA 70057

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7917

---

Danell Dallon, as Next Friend of D.D, a minor (210793)

**Address** 206 Adam st.  Killona, LA 70057

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7917

---

Danneil Weston, as Next Friend of D.W, a minor (211904)

**Address** 1109 Live Oak Ave  Pascagoula, MS 39567

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7070

---

Darlene Mitchell, as Next Friend of B.D, a minor (211700)

**Address** 2356 Kiln Delisle  Kiln, MS 39556

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7070

---

David Blount (210495)

**Address** 811 Magazine St.  Hammond, LA 70401

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7921

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.

**Cause No.** 10-2208

---

Daynisha Dallon (210848)

**Address** 206 Adams St.  Killona, LA 70057

**Case Style** Amber Jones, et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7104

---

Deborah Goins (211150)

**Address** P.O. Box  332  Pearlington, MS 39572

**Case Style** Thomas Morgan, et. al.  vs. Starcraft RV, Inc., et. al.

**Cause No.** 10-2260

---

Deborah Richard, as Next Friend of M.R, a minor (210501)

**Address** P.O. Box 171  Convent, LA 70723

**Case Style** Gregory Albert, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7068

---

Deborah Stanley, as Next Friend of A.S, a minor (211892)

**Address** 2213 Victoria Dr.  Gautier, MS 39553

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2220

---

Deborah Stanley, as Next Friend of J.G, a minor (211950)

**Address** 2213 Victoria Drive  Gautier, MS 39553

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2220

"Devaliera Artaz" Stokes (211968)  **Address** 2213 Victoria Drive  Gautier, MS 39553

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2220

Dewight Allen (210438)  **Address** 1427 New Orleans St.  New Orleans, LA 70117

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2229

Diamielle Griffin (211575)  **Address** P.O. Box 667  Luling, LA 70070

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7891

Dominick Griffin (211577)  **Address** PO Box 667  Luling, LA 70070

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2229

Don Woods (210851)  **Address** P.O.Box 987  Hahnville, LA 70057

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 10-2243

Donald Hall (210444)  **Address** 2231 Dreux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2229

Donell Scott (210474)  **Address** P.O.Box 874  Hahnville, LA 70057

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7065

Donna Green (210419)  **Address** 484 Killona Dr.  Killona, LA 70057

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2223

Dwayna Bartley, as Next Friend of K.P, a minor (210482)  **Address** P.O. Box 874  Hahnville, LA 70057

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

Dwayna Bartley, as Next Friend of T.S, a minor (210483)  **Address** PO Box 874  Hahnville, LA 70057

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7065

Early-Larry James (212493)  **Address** 386 Adam St.  Killona, LA 70057

**Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7072

**Edgar Barnes (211132)**  **Address** P.O. Box 236 Pearlington, MS 39572

**Case Style** Gregory Albert, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7068

**Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

**Edward Hall (210449)**  **Address** 2231 Dreaux Ave. New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

**Edwin Alexander (210468)**  **Address** P.O. Box 956 Hahnville, LA 70057

**Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

**Elaine Acker (211126)**  **Address** 5344 Hwy, 604 Pearlington, MS 39572

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a minor, et. al. vs. Pilgrim International, Inc., et. al.   **Cause No.** 10-2248

**Enola Downing (210849)**  **Address** P.O. Box 474 Killona, LA 70057

**Case Style** Mary Covan, et. al. vs. Frontier RV, Inc., et. al.   **Cause No.** 10-2243

**Eric Gilmore (211545)**  **Address** 386 Adam St. Killona, LA 70057

**Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 09-7072

**Eric Washington (210417)**  **Address** 122 Killona Dr. Killona, LA 70057

**Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

**Ernestine Showers, as Next Friend of B.J, a minor (212485)**  **Address** 476 Smith Street Hahnville, LA 70057

**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7891

**Eugene McDaniel (210834)**  **Address** 2521 26th Street Pascagoula, MS 39581

**Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

**Frank Hall (210450)**  **Address** 2231 Dreaux Ave. New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

**Geraldine Hughes (212477)**  **Address** 238 Carre Court Bay St. Louis, MS 39520

**Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

Grace Crockett (211765)                    **Address** 1102 Skip Ave. Pascagoula, MS 39567

    **Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.          **Cause No.** 09-7070

---

Gregory Keller (210847)                    **Address** PO Box 16 Killona, LA 70057

    **Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 10-2223

---

Gwendolyn Dedaux, as Next Friend of C.C, a minor
(211662)                                   **Address** 605 West David Drive Gulfport, MS 39503

    **Case Style** Richard Chatman, et. al. vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7076

---

Gwendolyn Fields (211946)                  **Address** 3304 Spruce Street Pascagoula, MS 39581

    **Case Style** Henrietta Barnes, et. al. vs. Pilgrim International, Inc., et. al.          **Cause No.** 09-7101

---

Gwendolyn Fields, as Next Friend of T.L, a minor
(211961)                                   **Address** 3304 Spruce Street Pascagoula, MS 39581

    **Case Style** Henrietta Barnes, et. al. vs. Pilgrim International, Inc., et. al.          **Cause No.** 09-7101

---

Gwendolyn Summer (210794)                  **Address** 346 Post St. Killona, LA 70057

    **Case Style** Mary Covan, et. al. vs. Frontier RV, Inc., et. al.          **Cause No.** 10-2243

---

Helen Howell (210754)                      **Address** P.O. Box 109 Luling, LA 70466

    **Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

Herman Johnson (212507)                    **Address** 7557 Mahalo Hui Diamondhead, MS 39525

    **Case Style** Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.          **Cause No.** 10-2190

---

Hung Ho (212464)                           **Address** 100 Espane Park Dr. Waveland, MS 39576

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin          **Cause No.** 10-2229
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.

---

I'geal Griffin (211576)                    **Address** PO Box 667 Luling, LA 70070

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin          **Cause No.** 10-2229
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.

---

Iris Clark (211723)                        **Address** P.O. Box 48 Ama, LA 70031

    **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7079

---

Isaac Davis (211686)                       **Address** P.O. Box 52 Hahnville, LA 70057

    **Case Style** Billy Foxworth, et. al. vs. Keystone Industries, Inc., et. al.          **Cause No.** 09-7085

**Isaac Franchesco (210427)**                    **Address** 156 Killona Dr.  Killona, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7921

---

**Jacqueline Bouie (210755)**                    **Address** 9017  Dixon St  New Orleans, LA 70118

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin          **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Jacqueline Bouie, as Representative of the Estate of**     **Address** 9017 Dixon St  New Orleans, LA 70118
**Johnathan Bouie, deceased (210758)**

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin          **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

**Janell Ingram (212484)**                    **Address** P. O. Box 1094  Hahnville, LA 70057

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1268

---

**Janice Gordon (211553)**                    **Address** 167 Pleasant Lane  Lucedale, MS 39452

**Case Style** Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.** 09-7064

---

**Janice Gordon, as Next Friend of K.G, a minor**          **Address** 167 Pleasant Lane  Lucedale, MS 39452
**(211555)**

**Case Style** Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.** 09-7064

---

**Jarmine Bennett (211853)**                    **Address** P.O. Box 853  Hahnville, LA 70057

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs.          **Cause No.** 09-7890
Gulf Stream Coach, Inc., et. al.

---

**Jasmine Marshall (210969)**                    **Address** 172 Keller St. Apt. 21 Hahnville, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7921

---

**Jasmine Strickland (210852)**                    **Address** P.O.Box 721  Hahnville, LA 70057

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.          **Cause No.** 10-2243

---

**Javonna Johnson (212501)**                    **Address** P.O. Box 693  Luling, LA 70070

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7891

---

**Jayetta Coleman (210463)**                    **Address** 219 Killona Dr.  Killona, LA 70057

**Case Style** M Stars, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.          **Cause No.** 10-2219

| | | |
|---|---|---|
| **Jeanetta Jimerson, as Next Friend of A.T, a minor (211896)** | **Address** P. O. Box 1842  Lucedale, MS 39452 | |
| **Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al. | **Cause No.** 09-7905 | |
| **Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 10-1265 | |

| | |
|---|---|
| **Jeanetta Jimerson, as Next Friend of K.T, a minor (211897)** | **Address** 313 Peacan Circle   Lucedale, MS 39452 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |
| **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-2223 |

| | |
|---|---|
| **Jeanne Hall (210439)** | **Address** 2538 General Pershing  New Orleans, LA 70115 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| **Jeannine Hall (210440)** | **Address** 2231 Dreux Ave.  New Orleans, LA 70122 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| **Jeffery Coleman (211735)** | **Address** P.O. Box 558  Luling, LA 70070 |
| **Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7890 |

| | |
|---|---|
| **Jeffery Coleman, as Next Friend of R.A, a minor (211923)** | **Address** P.O. Box 558  Luling, LA 70070 |
| **Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7890 |

| | |
|---|---|
| **Jemel Johnson (212509)** | **Address** 102 Cole Drive  Hendersonville, TN 37075 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| **Jennifer Avery, as Next Friend of B.H, a minor (212473)** | **Address** 6043 West Madison Street  Bay St. Louis, MS 39520 |
| **Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 09-7085 |
| **Case Style** Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 09-7093 |

| | |
|---|---|
| **Jennifer Avery, as Next Friend of R.H, a minor (212475)** | **Address** 6043 West Madison St.  Bay St. Louis, MS 39520 |
| **Case Style** Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 10-2265 |

| | |
|---|---|
| **Jennifer Avery, as Next Friend of T.A, a minor (211829)** | **Address** 6046 Madison St.   Bay St. Louis , MS 39520 |
| **Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 09-7085 |
| **Case Style** Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 09-7093 |

---

**Jennifer Hall (210441)**                    **Address** 2231 Dreux Ave. New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin       **Cause No.** 10-2229
Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

**Jerry Daniels (211680)**                    **Address** 915 Victoria Street  Waveland, MS 39576

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 10-2190

---

**Jessica Gordon (211554)**                   **Address** 167 Pleasant Lane  Lucedale, MS 39452

**Case Style** Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al.      **Cause No.** 09-7064

---

**Johnson Manuel (210785)**                   **Address** 610 Adams St.   Killona, LA 70057

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.              **Cause No.** 10-2243

---

**Joseph Blaise (211861)**                    **Address** 3762 Verret Rd.  Verret, LA 70085

**Case Style** Kerry  Taylor, et. al.  vs. Lakeside Park Homes, Inc., et. al.    **Cause No.** 09-7088

---

**Joseph Cousin (210759)**                    **Address** 5511 Holley Ln.  New Orleans, LA 70126

**Case Style** Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7079

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

**Joshua Washington, as Next Friend of J.G, a minor**    **Address** P.O. Box 1094  Hahnville, LA 70057
**(211641)**

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 10-2190

---

**Katherine Isaac (210435)**                  **Address** 156 Killona  Killona, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7921

---

**Katona James (212494)**                     **Address** 386 Adam St. Killona, LA 70057

**Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs.       **Cause No.** 09-7072
Forest River, Inc., et. al.

---

**Katrina Williams (210478)**                 **Address** P. O. Box 217  Hahnville, LA 70057

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,     **Cause No.** 09-7980
et. al.

---

**Katrina Williams, as Next Friend of K.B, a minor**     **Address** PO Box 217  Hahnville, LA 70057
**(210479)**

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,     **Cause No.** 09-7980
et. al.

---

**Katrina Williams, as Next Friend of K.B, a minor (210480)**   **Address** 17905 River Road  Killona, LA 70057

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.   **Cause No.** 09-7980

---

**Kawanda Thompson (210857)**   **Address** PO Box 1608 Luling, LA 70070

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Kawanda Thompson, as Next Friend of B.T, a minor (210860)**   **Address** PO Box 1608 Luling, LA 70070

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Kawanda Thompson, as Next Friend of C.T, a minor (210858)**   **Address** PO Box 1608 Luling, LA 70070

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Kawanda Thompson, as Next Friend of C.T, a minor (210859)**   **Address** PO Box 1608 Luling, LA 70070

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Kawanda Thompson, as Next Friend of J.P, a minor (210861)**   **Address** P.O. Box 1608  Luling, LA 70070

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7890

---

**Kawanda Thompson, as Next Friend of J.T, a minor (210862)**   **Address** PO Box 1603 Luling, LA 70070

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Kawanda Thompson, as Next Friend of K.T, a minor (210749)**   **Address** PO Box 1608 Luling, LA 70057

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

**Keith Hall (210451)**   **Address** 2231 Dreaux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

---

**Kelly Washington (210429)**   **Address** 122 Killona Dr  Killona, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7921

---

**Kelsey Wilson (210853)**   **Address** P.O.Box 525  Ama, LA 70031

**Case Style** Keisha James, et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 10-2255

---

**Kendrick Ross, as Next Friend of K.R, a minor (210421)**   **Address** 705 Killona Dr.  Killona, LA 70057

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7921

---

Kenneth Schmaltz (211001)                    **Address** P.O. Box 482  Pearlington, MS 39572

    **Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.          **Cause No.** 09-7815

---

Kenyata Davis (210484)                       **Address** 50 Megehee Ct.  Waggaman, LA 70094

    **Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7921

---

Kenyata Davis, as Next Friend of A.R, a minor   **Address** 50 Megehee Ct.  Wagaman, LA 70094
(210488)

    **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 10-2223

---

Kenyata Davis, as Next Friend of D.D, a minor   **Address** 50 Megehee  Waggaman, LA 70094
(210487)

    **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 10-2223

---

Kenyata Davis, as Next Friend of J.D, a minor   **Address** 50 Megehee ct.  Waggaman, LA 70094
(210485)

    **Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7921

---

Kenyata Davis, as Next Friend of J.D, a minor   **Address** 50 Megehee ct.  Waggaman, LA 70094
(210486)

    **Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7921

---

Kenyatta Burns, as Next Friend of C.B, a minor   **Address** 128 East St. Peters St.  Belle Chasse, LA 70037
(211788)

    **Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs.          **Cause No.** 09-7890
    Gulf Stream Coach, Inc., et. al.

---

Kenyatta Burns, as Next Friend of Z.B, a minor   **Address** 4200 Lac du Bay St., Apt. D  Harvey , LA
(211794)                                             70058

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf          **Cause No.** 10-2249
    Stream Coach, Inc., et. al.

---

Kevin Berry, as Next Friend of K.B, a minor   **Address** P. O. Box 2032  Bay St. Louis, MS 39521
(211918)

    **Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 10-2220

---

Kim Hall (210442)                            **Address** 2231 Dreux Ave.  New Orleans, LA 70122

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin          **Cause No.** 10-2229
    Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

---

Kimberly Grimes, as Next Friend of I.G, a minor   **Address** 21047 Robinson Rd.  Gulfport, MS 39503
(210935)

    **Case Style** Richard Chatman, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7076

    **Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7078

| Kimberly Grimes, as Next Friend of M.R, a minor (211033) | **Address** 21047 Robinson Road  Gulfport, MS 39503 |
|---|---|

**Case Style** Brandon McNair, et. al.  vs Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7078

| Kimberly Johnson (212511) | **Address** P.O. Box 844   Luling, LA 70070 |
|---|---|

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

| Kotona Legard (210489) | **Address** 1334 Larussa Lane  Independence, LA 70443 |
|---|---|

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.   **Cause No.** 10-2208

| Kotona Legard, as Next Friend of C.L, a minor (210490) | **Address** 61152  Trabona Lane  Amite, LA 70422 |
|---|---|

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.   **Cause No.** 10-2208

| Kotona Legard, as Next Friend of J.L, a minor (210491) | **Address** 1334 Larussa Lane  Independence , LA 70443 |
|---|---|

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

**Case Style** June Franklin, as Next Friend of L.t, a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.   **Cause No.** 10-2208

| La Kendra Thompson, as Representative of the Estate of Aaron Thompson, deceased (211969) | **Address** 4402 Lanier Ave  Pascagoula, MS 39581 |
|---|---|

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7078

| Laconya  Leneaux, as Next Friend of L.L, a minor (212526) | **Address** 112 31st St.   Gulfport, MS 39507 |
|---|---|

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7921

| Lacy Williams (210797) | **Address** P.O. Box 686  Hahnville, LA 70057 |
|---|---|

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

| Lakeisha Polk, as Next Friend of K.L, a minor (211962) | **Address** 3416 Chicot St. Apt. E34 Pascagoula, MS 39581 |
|---|---|

**Case Style** Terrance Andrews, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.   **Cause No.** 10-2253

| Lakeisha Polk, as Next Friend of M.S, a minor (211893) | **Address** 3416 Chicot St. Apt E34 Pascagoula, MS 39581 |
|---|---|

**Case Style** Terrance Andrews, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.   **Cause No.** 10-2253

| Lakita Zollicoffer (210960) | **Address** 1102 Skip Ave.  Pascagoula, MS 39567 |
|---|---|

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

Lakita Zollicoffer, as Next Friend of K.R, a minor (210961)

**Address** 1102 Skip Ave.  Pascagoula, MS 39567

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

---

Lakita Zollicoffer, as Next Friend of R.G, a minor (210962)

**Address** 1102 Skip Ave.  Pascagoula, MS 39567

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

---

Larae Champagne (211818)

**Address** P.O. Box 429  Des Allemands, LA 70030

**Case Style** Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7890

---

Larae Champagne, as Next Friend of J.C, a minor (211817)

**Address** P.O. Box 426  Des Allemands, LA 70030

**Case Style** Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7079

---

Larae Champagne, as Next Friend of L.C, a minor (211819)

**Address** P.O. Box 429  Des Allemands, LA 70030

**Case Style** Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7890

---

Larry Moses (210762)

**Address** 3817 Deer Creek Lane  Harvey, LA 70058

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

---

Lashana Jackson (212488)

**Address** P. O. Box 209 H  Hahnville, LA 70057

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7891

---

LaSonia Davison (211688)

**Address** P.O. Box 412  St. Elmo, AL 36568

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7891

---

Latasha Hall (210443)

**Address** 2231 Dreux Ave.  New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

---

Latasha Mitchell (210509)

**Address** P.O.Box 974  Hahnville, LA 70057

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1268

---

Latasha Mitchell, as Next Friend of J.M, a minor (210510)

**Address** PO Box 974  Hahnville, LA 70057

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1268

---

**Latasha Mitchell, as Next Friend of M.M, a minor (210516)**    **Address** PO Box 974  Hahnville, LA 70057

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1268

---

**Latasha Mitchell, as Next Friend of S.M, a minor (210515)**    **Address** PO Box 974  Hahnville, LA 70057

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1268

---

**Latasha Mitchell, as Next Friend of T.M, a minor (210512)**    **Address** PO Box 974  Hahnville, LA 70057

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1268

---

**Latasha Mitchell, as Next Friend of T.M, a minor (210513)**    **Address** PO Box 974  Hahnville , LA 70057

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1268

---

**Latasha Mitchell, as Next Friend of T.M, a minor (210514)**    **Address** PO Box 974  Hahnville, LA 70057

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1268

---

**Louis Johnson (212401)**    **Address** P.O. Box 693  Luling, LA 70070

   **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7891

---

**Louise Jackson, as Next Friend of T.J, a minor (211045)**    **Address** P.O. Box  401  Pearlington, MS 39572

   **Case Style** Richard Chatman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7076

---

**Lydia Jupiter (210518)**    **Address** 122 Killona Dr.  Killona, LA 70057

   **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

---

**Lydia Jupiter, as Next Friend of A.M, a minor (210428)**    **Address** 122 Killona Dr.  Killona, LA 70057

   **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

---

**Lydia Jupiter, as Next Friend of G.W, a minor (210517)**    **Address** 122 Killona Drive  Killona, LA 70057

   **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

Lynn Grego (211572)

**Address** 73662 Diamondhead Drive North
Diamondhead, MS 39525

**Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

---

Lynn Grego, as Next Friend of J.G, a minor
(211571)

**Address** 73662 Diamondhead Drive North
Diamondhead, MS 39525

**Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 09-7070

---

Majorie Bennett (211854)

**Address** P.O. Box 209 St. Charles, LA 70057

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al. vs.
Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7890

---

Maria Cox (211756)

**Address** P.O. Box 3184 Bay St. Louis, MS 39520

**Case Style** Robert Taylor, et. al. vs. Dutchmen Manufacturing, Inc., et. al.   **Cause No.** 10-2221

---

Maria Cox, as Next Friend of M.C, a minor
(211757)

**Address** P.O. Box 3184 Bay St. Louis, MS 39521

**Case Style** Robert Taylor, et. al. vs. Dutchmen Manufacturing, Inc., et. al.   **Cause No.** 10-2221

---

Marion Word (211908)

**Address** 235 Sycamore St. Bay St. Louis, MS 39520

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

---

Mariska Richard (210502)

**Address** P.O.Box 171 Convent, LA 70723

**Case Style** Gregory Albert, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7068

---

Mark Barnes (210464)

**Address** P.O.Box 248 Hahnville, LA 70057

**Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

---

Mark Hall (210446)

**Address** 2231 Dreaux Ave. New Orleans, LA 70122

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2229

---

Markeith Coleman (211915)

**Address** P.O. Box 1642 Escatawpa, MS 39552

**Case Style** Henrietta Barnes, et. al. vs. Pilgrim International, Inc., et. al.   **Cause No.** 09-7101

---

Marquita Johnson (212403)

**Address** 8515 E. Rabby Street Bayou Le Batre, AL
36509

**Case Style** Jamarcus Smith, et. al. vs. Timberland RV Company d/b/a/
Adventure Manufacturing, et. al.   **Cause No.** 10-2289

---

Martha Cleveland (211726)

**Address** PO Box 246 St. Elmo, AL 36568

**Case Style** Brandon McNair, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7078

May Nguyen, as Next Friend of B.V, a minor (210992) | **Address** 370 Lang Ave  Pass Christian, MS 39571

**Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7072

**Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 09-7085

---

May Nguyen, as Next Friend of B.V, a minor (210993) | **Address** 370 Lang Ave.  Pass Christian, MS 39571

**Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7072

**Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 09-7085

---

Melvin Mitchell (210779) | **Address** 4642 Virgilian St.  New Orleans, LA 70126

**Case Style** Casey Brown, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7075

---

Merle Brennan (211003) | **Address** 417 Old Spanish Trail  Waveland, MS 39576

**Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7070

---

Michael Coleman  (211914) | **Address** P.O. Box 1642  Escatawpa, MS 39552

**Case Style** Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** 09-7101

---

Monica Deluca, as Next Friend of C.D, a minor (210907) | **Address** 4919 Miller Road  Moss Point, MS 39563

**Case Style** Ocenetta Singleton, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 09-7093

---

Monica Deluca, as Next Friend of G.D, a minor (210908) | **Address** 4919 Miller Road  Moss Point, MS 39563

**Case Style** Patricia Engeseth, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 10-2204

---

Nakia Harden (210426) | **Address** 4425 Townesend Ct  Mason, OH 45040

**Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7921

---

Nathaniel Bartley, as Next Friend of N.B, a minor (210477) | **Address** P. O. Box 874  Hahnville, LA 70057

**Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229

---

Nika Burns (211793) | **Address** 4652 America St.  New Orleans, LA 70126

**Case Style** Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7890

**Case Style** Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** 10-1262

---

**Nika Burns, as Next Friend of C.J, a minor (212498)**          **Address** 4652 America St.  New Orleans, LA 70126

    **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7891

    **Case Style** Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs.          **Cause No.** 10-1262
                  Lakeside Park Homes, Inc., et. al.

---

**Nika Burns, as Next Friend of K.B, a minor (211792)**          **Address** 4539 Mapleleaf Drive  New Orleaans, LA 70114

    **Case Style** Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs.          **Cause No.** 09-7890
                  Gulf Stream Coach, Inc., et. al.

    **Case Style** Vernette Andry, as Next Friend of K. O., a minor, et. al.  vs.          **Cause No.** 10-1262
                  Lakeside Park Homes, Inc., et. al.

---

**Oliver Augillard (211827)**          **Address** P.O. Box 992  Luling, LA 70070

    **Case Style** Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7079

---

**Orleyl Bennett (211855)**          **Address** P.O. Box 853  Hahnville, LA 70057

    **Case Style** Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs.          **Cause No.** 09-7890
                  Gulf Stream Coach, Inc., et. al.

---

**Otis Green (211568)**          **Address** P.O. Box 1203  Luling, LA 70070

    **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7891

---

**Patricia Causey, as Next Friend of C.C, a minor (210771)**          **Address** 416 Lac Bienville #B Harvey, LA 70058

    **Case Style** Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2297

---

**Patricia Causey, as Next Friend of L.C, a minor (210768)**          **Address** 416 Lac Bienville  #B Harvey, LA 70058

    **Case Style** Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2297

---

**Patricia Causey, as Next Friend of L.C, a minor (210769)**          **Address** 416 Lac Bienville  #B Harvey, LA 70058

    **Case Style** Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2297

---

**Patricia Causey, as Next Friend of M.C, a minor (210767)**          **Address** 416 Lac Bienville #B Harvey, LA 70058

    **Case Style** Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2297

---

**Patricia Causey, as Next Friend of P.C, a minor (210770)**          **Address** 416 Lac Bienville #B Harvey, LA 70058

    **Case Style** Joan Decourcy, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2297

---

**Paul Grego (211573)**          **Address** 73662 Diamondhead Dr. North  Diamondhead, MS 39525

    **Case Style** Albert  Williams, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7070

Paul Grego (211574)                          **Address** 73662 Diamondhead Drive North
                                                          Diamondhead, MS 39525

    **Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.       **Cause No.** 09-7070

---

Paul Schmitz, as Next Friend of C.M, a minor    **Address** 1203 22nd St Pascagoula, MS 39581
(210869)

    **Case Style** Mark Stockman, et. al. vs. Jayco, Inc., et. al.       **Cause No.** 09-7083

---

Phyllis Johnson, as Next Friend of M.J, a minor    **Address** 8515 E. Rabby Street  Bayou Le Batre, AL
(212402)                                                       36509

    **Case Style** Jamarcus Smith, et. al. vs. Timberland RV Company d/b/a/    **Cause No.** 10-2289
Adventure Manufacturing, et. al.

---

Polanda Woodard (210773)                        **Address** 4642 Virgilian St. New Orleans, LA 70126

    **Case Style** Kahla Roach , as Next Friend of H. R., a minor, et. al. vs. Gulf    **Cause No.** 09-7081
Stream Coach, Inc., et. al.

---

Quec Nguyen (210980)                            **Address** 107 Spanish Cove  Waveland, MS 39576

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin    **Cause No.** 10-2229
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.

---

Raven Biggs (211859)                            **Address** 386 Adam St. Killona, LA 70057

    **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs.    **Cause No.** 09-7072
Forest River, Inc., et. al.

---

Raven Biggs, as Next Friend of D.B, a minor     **Address** 386 Adam St. Killona, LA 70057
(211834)

    **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs.    **Cause No.** 09-7072
Forest River, Inc., et. al.

---

Raymond Stipe (210805)                          **Address** 420 Post St. Killona, LA 70057

    **Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al. vs.    **Cause No.** 09-7890
Gulf Stream Coach, Inc., et. al.

---

Rene Markey (210422)                            **Address** 122 Killona Dr. Killona, LA 70057

    **Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 10-2223

---

Richard Hughes (212478)                         **Address** 238 Carre Court  Bay St. Louis, MS 39520

    **Case Style** Albert Williams, et. al. vs. Forest River, Inc., et. al.       **Cause No.** 09-7070

---

Robert Antoine (211929)                         **Address** 4518 Feliciana Drive  New Orleans, LA 70126

    **Case Style** Bernell Clements, et. al. vs. Forest River, Inc., et. al.       **Cause No.** 10-2184

---

Robert Collier (210778)                         **Address** 13918 Interipd  New Orleans, LA 70129

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin    **Cause No.** 10-2229
Necaise, deceased, et. al. vs. Gulf Stream Coach, Inc., et. al.

---

Roland Francois (211634)                    **Address** 414 Ristroph  Lyling, LA 70070

    **Case Style**  LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7891

---

Ronald Hode (212467)                        **Address** 204 Kacey Lane  Waveland, MS 39576

    **Case Style**  Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al.        **Cause No.** 09-7102

---

Roosevelt Crockett (211651)                 **Address** 1102 Skip Ave.  Pascagoula, MS 39567

    **Case Style**  Albert  Williams, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 09-7070

---

Roy Brown (211780)                          **Address** 3612 Davis Street  Moss Point, MS 39563

    **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-2234

---

Roy Farria (210433)                         **Address** 156 Killona Dr.  Killona, LA 70057

    **Case Style**  Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7921

---

Ruby Crockett (211652)                      **Address** 917 E. Gulf Terra Drive  Mobile, AL 36605

    **Case Style**  Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7078

---

Ruby Williams (210821)                      **Address** PO Box  1268 Escatawpa, MS 39552

    **Case Style**  Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs.        **Cause No.** 10-2207
                  Cavalier Home Builders, LLC, et. al.

---

Ryan Branger (211876)                       **Address** 54 Deer Run Road  Picaune , MS 39466

    **Case Style**  Ryan Branger, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-3639

---

Sabrina Williams (210820)                   **Address** P.O. Box  1268 Escatawpa, MS 39552

    **Case Style**  Sibbonai Williams, et. al.  vs. Jayco, Inc., et. al.        **Cause No.** 10-2228

    **Case Style**  Sibbonai Williams, et. al.  vs. Homes of Merit, Inc., et. al.        **Cause No.** 10-2212

---

Sandra Bennett (211857)                     **Address** P.O. Box 853  Hahnville, LA 70057

    **Case Style**  Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs.        **Cause No.** 09-7890
                  Gulf Stream Coach, Inc., et. al.

---

Sandra Farrior (211615)                     **Address** 4180 1st Ave.  Bay St. Louis, MS 39520

    **Case Style**  Albert  Williams, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 09-7070

---

Sandra Lewis, as Next Friend of S.B, a minor (211838)

**Address** 1401 Douglas Street  Mobile, AL 36605

**Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7890

---

Sandra Lindsey, as Next Friend of D.F, a minor (211632)

**Address** 3120 Rd 528 Lot 1  Kiln, MS 39556

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

Sandra Lindsey, as Next Friend of R.F, a minor (211631)

**Address** 3120 Rd 528 Lot 1  Kiln, MS 39556

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

Sandra Nesom, as Next Friend of C.G, a minor (211649)

**Address** 7124 Union Street  Bay St. Louis, MS 39520

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7065

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7078

---

Sandra Nesom, as Next Friend of J.G, a minor (211537)

**Address** 7124 Union Street  Bay St. Louis, MS 39520

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7065

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7078

---

Sandra Nesom, as Next Friend of M.G, a minor (211650)

**Address** 7124 Union Street  Bay St. Louis, MS 39520

**Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7065

**Case Style** Brandon McNair, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7078

---

Shannon Mitchell (210511)

**Address** PO Box 974  Hahnville, LA 70057

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1268

---

Shantell Smith, as Next Friend of T.S, a minor (210800)

**Address** 248 East 14th St.  Edgard, LA 70049

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Shantell Smith, as Next Friend of T.S, a minor (210801)

**Address** 248 East 14 Street  Edgard, LA 70049

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Shantell Smith, as Next Friend of T.S, a minor (210802)

**Address** 248 East 14 Street  Edgard, LA 70049

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Shelia Brantley (211878)

**Address** 3537 Boone Street  Moss Point, MS 39533

**Case Style** Richard Chatman, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7076

---

Shonda Branger (211877)

**Address** 54 Deer Run Road  Picaune, MS 39466

**Case Style** Ryan Branger, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-3639

---

Shonda Branger, as Next Friend of P.B, a minor (211874)

**Address** 54 Deer Run Road  Picaune, MS 39466

**Case Style** Ryan Branger, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-3639

---

Shondreka Lee (211095)

**Address** P.O. Box 416  Pearlington, MS 39572

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 10-2190

---

Shunta Isaac (210434)

**Address** 156 Killona Drive  Killona, LA 70057

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2223

---

Sibbonai Williams (210819)

**Address** 5577 Houston Road Apt 501  Macon, GA 31216

**Case Style** Sibbonai Williams, et. al.  vs. Jayco, Inc., et. al.

**Cause No.** 10-2228

**Case Style** Sibbonai Williams, et. al.  vs. Homes of Merit, Inc., et. al.

**Cause No.** 10-2212

---

Stacy  Summers, as Next Friend of K.W, a minor (210846)

**Address** 248 East 14 Street  Edgard, LA 70049

**Case Style** Amber Jones, et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7104

---

Stacy Summers (210845)

**Address** 248 East 14St.  Edgard, LA 70049

**Case Style** Amber Jones, et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7104

---

Starleen Johnson (211149)

**Address** 16116 8th Ave.  Pearlingoton, MS 39572

**Case Style** Gerard Hobden, et. al.  vs. Sunnybrook R.V., Inc., et. al.

**Cause No.** 09-7113

---

Steven Bogan (211863)

**Address** 701 Union St.  In care of (C/O)  Mike Coleman Apt 30, Bay St. Louis , MS 39520

**Case Style** Kasinda Brumfield, as Next Friend of K.B, a minor, et. al.  vs. Pilgrim International, Inc., et. al.

**Cause No.** 10-2248

Sylvia Odom, as Next Friend of J.O, a minor (211975)

**Address** 91 Blanche St.  Lucedale, MS 39452

    **Case Style**  Albert  Williams, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7070

---

Sylvia Odom, as Next Friend of J.O, a minor (211976)

**Address** 91 Blanche St.  Lucedale, MS 39452

    **Case Style**  Albert  Williams, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7070

---

Tammy Hall (210456)

**Address** 2231 Dreaux Dr.  New Orleans, LA 70122

    **Case Style**  Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2229

---

Tanasha Minor, as Next Friend of R.N, a minor (210459)

**Address** 8018 Read Blvd.  New Orleans, LA 70127

    **Case Style**  Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7890

---

Tanasha Minor, as Next Friend of T.M, a minor (210461)

**Address** 8018 Read Blvd  New Orleans, LA 70127

    **Case Style**  Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7890

---

Teddy Williams (210822)

**Address** P.O. Box  1268  Escatawpa, MS 39552

    **Case Style**  Sibbonai Williams, et. al.  vs. Jayco, Inc., et. al.

**Cause No.** 10-2228

    **Case Style**  Sibbonai Williams, et. al.  vs. Homes of Merit, Inc., et. al.

**Cause No.** 10-2212

---

Teresa Hall (210448)

**Address** 2231 Dreaux Ave.  New Orleans, LA 70122

    **Case Style**  Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2229

---

Terriell Borne (211864)

**Address** 414 Ristroph  Luling, LA 70070

    **Case Style**  Seternea Harris, as Next Friend of T.  A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7890

---

Terriell Borne, as Next Friend of R.F, a minor (211635)

**Address** 414 Ristroph  Luling, LA 70070

    **Case Style**  LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7891

---

Thanh Nguyen (210981)

**Address** 107 Spanish Cove  Waveland, MS 39576

    **Case Style**  Shandreka Foucha, et. al.  vs. Sunline Coach Company, et. al.

**Cause No.** 09-7847

---

Thanh Nguyen, as Next Friend of T.N, a minor (210982)

**Address** 107 Spanish Cove  Waveland, MS 39576

    **Case Style**  Shandreka Foucha, et. al.  vs. Sunline Coach Company, et. al.

**Cause No.** 09-7847

| | |
|---|---|
| Theresa Johnson, as Next Friend of C.J, a minor (212502) | **Address** P.O. Box 662  Hahnville, LA 70057 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |

| | |
|---|---|
| Theresa Johnson, as Next Friend of C.J, a minor (212503) | **Address** P.O. Box 662  Hahnville, LA 70057 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |

| | |
|---|---|
| Theresa Johnson, as Next Friend of G.J, a minor (212506) | **Address** P.O. Box 662  Hahnville, LA 70057 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |

| | |
|---|---|
| Thoms Byrd, as Next Friend of T.B, a minor (211085) | **Address** 37007 Dummy Line Road  Hickory, LA 70452 |
| **Case Style** James Glaude, et. al.  vs. Cavalier Homes Inc. , et. al. | **Cause No.** 10-2280 |

| | |
|---|---|
| Timothy Bourgeois, as Next Friend of S.P, a minor (210948) | **Address** 7015 W. Neshoba  Bay St. Louis, MS 39520 |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2234 |

| | |
|---|---|
| Toni Arnold (211824) | **Address** 1107 Oliver St.  Pascagoula , MS 39567 |
| **Case Style** Seternea Harris, as Next Friend of T. A., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7890 |

| | |
|---|---|
| Tracy Hall (210455) | **Address** 2231 Dreaux Dr.  New Orleans, LA 70122 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| Trelaya Shorter (210781) | **Address** 3423 Baronne St.  New Orleans, LA 70115 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| Trelaya Shorter, as Next Friend of K.T, a minor (210782) | **Address** 8920 Marks Street  New Orleans, LA 70118 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

| | |
|---|---|
| Trenell Gilmore, as Next Friend of E.G, a minor (211546) | **Address** 386 Adam St.  Killona, LA 70057 |
| **Case Style** Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7889 |

| | |
|---|---|
| Trenell Gilmore, as Next Friend of E.G, a minor (211548) | **Address** 386 Adam St.  Killona, LA 70057 |
| **Case Style** Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7889 |

| | |
|---|---|
| Vernon Treaudo (210774) | **Address** 3423 Barrone St.  New Orleans, LA 70115 |
| **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2229 |

---

Virginia Hode (212468)      **Address** 204 Kacey Lane  Waveland, MS 39576

    **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7102

---

Virginia Hode, as Next Friend of E.H, a minor (212465)      **Address** 204 Kacey Lane  Waveland, MS 39576

    **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7102

---

Virginia Hode, as Next Friend of N.H, a minor (212466)      **Address** 204 Kacey Lane  Waveland, MS 39576

    **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7102

---

Wanda Hall (210454)      **Address** 2231 Dreaux Dr.  New Orleans, LA 70122

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2229

---

Wanda Ladner, as Next Friend of D.C, a minor (211663)      **Address** 2081 Road 367 Kiln, MS 39556

    **Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7065

---

Wanda Ladner, as Next Friend of L.C, a minor (211666)      **Address** 2081 Road 367 Kiln, MS 39556

    **Case Style** Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7065

---

Whittney Davison (211943)      **Address** 3304 Spruce Street  Pascagoula, MS 39581

    **Case Style** Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al.    **Cause No.** 09-7101

---

Whittney Davison, as Next Friend of L.P, a minor (211883)      **Address** 3304 Spruce Street  Pascagoula, MS 39581

    **Case Style** Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al.    **Cause No.** 09-7101

---

William Hall (210447)      **Address** 2231 Dreaux Ave  New Orleans, LA 70122

    **Case Style** Wilma Necaise, as Representative of the Estate of Marvin Necaise, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2229

---

Willie Brantley (211879)      **Address** 3537 Boone Street  Moss Point, MS 39533

    **Case Style** Richard Chatman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7076

---

Willie Knox (211913)      **Address** 14269 County Farm Rd Lot 145 Gulfport, MS 39503

    **Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.    **Cause No.** 10-2221

---

Yvonne Dear, as Next Friend of L.D, a minor (211691)      **Address** 117 Yarborough Place  Waveland, MS 39576

    **Case Style** Billy Foxworth, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 09-7085

Yvonne Green (211569)                    **Address**  P.O. Box 1203  Luling , LA 70070

   **Case Style**  LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7891

---

Yvonne Green, as Next Friend of J.G, a minor    **Address**  1490 Paul Mallard Rd  Luling, LA 70070
(211562)

   **Case Style**  LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7891

---

Yvonne Green, as Next Friend of L.G, a minor    **Address**  P.O. Box 1203  Luling, LA 70070
(211564)

   **Case Style**  LaSonia Davison, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7891