UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-4707<br>Roxanne Bailey, et. al. vs. Gulf Stream Coach, Inc., et. al. | | * * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages. In compliance with this Court's Pretrial Order 40, (Doc. 1781), Plaintiffs filed new complaints matching each Plaintiff with a manufacturer and contract defendant.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

            Respectfully submitted,

            /s/ Robert C. Hilliard

            _____
            **ROBERT C. HILLIARD**
            **Trial Attorney in Charge for Plaintiffs**
            Texas State Bar No. 09677700
            Southern District of TX Federal ID No. 5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

    /s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

# Exhibit A

1025

| | | | |
|---|---|---|---|
| Adam Allen (239434) | **Address** | 458 NW Second St.  Reserve, LA 70084 | |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | | |

| | | | |
|---|---|---|---|
| Adam Allen, as Next Friend of K.A, a minor (239436) | **Address** | 458 Northwest 2nd St.  Reserve, LA 70084 | |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | | |

| | | | |
|---|---|---|---|
| Adrian Bolden, as Representative of the Estate of Sam Bolden, deceased (239430) | **Address** | 36272 Salmen St.  Slidell, LA 70460 | |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | | |

| | | | |
|---|---|---|---|
| Alma Smith (239938) | **Address** | 601 Oakwood Drive  Terrytown, LA 70056 | |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7894 | | |

| | | | |
|---|---|---|---|
| Amy Cryer (239449) | **Address** | 27407 Sycamore Dr  Lacombe, LA 70445 | |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | | |

| | | | |
|---|---|---|---|
| Angel William-Hamilton (239931) | **Address** | 2473 Prancer Street  New Orleans, LA 70131 | |
| **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7069 | | |

| | | | |
|---|---|---|---|
| Ariel Lymuel (239942) | **Address** | 217 Tumblebrook St.  Slidell, LA 70461 | |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  09-7064 | | |

| | | | |
|---|---|---|---|
| Armetra Tyson, as Next Friend of S.T, a minor (239933) | **Address** | 45437 Jenkins Road Lot 4 Franklinton, LA 70438 | |
| **Case Style**  Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7081 | | |
| **Case Style**  Cathy Diamond, et. al.  vs. Lexington Homes, et. al. | **Cause No.**  09-7110 | | |

| | | | |
|---|---|---|---|
| Brandy Hall, as Next Friend of T.A, a minor (239958) | **Address** | 209 McCaughan Ave. Apt. 4C Long Beach, MS 39502 | |
| **Case Style**  Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7889 | | |

| | | | |
|---|---|---|---|
| Charles Avery (239897) | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 | |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.**  09-7101 | | |

| | | | |
|---|---|---|---|
| Charles Avery (239900) | **Address** | 2217 Greenbriar Ct.  Lake Charles, LA 70607 | |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.**  09-7101 | | |

| | | | |
|---|---|---|---|
| Charlette Edwards (239915) | | **Address** | 3680 Melvin Cutoff Rd  Gilbertown, AL 36908 |
| | **Case Style**  Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 10-2207 |
| Chasity Stallworth, as Next Friend of J.S, a minor (239727) | | **Address** | 27191 Price Alley Rd  Lacombe, LA 70445 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Cheryl Brady (239924) | | **Address** | 4758 Mandeville St  New Orleans, LA 70122 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Cheryl Passaro, as Next Friend of B.D, a minor (239443) | | **Address** | 1334 West Lawn Dr  Slidell, LA 70460 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| | **Case Style**  Kerry  Taylor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** | 09-7088 |
| | **Case Style**  Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.** | 10-1312 |
| Chris Fletcher (239442) | | **Address** | 110 Lee Ct  Gulfport, MS 39503 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Cierra Brady (239925) | | **Address** | 4747 Mandeville St  New Orleans, LA 70122 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Clarence White (239424) | | **Address** | 37399 Lopez St  Slidell, LA 70458 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Curtis Trosclair (239903) | | **Address** | 1576 Chancer Lane  Slidell, LA 70461 |
| | **Case Style**  Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Danielle Carbo (239970) | | **Address** | 308 Williams St.  Biloxi, MS 39530 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Debra Darensbourg (239908) | | **Address** | 4535 Bundy Road  New Orleans, LA 70127 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Delrick Dugas (239960) | | **Address** | 309 N. Kinney   Iowa, LA 70647 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| | **Case Style**  Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |

| | |
|---|---|
| Derek Daughtry, as Next Friend of A.D, a minor (239957) | **Address** 27161 Sycamore Dr  Lacombe, LA 70445 |
| **Case Style**  Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** 09-7083 |
| Desvon Joseph (239951) | **Address**  P.O. Box 713  Boutte, LA 70039 |
| **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** 09-7065 |
| Diaries Thomas (239956) | **Address**  4828 Eastview Dr.  New Orleans, LA 70126 |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7894 |
| Dina Lassere, as Next Friend of M.B, a minor (239932) | **Address**  2909 English Colony Drive  Laplace, LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** 10-2218 |
| Dina Lassere (239947) | **Address**  2909 Englsih Colony Dr.  Laplace, LA 70068 |
| **Case Style**  Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** 10-1269 |
| Dina Lassere, as Next Friend of M.B, a minor (239934) | **Address**  2909 English Colony Dr  Laplace , LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** 10-2218 |
| Dina Lassere, as Next Friend of M.T, a minor (239948) | **Address**  2909 English Colony Dr.  Laplace, LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** 10-2218 |
| Dina Savarese, as Next Friend of K.S, a minor (239724) | **Address**  3118 Jackson Ave  Chalmette, LA 70043 |
| **Case Style**  Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7081 |
| Donna Washington (239936) | **Address**  2765 Harris St  Slidell, LA 70458 |
| **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2249 |
| Doris Batiste, as Next Friend of J.B, a minor (239431) | **Address**  PO Box 728  Lacombe , LA 70445 |
| **Case Style**  Tanisha Banks, et. al.  vs. Skyline Corporation, et. al. | **Cause No.** 09-7084 |
| **Case Style**  Yolanda Goodwin, et. al.  vs. Layton Homes Corp., et. al. | **Cause No.** 10-1257 |
| Edward Williams (239943) | **Address**  516 Oakwood Drive  Terrytown, LA 70056 |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7894 |

| | | | |
|---|---|---|---|
| Eric Moore (239973) | | **Address** 3709 Meadowlark Dr.  Gulfport, MS 39501 | |
| **Case Style** | Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Erika Roberts (239379) | | **Address** P.O. Box 1103  Lacombe, LA 70445 | |
| **Case Style** | Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Eunice Lymuel (239940) | | **Address** 217 Tumblebrook St.  Slidell, LA 70461 | |
| **Case Style** | Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Felecie Gray (239447) | | **Address** 1726 Lynnwood Drive  Slidell, LA 70460 | |
| **Case Style** | Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Flora Williams (239923) | | **Address** 2473 Prancer Street  New Orleans, LA 70131 | |
| **Case Style** | Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Floretta Stewart (239927) | | **Address** 2212 N Arnoult Road  Apt 224C Netiaire, LA 70001 | |
| **Case Style** | Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Floretta Stewart, as Next Friend of M.S, a minor (239926) | | **Address** 2212 N. Arnoult Rd  Metairie, LA 70001 | |
| **Case Style** | Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Frank Bartley (239918) | | **Address** 1213 Martin Dr  Marrero , LA 70072 | |
| **Case Style** | Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2249 |
| Gail White (239961) | | **Address** 406 Leboeuf  New Orleans, LA 70114 | |
| **Case Style** | Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Gary Nelson (239896) | | **Address** 2779 10th St.  Slidell, LA 70458 | |
| **Case Style** | Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Geraldine Joseph (239950) | | **Address** 237 Goodchildren St  Boutte, LA 70039 | |
| **Case Style** | Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |
| Gloria Brignac (239982) | | **Address** 313 Central Ave.  Edgard, LA 70049 | |
| **Case Style** | Sandy Barnes, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7887 |

| | | | |
|---|---|---|---|
| **Gloria Eckel (239965)** | | **Address** | 791 Pine Tree St.  Slidell, LA 70458 |
| **Case Style** | Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| **Greg Dupuy (239731)** | | **Address** | 717 Barlow St  Waveland, MS 39576 |
| **Case Style** | Tanisha Banks, et. al.  vs. Skyline Corporation, et. al. | **Cause No.** | 09-7084 |
| **Case Style** | Vanessa Buras, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 10-2179 |
| **Case Style** | Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-2183 |
| **Case Style** | Bernell Clements, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 10-2184 |
| **Herman Shiloh (239935)** | | **Address** | 2165 Brutus Street  New Orleans, LA 70122 |
| **Case Style** | Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| **James Calloway (239912)** | | **Address** | 132 Hollow Roack   Slidell, LA 70461 |
| **Case Style** | Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7797 |
| **Janet Williams (239941)** | | **Address** | 516 Oakwood Drive  Terrytown, LA 70056 |
| **Case Style** | Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| **Jasper Poole, as Representative of the Estate of Clara Anderson, deceased (239914)** | | **Address** | 111 West Chester Blvd Apt D-7 Slidell, LA 70458 |
| **Case Style** | Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7795 |
| **Jean Allen (239437)** | | **Address** | 458 Northwest 2nd St.  Reserve, LA 70084 |
| **Case Style** | Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| **Jeanette Clark (239911)** | | **Address** | 5713 7th Ave.  Pearlington, MS 39572 |
| **Case Style** | Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7980 |
| **Jo Ann Windham (239444)** | | **Address** | 2214 Glendale Cr  Pascagoula, MS 39567 |
| **Case Style** | Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| **Joann King (239954)** | | **Address** | 8836 Forshey Street  New Orleans, LA 70118 |
| **Case Style** | Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| **John Kent (239966)** | | **Address** | P.O. Box 92054  Lafayette, LA 70509 |
| **Case Style** | George Jones, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 10-1258 |

| | | | |
|---|---|---|---|
| Joseph County (239729) | | **Address** | 1330 Kings Row  Slidell, LA 70461 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Katrina Krarup (238602) | | **Address** | P.O. Box 271  Ocean Springs, MS 39566 |
| | **Case Style**  Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7083 |
| Keshia Lymuel (239945) | | **Address** | 2044 Heather Lane  Slidell, LA 70461 |
| | **Case Style**  Ricardo Dangerfield, et. al.  vs. Dutchmen Manufacturing, Inc., et. al. | **Cause No.** | 09-7067 |
| Kevin Allen (239448) | | **Address** | 296 Homewood Pl.  Reserve, LA 70081 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Kevin Darensbourg (239907) | | **Address** | 4535 Bundy Road  New Orleans, LA 70127 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Kyron Ducree (239733) | | **Address** | 62229 Nineth North  Slidell, LA 70460 |
| | **Case Style**  Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** | 09-7907 |
| Lance Washington (239937) | | **Address** | 2765 Harris St  Slidell, LA 70458 |
| | **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2233 |
| Lauren Washington (239939) | | **Address** | 2765 Harris St.  Slidell, LA 70458 |
| | **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2233 |
| Laurie Burfield, as Next Friend of E.V, a minor (239979) | | **Address** | 1630 Deborah Dr.  Paydras, LA 70085 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| | **Case Style**  Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Linda McAfee (239913) | | **Address** | 1711 McArthur Drive  Slidell, LA 70460 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Lisa Joseph (239949) | | **Address** | P.O. Box 713  Boutte, LA 70039 |
| | **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |

| | | |
|---|---|---|
| Lisa Joseph, as Next Friend of D.J, a minor (239953) | **Address** | P.O. Box 713  Boutte, LA 70039 |
| **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |
| Lubertia Jackson (239921) | **Address** | 1516 Estalotte  Harvey, LA 70058 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Madge Goff (239929) | **Address** | 1501 Pressburg St  New Orleans, LA 70122 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Margaret Sawyer (239919) | **Address** | 608 Silver St  Winona, MS 38967 |
| **Case Style**  Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Marilyn Avery (239898) | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Marilyn Avery, as Next Friend of A.A, a minor (239901) | **Address** | 2217 Green Briar Ct.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Marilyn Avery, as Next Friend of M.A, a minor (239902) | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Mattie Parker (239917) | **Address** | 1212 Martin Dr.  Marrero, LA 70072 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Michael Hyde (239403) | **Address** | 1111 Krebs Ave.  Pascagoula, MS 39567 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Monica Lymuel (239944) | **Address** | 217 Tumblebrook St.  Slidell, LA 70461 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Osharelle Small (239928) | **Address** | PO Box 1263  Donaldsonville, LA 70346 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Pearly Winfield (239968) | **Address** | 8413 Donna Lane  Shreveport, LA 71106 |
| **Case Style**  Daniel Armour, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al. | **Cause No.** | 09-7103 |

| | | |
|---|---|---|
| Rebecca Lee (239910) | **Address** | 1016 Clairise Court  Slidell, LA 70461 |
| **Case Style**  Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Rebecca Lee, as Next Friend of D.L, a minor (239906) | **Address** | 1016 Clairise Ct  Slidell, LA 70461 |
| **Case Style**  Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Ronald Kindle (239946) | **Address** | 8836 Forshey St.  New Orleans, LA 70118 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Ronnie Davis (239446) | **Address** | 25561 W Jackson St  Lacombe, LA 70445 |
| **Case Style**  Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7083 |
| Rosanna Leonard (239963) | **Address** | 217 Morgan Dr.  Slidell, LA 70460 |
| **Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Roxanne Bailey (239465) | **Address** | 2121 Allo Mumphury  Violet, LA 70092 |
| **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Ruth Perrie (239734) | **Address** | 1500 W Hall Ave  Slidell, LA 70460 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Sandra Jackson (239920) | **Address** | 15116 Estalotte  Harvey, LA 70058 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Sandra Jackson, as Next Friend of N.J, a minor (239922) | **Address** | 1516 1/2 Estalote St.  Harvey, LA 70058 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Shaquita Dorsey (239726) | **Address** | 28564 Phillip Street  Lacombe, LA 70445 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Shasta Darensbourg (239909) | **Address** | 4120 Duplessis Street  New Orleans, LA 70122 |
| **Case Style**  Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Shasta Darensbourg, as Next Friend of S.S, a minor (239904) | **Address** | 4120 Duplessis Street  New Orleans, LA 70122 |
| **Case Style**  Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |

| | | |
|---|---|---|
| Shelita Hosley (239967) | **Address** | P.O. Box 92054  Lafayette, LA 70509 |
| **Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Stacy Dillon, as Next Friend of H.D, a minor (239969) | **Address** | 5841 Coubra Dr.  Marrero, LA 70072 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Tammara Brown (239427) | **Address** | 2019 Heather Lane  Slidell, LA 70461 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Tari Booker (239445) | **Address** | 57065 Pace St.  Slidell, LA 70461 |
| **Case Style**  Angel Steber, as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Tasha Johnson (239962) | **Address** | 518 Jumpin Jack Lane  Lake Charles, LA 70615 |
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 09-7916 |
| Terese Coleman (239722) | **Address** | 331 Tiffany St  Slidell, LA 70461 |
| **Case Style**  Lauren Becnel, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 09-7092 |
| Tiffany Carter, as Next Friend of C.F, a minor (239439) | **Address** | 1200 Eagle Lake Blvd. Trlr 11  Slidell, LA 70460 |
| **Case Style**  Angel Steber, as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Towanda Willis (239423) | **Address** | 1400 Kings Row  Slidell, LA 70461 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Tracey Segura (239955) | **Address** | 428 Drury Lane  Slidell, LA 70460 |
| **Case Style**  Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Velda Smith (239952) | **Address** | P.O. Box 352386  Los Angeles, CA 90035 |
| **Case Style**  Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Veronica Pichon (239905) | **Address** | 35578 Oakridge Ave  Slidell, LA 70460 |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |

| | | |
|---|---|---|
| Walter Gray (239438) | **Address** | 1726 Lynnwood Drive   Slidell, LA 70460 |
| **Case Style** Angel Steber, as Next Friend of K. S., a minor, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Wanda Soniat (239899) | **Address** | 2102 Selma St.  New Orleans, LA 70122 |
| **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Wanette Tyson, as Next Friend of Z.T, a minor (239930) | **Address** | PO Box 120  Franklinton, LA 70438 |
| **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| **Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et. al. | **Cause No.** | 09-7110 |
| Wardell Sawyer (239916) | **Address** | 608 Silver St.  Winona, MS 38967 |
| **Case Style** Heather Bosarge, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Whitley Nelson (239895) | **Address** | 101 Lakeland Dr.  Slidell, LA 70458 |
| **Case Style** Ronique Lavigne, et. al. vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Willie Bishop (239964) | **Address** | 62268 Boy Brown Rd.  Angie, LA 70426 |
| **Case Style** Tasha Turner, et. al. vs. Keystone RV Company, et. al. | **Cause No.** | 10-2239 |
| Yvetta Pearson (239977) | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Yvetta Pearson, as Next Friend of E.M, a minor (239976) | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Yvetta Pearson, as Next Friend of N.M, a minor (239974) | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al. vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |