# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7398 | | * | MAGISTRATE CHASEZ |
| Michela Scott, as Next Friend of N. J., a | | * | |
| minor, et. al.  vs. Gulf Stream Coach, Inc., | | * | |
| et. al. | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.  In compliance with this Court's Pretrial Order 40, (Doc. 1781), Plaintiffs filed new complaints matching each Plaintiff with a manufacturer and contract defendant.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

## Exhibit A

1312

| | | |
|---|---|---|
| Adam Ceasar (248679) | **Address** | 4490 Luke Powers Road  Lake Charles, LA 70615 |
| **Case Style**  Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.**  10-1254 | |

| | | |
|---|---|---|
| Adron Battle (248699) | **Address** | 1125 Cactus Drive  Lake Charles, LA 70607 |
| **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2234 | |

| | | |
|---|---|---|
| Agna Bellard, as Next Friend of D.B, a minor (248651) | **Address** | 3550 E. Roosevelt Street  Lake Charles, LA 70607 |
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.**  09-7916 | |

| | | |
|---|---|---|
| Albert Bowers (248670) | **Address** | 125 Highway 109 North  Starks, LA 70661 |
| **Case Style**  Lauranette Bolton, et. al.  vs. Sun Valley, Inc., et. al. | **Cause No.**  09-7850 | |

| | | |
|---|---|---|
| Albert Stevens (248581) | **Address** | P.O. Box 1173  Lake Charles, LA 70602 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  09-7980 | |
| **Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-1281 | |

| | | |
|---|---|---|
| Alice Reese (248500) | **Address** | 17427 Coventry Oak Drive  Houston, TX 77084 |
| **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2233 | |

| | | |
|---|---|---|
| Andrella Landry, as Next Friend of I.L, a minor (248685) | **Address** | 302 North Bank Street  Lake Charles, LA 70601 |
| **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7892 | |

| | | |
|---|---|---|
| Angela Nunez (248526) | **Address** | 243 Ruby Lane  Cameron, LA 70631 |
| **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7892 | |

| | | |
|---|---|---|
| Arica Bias, as Next Friend of K.B, a minor (248732) | **Address** | 1600 Legion Street  Lake Charles, LA 70601 |
| **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2234 | |

| | | |
|---|---|---|
| Arlene George (248584) | **Address** | 3118 Aster St.  Apt A  Lake Charles, LA 70601 |
| **Case Style**  Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.**  10-2186 | |

---

**Ashley Jackson (248465)**  **Address** 3812 Auburn Street  Lake Charles, LA 70607

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

---

**Ashlyn Simien (248541)**  **Address** 806 Williams Street  Lake Charles, LA 70601

**Case Style** Kimberly Jackson, as Next Friend of T. J., a minor, et. al.  vs.  Sunnybrook R.V., Inc., et. al.  **Cause No.** 09-7848

---

**August Landry (248504)**  **Address** 6656 Carbina Road  Lake Charles, LA 70607

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2220

---

**Barbara Thompson (248463)**  **Address** 1607 Legion Street  Lake Charles, LA 70601

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7899

---

**Barbara Trahn (248458)**  **Address** 1321 Bridlewood  Lake Charles, LA 70615

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

**Barney Roberts (248544)**  **Address** 1749 Ethel Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

**Belinda West (248683)**  **Address** 3413 Polk Street  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Belinda West, as Next Friend of J.W, a minor (248649)**  **Address** 3413 Polk Street  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Bernadette Tatom (248637)**  **Address** 900 143rd Avenue Apt 161 San Leandro, CA 94578

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Bernita Joubert (248561)**  **Address** 2815 E. Medora St. Apt A Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Bertha Poullard, as Representative of the Estate of Arthur Poullard, deceased (248687)**  **Address** 3021 N. Meadowlardk Drive  Lake Charles, LA 70607

**Case Style** Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

Betty Simon (248532)

**Address** 1901 Mill Street Apt 541 Lake Charles, LA 70601

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7899

---

Bradley Lemona (248447)

**Address** 14127 Payton Road  Welsh, LA 70591

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.

**Cause No.** 09-7815

---

Brenda Miller (248493)

**Address** P.O. Box 2272  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Brenda Miller, as Next Friend of B.M, a minor (248476)

**Address** P.O. Box 2272  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Brenda Miller, as Next Friend of B.S, a minor (248475)

**Address** P.O. Box 2272  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Brent Labove (248521)

**Address** 403 Fontenot Road  Westlake, LA 70669

**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al.

**Cause No.** 09-7907

---

Brian Dugar (248451)

**Address** 3530 W. Roosevelt Street  Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Britney Corbin (248499)

**Address** 1506 Lurton Avenue  Kinder, LA 70648

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.

**Cause No.** 09-7910

---

Brittaney Lake (248575)

**Address** 2208 Gulfway Blvd.  Westlake, LA 70669

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Brittaney Lake, as Next Friend of J.L, a minor (248574)

**Address** 2208 Gulfway Blvd.  Westlake, LA 70669

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Brittany Thompson (248692)

**Address** 2416 2nd Avenue  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

Calvin Gauthier (248571)

**Address** 2046 Reeves Road  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Carla Jubert (248686)

**Address** 3970 Gerstner Memorial Blvd #16 Lake Charles, LA 70607

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al.

**Cause No.** 09-7905

---

Carla Stevenson (248658)

**Address** 13239 Crocker Avenue  Los Angeles, CA 90061

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Carla Stevenson, as Next Friend of D.H, a minor (248659)

**Address** 13239 Crocker Avenue  Los Angeles, CA 90061

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Carly Gradney (248484)

**Address** 1214 N. Shattuck Street  Lake Charles, LA 70601

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2183

---

Carmen Ashworth (248507)

**Address** 3412 Coolidge Street  Lake Charles, LA 70607

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

Carmen Ashworth, as Next Friend of A.L, a minor (248506)

**Address** 3412 Coolidge Street  Lake Charles, LA 70607

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

Carolyn Robbins (248514)

**Address** 6675 Hwy 90 E. #129 Lake Charles, LA 70615

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.

**Cause No.** 09-7916

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 10-1274

---

Cathy Cain (248728)

**Address** 212 Plum Bluff Drive  Lucedale, MS 39452

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.

**Cause No.** 09-7797

---

Catina Rogers (248582)

**Address** 2500 Smith Road Lot 43 Lake Charles, LA 70605

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Charles Wilson (248477)

**Address** 1407 Sallymae Street  Lake Charles, LA 70601

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 10-2186

---

Charlie Lewis (248518)

**Address** 2409 Griffin Street  Lake Charles, LA 70601

**Case Style** Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al.

**Cause No.** 10-2236

**Charlotta Walker** (248562)                  **Address** 423 Holly Vale Drive  Houston, TX 77060

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

**Cheryl Trahan** (248591)                  **Address** 940 Hwy 26  Deridder, LA 70634

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

    **Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al.      **Cause No.** 10-1258

---

**Christie Brignac, as Next Friend of H.B, a minor** (248668)                  **Address** 4067 Brentwood Lane  Lake Charles, LA 70607

    **Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.      **Cause No.** 09-7990

---

**Christina Sylvester** (248461)                  **Address** 2505 Blackwell Street  Lake Charles, LA 70601

    **Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

**Christine Enclarde** (248743)                  **Address** P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.      **Cause No.** 09-7916

---

**Christine Martinez Forse** (248613)                  **Address** P.O. Box 1035  Vinton, LA 70661

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

**Christy Theriot** (248585)                  **Address** 1020 Link Road  Lake Charles, LA 70607

    **Case Style** Charles Burns, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 10-2238

---

**Clarence Mosely** (248462)                  **Address** P.O. Box 954  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

**Cynthia Brown** (248603)                  **Address** 1650 P.E. Daigle Road  Iowa, LA 70647

    **Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

    **Case Style** Charles Burns, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 10-2238

---

**Cynthia Stanford** (248530)                  **Address** 932 Tallow Road Lot 48 Lake Charles, LA 70607

    **Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7899

---

**Daphna Lowe** (248634)                  **Address** P.O. Box 62  Florien, LA 71429

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

| | | |
|---|---|---|
| **Daphna Lowe, as Next Friend of T.L, a minor (248635)** | **Address** | P.O. Box 62  Florien, LA 71429 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7818 |

| | | |
|---|---|---|
| **Darian Thompson (248694)** | **Address** | 2416 2nd Avenue  Lake Charles, LA 70601 |
| **Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7962 |

| | | |
|---|---|---|
| **Darius Lawden (248570)** | **Address** | 4352 Gordon Woods Drive  Lake Charles, LA 70615 |
| **Case Style**  Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.** | 10-2186 |

| | | |
|---|---|---|
| **Davante Lewis (248641)** | **Address** | 1130 8th Avenue  Lake Charles, LA 70601 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |

| | | |
|---|---|---|
| **Dawanna Dugas (248722)** | **Address** | P.O. Box 1874  Iowa, LA 70647 |
| **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** | 09-7792 |
| **Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** | 10-1275 |
| **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 10-1307 |

| | | |
|---|---|---|
| **Dawn Bramlett (248535)** | **Address** | 11241 Hwy 384  Lake Charles, LA 70607 |
| **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7899 |

| | | |
|---|---|---|
| **Debra Foote (248538)** | **Address** | 4401 5th Avenue Apt J72 Lake Charles, LA 70601 |
| **Case Style**  Amy Brecheen, as Next Friend of B. T., a minor, et. al.  vs. Patriot Homes of Texas, L.P., et. al. | **Cause No.** | 09-7851 |

| | | |
|---|---|---|
| **Debra Tucker (248519)** | **Address** | 10850  S Lake Side Drive South  Grand Bay, AL 36541 |
| **Case Style**  Velvet Chretien, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 10-2193 |

| | | |
|---|---|---|
| **Dedra Scruggs, as Next Friend of T.S, a minor (248510)** | **Address** | 704 Esplanade Road  Lake Charles, LA 70605 |
| **Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7962 |

| | | |
|---|---|---|
| **Delphine Simon (248539)** | **Address** | 2124 Hanless Street  Lake Charles, LA 70601 |
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 09-7916 |

| | | |
|---|---|---|
| **Denise Hunter (248489)** | **Address** | 4702 New Hope Avenue  Pascagoula, MS 39581 |
| **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7899 |

Denise Simien (248540)                          **Address** 806 Williams Street  Lake Charles, LA 70601

**Case Style** Kimberly Jackson, as Next Friend of T. J., a minor, et. al.  vs.   **Cause No.** 09-7848
Sunnybrook R.V., Inc., et. al.

Denzel Thompson (248697)                        **Address** 2416 2nd Avenue  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

Dequilla Frazier (248478)                       **Address** 121 River Birch  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

Derek Torregano (248618)                        **Address** 1043 Deesport Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

Destiny Barker (248712)                         **Address** 315 Phyllis Drive  Jennings, LA 70546

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

Diana Malbrough (248633)                        **Address** 4249 5th Avenue Apt S-12 Lake Charles, LA
70607

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.   **Cause No.** 09-7815

Diana Scott, as Next Friend of A.C, a minor    **Address** 2001 South Sherwood Forest Blvd. Apt 218
(248483)                                        Baton Rouge, LA 70816

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

Donald Francis (248569)                         **Address** 2014 Jake Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

Dorothy Winters (248453)                        **Address** 4116 Social Circle  Augusta, GA 30909

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7899

Earl Daniels (248716)                           **Address** 654 ODile Street  Lake Charles, LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

Eddie Thomas (248639)                           **Address** 3117 Gen. Marshall Street  Lake Charles, LA
70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.   **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

Edward Trent (248669)                                    **Address** 2418 Gardenia  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

Elaine Lewis (248665)                                    **Address** 914 17th Street  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

Elaine Lewis, as Next Friend of S.G, a minor          **Address** 914 17th Street  Lake Charles, LA 70601
(248646)

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

Elaine Lewis, as Next Friend of T.G, a minor          **Address** 914 17th Street  Lake Charles, LA 70601
(248648)

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

Elaine Simpson (248595)                                  **Address** 2014 Combre Street  Lake Charles, LA 70615

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Elaine Simpson, as Next Friend of K.L, a minor        **Address** 2014 Combre Street  Lake Charles, LA 70615
(248596)

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.          **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

Elaine Simpson, as Next Friend of K.L, a minor        **Address** 2014 Combre Street  Lake Charles, LA 70615
(248609)

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.          **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

Elaine Tezeno (248707)                                   **Address** 1817 N. Simmons Street  Lake Charles, LA
70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Elaine Tezeno, as Next Friend of V.W, a minor          **Address** 2226 Tulips Street  Lake Charles, LA 70601
(248709)

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Ella Frank (248480)                                      **Address** 4820 Baylor Circle  Beaumont, TX 77705

    **Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7899

---

Ella Lewis (248517) **Address** 2409 Griffin Street  Lake Charles, LA 70601

**Case Style** Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al. **Cause No.** 10-2236

---

Elvia Ceasar (248636) **Address** 4490 Luke Powers Road  Lake Charles, LA 70601

**Case Style** Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al. **Cause No.** 10-1254

---

Emily Rogers (248583) **Address** 2500 Smith Road Lot 43 Lake Charles, LA 70605

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. **Cause No.** 09-7853

---

Eric Leger (248579) **Address** 2402 Oak Park Blvd  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. **Cause No.** 10-1274

---

Eric Leith (248470) **Address** 2201 Greenbriar  Lake Charles, LA 70605

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. **Cause No.** 09-7795

---

Eric McPherson (248715) **Address** P.O. Box 553  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Erica Dean, as Next Friend of J.F, a minor (248656) **Address** 4451 5th Avenue Apt G63 Lake Charles, LA 70607

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al. **Cause No.** 09-7849

---

Erica Dean, as Next Friend of J.P, a minor (248655) **Address** 4451 5th Avenue Apt G63 Lake Charles, LA 70607

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al. **Cause No.** 09-7849

---

Esther Augustine, as Next Friend of I.G, a minor (248644) **Address** 2508 Oak Park Blvd  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. **Cause No.** 10-1274

**Case Style** Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor Industries, Inc., et. al. **Cause No.** 10-1294

---

Ethel Farque (248536) **Address** 11241 Hwy 384  Lake Charles, LA 70607

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1282

---

Ethel Hanchett (248640) **Address** 2620 General Vandenburg Street  Lake Charles, LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al. **Cause No.** 09-7910

Eugene Garner (248702)                    **Address** 3111 N. Meadowlark Drive  Lake Charles, LA
                                                      70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Gable Reed (248557)                        **Address** 1019 12th Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Genevieve Jordan (248455)                  **Address** 2002 1/2 2nd Avenue  Lake Charles, LA 70601

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7899

---

Gicele Goodly, as Next Friend of M.L, a minor    **Address** P.O. Box 19176 Avenue  Lake Charles, LA
(248738)                                                      70616

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs.        **Cause No.** 09-7793
Horton Homes, Inc., et. al.

---

Gicele Goodly, as Next Friend of M.S, a minor    **Address** P.O. Box 19176  Lake Charles, LA 70616
(248739)

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs.        **Cause No.** 09-7793
Horton Homes, Inc., et. al.

---

Gicele Goodly, as Next Friend of M.S, a minor    **Address** P.O. Box 19176  Lake Charles, LA 70616
(248740)

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs.        **Cause No.** 09-7793
Horton Homes, Inc., et. al.

---

Gwendolyn Garner (248703)                  **Address** 3111 N. Medowlark Drive  Lake Charles, LA
                                                      70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Helen Lewis (248736)                       **Address** 4570 Louisiana Avenue  Lake Charles, LA
                                                      70607

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.        **Cause No.** 09-7887

---

Henry Davis (248573)                       **Address** 1513 Meadow Drive  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Henry Dempsey (248727)                     **Address** 9536 Deer Trail Avenue  Zachary, LA 70791

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Henry Tezeno (248711)                      **Address** 2226 Tulip Street Lane  Lake Charles, LA
                                                      70602

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Herman Reed (248718)                       **Address** 1509 N. Booker Street  Lake Charles, LA 70602

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,        **Cause No.** 09-7980
et. al.

---

Hilary Carriere (248555)                    **Address** 2216 22nd Street  Lake Charles, LA 70601

    **Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.          **Cause No.** 09-7795

---

Hollie O'Key (248688)                       **Address** 2920 General Pershing  Lake Charles, LA 70615

    **Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs.          **Cause No.** 09-7905
               Liberty Homes Inc., et. al.

---

Iona Gilbert (248617)                       **Address** 805 17th Street  Lake Charles, LA 70601

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.          **Cause No.** 09-7962
               Cavalier Home Builders, LLC, et. al.

---

Jacqueline Johnson, as Representative of the Estate   **Address** 2705 General Patton  Lake Charles, LA 70615
of Mary Fobbs, deceased (248620)

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.          **Cause No.** 10-2183
               Fleetwood Enterprises, Inc., et. al.

---

Jaime Nabours, as Next Friend of E.N, a minor    **Address** 5697 Highway 3059  Lake Charles, LA 70615
(248566)

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.          **Cause No.** 09-7792
               Keystone RV Company, et. al.

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

James Bill (248469)                         **Address** 2415 Rose Street  Lake Charles, LA 70601

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

James Brown (248601)                        **Address** 1650 P.E. Daigle Road  Iowa, LA 70647

    **Case Style** Charles Burns, et. al.  vs. Jayco, Inc., et. al.          **Cause No.** 10-2238

---

James Nash (248629)                         **Address** 2609 Coplin Road  Westlake, LA 70669

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

James Nash, as Next Friend of D.N, a minor   **Address** 2609 Coplin Road  Westlake, LA 70669
(248632)

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

James Nash, as Next Friend of Z.N, a minor   **Address** 2609 Coplin Road  Westlake, LA 70669
(248630)

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

James Royal (248735)                        **Address** 2005 2nd Avenue  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

James West, as Next Friend of T.W, a minor (248446)

**Address** 1330 N. Shattuck  Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 10-1267

---

Jamie Beasley (248606)

**Address** 310 Abbey Court Apt E5 Biloxi, MS 39531

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Jammie Watson (248467)

**Address** 3606 Truman Street  Lake Charles, LA 70607

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.      **Cause No.** 09-7912

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.      **Cause No.** 10-1307

---

Jared Nunez (248525)

**Address** 243 Ruby Lane  Cameon, LA 70631

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

Jeanette Griffin, as Next Friend of H.P, a minor (248531)

**Address** 1932 S Delta Crossing Rd  Vinton, LA 70668

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

Jeanne Carrier (248486)

**Address** 3202 Warren Street  Lake Charles, LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

Jemalla Vallare (248705)

**Address** 2309 Enterprise Blvd  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7835

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1281

---

Jemalla Vallare, as Next Friend of A.V, a minor (248660)

**Address** 2309 Enterprise Blvd  Lake Charles, LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1281

---

Jemalla Vallare, as Next Friend of A.V, a minor (248704)

**Address** 2309 Enterprise Blvd  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7835

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1281

---

Jenika Jones (248681)

**Address** 1418 Chandler Park Lane  Fresno, TX 77545

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

Jennifer Thomas (248485)    **Address** 1826 Pear Street  Lake Charles, LA 70601

  **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  10-2233

---

Jennifer Williams (248650)    **Address** 4245 5th Avenue Apt F4 Lake Charles, LA 70607

  **Case Style**  Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.  **Cause No.**  09-7909

---

Jennifer Williams, as Next Friend of P.W, a minor (248653)   **Address** 4245 5th Avenue Apt F4 Lake Charles, LA 70607

  **Case Style**  Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.  **Cause No.**  09-7909

---

Jerald Dupont (248719)    **Address** 1003 S. Division Street  Lake Charles, LA 70601

  **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7818

---

Jeremiah Jones (248643)    **Address** 1418 Chandler Park Lane  Fresno, TX 77545

  **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7818

---

Jeremy Laird (248693)    **Address** 3420 Monroe Street  Lake Charles, LA 70607

  **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.  **Cause No.**  09-7892

---

Jerry Zeno (248682)    **Address** 923 Eddie Street  Vinton, LA 70668

  **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  09-7895

---

Jestine Sowells (248608)    **Address** P.O. Box 605  Lake Charles, LA 70602

  **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.**  09-7980

---

Jimmy Brooks (248511)    **Address** 107 Avalon Street  Lake Charles, LA 70615

  **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  10-2233

---

Jimmy Martinez (248612)    **Address** 1013B Old River Road  Starks, LA 70661

  **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  09-7895

---

Jimmy Martinez (248645)    **Address** 1005 N. Old River Road  Starks, LA 70661

  **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  09-7895

---

John Zeno, as Next Friend of M.Z, a minor (248678)   **Address** 1413 1/2 Nichols Street  Vinton, LA 70668

  **Case Style**  Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al.  **Cause No.**  10-1312

---

**Jonathan Brown** (248602)                    **Address**  1650 P.E. Daigle  Iowa, LA 70647

    **Case Style**  Charles Burns, et. al.  vs. Jayco, Inc., et. al.                    **Cause No.**  10-2238

---

**Jonathan January** (248654)                    **Address**  2508 Oak Park Blvd #14 Lake Charles, LA 70601

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  09-7895

    **Case Style**  Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.                    **Cause No.**  10-1274

    **Case Style**  Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor Industries, Inc., et. al.                    **Cause No.**  10-1294

---

**Joseph Batiste** (248491)                    **Address**  P.O. Box 1912  Vinton, LA 70668

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.                    **Cause No.**  09-7980

---

**Joseph Chapman** (248551)                    **Address**  2121 17th Street  Lake Charles, LA 70601

    **Case Style**  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.                    **Cause No.**  09-7887

---

**Joseph Edwards** (248460)                    **Address**  1106 Eddy Street  Vinton, LA 70668

    **Case Style**  Beatrice Hart, et. al.  vs. Dutch Housing, Inc. d/b/a Champion Homes, et. al.                    **Cause No.**  09-7978

---

**Joshua Fontenot** (248599)                    **Address**  2501 13th Street  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.                    **Cause No.**  09-7818

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.                    **Cause No.**  10-1274

---

**Joy Singleton, as Next Friend of M.S, a minor** (248559)                    **Address**  1533 Ace Street Apt C Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.                    **Cause No.**  09-7818

---

**Joyce Fontenot** (248621)                    **Address**  2501 13th Street  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.                    **Cause No.**  09-7818

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.                    **Cause No.**  10-1274

---

**Joyce Fontenot, as Next Friend of G.D, a minor** (248600)                    **Address**  2501 13th Street  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.                    **Cause No.**  09-7818

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.                    **Cause No.**  10-1274

---

**Judy Royal** (248473)                    **Address**  2005 2nd Avenue  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.                    **Cause No.**  09-7818

---

Kammie Hester (248520)

**Address** 2850 Dunne Street  Sulphur, LA 70663

**Case Style** Scott Ihli , et. al.  vs. Sunnybrook R.V., Inc., et. al.

**Cause No.** 10-2293

---

Kaneesha Hutchinson (248721)

**Address** 9536 Deer Trail Avenue  Zachary, LA 70791

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Karin Goodwin, as Next Friend of T.G, a minor (248522)

**Address** P.O. Box 18044  Lake Charles, LA 70616

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 09-7897

---

Kashawna Hutchinson (248724)

**Address** 9536 Deer Trail Avenue  Zachary, LA 70791

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kathy Crysel (248479)

**Address** 11016 Eugene Road  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Kayla Rogers Antoine, as Next Friend of D.A, a minor (248492)

**Address** 626 N Simmons St  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Kaysha Plumber (248481)

**Address** 1810 PE Daigle Road  Iowa, LA 70647

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7899

---

Kaysha Plumber, as Next Friend of D.P, a minor (248471)

**Address** 1810 PE Daigle Road  Iowa, LA 70647

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7899

---

Kemberly Broussard (248624)

**Address** 4033 Fourden Lane  Lake Charles, LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2233

---

Kemberly Broussard, as Next Friend of K.B, a minor (248610)

**Address** 4033 Fourden Lane  Lake Charles, LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2233

---

Kemberly Broussard, as Representative of the Estate of Madeline Boatmon, deceased (248564)

**Address** 4033 Fourden Lane  Lake Charles, LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2233

---

Kendrick Bertrand (248589)

**Address** 2046 Reeves Road  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kendrick Bertrand, as Next Friend of K.B, a minor
(248567)

**Address** 2046 Reeves Road  Lake Charles, LA 70615

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

Kenneth Amos, as Next Friend of K.V, a minor
(248482)

**Address** 2187 E. Gauthier Road Lot 535 Lake Charles, LA 70607

**Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.**  09-7792

**Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.**  10-1275

**Case Style**  Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.    **Cause No.**  10-1254

---

Kenneth Trent (248537)

**Address** 4226 Duke Street  Westlake, LA 70669

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

Kirby Alfred (248664)

**Address** 418 N. Booker Street  Lake Charles, LA 70601

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.    **Cause No.**  09-7892

**Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  10-1281

---

Laiken Nash (248631)

**Address** 2609 Coplin Road  Westlake, LA 70669

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

LaShawna Johnson (248474)

**Address** 3904 Laredo Circle  Lake Charles, LA 70607

**Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.**  09-7792

**Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.**  10-1275

---

Latonya Arvie (248701)

**Address** 4431 Lake Caroline Drive  Lake Charles, LA 70615

**Case Style**  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.    **Cause No.**  09-7887

---

Latoya Lewis (248672)

**Address** 4570 Louisiana Avenue  Lake Charles, LA 70607

**Case Style**  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.    **Cause No.**  09-7887

---

Lee Turner (248542)

**Address** 5712 E. Pinewood Drive  Lake Charles, LA 70607

**Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  10-1282

---

Leeose Lewis, as Next Friend of T.L, a minor
(248472)

**Address** 2017 Susan Street  Lake Charles, LA 70601

**Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7899

Leeose Lewis, as Next Friend of T.L, a minor (248509)

**Address** 2017 Susan Street  Lake Charles, LA 70601

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7899

---

Leslie Fontenot (248622)

**Address** 7153 Boston Drive  New Orleans, LA 70127

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Linda Bias (248466)

**Address** 1600 Legion Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Linda Martinez (248614)

**Address** 1005 North Old River Road  Starks, LA 70661

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Lindsey Bramlett (248587)

**Address** 11241 Hwy 384  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Lindsey Fontenot (248588)

**Address** 2501 13th Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Lisa Bowers (248671)

**Address** 125 Hwy 109 North  Starks, LA 70661

**Case Style** Lauranette Bolton, et. al.  vs. Sun Valley, Inc., et. al.   **Cause No.** 09-7850

---

Littleton Saltzman (248708)

**Address** 1823 Hwy 384 Sweetlake  Lake Charles, LA 70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Margie Moses (248717)

**Address** 315 Phyllis Drive  Jennings, LA 70546

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Margie Moses, as Next Friend of D.S, a minor (248714)

**Address** 315 Phyllis Drive  Jennings, LA 70546

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Margie Moses, as Next Friend of L.B, a minor (248713)

**Address** 315 Phyllis Drive  Jennings, LA 70546

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

| | | |
|---|---|---|
| Marie Turner, as Next Friend of A.T, a minor (248592) | **Address** | 10700 FuQua Street #207 Houston, TX 77089 |
| **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | | **Cause No.**  10-2233 |

| | | |
|---|---|---|
| Marissa Griffin (248698) | **Address** | 2187 E. Gauthier Road Lot 319 Lake Charles, LA 70607 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | | **Cause No.**  09-7818 |

| | | |
|---|---|---|
| Marva Nash (248508) | **Address** | 6571 San Diego Street  Lake Charles, LA 70607 |
| **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | | **Cause No.**  09-7899 |

| | | |
|---|---|---|
| Mary Allison (248619) | **Address** | 608 E. Elizabeth Street  Sulphur, LA 70663 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | | **Cause No.**  09-7980 |

| | | |
|---|---|---|
| Mary January (248615) | **Address** | 2500 Smith Road Lot 73 Lake Charles, LA 70605 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | | **Cause No.**  09-7895 |
| **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | | **Cause No.**  10-1307 |

| | | |
|---|---|---|
| McKartney Young, as Next Friend of M.Y, a minor (248496) | **Address** | 508 Hwy 90  Iowa, LA 70647 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | | **Cause No.**  09-7818 |

| | | |
|---|---|---|
| Megan Goodly (248742) | **Address** | P.O. Box 19176  Lake Charles, LA 70616 |
| **Case Style**  April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al. | | **Cause No.**  09-7793 |

| | | |
|---|---|---|
| Melissa Washington (248607) | **Address** | 527 Roberts Roost Drive  Lake Charles, LA 70615 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | | **Cause No.**  09-7818 |

| | | |
|---|---|---|
| Melody Trahan (248647) | **Address** | 4341 Lake Caroline Drive  Lake Charles, LA 70615 |
| **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | | **Cause No.**  09-7792 |
| **Case Style**  Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al. | | **Cause No.**  10-1275 |

| | | |
|---|---|---|
| Meredith Wheaton, as Next Friend of M.B, a minor (248495) | **Address** | 8804 Saddleburn Drive #207 Irving, TX 75063 |
| **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | | **Cause No.**  09-7853 |

| | | |
|---|---|---|
| Micah Dupre-Pradia, as Next Friend of G.P, a minor (248580) | **Address** | 2500 Smith Road Lot 30 Lake Charles, LA 70607 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | | **Cause No.**  09-7980 |
| **Case Style**  Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al. | | **Cause No.**  10-1260 |

Michael Cain (248730)                          **Address** 212 Plum Bluff Drive  Lucedale, MS 39452

    **Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.** 09-7797

---

Michael Edwards (248674)                       **Address** 1623 Legion Street  Lake Charles, LA 70601

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Michael O'Quain (248505)                       **Address** 2145 Cedar Lane  Sulphur, LA 70663

    **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7892

---

Michela Scott (248529)                         **Address** 4461 Gordon Woods Drive  Lake Charles, LA 70615

    **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7899

---

Michela Scott, as Next Friend of B.D, a minor (248445)     **Address** 4461 Gordon Woods Drive  Lake Charles, LA 70615

    **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7899

---

Michela Scott, as Next Friend of N.J, a minor (248444)     **Address** 4461 Gordon Woods Drive  Lake Charles, LA 70615

    **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7899

---

Michelle Jones, as Next Friend of D.F, a minor (248527)    **Address** 1025 Deesport Street #A Lake Charles, LA 70601

    **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7899

---

Monique Trahan (248673)                        **Address** 2235 Legion Street  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Monique Trahan, as Next Friend of M.H, a minor (248662)    **Address** 2235 Legion Street  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Naomi Collins (248487)                         **Address** 2400 S. Loop West Apt 201 Houston, TX 77054

    **Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7962

---

Nathan Dugas (248675)                          **Address** 2801 Belden Street  Lake Charles, LA 70615

    **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

    **Case Style**  Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

Nathaniel Reeder (248661)　　　　　**Address** 2012 Ford Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7895

---

Neko Simpson (248638)　　　　　**Address** 2107 Rose Street  Lake Charles, LA 70601

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.　　**Cause No.** 09-7797

---

Nicholas Ethridge (248524)　　　　　**Address** 301 N. Simmons  Lake Charles, LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

Nichole Thibodeaux, as Next Friend of N.T, a minor (248516)　　　　　**Address** 3101 Admiral King Drive  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7818

---

Offie Fountain (248611)　　　　　**Address** 4956 Alligator Park Road  Starks, LA 70661

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7895

---

Owen Cahee (248550)　　　　　**Address** 4216 Dutches Street  Westlake, LA 70669

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7895

---

Pamela Dugar (248454)　　　　　**Address** 3530 W. Roosevelt Street  Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7818

---

Pamela Dugar, as Next Friend of B.D, a minor (248494)　　　　　**Address** 3530 W. Roosevelt Road  Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7818

---

Pamela Watkins (248515)　　　　　**Address** P.O. Box 402  Lake Charles, LA 70645

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.　　**Cause No.** 09-7887

---

Patrick King, as Next Friend of J.K, a minor (248468)　　　　　**Address** 3222 Cedar Street  Lake Charles, LA 70615

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.　　**Cause No.** 09-7980

---

Patrina Rougeau (248545)　　　　　**Address** 3970 Gertner Memorial Dr. Lot 10 Lake Charles , LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7818

---

Patrina Rougeau, as Next Friend of M.R, a minor (248548)　　　　　**Address** 1100 James Sudduth Parkway  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7818

| Patrina Rougeau, as Next Friend of S.R, a minor (248549) | **Address** 1100 James Sudduth Parkway  Lake Charles, LA 70615 |
|---|---|
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| Patrina Rougeau, as Next Friend of T.R, a minor (248546) | **Address** 1100 James Sudduth Parkway  Lake Charles, LA 70615 |
|---|---|
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| Patrina Rougeau, as Next Friend of V.D, a minor (248547) | **Address** 1100 James Sudduth  Lake Charles, LA 70615 |
|---|---|
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| Paul Martin (248734) | **Address** 1215 Jackson Street  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2234 |

| Pauline Fontenot (248556) | **Address** 2308 Moeling Street  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.**  09-7795 |

| Pennie Bowman, as Next Friend of M.B, a minor (248710) | **Address** 2187 E. Gauthier Road Lot 133 Lake Charles, LA 70607 |
|---|---|
| **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.**  09-7795 |

| Piquela Stelly, as Next Friend of D.S, a minor (248741) | **Address** 4490 Luke Power Road  Lake Charles, LA 70615 |
|---|---|
| **Case Style**  Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.**  10-1254 |

| Piquella Stelly, as Next Friend of D.S, a minor (248737) | **Address** 4490 Luke Power Road  Lake Charles, LA 70615 |
|---|---|
| **Case Style**  Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.**  10-1254 |

| Preston Walker (248563) | **Address** 423 Holly Vale Drive  Houston, TX 77060 |
|---|---|
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| Priscilla Magee (248628) | **Address** 1912 Legion Street  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al. | **Cause No.**  09-7905 |

| Quardale Berard (248497) | **Address** 5869 Landry Road  Lake Charles, LA 70607 |
|---|---|
| **Case Style**  Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.**  10-2265 |

| Quincy Broussard (248623) | **Address** 306 Orrin Street  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2233 |

Raymond Guillory (248616)                    **Address** 805 17th Street  Lake Charles, LA 70605

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.      **Cause No.** 09-7962
              Cavalier Home Builders, LLC, et. al.

---

Rebecca Benoit (248627)                    **Address** 1000 N. Lakeshore Drive Unit 111 Lake
                                   Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.      **Cause No.** 10-1274

---

Reginald Arvie (248700)                    **Address** 4431 Lake Caroline Drive  Lake Charles, LA
                                   70615

    **Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 09-7887

---

Reginald Brown (248578)                    **Address** 714 Simmons Street  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Robert Swain (248513)                    **Address** 2111 1st Street Apt. A Lake Charles, LA 70601

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.      **Cause No.** 09-7962
              Cavalier Home Builders, LLC, et. al.

---

Rogers Antoine (248464)                    **Address** 626 N Simmons St  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Romeka Sennett (248604)                    **Address** 2227 Nill St  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Ronald Nunez (248528)                    **Address** 243 Ruby Lane  Cameron, LA 70631

    **Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

Rosa Vargas (248586)                    **Address** P.O. Box 1031  Kinder, LA 70648

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

    **Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 10-1265

---

Rose Shelton (248543)                    **Address** 1413 Nicholas Street  Vinton, LA 70668

    **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1282

---

Rubby Reeves (248605)                    **Address** 310 Abbey Court Apt E5 Biloxi, MS 39531

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Sandra Joubert Felix (248450)                    **Address** 2040 18th Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Sandra Lake (248576)                             **Address** 2208 Gulfway Blvd.  Westlake, LA 70669

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Sandreika Williams (248652)                      **Address** 4245 5th Avenue Apt F4 Lake Charles, LA
70607

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.      **Cause No.** 09-7909

---

Shamike Alexander (248677)                       **Address** 2946 Southern Ridge Drive  Lake Charles, LA
70607

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 10-2234

---

Shamike Alexander, as Next Friend of A.G, a minor   **Address** 2946 Southern Ridge Drive  Lake Charles, LA
(248706)                                         70607

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 10-2234

---

Shaniquia Coleman (248590)                       **Address** 3101 Admiral King  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Sharonda Carroll, as Next Friend of S.H, a minor   **Address** 1900 Prejean Drive Apt F-92 Lake Charles, LA
(248449)                                         70607

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 09-7899

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.      **Cause No.** 10-1307

---

Shawanda Antoine (248512)                        **Address** 4247 5th Avenue #219 Lake Charles, LA 70607

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

Shawn O'Key (248689)                             **Address** 3970 Hwy. 14  Lot 16 Lake Charles, LA 70607

**Case Style** Mindy Smith, as Next Friend of J.  K., a minor, et. al.  vs.   **Cause No.** 09-7905
Liberty Homes Inc., et. al.

---

Shelia Tradewell (248490)                        **Address** 2187 E. Gautier Road 156 Lake Charles, LA
70607

**Case Style** Brymon Brocks, et. al.  vs. TL Industries, Inc., et. al.            **Cause No.** 10-2277

---

Shelton Ellison (248456)                         **Address** 5743 E. Jace Matthew  Iowa, LA 70647

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor   **Cause No.** 09-7830
Industries, Inc., et. al.

| | |
|---|---|
| Sherrie Flakes-Dotson, as Next Friend of L.F, a minor (248594) | **Address** 592 W. Telephone Road  Lake Charles, LA 70611 |
| **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7892 |
| Sherrie Flakes-Dotson, as Next Friend of S.D, a minor (248593) | **Address** 592 W. Telephone Road  Lake Charles, LA 70611 |
| **Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7892 |
| Shirley Rogers (248459) | **Address** 4254 5th Avenue Bldg F Apt 615 Lake Charles, LA 70607 |
| **Case Style**  JaByron Wilson, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al. | **Cause No.**  10-1264 |
| Shirley Theriot (248657) | **Address** P.O. Box 235  Hayes, LA 70646 |
| **Case Style**  Frankie Jones, et. al.  vs. Dutchmen Manufacturing, Inc., et. al. | **Cause No.**  10-2182 |
| Shoneka Guillory (248597) | **Address** 4404 Canal Street Apt 401 Lake Charles, LA 70605 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |
| Shoneka Guillory, as Next Friend of C.G, a minor (248598) | **Address** 4404 Canal Street Apt 401 Lake Charles, LA 70605 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |
| Shoneka Guillory, as Next Friend of K.G, a minor (248577) | **Address** 4404 Canal Street Apt 401 Lake Charles, LA 70605 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |
| Silton Frank (248523) | **Address** 4820 Baylor Circle  Beaumont, TX 77705 |
| **Case Style**  Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7899 |
| Sondiza Landry (248733) | **Address** 302 N. Bank Street  Lake Charles, LA 70601 |
| **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7835 |
| Steve Moore (248568) | **Address** 7014 Curtis Lane  Lake Charles, LA 70607 |
| **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.**  09-7795 |
| Steven Jubert (248690) | **Address** 3970 Hwy 14 Lot 16 Lake Charles, LA 70607 |
| **Case Style**  Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al. | **Cause No.**  09-7905 |
| Summer Young, as Next Friend of D.A, a minor (248729) | **Address** P.O. Box 16255  Lake Charles, LA 70616 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-1282 |

| Susie Hantz, as Next Friend of A.H, a minor (248554) | **Address** | P.O. Box 942  Sulphur, LA 70664 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

| Susie Hantz, as Next Friend of C.L, a minor (248552) | **Address** | P.O. Box 942  Sulphur, LA 70663 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

| Susie Hantz, as Next Friend of T.H, a minor (248553) | **Address** | P.O. Box 942  Sulphur, LA 70664 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

| Synthia Carrier (248534) | **Address** | 5618 Leger Road  Lake Charles, LA 70607 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

| Tabatha Harris-Wiley, as Next Friend of A.H, a minor (248503) | **Address** | 2920 General Mitchell St.  Lake Charles, LA 70615 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

| Tabatha Harris-Wiley, as Next Friend of M.H, a minor (248502) | **Address** | 2920 General Mitchell  Lake Charles, LA 70615 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

| Tabatha Harris-Wiley, as Next Friend of T.W, a minor (248501) | **Address** | 2920 General Mitchell Street  Lake Charles, LA 70615 |
|---|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

| Tandra Robinson, as Next Friend of T.R, a minor (248680) | **Address** | 2143 Evelyn Street  Lake Charles, LA 70601 |
|---|---|---|

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-1267

---

| Teesha Davis, as Next Friend of T.J, a minor (248558) | **Address** | 1513 Meadow Drive  Lake Charles, LA 70607 |
|---|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

Teesha Jackson-Davis (248572)          **Address** 1513 Meadow Drive  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Terrance Stevens (248663)          **Address** 2218 Tulip Street  Lake Charles, LA 70601

**Case Style** Kimberly Jackson, as Next Friend of T. J., a minor, et. al.  vs. Sunnybrook R.V., Inc., et. al.          **Cause No.** 09-7848

---

Terrell Banks, as Next Friend of T.B, a minor (248676)          **Address** 205 N. Lincoln Street  Lake Charles, LA 70601

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.          **Cause No.** 09-7829

---

Terrell Wiley (248488)          **Address** 2920 General Mitchell  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-1281

---

Thavanna Jackson (248560)          **Address** 1513 Meadow Drive  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Theresa Martin, as Next Friend of S.M, a minor (248448)          **Address** 2010 Medora Street  Lake Charles, LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2233

---

Thomas Benoit (248626)          **Address** 1000 N. Lakeshore Drive  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

Tina Douglas (248666)          **Address** P.O. Box 16227  Lake Charles, LA 70616

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

Tina Douglas, as Next Friend of E.D, a minor (248667)          **Address** 620 Murray St.  Lake Charles, LA 70615

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

Tina Duhon (248565)          **Address** 2870 Avondale Street  Sulphur, LA 70663

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.          **Cause No.** 09-7830

Tina Robertson, as Next Friend of R.M, a minor (248625) **Address** 704 18th Street  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. **Cause No.** 10-1274

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. **Cause No.** 10-1307

---

Tommy Dean, as Next Friend of L.H, a minor (248642) **Address** 1130 8th Avenue  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

---

Tremayne Severin (248452) **Address** 410 Brushy Glen Drive  Houston, TX 77073

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1282

---

Troy Zackery (248684) **Address** 8559 Gulf Hwy 79  Lake Charles, LA 70607

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al. **Cause No.** 09-7892

---

Vera Ellis (248533) **Address** 1024 I 10 Mobile Village Road  Lake Charles, LA 70615

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7899

---

Vera Rougeaux (248498) **Address** 3508 Goodley Road  Sulphur, LA 70663

**Case Style** Scott Ihli , et. al.  vs. Sunnybrook R.V., Inc., et. al. **Cause No.** 10-2293

---

Viet Nguyen (248691) **Address** 441 Avenue A  Marrero, LA 70072

**Case Style** Marrisa  Collier, et. al.  vs. Dutchmen Manufacturing, Inc., et. al. **Cause No.** 09-7922

**Case Style** Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al. **Cause No.** 10-1253

---

Virginia Jones (248696) **Address** 1418 Chandler Park Lane  Fresno, TX 77545

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Virginia Jones, as Next Friend of J.J, a minor (248695) **Address** 1418 Chandler Park Lane  Fresno, TX 77545

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Wayland Timberlake (248457) **Address** 5722 Reed Road  Houston, TX 77033

**Case Style** Rena Robinson, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7899

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. **Cause No.** 10-1307

Willard Blair (248731)                                    **Address** 2409 Elaine Street  Lake Charles, LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.** 09-7916

---

Yolanda Brown (248720)                                    **Address** 9536 Deer Trail Avenue  Zachary, LA 70791

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Yolanda Brown, as Next Friend of D.F, a minor             **Address** 9536 Deer Trail Avenue  Zachary, LA 70791
(248723)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Yolanda Brown, as Next Friend of N.B, a minor             **Address** 2238 Orchid Street  Lake Charles, LA 70601
(248726)

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.            **Cause No.** 09-7910

---

Yolanda Brown, as Next Friend of T.D, a minor             **Address** 9536 Deer Trail Avenue  Zachary, LA 70791
(248725)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895