# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:     FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7422<br>Angelo Albers, et. al. vs. Gulf Stream<br>Coach, Inc., et. al. | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages. In compliance with this Court's Pretrial Order 40, (Doc. 1781), Plaintiffs filed new complaints matching each Plaintiff with a manufacturer and contract defendant.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

2

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**

# Exhibit A

1322

| | | | |
|---|---|---|---|
| Angelo Albers (251581) | **Address** | 4142 West Louisiana State Drive  Kenner, LA 70065 | |
| **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7896 | | |
| **Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** 10-1258 | | |
| Angline Bartie (251539) | **Address** | 1701 Carter Street  Lake Charles, LA 70601 | |
| **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7896 | | |
| **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 10-1307 | | |
| Desmond Brown (251548) | **Address** | 4350 Lake Fairway Dr  Lake Charles, LA 70615 | |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2234 | | |
| Dwanda White, as Next Friend of K.B, a minor (251567) | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 | |
| **Case Style** Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** 10-2270 | | |
| Dwanda White, as Next Friend of K.B, a minor (251578) | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 | |
| **Case Style** Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** 10-2270 | | |
| Eddie Banks (251555) | **Address** | 3208 Sara Dr  Rowlett, TX 75088 | |
| **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-1282 | | |
| George Buck (251476) | **Address** | P.O. Box 240  Dequincy, LA 70633 | |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2234 | | |
| Joseph Portie, as Next Friend of P.B, a minor (251467) | **Address** | P.O. Box 563  Hackberry, LA 70645 | |
| **Case Style** Brymon Brocks, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.** 10-2277 | | |
| Kenneth Alexander (251495) | **Address** | 2824 St. Roch  New Orleans, LA 70117 | |
| **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7896 | | |
| Marie Turner, as Next Friend of K.A, a minor (251482) | **Address** | 4205 Louisiana Avenue  Lake Charles, LA 70607 | |
| **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-1282 | | |
| Marie Turner, as Next Friend of K.A, a minor (251496) | **Address** | 4205 LA Ave  Lake Charles, LA 70607 | |
| **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-1282 | | |

| | | | |
|---|---|---|---|
| Marilyn Bilbo (251522) | | **Address** | 211 Louie St Apt 75  Lake Charles, LA 70601 |
| | **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2249 |
| Mercedes Brown (251503) | | **Address** | 3829 Beech St.  Baton Rouge, LA 70805 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Peggy Bellard, as Representative of the Estate of Landers Bellard, deceased (251466) | | **Address** | 809 Evers St  Dequincy, LA 70633 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tallen Bertrand (251506) | | **Address** | 402 Gaytine Rd  Ragley, LA 70657 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tara Collins, as Next Friend of D.B, a minor (251489) | | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Tara Collins, as Next Friend of D.B, a minor (251493) | | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |