UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER            FORMALDEHYDE PRODUCTS            LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO Civil Action No. 09-7422 Angelo Albers, et. al.  vs. Gulf Stream Coach, Inc., et. al. | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Plaintiffs listed on Exhibit A, pursuant to this Honorable Court's instructions in Pretrial Order No. 40, (Doc. 1781), filed new complaints for damages, matching each Plaintiff with a manufacturer and contract defendant.  Therefore, Plaintiffs seek to have their original "matched" claims severed from the underlying "unmatched" Original Complaint for Damages.

In considering a motion to sever, the court may consider the following factors: (1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided

if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims. *McFarland v. State Farm Fire & Cas. Co.,* No. 1:06cv466-LTS-RHW, 2006 WL 2577852, at *1 (S.D.Miss. Sept. 6, 2006).

These factors all support severance of these matched Plaintiffs. Judicial economy will be best served and prejudice avoided.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

        Respectfully submitted,

        /s/ Robert C. Hilliard

        _____
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiffs**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        Kevin W. Grillo, Of Counsel
        Texas State Bar No. 08493500
        Southern District of TX Federal ID No. 4647
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone:  (361) 882-1612
        Facsimile:  (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**

Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

# Exhibit A

1322

| | | | |
|---|---|---|---|
| Angelo Albers (251581) | | **Address** | 4142 West Louisiana State Drive  Kenner, LA 70065 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| | **Case Style**  George Jones, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 10-1258 |
| Angline Bartie (251539) | | **Address** | 1701 Carter Street  Lake Charles, LA 70601 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| | **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 10-1307 |
| Desmond Brown (251548) | | **Address** | 4350 Lake Fairway Dr  Lake Charles, LA 70615 |
| | **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2234 |
| Dwanda White, as Next Friend of K.B, a minor (251567) | | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 |
| | **Case Style**  Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** | 10-2270 |
| Dwanda White, as Next Friend of K.B, a minor (251578) | | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 |
| | **Case Style**  Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** | 10-2270 |
| Eddie Banks (251555) | | **Address** | 3208 Sara Dr  Rowlett, TX 75088 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| George Buck (251476) | | **Address** | P.O. Box 240  Dequincy, LA 70633 |
| | **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2234 |
| Joseph Portie, as Next Friend of P.B, a minor (251467) | | **Address** | P.O. Box 563  Hackberry, LA 70645 |
| | **Case Style**  Brymon Brocks, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.** | 10-2277 |
| Kenneth Alexander (251495) | | **Address** | 2824 St. Roch  New Orleans, LA 70117 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Marie Turner, as Next Friend of K.A, a minor (251482) | | **Address** | 4205 Louisiana Avenue  Lake Charles, LA 70607 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Marie Turner, as Next Friend of K.A, a minor (251496) | | **Address** | 4205 LA Ave  Lake Charles, LA 70607 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |

| | | |
|---|---|---|
| Marilyn Bilbo (251522) | **Address** | 211 Louie St Apt 75  Lake Charles, LA 70601 |
| **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2249 |
| Mercedes Brown (251503) | **Address** | 3829 Beech St.  Baton Rouge, LA 70805 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Peggy Bellard, as Representative of the Estate of Landers Bellard, deceased (251466) | **Address** | 809 Evers St  Dequincy, LA 70633 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tallen Bertrand (251506) | **Address** | 402 Gaytine Rd  Ragley, LA 70657 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tara Collins, as Next Friend of D.B, a minor (251489) | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Tara Collins, as Next Friend of D.B, a minor (251493) | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |