UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7422<br>Angelo Albers, et. al. vs. Gulf Stream Coach, Inc., et. al. | | * * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**

# Exhibit A

1322

| | | | |
|---|---|---|---|
| Angelo Albers (251581) | | **Address** | 4142 West Louisiana State Drive  Kenner, LA 70065 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| | **Case Style**  George Jones, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 10-1258 |
| Angline Bartie (251539) | | **Address** | 1701 Carter Street  Lake Charles, LA 70601 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| | **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 10-1307 |
| Desmond Brown (251548) | | **Address** | 4350 Lake Fairway Dr  Lake Charles, LA 70615 |
| | **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2234 |
| Dwanda White, as Next Friend of K.B, a minor (251567) | | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 |
| | **Case Style**  Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** | 10-2270 |
| Dwanda White, as Next Friend of K.B, a minor (251578) | | **Address** | 2508 Richland Ave Apt C Metairie, LA 70001 |
| | **Case Style**  Lakenya Hall, et. al.  vs. Karsten Homes, et. al. | **Cause No.** | 10-2270 |
| Eddie Banks (251555) | | **Address** | 3208 Sara Dr  Rowlett, TX 75088 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| George Buck (251476) | | **Address** | P.O. Box 240  Dequincy, LA 70633 |
| | **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2234 |
| Joseph Portie, as Next Friend of P.B, a minor (251467) | | **Address** | P.O. Box 563  Hackberry, LA 70645 |
| | **Case Style**  Brymon Brocks, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.** | 10-2277 |
| Kenneth Alexander (251495) | | **Address** | 2824 St. Roch  New Orleans, LA 70117 |
| | **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Marie Turner, as Next Friend of K.A, a minor (251482) | | **Address** | 4205 Louisiana Avenue  Lake Charles, LA 70607 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Marie Turner, as Next Friend of K.A, a minor (251496) | | **Address** | 4205 LA Ave  Lake Charles, LA 70607 |
| | **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |

| | | |
|---|---|---|
| Marilyn Bilbo (251522) | **Address** | 211 Louie St Apt 75  Lake Charles, LA 70601 |
| **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2249 |
| Mercedes Brown (251503) | **Address** | 3829 Beech St.  Baton Rouge, LA 70805 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Peggy Bellard, as Representative of the Estate of Landers Bellard, deceased (251466) | **Address** | 809 Evers St  Dequincy, LA 70633 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tallen Bertrand (251506) | **Address** | 402 Gaytine Rd  Ragley, LA 70657 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| Tara Collins, as Next Friend of D.B, a minor (251489) | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Tara Collins, as Next Friend of D.B, a minor (251493) | **Address** | 2211 Patton St Apt 36 Sulphur, LA 70665 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |