**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7421 | | * | MAGISTRATE CHASEZ |
| Elton Meche, et. al. vs. Gulf Stream | | * | |
| Coach, Inc., et. al. | | * | |
| | | * | |
| | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Plaintiffs listed on Exhibit A, pursuant to this Honorable Court's instructions in Pretrial Order No. 40, (Doc. 1781), filed new complaints for damages, matching each Plaintiff with a manufacturer and contract defendant. Therefore, Plaintiffs seek to have their original "matched" claims severed from the underlying "unmatched" Original Complaint for Damages.

In considering a motion to sever, the court may consider the following factors: (1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided

if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims. *McFarland v. State Farm Fire & Cas. Co.,* No. 1:06cv466-LTS-RHW, 2006 WL 2577852, at *1 (S.D.Miss. Sept. 6, 2006).

These factors all support severance of these matched Plaintiffs. Judicial economy will be best served and prejudice avoided.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

## Exhibit A

| Adam Moore (244810) | **Address** | 1827 Broad Moor Drive  Lake Charles, LA 70601 |
|---|---|---|

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.          **Cause No.**  09-7910

---

| Adam Patin (244815) | **Address** | 1664 Highway 109 South  Vinton, LA 70668 |
|---|---|---|

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

| Aldrieka  Rougeau (244766) | **Address** | 2709 Medora St.  Lake Charles , LA 70615 |
|---|---|---|

**Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  10-2233

---

| Alice Brown (244846) | **Address** | 1326 G. Brown Road  Lake Charles, LA 70611 |
|---|---|---|

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7819

---

| Alice Brown, as Next Friend of B.B, a minor (244839) | **Address** | 1326 G Brown Road  Lake Charles , LA 70611 |
|---|---|---|

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7819

---

| Allen Jones (245086) | **Address** | 309 Brammer Lane  Lake Charles, LA 70615 |
|---|---|---|

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7819

---

| Alma Garcia , as Next Friend of H.C, a minor (244840) | **Address** | 6339 Briar Terrace  Houston, TX 77072 |
|---|---|---|

**Case Style**  Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.          **Cause No.**  10-2221

---

| Alvin Frierson (244995) | **Address** | 59467 Bayou Lane  Lacombe, LA 70445 |
|---|---|---|

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

| Alvin Frierson (244996) | **Address** | 59467 Bayou Dr.  Lacombe, LA 70445 |
|---|---|---|

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

| Amanda Major (244727) | **Address** | 9408 Guywood Road  Moss Point, MS 39562 |
|---|---|---|

**Case Style**  Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.          **Cause No.**  09-7909

---

| Anastasia Bellow Jones, as Next Friend of A.B, a minor (244906) | **Address** | 3846 E Burton  Sulphur, LA 70663 |
|---|---|---|

**Case Style**  Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.          **Cause No.**  09-7830

---

Andre Simpson (244827)　　　　　　　　**Address** 1310 Poplar Avenue  Gulfport, MS 39507

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 09-7819

---

Andrea  Lewis (244847)　　　　　　　　**Address** 3015 Legion St.   Lake Charles , LA 70615

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 09-7819

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 10-1281

---

Andrea Ratliff, as Next Friend of J.R, a minor (244947)　　　　　　　　**Address** 2221 Litchwood Lane  Harvey, LA 70058

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.　　　**Cause No.** 10-1296

---

Angelica Jones (244738)　　　　　　　　**Address** 2408 4th Avenue  Lake Charles, LA 70601

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.　　　**Cause No.** 09-7793

---

Angie Patin (244814)　　　　　　　　**Address** 1664 Highway 109 South  Vinton, LA 70668

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7904

---

Anita  McLendon, as Next Friend of D.M, a minor (245012)　　　　　　　　**Address** 3617 Timber Court  New Orleans, LA 70131

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 09-7819

---

Anita McLendon (245011)　　　　　　　　**Address** 3617 Timber Court  New Orleans, LA 70131

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 09-7819

---

Arianne Melancon (245005)　　　　　　　　**Address** 1516 Westbrook Dr.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7904

---

Arthur  Brown (244891)　　　　　　　　**Address** 28819 Aberdeen Dr.  Houston, TX 77354

**Case Style** Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al.　　　**Cause No.** 10-2218

---

Arthur  Williams (244929)　　　　　　　　**Address** 510 Pattie Moss Road  Sulphur, LA 70663

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7904

---

Attila Yavuzer (244829)　　　　　　　　**Address** 410 St. John Street  Bay St. Louis, MS 39520

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　　**Cause No.** 09-7892

---

Augusta Kendrick (245001)

**Address** 175 Higgin Botham Road  Greensburg, LA 70441

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.     **Cause No.** 09-7849

---

Barbara  Johnson (244711)

**Address** 1111 Pear St.  Lake Charles , LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-1267

---

Bettie Johnson (244864)

**Address** 1902 Woodring  Lake Charles, LA 70601

**Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al.     **Cause No.** 09-7832

---

Betty Reels  (244868)

**Address** P.O. Box 2017  Newport, NC 28520

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Beulah Simon (245022)

**Address** 2408 4th Ave.  Lake Charles , LA 70601

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.     **Cause No.** 09-7793

---

Beverly Thomas (244822)

**Address** P.O. Box 1972  Kinder, LA 70648

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.     **Cause No.** 09-7916

---

Beverly Thomas, as Next Friend of S.T, a minor (244809)

**Address** P.O. Box 1972  Kinder, LA 70648

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.     **Cause No.** 09-7916

---

Billy Scarbrough (244788)

**Address** 20475 Bond Road  Saucier, MS 39574

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Bobby  Brown (244825)

**Address** 1326 G Brown Road  Lake Charles , LA 70611

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Brenda  Corzo (244878)

**Address** 6102 Marshall Ave  Ocean Springs , MS 39564

**Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.     **Cause No.** 10-2221

---

Brenda Corzo, as Next Friend of J.C, a minor (244885)

**Address** 6102 Marshall Ave  Ocean Springs, MS 39564

**Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.     **Cause No.** 10-2221

---

Brenda Corzo, as Next Friend of M.C, a minor (244887)

**Address** 6102 Marshall Avenue  Ocean Springs, MS 39564

**Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.     **Cause No.** 10-2221

---

**Brenda Grimm (245087)**      **Address** 790 W. Friesen Road  Lake Charles, LA 70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

---

**Brent Fontenot (244774)**      **Address** P.O. Box 95  Iowa, LA 70647

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

**Bret Thibodeaux (244861)**      **Address** 1123 Horridge Street  Vinton, LA 70668

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

**Brian Smith (244981)**      **Address** 7637 Avon Park Blvd.  New Orleans, LA 70128

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 09-7887

---

**Bridget Lemalle (244854)**      **Address** 1214 N. Shattuck Street  Lake Charles, LA 70601

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 10-2183

---

**Bridgette Harmon-Duhon (244931)**      **Address** 1816 14th St. Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**Bridgette Harmon-Duhon, as Next Friend of A.H, a minor (244930)**      **Address** 1816 14th St. Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**Bridgette Harmon-Duhon, as Next Friend of G.D, a minor (244934)**      **Address** 1816 14th St. Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**Bridgette Harmon, as Next Friend of J.D, a minor (244932)**      **Address** 1816 14th St. Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**Brittney Mouton (244775)**      **Address** PO Box 6804  Lake Charles , LA 70606

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

**Byron Dixon (244752)**      **Address** 1409 Grein Ave. Lake Charles , LA 70601

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.      **Cause No.** 09-7815

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.      **Cause No.** 10-1307

**Candice Moton** (244718)　　　　　　**Address** 3550 Monroe Street  Lake Charles, LA 70607

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7904

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.　　　**Cause No.** 10-1307

---

**Caressa Kaough** (244848)　　　　　　**Address** 222 Kingsley Street  Lake Charles, LA 70601

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7904

---

**Carla Thibeaux** (244867)　　　　　　**Address** 7644 Delaney Road  Bell City, LA 70630

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.　　　**Cause No.** 09-7980

---

**Carla Thibeaux, as Next Friend of C.T, a minor** (244865)　　　　　　**Address** 7644 Delaney Road  Bell City, LA 70630

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.　　　**Cause No.** 09-7980

---

**Carol Brown** (244824)　　　　　　**Address** 2139 9th Street  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.　　　**Cause No.** 09-7980

---

**Carolyn Scott** (244725)　　　　　　**Address** 3127 6th Avenue #C Gulfport, MS 39501

    **Case Style** Marica Stephen , et. al.  vs. R-Vision, Inc., et. al.　　　**Cause No.** 09-7917

---

**Chad Chenier** (244808)　　　　　　**Address** 402 Golpi Drive  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.　　　**Cause No.** 09-7980

---

**Chanda Cheo** (245096)　　　　　　**Address** 13985 3rd Ave.  Bayou La Batre, AL 36509

    **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 10-2223

---

**Chandara Kim** (244912)　　　　　　**Address** 8375 Hemley St.  Bayou La Batre, AL 36509

    **Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 10-2233

---

**Charise Budwine** (245021)　　　　　　**Address** 1920 Delta Crossing  Vinton, LA 70668

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.　　　**Cause No.** 09-7853

---

**Charletta Broussard** (244785)　　　　　　**Address** 3665 Glenwood Street  Beaumont, TX 77705

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　　**Cause No.** 09-7819

Charletta Broussard, as Next Friend of M.C, a minor (244784)

**Address** 3665 Glenwood Street  Beaumont, TX 77705

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

Charletta Broussard, as Next Friend of T.C, a minor (244786)

**Address** 3665 Calenwood Street  Beaumont, TX 77705

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

Charlotte Lastrapes (244798)

**Address** 7884 Gossett Road  Lake Charles, LA 70605

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

Charlotte Lastrapes, as Next Friend of K.L, a minor (244800)

**Address** 7884 Gossett Road  Lake Charles, LA 70605

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

Cheryl Valley (244993)

**Address** 9124 Forshey St.  New Orleans, LA 70118

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Chi Tran (244844)

**Address** 12198 Landing Circle North  Irvington, AL 36544

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Christie Brignac (244876)

**Address** 4067 Brentwood Lane  Lake Charles, LA 70607

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al.   **Cause No.** 09-7990

---

Christina  Fontenot , as Next Friend of K.F, a minor (244717)

**Address** PO Box 95  Iowa , LA 70647

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7962

---

Christina Fontenot (244716)

**Address** PO Box 95  Iowa , LA 70647

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7962

---

Cleon Kendrick (244999)

**Address** 175 Higginbotham Ct.  Greensburg, LA 70441

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Cleon Kendrick (245000)

**Address** 175 Higginbotham Ct.  Greensburg, LA 70441

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Cleveland Jones (244907)

**Address** 3846 E Burten  Sulphur, LA 70663

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.   **Cause No.** 09-7830

Connie Heissen, as Next Friend of P.H, a minor (244951)  **Address** PO Box 640  Lacombe, LA 70445

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Connie Heisser (244948)  **Address** PO Box 640  Lacombe, LA 70445

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Courtney  Brignac-Lilly (244841)  **Address** 1109 Virginia St.  Lake Charles , LA 70601

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 09-7990

---

Dan Pradia (245020)  **Address** 1208 W Hwy 90  Iowa, LA 70647

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

**Case Style** Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.  **Cause No.** 10-1260

---

Daniel  Bullock (244944)  **Address** 1336 Forestwood Dr.  Slidell, LA 70460

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2183

---

Danielle Thompson (244989)  **Address** 1732 Westminister Blvd.  Marrero, LA 70072

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Dariel Thompson (244991)  **Address** 1732 Westminister Blvd.  Marrero, LA 70072

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Darlyn Alvarado (244908)  **Address** 842 Joe Jenni Blvd. #10 Kenner , LA 70065

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Darnell Thompson (244990)  **Address** 1732 Westminister Blvd.  Marrero, LA 70072

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Darrineka Hodges (244963)  **Address** 1323 Mandolinst  New Orleans, LA 70122

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 10-1272

**Case Style** Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.  **Cause No.** 10-1252

---

David  Coleman (244750)  **Address** 2700 Ernest Street Apt 109 Lake Charles, LA 70601

**Case Style** Gilbert Cuevas, et. al.  vs. Redman Homes Inc. (f/k/a Dutch Homes), et. al.  **Cause No.** 09-7796

---

David Grimm (244724)      **Address** 790 W. Frieson Road  Lake Charles, LA 70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

Deborah  Hardesty (244737)      **Address** 3427 Luke Powers Road   Lake Charles , LA 70615

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

Deionna Frank (244998)      **Address** 1447 Turner Chapel Rd.  Greensburg, LA 70441

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.    **Cause No.** 09-7849

---

Demetrius Goudeau (244899)      **Address** PO Box 513  Westlake, LA 70669

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Devin McCraney (244719)      **Address** 1708 Walker Drive  Westlake, LA 70669

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

Dhoc Nguyen  (244759)      **Address** 14020 6th Ave.   Bayou La Batre, AL 36509

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Dolores Pierre (244984)      **Address** 3014 Touro St.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Donald  Caillouet  (244701)      **Address** 26521 Wilson Cemetery Road   Vancleave , MS 39565

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Donald  Caillouet , as Next Friend of A.C, a minor (244713)      **Address** 26521 Wilson Cemetery Road   Vancleave , MS 39565

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Donald  Caillouet , as Next Friend of D.C, a minor (244715)      **Address** 26521 Wilson Cemetery Road   Vancleave , MS 39565

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Donald  Caillouet , as Next Friend of K.C, a minor (244714)      **Address** 26521 Wilson Cemetery Road   Vancleave , MS 39565

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Donald Charles  (244707)      **Address** 2960 Lake St. #108 Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

**Donna White (244836)**                          **Address** 45 Corinth Church Road  Petal, MS 39465

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.** 09-7797

---

**Donna Zeno (244807)**                           **Address** 931 Alice  Sulphur, LA 70663

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.          **Cause No.** 09-7917

---

**Dorothy Berry (244757)**                        **Address** 1320 N Grace St.  Lake Charles , LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.          **Cause No.** 09-7910

---

**Dorothy Hesse (244857)**                        **Address** 25 A Corinth Church Road  Petal , MS 39465

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs.     **Cause No.** 09-7800
American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

---

**Douglas Bullock (244943)**                      **Address** 5231 Sandhurst Dr.  New Orleans, LA 70126

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.          **Cause No.** 09-7909

---

**Douglas Tweed (244804)**                        **Address** 3909 Thornton Street  Lake Charles, LA 70615

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

**Dwaunis Broussard (244723)**                    **Address** 2910 Todd Jude Road  Lake Charles, LA 70607

**Case Style** Frankie Jones, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.     **Cause No.** 10-2182

---

**Edward  Perronne, as Representative of the Estate of     Address** 20475 Bond Road   Saucier , MS 39574
**Eve Perronne, deceased (244818)**

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7892

---

**Edward McIntyre (244787)**                      **Address** 1667 Avenue G  Beaumont, TX 77701

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

---

**Edward Perronne (244823)**                      **Address** 20475 Bond Road  Saucier, MS 39574

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7892

---

**Elaine Lacy (244949)**                          **Address** 2101 Manhattan Blvd. Apt. G104 Harvey , LA
70058

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.          **Cause No.** 10-1296

---

**Elaine McFarland (244916)**  **Address** 6554 Hwy 3059  Lake Charles , LA 70615

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

**Elizabeth Jennings, as Next Friend of Q.J, a minor (244792)**  **Address** 1260 N. Highway 17 Lot 2 Lake Charles, LA 70611

    **Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 09-7990

---

**Elizabeth Taylor (245009)**  **Address** 3122 Marais  New Orleans, LA 70117

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Elton Meche (244702)**  **Address** 816 Rhua Dr.   Sulphur, LA 70663

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Elvia Jones (244900)**  **Address** 1716 Eleanor St.  Lake Charles, LA 70615

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

    **Case Style** JaByron Wilson, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.  **Cause No.** 10-1264

---

**Emanuel Washington (244812)**  **Address** 2129 18th Street  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

---

**Erica Bailey (244730)**  **Address** 2738 Evergreen Road  Westlake, LA 70669

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Evelda Guidry (244915)**  **Address** 8307 Vintage Creek  Spring, TX 77379

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7962

---

**F. Nelson, as Next Friend of N.N, a minor (244744)**  **Address** 1941 Nicholas Street  Lake Charles, LA 70605

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**F. Nelson, as Next Friend of R.N, a minor (244747)**  **Address** 1941 Nicholas Street  Lake Charles, LA 70605

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Faith Trask (245015)**  **Address** 1408 Montgomery Blvd  Slidell , LA 70461

    **Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 10-1265

**Fannie Prescott (244873)**  **Address** P.O. Box 517  Dequincy, LA 70633

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7962

---

**Felicia Angelle, as Next Friend of D.M, a minor (244794)**  **Address** 233 Tulane Drive  Glen Heights, TX 75154

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.  CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7853

---

**Fellman Pierre (244987)**  **Address** 3014 Touro St.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Fiordaliza Peratte, as Next Friend of E.A, a minor (244909)**  **Address** 842 Joe Jenni Blvd  Apt. 10 Kenner , LA 70065

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Francesca Isaac (245014)**  **Address** 2136 N. Lobdell Ave.  Baton Rouge, LA 70806

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

**Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al.  **Cause No.** 10-1258

---

**Francesca Isaac, as Next Friend of C.I, a minor (245013)**  **Address** 2136 N Labdell Ave.  Baton Rouge, LA 70806

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

**Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al.  **Cause No.** 10-1258

---

**Frank Bartley (245002)**  **Address** 1213 Martin Dr.  Marrero, LA 70072

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Gary Fountain (244921)**  **Address** PO Box 13  Hackberry, LA 70645

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Genevia Rankin, as Representative of the Estate of Marshall Rankin, deceased (244797)**  **Address** 1089 Douglas Road  De Quincy, LA 70633

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.  **Cause No.** 09-7909

---

**Georgana  Charles  (244773)**  **Address** 4249 5th Ave.  P14 Lake Charles , LA 70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

**George White (244835)**  **Address** 45 Corinth Church Road  Petal, MS 39465

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

George White, as Next Friend of G.W, a minor (244833)

**Address** 45 Corinth Church Road  Petal, MS 39465

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.

**Cause No.** 09-7797

---

George White, as Next Friend of H.W, a minor (244832)

**Address** 45 Corinth Church Road  Petal, MS 39465

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.

**Cause No.** 09-7797

---

Geraldine  Nixon (244761)

**Address** 410 Park St.  Jennings , LA 70546

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Geraldine  Nixon, as Next Friend of J.N, a minor (244778)

**Address** 410 Park St.  Jennings , LA 70546

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Gerry Thomas (244821)

**Address** P.O. Box 1972  Kinder, LA 70648

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.

**Cause No.** 09-7916

---

Glenda  Guillory, as Next Friend of P.M, a minor (244763)

**Address** 2709 Medora St.  Lake Charles , LA 70615

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2233

---

Glenn Cascio (244962)

**Address** 7226 Claiborne Ct.  Arabi, LA 70032

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Greta Thomas (244961)

**Address** 1131 St. Anthony Dr.  Slidell, LA 70460

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Gunduz Yavuzer (244831)

**Address** 410 St. John Street  Bay St. Louis, MS 39520

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

Gwendolyn Cormier (244756)

**Address** 1904 9th  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Harry Cummings (244743)

**Address** 415 11th Street  Lake Charles, LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Harry Dellihoue (244914)

**Address** 4808 Haydel St.  New Orleans, LA 70126

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

**Henry Thomas (244859)**      **Address** 3510 Greinwich Blvd.  Lake Charles, LA 70607

**Case Style** Genice Stipe, as Next Friend of A. B., a minor, et. al.  vs.      **Cause No.** 09-7906
Layton Homes Corp., et. al.

---

**Holly Labove (244731)**      **Address** 403 Fontenot Road  West Lake, LA 70669

**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs.      **Cause No.** 09-7907
Lakeside Park Homes, Inc., et. al.

---

**Jackie Brown (244729)**      **Address** 617 17th Street  Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.      **Cause No.** 09-7910

---

**Jacob Charlton (244856)**      **Address** 3303 Randall Ave.  Pascagoula, MS 39581

**Case Style** Tasha Turner, et. al.  vs. Keystone RV Company, et. al.      **Cause No.** 10-2239

---

**Jacqueline Melancon (245006)**      **Address** 1516 Westbrook Dr.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**James Patin (244816)**      **Address** 1664 Highway 109 South  Vinton, LA 70668

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,      **Cause No.** 09-7980
et. al.

---

**James Walker, as Next Friend of J.W, a minor
(245088)**      **Address** 1100 James Sudduth Pkwy Box 236 Lake
Charles, LA 70615

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1282

**Case Style** Reginald  Williams , et. al.  vs. Champion Home Builders Co.,      **Cause No.** 10-2195
et. al.

---

**James Walker, as Next Friend of J.W, a minor
(245089)**      **Address** 1100 James Sudduth Pkwy Box 236 Lake
Charles , LA 70615

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1282

**Case Style** Reginald  Williams , et. al.  vs. Champion Home Builders Co.,      **Cause No.** 10-2195
et. al.

---

**Jasmine Ratliff (244953)**      **Address** 2221 Litchwood Lane  Harvey, LA 70058

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.      **Cause No.** 10-1296

---

**Jason Ngam (244913)**      **Address** 8375 Hemley St.  Bayou La Batre, AL 36509

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

**Jaylon Ball (244926)**      **Address** PO Box 314  Cameron, LA 70631

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

**Case Style** Angela Hampton, as Next Friend of J. H., a minor, et. al.  vs.      **Cause No.** 10-1298
Destiny Industries, LLC, et. al.

---

Jean Frank (244997)  **Address** 1447 Turner Chapel Road  Greensburg, LA 70441

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.  **Cause No.** 09-7849

---

Jeannie  Caillouet (244712)  **Address** 26521 Wilson Cemetery Road   Vancleave , MS 39565

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Jennifer Parry (244903)  **Address** 271 Gatewood Circle  Gautier, MS 39553

**Case Style** Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-2268

---

Jessica Jones (244758)  **Address** 406B East St.   Vinton, LA 70668

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Jewel  Domecq (244942)  **Address** 57327 Cedar Ave.  Slidell, LA 70461

**Case Style** Curtis Evans, as Next Friend of D. D., a minor, et. al.  vs. SunRay Investments, LLC, et. al.  **Cause No.** 09-7914

---

Joann Brown (244877)  **Address** 1103 N Prater St.  Lake Charles , LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.  **Cause No.** 09-7910

---

John Hatten (244919)  **Address** 415 Ave. D Lot #49  Lake Charles , LA 70605

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

John Hatten, as Representative of the Estate of Theresa Hatten, deceased (244917)  **Address** 415 Ave. D. #49 Lake Charles , LA 70615

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

Johnathon Ross (245023)  **Address** 1100 Alamo St.  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Johnny Brown (244892)  **Address** 1103 N Prater St.  Lake Charles , LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.  **Cause No.** 09-7910

---

Jordan Trahan, as Next Friend of C.T, a minor (244735)  **Address** 1819 Hwy 109 S.  Vinton, LA 70668

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

Joseph  Ratliff (244950)                          **Address**  2221 Litchwood Lane  Harvey, LA 70058

**Case Style**  Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.          **Cause No.**  10-1296

---

Joseph Budwine (244765)                          **Address**  1920 Delta Crossing  Vinton, LA 70668

**Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.          **Cause No.**  09-7853
CMH Manufacturing, Inc., et. al.

---

Joseph Chenier (244904)                          **Address**  1101 N Prater St.  Lake Charles, LA 70601

**Case Style**  Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

Joseph Perry (244805)                          **Address**  931 Alice Street  Sulphur, LA 70663

**Case Style**  Marica Stephen , et. al.  vs. R-Vision, Inc., et. al.          **Cause No.**  09-7917

---

Jovanne Sinkler (245016)                          **Address**  1408 Montgomery Blvd.  Slidell, LA 70461

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.**  09-7892

---

Justin Lewis (244889)                          **Address**  P.O. Box 333  Lake Charles, LA 70602

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7819

---

Kayla Vincent (244791)                          **Address**  751 S. Crocker Street  Sulphur, LA 70663

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.**  09-7892

---

Kayla Vincent, as Next Friend of B.V, a minor          **Address**  751 S. Crocker Street  Sulphur, LA 70663
(244851)

**Case Style**  Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.**  09-7892

---

Kerman Chatman (244769)                          **Address**  1831 4th Street  Lake Charles, LA 70601

**Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  10-2233

---

Kevin Blue (244905)                          **Address**  2425 Jackson St.  Lake Charles , LA 70601

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

Kimberly  Hammonds , as Next Friend of T.B, a          **Address**  216 Genna Road Lot 2 Sulphur, LA 70663
minor (244871)

**Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.          **Cause No.**  09-7962
Cavalier Home Builders, LLC, et. al.

**Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.**  10-1307

---

Kimberly Brown (244843)                    **Address** 932 Priscilla Lane  Lake Charles , LA 70601

**Case Style** M Stars, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 10-2219

---

Kimberly Hammonds (244855)                 **Address** 216 Genna Road Lot 2 Sulphur, LA 70663

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.     **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

Kimberly Hammonds, as Next Friend of W.B, a     **Address** 216 Genna Road Lot 2 Sulphur, LA 70663
minor (244819)

**Case Style** Virgie Jones, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-2178

**Case Style** Chana Williams, as Next Friend of J.S, a minor, et. al.  vs.     **Cause No.** 10-2199
CMH Manufacturing, Inc., et. al.

---

Kissie Edwards, as Next Friend of K.E, a minor     **Address** 3557 McKinely  Lake Charles , LA 70607
(244826)

**Case Style** Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.     **Cause No.** 09-7920

**Case Style** Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor     **Cause No.** 10-1294
Industries, Inc., et. al.

---

Kizzy Fontenot (244764)                    **Address** 1012 Alice Street  Sulphur, LA 70663

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Krysti Rivet (244936)                      **Address** 7226 Claiborne Ct.  Arabi, LA 70032

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Krysti Rivet, as Next Friend of M.C, a minor     **Address** 7226 Claiborne Ct.  Arabi, LA 70032
(244937)

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.     **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

Krysti Rivet, as Next Friend of S.C, a minor     **Address** 7226 Claiborne Ct.  Arabi, LA 70032
(244938)

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.     **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

La'Shonda  Samuel (244754)                 **Address** 3638 W Roosevelt St.   Lake Charles , LA
                                           70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

LaTasha Citizen, as Next Friend of L.C, a minor     **Address** 2017 Denise Street  Lake Charles, LA 70601
(244813)

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.     **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

| Lee Dickey (244783) | **Address** 1200 Highway 26 West  Lucedale, MS 39452 |
|---|---|

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

| Leonard McLendon (245004) | **Address** 3617 Timber Court  New Orleans, LA 70130 |
|---|---|

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

| Linda  Chapman (244732) | **Address** 1018 Link Road  Apt. B Lake Charles , LA 70607 |
|---|---|

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.   **Cause No.** 09-7836

| Linda Chapman, as Next Friend of A.B, a minor (244753) | **Address** 1018 Link Road Apt. B Lake Charles, LA 70607 |
|---|---|

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.   **Cause No.** 09-7836

| Linda Thibodeaux (244862) | **Address** 1123 Horridge Street  Vinton, LA 70668 |
|---|---|

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7892

| Lindsey  Guillory (244734) | **Address** 1018 B Link Road   Lake Charles , LA 70607 |
|---|---|

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.   **Cause No.** 09-7836

| Lola Griffin (244741) | **Address** 2520 19th Street  Lake Charles, LA 70601 |
|---|---|

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

| Loria  Davis  (244779) | **Address** 1301 N Prater St.  Lake Charles , LA 70601 |
|---|---|

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2234

| Lucgracious Cezar (244874) | **Address** P.O. Box 602  Welsh, LA 70591 |
|---|---|

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7962

| Lucqnacious Cezar, as Next Friend of D.C, a minor (244803) | **Address** 1302 W. Millard St.   Welsh, LA 70591 |
|---|---|

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7962

| Lucqnacious Cezar, as Next Friend of D.N, a minor (244801) | **Address** 1302 W. Millard St.  Welsh, LA 70591 |
|---|---|

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7962

| Lynn  Syas  (244709) | **Address** 502 N. Lyons Street  Lake Charles, LA 70601 |
|---|---|

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.   **Cause No.** 09-7797

---

**Mack Melancon (245008)**  **Address** 1516 Westbrook Dr.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Margret Terrell (244884)**  **Address** P.O. Box 16412  Lake Charles, LA 70616

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

**Maria Corzo (244890)**  **Address** 6102 Marshall Ave  Ocean Springs , MS 39564

**Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.   **Cause No.** 10-2221

---

**Maria Frierson (244994)**  **Address** 59467 Bayou Drive  Lacombe, LA 70445

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Mark Melancon, as Next Friend of A.M, a minor (245007)**  **Address** 1516 Westbrook Dr.  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Marlin Green (244858)**  **Address** 208 Princess St.   Westlake, LA 70669

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Mary Ann Leger (244776)**  **Address** 1101 3rd Avenue  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

**Mary Ann Martin  (244780)**  **Address** 1619 Ace St.  Lake Charles, LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2233

---

**Mary Chatman (244767)**  **Address** 1831 4th Street  Lake Charles, LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2233

---

**Mary Chenier , as Representative of the Estate of Naomi Chenier, deceased (244902)**  **Address** 1101 N Prater St.  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Mary Chenier, as Next Friend of C.W, a minor (244901)**  **Address** 1101 North Prater  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

Mary Jane Celestine  (244777)                     **Address** 703 N Jake St.  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Mary Portie (244820)                              **Address** P.O. Box 456  Hackberry, LA 70645

**Case Style** Fenwick Hunter, et. al.  vs. Skyline Corporation, et. al.          **Cause No.** 10-2258

---

Marylin Miniex (244745)                           **Address** 2023 Katherine  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

---

Melinda Major (244728)                            **Address** 9408 Guywood Road  Moss Point, MS 39562

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.          **Cause No.** 09-7909

---

Melinda Major, as Next Friend of B.M, a minor     **Address** 9408 Guywood Road  Moss Point, MS 39562
(244726)
**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.          **Cause No.** 09-7909

---

Melissa  Ryan (244755)                            **Address** 3638 W Roosevelt St.  Lake Charles , LA 70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

---

Michael  Nixon (244762)                           **Address** 410 Park St.  Jennings, LA 70546

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

Michael Frazier (245003)                          **Address** 2524 General Pershing St.  New Orleans, LA 70115

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.** 09-7797

---

Michael Young (244720)                            **Address** P.O. Box 993  Vinton, LA 70668

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Michelle Jones (245085)                           **Address** 2529 Dewey Street  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

---

Michelle Thompson (244992)                        **Address** 1732 Westminister Blvd.  Marrero, LA 70072

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Michelle Thompson, as Next Friend of D.T, a minor **Address** 1732 Westminister Blvd.  Marrero, LA 70072
(244988)
**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Michelle Williams (244955)  **Address** 2704 Bayou Bleu Dr.  Marrero, LA 70072

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.  **Cause No.** 10-1296

---

Michelle Williams, as Next Friend of M.W, a minor (244956)  **Address** 2704 Bayour Bleu Dr.  Marrero, LA 70072

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.  **Cause No.** 10-1296

---

Michelle Williams, as Next Friend of R.W, a minor (244954)  **Address** 2704 Bayou Bleu Dr.  Marrero, LA 70072

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.  **Cause No.** 10-1296

---

Michelle Williams, as Next Friend of R.W, a minor (244957)  **Address** 2704 Bayou Bleu Drive  Marrero, LA 70072

**Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.  **Cause No.** 10-1296

---

Misty Hellmers (244939)  **Address** 57366 Maple Ave. Apt. F Slidell, LA 70461

**Case Style** Curtis Evans, as Next Friend of D. D., a minor, et. al.  vs. SunRay Investments, LLC, et. al.  **Cause No.** 09-7914

---

Misty Hellmers, as Next Friend of K.H, a minor (244940)  **Address** 57366 Maple Ave.  Apt. F Slidell, LA 70461

**Case Style** Curtis Evans, as Next Friend of D. D., a minor, et. al.  vs. SunRay Investments, LLC, et. al.  **Cause No.** 09-7914

---

Nakia Pierre (244982)  **Address** 3014 Touro St.  New Orleans, LA 70122

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1282

---

Nichola Ardoin (244748)  **Address** 4247 5th Avenue Apt 162 Lake Charles, LA 70607

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.  **Cause No.** 09-7836

---

Nichola Ardoin, as Next Friend of D.A, a minor (244749)  **Address** 4247 5th Avenue Apt 162 Lake Charles, LA 70607

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.  **Cause No.** 09-7836

---

Nielan Pierre (244983)  **Address** 3014 Touro St.  New Orleans, LA 70122

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1282

---

Norris  Thomas, as Next Friend of P.D, a minor (244960)  **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Norris  Thomas, as Next Friend of T.D, a minor (244959)  **Address** 1131 St. Anthony St.  Slidell, LA 70460

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

Norris Thomas (244958)　　　　　**Address** 1131 St Anthony St,  Slidell, LA 70460

　　**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7904

---

Orelia Ryan (244849)　　　　　**Address** 702 N. Jake Street  Lake Charles, LA 70601

　　**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7904

---

Otis Morgan (244771)　　　　　**Address** 3638 W. Roosevelt Street  Lake Charles, LA 70601

　　**Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al.　　**Cause No.** 09-7832

---

Pamela Jones, as Next Friend of J.J, a minor (244872)　　　　　**Address** P.O. Box 517  Dequincy, LA 70633

　　**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.　　**Cause No.** 09-7962

---

Pamela Jones, as Next Friend of S.J, a minor (244869)　　　　　**Address** P.O. Box 517  Dequincy, LA 70633

　　**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.　　**Cause No.** 09-7962

---

Pamela Jones, as Next Friend of S.M, a minor (244870)　　　　　**Address** P.O. Box 517  Dequincy, LA 70633

　　**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 10-2233

---

Patricia Bickham (244945)　　　　　**Address** 13 Carto Road   Tylertown, MS 39667

　　**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 10-2183

---

Patricia Misner (244790)　　　　　**Address** 8151 Bayou Cumbest Road  Moss Point, MS 39562

　　**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

Paul Louclin (244817)　　　　　**Address** 2437 Ory Rd Lot F Lake Charles, LA 70601

　　**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 10-2233

---

Pauline Citizen (244746)　　　　　**Address** 2428 Salmon Street  Lake Charles, LA 70605

　　**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.　　**Cause No.** 09-7797

---

Peggy Edwards (244708)　　　　　**Address** 1817 8th Ave.  Lake Charles , LA 70601

　　**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7819

---

Phillip  Fontenot (244911)　　　　　**Address** 3703 St. Ferdinand St.  New Orleans , LA 70126

　　**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.　　**Cause No.** 09-7897

---

Phillip Heisser (244952)      **Address** PO Box 640  Lacombe, LA 70445

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Phyllis  Edwards (244910)      **Address** 1109 West Welsh   Welsh, LA 70591

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Precious  Brignac (244886)      **Address** 3018 Deaton St.  Lake Charles , LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

Purlean Davis  (244710)      **Address** 4254 5th Ave.  Apt. 517 E Lake Charles , LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

Ra'Dreka Jackson, as Next Friend of A.J, a minor (244875)      **Address** P.O. Box 314  Vinton, LA 70668

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.      **Cause No.** 09-7910

---

Randi Williamson (244834)      **Address** 45 Corinth Church Road  Petal, MS 39465

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.      **Cause No.** 09-7797

---

Randy Jenkins  (244860)      **Address** 1827 Broadmoor Dr.  Lake Charles , LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.      **Cause No.** 09-7910

---

Rebecca Washington (245010)      **Address** 2730 Lincoln Ave.  Slidell, LA 70458

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

---

Reginald  Brignac  (244880)      **Address** 3018 Deaton St.  Lake Charles , LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

Ronald Sallier (245090)      **Address** 208 East Thomas St.  Sulphur, LA 70663

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7892

---

Ronald Spikes (244928)      **Address** 2314 Fitzen Reiter Road  Lake Charles , LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

---

Rosaland Turner (244924)      **Address** 15614 Camino Del Sol Dr.  Houston, TX 77083

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

Rosaland Turner, as Next Friend of C.T, a minor (244923)

**Address** 15614 Camino Del Sol Dr.  Houston, TX 77083

**Case Style** Amanda Nieves, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

Rosaland Turner, as Next Friend of T.T, a minor (244922)

**Address** 15614 Camino Del Sol Dr.  Houston, TX 77083

**Case Style** Amanda Nieves, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

Selena January (244796)

**Address** 2425 Jackson Street  Lake Charles, LA 70601

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Seronda Brown (244842)

**Address** 322 N. Lincoln St.  Lake Charles , LA 70601

**Case Style** Maggie McNair, et. al. vs. Coachmen Industries, Inc., et. al.  **Cause No.** 10-2218

---

Shanead Green (244772)

**Address** 725 N. Lyons  Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 09-7910

---

Sharome Zeno (244721)

**Address** P.O. Box 423  Welsh, LA 70591

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Terrell  Reed, et. al. vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

**Case Style** Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

Sharon Dobbins-Stewart (244853)

**Address** 1011 W. 18th Street Apt 87 Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-1267

---

Shelia  Lewis , as Next Friend of J.L, a minor (244850)

**Address** PO Box 333  Lake Charles , LA 70602

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Shelia  Lewis (244852)

**Address** PO Box 333  Lake Charles , LA 70602

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Shelia Skeen (244751)

**Address** 2449 Colletta St.  Lake Charles , LA 70601

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

**Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1281

---

Shelley Swier (244918)

**Address** PO Box 13  Hackberry, LA 70645

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Shelley Swier, as Next Friend of M.S, a minor (244920)     **Address** PO Box 13   Hackberry, LA 70645

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

Shelly Carrier (244883)     **Address** 209 Maple Street  Sulphur, LA 70663

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

Skilar Pierre (244985)     **Address** 3020 Touro St  New Orleans, LA 70122

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

Sonia  Edwards, as Next Friend of J.H, a minor (244935)     **Address** 1323 Mandolin St.  New Orleans, LA 70122

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.     **Cause No.** 10-1272

**Case Style** Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.     **Cause No.** 10-1252

---

Sonia Edwards (244946)     **Address** 1323 Mandolin St.  New Orleans, LA 70122

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.     **Cause No.** 10-1272

**Case Style** Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.     **Cause No.** 10-1252

---

Susan Kihneman, as Next Friend of G.G, a minor (244881)     **Address** 24491 Aberdeen  Pass Christian, MS 39571

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Susan Kihneman, as Next Friend of T.K, a minor (244879)     **Address** 9820 Smoke Feathers Lane  Dallas, TX 75243

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

Tammy Sallier (245091)     **Address** 208 E Thomas St.  Sulphur, LA 70663

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.     **Cause No.** 09-7892

---

Tammy Sallies, as Next Friend of J.S, a minor (244722)     **Address** 208 E. Thomas Street  Sulphur, LA 70663

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.     **Cause No.** 09-7892

---

Terrance LeBlanc (244799)     **Address** 2139 9th Street  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

Terry Welcome (244770)  **Address** 1259 A Leblanc Lane  Lake Charles, LA 70615

**Case Style** Felix Mackey, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 09-7910

---

Thao Nguyen, as Next Friend of A.T, a minor (245095)  **Address** 12408 Ilene Ct.  Irvington, AL 36544

**Case Style** Victoria Dempey, et. al. vs. KZRV, LP, et. al.  **Cause No.** 09-7908

---

Thuy Doan, as Next Friend of N.D, a minor (245093)  **Address** 12195 Landing Ct.  Irvington, AL 36544

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Tiffany Dickey, as Next Friend of H.D, a minor (244782)  **Address** 1200 Highway 26 West  Lucedale, MS 39452

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Tiffany Dickey, as Next Friend of L.D, a minor (244781)  **Address** 1200 Highway 216 West  Lucedale, MS 39452

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Timothy Causey (244793)  **Address** 607 Davison Street  Picayune, MS 39466

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Timothy Kihneman (244882)  **Address** 11052 Harding Street  Bay St. Louis, MS 39520

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Timothy Williams (245018)  **Address** 7754 Scottwood Dr.  New Orleans, LA 70128

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

Tracy January (244802)  **Address** 2732 Bending Branch Drive  Lake Charles, LA 70607

**Case Style** Angela Mackey, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 10-2247

---

Tracy Ryan (244863)  **Address** PO Box 333  Lake Charles , LA 70602

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Tracy Ryan, as Representative of the Estate of Geneva Ryan, deceased (244768)  **Address** PO Box 333  Lake Charles , LA 70602

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

Tressa Henderson (244811)  **Address** 2139 9th Street  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

Troy Zeno (244806)                                    **Address** 931 Alice Street  Sulphur, LA 70663

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.            **Cause No.** 09-7917

Trudy Williams (245017)                               **Address** 7754 Scottwood Dr.  New Orleans, LA 70128

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

Tynika Hadnot (244760)                                **Address** 1316 Sage Dr.  Lake Charles , LA 70607

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 09-7980
et. al.

Verne Thibodeaux (244933)                             **Address** 4332 Thorp Lane  Dallas, TX 76248

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.       **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

Veronica  Carrier (244838)                            **Address** 209 Maple St.  Sulphur , LA 70663

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

Vincent Woodard  (244733)                             **Address** 1612 Meadow Dr.  Lake Charles , LA 70607

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

Viola Ball (244925)                                   **Address** PO Box 314  Cameron, LA 70631

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.            **Cause No.** 09-7892

**Case Style** Angela Hampton, as Next Friend of J. H., a minor, et. al.  vs.    **Cause No.** 10-1298
Destiny Industries, LLC, et. al.

Vu Tran (244845)                                      **Address** 2113 Largo Avenue  Mobile, AL 36609

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

Wade Brown (244888)                                   **Address** 208 Calcasieu Street  Lake Charles, LA 70601

**Case Style** Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al.    **Cause No.** 10-2218

Warnette Journee (244941)                             **Address** 4823 Camp St.  New Orleans, LA 70115

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 09-7980
et. al.

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 10-1265

William Ball (244927)                                 **Address** PO Box 314  Cameron, LA 70631

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.            **Cause No.** 09-7892

**Case Style** Angela Hampton, as Next Friend of J. H., a minor, et. al.  vs.    **Cause No.** 10-1298
Destiny Industries, LLC, et. al.

Willman Guillory (245019)                    **Address** 2160 Alameda St. Lake Charles , LA 70607

    **Case Style** Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al.        **Cause No.** 10-2218

---

Winnfield  Jolivette (244866)                **Address** 1316 Sage Dr.  Lake Charles , LA 70607

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,        **Cause No.** 09-7980
et. al.

---

Yavuz Yavuzer (244828)                       **Address** 410 St. John Street  Bay St. Louis, MS 39520

    **Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 09-7892

---

Yavuz Yavuzer, as Next Friend of Y.Y, a minor       **Address** 410 St. John Street  Bay St. Louis, MS 39520
(244830)

    **Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.        **Cause No.** 09-7892

---

Yon Loch (245092)                            **Address** 13985 3rd Ave.  Bayou La Batre, AL 36509

    **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 10-2223

---

Yon Loch, as Next Friend of S.S, a minor (245094)   **Address** 13985 3rd Ave.  Bayou La Batre, AL 36509

    **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 10-2223