UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br>SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO<br>Civil Action No. 09-7415<br>Yolanda Washington, as Next Friend of G. W., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | * * * * * * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing liaison counsel for Defendants are aware of this Court's order on August 16, 2010 (Doc. 15156) and Counsel does not anticipate an objection to the filing of Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

                                                Respectfully submitted,

                                                /s/ Robert C. Hilliard

                                                _____
                                                **ROBERT C. HILLIARD**
                                                **Trial Attorney in Charge for Plaintiffs**
                                                Texas State Bar No. 09677700
                                                Southern District of TX Federal ID No.  5912
                                                Kevin W. Grillo, Of Counsel
                                                Texas State Bar No. 08493500
                                                Southern District of TX Federal ID No. 4647
                                                ROBERT C. HILLIARD, L.L.P.

       719 S. Shoreline Boulevard, Suite 500
       Corpus Christi, Texas 78401
       Telephone:  (361) 882-1612
       Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID #10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID #99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.

2

3

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**