**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7416 | | * | MAGISTRATE CHASEZ |
| Sandra Braxter, et. al. vs. Gulf Stream | | * | |
| Coach, Inc., et. al. | | * | |
| | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**

## Exhibit A

---

Aerinn Guillory (248938)  **Address** 2228 Madrid Ct.  Arlington , TX 76013

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Allison Thurman (248821)  **Address** 672 Dixy Dr.  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.  **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Alvin White (248871)  **Address** 1405 Sunset Dr.  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

Andreika Landry (248899)  **Address** 302 North Bank St.  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  **Cause No.** 09-7835
Forest River, Inc., et. al.

---

Anthony  Lubin (248955)  **Address** 2031 20th St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

Anthony Lubin (248956)  **Address** 2031 20th St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

Anthony Rogers (249019)  **Address** 1333 Kirk Ave.  Lake Charles, LA 70601

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 09-7897

---

Anthony Rogers, as Next Friend of A.R, a minor  **Address** 1333 Kirk Ave.  Lake Charles, LA 70601
(249018)

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 09-7897

---

Anthony Rogers, as Next Friend of A.R, a minor  **Address** 1333 Kirk Ave.  Lake Charles, LA 70601
(249020)

**Case Style** Steve Robinson, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 10-1284

---

Antonio Gauthier (248768)  **Address** 1618 15th Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1281

---

Aquetta Bernard (248882)  **Address** 3970 Hwy 14 E Lot 35 Lake Charles, LA 70607

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

| | |
|---|---|
| Aria Davis (248890) | **Address** 3522 Center St.  Lake Charles, LA 70607 |
| **Case Style** Victoria Dempey, et. al.  vs. KZRV, LP, et. al. | **Cause No.** 09-7908 |

| | |
|---|---|
| Aria Davis, as Next Friend of A.P, a minor (248905) | **Address** 3522 Center St.  Lake Charles, LA 70607 |
| **Case Style** Victoria Dempey, et. al.  vs. KZRV, LP, et. al. | **Cause No.** 09-7908 |

| | |
|---|---|
| Aria Davis, as Next Friend of N.P, a minor (248891) | **Address** 3522 Center St.  Lake Charles, LA 70607 |
| **Case Style** Victoria Dempey, et. al.  vs. KZRV, LP, et. al. | **Cause No.** 09-7908 |

| | |
|---|---|
| Armna LaSalle (248897) | **Address** 6859 Tom Hebert  Lot 504 Lake Charles, LA 70607 |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7853 |

| | |
|---|---|
| Arshiko  Brown, as Next Friend of K.C, a minor (248818) | **Address** 6675 Hwy 90 E.  Lot 148 Iowa, LA 70615 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Arshiko Brown (248819) | **Address** 6675 Hwy 90 E. Lot 148 Iowa, LA 70615 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Audry Cormier (248745) | **Address** 2429 Katherine Street  Lake Charles, LA 70601 |
| **Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al. | **Cause No.** 09-7918 |

| | |
|---|---|
| Beatrice Prejean, as Next Friend of M.R, a minor (248940) | **Address** 21271 S. Frontage Rd.  Iowa, LA 70647 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |

| | |
|---|---|
| Bertha Hooker (248773) | **Address** 2218 Ceorle Street  Lake Charles, LA 70601 |
| **Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 09-7912 |

| | |
|---|---|
| Bethany Trahan, as Next Friend of C.T, a minor (248757) | **Address** 302 N. Bank Street  Lake Charles, LA 70601 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Bethany Trahan, as Next Friend of Z.T, a minor (248758) | **Address** 302 N. Bank Street  Lake Charles, LA 70601 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Billy Alex (248950) | **Address** 2000 3rd. Ave  Lake Charles, LA 70601 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |

---

Bonnie Ford (248892)                                    **Address** 1334 Tall Sky Dr.  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Brady Hicks (248997)                                    **Address** 1431 Mustang Circle  Hackberry, LA 70645

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-1281

---

Brandi Marks (248987)                                   **Address** 2035 3rd St.  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.          **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

Brian Mizell (248933)                                   **Address** 11064 Oak Farms Ln.  Irvington, AL 36544

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

Brice Joseph (248873)                                   **Address** 632 N. Simmons  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Brittany Barbee, as Next Friend of K.B, a minor         **Address** 9342 Woolmarket Rd.  Biloxi, MS 39532
(248847)

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.          **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

Brittney Citizen, as Next Friend of T.C, a minor        **Address** 1418 McNabb St.  Lake Charles, LA 70615
(248865)

**Case Style** Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.** 10-2269

---

Carolyn Simien (248781)                                 **Address** P.O. Box 16723  Lake Charles, LA 70616

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.          **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

Carrie Royer (248969)                                   **Address** 16 Fowler Dr. Apt 99 Sulphur, LA 70663

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Catrina Wilson (248908)                                 **Address** 910 Fall  Lake Charles, LA 70601

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs.          **Cause No.** 10-2186
Frontier RV, Inc., et. al.

---

Charline Broussard (248852)                             **Address** 615 N. Malcom St.  Lake Charles, LA 70601

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.          **Cause No.** 09-7815

---

Charlissa Boyd (248903)      **Address** 4254 5th. Ave Apt 324 Lake Charles, LA 70607

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  Forest River, Inc., et. al.      **Cause No.** 09-7835

---

Charlotte  Guillory (249016)      **Address** 310 Balboa St.  Lake Charles, LA 70615

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  Keystone RV Company, et. al.      **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.      **Cause No.** 10-1275

---

Charlotte Guillory, as Next Friend of C.G, a minor (249017)      **Address** 310 Balboa st.  Lake Charles , LA 70615

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  Keystone RV Company, et. al.      **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.      **Cause No.** 10-1275

---

Charmaine Mosely (248814)      **Address** P.O. Box 954  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Christine Pappion, as Next Friend of A.P, a minor (248784)      **Address** P.O. Box 16723  Lake Charles, LA 70616

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

Christine Pappion, as Next Friend of C.P, a minor (248787)      **Address** P.O. Box 16723  Lake Charles, LA 70616

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

Christopher Pappion (248786)      **Address** P.O. Box 16723  Lake Charles, LA 70616

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

Cindy Bordelon, as Next Friend of L.T, a minor (248769)      **Address** 2274 W. Tank Farm Road  Lake Charles, LA 70605

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al.      **Cause No.** 10-2207

---

Clarence Sprinkle, as Next Friend of C.S, a minor (248965)      **Address** 8575 Waterford Ct  Irvington , AL 36544

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1281

---

Columbus Stewart (248916)      **Address** 9019 Dixon St.  New Orleans, LA 70118

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2234

---

Courtney Brignac, as Next Friend of K.B, a minor (248863)      **Address** 1109 Virginia St.  Lake Charles, LA 70601

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al.      **Cause No.** 09-7990

---

| | |
|---|---|
| Courtney Fountain, as Next Friend of C.F, a minor (248928) | **Address** 1474 Jamie Renee Lane  Lake Charles, LA 70605 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7962 |
| Cynthia Moore, as Next Friend of Z.M, a minor (248859) | **Address** 12000 Walker Rd.  Irvington, AL 36544 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Cyntisha Prudhomme, as Next Friend of C.J, a minor (248793) | **Address** 512 Lebato Street  Lake Charles, LA 70601 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Cyntisha Prudhomme, as Next Friend of R.J, a minor (248792) | **Address** 512 Lebato Street  Lake Charles, LA 70601 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Cyntisha Prudhomme, as Next Friend of R.J, a minor (248794) | **Address** 512 Lebato Street  Lake Charles, LA 70601 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Dana Scott (248875) | **Address** 2310 14th St.  Pascagoula, MS 39567 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Daniel Alfred (248797) | **Address** P.O. Box 174  Vinton, LA 70640 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Daniel Alfred, as Next Friend of D.A, a minor (248798) | **Address** P.O. Box 174  Vinton, LA 70640 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Darian Thompson, as Next Friend of D.T, a minor (248988) | **Address** 2416 2nd Ave.  Lake Charles, LA 70601 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7962 |
| Darren DeStevens (248850) | **Address** 112 Bienville Dr.  Waveland, MS 39756 |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2234 |
| David Bordelon (248800) | **Address** 2274 W. Tank Farm Road  Lake Charles, LA 70605 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs.  Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |
| Debbie Johnson, as Next Friend of J.J, a minor (248861) | **Address** 4477 Gordon Woods Dr.  Lake Charles, LA 70615 |
| **Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** 09-7797 |

Deborah Thibodeaux (248937) **Address** 1601 Badger St.  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

**Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al. **Cause No.** 10-1283

---

Delory Thompson (248942) **Address** 2612 General Travis St.  Lake Charles, LA 70615

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. **Cause No.** 09-7797

---

Denise Francis, as Next Friend of J.G, a minor (248872) **Address** 2709 General Travis  Lake C\Harles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Derrick Robinson (248811) **Address** 5602 Leger Rd.  Lake Charles, LA 70607

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al. **Cause No.** 09-7910

---

Devon Batchelor (248747) **Address** 7422 Debbie Lane  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Dexter Prejean (248885) **Address** 3522 Center St.  Lake Charels, LA 70607

**Case Style** Victoria Dempey, et. al.  vs. KZRV, LP, et. al. **Cause No.** 09-7908

---

Dominic LeBleu (248982) **Address** P.O. Box 584  Vinton, LA 70668

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

---

Don Mizell, as Representative of the Estate of Wayne Mizell, deceased (248934) **Address** 467 Houston St.  Mobile, AL 36606

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-2234

---

Donald Coleman (248917) **Address** 3705 Rockford Heights Apt A Metairie, LA 70002

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. **Cause No.** 09-7797

---

Donald Comeaux (248925) **Address** 1336 Mitchell St.  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1281

---

Donald Comeaux, as Next Friend of D.C, a minor (248923) **Address** 1336 Mitchell St.  Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1281

---

Donald Comeaux, as Next Friend of D.C, a minor (248924)

**Address** 1336 Mitchell St. Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Donald Mizell (248935)

**Address** 467 Houston St. Mobile, AL 36606

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.     **Cause No.** 09-7835

    **Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Doris Ireland (248854)

**Address** 2937 Smith Ferry Rd. Westlake, LA 70069

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Doris Ireland, as Next Friend of H.L, a minor (248858)

**Address** 2937 Smith Ferry Rd. Westlake, LA 70669

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Doris Ireland, as Next Friend of R.B, a minor (248855)

**Address** 2937 Smith Ferry Rd. Westlake , LA 70669

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Doris Ireland, as Next Friend of R.R, a minor (248856)

**Address** 2937 Smith Ferry Rd. Westlake , LA 70669

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Dorothetta Nash (248904)

**Address** 4254 5th Ave Apt 318 Lake Charles, LA 70607

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.     **Cause No.** 09-7835

---

Drusilla Jones (248766)

**Address** P.O. Box 1375 Cameron, LA 70631

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al. vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 09-7962

---

Duane Gauthier , as Next Friend of D.H, a minor (248961)

**Address** 1618 15th St. Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Duane Gauthier, as Next Friend of D.H, a minor (248960)

**Address** 1618 15th St. Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Eddie Pappion (248785)                                   **Address**  P.O. Box 16723  Lake Charles, LA 70616

    **Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.    **Cause No.**  09-7962
                    Cavalier Home Builders, LLC, et. al.

---

Edwin  Dotson (249002)                                   **Address**  592 W. Telephone Rd.  Lake Charles, LA 70611

    **Case Style**  Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.    **Cause No.**  09-7917

---

Edwin Lewis (248832)                                   **Address**  6011A Mary Ann  Lake Charles, LA 70615

    **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.    **Cause No.**  09-7853
                    CMH Manufacturing, Inc., et. al.

---

Efron  Simon, as Next Friend of E.S, a minor           **Address**  1313 Oklahoma St.  Lake Charles, LA 70607
(249001)

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.**  09-7980
                    et. al.

---

Efron Simon (249003)                                   **Address**  1313 Oklahoma St.  Lake Charles, LA 70607

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.**  09-7980
                    et. al.

---

Elisa Campos (249036)                                   **Address**  P.O. Box 795  Lake Charles, LA 70648

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

    **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.**  10-1307

---

Elisa Campos, as Next Friend of J.C, a minor          **Address**  P.O. Box 795  Kinder, LA 70647
(249037)

    **Case Style**  Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.    **Cause No.**  09-7919
                    Southern Energy Homes, Inc., et. al.

---

Elisa Campos, as Next Friend of M.S, a minor          **Address**  P.O. Box 795  Kinder, LA 70647
(249039)

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

    **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.**  10-1307

---

Elisiea Fountain (248954)                              **Address**  1474 Jamie Renee Ln  Lake Charles, LA 70605

    **Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.    **Cause No.**  09-7962
                    Cavalier Home Builders, LLC, et. al.

---

Elizabeth Guillory- Barcomb (248866)                  **Address**  410 E. Thomas St.  Sulphur, LA 70663

    **Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.    **Cause No.**  09-7815

---

Emma Galvan (249012)                                   **Address**  2418 Salmon St.  Lake Charles, LA 70605

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.    **Cause No.**  09-7835
                    Forest River, Inc., et. al.

| | |
|---|---|
| Emma Galvan, as Next Friend of E.G, a minor (249013) | **Address** 2418 Salmon St.  Lake Charles, LA 70605 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Emma Galvan, as Next Friend of M.G, a minor (249011) | **Address** 2418 Salmon St.  Lake Charles, LA 70605 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Eugene Fontenot (248888) | **Address** 1742 P.E. Daigle Rd.  Iowa, LA 70647 |
| **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al. | **Cause No.** 09-7830 |
| Eugene Glenn (248868) | **Address** P.O. Box 304  Raywood, TX 77582 |
| **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2249 |
| Eugene Glenn, as Next Friend of K.M, a minor (248999) | **Address** P.O. Box 304  Raywood, TX 77582 |
| **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2249 |
| Evelyn Poullard (248990) | **Address** 1501 Lawrence St.  Lake Charles, LA 70601 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Felton Alexander (248765) | **Address** 1109 West Welsh  Welsh, LA 70591 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Floyd Espree (248900) | **Address** 1803 8th. Ave  Lake Charles, LA 70601 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Francios Robinchaux (248977) | **Address** 7073 W. Tamaron  New Orleans, LA 70128 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |
| Francios Robinchaux, as Next Friend of P.R, a minor (248978) | **Address** 7073 W. Tamaron  New Orleans, LA 70128 |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-2234 |
| Gary Woods (248896) | **Address** P.O. Box 209  Lake Charles, LA 70602 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Geoffrey Muturuh (248975) | **Address** 2877 S. Beglis Pkwy  #802 Sulphur, LA 70663 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7962 |

---

George Dixon (248834)      **Address** 2827 Jerry Lee Ave.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Geraldine Grigg (248947)      **Address** 2213 1/2 Ernest St.  Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Gicele Goodly (248972)      **Address** 4361 Gordon Woods Dr.  Lake Charles, LA 70615

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.      **Cause No.** 09-7793

---

Gilbert Lamas (249042)      **Address** 414 Louisiana Ave.  Lake Arthur, LA 70549

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.      **Cause No.** 09-7853

---

Gilbert Lamas, as Next Friend of M.L, a minor (249034)      **Address** 414 Louisiana Ave.  Lake Aruther, LA 70549

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.      **Cause No.** 09-7853

---

Giovanna Young (248943)      **Address** 1100 Egret St. Apt 202 Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-1281

---

Gwendolyn Wilson (248918)      **Address** 2161 Hope St.  New Orleans, LA 70119

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Helen Johnson (248789)      **Address** 197 Jevon Johnson Road  Starks, LA 70661

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Henry Kimball (248857)      **Address** 222 Eugene Ln  Lot 28 Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7895

---

Hyde Brad-Ryan, as Next Friend of J.W, a minor (248843)      **Address** 1900 Pre Jean Dr. 327 Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7818

---

Isabel Guidry (248939)      **Address** 19030 Hwy 383  Iowa, LA 70647

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7835

---

Ivan  Harmon (248962)     **Address**  P.O. Box 108  Creole, LA 70632

**Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.     **Cause No.**  09-7962
Cavalier Home Builders, LLC, et. al.

---

Jacob LaSalle, as Next Friend of K.L, a minor     **Address**  1100 Egret St. Apt 202 Lake Charles, LA 70601
(248898)

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

**Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.**  10-1281

---

James Johnson (248812)     **Address**  2431 Cessford St.  Lake Charles, LA 70601

**Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.     **Cause No.**  09-7797

---

James Lee (248763)     **Address**  1021 15th Street  Lake Charles, LA 70601

**Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.     **Cause No.**  09-7962
Cavalier Home Builders, LLC, et. al.

---

Jamie Batchan (248876)     **Address**  3440 Coolidge St.  Lake Charles, LA 70607

**Case Style**  Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.     **Cause No.**  09-7919
Southern Energy Homes, Inc., et. al.

---

Jasmine Moore (248995)     **Address**  1623 Gieffers St.  Lake Charles, LA 70601

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

Jasmine Moore, as Next Friend of A.B, a minor     **Address**  1623 Gieffers St.  Lake Charles, LA 70601
(248996)

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

Jeremy Musser (248774)     **Address**  P.O. Box 8881  Lake Charles, LA 70606

**Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,     **Cause No.**  09-7980
et. al.

**Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.**  10-1307

---

Jessica  Beaugh (248901)     **Address**  5859 Tom Hebert Rd. Lot 201 Lake Charles,
LA 70607

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.**  09-7895

---

Jessica Beaugh, as Next Friend of D.B, a minor     **Address**  5859 Tom Hebert Rd. Lot 201 Lake Charles,
(248902)     LA 70607

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.**  09-7895

---

Jo-Helen Batchelor, as Next Friend of A.F, a minor     **Address**  7422 Debbie Lane  Lake Charles, LA 70607
(248749)

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

**John Carter (248777)**   **Address** 108 N. Jake Street  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**John Daniels (248778)**   **Address** 1022 N. Shattuck Street  Lake Charles, LA 70601

    **Case Style** Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 10-1254

---

**John Thompson (248874)**   **Address** 5850 Tom Hebert  # 76 Lake Charle, LA 70607

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC., et. al.   **Cause No.** 09-7962

---

**Johnny Barbee (248845)**   **Address** 9342 Woolmarket Rd.  Biloxi, MS 39532

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC., et. al.   **Cause No.** 09-7962

---

**Jorge Galvan (249010)**   **Address** 2418 Salmon St.  Lake Charles, LA 70605

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

**Jorge Galvan (249014)**   **Address** 2418 Salmon St.  Lake Charles, LA 70605

    **Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 10-1265

---

**Joseph Henney (248970)**   **Address** 2023 Katherine St.  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Judy Johnson (248992)**   **Address** 3602 Grienwich Blvd.  Lake Charles, LA 70607

    **Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al.   **Cause No.** 09-7905

---

**Julie Hursey (248826)**   **Address** 1621 North Junior St.  Lake Charles, LA 70601

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2234

---

**Junius Broussard (248770)**   **Address** P.O. Box 672  Cameron, LA 70631

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Justin Cooks (248820)**   **Address** 2314 N. Eastern Ave  Jacksonville, AR 72076

    **Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

**Kamiesha Paul, as Next Friend of K.L, a minor (249000)**   **Address** 1805 8th St.  Lake Charles, LA 70601

    **Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.   **Cause No.** 09-7797

---

Kandace Coleman (248883)

**Address** 2699 Rushmore Dr.  Lake Charles, LA 70615

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 10-1261

---

Kathleen Charles (248927)

**Address** 2412 Marty Lane  Lake Charles, LA 70605

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

Katina  Hodges, as Next Friend of A.H, a minor (248840)

**Address** 4352 Gordon Woods Dr.  Lake Charles, LA 70615

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 10-2186

---

Katina hodges, as Next Friend of B.J, a minor (248839)

**Address** 4352 Gordon Woods Dr.  Lake Charles, LA 70615

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 10-2186

---

Keishana Gray (248860)

**Address** 1818 8th Ave.  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

Keith Trahan (248776)

**Address** 8120 E. Todd Road  Bell City, LA 70630

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Keithen  Thompson (248994)

**Address** 2416 2nd. Ave.  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

Kenneth Royal (248941)

**Address** 3203 Continental Dr.  Missouri City, TX 77459

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 10-1307

---

Keshie Lubin (248957)

**Address** 2031 20th St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Kimberly  Garrick, as Next Friend of T.G, a minor (248823)

**Address** 4345 Lake Caroline Dr.  Lake Charles, LA 70601

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 10-2186

---

Kimberly  King (248944)

**Address** 305 Brammer Ln.  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Kimberly Garrick (248824)

**Address** 4345 Lake Caroline Dr.  Lake Charles, LA 70615

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs. Frontier RV, Inc., et. al.

**Cause No.** 10-2186

---

Kimberly Williams (248929)

**Address** P.O. Box 353  Vinton, LA 70668

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kimberly Wright, as Representative of the Estate of Cary Wright, deceased (248780)

**Address** 5821 Dundee Street  Lake Charles, LA 70605

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al.

**Cause No.** 09-7905

---

Kinneth Hartman (249015)

**Address** P.O Box 1017  Iowa, LA 70647

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Krista Doty (248802)

**Address** 6032 Perry Lane  Lake Charles, LA 70605

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.

**Cause No.** 09-7815

---

Krista Doty, as Next Friend of H.D, a minor (248803)

**Address** 6032 Perry Lane  Lake Charles, LA 70605

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.

**Cause No.** 09-7815

---

Krista Doty, as Next Friend of T.D, a minor (248801)

**Address** 6032 Perry Lane  Lake Charles, LA 70605

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.

**Cause No.** 09-7815

---

Kristopher Harmon (248983)

**Address** 700 Williams St.  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-1282

---

Lacey Harrison, as Next Friend of T.B, a minor (248849)

**Address** 415 Ave D. # 7 Lake Charles, LA 70615

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

**Cause No.** 09-7800

---

Lakeisha  Scott, as Next Friend of K.S, a minor (249027)

**Address** 2620 General Vandenburg St.  Lake Charles, LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.

**Cause No.** 09-7910

---

Lakeyn  Duhon (248879)

**Address** 133 Willow Ridge Lane  Lake Charles, LA 70607

**Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.

**Cause No.** 09-7859

---

Latasha Trent, as Next Friend of J.C, a minor (248816)

**Address** 6807 Zapata Dr.  Houston, TX 77083

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

| | | |
|---|---|---|
| Latasha Trent, as Next Friend of J.C, a minor (248817) | **Address** | 6807 Zapata Dr.  Houston, TX 77083 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7962 |
| Latasha Trent, as Next Friend of J.C, a minor (248853) | **Address** | 6807 Zapata Dr.  Houston, TX 77083 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7962 |
| Latisha Prudhomme (248974) | **Address** | P.O. Box 542  Welsh, LA 70591 |
| **Case Style** Gilbert Cuevas, et. al.  vs. Redman Homes Inc. (f/k/a Dutch Homes), et. al. | **Cause No.** | 09-7796 |
| Latosha Thomas, as Next Friend of D.B, a minor (248881) | **Address** | 703 Morris St.  Waveland, MS 39576 |
| **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Lawrence Weldon (248841) | **Address** | 4130 E. Burton  Sulphur, LA 70663 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7818 |
| **Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al. | **Cause No.** | 10-1283 |
| Lay Sathchakham, as Next Friend of P.S, a minor (248869) | **Address** | 8860 Satsuma St.  Coden, AL 36523 |
| **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2234 |
| Lekeisha Scott (249025) | **Address** | 2620 Gen. Vandenburg St.  Lake Charles, LA 70615 |
| **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.** | 09-7910 |
| Lena Leday (249023) | **Address** | 2187 E. Gauthier #443 Lake Charles, LA 70607 |
| **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al. | **Cause No.** | 09-7830 |
| Leon Sias (248829) | **Address** | 417 Enterprise Blvd  Lake Charles, LA 70601 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |
| Leslie Trufant (248914) | **Address** | 302 Neil Ave.  New Orleans, LA 70131 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |
| Leslie Trufant, as Next Friend of A.T, a minor (248912) | **Address** | 302 Neil Ave.  New Orleans, LA 70131 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |

---

Leslie Trufant, as Next Friend of T.T, a minor (248913)

**Address** 302 Neil Ave.  New Orleans, LA 70131

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Levy Dunbar (248813)

**Address** 619 Holmes St.  Lake Charles, LA 70601

**Case Style** Qiana Ewens, as Next Friend of Q.S, a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 10-2230

---

Lezonia Jackson (248919)

**Address** P.O. Box 2891  Reserve, LA 70084

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Lincoln Williams (248760)

**Address** 2409 12th Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Lincoln Williams (248771)

**Address** 2409 12th Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Linda Ned (248831)

**Address** 2001 Moeling St.  Box 88 Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

Lisa Smith (248911)

**Address** 4745 Francis Dr.  New Orleans, LA 70118

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Lizette Lizette (248830)

**Address** 5487 Moulin Rouge Dr.  Lake Charles, LA 70605

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2220

---

Lorena Alfred (248759)

**Address** 2909 1st Avenue  Lake Charles, LA 70601

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.   **Cause No.** 09-7887

---

Lorraine Citizen (248756)

**Address** 1709 17th Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Lorraine Citizen, as Next Friend of A.C, a minor (248751)

**Address** 1709 17th Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Marcia Musser** (248772)                    **Address**  P.O. Box 8881  Lake Charles, LA 70606

**Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,          **Cause No.**  09-7980
et. al.

**Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.**  10-1307

---

**Maria Campos** (249041)                    **Address**  414 Louisiana Ave.  Lake Arthur, LA 70549

**Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.          **Cause No.**  09-7853
CMH Manufacturing, Inc., et. al.

---

**Maria Campos, as Next Friend of I.G, a minor**          **Address**  3219 Hwy 383  Kinder, LA 70648
(249032)

**Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.          **Cause No.**  09-7853
CMH Manufacturing, Inc., et. al.

---

**Maria Hernandez, as Next Friend of J.V, a minor**          **Address**  P.O. Box 1704  Kinder, LA 70648
(249043)

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7818

---

**Maria Hernandez, as Next Friend of M.V, a minor**          **Address**  P.O. Box 1704   Kinder, LA 70648
(249031)

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7818

---

**Marie Pevoto** (248783)                    **Address**  199 Jevon Jhonson Road  Starks, LA 70661

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.**  09-7818

---

**Marilda Woodfolks** (248968)                    **Address**  2500 Smith Rd. Lot 75 Lake Charles, LA 70607

**Case Style**  Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs.          **Cause No.**  10-2268
CMH Manufacturing, Inc., et. al.

---

**Marilee Dixon** (249030)                    **Address**  P.O. Box 12  Trout, LA 71371

**Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.**  09-7916

---

**Marilee Dixon, as Next Friend of C.D, a minor**          **Address**  P.O. Box 808  Jena, LA 71342
(249028)

**Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.**  09-7916

---

**Marilee Dixon, as Next Friend of D.D, a minor**          **Address**  P.O. Box 808  Jena, LA 71342
(249026)

**Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.**  09-7916

---

**Marilee Dixon, as Next Friend of S.D, a minor**          **Address**  P.O. Box 808  Jena, LA 71342
(249033)

**Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.**  09-7916

---

**Marilyn Reed (248980)**  **Address** 3113 Admiral King St.  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

**Marvin Holland (248805)**  **Address** 2004 Legion Street  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

**Mary  Reyes (248920)**  **Address** 3717 Shannon Dr.  Harvey, LA 70058

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2249

---

**Mary Fontenot (248870)**  **Address** 524 Prater Rd.  Lake Charles, LA 70669

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

**Mary Thibodeaux (248775)**  **Address** 8120 E. Todd Road  Bell City, LA 70630

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

**Mary Vallare (248922)**  **Address** P.O. Box 16255  Lake Charles, LA 70616

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

**Melissa Mizell (248930)**  **Address** 11064 Oak Farms Ln  Irvington, AL 36544

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

**Melissa Mizell, as Next Friend of G.H, a minor (248932)**  **Address** 11064 Oak Farms Ln  Irvington, AL 36544

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

**Melissa Mizell, as Next Friend of K.M, a minor (248931)**  **Address** 11064 Oak Farms Ln  Irvington, AL 36544

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

**Melvina Guillory, as Next Friend of S.G, a minor (248810)**  **Address** 1108 Pear St.  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

**Michael Jackson (248989)**  **Address** 1500 Craft St.  Lake Charles, LA 70601

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-2183

---

**Michael Marshall** (248788)  **Address** P.O. Box 19004  Lake Charles, LA 70616

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

**Michael Payne** (248862)  **Address** 317 Lewis St.  Sulphur, LA 70663

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.   **Cause No.** 09-7909

---

**Micheal Porter** (248833)  **Address** 602 W. Prien Lake Rd. (PMB 125)  Lake
Charles, LA 70601

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor   **Cause No.** 09-7830
Industries, Inc., et. al.

**Case Style** Joyce Calabretta , et. al.  vs. Lexington Homes, et. al.   **Cause No.** 10-1300

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

**Mymeka Johnson** (248796)  **Address** 19018 Remmington Mill  Houston, TX 77073

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs.   **Cause No.** 09-7905
Liberty Homes Inc., et. al.

---

**Myron Johnson** (248795)  **Address** 3602 Griennich Blvd  Lake Charles, LA 70607

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs.   **Cause No.** 09-7905
Liberty Homes Inc., et. al.

---

**Nahjaflake Shanks** (248877)  **Address** 11836 E. Fair Oaks  Baton Rouge, LA 70815

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.   **Cause No.** 09-7835
Forest River, Inc., et. al.

---

**Natalie Browne** (248764)  **Address** 5118 Willow Glenn Drive  Houston, TX 77003

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Natalie Frimpong** (248884)  **Address** 416 S.236 Place H106 Kent, WA 98031

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

**Nathaniel Ballard** (248836)  **Address** 413 South Bowers Ave.  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Nidia Campos, as Next Friend of D.C, a minor**  **Address** P.O. Box 966  Kinder, LA 70648
(249029)

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Nikita Brown** (248846)  **Address** 1900 Prejean Dr.  J-137 Lake Charles, LA
70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Norlan Slaughter, as Next Friend of D.S, a minor (249009)

**Address** 1903 Gieffers St. Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Pamela Harrison (248971)

**Address** 1520 Brick St. Apt D Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Pamela Harrison, as Next Friend of A.H, a minor (248804)

**Address** 1520 Brick Street LA Apt D Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Patrice Fontenot (248889)

**Address** 1742 P.E. Daigle Rd.  Iowa, LA 70647

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

Patricia  Adams, as Next Friend of R.W, a minor (248809)

**Address** 722 Fall St.  Lake Charles, LA 70601

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

Patricia Bray (249040)

**Address** 511 North Goos Blvd.  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Patricia Bray, as Next Friend of D.B, a minor (249038)

**Address** 511 N. Goos Blvd  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Patrick Williams (248986)

**Address** 1503 South 10th. St. Leesville, LA 71446

**Case Style** Patrick Williams, et. al.  vs. Hy-Line Enterprises, Inc., et. al.

**Cause No.** 10-1299

---

Paula Harmon, as Next Friend of A.H, a minor (248984)

**Address** 700 Williams St.  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-1282

---

Pearl Barnes, as Next Friend of J.R, a minor (248762)

**Address** 923 Industrial Street  Vinton, LA 70668

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Pedro Williams (248991)

**Address** 2613 E Gen Wainwright St  Lake Charles, LA 70615

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

Quentin Coleman (248827)                    **Address** 2707 Church St.  Lake Charles, LA 70615

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Rachelle Powell (248815)                    **Address** 402 Gaytine Rd  Ragley, LA 70657

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Raekeisha Harris, as Next Friend of E.H, a minor    **Address** 2710 Bank Street  Lake Charles, LA 70601
(248761)
   **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.        **Cause No.** 09-7962
              Cavalier Home Builders, LLC, et. al.

---

Raekeisha Harris, as Next Friend of K.H, a minor    **Address** 2710 Bank Street  Lake Charles, LA 70601
(248779)
   **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.        **Cause No.** 09-7962
              Cavalier Home Builders, LLC, et. al.

---

Rafeal Johnson, as Next Friend of F.J, a minor    **Address** 4518 1/2 Downman Rd.  New Orleans, LA
(248909)                                             70126
   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Ravis Guillory (248993)                    **Address** 1623 Geiffers St.  Lake Charles, LA 70601

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Rhonda  Fontenot, as Next Friend of R.F, a minor    **Address** 2703 Aurther Stl  West Lake, LA 70669
(248958)
   **Case Style** Julie Seaman, as Next Friend of T.  S., a minor, et. al.  vs.        **Cause No.** 09-7834
              Vanguard, LLC, et. al.

---

Rhonda Fontenot (248959)                    **Address** 2703 Arthur St.  West Lake, LA 70669

   **Case Style** Julie Seaman, as Next Friend of T.  S., a minor, et. al.  vs.        **Cause No.** 09-7834
              Vanguard, LLC, et. al.

---

Robert Duhon (248867)                    **Address** 133 Willow Ridge Ln.  Lake Charles, LA 70607

   **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.        **Cause No.** 09-7859

---

Robert Stephenson (248951)                    **Address** 1109 Hunter Dr.  Lake Charles, LA 70615

   **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.        **Cause No.** 09-7835
              Forest River, Inc., et. al.

---

Robin Comeaux (248926)                    **Address** 1336 Mitchell St.  Lake Charles, LA 70607

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

   **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-1281

---

**Rochelle Pappion (248782)**

**Address** 3103 1st Avenue  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

**Rochelle Pappion, as Next Friend of D.S, a minor (248791)**

**Address** 3103 1st Avenue  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

**Rochelle Pappion, as Next Friend of M.P, a minor (248790)**

**Address** 3103 1st Avenue  Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

**Roger Farque (248754)**

**Address** 11255 Hwy 384  Lake Charles, LA 70607

**Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al.

**Cause No.** 09-7832

---

**Ronnie Theriot (248799)**

**Address** P.O. Box 235  Hayes, LA 70646

**Case Style** Frankie Jones, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Cause No.** 10-2182

---

**Roosevelt Miller (248838)**

**Address** 212 Calcasier Street  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

**Rosie Vital (248886)**

**Address** 1016 14th St  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

**Roy Dean (248893)**

**Address** P.O. Box 6  Lake Charles, LA 70602

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.

**Cause No.** 09-7797

---

**Ruby Silas (248945)**

**Address** 609 Drake Rd.  Lake Charles, LA 70611

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.

**Cause No.** 09-7795

---

**Ruby Silas, as Representative of the Estate of Earl Silas, deceased (248946)**

**Address** 609 Drake Rd.  Lake Charles, LA 70611

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.

**Cause No.** 09-7795

---

**Russell  Holloway, as Next Friend of K.H, a minor (248985)**

**Address** 2713 Kingsman St. Apt D.  Metarie, LA 70006

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

**Russell Holloway (248979)**

**Address** 2713 Kingmon St. Apt D. Metairie, LA 70006

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

| | | |
|---|---|---|
| Russell Holloway, as Next Friend of R.H, a minor (248981) | **Address** | 2713 Kingsman St. Apt D. Metarie, LA 70006 |
| **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al. | **Cause No.** | 09-7830 |

| | | |
|---|---|---|
| Sandra Braxter (248744) | **Address** | 2237 18th Street  Lake Charles, LA 70601 |
| **Case Style** Kasinda Brumfield, as Next Friend of K.B, a minor, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 10-2248 |

| | | |
|---|---|---|
| Sarah Dotson (249005) | **Address** | 592 W. Telephone Rd.  Lake Charles, LA 70611 |
| **Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al. | **Cause No.** | 09-7917 |

| | | |
|---|---|---|
| Sarah Dotson, as Representative of the Estate of Edwin Dotson, deceased (249004) | **Address** | 592 West Telephone Rd.  Lake Charles, LA 70607 |
| **Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al. | **Cause No.** | 09-7917 |

| | | |
|---|---|---|
| Shanda Simien, as Next Friend of A.S, a minor (248864) | **Address** | 145 Petticoast Lane  Lake Charles, LA 70605 |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 09-7853 |

| | | |
|---|---|---|
| Shannon Booker (248880) | **Address** | 1616 Church St.  Lake Charles, LA 70601 |
| **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |

| | | |
|---|---|---|
| Sharonda  Carroll, as Next Friend of L.L, a minor (248807) | **Address** | 1900 Prejea Dr. Apt.  F-92 Lake Charles, LA 70607 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |
| **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 10-1307 |

| | | |
|---|---|---|
| Shaunda Simien, as Next Friend of C.S, a minor (248921) | **Address** | 145 Petticoat Ln.  Lake Charles, LA 70605 |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 09-7853 |

| | | |
|---|---|---|
| Shawana Kately (249021) | **Address** | 4484 Lake Caroline Dr.  Lake Charles, LA 70615 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |

| | | |
|---|---|---|
| Shawana Kately, as Next Friend of J.K, a minor (249022) | **Address** | 4484 Lake Caroline Dr.  Lake Charles, LA 70615 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |

| | | |
|---|---|---|
| Shawana Kately, as Next Friend of K.K, a minor (249035) | **Address** | 4484 Lake Caroline Dr.  Lake Charles, LA 70615 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7895 |

---

Shawn Ducre (248825)                    **Address** 4477 Gordon Woods Dr.  Lake Charles, LA
                                                    70601

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.        **Cause No.** 09-7797

---

Sheila Thomas (248842)                  **Address** 1018 North Goose Blvd.  Lake Charles, LA
                                                    70601

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs.        **Cause No.** 10-2186
Frontier RV, Inc., et. al.

---

Shelly Fontenot (248963)                **Address** 4247 5th Ave.  Apt 150 Lake Charles, LA
                                                    70607

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.        **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Shelly Fontenot, as Next Friend of D.M, a minor         **Address** 4247 5th Ave.  Apt 150 Lake Charles, LA
(248966)                                                        70607

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.        **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Shelly Fontenot, as Next Friend of J.M, a minor         **Address** 4247 5th Ave. Apt 150 Lake Charles, LA 70607
(248964)

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.        **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Shelton Dixon (248835)                  **Address** 2601 General Moore  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.        **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Shirley Bias  (248822)                  **Address** 1600 Legion St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Shirley Celestine (248808)              **Address** 1115 Pear St  Lake Charles, LA 70615

**Case Style** Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs.        **Cause No.** 10-2186
Frontier RV, Inc., et. al.

---

Shirley Saltzman (248746)               **Address** 1823 Hwy 384 Sweet Lake  Lake Charles, LA
                                                    70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.        **Cause No.** 09-7795

---

Sidney Patterson (248915)               **Address** 1309 Tennesse St.  New Orleans, LA 70117

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Sonny Jones (249006)                    **Address** 1418 Chandler Park Lane  Fresno, TX 77545

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

Stella Lewis, as Next Friend of P.W, a minor (248949) — **Address** 1821 Rena St. Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al. — **Cause No.** 09-7818

**Case Style** Terrell Reed, et. al. vs. Cavalier Home Builders, LLC, et. al. — **Cause No.** 10-1274

---

Steven Carter (248806) — **Address** 2609 8th Street Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al. vs. Cavalier Home Builders, LLC, et. al. — **Cause No.** 09-7962

---

Steven Dixon (249024) — **Address** PO Box 12 Trout, LA 71371

**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al. — **Cause No.** 09-7916

---

Susan Stewart (248828) — **Address** 2707 Church St. Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al. — **Cause No.** 09-7818

---

Tami Greenwood, as Next Friend of A.G, a minor (248953) — **Address** 2838 Guinn St. Lake Charles, LA 70615

**Case Style** Santonia Brooks, as Next Friend of J.B, a minor, et. al. vs. CMH Manufacturing, Inc., et. al. — **Cause No.** 10-2268

---

Tammy Joseph (248952) — **Address** 1109 Hunter Dr. Lake Charles, LA 70615

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al. — **Cause No.** 09-7835

---

Tammy Vincent, as Representative of the Estate of Judy Duddleston, deceased (248948) — **Address** P.O. Box 899 Cameron, LA 70631

**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al. — **Cause No.** 09-7916

---

Tara Deroven, as Next Friend of J.D, a minor (248878) — **Address** 133 Willow Ridge Lane Lake Charles, LA 70607

**Case Style** Brent Sims, et. al. vs. Destiny Industries, LLC, et. al. — **Cause No.** 09-7859

---

Theresa Hampton, as Next Friend of A.S, a minor (248973) — **Address** 20029 Sunshine Dr. #B Long Beach , MS 39560

**Case Style** Rena Semien, et. al. vs. Timberland RV Company d/b/a Adventure Manufacturing, et. al. — **Cause No.** 10-1287

---

Thomas Vital (248887) — **Address** 1016 14th St. Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al. — **Cause No.** 09-7835

---

Tiffany Henderson, as Next Friend of D.A, a minor (248767) — **Address** 1662 Thompson Road Lake Charles, LA 70611

**Case Style** Clyde Mitchell, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. — **Cause No.** 10-1269

---

Tiffany Jackson (248837) | **Address** 513 Queen Carter Court  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Tija White, as Next Friend of J.W, a minor (248907) | **Address** 1901 Mill St. Apt 561 Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 09-7962

---

Tija White, as Next Friend of K.W, a minor (248906) | **Address** 1901 Mill St. Apt 561 Lake Charles, LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 09-7962

---

Tilden Leger (248976) | **Address** 2400 Fruge St. Apt 208 Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.    **Cause No.** 09-7910

---

Trachelle Morton, as Next Friend of K.W, a minor (248910) | **Address** 302 Neil Ave.  New Orleans, LA 70131

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Tranese Jones (248748) | **Address** 9 Sherwood Drive Apt 47 Sulphur, LA 70663

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Trislynn LaSalle (248936) | **Address** 2465 Hwy 397  Lot 122 Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

---

Ulysses Young (248894) | **Address** P.O. Box 16255  Lake Charles, LA 70616

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Ulysses Young, as Next Friend of D.Y, a minor (248895) | **Address** P.O. Box 16255  Lake Charles, LA 70616

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Vanessa Landry (248967) | **Address** 2500 Smith Rd. Lot 39 Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Vankeisha Moore (248750) | **Address** 1623 Grieffers Street  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | | |
|---|---|---|
| Vankeisha Moore, as Next Friend of C.W, a minor (248752) | **Address** | 1623 Grieffers Street  Lake Charles, LA 70601 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7818 |

| | | |
|---|---|---|
| Vankeisha Moore, as Next Friend of E.M, a minor (248753) | **Address** | 1623 Grieffers Street  Lake Charles, LA 70601 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7818 |

| | | |
|---|---|---|
| Vera Farque (248755) | **Address** | 11255 Hwy 384  Lake Charles, LA 70607 |
| **Case Style**  Dersha Bean, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.** | 09-7832 |

| | | |
|---|---|---|
| Veronica Tumblin, as Next Friend of D.T, a minor (248851) | **Address** | 1013 31st  Apt 29A Kenner, LA 70065 |
| **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7795 |

| | | |
|---|---|---|
| Willie Parker (248844) | **Address** | 2601 First. Ave  Apt 102 Lake Charles, LA 70601 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7818 |

| | | |
|---|---|---|
| Yolanda  Simon, as Next Friend of J.S, a minor (249008) | **Address** | 1313 Oklahoma St.  Lake Charles, LA 70607 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7980 |

| | | |
|---|---|---|
| Yolanda Landry (248848) | **Address** | 2515 Cypress St.  Lake Charles, LA 70601 |
| **Case Style**  Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 10-1292 |

| | | |
|---|---|---|
| Yolanda Simon (248998) | **Address** | 1313 Oklahoma St.  Lake Charles, LA 70607 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7980 |

| | | |
|---|---|---|
| Yolanda Simon, as Next Friend of J.S, a minor (249007) | **Address** | 1313 Oklahoma St.  Lake Charles, LA 70607 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7980 |