## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7417 | | * | MAGISTRATE CHASEZ |
| Maria Hernandez, as Next Friend of W. V., | | * | |
| a minor, et. al.  vs. Gulf Stream Coach, | | * | |
| Inc., et. al. | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.  In compliance with this Court's Pretrial Order 40, (Doc. 1781), Plaintiffs filed new complaints matching each Plaintiff with a manufacturer and contract defendant.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.


/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

## Exhibit A

---

Agna Bellard (249067)  **Address** 3550 E. Roosevelt St.  Lake Charles, LA 70607

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

---

Agna Bellard, as Next Friend of D.B, a minor (249063)  **Address** 3550 E. Roosevelt St.  Lake Charles, LA 70607

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

---

Agna Bellard, as Next Friend of M.B, a minor (249065)  **Address** 3550 E. Roosevelt St.  Lake Charles, LA 70607

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

---

Albert Ceasar (249108)  **Address** 2709 Gen Patch  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

Aletha Carter, as Next Friend of J.C, a minor (249325)  **Address** 3568 Greenwich Blvd  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

Alicia Robinson (249305)  **Address** 619 Roy St  Biloxi, MS 39530

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.  **Cause No.** 09-7919

---

Alisha Sanders, as Next Friend of A.R, a minor (249282)  **Address** 2534 13th St  Lake Charles, LA 70601

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.  **Cause No.** 09-7830

---

Allie Carter (249335)  **Address** 115 LeBlanc Rd  Creole, LA 70632

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2220

---

Alvin Cormier (249268)  **Address** 2429 Katherine St  Lake Charles, LA 70601

**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.  **Cause No.** 09-7918

---

Amberlyn Reney (249255)  **Address** 2534 13th St  Lake Charles, LA 70601

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.  **Cause No.** 09-7830

Andres Villery (249286)      **Address** 2032 11th St  Lake Charles, LA 70601

**Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.    **Cause No.** 09-7859

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.    **Cause No.** 10-1286

---

Andrew Sonnier, as Next Friend of S.S, a minor (249188)      **Address** 1613 Gene Sonnier Rd  Vinton, LA 70668

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.    **Cause No.** 09-7887

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Angela Edwards, as Next Friend of S.E, a minor (249311)      **Address** 2214 18th St  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

Angela Edwards, as Next Friend of S.E, a minor (249313)      **Address** 2214 18th St  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

Angela Nunez, as Next Friend of J.N, a minor (249169)      **Address** 243 Ruby Lane  Cameron, LA 70631

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

Anisa White (249244)      **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Anisa White, as Next Friend of L.W, a minor (249242)      **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Anisa White, as Next Friend of R.W, a minor (249239)      **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Anita Coleman (249320)      **Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

**Case Style** Marica Stephen , et. al.  vs. R-Vision, Inc., et. al.    **Cause No.** 09-7917

---

Anitra Edwards, as Next Friend of A.B, a minor (249231)      **Address** 1109 W. Welsh  Welsh, LA 70591

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

**Anna Landry (249182)**  **Address** 17275 Hwy 165  Iowa, LA 70647

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

**Annie Session (249332)**  **Address** 2601 E. Gen. Wainwright Dr.  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Antionette Colquitt (249308)**  **Address** 5621 Emerald Dr  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Antoinette Auzenne (249315)**  **Address** 2004 See St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Antoinette Auzenne, as Next Friend of J.A, a minor (249097)**  **Address** 2004 See St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Antonia Williams (249219)**  **Address** 2409 12th St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Antonio Williams, as Next Friend of F.W, a minor (249220)**  **Address** 2409 12th St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**April Vital (249121)**  **Address** 520 Fournet St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Arica Bias, as Next Friend of M.B, a minor (249221)**  **Address** 1600 Legion St  Lake Charles, LA 70601

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-2207

---

**Arshiko Brown, as Next Friend of K.C, a minor (249085)**  **Address** 19030 Hwy 383   Iowa, LA 70647

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

**Ashley Jackson, as Next Friend of J.M, a minor (249215)**  **Address** 111 Eli St.  Iowa, LA 70647

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

**Aundrea Andrepont, as Next Friend of K.A, a minor (249269)**   **Address** 1402 N. Lincoln St  Lake Charles, LA 70601

    **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.   **Cause No.** 09-7859

    **Case Style** Patricia Erwin, et. al. vs. Champion Home Builders Co., et. al.   **Cause No.** 10-1286

---

**Berry Carter (249304)**   **Address** 436 Ange Dr  Lake Charles, LA 70615

    **Case Style** Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 10-2190

---

**Betty  Perrodin, as Next Friend of G.L, a minor (249118)**   **Address** 1402 N. Lincoln  Lake Charles, LA 70601

    **Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.   **Cause No.** 09-7898

---

**Billy Simien (249172)**   **Address** 4254 5th Ave Apt 428 Lake Charles, LA 70607

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brandy Hardman (249136)**   **Address** 2517 Dietz Rd.  Lake Charles, LA 70601

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Brandy Hardman, as Next Friend of E.B, a minor (249133)**   **Address** 2517 Dietz St.  Lake Charles, LA 70601

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Brenda  Moses (249116)**   **Address** 319 Phyllis Dr.  Jennings, LA 70546

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brittany Carrier (249328)**   **Address** 2877 S. Beglis Pkwy Apt 205 Sulphur, LA 70665

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brittany Villery (249272)**   **Address** 101 Cypress Lane  Iowa, LA 70647

    **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.   **Cause No.** 09-7859

    **Case Style** Patricia Erwin, et. al. vs. Champion Home Builders Co., et. al.   **Cause No.** 10-1286

---

**Brittney Citizen (249074)**   **Address** 1418 McNabb St.  Lake Charles, LA 70615

    **Case Style** Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 10-1292

---

**Brittney Citizen, as Next Friend of J.C, a minor (249075)**   **Address** 1418 McNabb St. Lake Charles, LA 70615

    **Case Style** Gregory Spears, et. al. vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 10-2269

---

**Burnell Dunn (249104)**   **Address** 4570 Louisiana Ave. Lake Charls, LA 70607

    **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.   **Cause No.** 09-7887

---

**Byron Thibeaux (249056)**   **Address** 7644 Delaney Rd. Bell City , LA 70630

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.   **Cause No.** 09-7980

---

**Carla Ledoux (249193)**   **Address** 2506 Poe St Lake Charles, LA 70601

    **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.   **Cause No.** 09-7887

---

**Carnice Minor (249055)**   **Address** 1217 Cactus Dr. Lake Charles, LA 70607

    **Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.   **Cause No.** 09-7897

---

**Carol Larry (249100)**   **Address** 1209 Desport Lake Charles, LA 70601

    **Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al. vs. Scotbilt Homes, Inc., et. al.   **Cause No.** 09-7912

---

**Carolyn Patillo-Davis (249301)**   **Address** 7205 Geneva Dr Austin, TX 78723

    **Case Style** Antoine Adams, et. al. vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

**Casey Simien, as Next Friend of J.P, a minor (249276)**   **Address** 1520 13th St Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.   **Cause No.** 09-7980

    **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

---

**Chad Hagger (249306)**   **Address** 1602 Pine St Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

    **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.   **Cause No.** 10-1254

---

**Charlene Mitchell, as Next Friend of J.W, a minor (249256)**   **Address** 2142 13th St Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Charles Moton (249129)**   **Address** 6221 Mark Lebleu Rd. Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Charles Moton, as Next Friend of J.M, a minor (249130)

**Address** 6221 Mark Lebleu Rd.  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Charles Plumber (249120)

**Address** 3970 Gerstner Memorial Dr.  Lot 38 Lake Charles, LA 70607

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.   **Cause No.** 09-7898

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 10-1261

---

Charlet Sterling, as Next Friend of L.L, a minor (249081)

**Address** 6784 Hwy 397  Lake Charles, LA 70607

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

Charlet Sterling, as Next Friend of R.M, a minor (249080)

**Address** 6784 Hwy 397  Lake Charles, LA 70607

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

Cheryl Stanley (249061)

**Address** 1013 Old River Rd.  Starks, LA 70661

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Christine Enclarde, as Next Friend of G.M, a minor (249280)

**Address** P.O. Box 73306  Baton Rouge, LA 70874

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Christine Enclarde, as Next Friend of L.K, a minor (249287)

**Address** P.O. Box 73306  Baton Rouge, LA 70874

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Christy Dejean (249086)

**Address** 2021 8th St.  Lake Charles, LA 70601

**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.   **Cause No.** 09-7918

---

Christy Dejean, as Next Friend of B.T, a minor (249087)

**Address** 2021 8th St.  Lake Charles, LA 70601

**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.   **Cause No.** 09-7918

---

Clarissa  McGee, as Next Friend of A.B, a minor (249135)

**Address** PO Box 1442 Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Clarissa  McGee, as Next Friend of A.M, a minor (249132)

**Address** PO Box 1442 Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

Clarissa McGee (249134) | **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.B, a minor (249137) | **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.M, a minor (249138) | **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.M, a minor (249139) | **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Claudia Lewis (249158) | **Address** P.O. Box 14618  Lake Charles, LA 70616

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.       **Cause No.** 09-7980

---

Clay Haley (249106) | **Address** 1900 Prejean Dr. J 137 Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 09-7895

---

Clifton Harmon (249260) | **Address** 700 Williams St  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 10-1282

---

Clifton Harris (249107) | **Address** 7648 Ling Rd. Apt A. Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Coretta Cockrell (249339) | **Address** P.O. Box 1025  Cameron, LA 70631

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 09-7895

---

Courtney Brignac-Lilly, as Next Friend of K.L, a minor (249170) | **Address** 1109 Virginia St  Lake Charles, LA 70601

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.       **Cause No.** 09-7990

---

Crystal Gaines (249214) | **Address** 1006 2nd St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 09-7895

---

Crystal Gaines, as Next Friend of J.G, a minor (249184) | **Address** 1006 2nd St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 09-7895

---

Curtis Savoy (249209)                    **Address** 2899 Sugarloaf Dr. #46 Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Cynthia Higgins (249314)                 **Address** 5065 S. Prien Lake Rd  Lake Charles, LA 70605

    **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

---

Dana  Tousand (249071)                   **Address** 205 N. Lincoln St.  Lake Charles, LA 70601

    **Case Style** W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

Dana Fondel (249321)                     **Address** 1003 S. Division St  Lake Charles, LA 70601

    **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

Dana Tousand, as Next Friend of J.H, a minor (249295)   **Address** 205 N. Lincoln St  Lake Charles, LA 70601

    **Case Style** W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

Dave Allison (249336)                    **Address** 1106 Elm St  Sulphur, LA 70663

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

David Barnes (249233)                    **Address** 923 Industrial St  Vinton, LA 70668

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Delphine Jones (249252)                  **Address** P.O. Box 970  Lake Charles, LA 70602

    **Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1281

    **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

Delphine Jones, as Next Friend of A.H, a minor (249253)   **Address** P.O. Box 970  Lake Charles, LA 70602

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

    **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

Deon Sam, as Next Friend of P.J, a minor (249247)   **Address** 1313 Arkansas St  Lake Charles, LA 70607

    **Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Derrick Guidry (249098)                  **Address** 19030 Hwy 383   Iowa, LA 70647

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

Desiree Dixon (249293)

**Address** 901 Priscilla Lane  Lake Charles, LA 70601

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs.
American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

**Cause No.** 09-7800

---

Dominique Celestine (249298)

**Address** 2814 8th St  Lake Charles, LA 70615

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.

**Cause No.** 09-7829

---

Dominique Celestine, as Next Friend of L.N, a minor (249300)

**Address** 2814 8th St  Lake Charles, LA 70615

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.

**Cause No.** 09-7829

---

Donald Higgins (249103)

**Address** 5065 S. Prien Lake Rd.  Lake Charles, LA 70605

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-1267

---

Dontai Robinson (249179)

**Address** 1715 Junior St  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Doretha Sowells (249289)

**Address** P.O. Box 605  Lake Charles, LA 70602

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Dorthy Joshua (249175)

**Address** 3924 E. Burton St  Sulphur, LA 70663

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Elaine Briggs, as Next Friend of D.B, a minor (249194)

**Address** 1106 1/2 Eddy St  Vinton, LA 70668

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Elaine Briggs, as Next Friend of J.B, a minor (249176)

**Address** 1106 1/2 Eddy St  Vinton, LA 70668

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

Elsie Auzenne (249096)

**Address** 2900 6th St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Elsie Prudhomme (249230)

**Address** P.O. Box 504  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Erica  Dean, as Next Friend of J.F, a minor (249140)   **Address** 4451 5th. Ave Apt G63 Lake Charles, LA 70607

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Erica  Dean, as Next Friend of J.P, a minor (249141)   **Address** 4451 5th Ave Apt. G63 Lake Charles, LA 70607

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Eugene Cormier (249288)   **Address** 1724 Katherine St  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Felecious Louis (249228)   **Address** 1921 12th St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Felicia Winfrey (249162)   **Address** 1408 16th St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Frank Theriot (249142)   **Address** P.O. Box 235  Hayes, LA 70646

**Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.   **Cause No.** 10-2221

---

Gailla Ladd (249168)   **Address** 4245 5th Ave S k3 Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Gentry Davis (249240)   **Address** 5712 Victor Lane  Lake Charles, LA 70605

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

---

Geraldine Bridges (249334)   **Address** 5790 Townhouse Lane  Beaumont, TX 77707

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Germain Winfrey (249161)   **Address** P.O. Box 961  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Gicele  Goodly, as Next Friend of M.S, a minor (249111)   **Address** P.O. Box 19176  Lake Charles, LA 70616

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.   **Cause No.** 09-7793

| | |
|---|---|
| Gicele Goodly, as Next Friend of M.G, a minor (249113) | **Address** P.O. Box 19176  Lake Charles, LA 70615 |

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.    **Cause No.** 09-7793

| | |
|---|---|
| Glenda Robinson (249181) | **Address** 1715 Junior St  Lake Charles, LA 70601 |

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

| | |
|---|---|
| Gregory Phillips, as Next Friend of D.P, a minor (249060) | **Address** 2234 14th St.  Lake Charles, LA 70601 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | |
|---|---|
| Gwen Brown (249058) | **Address** 2187 E. Gauthier Rd.   Lot # 560 Lake Charles,, LA 70607 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | |
|---|---|
| Gwendelyn Clarke, as Next Friend of M.W, a minor (249190) | **Address** 308 W. School St  Lake Charles, LA 70605 |

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

| | |
|---|---|
| Hannah Hardman (249124) | **Address** P.O. Box 16514  Lake Charles, LA 70616 |

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

| | |
|---|---|
| Hilda Andrepont (249270) | **Address** 1402 N. Lincoln St  Lake Charles, LA 70601 |

**Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.    **Cause No.** 09-7859

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.    **Cause No.** 10-1286

| | |
|---|---|
| Hilton  Ceasar (249110) | **Address** 1125 Isabella St.  Sulphur, LA 70663 |

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

| | |
|---|---|
| Iliana Campos (249047) | **Address** P.O. Box 913  Kinder, LA 70648 |

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.    **Cause No.** 09-7919

| | |
|---|---|
| Irma Serra, as Next Friend of A.S, a minor (249229) | **Address** 5510 Orleans Circle  Pascagoula, MS 39581 |

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

| | |
|---|---|
| Jacobey Brown (249281) | **Address** 21267 S. Frontage Rd  Iowa, LA 70647 |

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Jacquline Cole (249327)                          **Address** P.O. Box 2013  Lake Charles, LA 70602

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Jacquline Cole, as Next Friend of D.C, a minor          **Address** P.O. Box 2013  Lake Charles, LA 70602
(249326)

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Jamal Mason (249264)                            **Address** 605 McNabb St  Lake Charles, LA 70615

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

James Couvillion (249125)                        **Address** 4314 Hwy #56 Sulphur, LA 70665

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.    **Cause No.** 09-7801
    Cavalier Home Builders, LLC., et. al.
    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 10-1307

---

James Pierce (249303)                           **Address** 503 Gaudet Dr  Vinton, LA 70668

    **Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.    **Cause No.** 09-7919
    Southern Energy Homes, Inc., et. al.

---

Jared Fondel (249307)                           **Address** 1003 S. Division St  Lake Charles, LA 70601

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

Jeanette Damon (249078)                         **Address** 1232 Big Four Corners Rd.  Jeanerette, LA
    70544

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.    **Cause No.** 09-7835
    Forest River, Inc., et. al.

---

Jennifer Davis, as Next Friend of M.G, a minor          **Address** 1803 Pear St.  Lake Charles, LA 70601
(249146)

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.    **Cause No.** 09-7801
    Cavalier Home Builders, LLC., et. al.

---

Jerome Guillory (249165)                         **Address** 111 E Third St  Iowa, LA 70647

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Jerrold Pete (249050)                           **Address** 350 W. Lagrange St. Apt 121 Lake Charles, LA
    70605

    **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.    **Cause No.** 09-7849

---

Jerry Fain (249199)                             **Address** P.O. Box 754  Long Beach, MS 39560

    **Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.    **Cause No.** 09-7919
    Southern Energy Homes, Inc., et. al.

| | | |
|---|---|---|
| Jesse Victorian (249076) | **Address** | 2601 Gerneral Arnold Ave.  Lake Charles, LA 70615 |
| **Case Style**  Dersha Bean, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.**  09-7832 | |

| | | |
|---|---|---|
| Jimmy Prater (249084) | **Address** | 902 Lincoln Ave.  Oakdale, LA 71463 |
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.**  09-7916 | |

| | | |
|---|---|---|
| JoAnn Williams (249069) | **Address** | P.O. Box 353   Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 | |

| | | |
|---|---|---|
| JoAnn Williams, as Next Friend of K.S, a minor (249066) | **Address** | P.O. Box 353  Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 | |

| | | |
|---|---|---|
| JoAnn Williams, as Next Friend of M.W, a minor (249068) | **Address** | P.O. Box 353  Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 | |

| | | |
|---|---|---|
| John Ladd (249163) | **Address** | 4245 5th Ave S K3 Lake Charles, LA 70607 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 | |

| | | |
|---|---|---|
| John Zeno (249217) | **Address** | 1413 1/2 Nichols St  Vinton, LA 70668 |
| **Case Style**  Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.**  10-1312 | |

| | | |
|---|---|---|
| Johnny Bordes (249223) | **Address** | 7073 West Tamaron Blvd  New Orleans, LA 70128 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 | |

| | | |
|---|---|---|
| Johnny Moton (249131) | **Address** | 2606 Dietz  Lake Charles, LA 70601 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 | |

| | | |
|---|---|---|
| Jomarkco White (249243) | **Address** | 330 Benachi Ave Apt 83 Biloxi, MS 39530 |
| **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.**  09-7853 | |
| **Case Style**  Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.**  10-1274 | |

| | | |
|---|---|---|
| Jon Davis (249105) | **Address** | 2312 12th St.  Lake Charles, LA 70615 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 | |

---

**Jonnisha January, as Next Friend of A.F, a minor (249249)**  **Address** P.O. Box 313  Cameron, LA 70631

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1281

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

---

**Jordan Hanks (249174)**  **Address** 243 Ruby Lane  Cameron, LA 70631

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

---

**Joseph Anderson (249128)**  **Address** 502 North Booker  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

**Joseph LeDoux (249262)**  **Address** 1308 Beach St  Westlake, LA 70669

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

---

**Joshua Espree (249157)**  **Address** P.O. Box 14618  Lake Charles, LA 70616

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

---

**Joshua Moreau (249203)**  **Address** 6656 Corbina Rd  Lake Charles, LA 70607

    **Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

**Josie Simien (249173)**  **Address** 4254 5th Ave Apt 428 Lake Charles, LA 70607

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Juliet Villery (249271)**  **Address** 1101 Gadwall  Apt. 202  Lake Charles , LA 70615

    **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.  **Cause No.** 09-7859

    **Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 10-1286

---

**Kadesha Minor (249054)**  **Address** 1217 Cactus Dr.  Lake Charles, LA 70607

    **Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 09-7897

---

**Kandace Coleman (249319)**  **Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

    **Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.  **Cause No.** 09-7917

Kandace Coleman, as Next Friend of D.C, a minor (249318)

**Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7917

---

Kandice Coleman, as Next Friend of D.T, a minor (249322)

**Address** 2699 Rushmore Dr  Lake Charles, LA 70615

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Kay Hill (249292)

**Address** P.O. Box 590  Welsh, LA 70591

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7801

---

Kaysha Plumber, as Next Friend of D.P, a minor (249178)

**Address** 1810 PE Daigle Rd  Iowa, LA 70647

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2249

---

Kedric Hooker (249127)

**Address** 2218 Creole St.  Lake Charles, LA 70601

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.

**Cause No.** 09-7912

---

Keith Freeman (249164)

**Address** 2519 Elms St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Keith Guillory (249191)

**Address** 1108 Pear St  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Kim Rito, as Next Friend of K.R, a minor (249090)

**Address** 228 Garden Rd.  Bay St. Louis, MS 39520

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kim Rito, as Next Friend of M.R, a minor (249089)

**Address** 228 Garden  Bay St. Louis, MS 39520

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kimberly King, as Next Friend of L.D, a minor (249290)

**Address** 305 Brammer Lane  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Kolleen Stanford (249204)

**Address** 255 Aby Duson  Egan, LA 70531

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kylin Hill (249291)

**Address** P.O. Box 590  Welsh, LA 70591

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7801

LaTrall January (249248)                    **Address**  P.O. Box 324  Grand Chenier, LA 70643

    **Case Style**  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.                    **Cause No.**  09-7887

    **Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.                    **Cause No.**  10-1275

    **Case Style**  George Jones, et. al.  vs. Monaco Coach Corporation, et. al.                    **Cause No.**  10-1258

Lawanda  Banks, as Next Friend of J.J, a minor                    **Address**  1118 N. Simmons St.  Lake Charles, LA 70601
(249093)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  09-7895

    **Case Style**  Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.                    **Cause No.**  10-1260

Lawanda Banks, as Next Friend of H.J, a minor                    **Address**  1118 N. Simmons St.  Lake Charles, LA 70601
(249092)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  09-7895

    **Case Style**  Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.                    **Cause No.**  10-1260

Lawanda Banks, as Next Friend of K.J, a minor                    **Address**  1118 N. Simmons St.  Lake Charles, LA 70601
(249091)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  09-7895

    **Case Style**  Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.                    **Cause No.**  10-1260

Lawanda Banks, as Next Friend of M.J, a minor                    **Address**  1118 N. Simmons St.  Lake Charles, LA 70601
(249094)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  09-7895

    **Case Style**  Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.                    **Cause No.**  10-1260

Lawrence Battle (249148)                    **Address**  1022 N. Shattuck St.  Lake Charles, LA 70601

    **Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.                    **Cause No.**  09-7910

Lawrence Hutchins (249205)                    **Address**  108 Sharon Lane  Lake Charles, LA 70615

    **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  10-1282

Lawrence Kenner (249285)                    **Address**  P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.                    **Cause No.**  09-7916

Leanne Ceasar (249112)                    **Address**  1125 Isabella St.  Sulphur, LA 70663

    **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.                    **Cause No.**  10-2234

Leo Colquitt (249109)   **Address** 5621 Emerald Dr.  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leo Colquitt (249309)   **Address** 5621 Emerald Dr  Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leonard Bushnell (249299)   **Address** 129 Acme Dr  Dequincy, LA 70633

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leslie Bowman (249095)   **Address** 2187 E. Gauthier  Lake Charles, LA 70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Letichia Lager (249073)   **Address** 2400 Fruge St.  Apt. 208 Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Letichia Leger, as Next Friend of T.L., a minor (249296)   **Address** 2400 Fruge St Apt 208 Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Lottie Isaac (249064)   **Address** 1731 N. Junior St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Lynntina Richard, as Next Friend of J.P, a minor (249330)   **Address** P.O. Box 16082  Lake Charles, LA 70616

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1281

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

Maria Hernandez (249048)   **Address** P.O. Box 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of A.V, a minor (249046)   **Address** P.O. Box 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of J.H, a minor (249045)   **Address** P.O. BOx 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of W.V, a minor (249044)

**Address** P.O. Box 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlene Marquez (249316)

**Address** 21271 S. Frontage Rd  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlene Marquez, as Next Friend of C.A, a minor (249343)

**Address** 21271 S. Frontage Rd  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlon Cady (249198)

**Address** 108 Sharon Lane  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Martin Serra (249227)

**Address** 5510 Orleans Circle  Pascagoula, MS 39581

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

Mary Celestine (249206)

**Address** 108 Sharon Lane  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Mary Davis (249284)

**Address** 5712 Victor Lane  Lake Charles, LA 70605

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 09-7801

---

Mary Trahan (249340)

**Address** 410 Breaux Lane  Sulphur, LA 70663

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Mauro Sandoval (249052)

**Address** P.O. Box 795  Kinder, LA 70648

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-2183

**Case Style** Chana Williams, as Next Friend of J.S, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-2199

---

Melanie Prentice (249177)

**Address** 8821 Orange Lake Rd  Moss Point, MS 39563

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Melisa Green (249167)

**Address** 6717 E. Deshotel St  Lake Charles, LA 70607

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Mercie Payne, as Next Friend of J.P, a minor
(249222)

**Address** 208 Princess St  Westlake, LA 70669

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Meredith Wheaton, as Next Friend of J.B, a minor
(249202)

**Address** 8804 Saddlehorn Dr Apt 207 Irving, TX 75063

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.
CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

Michael Abney (249333)

**Address** 224 Cobb Rd  Lake Charles, LA 70607

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.
Forest River, Inc., et. al.     **Cause No.** 09-7835

---

Michael LaCombe (249099)

**Address** 2500 Tupelo St.  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.     **Cause No.** 09-7795

---

Michael Mose (249154)

**Address** 1100 James Sudduth  Lake Charles, LA 70601

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.
Cavalier Home Builders, LLC, et. al.     **Cause No.** 09-7801

---

Michael Mouton (249250)

**Address** 3108 Aster St Apt J Lake Charles, LA 70605

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.
Keystone RV Company, et. al.     **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

---

Michael Mouton, as Next Friend of D.M, a minor
(249251)

**Address** 1820 4th St  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.
Keystone RV Company, et. al.     **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

---

Michelle Bellard (249342)

**Address** 9155 Hwy 101  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Michelle Bellard, as Next Friend of P.B, a minor
(249331)

**Address** 9155 Hwy 101  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Michelle Jones (249183)

**Address** 1025 Deesport St Apt A Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Michelle Jones, as Next Friend of D.F, a minor
(249180)

**Address** 1025 Deesport St Apt A Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| Milton Lewis (249237) | **Address** 1402 N. Lincoln St  Lake Charles, LA 70601 |

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.          **Cause No.** 09-7898

---

| Nicholas Perrodin (249236) | **Address** 1510 20th St  Lake Charles, LA 70601 |

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.          **Cause No.** 09-7898

---

| Nichole Thibodeaux (249088) | **Address** 3101 Admiral King Dr.  Lake Charles, LA 70615 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

| Nicole Couvillion, as Next Friend of K.F, a minor (249057) | **Address** 4314 Hwy 27 # 56 Sulphur, LA 70665 |

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7801

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

| Nicole Couvillion, as Next Friend of T.C, a minor (249053) | **Address** 4314 Hwy 27 Lot 56 Sulphur, LA 70665 |

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7801

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

| Nidia  Campos, as Next Friend of V.C, a minor (249051) | **Address** P.O. Box 966  Kinder, LA 70648 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

| Nneka Sonnier, as Next Friend of T.S, a minor (249218) | **Address** P.O. Box 862  Supply, NC 28462 |

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 10-1267

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.          **Cause No.** 10-1286

---

| Nora Stanley (249117) | **Address** 3554 Green Island Rd.  Starks, LA 70661 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

| Patricia Champagne (249232) | **Address** 112 Long Acres Dr Lot 5 Lake Charles, LA 70607 |

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.          **Cause No.** 10-2243

---

| Patrina Rougeau, as Next Friend of J.R, a minor (249259) | **Address** 1100 James Sudduth  Lake Charles, LA 70615 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

| Paula Harmon (249115) | **Address** 700 Williams St.  Lake Charles, LA 70601 |

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-1282

Peggy Rigmaiden (249185)                                **Address** 1481 3rd St Apt 1028 Lake Charles, LA 70601

    **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  10-2234

---

Peggy Rigmaiden, as Representative of the Estate of      **Address** 1481 3rd St Apt 1028 Lake Charles, LA 70601
Jacqueline Andrews, deceased (249186)

    **Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  10-2234

---

Pennie Bowman (249267)                                  **Address** 2187 E. Gauthier Rd Lot 133 Lake Charles, LA
                                                                   70607

    **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.       **Cause No.**  09-7795

---

Pennie Bowman, as Next Friend of L.B, a minor           **Address** 2187 E. Gauthier Rd Lot 133 Lake Charles, LA
(249266)                                                           70607

    **Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.       **Cause No.**  09-7795

---

Pierre Thomas (249213)                                  **Address** 2409 12th St  Lake Charles, LA 70601

    **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  10-1282

---

Priscilla Perkins (249101)                              **Address** 2428 Stingray Dr. Lake Charles, LA 70605

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7895

---

Priscilla Perkins, as Next Friend of D.N, a minor       **Address** 2428 Stingray Dr  Lake Charles, LA 70605
(249278)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7895

---

Priscilla Perkins, as Next Friend of E.N, a minor       **Address** 2428 Stingray Dr  Lake Charles, LA 70605
(249279)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7895

---

Qiona Broussard (249151)                                **Address** 112 N. Lincoln St  Lake Charles, LA 70601

    **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.        **Cause No.**  10-2183
                Fleetwood Enterprises, Inc., et. al.

---

Qiona Broussard, as Next Friend of A.B, a minor         **Address** 112 N Lincoln St  Lake Charles, LA 70601
(249152)

    **Case Style**  Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.**  10-2220

---

Quantina Alfred, as Next Friend of T.A, a minor         **Address** 2122 Legion St  Lake Charles, LA 70601
(249150)

    **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.        **Cause No.**  09-7897

---

Quatina Alfred, as Next Friend of L.A, a minor          **Address** 2122 Legion St  Lake Charles, LA 70601
(249153)

    **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.        **Cause No.**  09-7897

---

Quincy Edwards (249196)                              **Address** 4100 Opelousas St  Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Quincy Higgins (249102)                             **Address** 5065 S. Prien Lake Rd.  Lake Charles, LA 70605

    **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.         **Cause No.** 10-1267

---

Rachel Guy, as Next Friend of L.L, a minor (249275)     **Address** 3414 Greenwich Blvd  Lake Charles, LA 70607

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

RaeKeisha Harris, as Next Friend of J.C, a minor (249122)     **Address** 2710 Bank St.  Lake Charles, LA 70601

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7801

---

RaeKeisha Harris, as Next Friend of K.H, a minor (249123)     **Address** 2710 Bank St.  Lake Charles, LA 70601

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7801

---

Rafeal Johnson, as Next Friend of K.B, a minor (249273)     **Address** 4518 1/2 Downman Rd  New Orleans, LA 70122

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Rafeal Johnson, as Next Friend of R.J, a minor (249323)     **Address** 4518 1/2 Downman Rd  New Orleans, LA 70126

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Rafeal Johnson, as Next Friend of R.S, a minor (249274)     **Address** 4518 1/2 Downman Rd  New Orleans, LA 70122

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

Rakisha Hill (249245)                               **Address** P.O. Box 590  Welsh, LA 70591

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7801

---

Ramona Simon (249277)                               **Address** 4249 5th Ave B-12 Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

    **Case Style** Leonard Lambert, et. al. vs. Viking Recreational Vehicle Company, LLC, et. al.          **Cause No.** 10-1310

---

Raven Mitchell (249225)                             **Address** 4518 1/2 Downman Rd  New Orleans, LA 70126

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

Rebecca Goodly (249083)    **Address** 2410 11th St. Lake Charles, LA 70601

    **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

Retha Thomas (249246)    **Address** 4401 5th Ave Apt L87 Lake Charles, LA 70607

    **Case Style** Felix  Mackey, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 09-7910

---

Reynaldo Milton (249155)    **Address** 2314 17th St  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

Rhonda Isaac (249059)    **Address** 1731 N. Junior  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Richard Sterling (249082)    **Address** 6784 Hwy 397  Lake Charles, LA 70607

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

    **Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Ricky Prejean (249257)    **Address** 21267 S. Frontage Rd  Iowa, LA 70647

    **Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Robin Clark (249049)    **Address** P.O. Box 5732 Lake Charles, LA 70606

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Ronald Isaac (249062)    **Address** 1731 N. Junior  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Rose Brown (249341)    **Address** 704 16th St  Lake Charles, LA 70601

    **Case Style** Nadine Ratcliff, et. al. vs. Monaco Coach Corporation, et. al.    **Cause No.** 09-7815

---

Roy Milton (249197)    **Address** 1106 1/2 Eddy St  Vinton, LA 70668

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Ruby Cockrell (249241)    **Address** P.O. Box 1025  Cameron, LA 70631

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

Russell Lonnett (249317)                    **Address**  P.O. Box 19176  Lake Charles, LA 70616

**Case Style**  April Thomas, as Next Friend of C. C., a minor, et. al.  vs.      **Cause No.**  09-7793
Horton Homes, Inc., et. al.

---

Russell Todd (249147)                       **Address**  910 Dicks St.  Waveland, MS 39576

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.**  09-7895

---

Ruth Bolden (249070)                        **Address**  300 Dobbertine Rd Lot 13 Lake Charles, LA
70607

**Case Style**  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.                 **Cause No.**  09-7887

---

Rutha Martin (249160)                       **Address**  1607 See St  Lake Charles, LA 70601

**Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.   **Cause No.**  09-7835
Forest River, Inc., et. al.

---

Sabrina Frazier (249265)                    **Address**  2116 6th St  Lake Charles, LA 70601

**Case Style**  Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs.     **Cause No.**  09-7898
Giles Family Holdings, Inc., et. al.

---

Sabrina Frazier, as Next Friend of N.F, a minor      **Address**  2116 6th St  Lake Charles, LA 70601
(249234)

**Case Style**  Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs.     **Cause No.**  09-7898
Giles Family Holdings, Inc., et. al.

---

Samuel Carl (249258)                        **Address**  17963 Alder St  Hesperia, CA 92345

**Case Style**  Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.**  09-7795

---

Sandra Nelson (249195)                      **Address**  316 N. Lyon St  Lake Charles, LA 70601

**Case Style**  Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs.    **Cause No.**  09-7967
Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

---

Sandra Orphey (249079)                      **Address**  1126 McNabb St.  Lake Charles, LA 70615

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.**  09-7895

---

Shameka Frank (249187)                      **Address**  2311 Elaine St  Lake Charles, LA 70601

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.**  09-7818

---

Shante Villery (249235)                     **Address**  4404 Canal St Apt 407 Lake Charles, LA 70605

**Case Style**  Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.         **Cause No.**  09-7859

**Case Style**  Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.**  10-1286

| | |
|---|---|
| Sheila Fain (249200) | **Address** P.O. Box 754 Long Beach, MS 39560 |

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.    **Cause No.** 09-7919

| | |
|---|---|
| Sheila Sarver, as Next Friend of T.J, a minor (249208) | **Address** 1530 Walker St  Lake Charles, LA 70601 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | |
|---|---|
| Shelby Celestine (249297) | **Address** 205 N. Lincoln St  Lake Charles, LA 70601 |

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

| | |
|---|---|
| Sherrie Flakes-Dotson (249338) | **Address** 592 W. Telephone Rd  Lake Charles, LA 70611 |

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

| | |
|---|---|
| Sherry Holland (249310) | **Address** 2004 Legion St  Lake Charles, LA 70601 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | |
|---|---|
| Sherry Holland, as Next Friend of D.H, a minor (249072) | **Address** 2004 Legion St.  Lake Charles, LA 70601 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

| | |
|---|---|
| Shirley Noel, as Next Friend of D.D, a minor (249254) | **Address** P.O. Box 324  Cameron, LA 70631 |

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al.    **Cause No.** 10-1272

| | |
|---|---|
| Solomon Lewis (249159) | **Address** P.O. Box 14618  Lake Charles, LA 70616 |

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

| | |
|---|---|
| Sonett Sanders (249283) | **Address** 2534 13th St  Lake Charles, LA 70601 |

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.    **Cause No.** 09-7830

| | |
|---|---|
| Stephanie Berard (249302) | **Address** 526 Queen Carter Ct  Lake Charles, LA 70615 |

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.    **Cause No.** 09-7849

| | |
|---|---|
| Syretta Celestine, as Next Friend of K.C, a minor (249201) | **Address** 415 Ave D Lot 18 Lake Charles, LA 70615 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

Tabatha Harris-Wiley (249210)                    **Address** 2920 General Mitchell  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.         **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 10-1281

---

Tasha Glaude, as Next Friend of T.G, a minor (249312)                    **Address** P.O. Box 696  Lake Charles, LA 70602

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.         **Cause No.** 09-7818

---

Teeter Chapman (249189)                    **Address** 1018 17th St.  Lake Charles, LA 70601

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.         **Cause No.** 09-7801

---

Terrell Banks (249294)                    **Address** 205 N. Lincoln St  Lake Charles, LA 70601

    **Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.         **Cause No.** 09-7829

---

Terrell Hall (249156)                    **Address** 753 S Lyons St  Lake Charles, LA 70601

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.         **Cause No.** 09-7853

---

Terril Alfred (249149)                    **Address** 2122 Legion St  Lake Charles, LA 70601

    **Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.         **Cause No.** 09-7897

---

Tevera Carrier (249216)                    **Address** 112 N 1st Ave  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 09-7895

---

Thelma Patterson, as Next Friend of C.S, a minor (249119)                    **Address** 1309 Tennesse St.  New Orleans, LA 70117

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 09-7895

---

Theodore Wright (249207)                    **Address** 1733 Lightcap St  Lancaster, CA 93535

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 09-7895

---

Theresa Cormier (249238)                    **Address** 1724 Katherine St  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.         **Cause No.** 09-7818

---

Todd Isaac (249144)                    **Address** 1731 N. Junior St.  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.         **Cause No.** 09-7818

---

Todd Isaac, as Next Friend of J.T, a minor (249145)   **Address** 1731 N. Junior St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Todd Isaac, as Next Friend of N.I, a minor (249143)   **Address** 1731 North Junior St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Tommy Cole (249329)   **Address** 930 N. Lyons  Lake Charles, LA 70605

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al.   **Cause No.** 09-7905

---

Tonja Jackson (249263)   **Address** 1308 Beach St  Westlake, LA 70669

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

Tonja Jackson, as Next Friend of Z.M, a minor (249261)   **Address** 1308 Beach St  Westlake, LA 70669

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

Tracy Hebert, as Next Friend of K.B, a minor (249324)   **Address** 636 Murbelle Rd  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Tremoyne Washington (249192)   **Address** 1639 Phillips Lane  Mobile, AL 36618

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1268

---

Tressa Latour (249114)   **Address** 1700 Fox Run Apt 3  Lake Charles, LA 70605

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

---

Valentina Lavergne (249166)   **Address** 1018 Simmons St  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.   **Cause No.** 09-7980

---

Vester Simien (249171)   **Address** 4254 5th Ave  Apt 428 Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Wesly Serra (249226)   **Address** 5510 Orleans Circle  Pascagoula, MS 39581

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

Whitney Damon (249077)                          **Address**  1232 Big Four Corners Rd.  Jeanerette, LA
                                                            70544

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.       **Cause No.**  09-7835
                Forest River, Inc., et. al.

---

Willie McGee (249126)                           **Address**  PO Box 1442  Lake Charles, LA 70602

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.**  09-7818

---

Willie Williams (249211)                        **Address**  6818 Kendale St  Moss Point, MS 39563

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.       **Cause No.**  09-7835
                Forest River, Inc., et. al.

---

Wilton Young (249337)                           **Address**  105 Annies Lane  Bell City, LA 70630

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.       **Cause No.**  09-7835
                Forest River, Inc., et. al.

---

Winston Broussard, as Next Friend of S.B, a minor       **Address**  6505 Nelson Rd #93 Lake Charles, LA 70601
(249212)

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.**  09-7818

---

Zenaida Tiru (249224)                           **Address**  5510 Orleans Circle  Pascagoula, MS 39581

    **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.       **Cause No.**  09-7853
                CMH Manufacturing, Inc., et. al.