**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7417 | | * | MAGISTRATE CHASEZ |
| Maria Hernandez, as Next Friend of W. V., | | * | |
| a minor, et. al.  vs. Gulf Stream Coach, | | * | |
| Inc., et. al. | | * | |
| | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
**JUDGE KURT D. ENGELHARDT**

## Exhibit A

---

Agna Bellard (249067)　　　　　　　　　　**Address** 3550 E. Roosevelt St. Lake Charles, LA 70607

　　**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.　　　**Cause No.** 09-7916

---

Agna Bellard, as Next Friend of D.B, a minor　　**Address** 3550 E. Roosevelt St. Lake Charles, LA 70607
(249063)

　　**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.　　　**Cause No.** 09-7916

---

Agna Bellard, as Next Friend of M.B, a minor　　**Address** 3550 E. Roosevelt St. Lake Charles, LA 70607
(249065)

　　**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.　　　**Cause No.** 09-7916

---

Albert Ceasar (249108)　　　　　　　　　　**Address** 2709 Gen Patch Lake Charles, LA 70601

　　**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs.　　**Cause No.** 09-7792
　　Keystone RV Company, et. al.

　　**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.　　　**Cause No.** 10-1275

---

Aletha Carter, as Next Friend of J.C, a minor　　**Address** 3568 Greenwich Blvd Lake Charles, LA 70607
(249325)

　　**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.　　　**Cause No.** 09-7895

　　**Case Style** Terrell Reed, et. al. vs. Cavalier Home Builders, LLC, et. al.　　**Cause No.** 10-1274

---

Alicia Robinson (249305)　　　　　　　　　**Address** 619 Roy St Biloxi, MS 39530

　　**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al. vs.　　**Cause No.** 09-7919
　　Southern Energy Homes, Inc., et. al.

---

Alisha Sanders, as Next Friend of A.R, a minor　**Address** 2534 13th St Lake Charles, LA 70601
(249282)

　　**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al. vs. Thor　**Cause No.** 09-7830
　　Industries, Inc., et. al.

---

Allie Carter (249335)　　　　　　　　　　**Address** 115 LeBlanc Rd Creole, LA 70632

　　**Case Style** Michael Walker, et. al. vs. Fleetwood Enterprises, Inc., et. al.　**Cause No.** 10-2220

---

Alvin Cormier (249268)　　　　　　　　　**Address** 2429 Katherine St Lake Charles, LA 70601

　　**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al. vs.　**Cause No.** 09-7918
　　Skyline Corporation, et. al.

---

Amberlyn Reney (249255)　　　　　　　　**Address** 2534 13th St Lake Charles, LA 70601

　　**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al. vs. Thor　**Cause No.** 09-7830
　　Industries, Inc., et. al.

---

**Andres Villery (249286)**          **Address** 2032 11th St  Lake Charles, LA 70601

**Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.          **Cause No.** 09-7859

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.          **Cause No.** 10-1286

---

**Andrew Sonnier, as Next Friend of S.S, a minor (249188)**          **Address** 1613 Gene Sonnier Rd  Vinton, LA 70668

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.          **Cause No.** 09-7887

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

**Angela Edwards, as Next Friend of S.E, a minor (249311)**          **Address** 2214 18th St  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.          **Cause No.** 09-7795

---

**Angela Edwards, as Next Friend of S.E, a minor (249313)**          **Address** 2214 18th St  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.          **Cause No.** 09-7795

---

**Angela Nunez, as Next Friend of J.N, a minor (249169)**          **Address** 243 Ruby Lane  Cameron, LA 70631

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7835

---

**Anisa White (249244)**          **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

**Anisa White, as Next Friend of L.W, a minor (249242)**          **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

**Anisa White, as Next Friend of R.W, a minor (249239)**          **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 09-7853

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

**Anita Coleman (249320)**          **Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

**Case Style** Marica Stephen , et. al.  vs. R-Vision, Inc., et. al.          **Cause No.** 09-7917

---

**Anitra Edwards, as Next Friend of A.B, a minor (249231)**          **Address** 1109 W. Welsh  Welsh, LA 70591

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

| | |
|---|---|
| **Anna Landry** (249182) | **Address** 17275 Hwy 165  Iowa, LA 70647 |

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.     **Cause No.** 09-7916

| | |
|---|---|
| **Annie Session** (249332) | **Address** 2601 E. Gen. Wainwright Dr.  Lake Charles, LA 70615 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **Antionette Colquitt** (249308) | **Address** 5621 Emerald Dr  Lake Charles, LA 70615 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

| | |
|---|---|
| **Antoinette Auzenne** (249315) | **Address** 2004 See St  Lake Charles, LA 70601 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **Antoinette Auzenne, as Next Friend of J.A, a minor** (249097) | **Address** 2004 See St.  Lake Charles, LA 70601 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **Antonia Williams** (249219) | **Address** 2409 12th St  Lake Charles, LA 70601 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **Antonio Williams, as Next Friend of F.W, a minor** (249220) | **Address** 2409 12th St  Lake Charles, LA 70601 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **April Vital** (249121) | **Address** 520 Fournet St.  Lake Charles, LA 70601 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

| | |
|---|---|
| **Arica Bias, as Next Friend of M.B, a minor** (249221) | **Address** 1600 Legion St  Lake Charles, LA 70601 |

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-2207

| | |
|---|---|
| **Arshiko Brown, as Next Friend of K.C, a minor** (249085) | **Address** 19030 Hwy 383   Iowa, LA 70647 |

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.     **Cause No.** 09-7835

| | |
|---|---|
| **Ashley Jackson, as Next Friend of J.M, a minor** (249215) | **Address** 111 Eli St.  Iowa, LA 70647 |

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.     **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

**Aundrea Andrepont, as Next Friend of K.A, a minor (249269)**   **Address** 1402 N. Lincoln St  Lake Charles, LA 70601

    **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.   **Cause No.** 09-7859

    **Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.   **Cause No.** 10-1286

---

**Berry Carter (249304)**   **Address** 436 Ange Dr  Lake Charles, LA 70615

    **Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 10-2190

---

**Betty  Perrodin, as Next Friend of G.L, a minor (249118)**   **Address** 1402 N. Lincoln  Lake Charles, LA 70601

    **Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.   **Cause No.** 09-7898

---

**Billy Simien (249172)**   **Address** 4254 5th Ave Apt 428 Lake Charles, LA 70607

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brandy Hardman (249136)**   **Address** 2517 Dietz Rd.  Lake Charles, LA 70601

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Brandy Hardman, as Next Friend of E.B, a minor (249133)**   **Address** 2517 Dietz St.  Lake Charles, LA 70601

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Brenda  Moses (249116)**   **Address** 319 Phyllis Dr.  Jennings, LA 70546

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brittany Carrier (249328)**   **Address** 2877 S. Beglis Pkwy Apt 205 Sulphur, LA 70665

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Brittany Villery (249272)**   **Address** 101 Cypress Lane  Iowa, LA 70647

    **Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.   **Cause No.** 09-7859

    **Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.   **Cause No.** 10-1286

---

**Brittney Citizen (249074)**   **Address** 1418 McNabb St.  Lake Charles, LA 70615

    **Case Style** Ora Treaudo, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 10-1292

---

Brittney Citizen, as Next Friend of J.C, a minor (249075)

**Address** 1418 McNabb St. Lake Charles, LA 70615

    **Case Style** Gregory Spears, et. al. vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 10-2269

---

Burnell Dunn (249104)

**Address** 4570 Louisiana Ave. Lake Charls, LA 70607

    **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.    **Cause No.** 09-7887

---

Byron Thibeaux (249056)

**Address** 7644 Delaney Rd. Bell City , LA 70630

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

Carla Ledoux (249193)

**Address** 2506 Poe St Lake Charles, LA 70601

    **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.    **Cause No.** 09-7887

---

Carnice Minor (249055)

**Address** 1217 Cactus Dr. Lake Charles, LA 70607

    **Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

Carol Larry (249100)

**Address** 1209 Desport Lake Charles, LA 70601

    **Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al. vs. Scotbilt Homes, Inc., et. al.    **Cause No.** 09-7912

---

Carolyn Patillo-Davis (249301)

**Address** 7205 Geneva Dr Austin, TX 78723

    **Case Style** Antoine Adams, et. al. vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

Casey Simien, as Next Friend of J.P, a minor (249276)

**Address** 1520 13th St Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

    **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

---

Chad Hagger (249306)

**Address** 1602 Pine St Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

    **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

Charlene Mitchell, as Next Friend of J.W, a minor (249256)

**Address** 2142 13th St Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Charles Moton (249129)

**Address** 6221 Mark Lebleu Rd. Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

**Charles Moton, as Next Friend of J.M, a minor (249130)**   **Address** 6221 Mark Lebleu Rd.  Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Charles Plumber (249120)**   **Address** 3970 Gerstner Memorial Dr.  Lot 38 Lake Charles, LA 70607

    **Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al. vs. Giles Family Holdings, Inc., et. al.   **Cause No.** 09-7898

    **Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.   **Cause No.** 10-1261

---

**Charlet Sterling, as Next Friend of L.L, a minor (249081)**   **Address** 6784 Hwy 397  Lake Charles, LA 70607

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Charlet Sterling, as Next Friend of R.M, a minor (249080)**   **Address** 6784 Hwy 397  Lake Charles, LA 70607

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

---

**Cheryl Stanley (249061)**   **Address** 1013 Old River Rd.  Starks, LA 70661

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Christine Enclarde, as Next Friend of G.M, a minor (249280)**   **Address** P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

**Christine Enclarde, as Next Friend of L.K, a minor (249287)**   **Address** P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

**Christy Dejean (249086)**   **Address** 2021 8th St.  Lake Charles, LA 70601

    **Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.   **Cause No.** 09-7918

---

**Christy Dejean, as Next Friend of B.T, a minor (249087)**   **Address** 2021 8th St.  Lake Charles, LA 70601

    **Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.   **Cause No.** 09-7918

---

**Clarissa  McGee, as Next Friend of A.B, a minor (249135)**   **Address** PO Box 1442  Lake Charles, LA 70602

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

**Clarissa  McGee, as Next Friend of A.M, a minor (249132)**   **Address** PO Box 1442  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Clarissa McGee (249134)    **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.B, a minor (249137)    **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.M, a minor (249138)    **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Clarissa McGee, as Next Friend of A.M, a minor (249139)    **Address** PO Box 1442  Lake Charles, LA 70602

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Claudia Lewis (249158)    **Address** P.O. Box 14618  Lake Charles, LA 70616

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

Clay Haley (249106)    **Address** 1900 Prejean Dr. J 137 Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Clifton Harmon (249260)    **Address** 700 Williams St  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Clifton Harris (249107)    **Address** 7648 Ling Rd. Apt A. Lake Charles, LA 70605

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Coretta Cockrell (249339)    **Address** P.O. Box 1025  Cameron, LA 70631

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Courtney Brignac-Lilly, as Next Friend of K.L, a minor (249170)    **Address** 1109 Virginia St  Lake Charles, LA 70601

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 09-7990

---

Crystal Gaines (249214)    **Address** 1006 2nd St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Crystal Gaines, as Next Friend of J.G, a minor (249184)    **Address** 1006 2nd St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Curtis Savoy (249209)  **Address** 2899 Sugarloaf Dr. #46 Lake Charles, LA 70607

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

Cynthia Higgins (249314)  **Address** 5065 S. Prien Lake Rd Lake Charles, LA 70605

**Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-1267

---

Dana Tousand (249071)  **Address** 205 N. Lincoln St. Lake Charles, LA 70601

**Case Style** W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.  **Cause No.** 09-7829

---

Dana Fondel (249321)  **Address** 1003 S. Division St Lake Charles, LA 70601

**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

---

Dana Tousand, as Next Friend of J.H, a minor (249295)  **Address** 205 N. Lincoln St Lake Charles, LA 70601

**Case Style** W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.  **Cause No.** 09-7829

---

Dave Allison (249336)  **Address** 1106 Elm St Sulphur, LA 70663

**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

---

David Barnes (249233)  **Address** 923 Industrial St Vinton, LA 70668

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Delphine Jones (249252)  **Address** P.O. Box 970 Lake Charles, LA 70602

**Case Style** Marie Turner, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1281

**Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 10-1254

---

Delphine Jones, as Next Friend of A.H, a minor (249253)  **Address** P.O. Box 970 Lake Charles, LA 70602

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

**Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 10-1254

---

Deon Sam, as Next Friend of P.J, a minor (249247)  **Address** 1313 Arkansas St Lake Charles, LA 70607

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2234

---

Derrick Guidry (249098)  **Address** 19030 Hwy 383 Iowa, LA 70647

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

**Desiree Dixon** (249293)

**Address** 901 Priscilla Lane  Lake Charles, LA 70601

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

**Cause No.** 09-7800

---

**Dominique Celestine** (249298)

**Address** 2814 8th St  Lake Charles, LA 70615

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.

**Cause No.** 09-7829

---

**Dominique Celestine, as Next Friend of L.N, a minor** (249300)

**Address** 2814 8th St  Lake Charles, LA 70615

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.

**Cause No.** 09-7829

---

**Donald Higgins** (249103)

**Address** 5065 S. Prien Lake Rd.  Lake Charles, LA 70605

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-1267

---

**Dontai Robinson** (249179)

**Address** 1715 Junior St  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

**Doretha Sowells** (249289)

**Address** P.O. Box 605  Lake Charles, LA 70602

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

**Dorthy Joshua** (249175)

**Address** 3924 E. Burton St  Sulphur, LA 70663

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

**Elaine Briggs, as Next Friend of D.B, a minor** (249194)

**Address** 1106 1/2 Eddy St  Vinton, LA 70668

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

**Elaine Briggs, as Next Friend of J.B, a minor** (249176)

**Address** 1106 1/2 Eddy St  Vinton, LA 70668

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

**Elsie Auzenne** (249096)

**Address** 2900 6th St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

**Elsie Prudhomme** (249230)

**Address** P.O. Box 504  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Erica  Dean, as Next Friend of J.F, a minor (249140)   **Address** 4451 5th. Ave Apt G63 Lake Charles, LA 70607

    **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Erica  Dean, as Next Friend of J.P, a minor (249141)   **Address** 4451 5th Ave Apt. G63 Lake Charles, LA 70607

    **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.   **Cause No.** 09-7849

---

Eugene Cormier (249288)   **Address** 1724 Katherine St  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Felecious Louis (249228)   **Address** 1921 12th. St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Felicia Winfrey (249162)   **Address** 1408 16th St  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Frank Theriot (249142)   **Address** P.O. Box 235  Hayes, LA 70646

    **Case Style** Robert Taylor, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.   **Cause No.** 10-2221

---

Gailla Ladd (249168)   **Address** 4245 5th Ave S k3 Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Gentry Davis (249240)   **Address** 5712 Victor Lane  Lake Charles, LA 70605

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

---

Geraldine Bridges (249334)   **Address** 5790 Townhouse Lane  Beaumont, TX 77707

    **Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Germain Winfrey (249161)   **Address** P.O. Box 961  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Gicele  Goodly, as Next Friend of M.S, a minor (249111)   **Address** P.O. Box 19176  Lake Charles, LA 70616

    **Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.   **Cause No.** 09-7793

---

**Gicele Goodly, as Next Friend of M.G, a minor (249113)**  **Address** P.O. Box 19176 Lake Charles, LA 70615

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al. vs. Horton Homes, Inc., et. al.    **Cause No.** 09-7793

---

**Glenda Robinson (249181)**    **Address** 1715 Junior St Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

**Gregory Phillips, as Next Friend of D.P, a minor (249060)**    **Address** 2234 14th St. Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

**Gwen Brown (249058)**    **Address** 2187 E. Gauthier Rd.  Lot # 560 Lake Charles,, LA 70607

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

**Gwendelyn Clarke, as Next Friend of M.W, a minor (249190)**    **Address** 308 W. School St Lake Charles, LA 70605

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

**Hannah Hardman (249124)**    **Address** P.O. Box 16514 Lake Charles, LA 70616

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

**Hilda Andrepont (249270)**    **Address** 1402 N. Lincoln St Lake Charles, LA 70601

**Case Style** Brent Sims, et. al. vs. Destiny Industries, LLC, et. al.    **Cause No.** 09-7859

**Case Style** Patricia Erwin, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 10-1286

---

**Hilton  Ceasar (249110)**    **Address** 1125 Isabella St. Sulphur, LA 70663

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

**Iliana Campos (249047)**    **Address** P.O. Box 913 Kinder, LA 70648

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al. vs. Southern Energy Homes, Inc., et. al.    **Cause No.** 09-7919

---

**Irma Serra, as Next Friend of A.S, a minor (249229)**    **Address** 5510 Orleans Circle Pascagoula, MS 39581

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al. vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7853

---

**Jacobey Brown (249281)**    **Address** 21267 S. Frontage Rd Iowa, LA 70647

**Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Jacquline Cole (249327)                **Address** P.O. Box 2013  Lake Charles, LA 70602

  **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Jacquline Cole, as Next Friend of D.C, a minor       **Address** P.O. Box 2013  Lake Charles, LA 70602
(249326)

  **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Jamal Mason (249264)                  **Address** 605 McNabb St  Lake Charles, LA 70615

  **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

James Couvillion (249125)             **Address** 4314 Hwy #56 Sulphur, LA 70665

  **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al. vs.     **Cause No.** 09-7801
            Cavalier Home Builders, LLC., et. al.
  **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.        **Cause No.** 10-1307

---

James Pierce (249303)                 **Address** 503 Gaudet Dr  Vinton, LA 70668

  **Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.     **Cause No.** 09-7919
            Southern Energy Homes, Inc., et. al.

---

Jared Fondel (249307)                 **Address** 1003 S. Division St  Lake Charles, LA 70601

  **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.           **Cause No.** 09-7916

---

Jeanette Damon (249078)               **Address** 1232 Big Four Corners Rd.  Jeanerette, LA
                                               70544

  **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.     **Cause No.** 09-7835
            Forest River, Inc., et. al.

---

Jennifer Davis, as Next Friend of M.G, a minor       **Address** 1803 Pear St.  Lake Charles, LA 70601
(249146)

  **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.     **Cause No.** 09-7801
            Cavalier Home Builders, LLC., et. al.

---

Jerome Guillory (249165)              **Address** 111 E Third St  Iowa, LA 70647

  **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Jerrold Pete (249050)                 **Address** 350 W. Lagrange St. Apt 121 Lake Charles, LA
                                               70605

  **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.             **Cause No.** 09-7849

---

Jerry Fain (249199)                   **Address** P.O. Box 754  Long Beach, MS 39560

  **Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.     **Cause No.** 09-7919
            Southern Energy Homes, Inc., et. al.

| | |
|---|---|
| Jesse Victorian (249076) | **Address** 2601 Gerneral Arnold Ave.  Lake Charles, LA 70615 |
| **Case Style**  Dersha Bean, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.**  09-7832 |

| | |
|---|---|
| Jimmy Prater (249084) | **Address** 902 Lincoln Ave.  Oakdale, LA 71463 |
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.**  09-7916 |

| | |
|---|---|
| JoAnn Williams (249069) | **Address** P.O. Box 353   Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| | |
|---|---|
| JoAnn Williams, as Next Friend of K.S, a minor (249066) | **Address** P.O. Box 353  Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| | |
|---|---|
| JoAnn Williams, as Next Friend of M.W, a minor (249068) | **Address** P.O. Box 353  Vinton, LA 70668 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| | |
|---|---|
| John Ladd (249163) | **Address** 4245 5th Ave S K3 Lake Charles, LA 70607 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| | |
|---|---|
| John Zeno (249217) | **Address** 1413 1/2 Nichols St  Vinton, LA 70668 |
| **Case Style**  Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.**  10-1312 |

| | |
|---|---|
| Johnny Bordes (249223) | **Address** 7073 West Tamaron Blvd  New Orleans, LA 70128 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| | |
|---|---|
| Johnny Moton (249131) | **Address** 2606 Dietz   Lake Charles, LA 70601 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| | |
|---|---|
| Jomarkco White (249243) | **Address** 330 Benachi Ave Apt 83 Biloxi, MS 39530 |
| **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.**  09-7853 |
| **Case Style**  Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.**  10-1274 |

| | |
|---|---|
| Jon Davis (249105) | **Address** 2312 12th St.  Lake Charles, LA 70615 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

---

**Jonnisha January, as Next Friend of A.F, a minor (249249)**   **Address** P.O. Box 313  Cameron, LA 70631

    **Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1281

    **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

**Jordan Hanks (249174)**   **Address** 243 Ruby Lane  Cameron, LA 70631

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

**Joseph Anderson (249128)**   **Address** 502 North Booker  Lake Charles, LA 70601

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

**Joseph LeDoux (249262)**   **Address** 1308 Beach St  Westlake, LA 70669

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

    **Case Style**  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

**Joshua Espree (249157)**   **Address** P.O. Box 14618  Lake Charles, LA 70616

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.   **Cause No.** 09-7980

---

**Joshua Moreau (249203)**   **Address** 6656 Corbina Rd  Lake Charles, LA 70607

    **Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.   **Cause No.** 09-7797

---

**Josie Simien (249173)**   **Address** 4254 5th Ave Apt 428 Lake Charles, LA 70607

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

**Juliet Villery (249271)**   **Address** 1101 Gadwall  Apt. 202  Lake Charles , LA 70615

    **Case Style**  Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.   **Cause No.** 09-7859

    **Case Style**  Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.   **Cause No.** 10-1286

---

**Kadesha Minor (249054)**   **Address** 1217 Cactus Dr.  Lake Charles, LA 70607

    **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.   **Cause No.** 09-7897

---

**Kandace Coleman (249319)**   **Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

    **Case Style**  Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 09-7917

Kandace Coleman, as Next Friend of D.C, a minor (249318)

**Address** 1716 Broadmoor Dr  Lake Charles, LA 70601

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.

**Cause No.** 09-7917

---

Kandice Coleman, as Next Friend of D.T, a minor (249322)

**Address** 2699 Rushmore Dr  Lake Charles, LA 70615

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Kay Hill (249292)

**Address** P.O. Box 590  Welsh, LA 70591

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7801

---

Kaysha Plumber, as Next Friend of D.P, a minor (249178)

**Address** 1810 PE Daigle Rd  Iowa, LA 70647

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2249

---

Kedric Hooker (249127)

**Address** 2218 Creole St.  Lake Charles, LA 70601

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.

**Cause No.** 09-7912

---

Keith Freeman (249164)

**Address** 2519 Elms St  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Keith Guillory (249191)

**Address** 1108 Pear St  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Kim Rito, as Next Friend of K.R, a minor (249090)

**Address** 228 Garden Rd.  Bay St. Louis, MS 39520

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kim Rito, as Next Friend of M.R, a minor (249089)

**Address** 228 Garden  Bay St. Louis, MS 39520

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kimberly King, as Next Friend of L.D, a minor (249290)

**Address** 305 Brammer Lane  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Kolleen Stanford (249204)

**Address** 255 Aby Duson  Egan, LA 70531

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Kylin Hill (249291)

**Address** P.O. Box 590  Welsh, LA 70591

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7801

LaTrall January (249248)                    **Address** P.O. Box 324  Grand Chenier, LA 70643

    **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.                **Cause No.** 09-7887

    **Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.                **Cause No.** 10-1275

    **Case Style** George Jones, et. al. vs. Monaco Coach Corporation, et. al.                **Cause No.** 10-1258

---

Lawanda Banks, as Next Friend of J.J, a minor (249093)                    **Address** 1118 N. Simmons St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 09-7895

    **Case Style** Mary Moore, et. al. vs. Scotbilt Homes, Inc., et. al.                **Cause No.** 10-1260

---

Lawanda Banks, as Next Friend of H.J, a minor (249092)                    **Address** 1118 N. Simmons St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 09-7895

    **Case Style** Mary Moore, et. al. vs. Scotbilt Homes, Inc., et. al.                **Cause No.** 10-1260

---

Lawanda Banks, as Next Friend of K.J, a minor (249091)                    **Address** 1118 N. Simmons St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 09-7895

    **Case Style** Mary Moore, et. al. vs. Scotbilt Homes, Inc., et. al.                **Cause No.** 10-1260

---

Lawanda Banks, as Next Friend of M.J, a minor (249094)                    **Address** 1118 N. Simmons St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 09-7895

    **Case Style** Mary Moore, et. al. vs. Scotbilt Homes, Inc., et. al.                **Cause No.** 10-1260

---

Lawrence Battle (249148)                    **Address** 1022 N. Shattuck St.  Lake Charles, LA 70601

    **Case Style** Felix Mackey, et. al. vs. Patriot Homes, Inc., et. al.                **Cause No.** 09-7910

---

Lawrence Hutchins (249205)                    **Address** 108 Sharon Lane  Lake Charles, LA 70615

    **Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 10-1282

---

Lawrence Kenner (249285)                    **Address** P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.                **Cause No.** 09-7916

---

Leanne Ceasar (249112)                    **Address** 1125 Isabella St.  Sulphur, LA 70663

    **Case Style** Carla Stevenson, et. al. vs. Gulf Stream Coach, Inc., et. al.                **Cause No.** 10-2234

Leo Colquitt (249109)

**Address** 5621 Emerald Dr. Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leo Colquitt (249309)

**Address** 5621 Emerald Dr Lake Charles, LA 70615

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leonard Bushnell (249299)

**Address** 129 Acme Dr Dequincy, LA 70633

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Leslie Bowman (249095)

**Address** 2187 E. Gauthier Lake Charles, LA 70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Letichia Lager (249073)

**Address** 2400 Fruge St.  Apt. 208 Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Letichia Leger, as Next Friend of T.L, a minor (249296)

**Address** 2400 Fruge St Apt 208 Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Lottie Isaac (249064)

**Address** 1731 N. Junior St. Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Lynntina Richard, as Next Friend of J.P, a minor (249330)

**Address** P.O. Box 16082 Lake Charles, LA 70616

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1281

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-1307

---

Maria Hernandez (249048)

**Address** P.O. Box 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of A.V, a minor (249046)

**Address** P.O. Box 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of J.H, a minor (249045)

**Address** P.O. BOx 1704  Kinder, LA 70648

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Maria Hernandez, as Next Friend of W.V, a minor (249044)     **Address** P.O. Box 1704  Kinder, LA 70648

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlene Marquez (249316)     **Address** 21271 S. Frontage Rd  Iowa, LA 70647

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlene Marquez, as Next Friend of C.A, a minor (249343)     **Address** 21271 S. Frontage Rd  Iowa, LA 70647

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Marlon Cady (249198)     **Address** 108 Sharon Lane  Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Martin Serra (249227)     **Address** 5510 Orleans Circle  Pascagoula, MS 39581

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

---

Mary Celestine (249206)     **Address** 108 Sharon Lane  Lake Charles, LA 70615

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Mary Davis (249284)     **Address** 5712 Victor Lane  Lake Charles, LA 70605

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC., et. al.     **Cause No.** 09-7801

---

Mary Trahan (249340)     **Address** 410 Breaux Lane  Sulphur, LA 70663

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Mauro Sandoval (249052)     **Address** P.O. Box 795  Kinder, LA 70648

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-2183

    **Case Style** Chana Williams, as Next Friend of J.S, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-2199

---

Melanie Prentice (249177)     **Address** 8821 Orange Lake Rd  Moss Point, MS 39563

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Melisa Green (249167)     **Address** 6717 E. Deshotel St  Lake Charles, LA 70607

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Mercie Payne, as Next Friend of J.P, a minor (249222) **Address** 208 Princess St  Westlake, LA 70669

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

---

Meredith Wheaton, as Next Friend of J.B, a minor (249202) **Address** 8804 Saddlehorn Dr Apt 207 Irving, TX 75063

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. **Cause No.** 09-7853

---

Michael Abney (249333) **Address** 224 Cobb Rd  Lake Charles, LA 70607

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. **Cause No.** 09-7835

---

Michael LaCombe (249099) **Address** 2500 Tupelo St.  Lake Charles, LA 70601

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. **Cause No.** 09-7795

---

Michael Mose (249154) **Address** 1100 James Sudduth  Lake Charles, LA 70601

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. **Cause No.** 09-7801

---

Michael Mouton (249250) **Address** 3108 Aster St Apt J Lake Charles, LA 70605

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al. **Cause No.** 10-1275

---

Michael Mouton, as Next Friend of D.M, a minor (249251) **Address** 1820 4th St  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al. **Cause No.** 10-1275

---

Michelle Bellard (249342) **Address** 9155 Hwy 101  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

---

Michelle Bellard, as Next Friend of P.B, a minor (249331) **Address** 9155 Hwy 101  Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

---

Michelle Jones (249183) **Address** 1025 Deesport St Apt A Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

---

Michelle Jones, as Next Friend of D.F, a minor (249180) **Address** 1025 Deesport St Apt A Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7895

| | |
|---|---|
| Milton Lewis (249237) | **Address** 1402 N. Lincoln St  Lake Charles, LA 70601 |

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.  **Cause No.** 09-7898

| | |
|---|---|
| Nicholas Perrodin (249236) | **Address** 1510 20th St  Lake Charles, LA 70601 |

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.  **Cause No.** 09-7898

| | |
|---|---|
| Nichole Thibodeaux (249088) | **Address** 3101 Admiral King Dr.  Lake Charles, LA 70615 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

| | |
|---|---|
| Nicole Couvillion, as Next Friend of K.F, a minor (249057) | **Address** 4314 Hwy 27 # 56  Sulphur, LA 70665 |

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7801

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

| | |
|---|---|
| Nicole Couvillion, as Next Friend of T.C, a minor (249053) | **Address** 4314 Hwy 27 Lot 56  Sulphur, LA 70665 |

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7801

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

| | |
|---|---|
| Nidia  Campos, as Next Friend of V.C, a minor (249051) | **Address** P.O. Box 966  Kinder, LA 70648 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

| | |
|---|---|
| Nneka Sonnier, as Next Friend of T.S, a minor (249218) | **Address** P.O. Box 862  Supply, NC 28462 |

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-1267

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 10-1286

| | |
|---|---|
| Nora Stanley (249117) | **Address** 3554 Green Island Rd.  Starks, LA 70661 |

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

| | |
|---|---|
| Patricia Champagne (249232) | **Address** 112 Long Acres Dr Lot 5  Lake Charles, LA 70607 |

**Case Style** Mary Covan, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 10-2243

| | |
|---|---|
| Patrina Rougeau, as Next Friend of J.R, a minor (249259) | **Address** 1100 James Sudduth  Lake Charles, LA 70615 |

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

| | |
|---|---|
| Paula Harmon (249115) | **Address** 700 Williams St.  Lake Charles, LA 70601 |

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-1282

---

Peggy Rigmaiden (249185)    **Address** 1481 3rd St Apt 1028 Lake Charles, LA 70601

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Peggy Rigmaiden, as Representative of the Estate of    **Address** 1481 3rd St Apt 1028 Lake Charles, LA 70601
Jacqueline Andrews, deceased (249186)

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Pennie Bowman (249267)    **Address** 2187 E. Gauthier Rd Lot 133 Lake Charles, LA 70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

Pennie Bowman, as Next Friend of L.B, a minor    **Address** 2187 E. Gauthier Rd Lot 133 Lake Charles, LA 70607
(249266)

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

Pierre Thomas (249213)    **Address** 2409 12th St  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Priscilla Perkins (249101)    **Address** 2428 Stingray Dr. Lake Charles, LA 70605

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Priscilla Perkins, as Next Friend of D.N, a minor    **Address** 2428 Stingray Dr  Lake Charles, LA 70605
(249278)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Priscilla Perkins, as Next Friend of E.N, a minor    **Address** 2428 Stingray Dr  Lake Charles, LA 70605
(249279)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Qiona Broussard (249151)    **Address** 112 N. Lincoln St  Lake Charles, LA 70601

**Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs.    **Cause No.** 10-2183
Fleetwood Enterprises, Inc., et. al.

---

Qiona Broussard, as Next Friend of A.B, a minor    **Address** 112 N Lincoln St  Lake Charles, LA 70601
(249152)

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2220

---

Quantina Alfred, as Next Friend of T.A, a minor    **Address** 2122 Legion St  Lake Charles, LA 70601
(249150)

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

Quatina Alfred, as Next Friend of L.A, a minor    **Address** 2122 Legion St  Lake Charles, LA 70601
(249153)

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

| Quincy Edwards (249196) | **Address** 4100 Opelousas St  Lake Charles, LA 70615 |
|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

| Quincy Higgins (249102) | **Address** 5065 S. Prien Lake Rd.  Lake Charles, LA 70605 |
|---|---|

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

| Rachel Guy, as Next Friend of L.L, a minor (249275) | **Address** 3414 Greenwich Blvd  Lake Charles, LA 70607 |
|---|---|

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.   **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1275

| RaeKeisha Harris, as Next Friend of J.C, a minor (249122) | **Address** 2710 Bank St.  Lake Charles, LA 70601 |
|---|---|

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

| RaeKeisha Harris, as Next Friend of K.H, a minor (249123) | **Address** 2710 Bank St.  Lake Charles, LA 70601 |
|---|---|

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

| Rafeal Johnson, as Next Friend of K.B, a minor (249273) | **Address** 4518 1/2 Downman Rd  New Orleans, LA 70122 |
|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

| Rafeal Johnson, as Next Friend of R.J, a minor (249323) | **Address** 4518 1/2 Downman Rd  New Orleans, LA 70126 |
|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

| Rafeal Johnson, as Next Friend of R.S, a minor (249274) | **Address** 4518 1/2 Downman Rd  New Orleans, LA 70122 |
|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

| Rakisha Hill (249245) | **Address** P.O. Box 590  Welsh, LA 70591 |
|---|---|

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 09-7801

| Ramona Simon (249277) | **Address** 4249 5th Ave B-12 Lake Charles, LA 70601 |
|---|---|

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

**Case Style** Leonard Lambert, et. al.  vs. Viking Recreational Vehicle Company, LLC, et. al.   **Cause No.** 10-1310

| Raven Mitchell (249225) | **Address** 4518 1/2 Downman Rd  New Orleans, LA 70126 |
|---|---|

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

**Rebecca Goodly (249083)**          **Address** 2410 11th St. Lake Charles, LA 70601

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.          **Cause No.** 09-7916

---

**Retha Thomas (249246)**          **Address** 4401 5th Ave Apt L87 Lake Charles, LA 70607

    **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.          **Cause No.** 09-7910

---

**Reynaldo Milton (249155)**          **Address** 2314 17th St  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.          **Cause No.** 09-7980

---

**Rhonda Isaac (249059)**          **Address** 1731 N. Junior  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

**Richard Sterling (249082)**          **Address** 6784 Hwy 397  Lake Charles, LA 70607

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

    **Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

**Ricky Prejean (249257)**          **Address** 21267 S. Frontage Rd  Iowa, LA 70647

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 10-2234

---

**Robin Clark (249049)**          **Address** P.O. Box 5732  Lake Charles, LA 70606

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

**Ronald Isaac (249062)**          **Address** 1731 N. Junior  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

**Rose Brown (249341)**          **Address** 704 16th St  Lake Charles, LA 70601

    **Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.          **Cause No.** 09-7815

---

**Roy Milton (249197)**          **Address** 1106 1/2 Eddy St  Vinton, LA 70668

    **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.          **Cause No.** 09-7792

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

**Ruby Cockrell (249241)**          **Address** P.O. Box 1025  Cameron, LA 70631

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

---

**Russell Lonnett (249317)**  **Address** P.O. Box 19176  Lake Charles, LA 70616

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs.  Horton Homes, Inc., et. al.  **Cause No.** 09-7793

---

**Russell Todd (249147)**  **Address** 910 Dicks St.  Waveland, MS 39576

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Ruth Bolden (249070)**  **Address** 300 Dobbertine Rd Lot 13 Lake Charles, LA 70607

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

---

**Rutha Martin (249160)**  **Address** 1607 See St  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  Forest River, Inc., et. al.  **Cause No.** 09-7835

---

**Sabrina Frazier (249265)**  **Address** 2116 6th St  Lake Charles, LA 70601

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs.  Giles Family Holdings, Inc., et. al.  **Cause No.** 09-7898

---

**Sabrina Frazier, as Next Friend of N.F, a minor (249234)**  **Address** 2116 6th St  Lake Charles, LA 70601

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs.  Giles Family Holdings, Inc., et. al.  **Cause No.** 09-7898

---

**Samuel Carl (249258)**  **Address** 17963 Alder St  Hesperia, CA 92345

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.  **Cause No.** 09-7795

---

**Sandra Nelson (249195)**  **Address** 316 N. Lyon St  Lake Charles, LA 70601

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs.  Alliance Homes, Inc. d/b/a Adrian Homes, et. al.  **Cause No.** 09-7967

---

**Sandra Orphey (249079)**  **Address** 1126 McNabb St.  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Shameka Frank (249187)**  **Address** 2311 Elaine St  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

**Shante Villery (249235)**  **Address** 4404 Canal St Apt 407 Lake Charles, LA 70605

**Case Style** Brent Sims, et. al.  vs. Destiny Industries, LLC, et. al.  **Cause No.** 09-7859

**Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.  **Cause No.** 10-1286

| Sheila Fain (249200) | **Address** P.O. Box 754 Long Beach, MS 39560 |
|---|---|

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al. vs. Southern Energy Homes, Inc., et. al.     **Cause No.** 09-7919

| Sheila Sarver, as Next Friend of T.J, a minor (249208) | **Address** 1530 Walker St  Lake Charles, LA 70601 |
|---|---|

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

| Shelby Celestine (249297) | **Address** 205 N. Lincoln St  Lake Charles, LA 70601 |
|---|---|

**Case Style** W.C. Johnson, et. al. vs. Superior Homes, LLC, et. al.     **Cause No.** 09-7829

| Sherrie Flakes-Dotson (249338) | **Address** 592 W. Telephone Rd  Lake Charles, LA 70611 |
|---|---|

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.     **Cause No.** 09-7835

| Sherry Holland (249310) | **Address** 2004 Legion St  Lake Charles, LA 70601 |
|---|---|

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

| Sherry Holland, as Next Friend of D.H, a minor (249072) | **Address** 2004 Legion St.  Lake Charles, LA 70601 |
|---|---|

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

| Shirley Noel, as Next Friend of D.D, a minor (249254) | **Address** P.O. Box 324  Cameron, LA 70631 |
|---|---|

**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.     **Cause No.** 09-7916

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al. vs. Coachmen Industries, Inc., et. al.     **Cause No.** 10-1272

| Solomon Lewis (249159) | **Address** P.O. Box 14618  Lake Charles, LA 70616 |
|---|---|

**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

| Sonett Sanders (249283) | **Address** 2534 13th St  Lake Charles, LA 70601 |
|---|---|

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al. vs. Thor Industries, Inc., et. al.     **Cause No.** 09-7830

| Stephanie Berard (249302) | **Address** 526 Queen Carter Ct  Lake Charles, LA 70615 |
|---|---|

**Case Style** Tracie Evans, et. al. vs. Lexington Homes, et. al.     **Cause No.** 09-7849

| Syretta Celestine, as Next Friend of K.C, a minor (249201) | **Address** 415 Ave D Lot 18 Lake Charles, LA 70615 |
|---|---|

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Tabatha Harris-Wiley (249210)    **Address**  2920 General Mitchell  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

    **Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  10-1281

---

Tasha Glaude, as Next Friend of T.G, a minor (249312)    **Address**  P.O. Box 696  Lake Charles, LA 70602

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

---

Teeter Chapman (249189)    **Address**  1018 17th St.  Lake Charles, LA 70601

    **Case Style**  Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.**  09-7801

---

Terrell Banks (249294)    **Address**  205 N. Lincoln St  Lake Charles, LA 70601

    **Case Style**  W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.**  09-7829

---

Terrell Hall (249156)    **Address**  753 S Lyons St  Lake Charles, LA 70601

    **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.**  09-7853

---

Terril Alfred (249149)    **Address**  2122 Legion St  Lake Charles, LA 70601

    **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.    **Cause No.**  09-7897

---

Tevera Carrier (249216)    **Address**  112 N 1st Ave  Lake Charles, LA 70601

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

Thelma Patterson, as Next Friend of C.S, a minor (249119)    **Address**  1309 Tennesse St.  New Orleans, LA 70117

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

Theodore Wright (249207)    **Address**  1733 Lightcap St  Lancaster, CA 93535

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.**  09-7895

---

Theresa Cormier (249238)    **Address**  1724 Katherine St  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

---

Todd Isaac (249144)    **Address**  1731 N. Junior St.  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7818

Todd Isaac, as Next Friend of J.T, a minor (249145)     **Address** 1731 N. Junior St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Todd Isaac, as Next Friend of N.I, a minor (249143)     **Address** 1731 North Junior St.  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Tommy Cole (249329)     **Address** 930 N. Lyons  Lake Charles, LA 70605

**Case Style** Mindy Smith, as Next Friend of J. K., a minor, et. al.  vs. Liberty Homes Inc., et. al.     **Cause No.** 09-7905

---

Tonja Jackson (249263)     **Address** 1308 Beach St  Westlake, LA 70669

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

Tonja Jackson, as Next Friend of Z.M, a minor (249261)     **Address** 1308 Beach St  Westlake, LA 70669

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

Tracy Hebert, as Next Friend of K.B, a minor (249324)     **Address** 636 Murbelle Rd  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Tremoyne Washington (249192)     **Address** 1639 Phillips Lane  Mobile, AL 36618

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.     **Cause No.** 09-7792

**Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1268

---

Tressa Latour (249114)     **Address** 1700 Fox Run Apt 3  Lake Charles, LA 70605

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 09-7801

---

Valentina Lavergne (249166)     **Address** 1018 Simmons St  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

---

Vester Simien (249171)     **Address** 4254 5th Ave  Apt 428 Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Wesly Serra (249226)     **Address** 5510 Orleans Circle  Pascagoula, MS 39581

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 09-7853

| | |
|---|---|
| Whitney Damon (249077) | **Address** 1232 Big Four Corners Rd.  Jeanerette, LA 70544 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Willie McGee (249126) | **Address** PO Box 1442  Lake Charles, LA 70602 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |

| | |
|---|---|
| Willie Williams (249211) | **Address** 6818 Kendale St  Moss Point, MS 39563 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Wilton Young (249337) | **Address** 105 Annies Lane  Bell City, LA 70630 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |

| | |
|---|---|
| Winston Broussard, as Next Friend of S.B, a minor (249212) | **Address** 6505 Nelson Rd #93 Lake Charles, LA 70601 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |

| | |
|---|---|
| Zenaida Tiru (249224) | **Address** 5510 Orleans Circle  Pascagoula, MS 39581 |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7853 |