## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | JUDGE ENGELHARDT |
| Civil Action No. 09-7418 | | * | MAGISTRATE CHASEZ |
| Beatrice Prejean, et. al.  vs. Gulf Stream | | * | |
| Coach, Inc., et. al. | | * | |
| | | * | |
| | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come those Plaintiffs listed on Exhibit A, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.  In compliance with this Court's Pretrial Order 40, (Doc. 1781), Plaintiffs filed new complaints matching each Plaintiff with a manufacturer and contract defendant.

Thus, pursuant to this Honorable Court's Order on August 16, 2010, (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912

Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No.
99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of October, 2010.


/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**

## Exhibit A

---

Albert Bradley (249631) **Address** P.O. Box 1271  Iowa, LA 70647

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

Alex Thurman (249599) **Address** 4358 E. Mound  Columbus, OH 43227

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.  **Cause No.** 09-7801
Cavalier Home Builders, LLC, et. al.

---

Alfred Young (249613) **Address** 501 Albert Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Allen Frank (249348) **Address** 3100 S. Gen. Wainwright  Lake Charles, LA 70615

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 10-2220

---

Allison Dixon, as Next Friend of K.D, a minor **Address** 205 Martin Drive  New Roads, LA 70760
(249497)

**Case Style** Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs.  **Cause No.** 10-2268
CMH Manufacturing, Inc., et. al.

---

Amanda Nunez, as Next Friend of T.B, a minor **Address** P.O. Box 833  Rosepine, LA 70659
(249642)

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 09-7916

---

Amanda Sapp (249493) **Address** 10911 Sandstone St.  Houston, TX 77072

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Amanda Sapp, as Next Friend of J.W, a minor **Address** 10911 Sandstone St.  Houston, TX 77072
(249496)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Andrenette Lewis (249397) **Address** 3107 Burton St.  Lake Charles, LA 70601

**Case Style** Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs.  **Cause No.** 10-2236
Horton Homes, Inc., et. al.

---

Antonia Valencia (249441) **Address** 464 Furman Dr.  Kenner, LA 70065

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

Ashley Broussard (249543) **Address** 2924 General Pershing  Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

Ashley Broussard, as Next Friend of A.B, a minor (249443)   **Address** 2924 General Pershing  Lake Charles, LA 70615

  **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Ayanna Dixon (249499)   **Address** 3803 Swanee Street  Lake Charles, LA 70607

  **Case Style** Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 10-2268

---

Barbara Riley (249501)   **Address** P.O. Box 849  Natalbany, LA 70451

  **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

  **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Beatrice Dixon (249451)   **Address** 901 Priscilla Lane  Lake Charles, LA 70601

  **Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-CAMP,   **Cause No.** 09-7800

---

Beatrice Prejean (249344)   **Address** 21271 S. Frontage Rd  Iowa, LA 70647

  **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Belinda Williams (249556)   **Address** 6818 Kendale St  Moss Point, MS 39563

  **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

Belinda Williams, as Next Friend of K.E, a minor (249465)   **Address** 6818 Kendall St.  Moss Point, MS 39563

  **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

Bernice January (249481)   **Address** 2225 10th St.  Lake Charles, LA 70601

  **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Bernice January, as Next Friend of W.S, a minor (249480)   **Address** 2225 10th St.  Lake Charles, LA 70601

  **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Betty Deshotel (249463)   **Address** 224 Cobb Road  Lake Charles, LA 70607

  **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.   **Cause No.** 09-7835

---

Betty Perrodin (249586)   **Address** 1402 N. Lincoln St.  Lake Charles, LA 70601

  **Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.   **Cause No.** 09-7898

---

**Beverly Carter (249617)**  **Address** 1481 Third St. Apt 1457A Lake Charles, LA 70601

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.  **Cause No.** 09-7887

---

**Beverly Fruge (249454)**  **Address** 2826 Miller Ave Westlake, LA 70669

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Beverly Fruge, as Next Friend of R.L, a minor (249460)**  **Address** 2826 Miller Ave Westlake, LA 70669

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Billie Buck (249575)**  **Address** 1914 10th St. Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

---

**Brandy Hardman, as Next Friend of A.G, a minor (249489)**  **Address** 227 N. Enterprise Blvd Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

**Braylon Patterson (249429)**  **Address** 1309 Tennesse St. New Orleans, LA 70117

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7895

---

**Breana Staves (249602)**  **Address** 5112 Fairmen Circle Raleigh, NC 27613

**Case Style** Antoine Adams, et. al. vs. Recreation By Design, LLC, et. al.  **Cause No.** 09-7795

---

**Brittany Barbee (249469)**  **Address** 9342 Woolmarket Rd. Biloxi, MS 39532

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al. vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7801

---

**Brittany Brown (249519)**  **Address** 2238 Orchid St. Lake Charles, LA 70601

**Case Style** Felix Mackey, et. al. vs. Patriot Homes, Inc., et. al.  **Cause No.** 09-7910

---

**Calvin Washington (249388)**  **Address** 2007 Combre St Lake Charles, LA 70601

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.  **Cause No.** 09-7897

---

**Carl Brown (249511)**  **Address** 805 Topsy Rd. Lot 104 Lake Charles, LA 70611

**Case Style** Reginald Williams , et. al. vs. Champion Home Builders Co., et. al.  **Cause No.** 10-2195

| | | |
|---|---|---|
| Carrie Slaughter (249568) | **Address** 1903 Gieffers St. Lake Charles, LA 70601 | |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 | |

| | | |
|---|---|---|
| Carroll Labove (249424) | **Address** 3751 Boisois West Lake, LA 70669 | |
| **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al. vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** 09-7907 | |

| | | |
|---|---|---|
| Casey Simien (249449) | **Address** 1520 13th St. Lake Charles, LA 70601 | |
| **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** 09-7980 | |
| **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-1267 | |

| | | |
|---|---|---|
| Casey Simien, as Next Friend of J.P, a minor (249420) | **Address** 1520 13th St. Lake Charles, LA 70601 | |
| **Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** 09-7980 | |
| **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-1267 | |

| | | |
|---|---|---|
| Cassandra Guy (249421) | **Address** 2014 N. Jake St. Lake Charles, LA 70601 | |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 | |
| **Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 | |

| | | |
|---|---|---|
| Cerisa Epps, as Next Friend of D.F, a minor (249404) | **Address** 4254 5th Ave Apt 632 Lake Charles, LA 70607 | |
| **Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 | |

| | | |
|---|---|---|
| Charity Valentine (249551) | **Address** 1600 Commercial St. Lake Charles, LA 70601 | |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al. vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7853 | |

| | | |
|---|---|---|
| Charlene Washington (249506) | **Address** 1639 Phillips Lane Mobile, AL 36618 | |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 | |
| **Case Style** Wendy January, et. al. vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1268 | |

| | | |
|---|---|---|
| Charles Spears (249542) | **Address** 100 Bell Fontaine Dr. Apt # 173 Lafayette, LA 70506 | |
| **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al. | **Cause No.** 09-7916 | |

| | | |
|---|---|---|
| Cheryl Irvin, as Next Friend of C.A, a minor (249634) | **Address** 1725 Johnstine Rd. Westlake, LA 70669 | |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 | |
| **Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 | |

Cheryl Trahan, as Next Friend of K.T, a minor (249548)   **Address** 940 Hwy 26  Deridder, LA 70634

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

    **Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al.    **Cause No.** 10-1258

---

Cheryl Trahan, as Next Friend of R.T, a minor (249504)   **Address** 940 Hwy 26  Deridder, LA 70634

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

    **Case Style** George Jones, et. al.  vs. Monaco Coach Corporation, et. al.    **Cause No.** 10-1258

---

Christine Endarde, as Next Friend of T.D, a minor (249562)   **Address** P.O. Box 73306  Baton Rouge, LA 70874

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

Christopher Bellard (249604)   **Address** 502 N. Booker St.  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

    **Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.    **Cause No.** 10-1261

---

Christopher Carrier, as Next Friend of F.C, a minor (249473)   **Address** P.O. Box 1175  Elton, LA 70532

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Christopher Carrier, as Next Friend of M.C, a minor (249474)   **Address** P.O. Box 1175  Elton, LA 70532

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Clara Gaines (249417)   **Address** 2211 Tulip St.  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Crystal Gore (249403)   **Address** 939 Horridge St  Vinton, LA 70660

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Curtis Battle (249367)   **Address** 1528 Gieffers St  Lake Charles, LA 70601

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

Cynthia Jacko (249354)   **Address** 2019 N. Jake St  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

Cynthia Jacko (249358)   **Address** 2019 N. Jake St  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

Cynthia Jacko, as Next Friend of E.J, a minor (249355)

**Address** 2019 N. Jake St  Lake Charles, LA 70601

**Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Cynthia Jacko, as Representative of the Estate of Ernest Jacko, deceased (249356)

**Address** 2019 N. Jake St  Lake Charles, LA 70601

**Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.

**Cause No.** 09-7980

---

Dallas Brignac, as Representative of the Estate of Louise Brignac, deceased (249559)

**Address** 2016 9th St  Lake Charles, LA 70601

**Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Dana Menard, as Next Friend of J.M, a minor (249494)

**Address** 2465 Hwy 397 Lot # 39 Lake Charles, LA 70615

**Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-2234

---

Danette Arvie (249580)

**Address** 2604 Madison St.  Lake Charles, LA 70601

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Danette Arvie, as Next Friend of D.A, a minor (249442)

**Address** 2604 Madison St.  Lake Charles, LA 70605

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Danette Arvie, as Next Friend of J.A, a minor (249579)

**Address** 2604 Madison St.  Lake Charles, LA 70601

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Danyell Turner (249408)

**Address** 5712 E. Pinewood Dr.  Lake Charles, LA 70607

**Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-1282

---

Danyelle Braxton (249507)

**Address** 805 Topsy Rd. Trailer 104 Lake Charles, LA 70611

**Case Style**  Reginald  Williams , et. al.  vs. Champion Home Builders Co., et. al.

**Cause No.** 10-2195

---

Danyelle Braxton, as Next Friend of T.B, a minor (249516)

**Address** 805 Topsy Rd. Trailer 104 Lake Charles, LA 70611

**Case Style**  Reginald  Williams , et. al.  vs. Champion Home Builders Co., et. al.

**Cause No.** 10-2195

---

Danyelle Braxton, as Next Friend of T.G, a minor (249508)

**Address** 805 Topsy Rd. Trailer 104 Lake Charles, LA 70611

**Case Style**  Reginald  Williams , et. al.  vs. Champion Home Builders Co., et. al.

**Cause No.** 10-2195

---

Darrell Higginbotham (249538)

**Address** 5869 Landry Rd.  Lake Charles, LA 70607

**Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.

**Cause No.** 09-7815

---

**Darrell Nora (249400)**                     **Address** 2606 Madison St  Lake Charles, LA 70601

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.          **Cause No.** 09-7829

---

**David Celestine (249450)**                  **Address** 205 N. Lincoln St.  Lake Charles, LA 70601

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.          **Cause No.** 09-7829

---

**David Deruso (249584)**                     **Address** 2621 Cline St.  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.     **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 10-1307

---

**Dawn Broadnax (249609)**                    **Address** 4102 E. Chicot Street  Pascagoula, MS 39581

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.  **Cause No.** 09-7909

---

**Dawn Broadnax, as Next Friend of D.B, a minor**  **Address** 4102 E. Chicot St  Pascagoula, MS 39567
**(249625)**

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.  **Cause No.** 09-7909

---

**Dawn Sterling (249362)**                    **Address** 4381 Lake Fairway Dr  Lake Charles, LA
70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

**Dawn Sterling, as Representative of the Estate of**  **Address** 4381 Lake Fairway Dr  Lake Charles, LA
**Ryann Sterling, deceased (249361)**          70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

**Deborah Epps (249415)**                     **Address** 7411 Hwy 188  Coden, AL 36523

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 10-2190

---

**Delores Prater (249393)**                   **Address** 3977 Old Spanish Trail  Westlake, LA 70669

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2234

---

**Demetrius Bushnell (249462)**               **Address** 2013 Hwy 14  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7818

---

**Denise Daniel, as Next Friend of C.D, a minor**  **Address** 2620 General Vandenburg St.  Lake Charles,
**(249618)**                                   LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.         **Cause No.** 09-7910

| | | |
|---|---|---|
| Denise Daniel, as Next Friend of C.D, a minor (249621) | **Address** | 2620 General Vandenburg St.  Lake Charles, LA 70615 |

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.     **Cause No.**  09-7910

| | | |
|---|---|---|
| Denise Daniel, as Next Friend of I.D, a minor (249622) | **Address** | 2620 General Vandenburg St.  Lake Charles, LA 70615 |

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.     **Cause No.**  09-7910

| | | |
|---|---|---|
| Denise Daniel, as Next Friend of N.D, a minor (249619) | **Address** | 2620 General Vandenburg St.  Lake Charles, LA 70615 |

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.     **Cause No.**  09-7910

| | | |
|---|---|---|
| Denise Dixon (249623) | **Address** | 2620 General Vandenburg St.  Lake Charles, LA 70615 |

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.     **Cause No.**  09-7910

| | | |
|---|---|---|
| Denzel Lampkin (249392) | **Address** | 4249 5th Ave Apt S-12 Lake Charles, LA 70601 |

**Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.     **Cause No.**  09-7815

| | | |
|---|---|---|
| Dequilla Frazier, as Next Friend of J.F, a minor (249624) | **Address** | 121 River Birch Dr.  Iowa, LA 70647 |

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

| | | |
|---|---|---|
| Deriale Paul (249387) | **Address** | 3107 Burton St.  Lake Charles, LA 70601 |

**Case Style**  Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al.     **Cause No.**  10-2236

| | | |
|---|---|---|
| Deshawn Ned, as Next Friend of J.N, a minor (249398) | **Address** | 1809 Legion St  Lake Charles, LA 70601 |

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

| | | |
|---|---|---|
| Deshawn Ned, as Next Friend of L.N, a minor (249385) | **Address** | 1809 Legion St.  Lake Charles, LA 70601 |

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

| | | |
|---|---|---|
| Desiree' Allen (249414) | **Address** | 124 S Shattuck St.  Lake Charles, LA 70601 |

**Case Style**  Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.**  10-2268

| | | |
|---|---|---|
| Desmyne Henry (249578) | **Address** | 2910 8th St.  Lake Charles, LA 70601 |

**Case Style**  Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.**  09-7801

| | | |
|---|---|---|
| Develin Williams (249616) | **Address** | 1601 N. Adams  Lake Charles, LA 70601 |

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.     **Cause No.**  10-1265

Diana Lazard (249573)                          **Address** 2924 Southern Ridge Dr.  Lake Charles, LA 70607

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Diana Lazard, as Next Friend of D.R, a minor (249574)          **Address** 2924 Southern Ridge Dr.  Lake Charles, LA 70607

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Dominique McCain (249448)                      **Address** 6784 Hwy 397  Lake Charles, LA 70607

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.     **Cause No.** 09-7792

   **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.       **Cause No.** 10-1275

---

Donald Lewis (249402)                          **Address** P.O.Box 400  Vinton, LA 70668

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Donald Trahan (249472)                         **Address** 113 Long Acre Rd.  Lake Charles, LA 70607

   **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-2207

---

Dottie Brown (249512)                          **Address** 805 Topsy Rd. Lot 104 Lake Charles, LA 70611

   **Case Style** Reginald  Williams , et. al. vs. Champion Home Builders Co., et. al.     **Cause No.** 10-2195

---

Durnell Frank (249364)                         **Address** 1206 West Hwy 90  Iowa, LA 70647

   **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.        **Cause No.** 09-7849

---

Dwayne Thibodeaux (249570)                     **Address** 3101 Admiral King  Lake Charles, LA 70615

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Dwayne Thibodeaux, as Next Friend of L.T, a minor (249577)     **Address** 3101 Admiral King  Lake Charles, LA 70615

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.       **Cause No.** 09-7818

---

Dwinelen Smith (249395)                        **Address** 1206 West Hwy 90  Iowa, LA 70647

   **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.        **Cause No.** 09-7849

---

Dwinelen Smith, as Next Friend of D.F, a minor (249365)        **Address** 1206 West Hwy 90  Iowa, LA 70647

   **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.        **Cause No.** 09-7849

---

Dwinelen Smith, as Next Friend of J.F, a minor (249372)

**Address** 1206 West Hwy 90  Iowa, LA 70647

    **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.

**Cause No.** 09-7849

---

Dwinelen Smith, as Next Friend of K.F, a minor (249371)

**Address** 1206 West Hwy 90  Iowa, LA 70647

    **Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.

**Cause No.** 09-7849

---

Earlene Evans (249467)

**Address** 6818 Kendall St.  Moss Point, MS 39563

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

Ebony Whitley (249558)

**Address** 1223 Fournet St. P.O. Box 728 Lake Charles, LA 70602

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Edna Ellison (249549)

**Address** 4451 5th Ave Apt 111 Lake Charles, LA 70605

    **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

Edna Ellison, as Next Friend of T.H, a minor (249569)

**Address** 4451 5th Ave Apt 111 Lake Charles, LA 70605

    **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

Elaine James, as Next Friend of S.G, a minor (249520)

**Address** 2187 E. Gauthier Rd. Lot 234 Lake Charles, LA 70607

    **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.

**Cause No.** 09-7910

---

Elizabeth Clinton (249529)

**Address** 4249 5th Ave Apt M 12 Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Elsie Jones (249514)

**Address** 2432 22nd St.  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Elsie Jones, as Representative of the Estate of J.C. Jones, deceased (249513)

**Address** 2432 22nd St.  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Emily Fruge (249452)

**Address** 1579 Siouxan Dr.  Lake Charles, LA 70611

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Emily Fruge, as Next Friend of A.F, a minor (249453)

**Address** 1579 Siouxan Dr.  Lake Charles, LA 70611

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

| | |
|---|---|
| Erica Edwards, as Next Friend of D.E, a minor (249456) | **Address** 1341 Kirk Ave  Lake Charles, LA 70601 |
| **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-2207 |
| Erica Edwards, as Next Friend of M.E, a minor (249571) | **Address** 1341 Kirk Ave  Lake Charles, LA 70601 |
| **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7801 |
| Ester Cezar (249563) | **Address** 923 Eddy St.  Vinton, LA 70668 |
| **Case Style** Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.** 10-1312 |
| Faith Colston (249526) | **Address** 1013 Cherrydale St.  Lake Charles, LA 70607 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Farrell Kerlegan (249576) | **Address** P.O. Box 903  Lake Charles, LA 70602 |
| **Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al. | **Cause No.** 09-7990 |
| Farrell Kerlegan, as Next Friend of D.K, a minor (249588) | **Address** P.O. Box 903  Lake Charles, LA 70602 |
| **Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.  vs. Champion Home Builders Co., et. al. | **Cause No.** 09-7990 |
| Felicia Angelle, as Next Friend of D.M, a minor (249554) | **Address** 233 Tulane Dr.  Glenn Heights, TX 75154 |
| **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 09-7853 |
| Florence Espree, as Next Friend of C.E, a minor (249351) | **Address** 1803 8th Ave  Lake Charles, LA 70601 |
| **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** 09-7835 |
| Fred Ellender (249350) | **Address** 110 Jodi Dr  Sulphur, LA 70663 |
| **Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** 09-7909 |
| **Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al. | **Cause No.** 10-1286 |
| Gary Woods (249640) | **Address** P.O. Box 209  Lake Charles, LA 70602 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| Geneva Wilson (249495) | **Address** 1105 Athalee Street  Lake Charles, LA 70615 |
| **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7818 |

George Smith (249382)　　　　　　　　　　　**Address** 202 LeBlanc St  Dequincy, LA 70633

　　**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7895

---

Geraldine Lemelle (249590)　　　　　　　　**Address** 2112 Katherine St.  Lake Charles, LA 70601

　　**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.　**Cause No.** 09-7801
　　Cavalier Home Builders, LLC, et. al.

---

Gilda Vera (249440)　　　　　　　　　　　　**Address** 4128 Delaware Ave # C Kenner, LA 70065

　　**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs.　　**Cause No.** 10-1272
　　Coachmen Industries, Inc., et. al.

---

Gloria Ross, as Next Friend of K.L, a minor　**Address** 200-02 Auburn Place  Kenner, LA 70065
(249515)

　　**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.　**Cause No.** 10-2234

---

Gloria Williams (249436)　　　　　　　　　**Address** 1214 N. Shattuck Street  Lake Charles, LA
　　　　　　　　　　　　　　　　　　　　　　70601

　　**Case Style** Virgie Jones, et. al.  vs. Cavalier Home Builders, LLC, et. al.　**Cause No.** 10-2178

---

Harral Cahee (249583)　　　　　　　　　　　**Address** 2601 General Arnold Ave  Lake Charles, LA
　　　　　　　　　　　　　　　　　　　　　　70615

　　**Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al.　　**Cause No.** 09-7832

---

Harvey  Crysel (249431)　　　　　　　　　　**Address** 11012 Eugene Rd.  Iowa, LA 70647

　　**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　**Cause No.** 09-7818

---

Helen Kimball (249457)　　　　　　　　　　**Address** 222 Eugene Lane Lot 28 Lake Charles, LA
　　　　　　　　　　　　　　　　　　　　　　70615

　　**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.　**Cause No.** 09-7895

---

Helen Lewis, as Next Friend of D.L, a minor　**Address** 5136 Shelly St.  Baton Rouge, LA 70607
(249509)

　　**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.　　**Cause No.** 09-7887

---

Helen Lewis, as Next Friend of D.L, a minor　**Address** 4570 Louisiana Ave  Lake Charles, LA 70607
(249510)

　　**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.　　**Cause No.** 09-7887

---

Jacob LaSalle (249427)　　　　　　　　　　**Address** 1100 Egret St. Apt 202 Lake Charles, LA 70615

　　**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　**Cause No.** 09-7818

　　**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.　**Cause No.** 10-1281

---

Jacoya Thomas (249444)                                      **Address**  1018 North Goos Boulevard  Lake Charles, LA
                                                                         70601

    **Case Style**  Madelyn Zuppardo, as Next Friend of S.Z, a minor, et. al.  vs.     **Cause No.**  10-2186
                Frontier RV, Inc., et. al.

---

Jame Tucker (249464)                                        **Address**  10850 South Lake Side Dr.  Grand Bay, AL
                                                                         36541

    **Case Style**  Velvet Chretien, et. al.  vs. Recreation By Design, LLC, et. al.     **Cause No.**  10-2193

---

James Lyons (249445)                                        **Address**  513 Queen Carter Ct.  Lake Charles, LA 70615

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

James Mayne (249447)                                        **Address**  2014 Jake St.  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

Jasmine Walker (249479)                                     **Address**  423 Hollyvale Dr.  Houston, TX 77060

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.**  09-7895

---

Jasmine Walker, as Next Friend of Z.W, a minor             **Address**  423 Hollyvale Dr.  Houston, TX 77060
(249478)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.**  09-7895

---

Jasper Parker (249615)                                      **Address**  2914 7th St. Apt 4 Lake Charles, LA 70615

    **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf     **Cause No.**  10-2249
                Stream Coach, Inc., et. al.

---

Jeanella Bellow (249517)                                    **Address**  744 Bank St.  Lake Charles, LA 70601

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

---

Jennifer Cormier (249386)                                   **Address**  2429 Katherine St  Lake Charles, LA 70601

    **Case Style**  Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs.     **Cause No.**  09-7918
                Skyline Corporation, et. al.

---

Jennifer Dixon (249498)                                     **Address**  205 Martin Drive  New Roads, LA 70760

    **Case Style**  Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs.     **Cause No.**  10-2268
                CMH Manufacturing, Inc., et. al.

---

Jeremy Jones (249539)                                       **Address**  3931 Swanee St.  Lake Charles, LA 70607

    **Case Style**  Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor     **Cause No.**  09-7830
                Industries, Inc., et. al.

---

Jerolyn Frank (249490)                                      **Address**  6671 Corbina Rd.  Lake Charles, LA 70607

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  09-7818

| Jillian Leday, as Next Friend of F.L, a minor (249546) | **Address** 1817 6th Ave  Lake Charles, LA 70607 |
|---|---|
| **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2249 |

| Josephine Young (249345) | **Address** 1029 14th St  Lake Charles, LA 70607 |
|---|---|
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| Joshua Louis (249595) | **Address** 901 S. Glenburnie Rd.  New Bern, NC 28560 |
|---|---|
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| Joyceline Wilson (249607) | **Address** 1407 Sally Mae St.  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Madelyn Zuppardo, as Next Friend of S.Z., a minor, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.**  10-2186 |

| Juanita Babineaux (249585) | **Address** 1728 Lincoln St  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.**  09-7897 |

| Juanita Nunez (249626) | **Address** P.O. Box 342  Hackberry, LA 70645 |
|---|---|
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.**  09-7916 |

| Juanita Nunez, as Next Friend of K.B, a minor (249641) | **Address** P.O. Box 833  Rosepine, LA 70659 |
|---|---|
| **Case Style**  Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.**  09-7916 |

| Judy Royal, as Next Friend of C.R, a minor (249383) | **Address** 2005 2nd Ave  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

| Justin Coney (249547) | **Address** 4929 5th Ave # A-25  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 |

| Kareem Ceaser (249572) | **Address** 106 Donna Rd.  Lake Charles, LA 70607 |
|---|---|
| **Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  10-1267 |

| Karen Washington, as Next Friend of I.W, a minor (249620) | **Address** 2129 18th Street  Lake Charles, LA 70601 |
|---|---|
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  09-7980 |

| Katherine Bushnell (249561) | **Address** 437 Coward Rd.  Dequincy, LA 70633 |
|---|---|
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 |

---

Keisha Sonnier (249533)    **Address** 4441 Gordonwoods Dr.  Lake Charles, LA 70615

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

   **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Kelli Spiehler (249532)    **Address** 904 Handsboro Drive  Gulfport, MS 39507

   **Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.    **Cause No.** 09-7909

---

Kelli Spiehler, as Next Friend of S.S, a minor (249531)    **Address** 904 Handsboro Drive  Gulfport, MS 39507

   **Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.    **Cause No.** 09-7909

---

Keshie Lubin, as Next Friend of J.L, a minor (249566)    **Address** 2031 20th Street  Lake Charles, LA 70601

   **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

---

Kevin Berard (249468)    **Address** 2509 Red Davis Rd.  Lake Charles, LA 70605

   **Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.    **Cause No.** 09-7815

---

Keyoakland Pattum (249486)    **Address** P.O. Box 4002  Lake Charles, LA 70606

   **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Kingston Norton (249384)    **Address** 3626 McKinley St  Lake Charles, LA 70607

   **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

   **Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Lacasha Wheeler (249418)    **Address** P.O. Box 335  Crowley, LA 70526

   **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

LaTonya  Jones, as Next Friend of D.J, a minor (249567)    **Address** 1010 West Jefferson St.  Jennings, LA 70546

   **Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.    **Cause No.** 09-7830

---

LaTresha Simien (249565)    **Address** 1515 McNabb St.  Lake Charles, LA 70615

   **Case Style** Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al.    **Cause No.** 10-1312

---

Latricia Allen (249411)    **Address** 124 S. Shattuck St.  Lake Charles, LA 70601

   **Case Style** Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 10-2268

Lawrence Schexnayder (249377)                    **Address** P.O. Box 227  Lake Charles, LA 70602

    **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.     **Cause No.** 09-7835
                   Forest River, Inc., et. al.

---

Lay Sathchakham (249409)                          **Address** 8860 Satsuma St.  Coden, AL 36523

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Lazetter West (249360)                            **Address** 2035 3rd St  Lake Charles, LA 70601

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.     **Cause No.** 09-7801
                   Cavalier Home Builders, LLC., et. al.

---

Leah Thomas, as Next Friend of L.T, a minor      **Address** 1509 Summit  Lake Charles, LA 70615
(249455)

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Lemon Frank (249370)                              **Address** 2305 Tulip St  Lake Charles, LA 70601

    **Case Style** Julie Seaman, as Next Friend of T.  S., a minor, et. al.  vs.     **Cause No.** 09-7834
                   Vanguard, LLC., et. al.

---

Linda Grice (249632)                              **Address** 408 S. Franklin  Lake Charles, LA 70601

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Linda Guillory (249483)                           **Address** 409 N. 1st St Apt 5 Oberlin, LA 70655

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.     **Cause No.** 09-7801
                   Cavalier Home Builders, LLC., et. al.

---

Linda Jones, as Next Friend of A.J, a minor      **Address** 701 Lewis St  Sulphur, LA 70663
(249389)

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

Linda LeBlanc (249359)                            **Address** 1908 10th St  Lake Charles, LA 70601

    **Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-2220

---

Lisa Jones (249390)                               **Address** 701 Lewis St  Sulphur, LA 70663

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

Lola Henry, as Next Friend of T.H, a minor       **Address** P.O. Box 1244  Westlake, LA 70669
(249591)

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Lorendia Savoy (249430)  **Address** P.O. Box 623  Cameron, LA 70631

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs.   **Cause No.** 09-7912
Scotbilt Homes, Inc., et. al.

---

Louanna Boutte (249593)  **Address** 654 Odile St.  Lake Charles, LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Louanna Boutte, as Next Friend of J.A, a minor  **Address** 654 Odile St.  Lake Charles, LA 70601
(249592)

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Louis Mierzejewski (249606)  **Address** 4107 Pascagoula St.  Pascagoula, MS 39567

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7818

---

Marcos Lopez (249518)  **Address** 3207 Eden St. #8 Pascagoula, MS 39581

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2234

---

Marcus Dunaway (249614)  **Address** P.O. Box 683  Cameron, LA 70631

**Case Style** JaByron Wilson, et. al.  vs. River Birch Homes, Inc. and/or   **Cause No.** 10-1264
River Birch Homes, L.L.C., et. al.

---

Margaret McArthur (249603)  **Address** P.O. Box 4002  Lake Charles, LA 70606

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1282

---

Maria Campos (249630)  **Address** P.O. Box 913  Kinder, LA 70648

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs.   **Cause No.** 09-7919
Southern Energy Homes, Inc., et. al.

---

Marie Turner, as Next Friend of Z.B, a minor  **Address** 1156 Foxlane Dr.  Baron Rouge, LA 70819
(249627)

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1282

---

Mark Raines (249505)  **Address** 1905 Gieffers St  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.   **Cause No.** 09-7835
Forest River, Inc., et. al.

---

Mark Thibodeaux (249379)  **Address** 1724 Sunset Dr  Lake Charles, LA 70607

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Mary Celestine, as Next Friend of R.G, a minor  **Address** 108 Sharon Lane  Lake Charles, LA 70615
(249347)

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Mary LaGrande (249435)                          **Address** 323 E. 27th St.  Reserve, LA 70084

    **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.           **Cause No.** 09-7818

---

Meagan Epps (249413)                            **Address** 7411 Hwy 188  Coden, AL 36523

    **Case Style**  Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.             **Cause No.** 10-2190

---

Megan Trahan, as Next Friend of J.T, a minor     **Address** 227 N. Enterprise Blvd  Lake Charles, LA
(249491)                                                  70601

    **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al. vs.   **Cause No.** 09-7792
                Keystone RV Company, et. al.

    **Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

Meredith Wheaton (249399)                       **Address** 8804 Saddlehorn Dr Apt 207 Irving, TX 75063

    **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
                CMH Manufacturing, Inc., et. al.

---

Michael Bartie (249346)                         **Address** P.O. Box 341  Cameron, LA 70631

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.    **Cause No.** 09-7835
                Forest River, Inc., et. al.

---

Michael Francis (249605)                        **Address** 14634 Eden Glen Dr.  Houston, TX 77049

    **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
                CMH Manufacturing, Inc., et. al.

---

Michael Johnson (249437)                        **Address** 2761 Madrid St.  New Orleans, LA 70122

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.           **Cause No.** 09-7895

---

Michael Johnson, as Next Friend of I.W, a minor   **Address** 2761 Madrid St.  New Orleans , LA 70122
(249439)

    **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.           **Cause No.** 09-7895

---

Michael Larry (249608)                          **Address** 1209 Deesport St. Lake Charles, LA 70601

    **Case Style**  Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs.      **Cause No.** 09-7912
                Scotbilt Homes, Inc., et. al.

---

Michael Lewis (249394)                          **Address** 2187 E. Gauthier Rd.   Lot # 560 Lake
                                                          Charles,  , LA 70607

    **Case Style**  Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 10-2220

---

Michael Schexnayder (249378)                    **Address** P.O. Box 227  Lake Charles, LA 70602

    **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.    **Cause No.** 09-7835
                Forest River, Inc., et. al.

---

**Miles Plumbar (249610)**  **Address**  2801 Belden St.  Lake Charles, LA 70615

**Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.   **Cause No.**  09-7792
Keystone RV Company, et. al.

**Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.**  10-1275

---

**Nashonna Fontenot (249522)**  **Address**  1629 Sunset Dr.  Lake Charles, LA 70607

**Case Style**  Edwin Bennett, et. al.  vs. Starcraft RV, Inc., et. al.   **Cause No.**  09-7920

**Case Style**  Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor   **Cause No.**  10-1294
Industries, Inc., et. al.

---

**Nicole Chretien, as Next Friend of N.C, a minor**   **Address**  2101 4th St.  Lake Charles, LA 70601
**(249594)**

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.   **Cause No.**  10-1265

**Case Style**  Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor   **Cause No.**  10-1294
Industries, Inc., et. al.

---

**Nicole Wright (249422)**  **Address**  1733 Lightcap Street  Lancaster, CA 93535

**Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.**  09-7895

---

**Nidia Campos (249628)**  **Address**  P.O. Box 966  Kinder, LA 70648

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.**  09-7818

---

**Nidia Campos, as Next Friend of R.B, a minor**   **Address**  P.O. Box 966  Kinder, LA 70648
**(249629)**

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.**  09-7818

---

**Nola Huntsberry, as Next Friend of D.H, a minor**   **Address**  2716 Independence Rd.  Westlake, LA 70669
**(249484)**

**Case Style**  Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.   **Cause No.**  09-7801
Cavalier Home Builders, LLC, et. al.

---

**Nola Huntsberry, as Next Friend of D.H, a minor**   **Address**  2716 Independence Rd.  Westlake, LA 70669
**(249485)**

**Case Style**  Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.   **Cause No.**  09-7801
Cavalier Home Builders, LLC, et. al.

---

**Nolan Zackery (249396)**  **Address**  8559 Gulf Hwy Lot 79 Lake Charles, LA 70607

**Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.   **Cause No.**  09-7835
Forest River, Inc., et. al.

---

**Oshwanch Goudeau (249375)**  **Address**  300 Dobbertine  Lot 54 Lake Charles, LA
70607

**Case Style**  Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.**  09-7910

---

**Pamela Harrison, as Next Friend of K.J, a minor**   **Address**  1520 Brick St. Apt D Lake Charles, LA 70601
**(249477)**

**Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.**  09-7818

Pamela Harrison, as Next Friend of M.H, a minor (249552)

**Address** 1520 Brick St. Apt D Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7818

---

Pamela Parangan (249582)

**Address** 1200 Hunter Dr.  Lake Charles, LA 70615

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

Pamela Raines (249525)

**Address** 1903 Gieffers St.  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

Pamela Raines, as Next Friend of K.R, a minor (249557)

**Address** 1903 Gieffers St.  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

Patricia Adams (249523)

**Address** 722 Fall St.  Lake Charles, LA 70601

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

Patricia Adams, as Next Friend of O.W, a minor (249521)

**Address** 722 Fall St.  Lake Charles, LA 70601

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

Patricia Burney, as Representative of the Estate of Henry Jones, deceased (249598)

**Address** 329 Main Street  Biloxi, MS 39530

**Case Style** Marrisa Collier, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.

**Cause No.** 09-7922

---

Patricia Young (249611)

**Address** 501 Albert Street  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Patrick Williams (249492)

**Address** 10911 Sandstone St.  Houston, TX 77072

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Peggy Eaglin (249426)

**Address** 702 N. 1st Ave L.  Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-1267

---

Philbric Bellard (249401)

**Address** 9155 Hwy 101 Iowa, LA 70647

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

---

Phyllis Todd, as Representative of the Estate of Joyce Pugh, deceased (249446)

**Address** 1001 Dicks St.  Waveland, MS 39576

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7895

Portia Clarke (249524)      **Address** 308 West School St. Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

Priscilla Jacko (249357)      **Address** 2019 N. Jake St Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.    **Cause No.** 09-7980

---

Priscilla Perkins, as Next Friend of G.N, a minor (249374)      **Address** 2428 Stingray Dr Lake Charles, LA 70605

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Qiana Broussard, as Next Friend of A.P, a minor (249466)      **Address** 112 N. Lincoln St. Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

---

Quatina Richard-Alfred (249470)      **Address** 2122 Legion St. Lake Charles, LA 70601

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

R. Riley (249502)      **Address** P.O. Box 849 Natalbany, LA 70451

**Case Style** Jules Sarver, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7818

**Case Style** Terrell Reed, et. al. vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Randall Laird (249416)      **Address** 3420 Monroe St. Lake Charles, LA 70607

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

Raymond Scott (249407)      **Address** 2310 14th St. Pascagoula, MS 39567

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

Rayneall Spurgeon, as Next Friend of S.S, a minor (249527)      **Address** 4524 Pete Seay Rd. Carlyss, LA 70665

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

Reagan Barker, as Next Friend of E.E, a minor (249503)      **Address** 662 Evans Rd Sulpher, LA 70663

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

---

Rechelle Lindsey (249438)      **Address** 2761 Madrid St. New Orleans, LA 70122

**Case Style** Kenneth Trent, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7895

| | | |
|---|---|---|
| **Regina DeSheilds, as Next Friend of W.H, a minor (249410)** | **Address** | 3406 Sumedinger St.  Pascagoula, MS 39581 |
| **Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  09-7797 | |

| | | |
|---|---|---|
| **Regina Deshields (249412)** | **Address** | 3406 Sumedinger St.  Pascagoula, MS 39581 |
| **Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  09-7797 | |

| | | |
|---|---|---|
| **Rhonda Fontenot, as Next Friend of R.F, a minor (249553)** | **Address** | 2703 Arthur Street  Westlake, LA 70669 |
| **Case Style**  Julie Seaman, as Next Friend of T. S., a minor, et. al.  vs. Vanguard, LLC, et. al. | **Cause No.**  09-7834 | |

| | | |
|---|---|---|
| **Richard Lastrapes (249391)** | **Address** | 1007 16th  Lake Charles, LA 70601 |
| **Case Style**  Kimberly Jackson, as Next Friend of T. J., a minor, et. al.  vs. Sunnybrook R.V., Inc., et. al. | **Cause No.**  09-7848 | |

| | | |
|---|---|---|
| **Richard Paul (249368)** | **Address** | 3107 Burton St.  Lake Charles, LA 70601 |
| **Case Style**  Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al. | **Cause No.**  10-2236 | |

| | | |
|---|---|---|
| **Ricky Irvin (249636)** | **Address** | 1725 Johnstone  Westlake, LA 70669 |
| **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.**  09-7792 | |
| **Case Style**  Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.**  10-1275 | |

| | | |
|---|---|---|
| **Rita Fontenot (249555)** | **Address** | 1909 18th St.  Lake Charles, LA 70601 |
| **Case Style**  Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7895 | |

| | | |
|---|---|---|
| **Robert Lewis (249373)** | **Address** | 3107 Burton St.  Lake Charles, LA 70601 |
| **Case Style**  Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al. | **Cause No.**  10-2236 | |

| | | |
|---|---|---|
| **Robert Schexnayder (249376)** | **Address** | P.O. Box 227  Lake Charles, LA 70602 |
| **Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7835 | |

| | | |
|---|---|---|
| **Rosetta King (249581)** | **Address** | 305 Brammer Lane  Lake Charles, LA 70615 |
| **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.**  09-7853 | |

| | | |
|---|---|---|
| **Ruby McPherson (249560)** | **Address** | 204 S. Storer St.  Iowa, LA 70647 |
| **Case Style**  Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7818 | |

---

Ruby Richard (249425)                          **Address** 6625 E Hwy 90 # 221 Lake Charles, LA 70615

    **Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs.          **Cause No.** 09-7912
                Scotbilt Homes, Inc., et. al.

---

Sarah Young (249589)                           **Address** 1805 Monaghan Dr. Apt 1P Lake Charles, LA 70605

    **Case Style** Edwin Bennett, et. al.  vs Starcraft RV, Inc., et. al.          **Cause No.** 09-7920

---

Shamanda Webster (249537)                      **Address** 2213 Maynard St.  Lake Charles, LA 70601

    **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

Shameka Simmons, as Next Friend of D.S, a minor   **Address** 4404 Canal St. Apt 527 Lake Charles, LA
(249564)                                                    70605

    **Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs.   **Cause No.** 09-7800
                American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

---

Shanita Gates (249349)                         **Address** P.O. Box 185  Cameron, LA 70631

    **Case Style** Lauranette Bolton, et. al.  vs. Sun Valley, Inc., et. al.          **Cause No.** 09-7850

    **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 10-1274

---

Sharetha Holman (249419)                       **Address** 3203 Continental Dr.  Missouri City, TX 77459

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7895

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

Sharon Mierzejewski (249597)                   **Address** 4107 Pascagoula St.  Pascagoula, MS 39567

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7818

---

Shaun Walker (249423)                          **Address** 2920 General Patton  Lake Charles, LA 70601

    **Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.          **Cause No.** 09-7887

---

Shaunda Simien, as Next Friend of A.S, a minor   **Address** 145 Petticoat Lane  Lake Charles, LA 70605
(249433)

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
                CMH Manufacturing, Inc., et. al.

---

Shaunda Simien, as Next Friend of P.S, a minor   **Address** 145 Petticoat Lane  Lake Charles, LA 70605
(249432)

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.   **Cause No.** 09-7853
                CMH Manufacturing, Inc., et. al.

---

Shawanda Antoine, as Next Friend of T.C, a minor   **Address** 4247 5th Ave # 219 Lake Charles, LA 70607
(249500)

    **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.   **Cause No.** 09-7801
                Cavalier Home Builders, LLC, et. al.

Sheila Sarver (249380)

**Address** 1530 Walker St  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Shelia Sarver, as Next Friend of J.S, a minor (249381)

**Address** 1530 Walker St  Lake Charles, LA 70601

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Shelly Gopaul, as Next Friend of L.G, a minor (249540)

**Address** 2228 8th St  Lake Charles, LA 70601

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2234

---

Shemica  Mitchell, as Next Friend of Z.M, a minor (249471)

**Address** 2187 E. Gauthier Rd. 422 Lake Charles, LA 70607

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.     **Cause No.** 09-7815

---

Shonique Malbrough (249363)

**Address** 4249 5th Ave Apt S-12 Lake Charles, LA 70607

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.     **Cause No.** 09-7815

---

Shonna Sonnier (249475)

**Address** P.O. Box 539  Lake Charles, LA 70602

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Solomon Williams (249550)

**Address** P.O. Box 672  Cameron, LA 70631

**Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7818

---

Summer Garcia, as Next Friend of A.C, a minor (249406)

**Address** 106 Donna Rd  Lake Charles, LA 70607

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-1267

---

Summer Garcia, as Next Friend of K.C, a minor (249405)

**Address** 106 Donna Rd  Lake Charles, LA 70607

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 10-1267

---

Symentha Palfrey (249459)

**Address** 2409 Elaine St.  Lake Charles, LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.     **Cause No.** 09-7916

---

Syretta Celestine, as Next Friend of D.D, a minor (249352)

**Address** 415 Ave D Lot 8 Lake Charles, LA 70615

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7895

---

Tarsha Payne, as Next Friend of M.P, a minor (249635)

**Address** 326 White St.  Lake Charles, LA 70601

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.     **Cause No.** 09-7887

| | | |
|---|---|---|
| **Tasha Cole (249544)** | **Address** P.O. Box 5932  Gulfport, MS 39505 | |
| **Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al. | **Cause No.** 09-7793 | |

| | |
|---|---|
| **Tasha Cole, as Next Friend of K.C, a minor (249535)** | **Address** P.O. Box 5932  Gulfport, MS 39505 |
| **Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al. | **Cause No.** 09-7793 |

| | |
|---|---|
| **Tasha Johnson, as Next Friend of K.G, a minor (249487)** | **Address** 518 Jumping Jack Lane  Lake Charles, LA 70615 |
| **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. | **Cause No.** 09-7916 |

| | |
|---|---|
| **Teeter Chapman, as Next Friend of D.H, a minor (249482)** | **Address** 2910 8th St.  Lake Charles, LA 70601 |
| **Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7801 |

| | |
|---|---|
| **Thelma Patterson, as Next Friend of C.P, a minor (249587)** | **Address** 1309 Tennessee St.  New Orleans, LA 70117 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |

| | |
|---|---|
| **Thelma Patterson, as Next Friend of K.S, a minor (249428)** | **Address** 1309 Tennesse St.  New Orleans, LA 70117 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |

| | |
|---|---|
| **Thomas Larry (249600)** | **Address** 1209 Deesport St.  Lake Charles, LA 70601 |
| **Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al. | **Cause No.** 09-7912 |

| | |
|---|---|
| **Timothy Wilrye (249637)** | **Address** 1131 Sampson St  Westlake, LA 70669 |
| **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 10-1282 |

| | |
|---|---|
| **Tonya Artis (249488)** | **Address** 3203 Continental Dr.  Missouri City, TX 77459 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |
| **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** 10-1307 |

| | |
|---|---|
| **Trachelle Morton (249643)** | **Address** 302 Neil Ave  New Orleans, LA 70131 |
| **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7895 |

| | |
|---|---|
| **Tracy Bigelow, as Next Friend of H.B, a minor (249476)** | **Address** 1041 Louisa Dr  Sulpher, LA 70665 |
| **Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-2220 |

Tracy Hebert (249353)                    **Address** 636 Murbelle Rd  Lake Charles, LA 70607

    **Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7895

---

Tracy Livings (249612)                   **Address** 2625 Cline St.  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.        **Cause No.** 09-7980

    **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 10-1267

---

Travis Battle (249458)                   **Address** 1022 N. Shattuck St.  Lake Charles, LA 70601

    **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.        **Cause No.** 09-7910

---

Twajuana Spears (249541)                 **Address** 100 Bell Fontaine Dr. Apt # 173 Lafayette, LA 70506

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.        **Cause No.** 09-7916

---

Tyrah Simon (249545)                     **Address** 204 N. Cherry St.  Lake Charles, LA 70601

    **Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.        **Cause No.** 09-7916

---

Veronica Lewis (249369)                  **Address** 3107 Burton St.  Lake Charles, LA 70601

    **Case Style** Ebone Williams, as Next Friend of C.T, a minor, et. al.  vs. Horton Homes, Inc., et. al.        **Cause No.** 10-2236

---

Wanda Rubin (249534)                     **Address** 2438 Hwy 160  Raywood, TX 77582

    **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.        **Cause No.** 10-1274

---

Wanda Smith (249596)                     **Address** 3900 Brentwood Ave  Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-1281

---

Wanda Smith, as Next Friend of A.S, a minor (249601)                     **Address** 3900 Brentwood Ave  Lake Charles, LA 70607

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-1281

---

Wilford Trahan (249528)                  **Address** 2235 Legion St.  Lake Charles, LA 70601

    **Case Style** Jules Sarver, et. al.  vs. Fleetwood Enterprises, Inc., et. al.        **Cause No.** 09-7818

---

Willie Gross (249434)                    **Address** 3705 Rockford Height  Apt. A Metairie, LA 70002

    **Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.        **Cause No.** 09-7797

Wilmer Grice (249633)

**Address** 408 S. Franklin St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Wilmer Grice (249639)

**Address** 513 N. Lyons, St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Wilmer Grice, as Next Friend of J.G, a minor (249638)

**Address** 513 N. Lyons St.  Lake Charles, LA 70601

**Case Style** Kenneth Trent, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7895

---

Yolanda Landry, as Next Friend of M.L, a minor (249461)

**Address** 2515 Cypress St.  Lake Charles, LA 70601

**Case Style** Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 10-2269

---

Yvonnete Wilson (249366)

**Address** 927 W. Lyons St  Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Zendra Guillary, as Next Friend of C.G, a minor (249536)

**Address** 1252 Leblanc Apt A Lake Charles, LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910

---

Zendra Guillory, as Next Friend of J.G, a minor (249530)

**Address** 1252 Lebanc Apt A Lake Charles, LA 70615

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.   **Cause No.** 09-7910