UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 18731 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Irma Miller, et al v. Sun Valley, Inc. et al.,* | * | |
| Docket No. 09-5658; | * | |
| *Gerod Macon, et al., v. Sun Valley, Inc. et al.,* | * | |
|  Docket No. 09-7109; and | * | |
| *Sonya Andrews, et al .v. Sun Valley, Inc., et al.* | * | |
| Docket No. 0**9-**5659 | * | |
| *Doty v. Sun Valley, et al.,* .Docket No. 09-3722 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINTS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases.  Plaintiffs seek to add to each complaint direct causes of action against Sun Valley's two (2) insurance carriers.  Plaintiffs have contacted counsel for Defendant Sun Valley, and have been notified that Defendant will file no opposition.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:    <u>s/Gerald E. Meunier</u>
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:     504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>     April 23, 2010     </u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
