UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 18731 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Irma Miller, et al v. Sun Valley, Inc. et al.*, | * | |
| Docket No. 09-5658; | * | |
| *Gerod Macon, et al., v. Sun Valley, Inc. et al.*, | * | |
|  Docket No. 09-7109; and | * | |
| *Sonya Andrews, et al .v. Sun Valley, Inc., et al.* | * | |
| Docket No. 09-5659 | * | |
| *Doty v. Sun Valley, et al.*, .Docket No. 09-3722 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED
<u>MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS</u>**

Plaintiffs request leave to amend the complaints in the above-referenced cases to add causes of action against two additional insurance company defendants pursuant to Louisiana's Direct Action Statute.  The entities to be added are Colony National Insurance Company and Westchester Surplus Lines Insurance Company, both of which are insurers of Defendant Sun Valley, Inc.; and would show as follows:

I.
<u>INTRODUCTION</u>

Plaintiffs in the above-referenced cases are set for a bellwether trial against Defendant Sun Valley, Inc., on March 28, 2011.  The parties have agreed to present Charles Marshall as the primary bellwether plaintiff.  Mr. Marshall is listed among the plaintiffs in *Irma Miller, et al v. Sun Valley, Inc. et al.*, Docket No. 09-5658.  The parties have further agreed to prepare the cases of two more plaintiffs as back-ups to Mr. Marshall.  The agree-upon back-up plaintiffs are

Demetriace Batiste, listed in *Gerod Macon, et al., v. Sun Valley, Inc. et al.,* Docket No. 09-7109; and Sonya Andrews, listed in *Sonya Andrews, et al .v. Sun Valley, Inc., et al.,* Docket No. 09-5659.

Defendant Sun Valley, Inc., was dissolved in 2009. *See* Brotherson letter, attached as Exhibit A. All of Sun Valley's remaining assets have been liquidated and distributed to trade creditors. *See* Exhibit A. Prior to Sun Valley's dissolution, Colony National Insurance Company and Westchester Surplus Lines Insurance Company each issued Sun Valley a liability policy covering the periods in which Plaintiffs resided in the Sun Valley FEMA trailers. The only Sun Valley assets now available to pay a settlement or judgment on behalf of the FEMA MDL plaintiffs consist of the proceeds of these two insurance policies. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs may directly sue these insurance companies for the damages caused by their insured, Sun Valley. The amendments to the complaints proposed by Plaintiffs add the direct causes of action against Sun Valley's insurers.

II.
ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. Foman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); Foman, 371 U.S. at 182. In the case of the above-referenced MDL plaintiffs, justice requires leave to file their amended complaints to preserve the insurance coverage available to the dissolved Defendant Sun Valley. Leave to amend Plaintiffs' complaints should therefore be granted. *See* Id.

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer

where the plaintiff has a substantive cause of action against the insured." Green v. Auto Club Group Ins. Co., 24 So.3d 182, 184 (La. 2009). A direct action against the insurer is sustainable pursuant to La. R.S. 22:1269(B)(1)(b) where the insured is insolvent. Marchand v. Asbestos Defendants, --- So.3d ----, 2010 WL 2858668, at *4-5 (La.App. 4 Cir. 2010).

Defendant Sun Valley was dissolved, and is now insolvent. *See* Exhibit A. Plaintiffs, therefore have the right to sue Sun Valley's insurers directly. *See* Id. The proposed amended complaints add direct causes of action against Colony National Insurance Company and Westchester Surplus Lines Insurance Company, Sun Valley's insurers. *See* Proposed Second Amended Complaints for Damages, attached as Exhibits B, C, D and E. Because the added causes of action are necessary to assert Plaintiffs' right of direct action against Defendant Sun Valley's insurers, leave should be granted to file the proposed amended complaints. Foman, 371 U.S. at 182.

### III.
### CONCLUSION

Defendant Sun Valley is now an insolvent and dissolved corporation. The only assets available to satisfy a judgment against Sun Valley in the FEMA MDL are the proceeds of two insurance policies. Plaintiffs seek to protect this coverage by amending their complaints to add direct causes of action against Sun Valley's insurers as allowed by the Louisiana Direct Action Statute. Plaintiffs therefore request leave to file their amended complaints.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on _____October 29, 2010_____, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    s/Gerald E. Meunier
                                                    GERALD E. MEUNIER, #9471