AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana

| | |
|---|---|
| NYKESHIA DENNIS, ET AL | ) |
| _Plaintiff_ | ) ) ) |
| v. | )    Civil Action No.  10-2403 |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) ) ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   UNITED STATES OF AMERICA through FEMA
Craig Fugate, Director
500 C Street SW
Washington DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Loretta G. Whyte_
Name of clerk of court

_B. Gregory_
Deputy clerk's signature

Date: ____Oct 04 2010____

USPS - Track & Confirm

Page 1 of 1



UNITED STATES
POSTAL SERVICE®

Home | Help |
Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 5555**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:45 am on October 18, 2010 in WASHINGTON, DC 20472.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:

- **Delivered, October 18, 2010, 7:45 am, WASHINGTON, DC 20472**
- **Notice Left, October 17, 2010, 1:01 pm, WASHINGTON, DC 20472**
- **Arrival at Unit, October 17, 2010, 12:34 pm, WASHINGTON, DC 20022**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | 7179100016450016555 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.17 |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, Zip+4

FEMA
Craig Fugate, Director
500 C Street S.W.
Washington, DC 20472

Code2: Dennis v. Cavalier, EDLA 10-2403

PS Form 3800, August 2006         See Reverse for Instructions