UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Reed v. Am. Int'l Group, Inc. et al.,* | * | |
| EDLA Case No. 09-4949 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Named Plaintiff in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal of claims without prejudice against Defendants Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., and Shaw Environmental, Inc., only. This dismissal does not affect their claims against the remaining defendants, American International Group, Inc., American International Specialty Lines Co., Gibraltar Insurance Company, Starr Excess Liability Insurance Company, Ltd., and the United States of America through the Federal Emergency Management Agency.

        Respectfully submitted:
        **GAINSBURGH, BENJAMIN, DAVID,**
        **MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           JUSTIN I. WOODS, #24713
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                  s/Gerald E. Meunier
                                                                  GERALD E. MEUNIER, #9471