# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Murthil, et al. v. Forest River, Inc. et al.,* | * | |
| EDLA Case No. 09-4328 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

The Named Plaintiffs in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of their dismissal of claims without prejudice against Defendants CH2M Hill Constructors, Inc., and Shaw Environmental, Inc., only.  This dismissal does not affect their claims against the remaining defendants, Forest River, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency.

    Respectfully submitted:
    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        s/Gerald E. Meunier
                                        GERALD E. MEUNIER, #9471