UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Collins, et al v. Forest River, Inc., et al.*
**No. 07-9141**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, CMH Manufacturing, Inc., Coachmen Recreational Vehicles of Georgia, LLC, Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, Inc., and Viking Recreational Vehicles, LLC, only. This dismissal does not affect claims against the remaining defendant, Forest River, Inc.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   /s/ Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
         1100 Poydras Street

          New Orleans, Louisiana  70163
          Telephone:	504/522-2304
          Facsimile:	504/528-9973
          jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          s/Justin I. Woods
          JUSTIN I. WOODS, # 24713