UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Gerdes v. Gulf Stream Coach, Inc.* | * | |
| EDLA Case No. 09-7680 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Named Plaintiff in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal of claims without prejudice against Defendants Fluor Enterprises, Inc., Shaw Environmental Inc., and CH2M Hill Constructors, Inc. only.  This dismissal does not affect Plaintiff's claims against the remaining defendant, Gulf Stream Coach, Inc.

      Respectfully submitted:

      **FEMA TRAILER FORMALDEHYDE**
      **PRODUCT LIABILITY LITIGATION**

      BY:    <u>s/Gerald E. Meunier</u>
              GERALD E. MEUNIER, #9471
              JUSTIN I. WOODS, #24713
              Gainsburgh, Benjamin, David, Meunier &
              Warshauer, L.L.C.
              2800 Energy Centre, 1100 Poydras Street
              New Orleans, Louisiana 70163
              Telephone:    504/522-2304

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471