AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| DONALD JOHNSON | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2399 |
| INSURCO, LTD., ET AL | ) ) | |
| *Defendant* | ) | |

SERVED ON
JAY DARDENNE

OCT 21 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INSURCO, LTD
through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Oct 04 2010___

B. Gregory
Deputy clerk's signature

| Jay Dardenne<br>**SECRETARY OF STATE**<br><br>10/21/2010 | State of Louisiana<br>Secretary of State<br> | COMMERCIAL DIVISION<br>225.925.4704<br><br>Administrative Services<br>225.932.5317 Fax<br>Corporations<br>225.932.5314 Fax<br>Uniform Commercial Code<br>225.932.5318 Fax |
|---|---|---|

JUSTIN I. WOODS, ESQ.
2800 ENTERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

DEAR MR. WOODS:

DONALD JOHNSON vs. INSURCO, LTD. ET AL.

Suit No. 102399

I am returning the enclosed document(s) for the above entitled and numbered proceeding.

This office was served with documents in the above entitled and numbered proceeding directed to INSURCO, LTD.. However, our office does not have a corporation/limited liability company by that name.

We are unable to take any further action in this case until you provide this office, in writing, with the domicile address for the corporation/limited liability company.

Payment of the filing fee is acknowledged by this letter.

For proper identification, please return this transmittal letter along with document.

TRS# 825706

Sincerely,

*Megan Shaw*

MS

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.louisiana.gov