OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: October 27, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

JANELLE DENNIS, ET AL V. CAVALIER
HOME BUILDERS, LLC., ET AL.
CASE NO. 10-3915

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B1210, New Orleans, LA 70130.

4. Cavalier Home Builders, LLC., through its agent for service of process, The Corporation Company, 200 N. Jackson Street, Suite 605, Montgomery, AL 36104-3821.

5. Cavalier Home, Inc., through its agent for service of process, The Corporation Company, 200 N. Jackson Street, Suite 605, Montgomery, AL 36104-3821.

6. Shaw Environmental, Inc. through its attorney of record, Karen Whitfield, Baker Donelson, 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

_Justin I. Woods_
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff