OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: October 27, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

HENRY GURLEY, ET AL V. CRUM &
FOSTER SPECIALTY INS CO., ET AL.
CASE NO. 10-3909

Dear Sir:

Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, through Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of Louisiana, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Crum & Forster Specialty Ins. Co., through its agent for service, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809

5. Sentry Insurance, A Mutual Company, through its agent for service, the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

_Justin I. Woods_
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff