OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   October 28, 2010

In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

CAROLYN WILLIAMS, ET AL V.
VANGUARD INDUSTRIES, INC., ET AL
CASE NO. 10-3929

Dear Sir:

    Please **issue** summons on the **First Supplemental and Amending Complaint** to the following:

1. United States of America through Federal Emergency Management Agency, Craig Fugate, Director, 500 C Street SW, Washington, DC 20472.

2. United States of America through Eric Holder, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

3. United States of America through James Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras Street, Suite B-210, New Orleans, LA 70130.

4. Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV), through its counsel of record, Scott A. Day, 31450 M-86 West, Colon, MI 49040.

    Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

                                                 Very truly yours,

                                                 JUSTIN I. WOODS
                                                 Gainsburgh, Benjamin, David, Meunier
                                                 & Washauer, LLC
                                                 2800 Energy Centre, 1100 Poydras St.
                                                 New Orleans, LA 70163
                                                 (504) 522-2304
                                                 Attorney for Plaintiff