UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        \*       MDL NO. 1873
FORMALDEHDE              \*
PRODUCT LIABILITY        \*       SECTION "N-5"
LITIGATION                  \*
                                  \*       JUDGE ENGELHARDT
THIS DOCUMENT RELATES TO   \*
EARLINE CASTANEL, ET AL      \*       MAG. JUDGE CHASEZ
v. RECREATION BY DESIGN, LLC   \*
ET AL, DOCKET NO. 09-3251     \*
**********************************************************************

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF RECREATION BY DESIGN, LLC'S MOTION TO ASSESS TAXABLE COSTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Recreation By Design, LLC ("RBD"), and moves the Court for leave to file a reply memorandum in support of its Motion to Assess Taxable Costs. RBD would like to address certain arguments raised by plaintiff in her opposition memorandum.

Respectfully submitted,

 /s/ Randall C. Mulcahy
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

/s/ Randall C. Mulcahy
RANDALL C. MULCAHY, Bar No. 26436