**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | **MDL NO. 1873** |
| **FORMALDEHDE** * | |
| **PRODUCT LIABILITY** * | **SECTION "N-5"** |
| **LITIGATION** * | |
| * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO** * | |
| **EARLINE CASTANEL, ET AL** * | **MAG. JUDGE CHASEZ** |
| **v. RECREATION BY DESIGN, LLC** * | |
| **ET AL, DOCKET NO. 09-3251** * | |

**************************************************************************

**ORDER**

    **CONSIDERING THE FOREGOING:**

    **IT IS ORDERED** that Defendant, Recreation By Design, LLC, is granted leave to file its

Reply Memorandum in Support of Motion to Assess Taxable Costs.

    New Orleans, Louisiana, this _____ day of November, 2010.

                                                        _____
                                                          **JUDGE ENGELHARDT**