UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　 SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
　　Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
　　Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
　　Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
　　Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
　　Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
　　Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
　　Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
　　Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
　　Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
　　Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
　　Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
　　Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
　　Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
　　Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
　　Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
　　Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
　　Lemoine v. Superior Homes, LLC, et al, No. 10-3799
　　Kieff v. Superior Homes, LLC, et al, No. 10-758
　　Khan v. Superior Homes, LLC, et al, No. 09-3717

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

　　NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned matter who respectfully move this Court to dismiss all of the

claims asserted in the above-captioned cases against SUPERIOR HOMES, LLC.

WHEREFORE, plaintiffs pray that this Court dismiss all of the claims asserted in the above-captioned cases against SUPERIOR HOMES, L.L.C., without prejudice and with each party to bear their own costs.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY:     /s/ David C. Jarrell
         SIDNEY D. TORRES, III (Bar No. 12869)
         ROBERTA L. BURNS (Bar No. 14945)
         DAVID C. JARRELL (Bar No. 30907)
         Torres Park Plaza, Suite 303
         8301 West Judge Perez Dr.
         Chalmette, Louisiana 70043
         Tel: (504) 271-8421
         Fax: (504) 271-1961
         E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of November, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL