# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
    Cacioppo, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04840
    Adams, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04841
    Annis, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-5994
    Bostic, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6412
    Boteler, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6643
    Pelas, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6419
    Buras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6501
    Durham, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6636
    Gras, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6498
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6497
    Fincher, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6632
    Gabourel, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04842
    Mackles, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04843
    Umbehagen, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04844
    Rabalais, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-04845
    Rodriguez, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al, No. 09-6495
    Lemoine v. Superior Homes, LLC, et al, No. 10-3799
    Kieff v. Superior Homes, LLC, et al, No. 10-758
    Khan v. Superior Homes, LLC, et al, No. 09-3717

*ORDER*

Considering the foregoing Unopposed Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims asserted herein against

SUPERIOR HOMES, L.L.C. are hereby dismissed without prejudice with each party to bear their own costs.

Signed this \_\_\_\_\_ day of _____, 2010 in New Orleans, Louisiana.

_____
**JUDGE**