IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No.: 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO<br>　　ALL CASES | MAGISTRATE CHASEZ |

**ORDER**

Upon Rose Hurder Carney's Motion to Withdraw as counsel of record, after considering that Edward Gibson will continue as counsel of record, the Court finds the motion is well-taken.

Therefore, it is hereby ORDERED and ADJUDGED that Rose Hurder Carney shall be permitted to withdraw as counsel of record.

This the 29th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

Edward Gibson, MS Bar Roll No. 100640
Rose Hurder Carney, MS Bar Roll No. 103040
*HAWKINS, STRACENER & GIBSON, PLLC*
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212