**FEMA Formaldehyde Cases**

1.  Steven J. Abba, et al v Dutchmen Manufacturing, Inc., et al   -   10-908
2.  Corey R. Amos, et al v Gulf Stream Coach, Inc., et al   -   09-7556
3.  David O. Armstrong, et al v Allen Camper Manufacturing Co.,et al -    10-2877
4.  Joyce Ashley, et al v Allen Camper Manufacturing Co., et al   -   10-2102
5.  Bridgette R. Atkins, et al v Fleetwood Enterprises, Inc., et al   -   09-7554
6.  Faith Atwell, et al v Thor California, Inc., et al   -   10-909
7.  Teresa M. Baumgart v Liberty Homes, Inc., et al   -   10-257
8.  Margaret G. Bianchi, et al v CH2M Hill Constructions, Inc., et al   -   10-2880
9.  Barbara J. B. Blackmon, et al v Coachmen Industries, Inc., et al   -   10-1359
10. Judy L. Bourgeois, et al v Dutchmen Manufacturing, Inc., et al   -   10-910
11. Lashanda Brent, et al v Heartland Recreational Vehicles, LLC, et al-    10-2616
12. Yashica Bridges, et al v. CH2M Hill Constructors, Inc., et al   -   10-2612
13. Jimmy D. Briggs, et al v Recreation By Design, LLC, et al   -   10-265
14. James D. Burge, et al v Cavalier Home Builders, LLC, et al   -   10-1041
15. James Chandler, et al  v Starcraft RV, Inc., et al   -   10-264
16. Dimitrius V. Clark, et al v River Birch Homes, Inc., et al   -   10-266
17. Eddie R. Collier, et al v Alliance Homes, Inc., et al   -   10-258
18. Shulton Crawford, et al v Thor California, Inc.,et al   -   10-472
19. Janine Curol, et al v Forest River, Inc., et al   -   09-7555
20. Carolin O. Dedeaux v Hy-Line Enterprises, Inc., et al   -   10-2610
21. Darrell G. Dedeaux, et al v TL Industries, Inc., et al   -   10-267
22. Kenneth Dixon, et al v Keystone Industries, Inc., et al   -   10-907
23. Kathy Dubose, et al v CH2M Hill Constructors, Inc., et al   -   10-2881
24. Tamekia Ellzey, et al v Coachmen Industries, Inc., et al   -   10-477
25. Candess L. Everett, et al v Oak Creek Homes, LP, et al   -   10-271
26. Bennie Fiveash, et al v Heartland Recreational Vehicles, LLC, et al -    10-268
27. Patricia H. Fountain, et al v Superior Homes, LLC, et al   -   10-1354
28. Melissa A. Geisel, et al v Sun Valley, Inc., et al   -   10-2607
29. Grace Gonzales, et al v Forest River, Inc., et al   -   10-1358
30. Patsy Hill, et al v Waverlee Homes Inc., et al   -   10-479
31. Robbie Holden, et al v Bechtel National, Inc., et al   -   10-2354
32. Robbie Holden, et al v Cavalier Homes Builders, Inc., et al   -   10-2345
33. Robbie Holden, et al v Lakeside Homes, Inc., et al   -   10-2363
34. Darren G. Johnson, et al v Clayton Homes of Lafayette, Inc., et al   -   10-272
35. Tremaine D. Johnson v Northwood Manufacturing, Inc., et al   -   10-2617
36. Christine J. Kellsten, et al v Jayco, Inc., et al   -   10-269
37. John Laird, et al v Keystone Industries, Inc., et al   -   10-490
38. Darlene T. Lenior, et al v CH2M Hill Constructors, Inc., et al   -   10-2615
39. Pearlie Magee, et al v Forest River, Inc., et al   -   10-482
40. Bernall Martin, et al v Dutchmen Manufacturing, Inc., et al   -   10-473
41. Dennis Mathis, et al v Sunray RV, LLC, et al   -   10-273

EXHIBIT "A"

| 42. | Dexture Maye, et al v Cavailer Homes Builders, Inc., et al | - | 10-481 |
| 43. | Catherine Mayes, et al v Allen Camper Manufacturing Co., Inc.,et al | - | 10-474 |
| 44. | Catherine Mayes, et al v Frontier RV, Inc., et al | - | 10-480 |
| 45. | Charlene McBroom v American Camper Manufacturing, LLC, et al | - | 10-260 |
| 46. | Tiffanie McMillian, et al v Destiny Industries, LLC, et al | - | 10-261 |
| 47. | Mark Mosley, et al v Gulf Stream Coach, Inc., et al | - | 10-1356 |
| 48. | Teresa L. Parker, et al v Timberland RV Co., et al | - | 10-259 |
| 49. | Doris Peterson, et al v Vanguard Industries of Michigan, et al | - | 10-262 |
| 50. | Kayshana M. Quinn, et al v Allen Camper Manufacturing Co., et al | - | 10-471 |
| 51. | Sequtia M. Quinn, et al v CH2M Hill Constructors, Inc., et al | - | 10-2611 |
| 52. | Kimberly Rider, et al v Bechtel National, Inc., et al | - | 10-2883 |
| 53. | Bernadine Ruff v Southern Energy Homes, Inc., et al | - | 10-274 |
| 54. | Marshalle Rush, et al v DS Corp. d/b/a Crossroads RV, et al | - | 10-1357 |
| 55. | Earl Schrader v Allen Camper Manufacturing Co., et al | - | 10-1081 |
| 56. | Gwendolyn Sibley, et al v Keystone Industries, Inc., et al | - | 10-2907 |
| 57. | Sonia Silas, et at v Gulf Stream Coach, Inc., et al | - | 10-476 |
| 58. | Deborah Smith, et al v Frontier RV, Inc., et al | - | 10-1355 |
| 59. | Sharon Stogner, et al v CH2M Hill Constructors, Inc., et al | - | 10-2608 |
| 60. | Hattie Sutton, et al v Superior Homes, LLC, et al | - | 10-478 |
| 61. | Patricia Thompson, et al v CH2M Hill Constructors, Inc., et al | - | 10-2879 |
| 62. | Niki M. Thompson, et al v Skyline Corp., et al | - | 10-275 |
| 63. | William M. Vanderburg v Viking Recreational Vehicles, LLC, et al | - | 10-263 |
| 64. | Kennyetta S. Walker, et al v Scotbuilt Homes, Inc., et al | - | 10-270 |
| 65. | Jerry Wells v Jayco, Inc., et al | - | 10-1425 |
| 66. | Twylett L. Williams, et al v Waverlee Homes, Inc., et al | - | 10-906 |
| 67. | Shawna Matthis, et al v Dutchmen Manufacturing, Inc., et al | - | 10-2347 |
| 68. | Angela McNair, et al v CH2M Hill Constructors, Inc., et al | - | 10-2348 |
| 69. | Belinda Bazzelle, et al v Gulf Stream Coach, Inc., et al | - | 10-2356 |
| 70. | Amanda Aucoin, et al v Starcraft RV, Inc., et al | - | 10-2360 |
| 71. | Henry Davis, et al v Forest River, Inc., et al | - | 10-2362 |
| 72. | Jeffrey Landrum, et al v Timberland RV Company, et al | - | 10-2364 |
| 73. | Belinda Bazzelle, et al v TL Industries, Inc., et al | - | 10-2366 |
| 74. | Amanda Aucoin, et al v Coachmen Industries, Inc., et al | - | 10-2368 |
| 75. | Karen Peterson v DS Corp d/b/a Crossroads RV, et al | - | 10-2358 |
| 76. | Kayshana Quinn v Gulf Stream Coach, Inc., et al | - | 10-2357 |
| 77. | Hammons, et al v Vanguard Industries of Michigan, et al | - | 10-4130 |
| 78. | Carpenter, et al v Doug Boyd Enterprises, LLC, et al | - | 10-4118 |
| 79. | Mayes, et al v Madison Services, Inc., et al | - | 10-4128 |
| 80. | Thomas, et al v Bechtel, et al | - | 10-4114 |
| 81. | Sommerville, et al v Gulf Stream Coach, Inc., et al | - | 10-4119 |
| 82. | Ammentorp, et al v Gulf Stream Coach, Inc., et al | - | 10-4120 |
| 83. | Spiers, et al v Motex Enterprises, Inc., et al | - | 10-4125 |
| 84. | Cook, et al v Forest River, Inc., et al | - | 10-4126 |
| 85. | Crawford, et al v Forest River, Inc., et al | - | 10-4127 |
| 86. | Starlett King, et al v CH2M Hill Constructors, Inc., et al | - | 10-2882 |