IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   *07-5709* *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion To Deem *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), A Matched Complaint Pursuant to Pre-Trial Orders 40 and 68 and the rare circumstance in which these Plaintiffs were matched with specific manufacturers and contractors <u>prior to</u> the entry of Pre-Trial Orders 40 and 68 by this Honorable Court, it is **HEREBY ORDERED** that Plaintiffs original filed complaint *Joseph M. Pujol, et al. v. Pilgrim, Int'l., Inc., et al.*, (Civil Action No. 07-5709), is deemed "matched" pursuant to Pre-Trial Orders 40 and 68.

THIS DONE the  1st  day of  November, 2010 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1