## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Candas Richard, et al, v. Alliance Homes, Inc., et al   Civil Action No. 09-4076* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is Granted.

DATED this 1st day of November, 2010 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  Lawrence J. Centola, Jr.
Lawrence J. Centola. Jr. L.A. Bar #3962