UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER            * | MDL NO. 1873 |
|               FORMALDEHYDE PRODUCTS  * | |
|               LIABILITY LITIGATION      * | SECTION "N" (5) |
| * | |
| THIS DOCUMENT PERTAINS TO   * | JUDGE ENGELHARDT |
| Civil Action No.  09-4681              * | MAGISTRATE CHASEZ |
| Oki Ragins, et. al.  vs. Gulf Stream Coach, * | |
| Inc., et. al.                                    * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

_____
JUDGE KURT D. ENGELHARDT