UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| **THIS DOCUMENT PERTAINS TO** Civil Action No. 09-4692 Paula Robinson, as Next Friend of T. R., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | | * * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

_____
JUDGE KURT D. ENGELHARDT