**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:      **FEMA TRAILER**               *     **MDL NO. 1873**
                  **FORMALDEHYDE PRODUCTS** *
                  **LIABILITY LITIGATION**    *     **SECTION "N" (5)**
                                           *

**THIS DOCUMENT PERTAINS TO**       *     **JUDGE ENGELHARDT**
**Civil Action No. 09-4693**              *     **MAGISTRATE CHASEZ**
**Dawn  Reffells, as Next Friend of C. C., a**    *
**minor, et. al.  vs. Gulf Stream Coach, Inc.,**    *
**et. al.**                                   *
                                           *
                                           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

       Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

       **IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

       New Orleans, Louisiana this <u>1st</u> day of <u>   November   </u>, 2010.

**JUDGE KURT D. ENGELHARDT**