UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER          * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS  * | |
|         LIABILITY LITIGATION   * | SECTION "N" (5) |
|                                * | |
| THIS DOCUMENT PERTAINS TO      * | JUDGE ENGELHARDT |
| Civil Action No. 09-4699       * | MAGISTRATE CHASEZ |
| Adrian Raymond, et. al. vs. Gulf Stream * | |
| Coach, Inc., et. al.           * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

JUDGE KURT D. ENGELHARDT