UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:    FEMA TRAILER              *   MDL NO. 1873
          FORMALDEHYDE PRODUCTS     *
          LIABILITY LITIGATION      *   SECTION "N" (5)
                                    *
THIS DOCUMENT PERTAINS TO           *   JUDGE ENGELHARDT
Civil Action No. 09-4701            *   MAGISTRATE CHASEZ
Brianna Spillers, et. al. vs. Gulf Stream
Coach, Inc., et. al.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

JUDGE KURT D. ENGELHARDT