UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER          *<br>          FORMALDEHYDE PRODUCTS *<br>          LIABILITY LITIGATION   *<br>                                                   *<br>THIS DOCUMENT PERTAINS TO   *<br>Civil Action No. 09-4703             *<br>Raymond Brown, et. al. vs. Gulf Stream *<br>Coach, Inc., et. al.                        *<br>                                                   *<br>                                                   *<br>                                                   * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

JUDGE KURT D. ENGELHARDT