# Exhibit A

1025

| | | | |
|---|---|---|---|
| **Adam Allen (239434)** | | **Address** | 458 NW Second St.  Reserve, LA 70084 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | |
| **Adam Allen, as Next Friend of K.A, a minor (239436)** | | **Address** | 458 Northwest 2nd St.  Reserve, LA 70084 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | |
| **Adrian Bolden, as Representative of the Estate of Sam Bolden, deceased (239430)** | | **Address** | 36272 Salmen St.  Slidell, LA 70460 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | |
| **Alma Smith (239938)** | | **Address** | 601 Oakwood Drive  Terrytown, LA 70056 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7894 | |
| **Amy Cryer (239449)** | | **Address** | 27407 Sycamore Dr  Lacombe, LA 70445 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7079 | |
| **Angel William-Hamilton (239931)** | | **Address** | 2473 Prancer Street  New Orleans, LA 70131 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7069 | |
| **Ariel Lymuel (239942)** | | **Address** | 217 Tumblebrook St.  Slidell, LA 70461 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  09-7064 | |
| **Armetra Tyson, as Next Friend of S.T, a minor (239933)** | | **Address** | 45437 Jenkins Road Lot 4 Franklinton, LA 70438 |
| | **Case Style**  Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7081 | |
| | **Case Style**  Cathy Diamond, et. al.  vs. Lexington Homes, et. al. | **Cause No.**  09-7110 | |
| **Brandy Hall, as Next Friend of T.A, a minor (239958)** | | **Address** | 209 McCaughan Ave. Apt. 4C Long Beach, MS 39502 |
| | **Case Style**  Rikita Alexander, as Next Friend of J. A., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.**  09-7889 | |
| **Charles Avery (239897)** | | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 |
| | **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.**  09-7101 | |
| **Charles Avery (239900)** | | **Address** | 2217 Greenbriar Ct.  Lake Charles, LA 70607 |
| | **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.**  09-7101 | |

| | | | |
|---|---|---|---|
| Charlette Edwards (239915) | | **Address** | 3680 Melvin Cutoff Rd  Gilbertown, AL 36908 |
| | **Case Style**  Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 10-2207 |
| Chasity Stallworth, as Next Friend of J.S, a minor (239727) | | **Address** | 27191 Price Alley Rd  Lacombe, LA 70445 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Cheryl Brady (239924) | | **Address** | 4758 Mandeville St  New Orleans, LA 70122 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Cheryl Passaro, as Next Friend of B.D, a minor (239443) | | **Address** | 1334 West Lawn Dr  Slidell, LA 70460 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| | **Case Style**  Kerry  Taylor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** | 09-7088 |
| | **Case Style**  Richard Brown, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.** | 10-1312 |
| Chris Fletcher (239442) | | **Address** | 110 Lee Ct  Gulfport, MS 39503 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Cierra Brady (239925) | | **Address** | 4747 Mandeville St  New Orleans, LA 70122 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Clarence White (239424) | | **Address** | 37399 Lopez St  Slidell, LA 70458 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Curtis Trosclair (239903) | | **Address** | 1576 Chancer Lane  Slidell, LA 70461 |
| | **Case Style**  Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Danielle Carbo (239970) | | **Address** | 308 Williams St.  Biloxi, MS 39530 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Debra Darensbourg (239908) | | **Address** | 4535 Bundy Road  New Orleans, LA 70127 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Delrick Dugas (239960) | | **Address** | 309 N. Kinney   Iowa, LA 70647 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| | **Case Style**  Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |

| | |
|---|---|
| Derek Daughtry, as Next Friend of A.D, a minor (239957) | **Address**  27161 Sycamore Dr  Lacombe, LA 70445 |
| **Case Style**  Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.**  09-7083 |
| Desvon Joseph (239951) | **Address**  P.O. Box 713  Boutte, LA 70039 |
| **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  09-7065 |
| Diaries Thomas (239956) | **Address**  4828 Eastview Dr.  New Orleans, LA 70126 |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7894 |
| Dina Lassere, as Next Friend of M.B, a minor (239932) | **Address**  2909 English Colony Drive  Laplace, LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  10-2218 |
| Dina Lassere (239947) | **Address**  2909 Englsih Colony Dr.  Laplace, LA 70068 |
| **Case Style**  Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  10-1269 |
| Dina Lassere, as Next Friend of M.B, a minor (239934) | **Address**  2909 English Colony Dr  Laplace , LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  10-2218 |
| Dina Lassere, as Next Friend of M.T, a minor (239948) | **Address**  2909 English Colony Dr.  Laplace, LA 70068 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  10-2218 |
| Dina Savarese, as Next Friend of K.S, a minor (239724) | **Address**  3118 Jackson Ave  Chalmette, LA 70043 |
| **Case Style**  Kahla  Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7081 |
| Donna Washington (239936) | **Address**  2765 Harris St  Slidell, LA 70458 |
| **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-2249 |
| Doris Batiste, as Next Friend of J.B, a minor (239431) | **Address**  PO Box 728  Lacombe , LA 70445 |
| **Case Style**  Tanisha Banks, et. al.  vs. Skyline Corporation, et. al. | **Cause No.**  09-7084 |
| **Case Style**  Yolanda Goodwin, et. al.  vs. Layton Homes Corp., et. al. | **Cause No.**  10-1257 |
| Edward Williams (239943) | **Address**  516 Oakwood Drive  Terrytown, LA 70056 |
| **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7894 |

| | | | |
|---|---|---|---|
| Eric Moore (239973) | | **Address** | 3709 Meadowlark Dr.  Gulfport, MS 39501 |
| | **Case Style**  Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Erika Roberts (239379) | | **Address** | P.O. Box 1103  Lacombe, LA 70445 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Eunice Lymuel (239940) | | **Address** | 217 Tumblebrook St.  Slidell, LA 70461 |
| | **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Felecie Gray (239447) | | **Address** | 1726 Lynnwood Drive   Slidell, LA 70460 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Flora Williams (239923) | | **Address** | 2473 Prancer Street  New Orleans, LA 70131 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Floretta Stewart (239927) | | **Address** | 2212 N Arnoult Road  Apt 224C Netiaire, LA 70001 |
| | **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Floretta Stewart, as Next Friend of M.S, a minor (239926) | | **Address** | 2212 N. Arnoult Rd  Metairie, LA 70001 |
| | **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Frank Bartley (239918) | | **Address** | 1213 Martin Dr  Marrero , LA 70072 |
| | **Case Style**  Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2249 |
| Gail White (239961) | | **Address** | 406 Leboeuf  New Orleans, LA 70114 |
| | **Case Style**  Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Gary Nelson (239896) | | **Address** | 2779 10th St.  Slidell, LA 70458 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Geraldine Joseph (239950) | | **Address** | 237 Goodchildren St  Boutte, LA 70039 |
| | **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |
| Gloria Brignac (239982) | | **Address** | 313 Central Ave.  Edgard, LA 70049 |
| | **Case Style**  Sandy Barnes, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7887 |

| | | | |
|---|---|---|---|
| Gloria Eckel (239965) | | **Address** | 791 Pine Tree St.  Slidell, LA 70458 |
| **Case Style** | Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Greg Dupuy (239731) | | **Address** | 717 Barlow St  Waveland, MS 39576 |
| **Case Style** | Tanisha Banks, et. al.  vs. Skyline Corporation, et. al. | **Cause No.** | 09-7084 |
| **Case Style** | Vanessa Buras, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 10-2179 |
| **Case Style** | Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-2183 |
| **Case Style** | Bernell Clements, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 10-2184 |
| Herman Shiloh (239935) | | **Address** | 2165 Brutus Street  New Orleans, LA 70122 |
| **Case Style** | Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| James Calloway (239912) | | **Address** | 132 Hollow Roack  Slidell, LA 70461 |
| **Case Style** | Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7797 |
| Janet Williams (239941) | | **Address** | 516 Oakwood Drive  Terrytown, LA 70056 |
| **Case Style** | Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |
| Jasper Poole, as Representative of the Estate of Clara Anderson, deceased (239914) | | **Address** | 111 West Chester Blvd Apt D-7  Slidell, LA 70458 |
| **Case Style** | Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7795 |
| Jean Allen (239437) | | **Address** | 458 Northwest 2nd St.  Reserve, LA 70084 |
| **Case Style** | Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Jeanette Clark (239911) | | **Address** | 5713 7th Ave.  Pearlington, MS 39572 |
| **Case Style** | Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7980 |
| Jo Ann Windham (239444) | | **Address** | 2214 Glendale Cr  Pascagoula, MS 39567 |
| **Case Style** | Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Joann King (239954) | | **Address** | 8836 Forshey Street  New Orleans, LA 70118 |
| **Case Style** | Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| John Kent (239966) | | **Address** | P.O. Box 92054  Lafayette, LA 70509 |
| **Case Style** | George Jones, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 10-1258 |

| | | | |
|---|---|---|---|
| Joseph County (239729) | | **Address** | 1330 Kings Row  Slidell, LA 70461 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |

| | | | |
|---|---|---|---|
| Katrina Krarup (238602) | | **Address** | P.O. Box 271  Ocean Springs, MS 39566 |
| | **Case Style**  Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7083 |

| | | | |
|---|---|---|---|
| Keshia Lymuel (239945) | | **Address** | 2044 Heather Lane  Slidell, LA 70461 |
| | **Case Style**  Ricardo Dangerfield, et. al.  vs. Dutchmen Manufacturing, Inc., et. al. | **Cause No.** | 09-7067 |

| | | | |
|---|---|---|---|
| Kevin Allen (239448) | | **Address** | 296 Homewood Pl.  Reserve, LA 70081 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |

| | | | |
|---|---|---|---|
| Kevin Darensbourg (239907) | | **Address** | 4535 Bundy Road  New Orleans, LA 70127 |
| | **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |

| | | | |
|---|---|---|---|
| Kyron Ducree (239733) | | **Address** | 62229 Nineth North  Slidell, LA 70460 |
| | **Case Style**  Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** | 09-7907 |

| | | | |
|---|---|---|---|
| Lance Washington (239937) | | **Address** | 2765 Harris St  Slidell, LA 70458 |
| | **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2233 |

| | | | |
|---|---|---|---|
| Lauren Washington (239939) | | **Address** | 2765 Harris St.  Slidell, LA 70458 |
| | **Case Style**  Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-2233 |

| | | | |
|---|---|---|---|
| Laurie Burfield, as Next Friend of E.V, a minor (239979) | | **Address** | 1630 Deborah Dr.  Paydras, LA 70085 |
| | **Case Style**  Angel Steber , as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| | **Case Style**  Kahla Roach , as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |

| | | | |
|---|---|---|---|
| Linda McAfee (239913) | | **Address** | 1711 McArthur Drive  Slidell, LA 70460 |
| | **Case Style**  Darris Moore, as Next Friend of A. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |

| | | | |
|---|---|---|---|
| Lisa Joseph (239949) | | **Address** | P.O. Box 713  Boutte, LA 70039 |
| | **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |

| | | |
|---|---|---|
| Lisa Joseph, as Next Friend of D.J, a minor (239953) | **Address** | P.O. Box 713  Boutte, LA 70039 |
| **Case Style**  Trishama Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.** | 09-7065 |
| Lubertia Jackson (239921) | **Address** | 1516 Estalotte  Harvey, LA 70058 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Madge Goff (239929) | **Address** | 1501 Pressburg St  New Orleans, LA 70122 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Margaret Sawyer (239919) | **Address** | 608 Silver St  Winona, MS 38967 |
| **Case Style**  Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Marilyn Avery (239898) | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Marilyn Avery, as Next Friend of A.A, a minor (239901) | **Address** | 2217 Green Briar Ct.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Marilyn Avery, as Next Friend of M.A, a minor (239902) | **Address** | 2217 Greenbriar St.  Lake Charles, LA 70607 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Mattie Parker (239917) | **Address** | 1212 Martin Dr.  Marrero, LA 70072 |
| **Case Style**  Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Michael Hyde (239403) | **Address** | 1111 Krebs Ave.  Pascagoula, MS 39567 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Monica Lymuel (239944) | **Address** | 217 Tumblebrook St.  Slidell, LA 70461 |
| **Case Style**  Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Osharelle Small (239928) | **Address** | PO Box 1263  Donaldsonville, LA 70346 |
| **Case Style**  Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Pearly Winfield (239968) | **Address** | 8413 Donna Lane  Shreveport, LA 71106 |
| **Case Style**  Daniel Armour, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al. | **Cause No.** | 09-7103 |

| Name | Address | |
|---|---|---|
| Rebecca Lee (239910) | **Address** | 1016 Clairise Court  Slidell, LA 70461 |
| **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Rebecca Lee, as Next Friend of D.L, a minor (239906) | **Address** | 1016 Clairise Ct  Slidell, LA 70461 |
| **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Ronald Kindle (239946) | **Address** | 8836 Forshey St.  New Orleans, LA 70118 |
| **Case Style** Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Ronnie Davis (239446) | **Address** | 25561 W Jackson St  Lacombe, LA 70445 |
| **Case Style** Mark Stockman, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7083 |
| Rosanna Leonard (239963) | **Address** | 217 Morgan Dr.  Slidell, LA 70460 |
| **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Roxanne Bailey (239465) | **Address** | 2121 Allo Mumphury  Violet, LA 70092 |
| **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Ruth Perrie (239734) | **Address** | 1500 W Hall Ave  Slidell, LA 70460 |
| **Case Style** Timothy Lyons, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Sandra Jackson (239920) | **Address** | 15116 Estalotte  Harvey, LA 70058 |
| **Case Style** Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Sandra Jackson, as Next Friend of N.J, a minor (239922) | **Address** | 1516 1/2 Estalote St.  Harvey, LA 70058 |
| **Case Style** Jack Carter, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** | 09-7064 |
| Shaquita Dorsey (239726) | **Address** | 28564 Phillip Street  Lacombe, LA 70445 |
| **Case Style** Henrietta Barnes, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Shasta Darensbourg (239909) | **Address** | 4120 Duplessis Street  New Orleans, LA 70122 |
| **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| Shasta Darensbourg, as Next Friend of S.S, a minor (239904) | **Address** | 4120 Duplessis Street  New Orleans, LA 70122 |
| **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |

| | | |
|---|---|---|
| Shelita Hosley (239967) | **Address** | P.O. Box 92054  Lafayette, LA 70509 |
| **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Stacy Dillon, as Next Friend of H.D, a minor (239969) | **Address** | 5841 Coubra Dr.  Marrero, LA 70072 |
| **Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 10-1282 |
| Tammara Brown (239427) | **Address** | 2019 Heather Lane  Slidell, LA 70461 |
| **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Tari Booker (239445) | **Address** | 57065 Pace St.  Slidell, LA 70461 |
| **Case Style** Angel Steber, as Next Friend of K. S., a minor, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Tasha Johnson (239962) | **Address** | 518 Jumpin Jack Lane  Lake Charles, LA 70615 |
| **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 09-7916 |
| Terese Coleman (239722) | **Address** | 331 Tiffany St  Slidell, LA 70461 |
| **Case Style** Lauren Becnel, et. al. vs. Stewart Park Homes, Inc., et. al. | **Cause No.** | 09-7092 |
| Tiffany Carter, as Next Friend of C.F, a minor (239439) | **Address** | 1200 Eagle Lake Blvd. Trlr 11  Slidell, LA 70460 |
| **Case Style** Angel Steber, as Next Friend of K. S., a minor, et. al. vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| **Case Style** Timothy Lyons, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7079 |
| Towanda Willis (239423) | **Address** | 1400 Kings Row  Slidell, LA 70461 |
| **Case Style** Henrietta Barnes, et. al. vs. Pilgrim International, Inc., et. al. | **Cause No.** | 09-7101 |
| Tracey Segura (239955) | **Address** | 428 Drury Lane  Slidell, LA 70460 |
| **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Velda Smith (239952) | **Address** | P.O. Box 352386  Los Angeles, CA 90035 |
| **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Veronica Pichon (239905) | **Address** | 35578 Oakridge Ave  Slidell, LA 70460 |
| **Case Style** Darris Moore, as Next Friend of A. M., a minor, et. al. vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7894 |

| | | | |
|---|---|---|---|
| Walter Gray (239438) | | **Address** | 1726 Lynnwood Drive  Slidell, LA 70460 |
| | **Case Style** Angel Steber, as Next Friend of K. S., a minor, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7069 |
| Wanda Soniat (239899) | | **Address** | 2102 Selma St.  New Orleans, LA 70122 |
| | **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| Wanette Tyson, as Next Friend of Z.T, a minor (239930) | | **Address** | PO Box 120  Franklinton, LA 70438 |
| | **Case Style** Kahla Roach, as Next Friend of H. R., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7081 |
| | **Case Style** Cathy Diamond, et. al.  vs. Lexington Homes, et. al. | **Cause No.** | 09-7110 |
| Wardell Sawyer (239916) | | **Address** | 608 Silver St.  Winona, MS 38967 |
| | **Case Style** Heather Bosarge, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7921 |
| Whitley Nelson (239895) | | **Address** | 101 Lakeland Dr.  Slidell, LA 70458 |
| | **Case Style** Ronique Lavigne, et. al.  vs. Recreation By Design, LLC, et. al. | **Cause No.** | 09-7102 |
| | **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |
| Willie Bishop (239964) | | **Address** | 62268 Boy Brown Rd.  Angie, LA 70426 |
| | **Case Style** Tasha Turner, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** | 10-2239 |
| Yvetta Pearson (239977) | | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| | **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Yvetta Pearson, as Next Friend of E.M, a minor (239976) | | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| | **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |
| Yvetta Pearson, as Next Friend of N.M, a minor (239974) | | **Address** | P.O. Box 2243  Gulfport, MS 39505 |
| | **Case Style** Aarien Burks, as Next Friend of A. B., a minor, et. al.  vs. Forest River, Inc., et. al. | **Cause No.** | 09-7072 |