UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Anderson, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5252

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint,

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the  1st  day of   November   , 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE