UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Patrice Philip v. Alliance Homes, Inc., et al*<br>*Civil Action No. 09-5315* | * * | MAGISTRATE CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint for Damages on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff's Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaints for Damages is Granted.

DATED this 1st day of November, 2010 in New Orleans, Louisiana.

```
                                      _____
                                      KURT D. ENGELHARDT
                                      UNITED STATES DISTRICT JUDGE
```

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                          /s/  *Lawrence J. Centola, Jr.*
                                              Lawrence J. Centola. Jr. L.A. Bar #3962