UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
|   *This document applies to all cases* | * | MAG. CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ENJOINING CONFLICTING STATE COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA**

AND, NOW, this_____ day of _____, 2010, upon consideration of Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana, that interferes with this Court's Continuing Jurisdiction over this Litigation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

    1. Pursuant to the All Writs Act, 28 U.S.C. § 1651, the proceedings in *Colony National Insurance Company v. Sun Valley, Inc., d/b/a Sun-Lite,* Case No. 20D02-1010-PL-83, pending in the Elkhart County Court, State of Indiana, relating to insurance coverage under the policies issued by Colony National Insurance Company to Sun Valley, Inc., d/b/a Sun-Lite, are immediately and temporarily enjoined pending a hearing by this Court as to whether they conflict and interfere with this Court's continuing jurisdiction over the FEMA Trailer multidistrict and class action litigation in MDL 07-1873.

    2. Pursuant to the All Writs Act, 28 U.S.C. § 1651, all counsel participating in the proceedings in *Colony National Insurance Company v. Sun Valley, Inc., d/b/a Sun-Lite,* Case No. 20D02-1010-PL-83, pending in the Court of Elkhart County, Indiana, are immediately and temporarily enjoined from interfering with this Court's jurisdiction over this multidistrict and class

action litigation and are precluded from further participating in the aforementioned Elkhart County, Indiana proceedings pending a hearing by this Court on this matter.

    3.    A hearing by this Court on this matter shall be held on the ____day of_____ at _____ .m. to determine whether the proceedings in *Colony National Insurance Company v. Sun Valley, Inc., d/b/a Sun-Lite,* Case No. 20D02-1010-PL-83, pending in the Court of Elkhart County, Indiana, should be permanently enjoined under the All Writs Act.

    4.    Plaintiffs shall serve this Order and all related Motions and Memoranda of Law on all counsel of record and the Honorable Judge of record for the Court of Elkhart County, Indiana in *Colony National Insurance Company v. Sun Valley, Inc., d/b/a Sun-Lite,* Case No. 20 D 02-1010-PL-83 via overnight delivery.

    BY THE COURT:

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on     November 2, 2010    , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier<br>
GERALD E. MEUNIER, #9471