UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
|   *This document applies to all cases* | * | MAG. CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' RULE TO SHOW CAUSE WHY
COLONY NATIONAL INSURANCE COMPANY SHOULD
NOT APPEAR BEFORE THE COURT REGARDING ITS CONDUCT THAT
INTERFERES WITH THIS COURT'S CONTINUING
JURISDICTION OVER THIS LITIGATION**

Plaintiffs hereby file this Rule to Show Cause Why Colony National Insurance Company Should Not Appear Before the Court Regarding Its Conduct That Interferes with this Court's Continuing Jurisdiction Over This Litigation. The basis for this filing is set forth in the Plaintiffs' Motion and Accompanying Memorandum of Law requesting under the All Writs Act the entry of an Order enjoining the Declaratory Action, and all proceedings related thereto, which was filed in *Colony National Insurance Company v. Sun Valley, Inc., d/b/a Sun-Lite,* Case No. 20D02-1010-PL-83.

As set forth specifically in Plaintiffs' Memorandum of Law in Support and its Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana, that interfere with this Court's Continuing Jurisdiction over this Litigation, the *Colony* state court proceedings conflict and interfere with this MDL Court's jurisdiction over the FEMA Trailer litigation. For the reasons set forth in that Motion and Memorandum of Law, Plaintiffs is seeking an injunction under the All Writs Act against all counsel involved in the *Colony* Declaratory Action to halt those state court proceedings.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

2