UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
|   *This document applies to all cases* | * | MAG. CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE

AND, NOW, this _____ day of _____ , 2010, upon consideration of the Plaintiffs' Rule to Show Cause Why Colony National Insurance Company Should Not Appear Before the Court Regarding Its Conduct That Interferes with this Court's Continuing Jurisdiction over this Litigation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Colony National Insurance Company and Counsel to the Declaratory Action pending in the Court Elkhart County, Indiana, including Rick D. Meils and William M. Berish of Meils, Thompson, Dietz & Berish, as counsel for Colony National Insurance Company, shall appear before this Court on the _____ day of _____, 2010, at___o'clock in the ___.M. to explain why they have engaged in conduct interfering with this Court's jurisdiction over the FEMA Trailer multidistrict and class action litigation in MDL 07-1873.

2

2. Plaintiffs shall serve this Order to Show Cause on all counsel named herein via overnight delivery service.

                                          BY THE COURT:

                                          _____
                                          KURT D. ENGELHARDT
                                          UNITED STATES DISTRICT JUDGE