

# WESTCHESTER SURPLUS LINES INSURANCE COMPANY
ATLANTA, GA
## COMMERCIAL GENERAL LIABILITY
DECLARATIONS

**ace usa**

POLICY NO. GLW-786282

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS | 73955 |
|---|---|---|
| SUN VALLEY, INC<br>1135 KENT ST<br>ELKHART IN 46514 | CRC INSURANCE SERVICES, INC.<br>105 W. ADAMS ST., 18TH FLOOR<br>CHICAGO IL 60603 | |

POLICY PERIOD:  From 12/30/2004 to 12/30/2005
AT 12:01AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE | $ 2,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $ 2,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY | $ 1,000,000 | |
| EACH OCCURRENCE | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $    50,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | $     5,000 | ANY ONE PERSON |

BODILY INJURY AND PROPERTY
DAMAGE COMBINED DEDUCTIBLE: See Manuscript Forms

LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:
LOC #  1: ALL LOCATIONS

---

MANUSCRIPT FORMS:

CG0300 (01-96) : DEDUCTIBLE LIABILITY INSURANCE
---------------

**Coverage**
Bodily Injury Liability and
Property Damage Liability Combined

**Amount and Basis of Deductible**
$ 10,000  per  OCCURRENCE

CG2154 (01-96) : EXCLUSION - DESIGNATED WORK
---------------    ANY PRIOR OR ONGOING OPERATION(S) WHERE YOU PARTICIPATED IN A CONSOLIDATED
(WRAP-UP) INSURANCE PROGRAM

CPP 4506 1090      01-31-05 MH1      MWILS      Company's Copy
Page   2  of   3

EXHIBIT
B