UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*This document applies to all cases* | *<br>* | MAG. CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

On _____, 2010 came before the Court, Plaintiffs' Motion for Expedited Hearing.

Having considered Plaintiffs' Motion for Expedited Hearing, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Expedited Hearing is granted and that an expedited Hearing on these matters will be held on the _____ day of _____, 2010 at \_\_.m.

_____
**UNITED STATES DISTRICT COURT JUDGE**