UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                                          SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Kellogg v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1280, EDLA 10-538
*Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, SDMS 09-523, EDLA 09-6899
*Surtain v. Recreation by Design, LLC, et al.*
MDL 1873, WDLA, 09-1289, EDLA 09-6714
*Penny, et al. v. Waverlee Homes, Inc., et al.*,
MDL 1873, EDLA 09-3741
*Cargo v. Coachmen Industries, Inc., et al.*,
MDL 1873, MDLA 09-493, EDLA 09-5977
*DeCourcy, et al. v. Fleetwood Canada, et al.*,
MDL 1873, MDLA 09-495, EDLA 09-6148
*DeCourcy, et al. v. R-Vision, Inc., et al.*,
MDL 1873, MDLA 09-504, EDLA 09-5981
*Ladner, et al. v. Coachmen Industries, Inc.*,
MDL 1873, EDLA 09-7934
*Bader, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 10-511
*Kieff, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 10-738

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM
ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A", *in globo*, who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaints in which they were named, also referenced in "Exhibit A", *in globo*, and listed in the caption for this Motion. Plaintiffs, in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific

manufacturer and/or no-bid contractor, and have filed Amended Complaints which all are indicated in "Exhibit A", *in globo*, attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages.

> Respectfully submitted,
>
> LAW OFFICES OF SIDNEY D. TORRES, III,
> *A PROFESSIONAL LAW CORPORATION*
>
> By:      s/ Roberta L. Burns
> SIDNEY D. TORRES, III, La. Bar No. 12869
> ROBERTA L. BURNS, La. Bar No. 14945
> DAVID C. JARRELL, La. Bar No. 30907
> 8301 West Judge Perez Drive, Suite 303
> Chalmette, LA 70043
> Telephone: (504) 271-8421
> Facsimile: (504) 271-1961
> ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>  s/ Roberta L. Burns
> ROBERTA L. BURNS