UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |

**THIS DOCUMENT RELATES TO:**
*Kellogg v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1280, EDLA 10-538
*Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, SDMS 09-523, EDLA 09-6899
*Surtain v. Recreation by Design, LLC, et al.*
MDL 1873, WDLA, 09-1289, EDLA 09-6714
*Penny, et al. v. Waverlee Homes, Inc., et al.*,
MDL 1873, EDLA 09-3741
*Cargo v. Coachmen Industries, Inc., et al.*,
MDL 1873, MDLA 09-493, EDLA 09-5977
*DeCourcy, et al. v. Fleetwood Canada, et al.*,
MDL 1873, MDLA 09-495, EDLA 09-6148
*DeCourcy, et al. v. R-Vision, Inc., et al.*,
MDL 1873, MDLA 09-504, EDLA 09-5981
*Ladner, et al. v. Coachmen Industries, Inc.*,
MDL 1873, EDLA 09-7934
*Bader, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 10-511
*Kieff, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 10-738

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

 

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**