THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *George Kellogg v. Gulf Stream Coach, Inc.*
WDLA 09-1280 EDLA 10-538

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | George Kellogg | 10-4026 | Kellogg v. Gulf Stream, et al |


EXHIBIT A in globo

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 · Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

*Andrews, et al. v. Cavalier Home Builders, LLC.*

SDMS 09-523 EDLA 09-6899

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Cheryl Andrews | 10-3943 | Andrews v. Gulf Stream, et al |
| (2) | Susan Huy Anglin | 10-3943 | Andrews v. Gulf Stream, et al |
| (3) | Susan Anglin, o/b/o T.A | 10-3943 | Andrews v. Gulf Stream, et al |
| (4) | Travis David Anglin | 10-3943 | Andrews v. Gulf Stream, et al |
| (5) | Mary A. Brouillette | 10-3943 | Andrews v. Gulf Stream, et al |
| (6) | Abigail Byerley | 10-3943 | Andrews v. Gulf Stream, et al |
| (7) | Sherrie & Ronald, o/b/o A.B | 10-3943 | Andrews v. Gulf Stream, et al |
| (8) | Ronald & Sherrie, o/b/o A.B | 10-3943 | Andrews v. Gulf Stream, et al |
| (9) | Ronald Byerley | 10-3943 | Andrews v. Gulf Stream, et al |
| (10) | Sherrie Byerley | 10-3943 | Andrews v. Gulf Stream, et al |
| (11) | Melissa Cancienne, o/b/o J.C | 10-3943 | Andrews v. Gulf Stream, et al |
| (12) | Melissa Ann Cancienne | 10-3943 | Andrews v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Lorraine J. Domingo | 10-3943 | Andrews v. Gulf Stream, et al |
| (14) Jeffrey Michel Graves | 10-3943 | Andrews v. Gulf Stream, et al |
| (15) Stacy Guillotte, o/b/o E.G | 10-3943 | Andrews v. Gulf Stream, et al |
| (16) James Michael Guillotte | 10-3943 | Andrews v. Gulf Stream, et al |
| (17) Stacy Ann Guillotte | 10-3943 | Andrews v. Gulf Stream, et al |
| (18) Mario Huy | 10-3943 | Andrews v. Gulf Stream, et al |
| (19) Ruby D. Keaton | 10-3943 | Andrews v. Gulf Stream, et al |
| (20) Louis Mascaro | 10-3943 | Andrews v. Gulf Stream, et al |
| (21) Louis Mascaro | 10-3943 | Andrews v. Gulf Stream, et al |
| (22) Elizabeth Melton | 10-3943 | Andrews v. Gulf Stream, et al |
| (23) Jeffery Graves, o/b/o K.M | 10-3943 | Andrews v. Gulf Stream, et al |
| (24) Cayla Jessica Moreau | 10-3943 | Andrews v. Gulf Stream, et al |
| (25) Sherry Pepperman, o/b/o C.M | 10-3943 | Andrews v. Gulf Stream, et al |
| (26) Stacy Guillotte, o/b/o D.O | 10-3943 | Andrews v. Gulf Stream, et al |
| (27) Stacy Guillotte, o/b/o R.O | 10-3943 | Andrews v. Gulf Stream, et al |
| (28) John Palmer | 10-3943 | Andrews v. Gulf Stream, et al |
| (29) Aaron Sallean | 10-3943 | Andrews v. Gulf Stream, et al |
| (30) Chantell Hemelt Sallean | 10-3943 | Andrews v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31) Chantell Sallean, o/b/o K.S | 10-3943 | Andrews v. Gulf Stream, et al |
| (32) Audie L. Scott | 10-3943 | Andrews v. Gulf Stream, et al |
| (33) Brian Shields | 10-3943 | Andrews v. Gulf Stream, et al |
| (34) Brian & Mandy Shields, o/b/o C.S | 10-3943 | Andrews v. Gulf Stream, et al |
| (35) Mandy Hemelt Shields | 10-3943 | Andrews v. Gulf Stream, et al |
| (36) Brock Anthony Tufaro | 10-3943 | Andrews v. Gulf Stream, et al |
| (37) Rock Tufaro | 10-3943 | Andrews v. Gulf Stream, et al |
| (38) Christopher M. Tyler | 10-3943 | Andrews v. Gulf Stream, et al |
| (39) Clayton R. Tyler | 10-3943 | Andrews v. Gulf Stream, et al |
| (40) Redden Tyler | 10-3943 | Andrews v. Gulf Stream, et al |
| (41) Benjamin Henry Vandenborre | 10-3943 | Andrews v. Gulf Stream, et al |
| (42) Henry Herbert Vandenborre | 10-3943 | Andrews v. Gulf Stream, et al |
| (43) Marina Dolores Vandenborre | 10-3943 | Andrews v. Gulf Stream, et al |
| (44) Joyanna Mae Zilucca | 10-3943 | Andrews v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Lorraine Surtain v. Recreation By Design, LLC.*

WDLA 09-1289 EDLA 09-6714

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Lorraine Surtain | 10-3970 | Surtain v. Recreation By Design, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

*Penny, et al. v. Fairmont Homes, Inc.*

EDLA 09-3741

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | William G Penny | 10-3720 | Penny v. Fairmont Homes, et al |
| (2) | Kirk Ruiz & Shanna Edwards, o/b/o K.R | 10-3720 | Penny v. Fairmont Homes, et al |
| (3) | Kirk Ruiz & Shanna Edwards, o/b/o K.R | 10-3720 | Penny v. Fairmont Homes, et al |
| (4) | Kirk Mark Ruiz | 10-3720 | Penny v. Fairmont Homes, et al |
| (5) | Kirk Mark Ruiz | 10-3720 | Penny v. Fairmont Homes, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Joann Cargo v. Coachmen Industries, Inc.*

MDLA 09-493 EDLA 09-5977

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) JoAnn Cargo | 10-3981 | Cargo v. Coachmen Industries, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 · Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

*DeCourcy, et al. v. Fleetwood Canada, et al*

MDLA 09-495 EDLA 09-6148

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Joan Perret Decourcy | 10-3995 | DeCourcy v. Fleetwood, et al |
| (2) | Gerry Allen Gould | 10-3995 | DeCourcy v. Fleetwood, et al |
| (3) | Rochelle Marie Gould | 10-3995 | DeCourcy v. Fleetwood, et al |
| (4) | Rodney Charles Gould | 10-3995 | DeCourcy v. Fleetwood, et al |
| (5) | Yolanda A Gould | 10-3995 | DeCourcy v. Fleetwood, et al |
| (6) | Timothy D Johnson | 10-3994 | Johnson v. Fleetwood, et al |
| (7) | Nonesia May, o/b/o D.M | 10-3994 | Johnson v. Fleetwood, et al |
| (8) | Nonesia May | 10-3994 | Johnson v. Fleetwood, et al |
| (9) | Wilfred Nunez, o/b/o A.N | 10-3995 | DeCourcy v. Fleetwood, et al |
| (10) | Wilfred Nunez, o/b/o A.N | 10-3995 | DeCourcy v. Fleetwood, et al |
| (11) | Wilfred Nunez, o/b/o B.N | 10-3995 | DeCourcy v. Fleetwood, et al |
| (12) | Wilfred Nunez, o/b/o B.N | 10-3995 | DeCourcy v. Fleetwood, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Wilfred Nunez, o/b/o C.N | 10-3995 | DeCourcy v. Fleetwood, et al |
| (14) Wilfred Nunez, o/b/o C.N | 10-3995 | DeCourcy v. Fleetwood, et al |
| (15) Nina Nunez | 10-3995 | DeCourcy v. Fleetwood, et al |
| (16) Wilfred A. Nunez | 09-0495 | Decourcy v. Fleetwood |
| (17) Wilfred A. Nunez | 10-3995 | DeCourcy v. Fleetwood, et al |
| (18) Angele M. Sentilles | 10-3995 | DeCourcy v. Fleetwood, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

*DeCourcy, et al. v. Arch Specialty Insurance Co., et al*

MDLA 09-504 EDLA 09-5981

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Joan Perret Decourcy | 10-3965 | DeCourcy v. Arch Specialty, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

*Ladner, et al. v. Coachmen Industries, Inc.*

EDLA 09-7934

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Kevin Richard Ladner | 10-3986 | Ladner v. Coachmen, et al |
| (2) Mike P. Ladner | 10-3986 | Ladner v. Coachmen, et al |
| (3) Tiffany Nicole Ladner | 10-3986 | Ladner v. Coachmen, et al |
| (4) Thomas Lopez | 10-3986 | Ladner v. Coachmen, et al |
| (5) Lisa Barras Lowe | 10-3986 | Ladner v. Coachmen, et al |
| (6) Charles Joseph Mondello | 10-3986 | Ladner v. Coachmen, et al |
| (7) Charles Joseph Mondello | 10-3986 | Ladner v. Coachmen, et al |
| (8) Michael D. Morain | 10-3983 | Morain v. Coachmen Industries, et al |
| (9) Terrance Kene Sino | 10-3985 | Sino v. Coachmen, et al |
| (10) LaShawn Cierra Taylor | 10-3984 | Taylor v. Coachmen Industries, et al |
| (11) Misty Gayle Timberlake | 10-3983 | Morain v. Coachmen Industries, et al |

*Bader, et al. v. Gulf Stream Coach, Inc., et al*

EDLA 10-511

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Somaya Bader, o/b/o A.A | 10-3681 | Bader v. Gulf Stream, et al |
| (2) Somaya Bader, o/b/o F.A | 10-3681 | Bader v. Gulf Stream, et al |
| (3) Somaya Bader, o/b/o L.A | 10-3681 | Bader v. Gulf Stream, et al |
| (4) Saif Abdellatif | 10-3681 | Bader v. Gulf Stream, et al |
| (5) Dorothy Sue Acosta | 10-3681 | Bader v. Gulf Stream, et al |
| (6) Dorothy Sue Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (7) Russ M. Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (8) Russ M. Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (9) Dijae Adams | 10-3681 | Bader v. Gulf Stream, et al |
| (10) Helen Albarado | 10-3951 | Acosta v. Gulf Stream, et al |
| (11) Helen Albarado | 10-3681 | Bader v. Gulf Stream, et al |
| (12) Raymond Albarado | 10-3951 | Acosta v. Gulf Stream, et al |

THE LAW OFFICES OF
SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 · Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Raymond Albarado | 10-3951 | Acosta v. Gulf Stream, et al |
| (14) Joseph Anthony Alexander | 10-3679 | Acosta v. Gulf Stream, et al |
| (15) Paul Alexis, o/b/o D.A | 10-3708 | Alexis v. Gulf Stream, et al |
| (16) Paul Alexis, o/b/o H.A | 10-3708 | Alexis v. Gulf Stream, et al |
| (17) Mindy Alexis | 10-3708 | Alexis v. Gulf Stream, et al |
| (18) Mindy Alexis | 10-3681 | Bader v. Gulf Stream, et al |
| (19) Paul Alexis | 10-3939 | Alexis v. Gulf Stream, et al |
| (20) Paul J. Alexis | 10-3708 | Alexis v. Gulf Stream, et al |
| (21) Mary Anne Alfonso | 10-3681 | Bader v. Gulf Stream, et al |

THE LAW OFFICES OF
SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

*Kieff, et al. v. DS Corp, et al*

EDLA 10-738

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Jennifer Ann Kieff | 10-3941 | Kieff v. DS Corp |
| (2) Alex Moore | 10-3941 | Kieff v. DS Corp |
| (3) Jennifer Kieff, o/b/o H.R | 10-3941 | Kieff v. DS Corp |
| (4) Jennifer Kieff, o/b/o H.R | 10-3941 | Kieff v. DS Corp |