UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**     **SECTION "N-5"**

                                                      **JUDGE ENGELHARDT**
                                                      **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Avants, et al v. Alliance Homes, Inc., et al,*
**E.D. La. Case No. 09-6178**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint,

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the  1st  day of  November , 2010, New Orleans, Louisiana.

                                                      _____
                                                      HONORABLE KURT ENGELHARDT
                                                      UNITED STATES DISTRICT JUDGE