# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          *     MDL No. 1873
FORMALDEHYDE                  *
PRODUCTS LIABILITY LITIGATION *     JUDGE ENGELHARDT
                              *
THIS  DOCUMENT RELATED TO:    *     MAGISTRATE CHASEZ
*Barber, et al. v. Alliance Homes, Inc., et al*  *
*Civil Action No. 09-07166*    *
*******************************************************************************

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from

Original "Unmatched" Complaints for Damages is Granted.

DATED this 1st_ day of _November_, 2010 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE