## Exhibit A

| | |
|---|---|
| Alfred Fontenot (244979) | **Address** 3703 St. Ferdinand St.  New Orleans , LA 70126 |
| **Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.** 09-7897 |

| | |
|---|---|
| Alice Ceasar (245262) | **Address** 1120 Shady Ln  Lake Charles, LA 70669 |
| **Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 10-1274 |

| | |
|---|---|
| Alledra Allen (245100) | **Address** PO Box 2073  Slidell, LA 70459 |
| **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** 09-7907 |

| | |
|---|---|
| Alledra Allen, as Next Friend of A.A, a minor (245101) | **Address** PO Box 2073  Slidell, LA 70459 |
| **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** 09-7907 |

| | |
|---|---|
| Alledra Allen, as Next Friend of M.A, a minor (245099) | **Address** PO Box 2073  Slidell, LA 70459 |
| **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, et. al.  vs. Lakeside Park Homes, Inc., et. al. | **Cause No.** 09-7907 |

| | |
|---|---|
| Alvin Wright (245207) | **Address** 2125 Carter Road  Dry Creek , LA 70637 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7904 |

| | |
|---|---|
| Alyce Papillion (245063) | **Address** 2920 Jerry Lee Avenue  Lake Charles, LA 70601 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7904 |
| **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 |

| | |
|---|---|
| Alysia Jean (245047) | **Address** P.O. Box 366  Dry Creek, LA 70637 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7904 |

| | |
|---|---|
| Amanda Jenkins (245241) | **Address** 2315 10th Street  Lake Charles, LA 70601 |
| **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.** 09-7910 |

| | |
|---|---|
| Amy Guidry (245236) | **Address** 2212 8th Street  Lake Charles, LA 70601 |
| **Case Style** Amy Guidry, et. al.  vs. Northwood Manufacturing Inc., et. al. | **Cause No.** 10-2200 |

| | |
|---|---|
| Andrea Ratliff (244972) | **Address** 2221 Litchwood Lane  Harvey, LA 70058 |
| **Case Style** Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al. | **Cause No.** 10-1296 |

| | | |
|---|---|---|
| Angel LeBlanc (245046) | **Address** P.O. Box 16690  Lake Charles, LA 70616 | |
| **Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al. | **Cause No.** 09-7832 | |

| | |
|---|---|
| Angela Lewis (245141) | **Address** 1924 Legion Street  Lake Charles, LA 70601 |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 |
| **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 |

| | |
|---|---|
| Angela Lewis, as Next Friend of M.L, a minor (245140) | **Address** 1924 Legion Street  Lake Charles, LA 70601 |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 |
| **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 |

| | |
|---|---|
| Angela Mink (245343) | **Address** 11795 Old Shipyard Road  Coden, AL 36523 |
| **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 09-7819 |
| **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1268 |

| | |
|---|---|
| Annette Walker (245297) | **Address** 1627 St. John St.  Lake Charles , LA 70602 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7962 |

| | |
|---|---|
| Anthony Babineaux (245269) | **Address** 415 Ave. D Lot 34  Lake Charles , LA 70601 |
| **Case Style** Vanessa Buras, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.** 10-2179 |

| | |
|---|---|
| Asia Victorian (245280) | **Address** 872 Willow Springs Road  Sulphur, LA 70663 |
| **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** 09-7792 |
| **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** 10-1275 |

| | |
|---|---|
| Audrey Guillory (245219) | **Address** 6441 S Meadowlark Dr.  Lake Charles , LA 70607 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** 09-7904 |

| | |
|---|---|
| Barbara Jones , as Next Friend of J.F, a minor (245268) | **Address** 2946 Southern Ridge Dr.  Lake Charles , LA 70607 |
| **Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** 10-2223 |

| | |
|---|---|
| Bernadette Prejean (245155) | **Address** 1108 Gerald Washington Street  Westlake, LA 70669 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** 09-7962 |

---

**Bernadette Prejean, as Representative of the Estate of Ejay Prejean, deceased (245153)**  **Address** 1108 Gerald Washington Street  Westlake, LA 70669

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 09-7962

---

**Bertha Ballard  (245289)**    **Address** 413 S Bowers Ave.  Iowa, LA 70647

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

**Bertha Nolon (245255)**    **Address** 2017 14th Street  Lake Charles, LA 70601

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.    **Cause No.** 09-7797

---

**Betty Doyle (245042)**    **Address** 217 Logan Lane  Dequincy, LA 70633

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

**Beverly Jefferson (245333)**    **Address** 15382 Summerfield Drive  Gulfport, MS 39503

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.    **Cause No.** 09-7967

---

**Beverly Jefferson, as Next Friend of N.C, a minor (245334)**    **Address** 15302 Summerfield Drive  Gulfport, MS 39503

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

---

**Brandi Hyatt (245224)**    **Address** 1071 Fields Hwy  Dequincy, LA 70633

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

**Brian Eaglin (245290)**    **Address** 1701 6th St.  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

**Bridgette Harmon-Duhon, as Next Friend of G.D, a minor (245134)**    **Address** 1816 14th Street  Lake Charles, LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

**Brittany Bullock  (245320)**    **Address** 5231 Sandhurst Dr.  New Orleans , LA 70126

**Case Style** Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.    **Cause No.** 10-1253

---

**Calvin Peco (245234)**    **Address** 1205 Elm Street  Sulphur, LA 70663

**Case Style** Delise Mckay, et. al.  vs. Timberland RV Company d/b/a/ Adventure Manufacturing, et. al.    **Cause No.** 09-7964

---

**Carla Jenkins, as Next Friend of A.D, a minor (245256)**    **Address** 1827 Broad Moor Drive  Lake Charles, LA 70601

**Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.    **Cause No.** 09-7910

---

**Carla Jenkins, as Next Friend of H.S, a minor (245257)**    **Address** 1827 Broad Moor Drive  Lake Charles, LA 70601

     **Case Style** Felix  Mackey, et. al.  vs. Patriot Homes, Inc., et. al.     **Cause No.** 09-7910

---

**Carolyn Lavan (245243)**    **Address** 2106 Hagan Street  Lake Charles, LA 70601

     **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.     **Cause No.** 09-7792

     **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

---

**Carrie Mink (245332)**    **Address** 11795 Old Shipyard  Coden, AL 36523

     **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

     **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1268

---

**Catherine Green (245027)**    **Address** 2405 14th Street  Lake Charles, LA 70601

     **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2249

---

**Cecilia Chatman (245075)**    **Address** 1617 See Street  Lake Charles, LA 70601

     **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

**Cecilia Chatman, as Next Friend of L.L, a minor (245078)**    **Address** 1617 See Street  Lake Charles, LA 70601

     **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

**Cedric  Pittman (245211)**    **Address** 2210 Poplar St.  Lake Charles , LA 70601

     **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

     **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

**Cedric Cooper (245335)**    **Address** 15382 Summerfield Drive  Gulfport, MS 39503

     **Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.     **Cause No.** 09-7967

---

**Ceola  Burks, as Representative of the Estate of Lyngeria Burks, deceased (245102)**    **Address** 6045 Craigie Road  New Orleans , LA 70126

     **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

**Ceola Burks , as Next Friend of A.L, a minor (245104)**    **Address** 6045 Craigie Road  New Orleans, LA 70126

     **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

**Ceola Burks (245106)**    **Address** 6045 Craigie Road  New Orleans, LA 70126

     **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

Ceola Burks, as Next Friend of P.B, a minor (245103)

**Address** 6045 Craigie Rd. New Orleans, LA 70126

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Charles Primeaux , as Next Friend of S.P, a minor (245216)

**Address** PO Box 1303 Cameron, LA 70631

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Charles Primeaux (245218)

**Address** PO Box 1303 Cameron, LA 70631

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Charles Primeaux, as Next Friend of R.P, a minor (245217)

**Address** PO Box 1303 Cameron, LA 70631

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Charles Vincent (245030)

**Address** P.O. Box 899 Cameron, LA 70631

**Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Chassity Jefferson (244964)

**Address** 223 Euerka Dr. Apt. 12C Gray, LA 70445

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Chernitee Burks (245105)

**Address** 8841 Bunkerhill Road   New Orleans, LA 70127

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Cheryl Ellis (245082)

**Address** 309 Rodenburg Avenue  Biloxi, MS 39531

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Cheryl Harold (245341)

**Address** 7521 Weaver Avenue  New Orleans, LA 70127

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Chim Chandy (245054)

**Address** 13985 3rd Avenue  Bayou La Batre, AL 36509

**Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

---

Christopher Cumbie (245178)

**Address** 8515 Julius St. Bayou La Batre, AL 36509

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Claiborne Hyatt (245225)

**Address** P.O. Box 1374 Dequincy, LA 70633

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Claude Budwine** (245034)  **Address** 1920 Delta Crossing  Vinton, LA 70668

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7853

---

**Clifford Brooks** (245157)  **Address** 14365 Hwy 23  Belle Chasse, LA 70037

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7892

---

**Clifton Lewis, as Next Friend of D.L, a minor** (245232)  **Address** 4415 Lake Caroline Drive  Lake Charles, LA 70615

**Case Style** Amy Brecheen, as Next Friend of B. T., a minor, et. al.  vs. Patriot Homes of Texas, L.P., et. al.  **Cause No.** 09-7851

---

**Clifton Williams** (245035)  **Address** 3621 McKinley Street  Lake Charles, LA 70607

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

**Conetta Lewis** (245074)  **Address** 1821 Rena Street  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 10-1274

---

**Connie Rochon** (245066)  **Address** 6675 Hwy 90 E Lot 60 Lake Charles, LA 70615

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7962

---

**Corky Joseph, as Next Friend of B.P, a minor** (245287)  **Address** 4132 Ellis St.  Lake Charles , LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7892

---

**Corky Joseph, as Next Friend of Q.P, a minor** (245288)  **Address** 4132 Ellis St.  Lake Charles , LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7892

---

**Cynthia Victorian** (245281)  **Address** 872 Willow Springs Road  Sulphur, LA 70663

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

**Dallas  Brignac** (245274)  **Address** 2016 9th St.  Lake Charles , LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

**Dalton Edmond** (245136)  **Address** 133 Dobbertine Road  Lake Charles, LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

Daniel Fontenot (245169)

**Address** 2605 Jefferson Ild. Road  New Iberia, LA 70560

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Daniel Lyons (245222)

**Address** 9370 Bryant St.  Bayou La Batre, AL 36509

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

Darius Tutson (245146)

**Address** 1115 North Booker  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

Darrell Guy (245032)

**Address** 2014 N. Jake Street  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.

**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.

**Cause No.** 10-1275

---

David  Braxton (245197)

**Address** 2304 3rd St.  Lake Charles , LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

David Guillory (245037)

**Address** 6800 S. Cockrell Hill Road #901 Dallas, TX 75236

**Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al.

**Cause No.** 09-7898

---

Deanna Brignac (245126)

**Address** 4332 Thorp Lane  Dallas, TX 76248

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.

**Cause No.** 09-7962

---

Delma  Wright, as Next Friend of L.H, a minor (245220)

**Address** 916 S Cooley Road   Dequincy, LA 70633

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Delma Wright, as Next Friend of L.H, a minor (245221)

**Address** 916 S Cooley Road   Dequincy, LA 70633

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Demetrell  Dantley, as Next Friend of S.S, a minor (245265)

**Address** 818 N Cherry St.  Lake Charles , LA 70601

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.

**Cause No.** 09-7912

---

Denise Sam (245119)

**Address** 11 Fowler Drive Apt 68 Sulphur, LA 70663

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

| | | |
|---|---|---|
| **Destinee LaBove (245131)** | **Address** | 1471 Highway 384 Lot 24 Lake Charles, LA 70607 |
| **Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al. | **Cause No.** | 09-7919 |

| | | |
|---|---|---|
| **Dianne Thomas (245295)** | **Address** | 3510 Greinwich Blvd.  Lake Charles , LA 70607 |
| **Case Style** Genice Stipe, as Next Friend of A. B., a minor, et. al.  vs. Layton Homes Corp., et. al. | **Cause No.** | 09-7906 |

| | | |
|---|---|---|
| **Diedre Watson (245228)** | **Address** | 5738 Gene Lane  Lake Charles, LA 70605 |
| **Case Style** Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al. | **Cause No.** | 10-2190 |

| | | |
|---|---|---|
| **Don Rivas (245142)** | **Address** | 12345 North I10 Services Rd Apt. 1810 New Orleans , LA 70117 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7904 |

| | | |
|---|---|---|
| **Donald Henderson (245108)** | **Address** | 202 Kohlers Dr.  Lucedale, MS 39452 |
| **Case Style** Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al. | **Cause No.** | 10-1253 |

| | | |
|---|---|---|
| **Donald Pitre (245244)** | **Address** | 2500 Smith Road Lot 54 Lake Charles, LA 70607 |
| **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 09-7819 |
| **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** | 10-1275 |

| | | |
|---|---|---|
| **Donell Wilson (245321)** | **Address** | 45543 Emma Hart Road   Franklinton, LA 70438 |
| **Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al. | **Cause No.** | 09-7990 |

| | | |
|---|---|---|
| **Donny  King (245025)** | **Address** | 8318 Saint Lo Road  Houston, TX 77033 |
| **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7904 |

| | | |
|---|---|---|
| **Doris  Rogers  (245185)** | **Address** | 2216 Greenbrian Road   Lake Charles , LA 70607 |
| **Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 09-7887 |

| | | |
|---|---|---|
| **Dorothy Williams (245060)** | **Address** | 106 Lois Street Apt 29 Dequincy, LA 70633 |
| **Case Style** Joseph Hodges, as Next Friend of J. C., a minor, et. al.  vs. Giles Family Holdings, Inc., et. al. | **Cause No.** | 09-7898 |
| **Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al. | **Cause No.** | 10-1261 |

| | | |
|---|---|---|
| **Earl Brignac (245123)** | **Address** | 3112 Meadowlark Drive  Lake Charles, LA 70605 |
| **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7962 |

---

Eddie Ellis (245083)                          **Address** 309 Rodenburg Avenue  Biloxi, MS 39531

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Edward Simmons (245258)                       **Address** P.O. Box 463  Devers, TX 77538

    **Case Style** Dersha Bean, et. al.  vs. TL Industries, Inc., et. al.          **Cause No.** 09-7832

---

Elias Mink (245344)                           **Address** 11795 Old Shipyard Road  Coden, AL 36523

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

    **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1268

---

Elias Mink (245346)                           **Address** 11795 Old Shipyard Road  Coden, AL 36523

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.          **Cause No.** 09-7819

    **Case Style** Wendy January, et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1268

---

Elisha Wattley (245188)                       **Address** 4249 5th Ave.  Apt. 421 Lake Charles , LA 70607

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Elizabeth Johnwell (245098)                   **Address** 3631 Forest Park Lane  New Orleans, LA 70131

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.** 09-7904

---

Ella Eaglin (245348)                          **Address** 1315 Green Road Street  Westlake, LA 70669

    **Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.          **Cause No.** 09-7815

    **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.          **Cause No.** 10-1307

---

Emelda Brignac (245125)                       **Address** 3112 Meadow Lark Drive  Lake Charles, LA 70605

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7962

---

Emelda Brignac, as Representative of the Estate of Sean Brignac, deceased (245117)     **Address** 3112 N. Meadowlark Drive  Lake Charles, LA 70607

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.          **Cause No.** 09-7962

---

Eric Brown (245173)                           **Address** 3970 Gerstner Memorial Blvd.  Lake Charles , LA 70607

    **Case Style** Shaft Carriere, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.          **Cause No.** 09-7822

---

Eric Sallier (245069)                         **Address** 208 E. Thomas Street  Sulphur, LA 70663

    **Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7892

| | | |
|---|---|---|
| **Erna Cumbie (245177)** | **Address** | 8515 Julius St.  Bayou La Batre, AL 36509 |

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

| | | |
|---|---|---|
| **Ernest  Smith, as Next Friend of E.S, a minor (244971)** | **Address** | 4823 Camp St.  New Orleans , LA 70115 |

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 10-1265

---

| | | |
|---|---|---|
| **Ernest Smith (244970)** | **Address** | 4823 Camp St. New Orleans , LA 70115 |

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 10-1265

---

| | | |
|---|---|---|
| **Ernest Smith, as Next Friend of J.S, a minor (244969)** | **Address** | 4823 Camp St.   New Orleans , LA 70115 |

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 09-7980

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 10-1265

---

| | | |
|---|---|---|
| **Eva Johnwell (245322)** | **Address** | 3631 Forest Park Lane  New Orleans , LA 70131 |

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

| | | |
|---|---|---|
| **Francis  Cole (245271)** | **Address** | 2302 9TH STR.  Lake Charles, LA 70601 |

**Case Style** Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.  **Cause No.** 10-2269

---

| | | |
|---|---|---|
| **Frederica Nelson (245077)** | **Address** | 1941 Nicholas Street  Lake Charles, LA 70605 |

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

| | | |
|---|---|---|
| **Frederick Hensley (245043)** | **Address** | 874 B. Von Blond Drive  Lake Charles, LA 70615 |

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7904

---

| | | |
|---|---|---|
| **Geneva Edwards (245186)** | **Address** | 1606 McNabb St.  Lake Charles , LA 70601 |

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.  **Cause No.** 09-7962

---

| | | |
|---|---|---|
| **Gerald Ward (245261)** | **Address** | 5826 Silver Moon Ave  Tampa, FL 33625 |

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 10-2233

---

| | | |
|---|---|---|
| **Geremiah Eke (245226)** | **Address** | 3924 E. Burton Street  Sulphur, LA 70663 |

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7819

---

**Gizelda  Toomer (244974)**                    **Address** 4742 Gabriel Dr. New Orleans , LA 70127

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

    **Case Style** Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 10-1277

---

**Hattie Holmes (245051)**                    **Address** 8 Brittany Court  Gulfport, MS 39503

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

**Hazeline Edwards (245187)**                    **Address** 1606 McNabb St.  Lake Charles , LA 70601

    **Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.      **Cause No.** 09-7962
    Cavalier Home Builders, LLC, et. al.

---

**Henry Conerly (245112)**                    **Address** 204 Lavelle Dr.  Gulfport, MS 39503

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

---

**Henry Edwards (244986)**                    **Address** 4790 Marigney St.  New Orleans, LA 70122

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

    **Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs.      **Cause No.** 10-1272
    Coachmen Industries, Inc., et. al.
    **Case Style** Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.      **Cause No.** 10-1252

---

**Henry Pittman (245143)**                    **Address** 1323 Mandolin St.  New Orleans , LA 70122

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7819

    **Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs.      **Cause No.** 10-1272
    Coachmen Industries, Inc., et. al.
    **Case Style** Goldie Cross, et. al.  vs. Recreation By Design, LLC, et. al.      **Cause No.** 10-1252

---

**Henry Sones (245292)**                    **Address** 10 Bay Park Way #36 Bay St. Louis , MS
                    39520

    **Case Style** Delise Mckay, et. al.  vs. Timberland RV Company d/b/a/      **Cause No.** 09-7964
    Adventure Manufacturing, et. al.

---

**Irma Casnave (245132)**                    **Address** 28016 Napoleon Rd.  Lacombe, LA 70445

    **Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

**Jamaal Toomer (244973)**                    **Address** 4742 Gabriel  New Orleans , LA 70127

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

    **Case Style** Jessie Thomas, et. al.  vs. Jayco, Inc., et. al.      **Cause No.** 10-1277

Jamie Sam (245118)

**Address** 11 Fowler Drive Apt. 68 Sulphur, LA 70663

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Janice Currie (245339)

**Address** 3017 Music Street  New Orleans, LA 70122

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.      **Cause No.** 09-7909

---

Jayme Carter (245165)

**Address** 1302 N Grace St.  Lake Charles , LA 70601

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2233

---

Jeanie Hyatt (245231)

**Address** P.O. Box 1374  Dequincy, LA 70633

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Jeffery Hoffpavir (245209)

**Address** 2125 Carter Road  Dry Creek , LA 70637

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Jennifer  Boutilier  (245272)

**Address** 207 Hebert Trailer Park  Lot 22 Grandlake, LA 70607

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Jennifer  Boutilier, as Next Friend of P.B, a minor (245263)

**Address** 207 Hebert Trailer Park Rd. Lot 22 Grand Lake , LA 70607

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Jennifer Boutilier, as Next Friend of J.S, a minor (245026)

**Address** 207 Hebert Trailer Park #22 Grandlake, LA 70607

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

Jeremy Brown (245135)

**Address** P.O. Box 1105  Lake Charles, LA 70602

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.      **Cause No.** 09-7962

---

Jimmy Mounce (245205)

**Address** 3671 Clement Road   Iowa, LA 70647

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

John Ceaser (245052)

**Address** 3825 E. Prien Lake Road  Lake Charles, LA 70615

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

John Ceaser, as Next Friend of C.C, a minor (245057)

**Address** 3825 E. Prien Lake Road  Lake Charles, LA 70615

**Case Style** Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7904

---

John Ceaser, as Next Friend of S.C, a minor (245227)

**Address** 3825 E. Prien Lake Road  Lake Charles, LA 70615

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

John Nash (245291)

**Address** 6910 Silver Lane  Lake Charles , LA 70607

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

John Thomas (245184)

**Address** 2216 Greenbriar Road   Lake Charles, LA 70607

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.   **Cause No.** 09-7887

---

JOhn Williams (245179)

**Address** 101 Tousaint Road  Lot #112 Lake Charles , LA 70607

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

---

Johnathan Richard (245147)

**Address** 2100 Martha Street  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

Joseph Savoy (245242)

**Address** 2911 General Collins Street  Lake Charles, LA 70615

**Case Style** Julie Seaman, as Next Friend of T.  S., a minor, et. al.  vs. Vanguard, LLC, et. al.   **Cause No.** 09-7834

---

Joycelyn Lewis (245172)

**Address** 870 B Von Blond Dr.   Lake Charles , LA 70615

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Julian Brooks (245156)

**Address** 815 Lawrence Dr.   Gretna, LA 70056

**Case Style** Janice Currie, et. al.  vs. Pilgrim International, Inc., et. al.   **Cause No.** 09-7909

---

Julius Fontenot, as Representative of the Estate of Vergie Fontenot, deceased (245049)

**Address** 2105 Clarinda Street  Lake Charles, LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Jvonne McGowan (245164)

**Address** 1000 Cole Court  Slidell, LA 70461

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 09-7917

---

Jvonne McGowan, as Next Friend of J.M, a minor (245163)

**Address** 1000 Cole Court  Slidell, LA 70461

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 09-7917

---

Jvonne McGowan, as Next Friend of T.M, a minor (245166)

**Address** 1000 Cole Court  Slidell, LA 70461

**Case Style** Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.   **Cause No.** 09-7917

Kary Irvin (245283)                    **Address** 4319 E Burton St. Sulphur, LA 70663

    **Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

Kary Irvin (245284)                    **Address** 4319 E Burton St. Sulphur, LA 70663

    **Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

Katherine  Mounce  (245206)            **Address** 3671 Clement Road  Iowa, LA 70647

    **Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Kathy Johnson, as Next Friend of B.H, a minor     **Address** P.O. Box 564  Independence, LA 70443
(244977)

    **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al. vs.    **Cause No.** 10-2207
Cavalier Home Builders, LLC, et. al.

---

Kathy Johnson, as Next Friend of B.H, a minor     **Address** P.O. Box 564  Independence, LA 70443
(244978)

    **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al. vs.    **Cause No.** 10-2207
Cavalier Home Builders, LLC, et. al.

---

Kevin Gibson (245120)                  **Address** 2725 Mary Street  Lake Charles, LA 70601

    **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

    **Case Style** Terrell  Reed, et. al. vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Kevin Jean (245048)                    **Address** P.O. Box 366  Dry Creek, LA 70637

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Kevin Mallet (245079)                  **Address** 809 Evers Street  Dequincy , LA 70633

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

Kevin Perry (245294)                   **Address** 605 E Thomas   Sulphur, LA 70663

    **Case Style** Marica  Stephen , et. al. vs. R-Vision, Inc., et. al.    **Cause No.** 09-7917

---

Kokeja Ceasar (245204)                 **Address** 2017 Brenda St. Lake Charles , LA 70615

    **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al. vs.    **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Lacy DeJean (245229)                   **Address** 1912 North Lincoln Street  Lake Charles, LA
70601

    **Case Style** Shaft Carriere, et. al. vs. River Birch Homes, Inc. and/or River    **Cause No.** 09-7822
Birch Homes, L.L.C., et. al.

---

**Latisha King** (245192)　　　　**Address** 4249 5th Ave. Apt. 421 Lake Charles , LA 70607

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7904

---

**Latrise Budwine** (245050)　　　　**Address** 1920 Delta Crossing  Vinton, LA 70668

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.　　**Cause No.** 09-7853

---

**Laura  Wright** (245208)　　　　**Address** 916 S Cooley Road   Dequincy, LA 70633

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.　　**Cause No.** 09-7904

---

**Laurie Wolgamot** (245109)　　　　**Address** 807 Oakland  Mountain Grove, MO 65711

**Case Style** Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.　　**Cause No.** 10-1253

---

**Leda Bartie**  (245264)　　　　**Address** 812 1/2 16th St.  Apt. B Lake Charles , LA 70601

**Case Style** Jessica Koffi, et. al.  vs. Hy-Line Enterprises, Inc., et. al.　　**Cause No.** 09-7836

---

**Leonard Kately** (245260)　　　　**Address** 1124 Enterprise Blvd.  Lake Charles , LA 70601

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.　　**Cause No.** 09-7830

---

**Leslie Harrison** (245038)　　　　**Address** 1901 Woodard Street  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.　　**Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.　　**Cause No.** 10-1275

---

**Lori Lowenberg, as Next Friend of J.B, a minor** (245111)　　　　**Address** 10769 Linohau Way  Diamondhead, MS 39525

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

**Lori-Ellen Lowenberg** (245110)　　　　**Address** 10769 Linohau Way  Diamondhead, MS 39525

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

**Lucinda Garcia** (245121)　　　　**Address** 1302 W. Millard  Welsh, LA 70591

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7819

**Case Style** Steve Robinson, et. al.  vs. Frontier RV, Inc., et. al.　　**Cause No.** 10-1284

---

**Mable Jack** (245036)　　　　**Address** 1131 N. Cherry  Lake Charles, LA 70601

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.　　**Cause No.** 09-7830

---

**Mae Dunbar (244966)**                                          **Address** 8 Marywood Ct.  New Orleans , LA 70128

**Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al.          **Cause No.**  10-2218

---

**Maineshia Arceneaux (245238)**                                  **Address** 1725 Rena Street  Lake Charles, LA 70601

**Case Style**  Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.         **Cause No.**  10-2265

---

**Maineshia Arceneaux, as Next Friend of D.A, a minor (245239)**                         **Address** 1725 Rena Street  Lake Charles, LA 70601

**Case Style**  Terrence Butler, et. al.  vs. Monaco Coach Corporation, et. al.         **Cause No.**  10-2265

---

**Manuela Verduzco (245073)**                                     **Address** 3825 E. Prien Lake Road  Lake Charles, LA 70615

**Case Style**  Crystal Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.          **Cause No.**  09-7904

---

**Marcella Jones , as Next Friend of D.J, a minor (245296)**                             **Address** 309 Brammer Lane   Lake Charles , LA 70615

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.           **Cause No.**  09-7819

---

**Marcus Eddie (245065)**                                         **Address** 413 N. Adams Street  Lake Charles, LA 70601

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.           **Cause No.**  09-7819

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.                 **Cause No.**  10-1265

**Case Style**  John Martin, et. al.  vs. Liberty Homes Inc., et. al.                    **Cause No.**  10-1256

---

**Mardy Davis (245233)**                                          **Address** 1901 Mill St. Apt 511B    Lake Charles, LA 70501

**Case Style**  Tracie Evans, et. al.  vs. Lexington Homes, et. al.                      **Cause No.**  09-7849

---

**Margurete Woodard (245080)**                                    **Address** 339 Trawler Lane Apt B Biloxi, MS 39530

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.**  09-7904

---

**Marilda Woodfolks , as Next Friend of M.W, a minor (245254)**                          **Address** 2500 Smith Rd  Lot 75 Lake Charles , LA 70607

**Case Style**  Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.                                                          **Cause No.**  10-2268

---

**Mark Kennerson (245133)**                                       **Address** P.O. Box 1105  Lake Charles, LA 70602

**Case Style**  Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.                                                       **Cause No.**  09-7962

---

**Martin Zeno (245293)**                                          **Address** 931 Alice St.   Sulphur, LA 70663

**Case Style**  Marica  Stephen , et. al.  vs. R-Vision, Inc., et. al.                   **Cause No.**  09-7917

---

**Mary Berry (245193)**     **Address** 1313 13th St. Lake Charles , LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al. vs.   **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

**Mary George (245150)**     **Address** 2339 D. Trosclair Road  Creole, LA 70632

**Case Style** Beatrice Hart, et. al. vs. Dutch Housing, Inc. d/b/a Champion   **Cause No.** 09-7978
Homes, et. al.

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 10-1265

---

**Mary Smith (244980)**     **Address** 7637 Avon Park Blvd. New Orleans, LA 70128

**Case Style** Sandy  Barnes, et. al. vs. Jayco, Inc., et. al.   **Cause No.** 09-7887

---

**Megan Miller (245122)**     **Address** 126 Clyden Lane  Lake Charles, LA 70607

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Melinda  Thibodeaux, as Next Friend of I.B, a minor
(245326)**     **Address** 2132 9th St.  Lake Charles , LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

**Melinda Thibodeaux, as Next Friend of C.B, a minor
(245325)**     **Address** 2132 9th St.  Lake Charles , LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

**Melva Irvin (245285)**     **Address** 4319 E Burton St.   Sulphur, LA 70663

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.   **Cause No.** 09-7897

---

**Melva Irvin, as Next Friend of K.I, a minor
(245286)**     **Address** 4319 E Burton St.  Sulphur, LA 70663

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.   **Cause No.** 09-7897

---

**Melvin Ceasar (245253)**     **Address** 933 Alice St.  Sulphur , LA 70663

**Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Michael Eddie (245064)**     **Address** 413 N. Adams Street  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

**Case Style** Cherlyn Rogers, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 10-1265

**Case Style** John Martin, et. al. vs. Liberty Homes Inc., et. al.   **Cause No.** 10-1256

---

**Michael Frazier (245137)**     **Address** 2524 General Pershing St.  New Orleans , LA
70115

**Case Style** Rhonda Aguilar, et. al. vs. Coachmen Industries, Inc., et. al.   **Cause No.** 09-7797

---

**Michael King** (245278)　　　　　　　　　　**Address** 1722 See St.  Lake Charles , LA 70601

**Case Style** Gregory Spears, et. al.  vs. Stewart Park Homes, Inc., et. al.　　**Cause No.** 10-2269

---

**Miles Moran** (245116)　　　　　　　　　　**Address** PO Box 1532  Kiln, MS 39556

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7819

---

**Miranda Sapp** (245237)　　　　　　　　　　**Address** 2236 Lilly St.  Lake Charles, LA 70601

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

**Miranda Sapp, as Next Friend of J.D, a minor** (245040)　　**Address** 6675 Highway 90 East #267 Lake Charles, LA 70615

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 09-7892

---

**Mishawn Trask** (245162)　　　　　　　　　　**Address** 1408 Montgomery Blvd.  Slidell, LA 70461

**Case Style** Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.　　**Cause No.** 10-1265

---

**Mitchell Jefferson** (245338)　　　　　　　　　　**Address** 15382 Summer Field Drive  Gulfport, MS 39503

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.　　**Cause No.** 09-7967

---

**Monique Davis** (245171)　　　　　　　　　　**Address** 710 14th St.  Lake Charles , LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.　　**Cause No.** 09-7916

---

**Monique Davis, as Next Friend of J.D, a minor** (245168)　　**Address** 710 14th St.  Lake Charles , LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.　　**Cause No.** 09-7916

---

**Monique Davis, as Next Friend of J.D, a minor** (245170)　　**Address** 710 14th St.  Lake Charles , LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.　　**Cause No.** 09-7916

---

**Morris  Smith** (244975)　　　　　　　　　　**Address** 7637 Avon Park Blvd.  New Orleans , LA 70128

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.　　**Cause No.** 09-7887

---

**Nancy Pitre** (245246)　　　　　　　　　　**Address** 2500 Smith Road Lot 54 Lake Charles, LA 70607

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.　　**Cause No.** 09-7819

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.　　**Cause No.** 10-1275

**Natasha Tate (245067)**   **Address** P.O. Box 964 Gulfport, MS 39502

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.   **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1266

---

**Natasha Tate, as Next Friend of K.T, a minor**   **Address** PO Box 964 Gulfport, MS 39502
**(245196)**

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.   **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.   **Cause No.** 10-1266

---

**Nicole LaGrande (245158)**   **Address** 323 E. 27th Street Reserve, LA 70084

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Norman Jacquet (245282)**   **Address** 4319 E Burton St.  Sulphur, LA 70663

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.   **Cause No.** 09-7897

---

**Oscar McCranay (245245)**   **Address** 2108 Walker Drive  Westlake, LA 70669

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

---

**Pamela  Rome (245324)**   **Address** 2132 9th St.  Lake Charles , LA 70601

**Case Style** Sara Bailey, as Next Friend of B. B., a minor, et. al.  vs.   **Cause No.** 09-7962
Cavalier Home Builders, LLC, et. al.

---

**Pamela Pruitt (245248)**   **Address** 3511 Louisiana Ave. Lake Charles , LA 70607

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Patricia  Thompson (245124)**   **Address** 3926 Hollygrove St.  New Orleans , LA 70118

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Paulette Wilson-Williams (245031)**   **Address** 3621 McKinley Street  Lake Charles, LA 70607

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Peggy Bullard, as Next Friend of K.M, a minor**   **Address** 809 Evers Street  Dequincy, LA 70633
**(245072)**

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

**Peggy Edwards , as Representative of the Estate of**   **Address** 212 N Lincoln  Lake Charles , LA 70601
**Maud Thibodeaux, deceased (245191)**

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

**Peggy White  (245189)**  **Address**  2001 Vito Apt. E  Lake Charles , LA 70601

**Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.  CMH Manufacturing, Inc., et. al.  **Cause No.**  09-7853

---

**Percy Thomas  (245275)**  **Address**  325 McNabb St.  Lake Charles , LA 70615

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  09-7904

---

**Perpetula Jefferson (244965)**  **Address**  223 Euerka Dr.  Apt. 12C Gray , LA 70359

**Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  09-7904

---

**Peter Doucet (245059)**  **Address**  1323 Sally Mae Street  Lake Charles, LA 70601

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7819

**Case Style**  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.  **Cause No.**  10-1265

**Case Style**  John Martin, et. al.  vs. Liberty Homes Inc., et. al.  **Cause No.**  10-1256

---

**Quentin Lewis (245127)**  **Address**  1924 Legion Street  Lake Charles, LA 70601

**Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  Keystone RV Company, et. al.  **Cause No.**  09-7792

**Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.**  10-1275

---

**Quentin Lewis, as Next Friend of Q.L, a minor (245139)**  **Address**  1924 Legion Street  Lake Charles, LA 70601

**Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  Keystone RV Company, et. al.  **Cause No.**  09-7792

**Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.**  10-1275

---

**Rashita  Pittman (245203)**  **Address**  1339 Kirk Ave.  Lake Charles , LA 70601

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7819

**Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  10-1281

---

**Rashita  Pittman, as Next Friend of C.J, a minor (245200)**  **Address**  1339 Kirk Ave.  Lake Charles , LA 70601

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7819

**Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  10-1281

---

**Rashita  Pittman, as Next Friend of C.P, a minor (245199)**  **Address**  1339 Kirk Ave.  Lake Charles , LA 70601

**Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.**  09-7819

**Case Style**  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.**  10-1281

---

Rashita  Pittman, as Next Friend of D.B, a minor (245201)     **Address** 1339 Kirk Ave. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Rashita  Pittman, as Next Friend of M.P, a minor (245202)     **Address** 1339 Kirk Ave. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Rashita  Pittman, as Next Friend of S.B, a minor (245198)     **Address** 1339 Kirk Ave. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Regina  Pittman, as Next Friend of B.P, a minor (245213)     **Address** 1401 14th St. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Regina Guidry (245247)     **Address** 2935 Royal Ave.  Lake Charles , LA 70607

    **Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

Regina Pittman (245210)     **Address** 2210 Poplar St. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Regina Pittman, as Next Friend of C.P, a minor (245214)     **Address** 1401 14th St. Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

Regina Pittman, as Next Friend of J.S, a minor (245215)     **Address** 1401 14th St.  Lake Charles , LA 70601

    **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

    **Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-1281

---

---

**Regina Pittman, as Next Friend of T.P, a minor (245212)**  **Address** 1401 14th St. Lake Charles , LA 70601

Case Style  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

Case Style  Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1281

---

**Reynard Eaglin, as Next Friend of D.E, a minor (245347)**  **Address** 1315 Green Road Street  Westlake, LA 70669

Case Style  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.    **Cause No.** 09-7815

Case Style  Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 10-1307

---

**Reynauda Ardie, as Next Friend of C.A, a minor (245270)**  **Address** 201 Willow Lane Lake Charles , LA 70615

Case Style  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7819

---

**Richard Williams (244968)**  **Address** 2704 Bayou Bleu Dr.  Marrero, LA 70072

Case Style  Jasmine Ratliff, et. al.  vs. Vanguard, LLC, et. al.    **Cause No.** 10-1296

---

**Rickey Tate (245195)**  **Address** PO Box 964   Gulfport, MS 39502

Case Style  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

Case Style  Samaria  Stubbs, et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1266

---

**Risha  Thomas , as Next Friend of J.T, a minor (245266)**  **Address** 311 Kirkman St.  Apt. C  Lake Charles , LA 70615

Case Style  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7904

---

**Robert Hall (245044)**  **Address** 714 N. Jake Street  Lake Charles, LA 70601

Case Style  June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2223

---

**Roland  Drounett (245273)**  **Address** PO Box 366  Hackberry, LA 70645

Case Style  Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.    **Cause No.** 09-7887

---

**Ronald George (245151)**  **Address** 2339 D. Trosclair Road  Creole, LA 70632

Case Style  Beatrice Hart, et. al.  vs. Dutch Housing, Inc. d/b/a Champion Homes, et. al.    **Cause No.** 09-7978

Case Style  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.    **Cause No.** 10-1265

---

**Ronald George (245152)**  **Address** 2339 D. Trosclair Road  Creole, LA 70632

Case Style  Beatrice Hart, et. al.  vs. Dutch Housing, Inc. d/b/a Champion Homes, et. al.    **Cause No.** 09-7978

Case Style  Cherlyn Rogers, et. al.  vs. Forest River, Inc., et. al.    **Cause No.** 10-1265

---

**Rose Henderson (245107)**      **Address** 202 Kohlers Dr.  Lucedale, MS 39452

**Case Style** Joan Martin, et. al.  vs. Pilgrim International, Inc., et. al.     **Cause No.** 10-1253

---

**Ruby Constance (245041)**      **Address** 1720 Carl Lyons Road  Sulphur, LA 70665

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

---

**Samantha Phillips (245148)**      **Address** 2105 Tulip Street  Lake Charles, LA 70601

**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7819

---

**Sandra Ryan (245053)**      **Address** 6456 San Diego Street  Lake Charles, LA 70607

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.     **Cause No.** 09-7795

---

**Sarah Abshire, as Next Friend of S.A, a minor (245070)**      **Address** 7410 Jarib Lane  Lake Charles, LA 70607

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.     **Cause No.** 09-7897

---

**Sarah Green (245154)**      **Address** PO Box 101  Lacombe, LA 70445

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2233

---

**September Burks  (245144)**      **Address** 6045 Craigie Road   New Orleans , LA 70126

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

**Shakara Lartigue  (245267)**      **Address** 2016 Denise Street

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.     **Cause No.** 09-7792

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.     **Cause No.** 10-1275

---

**Shannon Marcantel (245251)**      **Address** 2517 Straley Road  Westlake, LA 70669

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

**Shannon Marcantel, as Next Friend of A.M, a minor (245250)**      **Address** 2208 North Perkins Ferry  Moss Bluff , LA 70611

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7904

---

**Shirley Edmond (245138)**      **Address** 133 Dobbertine Road  Lake Charles, LA 70607

**Case Style** Amanda Nieves, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 10-2233

Shonda  Clark (245129)                          **Address** 28016 Napoleon Lacombe, LA 70445

    **Case Style** Lemuel Stallworth, et. al. vs. Forest River, Inc., et. al.   **Cause No.** 10-2190

---

Sira Soun (245071)                              **Address** 13985 3rd Avenue Bayou La Batre, AL 36509

    **Case Style** June Carr, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2223

---

Stacy Bigelow (245174)                          **Address** 1260 N. Hwy 171 Lot 20 Lake Charles, LA 70611

    **Case Style** Angela Pittman, as Next Friend of C.r, a minor, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2183

---

Stacy Cumbie , as Next Friend of A.C, a minor (245176)                          **Address** 8825 Matador Dr. Grand Bay, AL 36541

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Stacy Cumbie (245175)                           **Address** 8525 Matador Dr. Grand Bay, AL 36541

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Stella Lavergne (245230)                        **Address** 5711 Broad Street Lot 63 Lake Charles, LA 70615

    **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Stella Lewis (245028)                           **Address** 1821 Rena Street Lake Charles, LA 70601

    **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7819

    **Case Style** Terrell Reed, et. al. vs. Cavalier Home Builders, LLC, et. al.   **Cause No.** 10-1274

---

Stephanie  Jackson (245167)                     **Address** 1602 Jackson St. Lake Charles , LA 70601

    **Case Style** Marica  Stephen , et. al. vs. R-Vision, Inc., et. al.   **Cause No.** 09-7917

---

Stephanie  Martin, as Next Friend of C.M, a minor (245097)                          **Address** 1549 Magnolia St.  Slidell, LA 70460

    **Case Style** Amanda Nieves, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-2233

---

Stephanie Abraham (245181)                      **Address** 2214 9th St.  Lake Charles , LA 70601

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

---

Stephanie Abraham, as Next Friend of D.A, a minor (245182)                          **Address** 2214 Ninth St. Lake Charles , LA 70601

    **Case Style** Crystal  Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7904

Stephanie Abraham, as Next Friend of K.D, a minor (245180)

**Address** 2214 Ninth St.  Lake Charles , LA 70601

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Stephanie Abraham, as Representative of the Estate of Joan Citizen, deceased (245183)

**Address** 2214 9th St.  Lake Charles , LA 70001

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Stephanie Lyons (245223)

**Address** 9370 Bryant St.  Bayou La Batre, AL 36509

**Case Style** Gerald Byron, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7892

---

Stephanie Martin (245159)

**Address** 4616 Shalimar Dr.  New Orleans , LA 70126

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 10-1282

---

Suzette Lewis (245340)

**Address** 1549 Magnolia Street  Slidell, LA 70460

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Talmus Wilson (245160)

**Address** 45484 Willie Wilson Road   Franklinton, LA 70438

**Case Style** Gia Williamson, as Next Friend of D.W, a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.

**Cause No.** 10-2259

---

Tameka Cannon (245342)

**Address** 1769 Rousselin Drive  New Orleans, LA 70119

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Tameka Cannon, as Next Friend of J.C, a minor (245161)

**Address** 1769 Rousselin Dr.  New Orleans , LA 70119

**Case Style** Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

Tara LaBove, as Next Friend of T.B, a minor (245130)

**Address** 1471 Highway 384 Lot 24 Lake Charles, LA 70607

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.

**Cause No.** 09-7919

---

Tenesha LaSalle (245061)

**Address** 2017 Brenda St.  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Tenesha LaSalle, as Next Friend of B.F, a minor (245062)

**Address** 2017 Brenda  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

Tenesha LaSalle, as Next Friend of K.L, a minor (245058)

**Address** 2017 Brenda  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.

**Cause No.** 09-7853

---

**Tessa LaBove (245128)**

**Address** 1471 Highway 384 Lot 24 Lake Charles, LA 70607

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al. vs. Southern Energy Homes, Inc., et. al.

**Cause No.** 09-7919

---

**Thao Nguyen, as Next Friend of K.T, a minor (245081)**

**Address** 12408 Ilene Court Irvington, AL 36544

**Case Style** Victoria Dempey, et. al. vs. KZRV, LP, et. al.

**Cause No.** 09-7908

---

**Theo Edwards (245045)**

**Address** 1817 8th Avenue Lake Charles, LA 70601

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Thuy  Doan, as Next Friend of A.D, a minor (245056)**

**Address** 12195 Landing Court Irvington, AL 36544

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

**Thuy Doan, as Next Friend of L.D, a minor (245055)**

**Address** 12195 Landing Court Irvington, AL 36544

**Case Style** Crystal Charles , et. al. vs. Gulf Stream Coach, Inc., et. al.

**Cause No.** 09-7904

---

**Tiffiny Jefferson (245337)**

**Address** 1018 Hardy Avenue Gulfport, MS 39501

**Case Style** Sandra Lindsey, as Next Friend of R. F., a minor, et. al. vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al.

**Cause No.** 09-7967

---

**Timmicka Franklin (245115)**

**Address** 204 Lavelle Dr. Gulfport, MS 39503

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Timmicka Franklin, as Next Friend of T.C, a minor (245113)**

**Address** 204 Lavelle Dr. Gulfport, MS 39503

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Timmicka Franklin, as Next Friend of T.F, a minor (245114)**

**Address** 204 Lavelle Dr. Gulfport, MS 39503

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Tommy Addison (245277)**

**Address** 24962 Sorters Road

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Trina Pullard, as Next Friend of C.P, a minor (245190)**

**Address** 222 Jackson St.  Dequincy, LA 70638

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

---

**Trina Pullard, as Next Friend of C.P, a minor (245194)**

**Address** 222 Jackson St.  Dequincy, LA 70633

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7819

| | | |
|---|---|---|
| Tyshockki Burks , as Next Friend of D.M, a minor (245149) | **Address** | 6433 Bridge Hampton Apt. D New Orleans , LA 70126 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

| | | |
|---|---|---|
| Tyshockki Burks (245145) | **Address** | 6433 Bridgehampton Dr. Apt. D New Orleans , LA 70126 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

| | | |
|---|---|---|
| Van Tran (245240) | **Address** | 1509 Lottie Avenue  Bayou La Batre, AL 36509 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

| | | |
|---|---|---|
| Vanessa Tutson (245323) | **Address** | 1115 North Booker   Lake Charles , LA 70601 |
| **Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7819 | |

| | | |
|---|---|---|
| Velvet Burrell (245252) | **Address** | 4254 5th Avenue Building #726 Lake Charles, LA 70607 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

| | | |
|---|---|---|
| Vernell Chatman (245279) | **Address** | 3619 TX St. L123  Lake Charles , LA 70605 |
| **Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7819 | |

| | | |
|---|---|---|
| Viney Silas (245076) | **Address** | PO Box 1338  Dequincy, LA 70633 |
| **Case Style**  Dora Howard, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7819 | |

| | | |
|---|---|---|
| Walter Dunbar (244967) | **Address** | 8 Marywood Ct.  New Orleans , LA 70128 |
| **Case Style**  Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al. | **Cause No.**  10-2218 | |

| | | |
|---|---|---|
| Whitney Cooper (245336) | **Address** | 15382 Summerfield Drive  Gulfport, MS 39503 |
| **Case Style**  Sandra Lindsey, as Next Friend of R. F., a minor, et. al.  vs. Alliance Homes, Inc. d/b/a Adrian Homes, et. al. | **Cause No.**  09-7967 | |

| | | |
|---|---|---|
| Wilfred Francis (245029) | **Address** | 714 N. Jake Street  Lake Charles, LA 70601 |
| **Case Style**  June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  10-2223 | |

| | | |
|---|---|---|
| Willard Pruitt (245249) | **Address** | 3511 Louisiana Ave.  Lake Charles , LA 70607 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

| | | |
|---|---|---|
| William Forrest (245345) | **Address** | 11951 Mose Lane  Grand Bay, AL 36541 |
| **Case Style**  Crystal  Charles , et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7904 | |

Willie Schysm (245033)

**Address** 1299 Hargrove Loop Road  Dequincy, LA 70633

**Case Style** Gia Williamson, as Next Friend of B. B. , a minor, et. al.  vs. Southern Energy Homes, Inc., et. al.

**Cause No.** 09-7919

---

Willman Guillory, as Representative of the Estate of Lydia Guillory, deceased (245039)

**Address** 2160 Alameda Street  Lake Charles, LA 70607

**Case Style** Maggie McNair, et. al.  vs. Coachmen Industries, Inc., et. al.

**Cause No.** 10-2218

---

Woodrow Karey (245068)

**Address** 2808 Foret Drive  Lake Charles, LA 70615

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.

**Cause No.** 09-7830

---

Yon Loch, as Next Friend of J.L, a minor (245084)

**Address** 13985 3rd Avenue  Bayou La Batre, AL 36509

**Case Style** June Carr, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2223

---

Zonaida Hinton (244976)

**Address** 7637 Avon Park Blvd.  New Orleans, LA 70128

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**Cause No.** 09-7887