UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO  Civil Action No. 09-7417  Maria Hernandez, as Next Friend of W. V.,  a minor, et. al.  vs. Gulf Stream Coach,  Inc., et. al. | * * * * * * * | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages:

**IT IS SO ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint for Damages (see attached Exhibit A) is hereby GRANTED.

New Orleans, Louisiana this 1st day of November, 2010.

_____
JUDGE KURT D. ENGELHARDT