## Exhibit A

---

Aaron Trail (250576)                                      **Address**  1901 See St.  Lake Charles, LA 70601

**Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  10-1282

---

Alania LaSalle (250375)                                   **Address**  2007 Tulip Stg.  Lake Charles, LA 70615

**Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  10-1267

**Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  10-1282

---

Alex Hutchins (250305)                                    **Address**  36 Whitfield Dr  Poplarville, MS 39470

**Case Style**  Mary January, et. al.  vs. Dutchmen Manufacturing, Inc., et. al.     **Cause No.**  10-1270

---

Alex LaFleur (250362)                                     **Address**  1016 10th St.  Lake Charles, LA 70601

**Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.**  10-1267

---

Alexis Mouton, as Next Friend of J.B, a minor            **Address**  241 Beau-Bassin Raod Lot # 73 Lafayette, LA
(250116)                                                              70520

**Case Style**  Santonia Brooks, as Next Friend of J.B, a minor, et. al.  vs.        **Cause No.**  10-2268
CMH Manufacturing, Inc., et. al.

---

Alexis Randle, as Next Friend of M.C, a minor            **Address**  414 N. Prater Street  Lake Charles, LA 70601
(250175)

**Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.      **Cause No.**  09-7853
CMH Manufacturing, Inc., et. al.

---

Alexis Sheridan (250514)                                  **Address**  224 Cobb Road  Lake Charles, LA 70607

**Case Style**  Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.      **Cause No.**  09-7835
Forest River, Inc., et. al.

---

Aline Druilhet (250200)                                   **Address**  2500 Smith Rd. Lot 22 Lake Charles, LA 70607

**Case Style**  Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7816

---

Alissa Martin, as Next Friend of D.S, a minor            **Address**  2410 Anita Dr.  Lake Charles, LA 70601
(250535)

**Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.**  09-7896

**Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.**  10-1274

---

Allison Ceasar, as Next Friend of S.C, a minor           **Address**  6422 S. Meadow Lark Dr.  Lake Charles, LA
(250151)                                                              70607

**Case Style**  Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.**  10-2234

---

Alvin Young (250626)                                      **Address**  508 W. Highway 90  Iowa, LA 70647

**Case Style**  Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.**  09-7816

---

Amanda Nunez (250455) **Address** P.O. Box 833  Rosepine, LA 70659

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al. **Cause No.** 09-7916

---

Andre' Brown (250142) **Address** 704 16th St  Lake Charles, LA 70653

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al. **Cause No.** 09-7815

---

Aneesa Papillion (250457) **Address** 2213 Tulip st.  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7896

---

Angela Manduburg (250412) **Address** 2150 Willowick St  Lake Charles, LA 70607

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-2234

---

Angela Redmond (250479) **Address** 1828 3rd St  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7896

---

Anna Plumber (250465) **Address** 2701 General Travis  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7816

---

Anthony Weldon (250596) **Address** 2922 Cypress St.  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7896

---

Antonia Williams, as Next Friend of F.W, a minor (250612) **Address** 2409 12th St.  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7896

---

Ashley Petroski, as Next Friend of A.L, a minor (250386) **Address** 1349 John Belle Road  Lake Charles, LA 70611

**Case Style** Jessie Thomas, et. al.  vs. Jayco, Inc., et. al. **Cause No.** 10-1277

---

Avelia Dixon (250196) **Address** 2601 General Moore  Lake Charles, LA 70615

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. **Cause No.** 09-7853

---

Barbara Beverly (250120) **Address** 15079 Hemley Rd.  Coden, AL 36523

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al. **Cause No.** 09-7835

**Barbara Jasmine (250325)**  **Address** 22714 Enterprise Blvd  Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.  **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

**Beatrice Williams (250604)**  **Address** P.O. Box 672  Cameron, LA 70631

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

**Bernice Gallien (250235)**  **Address** 2413 11th St  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

---

**Betty Schlesinger (250509)**  **Address** 1104 Guillory St  Westlake, LA 70669

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs. American Camper Manufacturing, LLC d/b/a AMERI-CAMP,  **Cause No.** 09-7800

---

**Betty Soileau (250533)**  **Address** 7421 Andrew Lane  Lake Charles, LA 70607

**Case Style** Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 10-1269

---

**Bill Bowden (250126)**  **Address** P.O.Box 0023  Trout , LA 71371

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

**Brandi Weldon (250595)**  **Address** 1704 9th Ave  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7896

---

**Brandi Weldon, as Next Friend of J.G, a minor (250249)**  **Address** 1704 9th Ave  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7896

---

**Brandi Weldon, as Next Friend of R.G, a minor (250248)**  **Address** 1704 9th Ave  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7896

---

**Byron Johnson (250329)**  **Address** 525 N Adam St  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7853

---

**Byron Johnson (250335)**  **Address** 525 N. Adam St.  Lake Charles, LA 70601

**Case Style** Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7844

---

**Byron Woods (250618)**      **Address** P.O. Box 209 Lake Charles, LA 70602

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

**Candace McCain (250422)**      **Address** 6784 Hwy 397 Lake Charles, LA 70607

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

**Cantrell Monday (250437)**      **Address** 7520 Horizon Dr. New Orleans, LA 70129

**Case Style** Micheal Mumphrey, et. al. vs. Frontier RV, Inc., et. al.    **Cause No.** 09-7897

---

**Carl Thibodeaux (250557)**      **Address** 2274 W. Tank Farm Rd. Lake Charles, LA 70605

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al. vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-2207

---

**Carolyn Westbrook (250598)**      **Address** P.O. Box 1122 Jackson, AL 36545

**Case Style** Terrance Andrews, et. al. vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.    **Cause No.** 10-2253

---

**Carolyn Westbrook, as Next Friend of A.D, a minor (250180)**      **Address** P.O. Box 1122 Jackson, AL 36545

**Case Style** Terrance Andrews, et. al. vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.    **Cause No.** 10-2253

---

**Carolyn Westbrook, as Next Friend of A.W, a minor (250597)**      **Address** P.O. Box 1122 Jackson, AL 36545

**Case Style** Terrance Andrews, et. al. vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.    **Cause No.** 10-2253

---

**Cassandra Gallien (250236)**      **Address** 2032 10th St Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

**Cassandra Gallien, as Next Friend of K.G, a minor (250238)**      **Address** 2032 10th St Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al. vs. Forest River, Inc., et. al.    **Cause No.** 09-7835

---

**Cassandra Guy, as Next Friend of R.F, a minor (250234)**      **Address** 2014 N. Jake St. Lake Charles, LA 70601

**Case Style** Cassandra Guy, as Next Friend of R. F., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7817

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

**Cecile Charles (250156)**      **Address** 710 Kingsley Street Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Cedric LaSalle (250377)  **Address** P O Box 83  Creole, LA 70632

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7896

---

Cedric LaSalle (250380)  **Address** P.O. Box 83  Creole, LA 70632

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.  **Cause No.** 09-7896

---

Ceola Cole (250172)  **Address** 1204 Clover Dr  Lake Charles, LA 70607

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

Ceola Cole, as Next Friend of M.C, a minor (250173)  **Address** 6311 Meadow Lark Dr  Lake Charles, LA 70607

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

Chanda Withers, as Next Friend of W.W, a minor (250615)  **Address** 1011 W. 18th Street Apt 35 Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

Charles Gallien (250237)  **Address** 15615 Blue Ash Dr Apt 9206 Houston, TX 77090

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

---

Charles Gallien (250239)  **Address** 2413 11th St  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 09-7835

---

Charles Guillory (250268)  **Address** 706 Harvest Dr  Sulphur, LA 70665

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.  **Cause No.** 10-1261

---

Chastity Siverand (250523)  **Address** 2712 Belden Street  Lake Charles, LA 70601

**Case Style** Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.  **Cause No.** 10-1269

---

Christopher Bowden (250127)  **Address** 807 Walters St Apt 136 Lake Charles, LA 70607

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

Christy Dejean, as Next Friend of B.T, a minor (250564)  **Address** 2021 8th St  Lake Charles, LA 70601

**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs. Skyline Corporation, et. al.  **Cause No.** 09-7918

---

Clark Reels (250483)  **Address** P.O. Box 1466  Leesville, LA 71459

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

Clyde Francois (250228)      **Address** 1716 N. Jake St  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

Connie  Robinson (250492)      **Address** 10022 Murphy Pvt. Rd.  Abbeville, LA 70510

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Connie Dorre, as Next Friend of A.L, a minor (250389)      **Address** 3700 Luke Powers Rd  Lake Charles, LA 70615

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-2220

---

Connie Dorre, as Next Friend of A.L, a minor (250390)      **Address** 3700 Luke Powers Rd  Lake Charles, LA 70615

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

Connie Dorre, as Next Friend of H.L, a minor (250392)      **Address** 3700 Luke Powers Rd  Lake Charles, LA 70615

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

Coretta Cockrell, as Next Friend of K.C, a minor (250170)      **Address** P.O. Box 1025  Cameron, LA 70631

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Coretta Cockrell, as Next Friend of M.C, a minor (250171)      **Address** P.O. Box 1025  Cameron, LA 70631

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Corlandra Thibodeaux (250558)      **Address** 1809 10th St.
Lake Charles

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Cornell Jones (250338)      **Address** 1302 West Millard St.  Welsh, LA 70591

**Case Style** Ella Mcgee, as Next Friend of J. J., a minor, et. al.  vs. Thor Industries, Inc., et. al.    **Cause No.** 09-7830

---

Crystal Brignac (250135)      **Address** 1109 Virginia St  Lake Charles, LA 70605

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 09-7990

---

Crystal Brignac, as Next Friend of A.B, a minor (250134)      **Address** 2009 Medora St.  Lake Charles, LA 70605

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 09-7990

---

Crystal Brignac, as Next Friend of A.T, a minor (250554)      **Address** 3618 McKinley Street  Lake Charles, LA 70607

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 09-7990

---

Crystal Smith (250528)                          **Address** 7731 Haney Dr.  New Orleans, LA 70126

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7896

---

Crystal Talbert, as Next Friend of A.T, a minor          **Address** 3618 McKinley St  Lake Charles, LA 70607
(250553)

**Case Style** TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al.    **Cause No.** 09-7990
vs. Champion Home Builders Co., et. al.

---

Curtis Guillory (250269)                          **Address** P.O. Box 296  China, TX 77613

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7896

---

Cynthia Henderson (250291)                        **Address** 1662 Thompson Road  Lake Charles, LA 70611

**Case Style** Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 10-1269
et. al.

---

Daniel Fontenot (250221)                          **Address** 1828 3rd St  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 09-7896

---

Daphne Higginbotham (250298)                      **Address** 5869 Landry Rd  Lake Charles, LA 70607

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.      **Cause No.** 09-7815

---

Darlene Nero (250444)                             **Address** 3327 Carver Rd  Lake Charles, LA 70615

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-    **Cause No.** 10-1261
Vision, Inc., et. al.

---

Darlene Nero, as Next Friend of T.L, a minor      **Address** 3327 Carver Rd  Lake Charles, LA 70615
(250388)

**Case Style** Keisha James, et. al.  vs. R-Vision, Inc., et. al.              **Cause No.** 10-2255

---

Darrell Higginbotham (250299)                     **Address** 5869 Landry Road  Lake Charles, LA 70607

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.      **Cause No.** 09-7815

---

Darrell Higginbotham, as Next Friend of B.H, a    **Address** 5869 Landry Rd.  Lake Charles, LA 70607
minor (250297)

**Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.      **Cause No.** 09-7815

---

Darryl Davis (250181)                             **Address** 1912 Legion St  Lake Charles, LA 70601

**Case Style** Mindy Smith, as Next Friend of J.  K., a minor, et. al.  vs.     **Cause No.** 09-7905
Liberty Homes Inc., et. al.

---

David Rougeau (250499)                            **Address** 910 Live Oak Street  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

**Deidrel Lubin (250404)**     **Address** 1805 8th St  Lake Charles, LA 70601

    **Case Style**  Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.     **Cause No.** 09-7797

---

**Delores Bartie (250105)**     **Address** 3209 S. Gen Wainwright Dr.  Lake Charles, LA 70615

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

**Delores Bartie, as Next Friend of D.K, a minor (250358)**     **Address** 3209 S. Gen Wainwright Dr.  Lake Charles, LA 70601

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

**Delores Bartie, as Next Friend of D.S, a minor (250519)**     **Address** 3209 S. General Wainwright Drive  Lake Charles, LA 70601

    **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.     **Cause No.** 10-1274

---

**Deloris Beck (250115)**     **Address** 731 Commerce St.  Jackson, AL 36545

    **Case Style**  Terrance Andrews, et. al.  vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.     **Cause No.** 10-2253

---

**Demetric Talbert (250555)**     **Address** 3618 McKinley St  Lake Charles, LA 70607

    **Case Style**  TIFFANY MANUEL, as Next Friend of B. D., a minor, et. al. vs. Champion Home Builders Co., et. al.     **Cause No.** 09-7990

---

**Deon Sam (250502)**     **Address** 1313 Arkansas St.  Lake Charles, LA 70607

    **Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.     **Cause No.** 09-7815

---

**Derran Clark (250166)**     **Address** P.O. Box 5732  Lake Charles, LA 70606

    **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.     **Cause No.** 09-7896

---

**DeSandra Adams, as Next Friend of J.A, a minor (250093)**     **Address** 1025 North Cherry  Lake Charles, LA 70601

    **Case Style**  Amy Brecheen, as Next Friend of B. T., a minor, et. al.  vs. Patriot Homes of Texas, L.P., et. al.     **Cause No.** 09-7851

---

**DeSandra Adams, as Next Friend of S.A, a minor (250096)**     **Address** 1008 6th Ave  Lake Charles, LA 70601

    **Case Style**  Amy Brecheen, as Next Friend of B. T., a minor, et. al.  vs. Patriot Homes of Texas, L.P., et. al.     **Cause No.** 09-7851

---

**Destiny Tullos (250578)**     **Address** 1204 Taranto St.  Waveland , MS 39576

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

---

**Destiny Tullos, as Next Friend of T.F, a minor (250212)**     **Address** 1204 Taranto St.  Waveland, MS 39576

    **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.     **Cause No.** 09-7980

| | | |
|---|---|---|
| Detra Ceasar, as Next Friend of D.L, a minor (250385) | **Address** | 2404 Fox Field  Westlake, LA 70669 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |

| | | |
|---|---|---|
| Diana Malbrough (250407) | **Address** | 4249 5th Avenue Apt S-12 Lake Charles, LA 70607 |
| **Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 09-7815 |

| | | |
|---|---|---|
| Diana Malbrough, as Next Friend of S.M, a minor (250408) | **Address** | 4249 5th Ave Apt S-12 Lake Charles, LA 70607 |
| **Case Style**  Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al. | **Cause No.** | 09-7815 |

| | | |
|---|---|---|
| Diana Scott (250511) | **Address** | 2001 South Sherwood Forest Blvd. Apt 218 Baton Rouge, LA 70816 |
| **Case Style**  Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al. | **Cause No.** | 09-7853 |

| | | |
|---|---|---|
| Donald Higgins (250300) | **Address** | 5065 South Prien Lake Road  Lake Charles, LA 70605 |
| **Case Style**  Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.** | 10-1267 |

| | | |
|---|---|---|
| Donovan Lee (250395) | **Address** | 8328 Parnell Street  Houston, TX 77051 |
| **Case Style**  Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 09-7801 |

| | | |
|---|---|---|
| Elaine Harmon, as Next Friend of M.J, a minor (250334) | **Address** | 2309 13th St.  Lake Charles, LA 70601 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |

| | | |
|---|---|---|
| Elissa Martin (250414) | **Address** | 2410 Anita Dr.  Lake Charles, LA 70601 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.** | 09-7896 |
| **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.** | 10-1274 |

| | | |
|---|---|---|
| Ella Payne (250460) | **Address** | 1511 7th St  Lake Charles, LA 70601 |
| **Case Style**  Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al. | **Cause No.** | 09-7792 |
| **Case Style**  Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. | **Cause No.** | 10-1275 |
| **Case Style**  Delphine Jones, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.** | 10-1254 |

| | | |
|---|---|---|
| Ellis Joseph (250352) | **Address** | 129 Louisiana Ave  Lake Charles, LA 70601 |
| **Case Style**  Ellis Joseph, et. al.  vs. Superior Homes, LLC, et. al. | **Cause No.** | 10-1293 |

| | | |
|---|---|---|
| Eric Petroski (250463) | **Address** | 1349 John Belle Rd  Lake Charles, LA 70611 |
| **Case Style**  Jessie Thomas, et. al.  vs. Jayco, Inc., et. al. | **Cause No.** | 10-1277 |

---

Erica Dean (250183)

**Address** 4451 5th Ave Apt G-63 Lake Charles, LA 70607

**Case Style** Tracie Evans, et. al.  vs. Lexington Homes, et. al.

**Cause No.** 09-7849

---

Ernest January, as Next Friend of S.J, a minor (250323)

**Address** 2732 Bending Branch Drive  Lake Charles, LA 70607

**Case Style** Angela Mackey, et. al.  vs. Patriot Homes, Inc., et. al.

**Cause No.** 10-2247

---

Essie Galmore, as Next Friend of J.R, a minor (250485)

**Address** 404 South Cherry Street  Lake Charles, LA 70601

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 10-2190

---

Ethel Washington, as Next Friend of C.W, a minor (250583)

**Address** 4247 5th Ave Apt 215 Lake Charles, LA 70607

**Case Style** Acquanette German, et. al.  vs. Sun Valley, Inc., et. al.

**Cause No.** 10-1311

---

Floyd Vincent, as Representative of the Estate of Oladean Vincent, deceased (250581)

**Address** 1735 6th Avenue  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7816

---

Forrest Ladner (250361)

**Address** 6297 Lower Bay Rd  Bay St. Louis, MS 39520

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-1267

---

Fred Valentine (250580)

**Address** 4053 Rose St  Moss Point, MS 39563

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.

**Cause No.** 09-7835

---

Fredrick Richard (250484)

**Address** 4451 5th Avenue Apt 11 Lake Charles, LA 70605

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-2220

---

Glenda Gims (250250)

**Address** 1611 Orrin St.  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 09-7816

**Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al.

**Cause No.** 10-1283

---

Grace Charles (250157)

**Address** 209 N. Prater St  Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.

**Cause No.** 10-1267

---

Gregory Simon (250520)

**Address** 2408 4th Ave  Lake Charles, LA 70601

**Case Style** April Thomas, as Next Friend of C. C., a minor, et. al.  vs. Horton Homes, Inc., et. al.

**Cause No.** 09-7793

Gwendolyn Schlesinger (250510)                          **Address** 1104 Guillory St  Westlake, LA 70669

**Case Style** Candius Martin, as Next Friend of Z. B., a minor, et. al.  vs.    **Cause No.** 09-7800
American Camper Manufacturing, LLC d/b/a AMERI-CAMP,

Haley Spicer (250538)                                   **Address** 803 Benjamin Lane  Hackberry, LA 70645

**Case Style** Julie Seaman, as Next Friend of T. S., a minor, et. al.  vs.    **Cause No.** 09-7834
Vanguard, LLC, et. al.

Harold Jones (250343)                                   **Address** 1916 2nd Ave  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

Harold Thibodeaux (250559)                              **Address** 521 Kingsley Street  Lake Charles, LA 70601

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-    **Cause No.** 10-1261
Vision, Inc., et. al.

Heartsease Braxton (250129)                             **Address** P.O. Box 4512
                                                        Lake Charles, LA 70606

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

Hilton Randle (250477)                                  **Address** 414 N. Prater Street  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.    **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

Howard Dejean (250188)                                  **Address** 2021 8th Street  Lake Charles, LA 70601

**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs.    **Cause No.** 09-7918
Skyline Corporation, et. al.

Howard Dejean, as Next Friend of H.D, a minor          **Address** 2021 8th Street  Lake Charles, LA 70601
(250189)
**Case Style** Tanisha Banks, as Next Friend of J. P. , a minor, et. al.  vs.    **Cause No.** 09-7918
Skyline Corporation, et. al.

Hubert Robinson (250494)                                **Address** 1614 Orrin St  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

Irene Simien (250516)                                   **Address** 4451 5th Ave Apt 162 Lake Charles, LA 70607

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

**Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

Jacqueline Deville (250191)                             **Address** 2815 General Collins  Lake Charles, LA 70615

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

Jaime Jackson, as Next Friend of K.G, a minor (250259)

**Address** 4412 Gordon Woods  Lake Charles, LA 70615

> **Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.
>
> **Cause No.** 10-1307

---

Jakeita Baxter (250113)

**Address** 4110 Wood Arbor Court  Humble, TX 77346

> **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.
>
> **Cause No.** 09-7792
>
> **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.
>
> **Cause No.** 10-1275

---

Jamaral Perrodin (250462)

**Address** 2008 Legion Street  Lake Charles, LA 70601

> **Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.
>
> **Cause No.** 10-2220

---

James Brown (250143)

**Address** 19334 Crawford Dr.  Moss Bluff, LA 70611

> **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.
>
> **Cause No.** 09-7896

---

Jamie Haley (250275)

**Address** 3413 Coolidge Street  Lake Charles, LA 70607

> **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.
>
> **Cause No.** 09-7816

---

Jasper Parker (250458)

**Address** 1223 Fournet St  Lake Charles, LA 70601

> **Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.
>
> **Cause No.** 09-7853

---

Jeffrey Reed (250480)

**Address** 1218 13th Street  Lake Charles, LA 70601

> **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.
>
> **Cause No.** 09-7816

---

Jennifer Bartie (250106)

**Address** P.O. Box 1034  Cameron, LA 70631

> **Case Style** Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.
>
> **Cause No.** 10-1260

---

Jennifer Bartie, as Next Friend of S.G, a minor (250243)

**Address** P.O. Box 1034  Cameron, LA 70631

> **Case Style** Mary Moore, et. al.  vs. Scotbilt Homes, Inc., et. al.
>
> **Cause No.** 10-1260

---

Jerin Charles (250158)

**Address** 125 South Franklin  Lake Charles, LA 70601

> **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.
>
> **Cause No.** 10-1282

---

Jo McFillen, as Representative of the Estate of Jo Wood, deceased (250616)

**Address** 6675 Highway 90 East Lot 117 Lake Charles, LA 70615

> **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.
>
> **Cause No.** 10-2207

| | |
|---|---|
| Jo-Helen McFillen, as Representative of the Estate of Robert Wood, deceased (250617) | **Address** 6675 Hwy 90 E Lot 117 Lake Charles, LA 70615 |

**Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-2207

---

| | |
|---|---|
| John Haley (250276) | **Address** 3413 Coolidge St  Lake Charles, LA 70607 |

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

| | |
|---|---|
| John Haley (250277) | **Address** 209 N. Lyons St.  Lake Charles, LA 70601 |

**Case Style** Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 09-7844

---

| | |
|---|---|
| John Staves (250546) | **Address** 5112 Fairmeau Circle  Raleigh, NC 27613 |

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

| | |
|---|---|
| John Staves, as Next Friend of B.S, a minor (250544) | **Address** 5112 Fairmeau Circle  Raleigh, NC 27613 |

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

| | |
|---|---|
| John Staves, as Next Friend of B.S, a minor (250545) | **Address** 5112 Fairmeau Circle  Raleigh, NC 27613 |

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.    **Cause No.** 09-7795

---

| | |
|---|---|
| John Thompson, as Next Friend of J.T, a minor (250570) | **Address** 5850 Tom Hebert # 76 Lake Charles, LA 70607 |

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 09-7801

---

| | |
|---|---|
| John Weatherall (250593) | **Address** 113 Sunset Dr.  Lafayette, LA 70501 |

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

**Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al.    **Cause No.** 10-1283

---

| | |
|---|---|
| Johnnie Hardman (250278) | **Address** 227 N Enterprise Blvd  Lake Charles, LA 70601 |

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

| | |
|---|---|
| Jonathan Meche (250429) | **Address** 1716 N Jake St  Lake Charles, LA 70601 |

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

| | |
|---|---|
| Jose Libert (250402) | **Address** 1616 Church St  Lake Charles, LA 70601 |

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

**Joseph Baxter (250114)**                          **Address** 4110 Wood Arbor Court  Humble, TX 77346

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al.  vs.  **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

**Joseph Frazier (250230)**                         **Address** 121 River Birch Dr  Iowa, LA 70647

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

**Joseph Thibodeaux (250560)**                      **Address** 2820 Medora St  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

**Joshua Lewis (250400)**                           **Address** 2004 Pinehurst Street  Lake Charles, LA 70601

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.  **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

**Joyce Mercado (250433)**                          **Address** 3222 Cedar St  Lake Charles, LA 70615

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,  **Cause No.** 09-7980
et. al.

---

**Juanita Chapman (250154)**                        **Address** 2121 17th St  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.        **Cause No.** 10-1282

---

**Juanita Chapman, as Next Friend of T.C, a minor**   **Address** 2121 17th st  Lake Charles, LA 70601
**(250155)**

**Case Style** Charles Burns, et. al.  vs. Jayco, Inc., et. al.                    **Cause No.** 10-2238

---

**June LaFleur (250363)**                            **Address** 211 North Hodges Street  Lake Charles, LA
70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.       **Cause No.** 09-7896

---

**Jung Jackson (250310)**                            **Address** 324 White Street  Lake Charles, LA 70601

**Case Style** Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor  **Cause No.** 10-1294
Industries, Inc., et. al.

**Case Style** Joyce Calabretta , et. al.  vs. Lexington Homes, et. al.            **Cause No.** 10-1300

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.     **Cause No.** 10-1307

---

**Justin Payne (250461)**                            **Address** 1011 W 18th St Apt 100 Lake Charles, LA
70601

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.  **Cause No.** 09-7801
Cavalier Home Builders, LLC, et. al.

---

**Justine Tousand (250574)**                         **Address** 1331 Fournet St  Lake Charles, LA 70601

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.           **Cause No.** 09-7829

**Kahero Baldwin (250100)**  **Address** 1005 Sycamore St.  Lake Charles, LA 70601

**Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs.  **Cause No.** 09-7835
Forest River, Inc., et. al.

---

**Karin Goodwin (250255)**  **Address** P.O. Box 18044  Lake Charles, LA 70616

**Case Style** Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al.  **Cause No.** 09-7897

---

**Katrina Mouton (250443)**  **Address** 708 Prater Road  Westlake, LA 70669

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs.  **Cause No.** 10-1272
Coachmen Industries, Inc., et. al.

---

**Kayla Brown (250144)**  **Address** 1516 Catus Dr  Lake Charles, LA 70607

**Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.  **Cause No.** 09-7829

---

**Kayla Lubin (250405)**  **Address** 1805 8th St  Lake Charles, LA 70601

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

**Kayla Lubin, as Next Friend of K.T, a minor (250567)**  **Address** 1805 8th St  Lake Charles, LA 70601

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

**Keith Francis (250227)**  **Address** 4254 5th Ave  Lake Charles, LA 70607

**Case Style** Keith Francis, et. al.  vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7844

---

**Kelvin Woods (250621)**  **Address** 8 Sherwood Apt 46  Sulphur, LA 70663

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

**Kenneth Declouiet (250185)**  **Address** 502 North Booker  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,  **Cause No.** 09-7980
et. al.

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-  **Cause No.** 10-1261
Vision, Inc., et. al.

---

**Kenneth Williamson (250610)**  **Address** 1506 Hunter St  Lake Charles, LA 70615

**Case Style** Rhonda Aguilar, et. al.  vs. Coachmen Industries, Inc., et. al.  **Cause No.** 09-7797

---

**Kenny Galmore (250242)**  **Address** 404 South Cherry Street  Lake Charles, LA 70601

**Case Style** Lemuel Stallworth, et. al.  vs. Forest River, Inc., et. al.  **Cause No.** 10-2190

Kenya Harrison, as Next Friend of K.H, a minor (250284)

**Address** 4245 5th Ave Apt M3 Lake Charles, LA 70607

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Kim LaFleurking (250364)

**Address** 1016 10th St.  Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-1267

---

Koby Smith (250531)

**Address** 1510 Shaw Street  Lake Charles, LA 70601

**Case Style** Michael Walker, et. al.  vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2220

---

Kristopher Battle (250110)

**Address** 11835 Old Shipyard Rd.  Coden, AL 36523

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1281

---

Lakyn Deville (250192)

**Address** 2815 General Collins  Lake Charles, LA 70605

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.   **Cause No.** 09-7829

---

Larry Booker (250124)

**Address** 1909 18th St  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Lashadrin Mash (250420)

**Address** 14021 Callahan Drive  Houston, TX 77049

**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs. CMH Manufacturing, Inc., et. al.   **Cause No.** 09-7853

---

Lashaunda Dupont (250203)

**Address** 1003 S Division St  Lake Charles, LA 70601

**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.   **Cause No.** 09-7916

---

Lashonda Bridges (250133)

**Address** P.O. Box 112  Dequincy, LA 70633

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Lashonda Bridges, as Next Friend of J.B, a minor (250131)

**Address** P.O. Box 112  Dequincy, LA 70633

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Lashonda Bridges, as Next Friend of J.B, a minor (250132)

**Address** P.O. Box 112/ 103 Khalon Lane   Dequincy, LA 70633

**Case Style** Antoine Adams, et. al.  vs. Recreation By Design, LLC, et. al.   **Cause No.** 09-7795

---

Lauren Deville (250193)

**Address** 2815 General Collins  Lake Charles, LA 70615

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.   **Cause No.** 09-7829

Lavandon Coleman (250174)                 **Address** 522 Belden St.   Lake Charles, LA 70601

**Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Lawrence Williams (250607)                **Address** 1306 Pear Street  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 09-7980
et. al.

---

Leeose Lewis (250401)                     **Address** 2017 Susan Street  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leeose Lewis, as Next Friend of P.K, a minor    **Address** 2017 Susan St.  Lake Charles, LA 70607
(250356)

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leonard Deville (250194)                  **Address** 2815 General Collins  Lake Charles, LA 70615

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

LeRoy Guidry (250266)                     **Address** 2815 General Collins  Lake Charles, LA 70615

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

Leshonda Cephas (250153)                  **Address** 3222 Cedar St  Lake Charles, LA 70615

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 09-7980
et. al.

---

Leslie Adams (250094)                     **Address** 1710 Second St Apt A Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leslie Adams, as Next Friend of M.A, a minor    **Address** 1710 Second St Apt. A Lake Charles, LA 70601
(250095)

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leslie Ferrygood (250214)                 **Address** 1126 McDabb Street  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leslie Ferrygood, as Next Friend of J.F, a minor    **Address** 1400 Davtel Street  Lake Charles, LA 70601
(250213)

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Leticia Washington (250587)               **Address** 4247 5th Ave Apt 215 Lake Charles, LA 70607

**Case Style** Acquanette German, et. al.  vs. Sun Valley, Inc., et. al.    **Cause No.** 10-1311

---

Lezonia Jackson, as Next Friend of B.J, a minor (250306)

**Address** 909 Aspen Ct Apt D Laplace, LA 70084

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Lezonia Jackson, as Next Friend of F.J, a minor (250308)

**Address** P.O. Box 2891 Reserve, LA 70084

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Linda Chretier (250164)

**Address** 4413 Beaver St Lake Charles , LA 70607

**Case Style** Michael Walker, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 10-2220

---

Linda Meche (250430)

**Address** 1716 N Jake St Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7816

---

Lindsey Newman, as Next Friend of A.N, a minor (250445)

**Address** 4310 Oaklawn Dr Lake Charles, LA 70605

**Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1282

---

Lola Dejean (250190)

**Address** 2213 Tulip st. Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Loretta Charles (250160)

**Address** 125 South Franklin Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1282

---

Loretta Gallier (250240)

**Address** 830 N. Lyons Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Malcolm January (250319)

**Address** 1011 W. 18th Street Apt 35 Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.   **Cause No.** 09-7816

---

Marie Turner, as Next Friend of D.R, a minor (250496)

**Address** 5858 W. Pinewood Dr. Lake Charles, LA 70607

**Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 10-1282

---

Mark George Jr., as Next Friend of M.G, a minor (250247)

**Address** 211 N. Hodges Street Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Mark George, as Next Friend of L.G, a minor (250246)

**Address** 211 N. Hodges St. Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.   **Cause No.** 09-7896

---

Mark Guillory (250272)                          **Address** 877 Hwy 26  Elton, LA 70532

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs.    **Cause No.** 09-7801
Cavalier Home Builders, LLC, et. al.

---

Marty Fobbs (250218)                            **Address** 108 N Lincoln St Lake Charles, LA 70601

**Case Style** W.C. Johnson, et. al.  vs. Superior Homes, LLC, et. al.    **Cause No.** 09-7829

---

Marva January (250320)                          **Address** 1982 Manchester Road  Iowa, LA 70647

**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Marva January, as Next Friend of T.J, a minor   **Address** 1982 Manchester Road  Iowa, LA 70647
(250316)
**Case Style** Huey Phan , et. al.  vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

Mary Smythe (250532)                            **Address** 7453 Blanco Lane  Lake Charles, LA 70607

**Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-    **Cause No.** 10-1261
Vision, Inc., et. al.

---

Mary White (250601)                             **Address** 1405 Sunset Drive  Lake Charles, LA 70607

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

Mary Young (250625)                             **Address** 5636 Bancroft Avenue #310 Oakland, CA
                                                94605
**Case Style** Terry Free, et. al.  vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

**Case Style** Terrell Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 10-1274

---

Melissa Malvo (250411)                          **Address** 2222 14th St  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Melissa Malvo, as Next Friend of A.M, a minor   **Address** 2222 14th St  Lake Charles, LA 70601
(250410)
**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Mercedes Clark (250167)                         **Address** P.O. Box 5732  Lake Charles, LA 70606

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Michael Francis, as Next Friend of K.F, a minor **Address** 14021 Callahan Drive  Houston, TX 77049
(250211)
**Case Style** Daphne Lawrence, as Next Friend of M. O., a minor, et. al.  vs.    **Cause No.** 09-7853
CMH Manufacturing, Inc., et. al.

---

Michelle Batchelor (250108)    **Address** 1055 Hungerford Rd.   Lake Charles , LA 70615

    **Case Style** Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs.    **Cause No.** 10-2207
    Cavalier Home Builders, LLC, et. al.

---

Mildred Weatherall, as Next Friend of K.L, a minor    **Address** 1126 N Prater St  Lake Charles, LA 70601
(250383)

    **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

    **Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al.    **Cause No.** 10-1283

---

Millie Jones (250345)    **Address** 3408 Maplewood Dr Apt 3 Sulphur, LA 70663

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Moses Charles (250161)    **Address** 125 South Franklin  Lake Charles, LA 70601

    **Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Nathanuel Jones (250347)    **Address** 2143 Everlyn St  Lake Charles, LA 70601

    **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc.,    **Cause No.** 09-7980
    et. al.

    **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

---

Nelda Brown (250147)    **Address** 1310 Saint Mary Dr  Lake Charles, LA 70601

    **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

---

Nicole Watson, as Next Friend of P.W, a minor    **Address** 2333 Van Buren St.  Lake Charles, LA 70607
(250590)

    **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

Nikki Schannette (250508)    **Address** P.O. Box 17134  Lake Charles, LA 70616

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Nikki Schannette, as Next Friend of B.S, a minor    **Address** P.O. Box 17134  Lake Charles, LA 70601
(250506)

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Nikki Schannette, as Next Friend of L.S, a minor    **Address** P.O. Box 17134  Lake Charles, LA 70616
(250507)

    **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-2234

---

Nneka Sonnier (250536)    **Address** P.O. Box 862  Supply, NC 28462

    **Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

    **Case Style** Patricia Erwin, et. al.  vs. Champion Home Builders Co., et. al.    **Cause No.** 10-1286

**Nneka Sonnier, as Next Friend of P.S, a minor (250537)**    **Address** P.O. Box 862 Supply, NC 28462

> **Case Style** Tyai Robinson, et. al. vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

> **Case Style** Patricia Erwin, et. al. vs. Champion Home Builders Co., et. al.    **Cause No.** 10-1286

---

**Octiva Yelder (250623)**    **Address** 149 Stanley Drive Apt 5D Jackson, AL 36545

> **Case Style** Terrance Andrews, et. al. vs. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al.    **Cause No.** 10-2253

---

**Orelia Praten (250470)**    **Address** P.O. Box 1088 Oakdale, LA 71463

> **Case Style** Terry Free, et. al. vs. Stewart Park Homes, Inc., et. al.    **Cause No.** 09-7916

---

**Pamela Harmon (250280)**    **Address** 1509 Hunter St Lake Charles, LA 70615

> **Case Style** Rhonda Aguilar, et. al. vs. Coachmen Industries, Inc., et. al.    **Cause No.** 09-7797

---

**Patricia Brantley (250128)**    **Address** 333 Mill St Apt 416 Lake Charles, LA 70601

> **Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs. Keystone RV Company, et. al.    **Cause No.** 09-7792

> **Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.    **Cause No.** 10-1275

---

**Peggy Sturlese, as Next Friend of R.J, a minor (250354)**    **Address** 2500 Smith Rd. Lot 88 Lake Charles, LA 70607

> **Case Style** Angela Pittman, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

**Phillip Kinchen (250355)**    **Address** 2837 Gen Doolittle Lake Charles, LA 70601

> **Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

**Phillip Simon (250521)**    **Address** 1901 Mill Street Apt 541 Lake Charles, LA 70601

> **Case Style** Roxanne Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

**Piquela Stelly (250548)**    **Address** 4490 Luke Power Road Lake Charles, LA 70601

> **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

**Piquela Stelly, as Next Friend of H.S, a minor (250547)**    **Address** 4490 Luke Power Road Lake Charles, LA 70615

> **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

**Piquela Stelly, as Next Friend of M.R, a minor (250482)**    **Address** 4490 Luke Power Road Lake Charles, LA 70615

> **Case Style** Delphine Jones, et. al. vs. Patriot Homes, Inc., et. al.    **Cause No.** 10-1254

---

**Prenella Weatherall** (250594)      **Address** 113 Sunset Dr.  Lafayette, LA 70501

     **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7816

     **Case Style** Claudia Savoy, et. al.  vs. Giles Family Holdings, Inc., et. al.      **Cause No.** 10-1283

---

**Ray Leger** (250397)      **Address** 1101 3rd Ave  Lake Charles, LA 70601

     **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.      **Cause No.** 09-7816

     **Case Style** Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al.      **Cause No.** 10-1274

---

**Rebecca Scott** (250512)      **Address** 2310 14th St  Pascagoula, MS 39567

     **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.      **Cause No.** 09-7835

---

**Rena Semien** (250513)      **Address** 1512 Tennessee St  Lake Charles, LA 70607

     **Case Style** Rena Semien, et. al.  vs. Timberland RV Company d/b/a/ Adventure Manufacturing, et. al.      **Cause No.** 10-1287

---

**Ricky Newman** (250451)      **Address** 7616 Harbour Town Dr  Pickerington, OH 43147

     **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 09-7896

---

**Robert Francis** (250226)      **Address** 2016 North Jake St.  Lake Charles, LA 70601

     **Case Style** Cassandra Guy, as Next Friend of R. F., a minor, et. al.  vs. Keystone RV Company, et. al.      **Cause No.** 09-7817

     **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.      **Cause No.** 10-1275

---

**Rosa Willis** (250611)      **Address** 1815 North Junior St.  Lake Charles, LA 70607

     **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.      **Cause No.** 10-1275

---

**Rosaria Glapion** (250251)      **Address** 3011 Lark Lane  Lake Charles, LA 70607

     **Case Style** Acquanette German, et. al.  vs. Sun Valley, Inc., et. al.      **Cause No.** 10-1311

---

**Rose Jones** (250348)      **Address** 522 Belden St  Lake Charles, LA 70601

     **Case Style** Carla Stevenson, et. al.  vs. Gulf Stream Coach, Inc., et. al.      **Cause No.** 10-2234

---

**Russell Tillis** (250572)      **Address** 502 North Booker  Lake Charles, LA 70601

     **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.      **Cause No.** 09-7980

     **Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.      **Cause No.** 10-1261

---

Sabrina Barnett (250104)  **Address** 1012 Fall St. Lake Charles, LA 70601

**Case Style** Keith Francis, et. al. vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7844

---

Sabrina Barnett, as Next Friend of C.S, a minor  **Address** 1012 Fall St. Lake Charles, LA 70607
(250549)

**Case Style** Keith Francis, et. al. vs. CMH Manufacturing, Inc., et. al.  **Cause No.** 09-7844

---

Sabrina Thomas (250568)  **Address** 3117 General Marshall St Lake Charles, LA 70601

**Case Style** Chanta Burks, as Next Friend of K. B., a minor, et. al. vs.  **Cause No.** 09-7792
Keystone RV Company, et. al.

**Case Style** Huey Phan , et. al. vs. Keystone Industries, Inc., et. al.  **Cause No.** 10-1275

---

Samantha Jones (250349)  **Address** 1530 Walker Street Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

Samantha Simien (250518)  **Address** 2033 3rd St Apt #2
Lake Charles, LA 70601

**Case Style** Ebone' Williams, et. al. vs. Horton Homes, Inc., et. al.  **Cause No.** 10-1279

---

Samantha Simien, as Next Friend of J.S, a minor  **Address** 2009 Susan St Lake Charles, LA 70615
(250517)

**Case Style** Samantha Simien, as Next Friend of J.S, a minor, et. al. vs.  **Cause No.** 10-2264
Horton Homes, Inc., et. al.

---

Samuel White (250602)  **Address** 2312 12th St Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

Samuel White, as Next Friend of S.W, a minor  **Address** 2312 12th Street Lake Charles, LA 70601
(250600)

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

---

Sean Bartie (250107)  **Address** P.O. Box 1034 Cameron, LA 70631

**Case Style** Mary Moore, et. al. vs. Scotbilt Homes, Inc., et. al.  **Cause No.** 10-1260

---

Shaela Westbrook (250599)  **Address** P.O. Box 1122 Jackson, AL 36545

**Case Style** Terrance Andrews, et. al. vs. River Birch Homes, Inc. and/or  **Cause No.** 10-2253
River Birch Homes, L.L.C., et. al.

---

Shanica Silas (250515)  **Address** 112 West St Dequincy, LA 70633

**Case Style** Lamanski Finch, et. al. vs. Fleetwood Enterprises, Inc., et. al.  **Cause No.** 09-7816

**Sharon Porter (250468)**     **Address** 602 W. Prien Lake Rd.  Lake Charles, LA 70601

**Case Style** Susan Pittman, as Next Friend of J. F., a minor, et. al.  vs. Thor Industries, Inc., et. al.    **Cause No.** 10-1294

**Case Style** Joyce Calabretta , et. al.  vs. Lexington Homes, et. al.    **Cause No.** 10-1300

**Case Style** Stephen Ratcliff, et. al.  vs. CMH Manufacturing, Inc., et. al.    **Cause No.** 10-1307

---

**Shawana Green (250263)**     **Address** 1104 S. Elton Court  Lake Charles, LA 70601

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

**Shawana Green, as Next Friend of S.W, a minor (250622)**     **Address** 1104 S. Elton Court  Lake Charles, LA 70607

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 10-1267

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

**Shawntel Sterling, as Next Friend of A.M, a minor (250442)**     **Address** 215 Lincoln Street  Lake Charles, LA 70601

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al.    **Cause No.** 09-7801

---

**Sheila Slaughter (250526)**     **Address** 1708 Martha St  Lake Charles, LA 70601

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 09-7896

---

**Sheronda Robinson, as Next Friend of D.R, a minor (250493)**     **Address** 1614 Orrin St  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.    **Cause No.** 09-7816

---

**Shetaura January (250322)**     **Address** P.O. Box 623  Cameron, LA 70631

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.    **Cause No.** 09-7912

---

**Shetaura January, as Next Friend of L.D, a minor (250202)**     **Address** P.O. Box 623  Cameron, LA 70631

**Case Style** Lynda Huggins, as Next Friend of J. H., a minor, et. al.  vs. Scotbilt Homes, Inc., et. al.    **Cause No.** 09-7912

---

**Shirley Charles (250162)**     **Address** 125 South Franklin  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

**Shirley Charles, as Representative of the Estate of Leroy Charles, deceased (250159)**     **Address** 125 S. Franklin St.  Lake Charles, LA 70601

**Case Style** Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al.    **Cause No.** 10-1282

---

Shondreka Williams (250609) **Address** 4249 5th Ave Apt R-21 Lake Charles, LA 70607

**Case Style** Nicole Couvillion, as Next Friend of T. C., a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. **Cause No.** 09-7801

---

Sonya Meche (250431) **Address** P.O. Box 16385  Lake Charles, LA 70616

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7816

---

Stella Monroe (250438) **Address** 4700 General McArthur  Moss Point, MS 39563

**Case Style** Shera Borne, as Next Friend of J. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1280

---

Stephanie Henry (250295) **Address** 2007 Tulip St  Lake Charles, LA 70615

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7816

**Case Style** Marie Turner, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 10-1281

---

Syretta Celestine (250152) **Address** 415 Ave D Lot # 8 Lake Charles, LA 70615

**Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. **Cause No.** 09-7896

---

Tandra Robinson (250495) **Address** 2143 Evelyn St  Lake Charles, LA 70601

**Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. **Cause No.** 09-7980

**Case Style** Tyai Robinson, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 10-1267

---

Tangela Broussard (250140) **Address** 1226 Katy Lane  Westlake, LA 70669

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al. **Cause No.** 10-1272

---

Tangela Broussard, as Next Friend of L.B, a minor (250139) **Address** 1226 Katy Lane  Westlake, LA 70669

**Case Style** Sean Evans, as Next Friend of B. E., a minor, et. al.  vs. Coachmen Industries, Inc., et. al. **Cause No.** 10-1272

---

Tasha Glaude, as Next Friend of A.G, a minor (250244) **Address** P.O. Box 696  Lake Charles, LA 70602

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7816

---

Terrence January (250324) **Address** 1982 Manchester Road  Iowa, LA 70647

**Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al. **Cause No.** 10-1275

---

Theresa Cormier, as Next Friend of M.C, a minor (250177) **Address** 1724 Katherine St  Lake Charles, LA 70601

**Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. **Cause No.** 09-7816

| | | |
|---|---|---|
| Theresa Martin, as Next Friend of C.M, a minor (250413) | **Address** | 2010 Medora St.  Lake Charles, LA 70601 |
| **Case Style**  Laveda Munson, as Next Friend of J.B, a minor, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.**  10-2207 | |

| | | |
|---|---|---|
| Theresa Roofner (250498) | **Address** | P.O. Box 13085  Lake Charles, LA 70612 |
| **Case Style**  Angela Pittman, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  10-1282 | |

| | | |
|---|---|---|
| Theresa Tousand (250575) | **Address** | 533 Jackson  Lake Charles, LA 70601 |
| **Case Style**  W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al. | **Cause No.**  09-7829 | |

| | | |
|---|---|---|
| Tiffany Henderson (250292) | **Address** | 1662 Thompson Road  Lake Charles, LA 70611 |
| **Case Style**  Clyde Mitchell, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  10-1269 | |

| | | |
|---|---|---|
| Tishia Gordon (250258) | **Address** | 2838 Guinn St.  Lake Charles, LA 70615 |
| **Case Style**  Santonia Brooks, as Next Friend of J.B, a minor  vs. CMH Manufacturing, Inc., et. al. | **Cause No.**  10-2268 | |

| | | |
|---|---|---|
| Torrance Guillory (250273) | **Address** | 914 17th St  Lake Charles, LA 70601 |
| **Case Style**  Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7816 | |
| **Case Style**  Terrell  Reed, et. al.  vs. Cavalier Home Builders, LLC, et. al. | **Cause No.**  10-1274 | |

| | | |
|---|---|---|
| Tracy January, as Next Friend of M.J, a minor (250321) | **Address** | 2500 Smith Road 2nd FEMA # 392367528 - IKE Lake Charles, LA 70607 |
| **Case Style**  Angela Mackey, et. al.  vs. Patriot Homes, Inc., et. al. | **Cause No.**  10-2247 | |

| | | |
|---|---|---|
| Travis Simon (250522) | **Address** | 4249 5th Ave Apt B-12 Lake Charles, LA 70601 |
| **Case Style**  Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al. | **Cause No.**  09-7816 | |
| **Case Style**  Leonard Lambert, et. al.  vs. Viking Recreational Vehicle Company, LLC, et. al. | **Cause No.**  10-1310 | |

| | | |
|---|---|---|
| Troy Fields (250215) | **Address** | P.O. Box 18044  Lake Charles, LA 70616 |
| **Case Style**  Micheal Mumphrey, et. al.  vs. Frontier RV, Inc., et. al. | **Cause No.**  09-7897 | |

| | | |
|---|---|---|
| Ulonda Tillis (250573) | **Address** | 502 N Booker  Lake Charles, LA 70601 |
| **Case Style**  Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al. | **Cause No.**  09-7980 | |
| **Case Style**  Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al. | **Cause No.**  10-1261 | |

| | | |
|---|---|---|
| Ulonda Tillis, as Representative of the Estate of Craig Declouiet, deceased (250186) | **Address** | 2317 See St  Lake Charles, LA 70601 |
| **Case Style**  Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al. | **Cause No.**  09-7896 | |

Vanessa Berard (250119)                    **Address** 2509 Red Davis Rd  Lake Charles, LA 70607

  **Case Style** Huey  Phan , et. al.  vs. Keystone Industries, Inc., et. al.          **Cause No.** 10-1275

---

Veronica Teamer (250556)                   **Address** 5118 Willow Glenn Drive  Houston, TX 77003

  **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7816

---

Victoria Mitchell Johnson (250435)         **Address** 2735 Caroline Street  Lake Charles, LA 70601

  **Case Style** Nadine Ratcliff, et. al.  vs. Monaco Coach Corporation, et. al.       **Cause No.** 09-7815

---

Violet Taite (250552)                      **Address** 3573 Easy Ave  Long Beach, CA 90810

  **Case Style** Roxanne Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.         **Cause No.** 09-7896

---

Virginia Tutson (250579)                   **Address** 2512 Sonnier St.  Lake Charles, LA 70601

  **Case Style** Lamanski Finch, et. al.  vs. Fleetwood Enterprises, Inc., et. al.     **Cause No.** 09-7816

---

Wesley Brown (250148)                      **Address** 1516 Cactus Dr  Lake Charles, LA 70607

  **Case Style** W.C.  Johnson, et. al.  vs. Superior Homes, LLC, et. al.              **Cause No.** 09-7829

---

Wesley Citizen (250165)                    **Address** 2187 E. Gauthier Road Lot 325 Lake Charles, LA 70607

  **Case Style** Ossie Joseph, et. al.  vs. DS Corp. d/b/a CrossRoads RV, Inc., et. al.          **Cause No.** 09-7980

  **Case Style** Marla Raffield, as Next Friend of E. R., a minor, et. al.  vs. R-Vision, Inc., et. al.          **Cause No.** 10-1261

---

Willie Bishop (250123)                     **Address** 2831 Aubry St  New Orleans, LA 70119

  **Case Style** Tasha Turner, et. al.  vs. Keystone RV Company, et. al.               **Cause No.** 10-2239

---

Willie Kirkwood, as Next Friend of D.B, a minor (250102)          **Address** 918 Industrial  Vinton, LA 70668

  **Case Style** Jemalla Vallare, as Next Friend of A. V., a minor, et. al.  vs. Forest River, Inc., et. al.          **Cause No.** 09-7835