UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Irma Miller, et al v. Sun Valley, Inc. et al.,* | * | |
| Docket No. 09-5658; | * | |
| *Gerod Macon, et al., v. Sun Valley, Inc. et al.,* | * | |
|  Docket No. 09-7109; and | * | |
| *Sonya Andrews, et al .v. Sun Valley, Inc., et al.* | * | |
| Docket No. 0**9-**5659 | * | |
| *Doty v. Sun Valley, et al.,* .Docket No. 09-3722 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

      **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint is granted.

      **DONE AND SIGNED** this  1st   day of   November, 2010.

                    Kurt D. Engelhardt
                    UNITED STATES DISTRICT JUDGE