## Exhibit A

### Additional Plaintiffs:

ANDREW KEYS
PHILLIP HARRISON
ALLEN GROWE
SARAH WALLER
KRYSTAL BROWN
KRYSTAL BROWN ON BEHALF OF MAKAYLA BROWN
KRYSTAL BROWN ON BEHALF OF TRINITY HENRY
LAWRENCE MURPHY
HAROLD NORRIS
TULIMA HARRISON
LAWRENCE MURPHY ON BEHALF OF SHI MURPHY
PUALANI HARRISON
SHARON MURPHY
SONYA WALLER
PUALANI HARRISON ON BEHALF OF LOKENI HARRISON