## Exhibit C

## LIST OF ORIGINAL COMPLAINTS FROM WHICH PLAINTIFF(S) IN THIS AMENDED COMPLAINT CAME

In compliance with Pretrial Order 40 in In Re FEMA Trailer Formaldehyde Products Liability Litigation, MDL 07-1873, plaintiffs herein identify the original complaints from which they came.

### Plaintiffs

Sonya Andrews - 2:09-cv-04075-KDE-ALC
Andrew Keys - 2:09-cv-04075-KDE-ALC
Phillip Harrison - 2:09-cv-04075-KDE-ALC
Allen Growe - 2:09-cv-04075-KDE-ALC
Sarah Waller - 2:09-cv-04075-KDE-ALC
Krystal Brown - 2:09-cv-04075-KDE-ALC
Krystal Brown on behalf of Makayla Brown - 2:09-cv-04075-KDE-ALC
Krystal Brown on behalf of Trinity Henry - 2:09-cv-04075-KDE-ALC
Lawrence Murphy - 2:09-cv-04075-KDE-ALC
Harold Norris - 2:09-cv-04075-KDE-ALC
Tulima Harrison - 2:09-cv-04075-KDE-ALC
Lawrence Murphy on behalf of Shi Murphy - 2:09-cv-04075-KDE-ALC
Pualani Harrison - 2:09-cv-04075-KDE-ALC
Sharon Murphy - 2:09-cv-04075-KDE-ALC
Sonya Waller - 2:09-cv-04075-KDE-ALC
Pualani Harrison on behalf of Lokeni Harrison - 2:09-cv-04075-KDE-ALC