UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                           MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Melan, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-772**
*Nata, et al. v. River Birch Homes, Inc., et al.*,
**MDL 1873, WDLA 09-1287, EDLA 10-249**
*Karcher v. Cavalier Home Builders, LLC, et al.*
**MDL 1873, WDLA, 09-1271, EDLA 10-240**
*Jackler, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, NDAL 09-1421, EDLA 09-6144**
*Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, EDLA 10-1000**
*DeCourcy, et al. v. Patriot Homes of Texas, LP, et al.*
**MDL 1873, MDLA 09-501, EDLA 09-5979**
*Fernandez, et al. v. Recreation by Design, LLC, et al.*,
**MDL 1873, EDLA 10-751**
*Sigur, et al. v. Fleetwood, et al.*,
**MDL 1873, WDLA 09-1276, EDLA 10-243**
*Adams, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-510**
*Gadwaw, et al. v. DS Corp., et al.*,
**MDL 1873, EDLA 09-7941**
*Bell, et al. v. Cavalier Home Builders, Inc., et al.*,
**MDL 1873, MDLA 09-491, EDLA 09-6394**
*Borrouso, et al. v. Coachmen Industries, Inc., et al.*,
**MDL 1873, SDMS 09-525, EDLA 09-6902**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS FROM
ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

**MAY IT PLEASE THE COURT**,

      Undersigned counsel for plaintiffs listed in the attached "Exhibit A", *in globo*, respectfully

request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched"

Complaints in which they were named, also referenced in "Exhibit A", *in globo*, and listed in the caption for this Memorandum.  Plaintiffs, in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaints which all are indicated in "Exhibit A", *in globo*, attached.

Therefore, plaintiffs moves this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/ Roberta L. Burns
    ROBERTA L. BURNS