THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961


EXHIBIT
A, in globo

## *Melan, et al. v. Cavalier Home Builders, LLC.*

EDLA 10-772

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Bruce Edwin Melan | 10-4030 | Melan v. Cavalier, et al |
| (2) | James F. Williamson | 10-4030 | Melan v. Cavalier, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Nata, et al. v. River Birch Homes, Inc.*

WDLA 09-1287 EDLA 10-249

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Ray Nata | 10-3991 | Nata v. River Birch Homes, et al |
| (2) | Belinda Pulliam | 10-3991 | Nata v. River Birch Homes, et al |
| (3) | Belinda Pulliam, o/b/o C.P | 10-3991 | Nata v. River Birch Homes, et al |
| (4) | Belinda Pulliam, o/b/o V.P | 10-3991 | Nata v. River Birch Homes, et al |
| (5) | Ardis Washington | 10-3991 | Nata v. River Birch Homes, et al |
| (6) | Belinda Pulliam, o/b/o A.W | 10-3991 | Nata v. River Birch Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Branden Karcher v. Cavalier Home Builders, LLC*

WDLA 09-1271 EDLA 10-240

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Branden Karcher | 10-3959 | Karcher v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Jackler, et al. v. Pilgrim International, Inc.*

NDAL 09-1421 EDLA 09-6144

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Christopher H. Jackler | 10-3960 | Jackler v. Pilgrim International, et al |
| (2) | Patricia Perera | 10-3960 | Jackler v. Pilgrim International, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Atkinson, et al. v. Morgan Buildings & Spas, Inc.*
## EDLA 10-1000

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Johnny Dusty Atkinson | 10-3968 | Atkinson v. Morgan Buildings and Spas, et a |
| (2) | Peggy Ann Atkinson | 10-3968 | Atkinson v. Morgan Buildings and Spas, et a |
| (3) | Linda Ellen Authement | 10-3968 | Atkinson v. Morgan Buildings and Spas, et a |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Decourcy, et al. v. Patriot Homes of Texas, LP, et al.*

MDLA 09-501 EDLA 09-5979

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Shelley Robin | 10-3764 | Robin v. Insurco, et al |

THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Kerry Collins Fernandez v. Recreation By Design, LLC*

EDLA 10-751

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Kerry Collins Fernandez | 10-3980 | Fernandez v. Recreation By Design, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421 Fax: (504) 271-1961

## *Sidney Sigur v. Fleetwood, et al*

WDLA 09-1276 EDLA 10-243

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (1) Sidney C. Sigur | 10-4023 | Sigur v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Adams, et al. v. Cavalier Home Builders, LLC.*
### EDLA 10-510

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Collette Ann Adams | 10-4004 | Adams v. Cavalier, et al |
| (2) | Dijae Adams | 10-3679 | Acosta v. Gulf Stream, et al |
| (3) | Joseph Anthony Alexander | 10-3679 | Acosta v. Gulf Stream, et al |
| (4) | Paul Alexis, o/b/o D.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (5) | Paul Alexis, o/b/o H.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (6) | Mindy Alexis | 10-4004 | Adams v. Cavalier, et al |
| (7) | Paul J. Alexis | 10-3679 | Acosta v. Gulf Stream, et al |
| (8) | Paul Alexis | 10-3679 | Acosta v. Gulf Stream, et al |

## THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Gadwaw, et al. v. DS Corp., et al*

### EDLA 09-7941

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Krissy Gadwaw, o/b/o A.A | 10-4005 | Gadwaw v. DS Corp., et al |
| (2) | Dudley Raymond Ajan | 10-4005 | Gadwaw v. DS Corp., et al |
| (3) | Krissy Gadwaw or Dudley Ajan Jr, o/b/o K.A. | 10-4005 | Gadwaw v. DS Corp., et al |
| (4) | Krissy Marie Gadwaw | 10-4005 | Gadwaw v. DS Corp., et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Bell, et al. v. Cavalier Home Builders, Inc., et al*

MDLA 09-491 EDLA 09-6394

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Tanika Bell | 10-4027 | Bell v. Gulf Stream, et al |
| (2) | Charlene Blanchard | 10-4022 | Blanchard v. Gulf Stream, et al |
| (3) | Lawrence M Booze | 10-3964 | Blanchard v. Cavalier, et al |
| (4) | Robin Booze | 10-3964 | Blanchard v. Cavalier, et al |
| (5) | Yenan Booze | 10-3964 | Blanchard v. Cavalier, et al |
| (6) | Louise Brooks | 10-3964 | Blanchard v. Cavalier, et al |
| (7) | Adam Cabrera | 10-4006 | Cabrera v. Cavalier, et al |
| (8) | Richard J. Candebat | 10-4024 | Candebat v. Gulf Stream, et al |
| (9) | Gladys C. Dauth | 10-4022 | Blanchard v. Gulf Stream, et al |
| (10) | Gladys C. Dauth | 10-4024 | Candebat v. Gulf Stream, et al |
| (11) | Patricia Dennis | 10-4006 | Cabrera v. Cavalier, et al |
| (12) | Linda Woods, o/b/o B.D | 10-4027 | Bell v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Kathy Buras Gonzales | 10-4006 | Cabrera v. Cavalier, et al |
| (14) Thomas Gonzales | 10-4006 | Cabrera v. Cavalier, et al |
| (15) Tommy Lynn Hall | 10-4022 | Blanchard v. Gulf Stream, et al |
| (16) Brian Perez | 10-4024 | Candebat v. Gulf Stream, et al |
| (17) Brian Perez | 10-4022 | Blanchard v. Gulf Stream, et al |
| (18) Shannon Sheffield | 10-3964 | Blanchard v. Cavalier, et al |
| (19) Darlene Cousins Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (20) Diana Lynn Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (21) Darlene Thedy, o/b/o E.T | 10-4006 | Cabrera v. Cavalier, et al |
| (22) Jerome R. Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (23) Treyson Garon Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (24) Jarrett Earl Woods | 10-4027 | Bell v. Gulf Stream, et al |
| (25) Linda Woods, o/b/o L.W | 10-4027 | Bell v. Gulf Stream, et al |
| (26) Linda Marie Woods | 10-4027 | Bell v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Borrouso, et al. v. Coachmen Industries, Inc., et al.*
SDMS 09-525 EDLA 09-6902

|      | Name                      | Severed Case No. | Severed Case Caption                  |
|------|---------------------------|------------------|---------------------------------------|
| (1)  | Jacob Joseph Borrouso     | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (2)  | Angela Kieff Evans        | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (3)  | Jeffrey Mark Evans        | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (4)  | Scott John Hughes         | 10-3972          | Hughes v. Coachmen Industries, et al   |
| (5)  | Juanita J. Jayne          | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (6)  | Lynell Ann Mumphrey       | 10-3972          | Hughes v. Coachmen Industries, et al   |
| (7)  | Bridgette Ann Pohlmann    | 10-3972          | Hughes v. Coachmen Industries, et al   |
| (8)  | Angela Evans, o/b/o J.R   | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (9)  | Taryn Sciambra, o/b/o N.S | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (10) | Robert Joseph Sciambra    | 10-4000          | Borrouso v. Coachmen Industries, et al |
| (11) | Taryn Daigle Sciambra     | 10-3972          | Hughes v. Coachmen Industries, et al   |
| (12) | Taryn Daigle Sciambra     | 10-4000          | Borrouso v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Teresa Spiers | 10-3972 | Hughes v. Coachmen Industries, et al |