UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Melan, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-772**
*Nata, et al. v. River Birch Homes, Inc., et al.*,
**MDL 1873, WDLA 09-1287, EDLA 10-249**
*Karcher v. Cavalier Home Builders, LLC, et al.*
**MDL 1873, WDLA, 09-1271, EDLA 10-240**
*Jackler, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, NDAL 09-1421, EDLA 09-6144**
*Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, EDLA 10-1000**
*DeCourcy, et al. v. Patriot Homes of Texas, LP, et al.*
**MDL 1873, MDLA 09-501, EDLA 09-5979**
*Fernandez, et al. v. Recreation by Design, LLC, et al.*,
**MDL 1873, EDLA 10-751**
*Sigur, et al. v. Fleetwood, et al.*,
**MDL 1873, WDLA 09-1276, EDLA 10-243**
*Adams, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-510**
*Gadwaw, et al. v. DS Corp., et al.*,
**MDL 1873, EDLA 09-7941**
*Bell, et al. v. Cavalier Home Builders, Inc., et al.*,
**MDL 1873, MDLA 09-491, EDLA 09-6394**
*Borrouso, et al. v. Coachmen Industries, Inc., et al.*,
**MDL 1873, SDMS 09-525, EDLA 09-6902**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**