UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ALL CASES | * | MAG: CHASEZ |
| | * | |
| *   *   *   *   *   *   *   * | | |

NOTICE OF MLU SERVICES, INC.
TO ADOPT AND JOIN FLUOR ENTERPRISES, INC.'S GENERAL MOTIONS
PURSUANT TO ORDER OF JULY 23, 2010

**NOW INTO COURT**, through undersigned counsel, comes defendant, MLU Services, Inc. ("MLU"), who hereby adopts and joins in Fluor Enterprises Inc.'s ("Fluor") General Motions Pursuant to this Honorable Court's Order of July 23, 2010 (R. Doc. 14860). More precisely, MLU adopts and joins the following, non-exclusive list of General Motions of Fluor:

- Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings to Dismiss Louisiana Products Liability Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Doc. 13423);

- Fluor Enterprises, Inc.'s Motion for Partial Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (R. Doc. 13426);

- Any and all motions filed by Fluor regarding failure to warn; and

- Any and all motions filed by Fluor regarding government contractor status.

MLU also expressly reserves the right to adopt and join any and all other General Motions filed by Fluor of which MLU is not currently aware.

1

**WHEREFORE**, MLU adopts and joins Fluor's General Motions in this litigation, while reserving its right to adopt and join any and all other General Motions filed by Fluor of which MLU is not currently aware.

RESPECTFULLY SUBMITTED,

*/s/ Colin D. Stoner*

**COLIN D. STONER MO (#51202) KS (#20518)**
**THE STONER LAW FIRM, LLC**
601 Walnut Street, Suite 200A
Kansas City, Missouri
Telephone: (816) 283-3535
Facsimile: (816) 283-3539

*~and~*

*/s/ Lara E. White*

**LARA E. WHITE (#23366)**
**CHRISTOPHER J. KANE (#29282)**
**ADAMS AND REESE LLP**
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 585-0141
Facsimile: (504) 566-0210

*Counsel for Defendant, MLU SERVICES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the __3rd__ day of November, 2010, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Lara E. White*

**LARA E. WHITE**

2