THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961



# *Chalaire, et al. v. Forest River, Inc., et al.*

## SDMS 09-527 EDLA 09-6717

|      | Name                     | Severed Case No. | Severed Case Caption           |
|------|--------------------------|------------------|--------------------------------|
| (1)  | Diane Alice Chalaire     | 10-3975          | Chalaire v. Forest River, et al |
| (2)  | Adonis Malcom Daigle     | 10-3975          | Chalaire v. Forest River, et al |
| (3)  | Louis Mascaro            | 10-3975          | Chalaire v. Forest River, et al |
| (4)  | Shari Neumann, o/b/o A.N | 10-4003          | Neumann v. Forest River, et al |
| (5)  | Shari Neumann, o/b/o A.N | 10-4003          | Neumann v. Forest River, et al |
| (6)  | Shari Neumann, o/b/o A.N | 10-4003          | Neumann v. Forest River, et al |
| (7)  | Shari Neumann, o/b/o B.N | 10-4003          | Neumann v. Forest River, et al |
| (8)  | Shari Neumann, o/b/o B.N | 10-4003          | Neumann v. Forest River, et al |
| (9)  | Shari Neumann, o/b/o B.N | 10-4003          | Neumann v. Forest River, et al |
| (10) | Shari Neumann, o/b/o N.N | 10-4003          | Neumann v. Forest River, et al |
| (11) | Shari Neumann, o/b/o N.N | 10-4003          | Neumann v. Forest River, et al |
| (12) | Shari Neumann, o/b/o N.N | 10-4003          | Neumann v. Forest River, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Shari Coleman Neumann | 10-4003 | Neumann v. Forest River, et al |
| (14) | Shari Coleman Neumann | 10-4003 | Neumann v. Forest River, et al |
| (15) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (16) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (17) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (18) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (19) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (20) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (21) | John Palmer | 10-3975 | Chalaire v. Forest River, et al |
| (22) | Keith Shally | 10-4003 | Neumann v. Forest River, et al |
| (23) | Martha Shally | 10-4003 | Neumann v. Forest River, et al |
| (24) | Nina Sistrunk, o/b/o D.S | 10-4003 | Neumann v. Forest River, et al |
| (25) | Nina Sistrunk, o/b/o H.S | 10-4003 | Neumann v. Forest River, et al |
| (26) | Mindy Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (27) | Nina Marie Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (28) | Royce Dalton Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (29) | Brandylynn Thompson | 10-4003 | Neumann v. Forest River, et al |
| (30) | Brandy Thompson, o/b/o B.T | 10-4003 | Neumann v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (31)  Brandy Thompson, o/b/o H.T | 10-4003 | Neumann v. Forest River, et al |
| (32)  Jason  Thompson | 10-4003 | Neumann v. Forest River, et al |
| (33)  Betty  Vaccarella | 10-3975 | Chalaire v. Forest River, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *DeRoche, et al. v. Keystone RV Company, et al.*

## EDLA 09-7923

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Rebecca A Deroche | 10-3973 | DeRoche v. Keystone RV, et al |
| (2) | Joyce Mary Keim | 10-3973 | DeRoche v. Keystone RV, et al |
| (3) | Joyce Mary Keim | 10-3973 | DeRoche v. Keystone RV, et al |
| (4) | Anthony Luna | 10-3973 | DeRoche v. Keystone RV, et al |
| (5) | Stephen Schule | 10-3973 | DeRoche v. Keystone RV, et al |
| (6) | Eldridge Williams | 10-3973 | DeRoche v. Keystone RV, et al |
| (7) | Onita Williams | 10-3973 | DeRoche v. Keystone RV, et al |
| (8) | Trenton Williams | 10-3973 | DeRoche v. Keystone RV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Acosta, et al. v. Gulf Stream Coach, Inc., et al.*

## EDLA 10-513

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Dorothy  Sue Acosta | 10-3951 | Acosta v. Gulf Stream, et al |
| (2) | Helen  Albarado | 10-513 | Acosta v. Gulf Stream |
| (3) | Raymond  Albarado | 10-513 | Acosta v. Gulf Stream |
| (4) | Raymond  Albarado | 10-513 | Acosta v. Gulf Stream |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Alfonso, et al. v. Jayco, Inc., et al.*

## EDLA 10-743

|      | Name                     | Severed Case No. | Severed Case Caption     |
|------|--------------------------|------------------|--------------------------|
| (1)  | Michael  Alfonso         | 10-3992          | Alfonso v. Jayco, et al  |
| (2)  | Olivia  Alfonso          | 10-3992          | Alfonso v. Jayco, et al  |
| (3)  | Corey  M. Bastoe         | 10-3992          | Alfonso v. Jayco, et al  |
| (4)  | Erica  Bastoe            | 10-3992          | Alfonso v. Jayco, et al  |
| (5)  | Corey Bastoe, o/b/o J.B  | 10-3992          | Alfonso v. Jayco, et al  |
| (6)  | Corey Bastoe, o/b/o M.B  | 10-3992          | Alfonso v. Jayco, et al  |
| (7)  | Robin  Dennis            | 10-3992          | Alfonso v. Jayco, et al  |
| (8)  | Nancy  Mills             | 10-3992          | Alfonso v. Jayco, et al  |
| (9)  | Brandi  Pomes            | 10-3992          | Alfonso v. Jayco, et al  |
| (10) | Abbilee  Treadaway       | 10-3992          | Alfonso v. Jayco, et al  |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Authement, et al. v. TL Industries, Inc., et al.*

## EDLA 10-994

|     | Name                  | Severed Case No. | Severed Case Caption              |
|-----|-----------------------|------------------|-----------------------------------|
| (1) | Linda Ellen Authement | 10-3971          | Authement v. TL Industries, et al |

THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Hall, et al. v. Gulf Stream Coach, Inc., et al.*

### EDLA 09-6799

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Tonya R. Reeves | 10-3948 | Reeves v. Gulf Stream, et al |
| (2) | April N. Wilson | 10-4025 | Wilson v. Gulf Stream, et al |
| (3) | April N. Wilson | 10-4025 | Wilson v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Boudreaux, et al. v. Champion Home Builders Co., et al.*

## EDLA 09-3561

|     | Name                | Severed Case No. | Severed Case Caption                          |
|-----|---------------------|------------------|-----------------------------------------------|
| (1) | Michael D. Boudreaux | 10-3957          | Boudreaux v. Travelers Property and Casualt   |
| (2) | Ann M DiVincenti    | 10-3957          | Boudreaux v. Travelers Property and Casualt   |
| (3) | Paula Veltri Sino   | 10-3966          | Sino v. Travelers Property and Casualty, et a |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Durham, et al. v. Cavalier Home Builders, et al.*

### WDLA 09-1326 EDLA 10-773

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Gloria  M. Durham | 10-3988 | Durham v. Cavalier, et al |
| (2) | Roger  Dale Durham | 10-3988 | Durham v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Baker, et al. v. Morgan Buildings and Spas, Inc., et al.*

## WDLA 09-1290 EDLA 09-7162

|     | Name              | Severed Case No. | Severed Case Caption                     |
| --- | ----------------- | ---------------- | ---------------------------------------- |
| (1) | Elizabeth M. Baker | 10-3967          | Baker v. Morgan Buildings and Spas, et al |
| (2) | Edgar W. Galjour   | 10-3967          | Baker v. Morgan Buildings and Spas, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Melton, et al. v. Clearspring Conversions, Inc., et al.*

## EDLA 09-4446

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Jeffrey Michel Graves | 10-4001 | Graves v. Clear Springs, et al |
| (2) | Elizabeth Melton | 10-4001 | Graves v. Clear Springs, et al |
| (3) | Jeffery Graves, o/b/o K.M | 10-4001 | Graves v. Clear Springs, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Perez, et al. v. Gulf Stream Coach, Inc., et al.*

### MDAL 09-742 EDLA 10-770

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Warren A. Perez | 10-3974 | Perez v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Bastoe, et al. v. Dutchmen Manufacturing, et al.*

## EDLA 09-3590

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Jessica Blanchard Bastoe | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (2)  | Nicholas Lawrence Bastoe | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (3)  | Gerquel M Bowman | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (4)  | Mary Edna Bryant | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (5)  | Shawn Rochon Calice | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (6)  | Sherman Joseph Calice | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (7)  | Sherman Calice Sr., o/b/o S.C | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (8)  | Shermicia D Calice | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (9)  | Sherman Calice Sr, o/b/o S.C | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (10) | Daniel  Figueroa | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (11) | Debora Cisco Figueroa | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (12) | Brandon  Michael Guevara | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Corey Adam Guevara | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (14) | Cynthia Ann Guevara | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (15) | Mildar Jose Guevara | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (16) | Cynthia Guevara, o/b/o T.G | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (17) | Wilma Kay Hawkins | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (18) | Rodney Karcher Jr., o/b/o B.K | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (19) | Rodney Karcher Jr., o/b/o B.K | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (20) | Rodney Karcher Jr., o/b/o M.K | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (21) | Monica Poche Karcher | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (22) | Rodney David Karcher | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (23) | Charlene Bolin Kramer | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (24) | William  Kramer | 09-3826 | Boudreaux v. Dutch Housing |
| (25) | Arnold  McCallon | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (26) | Blake  McCallon | 09-3826 | Boudreaux v. Dutch Housing |
| (27) | Arnold McCallon Sr., o/b/o S.M | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (28) | Deanna S. Meyer | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (29) | Erica M. Meyer | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (30) | Melvin  Miller | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Patricia Miller | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (32) | Rajene Miller | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (33) | Scott Mitchell, o/b/o C.M | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (34) | Bryan Keith Moore | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (35) | John W. Perret | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (36) | Kenneth J. Perret | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (37) | Peggy H. Perret | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (38) | Tina Pomes | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (39) | Anetra Richard | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (40) | Maria Theresa Rodi | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (41) | Wade Rodi | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |
| (42) | Christy Trayanoff | 10-3716 | Bastoe v. Dutchmen Manufacturing, et al |