UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | |
| | SECTION "N" (4) |

**THIS DOCUMENT RELATES TO:**
*Chalaire, et al. v. Forest River, Inc. et al.*,
MDL 1873, SDMS 09-527, EDLA 09-6717
*Deroche, et al. v. Keystone RV Company, et al.*,
MDL 1873, EDLA 09-7923
*Acosta, et al. v. Gulf Stream Coach, Inc., et al.*
MDL 1873, EDLA 10-513
*Alfonso, et al. v. Jayco, Inc., et al.*,
MDL 1873, EDLA 10-743
*Authement, et al. v. TL Industries, Inc., et al.*,
MDL 1873, EDLA 10-994
*Hall, et al. v. Gulf Stream Coach, Inc., et al.*
MDL 1873, EDLA 09-6799
*Boudreaux, et al. v. Champion Home Builders Co., et al.*,
MDL 1873, EDLA 09-3561
*Durham, et al. v. Cavalier Home Builders, et al.*,
MDL 1873, WDLA 09-1326, EDLA 10-773
*Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, WDLA 09-1290, EDLA 09-7162
*Melton, et al. v. Clearspring Conversions, Inc., et al.*,
MDL 1873, EDLA 09-4446
*Perez, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, MDAL 09-742, EDLA 10-770
*Bastoe, et al. v. Dutchmen Manufacturing, Inc., et al.*,
MDL 1873, EDLA 09-3590

**O R D E R**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**