```
MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 3, 2010
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL ACTION<br><br>NUMBER: 07-1873<br><br>SECTION: "N"(5) |

HEARING ON MOTION

APPEARANCES:   Henry Miller, Justin Woods

MOTION:

(1) United States' Motion to Modify Order and Enter a Protective Order (Rec. doc. 16,069).

_____ :   Continued to

_____ :   No Opposition

\_\_ 1 \_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:20)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

\_\_1\_\_ : Other. With the exception of specific plaintiffs as to whom a scheduling order has been issued, the discovery of IA files is suspended pending a ruling on the government's pending motion to dismiss. Plaintiffs may move for reconsideration of this order for the limited purpose of opposing the government's motion to dismiss.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE