**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | **MDL No. 1873** |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | **SECTION N(5)** |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | **JUDGE ENGELHARDT** |
| | § | |
| *All Cases* | § | **MAGISTRATE CHASEZ** |
| | § | |

**FLUOR ENTERPRISES, INC.'S MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS TO DISMISS NEGLIGENT FAILURE TO WARN
CLAIMS IN THE THIRD AND FOURTH SUPPLEMENTAL AND
AMENDED ADMINISTRATIVE MASTER COMPLAINTS**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully moves this Court for a motion for a partial judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' negligent failure to warn claims against FEI in all cases consolidated in this multi-district litigation.  The factual and legal basis for this motion are set forth in the attached memorandum.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:  */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile: (214) 220-6807
cpenot@midrid.com

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Charles R. Penot, Jr.*

ND: 4851-5527-1941, v. 1