# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

<u>THIS DOCUMENT RELATES TO:</u>
*Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.,*
**MDL 1873, EDLA 09-7985**
*Gadwaw, et al. v. DS Corp., et al.,*
**MDL 1873, EDLA 09-7941**
*Borne, et al. v. DS Corp., et al.,*
**MDL 1873, EDLA 09-3729**
*Albarado, et al. v. Keystone RV Company, et al.,*
**MDL 1873, EDLA 10-512**
*Geissler, et al. v. River Birch Homes, Inc., et al.,*
**MDL 1873, MDLA 09-503, EDLA 09-6152**
*Blanchard, et al. v. Pilgrim International, Inc., et al.,*
**MDL 1873, MDLA 09-502, EDLA 09-5980**


## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A", *in globo*, who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaints in which they were named, also referenced in "Exhibit A", *in globo*, and listed in the caption for this Motion.  Plaintiffs, in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaints which all are indicated in "Exhibit A", *in globo*, attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____ s/ Roberta L. Burns _____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on  the 3rd day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____ s/ Roberta L. Burns _____
ROBERTA L. BURNS