THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961


EXHIBIT
A, in globo

## *Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*
EDLA 09-7985

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Jacklyn Aguilar | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (2) | Petrina A. Bondio | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (3) | Alecia Couget Frught | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (4) | Donald Frught | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (5) | Terry Lynn Gervais | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (6) | Jack LaCaze Jr. & Amanda Tatom, o/b/o | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (7) | Aaron Mitchell Saucier | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (8) | Amelia Johnson, o/b/o K.S | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (9) | Shantell Smith, o/b/o C.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (10) | Shantell Smith, o/b/o D.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (11) | Shantell Smith, o/b/o J.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (12) | Shantell Trenell Smith | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Gadwaw, et al. v. D.S. Corp., et al.*
### EDLA 09-7941

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Krissy Gadwaw, o/b/o A.A | 10-4005 | Gadwaw v. DS Corp., et al |
| (2) | Dudley Raymond Ajan | 10-4005 | Gadwaw v. DS Corp., et al |
| (3) | Krissy Gadwaw or Dudley Ajan Jr, o/b/o K.A | 10-4005 | Gadwaw v. DS Corp., et al |
| (4) | Sheila K. Borne | 10-3993 | Borne v. DS Corp, et al |
| (5) | Krissy Marie Gadwaw | 10-4005 | Gadwaw v. DS Corp., et al |
| (6) | Cristy Ruiz Ourso | 10-3993 | Borne v. DS Corp, et al |
| (7) | Rodney & Cristy Ourso, o/b/o J.O | 10-3993 | Borne v. DS Corp, et al |
| (8) | Rodney & Cristy Ourso, o/b/o K.O | 10-3993 | Borne v. DS Corp, et al |
| (9) | Rodney J. Ourso | 10-3993 | Borne v. DS Corp, et al |
| (10) | Emmet Patten | 10-3993 | Borne v. DS Corp, et al |
| (11) | Jennifer Rodgers, o/b/o G.R | 10-3993 | Borne v. DS Corp, et al |
| (12) | Jennifer Dawn Rodgers | 10-3993 | Borne v. DS Corp, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Richard Anthony Rodgers | 10-3993 | Borne v. DS Corp, et al |
| (14) Marie Rowan | 10-3993 | Borne v. DS Corp, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Borne, et al. v. D.S. Corp., et al.*
### EDLA 09-3729

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Trina Ben, o/b/o J.B | 10-3945 | Ben v. DS Corp., et al |
| (2) | Trina Ben, o/b/o T.B | 10-3945 | Ben v. DS Corp., et al |
| (3) | Trina B. Ben | 10-3945 | Ben v. DS Corp., et al |
| (4) | Trina Ben, o/b/o T.B | 10-3945 | Ben v. DS Corp., et al |
| (5) | Sheila Borne, o/b/o B.B | 10-3993 | Borne v. DS Corp, et al |
| (6) | Randy Borne | 10-3993 | Borne v. DS Corp, et al |
| (7) | Randy A. Borne | 10-3993 | Borne v. DS Corp, et al |
| (8) | Trina Ben, o/b/o K.B | 10-3945 | Ben v. DS Corp., et al |
| (9) | Kevin Bryan | 10-3945 | Ben v. DS Corp., et al |
| (10) | Kevin Bryan | 10-3993 | Borne v. DS Corp, et al |
| (11) | Trina Ben, o/b/o K.B | 10-3993 | Borne v. DS Corp, et al |
| (12) | Darrell J Caruso | 10-3993 | Borne v. DS Corp, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Darrell & Pearl Caruso, o/b/o D.C | 10-3993 | Borne v. DS Corp, et al |
| (14) Trina Ben, o/b/o J.J | 10-3945 | Ben v. DS Corp., et al |
| (15) Kathleen E. Jeanfreau | 10-3978 | Jeanfreau v. DS Corp, et al |
| (16) Clinton J. Rosselli | 10-3993 | Borne v. DS Corp, et al |
| (17) Harold V. Rosselli | 10-3993 | Borne v. DS Corp, et al |

**THE LAW OFFICES OF**
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Helen Albarado, et al. v. Keystone RV Company, et al.*

### EDLA 10-512

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Helen Albarado | 10-3979 | Albarado v. Keystone Industries, et al |
| (2) | Raymond Albarado | 10-3979 | Albarado v. Keystone Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Geissler, et al. v. River Birch Homes, Inc., et al*

MDLA 09-503 EDLA 09-6152

|     | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Darrell J. Clark | 10-3999 | Clark v. River Birch Homes, et al |
| (2) | Darrell Clark | 10-3999 | Clark v. River Birch Homes, et al |
| (3) | Darrell Clark Jr, o/b/o D.C | 10-3999 | Clark v. River Birch Homes, et al |
| (4) | Debbie S. Clark | 10-3999 | Clark v. River Birch Homes, et al |
| (5) | Darrin G. Geissler | 10-3937 | Geissler Darrin v. River Birch Homes, et al |
| (6) | Janard Martin Walton | 10-3937 | Geissler Darrin v. River Birch Homes, et al |
| (7) | Nyisha & Janard Jr., o/b/o J.W | 10-3937 | Geissler Darrin v. River Birch Homes, et al |
| (8) | Nyisha Gould Walton | 10-3937 | Geissler Darrin v. River Birch Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Blanchard, et al. v. Pilgrim International, Inc., et al*

MDLA 09-502 EDLA 09-5980

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Arlene Anna Marie Blanchard | 10-3944 | Blanchard v. Crum and Foster, et al |
| (2) | Adam Cabrera | 10-3944 | Blanchard v. Crum and Foster, et al |
| (3) | Floretta Stewart | 10-3947 | Stewart v. Crum and Foster, et al |
| (4) | Floretta Stewart, o/b/o M.S | 10-3947 | Stewart v. Crum and Foster, et al |
| (5) | Diana Lynn Thedy | 10-3944 | Blanchard v. Crum and Foster, et al |
| (6) | Darlene Thedy, o/b/o E.T | 10-3944 | Blanchard v. Crum and Foster, et al |
| (7) | Ross Aaron Thedy | 10-3944 | Blanchard v. Crum and Foster, et al |