## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                             SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, EDLA 09-7985**
*Gadwaw, et al. v. DS Corp., et al.*,
**MDL 1873, EDLA 09-7941**
*Borne, et al. v. DS Corp., et al.*,
**MDL 1873, EDLA 09-3729**
*Albarado, et al. v. Keystone RV Company, et al.*,
**MDL 1873, EDLA 10-512**
*Geissler, et al. v. River Birch Homes, Inc., et al.*,
**MDL 1873, MDLA 09-503, EDLA 09-6152**
*Blanchard, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, MDLA 09-502, EDLA 09-5980**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

                                          **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**