UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| § | | |
| *ALL CASES* § | | MAGISTRATE CHASEZ |
| § | | |

## NOTICE OF HEARING

TO:   All Counsel of Record

PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion for Judgment on the Pleadings to Dismiss the Third and Fourth Supplemental and Amended Administrative Master Complaints Based on the Government Contractor Defense, on the **12th day** of **January, 2011**, at **8:30 a.m.** before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/Charles R. Penot, Jr.*
    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    Telephone: (214) 220-6334
    Facsimile: (214) 220-6807
    cpenot@midrid.com

    *-and-*

    Dominic J. Gianna, La. Bar No. 6063
    Sarah A. Lowman, La. Bar No. 18311
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    Telephone: (504) 525-7200
    Facsimile: (504) 581-5983
    dgianna@midrid.com
    slowman@midrid.com

    *-and-*

    Richard A. Sherburne, Jr., La. Bar No. 2106
    450 Laurel Street, Suite 1101
    Baton Rouge, Louisiana 70801
    Telephone: (225) 381-7700
    Facsimile: (225) 381-7730
    rsherburne@midrid.com

    **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all necessary counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

/sCharles R. Penot, Jr.

ND: 4822-6225-3319, v. 1