wireless networks, satellite network, or other technology that enables telecommunication at remote sites. Telecommunication implies but is not limited to Internet, telephone, and fax service. FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2 Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines. All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3 Cleaning & Maintaining. The contractor shall provide personnel to ensure operation of a clean facility. The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

2.15.4 Temporary Utilities. The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities. Contractor shall maintain and service these temporary utilities. Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators. Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.

2.15.5 Permanent Utilities. The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA

2.15.6 Facility/Structure Access. The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).

2.15.7 Safety & Security Management. The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA. The contractor shall provide adequate security to ensure the safety and security of persons at DR centers. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

Attachment A

2.15.8 Fixed Disaster Recovery (DR) Center

2.15.8.1    Facility Management. Contractor shall provide a facility management team during time periods specified by the task order.  Contactor shall appoint a site project manager (SPM).  The SPM shall be the main point of contact for the facility.

2.15.8.2    Cleaning  & Maintaining. Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements.  This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.

2.15.8.3    Maintenance.  Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities.  Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.

2.15.9 Mobile  Disaster Recovery (DR) Center

2.15.9.1    Maintenance.  Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order. The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).

2.15.9.2    Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations. Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

Attachment A

2.16   *Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein.  Staffing to be provided will be in support of the recovery division mission.  Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.*

2.17   *Housing Strategy Support Services.  Contractor shall provide housing strategy support services.  This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources.  The area of consideration should include any surrounding major metropolitan areas.*

2.18   *Support Services.  The contractor shall provide technical assistance on an as needed basis.  Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, information analysis, and collection, analysis and reporting of data.*

3    Applicable Federal Laws & Regulations

3.1   *Contractor shall comply with the following laws, regulations, program policies, and/or subsequent material developed unless otherwise specified in Task Order Assignments:*

3.1.1   Title 36, Code of Federal Regulations (CFR)—Parks, Forests, and Public Property

3.1.2   CFR, Parts 1500-1508 — Protection of Environment

3.1.3   CFR, Part 301 — Public Contracts and Property Management

3.1.4   CFR, Parts 8, 9, 10, 13, 14, 206--Emergency Management and Assistance

3.1.5   Public Law 93-288,  Disaster Relief and Emergency Assistance Act

3.1.6   48 CFR — Federal Acquisition Regulations System

3.1.7   50 CFR, Part 402, Wildlife and Fisheries

3.1.8   Public Law 101-336, Americans with Disabilities Act

3.2   *The above documents are available through: http://www.fema.gov/ or http://www.gpo.gov/*

Attachment A

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations. The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1  Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2  Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3 Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4 Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2

FL-FCA-000114

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 3.4  *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair
manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters,
ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete
A/C, or any other component valued at over $250.  The Contractor may replace these
items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a
Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR
with a written report.  This written report needs to address identifying the item(s) by
make, model number, part number, identification number and location, condition of the
item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs.  Labor costs are covered under the monthly
maintenance fee.  Any additional labor cost must be itemized and approved by the
COTR prior to performing the work. The COTR shall investigate and determine the
practicality of repair versus replacement, and then shall instruct the Contractor to
proceed with repairs, provide the Contractor with the Major Material Item for
replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned
with the completed work order to the COTR, if requested.  Replaced parts shall be
individually identified with a wire-on tag that contains the work order number, unit
number, replacement date, and description of defect.  Unit components replaced as
defective and later determined by the COTR to have been repairable at a reasonable cost
shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices
favorable to the Government.  If the COTR determines that the Contractor could have
reasonably obtained the materials at significantly lower prices, the COTR may authorize
payment based on the lower prices.  Purchase receipts shall be provided to the COTR
with the completed work order for all (each) parts costing over $250.  The Contractor
will be compensated for the actual purchase costs of materials used, as documented on
the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or
range, or is otherwise unable to repair these appliances within 48 hours of receiving the
work request (within 6 hours for the furnace (winter) and A/C (summer)), the
Contractor shall provide a temporary appliance for the occupant.  The temporary
heating appliance shall be equipped with an automatic shut-off that activates if the
heater is accidentally tipped over.  Such temporary appliances shall be provided, at no
additional cost to the Government or the occupant, until such time as the permanent
appliances are fully operational

Exhibit 10 – Page 4

FL-FCA-000138

(2) Paragraph 2.9 is corrected to read as follows:

"INSTALLATION OF TEMPORARY MOBILE STRUCTURES."

(3) Paragraph 2.12.1 is changed in its' entirety to read as follows:

Design Services. The contractor shall when required by FEMA, present detailed design drawings which are certified and approved by qualified professionals and local governing boards. Delivery of a design product may or may not result in follow-on construction service.

(4) Paragraph 2.12.2, the following is added as the last sentence to this paragraph.

"The Contractor's requests for technical variances from any regulation or law as specified herein shall be submitted in writing to the COTR and CO for review and approval."

(5) Paragraph 2.13.9.2 the first sentence is corrected to read as follows:

"The contractor shall provide individual private shower stalls to include a private changing area."

(6) Paragraph 2.14.4, the second sentence is changed to read as follows:

Contractor shall provide adequate security to ensure the safety and security of persons at facilities during construction activities as designated by FEMA.

(7) Paragraph 2.15.6, the word "for" is hereby deleted from the first sentence.

(8) Paragraph 2.15.7, the second sentence is changed to read as follows:

The contractor shall provide adequate security to ensure the safety and security of persons at DR centers during construction activities.

(9) Exhibit 3, paragraph 3.5 is revised to read in its entirety as follows:

Manufactured Homes shall not be installed in Flood Zones. Travel Trailers and Park Models may be installed in SFHAs if written direction is provided by the COTR. Prior to providing such direction, the COTR will work with appropriate FEMA staff in the JFO to ensure that the eight (8) step process, required under Presidential Executive Order 11988 –

## Federal Emergency Management Agency (FEMA)

## Individual Assistance-Technical Assistance (IA-TAC) Contract
## Contract No. HSFEHQ-05-D-0471

### TASK ORDER MODIFICATION AND SCOPE OF WORK DOCUMENTS

### TASK ORDER NUMBER
### HSFEHQ-06-J-0011 (05-J-0020 ORIGINAL)

### STAGING SUPPORT, HAUL ONLY, HAUL & INSTALL, INSTALLATION CONSTRUCTION ACTIVITIES, MAINTENANCE, DEACTIVATION AND REMOVAL



FL-FCA-000207

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 1 of 6

**FLUOR.**

## Task Order Modification and SOW Revision History

| Date | Type of Modification | Description | POP / NTE Amount |
|---|---|---|---|
| Sept 10, 2005 | Pre-Authorization Notice (PAN) | First task order Pre-Authorization Notice (PAN) issued prior to task order award, for the haul and install of 10 TTs in the State of Louisiana. | 9/9/05-9/23/05 **Redacted** |
| Sept 23, 2005 | Pre-Authorization Notice (PAN) | Previously issued Task Orders 05-J-0021, 0022, 0025, 0029, 0032, 0033, 0035, 0036 (Florida), and 0037 are combined into this task order. New task order NTE value and POP extension. | 9/5/05- 10/4/05 **Redacted** |
| Sept 26, 2005 | Issuance of Statement of Work (SOW) | SOW for providing TT and MH staging support, haul/install, install, construction activities, maintenance and deactivation. The breakdown of units is as follows: Task ID 1 Staging: **Redacted** Task ID 2 Haul Only: Task ID 3 H& I TTs: Task ID 4 H&I MHs: Total H&I Units: | ----- |
| Sept 28, 2005 | Pre-Authorization Notice (PAN) | Clarify combination of task orders issued under 9/23/05 PAN; Task Order 0036 (Florida) is no longer combined under this task order; also new task order NTE value is issued. | 9/5/05-10/15/05 **Redacted** |
| Oct 5, 2005 | Pre-Authorization Notice (PAN) | New task order NTE value and POP extension. | 9/5/05-10/18/05 **Redacted** |
| Oct 9, 2005 | Request for Proposal and **SOW Revision #1** | Required to submit written technical and business proposal for services listed within the revised SOW. The revised SOW re-arranges distribution of units and increase the total base quantity to 14,550 units: Task ID 1 Staging: **Redacted** Task ID 2 Haul Only: Task ID 3 H& I TTs: Task ID 4 H&I MHs: Total H&I Units: | ----- |
| Oct 21, 2005 | Pre-Authorization Notice (PAN) | New task order NTE value, and POP extension. | 9/5/05-10/31/05 **Redacted** |
| Nov 10, 2005 | Task Order Award | Undefinitized task order award for haul and install, minor installation and construction activities, maintenance, deactivation, and removal of TTs and MHs. Task order to be definitized on or before 11/30/05. | 9/9/05-1/15/06 **Redacted** |

FL-FCA-000208

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

**FLUOR.**

February 1, 2007
Page 2 of 6

| Date | Type of Modification | Description | POP / NTE Amount |
|------|----------------------|-------------|------------------|
| Dec 7, 2005 | Modification P0001 | Upward adjustment of the undefinitized task order award in the amount of $ **Redacted** | **Redacted** |
| Dec 12, 2005 | Modification P0002 | Modification issued to correct typing error on Mod P0001, and to extend the task order definitization date to on or before 1/14/06. | ----- |
| March 2, 2006 | Modification P0003 | Upward adjustment of the undefinitized task order award in the amount of **Redacted** and to extend the task order definitization date to be on or before 3/30/06. | **Redacted** |
| March 10, 2006 | Modification P0004 including **SOW** **Revision #6** | SOW revision increasing the trailer quantities, and requirement to prepare and submit a cost proposal for the additional quantities:<br><br>Task ID 1   Staging:<br>Task ID 2   Haul Only:   **Redacted**<br>Task ID 3   H& I TTs:<br>Task ID 4   H&I MHs:<br><br>Total H&I Units:<br><br>Modification also served as a stop work order for Propane Refueling Services, with Fluor entitled to costs incurred for Propane Refueling service provided through 3/15/06. | 9/9/05-3/31/06<br><br>(no $$ increase) |
| March 15, 2006 | Modification P0005 | Exercise first one (1) month maintenance option period. | 4/1/06-4/30/06<br>(maint. option period) |
| March 15, 2006 | Modification P0006 including **SOW** **Revision #7** | Correction of typing error in revised SOW #6 issued 3/10/05. Task ID 4 corrected from 4,250 units to 4,650 units, Task ID 6, strikethrough added, and paragraph 5.2 restated to add clarification to requirement.<br><br>Task ID 1   Staging:<br>Task ID 2   Haul Only:   **Redacted**<br>Task ID 3   H& I TTs:<br>Task ID 4   H&I MHs:<br><br>Total H&I Units: | ----- |
| March 24, 2006 | Modification P0007 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 1 – **Redacted** | ----- |

FL-FCA-000209

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 3 of 6

**FLUOR**®

| Date | Type of Modification | Description | POP / NTE Amount |
|---|---|---|---|
| March 24, 2006 | Modification P0008 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 2 – Redacted | ----- |
| March 31, 2006 | Modification P0009 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 3 – Redacted | ----- |
| March 31, 2006 | Modification P0010 | Upward adjustment of the undefinitized task order award in the amount of Redacted and to extend the task order definitization date to be on or before 4/30/06. | Redacted |
| April 6, 2006 | Modification P0011 including SOW Revision #8 | Correction of undefinitized task order total specified in Mod P00010 and increase existing trailer quantity by Redacte correct undefinitized task order total is Redacted<br><br>Task ID 1    Staging:<br>Task ID 2    Haul Only:<br>Task ID 3    H& I TTs:    Redacted<br>Task ID 4    H&I MHs:<br>Total H&I Units: | ----- |
| April 13, 2006 | Modification P0012 | Exercise second one (1) month maintenance option period. | 5/1/06-5/31/06 (maint. option period) |
| May 8, 2006 | Modification P0013 | Upward adjustment of $130,843,208. to total undefinitized task order value. Funding constraints limit the government's obligations to Redacted leaving when funding becomes available. | Redacted |
| May 16, 2006 | Modification P0014 | Obligate remaining Redacted the Redacted The maximum value of the task order remains at Redacted | Redacted |
| May 26, 2006 | Modification P0015 | Exercise third one (1) month maintenance and phase out option period. | 6/1/06-6/30/06 (maint. option period) |
| May 30, 2006 | Revised SOW #9 | Revised SOW shifting unit quantities within the Task ID's 2-4.<br><br>Task ID 1    Staging:<br>Task ID 2    Haul Only:<br>Task ID 3    H& I TTs:    Redacted<br>Task ID 4    H&I MHs:<br>Total H&I Units: | ----- |
| June 21, 2006 | Modification P0016 | Upward adjustment of the undefinitized task order award in the amount of Redacted | Redacted |

FL-FCA-000210

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 4 of 6

**FLUOR**®

| Date | Type of Modification | Description | POP / NTE Amount |
|------|---------------------|-------------|------------------|
| June 28, 2006 | Modification P0017 (includes partial SOW revisions) | Issuance of partial SOW revisions (full SOW revision not issued) increasing unit quantities, extending H&I and maintenance POP, and requesting revised cost proposal that incorporates revised SOW.<br><br>Task ID 1   Staging:<br>Task ID 2   Haul Only:<br>Task ID 3   H& I TTs:<br>Task ID 4   H&I MHs:   **Redacted**<br>Total H&I Units: | 9/9/05-9/30/06<br><br>8/31/06-10/31/06 (maint. option period)<br><br>(no $$ increase) |
| June 30, 2006 | Modification P0018 (includes partial SOW revisions) | Cancellation of Modification P00017 in its entirety (issued 6/28/06), and issuance of partial SOW revisions (full SOW revision not issued) increasing unit quantities, extending H&I and maintenance POP, and requesting revised cost proposal that incorporates revised<br><br>Task ID 1   Staging:<br>Task ID 2   Haul Only:<br>Task ID 3   H& I TTs:<br>Task ID 4   H&I MHs:   **Redacted**<br>Total H&I Units: | 9/9/05-9/30/06<br><br>8/31/06-10/31/06 (maint. option period)<br><br>(no $$ increase) |
| July 17, 2006 | Modification P0019 | Extension of Task ID 8, unit deactivation and removal POP through 7/31/06. | ------ |
| Aug 30, 2006 | Modification P0020 | Definitize and increase task order funding by **Redacted** | **Redacted** |
| Aug 30, 2006 | Modification P0021 | Exercise group site maintenance option 1 period of performance. | 9/1/06-9/30/06 (group site maint. option period) |
| Sept 6, 2006 | Modification P0022 | Cancellation of Modification P0020 in its entirety (issued 8/30/06); and definitization and increase of task order funding by $**Redacted** | **Redacted** |

FL-FCA-000211

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 5 of 6

# FLUOR®

| Date | Type of Modification | | Description | POP / NTE Amount |
|---|---|---|---|---|
| Sept 22, 2006 | Modification P0023 (includes partial SOW revisions) | | Definitize and increase task order funding by **Redacted** and issue partial SOW revisions (full SOW revision not issued) as shown within the table below. | **Redacted** |
| Task ID | Task Title | Quantity | Remarks | POP |
| Task ID 1 | Staging: | | | |
| Task ID 2 | Haul Only: | | Haul TT/MH/TS to their intended destination(s) [Industrial Restart, PA Program, etc] as required. | |
| Task ID 3 | H&I TTs: | **Redacted** | Haul/install TTs on sites in the State of Louisiana. All units shall be winterized. | Base POP through 9/30/06. Option 1 POP 10/1-10/30/06. Option 2 POP 11/1 -11/30/06. |
| Task ID 4 | H&I MHs: | | Haul/install MHs on sites in the State of Louisiana. All units shall be winterized. | POP through 9/30/06. |
| | Total H&I Units: (includes option units) | | | |
| Task ID 7 | Group Site Infrastructure & Grounds Maintenance | | Provide maintenance services for trailers on Group Sites to include infrastructure and grounds maintenance. | POP through 8/31/06 Option 1 POP 9/1 – 9/30/06 Option 2 POP 10/1 – 10/31/06 |
| Task ID 8 | Unit Deactivation | | | POP through 7/31/06. |
| Oct 4, 2006 | Modification P0024 | | Extend POP at no additional cost for task order completion and closeout activities. | 9/9/05-10/31/06 |

Combined PDF Page 6 of 140

FL-FCA-000212

Contract HSFEHQ-05-R-0471                                    Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

# General Provisions

## 1. Disaster Information

Disaster: 1603
State: Louisiana

### Joint Field Office Information:

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817

JFO Point of Contact:  David Porter, COTR
Phone:                 202-438-1294
Email:                 david.porter@dhs.gov

Counties:  State of Louisiana.

## 2. Operational Objective:  Identify and provide temporary housing solutions for all
people displaced because of Hurricane Katrina.

## 3. Identified Tasks: The contractor shall perform the tasks identified below. Contractor shall
execute these tasks to the requirements and specifications identified in this task order, in
accordance with the Performance Work Statements and applicable Exhibits. .

### 3.1 Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s). The staging area(s)
shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA
assets to their intended destination.

FL-FCA-000219

Contract HSFEHQ-05-R-0471                                    Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

Note: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 3500 Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

2 of 4

FL-FCA-000220

Contract HSFEHQ-05-R-0471                          Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 3500 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-TT | 3000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units must be winterized. |
| Task ID | Task Title | Projected Qty | Remarks |
| 4 | Haul/Installation-MH | 1550 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units must be winterized. |

### 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall
make all necessary repairs to systems specified in this task order. If multiple sites are clustered
together it is permissible, with FEMA approval, to share specialized maintenance personnel
among clustered facilities.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of
structures to call and report maintenance problems. The toll free number must be available and
operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's
established time frames.

FL-FCA-000221

Contract HSFEHQ-05-R-0471                                Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The
contractor shall provide FEMA a maintenance log upon request. This log will include all
maintenance calls, and status of remedy. Records shall be in accordance with the contract
requirements.

### 3.3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 5 | Occupancy Maintenance | 8000 Estimated | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |
| 6 | Deactivation/Removal | 5000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, additional rigging for temporary mobile structures.

## 4. Period of Performance: The period of performance is the start date indicated in the Pre
Authorization Letter through April 01, 2007 (includes 18 months of Operations and Maintenance).

4 of 4

FL-FCA-000222

TASK ORDER TERMS AND CONDITIONS _____
NOT SPECIFIED IN THE CONTRACT _____

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 9, 2005 through January 15, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 10,12,16,18,20,21,23,28 of 2005 and October 5 and 21 of 2005 for the period September 9, 2005 through Januiary 15, 2005. The amount of pre-authorization through October 21, 2005 is $41,650,000.00 for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 9, 2005 through January 15, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $104,906,818, which includes estimated cost of $95,380,248 and fixed fee of $9,526,570.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $47,690,124.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $40,536,605.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $47,690,124.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Negotiations on or before November 30, 2005;

(2) Definitization within 5 days of agreement;

Page 3

FL-FCA-000238

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontracts.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

**Page 4**

FL-FCA-000239

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Page 5**

FL-FCA-000240

Contract HSFEHQ-05-D-0471    **Revision 6 - 3/9/06**    Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.3.4 Maintenance Records.** The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

**3.3.5 Major Material Item Repair or Replacement.** PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

**3.3.6 Propane Refueling Services.** ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 5 | Occupancy Maintenance for Private Sites | 34,650 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | Propane Refueling Service | 5,000 Estimated (no change) | The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (no change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000252

3.2 Haul and/or Haul/Installation Subtask #2. The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|------------|---------------|---------|
| 2 | Haul Trailers only | 4,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 43,450 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 4,850 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. |

3.3 Maintenance Subtask #3.   The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task

FL-FCA-000297

order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1 Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy.

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3.3.4 Maintenance Records. The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

3.3.5 Major Material Item Repair or Replacement. PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

3.3.6 Propane Refueling Services. ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30-gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|

FL-FCA-000298