UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 07-1873

THIS DOCUMENT RELATED TO  
Sheila M. Spiers, et al  
Member Case No. 2:10-cv-04125

SECTION "N" (5)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, SunnyBrook RV, Inc., who respectfully requests that Cynthia J. Thomas and Mark E. Seamster of the Law Firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as counsel of record in place of Larry G. Canada of Galloway, Johnson, Tompkins, Burr & Smith.

Undersigned counsel certifies that the enrollment of the undersigned and Mr. Seamster will in no way delay these proceedings.

Wherefore, SunnyBrook RV, Inc. prays that this Court enroll and substitute Cynthia J. Thomas and Mark E. Seamster as counsel of record in place of Larry G. Canada.

Respectfully submitted,

By: ___/s/ Larry G. Canada___
**LARRY G. CANADA, MS Bar #10480**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**
2510 14th Street, Suite 910
Gulfport, Mississippi 39501
Telephone: (228) 214-4250
Fax: (228) 214-9650
E-Mail: lcanada@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

**AND**

By: ___/s/ Cynthia J. Thomas___
**CYNTHIA J. THOMAS, LA Bar #22631**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Fax: (985)674-6681
E-Mail: cthomas@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

**AND**

By: ___/s/ Mark E. Seamster___
**MARK E. SEAMSTER, LA Bar #17136**
**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Fax: (985)674-6681
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 4th day of November, 2010, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

        (   ) Hand Delivery      (   ) Facsimile
        (   ) Prepaid U.S. Mail  (   ) UPS/Federal Express
        ( X ) Electronic Mail    (   ) Certified Mail, Return Receipt Requested


                                                  */s/ Cynthia J. Thomas*
                                                 **CYNTHIA J. THOMAS**