UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATED TO<br>Sheila M. Spiers, et al<br>Member Case No. 2:10-cv-04125 | SECTION "N" (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING** Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that attorney Larry G. Canada of the Law Firm Galloway, Johnson, Tompkins, Burr & Smith be removed as counsel of record for defendant, SunnyBrook RV, Inc., and that attorneys Cynthia J. Thomas and Mark E. Seamster of the Law Firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as counsel of record for SunnyBrook RV, Inc.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____ 2010.

_____
**JUDGE**