# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N-5"**

**JUDGE ENGELHARDT**
**MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Thornton, et al v. Forest River, Inc., et al,*
E.D. La. Case No. 09-3305

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW SECOND SUPPLEMENTAL AND AMENDING COMPLAINT (DOC. 16909)

MAY IT PLEASE THE COURT:

Plaintiffs in the above captioned matter respectfully represent that it is appropriate to withdraw their Second Supplemental and Amending Complaint (Doc. 16909) in the underlying action, Case No. 2:09-cv-3305. Federal Rules of Civil Procedure Rule 15 allows a party to amend a pleading as a matter of course within 21 days of service. Fed. R. Civ. P. 15(a)(1)(A). Since the Second Supplemental and Amending Complaint was filed on October 15th, 20 days have passed and Plaintiffs are entitled to amend as a matter of course. Alternatively, Plaintiffs represent that justice so requires withdrawal of the document. Plaintiffs' counsel has conferred with counsel for defendants in this matter, and the instant motion is unopposed.

Therefore, Plaintiff requests this Honorable Court grant Plaintiff's instant Motion to Withdraw Document Number 16909.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

|   |   |
|---|---|
| BY: | s/Justin I. Woods |
|   | GERALD E. MEUNIER, #9471 |
|   | JUSTIN I. WOODS, #24713 |
|   | Gainsburgh, Benjamin, David, |
|   | Meunier & Warshauer, L.L.C. |
|   | 2800 Energy Centre |
|   |  1100 Poydras Street |
|   | New Orleans, Louisiana  70163 |
|   | Telephone:     504/522-2304 |
|   | Facsimile:      504/528-9973 |
|   | jwoods@gainsben.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713