UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Clark, et al v. Forest River, Inc., et al,*
**E.D. La. Case No. 09-2890**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT (DOC. 16908)

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the attached memorandum in support, respectfully represent that it is appropriate to withdraw their Fourth Supplemental and Amending Complaint (Doc. 16908).

WHEREFORE, the Plaintiffs herein respectfully request that this Honorable Court grant the instant Motion to Withdraw their Fourth Supplemental and Amending Complaint (Doc. 16908).

    Respectfully submitted:

    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

    BY:    s/Justin I. Woods
              GERALD E. MEUNIER, #9471
              JUSTIN I. WOODS, #24713
              Gainsburgh, Benjamin, David,
              Meunier & Warshauer, L.L.C.
              2800 Energy Centre

1100 Poydras Street<br>
New Orleans, Louisiana  70163<br>
Telephone:     504/522-2304<br>
Facsimile:     504/528-9973<br>
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods<br>
JUSTIN I. WOODS, # 24713