UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Clark, et al v. Forest River, Inc., et al,*
**E.D. La. Case No. 09-2890**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT (DOC. 16908)

MAY IT PLEASE THE COURT:

Plaintiffs in the above captioned matter respectfully represent that it is appropriate to withdraw their Fourth Supplemental and Amending Complaint (Doc. 16908) in the underlying action, Case No. 2:09-cv-2890. Federal Rules of Civil Procedure Rule 15 allows a party to amend a pleading as a matter of course within 21 days of service. Fed. R. Civ. P. 15(a)(1)(A). Since the Fourth Supplemental and Amending Complaint was filed on October 15th, 20 days have passed and Plaintiffs are entitled to amend as a matter of course. Alternatively, Plaintiffs represent that justice so requires withdrawal of the document. Plaintiffs' counsel has conferred with counsel for defendants in this matter, and the instant motion is unopposed.

Therefore, Plaintiff requests this Honorable Court grant Plaintiff's instant Motion to Withdraw Document Number 16908.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,**

                              **MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David,
         Meunier & Warshauer, L.L.C.
         2800 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana  70163
         Telephone:    504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/Justin I. Woods
                                                   JUSTIN I. WOODS, # 24713