LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629



HUGH P. LAMBERT
LINDA J. NELSON

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: <u>November 3, 2010</u>

<u>IN RE: FEMA TRAILER FORMALDEHYDE</u>
<u>PRODUCTS LIABILITY LITIGATION</u>

<u>RELATES TO CASE NO. 09-4496</u>

Case No. <u>MDL No. 1873</u> Section N(5)

Dear Sir or Madam:

Please **ISSUE** summons on the **PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES** to the following:

1.     The United States of America, Department of Justice
       Through the United States Attorney General
       Honorable Eric Holder
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, D.C. 20530-0001

2.     The United States of America
       Through the Office of the U.S. Attorney for the Eastern District of Louisiana
       Jim Letten, United States Attorney
       Hale Boggs Federal Building
       500 Poydras Street, Suite B-210
       New Orleans, Louisiana 70130

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3.     The United States of America
Through the Federal Emergency Management Agency
Office of the Director, Craig Fugate
500 C Street, SW
Washington, D.C. 20472

**Pursuant to Pre-Trial Orders 55 and 68, I hereby certify that all parties in this matter have been properly matched.**

Very truly yours,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com