

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 3, 2010

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

RELATES TO CASE NO. 09-5536

Case No. MDL No. 1873 Section N(5)

Dear Sir or Madam:

Please **ISSUE** summons on the **PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES** to the following:

1. The United States of America, Department of Justice
   Through the United States Attorney General
   Honorable Eric Holder
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

2. The United States of America
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

Page 1 of 2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3.   The United States of America
     Through the Federal Emergency Management Agency
     Office of the Director, Craig Fugate
     500 C Street, SW
     Washington, D.C. 20472

**Pursuant to Pre-Trial Orders 55 and 68, I hereby certify that all parties in this matter have been properly matched.**

Very truly yours,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com