**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: November 3, 2010

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

RELATES TO CASE NO. 09-5622

Case No. _MDL No. 1873_ Section N(5)

Dear Sir or Madam:

   Please **ISSUE** summons on the **PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES** to the following:

1.   The United States of America, Department of Justice
     Through the United States Attorney General
     Honorable Eric Holder
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, D.C. 20530-0001

2.   The United States of America
     Through the Office of the U.S. Attorney for the Eastern District of Louisiana
     Jim Letten, United States Attorney
     Hale Boggs Federal Building
     500 Poydras Street, Suite B-210
     New Orleans, Louisiana 70130

___ Fee_____
___ Process BG(3)Sms
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

3.  The United States of America
    Through the Federal Emergency Management Agency
    Office of the Director, Craig Fugate
    500 C Street, SW
    Washington, D.C. 20472

**Pursuant to Pre-Trial Orders 55 and 68, I hereby certify that all parties in this matter have been properly matched.**

Very truly yours,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com