MINUTE ENTRY
ENGELHARDT, J.
November 4, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Thursday, November 4, 2010, at 10:45 a.m. Participating were Thomas L. Cougill, Linda J. Nelson, Raul R. Bencomo, Chris Pinedo, Mark Willingham and Hal Roach.

JS10(0:20)