OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

```
                    U.S. DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

                    FILED    OCT 29 2010

                    LORETTA G. WHYTE
                         CLERK
```

Date: __10-29-10__

__Harvey Barnes__

vs.

__Dutchmen Manufacturing, Inc,__

Case No. __09-3764__ Section __"N"__ et al

Consolidated with 07md1873

Dear Sir:

Please (issue) (**re-issue**) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) __Davis Professional Accounting Services, LLC__
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __plaintiffs__

Address _____

___ Fee ___
___ Process BGD Sms
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___