UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**  
**Clerk**

500 Poydras St., Room C-151  
New Orleans, LA 70130

November 2, 2010

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

APPEAL NO. <u>10-30921</u>  
<u>10-30945</u>

<u>IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY   MD 07-1873 N</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___   1) Certified copy of the notice of appeal and docket entries.

   ___   2) Certified copy of notice of a cross-appeal and docket entries.

   ___   3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___   4) This case is proceeding <u>in forma pauperis</u>

   ___   5) Order Appointing Counsel   ___ CJA-20   ___ FPD

   ___   6) District Judge entering the final judgment is _____

   ___   7) Court Reporter assigned to the case _____

   ___   8) If criminal case, number and names of other defendants on appeal ___

   ___   9) This case was decided without a hearing; there will be no transcript.

   ___  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   <u>x</u>   1) **Certified** Copies record on appeal consisting of:

       ___ Volume(s) of record   ___ Volume(s) transcripts

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

   ___   2) supplemental record including,_____

   ___   3) SEALED Docs. _____

   ___   4) Other:_____

Very truly yours,

By <u>Alicia Phelps</u>  
Deputy Clerk