

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: FEMA TRAILER

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:07-MD-1873

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

Fee _____
Process _____
X  Dktd _____
CtRmDep _____
Doc. No. _____

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  11/3/10

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 03, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-31045    In Re: FEMA Trailer  
         USDC No. 2:07-MD-1873

Enclosed is an order entered in this case.

Counsel should provide this Court with a copy of the record designation(s) filed in the District Court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Allison G. Lopez, Deputy Clerk  
                        504-310-7702

Mr. Lyon H. Garrison  
Mr. Gerald Edward Meunier  
Mr. Andrew D. Weinstock  
Ms. Loretta Whyte

MOT-2