UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Kellogg v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1280, EDLA 10-538
*Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, SDMS 09-523, EDLA 09-6899
*Surtain v. Recreation by Design, LLC, et al.*
MDL 1873, WDLA, 09-1289, EDLA 09-6714
*Penny, et al. v. Waverlee Homes, Inc., et al.*,
MDL 1873, EDLA 09-3741
*Cargo v. Coachmen Industries, Inc., et al.*,
MDL 1873, MDLA 09-493, EDLA 09-5977
*DeCourcy, et al. v. Fleetwood Canada, et al.*,
MDL 1873, MDLA 09-495, EDLA 09-6148
*DeCourcy, et al. v. R-Vision, Inc., et al.*,
MDL 1873, MDLA 09-504, EDLA 09-5981
*Ladner, et al. v. Coachmen Industries, Inc.*,
MDL 1873, EDLA 09-7934
*Bader, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 10-511
*Kieff, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 10-738

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

New Orleans, LA the 4th day of November, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE