## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N" (4)**

<u>THIS DOCUMENT RELATES TO:</u>
*Melan, et al. v. Cavalier Home Builders, LLC, et al.,*
MDL 1873, EDLA 10-772
*Nata, et al. v. River Birch Homes, Inc., et al.,*
MDL 1873, WDLA 09-1287, EDLA 10-249
*Karcher v. Cavalier Home Builders, LLC, et al.*
MDL 1873, WDLA, 09-1271, EDLA 10-240
*Jackler, et al. v. Pilgrim International, Inc., et al.,*
MDL 1873, NDAL 09-1421, EDLA 09-6144
*Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.,*
MDL 1873, EDLA 10-1000
*DeCourcy, et al. v. Patriot Homes of Texas, LP, et al.*
MDL 1873, MDLA 09-501, EDLA 09-5979
*Fernandez, et al. v. Recreation by Design, LLC, et al.,*
MDL 1873, EDLA 10-751
*Sigur, et al. v. Fleetwood, et al.,*
MDL 1873, WDLA 09-1276, EDLA 10-243
*Adams, et al. v. Cavalier Home Builders, LLC, et al.,*
MDL 1873, EDLA 10-510
*Gadwaw, et al. v. DS Corp., et al.,*
MDL 1873, EDLA 09-7941
*Bell, et al. v. Cavalier Home Builders, Inc., et al.,*
MDL 1873, MDLA 09-491, EDLA 09-6394
*Borrouso, et al. v. Coachmen Industries, Inc., et al.,*
MDL 1873, SDMS 09-525, EDLA 09-6902

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaints for Damages is **GRANTED**.

11/4/2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE