```
1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION
                              DOCKET MDL NO. 1873 "N"
6                             NEW ORLEANS, LOUISIANA
                              MONDAY, MAY 17, 2010, 8:30 A.M.
7
     THIS DOCUMENT RELATES TO:
8
     DOCKET NO. 09-3251,
9    EARLINE CASTANEL v
     RECREATION BY DESIGN, LLC
10
     ****************************************************************
11
                        DAY 1, MORNING SESSION
12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                   UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16
     FOR PLAINTIFF:        WATTS GUERRA CRAFT
17                         BY:  MIKAL C. WATTS, ESQUIRE
                           FOUR DOMINION DRIVE
18                         BUILDING THREE, SUITE 100
                           SAN ANTONIO TX 78257
19

20                         CHRIS PINEDO
                           ATTORNEY AT LAW
21                         802 N. CARANCAHUA, SUITE 2250
                           CORPUS CHRISTI TX  78470
22

23                         REICH & BINSTOCK
                           BY:  DENNIS C. REICH, ESQUIRE
24                         4265 SAN FELIPE, SUITE 1000
                           HOUSTON TX  77027
25
```

1  APPEARANCES CONTINUED:

2

3  FOR DEFENDANT:              GARRISON YOUNT FORTE & MULCAHY
                               BY:  LYON H. GARRISON, ESQUIRE
4                                   SCOTT P. YOUNT, ESQUIRE
                                    RANDALL C. MULCAHY, ESQUIRE
5                              909 POYDRAS STREET, SUITE 1800
                               NEW ORLEANS LA  70112
6

7                              DUPLASS ZWAIN BOURGEOIS MORTON
                               PFISTER & WEINSTOCK
8                              BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                    JOSEPH G. GLASS, ESQUIRE
9                              THREE LAKEWAY CENTER
                               3838 N. CAUSEWAY BOULEVARD
10                             SUITE 2900
                               METAIRIE LA  70002
11

12

13  OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RMR, CRR
                               500 POYDRAS STREET, ROOM B406
14                             NEW ORLEANS LA  70130
                               (504) 589-7779
15

16  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3     EXAMINATIONS                                          PAGE

4

5     VOIR DIRE OF JURY VENIRE.............................    5

6     JURY SELECTED.......................................   92

7     STIPULATIONS OF FACT................................  110

8     STIPULATION OF EXHIBITS.............................  116

9     OPENING STATEMENTS BY MR. WATTS.....................  117

10    OPENING STATEMENTS BY MR. GARRISON..................  135

11

12

13

14                         E X H I B I T S

15    DESCRIPTION                                           PAGE

16

17    EXHIBIT NUMBERS 3, 5 to 8, 13, 34, 209, 274,276       116

18    THROUGH 288, 302, 305, 316, 330, 335 THROUGH 340, 348,

19    350, 364 TO 366, 389, 413 THROUGH 416, 435, 454

20    THROUGH 465, 467 THROUGH 475, 477 to 486, 488 TO 495,

21    AND 498 WERE ADMITTED...............................

22

23

24

25

1                       **P-R-O-C-E-E-D-I-N-G-S**

2                       MORNING SESSION

3              MONDAY, MAY 17, 2010, 8:30 A.M.

4                    (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Good morning.  You may be seated.

9              Let's go ahead and call the trial docket case

10   today.

11         THE DEPUTY CLERK:  Civil Action #09-3251,

12   *Earline Castanel versus Recreation by Design, L.L.C.*

13         THE COURT:  Counsel, would you make your appearance.

14         MR. WATTS:  Yes, Your Honor.  Mikal Watts and

15   Dennis Reich for the plaintiff, Earline Castanel.  We're ready

16   for the trial.

17         MR. GARRISON:  Lyon Garrison on behalf of

18   Recreation by Design.

19         MR. YOUNT:  Good morning, Scott Yount for

20   Recreation by Design.  This is our client, Randy Rush, who is the

21   president and owner of Recreation by Design.

22         MR. MULCAHY:  Good morning.  Randy Mulcahy for

23   Recreation by Design.

24         MR. WEINSTOCK:  Good morning.  Andy Weinstock, also for

25   Recreation by Design.

1          THE COURT:  Good morning.  Counsel, are you prepared to

2   proceed this morning?

3          MR. GARRISON:  We are, sir.

4          MR. WATTS:  Yes, sir.

5          THE COURT:  I will introduce myself at this time.  For

6   those of you who are here for jury service, I am

7   Judge Kurt Engelhardt residing in Section N of the

8   United States District Court for the Eastern District of

9   Louisiana.  Good morning to all of you and welcome.  Your

10  attendance here today is most appreciated.

11          This case is brought by the plaintiff,

12  Earline Castanel, who alleges that she was harmed by exposure to

13  formaldehyde by living in a travel trailer which had been

14  provided as emergency housing by FEMA after Hurricane Katrina.

15          This case is brought against the defendant,

16  Recreation by Design -- who we sometimes will refer to as *RBD* by

17  initials -- as the manufacturer of the travel trailer provided by

18  FEMA as emergency housing after Hurricane Katrina.  The defendant

19  denies any legal fault in this matter and also denies that the

20  injuries alleged by Ms. Castanel are the result of exposure to

21  formaldehyde from the travel trailer at issue.

22          Both the plaintiff and the defendant have the right

23  to have this case tried by qualified, and fair and impartial

24  jurors.  A qualified and impartial jury is one which is

25  responsible and capable and which will objectively, without fear,

1   favor, bias, prejudice, sympathy, or passion hear and decide the

2   issues to be tried, and one which will render its verdict based

3   solely on the evidence presented at this trial and the law

4   applicable to this case as given to the jury by the Court.

5          It is the law that a juror's qualifications and

6   impartiality may not be assumed without inquiry.  This inquiry,

7   which is about to be made, is known as the *voir dire examination*.

8   Its purpose is to develop the whole truth concerning the

9   competency of each prospective juror, his or her frame of mind,

10  and ability to do his or her sworn duty in accordance with the

11  jurors' oath.

12         The answers to the questions to be put to you by

13  the Court will not only enable the Court to determine whether any

14  of you should be excused for cause, either on the Court's own

15  motion or when challenged for cause by any party, but will also

16  allow counsel for the parties to make intelligent use of

17  peremptory challenges.  Those are challenges which the law gives

18  the parties and which may be exercised without assigning any

19  reason, whatsoever.

20         You should understand, therefore, that it is

21  expected of each of you that your answers to the questions

22  propounded shall be complete and truthful.  Each juror is under

23  compulsion to disclose upon a general question any matters which

24  might tend to disqualify him or her for any reason from sitting

25  on this case.

1    False or misleading answers or incomplete answers

2  may result in the seating of a juror who might have been

3  discharged by the Court for cause or stricken through the

4  exercise of peremptory challenges and could result in a

5  miscarriage of justice.

6    Although the questions will be addressed to all of

7  you this morning collectively, they shall be considered as though

8  directed to you individually and are to be answered by each of

9  you individually.  If you feel that the response to any question

10 that I ask you here this morning is of a personal nature, you

11 should feel free to request permission to approach the bench and

12 discuss the matter directly with me up here at the bench.  On

13 those occasions, I will have someone from each side, counsel from

14 each side come up to the bench to hear what you have to say in

15 that regard.

16    At this time, let me ask the courtroom deputy to

17 administer the oath to the jury pool.

18    If you all will please rise.

19    THE DEPUTY CLERK:  Raise your right hands, please.  Do

20 you solemnly swear that you will make true and perfect answers to

21 all questions that shall be propounded to you, touching upon your

22 qualifications and competency to sit as a juror in the case of

23 *Earline Castanel versus Recreation by Design, L.L.C.*, so help you

24 God?

25    VOICES:  I do.

1            THE DEPUTY CLERK:  Take your seats, please.

2            THE COURT:  I also want to thank you all at this

3    juncture because the process that we are going to engage in now

4    has been greatly shortened by the fact that you all have come in

5    on a prior day and filled out questionnaires in connection with

6    your jury service.  So although the questionnaire was kind of

7    lengthy and I know that it took some time for you to fill out,

8    the information that you all have provided has been very helpful

9    to me and to the attorneys in the case in determining your

10   suitability to sit on this particular jury.  So we appreciate

11   that, and that will ultimately save us a lot of time this

12   morning.

13            But I do have some additional questions to ask you

14   here today, and so we'll go ahead and commence that process.

15   Hopefully the jury selection process will not take that long and

16   we'll go ahead and proceed.

17            It's anticipated in this case that the length of

18   trial will be from today until next Monday.  Now, that's not a

19   promise or a commitment that I could make to you.  Sometimes

20   trials end up being shorter than that.  Sometimes they end up

21   being a little longer.  Usually, if a trial is not going to be

22   the exact time that I tell you, it's probably going to be

23   shorter.  But right now, this trial is expected to last the

24   five days of this week and Monday morning.

25            So that's the schedule that we have.  You will be

1   allowed to return home.  This is not a sequestered jury.  So you

2   will be allowed to return home at the end of the day, throughout

3   your jury service, if you are chosen to sit on this jury.

4              Having said that, would any of you be subjected to

5   a serious hardship or otherwise be seriously inconvenienced or

6   affected if you are selected because of the dates of the

7   scheduled trial?

8              Let me ask you this too:  You all have been given

9   paddles, and I really have an aversion to referring to people by

10  numbers.  It's very impersonal, but it helps a lot when the

11  attorneys get to see.  So when you do respond to a question here

12  this morning -- we'll go ahead and start with Ms. Catalano, I

13  think is your name.  I'll try to learn your names as quickly as I

14  can, even though only a few of you will be here beyond the next

15  couple of hours.  I'll ask when you do respond to a question, to

16  please rise, make sure you hold your paddle so that the attorneys

17  can see it, and then state your name and your juror number, and

18  then go ahead and answer the question.

19             Ms. Catalano, you had indicated that you wanted to

20  respond.

21         PROSPECTIVE JUROR 1:  Yes.  Maureen Catalano, Juror

22  Number 1.

23             Due to situations that have arisen within the last

24  week, that my husband will be out of town for the next two weeks.

25  I have children that I need to attend to and it's the end of

1  school, exams are here, and it would be a great hardship for me

2  to be here during the length of time of the trial.  I feel the

3  need, as a mother, to be home with my children during the hours.

4       THE COURT:  How many children do you have?

5       PROSPECTIVE JUROR 1:  I have three children.

6       THE COURT:  What are their ages?

7       PROSPECTIVE JUROR 1:  19, 16 and 13.

8       THE COURT:  Thank you, Ms. Catalano.

9            Anybody else in response to my question would have

10  a serious hardship?

11            Yes.  Juror Number 20 is Ms. Carnesi.

12       PROSPECTIVE JUROR 20:  Carnesi, yes.

13            My question is, I start summer school for college,

14  and that starts June 1st.  Would that run into June 1st?

15       THE COURT:  No.  You should be finished by -- let's see,

16  next Monday would be the 24th, so your jury service would be --

17  and I should also point out that we break at 5 o'clock every day,

18  give or take 15 minutes.  But as a rule, we will try to start at

19  8:30 every morning and break at 5 o'clock every day, and if we

20  finish as scheduled, it would be May 24th, next Monday.  So you

21  should have plenty of time.

22       PROSPECTIVE JUROR 20:  With that in consideration, I'm

23  willing and able to attend, if chosen.

24            Thank you.

25       THE COURT:  Thank you, Ms. Carnesi.

1           The next number.  34 is Mr. -- now, I'm from south

2    Louisiana.  That looks like Mr. Richard to me.

3           PROSPECTIVE JUROR 34:  It is Richard, Your Honor.

4           I'm a teacher at a high school, and this is the end

5    of the school year.  It would not be impossible for me to serve,

6    but it would create some difficulties as I'm trying to close up

7    the school year, post grades and prepare for --

8           THE COURT:  Where do you teach, Mr. Richard?

9           PROSPECTIVE JUROR 34:  Lusher Charter.

10          THE COURT:  What grade do you teach?

11          PROSPECTIVE JUROR 34:  I teach a 7th grade class and two

12   high school classes.

13          THE COURT:  Thank you.

14          There was a gentleman behind you, Number 43.  That

15   was Mr. Deagano.

16          PROSPECTIVE JUROR 43:  Yeah.  I have a doctor's

17   appointment for a personal condition that's scheduled for the

18   24th and I was just on the schedule for, like, two weeks now to

19   try to see the doctor.  And I would like --

20          THE COURT:  Thank you.  If we have further questions

21   about something like that, we may invite you to come on up to the

22   bench to explain further, but I appreciate you all bringing that

23   to our attention.

24          Anybody else with a problem with a schedule here,

25   and real hardship?

1           Number 35.  That would be Mr. -- I'm going to take

2  a run at this, Mr. Pelafigue.

3           PROSPECTIVE JUROR 35:  Pelafigue.  Mike Pelafigue,

4  Juror 35.

5           I'm employed, I'm one of only two employees, and

6  I'm very crucial to my role at work.  And by me being gone any

7  length of time, it would be a major hardship for our company.

8           THE COURT:  Thank you.  If we need further information,

9  we'll call you up on that.

10           Anybody else?

11           Let me ask you some very general questions here.

12  If you would answer any of the following questions "no," please

13  raise your hand:

14           Can you read, write, speak, and understand the

15  English language?

16           Can you hear and see well?  Does anybody have any

17  hearing or sight problems?

18           If any of you should answer any of the following

19  questions "yes," please raise your hand, state your name and

20  number:

21           The plaintiff in this case is Ms. Earline Castanel,

22  and that is spelled C-a-s-t-a-n-e-l.  Ms. Castanel, if you would

23  please rise.  Are any of you related by blood or marriage or are

24  any of you personally acquainted with Ms. Castanel?  Does anybody

25  here know Ms. Castanel?

```
 1              Thank you, Ms. Castanel.

 2              The defendant in this case is

 3   Recreation by Design, L.L.C., and you already have had an

 4   introduction to the gentleman, Mr. Rush, who is the president, or

 5   the owner of RBD.  Are any of you all personally acquainted with

 6   either this gentleman -- Mr. Rush, if you would stand up -- this

 7   gentleman, Randy Rush, or has anyone ever worked for or had any

 8   business dealings with Recreation by Design, L.L.C.?

 9              Let me ask you all this.  This is something that

10   doesn't come up too often, but I always like to check:  Do any of

11   you all know each other?  Neighbors, cousins, aunts, uncles?

12              Yes, sir.  Number 17.

13         PROSPECTIVE JUROR 17:  Number 17, Herman Cade.

14   Mr. Brumfield went to school with my sister.

15         THE COURT:  Mr. Brumfield?

16         PROSPECTIVE JUROR 17:  Uh-huh (affirmative response).

17         THE COURT:  You said you went to --

18         PROSPECTIVE JUROR 17:  He went to school with my sister.

19         THE COURT:  How long have you all known each other?

20         PROSPECTIVE JUROR 17:  That was a long time ago.  We go

21   way back.

22         THE COURT:  Thank you.  Anybody else here know each

23   other?

24              Let me ask the attorneys again, of course they

25   already said their names for purposes of making a record here
```

1    today, but I will ask them to introduce themselves to you, and

2    you know my next question is going to be:  Do you know any of

3    these lawyers personally.

4              So why don't we go ahead and do a formal

5    introduction.

6              MR. WATTS:  Your Honor, Mikal Watts, and this is

7    Dennis Reich.

8              THE COURT:  Does anybody know these two gentlemen?

9              MR. GARRISON:  Your Honor, Lyon Garrison with the firm

10   of Garrison Yount Forte & Mulcahy.  And Noel Domingo is already

11   indicating that she knows us.

12             THE COURT:  Ms. Domingo, you're familiar with

13   Mr. Garrison?

14             PROSPECTIVE JUROR 7:  Yes.  Our children went to grammar

15   school together and we have a personal social relationship.

16             THE COURT:  Thank you.

17             MR. YOUNT:  Good morning.  My name is Scott Yount.  I'm

18   also with the New Orleans firm Garrison Yount Forte & Mulcahy.

19             MR. MULCAHY:  Good morning.  Randy Mulcahy, Garrison

20   Yount Forte & Mulcahy.

21             MR. WEINSTOCK:  Andy Weinstock.  I'm actually with

22   Duplass Zwain, a Metairie-based firm.

23             THE COURT:  Mr. Glass?

24             MR. GLASS:  Your Honor, I'm not actually involved.

25             THE COURT:  Are you in this or are you just --

1          MR. GLASS:  No.

2          THE COURT:  Does anybody know any of the attorneys who

3    have just introduced themselves from the defendant's side?  They

4    mentioned the name of their law firm.  Do you have any knowledge

5    of their law firm?  Has the firm ever represented you or a member

6    of your family or have you ever been involved in a case involving

7    either of the two law firms?  I've looked at the list of jurors.

8    Forgive me if any of you all know me from somewhere, but I didn't

9    see any names that I recognize.  So for the sake of the record, I

10   think we've established now that I think with one exception,

11   we're all kind of new to each other here this morning.

12          When I ask this type of question, we'll start with

13   Juror Number 1, who is Ms. Catalano.  We'll go through the first

14   row, we'll go through the second row and then we'll start in the

15   courtroom section, the audience section from my left to right,

16   first row, second row, and third row.

17          My next question is liable to get several of you to

18   respond.  Have you ever served as a juror in a criminal or civil

19   case or as a member of a grand jury in either federal or state

20   court?  The question is just simply, to put it more simple than

21   that, have you ever served as a juror before?  Have you ever been

22   chosen for jury service before?

23          On the first row, that would be Mr. Brumfield.

24          PROSPECTIVE JUROR 5:  Yes, Your Honor.  Grand jury, '95,

25   civil.

1          THE COURT:  So you served on a grand jury or in a

2    regular civil case?

3          PROSPECTIVE JUROR 5:  Civil case and grand jury.

4          THE COURT:  In 1995, you did both?

5          PROSPECTIVE JUROR 5:  Right.  Uh-huh (affirmative

6    response).

7          THE COURT:  Tell me about in the civil case, where was

8    that jury service?

9          PROSPECTIVE JUROR 5:  On Broad Street.

10         THE COURT:  Was it in criminal district court, Tulane

11   and Broad?

12         JUROR 5:  Uh-huh (affirmative response).

13         THE COURT:  What type of case was that?

14         PROSPECTIVE JUROR 5:  Murder trial.

15         THE COURT:  Do you recall the verdict in that case?

16         PROSPECTIVE JUROR 5:  No.

17         THE COURT:  You said you also sat on a grand jury.  Was

18   that also in Orleans Parish?

19         PROSPECTIVE JUROR 5:  Yes.

20         THE COURT:  That was in '95 as well?

21         PROSPECTIVE JUROR 5:  Uh-huh (affirmative response).

22   Judge Frank Marullo.

23         THE COURT:  Judge Marullo.  Thank you, Mr. Brumfield.

24            Anyone else on the first row, jury service?

25            The second row, let's see, Juror Number 8 is

1   Ms. Calandro.

2            PROSPECTIVE JUROR 8:  Bobbie Calandro.  I served on a

3   trial approximately 10 years ago.  It was an arms -- a weapons

4   trial.

5            THE COURT:  Where was that?

6            PROSPECTIVE JUROR 8:  That was in here -- in

7   New Orleans.

8            THE COURT:  In state court?

9            PROSPECTIVE JUROR 8:  State court.

10           THE COURT:  Tulane and Broad?

11           PROSPECTIVE JUROR 8:  Yes.

12           THE COURT:  Do you recall what the verdict was in that

13   case?

14           PROSPECTIVE JUROR 8:  Yes, guilty.

15           THE COURT:  Thank you, Ms. Calandro.

16              Juror Number 12 is Ms. Louviere.

17           PROSPECTIVE JUROR 12:  I've only made it to this point,

18   so I've never, like, served.  I mean, I made it to this point to

19   be questioned and then released.

20           THE COURT:  But you have not served on a jury that heard

21   a case and decided a case?

22           PROSPECTIVE JUROR:  No, no.

23           THE COURT:  Thank you.

24              Number 13 is Ms. Duckworth.

25           PROSPECTIVE JUROR 13:  Yes, I served, oh, God, about 15,

1   16 years ago here in Orleans Parish.  It was a civil case.  And

2   it was an injury, but it was only a one-day trial and it was over

3   with.

4          THE COURT:  You say in Orleans Parish.  Was it in

5   federal court or was it over on Loyola and Poydras?

6          PROSPECTIVE JUROR 13:  It was in this building.

7          THE COURT:  In federal court.  It was a civil case?

8          PROSPECTIVE JUROR 13:  Yes.

9          THE COURT:  Do you recall the nature of the case?

10         PROSPECTIVE JUROR 13:  Slip and fall or something.  It

11  was, like, at least 15, 16 years ago.

12         THE COURT:  Do you recall what the verdict -- was it a

13  verdict for plaintiff or was it a verdict for the defendant?

14         PROSPECTIVE JUROR 13:  I don't recall.  I really don't

15  recall, it was that long ago.

16         THE COURT:  That's fine.  Thank you, Ms. Duckworth.

17            Juror Number 14 is Ms. Collins.

18         PROSPECTIVE JUROR 14:  Yes, Rosie Collins.  I did serve

19  as a juror in criminal court.  And I'm going to say that year was

20  probably maybe 2000, 2001.  And it was criminal court, and the

21  verdict was guilty, involving -- it was drugs.

22         THE COURT:  A drug case.  When you say "criminal court,"

23  that was on Tulane and Broad?

24         PROSPECTIVE JUROR 14:  Tulane and Broad, yes,

25  Your Honor.  And also civil court, I'm going to say that was

1    prior to Katrina, and it was an insurance -- a slip and fall.

2            THE COURT:  A slip and fall case.  Do you recall what

3    the verdict was in that case?  Either the plaintiff prevailed and

4    was awarded by the jury some money or it was -- when I say "a

5    defense verdict," that you agreed with the defendant and the

6    plaintiff did not get anything on the claim.

7            PROSPECTIVE JUROR 14:  The plaintiff did prevail, yes.

8            THE COURT:  Thank you, Ms. Collins.

9                Anybody else here in the jury box area?

10               Number 15 is Ms. Williams-Shafer.

11           PROSPECTIVE JUROR 15:  Yes.  I served on two juries, '97

12   and '98, criminal, and a robbery, both guilty.

13           THE COURT:  One was criminal, it was a robbery case here

14   in Orleans Parish?

15           PROSPECTIVE JUROR 15:  Yes.

16           THE COURT:  What was the result of that case; do you

17   recall?

18           PROSPECTIVE JUROR 15:  Guilty.

19           THE COURT:  Guilty.  And then what was the other jury

20   service?

21           PROSPECTIVE JUROR 15:  Murder.

22           THE COURT:  A murder case.  And also --

23           PROSPECTIVE JUROR 15:  Guilty verdict.

24           THE COURT:  Thank you, Ms. Williams-Shafer.

25               On the first row here in the courtroom here, Juror

1   Number -- well, let's see.  I said we would go from left to

2   right, but since you all are numerically this way, we'll do it

3   that way.

4           Number 16 is Mr. Coles.

5           PROSPECTIVE JUROR 16:  I served in the mid '80s for

6   federal, it was a criminal case.  The gentleman held up a post

7   office, guilty.

8           THE COURT:  That was here in this building?

9           PROSPECTIVE JUROR 16:  Yes.

10          THE COURT:  Thank you, Mr. Coles.

11          Mr. Cade is Number 17.

12          PROSPECTIVE JUROR 17:  Back in late '70s, served in

13  civil court on a civil trial.  The defendant won.  And I'm also a

14  retired police officer.  I testified many times in criminal and

15  federal court.

16          THE COURT:  I do have a question later on that I will

17  ask about your involvement in any kind of litigation, so I

18  appreciate you bringing that out, Mr. Cade.

19          Number 22 is Mr. Bass.

20          PROSPECTIVE JUROR 22:  I served in the Orleans Parish

21  criminal court last summer for a second degree murder trial.  And

22  the man was found guilty.

23          THE COURT:  Guilty.

24          Let's go on the next row.  Looks like Juror Number

25  25 is the next one up, Ms. Becnel.

1          PROSPECTIVE JUROR 25:  Yes.  I served on a murder trial

2    in St. James Parish, and it was a verdict of guilty.

3          THE COURT:  St. James Parish.  About how long ago was

4    that, Ms. Becnel?

5          PROSPECTIVE JUROR 25:  I would say maybe 15 years or so.

6          THE COURT:  Let me ask you all if you would go ahead, if

7    you all could speak louder when you're back there.  If you

8    prefer, we can get one of those microphones unhooked there and

9    pass it around, if we get to the point where we can't hear.  As

10   long as this lady and the lawyers and I can hear you, then we're

11   fine.

12          Number 26 was Ms. Devillier.

13          PROSPECTIVE JUROR 26:  Devillier.  About 20 years ago.

14   It involved criminal, banking, and they were found guilty.

15          THE COURT:  That was here?

16          PROSPECTIVE JUROR 26:  Yes.

17          THE COURT:  Thank you, Ms. Devillier.

18          Ms. Breaux?

19          PROSPECTIVE JUROR 27:  Good morning.  I served on a

20   civil case about 15 years ago where it was a result of an

21   automobile accident.  The lady sued her insurance company, but

22   they settled afterwards, so we never did render a decision.

23          THE COURT:  So while you were hearing the case, it

24   settled?

25          PROSPECTIVE JUROR 27:  Yes, sir.

```
 1              THE COURT:  Thank you, Ms. Breaux.
 2                  I see Number 29, Ms. Godfrey.
 3              PROSPECTIVE JUROR 29:  Yes.  I served on two criminal
 4  cases.  One was robbery, not guilty, and one was drugs, guilty.
 5              THE COURT:  Was that here in Orleans Parish?
 6              PROSPECTIVE JUROR 29:  Yes.
 7              THE COURT:  Tulane and Broad?
 8              PROSPECTIVE JUROR 29:  Yes.
 9              THE COURT:  Not in this building?
10              PROSPECTIVE JUROR 29:  No.
11              THE COURT:  About how long ago was that, Ms. Godfrey?
12              PROSPECTIVE JUROR 29:  20 years.
13              THE COURT:  20 years ago.  Thank you.
14                  Anybody else on the row where Ms. Godfrey is?
15                  Let's go to the row behind that.  I see Number 33,
16  Mr. Eves.
17              PROSPECTIVE JUROR 33:  Criminal court, about eight years
18  ago.  Two different trials, a murder, drug.  Both of them were
19  guilty.
20              THE COURT:  Thank you, Mr. Eves.
21                  Anybody to Mr. Eves's right?
22                  Yes.  Mr. Richard.
23              PROSPECTIVE JUROR 34:  Richard.  Last year, Orleans
24  Parish, criminal court.  It was a drug case.  There were two
25  charges.  On one charge, we found the defendant guilty; on the
```

1    other one, we were a hung jury.

2         THE COURT:  Number 38, I see, and that's Ms. Fernandez.

3         PROSPECTIVE JUROR 38:  Yes.  I served in Gretna.  It was

4    a criminal trial.  It was robbery.  And he was found guilty.

5         THE COURT:  Thank you.  Anybody else on that row with

6    Ms. Fernandez?

7              Let's go to the row behind that.  I see Ms. Jones

8    has her paddle.

9         PROSPECTIVE JUROR 41:  I served on a criminal case.  It

10   was robbery.  I think it was last year sometime.  And it was not

11   guilty.

12        THE COURT:  Not guilty.  Where was that, Ms. Jones?  Was

13   that in Orleans Parish?

14        PROSPECTIVE JUROR 41:  Tulane and Broad, Orleans.

15        THE COURT:  Thank you.

16             Ms. Knill is Number 42.

17        PROSPECTIVE JUROR 42:  Yes, Number 42.  Barbara Knill.

18   I have served in federal, three times in criminal at Orleans and

19   Broad, and once grand jury.

20        THE COURT:  In your federal jury service, do you recall

21   what those cases were about?

22        PROSPECTIVE JUROR 42:  It was one case and it was civil

23   and it was with Judge Sear right here.

24        THE COURT:  With Judge Stiller.  Do you remember what

25   type of case?  When you say "civil," was it personal injury or

1    contract?

2              PROSPECTIVE JUROR 42:  It was a financial of some sort.

3    It was over 30 years ago.

4              THE COURT:  You said you also sat in the state criminal

5    court?

6              PROSPECTIVE JUROR 42:  Yes.

7              THE COURT:  Do you remember what type of case that was?

8              PROSPECTIVE JUROR 42:  It was one first-degree murder,

9    one second-degree murder, and one drug.

10             THE COURT:  The result in that, do you recall?

11             PROSPECTIVE JUROR 42:  In the first-degree, we convicted

12   as second degree.  In the second-degree, it was innocent.  And in

13   the drug case, it was guilty.

14             THE COURT:  Thank you.

15                 Let's see, 46 is Ms. Foley.

16             PROSPECTIVE JUROR 46:  In, I would say, the early '90s,

17   I served in Jefferson Parish.  It was a civil case.  It was not

18   guilty.  And then in, say, the mid two thousands, I served in

19   St. Tammany Parish, and they pled before the case was over.  And

20   it was criminal.

21             THE COURT:  So in the criminal case, a plea was entered

22   while you were sitting on the jury?

23             PROSPECTIVE JUROR 46:  Yes.

24             THE COURT:  So you never had to reach a result?

25             PROSPECTIVE JUROR 46:  No, sir.

1          THE COURT:  In the Jefferson case prior to that, the

2     Jefferson Parish case, you said it was a civil case and there was

3     a defense verdict?

4          PROSPECTIVE JUROR 46:  Yes.

5          THE COURT:  Do you remember what type of case that was?

6          PROSPECTIVE JUROR 46:  Yes, it was a drug testing case.

7     It was an employee who had worked at Avondale Shipyards, and

8     there was no chain of custody with the drug testing.

9          THE COURT:  Thank you, Ms. Foley.

10          Yes, Mr. Neil.

11          PROSPECTIVE JUROR 47:  In the '70s, I served on a civil

12     case here in New Orleans.  It was -- we were dismissed after the

13     first witness was called.  And in the '80s in Terrebonne Parish,

14     there was a murder case and he was found guilty of second-degree

15     murder.

16          THE COURT:  Thank you, Mr. Neil.

17          Yes.  Mr. Hebert.

18          PROSPECTIVE JUROR 48:  Yes, sir.  In the late '90s, I

19     served on an incest case in Thibodaux, Louisiana, Lafourche

20     Parish, and found guilty.

21          THE COURT:  Guilty.

22          Anyone else on the row with Mr. Hebert?

23          The back row?  Ms. House, are you all right?  Do

24     you hear me?

25          Mr. Bozant, Number 50.

1          PROSPECTIVE JUROR 50:  I served -- the only reason it

2    went to a jury trial, the case was canceled.  That was two weeks

3    ago in Jefferson Parish.

4          THE COURT:  So you had jury service two weeks ago, and

5    you were actually picked to serve on a jury?

6          PROSPECTIVE JUROR 50:  Not yet.  We were questioned and

7    then the case was just canceled.

8          THE COURT:  Thank you, Mr. Bozant.

9          PROSPECTIVE JUROR 50:  You're welcome, sir.

10          THE COURT:  Have any of you ever participated in a

11    lawsuit as a party or as a witness or in some other capacity?

12    And, of course, Mr. Cade had indicated that he had.  Let me start

13    here with the front row of the jury box.

14               Have any of you participated in a lawsuit as a

15    party, which means you were either the plaintiff or the

16    defendant, or as a witness where you either gave a deposition or

17    perhaps you came to court and testified, or in any other

18    capacity?  Anybody, any -- okay.  Let's see.  Number 4 is

19    Ms. Thomas.

20          PROSPECTIVE JUROR 4:  I'm not sure if this qualifies,

21    but I was part of a lawsuit with the train derailment seven years

22    back.  I think I was in college still.

23          THE COURT:  When you say you were part of, did you file

24    a claim as part of that?

25          PROSPECTIVE JUROR 4:  Yes, seems like a class action, I

```
 1   think.
 2            THE COURT:  Thank you, Ms. Thomas.
 3                 Mr. Brumfield.
 4            PROSPECTIVE JUROR 5:  Yes, I've made a claim against
 5   Allstate on my homeowners side for Katrina.
 6            THE COURT:  Did that result in litigation where an
 7   attorney filed a lawsuit on your behalf or you just filed a
 8   claim?
 9            PROSPECTIVE JUROR 5:  I just filed a claim.
10            THE COURT:  That's been resolved?
11            PROSPECTIVE JUROR 5:  Yeah, they paid.
12            THE COURT:  Thank you, Mr. Brumfield.
13                 Ms. Domingo.
14            PROSPECTIVE JUROR 7:  Noel Domingo, Number 7.  I was
15   represented by an attorney having been injured in an automobile
16   accident, and it's been well resolved and probably been 18 years.
17            THE COURT:  Now, in that case, you say it's been
18   resolved.  Did it resolve in a lawsuit being filed or did the
19   attorney just handle the claim and it was resolved prior to a
20   lawsuit, if you recall?
21            PROSPECTIVE JUROR 7:  I don't know how to differentiate
22   whether it was a lawsuit or not.  It was represented by an
23   attorney and he got me a settlement for the medical coverage.
24            THE COURT:  Thank you, Ms. Domingo.
25                 Let's start on the back row here in the jury box.
```

1            Ms. Calandro.

2            PROSPECTIVE JUROR 8:  I'm not sure if this is.  We have

3    a pending -- my husband and I have a pending lawsuit regarding a

4    work issue.

5            THE COURT:  Regarding -- is this --

6            PROSPECTIVE JUROR 8:  It's an age discrimination and

7    other issues with it.

8            THE COURT:  There's a lawsuit that's been filed?

9            JUROR 8:  It's been tossed back and forth.  We've had

10   judges look at it, but it's been tossed back and forth.  It

11   hasn't gone to trial yet.

12           THE COURT:  When you say it's business related, are you

13   and/or your husband personally a party in that suit or are you

14   just involved as a business owner?

15           PROSPECTIVE JUROR 8:  No, no, no, it's my husband.  It's

16   business.

17           THE COURT:  Have either you or he had to go to court in

18   that matter?

19           PROSPECTIVE JUROR 8:  Not as of yet.

20           THE COURT:  Have either you or he had a deposition

21   taken?

22           PROSPECTIVE JUROR 8:  Not yet.

23           THE COURT:  Thank you, Ms. Calandro.

24               Anyone else on this row with Ms. Calandro?

25               Let's go to ahead and start on the row here

1    starting with Mr. Coles.  Anybody else in Mr. Coles' row?

2              Mr. Cade, you had mentioned something earlier.  If

3    you want to go ahead and expand on that.

4              PROSPECTIVE JUROR 17:  Yeah.  Well, I sued the post

5    office and we settled out of court.  We had a car accident.  That

6    was maybe four years ago.  And I also testified numerous times

7    with criminal cases all as a police officer.

8              THE COURT:  In your capacity as a law enforcement

9    officer, you had to go to court and give testimony from the

10   witness stand; is that correct?

11             PROSPECTIVE JUROR 17:  That's correct.

12             THE COURT:  Any other involvement?

13             PROSPECTIVE JUROR 17:  That's it.

14             THE COURT:  Thank you, Mr. Cade.

15             Mr. Ramirez.

16             PROSPECTIVE JUROR 18:  Yes, sir.  I work for Northrop

17   Grumman shipyard and I was the manager at the present time and

18   still am now.  We had a labor dispute with the union for

19   three years, and I was down here in New Orleans representing the

20   company for three years on allegations, and the company became

21   organized.

22             THE COURT:  So your involvement in that, was there a

23   lawsuit involved in that?

24             PROSPECTIVE JUROR 18:  Some of it was lawsuit, some of

25   it was just speculation.  They were trying to get in, and false

1    accusations was made against supervisors like myself, and we just

2    had to, you know, go to court on some of that.

3         THE COURT:  Did you testify in court as part of that?

4         PROSPECTIVE JUROR 18:  Yes, sir.

5         THE COURT:  Where was that dispute?

6         PROSPECTIVE JUROR 18:  I think it was by the Superdome.

7         THE COURT:  It sounds like it might have been part of an

8    arbitration proceeding.

9         PROSPECTIVE JUROR 18:  Yes, sir.  It was that, it was a

10   three-year ongoing trial.

11             Thank you.

12        THE COURT:  Thank you.

13             Yes, Ms. Carnesi?

14        PROSPECTIVE JUROR 20:  My mother, she's in a lawsuit.

15   The house that she has was accidentally demolished upon

16   rebuilding, and I went to a bunch of meetings, but I directly was

17   not in that lawsuit, and to my knowledge, she told me that they

18   were getting ready to settle without going to court of any kind.

19   So...

20        THE COURT:  Were you a witness at all in that case?  Did

21   anyone call you and try to get testimony from you and get your

22   statement of what happened?

23        PROSPECTIVE JUROR 20:  They did get my statement,

24   because I went to a bunch of meetings.  Because she was in Texas

25   before my father passed, and I was taking care of the remodeling

1    of the house, rebuilding it and such, and since I had all of

2    those documents, I went to the parish and, you know, asked why

3    was the X on the house and so on and so forth.  But no one has

4    called me as of yet and they are trying to settle out of court.

5         THE COURT:  Although they talked to you about it, did

6    you sit down and give a deposition with a court reporter?

7         PROSPECTIVE JUROR 20:  No, no, no, not as of yet, and I

8    don't believe I will.

9         THE COURT:  Great.  Thank you, Ms. Carnesi.

10              Anyone else?  Let's see.  Mr. Smith.

11         PROSPECTIVE JUROR 23:  Back in the early '80s, an

12    employee of my father's was injured and I had to give a

13    deposition for that.  And my car insurance is getting sued right

14    now.

15         THE COURT:  So when you say you gave a deposition, you

16    were working with your father back then?

17         PROSPECTIVE JUROR 23:  I was working on the opposite

18    hitch, and a fellow that was working for me was injured.

19         THE COURT:  So your testimony was taken as a witness?

20         PROSPECTIVE JUROR 23:  Right.

21         THE COURT:  Now, with regard to the auto insurance, that

22    arises out of an auto accident?

23         PROSPECTIVE JUROR 23:  Right.  I was a passenger in my

24    wife's car.

25         THE COURT:  I see.  Is that a pending lawsuit or is that

1    a claim that's been filed?

2            PROSPECTIVE JUROR 23:  It's ongoing.  It's a claim

3    that's going back and forth.

4            THE COURT:  Have you had to give any testimony for that,

5    like a deposition?

6            PROSPECTIVE JUROR 23:  No, sir.

7            THE COURT:  Thank you, Mr. -- that was Mr. Smith.

8                   Let's start on the next row.  I see Ms. Breaux has

9    her paddle up.

10           PROSPECTIVE JUROR 27:  Yes.  I've been involved in two

11   lawsuits.  The first, my husband and I purchased a business from

12   a gentleman approximately 17 years ago, and as part of that

13   purchase, he entered into a noncompete clause and then broke it.

14   We ended that case in mediation.

15                  And then the other one was as a result of a sale --

16   we sell flooring, and a customer purchased carpet that was

17   defective and the mill would not honor it, and so I was called

18   in -- I did a deposition and everything, and they ended up -- the

19   mill settled with the customer.

20           THE COURT:  In the first instance, the noncompete

21   dispute, did you have to give a deposition in that case?

22           PROSPECTIVE JUROR 27:  Yes, sir.

23           THE COURT:  Thank you.

24              Mr. Ciolino.

25           PROSPECTIVE JUROR 28:  I have been involved in several

1    lawsuits over the past many years.  All business related.  My

2    family -- myself now, but my family runs and operates C's

3    Discount Pharmacy in Metairie.

4                In 1987, we had an injunction filed against my

5    father and myself, as operations manager, to not use our name in

6    our business, which was from a sale of a business my father had

7    done previously.  That case went to trial in Jefferson Parish.

8    We lost the initial case.  We went to appeal, we lost the appeal.

9    Went to Louisiana Supreme Court.  Louisiana Supreme Court judged

10   in our favor and was granted the use of our name again.  But now

11   we can't use our name, because after being in business for

12   eight years, we decided, we're not changing it now.

13               Over the course of 23 years in business with my

14   father, who was alive then -- he's passed away now -- I've been

15   involved in several class action suits that may have come, you

16   may have heard about probably in the press, like the Fen-Phen

17   case and various cases along those lines, which we usually get

18   opted out of because the manufacturer has the ultimate

19   responsibility, not the pharmacy.

20               Several slip and falls have come my way.  Usually

21   settled out of court.

22               What's pertinent today is, I'm involved right now

23   in four different legal actions, two of which I'm the plaintiff

24   and my corporation is a plaintiff in two slip and fall cases that

25   are current right now.

1              I'm also the plaintiff in a court case, a lawsuit

2     that has been filed against my insurance company for business

3     interruption insurance from Katrina, and we're about to file a

4     separate lawsuit, a bad-faith business practice lawsuit against

5     some wholesalers who we've done business with, and that lawsuit

6     will be filed in federal court probably sometime next week.

7              THE COURT:  When you say you're involved in those, are

8     you involved in it personally?  Are you a party or is it your

9     company?

10             PROSPECTIVE JUROR 28:  As the president of my

11    corporation, I'm involved in the two that I am a plaintiff in,

12    the legal action against the wholesalers and the legal action

13    against the business representatives, the insurance company.  In

14    the slip and falls, I believe I'm named in one of them, the one

15    from two years ago, which is still pending in parish court, but

16    I'm not named personally in this second one.

17             THE COURT:  Thank you, Mr. Ciolino.

18             Yes, Ms. Godfrey.

19             PROSPECTIVE JUROR 29:  I was involved in a -- I was a

20    plaintiff.  I got injured, and I gave depositions.  But before we

21    went before the judge, they settled it.

22             THE COURT:  What type of claim was that?  You said you

23    got injured how?

24             PROSPECTIVE JUROR 29:  I hurt my back.  They had a

25    bumper guard in the parking lot.  It wasn't in the parking lot.

1   It wasn't where it was supposed to be.  And my foot got caught

2   between the bumper guard and the sidewalk.  And I fell, and I've

3   had five back surgeries and I'm still not the same.  And they

4   settled.

5         THE COURT:  About how long ago was that?

6         PROSPECTIVE JUROR 29:  In '97.

7         THE COURT:  Thank you, Ms. Godfrey.

8             Yes, Mr. Buller.

9         PROSPECTIVE JUROR 30:  Buller.

10        THE COURT:  Yes.

11        PROSPECTIVE JUROR 30:  In late 1980s, I was -- a group

12   of homeowners, we were condominium owners, sued the developer of

13   our condominium complex.  Initially, I was president of the

14   association, initiated the lawsuit on behalf of the association.

15   The developer countersued the individual board members, including

16   myself.  Additionally, the individual owners jointly filed a suit

17   against the developer for defects in the building, and eventually

18   the entire matter was settled.

19        THE COURT:  Thank you, Mr. Buller.

20            Anybody else on that row?

21            Let's go to the row behind.  Mr. Harris.

22        PROSPECTIVE JUROR 32:  About 15 years ago, I was a

23   defendant in an automobile case.  Ruled against me.  That was in

24   Orleans Parish.  And I'm currently involved in some corporate

25   litigation with my company, and that's ongoing.

1          THE COURT:  In the auto case, you testified at trial?

2          PROSPECTIVE JUROR 32:  Yes.

3          THE COURT:  You also gave a deposition prior to the

4     trial?

5          PROSPECTIVE JUROR 32:  Yes.

6          THE COURT:  What about in the ongoing business case?

7          PROSPECTIVE JUROR 32:  I haven't been called for any

8     depositions or any testimony.

9          THE COURT:  Thank you, Mr. Harris.

10              Anyone else on that row?  Number 37, is actually

11    Mr. Ducoing.

12         PROSPECTIVE JUROR 37:  Peter Ducoing.  Yeah, in 1985, I

13    was a plaintiff in an injury case against a former employer and

14    we ended up settling.  We went to court -- the day we went to

15    court, we ended up settling in Jefferson Parish.

16         THE COURT:  In Jefferson Parish.  And you gave a

17    deposition for that case?

18         PROSPECTIVE JUROR 37:  I think so.  We had did a

19    deposition, and then we ended up settling outside the courtroom.

20         THE COURT:  I see.

21              Anyone else on that row?

22              Let's move to the next row.

23              Yes, Number 42 is Ms. Knill.

24         PROSPECTIVE JUROR 42:  Barbara Knill, Number 42.

25              I'm not sure if this qualifies because it's been

1 before an arbitrator and it was a real estate case and I was

2 called as a witness.

3       THE COURT:  That does qualify as an arbitration, as a

4 dispute resolution mechanism.  You were called to testify at an

5 arbitration?

6       PROSPECTIVE JUROR 42:  Yes, sir.

7       THE COURT:  Prior to that testimony, did you have to

8 give a deposition?

9       PROSPECTIVE JUROR 42:  No.

10       THE COURT:  About how long ago was that?

11       PROSPECTIVE JUROR 42:  25 years ago.

12       THE COURT:  That was, like, a real estate dispute, you

13 said?

14       PROSPECTIVE JUROR 42:  Yes.

15       THE COURT:  Thank you, Ms. Knill.

16         Anyone else?

17         Let's see, Number 43 is Mr. Deagano?

18       PROSPECTIVE JUROR 43:  In the late '90s, I had a

19 personal injury case that was settled out of court, and then I

20 guess in 2005 or 2006, I had another personal injury case with a

21 corporation where there was a vehicle accident and the passenger

22 sued the insurance company.  They settled out with that.

23       In 2008 -- I have a small company, a personal

24 injury lawsuit against the company, and it got turned over to

25 Workers' Compensation and all that.  They handled that.  They

1    just settled out, and in 2009, I was part of another personal

2    injury case where I think they settled out of the court in that

3    as well.

4        THE COURT:  On those, I think the first one and the last

5    one you mentioned, it wasn't clear to me whether you were the

6    plaintiff, the person who was injured.

7        PROSPECTIVE JUROR 43:  I was the plaintiff in the first

8    and the last one.  I was the defendant in the personal injury of

9    the Workers' Compensation and things like that.

10       THE COURT:  In any of those, did you have to sit for a

11   deposition?

12       PROSPECTIVE JUROR 43:  No.  Well, yeah, we did do a

13   couple of depositions in all of them, in the four cases, we had

14   to do depositions, right when it came towards -- that we were

15   going to trial.

16       THE COURT:  So none of those went to trial, as I

17   understand it?

18       PROSPECTIVE JUROR 43:  Right.

19       THE COURT:  Thank you, sir.

20           Number 44 is Ms. Logan.

21       PROSPECTIVE JUROR 44:  In the late '90s, I was number

22   three in a five-car pileup.  The people in front of me didn't see

23   me personally, but they sued my insurance company and I was

24   called as a witness.  I did give a deposition, but when I showed

25   up to testify, the case was settled and I wasn't actually called

 1    to the stand.

 2            THE COURT:  So you gave a deposition, and then it was

 3    resolved after that?

 4            PROSPECTIVE JUROR 44:  Yes.

 5            THE COURT:  Thank you, Ms. Logan.

 6            Ms. Foley.  I'm sorry, Number 45 is Mr. Lestelle.

 7            PROSPECTIVE JUROR 45:  Francis Lestelle.  I was involved

 8    in the death of my father.  I gave a deposition, and I was one of

 9    the plaintiffs in the case.

10            THE COURT:  What type of case was it again?

11            PROSPECTIVE JUROR 45:  My father died from mesothelioma.

12            THE COURT:  I see.  Then you gave a deposition in that

13    case?

14            PROSPECTIVE JUROR 45:  Right.  It was settled out of

15    court.

16            THE COURT:  It was settled.

17            About how long ago was that?

18            PROSPECTIVE JUROR 45:  1998.

19            Also, I was in an automobile accident, and I filed

20    a claim against my insurance company, and that was settled out of

21    court as well.

22            THE COURT:  When you say you filed a claim, did you

23    submit the claim to the insurance company and it was settled or

24    did you actually have to go and file a lawsuit?

25            PROSPECTIVE JUROR 45:  Yes.  And filed a lawsuit and had

 1  to give a deposition.

 2          THE COURT:  I see.  Thank you, Mr. Lestelle.

 3              Ms. Foley.

 4          PROSPECTIVE JUROR 46:  In January 1990, my son was

 5  killed in an accident.  The person was charged with negligent

 6  homicide and was found guilty, after which I sued that person's

 7  insurance and we settled out of court.

 8          THE COURT:  Now, did you have to testify at all as a

 9  witness in the criminal trial?

10          PROSPECTIVE JUROR 46:  No.  In the criminal trial, the

11  judge kept me back in chambers, and it ended up that he pled --

12  you know, on the first day of the trial, he pled.

13          THE COURT:  Then in the civil action that you filed, did

14  you testify in a deposition?

15          PROSPECTIVE JUROR 46:  Yes.

16          THE COURT:  So you gave a deposition, but the case was

17  not tried?

18          PROSPECTIVE JUROR 46:  Right.  Yes, sir.

19          THE COURT:  Thank you, Ms. Foley.

20              Anyone else?  Yes.

21          PROSPECTIVE JUROR 7:  After hearing everyone, I have a

22  recollection of being deposed seven years ago in a divorce trial.

23  I was actually called into court and interviewed for that

24  purpose.

25          THE COURT:  Did you testify in a courtroom in that case

1    or you actually sat for a deposition?

2            PROSPECTIVE JUROR 7:  Both.  I was deposed, and then

3    later called into the court to be interviewed.

4            THE COURT:  Anybody else?

5            For those of you who indicated here today or who

6    testified that you have some experience in a lawsuit such as

7    you've had, would any of those experiences impact your ability to

8    serve in this case as a fair and an impartial juror?  As a result

9    of your experiences as a witness or a party in any of those prior

10   lawsuits, would that impact your ability, if you were chosen to

11   sit in this case, to be fair and impartial?

12           Let me read to you a list of names.  What I've

13   asked the attorneys to do is to give to me a list of names of

14   people who might testify in this case.  Now, this might sound

15   like a long list.  Some of these people may not testify in this

16   case, but on the chance that they may be called to give

17   testimony, I need to know if any of you are familiar with any of

18   the following individuals.  I'm going to start with those who

19   have been listed as expert witnesses in this case.  Listen

20   carefully, and I will try to spell the names where it's not

21   obvious.

22           Stephen Smulski, S-m-u-l-s-k-i; Kenneth Laughery,

23   L-a-u-g-h-e-r-y; Paul Hewett, H-e-w-e-t-t; Alexis Mallet,

24   M-a-l-l-e-t; Patricia Williams; Larry Miller; Edward Shwery, it's

25   spelled S-h-w-e-r-y; William Dyson, and that's with a Y,

1    D-y-s-o-n; Thomas Fribley, F-r-i-b-l-e-y; Nathan Dorris,

2    D-o-r-r-i-s; Graham Allan, A-l-l-a-n; Robert James; Philip Cole,

3    with a C, Cole; James Wedner; John Osteraas, it's spelled

4    O-s-t-e-r-a-a-s; Joseph Gautreaux, again, that's a south

5    Louisiana spelling, G-a-u-t-r-e-a-u-x, Joseph Gautreaux;

6    Ronald French; Robert Wozniak, W-o-z-n-i-a-k; Gerald McGwin, Jr.,

7    M-c-G-w-i-n, Gerald McGwin, Jr.; Thang Hoang, H-o-a-n-g;

8    Allan Bowers, B-o-w-e-r-s; Michael Ginevan, G-i-n-e-v-a-n;

9    Damien Serauskas, S-e-r-a-u-s-k-a-s; Megan Ciota, C-i-o-t-a;

10   Kenneth Smith, Anthony Watson.

11            Do any of you all have any type -- any bell ring

12   when I mention any of those names?

13            Let's start with Number 7 is Ms. Domingo.

14            PROSPECTIVE JUROR 7:  I know a Ken Smith who's a

15   psychologist.

16            PROSPECTIVE JUROR 15:  I want clarification.

17            THE COURT:  One second.  Ms. Williams-Shafer is Number

18   15.  If you would stand up.

19            PROSPECTIVE JUROR 15:  I just wanted a clarification on

20   Patricia Williams because that's my sister's name.

21            THE COURT:  Patricia Williams.  You have a sister named

22   Patricia Williams.  What does she do for a living?

23            PROSPECTIVE JUROR 15:  Administrative assistant.

24            THE COURT:  Administrative teaching?

25            PROSPECTIVE JUROR 15:  Assistant.

 1          THE COURT:  Thank you.

 2              Yes, Number 34, that was Mr. Richard.

 3          PROSPECTIVE JUROR 34:  I know a Dr. French.

 4          THE COURT:  Dr. French.  How do you know Dr. French?

 5          PROSPECTIVE JUROR 34:  I was a patient of his twice.

 6          THE COURT:  How recently?

 7          PROSPECTIVE JUROR 34:  The last time was about two years

 8  ago.

 9          THE COURT:  Two years ago.

10              Anybody else?  Does anybody want me to read a name

11  again or spell a name out of this?

12              The other witnesses who we may see during the

13  course of this trial are, listen carefully to these names,

14  Mark Polk, P-o-l-k; Christopher DeRosa, D-e-R-o-s-a;

15  Laverne Castanel Williams; Sandra Castanel Davis; Edwin Gamier,

16  G-a-m-i-e-r; James Schilligo.  Am I pronouncing that correct,

17  Counsel, James Schilligo?  It's S-c-h-i-l-l-i-g-o;

18  Geoffrey Compeau, C-o-m-p-e-a-u; Albert Jarrell, J-a-r-r-e-l-l;

19  David Garratt, G-a-r-r-a-t-t; Kevin Souza, S-o-u-z-a;

20  Martin McNeese, spelled just like the University, M-c-N-e-e-s-e;

21  Guy Bonomo, B-o-n-o-m-o; Bryan McCreary, M-c-C-r-e-a-r-y;

22  Stanley Larson; Faye Green, G-r-e-e-n; Travis Morris;

23  Commander Joseph Little; Michael Lapinski, L-a-p-i-n-s-k-i;

24  Brian Boyle, B-o-y-l-e; Michael Gaume, if I'm pronouncing it

25  correctly, G-a-u-m-e; and George Cornish, C-o-r-n-i-s-h.

1              Do any of you all know any of these people or have

2      any bells ringing about any of these names?

3              Yes, Mr. -- I'm sorry, Ms. Foley.

4              PROSPECTIVE JUROR 46:  The Castanel Williams, if it's

5      the same one, I work with her.

6              THE COURT:  Laverne Castanel Williams.  Where do you

7      work, ma'am?

8              PROSPECTIVE JUROR 46:  I'm retired from the Drug

9      Enforcement Administration.

10             THE COURT:  Thank you.

11             Anybody else?  Any of these names mean anything to

12     any of you?

13             This case involves issues relating to formaldehyde

14     exposure from a FEMA travel trailer.  Do you, of your own

15     knowledge, have any information about the facts of this case?  Do

16     any of you have any information about the facts of this case?

17             Have you any opinion, whatsoever, as we sit here

18     today, have you any opinion about this case?  And all of you

19     understand that during the course of the next week, we're going

20     to have witnesses who are going to testify, we're going to have

21     documents that go into evidence, we're going to have some expert

22     witness testimony.  Do all of you understand that you are to

23     decide the case -- if you were chosen as a juror, you are to

24     decide the case on the basis of that testimony and evidence and

25     not on anything else?  Do all of you all understand that?  Does

1  anybody have any problem with that?  Does anybody have an opinion

2  now that would prevent you from considering evidence in this

3  courtroom?

4            Yes.  Number 43.

5       PROSPECTIVE JUROR 43:  I have an opinion.

6       THE COURT:  One second, before you state the opinion.

7  Why don't you come on up.  Counsel, if you all would come on up.

8            (WHEREUPON, at this point in the proceedings, a

9  conference was held at the bench.)

10      PROSPECTIVE JUROR 43:  I went into multiple travel

11 trailers, like, after the storm and everything like that, and the

12 stench and the smells in some of these trailers where people

13 lived were -- some people didn't stay in them.  And they said it

14 was due to the heat and all that went about it.  But in my eyes,

15 I think that they had the wrong sprays or whatever in there that

16 would definitely cause, I guess, breathing damage for some, and

17 you know, things like that.

18           So I guess I would be kind of opinionated that I

19 did physically walk into multiple trailers and smell

20 formaldehyde.

21      THE COURT:  Was that part of your job that you got to go

22 into trailers?

23      PROSPECTIVE JUROR 43:  Yeah, we had to hook up basically

24 like Coax TV in trailers and things like that.

25           And I also had an employee of mine who lived

1  actually in front of my place and he had one of the worst

2  trailers.  They blamed it on the heater.  They blamed it on -- it

3  just stayed like that.  It was basically -- it smelled like --

4  you know, like glue basically in the trailer constantly.  He had

5  a little girl that he had a baby with in there, and they did all

6  of that.  But basically his baby would come stay in the trailer

7  that I had my wife in at the time because it was such a bad place

8  to have a child.

9           I don't know where that would stand, but...

10          THE COURT:  Counsel, does anybody have any additional

11  questions?

12          MR. YOUNT:  No, Your Honor.

13          MR. REICH:  No.

14          (WHEREUPON, at this point in the proceedings, the

15  bench conference was concluded.)

16          THE COURT:  Have any of you read anything about this

17  matter coming up for trial or have you heard any discussions

18  about this trial prior to coming into the courtroom today?  Has

19  anyone talked to you or tried to talk to you about this case

20  prior to entering the courtroom this morning?

21          If you were one of the parties in this case, that

22  is, if you were either Ms. Castanel or if you were Mr. Rush, do

23  you know of any reason why you would not be content to have the

24  case tried by someone in your frame of mind?  We're asking you to

25  kind of put yourself in their place, and if you were either one

1    of them, do you know of any reason why you would not want you on

2    the jury on this case?

3                    I'm sorry.  Number 11.

4                    PROSPECTIVE JUROR 11:  To be honest with you, I'm a

5    small business owner, and although I've never had to -- I've

6    never been sued or anything like that, I think my belief falls --

7                    THE COURT:  I don't want you to express an opinion in

8    front of everybody, if it's something you want to talk about up

9    here.

10                   (WHEREUPON, at this point in the proceedings, a

11   conference was held at the bench.)

12                   THE COURT:  This is Mr. Early.

13                   PROSPECTIVE JUROR 11:  I'm a small business owner, and

14   to be honest with you, although I've never been sued, there have

15   been times where I thought I would.  And a lot of times I feel

16   that it wasn't my fault, it was another small business owner,

17   some people were just after financial gains.  And to be honest

18   with you, I'm very sympathetic to small business owners in this

19   regard.

20                   THE COURT:  Do you understand -- and I mentioned this

21   earlier.  Do you think that even though you feel that way

22   generally, do you think that you could put that aside and listen

23   to the evidence in this case, and that if the plaintiff in this

24   case had a legitimate claim, that you could award her what she's

25   entitled to, or likewise, listen to the evidence, and if you

1    agree that the plaintiff has not met her burden, enter a judgment

2    for the defendant in this case based only on the evidence you

3    hear in the courtroom?

4           PROSPECTIVE JUROR 11:  I think it's going to be

5    difficult, Your Honor, to be honest with you.

6           THE COURT:  Counsel, do you have any questions?

7           MR. YOUNT:  I would like to ask a question.

8                Mr. Early, you do recognize that there are

9    circumstances where somebody does something wrong, that you would

10   have to pay somebody else for those damages that they caused; is

11   that correct?

12          PROSPECTIVE JUROR 11:  Yes, sir.

13          MR. YOUNT:  In a situation, if the plaintiff is able to

14   prove in this case that my client, RBD, did something wrong, and

15   that, in fact, Ms. Castanel did sustain damages, you would be

16   able to put your personal experiences aside as a small

17   businessman, be able to listen to the evidence and render a

18   judgment in favor of her, wouldn't you?

19          PROSPECTIVE JUROR 11:  I don't think so.

20          MR. REICH:  Thank you, Your Honor.  No questions.

21          THE COURT:  Thank you.

22               (WHEREUPON, at this point in the proceedings, the

23   bench conference was concluded.)

24          THE COURT:  If you are selected to sit as a juror in

25   this case, will you be unable or unwilling to render a verdict

1   solely on the evidence presented at this trial and the law as I

2   give it to you in my instructions, disregarding any other ideas,

3   notions, or beliefs about the law you may have encountered in

4   reaching your verdict?  Does anybody have a problem with that

5   idea?  It's something I mentioned a little while ago that we're

6   going to have witnesses and testimony and evidence, and the

7   lawyers are going to make their arguments to you, and that you're

8   to decide the case only on what you hear in this courtroom.

9          Does anybody have a problem with putting aside any

10  other sympathies or prejudices or feelings they may have

11  otherwise and decide the case only on the evidence that's

12  presented in this courtroom?  Does anybody have a problem with

13  that?

14         Does everybody here understand that you must wait

15  until you hear all of the evidence in this case before you make

16  any decision in the case?

17         Would you be unable or unwilling to firmly put

18  aside any feelings of sympathy or compassion for the plaintiff or

19  the defendant and decide this case solely on its merits and

20  according to the law?

21         Just a show of hands here, how many of you

22  sustained damage as a result of Hurricane Katrina or Rita?  If

23  you would, keep your paddle up so that the attorneys can see.

24  And can you all see that?

25         PROSPECTIVE JUROR 11:  I'm sorry.  I didn't hear the

 1   question.

 2            THE COURT:  I asked how many of you, just a show

 3   hands -- or a show of paddles, I should have said, sustained

 4   damages as a result of Hurricanes Katrina or Rita?

 5            My next question is, did any of you reside in a

 6   FEMA-provided travel trailer or mobile home after Katrina or

 7   Rita?

 8            Number 7, Ms. Domingo; Number 15 is

 9   Ms. Williams-Shafer; Number 33 is Mr. Eves; Number 43 is

10   Mr. Deagano; Number 45 is Mr. Lestelle; and Number 49 is

11   Ms. House.

12            Anybody else?

13            Out of those of you who had damage as a result of

14   those two hurricanes, did any of you all have something -- or I

15   should say anything other than property damage?  Did any of you

16   all have to file a claim for something other than property

17   damage?

18            Yes.  Mr. Ciolino, you had also indicated that you

19   had some business interruption.

20            PROSPECTIVE JUROR 28:  Yeah, right.

21            THE COURT:  That's arising out of Katrina?

22            PROSPECTIVE JUROR 28:  Yes.  It's still ongoing.

23            THE COURT:  Did anybody else have any other type of

24   damage, personal injury, anything else arising out of Rita or

25   Katrina?

1          How many of you -- or I should say would any of

2     you -- I know you all are from various places in the

3     Eastern District of Louisiana.  Would any of you have a hard time

4     going back to your community, if you ultimately decided not to

5     award any money to the plaintiff in the case?  And I'll ask the

6     flip side of the question:  Would any of you have any problem

7     going back to your community, if, in fact, you made an award to

8     the plaintiff in this case on this claim?

9          How many of you would feel that giving no money in

10    this case to the plaintiff, who suffered damages in

11    Hurricane Katrina, would be immoral, wrong, or insensitive?

12         UNIDENTIFIED PROSPECTIVE JUROR:  Would you repeat that,

13    Judge, please.

14         THE COURT:  Would any of you feel that giving no money

15    in this case to the plaintiff -- as we sit here now, would any of

16    you feel that giving no money in this case to the plaintiff would

17    be immoral, wrong, or insensitive?

18         In this trial, the jury may be asked to assess the

19    fault, if any, of not only the defendant, Recreation by Design,

20    and the plaintiff, but also the fault, if any, of one or more

21    nonparties or entities that are not going to be parties in this

22    case.  If the jury concludes there is evidence of fault on the

23    part of more than the defendant, the plaintiff and/or a nonparty,

24    the jury will be required to assign percentages of the total

25    fault in this case to a number of persons or entities that would

1   include the defendant, the plaintiff, and/or a nonparty.

2           Would any of you have difficulty in assessing

3   percentages of fault against those who you believe to be

4   responsible?

5           Let me try to explain that in a little more detail.

6   Maybe it's not as clear.  In a case of this sort, it may well be

7   that you, as a juror, find that multiple persons or entities are

8   responsible for any damages sustained by the plaintiff, including

9   the plaintiff, herself.  As part of the jury's verdict-rendering

10  process, you will be asked to assign percentages of fault to

11  defendant, plaintiff, and these other people who are not here as

12  parties, such as FEMA.

13          Does anybody have a problem with that idea?

14          One of the nonparties I just mentioned that the

15  jury in this case will have to assess fault is FEMA; therefore,

16  the jury may have to assign a percentage of fault to FEMA.  Would

17  anyone have difficulty putting aside any preexisting attitudes

18  about FEMA and assessing the fault of FEMA, if any, based solely

19  on the evidence presented in this trial?

20          Those assessments of fault are to be based only on

21  the evidence at this trial, not on something that you heard years

22  ago or something you heard last month.  Does anybody have a

23  problem with assessing percentages of fault based only on the

24  evidence?

25          Another nonparty to which the jury in this case may

 1   have to assess fault is Shaw Enterprises or Shaw Environmental;

 2   therefore, the jury may have to assign a percentage of fault to

 3   Shaw.

 4              Would anybody have difficulty putting aside any

 5   preexisting attitudes about Shaw in assessing its fault based

 6   solely on the evidence presented at this trial?

 7              The law allows a plaintiff -- oh, I'm sorry.  Yes,

 8   I'm sorry.  I didn't see.  That's Ms. Guidroz.

 9              PROSPECTIVE JUROR 24:  Donna Guidroz, Judge.  We are a

10   small business owner as well, and we -- after Katrina, we were a

11   sub-subcontractor of Shaw.

12              THE COURT:  Of Shaw.

13              PROSPECTIVE JUROR 24:  I'm not sure if that has anything

14   to do with it, but we were.

15              THE COURT:  I appreciate you pointing that out.  Thank

16   you.

17              The law allows a plaintiff in a case such as this

18   to be compensated monetarily for damages proven to be caused by

19   the fault of the defendant.  In this case, the plaintiff seeks to

20   recover damages for her physical pain and suffering, mental

21   anguish and emotional distress, including but not limited to fear

22   of cancer, future medical expenses, and the loss of impairment of

23   the enjoyment of life's pleasures.

24              Will anyone have difficulty considering these

25   claims for damages and determining a fair amount to compensate

1   for such damages, assuming fault on the part of the defendant is

2   established?  Does anybody have any problem with that idea or

3   that instruction?

4          In this case, the defendant will assert that

5   formaldehyde is a substance commonly found in everyday life.

6   Would any of you, because of this, have difficult fairly

7   considering the plaintiff's claim that she was harmed by the

8   levels of formaldehyde in a travel trailer?

9          Would anyone have difficulty fairly considering the

10  defense position, that formaldehyde did not cause harm to the

11  plaintiff?

12         Do any of you feel that since the federal

13  government or FEMA provided the travel trailer in this case to

14  the plaintiff, Earline Castanel, as emergency housing, this must

15  mean that the trailer was safely designed and made by the

16  manufacturer, Recreation by Design?

17         UNIDENTIFIED PROSPECTIVE JUROR:  Can you repeat that

18  one?

19         THE COURT:  Yes.  Let me read that one again.

20         Do you any of you feel that since the federal

21  government or FEMA provided the travel trailer in the case to the

22  plaintiff, Ms. Castanel, as emergency housing, this must mean

23  that the trailer was safely designed and made by the

24  manufacturer, Recreation by Design?

25         UNIDENTIFIED PROSPECTIVE JUROR:  You mean an opinion on

1   that or you want --

2        THE COURT:  Yes.  Well, does anyone -- it asks

3   whether -- let me see if I can rephrase this fairly.  All of you

4   understand, and I think I've already told you that in this case,

5   the FEMA trailer was provided to the plaintiff in this case,

6   Ms. Castanel, as emergency housing after Hurricane Katrina.  The

7   question asks if, by that fact alone, you feel as though the

8   trailer was safely designed, simply because the government

9   provided it as emergency housing.

10        Does anybody believe that, that it was safely

11   designed simply because the government provided it after Katrina

12   as emergency housing?

13        Do you feel that since the federal government

14   provided the travel trailer in this case to the plaintiff as

15   emergency housing, this must mean that the trailer was not safely

16   designed and made by the manufacturer, Recreation by Design?

17        It's the flip side of the same question.  Does the

18   fact that the federal government provided this trailer as

19   emergency housing mean that it was safely designed or mean that

20   it wasn't safely designed?  Does anybody feel that by virtue of

21   the fact the government provided it, it must be either safely or

22   not safely designed?

23        Yes.

24        PROSPECTIVE JUROR 37:  I just to want make sure I'm

25   getting this straight.  You're asking if our opinion -- and I'll

1    stand up -- that we feel that he did something either right or

2    wrong with building the trailer and the federal government had

3    something to do with it?

4            THE COURT:  No.  Well, the question asks whether -- the

5    fact that the federal government or FEMA provided this trailer as

6    emergency housing --

7            PROSPECTIVE JUROR 37:  Right.

8            THE COURT:  -- does that in any way mean to you that it

9    was safely designed or that it wasn't safely designed?  Does that

10   have anything to do with your opinion, as you sit here today, and

11   having not heard any evidence, does the fact that FEMA provided

12   the trailer imply to you that it was safely designed or not

13   safely designed?

14           It just asks whether or not that makes a difference

15   to you.  As you sit here now, having not heard a single witness,

16   do you believe that the federal government's involvement means

17   that the trailer was safely designed or that it was not safely

18   designed.  That's what the question asks.

19           PROSPECTIVE JUROR 37:  Well, I do have an opinion about

20   that, if you'd like --

21           THE COURT:  Why don't you come on up.  I want to make

22   sure that -- because it's kind of an interesting question, so why

23   don't you come on up and we can talk about it, make sure that you

24   understand the question and we understand your answer.

25           PROSPECTIVE JUROR 37:  I understand the question.  I've

1   got an opinion on it.

2          THE COURT:  Come on up.

3          (WHEREUPON, at this point in the proceedings, there was

4   a conference held at the bench.)

5          THE COURT:  This is the Number 37, Mr. --

6          PROSPECTIVE JUROR 37:  Peter Ducoing.

7              My opinion on it is that the federal government had

8   nothing to do with the design or building of this trailer either

9   way, so I can't see where they would be at fault in any kind of

10  way, shape or form in the design because they didn't design it,

11  they didn't build it.  They just simply went to a manufacturer to

12  supply them with emergency housing.  So my opinion is that the

13  federal government is not fault.

14         THE COURT:  Okay.  Does anybody have any questions?

15         MR. YOUNT:  May I ask a couple?  Sir, where do you get

16  this basis that the federal government had nothing to do with the

17  design of the trailers?

18         PROSPECTIVE JUROR 37:  Because the federal government

19  did not design the trailers.  Unless this trial shows me that the

20  federal government gave the manufacturer a set of specs to build

21  this trailer off of, knowing full well that the formaldehyde is a

22  part of that, I still can't see where they are at fault.

23         MR. YOUNT:  I guess my question is, is there something

24  in your background or in your business that gives you some inside

25  knowledge as to how the federal government does procurements and

1  stuff like that?

2        PROSPECTIVE JUROR 37:  No, but my background is in

3  fabrication, oil field fabrication, and we work off of specs from

4  customers, specifications that customers give us.  They give me a

5  set of drawings, we're going to build that platform or that piece

6  of equipment to their specs.

7            Now, if the federal government's come in and said,

8  you must use formaldehyde to glue this together, then there is no

9  way you can find them at fault.

10       MR. YOUNT:  But if the evidence shows that, you're able

11 to keep an open mind on that issue?

12       PROSPECTIVE JUROR 37:  Oh, yeah.  I mean, but just -- my

13 opinion is I just can't see where they're at fault with the

14 design of this.

15       MR. REICH:  No questions.

16       MR. YOUNT:  Thank you, sir.

17       THE COURT:  Thank you.

18       (WHEREUPON, at this point in the proceedings, the

19 conference held at the bench concluded.)

20       THE COURT:  In this case, the plaintiff,

21 Earline Castanel, did apply for emergency housing assistance

22 after Hurricane Katrina, and this is why FEMA provided the travel

23 trailer to the plaintiff.  Would anyone have difficulty in

24 considering the claims of Ms. Castanel because of the fact that

25 these claims of alleged harm from formaldehyde exposure result

1 from living in a travel trailer which was provided to the

2 plaintiff free of charge as emergency housing?

3     UNIDENTIFIED PROSPECTIVE JUROR:  Would you repeat that?

4     THE COURT:  Yes.  In this case, the plaintiff,

5 Earline Castanel, did apply for emergency housing assistance

6 after Hurricane Katrina, and this is why FEMA provided the travel

7 trailer to the plaintiff.  Would anyone have difficulty in

8 considering the claims of Ms. Castanel because of the fact that

9 these claims of alleged harm from formaldehyde exposure resulted

10 from living in a travel trailer which was provided to the

11 plaintiff free of charge as emergency housing?

12     PROSPECTIVE JUROR 43:  Can I come up there?  Well, it

13 goes back to my last opinion.

14     THE COURT:  Right.  And let me make sure.  That's in

15 Mr. Deagano, Number 43.

16     PROSPECTIVE JUROR 43:  Yes, sir.

17     THE COURT:  Thank you, Mr. Deagano.

18     Anybody else?

19     Other than what you all have told us so far, do you

20 know of any reason why you think that you could not sit in this

21 case and render a just, fair, honest and impartial verdict, other

22 than what you have already told us, either here in court or up

23 here at the bench?

24     Does anyone here have any issues -- I've given you

25 the schedule, it would be an 8:30 to 5 o'clock, Monday through

1  Friday, some days you may get off a little bit earlier than five,

2  from today until next Monday.  Does anyone have any serious

3  transportation issue in getting to the courthouse in order to

4  fulfill that jury service?

5          All right.  Number 36.  That would be Mr. Hebert.

6          PROSPECTIVE JUROR 36:  Michael Hebert.

7          THE COURT:  Right.

8          PROSPECTIVE JUROR 36:  I live in Houma, Louisiana, and I

9  don't drive -- I don't have a car.

10          THE COURT:  And how did you get here today?

11          PROSPECTIVE JUROR 36:  I borrowed a friend's car.

12          THE COURT:  You borrowed a friend's car.  All right.

13  And there would be no way for you to get to and from court Monday

14  through Friday?

15          PROSPECTIVE JUROR 36:  It's not reliable.  He has a job,

16  as well, and it just so happened he had off today and he let me

17  take the truck.

18          THE COURT:  All right.  Thank you, Mr. Hebert.

19          Does anybody else have any serious transportation

20  issue?  And I know that you might not normally come here during

21  the day, if you work in other parts of town or other parts of the

22  district.  I know that parking is not the most convenient thing.

23  Other than that, does anybody have any serious transportation

24  issue getting to and from court if you're chosen as a juror?

25          All right.  The last thing we're going to ask you

1  to do -- let me make sure I'm finished with my questions here.

2  The last thing I'm going to ask you all to do, starting with

3  Juror Number 1, Ms. Catalano -- after the first few of you do

4  this, you'll see that it's fairly easy, but it sounds like a lot

5  of information -- we're going to ask you to stand, give us your

6  number, of course, show us your paddle, state your full name,

7  state your occupation, your spouse's name and occupation if you

8  are married, in other words, your marital status, tell us how

9  many children you have and their ages and if they are grown and

10  employed outside of the home or if they are -- if there are any

11  outside of the home and they are employed somewhere, tell us what

12  your children do for a living.  So it sounds like a lot, but

13  you'll see after the first few it's fairly easy.

14          PROSPECTIVE JUROR 1:  Maureen Catalano.  Okay, I forgot

15  all the questions.

16          THE COURT:  Occupation?

17          PROSPECTIVE JUROR 1:  Occupation is a dental assistant.

18  My husband, David Catalano, is employed by Reynolds and Reynolds

19  as a computer engineer.  I have three children, ages 19, 16 and

20  13.  College and high school and grammar school is where they are

21  currently.

22          THE COURT:  In fact, why don't we -- Amanda, will you

23  get that microphone.  Maybe we can just pass that microphone down

24  and make sure that we can -- make sure it's on and then we'll let

25  Ms. Pitre -- Ms. Pitre can pass it to the next person when she's

1  finished.

2       PROSPECTIVE JUROR 2:  My name is Karen Simoneaux Pitre.

3  I'm a substitute teacher.  I'm a widower.  I have two children,

4  38 and 37.  My son lives in Tampa, and he's a vice-president of

5  ABB, whatever.  And my daughter, Chantel, works at Jefferson

6  Parish courthouse.  She's works with domestics and with

7  probation.

8       THE COURT:  Okay.  Thank you, Ms. Pitre.

9            Ms. Pitre, what business was your husband in?

10      PROSPECTIVE JUROR 2:  He was an engineer for Entergy.

11      THE COURT:  Engineer.  Okay.  Thank you.

12      PROSPECTIVE JUROR 3:  My name is Robert Schellhaas.  I

13  work at St. Tammany Parish Hospital as a chef and catering

14  manager.  My wife works for Gilsbar, Incorporated in Covington as

15  a third-party administrator.  I have a 21-year-old, a

16  nine-year-old, a three-year-old and a two-year-old.  Thank you.

17      THE COURT:  Thank you.

18      PROSPECTIVE JUROR 4:  I'm Kenya Danielle Thomas, Juror

19  Number 4.  I'm single.  I have one biological child, but I'm

20  helping raise three others, ages 13, 8, 6, and my daughter is

21  three.  And I work for Louisiana Department of Transportation and

22  Development.

23      THE COURT:  Thank you, Ms. Thomas.

24      PROSPECTIVE JUROR 5:  My name is Gregory Brumfield, and

25  I'm in maintenance at Rick's Cabaret.  My wife is a supervisor at

1    the post office.  I have one son.  He's an attorney as Jones and

2    Walker.  Thank you.

3            THE COURT:  All right.  Thank you.

4            PROSPECTIVE JUROR 6:  Juror Number 6, Troy Naquin,

5    blaster/painter, John Deere, Thibodaux.  I have a wife, married.

6    Two sons, Brody and Cy Naquin, ages five and 11 months.

7            THE COURT:  All right.

8            PROSPECTIVE JUROR 7:  I'm Noel Osegin Domingo.  I am a

9    homemaker.  I have -- my husband is an insurance broker.  I have

10   two children, ages 14 and 16, starting exams.

11           THE COURT:  Why don't we go ahead and start back on this

12   side here, if you'd pass it down, so we can stay in order.  And

13   this will be Ms. Calandro.

14           PROSPECTIVE JUROR 8:  My name is Bobbie Ketchum

15   Calandro.  I am semiretired.  I'm an artist, and I chair a

16   nonprofit on the North Shore, a youth service bureau.  And my

17   husband is retired.  He was an engineer.  He owned his own

18   business.  And I have two sons, one is 38, he's a fifth grade

19   teacher in California, and my other son is 35, and he works for

20   URS, and he is -- he does environmental inspection or whatever.

21   And I think that's it.

22           PROSPECTIVE JUROR 9:  My name is Bianca Christoval.  I'm

23   Juror Number 9.  I am a teller at Cash Plus.  I am single, and I

24   don't have any kids.

25           PROSPECTIVE JUROR 10:  My name is Charles Talford.  I'm

1    a truck driver.  I have three children.  I'm a widower.  I have a
2    son who is 42, daughter is 40, and I have a son 31 years old.
3              THE COURT:  What are their occupations?
4              PROSPECTIVE JUROR 10:  Oh, I'm sorry.  My oldest son is
5    a plumber, my daughter works in a deli department, and my
6    youngest son is a truck driver, as well.
7              THE COURT:  And your wife, before passing was she
8    employed outside of the home?
9              PROSPECTIVE JUROR 10:  Yes, she worked at Women's
10   Battered Center.
11             THE COURT:  Thank you.
12             PROSPECTIVE JUROR 11:  My name is Charles Early.  I'm a
13   self-employed shopkeeper.  My wife is a homemaker.  I have five
14   children, 22, 20, 18, 10 and 8, and they are all students.
15             PROSPECTIVE JUROR 12:  Tara Louviere, Number 12.  I am a
16   para educator at Henry Ford Middle School in Avondale.  My
17   husband, Mark Louviere, is a tugboat captain.  We have one son,
18   who is 15, in high school.
19             PROSPECTIVE JUROR 13:  My name is Elaine Duckworth.  I'm
20   married to Pink Duckworth, Sr.  He's a retired police officer of
21   30 years with St. Charles Parish.  Five children; one son, four
22   daughters; 35, 34, 33, 31, and 28.  My son's a police officer,
23   also.  He works as a jailer in St. Charles Parish jail.  I have
24   two daughters that are retail managers, one is an administrator
25   assistant, one is a homemaker.  I right now work with the 2010

1   Census as a field supervisor.  I'm in charge of the State of

2   Louisiana in the Census -- maintenance division.

3           PROSPECTIVE JUROR 14:  My name is Rosie Collins, Juror

4   Number 14.  I'm employed with the Offices of Juvenile Justice as

5   a probation and parole officer for juveniles.  I am a single

6   parent of a six-year-old.

7           PROSPECTIVE JUROR 15:  Juror Number 15, Barbara

8   Williams-Shafer.  I am a temporary employee for the litigation

9   department of Entergy.  My husband, Steve Schafer, is a deputy

10  sheriff here in Orleans Parish.  And I have a 18-year-old son.

11          PROSPECTIVE JUROR 16:  Paul Coles, Juror Number 16.  I'm

12  a computer analyst.  My wife is a controller.  Two children, 27

13  and 23, professional students.

14          PROSPECTIVE JUROR 17:  Juror Number 17, my name is

15  Herman Cade.  I'm a retired New Orleans police officer.  I

16  presently work for Orleans Parish criminal court doing drug

17  testing.  I have three kids, 30, 28 and 20.  The 30-year-old one

18  is in the military stationed in Fort Hood.  My 28 is married and

19  a housewife.  And my youngest son works for Audubon Zoo.

20          THE COURT:  Thank you, Mr. Cade.

21          PROSPECTIVE JUROR 18:  My name is Robert Ramirez.  I

22  work at Northrop Grumman.  I'm a manager for over 40 years.  My

23  wife just recently came home to take care of my grand kids

24  because my daughter is going back to college to be a teacher.

25  She's 41.  My son is 37.  He's in the United States Navy on the

1  USS GEORGE WASHINGTON.  And I think that's it.

2          PROSPECTIVE JUROR 20:  My name is Melissa Carnesi,

3  Number 20.  I'm currently in school right now.  I'm an EMT

4  studying for paramedic and continuing to receive my MD.  And I

5  raise two children.  My girl is five, and my son is three.

6          PROSPECTIVE JUROR 21:  My name is Neville Patterson.  I

7  own a couple of trucks.  I'm a truck driver, I own a couple

8  trucks.  I'm single, three kids, 16, 14 and 11.

9          PROSPECTIVE JUROR 22:  Jeremy Bass.  I'm a computer

10  repair technician.  I am not married, and I have no children.

11          PROSPECTIVE JUROR 23:  Edward Smith, 23.  I work for

12  Schlumberger Engineering charge out of Houma, and my wife works

13  at Nicholls.  My daughter is a nurse's assistant, going to

14  school.  She's 30.

15          PROSPECTIVE JUROR 24:  24, my name is Donna Guidroz.

16  I'm currently employed by Ochsner Clinic Foundation as an interim

17  director for graduate medical education.  My husband, Doyle

18  Guidroz, we're self-employed.  We own Sparky's Electric, LLC.  We

19  have one son, 27 years old, married.  He is a full-time fire

20  fighter, as well as an electrician.

21          PROSPECTIVE JUROR 25:  Connie Becnel, 25.  I'm a state

22  employee for the Office of Juvenile Justice.  My husband works

23  for Occidental Chemical Corporation.  My daughter works for

24  Camden Corporation.  She is 30 years old.  My son is 23, and he

25  works for an electrical contractor.

1        PROSPECTIVE JUROR 26:  Elizabeth Devillier, Number 26.

2   I'm a retired school teacher.  My husband works for Union Pacific

3   Railroad.  I have two daughters.  The first one is 30, she works

4   with Sherwin-Williams paint in sales.  And my second daughter is

5   28 -- well, 27, and she works with a law firm in Belle Chasse.

6   And during the day, I baby sit my one-year-old granddaughter

7   since she was born.  And I also baby sit my six-year-old

8   granddaughter when she gets off the bus.

9        THE COURT:  What law firm is that that you said your

10  daughter works for?

11       PROSPECTIVE JUROR 26:  Pivach, Pivach, Thriffiley and

12  Hufft, I believe.

13       PROSPECTIVE JUROR 27:  I'm Juror Number 27.  My name is

14  Leslie Breaux.  I own a small wholesale flooring company.  My

15  husband is Stephen Breaux.  He's a retired Jefferson Parish

16  fireman, and now he works with me in the business.  I have a

17  35-year-old daughter who is a registered nurse with Omni Home

18  Health, and I have a 33-year-old son who is a tattoo artist in

19  Seattle.  Thank you.

20       PROSPECTIVE JUROR 28:  My name is Steve Ciolino,

21  Number 28.  I'm a pharmacist, and I run a couple of retail drug

22  stores in Metairie.  I have three older sons from a previous

23  marriage, two are in college, one is in high school.  I'm

24  currently married to Darlene Ciolino.  She was a -- she is now a

25  housewife and mother of my two daughters.  My daughters are two

1   and a half and a three-month old daughter.  And she once worked

2   for the Royal Sonesta in the French Quarter.

3          THE COURT:  Okay.

4          PROSPECTIVE JUROR 29:  Clarisse Godfrey, Juror

5   Number 29.  I'm disabled.  I have two -- three sons, 33, 30 and

6   16.  The 33-year-old is a barber and stylist, the 30-year-old is

7   a -- works at -- in a restaurant, and the 16th-year-old is a

8   student.

9          PROSPECTIVE JUROR 30:  My name is Cliff Buller,

10  Number 30.  I'm a vice-president at Whitney Bank as a commercial

11  loan officer.  My wife, Laurie, is a CPA.  She's self-employed.

12  I have three sons; 22 years old, he works as a park ranger, and I

13  have a 17-year-old and a 12-year-old, and they are both students.

14         PROSPECTIVE JUROR 31:  I'm Number 31, Cathy

15  Westmoreland, homemaker, 28-year-old son.

16         THE COURT:  Is your son employed?

17         PROSPECTIVE JUROR 31:  In Texas.

18         THE COURT:  What does he do?

19         PROSPECTIVE JUROR 31:  He remodels houses.

20         THE COURT:  Thank you.

21         PROSPECTIVE JUROR 32:  Russel Harris, Number 32.  I'm in

22  commercial printing sales for Harvey-Hauser Press, and I'm

23  co-owner of Brennans Direct Mail, single, no children.

24         PROSPECTIVE JUROR 33:  Harry Eves, Juror Number 33.

25  Employed with RTA as a rail operator.  Divorced; two kids, a

1   daughter that's a sales rep for Home Depot, and my son owns his

2   own barber shop.

3           PROSPECTIVE JUROR 34:  James Richard, Number 34.  I am

4   the chair of the creative writing department at Lusher Charter

5   School.  My domestic partner, Timothy Watson, is an independent

6   film maker.

7           PROSPECTIVE JUROR 35:  Michael Pelafigue, Number 35.

8   I'm manager and secretary/treasurer of SDI Remanufacturers.  My

9   wife is a second grade school teacher at Capdau Charter School.

10  And that's pretty much it.

11          PROSPECTIVE JUROR 36:  Michael Hebert, Number 36.  I

12  work at Papa John's, I'm single, and I have no children.

13          PROSPECTIVE JUROR 37:  Peter Ducoing, Number 37.  I'm an

14  outside salesman for Industrial Welding Supply.  My wife, Lisa,

15  is an x-ray tech for West Jefferson Hospital.  Two kids:  A

16  daughter, 23, currently a student; my son, 14, also a student.

17          PROSPECTIVE JUROR 38:  I'm Margaret Fernandez,

18  Number 38.  I am a billing clerk for B&G Crane Service.  My

19  husband is vice-president of A.J. Gallagher Insurance Company.  I

20  have four children:  One 44, he's -- works for Boomtown Casino; I

21  have a daughter that's 36, she is the office manager for a pet

22  hospital; I have a son that's a truck driver; and, I have another

23  son that's 37, and he works in construction.

24          PROSPECTIVE JUROR 39:  I'm Number 39, Steve Gibson.  I'm

25  in sales.  I'm area manager for Southern Champion Tray.  I have

 1   one son, 23 years old.  He's employed by Sears in sales.  My

 2   wife, Barbara, is an RN, and she works for R and R Home Health

 3   Care.

 4          PROSPECTIVE JUROR 41:  41, my name is Angelle Jones.

 5   I'm a full-time student.  I have no kids, and I'm single.

 6          PROSPECTIVE JUROR 42:  Barbara Knill, Number 42.  I'm a

 7   retired realtor.  My husband is a retired professor of

 8   mathematics.  We have three children.  Our 50-year-old is a

 9   computer specialist with Northrop Grumman in Virginia.  Our

10   second child is 49, and he is a professor at the University of

11   Rochester.  And our third is a daughter who is 46, and she's with

12   the National Archives in Silver Spring, Maryland.

13          PROSPECTIVE JUROR 43:  I'm Drake Deagano, Number 43, and

14   I'm a small business owner.  It's a communications contracting

15   company.  My wife is a secretary and a production manager for

16   some films that she's doing.  And no children.

17          PROSPECTIVE JUROR 44:  Number 44, Melissa Logan.  I'm a

18   homemaker.  My husband works in retail management.  I have two

19   daughters, one is 21 and she works in a restaurant, and one is a

20   teen who is about to graduate high school.

21          PROSPECTIVE JUROR 45:  Francis Lestelle, Number 45.  I

22   work for United States Environmental Services.  My wife is a

23   surgery coordinator for an eye doctor.  My oldest daughter -- I

24   have six daughters.  My oldest daughter is 32, she works for the

25   port.  My next daughter is 30, she works -- she's a teacher.  My

1    next daughter is 28, and she's an EMT for West Jefferson

2    Hospital.  My fourth daughter is an waitress.  My fifth daughter

3    is a licensed massage therapist.  And my youngest is still in

4    school.

5              THE COURT:  Thank you.

6              PROSPECTIVE JUROR 46:  Peggy Foley, Number 46.  I'm

7    retired from the Drug Enforcement Administration, and I'm single.

8              PROSPECTIVE JUROR 47:  I'm Joey Neil, Number 47.  I'm a

9    digital technician for AT&T.  My wife is a payroll clerk for

10   Rollins Petroleum.  We have two daughters, 33 and 23, and both of

11   them are homemakers.

12             PROSPECTIVE JUROR 48:  Norman Hebert, Number 48.  Two

13   daughters, one is in banking, one works for the DA in Terrebonne

14   Parish.  One son, he's a UPS driver.

15             PROSPECTIVE JUROR 49:  Veronica House, Juror 49.  Single

16   and no children.

17             PROSPECTIVE JUROR 50:  Looks like you saved the best for

18   last.  Bradley Bozant, Number 50.  Four months ago I had brain

19   surgery, fully recovered from it and now I'm job hunting.  And,

20   also, a student as well.

21             THE COURT:  All right.

22             PROSPECTIVE JUROR 50:  Working on my fourth degree.

23             THE COURT:  If you could go ahead and bring that

24   microphone back on up.

25                  Counsel, would you all approach.

1           And while they are coming up, thank you all for

2     your patience on this.  We're about to complete the process of

3     selecting the jury in this case, so if you all would just bear

4     with us.  If you would like to stand where you are, don't leave

5     the room just yet but if you would like to stand where you are

6     and stretch or talk quietly amongst yourselves, you may do that

7     as long as it's very quitely.  We'll try to make this go as

8     quickly as possible so you can be on your way.

9           (WHEREUPON, at this point in the proceedings, there was

10    a conference held at the bench.)

11          THE COURT:  Challenges for cause.  Number 4, we had

12    agreed was not going to be on -- parties have agreed that

13    Number 4 is not going to be on the panel; is that correct?

14          MR. YOUNT:  That's correct, Judge.

15          THE COURT:  Challenges for cause.  Anybody want to

16    start?

17          MR. REICH:  Yes, Your Honor.  The plaintiff would

18    challenge Juror Number 11 for cause based upon his response --

19          THE COURT:  That's Mr. Early?

20          MR. REICH:  -- to a question propounded by the Court.

21    Despite questioning by counsel for the defendant, he still

22    indicated that he could not keep an open mind and had formed an

23    opinion because of his small business ownership.

24          MR. YOUNT:  Your Honor, in response to -- we do object

25    to a for cause challenge.  In response to his question to the

1   jury questionnaire, number 128, it's clear that he's trying to

2   get off the jury by responding to the question in that way.  Are

3   these going to be in evidence?  Are these going to --

4         THE COURT:  You can put them in evidence if you would

5   like.

6         MR. YOUNT:  I would like to file into evidence the jury

7   questionnaire.  I'll get a clean copy without the notes on it.

8   The jury questionnaire for Charles Early.  It's clear that based

9   upon his totality of his responses, particularly 128, he's just

10  trying to get off the jury.

11        THE COURT:  Well, I suspect that that may be the case,

12  but he was given a chance to respond, and I have to assume that

13  he's going to respond honestly.  So I'm going to go ahead and

14  grant the challenge for cause with regard to Number 11.

15             Who else?

16        MR. WATTS:  We move for cause in Number 7 because this

17  is the woman that Mr. Lyons said knows him personally.

18        MR. YOUNT:  No objection.

19        MR. REICH:  Social relationship.

20        THE COURT:  Yes.

21             Who else?

22        MR. WATTS:  Your Honor, one other.  With respect to

23  Number 1, you asked for people with hardship, I think she was the

24  only one that stood up.

25        THE COURT:  She said that she had children, her husband

 1   was absent for the next couple of weeks.

 2           MR. GARRISON:  There was one that was 13, the youngest.

 3           MR. WATTS:  She has got a high school age daughter, I

 4   think.

 5           THE COURT:  Wait.  One thing.  Flash back to the

 6   pretrial conference, one person will speak for each side.  Okay.

 7   So both sides have already violated that, but I'm reminding you

 8   so that we can do it from henceforth into the future.

 9               Do we have an agreement with regard to

10   Ms. Catalano, or do we not?

11           MR. YOUNT:  We would object to that.  Her children are

12   of sufficient age where, if we get out of here at 5 o'clock, she

13   could reasonably get them ready for school.

14           THE COURT:  I can question her further about that, but

15   they are not young children.  So I, frankly, thought she was

16   going to tell us that they were six and eight, but they're

17   teenagers, so I'm not going to excuse her for cause.

18               Anybody else on the plaintiff side?

19           MR. WATTS:  No, Your Honor.

20           THE COURT:  Anybody else?

21           MR. YOUNT:  I'm going to go a little bit out of order.

22   43, he was the gentleman we brought up here --

23           THE COURT:  Yes.

24           MR. YOUNT:  -- who testified that he had been in the

25   travel trailers before.  He --

 1          MR. WATTS:  We're not going to get to 43, so we don't

 2    object.

 3          MR. YOUNT:  I just don't want to forget about him.

 4          THE COURT:  Yes.  That's fine.

 5          MR. YOUNT:  Your Honor, when we moved to strike, is that

 6    a part of the record?

 7          THE COURT:  It's part of the record.  We should make our

 8    ruling on those.  The ones that we granted, challenges for cause

 9    that we granted, we need to put into the record.  Maybe we can do

10    that during the break, the ones that we ruled on last week.  We

11    granted, I want to say, three that the defendants had challenged

12    based on a questionnaire.

13          MR. YOUNT:  Your Honor, Juror Number 14, Rosie Collins,

14    we've previously asserted a challenge for cause on her which was

15    denied by this court.

16               One of the things that she said in the

17    questionnaire was that she didn't know if she was going to be a

18    FEMA plaintiff, that she had relatives who were possibly FEMA

19    plaintiffs.  And I think it would be appropriate to question her

20    on the Collinses who did.  And I have a list of the Collinses who

21    did who have filed suit, ask her to review that list.

22          THE COURT:  Number 14, Ms. Collins.  Would you come

23    forward, please.

24               Good morning.  Ms. Collins, you had indicated in

25    your questionnaire that you had either friends or relatives who

1    lived in FEMA trailers who might be claimants as part of the

2    general process of filing claims in this case.  Do you recall

3    answering that question in the written questions?

4              PROSPECTIVE JUROR 14:  No.

5              THE COURT:  In the written question?  Do you have the

6    written questionnaire handy?

7              MR. YOUNT:  I don't have it up here, but I have it at my

8    desk.

9              THE COURT:  Let me ask you, then, do you have relatives

10   or close friends who have filed claims in connection with

11   formaldehyde exposure in FEMA trailers?

12             PROSPECTIVE JUROR 14:  No, I don't.

13             THE COURT:  You don't have anyone?

14             PROSPECTIVE JUROR 14:  No, not that I know of.  Maybe I

15   have missed --

16             THE COURT:  Yes.  Would you -- do you have a list of

17   people here?

18             MR. YOUNT:  This is list of the Collinses.

19             THE COURT:  Counsel, have you seen this list?

20             MR. WATTS:  I haven't, but I don't object to it.

21             THE COURT:  Maybe we ought to do this first.  Let's get

22   the questionnaire first.  Do you have the questionnaire?

23             MR. YOUNT:  This is all but the front page that has my

24   notes on it.

25             THE COURT:  What page?  What number?  What number

 1   question?

 2            MR. YOUNT:  126.

 3            THE COURT:  This is your questionnaire, Ms. Collins.

 4            PROSPECTIVE JUROR 14:  Okay.  All right.

 5            MR. YOUNT:  And, also, 94 and 114.

 6            THE COURT:  Wait.  126, she indicated she did not know.

 7   What were the other numbers?

 8            MR. WATTS:  114.

 9            THE COURT:  114.

10            MR. YOUNT:  96 and 114.  She had siblings living in a

11   FEMA trailer.

12            PROSPECTIVE JUROR 14:  Yes, I had family living in a

13   FEMA trailer, but none had filed any claims.  As far as

14   formaldehyde damage, nobody filed any claims as far as I know.

15            THE COURT:  This is the question that the attorney is

16   asking you about.

17            PROSPECTIVE JUROR 14:  I was not sure of the

18   manufacturer.  (Reading a document.)

19            THE COURT:  Is that a correct answer to 96?

20            PROSPECTIVE JUROR 14:  Yes.

21            THE COURT:  And what -- do you know -- to whom were you

22   referring when you mentioned that -- oh, let's see, this just

23   asked if they resided in the travel trailer.

24            PROSPECTIVE JUROR 14:  Yes, if they resided.

25            MR. YOUNT:  And so the follow-up question is she had

1   some siblings who resided in a FEMA travel trailer.  She doesn't

2   know whether they're plaintiffs or not.  I think it would be

3   appropriate to have her look at the list.

4           THE COURT:  Well, I would rather not -- I would rather

5   not go that far.  Let's just ask her, do you know if any of the

6   people that you're familiar with, family members or close

7   friends, do you know if any of them have filed a claim in

8   connection with formaldehyde exposure?

9           PROSPECTIVE JUROR 14:  No, I do not.  No.  No, sir.

10          THE COURT:  You don't know one way or the other?

11          PROSPECTIVE JUROR 14:  No.

12          MR. YOUNT:  What are the -- may I, Judge?

13              What are the names of your siblings who lived in

14  FEMA trailers?

15          PROSPECTIVE JUROR 14:  Barbara Collins.  And my niece,

16  Ashley Mixon.

17          MR. YOUNT:  M-I-X-O-N?

18          PROSPECTIVE JUROR 14:  Yes.  And my sister, Clara Mixon,

19  and her husband, Gerald Mixon.

20          MR. YOUNT:  Okay, Judge.

21          PROSPECTIVE JUROR 14:  And, also, my brother,

22  Louis Collins.

23          MR. YOUNT:  Were they living in New Orleans or in

24  St. Charles Parish?

25              PROSPECTIVE JUROR 14:  In New Orleans.  No other

1   parishes.

2        MR. YOUNT:  You're from St. Charles Parish, though,

3   right?

4        PROSPECTIVE JUROR 14:  I'm from Orleans Parish.

5        MR. YOUNT:  Oh, I'm sorry.  I'm confused.

6        THE COURT:  Is Louis, is his middle initial H by any

7   chance?

8        PROSPECTIVE JUROR 14:  Yes.

9        THE COURT:  Anything else, Counsel, for Ms. Collins?

10       MR. WATTS:  I do.  Ms. Collins, how long has it been

11  since you left your home where your parents were raising you with

12  your brother?

13       PROSPECTIVE JUROR 14:  The time I left from my parents'

14  home?

15       MR. WATTS:  When was the last time you lived with your

16  brother, Louis?

17       PROSPECTIVE JUROR 14:  I've never lived with him.  You

18  know, we were -- being older -- I'm the youngest of nine, so.

19       MR. WATTS:  You're the youngest of nine.

20       PROSPECTIVE JUROR 14:  Yes.

21       MR. WATTS:  How much older than you is Louis?

22       PROSPECTIVE JUROR 14:  Let's see, he's in his 50s.

23       MR. WATTS:  And you never lived with him because of the

24  incident?

25       PROSPECTIVE JUROR 14:  No.

 1          MR. WATTS:  That's all of my questions.

 2          THE COURT:  Anything further?  Thank you, Ms. Collins.

 3              Well, there's a Louis H. Collins on the list.

 4          MR. YOUNT:  Judge, I think the fact that we're asking

 5   these questions, the cat is out of the bag.  She knows he's a

 6   plaintiff.  We'd move to strike her for cause.  He's a close

 7   family relative.

 8          THE COURT:  If we had not identified somebody in the

 9   pool -- and I know we can get into how well she likes her brother

10   or doesn't like her brother, but her brother is a relation in the

11   first degree, so I have some concerns about Ms. Collins.

12              Does anybody want to comment on it or argue to the

13   contrary?

14          MR. WATTS:  We would object to her excusal for the same

15   reasons stated in the pretrial.  She is a juror of Ms. Castanel's

16   peers.  She's an African-American female.  She's never lived with

17   her brother.  She stated she had no idea that he had filed a

18   suit.  She still doesn't.  And the fact that counsel asked

19   questions about what's his name, what's his middle initial, comes

20   from a family of nine, I don't think there is any, even closely

21   or remote risk of any sort of influence here.  She still doesn't

22   know whether he's got a claim.

23              We've just asked questions, and this is not

24   somebody she's ever lived with.  It's not somebody that she seems

25   to have a close relationship with.  There is no cause to strike

1   her by way of her answers in the standpoints that it would

2   influence her.

3            There is no cause -- in fact, the Court asked

4   specifically the question, was there anything about what you know

5   about the facts of this case that would keep you from being a

6   fair and impartial juror, and she did not raise her hand.

7            You know, I commend counsel for doing yoman's work

8   of digging, but I just don't even think we're close to a strike

9   for cause that would justify striking another African-American

10  jurors.

11           THE COURT:  Ms. Collins, would you come back up, please.

12  Sorry.

13           Did you indicate you were one of nine children in

14  your family?

15           PROSPECTIVE JUROR 14:  Yes.

16           THE COURT:  And how close are you to your brothers and

17  sisters?

18           PROSPECTIVE JUROR 14:  We are all close.

19           THE COURT:  Very close?

20           PROSPECTIVE JUROR 14:  Yes.

21           THE COURT:  Do you all get together like on holidays or

22  even on weekends and see each other here in town?

23           PROSPECTIVE JUROR 14:  Yes.

24           THE COURT:  How many of the nine live here in the

25  New Orleans area?

1              PROSPECTIVE JUROR 14:  Let's see.  My sister Barbara,

2    Clara, and myself.  Louis is still in Greensburg, Louisiana.

3    He's back and forth.  His house is still not complete.

4              THE COURT:  How often do you see Louis?

5              PROSPECTIVE JUROR 14:  I would say probably twice a

6    month.

7              THE COURT:  Twice a month.  And does he visit your house

8    on those occasions?

9              PROSPECTIVE JUROR 14:  Either that or I visit his house.

10             THE COURT:  You visit his house?

11             PROSPECTIVE JUROR 14:  Uh-huh.

12             THE COURT:  And you said he lives where?

13             PROSPECTIVE JUROR 14:  He's in Greensburg, Louisiana

14   right now.  He has a house here, a house he lives in here, but

15   they are still trying to get it together after Katrina.

16             THE COURT:  And when you visit his house, is it just for

17   the day, or do you go and spend the night sometimes?

18             PROSPECTIVE JUROR 14:  No, just usually for the day.

19             THE COURT:  On average, about twice a month you see him?

20             PROSPECTIVE JUROR 14:  About twice a month, yeah.

21             THE COURT:  Do you spend holidays and things together,

22   either at your house or his house or one of your brothers or

23   sisters?

24             PROSPECTIVE JUROR 14:  No, we usually stay -- I stay

25   with my mom when I go to Greensburg, so that's where we usually

1    gather at.  But he has his own home there with his wife.

2          MR. WATTS:  Can I ask a question?  Collins is a pretty

3    common name, so how do you spell Louis' name?

4          PROSPECTIVE JUROR 14:  L-O-U-I-S.

5          MR. WATTS:  And the H stands for what?

6          PROSPECTIVE JUROR 14:  Henry.

7          THE COURT:  Anybody else?  Okay.  Thank you, again.

8               Well, the reason I called her back up here,

9    obviously, was to determine how close a relationship they have in

10   fact.  The fact that it is her brother is hard to say in the

11   first degree, but the fact that she talks to him on average twice

12   a month and it's not like they are estranged or even that they

13   are just not as familiar with each other, it sounds like they do

14   have a closer relationship.

15              Now, this is all on the assumption that the

16   Louis H. Collins is the Louis H. Collins, and there is no way for

17   us to know that because she doesn't know whether he filed a claim

18   or not.

19         MR. WATTS:  Can I see the list real quick that you

20   provided to the Court?

21         THE COURT:  I think to be on the safe side I'm still

22   inclined towards granting the challenge for cause.  If there is

23   something else we can look at to get more information.

24         MR. YOUNT:  Your Honor, while we're getting that sheet,

25   a couple of other observations.  Number one, in response to 117

1   on the questionnaire, she said that she's had general talk about

2   formaldehyde and she made statements about burning eyes and

3   smells.  She also believes that if you're exposed to formaldehyde

4   for a long time that there are health issues.

5           In response to 120, she stated that formaldehyde

6   exposure is very dangerous.  She also testified that friends and

7   relatives have received FEMA warnings.

8           With respect to --

9       THE COURT:  But those are things that were argued on the

10  basis of the questionnaire that I've already seen.

11      MR. YOUNT:  But I think it's the totality with this new

12  information.  Additionally, we haven't had a chance to run the

13  name Mixon, which is a new name.

14      MR. WATTS:  I have two responses.  Judge, the list I

15  have been handed has Louis Collins, Civil Action 09-6349, which

16  is *Collins versus Gulf Stream*, and we have a Louis H. Collins,

17  which is Civil Action Number 09-8707, which is the *Cage versus*

18  *Gulf Stream* case.

19          I would add to my previous comments that the Court

20  has gone to a great deal of effort to require a matching.  I

21  think if you had a situation where there was some -- it was a

22  Recreation By Design case as opposed to a Gulf Stream case there

23  might be a cause for more concern.

24          But here we have somebody that we don't know

25  whether it's the brother.  Collins is like the name White or

1   where I'm from Garcia.  I mean, it's everywhere, number one.

2          Number two, we don't know whether it's the same

3   Louis H. Collins.  We know that Louis H. Collins has filed a

4   suit, has filed a suit against a completely different

5   manufacturer that's not involved in the case.

6          So we would object to the excuse.

7      THE COURT:  I'm not convinced that the fact that it's a

8   different manufacturer makes a difference.  The overall interest

9   of a person or the questionable proclivity of a juror is at issue

10  here.  I'm not convinced that because it's a different

11  manufacturer, therefore, the person has less of an interest.  I

12  would rather not take a chance.

13         There is no way for us to verify that that is the

14  Louis Collins, but the fact that we have two Louis Collins in the

15  plaintiff pool makes it twice as likely that it is her brother.

16  And there is no way -- I agree with you, Collins is not an

17  uncommon name, but I would rather not take a chance on it.

18         She does give other answers that other people that

19  she knows, and she listed the Mixon side of the family, so I

20  would rather not take a chance on seating a juror who we would

21  find out is, in fact, related or very close to someone who is a

22  plaintiff in this case.  I think the prudent thing to do would be

23  to go ahead and excuse her for cause.

24         And for the record, when this was originally raised

25  by way of the pretrial submissions, I had tagged her as someone

1   who would be questioned at the bench, which now we've done, and

2   through that questioning process, I don't think it has alleviated

3   the concerns that were originally raised.  So I'm going to grant

4   the challenge for cause in that regard for Ms. Collins.

5            Who else?

6            MR. YOUNT:  Your Honor, next, Number 15 is also one that

7   you had flagged as someone to question at the bench.  She's

8   Barbara Williams-Shafer.  She, in response to her questionnaire,

9   she testified that she lived in a FEMA trailer, and that her son

10  currently lives in a mobile home.  And she received a letter

11  about formaldehyde, so I think it would be appropriate to ask her

12  some additional questions.

13           THE COURT:  Number 15, Ms. Williams-Shafer, if you would

14  come forward, please.

15           Good morning.

16           PROSPECTIVE JUROR 15?  Good morning.

17           THE COURT:  You had indicated in your questionnaire that

18  you had resided in a FEMA trailer at some point.  What were the

19  approximate dates?  How long were you in the FEMA trailer?

20           PROSPECTIVE JUROR 15:  Actually, I wasn't there that

21  long.  I didn't live in it for long.

22           THE COURT:  You did not live in it long?

23           PROSPECTIVE JUROR 15:  It stayed in my driveway longer

24  than I lived in it.  I lived in the trailer two months just

25  during the winter.

1          THE COURT:  Two months?

2          PROSPECTIVE JUROR 15:  Yes.  Just during the winter.

3    Because once it warmed up, we put our roof back on.

4          THE COURT:  So you had the roof put on your house.  So

5    you only actually resided in it -- when I say "reside," I mean

6    you spent the night in it and cooked.

7          PROSPECTIVE JUROR 15:  I did.  I cooked in my house but

8    I ate in the trailer.

9          THE COURT:  So for about two months you used the

10   trailer?

11         PROSPECTIVE JUROR 15:  Between two and four months I

12   utilized it, like I said, because I still had half of a house.

13   So one half, the kitchen, I still utilized my kitchen.  And, like

14   I say, when it warmed up, I went back in the house.

15         THE COURT:  Did you receive any notices from the

16   government regarding -- or from anyone, I should say, regarding

17   any kind of formaldehyde notice?  You did?

18         PROSPECTIVE JUROR 15:  They used to knock on my door,

19   but by then I was living inside.  They would just knock on the

20   door and leave these little papers saying something about

21   formaldehyde.

22         THE COURT:  Did you want to ask follow-up questions?

23         MR. YOUNT:  I did.

24            Ms. Williams-Shafer, how are you doing?

25         PROSPECTIVE JUROR 15:  Okay.

1          MR. YOUNT:  I noticed when you started talking about

2    your trailer, you kind of made a face.  Did you have some

3    unpleasant experiences about the trailer?

4          PROSPECTIVE JUROR 15:  It was unpleasant receiving it.

5    I was told I was not a priority because I still had half a roof,

6    so for that I didn't respect FEMA.

7          MR. YOUNT:  What about trailer itself?  Did you find

8    functional?  Did you use it?

9          PROSPECTIVE JUROR 15:  Uh-huh (affirmative response).

10   Like I said, I used it because it was cold.  But once it warmed

11   up, I went back inside.

12         MR. YOUNT:  Did you have any -- did you notice any

13   smells in the FEMA trailer?

14         PROSPECTIVE JUROR 15:  (Witness shakes head negatively.)

15         THE COURT:  The juror is shaking her head in the

16   negative.

17         MR. YOUNT:  Do you know who the manufacturer of the FEMA

18   trailer was?

19         PROSPECTIVE JUROR 15:  No.

20         MR. YOUNT:  Do you have any negative thoughts or -- did

21   your experience with the FEMA trailer make you think anything bad

22   about it?

23         PROSPECTIVE JUROR 15:  No.

24         THE COURT:  Counsel.  Anything?

25         MR. WATTS:  No.

```
 1              THE COURT:  Thank you, ma'am.  You can be seated.
 2                    I'm going to deny the challenge on Number 15.
 3                    Who else?
 4              MR. YOUNT:  Number 20.
 5              THE COURT:  Number 20.  What was the --
 6              MR. WATTS:  She's one you had identified.  She testified
 7    she lived in a trailer and had a bloody nose because of it.
 8              THE COURT:  That's Ms. Carnesi.
 9                    Number 20, Ms. Carnesi, if you would come forward,
10    please.
11                    All right, Ms. Carnesi.
12              PROSPECTIVE JUROR 20:  Hi, how are you?
13              THE COURT:  Good.  You indicated in your questionnaire
14    that at some point in time you resided in a FEMA trailer; is that
15    correct?
16              PROSPECTIVE JUROR 20:  That is correct.
17              THE COURT:  About how long did you reside, what period
18    of time?
19              PROSPECTIVE JUROR 20:  I was in Alabama, and I don't
20    know the dates that I came back, but I would have to say about a
21    year.
22              THE COURT:  About a year you lived in it?
23              PROSPECTIVE JUROR 20:  I'm guessing.
24              THE COURT:  This was at your home location?
25              PROSPECTIVE JUROR 20:  No.  It was at my ex's.  They
```

1   accidentally put the FEMA trailer on the grandmother's property,

2   so we kind of had no choice but to go in there.

3           THE COURT:  Today -- well, it might have been in the

4   questionnaire, you had indicated that -- what was your experience

5   with the FEMA trailer here?  I'm looking at question Number 100.

6   This is your questionnaire.

7           PROSPECTIVE JUROR 20:  Uh-huh (affirmative response).

8   Well, I got sick.  I had -- I had nosebleeds.  Never had

9   nosebleeds before.  I threw up a lot.  I had diarrhea.

10               And I also went to a doctor because -- well,

11   studying medicine now, I know that it's in my large intestine.

12   This is -- I have trouble with my large intestine.  I have pains

13   in that area.

14           THE COURT:  Do you in any way attribute your

15   residence --

16           PROSPECTIVE JUROR 20:  I'm sorry, what?

17           THE COURT:  Do you in any way attribute your residence

18   in the trailer to any of your medical issues that you've just

19   told us about?

20           PROSPECTIVE JUROR 20:  I do, because they've never

21   been -- they've never been -- it has never occurred until then.

22           THE COURT:  Okay.

23               Counsel, anything?

24               All right.  Thank you.  You can be seated.

25           PROSPECTIVE JUROR 20:  May I use the restroom?

```
 1              THE COURT:  Yes, in just a second.  We're almost
 2    finished up here.  If you can hold it.  If not, go ahead.
 3              PROSPECTIVE JUROR 20:  I'll try.
 4              THE COURT:  All right.  I'm going to grant that one.
 5                  Who else very quickly?
 6              MR. WATTS:  Which number was that?
 7              THE COURT:  That was 20.
 8                  Anybody else?
 9              MR. YOUNT:  That's it.
10              MR. WATTS:  We're good.
11              MR. REICH:  We're good.
12              THE COURT:  We have Number 35, but I don't think they
13    are in strike zone, unless you have other challenges before
14    Number 35.
15              MR. WATTS:  So we'll put through 21.  21 is the strike
16    zone?
17              THE COURT:  21 is the strike zone.  All right.
18                  One, one, one, one, one, one.  Try to do it at
19    quickly as we can.  Tanya will go to plaintiff's table first.
20              (WHEREUPON, at this point in the proceedings, the bench
21    conference concluded.)
22              THE COURT:  I mentioned earlier in the process each side
23    was given what we call peremptory challenges which they can
24    exercise, and that's what they are going to do right now.
25                  In the meantime, I'll ask you to be patient yet
```

1   again, but this time, if you have to use the restroom, if you

2   have to leave the room, you may do so but let's not all go at

3   once.  Maybe a few of you at a time.

4           I know, Ms. Carnesi, you had mentioned.  And you

5   may go and use the restroom and return as quickly as you can.  A

6   few of you at a time.  As long as we don't have a stampede of

7   people, but you may start going to restroom.  We'll try to be as

8   quick as we can.

9           Counsel, would you all come forward, please.

10          In the meantime, in case anyone else still has to

11  go to the bathroom, please wait because we may be just about

12  finished here, so let's not have anyone else leave the room.  As

13  it is now, we'll have to wait for those who have left to come on

14  back in.

15          (WHEREUPON, at this point in the proceedings, there was

16  a conference held at the bench.)

17          THE COURT:  All right.  Here is the selection that has

18  been made:

19                  Number 1, Ms. Catalano.

20                  Number 2, Ms. Pitre.

21                  Number 3, Ms. -- I'm sorry, Number 5 is

22  Mr. Brumfield is Juror Number 3.

23                  Number 6, Mr. Naquin, is Juror Number 4.

24                  Number 8, Ms. Calandro, is Juror Number 5.

25                  Number 9, Ms. Christoval, is Juror Number 6.

1             I'm changing the numbers as they would sit in the

2    jury box.

3             12, Ms. Louviere, is Number 7 in the box.

4             13, Ms. Duckworth, is Number 8 in the box.

5             And Number 21, Mr. Patterson, is Number 9 in the

6    box.

7             Are there any challenges to the jury selection

8    process?

9        MR. WATTS:  Yes, sir.  Plaintiffs move under the *Batson*

10   case and its progeny with respect to the defendant's challenges

11   or peremptory challenges of Juror Number 17, an African-American

12   male with the name of Herman Cade, and Juror Number 10, an

13   African-American male by the name of Charles Talford.

14       MR. YOUNT:  In response with respect to Mr. Cade, in

15   response to his jury questionnaire Number 65, he stated that not

16   too many people file frivolous lawsuits; in 66 he said that there

17   is no fixed limit on plaintiff compensation; 67, there should not

18   be limits on the amounts juries can award.  He testified that he

19   believed that companies conspire to hide important health and

20   safety information.  He stated that the companies do an

21   inadequate job of testing.

22             He's been a plaintiff in a lawsuit.  And perhaps

23   most significantly is he used to work in a lab, and, therefore,

24   it is likely has more knowledge of formaldehyde exposure than

25   your average juror and was likely exposed to it.

1          THE COURT:  As to Mr. Talford?

2          MR. WATTS:  Is that all for Mr. Cade?

3          THE COURT:  Mr. Cade.  What number is he?

4             Talford is 10.  Talford.

5          MR. YOUNT:  First of all, I would note in response to

6   the prospective jurors' questionnaires he stated in response to

7   Number 93, he's very concerned about toxins; 98, his

8   sister-in-law lived in a FEMA trailer; Number 99, he has safety

9   concerns regarding travel trailers, specifically with respect to

10  toxin fumes; and in response to 105, he did not answer whether he

11  has opinions regarding travel trailer manufacturers.  He also was

12  unsure about the dangers to exposure to formaldehyde.

13             Given the totality of the circumstances with his

14  sister-in-law's living in a FEMA trailer, we would think he would

15  not be a good juror for this case.

16             And in connection with my comments here, I would

17  like to file into evidence the questionnaire responses for those

18  two jurors.

19          THE COURT:  Sure.

20          MR. WATTS:  And we agree that they are filed.

21          THE COURT:  We'll go ahead and make those part of the

22  record.

23             Any further comment?

24          MR. WATTS:  No, Your Honor.

25          THE COURT:  Is there a withdrawal of the *Batson*

1   challenge?

2          MR. WATTS:  There is not.  We would also comment that

3   under the factors that have recently been enumerated by the

4   United States Supreme Court, that in addition to striking jurors

5   Numbers 10 and 17, the defendant's third strike was on

6   Juror Number 15, who was a black African-American.

7              In addition, under those factors, there were only

8   two jurors called up for questioning, Juror Number 14, a black,

9   an African-American female, and Juror Number 15, an

10  African-American female.  I would just like that in the record.

11         THE COURT:  Well, wait, let me make sure I understand

12  what we're doing here.  Is there a *Batson* challenge based upon

13  either the two, Mr. Talford and Mr. Cade, that have been

14  excluded?

15         MR. WATTS:  Yes.

16         THE COURT:  Okay.  And you're making an additional

17  *Batson* challenge because of the questioning of --

18         MR. WATTS:  No.  In support of my *Batson* challenge of

19  10 and 17, I'm putting into the record the fact the only jurors

20  that were questioned were African-American, and the fact that all

21  three of the defendant's strikes were on African-Americans, for

22  the statistical analysis and one of the other factors in the

23  recent Supreme Court case.

24         THE COURT:  First of all, the two jurors that were

25  brought up to the bench to be questioned were based upon

questionnaire answers that were race neutral.  There was nothing

on the questionnaire to indicate the race of the person filling

out the questionnaire.  So the decision to question those two was

based upon questionnaire answers, and it was made last week in

the Court's ruling on the challenges for cause.

Secondly, there is certainly nothing to prevent

either side from questioning any prospective juror regardless of

race during the jury selection process this morning.  The fact

that only two -- well, two were summoned up at that point in time

when we were considering challenge were cause.  Several others

came to the bench to express themselves in connection with

certain questions.

My point being that there is nothing to prevent the

questioning at the bench of any other jurors, regardless of race.

So I don't think that there is, to me, any visible or perceptible

selection of those for questioning based upon race.

Insofar as the challenges are concerned, I think

defendant has articulated bona fide nonrace-based reasons for the

use of their challenges that were made.

The Court would moreover point out that, I believe,

and I'm not counting here, my count may be off a little bit, but

I believe there are least three African-Americans that were

chosen for this jury that were in strike zone and that will be

seated as jurors in the case.

So I cannot determine, based on what has been

1    argued and what has happened here this morning, that there was

2    any type of systematic or deliberate attempt to exclude persons

3    from the jury based upon race.  I think the challenges that were

4    utilized were utilized on reasons other than race that appear to

5    me to be substantial and motivated by proper considerations for

6    use of a peremptory challenge.

7         MR. WATTS:  Judge, I understand the Court's ruling.

8    Just so I've got a clean record, we would move for the

9    reinstatement of 10 and 17 onto the jury and that the defendants

10   be asked to utilize strikes on other jurors.  Is that motion also

11   denied, sir?

12        THE COURT:  Yes, sir.

13        MR. WATTS:  Finally, just by way of housekeeping, since

14   we're going to have the questionnaires submitted as part of the

15   record, we have no problem with that, we would ask that the

16   questionnaires for the first 21 jurors that were in the strike

17   zone be submitted because that's part of the record that needs to

18   be considered with respect to the case.

19        THE COURT:  Any objection?

20        MR. YOUNT:  No objection.

21        I would also note that Your Honor made a comment

22   about the jurors that were up here.  In fact, there was a

23   Caucasian juror, Ms. Carnesi, who was up here.  She was called up

24   here, and she was called up here by the defense.

25        MR. WATTS:  I am corrected.  And I apologize for the

1    mistake.

2         THE COURT:  Okay.  Thank you.

3         (WHEREUPON, at this point in the proceedings, the bench

4    conference concluded.)

5         THE COURT:  Let me have your attention again.  We have

6    completed the process of selecting the jury.  If I call your

7    name -- and I'm going to be talking to the people here in the

8    jury box here -- if I call your name, if you would please stand

9    up and go ahead and relocate onto the seats in the courtroom

10   audience area.

11        (WHEREUPON, at this point in the proceedings, the jury

12   was selected.)

13        THE COURT:  Mr. Schellhaas, Ms. Thomas, Ms. Domingo, you

14   can go ahead and relocate there in the back.  Mr. Talford,

15   Mr. Early, Ms. Collins, and Ms. Williams-Shafer.

16             Then what I will ask is if, Mr. Brumfield, if you

17   would scoot over there and be seated next to Ms. Pitre.  And

18   likewise, Mr. Naquin, if you would move over to sit next to

19   Mr. Brumfield.

20             All right.  And then, in the meantime, if we could

21   have, Ms. Louviere, if you would slide over and be seated next to

22   Ms. Christoval.  And likewise, Ms. Duckworth.  And then they'd be

23   joined by Mr. Patterson.  If you would come up, sir, and please

24   have a seat next to Ms. Louviere -- I'm sorry, next to

25   Ms. Duckworth.

1          Okay.  The nine of you will sit as jurors in this

2    case, and I'll give you some more information about that in a

3    second.

4          The rest of you all, let me just thank you all for

5    being very patient with us here this morning and for coming in

6    and filling out the questionnaire, which was of great assistance

7    in the process here this morning.  It's very, very important that

8    people report for jury service.  It's the only way that our court

9    system can operate.

10          You all are an indispensable part of the justice

11   system in the United States, and you don't get thanked enough for

12   it.  And we know that it never comes at a convenient time.  You

13   always have something to do at work, and we know that for you all

14   as well.  You always have family and obligations.  We understand

15   that and we try to accommodate you as much as possible.

16          Without you all, we would not be able to seat a

17   jury in federal court or in state court, for that matter, as

18   well, and we would not be able to resolve disputes or try

19   criminal cases, so it is critically important to us that you

20   respond to your jury summons as you have done and that you report

21   and that you participate in the process.

22          So thank you all very much for your jury service.

23   I am not sure whether you are done for the day or not.  You will

24   have to report back downstairs.  You'll get further information

25   there, and we will not need your services here in this case any

1   further.  But thank you very much, again, for responding and

2   fulfilling your civic obligation.

3               At this time we'll go ahead and allow you all to

4   return to the jury administrator's office.

5               While they are making their way out, I'm going to

6   give you all -- we're going to take a break here shortly and I'll

7   give you some further information about what all is involved in

8   serving as a juror in the case this case.

9               I will tell you, while they are making their way

10  out, one of our purposes here in the Eastern District in having

11  jurors serve is to try to make you as comfortable during this

12  process as possible so you can concentrate on the task at hand,

13  which is, of course, to hear the evidence.

14              So if at any point in time you have any type of

15  logistical problem or you need something that we might could

16  supply, please let us know.  You'll see the jury room shortly and

17  what we have for you in there.  But if at any point in time you

18  have a need that's not being met, if you would let the court

19  security officer know, we will see what we can do to take care of

20  that.

21              You all can be seated.

22              My job is to make sure that the jury pays

23  attention.  Please keep your eyes open and listen carefully

24  during the course of the trial.  I have no doubt that you as

25  jurors are mindful of your great responsibilities and certainly

1   you're aware that your conduct during this trial will be observed

2   by the Court, your fellow jurors, the defendants, the attorneys

3   for all of the parties, and other persons both inside and outside

4   of this courtroom.

5          You should be extremely careful in the manner in

6   which you conduct yourself in order that no one may doubt that

7   this case is being fairly and impartially tried, and that in the

8   end justice has been the done.

9          For the same reason, the attorneys in the case, the

10  parties, the witnesses and all others identified with or

11  connected with this trial or its participants should be equally

12  careful in their conduct and avoid any communication with a juror

13  in this case.

14         The case will proceed in the following order:  The

15  counsel for the plaintiff may make an opening statement outlining

16  the plaintiff's case.  The defendant may then make an opening

17  statement, which we will hear a little bit later this morning.

18         And I will remind you that opening statements and

19  closing statements by the attorneys are not evidence in and of

20  themselves.  They are simply the attorneys' arguments about what

21  you might see in the case and what they would like to point out

22  and highlight.  And then in closing argument they will explain to

23  you how the evidence should be viewed by you in connection with

24  their client's respective position.  But the opening and closing

25  statements are not evidence.  They are merely are argument in

1   order to explain the case to you.

2              After the opening statement, the plaintiffs may

3   then call witnesses.  Those witnesses will be subject to

4   cross-examination by defense counsel and then redirect

5   examination by plaintiff's counsel.

6              At the conclusion of the plaintiff's case, the

7   defendants will -- the defendant will be afforded the opportunity

8   to call witnesses in the defendant's case.  And then the

9   plaintiffs will have an opportunity to call any witnesses it

10  might wish to call in rebuttal.

11             At the conclusion of all of the evidence, as I

12  indicated, the attorneys will present oral argument, which we

13  call closing arguments, and those arguments are to simply present

14  to you again the contentions of the respective parties as to what

15  they believe the evidence has shown.

16             After the closing arguments, I will instruct you on

17  the applicable law to apply in this case and how to deliberate

18  and you will then retire to the jury room to deliberate and

19  consider your verdict, which in this case must be unanimous.

20             The law applicable to this case will be contained

21  in the instructions I will give you, both during the course of

22  the trial and at the conclusion of the trial, and it is your duty

23  to follow all of the instructions.

24             It is your duty to determine the facts and to

25  determine them from the evidence and the reasonable inferences

1  arising from such evidence, and in so doing, you must not indulge

2  in guesswork or speculation.

3          You as jurors must decide this case based solely on

4  the evidence presented here within the four walls of the

5  courtroom.  This means that during the trial you must not conduct

6  any independent research about this case, the matters in this

7  case and the individuals or corporations involved in the case.

8          In other words, you should not consult dictionaries

9  or reference materials, search the Internet, web sites, blogs or

10  use any other electronic tools to obtain information about this

11  case or to help you decide the case.  You are not to try to find

12  out information from any source outside the confines of this

13  courtroom.

14          The evidence which you are to consider consists of

15  the testimony of the witnesses and the exhibits admitted into

16  evidence.  The term *witness* means simply anyone who testifies in

17  person or by way of a deposition, and we have several witnesses

18  that will testify by way of a previously given deposition.

19          The admission of evidence in court is governed by

20  rules of law, and from time to time it may be the duty of an

21  attorney to make objections and my duty as a judge to rule on

22  those objections; thus, whether you can consider that evidence.

23  You must not concern yourself with the objections or the Court's

24  reasons for any ruling made.  You must not consider testimony or

25  exhibits to which an objection was sustained or which has been

1    ordered stricken from the record.

2            There are two kinds of evidence, direct and

3    circumstantial.  Direct evidence is direct proof of a fact such

4    as the testimony of a witness, an eyewitness.  Circumstantial

5    evidence is proof of facts from which you may infer or conclude

6    that certain other facts exist.  Bear in mind that you may

7    consider both kinds of evidence.

8            There may be he bench conferences at which lawyers

9    and I will talk so low that you cannot hear.  Some matters must

10   be decided outside of the hearing of the jury, because they are

11   not admissible.  It is okay to stand at your seat and stretch

12   when we have these benches conferences.

13           You must not be influenced in any degree by any

14   personal feeling or sympathy for or prejudice against any party

15   or any attorney in this case.

16           No statement or ruling or remark which I may make

17   during the presentation of evidence is intended to indicate my

18   opinion as to what the facts are.  You are to determine the

19   facts.  In this determination you alone must decide upon the

20   believability of the evidence and its weight and value.

21           In considering the weight and value of the

22   testimony of any witness, you may take into consideration the

23   appearance, attitude, and behavior of the witness, the interest

24   of the witness in the outcome of the suit, the relation of the

25   witness to the parties, the inclination of the witness to speak

1    truthfully or not, the probability or improbability of the

2    witness' statements, and all other facts and circumstances in

3    evidence.  Thus, you may give the testimony of any witness just

4    such weight and value as you may believe the testimony of such

5    witness is entitled to receive.

6            During the course of the trial, jurors shall not

7    engage or attempt to engage or have any conversation or

8    communication of any sort whatsoever with any of the parties to

9    this suit, their representatives or the attorneys or the

10   witnesses or any other person identified with this trial.  And

11   likewise, any person identified with this trial shall not engage

12   or attempt to engage in any conversation or communication

13   whatsoever with any juror.  If this happens, I ask that you

14   report it to me immediately.

15           Further, as jurors, you should avoid allowing

16   yourself to be placed in a position when outside of the courtroom

17   where discussions of this case are being conducted by any of the

18   parties or their attorneys or witnesses.

19           Furthermore, the attorneys, the parties and the

20   witnesses must be particularly careful not to discuss and shall

21   not discuss the case where there is a possibility that any of

22   you, the jurors, may overhear their remarks.  And if that occurs,

23   please notify me immediately.

24           You should not take offense to the fact that any of

25   the parties to this suit do not extend a friendly greeting to you

1   if they see you in the hallway.  The reason that such exchanges

2   are not indulged in is because, although they may seem innocent

3   enough, they could, nonetheless, give the impression of a lack of

4   impartiality.  And creating an impression of being partial is as

5   bad as being biased and should be avoided.

6           I would like at this time to give you the following

7   specific instructions:  You are not to discuss this case with

8   anyone, that includes your spouse, your children, relatives,

9   friends and strangers.  Do not discuss this case with anyone

10  until the case is completed and you have rendered your verdict

11  and been discharged from your jury service.

12          You are not to discuss this case amongst yourself

13  until it is concluded and you begin your deliberations.

14          I recognize that many of you use cell phones,

15  BlackBerries, the Internet, other tools of technology that are

16  common today; however, you must not use these tools to

17  communicate electronically with anyone about this case.  This

18  includes your family and friends.

19          You may not communicate with anyone about this case

20  on your cell phone, through e-mail, BlackBerry or iPhone, text

21  messaging, or on Twitter, through any blog or web site, through

22  any internal chat room or by way of any other social networking

23  web sites, including Facebook, MySpace, LinkedIn and/or YouTube.

24          If you wish, during the course of this trial, you

25  may take notes.  You will be provided a notebook and pen in order

1    to take notes.  You are not required to take notes, but if you

2    do, you may leave them on your chairs during the breaks and at

3    the end of the day or you may take them into the jury room with

4    you.

5            These notes are for your own personal use.  They

6    are not to be given or read to anyone else.  Those notes will be

7    collected at the conclusion of the trial after your

8    deliberations.  You will not be allowed to take them with you

9    after your jury service.  They will be collected by the Court and

10   will be destroyed by the Court in due course.  They will not be

11   shown to anyone involved in this trial.

12           If any publicity about this case has come to your

13   notice before this moment, you must strike it from your minds and

14   completely disregard anything that has come to your attention

15   outside of this courtroom.  From this moment on you are not to

16   read any newspapers or other accounts of this trial, if there are

17   any, nor are you to view or listen to any television, news or

18   radio reports or other accounts of this trial.

19           This is necessary because your verdict must be

20   based solely on the evidence presented at this trial in

21   accordance what you hear and view in this courtroom, and in

22   accordance with the Court's instructions on the law applicable to

23   this case.

24           Finally, you are not to reach any conclusions in

25   this case until all the evidence has been presented, the Court

1   has instructed you on the law applicable to the case, and it is

2   given to you for deliberation and decision.

3                In the morning when you arrive and during the day

4   when you are in this building and the Court is in recess, or for

5   any reason that the jury is not required to be in the courtroom,

6   I ask that you go to and remain in the jury room, which you'll

7   see in a moment, and remain under the direct supervision of the

8   marshal until the marshal advises you to enter the courtroom.

9   Please do not loiter in the halls.

10               The jury room is the headquarters for the jury in

11  this case.  There are Cokes, coffee, restrooms and telephone and

12  there are other refreshments in there we'll have for you in the

13  morning when you get here.

14               As I indicated, this case is expected to last

15  Monday through Friday of this week and to conclude on Monday of

16  next week.  There is a possibility it may end earlier.  There is

17  always a possibility it may roll over into the following day.

18  Right now I feel pretty confident, from talking to the lawyers,

19  that we will meet the schedule that I have just described to you.

20               We will take a midmorning break around 10:00 a.m.

21  every day for about 10 or 15 minutes.  You will have about an

22  hour to an hour and 15 minutes for a lunch break every day.  And

23  a midafternoon break around 3:00 p.m. for about 10 or 15 minutes.

24  We will break every day at 5:00 p.m., give or take 15 minutes,

25  but you will be released every day to return to your homes at

approximately 5:00 p.m.

At this point in time, let me go ahead and ask the courtroom deputy to administer the jurors' oath to you.  If you all would please rise.

THE DEPUTY CLERK:  Please rise and raise your right hands, please.

Do you solemnly swear that you will well and truly try the issues joined between *Earline Castanel v. Recreation By Design, LLC*, and a true verdict render, according to the evidence and the law as it shall be given you by the Court, so help you God?

JURORS:  I do.

THE COURT:  At this point in time we're going to go ahead and take a very short break.  Please do not bring cell phones into the courtroom, even turned off.  If you have a cell phone or a BlackBerry or iPhone, you can either leave it in the jury room where it will be safe, or if you're not comfortable with that, my chambers can hold your phone and you can get it at the end of the day or during the lunch break, if you would like. I could go ahead and have those brought back to you when you break for lunch.

Let's resume, we're going to have some stipulations to put on the record.  We'll hear our opening statements and then we will go ahead and take a lunch break.  So if you all could be ready to come back in at 11:20, we will start then.

1            If you would follow the court security officer,

2   please.

3            (WHEREUPON, at this point in the proceedings, the jury

4   panel leaves the courtroom.)

5            THE COURT:  Counsel, when we return, I would expect that

6   we could go ahead and work the stipulation with regards to

7   exhibits.

8            Who is going to offer that up?  Are we going to go

9   ahead and introduce those exhibits?  Does somebody want to take

10  that?  We can do it very quickly, just by number.

11           MR. MULCAHY:  I could do that, Judge.

12           THE COURT:  I'll go ahead and read the stipulations to

13  the jury.  And we have, how long did we agree on --

14           MR. WATTS:  25 minutes a side.

15           THE COURT:  That's going to put us a little after noon

16  for lunch.  We'll go ahead and do the 25 minutes per side on the

17  opening statements, and you don't have to use all of the time.

18           All right.  We'll see you at 11:20.

19           (WHEREUPON, at this point in the proceedings, the Court

20  was in recess.)

21           THE COURT SECURITY OFFICER:  All rise for the jury.

22           (WHEREUPON, at this point in the proceedings, the jury

23  panel enters the courtroom.)

24           THE COURT:  You may be seated.  Before we proceed, I'm

25  going to read to you a list of stipulations of fact.

1    Stipulations of fact are simply factual matters that the parties

2    have agreed --

3                MR. GARRISON:  Excuse me, Judge, can we approach real

4    quick.

5                MR. YOUNT:  It's significant.

6                THE COURT:  Come on up.

7                (WHEREUPON, at this point in the proceedings, there was

8    a conference held at the bench.)

9                MR. YOUNT:  Your Honor, we have a witness in the

10   courtroom.

11               THE COURT:  Well, tell him to get out.

12               MR. YOUNT:  It's Mr. Ganier.  It's the boyfriend.

13               THE COURT:  Tell him to get out.

14               MR. YOUNT:  I apologize, Judge.

15               (WHEREUPON, at this point in the proceedings, there was

16   a conference held at the bench.)

17               THE COURT:  As I indicated, stipulations of fact are

18   simply facts that the parties agree are true, that you are to

19   accept as true without the need for any further testimony or

20   evidence.  I will read to you the list of stipulations of fact

21   now, and I will read them to you, again, just prior to your

22   deliberations; but, these facts are agreed to by the parties as

23   being true.

24               One, plaintiff, Earline Castanel, is a resident of

25   the Parish of Orleans and the State of Louisiana.

1                    Two, FEMA provided a trailer with Vehicle

2    Identification Number 5CZ200RZ461125294 to plaintiff,

3    Earline Castanel, following Hurricane Katrina.

4                    Three, this travel trailer was a 2006 Model 33 PMFH

5    handicapped unit manufactured by defendant, Recreation by Design,

6    L.L.C., who, as I said, we'll sometimes refers to as RBD, in

7    Elkhart, Indiana, on or about December 2nd, 2005, for use by FEMA

8    as emergency housing.

9                    Four, RBD sold approximately 2,600 travel trailers

10   to Morgan Buildings and Spas, Incorporated, hereinafter referred

11   to as Morgan, for provision to FEMA following Hurricanes Katrina

12   and Rita.  Additional RBD travel trailers were also bought by

13   FEMA from other dealers or distributors.

14                   Five, Morgan sold the travel trailer assigned to

15   Ms. Castanel to FEMA for use as emergency housing.

16                   Six, certain component parts used by RBD in the

17   manufacture of this travel trailer contained urea formaldehyde

18   and/or urea formaldehyde resins.

19                   Seven, the RBD travel trailer was shipped to the

20   FEMA staging area in Baton Rouge, Louisiana, where it was

21   received and inspected by FEMA on or about December 7, 2005.

22                   Eight, the RBD travel trailer was picked up at the

23   FEMA staging area in Baton Rouge, Louisiana, and hauled by Shaw

24   to its Manhattan staging area prior to being delivered to

25   2261 Urquhart Street, New Orleans, Louisiana.

1          Nine, the RBD travel trailer was delivered and

2     installed by Shaw's subcontractor at 2261 Urquhart Street,

3     New Orleans, Louisiana.

4          Ten, Earline Castanel resided in this RBD unit from

5     approximately March 2006 to approximately July or August of 2007,

6     or approximately 16 or 17 months.

7          Eleven, the travel trailer occupied by Ms. Castanel

8     was a 33 PM handicapped accessible model with a slide-out

9     feature.

10          Twelve, FEMA has provided thousands of travel

11     trailers to displaced residents following natural disasters in

12     the United States since at least 1992, including displaced

13     residents from the Gulf Coast region.

14          Thirteen, FEMA provided approximately 143,000

15     emergency housing units to families along the Gulf Coast in

16     response to Hurricanes Katrina and Rita.

17          Fourteen, the RBD owner information manual, which

18     is document number RBD 05189 through RBD 05250, for the trailer

19     contained no warning regarding formaldehyde.

20          Fifteen, there were no labels posted in the trailer

21     provided to Ms. Castanel warning about formaldehyde.

22          Sixteen, prior to Hurricane Katrina, RBD had

23     material safety data sheets, or MSDS, from composite wood

24     providers which state that certain composite wood products used

25     by RBD in the manufacture of travel trailers contained

1  formaldehyde.

2          Seventeen, on January 4, 2010, through January 8,

3  2010, at the FEMA storage facility at Lottie, Louisiana, the RBD

4  trailer, VIN Number 5CZ200R2461125294, was tested for

5  formaldehyde by Tony Watson of Workplace Hygiene on behalf of

6  RBD.

7          Eighteen, the first test was performed on

8  January 4, and the trailer was tested as it was found.  The level

9  of formaldehyde found in the trailer was 9 parts per billion, or

10  ppb.  This was a one-hour test.  During the test the average

11  temperature in the trailer was 44 degrees Fahrenheit, and the

12  average relative humidity was 68 percent.

13          Nineteen, a second formaldehyde measurement was

14  taken on January 7, 2010.  This sample was taken after the

15  trailer was aired out with all the doors, windows and vents open

16  for 24 hours, and then the unit was closed up and heaters turned

17  on for 46 hours.  This was a one-hour sample, and it resulted in

18  a formaldehyde level of 50 parts per billion, or ppb.  During the

19  conditioning period, the high temperature in the trailer was

20  75 degrees and the low temperature was 54 degrees during the

21  first 25 hours of conditioning, and the high temperature in the

22  trailer was 81 degrees Farenheit and the low temperature was

23  69 degrees Fahrenheit within the 21-hour period prior to

24  sampling.

25          During the sampling period, the average temperature

1    in the trailer was 66 degrees Fahrenheit, and the average

2    relative humidity of the trailer was 67 degrees -- I'm sorry, the

3    average relative humidity in the trailer was 67 percent.

4              Number 20, a third formaldehyde measurement was

5    taken beginning on January 7 and continuing on through January 8,

6    2010, by Workplace Hygiene.  This was a 24-hour sample that was

7    taken after the trailer was aired out with all the doors, windows

8    and vents open for 24 hours, and then the unit was closed up and

9    heaters turned on for 46 hours.

10             This 24-hour sample resulted in a formaldehyde

11   level of 20 parts per billion, ppb.  During the conditioning

12   period, the high temperature in the trailer was 75 degrees and

13   the low temperature in the trailer was 81 degrees -- I'm sorry,

14   let me back up a little bit.  During the conditioning period, the

15   high temperature in the trailer was 75 degrees and the low

16   temperature was 54 degrees during the first 25 hours of

17   conditioning, and the high temperature in the trailer was

18   81 degrees Fahrenheit and the low temperature was 69 degrees

19   Fahrenheit within the 21-hour period prior to sampling.

20             During the sampling period the average temperature

21   in the trailer was 59 degrees Fahrenheit, and the average

22   relative humidity in the trailer was 57 percent.

23             And, 21, the weather data collected by Dr. Lee

24   Branscome, Ph.D., a certified meteorologist, attached to his

25   report date January 21, 2010, is representative of the weather

1  conditions for the time frame included herein.  It is signed by

2  all counsel.

3             I realize that sounds like a lot of information

4  that you may not -- may not mean anything to you at this point,

5  but, like I said, we will certainly review the stipulations prior

6  to your deliberations.

7             Okay.  Counsel, with regard to exhibits, can we go

8  ahead and preadmit by way of stipulation exhibits by number?

9        MR. MULCAHY:  Yes, Your Honor.  We have a few to

10 preadmit by stipulation.  When I get to a block, is it okay to

11 say five to eight?

12            THE COURT:  Sure.

13       MR. MULCAHY:  We have Number 3, Numbers 5 to 8,

14 Number 13, Number 34, 209, 274, 276 through 288, 302, 305, 316,

15 330, 335 through 340, 348, 350, 364 to 366, 389, 413 through 416,

16 435, 454 through 465, 467 through 475, 477 to 486, 488 to 495,

17 and 498.

18       MR. WATTS:  Those are agreed to, Your Honor.

19            THE COURT:  All right.  Thank you.  I realize those

20 numbers don't mean anything to you, but it will expedite the

21 process of trial to have those in evidence.  Those are admitted.

22            (WHEREUPON, Exhibit Numbers 3, 5 to 8, 13, 34, 209, 274,

23 276 through 288, 302, 305, 316, 330, 335 through 340, 348, 350,

24 364 to 366, 389, 413 through 416, 435, 454 through 465, 467

25 through 475, 477 to 486, 488 to 495, and 498 were admitted.)

1          THE COURT:  All right.  Each side will have 25 minutes

2    to make an opening statement, and then we'll break for lunch.

3          Mr. Watts, I think you were going to start on

4    behalf of the plaintiff.  I'll be the official timekeeper.  I'll

5    give you a one-minute warning; but, as I indicated, and I'll

6    state in front of the jury, you do not need to use all

7    25 minutes.  It would be appreciated if you all would be as

8    concise as possible.

9          MR. WATTS:  May I proceed, Your Honor?

10          THE COURT:  Yes.

11                    OPENING STATEMENTS

12    BY MR. WATTS:

13          Counsel, Ms. Castanel, ladies and gentlemen of the

14    jury, I've developed a PowerPoint so that I will be as precise as

15    possible, and let me take you through that.

16          Basically, the crux of this case is as shown on

17    your screen.  You have an exposure to formaldehyde where

18    Earline Castanel breathed it in over 16 months that she lived in

19    her trailer provided by the defendant, and that caused her an

20    injury.  I want to visit with you about the details of that.

21          You're going to hear a lot of evidence with respect

22    to both exposure to formaldehyde and the effect thereof.

23          One of the first witnesses you'll hear from this

24    afternoon is a gentleman by the name of Al Jarrell.  He's a

25    gentleman that did some repair work on a number, he thinks well

1    over a thousand trailers, and he'll testify to you with respect

2    to the overwhelming smell that he experienced when he entered

3    Rec by Design trailers.

4              Also, this afternoon we'll bring an epidemiologist

5    from Alabama.  He's a professor over there.  And we asked him to

6    go through the various studies.  And what he's going to testify

7    to, I anticipate, is, is that his review of the study shows that

8    formaldehyde causes respiratory problems.

9              By the time you look at all of the documents in

10   this case, this will not be a mystery to you.  There will be

11   documents with respect to material safety data sheets, with

12   respect to the Centers for Disease Control, with respect to all

13   sorts of government agencies, and you'll see that.

14             Dr. McGwin, importantly, will basically testify as

15   to three things.  One, that there is enough data to show a causal

16   relationship between formaldehyde and respiratory symptoms; two,

17   a dose-response relationship, in other words, the studies show

18   the higher exposure to formaldehyde, the higher prevalence of

19   these respiratory problems; and, third, that there is biological

20   plausibility between formaldehyde in the respiratory system,

21   although that will be primarily covered by a toxicologist here in

22   Louisiana by the name of Dr. Patricia Williams.

23             Now, he'll take you through a number of studies,

24   and I don't want to go through these in detail, but these studies

25   will show you over and over, again, that people who were exposed

1   to formaldehyde have an increased prevalence of respiratory

2   problems.

3           After Dr. McGwin testifies, sometime tomorrow

4   morning, most likely, you're going to hear from a gentleman that

5   works for the government -- or worked for the government in the

6   Center for Disease Control, ATSDR.  These are all a bunch of

7   acronyms, but the bottom line is he wrote the toxicological

8   profile for formaldehyde for the CDC.  He's going to testify that

9   they collected samples and that those levels were all well above

10  the recommended limits from the samples that they collected from

11  these very types of trailer homes.

12          Now, when you listen to Dr. DeRosa -- you're going

13  to have a lot of expert witnesses in this case on both sides.

14  Those experts are paid.  You'll have to determine their

15  credibility based on that.

16          Dr. DeRosa worked for the government.  He wrote

17  this toxicological profile.  His profile says that when you're

18  exposed to formaldehyde, you have irritation to the eyes, of the

19  mucosa, of the nasal mucosa of the throat, things that cause

20  exacerbation of respiratory problems.  He's also going to testify

21  that formaldehyde is a known carcinogen.

22          And you won't just have to rely upon Dr. DeRosa.

23  The following governmental agencies have concluded that

24  formaldehyde causes cancer:  The National Institute For

25  Occupational Safety and Health, the American Conference of

1  Governmental Industrial Hygienists, the United States National

2  Toxicology Program, the Environmental Protection Agency of the

3  United States, the Occupational Safety and Health Administration,

4  the World Health Organization, and the Agency For Toxic

5  Substances and Disease Registry.

6           Basically, everybody that's looked from the

7  standpoint of any governmental agency worth its salt has

8  concluded that exposure to formaldehyde causes cancer.

9           And he's also going to testify with respect to

10  these samples that were collected in the FEMA trailers and that

11  those were well above the ATSDR health guidance values.

12           Now, why is that important?  Well, we know that

13  exposure is bad, and then the question is what was the level of

14  exposure.  You're going to hear evidence three different ways

15  that that's being measured.

16           One is through what's called formaldehyde threshold

17  levels, and we'll talk about that.  Secondly, we're going to

18  bring you a statistician sometime this afternoon who will talk

19  about there is a big database of a bunch of different samples

20  with respect to these trailers that have been taken after a

21  certain period of time.  And so what you'll be able to see is

22  after a certain period of time in the trailers, we know what

23  other Rec by Design trailers were tested at.

24           And why do we need that?  Well, the Judge just read

25  in some stipulations.  We have a situation where Earline Castanel

1  was in her trailer from March of 2006 until August of 2007, and

2  yet the testing, because here we are getting ready for trial,

3  didn't take place until 2010.

4          Well, formaldehyde, what is it?  It's basically a

5  glue that takes pieces of wood chips, sticks them together to

6  make the thing that you see in construction materials.  There's

7  nothing wrong with the wood.  It's the glue.

8          You know, momma taught us don't smell glue when you

9  were a kid and everything like that.  There is a lot of reasons,

10 but it's got formaldehyde in it, and that formaldehyde is a

11 biotoxin and a carcinogen.

12         So, in terms of the question of how much was she

13 exposed to, three different areas of proof.  One, formaldehyde

14 threshold levels.  You'll hear from toxicologists that have

15 studied this that we know that if you can smell formaldehyde,

16 what the level of exposure, the minimum level must be.  And that

17 five hundred parts per billion.

18         We know from the studies that have been done that

19 if formaldehyde causes you to have problems with your eyes or

20 irritation of the mucosa, throat irritation, nose irritation,

21 that the minimum exposure level there is 600 parts per billion.

22         And so then we'll bring you three different

23 witnesses, the daughter of Earline Castanel, Laverne Williams;

24 the other daughter, Sandra Castanel; and, the gentleman who was

25 just asked to leave because witnesses shouldn't be in here during

1    the case, and that's her boyfriend, Edwin Ganier.

2              All three of them will testify that when they went

3    into this trailer, especially when it was new, that you have this

4    smell, this pungent odor that's been identified by others as

5    formaldehyde.

6              Now, how long does the formaldehyde last?  Well,

7    the bottom line is, is that when you build something with all

8    sorts of wood products like that, there is going to be more

9    formaldehyde early on than later on when it's off-gassed.  And so

10   logic would dictate to you that the formaldehyde levels will be

11   highest when she moves in, and then as the off-gassing goes and

12   she continues to inhale it and it gets off-gassed, it will go

13   lower over time.  And then, finally, four years later, by the

14   time we get around to testing it for this case, you won't have

15   much formaldehyde at all, the 50 parts per billion.

16             Now, here is the statistical model.  And there is

17   going to be a lot more detail; but, even though we didn't test

18   Earline Castanel's trailer while she lived in it, statisticians

19   will show you that because of all these other sources that we've

20   got measurements from, we can project what the exposure likely

21   was after a certain period of time.

22             So we know when she moved in they smelled it, so it

23   had to have been at least 500 to 600 parts per billion.  We know

24   after a certain period of time, with a table that was done by

25   Dr. Paul Hewett, that we'll know that that level was well over a

1    hundred parts per billion after a certain period of time.  And

2    then now, four years later when they got around to testing it, it

3    was something like 50 parts per billion.  And so you're going to

4    have a lot of these kind of diagrams and histograms and these

5    kinds of things.

6              Finally, although any testing is good data, it's

7    important that you know the time when the testing is done, and

8    testing done in January of 2010 gives you a basis that you can

9    extrapolate back, but it doesn't tell you what the exposure was

10   when she was in the trailer in 2006 and 2007.  That's when you

11   need the odor threshold, the irritant threshold and the math, the

12   statisticians.

13             Now, of these three methods, we believe that the

14   toxicologist will tell you that the formaldehyde threshold levels

15   are the most reliable because that's what you have studies on.

16   Secondly, helpful is statistical models that will show after a

17   certain period of time what those levels were in other trailers

18   that were tested.  And least helpful is something that was done

19   four years after she moved into the trailer, or almost four

20   years, in January of 2010, although certainly some good data.

21             Finally, we'll call a Dr. Patricia Williams.  She's

22   a professor at the University of New Orleans, the Pontchartrain

23   Institute for Environmental Sciences.  She's going to take you

24   through the inside of our bodies and explain to you from a

25   standpoint of just toxicology and biology why it is that

1  formaldehyde gets inside you and how it is that it hurts you, how

2  it is that it causes respiratory problems, and how it is that it

3  can cause nasopharyngeal cancer, and we'll talk about that, as

4  well.

5          I'm not going to go through all of this detail

6  right here, but she'll take you through how it's brought into the

7  system, how much of it's absorbed, where it's caught, where it's

8  stuck, these kinds of things.  And she'll take you through the

9  anatomy of your lungs, different things like this.

10          And, finally, you'll hear about an International

11  Agency for Research on Cancer, IARC.  It's a division of the

12  World Health Organization.  It is primarily funded by your

13  federal government and the National Cancer Institute.  And they

14  have concluded that formaldehyde is what's known as a group one

15  carcinogen.  It is a known cancer causer.

16          Now, then you've got to ask the question this, and

17  we'll start with this this afternoon.  Why was she exposed in the

18  first place?  Why was she exposed in the first place?  And the

19  answer is going to be Recreation by Design.

20          We're going to call a number of witnesses that we

21  have taken depositions of from Rec by Design.  They had no policy

22  of requiring woods that were low-formaldehyde-emitting woods.

23          Now, when we talk about woods, I'm not talking

24  about solid wood.  I'm talking about this particleboard.  And

25  there is different kinds of glue that can hold this together.

1   The old kind emits formaldehyde all over the place.  A kind that

2   was available in 2005 was called low-formaldehyde-emitting

3   particle boards.  That was available in 2005.  But, more

4   importantly, by 2005, the wood scientists had figured out a way

5   to manufacture and mass produce no-formaldehyde-emitting wood,

6   and that's what should have been used; but, they used neither

7   no-formaldehyde-emitting wood or low-formaldehyde-emitting wood.

8           You'll hear from this Michael G-A-U-M-E.  I'm going

9   to butcher his name if I try to pronounce it.  You'll also hear

10  from a production supervisor, a plant manager by the name of

11  George Cornish, that he'd never even thought about formaldehyde

12  before they built these 2,600 FEMA trailers, and that he'd never

13  discussed it with his workers despite the fact that when the

14  particleboard came into the plant, by federal law it has to be

15  delivered with what's called a material safety data sheet.

16          Those of you all that work in industry know exactly

17  what this is.  This is the federal government's way of making

18  sure that people who are going to be exposed to a product that

19  has chemicals in it that causes harm are educated about that.

20  And so the material safety data sheet will come from the

21  manufacturers of the particle wood to Rec by Design.  It will say

22  it causes respiratory problems, it will say it causes mucosa

23  problems, watering eyes, these kinds of things.  It will also say

24  it causes cancer.

25          So, under our system, when Rec By Design knows it's

1    putting particleboard into a travel trailer -- and that's all

2    they put in.  We're going to take you through with a gentleman by

3    the name of Stephen Smulski.  It seems like almost every inch of

4    this travel trailer has this urea-formaldehyde-emitting wood

5    product.  The glue is all over this, and she went into that

6    trailer and breathed it for 16 months.

7            Now, despite the fact that this company got the

8    material safety data sheet showing that this could be a problem,

9    they provided no warning whatsoever.

10           You'll hear from a gentleman by the name of

11   Robert Wozniak, who was a Fleetwood chief engineer who happened

12   to be touring the Rec by Design plant.  He said that nobody at

13   that plant had any policy that he knew about requiring these

14   low-formaldehyde-emitting woods.

15           This afternoon, the first witness I'm going to

16   call -- I have the burden of proof, but there's nothing that says

17   I have to do it through witnesses that I go hire.  I can call the

18   defendant through what's known as the adverse party rule.  And

19   I'm going to call Mr. Randall Rush, who I've just met for the

20   first time this morning, but I've read his deposition, and the

21   bottom line is, is that there was no research done with respect

22   to formaldehyde.  There were no specifications that they were

23   receiving from FEMA.  It was left completely up to their

24   discretion what kind of woods they wanted to use, and they chose

25   to use the formaldehyde-emitting particleboard instead of the

1   no-formaldehyde-emitting.  That's why we're here.  That's why

2   we're here.

3              He'll also testify that the trailer was not

4   designed for people to live in over a year, even though my client

5   was in there for 16 months.

6              Tomorrow, you'll hear from a gentleman who was a

7   professor at Rice University in Houston that Rec by Design put no

8   warnings in the owner's manual whatsoever, and they put no

9   warnings in the product, in other words, maybe a sticker on the

10  wall, on the door, something for people to see so that they could

11  make that informed decision whether they wanted to live amidst

12  formaldehyde.  And so Earline Castanel was left completely in the

13  dark with respect to this biotoxin, this cancer causer that she

14  was breathing for 16 months.

15             I mentioned Stephen Smulski.  He's the one, he's a

16  wood scientist, been published in the field.  This is all he's

17  ever done is wood science, and he knows about the state of the

18  art, the state of the availability of no-formaldehyde-emitting

19  woods, and it was out there and it should have been used,

20  absolutely should have been used.

21             There is a gentleman by the name of Al Mallet who

22  is kind of a construction expert.  He'll talk about these

23  available products, that they were economically and

24  technologically feasible for Rec by Design to have used had they

25  had chosen to do so, but they chose not to do so.

1           And, finally, you'll hear from my client,

2    Earline Castanel.  She'll talk about the time in the trailer.

3           When I said it caused an injury, the law says that

4    an aggravation of a preexisting condition is an injury.  And she

5    has had years of what's known as rhinosinusitis.  And we'll take

6    you through her past medical records where she's had this

7    condition, it's been medically treated for years, but that it's

8    gotten worse as a result of her exposure to formaldehyde.  That

9    exacerbation of the rhinosinusitis necessitated a surgery that

10   cost $27,000 to treat her.

11          Then, the next question is, other than

12   Rec by Design who else bears responsibility?  Did Shaw's

13   installation play a role here?  Those of you all that were

14   listening to the one person that answered about Shaw, FEMA wrote

15   the checks for these folks to build the trailers and then

16   somebody installed them.  Shaw is the one that installed them.

17          You may hear in this case from two witnesses, John

18   Osteraas and Jeffrey Compeau.  Given the circumstances of this

19   particular installation, it is my view, and I think the evidence

20   will show, that their installation did not play a role as to why

21   Ms. Castanel was hurt.

22          Now, FEMA.  I think you will be relieved to know

23   that after FEMA went through Herculean efforts to try to get

24   people temporary housing, hundreds of thousands of people, and

25   got them temporary housing, they were told nothing by

1   Rec by Design about formaldehyde.  The way they learned about it
2   was from people complaining about it and reports and these kinds
3   of things, and your government jumped into action after that.
4   And you're going to hear from eight or nine, maybe ten witnesses
5   from FEMA about this.

6          First, with respect to Kevin Souza, he's going to
7   testify that FEMA didn't know anything about this.  They had no
8   specifications with respect to formaldehyde because they relied
9   upon the manufacturer's expertise to provide safe and habitable
10  housing.  And, frankly, they wrote the checks; they were entitled
11  to rely upon them.

12         Bryan McCreary was a FEMA contracting officer.
13  He's going to testify that FEMA gave no specifications with
14  respect to formaldehyde; but, that after the Katrina experience,
15  they only order these travel trailers as a last resort.

16         Mark Polk is an industry expert.  He'll testify
17  that this smell is very common in these travel trailers that are
18  built with particleboard that's not no-formaldehyde-emitting
19  particleboard, but that FEMA came up with flyers to try to
20  educate people to turn on your air conditioner to help with the
21  circulation to bring the levels down.

22         Those flyers, you're going to hear from
23  Martin McNeese, he was a FEMA program officer, he worked on
24  testing some of those units that confirmed for FEMA that they had
25  a problem, he advocated this flyer that instructed greater

1   ventilation to lower the formaldehyde levels in trailers.

2            There's a gentleman by the name of Guy Bonomo.

3   You'll hear from him.  I've got to warn you in advance, he chews

4   gum throughout his deposition.  It's kind of distracting, but you

5   may hear from him or we may read it in.  But he's a very serious

6   person, and he said, look, we learned that there was a very

7   serious problem.  He was involved with coordinating the release

8   of 50,000 flyers advocating this greater ventilation.

9            You'll hear from a Commander Joseph Little, who was

10  a scientist for the ATSDR under the CDC.  He prepared a February

11  2007 report, and that he learned that levels above 300 parts per

12  billion were a health concern.  Well, if you can smell it, it's

13  got to be above 500 parts per billion.  If it's causing any sort

14  of irritation, it's got to be above 600 parts per billion.  So we

15  know the levels that they were exposed to were greater than the

16  levels for minimum health concern.

17           You'll hear from Michael Lapinski.  He'll testify

18  that FEMA learned that there were high levels of formaldehyde

19  that had caused irritation, caused respiratory problems.  He had

20  been a federal coordinating officer since June of 2007, and he

21  prepared what's known as a formaldehyde fact sheet to send to

22  these residents in 2007.

23           Stanley Larson, you'll hear from, actually did some

24  of the delivery in terms of distributing flyers between July 21

25  and July 25 of 2007, to warn residents about the dangers of

1   formaldehyde that they were breathing in.

2           You'll hear from two other witnesses from FEMA, a

3   David Garrett -- this is after Katrina.  You know, they had more

4   long-term residents than ever before.  They learned of the

5   formaldehyde problem because not only did you have more people in

6   a hotter climate than ever before, but they were staying in it

7   for longer than ever before, which is why this problem came to

8   light.

9           They established a call center so that people could

10  move out of these trailers.  They sent a gentleman by the name of

11  Travis Morris, who distributed thousands of flyers for FEMA in

12  July of 2007, and the evidence will be that my client moved out

13  of her trailer in August of 2007.

14          We believe that the evidence will be that when

15  you're assessing why she was injured, who was at fault for that,

16  that you'll find that Rec by Design, through the evidence that we

17  anticipate showing you, was at fault for choosing a

18  formaldehyde-emitting product that exposed her.  Shaw was not at

19  fault and FEMA was not at fault.

20          But then we'll go to the issue of her damages.

21  Again, I mention to you that in addition to living in this

22  formaldehyde-infested trailer for 16 months, and all of the

23  problems that that creates in terms of your health, we had an

24  exacerbation of what's called rhinosinusitis causing a surgery

25  that cost her more than $27,000, and then we have the 800-pound

1  gorilla in the room.  We know it causes cancer.  She has a fear

2  of that, and I think the medical science will show it's a

3  legitimate fear, and she is entitled to compensation for what is

4  known as fear of cancer.

5          Now, in terms of the exacerbation of the

6  rhinosinusitis, you'll have two witnesses.  One is a

7  Dr. Lawrence Miller who will testify that exposure to

8  formaldehyde exacerbated her preexisting rhinosinusitis.

9          And then we're going to call her surgeon,

10  Dr. Joseph Gautreaux, who will tell you that the reason she was

11  required to have surgery and expend this $27,000 was the fact

12  that her rhinosinusitis was exacerbated and no longer treatable.

13          So when you throw the two of those together,

14  formaldehyde causes an exacerbation of rhinosinusitis, the

15  exacerbation of rhinosinusitis necessitated the $27,000 surgery,

16  you can do the link, and that's what we'll be asking you to do.

17          And finally, the fear of cancer.  I showed you all

18  of those government agencies that talked about the government

19  knows that it causes cancer, but the industry has known for a

20  long time, as well.

21          By 1980, laboratory studies were showing it was

22  causing cancer in rats.  By 1987, your Environmental Protection

23  Agency had classified formaldehyde as a probable human

24  carcinogen.  By 1991, the United States Government's National

25  Toxicology Program, part of the DHS, classified formaldehyde as

1   reasonably anticipated to be a carcinogen.  By 1995, this IARC,

2   the International Agency for Research on Cancer, concluded that

3   it was a probable human carcinogen.

4            By 2004, and this is important because it's before

5   Katrina, IARC, which is an international group of scientists,

6   they take all of the world's studies, all of the world's

7   literature, they got back together and they said, you know what,

8   it's not only a probable human carcinogen, we now have the body

9   of studies and work that we're going to classify it as a known

10  human carcinogen, a class one sure thing.  It causes it.

11           And by 2009, they went through all the studies,

12  again, and they reiterated their classification of it as a known

13  human carcinogen.  That's the case.  Formaldehyde exposure by

14  Earline Castanel caused her injury.

15           Now, there is one issue.  My mother always told me,

16  you know, if you've got warts, talk about them.  There is

17  something called a plaintiff fact sheet.  You'll see how thick

18  they are.  The way that the Court got everybody into court and

19  everything organized is you have to fill out a plaintiff's fact

20  sheet.

21           This thing goes on for 20-something pages, and

22  we'll talk about that, with many, many questions.  Lawyers like

23  myself have people that are helping our clients fill these out.

24  Mistakes were made.  We made one here.  Here is the boo-boo.

25           On August 27, 2008, this woman signed a plaintiff's

1  fact sheet.  And, again, you'll have it in evidence.  It goes on.

2  It's typed.  It seems like hundreds of questions, but it's in

3  there.  It says she smoked for a year ending in 1950.  We don't

4  think that's true.

5          She was named a trial plaintiff on November the

6  5th.  We called her in to meet with her.  And she said, that

7  answer is not true.  So we amended that answer on the 18th of

8  2009.  She insisted that the previous answer was wrong, so we

9  amended the plaintiff's fact sheet.

10          Now, we know that her husband, back when she was

11  married, smoked, and we know that her sister smoked.  One or two

12  of her children think that she smoked at one point in time.  To

13  be honest with you, having met with them, they are not real sure

14  about it.  She insists that she hasn't, so I'm laying it out

15  there for you.

16          In any way case, it's clear that she hasn't smoked

17  for a long time, and my client insists that she never did.  And

18  when you look at her medical records, they will prove to you that

19  well before she was involved in any litigation, when she was just

20  going to doctors and asked about smoking history, she said over

21  and over, again, in 2004, she didn't smoke; in 2005, no smoking

22  history, not applicable; in 2006, do you smoke, no; in 2006,

23  again, the opportunity to fill out smoking, no; 2007, have you or

24  do you use cigarettes?  It's not filled out.

25          And then we've got --

1          THE COURT:  One minute, Mr. Watts.

2          MR. WATTS:  -- the circle with the bar through it, where

3     she's saying that's not happening.

4               So all I can do to you on this issue is confess a

5     boo-boo by people that were on our staff and tell you we made a

6     mistake, but you're going to have to assess all of this.

7               I think that what likely happened is one of her

8     children, who got confused about the sister or the father

9     smoking, helped her fill it out or filled it out, and then she

10    signed it without reading it, and that's our fault.  But we don't

11    think that you'll conclude that she was a smoker; and, even if

12    she was at some point in time, which she wasn't, I don't think it

13    had anything to do with why we're here.

14              So, again, formaldehyde exposure to

15    Earline Castanel caused her injury.  That's the case.  Thank you

16    for your time.

17          THE COURT:  Thank you, Mr. Watts.

18              Mr. Garrison, do you have any opening?  Then we'll

19    go ahead and take our lunch break.

20                        OPENING STATEMENTS

21    BY MR. GARRISON:

22              First of all, I'd like to thank the jury for

23    serving.  I know it's a tremendous sacrifice on your time, so I

24    really appreciate it.

25              Let me get my slide show started here.

1          THE COURT:  By the way, if you would like to pull gently

2     on the bottom of those screens, you might be able to see better.

3     You can pull them out a little bit and they'll be faced up.

4          MR. GARRISON:  May I proceed?

5                        OPENING STATEMENTS

6     BY MR. GARRISON:

7               Again, my name is Lyon Garrison.  I represent

8     Recreation by Design, Randy Rush's company.  My firm is Garrison,

9     Yount Forte & Mulcahy.  We're right down here on Poydras Street.

10              This case is about real world versus unproven

11    theories.  Mr. Watts just gave a very detailed opening, and he

12    mentioned the experts and the theories.  So you will hear a lot

13    of theories in this case from the plaintiffs.

14              From Recreation by Design, we're going to focus on

15    the real world, real evidence, real facts.  And you'll see after

16    you hear a lot of the evidence that the plaintiffs have just a

17    tremendous number of theories to link up their case to attempt to

18    prove their case.

19              The real medical evidence will show that

20    Ms. Castanel sustained no injuries.  Ms. Castanel never once told

21    her treating physicians while she was living in the trailer or

22    after she was living in the trailer that the trailer was causing

23    her problems or that she thought the trailer was causing her

24    problems.

25              Ms. Castanel treated for years, well over 10 years,

1    for sinusitis.  That's a stuffy and runny nose.  She has a very

2    well documented history of treatment for that.  And she also had

3    allergies.

4                The treating physicians will testify that

5    Ms. Castanel didn't have any new diagnosis or symptoms during and

6    after she lived in the trailer.  That's going to be Dr. Bowers.

7    That's Ms. Castanel's internist, who you will hear more about in

8    just a minute.  And Dr. Gautreaux, Ms. Castanel's ENT doctor who

9    did the surgery, he testified that -- and he will testify that

10   Ms. Castanel had the same symptoms, same conditions, but

11   Ms. Castanel did start treating more frequently in 2009, and it

12   was after she filed her lawsuit on April 8, 2009.  And you'll

13   hear more about that in just a few minutes.  It's the real world

14   versus unproven theories in this case.

15               Who is Recreation by Design?  Randy Rush is

16   Recreation by Design.  Randy Rush started working in the trailer

17   business when he was 14 years old.  He worked with his father in

18   a small company that his father owned putting campers on the back

19   of pickup trucks.

20               After working with that small company with his

21   father for about seven or eight years, Randy's father's company

22   went out of business.  It was in the early '70s during the gas

23   crunch.

24               Anyway, Randy then worked in the trailer business

25   for another 20 years, working for different companies.

1          In 1999, Randy started Recreation by Design.

2    Recreation by Design is a small company out of Elkhart, Indiana.

3    Just in case you're wondering, Elkhart is right near South Bend.

4    Of course, people know where South Bend is.  That's where

5    Notre Dame is.

6          But Elkhart, Indiana is a small town, and that's

7    where Randy Rush's company operates.  It employees dozens of

8    workers and supports dozens of families, and it's the heart of

9    America, and it's a company that builds an American product,

10   travel trailers.

11         Recreation By Design also specializes in custom

12   design travel trailers.  If you want a certain type of travel

13   trailer, you tell Randy Rush what you want and he'll make it.

14         Randy Rush built Ms. Castanel's unit in accordance

15   with the specifications provided by Morgan Building and Spas.

16   Morgan Building and Spas is a big company, but they have a retail

17   outlet here in Metairie, right off the Interstate near Clearview.

18   They sell building and spas and various other things.

19         The plaintiff's attorneys criticize Randy Rush in

20   the way he builds trailers.  It's already apparent they are going

21   to attack him about the way he uses his real world experience to

22   build a product and put it out in the marketplace.

23         Randy Rush has 40 years of real world experience

24   and he cares about his company, he cares about his customers, and

25   he builds quality units.  The plaintiffs will offer unproven

1   theories in efforts to show that Randy's trailers were not safe.

2            RBD built quality trailers to industry standards.

3   Now, that's important.  That's a phrase that you'll hear about a

4   lot in this case.  Industry standards.  There were industry

5   standards in 2005, and Randy Rush followed those standards.

6            And, by the way, using LFE materials, was not a

7   requirement of industry standards.  RBD used wood and materials

8   that were within industry standards.  Ms. Castanel's unit was

9   built in 2005.  At the time Ms. Castanel's unit was built, RBD

10  had never had a complaint about formaldehyde.

11           In this case, to prevail, the plaintiff must prove

12  that the trailer was unreasonably dangerous; that is, were there

13  dangerous levels of formaldehyde in the trailer?  Number 2, the

14  plaintiff must prove the unreasonably dangerous condition caused

15  her injuries?

16           The evidence will show that the trailer was not

17  unreasonably dangerous.  And the evidence will also show that

18  Ms. Castanel did not sustain injuries from the trailer.  She had

19  a chronic sinus condition before she moved into the trailer.  She

20  also received treatment for anxiety and depression for several

21  years before moving in the trailer.

22           The actual formaldehyde test results, in January of

23  2010, Ms. Castanel's trailer was tested.  The first test that was

24  run was a pretty straightforward test.  They just went into the

25  unit, which had been vacant for some time, and they took some

1    readings.  That test result for the first test was .009 ppm.

2              The second test result, obtained after the trailer

3    was heated up for 46 hours to simulate living conditions, that

4    test result was .05 ppm.  That test result was taken when the

5    trailer had an average temperature of 66 degrees.  So the number

6    you're going to hear about a lot about from Recreation By Design,

7    from the attorneys from Recreation By Design is .05 ppm, because

8    that's a real number.  It's an actual test result from

9    Ms. Castanel's trailer.

10             What is formaldehyde?  I'm not going to act like a

11   chemistry teacher, but they have a simple definition here.  It's

12   a simple carbon, $H_2O$ plus one carbon.  And $H_2O$ is water plus one

13   carbon and you get the simple carbon, formaldehyde.

14             Formaldehyde is everywhere.  It's in wood.  It's in

15   city streets.  It's in your living room in pieces of furniture,

16   most pieces of furniture.  It's in human beings.  It's in

17   cosmetics.  Dr. James, a toxicologist, is going to come in and

18   he's going to testify about how prevalent formaldehyde is.  There

19   will be many other witnesses who testify about how formaldehyde

20   is everywhere.

21             This is a chart that puts, I believe, formaldehyde

22   in perspective.  Up in the left-hand corner is a photo of

23   Ms. Castanel's unit.  That's the .05 ppm level that was tested.

24             Comparing Ms. Castanel's unit to the secondhand

25   smoke, you'll notice that secondhand smoke is 7 ppm.  The

1    secondhand smoke is 140 times greater than the level of

2    Ms. Castanel's unit at .05 ppm.  That's a significant difference.

3              If you look down at the library, .7 ppm, the

4    library, that's the level of formaldehyde in the library, that

5    .7 ppm is 14 times greater than the .05 ppm of Ms. Castanel's

6    unit.

7              Also listed on the chart are some food symptoms

8    items, some ordinary food items.  Soft drinks, soft drinks

9    contain 8.2 ppm.

10             Now, where does this information come from?  We're

11   going to have toxicologists come in, Dr. James come in and

12   testify and some other experts testify about formaldehyde levels

13   and different things.

14             But anyway, soft drinks, 8.2 ppm.  Soft drinks have

15   164 times the amount of formaldehyde in them than as compared to

16   Ms. Castanel's trailer based on this reading.

17             Also, catfish, you have catfish with 28.2 parts per

18   million formaldehyde.  Fried food has a huge amount of

19   formaldehyde.  It's just the way it is.  Fried catfish, fried

20   chicken.  The amount of formaldehyde in catfish is 560 times the

21   amount of formaldehyde than Ms. Castanel's unit.

22             So I think this chart is very helpful, and I think

23   the testimony by the experts, including Dr. James, will really

24   help put formaldehyde in perspective.

25             This is just a bar graph outlining some of the same

1   information that I've already covered in the chart, so I won't

2   rehash it.  I will comment that the picture at the bottom is a

3   picture of Ms. Castanel's unit, and then we have the secondhand

4   smoke.  And you can see the difference in the amount or the

5   amounts of formaldehyde.

6          This is a bar graph putting the different food

7   items in perspective.  And again, you have Ms. Castanel's unit at

8   the bottom, and you have the fried fish at the top.  And even

9   fresh fruit, fresh vegetables contain many, many, many times more

10  formaldehyde than Ms. Castanel's unit at .05 ppm.

11         Dose response, Mr. Watts commented on dose

12  response.  It's a term that's appropriate in this case.  It's a

13  medical term.  It's used to determine how much of a particular

14  chemical or substance -- or to describe how much a particular

15  chemical or substance a person is exposed to and whether or not

16  that person sustains an injury.

17         With the dose response analysis, you have to look

18  at the level of exposure.  That's key.  A good example is two

19  aspirin will cure a headache; 200 aspirin will kill you.  Too

20  much of anything will harm you, but exposure to certain things at

21  certain levels does not cause harm under a dose response

22  analysis.

23         Your body needs formaldehyde to function.  And

24  you'll hear testimony about that.  It's part of normal human

25  metabolism.  Right now as we sit hear, most of us have 2.5 ppm

1   formaldehyde in our bodies.

2           Why are the plaintiff's experts going to such great

3   lengths to try and increase the formaldehyde levels?  That's

4   because they know that the .05 ppm level does not cause any harm.

5   So as part of their case, the plaintiffs come in with a litany of

6   experts, many experts to try and raise that formaldehyde level.

7           What was the standard for formaldehyde in trailers?

8   In 2005, there was no specific standard for formaldehyde in

9   trailers.  There was no government regulation as far as

10  standards.  There was no international regulation.  When

11  Ms. Castanel's trailer was built, there was no specific standard.

12          The plaintiff's attorneys like to focus on the

13  ATSDR as a standard.  You'll hear from some of the FEMA witnesses

14  that the plaintiff's attorneys are putting on as part of their

15  case why the ATSDR is not applicable to the trailers.  The ATSDR

16  has stated that exposure to levels above the MRL does not mean

17  adverse health effects will occur.

18          The plaintiffs are going to show several FEMA

19  witnesses in the form of videos as part of their case, and there

20  is a lot of good information for Recreation By Design in these

21  videos, including the testimony of Commander Joe Little.  His

22  testimony is very persuasive.  Joe Little talks about a

23  formaldehyde level of .3 ppm being a level of concern.  .3 ppm is

24  six times the level of formaldehyde in Ms. Castanel's unit.

25          I want to go back, in addition to Joe Little, the

1    Centers for Disease Control selected a .3 ppm level of no concern

2    for formaldehyde.  Again, that is six times the level of

3    formaldehyde in Ms. Castanel's unit.

4           This is a chart with some relevant levels.  We've

5    talked about the CDC and Commander Joe Little.  OSHA, a

6    government agency that regulates the workplace, OSHA designates

7    at .75 ppm level, and Ms. Castanel's unit was 15 times lower than

8    that .75 ppm OSHA level.

9           And finally there is HUD.  HUD regulates mobile

10   homes.  Actually, HUD had a target ambient air goal of .4 ppm for

11   mobile homes, and Ms. Castanel's unit was eight times lower than

12   that HUD level of .4 ppm.

13          You'll hear a lot about studies in this case.  A

14   really helpful study and important study is the Lemus study.  The

15   Lemus study was performed by some Tulane scientist.  They went

16   out and surveyed 53 regular homes in south Louisiana and they

17   tested for formaldehyde.

18          The study showed an average level of .3 ppm in

19   regular homes.  The formaldehyde level of Ms. Castanel's unit of

20   .05 ppm was six times less than the average found in the Lemus

21   study.  So Ms. Castanel's unit, when it was tested, actually had

22   a test result that was lower than the average formaldehyde level

23   in Louisiana homes based on this study.

24          Unproven theories by plaintiff's paid experts.  You

25   will hear a lot of testimony about concepts like negative

pressurization, leaky air conditioning ducts, lack of vapor barriers causing increased levels of formaldehyde.  You may even hear about staples in ventilation ducts causing increased levels of formaldehyde.  These theories show you how the plaintiff's attorneys are going to such great lengths to increase the levels of formaldehyde.

The plaintiff's attorneys even offer these mock-ups of walls that should have been used in travel trailers.  They had them made by their experts, and they'll bring them into court. These walls have never been in a travel trailer.  And Randy Rush will explain a little bit about these walls and why they may not have worked as well as suggested.

The real world versus unproven theories.  There is no real evidence to show a FEMA trailer was unreasonably dangerous.  Formaldehyde is in many foods and places.  The real evidence shows that a formaldehyde level of .05 ppm is not dangerous and Ms. Castanel's unit was safe for its intended purpose as a temporary residence.

No warnings about formaldehyde on the RBD unit because before 2006 RBD had never had complaints about formaldehyde.  FEMA provided the unit to Ms. Castanel.  And FEMA delivered notices to travel trailer residents about formaldehyde in 2006 and 2007.

The RBD owners manual provided instructions on ventilating the trailer.  The RBD trailer also had five large

1  windows and a door with a screen on it for ventilation.

2          This is a flow chart.  It shows how the unit

3  started without RBD as a manufacturer.  RBD sold the unit to

4  Morgan Building and Spas.  And then Morgan sold it to FEMA and

5  FEMA provide the unit to Ms. Castanel.  And again, FEMA delivered

6  warnings regarding formaldehyde to trailer residents in 2006 and

7  2007.

8          Once Randy Rush sold the unit to Morgan, he had no

9  idea who was living in that unit.  So he had no way to even

10  contact Ms. Castanel after he sold the unit.

11          Morgan Building and Spas has never complained about

12  RBD units.  FEMA has never complained about RBD units.  Morgan

13  accepted RBD units as built to industry standards and they sold

14  those units to FEMA.

15          Talking about Ms. Castanel's treatment and her

16  treating physicians.  I referred to Dr. Bowers a little earlier.

17  He's an internal medicine doctor.  He has treated Ms. Castanel

18  from 2000 until the present.  Dr. Bowers will testify that there

19  has been no change in Ms. Castanel's sinus condition before

20  living in the FEMA trailer, during living in the FEMA trailer and

21  after living in the FEMA trailer.

22          Dr. Gautreaux will testify.  He's an ENT.  He will

23  testify that Ms. Castanel had chronic sinusitis for many years

24  before the hurricane.  Her condition remained the same.

25  Dr. Gautreaux will testify that her symptoms increased at a

1    certain point in time.  And I think the evidence will show her

2    symptoms increased, her visits to the doctor increased after she

3    filed her lawsuit.

4              But Dr. Gautreaux ultimately did perform an

5    endoscopic procedure on Ms. Castanel, and that is a procedure

6    whereby the doctor goes in with a scope and cleans out the

7    sinuses.  That procedure is quite common for people with chronic

8    sinusitis.  Dr. Gautreaux will testify that he doesn't know, he

9    can't say that living in the FEMA trailer or exposure to

10   formaldehyde caused the need for the endoscopic procedure.

11             Interestingly, when Ms. Castanel was in Houston,

12   Texas, after the hurricane, she evacuated there for about four

13   months, she treated with a Dr. Hoang, on three occasions,

14   October 2005, December 2005 and January of 2006.  The point of

15   this is Ms. Castanel's symptoms were bad enough right after the

16   hurricane, shortly before she moved into the trailer to seek out

17   treatment.

18             These are prescription records relating to

19   Ms. Castanel.  These records show Ms. Castanel was receiving

20   prescriptions from Dr. Gautreaux as far back as 1994, and you can

21   see the prescriptions are for decongestants.  And Ms. Castanel

22   received decongestant prescriptions and other prescriptions for

23   allergies on a regular basis.

24             This chart is a chart showing treatment for

25   Ms. Castanel's sinuses.  Now, this just focuses on her sinuses,

1    her treatment for sinuses.  I'm not going to take too much time

2    to go through this chart, but I think there are some important

3    points to be made.

4            If you look at Ms. Castanel's treatment with

5    Dr. Gautreaux, starting in 2002, she treats with Dr. Gautreaux

6    between two and three times each year, sometimes two times,

7    sometimes three times, all the way up until the time of

8    Hurricane Katrina.

9            Well, after Hurricane Katrina, as I said,

10   Ms. Castanel treated with Dr. Hoang in Houston.  And then we go

11   to the time Ms. Castanel is in the FEMA trailer.  That's

12   highlighted in blue.  That's 16 months.

13           In the 16 months Ms. Castanel was in the FEMA

14   trailer, her treatment did not increase.  She treated with

15   Dr. Gautreaux twice for her sinuses during that 16-month period.

16   And you can see the treatment in 2008.  It really didn't

17   increase.  The treatment picks up after Ms. Castanel files a

18   lawsuit, and then she ultimately goes into 2010 and continues

19   treating with Dr.  Gautreaux.

20           Ms. Castanel's symptoms.  There is no objective

21   medical evidence of injuries from formaldehyde.  Ms. Castanel was

22   treated and was diagnosed with chronic sinusitis and allergies

23   before living in the trailer.  There is no increase in medical

24   treatment while she was living in the trailer.

25           And I need to emphasize, Ms. Castanel did not tell

1    her treating physicians that she thought her trailer was causing

2    her problems at any point in time.  So I think that's

3    significant.

4            A very important piece of medical evidence in this

5    case is the pathology report.  When Ms. Castanel had the

6    endoscopic procedure, some tissue was taken and a pathology

7    report was done.  The tissue was taken from Ms. Castanel's nose.

8            And with the pathology analysis, you can determine,

9    and we can determine that there is no evidence of injury from

10   formaldehyde.  No evidence of cancer, polyps or tumors.  No

11   evidence of cell damage.  So --

12           THE COURT:  One minute, Mr. Garrison.

13           MR. GARRISON:  This pathology report is concrete

14   evidence.

15           I'm going to run through very quickly.  The

16   endoscopic procedure on March 31, 2010, that was two and a half

17   years after Ms. Castanel moved out of the FEMA unit, so she had

18   the endoscopic procedure two and a half years later.  The

19   endoscopic procedure is not related to Ms. Castanel living in the

20   FEMA unit, and you'll hear medical testimony about that.

21           Dr. Wedner will testify about that and some other

22   doctors, Dr. French will also testify about that.  The endoscopic

23   procedure was related to Ms. Castanel's long-term sinus

24   condition.

25           We're going to run to the fear of cancer.

1    Ms. Castanel alleges a fear of cancer, and who am I to say

2    whether or not she has a fear of cancer.  But there are many

3    other things which might be the basis of a fear of cancer.  She

4    underwent a mammogram a few years ago and a colonoscopy.  And

5    she's had other things as well.

6              THE COURT:  Time.

7              MR. GARRISON:  Ms. Castanel does not have cancer, the

8    medical evidence will show that.  The pathology report shows no

9    cell damage, no permanent injury, no signs of cancer.

10             THE COURT:  All right.  Thank you, Mr. Garrison.

11             MR. GARRISON:  Can I make one last --

12             THE COURT:  Well, you're over 25 minutes, and I told you

13   25 minutes.

14             MR. GARRISON:  I'll wrap it up right here, Judge.

15                  There will be no witness in this case --

16             THE COURT:  Wait.  No, we did 25 minutes was the

17   agreement.  So let's go ahead and finish up.  I gave you the

18   one-minute warning so you could wrap up.

19                  Let's go ahead and take our lunch break.  Let me

20   remind the folks on the jury, please do not discuss anything

21   about the case amongst yourself.

22                  Now, I'm happy to report that today we have, we

23   welcome food service back into our building complex.  In the

24   building next door, the Hale Boggs Building, in the basement

25   area, the gentleman who operates Lil Dizzy's across the street,

1  you may be familiar with Mr. Baquet, has opened a food service

2  operation with sandwiches and things of that sort in the basement

3  of the Hale Boggs Building, which you can get to without having

4  to go outside.

5           You don't have to eat there.  You can eat

6  elsewhere.  There are a bunch of places around here.

7           We will give you -- it's 12:25 right now, so if you

8  can be back in the jury room at 1:30, that gives you a little

9  over an hour, if you can be back in the jury room, ready to come

10  in the courtroom, we'll certainly be respectful of your time.

11  We'll try to work through the afternoon and complete the day.

12           But you're not obligated to stay in the building.

13  You can eat anywhere you like as long as you're ready to come

14  back at 1:30.

15           I would caution those of you who are here, if you

16  all decide to eat downstairs as well and you see some of our

17  jurors down there, make certain we follow the instruction that

18  there be no communication with the jurors.  If you would like to

19  take your food and bring it back up and eat in the jury room,

20  that's up to you as well, but that's available to you.

21           Okay, let's go ahead and take our lunch break.

22           THE COURT SECURITY OFFICER:  All rise.

23           (WHEREUPON, at this point in the proceedings, the jury

24  panel leaves the courtroom.)

25           THE COURT:  Counsel, who do we have set at 1:30?

1          MR. WATTS:  Mr. Rush first.  He'll be probably the

2     longest witness in the case.  I put a bunch of witnesses in just

3     in case, but I don't anticipate getting them all done by the

4     17th.  But they are all ready so we got the afternoon to --

5          THE COURT:  With regard to Mr. Rush, we covered this in

6     the pretrial conference, is it the intent to have Mr. Rush's

7     testimony in its entirety or would you all choose to recall him

8     as part of your defense case in chief?

9          MR. GARRISON:  We would want to recall him as part of

10    our defense case in chief.

11         THE COURT:  I'll instruct the jury of that, but I want

12    to make sure when he's on we're going to get him under cross.

13    And then you're direct will be limited to what was covered under

14    cross, and we'll have recross.

15             And I'll tell the jury that Mr. Rush is going to

16    testify on the defendant's case in chief about matters that have

17    not already been covered as part of the plaintiff's case.  Okay.

18    So let's be very efficient with our time.

19             And we anticipate, Mr. Watts, according to this

20    list here, if we start at 1:30 and take 15 minutes in the

21    afternoon, is Mr. Rush going to take the balance of the

22    afternoon?

23         MR. WATTS:  No, I don't think he takes the full

24    afternoon.  I hope to have him on and off in a little more than

25    an hour on the main cross.

1       THE COURT:  And you've got folks ready for us after?

2       MR. WATTS:  I've got video and live bodies outside

3  waiting to go.

4       THE COURT:  If you all could be here at 1:30 ready to

5  roll.

6       THE DEPUTY CLERK:  All rise.  Court is in recess.

7       (WHEREUPON, at this point in the proceedings, the Court

8  was in luncheon recess.)

9                           *    *    *

10

11                      REPORTER'S CERTIFICATE

12

13    I, Cathy Pepper, Certified Realtime Reporter, Registered

14  Merit Reporter, Registered Professional Reporter, Certified Court

15  Reporter of the State of Louisiana, Official Court Reporter for

16  the United States District Court, Eastern District of Louisiana,

17  do hereby certify that the foregoing is a true and correct

18  transcript, to the best of my ability and understanding, from the

19  record of the proceedings in the above-entitled and numbered

20  matter.

21

22                          *s/Cathy Pepper*

23                          Cathy Pepper, CRR, RMR, CCR

24                          Official Court Reporter

25                          United States District Court

**#**

**#09-3251** [1] - 4:11

**$**

**$27,000** [4] - 128:10, 131:25, 132:11, 132:15

**'**

**'70s** [3] - 20:12, 25:11, 137:22
**'80s** [3] - 20:5, 25:13, 31:11
**'90s** [4] - 24:16, 25:18, 37:18, 38:21
**'95** [2] - 15:24, 16:20
**'97** [2] - 19:11, 35:6
**'98** [1] - 19:12

**0**

**009** [1] - 140:1
**05** [9] - 140:4, 140:7, 140:23, 141:2, 141:5, 142:10, 143:4, 144:20, 145:16
**05189** [1] - 113:18
**05250** [1] - 113:18
**09-3251** [1] - 1:8
**09-6349** [1] - 84:15
**09-8707** [1] - 84:17

**1**

**1** [11] - 1:11, 9:21, 9:22, 10:5, 10:7, 15:13, 61:3, 61:14, 61:17, 73:23, 92:19
**10** [13] - 17:3, 63:25, 64:4, 64:9, 64:14, 93:12, 94:4, 95:5, 95:19, 97:9, 108:21, 108:23, 136:25
**100** [2] - 1:18, 90:5
**1000** [1] - 1:24
**105** [1] - 94:10
**10:00** [1] - 108:20
**11** [12] - 47:3, 47:4, 47:13, 48:4, 48:12, 48:19, 49:25, 63:6, 64:12, 66:8, 72:18, 73:14

**110** [1] - 3:7
**114** [4] - 77:5, 77:8, 77:9, 77:10
**116** [2] - 3:8, 3:17
**117** [2] - 3:9, 83:25
**11:20** [2] - 109:25, 110:18
**12** [5] - 17:16, 17:17, 64:15, 93:3
**12-year-old** [1] - 68:13
**120** [1] - 84:5
**126** [2] - 77:2, 77:6
**128** [2] - 73:1, 73:9
**12:25** [1] - 151:7
**13** [15] - 3:17, 10:7, 17:24, 17:25, 18:6, 18:8, 18:10, 18:14, 61:20, 62:20, 64:19, 74:2, 93:4, 116:14, 116:22
**135** [1] - 3:10
**14** [49] - 18:17, 18:18, 18:24, 19:7, 63:10, 65:3, 65:4, 66:8, 69:16, 75:13, 75:22, 76:4, 76:12, 76:14, 77:4, 77:12, 77:17, 77:20, 77:24, 78:9, 78:11, 78:15, 78:18, 78:21, 78:25, 79:4, 79:8, 79:13, 79:17, 79:20, 79:22, 79:25, 81:15, 81:18, 81:20, 81:23, 82:1, 82:5, 82:9, 82:11, 82:13, 82:18, 82:20, 82:24, 83:4, 83:6, 95:8, 137:17, 141:5
**140** [1] - 141:1
**143,000** [1] - 113:14
**15** [15] - 10:18, 17:25, 18:11, 19:10, 19:11, 19:15, 19:18, 19:21, 19:23, 21:5, 21:20, 35:22, 42:16, 42:18, 42:19, 42:23, 42:25, 50:8, 64:18, 65:7, 86:6, 86:13, 86:16, 86:20, 86:23, 87:2, 87:7, 87:11, 87:18, 87:25, 88:4, 88:9, 88:14, 88:19, 88:23, 89:2, 95:6, 95:9, 108:21, 108:22, 108:23, 108:24, 144:7, 152:20
**16** [20] - 10:7, 18:1, 18:11, 20:4, 20:5, 20:9, 61:19, 63:10, 65:11, 66:8, 68:6,

113:6, 117:18, 126:6, 127:5, 127:14, 131:22, 148:12, 148:13
**16-month** [1] - 148:15
**164** [1] - 141:15
**16th** [1] - 68:7
**16th-year-old** [1] - 68:7
**17** [21] - 1:6, 4:3, 13:12, 13:13, 13:16, 13:18, 13:20, 20:11, 20:12, 29:4, 29:11, 29:13, 32:12, 65:14, 93:11, 95:5, 95:19, 97:9, 113:6
**17-year-old** [1] - 68:13
**17th** [1] - 152:4
**18** [8] - 27:16, 29:16, 29:24, 30:4, 30:6, 30:9, 64:14, 65:21
**18-year-old** [1] - 65:10
**1800** [1] - 2:5
**1873** [1] - 1:5
**18th** [1] - 134:7
**19** [2] - 10:7, 61:19
**1950** [1] - 134:3
**1980** [1] - 132:21
**1980s** [1] - 35:11
**1985** [1] - 36:12
**1987** [2] - 33:4, 132:22
**1990** [1] - 40:4
**1991** [1] - 132:24
**1992** [1] - 113:12
**1994** [1] - 147:20
**1995** [2] - 16:4, 133:1
**1998** [1] - 39:18
**1999** [1] - 138:1
**1:30** [5] - 151:8, 151:14, 151:25, 152:20, 153:4
**1st** [2] - 10:14

**2**

**2** [4] - 62:2, 62:10, 92:20, 139:13
**2,600** [2] - 112:9, 125:12
**2.5** [1] - 142:25
**20** [30] - 10:11, 10:12, 10:22, 21:13, 22:12, 22:13, 30:14, 30:23, 31:7, 64:14, 65:17, 66:2, 66:3, 89:4, 89:5, 89:9, 89:12, 89:16, 89:19, 89:23, 89:25, 90:7, 90:16, 90:20, 90:25, 91:3,

91:7, 115:4, 115:11, 137:25
**20-something** [1] - 133:21
**200** [1] - 142:19
**2000** [2] - 18:20, 146:18
**2001** [1] - 18:20
**2002** [1] - 148:5
**2004** [2] - 133:4, 134:21
**2005** [12] - 37:20, 112:7, 112:21, 125:2, 125:3, 125:4, 134:21, 139:5, 139:9, 143:8, 147:14
**2006** [11] - 37:20, 112:4, 113:5, 121:1, 123:10, 134:22, 145:20, 145:23, 146:6, 147:14
**2007** [12] - 113:5, 121:1, 123:10, 130:11, 130:20, 130:22, 130:25, 131:12, 131:13, 134:23, 145:23, 146:7
**2008** [3] - 37:23, 133:25, 148:16
**2009** [5] - 38:1, 133:11, 134:8, 137:11, 137:12
**2010** [14] - 1:6, 4:3, 64:25, 114:2, 114:3, 114:14, 115:6, 115:25, 121:3, 123:8, 123:20, 139:23, 148:18, 149:16
**209** [3] - 3:17, 116:14, 116:22
**21** [10] - 66:6, 70:19, 91:15, 91:17, 93:5, 97:16, 115:23, 115:25, 130:24
**21-hour** [2] - 114:23, 115:19
**21-year-old** [1] - 62:15
**22** [5] - 20:19, 20:20, 64:14, 66:9, 68:12
**2250** [1] - 1:21
**2261** [2] - 112:25, 113:2
**23** [14] - 31:11, 31:17, 31:20, 31:23, 32:2, 32:6, 33:13, 65:13, 66:11, 66:24, 69:16, 70:1, 71:10
**24** [6] - 53:9, 53:13,

66:15, 114:16, 115:8
**24-hour** [2] - 115:6, 115:10
**24th** [3] - 10:16, 10:20, 11:18
**25** [16] - 20:25, 21:1, 21:5, 37:11, 66:21, 110:14, 110:16, 114:21, 115:16, 117:1, 117:7, 130:25, 150:12, 150:13, 150:16
**26** [6] - 21:12, 21:13, 21:16, 67:1, 67:11
**27** [10] - 21:19, 21:25, 32:10, 32:22, 65:12, 66:19, 67:5, 67:13, 133:25
**274** [2] - 116:14, 116:22
**274,276** [1] - 3:17
**276** [2] - 116:14, 116:23
**28** [11] - 32:25, 34:10, 50:20, 50:22, 64:22, 65:17, 65:18, 67:5, 67:20, 67:21, 71:1
**28-year-old** [1] - 68:15
**28.2** [1] - 141:17
**288** [3] - 3:18, 116:14, 116:23
**29** [11] - 22:2, 22:3, 22:6, 22:8, 22:10, 22:12, 34:19, 34:24, 35:6, 68:4, 68:5
**2900** [1] - 2:10
**2nd** [1] - 112:7

**3**

**3** [10] - 3:17, 62:12, 92:21, 92:22, 116:13, 116:22, 143:23, 144:1, 144:18
**30** [12] - 24:3, 35:9, 35:11, 64:21, 65:17, 66:14, 66:24, 67:3, 68:5, 68:9, 68:10, 70:25
**30-year-old** [2] - 65:17, 68:6
**300** [1] - 130:11
**302** [3] - 3:18, 116:14, 116:23
**305** [3] - 3:18, 116:14, 116:23
**31** [7] - 64:2, 64:22, 68:14, 68:17, 68:19,

149:16
**316** [3] - 3:18, 116:14, 116:23
**32** [7] - 35:22, 36:2, 36:5, 36:7, 68:21, 70:24
**33** [10] - 22:15, 22:17, 50:9, 64:22, 68:5, 68:24, 71:10, 112:4, 113:8
**33-year-old** [2] - 67:18, 68:6
**330** [3] - 3:18, 116:15, 116:23
**335** [3] - 3:18, 116:15, 116:23
**34** [15] - 3:17, 11:1, 11:3, 11:9, 11:11, 22:23, 43:2, 43:3, 43:5, 43:7, 64:22, 69:3, 116:14, 116:22
**340** [3] - 3:18, 116:15, 116:23
**348** [3] - 3:18, 116:15, 116:23
**35** [9] - 12:1, 12:3, 12:4, 63:19, 64:22, 69:7, 91:12, 91:14
**35-year-old** [1] - 67:17
**350** [3] - 3:19, 116:15, 116:23
**36** [8] - 60:5, 60:6, 60:8, 60:11, 60:15, 69:11, 69:21
**364** [3] - 3:19, 116:15, 116:24
**366** [3] - 3:19, 116:15, 116:24
**37** [17] - 36:10, 36:12, 36:18, 55:24, 56:7, 56:19, 56:25, 57:5, 57:6, 57:18, 58:2, 58:12, 62:4, 65:25, 69:13, 69:23
**38** [6] - 23:2, 23:3, 62:4, 63:18, 69:17, 69:18
**3838** [1] - 2:9
**389** [3] - 3:19, 116:15, 116:24
**39** [2] - 69:24
**3:00** [1] - 108:23

## 4

**4** [12] - 26:18, 26:20, 26:25, 62:18, 62:19, 72:11, 72:13, 92:23, 114:2, 114:8,

144:10, 144:12
**40** [3] - 64:2, 65:22, 138:23
**41** [5] - 23:9, 23:14, 65:25, 70:4
**413** [3] - 3:19, 116:15, 116:24
**416** [3] - 3:19, 116:15, 116:24
**42** [18] - 23:16, 23:17, 23:22, 24:2, 24:6, 24:8, 24:11, 36:23, 36:24, 37:6, 37:9, 37:11, 37:14, 64:2, 70:6
**4265** [1] - 1:24
**43** [19] - 11:14, 11:16, 37:17, 37:18, 38:7, 38:12, 38:18, 45:4, 45:5, 45:10, 45:23, 50:9, 59:12, 59:15, 59:16, 70:13, 74:22, 75:1
**435** [3] - 3:19, 116:16, 116:24
**44** [7] - 38:20, 38:21, 39:4, 69:20, 70:17, 114:11
**45** [9] - 39:6, 39:7, 39:11, 39:14, 39:18, 39:25, 50:10, 70:21
**454** [3] - 3:19, 116:16, 116:24
**46** [18] - 24:15, 24:16, 24:23, 24:25, 25:4, 25:6, 40:4, 40:10, 40:15, 40:18, 44:4, 44:8, 70:11, 71:6, 114:17, 115:9, 140:3
**465** [3] - 3:20, 116:16, 116:24
**467** [3] - 3:20, 116:16, 116:24
**47** [3] - 25:11, 71:8
**475** [3] - 3:20, 116:16, 116:25
**477** [3] - 3:20, 116:16, 116:25
**48** [3] - 25:18, 71:12
**486** [3] - 3:20, 116:16, 116:25
**488** [3] - 3:20, 116:16, 116:25
**49** [4] - 50:10, 70:10, 71:15
**495** [3] - 3:20, 116:16, 116:25
**498** [3] - 3:21, 116:17, 116:25

## 5

**5** [23] - 3:5, 3:17, 10:17, 10:19, 15:24, 16:3, 16:5, 16:9, 16:12, 16:14, 16:16, 16:19, 16:21, 27:4, 27:9, 27:11, 59:25, 62:24, 74:12, 92:21, 92:24, 116:13, 116:22
**50** [10] - 25:25, 26:1, 26:6, 26:9, 71:17, 71:18, 71:22, 114:18, 122:15, 123:3
**50,000** [1] - 130:8
**50-year-old** [1] - 70:8
**500** [3] - 2:13, 122:23, 130:13
**504** [1] - 2:14
**50s** [1] - 79:22
**53** [1] - 144:16
**54** [2] - 114:20, 115:16
**560** [1] - 141:20
**57** [1] - 115:22
**589-7779** [1] - 2:14
**59** [1] - 115:21
**5:00** [2] - 108:24, 109:1
**5CZ200R2461125294** [1] - 114:4
**5CZ200RZ461125294** [1] - 112:2
**5th** [1] - 134:6

## 6

**6** [5] - 62:20, 63:4, 92:23, 92:25
**600** [3] - 121:21, 122:23, 130:14
**65** [1] - 93:15
**66** [3] - 93:16, 115:1, 140:5
**67** [3] - 93:17, 115:2, 115:3
**68** [1] - 114:12
**69** [2] - 114:23, 115:18

## 7

**7** [18] - 14:14, 27:14, 27:21, 40:21, 41:2, 42:13, 42:14, 50:8, 63:8, 73:16, 93:3, 112:21, 114:14, 115:5, 140:25,

141:3, 141:5
**70002** [1] - 2:10
**70112** [1] - 2:5
**70130** [1] - 2:14
**75** [5] - 114:20, 115:12, 115:15, 144:7, 144:8
**77027** [1] - 1:24
**78257** [1] - 1:18
**78470** [1] - 1:21
**7th** [1] - 11:11

## 8

**8** [23] - 3:17, 16:25, 17:2, 17:6, 17:9, 17:11, 17:14, 28:2, 28:6, 28:9, 28:15, 28:19, 28:22, 62:20, 63:14, 64:14, 92:24, 93:4, 114:2, 115:5, 116:13, 116:22, 137:12
**8.2** [2] - 141:9, 141:14
**800-pound** [1] - 131:25
**802** [1] - 1:21
**81** [3] - 114:22, 115:13, 115:18
**8:30** [4] - 1:6, 4:3, 10:19, 59:25

## 9

**9** [5] - 63:22, 63:23, 92:25, 93:5, 114:9
**909** [1] - 2:5
**92** [1] - 3:6
**93** [1] - 94:7
**94** [1] - 77:5
**96** [2] - 77:10, 77:19
**98** [1] - 94:7
**99** [1] - 94:8

## A

**A.J** [1] - 69:19
**a.m** [1] - 108:20
**A.M** [2] - 1:6, 4:3
**ABB** [1] - 62:5
**ability** [3] - 6:10, 41:7, 41:10
**able** [9] - 10:23, 48:13, 48:16, 48:17, 58:10, 99:16, 99:18, 120:21, 136:2
**absent** [1] - 74:1
**absolutely** [1] -

127:20
**absorbed** [1] - 124:7
**accept** [1] - 111:19
**accepted** [1] - 146:13
**accessible** [1] - 113:8
**accident** [7] - 21:21, 27:16, 29:5, 31:22, 37:21, 39:19, 40:5
**accidentally** [2] - 30:15, 90:1
**accommodate** [1] - 99:15
**accordance** [4] - 6:10, 107:21, 107:22, 138:14
**according** [3] - 49:20, 109:9, 152:19
**accounts** [2] - 107:16, 107:18
**accusations** [1] - 30:1
**acquainted** [2] - 12:24, 13:5
**acronyms** [1] - 119:7
**act** [1] - 140:10
**Action** [3] - 4:11, 84:15, 84:17
**action** [6] - 26:25, 33:15, 34:12, 40:13, 129:3
**actions** [1] - 33:23
**actual** [2] - 139:22, 140:8
**add** [1] - 84:19
**addition** [4] - 95:4, 95:7, 131:21, 143:25
**additional** [5] - 8:13, 46:10, 86:12, 95:16, 112:12
**additionally** [2] - 35:16, 84:12
**addressed** [1] - 7:6
**administer** [2] - 7:17, 109:3
**Administration** [3] - 44:9, 71:7, 120:3
**administrative** [2] - 42:23, 42:24
**administrator** [2] - 62:15, 64:24
**administrator's** [1] - 100:4
**admissible** [1] - 104:11
**admission** [1] - 103:19
**admitted** [3] - 103:15, 116:21, 116:25
**ADMITTED**................
................ [1] - 3:21
**advance** [1] - 130:3

**adverse** [2] - 126:18, 143:17

**advises** [1] - 108:8

**advocated** [1] - 129:25

**advocating** [1] - 130:8

**affected** [1] - 9:6

**afforded** [1] - 102:7

**African** [10] - 80:16, 81:9, 93:11, 93:13, 95:6, 95:9, 95:10, 95:20, 95:21, 96:22

**African-American** [8] - 80:16, 81:9, 93:11, 93:13, 95:6, 95:9, 95:10, 95:20

**African-Americans** [2] - 95:21, 96:22

**afternoon** [10] - 117:24, 118:4, 120:18, 124:17, 126:15, 151:11, 152:4, 152:21, 152:22, 152:24

**afterwards** [1] - 21:22

**age** [3] - 28:6, 74:3, 74:12

**agencies** [1] - 118:13, 119:23, 132:18

**agency** [2] - 120:7, 144:6

**Agency** [5] - 120:2, 120:4, 124:11, 132:23, 133:2

**ages** [6] - 10:6, 61:9, 61:19, 62:20, 63:6, 63:10

**aggravation** [1] - 128:4

**ago** [29] - 13:20, 17:3, 18:1, 18:11, 18:15, 21:3, 21:13, 21:20, 22:11, 22:13, 22:18, 24:3, 26:3, 26:4, 29:6, 32:12, 34:15, 35:5, 35:22, 37:10, 37:11, 39:17, 40:22, 43:8, 43:9, 49:5, 52:22, 71:18, 150:4

**agree** [5] - 48:1, 85:16, 94:20, 110:13, 111:18

**agreed** [6] - 19:5, 72:12, 111:2, 111:22, 116:18

**agreement** [2] - 74:9, 150:17

**ahead** [31] - 4:9, 8:14, 8:16, 9:12, 9:18, 14:4, 21:6, 28:25,

29:3, 63:11, 71:23, 73:13, 85:23, 91:2, 94:21, 98:9, 98:14, 100:3, 109:2, 109:14, 109:20, 109:24, 110:6, 110:9, 110:12, 110:16, 116:8, 135:19, 150:17, 150:19, 151:21

**air** [3] - 129:20, 144:10, 145:1

**aired** [2] - 114:15, 115:7

**Al** [2] - 117:24, 127:21

**Alabama** [2] - 89:19, 118:5

**Albert** [1] - 43:18

**Alexis** [1] - 41:23

**alive** [1] - 33:14

**Allan** [2] - 42:2, 42:8

**ALLAN** [1] - 42:2

**allegations** [1] - 29:20

**alleged** [3] - 5:20, 58:25, 59:9

**alleges** [2] - 5:12, 150:1

**allergies** [3] - 137:3, 147:23, 148:22

**alleviated** [1] - 86:2

**allow** [2] - 6:16, 100:3

**allowed** [3] - 9:1, 9:2, 107:8

**allowing** [1] - 105:15

**allows** [2] - 53:7, 53:17

**Allstate** [1] - 27:5

**almost** [3] - 91:1, 123:19, 126:3

**alone** [2] - 55:7, 104:19

**Amanda** [1] - 61:22

**ambient** [1] - 144:10

**amended** [2] - 134:7, 134:9

**America** [1] - 138:9

**American** [10] - 80:16, 81:9, 93:11, 93:13, 95:6, 95:9, 95:10, 95:20, 119:25, 138:9

**Americans** [2] - 95:21, 96:22

**amidst** [1] - 127:11

**amount** [6] - 53:25, 141:15, 141:18, 141:20, 141:21, 142:4

**amounts** [2] - 93:18, 142:5

**analysis** [4] - 95:22,

142:17, 142:22, 149:8

**analyst** [1] - 65:12

**anatomy** [1] - 124:9

**AND** [1] - 3:21

**ANDREW** [1] - 2:8

**Andy** [2] - 4:24, 14:21

**Angelle** [1] - 70:4

**anguish** [1] - 53:21

**answer** [10] - 9:18, 12:12, 12:18, 56:24, 77:19, 94:10, 124:19, 134:7, 134:8

**answered** [2] - 7:8, 128:14

**answering** [1] - 76:3

**answers** [9] - 6:12, 6:21, 7:1, 7:20, 81:1, 85:18, 96:1, 96:4

**Anthony** [1] - 42:10

**anticipate** [4] - 118:7, 131:17, 152:3, 152:19

**anticipated** [2] - 8:17, 133:1

**ANTONIO** [1] - 1:18

**anxiety** [1] - 139:20

**anyway** [2] - 137:24, 141:14

**apologize** [2] - 97:25, 111:14

**apparent** [1] - 138:20

**appeal** [2] - 33:8

**appear** [1] - 97:4

**appearance** [2] - 4:13, 104:23

**APPEARANCES** [2] - 1:15, 2:1

**applicable** [7] - 6:4, 102:17, 102:20, 107:22, 108:1, 134:22, 143:15

**apply** [3] - 58:21, 59:5, 102:17

**appointment** [1] - 11:17

**appreciate** [5] - 8:10, 11:22, 20:18, 53:15, 135:24

**appreciated** [2] - 5:10, 117:7

**approach** [3] - 7:11, 71:25, 111:3

**appropriate** [4] - 75:19, 78:3, 86:11, 142:12

**approximate** [1] - 86:19

**April** [1] - 137:12

**arbitration** [3] - 30:8,

37:3, 37:5

**arbitrator** [1] - 37:1

**Archives** [1] - 70:12

**area** [9] - 19:9, 69:25, 81:25, 90:13, 98:10, 112:20, 112:23, 112:24, 150:25

**areas** [1] - 121:13

**argue** [1] - 80:12

**argued** [2] - 84:9, 97:1

**argument** [2] - 101:22, 101:25, 102:12

**arguments** [5] - 49:7, 101:20, 102:13, 102:16

**arisen** [1] - 9:23

**arises** [1] - 31:22

**arising** [3] - 50:21, 50:24, 103:1

**arms** [1] - 17:3

**arrive** [1] - 108:3

**art** [1] - 127:18

**articulated** [1] - 96:18

**artist** [2] - 63:15, 67:18

**Ashley** [1] - 78:16

**aside** [6] - 47:22, 48:16, 49:9, 49:18, 52:17, 53:4

**aspirin** [1] - 142:19

**assert** [1] - 54:4

**asserted** [1] - 75:14

**assess** [4] - 51:18, 52:15, 53:1, 135:6

**assessing** [5] - 52:2, 52:18, 52:23, 53:5, 131:15

**assessments** [1] - 52:20

**assign** [4] - 51:24, 52:10, 52:16, 53:2

**assigned** [1] - 112:14

**assigning** [1] - 6:18

**assistance** [3] - 58:21, 59:5, 99:6

**assistant** [5] - 42:23, 42:25, 61:17, 64:25, 66:13

**association** [2] - 35:14

**assume** [1] - 73:12

**assumed** [1] - 6:6

**assuming** [1] - 54:1

**assumption** [1] - 83:15

**AT** [1] - 1:20

**AT&T** [1] - 71:9

**ate** [1] - 87:8

**ATSDR** [6] - 119:6, 120:11, 130:10,

143:13, 143:15

**attached** [1] - 115:24

**attack** [1] - 138:21

**attempt** [4] - 97:2, 105:7, 105:12, 136:17

**attend** [2] - 9:25, 10:23

**attendance** [1] - 5:10

**attention** [4] - 11:23, 98:5, 100:23, 107:14

**attitude** [1] - 104:23

**attitudes** [2] - 52:17, 53:5

**ATTORNEY** [1] - 1:20

**attorney** [8] - 27:7, 27:15, 27:19, 27:23, 63:1, 77:15, 103:21, 104:15

**attorneys** [20] - 8:9, 9:11, 9:16, 13:24, 15:2, 41:13, 49:23, 101:2, 101:9, 101:19, 102:12, 105:9, 105:18, 105:19, 138:19, 140:7, 143:12, 143:14, 145:5, 145:7

**attorneys'** [1] - 101:20

**attribute** [2] - 90:14, 90:17

**audience** [2] - 15:15, 98:10

**Audubon** [1] - 65:19

**August** [4] - 113:5, 121:1, 131:13, 133:25

**aunts** [1] - 13:11

**auto** [3] - 31:21, 31:22, 36:1

**automobile** [4] - 21:21, 27:15, 35:23, 39:19

**availability** [1] - 127:18

**available** [4] - 125:2, 125:3, 127:23, 151:20

**average** [14] - 82:19, 83:11, 93:25, 114:10, 114:12, 114:25, 115:1, 115:3, 115:20, 115:21, 140:5, 144:18, 144:20, 144:22

**aversion** [1] - 9:9

**avoid** [2] - 101:12, 105:15

**avoided** [1] - 106:5

**Avondale** [2] - 25:7, 64:16
**award** [4] - 47:24, 51:5, 51:7, 93:18
**awarded** [1] - 19:4
**aware** [1] - 101:1

## B

**B&G** [1] - 69:18
**B406** [1] - 2:13
**baby** [4] - 46:5, 46:6, 67:6, 67:7
**background** [2] - 57:24, 58:2
**bad** [6] - 34:4, 46:7, 88:21, 106:5, 120:13, 147:15
**bad-faith** [1] - 34:4
**bag** [1] - 80:5
**balance** [1] - 152:21
**Bank** [1] - 68:10
**banking** [2] - 21:14, 71:13
**Baquet** [1] - 151:1
**bar** [3] - 135:2, 141:25, 142:6
**Barbara** [8] - 23:17, 36:24, 65:7, 70:2, 70:6, 78:15, 82:1, 86:8
**barber** [2] - 68:6, 69:2
**barriers** [1] - 145:2
**based** [22] - 6:2, 14:22, 48:2, 52:18, 52:20, 52:23, 53:5, 72:18, 73:8, 75:12, 95:12, 95:25, 96:4, 96:16, 96:18, 96:25, 97:3, 103:3, 107:20, 119:15, 141:16, 144:23
**basement** [2] - 150:24, 151:2
**basis** [6] - 44:24, 57:16, 84:10, 123:8, 147:23, 150:3
**Bass** [2] - 20:19, 66:9
**bathroom** [1] - 92:11
**Baton** [2] - 112:20, 112:23
**Batson** [5] - 93:9, 94:25, 95:12, 95:17, 95:18
**Battered** [1] - 64:10
**bear** [2] - 72:3, 104:6
**bears** [1] - 128:12
**became** [1] - 29:20
**Becnel** [3] - 20:25,

21:4, 66:21
**BEFORE** [1] - 1:12
**begin** [1] - 106:13
**beginning** [1] - 115:5
**behalf** [5] - 4:17, 27:7, 35:14, 114:5, 117:4
**behavior** [1] - 104:23
**behind** [4] - 11:14, 22:15, 23:7, 35:21
**beings** [1] - 140:16
**belief** [1] - 47:6
**beliefs** [1] - 49:3
**believability** [1] - 104:20
**believes** [1] - 84:3
**bell** [1] - 42:11
**Belle** [1] - 67:5
**bells** [1] - 44:2
**bench** [23] - 7:11, 7:12, 7:14, 11:22, 45:9, 46:15, 47:11, 48:23, 57:4, 58:19, 59:23, 72:10, 86:1, 86:7, 91:20, 92:16, 95:25, 96:11, 96:14, 98:3, 104:8, 111:8, 111:16
**benches** [1] - 104:12
**Bend** [2] - 138:3, 138:4
**best** [1] - 71:17
**better** [1] - 136:2
**between** [7] - 35:2, 87:11, 109:8, 118:16, 118:20, 130:24, 148:6
**beyond** [1] - 9:14
**Bianca** [1] - 63:22
**bias** [1] - 6:1
**biased** [1] - 106:5
**big** [2] - 120:19, 138:16
**billing** [1] - 69:18
**billion** [12] - 114:9, 114:18, 115:11, 121:17, 121:21, 122:15, 122:23, 123:1, 123:3, 130:12, 130:13, 130:14
**BINSTOCK** [1] - 1:23
**biological** [2] - 62:19, 118:19
**biology** [1] - 123:25
**biotoxin** [2] - 121:11, 127:13
**bit** [7] - 60:1, 74:21, 96:21, 101:17, 115:14, 136:3, 145:11

black [2] - 95:6, 95:8
**BlackBerries** [1] - 106:15
**BlackBerry** [2] - 106:20, 109:16
**blamed** [1] - 46:2
**blaster/painter** [1] - 63:5
**block** [1] - 116:10
**blog** [1] - 106:21
**blogs** [1] - 103:9
**blood** [1] - 12:23
**bloody** [1] - 89:7
**blue** [1] - 148:12
**board** [1] - 35:15
**boards** [1] - 125:3
**Bobbie** [2] - 17:2, 63:14
**bodies** [3] - 123:24, 143:1, 153:2
**body** [2] - 133:8, 142:23
**Boggs** [2] - 150:24, 151:3
**bona** [1] - 96:18
**Bonomo** [2] - 43:21, 130:2
**BONOMO** [1] - 43:21
**boo** [4] - 133:24, 135:5
**boo-boo** [2] - 133:24, 135:5
**Boomtown** [1] - 69:20
**born** [1] - 4:25
**borrowed** [2] - 60:11, 60:12
**bottom** [6] - 119:7, 122:7, 126:21, 136:2, 142:2, 142:8
**bought** [1] - 112:12
**BOULEVARD** [1] - 2:9
**BOURGEOIS** [1] - 2:7
**Bowers** [4] - 42:8, 137:6, 146:16, 146:18
**BOWERS** [1] - 42:8
**box** [8] - 19:9, 26:13, 27:25, 93:2, 93:3, 93:4, 93:6, 98:8
**boyfriend** [2] - 111:12, 122:1
**Boyle** [1] - 43:24
**BOYLE** [1] - 43:24
**Bozant** [3] - 25:25, 26:8, 71:18
**Bradley** [1] - 71:18
**brain** [1] - 71:18
**Branscome** [1] - 115:24
**break** [16] - 10:17,

10:19, 75:10, 100:6, 108:20, 108:22, 108:23, 108:24, 109:14, 109:19, 109:21, 109:24, 117:2, 135:19, 150:19, 151:21
**breaks** [1] - 107:2
**breathed** [2] - 117:18, 126:6
**breathing** [3] - 45:16, 127:14, 131:1
**Breaux** [5] - 21:18, 22:1, 32:8, 67:14, 67:15
**Brennans** [1] - 68:23
**Brian** [1] - 43:24
**bring** [8] - 71:23, 109:14, 118:4, 120:18, 121:22, 129:21, 145:9, 151:19
**bringing** [2] - 11:22, 20:18
**Broad** [8] - 16:9, 16:11, 17:10, 18:23, 18:24, 22:7, 23:14, 23:19
**Brody** [1] - 63:6
**broke** [1] - 32:13
**broker** [1] - 63:9
**brother** [10] - 78:21, 79:12, 79:16, 80:9, 80:10, 80:17, 83:10, 84:25, 85:15
**brothers** [2] - 81:16, 82:22
**brought** [6] - 5:11, 5:15, 74:22, 95:25, 109:20, 124:6
**Brumfield** [10] - 13:14, 13:15, 15:23, 16:23, 27:3, 27:12, 62:24, 92:22, 98:16, 98:19
**Bryan** [2] - 43:21, 129:12
**build** [6] - 57:11, 57:20, 58:5, 122:7, 128:15, 138:22
**Building** [6] - 138:15, 138:16, 146:4, 146:11, 150:24, 151:3
**BUILDING** [1] - 1:18
**building** [11] - 18:6, 20:8, 22:9, 35:17, 56:2, 57:8, 108:4, 138:18, 150:23, 150:24, 151:12
**Buildings** [1] - 112:10

**builds** [1] - 138:9, 138:20, 138:25
**built** [8] - 125:12, 129:18, 138:14, 139:2, 139:9, 143:11, 146:13
**Buller** [4] - 35:8, 35:9, 35:19, 68:9
**bumper** [2] - 34:25, 35:2
**bunch** [6] - 30:16, 30:24, 119:6, 120:19, 151:6, 152:2
**burden** [2] - 48:1, 126:16
**bureau** [1] - 63:16
**burning** [1] - 84:2
**bus** [1] - 67:8
**business** [30] - 13:8, 28:12, 28:14, 28:16, 32:11, 33:1, 33:6, 33:11, 33:13, 34:2, 34:4, 34:5, 34:13, 36:6, 47:5, 47:13, 47:16, 47:18, 50:19, 53:10, 57:24, 62:9, 63:18, 67:16, 70:14, 72:23, 137:17, 137:22, 137:24
**businessman** [1] - 48:17
**but..** [1] - 46:9
**butcher** [1] - 125:9
**BY** [12] - 1:9, 1:17, 1:23, 2:3, 2:8, 2:15, 2:16, 3:9, 3:10, 117:12, 135:21, 136:6

## C

**C's** [1] - 33:2
**C-a-s-t-a-n-e-l** [1] - 12:22
**C-o-r-n-i-s-h** [1] - 43:25
**Cabaret** [1] - 62:25
**Cade** [13] - 13:13, 20:11, 20:18, 26:12, 29:2, 29:14, 65:15, 65:20, 93:12, 93:14, 94:2, 94:3, 95:13
**Cage** [1] - 84:17
**Calandro** [9] - 17:1, 17:2, 17:15, 28:1, 28:23, 28:24, 63:13, 63:15, 92:24
**California** [1] - 63:19
**CALLED** [1] - 4:4

**Camden** [1] - 66:24
**campers** [1] - 137:18
**canceled** [2] - 26:2, 26:7
**Cancer** [3] - 124:11, 124:13, 133:2
**cancer** [19] - 53:22, 119:24, 120:8, 124:3, 124:15, 125:24, 127:13, 132:1, 132:4, 132:17, 132:19, 132:22, 149:10, 149:25, 150:1, 150:2, 150:3, 150:7, 150:9
**cannot** [2] - 96:25, 104:9
**capable** [1] - 5:25
**capacity** [3] - 26:11, 26:18, 29:8
**Capdau** [1] - 69:9
**captain** [1] - 64:17
**car** [7] - 29:5, 31:13, 31:24, 38:22, 60:9, 60:11, 60:12
**CARANCAHUA** [1] - 1:21
**carbon** [4] - 140:12, 140:13
**carcinogen** [9] - 119:21, 121:11, 124:15, 132:24, 133:1, 133:3, 133:8, 133:10, 133:13
**Care** [1] - 70:3
**care** [3] - 30:25, 65:23, 100:19
**careful** [3] - 101:5, 101:12, 105:20
**carefully** [3] - 41:20, 43:13, 100:23
**cares** [2] - 138:24
**Carnesi** [11] - 10:11, 10:12, 10:25, 30:13, 31:9, 66:2, 89:8, 89:9, 89:11, 92:4, 97:23
**carpet** [1] - 32:16
**case** [204] - 4:9, 5:11, 5:15, 5:23, 6:4, 6:25, 7:22, 8:9, 8:17, 12:21, 13:2, 15:6, 15:19, 16:2, 16:3, 16:7, 16:13, 16:15, 17:13, 17:21, 18:1, 18:7, 18:9, 18:22, 19:2, 19:3, 19:13, 19:16, 19:22, 20:6, 21:20, 21:23, 22:24,

23:9, 23:22, 23:25, 24:7, 24:13, 24:17, 24:19, 24:21, 25:1, 25:2, 25:5, 25:6, 25:12, 25:14, 25:19, 26:2, 26:7, 27:17, 30:20, 32:14, 32:21, 33:7, 33:8, 33:17, 34:1, 35:23, 36:1, 36:6, 36:13, 36:17, 37:1, 37:19, 37:20, 38:2, 38:25, 39:9, 39:10, 39:13, 40:16, 40:25, 41:8, 41:11, 41:14, 41:16, 41:19, 44:13, 44:15, 44:16, 44:18, 44:23, 44:24, 46:19, 46:21, 46:24, 47:2, 47:23, 47:24, 48:2, 48:14, 48:25, 49:8, 49:11, 49:15, 49:16, 49:19, 51:5, 51:8, 51:10, 51:15, 51:16, 51:22, 51:25, 52:6, 52:15, 52:25, 53:17, 53:19, 54:4, 54:13, 54:21, 55:4, 55:5, 55:14, 58:20, 59:4, 59:21, 72:3, 73:11, 76:2, 81:5, 84:18, 84:22, 85:5, 85:22, 92:10, 93:10, 94:15, 95:23, 96:24, 97:18, 99:2, 99:25, 100:8, 101:7, 101:9, 101:13, 101:14, 101:16, 101:21, 102:1, 102:6, 102:8, 102:17, 102:19, 102:20, 103:3, 103:6, 103:7, 103:11, 104:15, 105:17, 105:21, 106:7, 106:9, 106:10, 106:12, 106:17, 106:19, 107:12, 107:23, 107:25, 108:1, 108:11, 108:14, 117:16, 118:10, 119:13, 122:1, 122:14, 128:17, 133:13, 134:16, 135:15, 136:10, 136:13, 136:17, 136:18, 137:14, 138:3, 139:4, 139:11, 142:12, 143:5, 143:15, 143:19, 144:13, 149:5, 150:15,

150:21, 152:2, 152:3, 152:8, 152:10, 152:16, 152:17
**cases** [7] - 22:4, 23:21, 29:7, 33:17, 33:24, 38:13, 99:19
**Cash** [1] - 63:23
**Casino** [1] - 69:20
**CASTANEL** [1] - 1:9
**Castanel** [68] - 4:12, 4:15, 5:12, 5:20, 7:23, 12:21, 12:22, 12:24, 12:25, 13:1, 43:15, 44:4, 44:6, 46:22, 48:15, 54:14, 54:22, 55:6, 58:21, 58:24, 59:5, 59:8, 109:8, 111:24, 112:3, 112:15, 113:4, 113:7, 113:21, 117:13, 117:18, 120:25, 121:23, 121:24, 127:12, 128:2, 128:21, 133:14, 135:15, 136:20, 136:25, 137:5, 137:10, 137:11, 139:18, 145:21, 146:5, 146:10, 146:17, 146:23, 147:5, 147:11, 147:19, 147:21, 148:10, 148:11, 148:13, 148:17, 148:21, 148:25, 149:5, 149:17, 149:19, 150:1, 150:7
**Castanel's** [34] - 80:15, 122:18, 137:7, 137:8, 138:14, 139:8, 139:9, 139:23, 140:9, 140:23, 140:24, 141:2, 141:5, 141:16, 141:21, 142:3, 142:7, 142:10, 143:11, 143:24, 144:3, 144:7, 144:11, 144:19, 144:21, 145:17, 146:15, 146:19, 147:15, 147:25, 148:4, 148:20, 149:7, 149:23
**cat** [1] - 80:5
**Catalano** [9] - 9:12, 9:19, 9:21, 10:8,

15:13, 61:14, 61:18, 74:10, 92:19
**catalano** [1] - 61:3
**catering** [1] - 62:13
**catfish** [4] - 141:17, 141:19, 141:20
**Cathy** [1] - 68:14
**CATHY** [1] - 2:13
**Caucasian** [1] - 97:23
**caught** [2] - 35:1, 124:7
**causal** [1] - 118:15
**caused** [10] - 48:10, 53:18, 117:19, 128:3, 130:19, 133:14, 135:15, 139:14, 147:10
**causer** [2] - 124:15, 127:13
**causes** [13] - 118:8, 119:24, 120:8, 121:19, 124:2, 125:19, 125:22, 125:24, 132:1, 132:14, 132:19, 133:10
**CAUSEWAY** [1] - 2:9
**causing** [8] - 130:13, 131:24, 132:22, 136:22, 136:23, 145:2, 145:3, 149:1
**caution** [1] - 151:15
**CCR** [1] - 2:13
**CDC** [3] - 119:8, 130:10, 144:5
**cell** [6] - 106:14, 106:20, 109:14, 109:15, 149:11, 150:9
**Census** [2] - 65:1, 65:2
**center** [1] - 131:9
**CENTER** [1] - 2:9
**Center** [2] - 64:10, 119:6
**Centers** [2] - 118:12, 144:1
**certain** [15] - 96:12, 104:6, 112:16, 113:24, 120:21, 120:22, 122:21, 122:24, 123:1, 123:17, 138:12, 142:20, 142:21, 147:1, 151:17
**certainly** [5] - 96:6, 100:25, 116:5, 123:20, 151:10
**certified** [1] - 115:24
**chain** [1] - 25:8

**chair** [2] - 63:15, 69:4
**chairs** [1] - 107:2
**challenge** [13] - 72:18, 72:25, 73:14, 75:14, 83:22, 86:4, 89:2, 95:1, 95:12, 95:17, 95:18, 96:10, 97:6
**challenged** [2] - 6:15, 75:11
**challenges** [15] - 6:17, 7:4, 72:11, 72:15, 75:8, 91:13, 91:23, 93:7, 93:10, 93:11, 96:5, 96:17, 96:19, 97:3
**chambers** [2] - 40:11, 109:18
**Champion** [1] - 69:25
**chance** [2] - 41:16, 73:12, 79:7, 84:12, 85:12, 85:17, 85:20
**change** [1] - 146:19
**changing** [2] - 33:12, 93:1
**Chantel** [1] - 62:5
**charge** [5] - 22:25, 59:2, 59:11, 65:1, 66:12
**charged** [1] - 40:5
**charges** [1] - 22:25
**Charles** [8] - 63:25, 64:12, 64:21, 64:23, 73:8, 78:24, 79:2, 93:13
**chart** [9] - 140:21, 141:7, 141:22, 142:1, 144:4, 146:2, 147:24, 148:2
**Charter** [3] - 11:9, 69:4, 69:9
**Chasse** [1] - 67:5
**chat** [1] - 106:22
**check** [1] - 13:10
**checks** [2] - 128:15, 129:10
**chef** [1] - 62:13
**chemical** [2] - 142:14, 142:15
**Chemical** [1] - 66:23
**chemicals** [1] - 125:19
**chemistry** [1] - 140:11
**chews** [1] - 130:3
**chicken** [1] - 141:20
**chief** [4] - 126:11, 152:8, 152:10, 152:16
**child** [3] - 46:8, 62:19, 70:10
**children** [29] - 9:25, 10:3, 10:4, 10:5,

14:14, 61:9, 61:12, 61:19, 62:3, 63:10, 64:1, 64:14, 64:21, 65:12, 66:5, 66:10, 68:23, 69:12, 69:20, 70:8, 70:16, 71:16, 73:25, 74:11, 74:15, 81:13, 106:8, 134:12, 135:8

**chips** [1] - 121:5

**choice** [1] - 90:2

**choose** [1] - 152:7

**choosing** [1] - 131:17

**chose** [2] - 126:24, 127:25

**chosen** [8] - 9:3, 10:23, 15:22, 41:10, 44:23, 60:24, 96:23, 127:25

**CHRIS** [1] - 1:20

**CHRISTI** [1] - 1:21

**Christopher** [1] - 43:14

**Christoval** [3] - 63:22, 92:25, 98:22

**chronic** [4] - 139:19, 146:23, 147:7, 148:22

**cigarettes** [1] - 134:24

**Ciolino** [5] - 32:24, 34:17, 50:18, 67:20, 67:24

**Ciota** [1] - 42:9

**CIOTA** [1] - 42:9

**circle** [1] - 135:2

**circulation** [1] - 129:21

**circumstances** [4] - 48:9, 94:13, 105:2, 128:18

**circumstantial** [2] - 104:3, 104:4

**city** [1] - 140:15

**civic** [1] - 100:2

**Civil** [3] - 4:11, 84:15, 84:17

**civil** [17] - 15:18, 15:25, 16:2, 16:3, 16:7, 18:1, 18:7, 18:25, 20:13, 21:20, 23:22, 23:25, 24:17, 25:2, 25:11, 40:13

**claim** [19] - 19:6, 26:24, 27:4, 27:8, 27:9, 27:19, 32:1, 32:2, 34:22, 39:20, 39:22, 39:23, 47:24, 50:16, 51:8, 54:7, 78:7, 80:22, 83:17

**claimants** [1] - 76:1

**claims** [9] - 53:25, 58:24, 58:25, 59:8, 59:9, 76:2, 76:10, 77:13, 77:14

**Clara** [2] - 78:18, 82:2

**clarification** [2] - 42:16, 42:19

**Clarisse** [1] - 68:4

**class** [4] - 11:11, 26:25, 33:15, 133:10

**classes** [1] - 11:12

**classification** [1] - 133:12

**classified** [2] - 132:23, 132:25

**classify** [1] - 133:9

**clause** [1] - 32:13

**clean** [2] - 73:7, 97:8

**cleans** [1] - 147:6

**clear** [5] - 38:5, 52:6, 73:1, 73:8, 134:16

**Clearview** [1] - 138:17

**clerk** [2] - 69:18, 71:9

**CLERK** [6] - 4:7, 4:11, 7:19, 8:1, 109:5, 153:6

**client** [6] - 4:20, 48:14, 127:4, 128:1, 131:12, 134:17

**client's** [1] - 101:24

**clients** [1] - 133:23

**Cliff** [1] - 68:9

**climate** [1] - 131:6

**Clinic** [1] - 66:16

**close** [11] - 11:6, 76:10, 78:6, 80:6, 80:25, 81:8, 81:16, 81:18, 81:19, 83:9, 85:21

**closed** [2] - 114:16, 115:8

**closely** [1] - 80:20

**closer** [1] - 83:14

**closing** [5] - 101:19, 101:22, 101:24, 102:13, 102:16

**co** [1] - 68:23

**co-owner** [1] - 68:23

**Coast** [2] - 113:13, 113:15

**Coax** [1] - 45:24

**coffee** [1] - 108:11

**Cokes** [1] - 108:11

**cold** [1] - 88:10

**Cole** [2] - 42:2, 42:3

**Coles** [4] - 20:4, 20:10, 29:1, 65:11

**Coles'** [1] - 29:1

**collected** [6] - 107:7, 107:9, 115:23,

119:9, 119:10, 120:10

**collectively** [1] - 7:7

**college** [5] - 10:13, 26:22, 61:20, 65:24, 67:23

**collins** [1] - 84:25

**Collins** [29] - 18:17, 18:18, 19:8, 65:3, 75:13, 75:22, 75:24, 77:3, 78:15, 78:22, 79:9, 79:10, 80:2, 80:3, 80:11, 81:11, 83:2, 83:16, 84:15, 84:16, 85:3, 85:14, 85:16, 86:4, 98:15

**Collinses** [1] - 75:20, 76:18

**colonoscopy** [1] - 150:4

**comfortable** [2] - 100:11, 109:17

**coming** [4] - 46:17, 46:18, 72:1, 99:5

**Commander** [4] - 43:23, 139:3, 143:21, 144:5

**commence** [1] - 8:14

**commend** [1] - 81:7

**comment** [5] - 80:12, 94:23, 95:2, 97:21, 142:2

**commented** [1] - 142:11

**comments** [2] - 84:19, 94:16

**commercial** [2] - 68:10, 68:22

**commitment** [1] - 8:19

**common** [4] - 83:3, 106:16, 129:17, 147:7

**commonly** [1] - 54:5

**communicate** [2] - 106:17, 106:19

**communication** [4] - 101:12, 105:8, 105:12, 151:18

**communications** [1] - 70:14

**community** [2] - 51:4, 51:7

**companies** [3] - 93:19, 93:20, 137:25

**Company** [1] - 69:19

**company** [20] - 12:7, 21:21, 29:20, 34:2, 34:9, 34:13, 35:25, 37:22, 37:23, 37:24, 38:23, 39:20, 39:23,

67:14, 70:15, 126:7, 136:8, 137:18, 137:20, 137:21, 138:2, 138:7, 138:9, 138:16, 138:24

**compared** [1] - 141:15

**comparing** [1] - 140:24

**compassion** [1] - 49:18

**Compeau** [2] - 43:18, 128:18

**COMPEAU** [1] - 43:18

**compensate** [1] - 53:25

**compensated** [1] - 53:18

**compensation** [2] - 93:17, 132:3

**Compensation** [2] - 37:25, 38:9

**competency** [2] - 6:9, 7:22

**complained** [2] - 146:11, 146:12

**complaining** [1] - 129:2

**complaint** [1] - 139:10

**complaints** [1] - 145:20

**complete** [4] - 6:22, 72:2, 82:3, 151:11

**completed** [2] - 98:6, 106:10

**completely** [4] - 85:4, 107:14, 126:23, 127:12

**complex** [2] - 35:13, 150:23

**component** [1] - 112:16

**composite** [2] - 113:23, 113:24

**compulsion** [1] - 6:23

**computer** [4] - 61:19, 65:12, 66:9, 70:9

**COMPUTER** [1] - 2:16

**concentrate** [1] - 100:12

**concepts** [1] - 144:25

**concern** [6] - 84:23, 103:23, 130:12, 130:16, 143:23, 144:1

**concerned** [2] - 94:7, 96:17

**concerning** [1] - 6:8

**concerns** [3] - 80:11, 86:3, 94:9

**concise** [1] - 117:8

**conclude** [3] - 104:5, 108:15, 135:11

**concluded** [10] - 46:15, 48:23, 58:19, 91:21, 98:4, 106:13, 119:23, 120:8, 124:14, 133:2

**concludes** [1] - 51:22

**conclusion** [4] - 102:6, 102:11, 102:22, 107:7

**conclusions** [1] - 107:24

**concrete** [1] - 149:13

**condition** [8] - 11:17, 128:4, 128:7, 139:14, 139:19, 146:19, 146:24, 149:24

**conditioner** [1] - 129:20

**conditioning** [6] - 114:19, 114:21, 115:11, 115:14, 115:17, 145:1

**conditions** [3] - 116:1, 137:10, 140:3

**condominium** [2] - 35:12, 35:13

**conduct** [4] - 101:1, 101:6, 101:12, 103:5

**conducted** [1] - 105:17

**Conference** [1] - 119:25

**conference** [14] - 45:9, 46:15, 47:11, 48:23, 57:4, 58:19, 72:10, 74:6, 91:21, 92:16, 98:4, 111:8, 111:16, 152:6

**conferences** [2] - 104:8, 104:12

**confess** [1] - 135:4

**confident** [1] - 108:18

**confines** [1] - 103:12

**confirmed** [1] - 129:24

**confused** [2] - 79:5, 135:8

**connected** [1] - 101:11

**connection** [6] - 8:5, 76:10, 78:8, 94:16, 96:11, 101:23

**Connie** [1] - 66:21

**consider** [5] - 102:19, 103:14, 103:22, 103:24, 104:7

**consideration** [2] - 10:22, 104:22

considerations [1] - 97:5
considered [2] - 7:7, 97:18
considering [8] - 45:2, 53:24, 54:7, 54:9, 58:24, 59:8, 96:10, 104:21
consists [1] - 103:14
conspire [1] - 93:19
constantly [1] - 46:4
construction [3] - 69:23, 121:6, 127:22
consult [1] - 103:8
contact [1] - 146:10
contain [2] - 141:9, 142:9
contained [4] - 102:20, 112:17, 113:19, 113:25
content [1] - 46:23
contentions [1] - 102:14
CONTINUED [1] - 2:1
continues [2] - 122:12, 148:18
continuing [2] - 66:4, 115:5
contract [1] - 24:1
contracting [2] - 70:14, 129:12
contractor [1] - 66:25
contrary [1] - 80:13
Control [3] - 118:12, 119:6, 144:1
controller [1] - 65:12
convenient [2] - 60:22, 99:12
conversation [2] - 105:7, 105:12
convicted [1] - 24:11
convinced [2] - 85:7, 85:10
cooked [2] - 87:6, 87:7
coordinating [2] - 130:7, 130:20
coordinator [1] - 70:23
copy [1] - 73:7
corner [1] - 140:22
Cornish [2] - 43:25, 125:11
corporate [1] - 35:24
Corporation [2] - 66:23, 66:24
corporation [3] - 33:24, 34:11, 37:21
corporations [1] - 103:7

CORPUS [1] - 1:21
correct [9] - 29:10, 29:11, 43:16, 48:11, 72:13, 72:14, 77:19, 89:15, 89:16
corrected [1] - 97:25
correctly [1] - 43:25
cosmetics [1] - 140:17
cost [2] - 128:10, 131:25
Counsel [3] - 43:17, 46:10, 79:9
counsel [22] - 4:13, 5:1, 6:16, 7:13, 45:7, 48:6, 71:25, 72:21, 76:19, 80:18, 81:7, 88:24, 90:23, 92:9, 101:15, 102:4, 102:5, 110:5, 116:2, 116:7, 117:13, 151:25
count [1] - 96:21
countersued [1] - 35:15
counting [1] - 96:21
couple [8] - 9:15, 38:13, 57:15, 66:7, 67:21, 74:1, 83:25
course [13] - 13:24, 26:12, 33:13, 43:13, 44:19, 61:6, 100:13, 100:24, 102:21, 105:6, 106:24, 107:10, 138:4
court [52] - 15:20, 16:10, 17:8, 17:9, 18:5, 18:7, 18:19, 18:20, 18:22, 18:25, 20:13, 20:15, 20:21, 22:17, 22:24, 24:5, 26:17, 28:17, 29:5, 29:9, 30:2, 30:3, 30:18, 31:4, 31:6, 33:21, 34:1, 34:6, 34:15, 36:14, 36:15, 37:19, 38:2, 39:15, 39:21, 40:7, 40:23, 41:3, 59:22, 60:13, 60:24, 65:16, 75:15, 99:8, 99:17, 100:18, 103:19, 110:1, 133:18, 145:9, 153:6
COURT [341] - 1:1, 2:13, 4:4, 4:8, 4:13, 5:1, 5:5, 8:2, 10:4, 10:6, 10:8, 10:15, 10:25, 11:8, 11:10, 11:13, 11:20, 12:8, 13:15, 13:17, 13:19, 13:22, 14:8, 14:12,

14:16, 14:23, 14:25, 15:2, 16:1, 16:4, 16:7, 16:10, 16:13, 16:15, 16:17, 16:20, 16:23, 17:5, 17:8, 17:10, 17:12, 17:15, 17:20, 17:23, 18:4, 18:7, 18:9, 18:12, 18:16, 18:22, 19:2, 19:8, 19:13, 19:16, 19:19, 19:22, 19:24, 20:8, 20:10, 20:16, 20:23, 21:3, 21:6, 21:15, 21:17, 21:23, 22:1, 22:5, 22:7, 22:9, 22:11, 22:13, 22:20, 23:2, 23:5, 23:12, 23:15, 23:20, 23:24, 24:4, 24:7, 24:10, 24:14, 24:21, 24:24, 25:1, 25:5, 25:9, 25:16, 25:21, 26:4, 26:8, 26:10, 26:23, 27:2, 27:6, 27:10, 27:12, 27:17, 27:24, 28:5, 28:8, 28:12, 28:17, 28:20, 28:23, 29:8, 29:12, 29:14, 29:22, 30:3, 30:5, 30:7, 30:12, 30:20, 31:5, 31:9, 31:15, 31:19, 31:21, 31:25, 32:4, 32:7, 32:20, 32:23, 34:7, 34:17, 34:22, 35:5, 35:7, 35:10, 35:19, 36:1, 36:3, 36:6, 36:9, 36:16, 36:20, 37:3, 37:7, 37:10, 37:12, 37:15, 38:4, 38:10, 38:16, 38:19, 39:2, 39:5, 39:10, 39:12, 39:16, 39:22, 40:2, 40:8, 40:13, 40:16, 40:19, 40:25, 41:4, 42:17, 42:21, 42:24, 43:1, 43:4, 43:6, 43:9, 44:6, 44:10, 45:6, 45:21, 46:10, 46:16, 47:7, 47:12, 47:20, 48:6, 48:21, 48:24, 50:2, 50:21, 50:23, 51:14, 53:12, 53:15, 54:19, 55:2, 56:4, 56:8, 56:21, 57:2, 57:5, 57:14, 58:17, 58:20, 59:4, 59:14, 59:17, 60:7, 60:10, 60:12, 60:18, 61:16, 61:22, 62:8, 62:11, 62:17,

62:23, 63:3, 63:7, 63:11, 64:3, 64:7, 64:11, 65:20, 67:9, 68:3, 68:16, 68:18, 68:20, 71:5, 71:21, 71:23, 72:11, 72:15, 72:19, 73:4, 73:11, 73:20, 73:25, 74:5, 74:14, 74:20, 74:23, 75:4, 75:7, 75:22, 76:5, 76:9, 76:13, 76:16, 76:19, 76:21, 76:25, 77:3, 77:6, 77:9, 77:15, 77:19, 77:21, 78:4, 78:10, 79:6, 79:9, 80:2, 80:8, 81:11, 81:16, 81:19, 81:21, 81:24, 82:4, 82:7, 82:10, 82:12, 82:16, 82:19, 82:21, 83:7, 83:21, 84:9, 85:7, 86:13, 86:17, 86:22, 87:1, 87:4, 87:9, 87:15, 87:22, 88:15, 88:24, 89:1, 89:5, 89:8, 89:13, 89:17, 89:22, 89:24, 90:3, 90:14, 90:17, 90:22, 91:1, 91:4, 91:7, 91:12, 91:17, 91:22, 92:17, 94:1, 94:3, 94:19, 94:21, 94:25, 95:11, 95:16, 95:24, 97:12, 97:19, 98:2, 98:5, 98:13, 109:13, 110:5, 110:12, 110:15, 110:21, 110:24, 111:6, 111:11, 111:13, 111:17, 116:12, 116:19, 117:1, 117:10, 135:1, 135:17, 136:1, 149:12, 150:6, 150:10, 150:12, 150:16, 151:22, 151:25, 152:5, 152:11, 153:1, 153:4
Court [23] - 5:8, 6:4, 6:13, 7:3, 33:9, 72:20, 81:3, 83:20, 84:19, 95:4, 95:23, 96:20, 101:2, 107:9, 107:10, 107:25, 108:4, 109:11, 110:19, 133:18, 153:7
Court's [5] - 6:14, 96:5, 97:7, 103:23, 107:22

courthouse [2] - 60:3, 62:6
courtroom [27] - 7:16, 15:15, 19:25, 36:19, 40:25, 45:3, 46:18, 46:20, 48:3, 49:8, 49:12, 98:9, 101:4, 103:5, 103:13, 105:16, 107:15, 107:21, 108:5, 108:8, 109:3, 109:15, 110:4, 110:23, 111:10, 151:10, 151:24
cousins [1] - 13:11
coverage [1] - 27:23
covered [5] - 118:21, 142:1, 152:5, 152:13, 152:17
Covington [1] - 62:14
CPA [1] - 68:11
CRAFT [1] - 1:16
Crane [1] - 69:18
create [1] - 11:6
creates [1] - 131:23
creating [1] - 106:4
creative [1] - 69:4
credibility [1] - 119:15
criminal [25] - 15:18, 16:10, 18:19, 18:20, 18:22, 19:12, 19:13, 20:6, 20:14, 20:21, 21:14, 22:3, 22:17, 22:24, 23:4, 23:9, 23:18, 24:4, 24:20, 24:21, 29:7, 40:9, 40:10, 65:16, 99:19
critically [1] - 99:19
criticize [1] - 138:19
cross [4] - 102:4, 152:12, 152:14, 152:25
cross-examination [1] - 102:4
CRR [1] - 2:13
crucial [1] - 12:6
crunch [1] - 137:23
crux [1] - 117:16
cure [1] - 142:19
current [1] - 33:25
custody [1] - 25:8
custom [1] - 138:11
customer [2] - 32:16, 32:19
customers [3] - 58:4, 138:24
Cy [1] - 63:6

## D

**DA** [1] - 71:13
**damage** [9] - 45:16, 49:22, 50:13, 50:15, 50:17, 50:24, 77:14, 149:11, 150:9
**damages** [10] - 48:10, 48:15, 50:4, 51:10, 52:8, 53:18, 53:20, 53:25, 54:1, 131:20
**Dame** [1] - 138:5
**Damien** [1] - 42:9
**dangerous** [7] - 84:6, 139:12, 139:13, 139:14, 139:17, 145:15, 145:17
**dangers** [2] - 94:12, 130:25
**Danielle** [1] - 62:18
**dark** [1] - 127:13
**Darlene** [1] - 67:24
**data** [9] - 113:23, 115:23, 118:11, 118:15, 123:6, 123:20, 125:15, 125:20, 126:8
**database** [1] - 120:19
**date** [1] - 115:25
**dates** [3] - 9:6, 86:19, 89:20
**daughter** [24] - 62:5, 62:20, 64:2, 64:5, 65:24, 66:13, 66:23, 67:4, 67:10, 67:17, 68:1, 69:1, 69:16, 69:21, 70:11, 70:23, 70:24, 70:25, 71:1, 71:2, 74:3, 121:23, 121:24
**daughters** [9] - 64:22, 64:24, 67:3, 67:25, 70:19, 70:24, 71:10, 71:13
**David** [3] - 43:19, 61:18, 131:3
**Davis** [1] - 43:15
**DAY** [1] - 1:11
**days** [2] - 8:24, 60:1
**Deagano** [6] - 11:15, 37:17, 50:10, 59:15, 59:17, 70:13
**deal** [1] - 84:20
**dealers** [1] - 112:13
**dealings** [1] - 13:8
**death** [1] - 39:8
**December** [3] - 112:7, 112:21, 147:14
**decide** [1] - 6:1,

44:23, 44:24, 49:8, 49:11, 49:19, 103:3, 103:11, 104:19, 151:16
**decided** [4] - 17:21, 33:12, 51:4, 104:10
**decision** [5] - 21:22, 49:16, 96:3, 108:2, 127:11
**decongestant** [1] - 147:22
**decongestants** [1] - 147:21
**Deere** [1] - 63:5
**defective** [1] - 32:17
**defects** [1] - 35:17
**defendant** [27] - 5:15, 5:18, 5:22, 13:2, 18:13, 19:5, 20:13, 22:25, 26:16, 35:23, 38:8, 48:2, 49:19, 51:19, 51:23, 52:1, 52:11, 53:19, 54:1, 54:4, 72:21, 96:18, 101:16, 102:7, 112:5, 117:19, 126:18
**DEFENDANT** [1] - 2:3
**defendant's** [6] - 15:3, 93:10, 95:5, 95:21, 102:8, 152:16
**defendants** [4] - 75:11, 97:9, 101:2, 102:7
**defense** [7] - 19:5, 35:3, 54:10, 97:24, 102:4, 152:8, 152:10
**definitely** [1] - 140:16
**definition** [1] - 10:11
**degree** [11] - 20:21, 24:8, 24:9, 24:11, 24:12, 25:14, 71:22, 80:11, 83:11, 104:13
**degrees** [15] - 114:11, 114:20, 114:22, 114:23, 115:1, 115:2, 115:12, 115:13, 115:15, 115:16, 115:18, 115:21, 140:5
**deli** [1] - 64:5
**deliberate** [3] - 97:2, 102:17, 102:18
**deliberation** [1] - 108:2
**deliberations** [4] - 106:13, 107:8, 111:22, 116:6
**delivered** [5] - 112:24, 113:1, 125:15,

145:22, 146:5
**delivery** [1] - 130:24
**demolished** [1] - 30:15
**denied** [2] - 75:15, 97:11
**denies** [2] - 5:19
**Dennis** [2] - 4:15, 14:7
**DENNIS** [1] - 1:23
**dental** [1] - 61:17
**deny** [1] - 89:2
**department** [3] - 64:5, 65:9, 69:4
**Department** [1] - 62:21
**deposed** [2] - 40:22, 41:2
**deposition** [25] - 26:16, 28:20, 31:6, 31:13, 31:15, 32:5, 32:18, 32:21, 36:3, 36:17, 36:19, 37:8, 38:11, 38:24, 39:2, 39:8, 39:12, 40:1, 40:14, 40:16, 41:1, 103:17, 103:18, 126:20, 130:4
**depositions** [5] - 34:20, 36:8, 38:13, 38:14, 124:21
**Depot** [1] - 69:1
**depression** [1] - 139:20
**deputy** [3] - 7:16, 65:9, 109:3
**DEPUTY** [6] - 4:7, 4:11, 7:19, 8:1, 109:5, 153:6
**derailment** [1] - 26:21
**DeRosa** [4] - 43:14, 119:12, 119:16, 119:22
**DEROSA** [1] - 43:14
**describe** [1] - 142:14
**described** [1] - 108:19
**DESCRIPTION** [1] - 3:15
**Design** [39] - 4:12, 4:18, 4:20, 4:21, 4:23, 4:25, 5:16, 7:23, 13:3, 13:8, 51:19, 54:16, 54:24, 55:16, 84:22, 109:9, 112:5, 118:3, 120:23, 124:19, 124:21, 125:21, 125:25, 126:12, 127:7, 127:24, 128:12, 129:1, 131:16, 136:8,

136:14, 137:15, 137:16, 138:1, 138:2, 138:11, 140:6, 140:7, 143:20
**DESIGN** [1] - 1:9
**design** [7] - 57:8, 57:10, 57:17, 57:19, 58:14, 138:12
**designates** [1] - 144:6
**designed** [15] - 54:15, 54:23, 55:8, 55:11, 55:16, 55:19, 55:20, 55:22, 56:9, 56:12, 56:13, 56:17, 56:18, 127:4
**desk** [1] - 76:8
**despite** [3] - 72:21, 125:13, 126:7
**destroyed** [1] - 107:10
**detail** [4] - 52:5, 118:24, 122:17, 124:5
**detailed** [1] - 136:11
**details** [1] - 117:20
**determination** [1] - 104:19
**determine** [10] - 6:13, 83:9, 96:25, 102:24, 102:25, 104:18, 119:14, 142:13, 149:8, 149:9
**determining** [2] - 8:9, 53:25
**develop** [1] - 6:8
**developed** [1] - 117:14
**developer** [3] - 35:12, 35:15, 35:17
**Development** [1] - 62:22
**Devillier** [4] - 21:12, 21:13, 21:17, 67:1
**DHS** [1] - 132:25
**diagnosed** [1] - 148:22
**diagnosis** [1] - 137:5
**diagrams** [1] - 123:4
**diarrhea** [1] - 90:9
**dictate** [1] - 122:10
**dictionaries** [1] - 103:8
**died** [1] - 39:11
**difference** [4] - 56:14, 85:8, 141:2, 142:4
**different** [14] - 22:18, 33:23, 85:4, 85:8, 85:10, 120:14, 120:19, 121:13, 121:22, 124:9, 124:25, 137:25,

141:13, 142:6
**differentiate** [1] - 27:21
**difficult** [2] - 48:5, 54:6
**difficulties** [1] - 11:6
**difficulty** [7] - 52:2, 52:17, 53:4, 53:24, 54:9, 58:23, 59:7
**digging** [1] - 81:8
**digital** [1] - 71:9
**dire** [1] - 6:7
**DIRE** [1] - 3:5
**Direct** [1] - 68:23
**direct** [5] - 104:2, 104:3, 108:7, 152:13
**directed** [1] - 7:8
**directly** [2] - 7:12, 30:16
**director** [1] - 66:17
**disabled** [1] - 68:5
**disasters** [1] - 113:11
**discharged** [2] - 7:3, 106:11
**disclose** [1] - 6:23
**Discount** [1] - 33:3
**discretion** [1] - 126:24
**discrimination** [1] - 28:6
**discuss** [7] - 7:12, 105:20, 105:21, 106:7, 106:9, 106:12, 150:20
**discussed** [1] - 125:13
**discussions** [2] - 46:17, 105:17
**Disease** [4] - 118:12, 119:6, 120:5, 144:1
**dismissed** [1] - 25:12
**displaced** [2] - 113:11, 113:12
**dispute** [5] - 29:18, 30:5, 32:21, 37:4, 37:12
**disputes** [1] - 99:18
**disqualify** [1] - 6:24
**disregard** [1] - 107:14
**disregarding** [1] - 49:2
**distracting** [1] - 130:4
**distress** [1] - 53:21
**distributed** [1] - 131:11
**distributing** [1] - 130:24
**distributors** [1] - 112:13
**District** [4] - 5:8, 51:3, 100:10

**district** [2] - 16:10, 60:22
**DISTRICT** [3] - 1:1, 1:1, 1:13
**division** [2] - 65:2, 124:11
**divorce** [1] - 40:22
**divorced** [1] - 68:25
**Dizzy's** [1] - 150:25
**docket** [1] - 4:9
**DOCKET** [2] - 1:5, 1:8
**doctor** [7] - 11:19, 70:23, 90:10, 137:8, 146:17, 147:2, 147:6
**doctor's** [1] - 11:16
**doctors** [2] - 134:20, 149:22
**document** [2] - 77:18, 113:18
**DOCUMENT** [1] - 1:7
**documented** [1] - 137:2
**documents** [4] - 31:2, 44:21, 118:9, 118:11
**domestic** [1] - 69:5
**domestics** [1] - 62:6
**domingo** [1] - 98:13
**Domingo** [8] - 14:10, 14:12, 27:13, 27:14, 27:24, 42:13, 50:8, 63:8
**DOMINION** [1] - 1:17
**done** [15] - 33:7, 34:5, 86:1, 99:20, 99:23, 101:8, 121:18, 122:24, 123:7, 123:8, 123:18, 126:21, 127:17, 149:7, 152:3
**Donna** [2] - 53:9, 66:15
**door** [5] - 87:18, 87:20, 127:10, 146:1, 150:24
**doors** [2] - 114:15, 115:7
**Dorris** [1] - 42:1
**DORRIS** [1] - 42:2
**dose** [5] - 118:17, 142:11, 142:17, 142:21
**dose-response** [1] - 118:17
**doubt** [2] - 100:24, 101:6
**down** [8] - 29:19, 31:6, 61:23, 63:12, 129:21, 136:9, 141:3, 151:17
**downstairs** [2] -

99:24, 151:16
**Doyle** [1] - 66:17
**dozens** [2] - 138:7, 138:8
**dr** [1] - 149:21
**Dr** [33] - 43:3, 43:4, 115:23, 118:14, 118:22, 119:3, 119:12, 119:16, 119:22, 122:25, 123:21, 132:7, 132:10, 137:6, 137:8, 140:17, 141:11, 141:23, 146:16, 146:18, 146:22, 146:25, 147:4, 147:8, 147:13, 147:20, 148:5, 148:10, 148:15, 148:19, 149:22
**Drake** [1] - 70:13
**drawings** [1] - 58:5
**drinks** [4] - 141:8, 141:14
**drive** [1] - 60:9
**DRIVE** [1] - 1:17
**driver** [5] - 64:1, 64:6, 66:7, 69:22, 71:14
**driveway** [1] - 86:23
**Drug** [2] - 44:8, 71:7
**drug** [9] - 18:22, 22:18, 22:24, 24:9, 24:13, 25:6, 25:8, 65:16, 67:21
**drugs** [2] - 18:21, 22:4
**Duckworth** [7] - 17:24, 18:16, 64:19, 64:20, 93:4, 98:22, 98:25
**Ducoing** [4] - 36:11, 36:12, 57:6, 69:13
**ducts** [2] - 145:1, 145:3
**due** [3] - 9:23, 45:14, 107:10
**Duplass** [1] - 14:22
**DUPLASS** [1] - 2:7
**during** [34] - 10:2, 10:3, 43:12, 44:19, 60:20, 67:6, 75:10, 86:25, 87:2, 96:8, 100:11, 100:24, 101:1, 102:21, 103:5, 104:17, 105:6, 106:24, 107:2, 108:3, 109:19, 114:10, 114:18, 114:20, 114:25, 115:11,

115:14, 115:16, 115:20, 121:25, 137:5, 137:22, 146:20, 148:15
**duty** [5] - 6:10, 102:22, 102:24, 103:20, 103:21
**Dyson** [1] - 41:25
**DYSON** [1] - 42:1

**E**

**e-mail** [1] - 106:20
**Earline** [20] - 4:12, 4:15, 5:12, 7:23, 12:21, 54:14, 58:21, 59:5, 109:8, 111:24, 112:3, 113:4, 117:18, 120:25, 121:23, 122:18, 127:12, 128:2, 133:14, 135:15
**EARLINE** [1] - 1:9
**early** [8] - 24:16, 31:11, 47:12, 48:8, 72:19, 98:15, 122:9, 137:22
**Early** [2] - 64:12, 73:8
**Eastern** [3] - 5:8, 51:3, 100:10
**EASTERN** [1] - 1:1
**easy** [2] - 61:4, 61:13
**eat** [5] - 151:5, 151:13, 151:16, 151:19
**economically** [1] - 127:23
**educate** [1] - 129:20
**educated** [1] - 125:19
**education** [1] - 66:17
**educator** [1] - 64:16
**Edward** [2] - 41:24, 66:11
**Edwin** [2] - 43:15, 122:1
**effect** [1] - 117:22
**effects** [1] - 143:17
**efficient** [1] - 152:18
**effort** [1] - 84:20
**efforts** [2] - 128:23, 139:1
**eight** [8] - 22:17, 33:12, 74:16, 112:22, 116:11, 129:4, 137:21, 144:11
**eighteen** [1] - 114:7
**either** [21] - 6:14, 13:6, 15:7, 15:19, 19:3, 26:15, 26:16, 28:17,

28:20, 46:22, 46:25, 55:21, 56:1, 57:8, 59:22, 75:25, 82:9, 82:22, 95:13, 96:7, 109:16
**Elaine** [1] - 64:19
**Electric** [1] - 66:18
**electrical** [1] - 66:20
**electrician** [1] - 66:20
**electronic** [1] - 103:10
**electronically** [1] - 106:17
**eleven** [1] - 113:7
**Elizabeth** [1] - 67:1
**Elkhart** [4] - 112:7, 138:2, 138:3, 138:6
**elsewhere** [1] - 151:6
**emergency** [18] - 5:14, 5:18, 54:14, 54:22, 55:6, 55:9, 55:12, 55:15, 55:19, 56:6, 57:12, 58:21, 59:2, 59:5, 59:11, 112:8, 112:15, 113:15
**emits** [1] - 125:1
**emitting** [12] - 124:22, 125:2, 125:5, 125:7, 126:4, 126:14, 126:25, 127:1, 127:18, 129:18, 131:18
**emotional** [1] - 53:21
**emphasize** [1] - 148:25
**employed** [13] - 12:5, 61:10, 61:11, 61:18, 64:8, 64:13, 65:4, 66:16, 66:18, 68:11, 68:16, 68:25, 70:1
**employee** [5] - 25:7, 31:12, 45:25, 65:8, 66:22
**employees** [2] - 12:5, 138:7
**employer** [1] - 36:13
**EMT** [2] - 66:3, 71:1
**enable** [1] - 6:13
**encountered** [1] - 49:3
**end** [9] - 8:20, 9:2, 9:25, 11:4, 101:8, 107:3, 108:16, 109:19
**ended** [6] - 32:14, 32:18, 36:14, 36:15, 36:19, 40:11
**ending** [1] - 134:3
**endoscopic** [7] - 147:5, 147:10, 149:6, 149:16,

149:18, 149:19, 149:22
**Enforcement** [2] - 44:9, 71:7
**enforcement** [1] - 29:8
**engage** [5] - 8:3, 105:7, 105:11, 105:12
**Engelhardt** [1] - 5:7
**ENGELHARDT** [1] - 1:12
**engineer** [5] - 61:19, 62:10, 62:11, 63:17, 126:11
**Engineering** [1] - 66:12
**English** [1] - 12:15
**enjoyment** [1] - 53:23
**ENT** [2] - 137:8, 146:22
**enter** [2] - 48:1, 108:8
**entered** [3] - 24:21, 32:13, 118:2
**Entergy** [2] - 62:10, 65:9
**entering** [1] - 46:20
**Enterprises** [1] - 53:1
**enters** [1] - 110:23
**entire** [1] - 35:18
**entirety** [1] - 152:7
**entities** [3] - 51:21, 51:25, 52:7
**entitled** [4] - 47:25, 105:5, 129:10, 132:3
**enumerated** [1] - 95:3
**environmental** [1] - 63:20
**Environmental** [5] - 53:1, 70:22, 120:2, 123:23, 132:22
**epidemiologist** [1] - 118:4
**equally** [1] - 101:11
**equipment** [1] - 58:6
**especially** [1] - 122:3
**ESQUIRE** [7] - 1:17, 1:23, 2:3, 2:4, 2:4, 2:8, 2:8
**established** [3] - 15:10, 54:2, 131:9
**estate** [2] - 37:1, 37:12
**estranged** [1] - 83:12
**evacuated** [1] - 147:12
**eventually** [1] - 35:17
**everyday** [1] - 54:5
**everywhere** [3] - 85:1, 140:14, 140:20
**eves** [2] - 22:16, 50:9
**Eves** [2] - 22:20, 68:24
**Eves's** [1] - 22:21

**evidence** [70] - 6:3, 44:21, 44:24, 45:2, 47:23, 47:25, 48:2, 48:17, 49:1, 49:6, 49:11, 49:15, 51:22, 52:19, 52:21, 52:24, 53:6, 56:11, 58:10, 73:3, 73:4, 73:6, 94:17, 100:13, 101:19, 101:23, 101:25, 102:11, 102:15, 102:25, 103:1, 103:4, 103:14, 103:16, 103:19, 103:22, 104:2, 104:3, 104:5, 104:7, 104:17, 104:20, 105:3, 107:20, 107:25, 109:10, 111:20, 116:21, 117:21, 120:14, 128:19, 131:12, 131:14, 131:16, 134:1, 136:15, 136:16, 136:19, 139:16, 139:17, 145:14, 145:16, 147:1, 148:21, 149:4, 149:9, 149:10, 149:11, 149:14, 150:8
**ex's** [1] - 89:25
**exacerbated** [2] - 132:8, 132:12
**exacerbation** [6] - 119:20, 128:9, 131:24, 132:5, 132:14, 132:15
**exact** [1] - 8:22
**exactly** [1] - 125:16
**examination** [3] - 6:7, 102:4, 102:5
**EXAMINATIONS** [1] - 3:3
**example** [1] - 142:18
**exams** [2] - 10:1, 63:10
**exception** [1] - 15:10
**exchanges** [1] - 106:1
**exclude** [1] - 97:2
**excluded** [1] - 95:14
**excusal** [1] - 80:14
**excuse** [4] - 74:17, 85:6, 85:23, 111:3
**excused** [1] - 6:14
**exercise** [2] - 7:4, 91:24
**exercised** [1] - 6:18
**EXHIBIT** [1] - 3:17

**Exhibit** [1] - 116:22
**exhibits** [6] - 103:15, 103:25, 110:7, 110:9, 116:7, 116:8
**EXHIBITS**....................
.............. [3] - 3:8
**exist** [1] - 104:6
**expand** [1] - 29:3
**expect** [1] - 110:5
**expected** [3] - 6:21, 8:23, 108:14
**expedite** [1] - 116:20
**expend** [1] - 132:11
**expenses** [1] - 53:22
**experience** [6] - 41:6, 88:21, 90:4, 129:14, 138:21, 138:23
**experienced** [1] - 118:2
**experiences** [4] - 41:7, 41:9, 48:16, 88:3
**expert** [5] - 41:19, 44:21, 119:13, 127:22, 129:16
**expertise** [1] - 129:9
**experts** [9] - 119:14, 136:12, 141:12, 141:23, 143:2, 143:6, 144:24, 145:9
**explain** [6] - 11:22, 52:5, 101:22, 102:1, 123:24, 145:11
**exposed** [11] - 84:3, 93:25, 118:25, 119:18, 121:13, 124:17, 124:18, 125:18, 130:15, 131:18, 142:15
**exposure** [28] - 5:12, 5:20, 44:14, 58:25, 59:9, 76:11, 78:8, 84:6, 93:24, 94:12, 117:17, 117:22, 118:18, 120:8, 120:13, 120:14, 121:16, 121:21, 122:20, 123:9, 128:8, 132:7, 133:13, 135:14, 142:18, 142:20, 143:16, 147:9
**express** [2] - 47:7, 96:11
**extend** [1] - 105:25
**extrapolate** [1] - 123:9
**extremely** [1] - 101:5
**eye** [1] - 70:23
**eyes** [6] - 45:14, 84:2, 100:23, 119:18,

121:19, 125:23
**eyewitness** [1] - 104:4

## F

**fabrication** [2] - 58:3
**face** [1] - 88:2
**Facebook** [1] - 106:23
**faced** [1] - 136:3
**facility** [1] - 114:3
**fact** [38] - 8:4, 48:15, 51:7, 55:7, 55:18, 55:21, 56:5, 56:11, 58:24, 59:8, 61:22, 80:4, 80:18, 81:3, 83:10, 83:11, 85:7, 85:14, 85:21, 95:19, 95:20, 96:8, 97:22, 104:3, 105:24, 110:25, 111:1, 111:17, 111:20, 125:13, 126:7, 130:21, 132:11, 133:17, 133:19, 134:1, 134:9
**FACT**...........................
.......... [1] - 3:7
**factors** [3] - 95:3, 95:7, 95:22
**facts** [12] - 44:15, 44:16, 81:5, 102:24, 104:5, 104:6, 104:18, 104:19, 105:2, 111:18, 111:22, 136:15
**factual** [1] - 111:1
**Fahrenheit** [6] - 114:11, 114:23, 115:1, 115:18, 115:19, 115:21
**fair** [6] - 5:23, 41:8, 41:11, 53:25, 59:21, 81:6
**fairly** [6] - 54:6, 54:9, 55:3, 61:4, 61:13, 101:7
**faith** [1] - 34:4
**fall** [4] - 18:10, 19:1, 19:2, 33:24
**falls** [3] - 33:20, 34:14, 47:6
**false** [2] - 7:1, 29:25
**familiar** [5] - 14:12, 41:17, 78:6, 83:13, 151:1
**families** [2] - 113:15, 138:8
**family** [11] - 15:6, 33:2, 77:12, 78:6,

80:7, 80:20, 81:14, 85:19, 99:14, 106:18
**far** [6] - 59:19, 77:13, 77:14, 78:5, 143:9, 147:20
**Farenheit** [1] - 114:22
**father** [11] - 30:25, 31:16, 33:5, 33:6, 33:14, 39:8, 39:11, 135:8, 137:17, 137:18, 137:21
**father's** [2] - 31:12, 137:21
**fault** [28] - 5:19, 47:16, 51:19, 51:20, 51:22, 51:25, 52:3, 52:10, 52:15, 52:16, 52:18, 52:20, 52:23, 53:1, 53:2, 53:5, 53:19, 54:1, 57:9, 57:13, 57:22, 58:9, 58:13, 131:15, 131:17, 131:19, 135:10
**favor** [3] - 6:1, 33:10, 48:18
**Faye** [1] - 43:22
**fear** [10] - 5:25, 53:21, 132:1, 132:3, 132:4, 132:17, 149:25, 150:1, 150:2, 150:3
**feasible** [1] - 127:24
**feature** [1] - 113:9
**February** [1] - 130:10
**federal** [27] - 15:19, 18:5, 18:7, 20:6, 20:15, 23:18, 23:20, 34:6, 54:12, 54:20, 55:13, 55:18, 56:2, 56:5, 56:16, 57:7, 57:13, 57:16, 57:18, 57:20, 57:25, 58:7, 99:17, 124:13, 125:14, 125:17, 130:20
**feelings** [2] - 49:10, 49:18
**FELIPE** [1] - 1:24
**fell** [1] - 35:2
**fellow** [2] - 31:18, 101:2
**FEMA** [84] - 1:4, 5:14, 5:18, 44:14, 50:6, 52:12, 52:15, 52:16, 52:18, 54:13, 54:21, 55:5, 56:5, 56:11, 58:22, 59:6, 75:18, 76:1, 76:11, 77:11, 77:13, 78:1, 78:14, 84:7, 86:9, 86:18, 86:19, 88:6, 88:13,

88:17, 88:21, 89:14, 90:1, 90:5, 94:8, 94:14, 112:1, 112:7, 112:11, 112:13, 112:15, 112:20, 112:21, 112:23, 113:10, 113:14, 114:3, 120:10, 125:12, 126:23, 128:14, 128:22, 128:23, 129:5, 129:7, 129:12, 129:13, 129:19, 129:23, 129:24, 130:18, 131:2, 131:11, 131:19, 143:13, 143:18, 145:14, 145:21, 146:4, 146:5, 146:12, 146:14, 146:20, 146:21, 147:9, 148:11, 148:13, 149:17, 149:20
**FEMA-provided** [1] - 50:6
**female** [3] - 80:16, 95:9, 95:10
**Fen** [1] - 33:16
**Fen-Phen** [1] - 33:16
**Fernandez** [3] - 23:2, 23:6, 69:17
**few** [8] - 9:14, 61:3, 61:13, 92:3, 92:6, 116:9, 137:13, 150:4
**fide** [1] - 96:18
**field** [3] - 58:3, 65:1, 127:16
**fifteen** [1] - 113:20
**fifth** [2] - 63:18, 71:2
**fighter** [1] - 66:20
**figured** [1] - 125:4
**file** [7] - 26:23, 34:3, 39:24, 50:16, 73:6, 93:16, 94:17
**filed** [26] - 27:7, 27:9, 27:18, 28:8, 32:1, 33:4, 34:2, 34:6, 35:16, 39:19, 39:22, 39:25, 40:13, 75:21, 76:10, 77:13, 77:14, 78:7, 80:17, 83:17, 85:3, 85:4, 94:20, 137:12, 147:3
**files** [1] - 148:17
**filing** [1] - 76:2
**fill** [5] - 8:7, 133:19, 133:23, 134:23, 135:9
**filled** [3] - 8:5, 134:24,

135:9
**filling** [2] - 96:2, 99:6
**film** [1] - 69:6
**films** [1] - 70:16
**finally** [9] - 97:13, 107:24, 122:13, 123:6, 123:21, 124:10, 128:1, 132:17, 144:9
**financial** [2] - 24:2, 47:17
**fine** [3] - 18:16, 21:11, 75:4
**finish** [2] - 10:20, 150:17
**finished** [5] - 10:15, 61:1, 62:1, 91:2, 92:12
**fire** [1] - 66:19
**fireman** [1] - 67:16
**firm** [9] - 14:9, 14:18, 14:22, 15:4, 15:5, 67:5, 67:9, 136:8
**firmly** [1] - 49:17
**firms** [1] - 15:7
**first** [37] - 15:13, 15:16, 15:23, 16:24, 19:25, 24:8, 24:11, 25:13, 32:11, 32:20, 38:4, 38:7, 40:12, 61:3, 61:13, 67:3, 76:21, 76:22, 80:11, 83:11, 91:19, 94:5, 95:24, 97:16, 114:7, 114:21, 115:16, 117:23, 124:18, 126:15, 126:20, 129:6, 135:22, 139:23, 140:1, 152:1
**first-degree** [2] - 24:8, 24:11
**fish** [1] - 142:8
**five** [12] - 8:24, 35:3, 38:22, 60:1, 63:6, 64:13, 64:21, 66:5, 112:14, 116:11, 121:17, 145:25
**five-car** [1] - 38:22
**fixed** [1] - 93:17
**flagged** [1] - 86:7
**flash** [1] - 74:5
**Fleetwood** [1] - 126:11
**flip** [2] - 51:6, 55:17
**flooring** [2] - 32:16, 67:14
**flow** [1] - 146:2
**flyer** [1] - 129:25
**flyers** [5] - 129:19, 129:22, 130:8,

130:24, 131:11
**focus** [2] - 136:14, 143:12
**focuses** [1] - 147:25
**Foley** [7] - 24:15, 25:9, 39:6, 40:3, 40:19, 44:3, 71:6
**folks** [3] - 128:15, 150:20, 153:1
**follow** [5] - 77:25, 87:22, 102:23, 110:1, 151:17
**follow-up** [2] - 77:25, 87:22
**followed** [1] - 139:5
**following** [10] - 12:12, 12:18, 41:18, 101:14, 106:6, 108:17, 112:3, 112:11, 113:11, 119:23
**food** [7] - 141:7, 141:8, 141:18, 142:6, 150:23, 151:1, 151:19
**foods** [1] - 145:15
**foot** [1] - 35:1
**FOR** [2] - 1:16, 2:3
**Ford** [1] - 64:16
**forget** [1] - 75:3
**forgive** [1] - 15:8
**forgot** [1] - 61:14
**form** [2] - 57:10, 143:19
**formal** [1] - 14:4
**FORMALDEHYDE** [1] - 1:4
**formaldehyde** [136] - 5:13, 5:21, 44:13, 45:20, 54:5, 54:8, 54:10, 57:21, 58:8, 58:25, 59:9, 76:11, 77:14, 78:8, 84:2, 84:3, 84:5, 86:11, 87:17, 87:21, 93:24, 94:12, 112:17, 112:18, 113:19, 113:21, 114:1, 114:5, 114:9, 114:13, 114:18, 115:4, 115:10, 117:17, 117:22, 118:8, 118:16, 118:18, 118:20, 119:1, 119:8, 119:18, 119:21, 119:24, 120:8, 120:16, 121:4, 121:10, 121:13, 121:15, 121:19,

122:5, 122:6, 122:9, 122:10, 122:15, 123:14, 124:1, 124:14, 124:22, 125:1, 125:2, 125:5, 125:7, 125:11, 126:4, 126:14, 126:22, 126:25, 127:1, 127:12, 127:18, 128:8, 129:1, 129:8, 129:14, 129:18, 130:1, 130:18, 130:21, 131:1, 131:5, 131:18, 131:22, 132:8, 132:14, 132:23, 132:25, 133:13, 135:14, 139:10, 139:13, 139:22, 140:10, 140:13, 140:14, 140:18, 140:19, 140:21, 141:4, 141:12, 141:15, 141:18, 141:19, 141:20, 141:21, 141:24, 142:5, 142:10, 142:23, 143:1, 143:3, 143:6, 143:7, 143:8, 143:23, 143:24, 144:2, 144:3, 144:17, 144:19, 144:22, 145:2, 145:4, 145:6, 145:15, 145:16, 145:19, 145:21, 145:22, 146:6, 147:10, 148:21, 149:10
**formaldehyde-emitting** [2] - 126:25, 131:18
**formaldehyde-infested** [1] - 131:22
**formed** [1] - 72:22
**former** [1] - 36:13
**Fort** [1] - 65:18
**Forte** [4] - 14:10, 14:18, 14:20, 136:9
**FORTE** [1] - 2:3
**forth** [5] - 28:9, 28:10, 31:3, 32:3, 82:3
**forward** [4] - 75:23, 86:14, 89:9, 92:9
**Foundation** [1] - 66:16
**four** [14] - 29:6, 33:23, 38:13, 64:21, 69:20, 71:18, 87:11, 103:4,

112:9, 122:13, 123:2, 123:19, 147:12
**FOUR** [1] - 1:17
**fourteen** [1] - 113:17
**fourth** [2] - 71:2, 71:22
**frame** [2] - 6:9, 46:24, 116:1
**Francis** [2] - 39:7, 70:21
**Frank** [1] - 16:22
**frankly** [2] - 74:15, 129:10
**free** [3] - 7:11, 59:2, 59:11
**French** [6] - 42:6, 43:3, 43:4, 68:2, 149:22
**frequently** [1] - 137:11
**fresh** [2] - 142:9
**Fribley** [1] - 42:1
**FRIBLEY** [1] - 42:1
**Friday** [3] - 60:1, 60:14, 108:15
**fried** [4] - 141:18, 141:19, 142:8
**friend's** [2] - 60:11, 60:12
**friendly** [1] - 105:25
**friends** [6] - 75:25, 76:10, 78:7, 84:6, 106:9, 106:18
**frivolous** [1] - 93:16
**front** [6] - 26:13, 38:22, 46:1, 47:8, 76:23, 117:6
**fruit** [1] - 142:9
**fulfill** [1] - 60:4
**fulfilling** [1] - 100:2
**full** [5] - 57:21, 61:6, 66:19, 70:5, 152:23
**full-time** [2] - 66:19, 70:5
**fully** [1] - 71:19
**fumes** [1] - 94:10
**function** [1] - 142:23
**functional** [1] - 88:8
**funded** [1] - 124:12
**furniture** [2] - 140:15, 140:16
**furthermore** [1] - 105:19
**future** [2] - 53:22, 74:8

## G

**G-A-U-M-E** [1] - 125:8
**gains** [1] - 47:17
**Gallagher** [1] - 69:19

**Garnier** [1] - 43:15
**GAMIER** [1] - 43:16
**Ganier** [2] - 111:12, 122:1
**Garcia** [1] - 85:1
**Garratt** [1] - 43:19
**GARRATT** [1] - 43:19
**Garrett** [1] - 131:3
**GARRISON** [15] - 2:3, 2:3, 4:17, 5:3, 14:9, 74:2, 111:3, 135:21, 136:4, 136:6, 149:13, 150:7, 150:11, 150:14, 152:9
**Garrison** [11] - 4:17, 14:9, 14:10, 14:13, 14:18, 14:19, 135:18, 136:7, 136:8, 149:12, 149:13
**GARRISON.............. .....** [1] - 3:10
**gas** [1] - 137:22
**gassed** [2] - 122:9, 122:12
**gassing** [1] - 122:11
**gather** [1] - 83:1
**Gaume** [1] - 43:24
**GAUME** [1] - 43:25
**Gautreaux** [13] - 42:4, 42:5, 132:10, 137:8, 146:22, 146:25, 147:4, 147:8, 147:20, 148:5, 148:15, 148:19
**GAUTREAUX** [1] - 42:5
**general** [4] - 6:23, 12:11, 76:2, 84:1
**generally** [1] - 47:22
**gentleman** [18] - 11:14, 13:4, 13:6, 13:7, 20:6, 32:12, 74:22, 117:24, 117:25, 119:4, 121:24, 126:2, 126:10, 127:6, 127:21, 130:2, 131:10, 150:25
**gentlemen** [2] - 14:8, 117:13
**gently** [1] - 136:1
**Geoffrey** [1] - 43:18
**GEORGE** [1] - 66:1
**George** [2] - 43:25, 125:11
**Gerald** [3] - 42:6, 42:7, 78:19
**Gibson** [1] - 69:24

**Gilsbar** [1] - 62:14
**Ginevan** [1] - 42:8
**GINEVAN** [1] - 42:8
**girl** [2] - 46:5, 66:5
**given** [11] - 6:4, 9:8, 59:24, 73:12, 91:23, 94:13, 103:18, 107:6, 108:2, 109:10, 128:18
**glass** [1] - 14:23
**GLASS** [3] - 2:8, 14:24, 15:1
**glue** [7] - 46:4, 58:8, 121:5, 121:7, 121:8, 124:25, 126:5
**goal** [1] - 144:10
**God** [3] - 7:24, 17:25, 109:11
**Godfrey** [6] - 22:2, 22:11, 22:14, 34:18, 35:7, 68:4
**gorilla** [1] - 132:1
**governed** [1] - 103:19
**government** [26] - 54:13, 54:21, 55:8, 55:11, 55:13, 55:18, 55:21, 56:2, 56:5, 57:7, 57:13, 57:16, 57:18, 57:20, 57:25, 87:16, 118:13, 119:5, 119:16, 124:13, 129:3, 132:18, 143:9, 144:6
**Government's** [1] - 132:24
**government's** [3] - 56:16, 58:7, 125:17
**governmental** [2] - 119:23, 120:7
**Governmental** [1] - 120:1
**grade** [4] - 11:10, 11:11, 63:18, 69:9
**grades** [1] - 11:7
**graduate** [2] - 66:17, 70:20
**Graham** [1] - 42:2
**grammar** [2] - 14:14, 61:20
**grand** [7] - 15:19, 15:24, 16:1, 16:3, 16:17, 23:19, 65:23
**granddaughter** [2] - 67:6, 67:8
**grandmother's** [1] - 90:1
**grant** [3] - 73:14, 86:3, 91:4
**granted** [4] - 33:10, 75:8, 75:9, 75:11

**granting** [1] - 83:22
**graph** [2] - 141:25, 142:6
**great** [7] - 10:1, 31:9, 84:20, 99:6, 100:25, 143:2, 145:5
**greater** [5] - 129:25, 130:8, 130:15, 141:1, 141:5
**greatly** [1] - 8:4
**Green** [1] - 43:22
**GREEN** [1] - 43:22
**Greensburg** [3] - 82:2, 82:13, 82:25
**greeting** [1] - 105:25
**Gregory** [1] - 62:24
**Gretna** [3] - 35:11, 124:14, 133:5
**group** [3] - 35:11, 124:14, 133:5
**grown** [1] - 61:9
**Grumman** [3] - 29:17, 65:22, 70:9
**guard** [2] - 34:25, 35:2
**GUERRA** [1] - 1:16
**guess** [4] - 37:20, 45:16, 45:18, 57:23
**guessing** [1] - 89:23
**guesswork** [1] - 103:2
**guidance** [1] - 120:11
**Guidroz** [4] - 53:8, 53:9, 66:15, 66:18
**guilty** [24] - 17:14, 18:21, 19:12, 19:18, 19:19, 19:23, 20:7, 20:22, 20:23, 21:2, 21:14, 22:4, 22:19, 22:25, 23:4, 23:11, 23:12, 24:13, 24:18, 25:14, 25:20, 25:21, 40:6
**Gulf** [5] - 84:16, 84:18, 84:22, 113:13, 113:15
**gum** [1] - 130:4
**Guy** [2] - 43:21, 130:2

**H**

**H2O** [2] - 140:12
**habitable** [1] - 129:9
**Hale** [2] - 150:24, 151:3
**half** [6] - 68:1, 87:12, 87:13, 88:5, 149:16, 149:18
**halls** [1] - 108:9
**hallway** [1] - 106:1
**hand** [5] - 12:13, 12:19, 81:6, 100:12,

140:22
**handed** [1] - 84:15
**handicapped** [2] - 112:5, 113:8
**handle** [1] - 27:19
**handled** [1] - 37:25
**hands** [4] - 7:19, 49:21, 50:3, 109:6
**handy** [1] - 76:6
**happy** [1] - 150:22
**hard** [2] - 51:3, 83:10
**hardship** [6] - 9:5, 10:1, 10:10, 11:25, 12:7, 73:23
**harm** [7] - 54:10, 58:25, 59:9, 125:19, 142:20, 142:21, 143:4
**harmed** [2] - 5:12, 54:7
**Harris** [3] - 35:21, 36:9, 68:21
**Harry** [1] - 68:24
**Harvey** [1] - 68:22
**Harvey-Hauser** [1] - 68:22
**hauled** [1] - 112:23
**Hauser** [1] - 68:22
**head** [2] - 88:14, 88:15
**headache** [1] - 142:19
**headquarters** [1] - 108:10
**Health** [6] - 67:18, 70:2, 119:25, 120:3, 120:4, 124:12
**health** [7] - 84:4, 93:19, 120:11, 130:12, 130:16, 131:23, 143:17
**hear** [48] - 6:1, 7:14, 12:16, 21:9, 21:10, 25:24, 48:3, 49:8, 49:15, 49:25, 100:13, 101:17, 104:9, 107:21, 109:23, 117:21, 117:23, 119:4, 120:14, 121:14, 124:10, 125:8, 125:9, 126:10, 127:6, 128:1, 128:17, 129:4, 129:22, 130:3, 130:5, 130:9, 130:17, 130:23, 131:2, 136:12, 136:16, 137:7, 137:13, 139:3, 140:6, 142:24, 142:25, 143:13,

144:13, 144:25, 145:3, 149:20
**HEARD** [1] - 1:12
**heard** [7] - 17:20, 33:16, 46:17, 52:21, 52:22, 56:11, 56:15
**hearing** [4] - 12:17, 21:23, 40:21, 104:10
**heart** [1] - 138:8
**heat** [1] - 45:14
**heated** [1] - 140:3
**heater** [1] - 46:2
**heaters** [2] - 114:16, 115:9
**Hebert** [7] - 25:17, 25:22, 60:5, 60:6, 60:18, 69:11, 71:12
**held** [9] - 20:6, 45:9, 47:11, 57:4, 58:19, 72:10, 92:16, 111:8, 111:16
**help** [5] - 7:23, 103:11, 109:11, 129:20, 141:24
**helped** [1] - 135:9
**helpful** [5] - 8:8, 123:16, 123:18, 141:22, 144:14
**helping** [2] - 62:20, 133:23
**helps** [1] - 9:10
**henceforth** [1] - 74:8
**Henry** [1] - 64:16
**henry** [1] - 83:6
**Herculean** [1] - 128:23
**herein** [1] - 116:1
**hereinafter** [1] - 112:10
**Herman** [3] - 13:13, 65:15, 93:12
**herself** [1] - 52:9
**Hewett** [2] - 41:23, 122:25
**HEWETT** [1] - 41:23
**Hi** [1] - 89:12
**hide** [1] - 93:19
**high** [13] - 11:4, 11:12, 61:20, 64:18, 67:23, 70:20, 74:3, 114:19, 114:21, 115:12, 115:15, 115:17, 130:18
**higher** [2] - 118:18
**highest** [1] - 122:11
**highlight** [1] - 101:22
**highlighted** [1] - 148:12
**hire** [1] - 126:17
**histograms** [1] - 123:4
**history** [3] - 134:20,

134:22, 137:2
**hitch** [1] - 31:18
**Hoang** [3] - 42:7, 147:13, 148:10
**HOANG** [1] - 42:7
**hold** [4] - 9:16, 91:2, 109:18, 124:25
**holidays** [2] - 81:21, 82:21
**Home** [3] - 67:17, 69:1, 70:2
**home** [13] - 9:1, 9:2, 10:3, 50:6, 61:10, 61:11, 64:8, 65:23, 79:11, 79:14, 83:1, 86:10, 89:24
**homemaker** [2] - 63:9, 64:13, 64:25, 68:15, 70:18
**homemakers** [1] - 71:11
**homeowners** [2] - 27:5, 35:12
**homes** [7] - 108:25, 119:11, 144:10, 144:11, 144:16, 144:19, 144:23
**homicide** [1] - 40:6
**honest** [6] - 47:4, 47:14, 47:17, 48:5, 59:21, 134:13
**honestly** [1] - 73:13
**honor** [1] - 32:17
**Honor** [24] - 4:14, 11:3, 14:6, 14:9, 14:24, 15:24, 18:25, 46:12, 48:5, 48:20, 72:17, 72:24, 73:22, 74:19, 75:5, 75:13, 83:24, 86:6, 94:24, 97:21, 111:9, 116:9, 116:18, 117:9
**HONORABLE** [1] - 1:12
**Hood** [1] - 65:18
**hook** [1] - 45:23
**hope** [1] - 152:24
**hopefully** [1] - 8:15
**Hospital** [3] - 62:13, 69:15, 71:2
**hospital** [1] - 69:22
**hotter** [1] - 131:6
**Houma** [2] - 60:8, 66:12
**hour** [6] - 108:22, 114:10, 114:17, 151:9, 152:25
**hours** [9] - 9:15, 10:3, 114:16, 114:17, 114:21, 115:8,

115:9, 115:16, 140:3
**House** [1] - 71:15
**house** [18] - 25:23, 30:15, 31:1, 31:3, 50:11, 82:3, 82:7, 82:9, 82:10, 82:14, 82:16, 82:22, 87:4, 87:7, 87:12, 87:14
**housekeeping** [1] - 97:13
**houses** [1] - 68:19
**housewife** [2] - 65:19, 67:25
**housing** [21] - 5:14, 5:18, 54:14, 54:22, 55:6, 55:9, 55:12, 55:15, 55:19, 56:6, 57:12, 58:21, 59:2, 59:5, 59:11, 112:8, 112:15, 113:15, 128:24, 128:25, 129:10
**Houston** [3] - 127:7, 147:11, 148:10
**HOUSTON** [1] - 1:24
**HUD** [4] - 144:9, 144:10, 144:12
**Hufft** [1] - 67:12
**huge** [1] - 141:18
**human** [7] - 132:23, 133:3, 133:8, 133:10, 133:13, 140:16, 142:24
**humidity** [4] - 114:12, 115:2, 115:3, 115:22
**hundred** [2] - 121:17, 123:1
**hundreds** [2] - 128:24, 134:2
**hung** [1] - 23:1
**hunting** [1] - 71:19
**Hurricane** [11] - 5:14, 5:18, 49:22, 51:11, 55:6, 58:22, 59:6, 112:3, 113:22, 148:8, 148:9
**hurricane** [3] - 146:24, 147:12, 147:16
**Hurricanes** [3] - 50:4, 112:11, 113:16
**hurricanes** [1] - 50:14
**hurt** [2] - 34:24, 128:21
**hurts** [1] - 124:1
**husband** [21] - 9:24, 28:3, 28:13, 28:15, 32:11, 61:18, 62:9, 63:9, 63:17, 64:17, 65:9, 66:17, 66:22, 67:2, 67:15, 69:19,

70:7, 70:18, 73:25, 78:19, 134:10
**Hygiene** [2] - 114:5, 115:6
**Hygienists** [1] - 120:1

**I**

**IARC** [3] - 124:11, 133:1, 133:5
**idea** [5] - 49:5, 52:13, 54:2, 80:17, 146:9
**ideas** [1] - 49:2
**Identification** [1] - 112:2
**identified** [6] - 80:8, 89:6, 101:10, 105:10, 105:11, 122:4
**immediately** [2] - 105:14, 105:23
**immoral** [2] - 51:11, 51:17
**impact** [2] - 41:7, 41:10
**impairment** [1] - 53:22
**impartial** [6] - 5:23, 5:24, 41:8, 41:11, 59:21, 81:6
**impartiality** [2] - 6:6, 106:4
**impartially** [1] - 101:7
**impersonal** [1] - 9:10
**imply** [1] - 56:12
**important** [10] - 93:19, 99:7, 99:19, 120:12, 123:7, 133:4, 139:3, 144:14, 148:2, 149:4
**importantly** [2] - 118:14, 125:4
**impossible** [1] - 11:5
**impression** [2] - 106:3, 106:4
**improbability** [1] - 105:1
**IN** [1] - 1:4
**inadequate** [1] - 93:21
**incest** [1] - 25:19
**inch** [1] - 126:3
**incident** [1] - 79:24
**inclination** [1] - 104:25
**inclined** [1] - 83:22
**include** [1] - 52:1
**included** [1] - 116:1
**includes** [2] - 106:8, 106:18
**including** [7] - 35:15, 52:8, 53:21, 106:23,

113:12, 141:23, 143:21
**incomplete** [1] - 7:1
**inconvenienced** [1] - 9:5
**Incorporated** [2] - 62:14, 112:10
**increase** [5] - 143:3, 145:5, 148:14, 148:17, 148:23
**increased** [6] - 119:1, 145:2, 145:3, 146:25, 147:2
**independent** [2] - 69:5, 103:6
**Indiana** [3] - 112:7, 138:2, 138:6
**indicate** [3] - 81:13, 96:2, 104:17
**indicated** [14] - 9:19, 26:12, 41:5, 50:18, 72:22, 75:24, 77:6, 86:17, 89:13, 90:4, 102:12, 108:14, 111:17, 117:5
**indicating** [1] - 14:11
**indispensable** [1] - 99:10
**individual** [2] - 35:15, 35:16
**individually** [2] - 7:8, 7:9
**individuals** [2] - 41:18, 103:7
**indulge** [1] - 103:1
**indulged** [1] - 106:2
**Industrial** [2] - 69:14, 120:1
**industry** [9] - 125:16, 129:16, 132:19, 139:2, 139:4, 139:7, 139:8, 146:13
**infer** [1] - 104:5
**inferences** [1] - 102:25
**infested** [1] - 131:22
**influence** [2] - 80:21, 81:2
**influenced** [1] - 104:13
**information** [18] - 8:8, 12:8, 44:15, 44:16, 61:5, 83:23, 84:12, 93:20, 99:2, 99:24, 100:7, 103:10, 103:12, 113:17, 116:3, 141:10, 142:1, 143:20
**informed** [1] - 127:11
**inhale** [1] - 122:12

**initial** [3] - 33:8, 79:6, 80:19
**initials** [1] - 5:17
**initiated** [1] - 35:14
**injunction** [1] - 33:4
**injured** [7] - 27:15, 31:12, 31:18, 34:20, 34:23, 38:6, 131:15
**injuries** [5] - 5:20, 136:20, 139:15, 139:18, 148:21
**injury** [17] - 18:2, 23:25, 36:13, 37:19, 37:20, 37:24, 38:2, 38:8, 50:24, 117:20, 128:3, 128:4, 133:14, 135:15, 142:16, 149:9, 150:9
**innocent** [2] - 24:12, 106:2
**inquiry** [2] - 6:6
**insensitive** [2] - 51:11, 51:17
**inside** [6] - 57:24, 87:19, 88:11, 101:3, 123:24, 124:1
**insisted** [1] - 134:8
**insists** [2] - 134:14, 134:17
**insofar** [1] - 96:17
**inspected** [1] - 112:21
**inspection** [1] - 63:20
**installation** [3] - 128:13, 128:19, 128:20
**installed** [3] - 113:2, 128:16
**instance** [1] - 32:20
**instead** [1] - 126:25
**Institute** [3] - 119:24, 123:23, 124:13
**instruct** [2] - 102:16, 152:11
**instructed** [2] - 108:1, 129:25
**instruction** [2] - 54:3, 151:17
**instructions** [6] - 49:2, 102:21, 102:23, 106:7, 107:22, 145:24
**Insurance** [1] - 69:19
**insurance** [13] - 19:1, 21:21, 31:13, 31:21, 34:2, 34:3, 34:13, 37:22, 38:23, 39:20, 39:23, 40:7, 63:9
**intelligent** [1] - 6:16
**intended** [2] - 104:17, 145:17

**intent** [1] - 152:6
**interest** [3] - 85:8, 85:11, 104:23
**interesting** [1] - 56:22
**interestingly** [1] - 147:11
**interim** [1] - 66:16
**internal** [2] - 106:22, 146:17
**international** [2] - 133:5, 143:10
**International** [2] - 124:10, 133:2
**Internet** [2] - 103:9, 106:15
**internist** [1] - 137:7
**interruption** [2] - 34:3, 50:19
**Interstate** [1] - 138:17
**interviewed** [2] - 40:23, 41:3
**intestine** [2] - 90:11, 90:12
**introduce** [3] - 5:5, 14:1, 110:9
**introduced** [1] - 15:3
**introduction** [2] - 13:4, 14:5
**invite** [1] - 11:21
**involved** [21] - 14:24, 15:6, 21:14, 28:14, 29:23, 32:10, 32:25, 33:15, 33:22, 34:7, 34:8, 34:11, 34:19, 35:24, 39:7, 85:5, 100:7, 103:7, 107:11, 130:7, 134:19
**involvement** [4] - 20:17, 29:12, 29:22, 56:16
**involves** [1] - 44:13
**involving** [2] - 15:6, 18:21
**iPhone** [2] - 106:20, 109:16
**irritant** [1] - 123:11
**irritation** [6] - 119:18, 121:20, 130:14, 130:19
**issue** [10] - 5:21, 28:4, 58:11, 60:3, 60:20, 60:24, 85:9, 131:20, 133:15, 135:4
**issues** [7] - 6:2, 28:7, 44:13, 59:24, 84:4, 90:18, 109:8
**items** [3] - 141:8, 142:7
**itself** [1] - 88:7

## J

**jail** [1] - 64:23
**jailer** [1] - 64:23
**James** [10] - 21:2, 21:3, 42:2, 42:3, 43:16, 43:17, 69:3, 140:17, 141:11, 141:23
**January** [12] - 40:4, 114:2, 114:8, 114:14, 115:5, 115:25, 123:8, 123:20, 139:22, 147:14
**Jarrell** [2] - 43:18, 117:24
**JARRELL** [1] - 43:18
**Jefferson** [11] - 24:17, 25:1, 25:2, 26:3, 33:7, 36:15, 36:16, 62:5, 67:15, 69:15, 71:1
**Jeffrey** [1] - 128:18
**Jeremy** [1] - 66:9
**job** [5] - 45:21, 60:15, 71:19, 93:21, 100:22
**Joe** [4] - 143:21, 143:22, 143:25, 144:5
**Joey** [1] - 71:8
**John** [3] - 42:3, 63:5, 128:17
**John's** [1] - 69:12
**joined** [2] - 98:23, 109:8
**jointly** [1] - 35:16
**Jones** [4] - 23:7, 23:12, 63:1, 70:4
**JOSEPH** [1] - 2:8
**Joseph** [5] - 42:4, 42:5, 43:23, 130:9, 132:10
**Jr** [2] - 42:6, 42:7
**Judge** [16] - 5:7, 16:22, 16:23, 23:23, 23:24, 51:13, 53:9, 72:14, 78:12, 78:20, 84:14, 110:11, 111:3, 111:14, 120:24, 150:14
**JUDGE** [1] - 1:13
**judge** [5] - 34:21, 40:11, 80:4, 97:7, 103:21
**judged** [1] - 33:9
**judges** [1] - 28:10
**judgment** [2] - 48:1, 48:18

**July** [4] - 113:5, 130:24, 130:25, 131:12
**jumped** [1] - 129:3
**juncture** [1] - 8:3
**June** [3] - 10:14, 130:20
**juries** [2] - 19:11, 93:18
**juror** [25] - 6:9, 6:22, 7:2, 7:22, 9:17, 15:18, 15:21, 18:19, 41:8, 44:23, 48:24, 52:7, 60:24, 80:15, 81:6, 85:9, 85:20, 88:15, 93:25, 94:15, 96:7, 97:23, 100:8, 101:12, 105:13
**JUROR** [302] - 9:21, 10:5, 10:7, 10:12, 10:22, 11:3, 11:9, 11:11, 11:16, 12:3, 13:13, 13:16, 13:18, 13:20, 14:14, 15:24, 16:3, 16:5, 16:9, 16:12, 16:14, 16:16, 16:19, 16:21, 17:2, 17:6, 17:9, 17:11, 17:14, 17:17, 17:22, 17:25, 18:6, 18:8, 18:10, 18:14, 18:18, 18:24, 19:7, 19:11, 19:15, 19:18, 19:21, 19:23, 20:5, 20:9, 20:12, 20:20, 21:1, 21:5, 21:13, 21:16, 21:19, 21:25, 22:3, 22:6, 22:8, 22:10, 22:12, 22:17, 22:23, 23:3, 23:9, 23:14, 23:17, 23:22, 24:2, 24:6, 24:8, 24:11, 24:16, 24:23, 24:25, 25:4, 25:6, 25:11, 25:18, 26:1, 26:6, 26:9, 26:20, 26:25, 27:4, 27:9, 27:11, 27:14, 27:21, 28:2, 28:6, 28:9, 28:15, 28:19, 28:22, 29:4, 29:11, 29:13, 29:16, 29:24, 30:4, 30:6, 30:9, 30:14, 30:23, 31:7, 31:11, 31:17, 31:20, 31:23, 32:2, 32:6, 32:10, 32:22, 32:25, 34:10, 34:19, 34:24, 35:6, 35:9, 35:11, 35:22, 36:2, 36:5, 36:7, 36:12,

36:18, 36:24, 37:6, 37:9, 37:11, 37:14, 37:18, 38:7, 38:12, 38:18, 38:21, 39:4, 39:7, 39:11, 39:14, 39:18, 39:25, 40:4, 40:10, 40:15, 40:18, 40:21, 41:2, 42:14, 42:16, 42:19, 42:23, 42:25, 43:3, 43:5, 43:7, 44:4, 44:8, 45:5, 45:10, 45:23, 47:4, 47:13, 48:4, 48:12, 48:19, 49:25, 50:20, 50:22, 51:12, 53:9, 53:13, 54:17, 54:25, 55:24, 56:7, 56:19, 56:25, 57:6, 57:18, 58:2, 58:12, 59:3, 59:12, 59:16, 60:6, 60:8, 60:11, 60:15, 61:14, 61:17, 62:2, 62:10, 62:12, 62:18, 62:24, 63:4, 63:8, 63:14, 63:22, 63:25, 64:4, 64:9, 64:12, 64:15, 64:19, 65:3, 65:7, 65:11, 65:14, 65:21, 66:2, 66:6, 66:9, 66:11, 66:15, 66:21, 67:1, 67:11, 67:13, 67:20, 68:4, 68:9, 68:14, 68:17, 68:19, 68:21, 68:24, 69:3, 69:7, 69:11, 69:13, 69:17, 69:24, 70:4, 70:6, 70:13, 70:17, 70:21, 71:6, 71:8, 71:12, 71:15, 71:17, 71:22, 76:4, 76:12, 76:14, 77:4, 77:12, 77:17, 77:20, 77:24, 78:9, 78:11, 78:15, 78:18, 78:21, 78:25, 79:4, 79:8, 79:13, 79:17, 79:20, 79:22, 79:25, 81:15, 81:18, 81:20, 81:23, 82:1, 82:5, 82:9, 82:11, 82:13, 82:18, 82:20, 82:24, 83:4, 83:6, 86:16, 86:20, 86:23, 87:2, 87:7, 87:11, 87:18, 87:25, 88:4, 88:9, 88:14, 88:19, 88:23, 89:12, 89:16, 89:19, 89:23, 89:25, 90:7, 90:16, 90:20, 90:25, 91:3
**Juror** [32] - 9:21,

10:11, 12:4, 15:13, 16:25, 17:16, 18:17, 19:25, 20:24, 61:3, 62:18, 63:4, 63:23, 65:3, 65:7, 65:11, 65:14, 67:13, 68:4, 68:24, 71:15, 72:18, 75:13, 92:22, 92:23, 92:24, 92:25, 93:11, 93:12, 95:6, 95:8, 95:9
**juror's** [1] - 6:5
**JURORS** [1] - 109:12
**jurors** [23] - 5:24, 15:7, 81:10, 94:18, 95:4, 95:8, 95:19, 95:24, 96:14, 96:24, 97:10, 97:16, 97:22, 99:1, 100:11, 100:25, 101:2, 103:3, 105:6, 105:15, 105:22, 151:17, 151:18
**jurors'** [3] - 6:11, 94:6, 109:3
**jury** [88] - 5:6, 5:24, 6:4, 7:17, 8:6, 8:10, 8:15, 9:1, 9:3, 10:16, 15:19, 15:22, 15:24, 16:1, 16:3, 16:8, 16:17, 16:24, 17:20, 19:4, 19:9, 19:19, 23:1, 23:19, 23:20, 24:22, 26:2, 26:4, 26:5, 26:13, 27:25, 47:2, 51:18, 51:22, 52:25, 53:2, 60:4, 72:3, 73:1, 73:2, 73:6, 73:8, 73:10, 93:2, 93:7, 93:15, 96:8, 96:23, 97:3, 97:9, 98:6, 98:8, 98:11, 99:8, 99:17, 99:20, 99:22, 100:4, 100:16, 100:22, 102:18, 104:10, 106:11, 107:3, 107:9, 108:5, 108:6, 108:10, 109:17, 110:3, 110:13, 110:21, 110:22, 117:6, 117:14, 135:22, 150:20, 151:8, 151:9, 151:19, 151:23, 152:11, 152:15
**JURY** [3] - 1:12, 3:5, 3:6
**jury's** [1] - 52:9

**justice** [3] - 7:5, 99:10, 101:8
**Justice** [2] - 65:4, 66:22
**justify** [1] - 81:9
**Juvenile** [2] - 65:4, 66:22
**juveniles** [1] - 65:5

## K

**Karen** [1] - 62:2
**Katrina** [26] - 5:14, 5:18, 19:1, 27:5, 34:3, 49:22, 50:4, 50:6, 50:21, 50:25, 51:11, 53:10, 55:6, 55:11, 58:22, 59:6, 82:15, 112:3, 112:11, 113:16, 113:22, 129:14, 131:3, 131:5, 148:8, 148:9
**keep** [5] - 49:23, 58:11, 72:22, 81:5, 100:23
**Ken** [1] - 42:14
**Kenneth** [2] - 41:22, 42:10
**Kenya** [1] - 62:18
**kept** [1] - 40:11
**Ketchum** [1] - 63:14
**Kevin** [2] - 43:19, 129:6
**key** [1] - 142:18
**kid** [1] - 121:9
**kids** [7] - 63:24, 65:17, 65:23, 66:8, 68:25, 69:15, 70:5
**kill** [1] - 142:19
**killed** [1] - 40:5
**kind** [17] - 8:6, 15:11, 20:17, 30:18, 45:18, 46:25, 56:22, 57:9, 87:17, 88:2, 90:2, 123:4, 125:1, 126:24, 127:22, 130:4
**kinds** [7] - 104:2, 104:7, 123:5, 124:8, 124:25, 125:23, 129:2
**kitchen** [1] - 87:13
**Knill** [6] - 23:16, 23:17, 36:23, 36:24, 37:15, 70:6
**knock** [2] - 87:18, 87:19
**knowing** [1] - 57:21

**knowledge** [5] - 15:4, 30:17, 44:15, 57:25, 93:24
**known** [12] - 6:7, 13:19, 119:21, 124:14, 124:15, 126:18, 128:5, 130:21, 132:4, 132:19, 133:9, 133:12
**knows** [7] - 14:11, 73:17, 80:5, 85:19, 125:25, 127:17, 132:19
**KURT** [1] - 1:12
**Kurt** [1] - 5:7

## L

**L-O-U-I-S** [1] - 83:4
**L.L.C** [5] - 4:12, 7:23, 13:3, 13:8, 112:6
**LA** [3] - 2:5, 2:10, 2:14
**lab** [1] - 93:23
**labels** [1] - 113:20
**labor** [1] - 29:18
**laboratory** [1] - 132:21
**lack** [2] - 106:3, 145:1
**ladies** [1] - 117:13
**lady** [2] - 21:10, 21:21
**Lafourche** [1] - 25:19
**LAKEWAY** [1] - 2:9
**language** [1] - 12:15
**Lapinski** [2] - 43:23, 130:17
**LAPINSKI** [1] - 43:23
**large** [3] - 90:11, 90:12, 145:25
**Larry** [1] - 41:24
**Larson** [2] - 43:22, 130:23
**last** [20] - 8:23, 9:23, 20:21, 22:23, 23:10, 38:4, 38:8, 43:7, 52:22, 59:13, 60:25, 61:2, 71:18, 75:10, 79:15, 96:4, 108:14, 122:6, 129:15, 150:11
**late** [5] - 20:12, 25:18, 35:11, 37:18, 38:21
**Laughery** [1] - 41:22
**LAUGHERY** [1] - 41:23
**Laurie** [1] - 68:11
**Laverne** [3] - 43:15, 44:6, 121:23
**law** [23] - 6:3, 6:5, 6:17, 15:4, 15:5,

15:7, 29:8, 49:1, 49:3, 49:20, 53:7, 53:17, 67:5, 67:9, 94:8, 102:17, 102:20, 103:20, 107:22, 108:1, 109:10, 125:14, 128:3
**LAW** [1] - 1:20
**law's** [1] - 94:14
**Lawrence** [1] - 132:7
**lawsuit** [27] - 26:11, 26:14, 26:21, 27:7, 27:18, 27:20, 27:22, 28:3, 28:8, 29:23, 29:24, 30:14, 30:17, 31:25, 34:1, 34:4, 34:5, 35:14, 37:24, 39:24, 39:25, 41:6, 93:22, 137:12, 147:3, 148:18
**lawsuits** [4] - 32:11, 33:1, 41:10, 93:16
**lawyers** [6] - 14:3, 21:10, 49:7, 104:8, 108:18, 133:22
**laying** [1] - 134:14
**leaky** [1] - 145:1
**learn** [1] - 9:13
**learned** [5] - 129:1, 130:6, 130:11, 130:18, 131:4
**least** [5] - 18:11, 96:22, 113:12, 122:23, 123:18
**leave** [7] - 72:4, 87:20, 92:2, 92:12, 107:2, 109:16, 121:25
**leaves** [2] - 110:4, 151:24
**lee** [1] - 115:23
**left** [8] - 15:15, 20:1, 79:11, 79:13, 92:13, 126:23, 127:12, 140:22
**left-hand** [1] - 140:22
**legal** [4] - 5:19, 33:23, 34:12
**legitimate** [1] - 47:24, 132:3
**Lemus** [3] - 144:14, 144:15, 144:20
**length** [3] - 8:17, 10:2, 12:7
**lengths** [2] - 143:3, 145:5
**lengthy** [1] - 8:7
**Leslie** [1] - 67:14
**less** [2] - 85:11, 144:20

**Lestelle** [5] - 39:6, 39:7, 40:2, 50:10, 70:21
**letter** [1] - 86:10
**level** [26] - 114:8, 114:18, 115:11, 120:13, 121:16, 121:21, 122:25, 140:23, 141:1, 141:4, 142:18, 143:4, 143:6, 143:23, 143:24, 144:1, 144:2, 144:7, 144:8, 144:12, 144:18, 144:19, 144:22, 145:16
**levels** [22] - 54:8, 119:9, 120:17, 121:14, 122:10, 123:14, 123:17, 129:21, 130:1, 130:11, 130:15, 130:16, 130:18, 139:13, 141:12, 142:21, 143:3, 143:16, 144:4, 145:2, 145:3, 145:5
**LFE** [1] - 139:6
**LIABILITY** [1] - 1:5
**liable** [1] - 15:17
**library** [3] - 141:3, 141:4
**licensed** [1] - 71:3
**life** [1] - 54:5
**life's** [1] - 53:23
**light** [1] - 131:8
**likely** [6] - 85:15, 93:24, 93:25, 119:4, 122:20, 135:7
**likewise** [4] - 47:25, 98:18, 98:22, 105:11
**Lil** [1] - 150:25
**limit** [1] - 93:17
**limited** [2] - 53:21, 152:13
**limits** [2] - 93:18, 119:10
**line** [3] - 119:7, 122:7, 126:21
**lines** [1] - 33:17
**link** [2] - 132:16, 136:17
**LinkedIn** [1] - 106:23
**Lisa** [1] - 69:14
**list** [16] - 15:7, 41:12, 41:13, 41:15, 75:20, 75:21, 76:16, 76:18, 76:19, 78:3, 80:3, 83:19, 84:14, 110:25, 111:20,

152:20
**listed** [3] - 41:19, 85:19, 141:7
**listen** [8] - 41:19, 43:13, 47:22, 47:25, 48:17, 100:23, 107:17, 119:12
**listening** [1] - 128:14
**litany** [1] - 143:5
**literature** [1] - 133:7
**litigation** [5] - 20:17, 27:6, 35:25, 65:8, 134:19
**LITIGATION** [1] - 1:5
**live** [7] - 60:8, 81:24, 86:21, 86:22, 127:4, 127:11, 153:2
**lived** [18] - 45:13, 45:25, 76:1, 78:13, 79:15, 79:17, 79:23, 80:16, 80:24, 86:9, 86:24, 89:7, 89:22, 94:8, 117:18, 122:18, 137:6
**lives** [4] - 62:4, 82:12, 82:14, 86:10
**living** [23] - 5:13, 42:22, 59:1, 59:10, 61:12, 77:10, 77:12, 78:23, 87:19, 94:14, 131:21, 136:21, 136:22, 140:3, 140:15, 146:9, 146:20, 146:21, 147:9, 148:23, 148:24, 149:19
**LLC** [3] - 1:9, 66:18, 109:9
**loan** [1] - 68:11
**location** [1] - 89:24
**Logan** [3] - 38:20, 39:5, 70:17
**logic** [1] - 122:10
**logistical** [1] - 100:15
**loiter** [1] - 108:9
**long-term** [2] - 131:4, 149:23
**longest** [1] - 152:2
**look** [9] - 28:10, 78:3, 83:23, 118:9, 130:6, 134:18, 141:3, 142:17, 148:4
**looked** [2] - 15:7, 120:6
**looking** [1] - 90:5
**looks** [3] - 11:2, 20:24, 71:17
**loss** [1] - 53:22
**lost** [2] - 33:8
**Lottie** [1] - 114:3

**louder** [1] - 21:7
**Louis** [15] - 78:22, 79:6, 79:16, 79:21, 80:3, 82:2, 82:4, 83:16, 84:15, 84:16, 85:3, 85:14
**Louis'** [1] - 83:3
**Louisiana** [21] - 5:9, 11:2, 25:19, 33:9, 42:5, 51:3, 60:8, 62:21, 65:2, 82:2, 82:13, 111:25, 112:20, 112:23, 112:25, 113:3, 114:3, 118:22, 144:16, 144:23
**LOUISIANA** [2] - 1:1, 1:6
**Louviere** [6] - 17:16, 64:15, 64:17, 93:3, 98:21, 98:24
**low** [10] - 104:9, 114:20, 114:22, 115:13, 115:15, 115:18, 124:22, 125:2, 125:7, 126:14
**low-formaldehyde-emitting** [4] - 124:22, 125:2, 125:7, 126:14
**lower** [5] - 122:13, 130:1, 144:7, 144:11, 144:22
**Loyola** [1] - 18:5
**lunch** [9] - 108:22, 109:19, 109:21, 109:24, 110:16, 117:2, 135:19, 150:19, 151:21
**luncheon** [1] - 153:8
**lungs** [1] - 124:9
**Lusher** [2] - 11:9, 69:4
**LYON** [1] - 2:3
**Lyon** [3] - 4:17, 14:9, 136:7
**Lyons** [1] - 73:17

## M

**ma'am** [2] - 44:7, 89:1
**mail** [1] - 106:20
**Mail** [1] - 68:23
**main** [1] - 152:25
**maintenance** [2] - 62:25, 65:2
**major** [1] - 12:7
**maker** [1] - 69:6
**male** [2] - 93:12, 93:13
**Mallet** [2] - 41:23, 127:21

**MALLET** [1] - 41:24
**mammogram** [1] - 150:4
**man** [1] - 20:22
**management** [1] - 70:18
**manager** [9] - 29:17, 33:5, 62:14, 65:22, 69:8, 69:21, 69:25, 70:15, 125:10
**managers** [1] - 64:24
**Manhattan** [1] - 112:24
**manner** [1] - 101:5
**manual** [3] - 113:17, 127:8, 145:24
**manufacture** [3] - 112:17, 113:25, 125:5
**manufactured** [1] - 112:5
**manufacturer** [13] - 5:17, 33:18, 54:16, 54:24, 55:16, 57:11, 57:20, 77:18, 85:5, 85:8, 85:11, 88:17, 146:3
**manufacturer's** [1] - 129:9
**manufacturers** [2] - 94:11, 125:21
**March** [3] - 113:5, 121:1, 149:16
**Margaret** [1] - 69:17
**marital** [1] - 61:8
**Mark** [2] - 43:14, 64:17
**mark** [1] - 129:16
**marketplace** [1] - 138:22
**marriage** [2] - 12:23, 67:23
**married** [8] - 61:8, 63:5, 64:20, 65:18, 66:10, 66:19, 67:24, 134:11
**marshal** [2] - 108:8
**Martin** [2] - 43:20, 129:23
**Marullo** [2] - 16:22, 16:23
**Maryland** [1] - 70:12
**mass** [1] - 125:5
**massage** [1] - 71:3
**matching** [1] - 84:20
**material** [5] - 113:23, 118:11, 125:15, 125:20, 126:8
**materials** [4] - 103:9, 121:6, 139:6, 139:7
**math** [1] - 123:11

**mathematics** [1] - 70:8
**matter** [6] - 5:19, 7:12, 28:18, 35:18, 46:17, 99:17
**matters** [5] - 6:23, 103:6, 104:9, 111:1, 152:16
**Maureen** [2] - 9:21, 61:14
**MAY** [2] - 1:6, 4:3
**McCreary** [2] - 43:21, 129:12
**MCCREARY** [1] - 43:21
**McGwin** [4] - 42:6, 42:7, 118:14, 119:3
**MCGWIN** [1] - 42:7
**McNeese** [2] - 43:20, 129:23
**MCNEESE** [1] - 43:20
**MD** [1] - 66:4
**MDL** [1] - 1:5
**mean** [15] - 17:18, 44:11, 54:15, 54:22, 54:25, 55:15, 55:19, 56:8, 58:12, 85:1, 87:5, 116:4, 116:20, 143:16
**means** [4] - 26:15, 56:16, 103:5, 103:16
**meantime** [3] - 91:25, 92:10, 98:20
**measured** [1] - 120:15
**measurement** [2] - 114:13, 115:4
**measurements** [1] - 122:20
**MECHANICAL** [1] - 2:15
**mechanism** [1] - 37:4
**mediation** [1] - 32:14
**medical** [4] - 27:23, 53:22, 66:17, 90:18, 128:6, 132:2, 134:18, 136:19, 142:13, 148:21, 148:23, 149:4, 149:20, 150:8
**medically** [1] - 128:7
**medicine** [2] - 90:11, 146:17
**meet** [2] - 108:19, 134:6
**meetings** [2] - 30:16, 30:24
**Megan** [1] - 42:9
**Melissa** [2] - 66:2, 70:17
**member** [2] - 15:5,

15:19
**members** [2] - 35:15, 78:6
**mental** [1] - 53:20
**mention** [2] - 42:12, 131:21
**mentioned** [11] - 15:4, 29:2, 38:5, 47:20, 49:5, 52:14, 77:22, 91:22, 92:4, 127:15, 136:12
**merely** [1] - 101:25
**merits** [1] - 49:19
**mesothelioma** [1] - 39:11
**messaging** [1] - 106:21
**met** [4] - 48:1, 100:18, 126:19, 134:13
**metabolism** [1] - 142:25
**METAIRIE** [1] - 2:10
**Metairie** [4] - 14:22, 33:3, 67:22, 138:17
**Metairie-based** [1] - 14:22
**meteorologist** [1] - 115:24
**methods** [1] - 123:13
**Michael** [8] - 42:8, 43:23, 43:24, 60:6, 69:7, 69:11, 125:8, 130:17
**microphone** [3] - 61:23, 71:24
**microphones** [1] - 21:8
**mid** [2] - 20:5, 24:18
**midafternoon** [1] - 108:23
**Middle** [1] - 64:16
**middle** [2] - 79:6, 80:19
**midmorning** [1] - 108:20
**might** [14] - 6:24, 7:2, 30:7, 41:14, 60:20, 76:1, 84:23, 90:3, 100:15, 101:21, 102:10, 136:2, 150:3
**Mikal** [2] - 4:14, 14:6
**MIKAL** [1] - 1:17
**Mike** [1] - 12:3
**military** [1] - 65:18
**mill** [2] - 32:17, 32:19
**Miller** [1] - 41:24, 132:7
**million** [1] - 141:18
**mind** [5] - 6:9, 46:24, 58:11, 72:22, 104:6

**mindful** [1] - 100:25
**minds** [1] - 107:13
**mine** [1] - 45:25
**minimum** [3] - 121:16, 121:21, 130:16
**minute** [5] - 117:5, 135:1, 137:8, 149:12, 150:18
**minutes** [14] - 10:18, 108:21, 108:22, 108:23, 108:24, 110:14, 110:16, 117:1, 117:7, 137:13, 150:12, 150:13, 150:16, 152:20
**miscarriage** [1] - 7:5
**misleading** [1] - 7:1
**missed** [1] - 76:15
**mistake** [2] - 98:1, 135:6
**mistakes** [1] - 133:24
**Mixon** [5] - 78:16, 78:18, 78:19, 84:13, 85:19
**MIXON** [1] - 78:17
**mobile** [4] - 50:6, 86:10, 144:9, 144:11
**mock** [1] - 145:7
**mock-ups** [1] - 145:7
**Model** [1] - 114:8
**model** [2] - 113:8, 122:16
**models** [1] - 123:16
**mom** [1] - 82:25
**moment** [3] - 107:13, 107:15, 108:7
**momma** [1] - 121:8
**Monday** [8] - 8:18, 8:24, 10:16, 10:20, 59:25, 60:2, 60:13, 108:15
**MONDAY** [2] - 1:6, 4:3
**monetarily** [1] - 53:18
**money** [5] - 19:4, 51:5, 51:9, 51:14, 51:16
**month** [7] - 52:22, 68:1, 82:6, 82:7, 82:19, 82:20, 83:12
**months** [15] - 63:6, 71:18, 86:24, 87:1, 87:9, 87:11, 113:6, 117:18, 126:6, 127:5, 127:14, 131:22, 147:13, 148:12, 148:13
**moreover** [1] - 96:20
**Morgan** [12] - 110:10, 112:11, 112:14, 138:15, 138:16,

146:4, 146:8, 146:11, 146:12
**MORNING** [2] - 1:11, 4:2
**morning** [30] - 4:8, 4:19, 4:22, 4:24, 5:1, 5:2, 5:9, 7:7, 7:10, 8:12, 8:24, 9:12, 10:19, 14:17, 14:19, 15:11, 21:19, 46:20, 75:24, 86:15, 86:16, 96:8, 97:1, 99:5, 99:7, 101:17, 108:3, 108:13, 119:4, 126:20
**Morris** [2] - 43:22, 131:11
**MORTON** [1] - 2:7
**most** [7] - 5:10, 60:22, 93:23, 119:4, 123:15, 140:16, 142:25
**mother** [4] - 10:3, 30:14, 67:25, 133:15
**motion** [2] - 6:15, 97:10
**motivated** [1] - 97:5
**move** [7] - 36:22, 73:16, 80:6, 93:9, 97:8, 98:18, 131:10
**moved** [7] - 75:5, 122:22, 123:19, 131:12, 139:19, 147:16, 149:17
**moves** [1] - 122:11
**moving** [1] - 139:21
**MR** [125] - 3:9, 3:10, 4:14, 4:17, 4:19, 4:22, 4:24, 5:3, 5:4, 14:6, 14:9, 14:17, 14:19, 14:21, 14:24, 15:1, 46:12, 46:13, 48:7, 48:13, 48:20, 57:15, 57:23, 58:10, 58:15, 58:16, 72:14, 72:17, 72:20, 72:24, 73:6, 73:16, 73:18, 73:19, 73:22, 74:2, 74:3, 74:11, 74:19, 74:21, 74:24, 75:1, 75:3, 75:5, 75:13, 76:7, 76:18, 76:20, 76:23, 77:2, 77:5, 77:8, 77:10, 77:25, 78:12, 78:17, 78:20, 78:23, 79:2, 79:5, 79:10, 79:15, 79:19, 79:21, 79:23, 80:1, 80:4, 80:14, 83:2, 83:5, 83:19, 83:24,

84:11, 84:14, 86:6, 87:23, 88:1, 88:7, 88:12, 88:17, 88:20, 88:25, 89:4, 89:6, 91:6, 91:9, 91:10, 91:11, 91:15, 93:9, 93:14, 94:2, 94:5, 94:20, 94:24, 95:2, 95:15, 95:18, 97:7, 97:13, 97:20, 97:25, 110:11, 110:14, 111:3, 111:5, 111:9, 111:12, 111:14, 116:9, 116:13, 116:18, 117:9, 117:12, 135:2, 135:21, 136:6, 149:13, 150:7, 150:11, 150:14, 152:1, 152:9, 152:23, 153:2
**MRL** [1] - 143:16
**MSDS** [1] - 113:23
**mucosa** [4] - 119:19, 121:20, 125:22
**MULCAHY** [7] - 2:3, 2:4, 4:22, 14:19, 110:11, 116:9, 116:13
**Mulcahy** [6] - 4:22, 14:10, 14:18, 14:19, 14:20, 136:9
**multiple** [3] - 45:10, 45:19, 52:7
**murder** [10] - 16:14, 19:21, 19:22, 20:21, 21:1, 22:18, 24:8, 24:9, 25:14, 25:15
**must** [22] - 49:14, 54:14, 54:22, 55:15, 55:21, 58:8, 102:19, 103:1, 103:3, 103:5, 103:23, 103:24, 104:9, 104:13, 104:19, 105:20, 106:16, 107:13, 107:19, 121:16, 139:11, 139:14
**MySpace** [1] - 106:23
**mystery** [1] - 118:10

### N

**name** [52] - 9:13, 9:17, 12:19, 14:17, 15:4, 33:5, 33:10, 33:11, 42:20, 43:10, 43:11, 61:6, 61:7, 62:2, 62:12, 62:24, 63:14, 63:22, 63:25, 64:12,

64:19, 65:3, 65:14, 65:21, 66:2, 66:6, 66:15, 67:13, 67:20, 68:9, 70:4, 80:19, 83:3, 84:13, 84:25, 85:17, 93:12, 93:13, 98:7, 98:8, 117:24, 118:22, 125:9, 125:10, 126:3, 126:10, 127:21, 130:2, 131:10, 136:7
**named** [4] - 34:14, 34:16, 42:21, 134:5
**names** [11] - 9:13, 13:25, 15:9, 41:12, 41:13, 41:20, 42:12, 43:13, 44:2, 44:11, 78:13
**Naquin** [4] - 63:4, 63:6, 92:23, 98:18
**nasal** [1] - 119:19
**nasopharyngeal** [1] - 124:3
**Nathan** [1] - 42:1
**National** [5] - 70:12, 119:24, 120:1, 124:13, 132:24
**natural** [1] - 118:12
**nature** [2] - 7:10, 18:9
**Navy** [1] - 65:25
**near** [2] - 138:3, 138:17
**necessary** [1] - 107:19
**necessitated** [2] - 128:9, 132:15
**need** [14] - 9:25, 10:3, 12:8, 41:17, 75:9, 99:25, 100:15, 100:18, 111:19, 117:6, 120:24, 123:11, 147:10, 148:25
**needs** [2] - 97:17, 142:23
**negative** [3] - 88:16, 88:20, 144:25
**negatively** [1] - 88:14
**negligent** [1] - 40:5
**neighbors** [1] - 13:11
**Neil** [3] - 25:10, 25:16, 71:8
**networking** [1] - 106:22
**neutral** [1] - 96:1
**never** [23] - 17:18, 21:22, 24:24, 47:5, 47:6, 47:14, 79:17, 79:23, 80:16, 90:8, 90:20, 90:21, 99:12, 125:11, 125:12,

134:17, 136:20, 139:10, 145:10, 145:20, 146:11, 146:12
**Neville** [1] - 66:6
**New** [11] - 14:18, 17:7, 25:12, 29:19, 65:15, 78:23, 78:25, 81:25, 112:25, 113:3, 123:22
**NEW** [3] - 1:6, 2:5, 2:14
**new** [5] - 15:11, 84:11, 84:13, 122:3, 137:5
**news** [1] - 107:17
**newspapers** [1] - 107:16
**next** [29] - 8:18, 9:14, 9:24, 10:16, 10:20, 11:1, 14:2, 15:17, 20:24, 20:25, 32:8, 34:6, 36:22, 44:19, 50:5, 60:2, 61:25, 70:25, 71:1, 74:1, 86:6, 98:17, 98:18, 98:21, 98:24, 108:16, 128:11, 150:24
**Nicholls** [1] - 66:13
**niece** [1] - 78:15
**night** [9] - 62:16, 79:18, 79:19, 80:20, 81:13, 81:24, 99:1, 113:1, 129:4
**nine-year-old** [1] - 62:16
**nineteen** [1] - 114:13
**NO** [2] - 1:5, 1:8
**no-formaldehyde-emitting** [1] - 125:5, 125:7, 127:1, 127:18, 129:18
**nobody** [2] - 77:14, 126:12
**Noel** [3] - 14:10, 27:14, 63:8
**noncompete** [2] - 32:13, 32:20
**none** [2] - 38:16, 77:13
**nonetheless** [1] - 106:3
**nonparties** [2] - 51:21, 52:14
**nonparty** [3] - 51:23, 52:1, 52:25
**nonprofit** [1] - 63:16
**nonrace** [1] - 96:18
**nonrace-based** [1] -

96:18
**noon** [1] - 110:15
**normal** [1] - 142:24
**normally** [1] - 60:20
**Norman** [1] - 71:12
**North** [1] - 63:16
**Northrop** [3] - 29:16, 65:22, 70:9
**nose** [4] - 89:7, 121:20, 137:1, 149:7
**nosebleeds** [2] - 90:8, 90:9
**note** [2] - 94:5, 97:21
**notebook** [1] - 106:25
**notes** [7] - 73:7, 76:24, 106:25, 107:1, 107:5, 107:6
**nothing** [8] - 57:8, 57:16, 96:1, 96:6, 96:13, 121:7, 126:16, 128:25
**notice** [4] - 87:17, 88:12, 107:13, 140:25
**noticed** [1] - 88:1
**notices** [2] - 87:15, 145:22
**notify** [1] - 105:23
**notions** [1] - 49:3
**Notre** [1] - 138:5
**November** [1] - 134:5
**Number** [118] - 9:22, 10:11, 11:14, 13:12, 13:13, 15:13, 16:25, 17:16, 17:24, 18:17, 19:10, 20:1, 20:4, 20:11, 20:24, 22:2, 22:15, 23:16, 23:17, 25:25, 26:18, 27:14, 36:23, 36:24, 37:17, 38:20, 39:6, 42:13, 42:17, 43:2, 45:4, 50:8, 50:9, 50:10, 57:5, 59:15, 61:3, 62:19, 63:4, 63:23, 64:15, 65:4, 65:7, 65:11, 65:14, 66:3, 67:1, 67:13, 67:21, 68:5, 68:10, 68:14, 68:21, 68:24, 69:3, 69:7, 69:11, 69:13, 69:18, 69:24, 70:6, 70:13, 70:17, 70:21, 71:6, 71:8, 71:12, 71:18, 72:13, 72:18, 73:14, 73:16, 73:23, 75:13, 83:25, 84:17, 85:2, 86:6, 86:13, 89:2, 89:4, 89:5, 89:9, 90:5, 91:12,

91:14, 92:19, 92:20, 92:21, 92:22, 92:23, 92:24, 92:25, 93:3, 93:4, 93:5, 93:11, 93:12, 93:15, 94:7, 94:8, 95:6, 95:8, 95:9, 112:2, 114:4, 115:4, 116:13, 116:14, 139:13
**number** [31] - 9:17, 11:1, 12:1, 12:20, 20:19, 21:12, 23:2, 36:10, 38:21, 47:3, 51:25, 60:5, 61:6, 72:11, 73:1, 75:22, 76:25, 85:1, 91:6, 92:23, 94:3, 110:10, 113:18, 116:8, 117:25, 118:23, 124:20, 136:17, 140:5, 140:8
**NUMBERS** [1] - 3:17
**Numbers** [3] - 95:5, 116:13, 116:22
**numbers** [4] - 9:10, 77:7, 93:1, 116:20
**numerically** [1] - 20:2
**numerous** [1] - 29:6
**nurse** [1] - 67:17
**nurse's** [1] - 66:13

### O

**o'clock** [4] - 10:17, 10:19, 59:25, 74:12
**oath** [2] - 6:11, 7:17, 109:3
**object** [6] - 72:24, 74:11, 75:2, 76:20, 80:14, 85:6
**objection** [4] - 73:18, 97:19, 97:20, 103:25
**objections** [3] - 103:21, 103:22, 103:23
**objective** [1] - 148:20
**objectively** [1] - 5:25
**obligated** [1] - 151:12
**obligation** [1] - 100:2
**obligations** [1] - 99:14
**observations** [1] - 83:25
**observed** [1] - 101:1
**obtain** [1] - 103:10
**obtained** [1] - 140:2
**obvious** [1] - 41:21
**obviously** [1] - 83:9
**occasions** [3] - 7:13, 82:8, 147:13

**Occidental** [1] - 66:23
**occupation** [4] - 61:7, 61:16, 61:17
**Occupational** [2] - 119:25, 120:3
**occupations** [1] - 64:3
**occupied** [1] - 113:7
**occur** [1] - 143:17
**occurred** [1] - 90:21
**occurs** [1] - 105:22
**Ochsner** [1] - 66:16
**October** [1] - 147:14
**odor** [2] - 122:4, 123:11
**OF** [5] - 1:1, 1:12, 3:5, 3:7, 3:8
**off-gassed** [2] - 122:9, 122:12
**off-gassing** [1] - 122:11
**offense** [1] - 105:24
**offer** [3] - 110:8, 138:25, 145:7
**office** [5] - 20:7, 29:5, 63:1, 69:21, 100:4
**Office** [1] - 66:22
**OFFICER** [2] - 110:21, 151:22
**officer** [13] - 20:14, 29:7, 29:9, 64:20, 64:22, 65:5, 65:15, 68:11, 100:19, 110:1, 129:12, 129:23, 130:20
**Offices** [1] - 65:4
**OFFICIAL** [1] - 2:13
**official** [1] - 117:4
**often** [2] - 13:10, 82:4
**oil** [1] - 58:3
**old** [15] - 62:16, 64:2, 65:6, 66:19, 66:24, 67:6, 67:7, 68:1, 68:7, 68:12, 70:1, 125:1, 137:17
**older** [3] - 67:22, 79:18, 79:21
**oldest** [3] - 64:4, 70:23, 70:24
**Omni** [1] - 67:17
**once** [7] - 23:19, 68:1, 87:3, 88:10, 92:3, 136:20, 146:8
**one** [103] - 5:24, 6:2, 12:5, 15:10, 18:2, 19:13, 20:25, 21:8, 22:4, 22:25, 23:1, 23:22, 24:8, 24:9, 31:3, 32:15, 34:14, 34:16, 38:4, 38:5, 38:8, 39:8, 42:17,

44:5, 45:6, 46:1, 46:21, 46:25, 51:20, 52:14, 54:18, 54:19, 62:19, 63:1, 63:18, 64:17, 64:21, 64:24, 64:25, 65:17, 66:19, 67:3, 67:6, 67:23, 69:20, 70:1, 70:19, 71:13, 71:14, 73:22, 73:24, 74:2, 74:5, 74:6, 75:16, 78:10, 81:13, 82:22, 83:25, 85:1, 86:6, 87:13, 89:6, 91:4, 91:18, 95:22, 100:10, 101:6, 111:24, 114:10, 114:17, 117:5, 117:23, 118:15, 120:16, 121:13, 124:14, 127:15, 128:14, 128:16, 132:6, 133:10, 133:15, 133:24, 134:11, 134:12, 135:1, 135:7, 140:12, 149:12, 150:11, 150:18
**one-day** [1] - 18:2
**one-hour** [2] - 114:10, 114:17
**one-minute** [2] - 117:5, 150:18
**one-year-old** [1] - 67:6
**ones** [2] - 75:8, 75:10
**ongoing** [5] - 30:10, 32:2, 35:25, 36:6, 50:22
**open** [5] - 58:11, 72:22, 100:23, 114:15, 115:8
**opened** [1] - 151:1
**OPENING** [5] - 3:9, 3:10, 117:11, 135:20, 136:5
**opening** [10] - 101:15, 101:16, 101:18, 101:24, 102:2, 109:23, 110:17, 117:2, 135:18, 136:11
**operate** [1] - 99:9
**operates** [3] - 33:2, 138:7, 150:25
**operation** [1] - 151:2
**operations** [1] - 33:5
**operator** [1] - 68:25
**opinion** [17] - 44:17, 44:18, 45:1, 45:5, 45:6, 47:7, 54:25,

55:25, 56:10, 56:19, 57:1, 57:7, 57:12, 58:13, 59:13, 72:23, 104:18
**opinionated** [1] - 45:18
**opinions** [1] - 94:11
**opportunity** [3] - 102:7, 102:9, 134:23
**opposed** [1] - 84:22
**opposite** [1] - 31:17
**opted** [1] - 33:18
**oral** [1] - 102:12
**ORDER** [1] - 4:4
**order** [8] - 60:3, 63:12, 74:21, 101:6, 101:14, 102:1, 106:25, 129:15
**ordered** [1] - 104:1
**ordinary** [1] - 141:8
**Organization** [2] - 120:4, 124:12
**organized** [2] - 29:21, 133:19
**originally** [2] - 85:24, 86:3
**ORLEANS** [3] - 1:6, 2:5, 2:14
**Orleans** [26] - 14:18, 16:18, 17:7, 18:1, 18:4, 19:14, 20:20, 22:5, 22:23, 23:13, 23:14, 23:18, 25:12, 29:19, 35:24, 65:10, 65:15, 65:16, 78:23, 78:25, 79:4, 81:25, 111:25, 112:25, 113:3, 123:22
**Osegin** [1] - 63:8
**OSHA** [3] - 144:5, 144:6, 144:8
**Osteraas** [2] - 42:3, 42:5
**OSTERAAS** [1] - 42:4
**otherwise** [2] - 9:5, 49:11
**ought** [1] - 76:21
**outcome** [1] - 104:24
**outlet** [1] - 138:17
**outlining** [2] - 101:15, 141:25
**outside** [12] - 36:19, 61:10, 61:11, 64:8, 69:14, 101:3, 103:12, 104:10, 105:16, 107:15, 151:4, 153:2
**overall** [1] - 85:8
**overhear** [1] - 105:22
**overwhelming** [1] -

118:2
**own** [10] - 6:14, 44:14, 63:17, 66:7, 66:18, 67:14, 69:2, 83:1, 107:5
**owned** [2] - 63:17, 137:18
**owner** [10] - 4:21, 13:5, 28:14, 47:5, 47:13, 47:16, 53:10, 68:23, 70:14, 113:17
**owner's** [1] - 127:8
**owners** [4] - 35:12, 35:16, 47:18, 145:24
**ownership** [1] - 72:23
**owns** [1] - 69:1

**P**

**p.m** [3] - 108:23, 108:24, 109:1
**Pacific** [1] - 67:2
**paddle** [5] - 9:16, 23:8, 32:9, 49:23, 61:6
**paddles** [2] - 9:9, 50:3
**page** [2] - 76:23, 76:25
**PAGE** [2] - 3:3, 3:15
**pages** [1] - 133:21
**paid** [3] - 27:11, 119:14, 144:24
**pain** [1] - 53:20
**pains** [1] - 90:12
**paint** [1] - 67:4
**panel** [4] - 72:13, 110:4, 110:23, 151:24
**Papa** [1] - 69:12
**papers** [1] - 87:20
**para** [1] - 64:16
**paramedic** [1] - 66:4
**parent** [1] - 65:13
**parents** [1] - 79:11
**parents'** [1] - 79:13
**Parish** [32] - 16:18, 18:1, 18:4, 19:14, 20:20, 21:2, 21:3, 22:5, 22:24, 23:13, 24:17, 24:19, 25:2, 25:13, 25:20, 26:3, 33:7, 35:24, 36:15, 36:16, 62:6, 62:13, 64:21, 64:23, 65:10, 65:16, 67:15, 71:14, 78:24, 79:2, 79:4, 111:25
**parish** [2] - 31:2, 34:15
**parishes** [1] - 79:1

**park** [1] - 68:12
**parking** [3] - 34:25, 60:22
**parole** [1] - 65:5
**part** [27] - 26:21, 26:23, 26:24, 30:3, 30:7, 32:12, 38:1, 45:21, 51:23, 52:9, 54:1, 57:22, 75:6, 75:7, 76:1, 94:21, 97:14, 97:17, 99:10, 132:25, 142:24, 143:5, 143:14, 143:19, 152:8, 152:9, 152:17
**partial** [1] - 106:4
**participants** [1] - 101:11
**participate** [1] - 99:21
**participated** [2] - 26:10, 26:14
**particle** [1] - 125:3, 125:21
**particleboard** [6] - 124:24, 125:14, 126:1, 126:25, 129:18, 129:19
**particular** [4] - 8:10, 128:19, 142:13, 142:14
**particularly** [2] - 73:9, 105:20
**parties** [17] - 6:16, 6:18, 46:21, 51:21, 52:12, 72:12, 101:3, 101:10, 102:14, 104:25, 105:8, 105:18, 105:19, 105:25, 111:1, 111:18, 111:22
**partner** [1] - 69:5
**parts** [16] - 60:21, 112:16, 114:9, 114:18, 115:11, 121:17, 121:21, 122:15, 122:23, 123:1, 123:3, 130:11, 130:13, 130:14, 141:17
**party** [9] - 6:15, 26:11, 26:15, 28:13, 34:8, 41:9, 62:15, 104:14, 126:18
**pass** [4] - 21:9, 61:23, 61:25, 63:12
**passed** [2] - 30:25, 33:14
**passenger** [2] - 31:23, 37:21
**passing** [1] - 64:7

**passion** [1] - 6:1
**past** [2] - 33:1, 128:6
**pathology** [5] - 149:5, 149:6, 149:8, 149:13, 150:8
**patience** [1] - 72:2
**patient** [3] - 43:5, 91:25, 99:5
**Patricia** [6] - 41:24, 42:20, 42:21, 42:22, 118:22, 123:21
**Patterson** [3] - 66:6, 93:5, 98:23
**Paul** [3] - 41:23, 65:11, 122:25
**pay** [1] - 48:10
**payroll** [1] - 71:9
**pays** [1] - 100:22
**peers** [1] - 80:16
**Peggy** [1] - 71:6
**Pelafigue** [4] - 12:2, 12:3, 69:7
**pen** [1] - 106:25
**pending** [4] - 28:3, 31:25, 34:15
**people** [31] - 9:9, 38:22, 41:14, 41:15, 44:1, 45:12, 45:13, 47:17, 52:11, 73:23, 76:17, 78:6, 85:18, 92:7, 93:16, 98:7, 99:8, 118:25, 125:18, 127:4, 127:10, 128:24, 129:2, 129:20, 131:5, 131:9, 133:23, 135:5, 138:4, 147:7
**PEPPER** [1] - 2:13
**per** [14] - 110:16, 114:9, 114:18, 115:11, 121:17, 121:21, 122:15, 122:23, 123:1, 123:3, 130:11, 130:13, 130:14, 141:17
**percent** [3] - 114:12, 115:3, 115:22
**percentage** [2] - 52:16, 53:2
**percentages** [4] - 51:24, 52:3, 52:10, 52:23
**perceptible** [1] - 96:15
**peremptory** [5] - 6:17, 7:4, 91:23, 93:11, 97:6
**perfect** [1] - 7:20
**perform** [1] - 147:4

**performed** [2] - 114:7, 144:15
**perhaps** [2] - 26:17, 93:22
**period** [15] - 89:17, 114:19, 114:23, 114:25, 115:12, 115:14, 115:19, 115:20, 120:21, 120:22, 122:21, 122:24, 123:1, 123:17, 148:15
**permanent** [1] - 150:9
**permission** [1] - 7:11
**person** [14] - 38:6, 40:5, 61:25, 74:6, 85:9, 85:11, 96:2, 103:17, 105:10, 105:11, 128:14, 130:6, 142:15, 142:16
**person's** [1] - 40:6
**personal** [13] - 7:10, 11:17, 14:15, 23:25, 37:19, 37:20, 37:23, 38:1, 38:8, 48:16, 50:24, 104:14, 107:5
**personally** [8] - 12:24, 13:5, 14:3, 28:13, 34:8, 34:16, 38:23, 73:17
**persons** [4] - 51:25, 52:7, 97:2, 101:3
**perspective** [3] - 140:22, 141:24, 142:7
**persuasive** [1] - 143:22
**pertinent** [1] - 33:22
**pet** [1] - 69:21
**Peter** [3] - 36:12, 57:6, 69:13
**Petroleum** [1] - 71:10
**PFISTER** [1] - 2:7
**Ph.D** [1] - 115:24
**pharmacist** [1] - 67:21
**Pharmacy** [1] - 33:3
**pharmacy** [1] - 33:19
**Phen** [1] - 33:16
**Philip** [1] - 42:2
**phone** [3] - 106:20, 109:16, 109:18
**phones** [2] - 106:14, 109:15
**photo** [1] - 140:22
**phrase** [1] - 139:3
**physical** [1] - 53:20
**physically** [1] - 45:19
**physicians** [4] - 136:21, 137:4,

146:16, 149:1
**picked** [2] - 26:5, 112:22
**picks** [1] - 148:17
**pickup** [1] - 137:19
**picture** [2] - 142:2, 142:3
**piece** [2] - 58:5, 149:4
**pieces** [3] - 121:5, 140:15, 140:16
**pileup** [1] - 38:22
**PINEDO** [1] - 1:20
**Pink** [1] - 64:20
**Pitre** [7] - 61:25, 62:2, 62:8, 62:9, 92:20, 98:17
**Pivach** [2] - 67:11
**place** [7] - 46:1, 46:7, 46:25, 121:3, 124:18, 125:1
**placed** [1] - 105:16
**places** [3] - 51:2, 145:15, 151:6
**plaintiff** [62] - 4:15, 5:11, 5:22, 12:21, 18:13, 19:3, 19:6, 19:7, 26:15, 33:23, 33:24, 34:1, 34:11, 34:20, 36:13, 38:6, 38:7, 47:23, 48:1, 48:13, 49:18, 51:5, 51:8, 51:10, 51:15, 51:16, 51:20, 51:23, 52:1, 52:8, 52:9, 52:11, 53:7, 53:17, 53:19, 54:11, 54:14, 54:22, 55:5, 55:14, 58:20, 58:23, 59:2, 59:4, 59:7, 59:11, 72:17, 74:18, 75:18, 80:6, 85:15, 85:22, 93:17, 93:22, 101:15, 111:24, 112:2, 117:4, 133:17, 134:5, 139:11, 139:14
**PLAINTIFF** [1] - 1:16
**plaintiff's** [16] - 54:7, 91:19, 101:16, 102:5, 102:6, 133:19, 133:25, 134:9, 138:19, 143:2, 143:12, 143:14, 144:24, 144:5, 145:7, 152:17
**plaintiffs** [11] - 39:9, 75:19, 78:2, 93:9, 102:2, 102:9, 136:13, 136:16, 138:25, 143:5,

143:18
**plant** [4] - 125:10, 125:14, 126:12, 126:13
**platform** [1] - 58:5
**plausibility** [1] - 118:20
**play** [2] - 128:13, 128:20
**plea** [1] - 24:21
**pleasures** [1] - 53:23
**pled** [3] - 24:19, 40:11, 40:12
**plenty** [1] - 10:21
**plumber** [1] - 64:5
**plus** [2] - 140:12
**Plus** [1] - 63:23
**PM** [1] - 113:8
**PMFH** [1] - 112:4
**point** [38] - 10:17, 17:17, 17:18, 21:9, 45:8, 46:14, 47:10, 48:22, 57:3, 58:18, 72:9, 86:18, 89:14, 91:20, 92:15, 96:9, 96:13, 96:20, 98:3, 98:11, 100:14, 100:17, 101:21, 109:2, 109:13, 110:3, 110:19, 110:22, 111:7, 111:15, 116:4, 134:12, 135:12, 147:1, 147:14, 149:2, 151:23, 153:7
**pointing** [1] - 53:15
**points** [1] - 148:3
**police** [5] - 20:14, 29:7, 64:20, 64:22, 65:15
**policy** [2] - 124:21, 126:13
**Polk** [2] - 43:14, 129:16
**POLK** [1] - 43:14
**polyps** [1] - 149:10
**Pontchartrain** [1] - 123:22
**pool** [3] - 7:17, 80:9, 85:15
**port** [1] - 70:25
**position** [3] - 54:10, 101:24, 105:16
**possibility** [3] - 105:21, 108:16, 108:17
**possible** [5] - 72:8, 99:15, 100:12, 117:8, 117:15
**possibly** [1] - 75:18

**post** [4] - 11:7, 20:6, 29:4, 63:1
**posted** [1] - 113:20
**PowerPoint** [1] - 117:14
**POYDRAS** [2] - 2:5, 2:13
**Poydras** [2] - 18:5, 136:9
**ppb** [3] - 114:10, 114:18, 115:11
**ppm** [24] - 140:1, 140:4, 140:7, 140:23, 140:25, 141:2, 141:3, 141:5, 141:9, 141:14, 142:10, 142:25, 143:4, 143:23, 144:1, 144:7, 144:8, 144:10, 144:12, 144:18, 144:20, 145:16
**practice** [1] - 34:4
**preadmit** [2] - 116:8, 116:10
**precise** [1] - 117:14
**preexisting** [4] - 52:17, 53:5, 128:4, 132:8
**prefer** [1] - 21:8
**prejudice** [2] - 6:1, 104:14
**prejudices** [1] - 49:10
**prepare** [1] - 11:7
**prepared** [3] - 5:1, 130:10, 130:21
**prescription** [1] - 147:18
**prescriptions** [4] - 147:20, 147:21, 147:22
**present** [4] - 29:17, 102:12, 102:13, 146:18
**presentation** [1] - 104:17
**presented** [8] - 6:3, 49:1, 49:12, 52:19, 53:6, 103:4, 107:20, 107:25
**presently** [1] - 65:16
**president** [7] - 4:21, 13:4, 34:10, 35:13, 62:4, 68:10, 69:19
**Press** [1] - 68:22
**press** [1] - 33:16
**pressurization** [1] - 145:1
**pretrial** [4] - 74:6, 80:15, 85:25, 152:6

**pretty** [4] - 69:10, 83:2, 108:18, 139:24
**prevail** [2] - 19:7, 139:11
**prevailed** [1] - 19:3
**prevalence** [2] - 118:18, 119:1
**prevalent** [1] - 140:18
**prevent** [3] - 45:2, 96:6, 96:13
**previous** [3] - 67:22, 84:19, 134:8
**previously** [3] - 33:7, 75:14, 103:18
**primarily** [2] - 118:21, 124:12
**printing** [1] - 68:22
**priority** [1] - 88:5
**probability** [1] - 105:1
**probable** [3] - 132:23, 133:3, 133:8
**probation** [2] - 62:7, 65:5
**problem** [16] - 11:24, 45:1, 49:4, 49:9, 49:12, 51:6, 52:13, 52:23, 54:2, 97:15, 100:15, 126:8, 129:25, 130:7, 131:5, 131:7
**problems** [14] - 12:17, 118:8, 118:19, 119:2, 119:20, 121:19, 124:2, 125:22, 125:23, 130:19, 131:23, 136:23, 136:24, 149:2
**procedure** [9] - 147:5, 147:7, 147:10, 149:6, 149:16, 149:18, 149:19, 149:23
**proceed** [6] - 5:2, 8:16, 101:14, 110:24, 117:9, 136:4
**proceeding** [1] - 30:8
**proceedings** [18] - 45:8, 46:14, 47:10, 48:22, 57:3, 58:18, 72:9, 91:20, 92:15, 98:3, 98:11, 110:3, 110:19, 110:22, 111:7, 111:15, 151:23, 153:7
**PROCEEDINGS** [3] - 1:12, 2:15, 4:1
**process** [15] - 8:3, 8:14, 8:15, 52:10, 72:2, 76:2, 86:2,

91:22, 93:8, 96:8, 98:6, 99:7, 99:21, 100:12, 116:21
**proclivity** [1] - 85:9
**procurements** [1] - 57:25
**produce** [1] - 125:5
**PRODUCED** [1] - 2:16
**product** [6] - 125:18, 126:5, 127:9, 131:18, 138:9, 138:22
**production** [2] - 70:15, 125:10
**products** [3] - 113:24, 122:8, 127:23
**PRODUCTS** [1] - 1:4
**professional** [1] - 65:13
**professor** [5] - 70:7, 70:10, 118:5, 123:22, 127:7
**profile** [3] - 119:8, 119:17
**progeny** [1] - 93:10
**Program** [2] - 120:2, 132:25
**program** [1] - 129:23
**project** [1] - 122:20
**promise** [1] - 8:19
**pronounce** [1] - 125:9
**pronouncing** [2] - 43:16, 43:24
**proof** [4] - 104:3, 104:5, 121:13, 126:16
**proper** [1] - 97:5
**property** [3] - 50:15, 50:16, 90:1
**propounded** [3] - 6:22, 7:21, 72:20
**PROSPECTIVE** [300] - 9:21, 10:5, 10:7, 10:12, 10:22, 11:3, 11:9, 11:11, 11:16, 12:3, 13:13, 13:16, 13:18, 13:20, 14:14, 15:24, 16:3, 16:5, 16:9, 16:14, 16:16, 16:19, 16:21, 17:2, 17:6, 17:9, 17:11, 17:14, 17:17, 17:22, 17:25, 18:6, 18:8, 18:10, 18:14, 18:18, 18:24, 19:7, 19:11, 19:15, 19:18, 19:21, 19:23, 20:5, 20:9, 20:12, 20:20, 21:1, 21:5, 21:13, 21:16, 21:19, 21:25, 22:3,

22:6, 22:8, 22:10, 22:12, 22:17, 22:23, 23:3, 23:9, 23:14, 23:17, 23:22, 24:2, 24:6, 24:8, 24:11, 24:16, 24:23, 24:25, 25:4, 25:6, 25:11, 25:18, 26:1, 26:6, 26:9, 26:20, 26:25, 27:4, 27:9, 27:11, 27:14, 27:21, 28:2, 28:6, 28:15, 28:19, 28:22, 29:4, 29:11, 29:13, 29:16, 29:24, 30:4, 30:6, 30:9, 30:14, 30:23, 31:7, 31:11, 31:17, 31:20, 31:23, 32:2, 32:6, 32:10, 32:22, 32:25, 34:10, 34:19, 34:24, 35:6, 35:9, 35:11, 35:22, 36:2, 36:5, 36:7, 36:12, 36:18, 36:24, 37:6, 37:9, 37:11, 37:14, 37:18, 38:7, 38:12, 38:18, 38:21, 39:4, 39:7, 39:11, 39:14, 39:18, 39:25, 40:4, 40:10, 40:15, 40:18, 40:21, 41:2, 42:14, 42:16, 42:19, 42:23, 42:25, 43:3, 43:5, 43:7, 44:4, 44:8, 45:5, 45:10, 45:23, 47:4, 47:13, 48:4, 48:12, 48:19, 49:25, 50:20, 50:22, 51:12, 53:9, 53:13, 54:17, 54:25, 55:24, 56:7, 56:19, 56:25, 57:6, 57:18, 58:2, 58:12, 59:3, 59:12, 59:16, 60:6, 60:8, 60:11, 60:15, 61:14, 61:17, 62:2, 62:10, 62:12, 62:18, 62:24, 63:4, 63:8, 63:14, 63:22, 63:25, 64:4, 64:9, 64:12, 64:15, 64:19, 65:3, 65:7, 65:11, 65:14, 65:21, 66:2, 66:6, 66:9, 66:11, 66:15, 66:21, 67:1, 67:11, 67:13, 67:20, 68:4, 68:9, 68:14, 68:17, 68:19, 68:21, 68:24, 69:3, 69:7, 69:11, 69:13, 69:17, 69:24, 70:4, 70:6, 70:13, 70:17, 70:21, 71:6,

71:8, 71:12, 71:15, 71:17, 71:22, 76:4, 76:12, 76:14, 77:4, 77:12, 77:17, 77:20, 77:24, 78:9, 78:11, 78:15, 78:18, 78:21, 78:25, 79:4, 79:8, 79:13, 79:17, 79:20, 79:22, 79:25, 81:15, 81:18, 81:20, 81:23, 82:1, 82:5, 82:9, 82:11, 82:13, 82:18, 82:20, 82:24, 83:4, 83:6, 86:16, 86:20, 86:23, 87:2, 87:7, 87:11, 87:18, 87:25, 88:4, 88:9, 88:14, 88:19, 88:23, 89:12, 89:16, 89:19, 89:23, 89:25, 90:7, 90:16, 90:20, 90:25, 91:3
**prospective** [3] - 6:9, 94:6, 96:7
**Protection** [2] - 120:2, 132:22
**prove** [5] - 48:14, 134:18, 136:18, 139:11, 139:14
**proven** [1] - 53:18
**provide** [2] - 129:9, 146:5
**provided** [29] - 5:14, 5:17, 8:8, 50:6, 54:13, 54:21, 55:5, 55:9, 55:11, 55:14, 55:18, 55:21, 56:5, 56:11, 58:22, 59:1, 59:6, 59:10, 83:20, 106:25, 112:1, 113:10, 113:14, 113:21, 117:19, 126:9, 138:15, 145:21, 145:24
**providers** [1] - 113:24
**provision** [1] - 112:11
**prudent** [1] - 85:22
**psychologist** [1] - 42:15
**publicity** [1] - 107:12
**published** [1] - 127:16
**pull** [2] - 136:1, 136:3
**pungent** [1] - 122:4
**purchase** [1] - 32:13
**purchased** [2] - 32:11, 32:16
**purpose** [3] - 6:8, 40:24, 145:18
**purposes** [2] - 13:25, 100:10
**put** [20] - 6:12, 15:20,

46:25, 47:22, 48:16, 49:17, 73:4, 75:9, 87:3, 87:4, 90:1, 91:15, 109:23, 110:15, 126:2, 127:7, 127:8, 138:22, 141:24, 152:2
**puts** [1] - 140:21
**putting** [8] - 49:9, 52:17, 53:4, 95:19, 126:1, 137:18, 142:6, 143:14

# Q

**qualifications** [2] - 6:5, 7:22
**qualified** [2] - 5:23, 5:24
**qualifies** [2] - 26:20, 36:25
**qualify** [1] - 37:3
**quality** [2] - 138:25, 139:2
**Quarter** [1] - 68:2
**questionable** [1] - 85:9
**questioned** [5] - 17:19, 26:6, 86:1, 95:20, 95:25
**questioning** [7] - 72:21, 86:2, 95:8, 95:17, 96:7, 96:14, 96:16
**questionnaire** [25] - 8:6, 73:1, 73:7, 73:8, 75:12, 75:17, 75:25, 76:6, 76:22, 77:3, 84:1, 84:10, 86:8, 86:17, 89:13, 90:4, 90:6, 93:15, 94:17, 96:1, 96:2, 96:3, 96:4, 99:6
**questionnaires** [4] - 8:5, 94:6, 97:14, 97:16
**questions** [26] - 6:12, 6:21, 7:6, 7:21, 8:13, 11:20, 12:11, 12:12, 12:19, 46:11, 48:6, 48:20, 57:14, 58:15, 61:1, 61:15, 76:3, 80:1, 80:5, 80:19, 80:23, 86:12, 87:22, 96:12, 133:22, 134:2
**quick** [3] - 83:19, 92:8, 111:4
**quickly** [7] - 9:13, 72:8, 91:5, 91:19,

92:5, 110:10, 149:15
**quietly** [1] - 72:6
**quite** [1] - 147:7
**quitely** [1] - 72:7

# R

**race** [7] - 96:1, 96:2, 96:8, 96:14, 96:16, 97:3, 97:4
**radio** [1] - 107:18
**rail** [1] - 68:25
**Railroad** [1] - 67:3
**raise** [8] - 7:19, 12:13, 12:19, 62:20, 66:5, 81:6, 109:5, 143:6
**raised** [2] - 85:24, 86:3
**raising** [1] - 79:11
**Ramirez** [2] - 29:15, 65:21
**RANDALL** [1] - 2:4
**Randall** [1] - 126:19
**Randy** [17] - 4:20, 4:22, 13:7, 14:19, 136:8, 137:15, 137:16, 137:24, 138:1, 138:7, 138:13, 138:14, 138:19, 138:23, 139:5, 145:10, 146:8
**Randy's** [2] - 137:21, 139:1
**ranger** [1] - 68:12
**rather** [5] - 78:4, 85:12, 85:17, 85:20
**rats** [1] - 132:22
**ray** [1] - 69:15
**RBD** [30] - 5:16, 13:5, 48:14, 112:6, 112:9, 112:12, 112:16, 112:19, 112:22, 113:1, 113:4, 113:17, 113:18, 113:22, 113:25, 114:3, 114:6, 139:2, 139:7, 139:9, 145:19, 145:20, 145:24, 145:25, 146:3, 146:12, 146:13
**RE** [1] - 1:4
**reach** [2] - 24:24, 107:24
**reaching** [1] - 49:4
**read** [14] - 12:14, 41:12, 43:10, 46:16, 54:19, 107:6, 107:16, 110:12,

110:25, 111:20, 111:21, 120:24, 126:20, 130:5
**reading** [3] - 77:18, 135:10, 141:16
**readings** [1] - 140:1
**ready** [10] - 4:15, 30:18, 74:13, 109:25, 121:2, 151:9, 151:13, 152:4, 153:1, 153:4
**real** [18] - 11:25, 37:1, 37:12, 83:19, 111:3, 134:13, 136:10, 136:15, 136:19, 137:13, 138:21, 138:23, 140:8, 145:13, 145:14, 145:15
**realize** [2] - 116:3, 116:19
**really** [6] - 9:9, 18:14, 135:24, 141:23, 144:14, 148:16
**realtor** [1] - 70:7
**reason** [11] - 6:19, 6:24, 26:1, 46:23, 47:1, 59:20, 83:8, 101:9, 106:1, 108:5, 132:10
**reasonable** [1] - 102:25
**reasonably** [2] - 74:13, 133:1
**reasons** [5] - 80:15, 96:18, 97:4, 103:24, 121:9
**rebuilding** [2] - 30:16, 31:1
**rebuttal** [1] - 102:10
**Rec** [11] - 118:3, 120:23, 124:21, 125:21, 125:25, 126:12, 127:7, 127:24, 128:12, 129:1, 131:16
**receive** [3] - 66:4, 87:15, 105:15
**received** [5] - 84:7, 86:10, 112:21, 139:20, 147:22
**receiving** [3] - 88:4, 126:23, 147:19
**recent** [1] - 95:23
**recently** [3] - 43:6, 65:23, 95:3
**recess** [4] - 108:4, 110:20, 153:6, 153:8
**recognize** [3] - 15:9, 48:8, 106:14

**recollection** [1] - 40:22
**recommended** [1] - 119:10
**record** [14] - 13:25, 15:9, 75:6, 75:7, 75:9, 85:24, 94:22, 95:10, 95:19, 97:8, 97:15, 97:17, 104:1, 109:23
**RECORDED** [1] - 2:15
**records** [4] - 128:6, 134:18, 147:18, 147:19
**recover** [1] - 53:20
**recovered** [1] - 71:19
**RECREATION** [1] - 1:9
**Recreation** [28] - 4:12, 4:18, 4:20, 4:21, 4:23, 4:25, 5:16, 7:23, 13:3, 13:8, 51:19, 54:16, 54:24, 55:16, 84:22, 109:9, 112:5, 124:19, 136:8, 136:14, 137:15, 137:16, 138:1, 138:2, 138:11, 140:6, 140:7, 143:20
**recross** [1] - 152:14
**redirect** [1] - 102:4
**refer** [1] - 5:16
**reference** [1] - 103:9
**referred** [2] - 112:10, 146:16
**referring** [2] - 9:9, 77:22
**refers** [1] - 112:6
**refreshments** [1] - 108:12
**regard** [8] - 7:15, 31:21, 47:19, 73:14, 74:9, 86:4, 116:7, 152:5
**regarding** [8] - 28:3, 28:5, 87:16, 94:9, 94:11, 113:19, 146:6
**regardless** [2] - 96:7, 96:14
**regards** [1] - 110:6
**region** [1] - 113:13
**registered** [1] - 67:17
**Registry** [1] - 120:5
**regular** [4] - 16:2, 144:16, 144:19, 147:23
**regulates** [2] - 144:6, 144:9
**regulation** [2] - 143:9,

143:10
**rehash** [1] - 142:2
**Reich** [2] - 4:15, 14:7
**REICH** [9] - 1:23, 1:23, 46:13, 48:20, 58:15, 72:17, 72:20, 73:19, 91:11
**reinstatement** [1] - 97:9
**reiterated** [1] - 133:12
**related** [6] - 12:23, 28:12, 33:1, 85:21, 149:19, 149:23
**RELATES** [1] - 1:7
**relating** [2] - 44:13, 147:18
**relation** [2] - 80:10, 104:24
**relationship** [7] - 14:15, 73:19, 80:25, 83:9, 83:14, 118:16, 118:17
**relative** [5] - 80:7, 114:12, 115:2, 115:3, 115:22
**relatives** [5] - 75:18, 75:25, 76:9, 84:7, 106:8
**release** [1] - 130:7
**released** [2] - 17:19, 108:25
**relevant** [1] - 144:4
**reliable** [2] - 60:15, 123:15
**relied** [1] - 129:8
**relieved** [1] - 128:22
**relocate** [2] - 98:9, 98:14
**rely** [2] - 119:22, 129:11
**remain** [2] - 108:6, 108:7
**remained** [1] - 146:24
**Remanufacturers** [1] - 69:8
**remark** [1] - 104:16
**remarks** [1] - 105:22
**remember** [3] - 23:24, 24:7, 25:5
**remind** [2] - 101:18, 150:20
**reminding** [1] - 74:7
**remodeling** [1] - 30:25
**remodels** [1] - 68:19
**remote** [1] - 80:21
**render** [6] - 6:2, 21:22, 48:17, 48:25, 59:21, 109:9
**rendered** [1] - 106:10
**rendering** [1] - 52:9

**rep** [1] - 69:1
**repair** [2] - 66:10, 117:25
**repeat** [3] - 51:12, 54:17, 59:3
**rephrase** [1] - 55:3
**report** [11] - 99:8, 99:20, 99:24, 105:14, 115:25, 130:11, 149:5, 149:7, 149:13, 150:8, 150:22
**reporter** [1] - 31:6
**REPORTER** [1] - 2:13
**reports** [2] - 107:18, 129:2
**represent** [1] - 136:7
**representative** [1] - 115:25
**representatives** [2] - 34:13, 105:9
**represented** [3] - 15:5, 27:15, 27:22
**representing** [1] - 29:19
**request** [1] - 7:11
**require** [1] - 84:20
**required** [4] - 51:24, 107:1, 108:5, 132:11
**requirement** [1] - 139:7
**requiring** [2] - 124:22, 126:13
**Research** [2] - 124:11, 133:2
**research** [2] - 103:6, 126:21
**reside** [3] - 50:5, 87:5, 89:17
**resided** [7] - 77:23, 77:24, 78:1, 86:18, 87:5, 89:14, 113:4
**residence** [3] - 90:15, 90:17, 145:18
**resident** [1] - 111:24
**residents** [7] - 113:11, 113:13, 130:22, 130:25, 131:4, 145:22, 146:6
**residing** [1] - 5:7
**resins** [1] - 112:18
**resolution** [1] - 37:4
**resolve** [2] - 27:18, 99:18
**resolved** [5] - 27:10, 27:16, 27:18, 27:19, 39:3
**resort** [1] - 129:15
**respect** [19] - 73:22, 84:8, 88:6, 93:10,

93:14, 94:9, 97:18, 117:21, 118:1, 118:11, 118:12, 120:9, 120:20, 126:21, 127:13, 129:6, 129:8, 129:14

**respectful** [1] - 151:10

**respective** [2] - 101:24, 102:14

**respiratory** [9] - 118:8, 118:16, 118:19, 118:20, 119:1, 119:20, 124:2, 125:22, 130:19

**respond** [7] - 9:11, 9:15, 9:20, 15:18, 73:12, 73:13, 99:20

**responding** [2] - 73:2, 100:1

**response** [19] - 7:9, 10:9, 72:18, 72:24, 72:25, 83:25, 84:5, 86:8, 93:14, 93:15, 94:5, 94:6, 94:10, 113:16, 118:17, 142:11, 142:12, 142:17, 142:21

**response)** [6] - 13:16, 16:6, 16:12, 16:21, 88:9, 90:7

**responses** [3] - 73:9, 84:14, 94:17

**responsibilities** [1] - 100:25

**responsibility** [2] - 33:19, 128:12

**responsible** [3] - 5:25, 52:4, 52:8

**rest** [1] - 99:4

**restaurant** [2] - 68:7, 70:19

**restroom** [4] - 90:25, 92:1, 92:5, 92:7

**restrooms** [1] - 108:11

**result** [21] - 5:20, 7:2, 7:4, 19:16, 21:20, 24:10, 24:24, 27:6, 32:15, 41:8, 49:22, 50:4, 50:13, 58:25, 128:8, 140:1, 140:2, 140:4, 140:8, 144:22

**resulted** [3] - 59:9, 114:17, 115:10

**results** [1] - 139:22

**resume** [1] - 109:22

**retail** [4] - 64:24, 67:21, 70:18, 138:16

**retire** [1] - 102:18

**retired** [10] - 20:14,

44:8, 63:17, 64:20, 65:15, 67:2, 67:15, 70:7, 71:7

**return** [6] - 9:1, 9:2, 92:5, 100:4, 108:25, 110:5

**review** [3] - 75:21, 116:5, 118:7

**Reynolds** [2] - 61:18

**rhinosinusitis** [8] - 128:5, 128:9, 131:24, 132:6, 132:8, 132:12, 132:14, 132:15

**Rice** [1] - 127:7

**Richard** [7] - 11:2, 11:3, 11:8, 22:22, 22:23, 43:2, 69:3

**Rick's** [1] - 62:25

**ring** [1] - 42:11

**ringing** [1] - 42:11

**rise** [9] - 4:7, 7:18, 9:16, 12:23, 109:4, 109:5, 110:21, 151:22, 153:6

**risk** [1] - 80:21

**Rita** [6] - 49:22, 50:4, 50:7, 50:24, 112:12, 113:16

**RMR** [1] - 2:13

**RN** [1] - 70:2

**robbery** [5] - 19:12, 19:13, 22:4, 23:4, 23:10

**Robert** [5] - 42:2, 42:6, 62:12, 65:21, 126:11

**Rochester** [1] - 70:11

**role** [3] - 12:6, 128:13, 128:20

**roll** [2] - 108:17, 153:5

**Rollins** [1] - 71:10

**Ronald** [1] - 42:6

**roof** [3] - 87:3, 87:4, 88:5

**room** [15] - 72:5, 92:2, 92:12, 100:16, 102:18, 106:22, 107:3, 108:6, 108:10, 109:17, 132:1, 140:15, 151:8, 151:9, 151:19

**ROOM** [1] - 2:13

**Rosie** [3] - 18:18, 65:3, 75:13

**Rouge** [2] - 112:20, 112:23

**row** [27] - 15:14, 15:16, 15:23, 16:24, 16:25, 19:25, 20:24,

22:14, 22:15, 23:5, 23:7, 25:22, 25:23, 26:13, 27:25, 28:24, 28:25, 29:1, 32:8, 35:20, 35:21, 36:10, 36:21, 36:22

**Royal** [1] - 68:2

**RTA** [1] - 68:25

**rule** [3] - 10:18, 103:21, 126:18

**ruled** [2] - 35:23, 75:10

**rules** [1] - 103:20

**ruling** [5] - 75:8, 96:5, 97:7, 103:24, 104:16

**run** [7] - 10:14, 12:2, 67:21, 84:12, 139:24, 149:15, 149:25

**runny** [1] - 137:1

**runs** [1] - 33:2

**rush** [3] - 152:1, 152:5, 152:21

**Rush** [16] - 4:20, 13:4, 13:6, 13:7, 46:22, 126:19, 137:15, 137:16, 138:13, 138:14, 138:19, 138:23, 139:5, 145:10, 146:8, 152:15

**Rush's** [2] - 136:8, 138:7

**rush's** [1] - 152:6

**Russel** [1] - 68:21

## S

**sacrifice** [1] - 135:23

**safe** [5] - 83:21, 109:17, 129:9, 139:1, 145:17

**safely** [15] - 54:15, 54:23, 55:8, 55:10, 55:15, 55:19, 55:20, 55:21, 55:22, 56:9, 56:12, 56:13, 56:17

**Safety** [2] - 119:25, 120:3

**safety** [7] - 93:20, 94:8, 113:23, 118:11, 125:15, 125:20, 126:8

**sake** [1] - 15:9

**sale** [2] - 32:15, 33:6

**sales** [5] - 67:4, 68:22, 69:1, 69:25, 70:1

**salesman** [1] - 69:14

**salt** [1] - 120:7

**sample** [4] - 114:14, 114:17, 115:6, 115:10

**samples** [4] - 119:9, 119:10, 120:10, 120:19

**sampling** [4] - 114:24, 114:25, 115:19, 115:20

**SAN** [2] - 1:18, 1:24

**Sandra** [2] - 43:15, 121:24

**sandwiches** [1] - 151:2

**sat** [3] - 16:17, 24:4, 41:1

**save** [1] - 8:11

**saved** [1] - 71:17

**Schafer** [1] - 65:9

**schedule** [5] - 8:25, 11:18, 11:24, 59:25, 108:19

**scheduled** [3] - 9:7, 10:20, 11:17

**Schellhaas** [1] - 62:12

**schellhaas** [1] - 98:13

**Schilligo** [2] - 43:16, 43:17

**SCHILLIGO** [1] - 43:17

**Schlumberger** [1] - 66:12

**School** [3] - 64:16, 69:5, 69:9

**school** [21] - 10:1, 10:13, 11:4, 11:5, 11:7, 11:12, 13:14, 13:18, 14:15, 61:20, 64:18, 66:3, 66:14, 67:2, 67:23, 69:9, 70:20, 71:4, 74:3, 74:13

**science** [2] - 127:17, 132:2

**Sciences** [1] - 123:23

**scientist** [3] - 127:16, 130:10, 144:15

**scientists** [2] - 125:4, 133:5

**scoot** [1] - 98:17

**scope** [1] - 147:6

**Scott** [2] - 4:19, 14:17

**SCOTT** [1] - 2:4

**screen** [2] - 117:17, 146:1

**screens** [1] - 136:2

**SDI** [1] - 69:8

**Sear** [1] - 23:23

**search** [1] - 103:9

**Sears** [1] - 70:1

**seat** [3] - 98:24, 99:16, 104:11

**seated** [8] - 4:8, 89:1, 90:24, 96:24, 98:17, 98:21, 100:21, 110:24

**seating** [2] - 7:2, 85:20

**seats** [2] - 8:1, 98:9

**Seattle** [1] - 67:19

**second** [18] - 15:14, 15:16, 16:25, 20:21, 24:9, 24:12, 25:14, 34:16, 42:17, 45:6, 67:4, 69:9, 70:10, 91:1, 99:3, 114:13, 140:2

**second-degree** [3] - 24:9, 24:12, 25:14

**secondhand** [4] - 140:24, 140:25, 141:1, 142:3

**secondly** [2] - 96:6, 120:17, 123:16

**secretary** [1] - 70:15

**secretary/treasurer** [1] - 69:8

**section** [2] - 15:15

**Section** [1] - 5:7

**SECURITY** [2] - 110:21, 151:22

**security** [2] - 100:19, 110:1

**see** [56] - 9:11, 9:17, 10:15, 11:19, 12:16, 15:9, 16:25, 20:1, 22:2, 22:15, 23:2, 23:7, 24:15, 26:18, 31:10, 31:25, 32:8, 36:20, 37:17, 38:22, 39:12, 40:2, 43:12, 49:23, 49:24, 53:8, 55:3, 57:9, 57:22, 58:13, 61:4, 61:13, 77:22, 79:22, 81:22, 82:1, 82:4, 82:19, 83:19, 100:16, 100:19, 101:21, 106:1, 108:7, 110:18, 118:13, 120:21, 121:6, 127:10, 133:17, 136:2, 136:15, 142:4, 147:21, 148:16, 151:16

**seek** [1] - 147:16

**seeks** [1] - 53:19

**seem** [1] - 106:2

**selected** [4] - 9:6, 48:24, 98:12, 144:1

**SELECTED**................

........................ [1] - 3:6

**selecting** [2] - 72:3, 98:6

**selection** [5] - 8:15, 92:17, 93:7, 96:8, 96:16

**self** [3] - 64:13, 66:18, 68:11

**self-employed** [3] - 64:13, 66:18, 68:11

**sell** [2] - 32:16, 138:18

**semiretired** [1] - 63:15

**send** [1] - 130:21

**sent** [1] - 131:10

**separate** [1] - 34:4

**sequestered** [1] - 9:1

**Serauskas** [1] - 42:9

**SERAUSKAS** [1] - 42:9

**serious** [7] - 9:5, 10:10, 60:2, 60:19, 60:23, 130:5, 130:7

**seriously** [1] - 9:5

**serve** [5] - 11:5, 18:18, 26:5, 41:8, 100:11

**served** [22] - 15:18, 15:21, 16:1, 17:2, 17:18, 17:20, 17:25, 19:11, 20:5, 20:12, 20:20, 21:1, 21:19, 22:3, 23:3, 23:9, 23:18, 24:17, 24:18, 25:11, 25:19, 26:1

**Service** [1] - 69:18

**service** [18] - 5:6, 8:6, 9:3, 10:16, 15:22, 16:8, 16:24, 19:20, 23:20, 26:4, 60:4, 63:16, 99:8, 99:22, 106:11, 107:9, 150:23, 151:1

**services** [1] - 99:25

**Services** [1] - 70:22

**serving** [2] - 100:8, 135:23

**SESSION** [2] - 1:11, 4:2

**set** [3] - 57:20, 58:5, 151:25

**settle** [2] - 30:18, 31:4

**settled** [18] - 21:22, 21:24, 29:5, 32:19, 33:21, 34:21, 35:4, 35:18, 37:19, 37:22, 38:1, 38:2, 38:25, 39:14, 39:16, 39:20, 39:23, 40:7

**settlement** [1] - 27:23

**settling** [3] - 36:14, 36:15, 36:19

**seven** [4] - 26:21, 40:22, 112:19, 137:21

**seventeen** [1] - 114:2

**several** [8] - 15:17, 32:25, 33:15, 33:20, 96:10, 103:17, 139:20, 143:18

**Shafer** [9] - 19:10, 19:24, 42:17, 50:9, 65:8, 86:8, 86:13, 87:24, 98:15

**shakes** [1] - 88:14

**shaking** [1] - 88:15

**shall** [7] - 6:22, 7:7, 7:21, 105:6, 105:11, 105:20, 109:10

**shape** [1] - 57:10

**Shaw** [10] - 53:1, 53:3, 53:5, 53:11, 53:12, 112:23, 128:14, 128:16, 131:18

**Shaw's** [2] - 113:2, 128:12

**sheet** [9] - 83:24, 125:15, 125:20, 126:8, 130:21, 133:17, 133:20, 134:1, 134:9

**sheets** [2] - 113:23, 118:11

**sheriff** [1] - 65:10

**Sherwin** [1] - 67:4

**Sherwin-Williams** [1] - 67:4

**shipped** [1] - 112:19

**shipyard** [1] - 29:17

**Shipyards** [1] - 25:7

**shop** [1] - 69:2

**shopkeeper** [1] - 64:13

**Shore** [1] - 63:16

**short** [1] - 109:14

**shortened** [1] - 8:4

**shorter** [2] - 8:20, 8:23

**shortly** [3] - 100:6, 100:16, 147:16

**show** [22] - 49:21, 50:2, 50:3, 61:6, 118:15, 118:17, 118:25, 122:19, 123:16, 128:20, 132:2, 135:25, 136:19, 139:1, 139:16, 139:17, 143:18, 145:4, 145:14, 147:1, 147:19, 150:8

**showed** [3] - 38:24, 132:17, 144:18

**showing** [4] - 126:8, 131:17, 132:21, 147:24

**shown** [3] - 102:15, 107:11, 117:16

**shows** [6] - 57:19, 58:10, 118:7, 145:16, 146:2, 150:8

**Shwery** [1] - 41:24

**SHWERY** [1] - 41:25

**siblings** [3] - 77:10, 78:1, 78:13

**sick** [1] - 90:8

**side** [16] - 7:13, 7:14, 15:3, 27:5, 51:6, 55:17, 63:12, 74:6, 74:18, 83:21, 85:19, 91:22, 96:7, 110:14, 110:16, 117:1

**sides** [2] - 74:7, 119:13

**sidewalk** [1] - 35:2

**sight** [1] - 12:17

**signed** [3] - 116:1, 133:25, 135:10

**significant** [3] - 111:5, 141:2, 149:3

**significantly** [1] - 93:23

**signs** [1] - 150:9

**Silver** [1] - 70:12

**Simoneaux** [1] - 62:2

**simple** [4] - 15:20, 140:11, 140:12, 140:13

**simply** [5] - 15:20, 55:8, 55:11, 57:11, 101:20, 102:13, 103:16, 111:1, 111:18

**simulate** [1] - 140:3

**single** [10] - 56:15, 62:19, 63:23, 65:5, 66:8, 68:23, 69:12, 70:5, 71:7, 71:15

**sinus** [3] - 139:19, 146:19, 149:23

**sinuses** [5] - 147:7, 147:25, 148:1, 148:15

**sinusitis** [4] - 137:1, 146:23, 147:8, 148:22

**sister** [9] - 13:14, 13:18, 42:21, 78:18, 82:1, 94:8, 94:14, 134:11, 135:8

**sister's** [1] - 42:20

**sister-in-law** [1] - 94:8

**sister-in-law's** [1] - 94:14

**sisters** [2] - 81:17, 82:23

**sit** [18] - 7:22, 8:10, 9:3, 31:6, 38:10, 41:11, 44:17, 48:24, 51:15, 56:10, 56:15, 59:20, 67:6, 67:7, 93:1, 98:18, 99:1, 142:25

**site** [1] - 106:21

**sites** [2] - 103:9, 106:23

**sitting** [2] - 6:24, 24:22

**situation** [3] - 48:13, 84:21, 120:25

**situations** [1] - 9:23

**six** [8] - 65:6, 66:7, 70:24, 74:16, 112:16, 143:24, 144:2, 144:20

**six-year-old** [2] - 65:6, 67:7

**sixteen** [1] - 113:22

**slide** [3] - 98:21, 113:8, 135:25

**slide-out** [1] - 113:8

**slip** [6] - 18:10, 19:1, 19:2, 33:20, 33:24, 34:14

**small** [14] - 37:23, 47:5, 47:13, 47:16, 47:18, 48:16, 53:10, 67:14, 70:14, 72:23, 137:18, 137:20, 138:2, 138:6

**smell** [7] - 45:19, 118:2, 121:8, 121:15, 122:4, 129:17, 130:12

**smelled** [2] - 46:3, 122:22

**smells** [3] - 45:12, 84:3, 88:13

**Smith** [5] - 31:10, 32:7, 42:10, 42:14, 66:11

**smoke** [6] - 134:21, 134:22, 140:25, 141:1, 142:4

**smoked** [5] - 134:3, 134:11, 134:12, 134:16

**smoker** [1] - 135:11

**smoking** [4] - 134:20, 134:21, 134:23, 135:9

**sister-in-law** [1] - 94:8

**Smulski** [3] - 41:22, 126:3, 127:15

**SMULSKI** [1] - 41:22

**so..** [1] - 30:19

**social** [3] - 14:15, 73:19, 106:22

**soft** [4] - 141:8, 141:14

**sold** [7] - 112:9, 112:14, 146:3, 146:4, 146:8, 146:10, 146:13

**solely** [7] - 6:3, 49:1, 49:19, 52:18, 53:6, 103:3, 107:20

**solemnly** [2] - 7:20, 109:7

**solid** [1] - 124:24

**someone** [5] - 7:13, 46:24, 85:21, 85:25, 86:7

**sometime** [4] - 23:10, 34:6, 119:3, 120:18

**sometimes** [7] - 5:16, 8:19, 8:20, 82:17, 112:6, 148:6, 148:7

**somewhere** [2] - 15:8, 61:11

**son** [26] - 40:4, 62:4, 63:1, 63:19, 64:2, 64:4, 64:6, 64:17, 64:21, 65:10, 65:19, 65:25, 66:5, 66:19, 66:24, 67:18, 68:15, 68:16, 69:1, 69:16, 69:22, 69:23, 70:1, 71:14, 86:9

**son's** [1] - 64:22

**Sonesta** [1] - 68:2

**sons** [5] - 63:6, 63:18, 67:22, 68:5, 68:12

**sorry** [14] - 39:6, 44:3, 47:3, 49:25, 53:7, 53:8, 64:4, 79:5, 81:12, 90:16, 92:21, 98:24, 115:2, 115:13

**sort** [6] - 24:2, 52:6, 80:21, 105:8, 130:13, 151:2

**sorts** [2] - 118:13, 122:8

**sound** [1] - 41:14

**sounds** [5] - 30:7, 61:4, 61:12, 83:13, 116:3

**source** [1] - 103:12

**sources** [1] - 122:19

**south** [3] - 11:1, 42:4, 144:16

**South** [2] - 138:3,

138:4
**Southern** [1] - 69:25
**Souza** [2] - 43:19, 129:6
**SOUZA** [1] - 43:19
**Sparky's** [1] - 66:18
**Spas** [5] - 112:10, 138:15, 138:16, 146:4, 146:11
**spas** [1] - 138:18
**specialist** [1] - 70:9
**specializes** [1] - 138:11
**specific** [3] - 106:7, 143:8, 143:11
**specifically** [2] - 81:4, 94:9
**specifications** [5] - 58:4, 126:22, 129:8, 129:13, 138:15
**specs** [3] - 57:20, 58:3, 58:6
**speculation** [2] - 29:25, 103:2
**spell** [3] - 41:20, 43:11, 83:3
**spelled** [4] - 12:22, 41:25, 42:3, 43:20
**spelling** [1] - 42:5
**spend** [2] - 82:17, 82:21
**spent** [1] - 87:6
**spouse** [1] - 106:8
**spouse's** [1] - 61:7
**sprays** [1] - 45:15
**Spring** [1] - 70:12
**Sr** [1] - 64:20
**St** [8] - 21:2, 21:3, 24:19, 62:13, 64:21, 64:23, 78:24, 79:2
**staff** [1] - 135:5
**staging** [3] - 112:20, 112:23, 112:24
**stampede** [1] - 92:6
**stand** [11] - 13:6, 29:10, 39:1, 42:18, 46:9, 56:1, 61:5, 72:4, 72:5, 98:8, 104:11
**standard** [4] - 143:7, 143:8, 143:11, 143:13
**standards** [8] - 139:2, 139:4, 139:5, 139:7, 139:8, 143:10, 146:13
**standpoint** [2] - 120:7, 123:25
**standpoints** [1] - 81:1
**stands** [1] - 83:5

**Stanley** [2] - 43:22, 130:23
**staples** [1] - 145:3
**start** [19] - 9:12, 10:13, 10:18, 15:12, 15:14, 26:12, 27:25, 28:25, 32:8, 41:18, 42:13, 63:11, 72:16, 92:7, 109:25, 117:3, 124:17, 137:11, 152:20
**started** [5] - 88:1, 135:25, 137:16, 138:1, 146:3
**starting** [4] - 29:1, 61:2, 63:10, 148:5
**starts** [1] - 10:14
**state** [15] - 9:17, 12:19, 15:19, 17:8, 17:9, 24:4, 45:6, 61:6, 61:7, 66:21, 99:17, 113:24, 117:6, 127:17, 127:18
**State** [2] - 65:1, 111:25
**statement** [7] - 30:22, 30:23, 101:15, 101:17, 102:2, 104:16, 117:2
**STATEMENTS** [5] - 3:9, 3:10, 117:11, 135:20, 136:5
**statements** [7] - 84:2, 101:18, 101:19, 101:25, 105:2, 109:23, 110:17
**STATES** [2] - 1:1, 1:13
**States** [9] - 5:8, 65:25, 70:22, 95:4, 99:11, 113:12, 120:1, 120:3, 132:24
**stationed** [1] - 65:18
**statistical** [3] - 95:22, 122:16, 123:16
**statistician** [1] - 120:18
**statisticians** [2] - 122:18, 123:12
**status** [1] - 61:8
**stay** [6] - 45:13, 46:6, 63:12, 82:24, 151:12
**stayed** [2] - 46:3, 86:23
**staying** [1] - 131:6
**stench** [1] - 45:12
**STENOGRAPHY** [1] - 2:15
**Stephen** [4] - 41:22, 67:15, 126:3, 127:15

**Steve** [3] - 65:9, 67:20, 69:24
**sticker** [1] - 127:9
**sticks** [1] - 121:5
**still** [18] - 26:22, 29:18, 34:15, 35:3, 50:22, 57:22, 71:3, 72:21, 80:18, 80:21, 82:2, 82:3, 82:15, 83:21, 87:12, 87:13, 88:5, 92:10
**Stiller** [1] - 23:24
**STIPULATION** [1] - 3:8
**stipulation** [3] - 110:6, 116:8, 116:10
**STIPULATIONS** [1] - 3:7
**stipulations** [8] - 109:22, 110:12, 110:25, 111:1, 111:17, 111:20, 116:5, 120:25
**stood** [1] - 73:24
**storage** [1] - 114:3
**stores** [1] - 67:22
**storm** [1] - 45:11
**straight** [1] - 55:25
**straightforward** [1] - 139:24
**strangers** [1] - 106:9
**Stream** [3] - 84:16, 84:18, 84:22
**STREET** [2] - 2:5, 2:13
**Street** [4] - 16:9, 112:25, 113:2, 136:9
**street** [1] - 150:25
**streets** [1] - 140:15
**stretch** [1] - 72:6, 104:11
**stricken** [1] - 7:3, 104:1
**strike** [1] - 75:5, 80:6, 80:25, 81:8, 91:13, 91:15, 91:17, 95:5, 96:23, 97:16, 107:13
**strikes** [2] - 95:21, 97:10
**striking** [2] - 81:9, 95:4
**stuck** [1] - 124:8
**student** [5] - 68:8, 69:16, 70:5, 71:20
**students** [3] - 64:14, 65:13, 68:13
**studied** [1] - 121:15
**studies** [11] - 118:6, 118:17, 118:23, 118:24, 121:18, 123:15, 132:21,

133:6, 133:9, 133:11, 144:13
**study** [8] - 118:7, 144:14, 144:15, 144:18, 144:21, 144:23
**studying** [2] - 66:4, 90:11
**stuff** [1] - 58:1
**stuffy** [1] - 137:1
**stylist** [1] - 68:6
**sub** [1] - 53:11
**sub-subcontractor** [1] - 53:11
**subcontractor** [2] - 53:11, 113:2
**subject** [1] - 102:3
**subjected** [1] - 9:4
**submissions** [1] - 85:25
**submit** [1] - 39:23
**submitted** [2] - 97:14, 97:17
**substance** [3] - 54:5, 142:14, 142:15
**Substances** [1] - 120:5
**substantial** [1] - 97:5
**substitute** [1] - 62:3
**sued** [9] - 21:21, 29:4, 31:13, 35:12, 37:22, 38:23, 40:6, 47:6, 47:14
**suffered** [1] - 51:10
**suffering** [1] - 53:20
**sufficient** [1] - 74:12
**suggested** [1] - 145:12
**suit** [9] - 28:13, 35:16, 75:21, 80:18, 85:4, 104:24, 105:9, 105:25
**suitability** [1] - 8:10
**SUITE** [5] - 1:18, 1:21, 1:24, 2:5, 2:10
**suits** [1] - 33:15
**summer** [2] - 10:13, 20:21
**summoned** [1] - 96:9
**summons** [1] - 99:20
**Superdome** [1] - 30:6
**supervision** [1] - 108:7
**supervisor** [3] - 62:25, 65:1, 125:10
**supervisors** [1] - 30:1
**Supply** [1] - 69:14
**supply** [2] - 57:12, 100:16
**support** [1] - 95:18

**supports** [1] - 138:8
**supposed** [1] - 35:1
**Supreme** [4] - 33:9, 95:4, 95:23
**surgeon** [1] - 132:9
**surgeries** [1] - 35:3
**surgery** [7] - 70:23, 71:19, 128:9, 131:24, 132:11, 132:15, 137:9
**surveyed** [1] - 144:16
**suspect** [1] - 73:11
**sustain** [2] - 48:15, 139:18
**sustained** [5] - 49:22, 50:3, 52:8, 103:25, 136:20
**sustains** [1] - 142:16
**swear** [2] - 7:20, 109:7
**sworn** [1] - 6:10
**sympathetic** [1] - 47:18
**sympathies** [1] - 49:10
**sympathy** [3] - 6:1, 49:18, 104:14
**symptoms** [8] - 118:16, 137:5, 137:10, 141:7, 146:25, 147:2, 147:15, 148:20
**system** [5] - 99:9, 99:11, 118:20, 124:7, 125:25
**systematic** [1] - 97:2

---

**T**

**table** [2] - 91:19, 122:24
**tagged** [1] - 85:25
**Talford** [7] - 63:25, 93:13, 94:1, 94:4, 95:13, 98:14
**talks** [2] - 83:11, 143:22
**Tammany** [2] - 24:19, 62:13
**Tampa** [1] - 62:4
**Tanya** [1] - 91:19
**Tara** [1] - 64:15
**target** [1] - 144:10
**task** [1] - 100:12
**tattoo** [1] - 67:18
**taught** [1] - 121:8
**teach** [3] - 11:8, 11:10, 11:11
**teacher** [8] - 11:4, 62:3, 63:19, 65:24,

67:2, 69:9, 70:25,
140:11
**teaching** [1] - 42:24
**tech** [1] - 69:15
**technician** [2] - 66:10,
71:9
**technologically** [1] -
127:24
**technology** [1] -
106:15
**teen** [1] - 70:20
**teenagers** [1] - 74:17
**telephone** [1] - 108:11
**television** [1] - 107:17
**teller** [1] - 63:23
**temperature** [14] -
114:11, 114:19,
114:20, 114:21,
114:22, 114:25,
115:12, 115:13,
115:15, 115:16,
115:17, 115:18,
115:20, 140:5
**temporary** [4] - 65:8,
128:24, 128:25,
145:18
**ten** [2] - 113:4, 129:4
**tend** [1] - 6:24
**term** [5] - 103:16,
131:4, 142:12,
142:13, 149:23
**terms** [4] - 121:12,
130:24, 131:23,
132:5
**Terrebonne** [2] -
25:13, 71:13
**test** [14] - 114:7,
114:10, 122:17,
139:22, 139:23,
139:24, 140:1,
140:2, 140:4, 140:8,
144:22
**tested** [8] - 114:4,
114:8, 120:23,
123:18, 139:23,
140:23, 144:17,
144:21
**testified** [11] - 20:14,
26:17, 29:6, 36:1,
41:6, 74:24, 84:6,
86:9, 89:6, 93:18,
137:9
**testifies** [2] - 103:16,
119:3
**testify** [37] - 30:3,
37:4, 38:25, 40:8,
40:14, 40:25, 41:14,
41:15, 44:20,
103:18, 118:1,
118:6, 118:14,

119:8, 119:20,
120:9, 122:2, 127:3,
129:7, 129:13,
129:16, 130:17,
132:7, 137:4, 137:9,
140:18, 140:19,
141:12, 146:18,
146:22, 146:23,
146:25, 147:8,
149:21, 149:22,
152:16
**testimony** [24] - 29:9,
30:21, 31:19, 32:4,
36:8, 37:7, 41:17,
44:22, 44:24, 49:6,
103:15, 103:24,
104:4, 104:22,
105:3, 105:4,
111:19, 141:23,
142:24, 143:21,
143:22, 144:25,
149:20, 152:7
**testing** [11] - 25:6,
25:8, 65:17, 93:21,
121:2, 122:14,
123:2, 123:6, 123:7,
123:8, 129:24
**Texas** [3] - 30:24,
68:17, 147:12
**text** [1] - 106:20
**Thang** [1] - 42:7
**thanked** [1] - 99:11
**THE** [345] - 1:12, 4:7,
4:8, 4:11, 4:13, 5:1,
5:5, 7:19, 8:1, 8:2,
10:4, 10:6, 10:8,
10:15, 10:25, 11:8,
11:10, 11:13, 11:20,
12:8, 13:15, 13:17,
13:19, 13:22, 14:8,
14:12, 14:16, 14:23,
14:25, 15:2, 16:1,
16:4, 16:7, 16:10,
16:13, 16:15, 16:17,
16:20, 16:23, 17:5,
17:8, 17:10, 17:12,
17:15, 17:20, 17:23,
18:4, 18:7, 18:9,
18:12, 18:16, 18:22,
19:2, 19:8, 19:13,
19:16, 19:19, 19:22,
19:24, 20:8, 20:10,
20:16, 20:23, 21:3,
21:6, 21:15, 21:17,
21:23, 22:1, 22:5,
22:7, 22:9, 22:11,
22:13, 22:20, 23:2,
23:5, 23:12, 23:15,
23:20, 23:24, 24:4,
24:7, 24:10, 24:14,

24:21, 24:24, 25:1,
25:5, 25:9, 25:16,
25:21, 26:4, 26:8,
26:10, 26:23, 27:2,
27:6, 27:10, 27:12,
27:17, 27:24, 28:5,
28:8, 28:12, 28:17,
28:20, 28:23, 29:8,
29:12, 29:14, 29:22,
30:3, 30:5, 30:7,
30:12, 30:20, 31:5,
31:9, 31:15, 31:19,
31:21, 31:25, 32:4,
32:7, 32:20, 32:23,
34:7, 34:17, 34:22,
35:5, 35:7, 35:10,
35:19, 36:1, 36:3,
36:6, 36:9, 36:16,
36:20, 37:3, 37:7,
37:10, 37:12, 37:15,
38:4, 38:10, 38:16,
38:19, 39:2, 39:5,
39:10, 39:12, 39:16,
39:22, 40:2, 40:8,
40:13, 40:16, 40:19,
40:25, 41:4, 42:17,
42:21, 42:24, 43:1,
43:4, 43:6, 43:9,
44:6, 44:10, 45:6,
45:21, 46:10, 46:16,
47:7, 47:12, 47:20,
48:6, 48:21, 48:24,
50:2, 50:21, 50:23,
51:14, 53:12, 53:15,
54:19, 55:2, 56:4,
56:8, 56:21, 57:2,
57:5, 57:14, 58:17,
58:20, 59:4, 59:14,
59:17, 60:7, 60:10,
60:12, 60:18, 61:16,
61:22, 62:8, 62:11,
62:17, 62:23, 63:3,
63:7, 63:11, 64:3,
64:7, 64:11, 65:20,
67:9, 68:3, 68:16,
68:18, 68:20, 71:5,
71:21, 71:23, 72:11,
72:15, 72:19, 73:4,
73:11, 73:20, 73:25,
74:5, 74:14, 74:20,
74:23, 75:4, 75:7,
75:22, 76:5, 76:9,
76:13, 76:16, 76:19,
76:21, 76:25, 77:3,
77:6, 77:9, 77:15,
77:19, 77:21, 78:4,
78:10, 79:6, 79:9,
80:2, 80:8, 81:11,
81:16, 81:19, 81:21,
81:24, 82:4, 82:7,
82:10, 82:12, 82:16,

82:19, 82:21, 83:7,
83:21, 84:9, 85:7,
86:13, 86:17, 86:22,
87:1, 87:4, 87:9,
87:15, 87:22, 88:15,
88:24, 89:1, 89:5,
89:8, 89:13, 89:17,
89:22, 89:24, 90:3,
90:14, 90:17, 90:22,
91:1, 91:4, 91:7,
91:12, 91:17, 91:22,
92:17, 94:1, 94:3,
94:19, 94:21, 94:25,
95:11, 95:16, 95:24,
97:12, 97:19, 98:2,
98:5, 98:13, 109:5,
109:13, 110:5,
110:12, 110:15,
110:21, 110:24,
111:6, 111:11,
111:13, 111:17,
116:12, 116:19,
117:1, 117:10,
135:1, 135:17,
136:1, 149:12,
150:6, 150:10,
150:12, 150:16,
151:22, 151:25,
152:5, 152:11,
153:1, 153:4, 153:6
**themselves** [4] - 14:1,
15:3, 96:11, 101:20
**theories** [9] - 136:11,
136:12, 136:13,
136:17, 137:14,
139:1, 144:24,
145:4, 145:13
**therapist** [1] - 71:3
**therefore** [5] - 6:20,
52:15, 53:2, 85:11,
93:23
**thereof** [1] - 117:22
**they've** [2] - 90:20,
90:21
**Thibodaux** [2] - 25:19,
63:5
**thick** [1] - 133:17
**thinks** [1] - 117:25
**third** [6] - 15:16,
62:15, 70:11, 95:5,
115:4, 118:19
**third-party** [1] - 62:15
**thirteen** [1] - 113:14
**THIS** [1] - 1:7
**Thomas** [6] - 26:19,
27:2, 42:1, 62:18,
62:23, 98:13
**thoughts** [1] - 88:20
**thousand** [1] - 118:1
**thousands** [4] - 24:18,

113:10, 128:24,
131:11
**three** [32] - 10:5,
23:18, 29:19, 29:20,
30:10, 38:22, 61:19,
62:16, 62:20, 62:21,
64:1, 65:17, 66:5,
66:8, 67:22, 68:1,
68:5, 68:12, 70:8,
75:11, 95:21, 96:22,
112:4, 118:15,
120:14, 121:13,
121:22, 122:2,
123:13, 147:13,
148:6, 148:7
**THREE** [2] - 1:18, 2:9
**three-month** [1] - 68:1
**three-year** [1] - 30:10
**three-year-old** [1] -
62:16
**threshold** [5] - 120:16,
121:14, 123:11,
123:14
**threw** [1] - 90:9
**Thriffiley** [1] - 67:11
**throat** [2] - 119:19,
121:20
**THROUGH** [5] - 3:18,
3:19, 3:20
**throughout** [2] - 9:2,
130:4
**throw** [1] - 132:13
**timekeeper** [1] - 117:4
**Timothy** [1] - 69:5
**tissue** [2] - 149:6,
149:7
**TO** [4] - 1:7, 3:19,
3:20, 4:4
**today** [16] - 4:10, 5:10,
8:14, 8:18, 14:1,
33:22, 41:5, 44:18,
46:18, 56:10, 60:2,
60:10, 60:16, 90:3,
106:16, 150:22
**together** [9] - 14:15,
58:8, 81:21, 82:15,
82:21, 121:5,
124:25, 132:13,
133:7
**tomorrow** [2] - 119:3,
127:6
**Tony** [1] - 114:5
**took** [2] - 8:7, 139:25
**tools** [3] - 103:10,
106:15, 106:16
**top** [1] - 142:8
**tossed** [2] - 28:9,
28:10
**total** [1] - 51:24
**totality** [3] - 73:9,

84:11, 94:13
**touching** [1] - 7:21
**touring** [1] - 126:12
**towards** [2] - 38:14, 83:22
**town** [4] - 9:24, 60:21, 81:22, 138:6
**Toxic** [1] - 120:4
**toxicological** [2] - 119:7, 119:17
**toxicologist** [3] - 118:21, 123:14, 140:17
**toxicologists** [2] - 121:14, 141:11
**Toxicology** [2] - 120:2, 132:25
**toxicology** [1] - 123:25
**toxin** [1] - 94:10
**toxins** [1] - 94:7
**trailer** [128] - 5:13, 5:17, 5:21, 44:14, 46:4, 46:6, 50:6, 54:8, 54:13, 54:15, 54:21, 54:23, 55:5, 55:8, 55:14, 55:15, 55:18, 56:2, 56:5, 56:12, 56:17, 57:8, 57:21, 58:23, 59:1, 59:7, 59:10, 77:11, 77:13, 77:23, 78:1, 86:9, 86:18, 86:19, 86:24, 87:8, 87:10, 88:2, 88:3, 88:7, 88:13, 88:18, 88:21, 89:7, 89:14, 90:1, 90:5, 90:18, 94:8, 94:11, 94:14, 112:1, 112:4, 112:14, 112:17, 112:19, 112:22, 113:1, 113:7, 113:18, 113:20, 114:4, 114:8, 114:9, 114:11, 114:15, 114:19, 114:22, 115:1, 115:2, 115:3, 115:7, 115:12, 115:13, 115:15, 115:17, 115:21, 115:22, 117:19, 119:11, 121:1, 122:3, 122:18, 123:10, 123:19, 126:1, 126:4, 126:6, 127:3, 128:2, 131:13, 131:22, 136:21, 136:22, 136:23, 137:6,

137:16, 137:24, 138:13, 139:12, 139:13, 139:16, 139:18, 139:19, 139:21, 139:23, 140:2, 140:5, 140:9, 141:16, 143:11, 145:10, 145:14, 145:22, 145:25, 146:6, 146:20, 146:21, 147:9, 147:16, 148:11, 148:14, 148:23, 148:24, 149:1
**TRAILER** [1] - 1:4
**trailers** [39] - 45:11, 45:12, 45:19, 45:22, 45:24, 46:2, 57:17, 57:19, 74:25, 76:1, 76:11, 78:14, 94:9, 112:9, 112:12, 113:11, 113:25, 118:1, 118:3, 120:10, 120:20, 120:22, 120:23, 123:17, 125:12, 128:15, 129:15, 129:17, 130:1, 131:10, 138:10, 138:12, 138:20, 139:1, 139:2, 143:7, 143:9, 143:15, 145:8
**train** [1] - 26:21
**TRANSCRIPT** [2] - 1:12, 2:15
**transportation** [3] - 60:3, 60:19, 60:23
**Transportation** [1] - 62:21
**travel** [40] - 5:13, 5:17, 5:21, 44:14, 45:10, 50:6, 54:8, 54:13, 54:21, 55:14, 58:22, 59:1, 59:6, 59:10, 74:25, 77:23, 78:1, 94:9, 94:11, 112:4, 112:9, 112:12, 112:14, 112:17, 112:19, 112:22, 113:1, 113:7, 113:10, 113:25, 126:1, 126:4, 129:15, 129:17, 138:10, 138:12, 145:10, 145:22
**Travis** [2] - 43:22, 131:11
**Tray** [1] - 69:25
**treat** [1] - 128:10

**treatable** [1] - 132:12
**treated** [7] - 128:7, 136:25, 146:17, 147:13, 148:10, 148:14, 148:22
**treating** [6] - 136:21, 137:4, 137:11, 146:16, 148:19, 149:1
**treatment** [11] - 137:2, 139:20, 146:15, 147:17, 147:24, 148:1, 148:4, 148:14, 148:16, 148:17, 148:24
**treats** [1] - 148:5
**tremendous** [2] - 135:23, 136:17
**TRIAL** [1] - 1:12
**trial** [55] - 4:9, 4:16, 6:3, 8:18, 8:21, 8:23, 9:7, 10:2, 16:14, 17:3, 17:4, 18:2, 20:13, 20:21, 21:1, 23:4, 26:2, 28:11, 30:10, 33:7, 36:1, 36:4, 38:15, 38:16, 40:9, 40:10, 40:12, 40:22, 43:13, 46:17, 46:18, 49:1, 51:18, 52:19, 52:21, 53:6, 57:19, 100:24, 101:1, 101:11, 102:22, 103:5, 105:6, 105:10, 105:11, 106:24, 107:7, 107:11, 107:16, 107:18, 107:20, 116:21, 121:2, 134:5
**trials** [2] - 8:20, 22:18
**tried** [6] - 5:23, 6:2, 40:17, 46:19, 46:24, 101:7
**trouble** [1] - 90:12
**Troy** [1] - 63:4
**truck** [5] - 60:17, 64:1, 64:6, 66:7, 69:22
**trucks** [3] - 66:7, 66:8, 137:19
**true** [7] - 7:20, 109:9, 111:18, 111:19, 111:23, 134:4, 134:7
**truly** [1] - 109:7
**truth** [1] - 6:8
**truthful** [1] - 6:22
**truthfully** [1] - 105:1
**try** [21] - 9:13, 10:18, 11:19, 30:21, 41:20, 52:5, 72:7, 91:3,

91:18, 92:7, 99:15, 99:18, 100:11, 103:11, 109:8, 125:9, 128:23, 129:19, 143:3, 143:6, 151:11
**trying** [6] - 11:6, 29:25, 31:4, 73:1, 73:10, 82:15
**tugboat** [1] - 64:17
**Tulane** [7] - 16:10, 17:10, 18:23, 18:24, 22:7, 23:14, 144:15
**tumors** [1] - 149:10
**turn** [1] - 129:20
**turned** [4] - 37:24, 109:15, 114:16, 115:9
**TV** [1] - 45:24
**twelve** [1] - 113:10
**twice** [8] - 43:5, 82:5, 82:7, 82:19, 82:20, 83:11, 85:15, 148:15
**Twitter** [1] - 106:21
**Two** [1] - 87:1
**two** [65] - 9:24, 11:11, 11:18, 12:5, 14:8, 15:7, 19:11, 22:3, 22:18, 22:24, 24:18, 26:2, 26:4, 32:10, 33:23, 33:24, 34:11, 34:15, 43:7, 43:9, 50:14, 62:3, 62:16, 63:6, 63:10, 63:18, 64:24, 65:12, 66:5, 67:3, 67:23, 67:25, 68:5, 68:25, 69:15, 70:18, 71:10, 71:12, 84:14, 85:2, 85:14, 86:24, 87:9, 87:11, 94:18, 95:8, 95:13, 95:24, 96:3, 96:9, 104:2, 112:1, 118:16, 128:17, 131:2, 132:6, 132:13, 134:11, 142:18, 148:6, 149:16, 149:18
**two-year-old** [1] - 62:16
**TX** [3] - 1:18, 1:21, 1:24
**type** [12] - 15:12, 16:13, 23:25, 24:7, 25:5, 34:22, 39:10, 42:11, 50:23, 97:2, 100:14, 138:12
**typed** [1] - 134:2
**types** [1] - 119:11

**U**

**ultimate** [1] - 33:18
**ultimately** [4] - 8:11, 51:4, 147:4, 148:18
**unable** [2] - 48:25, 49:17
**unanimous** [1] - 102:19
**uncles** [1] - 13:11
**uncommon** [1] - 85:17
**under** [10] - 6:22, 93:9, 95:3, 95:7, 108:7, 125:25, 130:10, 142:21, 152:12, 152:13
**underwent** [1] - 150:4
**unhooked** [1] - 21:8
**UNIDENTIFIED** [4] - 51:12, 54:17, 54:25, 59:3
**union** [1] - 29:18
**Union** [1] - 67:2
**unit** [33] - 112:5, 113:4, 114:16, 115:8, 138:14, 139:8, 139:9, 139:25, 140:23, 140:24, 141:2, 141:6, 141:21, 142:3, 142:7, 142:10, 143:24, 144:3, 144:7, 144:11, 144:19, 144:21, 145:17, 145:19, 145:21, 146:2, 146:3, 146:5, 146:8, 146:9, 146:10, 149:17, 149:20
**United** [9] - 5:8, 65:25, 70:22, 95:4, 99:11, 113:12, 120:1, 120:3, 122:24
**UNITED** [2] - 1:1, 1:13
**units** [7] - 113:15, 129:24, 138:25, 146:12, 146:13, 146:14
**University** [4] - 43:20, 70:10, 123:22, 127:7
**unless** [2] - 57:19, 91:13
**unpleasant** [2] - 88:3, 88:4
**unproven** [5] - 136:10, 137:14, 138:25, 144:24, 145:13
**unreasonably** [4] -

139:12, 139:14, 139:17, 145:14

**unsure** [1] - 94:12

**unwilling** [2] - 48:25, 49:17

**up** [73] - 7:12, 7:14, 8:20, 11:6, 11:21, 12:9, 13:6, 13:10, 20:6, 20:25, 32:9, 32:18, 36:14, 36:15, 36:19, 38:25, 40:11, 42:18, 45:7, 45:23, 46:17, 47:8, 49:23, 56:1, 56:21, 56:23, 57:2, 59:12, 59:22, 71:24, 72:1, 73:24, 74:22, 76:7, 77:25, 81:11, 83:8, 87:3, 87:14, 87:22, 88:11, 90:9, 91:2, 95:8, 95:25, 96:9, 97:22, 97:23, 97:24, 98:9, 98:23, 110:8, 111:6, 112:22, 114:16, 115:8, 115:14, 126:23, 129:19, 136:3, 136:17, 140:3, 140:22, 148:7, 148:17, 150:14, 150:17, 150:18, 151:19, 151:20

**UPS** [1] - 71:14

**ups** [1] - 145:7

**urea** [3] - 112:17, 112:18, 126:4

**urea-formaldehyde-emitting** [1] - 126:4

**Urquhart** [2] - 112:25, 113:2

**URS** [1] - 63:20

**uses** [1] - 138:21

**USS** [1] - 66:1

**utilize** [1] - 97:10

**utilized** [4] - 87:12, 87:13, 97:4

# V

**vacant** [1] - 139:25

**value** [3] - 104:20, 104:21, 105:4

**values** [1] - 120:11

**vapor** [1] - 145:1

**various** [4] - 33:17, 51:2, 118:6, 138:18

**vegetables** [1] - 142:9

**Vehicle** [1] - 112:1

**vehicle** [1] - 37:21

**VENIRE....................
.......... [1] - 3:5

**ventilating** [1] - 145:25

**ventilation** [4] - 130:1, 130:8, 145:3, 146:1

**vents** [2] - 114:15, 115:8

**verdict** [20] - 6:2, 16:15, 17:12, 18:12, 18:13, 18:21, 19:3, 19:5, 19:23, 21:2, 25:3, 48:25, 49:4, 52:9, 59:21, 102:19, 106:10, 107:19, 109:9

**verdict-rendering** [1] - 52:9

**verify** [1] - 85:13

**Veronica** [1] - 71:15

**versus** [7] - 4:12, 7:23, 84:16, 84:17, 136:10, 137:14, 145:13

**vice** [3] - 62:4, 68:10, 69:19

**vice-president** [3] - 62:4, 68:10, 69:19

**video** [1] - 153:2

**videos** [2] - 143:19, 143:21

**view** [3] - 107:17, 107:21, 128:19

**viewed** [1] - 101:23

**VIN** [1] - 114:4

**violated** [1] - 74:7

**Virginia** [1] - 70:9

**virtue** [1] - 55:20

**visible** [1] - 96:15

**visit** [5] - 82:7, 82:9, 82:10, 82:16, 117:20

**visits** [1] - 147:2

**VOICES** [1] - 7:25

**voir** [1] - 6:7

**VOIR** [1] - 3:5

# W

**wait** [7] - 49:14, 74:5, 77:6, 92:11, 92:13, 95:11, 150:16

**waiting** [1] - 153:3

**waitress** [1] - 71:2

**walk** [1] - 45:19

**Walker** [1] - 63:2

**wall** [1] - 127:10

**walls** [4] - 103:4, 145:8, 145:10, 145:11

**warmed** [3] - 87:3, 87:14, 88:10

**warn** [2] - 130:3, 130:25

**warning** [5] - 113:19, 113:21, 117:5, 126:9, 150:18

**warnings** [5] - 84:7, 127:8, 127:9, 145:19, 146:6

**warts** [1] - 133:16

**WASHINGTON** [1] - 66:1

**water** [1] - 140:12

**watering** [1] - 125:23

**Watson** [3] - 42:10, 69:5, 114:5

**WATTS** [46] - 1:16, 1:17, 4:14, 5:4, 14:6, 73:16, 73:22, 74:3, 74:19, 75:1, 76:20, 77:8, 79:10, 79:15, 79:19, 79:21, 79:23, 80:1, 80:14, 83:2, 83:5, 83:19, 84:14, 88:25, 89:6, 91:6, 91:10, 91:15, 93:9, 94:2, 94:20, 94:24, 95:2, 95:15, 95:18, 97:7, 97:13, 97:25, 110:14, 116:18, 117:9, 117:12, 135:2, 152:1, 152:23, 153:2

**Watts** [8] - 4:14, 14:6, 117:3, 135:1, 135:17, 136:11, 142:11, 152:19

**WATTS....................
. [1] - 3:9

**ways** [1] - 120:14

**weapons** [1] - 17:3

**weather** [2] - 115:23, 115:25

**web** [3] - 103:9, 106:21, 106:23

**Wedner** [2] - 42:3, 149:21

**week** [8] - 8:24, 9:24, 34:6, 44:19, 75:10, 96:4, 108:15, 108:16

**weekends** [1] - 81:22

**weeks** [5] - 9:24, 11:18, 26:2, 26:4, 74:1

**weight** [3] - 104:20, 104:21, 105:4

**WEINSTOCK** [4] - 2:7, 2:8, 4:24, 14:21

**Weinstock** [2] - 4:24,

14:21

**welcome** [3] - 5:9, 26:9, 150:23

**Welding** [1] - 69:14

**WERE** [1] - 3:21

**West** [2] - 69:15, 71:1

**Westmoreland** [1] - 68:15

**whatsoever** [6] - 6:19, 44:17, 105:8, 105:13, 126:9, 127:8

**whereby** [1] - 147:6

**WHEREUPON** [19] - 45:8, 46:14, 47:10, 48:22, 57:3, 58:18, 72:9, 91:20, 92:15, 98:3, 98:11, 110:3, 110:19, 110:22, 111:7, 111:15, 116:22, 151:23, 153:7

**White** [1] - 84:25

**Whitney** [1] - 68:10

**whole** [1] - 6:8

**wholesale** [1] - 67:14

**wholesalers** [2] - 34:5, 34:12

**widower** [2] - 62:3, 64:1

**wife** [17] - 46:7, 62:14, 62:25, 63:5, 64:7, 64:13, 65:12, 65:23, 66:12, 68:11, 69:9, 69:14, 70:2, 70:15, 70:22, 71:9, 83:1

**wife's** [1] - 31:24

**William** [1] - 41:25

**Williams** [20] - 19:10, 19:24, 41:24, 42:17, 42:20, 42:21, 42:22, 43:15, 44:4, 44:6, 50:9, 65:8, 67:4, 86:8, 86:13, 87:24, 98:15, 118:22, 121:23, 123:21

**Williams-Shafer** [9] - 19:10, 19:24, 42:17, 50:9, 65:8, 86:8, 86:13, 87:24, 98:15

**willing** [1] - 10:23

**windows** [3] - 114:15, 115:7, 146:1

**winter** [2] - 86:25, 87:2

**wish** [2] - 102:10, 106:24

**withdrawal** [1] - 94:25

**witness** [25] - 25:13, 26:11, 26:16, 29:10, 30:20, 31:19, 37:2,

38:24, 40:9, 41:9, 44:22, 56:15, 103:16, 104:4, 104:22, 104:23, 104:24, 104:25, 105:3, 105:5, 111:9, 126:15, 150:15, 152:2

**Witness** [1] - 88:14

**witness'** [1] - 105:2

**witnesses** [28] - 41:19, 43:12, 44:20, 49:6, 101:10, 102:3, 102:8, 102:9, 103:15, 103:17, 105:10, 105:18, 105:20, 117:23, 119:13, 121:23, 121:25, 124:20, 126:17, 128:17, 129:4, 131:2, 132:6, 140:19, 143:13, 143:19, 152:2

**woman** [2] - 73:17, 133:25

**Women's** [1] - 64:9

**won** [1] - 20:13

**wondering** [1] - 138:3

**wood** [16] - 113:23, 113:24, 121:5, 121:7, 122:8, 124:24, 125:4, 125:5, 125:7, 125:21, 126:4, 127:16, 127:17, 139:7, 140:14

**woods** [6] - 124:22, 124:23, 126:14, 126:24, 127:19

**words** [4] - 61:8, 103:8, 118:17, 127:9

**workers** [2] - 125:13, 138:8

**Workers'** [2] - 37:25, 38:9

**Workplace** [2] - 114:5, 115:6

**workplace** [1] - 144:6

**works** [27] - 62:5, 62:6, 62:14, 63:19, 64:5, 64:23, 65:19, 66:12, 66:22, 66:23, 66:25, 67:2, 67:3, 67:5, 67:10, 67:16, 68:7, 68:12, 69:20, 69:23, 70:2, 70:18, 70:19, 70:24, 70:25, 71:13, 119:5

**world** [6] - 136:10, 136:15, 137:13,

138:21, 138:23,
145:13
**World** [2] - 120:4,
124:12
**world's** [2] - 133:6
**worse** [1] - 128:8
**worst** [1] - 46:1
**worth** [1] - 120:7
**Wozniak** [2] - 42:6,
126:11
**WOZNIAK** [1] - 42:6
**wrap** [2] - 150:14,
150:18
**write** [1] - 12:14
**writing** [1] - 69:4
**written** [3] - 76:3,
76:5, 76:6
**wrote** [4] - 119:7,
119:16, 128:14,
129:10

## X

**x-ray** [1] - 69:15

## Y

**year** [18] - 11:5, 11:7,
18:19, 22:23, 23:10,
30:10, 62:16, 65:6,
67:6, 67:7, 68:7,
89:21, 89:22, 127:4,
134:3, 148:6
**years** [50] - 17:3, 18:1,
18:11, 21:5, 21:13,
21:20, 22:12, 22:13,
22:17, 24:3, 26:21,
27:16, 29:6, 29:19,
29:20, 32:12, 33:1,
33:12, 33:13, 34:15,
35:22, 37:11, 40:22,
43:7, 43:9, 52:21,
64:2, 64:21, 65:22,
66:19, 66:24, 68:12,
70:1, 122:13, 123:2,
123:19, 123:20,
128:5, 128:7,
136:25, 137:17,
137:21, 137:25,
138:23, 139:21,
146:23, 149:17,
149:18, 150:4
**yoman's** [1] - 81:7
**young** [1] - 74:15
**youngest** [6] - 64:6,
65:19, 71:3, 74:2,
79:18, 79:19
**Yount** [6] - 4:19,
14:10, 14:17, 14:18,

14:20, 136:9
**YOUNT** [53] - 2:3, 2:4,
4:19, 14:17, 46:12,
48:7, 48:13, 57:15,
57:23, 58:10, 58:16,
72:14, 72:24, 73:6,
73:18, 74:11, 74:21,
74:24, 75:3, 75:5,
75:13, 76:7, 76:18,
76:23, 77:2, 77:5,
77:10, 77:25, 78:12,
78:17, 78:20, 78:23,
79:2, 79:5, 80:4,
83:24, 84:11, 86:6,
87:23, 88:1, 88:7,
88:12, 88:17, 88:20,
89:4, 91:9, 93:14,
94:5, 97:20, 111:5,
111:9, 111:12,
111:14
**yourself** [6] - 46:25,
101:6, 103:23,
105:16, 106:12,
150:21
**yourselves** [1] - 72:6
**youth** [1] - 63:16
**YouTube** [1] - 106:23

## Z

**zone** [5] - 91:13,
91:16, 91:17, 96:23,
97:17
**Zoo** [1] - 65:19
**Zwain** [1] - 14:22
**ZWAIN** [1] - 2:7