AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Billie Gilmore, et al. )
)
Plaintiff )
)
v. ) Civil Action No. 1:10cv345 HSO-JMR
Bechtel National, Inc., et al. )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USA through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 9-3-10

*Signature of Clerk or Deputy Clerk*

USPS - Track & Confirm



Page 1 of 1

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 3407**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:46 am on October 12, 2010 in WASHINGTON, DC 20472.

Track & Confirm
Enter Label/Receipt Number.

Go >

**Detailed Results:**
- **Delivered, October 12, 2010, 11:46 am, WASHINGTON, DC 20472**
- **Arrival at Unit, October 12, 2010, 10:01 am, WASHINGTON, DC 20022**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | 7179 1000 1645 0016 3407 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 0.00 |

Postmark Here

7.17

Sent To: Federal Emergency Mgmt Agcy (FEMA)
Craig Fugate, Director
Street, Apt. No.; or PO Box No. 500 C Street S.W.
City, State, Zip+4 Washington, DC 20472

Code2: Gilmore v. Bechtel, 10-345, SDMS

PS Form 3800, August 2006      See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    11/5/2010