<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3    ****************************************************************

 4    IN RE:  FEMA TRAILER
      FORMALDEHYDE PRODUCTS
 5    LIABILITY LITIGATION
                                   DOCKET MDL NO. 1873 "N"
 6                                 NEW ORLEANS, LOUISIANA
                                   THURSDAY, MAY 20, 2010, 8:30 A.M.
 7
      THIS DOCUMENT RELATES TO:
 8
      DOCKET NO. 09-3251,
 9    EARLINE CASTANEL v
      RECREATION BY DESIGN, LLC
10
      ****************************************************************
11
                        DAY 4, MORNING SESSION
12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                  UNITED STATES DISTRICT JUDGE

14

15    APPEARANCES:

16

17    FOR PLAINTIFF:          WATTS GUERRA CRAFT
                              BY:  MIKAL C. WATTS, ESQUIRE
18                            FOUR DOMINION DRIVE
                              BUILDING THREE, SUITE 100
19                            SAN ANTONIO TX 78257

20
                              CHRIS PINEDO
21                            ATTORNEY AT LAW
                              802 N. CARANCAHUA, SUITE 2250
22                            CORPUS CHRISTI TX  78470

23
                              REICH & BINSTOCK
24                            BY:  DENNIS C. REICH, ESQUIRE
                              4265 SAN FELIPE, SUITE 1000
25                            HOUSTON TX  77027
</pre>

1   APPEARANCES CONTINUED:

2

3   FOR DEFENDANT:              GARRISON YOUNT FORTE & MULCAHY
                                BY:  LYON H. GARRISON, ESQUIRE
4                                    SCOTT P. YOUNT, ESQUIRE
                                     RANDALL C. MULCAHY, ESQUIRE
5                               909 POYDRAS STREET, SUITE 1800
                                NEW ORLEANS LA  70112
6

7                               DUPLASS ZWAIN BOURGEOIS MORTON
                                PFISTER & WEINSTOCK
8                               BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                     JOSEPH G. GLASS, ESQUIRE
9                               THREE LAKEWAY CENTER
                                3838 N. CAUSEWAY BOULEVARD
10                              SUITE 2900
                                METAIRIE LA  70002
11

12

13  OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                500 POYDRAS STREET, ROOM B406
14                              NEW ORLEANS LA  70130
                                (504) 589-7779
15

16  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3       <u>EXAMINATIONS</u>                                        <u>PAGE</u>

4

5       **EARLINE CASTANEL** (CONTINUED).......................... 889

6       CROSS-EXAMINATION BY MR. GARRISON...................... 889

7       REDIRECT EXAMINATION BY MR. WATTS...................... 910

8       VIDEOTAPED DEPOSITION OF **COMMANDER JOE LITTLE**.......... 911

9       DEPOSITION OF **KIM CASTANEL**............................ 933

10      **DR. PHILIP COLE**....................................... 938

11      DIRECT EXAMINATION BY MR. WEINSTOCK.................... 939

12      CROSS EXAMINATION BY MR. WATTS........................ 956

13      REDIRECT EXAMINATION BY MR. WEINSTOCK................. 979

14      DEPOSITION OF **ALAN BOWERS, MD.,**....................... 987

15

16

17                           **E X H I B I T S**

18      <u>DESCRIPTION</u>                                        <u>PAGE</u>

19

20      EXHIBIT 443 WAS ADMITTED.............................. 909

21      EXHIBITS 1005 THROUGH 1007 WERE ADMITTED.............. 986

22      EXHIBIT 413 WAS ADMITTED.............................. 988

23      EXHIBIT 343 WAS ADMITTED.............................1024

24

25

1                       **P-R-O-C-E-E-D-I-N-G-S**

2                         MORNING SESSION

3                THURSDAY, MAY 20, 2010, 8:30 A.M.

4                     (COURT CALLED TO ORDER)

5

6

7          THE COURT SECURITY OFFICER:  All rise.

8          THE COURT:  Good morning.  You may be seated.  Thank you

9    all again for being on time and prepared to get to work today.

10              Ms. Castanel, you're on the stand and still under

11   oath, and we'll pick up right where we left off.

12              Mr. Garrison, I think you were about to start your

13   cross-examination of Ms. Castanel, if you're prepared to go

14   forward.

15         MR. GARRISON:  Yes, sir.  May I approach?  I already

16   spoke to Mr. Watts about it.  It's very brief.

17         THE COURT:  Sure.

18         MR. WATTS:  We don't need it on the record.

19              (WHEREUPON, at this point in the proceedings, there was

20   a conference held at the bench outside the presence of the court

21   reporter.)

22         MR. GARRISON:  May I proceed?

23         THE COURT:  Yes, please do.

24         MR. GARRISON:  Thank you, Judge.

25                             CROSS-EXAMINATION

BY MR. GARRISON:

Q.   Good morning, Ms. Castanel.

A.   Good morning.

Q.   We've met before.  My name is Lyon Garrison and I represent Recreation By Design.

You treated with Dr. Gautreaux for your runny nose and congestion for years before Katrina, correct?

A.   Yes.

Q.   And before Katrina, you also treated with Dr. Bowers, your internal medicine doctor, for your sinuses, correct?

A.   For my pressure trouble.

Q.   Ma'am?

A.   For my blood pressure.

Q.   Yes, ma'am, for your blood pressure.  But you also treated with Dr. Bowers for your sinuses, correct?

A.   A little bit, but Dr. Gautreaux was really my doctor.

Q.   Yes, ma'am.  You also treated for glaucoma for the last 20 years; is that correct?

A.   Yes.

Q.   Now, it's my understanding, based on your testimony, you evacuated to Texas before the hurricane.

A.   Yes.

Q.   And you received treatment from a Dr. Hoang in Texas for your sinuses; is that correct?

A.   Yes, yes.

1  Q.   Do you recall giving a deposition in this matter?

2  A.   A what?

3  Q.   Do you recall giving a deposition?

4  A.   I guess I did.  I don't remember exactly.

5  Q.   Do you recall that day when I sat down and asked you

6  questions in a conference room?

7  A.   Oh, yeah.

8        MR. GARRISON:  Your Honor, may I approach?

9        THE COURT:  Yes.

10                    EXAMINATION

11 BY MR. GARRISON:

12 Q.   And I'll read this to you, if that's okay.  Page 20, line

13 13.

14        MR. WATTS:  Excuse me, Mr. Garrison, which of her two

15 depositions do you --

16        MR. GARRISON:  The second one.

17                    EXAMINATION

18 BY MR. GARRISON:

19 Q.   Page 20, line 13.  "As I understand your testimony, you

20 treated with an eye doctor in Houston during that year after the

21 hurricane.  Did you treat with any other physicians in Houston?"

22 A.   No.

23 Q.   "Answer:  No."

24        Dr. Hoang is an internal medicine doctor.  So you did

25 treat with another doctor in Houston, correct?

1    A.    One for my sinus and one for my eyes.

2    Q.    In fact, you treated on three occasions with Dr. Hoang in

3    Texas in October 2005, December 2005, and January 2006, for your

4    sinuses, correct?

5    A.    I believe so.  I'm not completely sure.

6    Q.    You came back to New Orleans and you moved into your FEMA

7    trailer in March of 2006, correct?

8    A.    Yes.

9    Q.    Now, your FEMA trailer was located on the property of

10   Mr. Ganier, correct?

11   A.    No, it was his mother.

12   Q.    Oh, that's right.  So your FEMA trailer was on Mr. Ganier's

13   mother's property?

14   A.    Yes.

15   Q.    And Mr. Ganier is your boyfriend, correct?

16   A.    Well, we're friends, you know.

17   Q.    Yes, ma'am.  Mr. Ganier's mother's house, that house was not

18   flooded or damaged in the hurricane, correct?

19   A.    No.

20   Q.    That's a correct statement?

21   A.    Yes.

22   Q.    So sometimes you would go into Mr. Ganier's house and visit;

23   is that correct?

24   A.    Yeah, for about 15 minutes.

25   Q.    But you had the opportunity, when you wanted to walk out of

1    your trailer and go to Mr. Ganier's mother's house when you felt

2    like it?

3    A.    Yes.

4    Q.    You moved into your FEMA trailer in the springtime, correct?

5    A.    Yeah.

6    Q.    So you would have your windows open in the springtime,

7    correct?

8    A.    Well, I had the window above the stove open.

9    Q.    And you had your screen door open; is that correct?

10   A.    I had the wood door open.  The screen door was closed.

11   Q.    But the screen door was closed, but air was able to move in

12   and out of the screen door?

13   A.    Yeah.

14   Q.    Okay.  We understand each other.  There's a wooden door, and

15   then there's a screen door?

16   A.    Yes.

17   Q.    You would have the wooden door open with the screen door

18   closed?

19   A.    Yes.

20   Q.    Yes, ma'am.  Now, in the summertime, you would run the AC;

21   is that correct?

22   A.    Yes.

23   Q.    And as I understand it, you liked the temperature to be

24   about 60 degrees, correct?

25   A.    Yeah, because it was stuffy in there.

1    Q.   Yes, ma'am.  So you kept your trailer at about 60 degrees,

2    correct?

3    A.   75 to 60, you know.  And sometimes, I would have to put a

4    jacket, but it was stuffy.

5    Q.   So sometimes in your trailer with the AC on, you would have

6    to put a jacket on; is that correct?

7    A.   Yeah.

8              MR. GARRISON:  Your Honor, may I approach?

9              THE COURT:  Yes.

10                               EXAMINATION

11   BY MR. GARRISON:

12   Q.   Page 150, line 3, second deposition:

13             "In the summertime, what temperature did you like to

14   keep your FEMA trailer at?

15             In the summer, I would have it kind of low.

16             Question:  How low?

17             Answer:  I would have it at, like, about 60, you know,

18   around that time and keep it cool."

19             Do you remember that testimony?

20   A.   Yes.

21   Q.   And when the AC was working in your FEMA trailer, it kept

22   things real cool, correct?

23   A.   Yes.

24   Q.   Yesterday, you testified about a smell in your trailer, at

25   some point, you smelled a new smell.

1           Do you remember that testimony?

2   A.   Yes.

3           MR. GARRISON:  Your Honor, may I approach?

4           THE COURT:  Yes.

5                         EXAMINATION

6   BY MR. GARRISON:

7   Q.   Page 42, line 2, first deposition:

8           "Question:  When you moved into the trailer, was there

9   any odor or anything like that?  Was there any smell or anything

10  that you noticed?

11          Answer:  I'm not going to lie.  I didn't really pay

12  attention, you know.  It had something going on in there to cause

13  me to have this.  I mean, you know, I never gave it a thought."

14          Do you remember that testimony?

15  A.   I remember saying when I first moved in there, and I didn't

16  smell anything too much, but after a week or two and during the

17  third week, that's when I really started --

18  Q.   Yes, ma'am.  Further down -- I'm sorry.  I didn't mean to

19  cut you off.

20  A.   That's when I really started feeling bad.

21  Q.   And further down, Page 42, line 13, the question is:  "Did

22  you notice any odors or was there any special smell that was

23  different from the things you smelled before?

24          Answer:  I can't say."

25          Do you recall that testimony?

1  A.    Yes.

2  Q.    Now, you moved into your trailer in March, in the

3  springtime; is that correct?

4  A.    I think it was.

5  Q.    Before Hurricane Katrina, did you ever have problems with

6  your allergies in the springtime?

7  A.    Not that bad.

8  Q.    Did you have any problems with your allergies?

9  A.    I mean, my nose would get stopped up with my sinus, but I

10  wasn't that bad off.  I could keep going, you know, with a little

11  spray.

12  Q.    Yes, ma'am.  So before Hurricane Katrina, you would get

13  stopped up with your sinuses?

14  A.    Yes.

15  Q.    Because of allergies; is that correct?

16  A.    Yes, yes, yes.

17  Q.    Now, the first time you saw Dr. Bowers after you moved into

18  the trailer in March of 2006 was on July 20th, 2006; is that

19  correct?

20  A.    I don't remember the exact date.

21  Q.    Isn't it true you never told Dr. Gautreaux that you thought

22  your trailer was causing health problems?

23  A.    No.  I didn't say anything.  I just told him I didn't feel

24  good.  I didn't say I was in the trailer or was out of the

25  trailer.  Because he knew that I couldn't live in my house

1  because it was flooded, but I didn't tell him where I was
2  staying, you know.
3  Q.   So you did not tell Dr. Gautreaux that you thought your
4  trailer was causing health problems?
5  A.   No, I didn't tell him that.
6  Q.   Isn't it true you never told Dr. Bowers that you thought
7  your health was getting worse because of your trailer?
8  A.   No.  I just told him I felt bad.  There wasn't nothing to
9  say -- you know, to tell him that I'm getting worse.  The only
10 thing I could say when I went to Dr. Gautreaux, I told him I just
11 felt worse than I was feeling before.
12 Q.   Yes, ma'am.  In fact, you never told any of your treating
13 physicians that you thought your FEMA trailer was causing health
14 problems, correct?
15 A.   No.
16 Q.   That's a correct statement?
17 A.   I didn't even think that's what was causing it.
18 Q.   Yes, ma'am.  Now, Mr. Ganier, would he come over to your
19 trailer and visit during the week?
20 A.   Sometimes.
21 Q.   And you would get out of the trailer and go take rides with
22 Mr. Ganier?
23 A.   Sometimes, he would take me to the store.
24 Q.   And you all liked going to the lake as well, correct?
25 A.   Yeah, he would go pass around the lake, see who was fishing,

1    who was fishing like that.

2    Q.    It's my understanding you cooked most of your meals in the

3    trailer, correct?

4    A.    Yeah, whenever I cook.  But a lot of time, I eat out.

5    Q.    Yes, ma'am.  So you would get out and go out to eat?

6    A.    Yeah.

7    Q.    Your trailer had a fan in it, correct?

8    A.    What?

9    Q.    Your trailer had a fan?

10   A.    It only had the air conditioner.

11   Q.    By the stove, was there a fan or a vent?

12   A.    Yeah, they had a vent there.

13   Q.    And you used that vent when you were cooking?

14   A.    Yeah.

15   Q.    And isn't it true that you usually cooked for yourself and

16   Mr. Ganier?

17   A.    I cooked for myself, but if he come in, I offered him

18   whatever I have.

19   Q.    Yes, ma'am.  Now, one of your daughters testified and she

20   talked about how they would all come over to your trailer on

21   Sundays, correct?

22   A.    Yes, when they leave mass, they would pass and see how I was

23   doing.

24   Q.    And everybody would come over, your daughters, and you would

25   have lunch?

1  A.   They would stay for a little while, about an hour, and then

2  they go about their business.

3  Q.   And you continued to have that Sunday event at your trailer

4  while --

5  A.   That wasn't every Sunday.

6  Q.   Oh, okay.  Was it two or three Sundays out of a month?

7  A.   Some months, it would be, like, two Sundays, some months

8  three Sundays, you know.

9  Q.   And on Sundays, as I understood your daughter's testimony,

10 you liked to fix fried chicken; is that right?

11 A.   Sometimes.  Most of the time, even to now, I mostly puts it

12 in the oven.  I don't eat too much of fried food.

13 Q.   Yes, ma'am.  Now, did you go visit your daughters, all of

14 whom live in the New Orleans area, would you go visit with them

15 sometimes?

16 A.   Yeah, once in a while.

17 Q.   And did you ever stay the night with any of your daughters?

18 A.   No.

19 Q.   Okay.  Now, you worked as a housekeeper at a rectory for

20 30 years, correct?

21 A.   Yes.

22 Q.   And you would clean the rectory; is that correct?

23 A.   Well, I would clean the part where the priests live and

24 change their beds and dust their -- they only had three pieces of

25 furniture in their room, the chest of drawers, a dresser and

1  their bed, and I would dust that and pass the dust mop.

2  Q.   Yes, ma'am.  Would you use cleansers?

3  A.   Comet cleanser to clean the bathroom.

4  Q.   And would you use bleach?

5  A.   Well, sometimes, when I was washing their white clothes, I'd

6  put a couple of drops of white bleach for their underclothes.

7  Q.   Yes, ma'am.  You would also use laundry detergent?

8  A.   Tide.

9  Q.   And you used liquid detergent?

10 A.   It was liquid Tide I used.

11 Q.   Well, for the dishes and things like that.

12 A.   Oh, I didn't do that.  They had a cook for that.  I didn't

13 fool in the kitchen.

14 Q.   Yes, ma'am.  And did you also clean the bathroom?

15 A.   I cleaned the bathroom.

16 Q.   And you worked at the rectory three days a week, correct?

17 A.   Right.

18 Q.   Did your sinuses ever bother you after using cleansers all

19 day?

20 A.   No.

21 Q.   Did you ever read the warning labels on the cleansers that

22 you used?

23 A.   No.  I never did.

24 Q.   And you also cleaned your trailer with cleansers, correct?

25 A.   The sink, I would clean that with cleanser.

1   Q.   Ma'am?

2   A.   I would use that for cleaning my sink, Comet cleanser.

3   Q.   Yes, ma'am.  And did you ever have any sinus symptoms after

4   using cleansers at home?

5   A.   No, it didn't bother me.

6           MR. GARRISON:  Your Honor, may I approach?

7           THE COURT:  Yes.

8                               EXAMINATION

9   BY MR. GARRISON:

10   Q.   Ms. Castanel, you filed a complaint for damages in this

11   matter.  Did you know that?

12   A.   A what?

13   Q.   A complaint for damages.

14   A.   No.

15   Q.   This is your lawsuit, ma'am.

16   A.   Yes.

17   Q.   Did you know that you sued FEMA in this case?

18   A.   Yes.  Because like I say, after I was in that trailer,

19   that's when I started really getting sick and I couldn't catch my

20   breath half of the time.

21   Q.   And you felt like FEMA did something wrong?

22   A.   I felt it was something in that trailer, what was causing

23   it.

24   Q.   Yes, ma'am.  And FEMA supplied you with that trailer?

25   That's why you sued them?

1    A.    Well, I thought it was a place for me to stay while I was

2    down there.

3    Q.    Yes, ma'am.  And you also sued a company called

4    Shaw Environmental.  Did you know that?

5    A.    I don't know anything about Shaw.

6    Q.    Yes, ma'am.  Ms. Castanel, I would like to go back to when

7    you received your FEMA trailer.

8            Do you remember when you actually moved into your FEMA

9    trailer?

10   A.    I don't remember the exact date, but when I moved in, I

11   walked in, I looked around, and see if I would like it.  It

12   looked all right.  It was kind of narrow because -- no doors or

13   anything.  You had to at least go straight through for

14   everything, take a shower or whatever.  And after I was in there

15   a while, like I said, that's when I really start feeling bad.

16   Q.    Yes, ma'am.  Did you meet with a Shaw representative when

17   you first moved into your trailer?

18   A.    Really and truly, the onliest person I seen was the man who

19   brought the key.

20   Q.    I understand.

21   A.    And dropped the key off on the outside.  He was in his car.

22   And he told me -- he called me up and told me he was bringing the

23   key, if I wasn't there, where he was going to put it.  So I said,

24   "Well, I'll be there to meet you."

25            So when I got there, he pulled up in his car and gave

1   me the key, and I just went on the little porch and went on in

2   the trailer.

3   Q.   And the man in the car, did he just drive off?

4   A.   Yeah.

5   Q.   So the man in the car, he didn't show you around the

6   trailer?

7   A.   No.

8   Q.   Did the man in the car say anything to you about your

9   trailer?

10  A.   He said he hope I enjoy my trailer.

11  Q.   Did the man in the car say anything else to you about your

12  trailer?

13  A.   That's all he told me.

14  Q.   Did the man in the car say anything to you about using the

15  appliances in the trailer?

16  A.   No.

17  Q.   Did the man in the car give you any documents for your

18  trailer?

19  A.   He didn't give me anything.

20  Q.   Did you ever see the man in the car after he gave you the

21  key and drove off again?

22  A.   No.  I never seen him.

23  Q.   Now, you knew how to use the windows in the trailer, is that

24  correct, how to open the windows?

25  A.   Yes.

1   Q.   And you knew how to use the screen door; is that correct?

2   A.   Yes.

3   Q.   And Mr. Ganier, he was next door to help you out with

4   anything you needed; is that correct?

5   A.   Yes.  If I needed someone to take me somewhere, he will.

6   Q.   I'm sorry?

7   A.   If I needed somebody to take me to the store or somewhere.

8   Q.   Yes, ma'am.  So you didn't have any problems figuring out

9   how to operate the trailer, correct?

10  A.   No.

11  Q.   And I understand the man who gave you the keys, he drove

12  away and you never saw him again.

13  A.   I never seen him till this day.

14  Q.   Yes, ma'am.  Did you ever receive any documents from Shaw

15  about the trailer after that?

16  A.   No.  I haven't had any because if I did, I would have kept

17  it.

18  Q.   And you never complained to FEMA or Shaw about any problems

19  while you were in the trailer, correct?

20  A.   The only thing I really complained about was that air

21  conditioner.  The air conditioning went out three times.  The

22  first time it went out, I called up, and when I called up, a man

23  came out the next day.  He checked it.  He said it was a leak up

24  there and it was something else wrong.  He said that he would be

25  back.  He came back and looked at it again.  I don't know what he

1    did, but he said he was going to come back and put a new one in,

2    but they never did come back.

3    Q.    But they did fix the air conditioner?

4    A.    They fixed it, but it still would drip every once in a

5    while.   I don't know if it was defrosting or whatever it was

6    doing, but it would drip.  At one time, it was dripping so much

7    that I had to put a little pan down there to catch the water.

8    Q.    That was one time?

9    A.    That was that second time it was dripping when I called him

10   again, the second time.

11   Q.    Yes, ma'am.  And the times when your AC went out, they sent

12   somebody else to fix it in a day?

13   A.    They sent somebody out to fix it, and they said something

14   was wrong with it and they was going to send a new one out, but

15   they never did.

16   Q.    Yes, ma'am.  But when your AC was fixed after you called, it

17   would work for a while, correct?

18   A.    Yes.

19   Q.    Other than the AC, you didn't call FEMA or Shaw for any

20   other problems, correct?

21   A.    No.

22   Q.    Is that a correct statement?

23   A.    Yes.

24   Q.    Did you ever receive any documents from FEMA about your

25   trailer?

1  A.   No, but like I say, if I had, I would have kept those

2  papers.

3  Q.   Yes, ma'am.  Now, presently, you live on St. Peter, correct?

4  A.   Yes.

5  Q.   Now, when the AC was out for a couple of days, you would

6  open the windows and the doors?

7  A.   I opened the door and the window, and they had the window

8  right back of the sofa that they had in there, and then I would

9  open that window in the bedroom.

10 Q.   And as I understand it, there was a fan that y'all bought,

11 you and Mr. Ganier?

12 A.   Yes, I bought a fan.

13 Q.   And you had that in the trailer?

14 A.   Yes.  To cool it off.

15 Q.   The fan cooled it off?

16 A.   It cooled it off some, but it wasn't like an air

17 conditioner.

18 Q.   Yes, ma'am.  And when that fan was running, you would have

19 that screen door or the door open with the screen door closed so

20 you could get some circulation, correct?

21 A.   Well, I'd sit the fan, let it go straight through the

22 hallway to the back.

23 Q.   And you would have the door open?

24 A.   Yeah.  But I didn't have it sitting by the door, it would

25 bring in dust.  I had it sitting straight, you know, down the

1   hall for it to blow straight down the hall.

2   Q.   And also, you would have some of the windows open when you

3   would have that fan on, correct?

4   A.   Yes.  Yes.

5   Q.   Now, yesterday you testified that you moved into your house

6   on St. Peter -- that's your house that was damaged in

7   Hurricane Katrina?

8   A.   Yes.

9   Q.   That you moved into your house on St. Peter early because

10  you wanted to get out of your FEMA trailer; is that correct?

11  A.   Right.

12  Q.   And as I understood your testimony, your house on St. Peter

13  wasn't finished yet; is that right?

14  A.   It wasn't quite finished.

15  Q.   So the house on St. Peter, when you moved in, did it have

16  odors of paint or Sheetrock or anything like that?

17  A.   No.

18  Q.   So your house wasn't finished yet?

19  A.   Whatever paint they used, it was the kind that don't smell.

20  That's what the man said because I didn't smell anything, no

21  paint or anything like that.

22  Q.   Yes, ma'am.  So when they repaired your house on St. Peter,

23  they used paint that didn't smell.  Is that what you're telling

24  us?

25  A.   That's what it is.

1  Q.   Yes, ma'am.  Did your sinuses bother you at all when you

2  moved back into the house on St. Peter?

3  A.   It bothered me, but like I said, it still didn't bug me as

4  bad as it did when I was in that trailer because at least I was

5  breathing.  But when I was in that trailer, half of that time, I

6  would just be (indicating).  I couldn't catch my -- you know, I

7  had to talk and breathe through my mouth because my nose was so

8  stopped up.

9  Q.   Now, for the house on St. Peter, you got new furniture and

10 appliances, correct?

11 A.   Yes.

12 Q.   Was there any smell or odor associated with that new

13 furniture or appliances?

14 A.   No.

15 Q.   Did you get any materials with the new appliances, manuals?

16 A.   Well, like, I got my spread and I got my sheets and things,

17 but I washed them before I put it on my bed.

18 Q.   Did you read the documents that you got with your new

19 appliances for your house on St. Peter?

20 A.   I don't quite remember.

21 Q.   Yes, ma'am.  Do you know who Dr. Miller is?

22 A.   The name sound familiar, but I don't quite remember.

23 Q.   You still see Dr. Bowers, right?

24 A.   Yes.

25 Q.   And you've seen Dr. Bowers for 10 years?

1  A.    Yes.

2  Q.    And you're very happy with Dr. Bowers, correct?

3  A.    Yes.

4  Q.    And you're satisfied with Dr. Gautreaux's treatment,

5  correct?

6  A.    Yes.

7           MR. GARRISON:  Your Honor, may I approach?

8           THE COURT:  Yes.

9                          EXAMINATION

10 BY MR. GARRISON:

11 Q.    I have an exhibit that's marked as 443.

12           Ms. Castanel, have you ever seen this document before?

13 It bears what purports to be your signature.

14 A.    Yeah, I've seen it, but I don't exactly remember.

15 Q.    Is that your signature right there, Earline Castanel?

16 A.    Yes.

17           MR. GARRISON:  Your Honor, I would like to offer, file

18 and introduce Exhibit 443 into evidence.

19           MR. WATTS:  No objection.

20           THE COURT:  So ordered.

21           (WHEREUPON, at this point in the proceedings,

22 Exhibit 443 was admitted into evidence.)

23           MR. GARRISON:  Your Honor, that's all I have.

24           THE COURT:  Thank you, Mr. Garrison.

25                Redirect?

1          MR. WATTS:  Briefly.

2                           REDIRECT EXAMINATION

3    BY MR. WATTS:

4    Q.   Just a couple of things, Ms. Castanel.

5          Counsel was asking you about what you said in your

6    deposition about how the trailer smelled.  Do you remember those

7    questions?

8    A.   Yes.

9    Q.   Let me just put it up.  Did you tell him in your deposition,

10   as you did here, it smelled like newness --

11         MR. GARRISON:  Your Honor, I object.  This is improper

12   use of a deposition.  I thought you would ask the question first.

13         THE COURT:  Go ahead and cover it and then if we want to

14   use the deposition to refresh, you can.  Go ahead and just ask

15   her and if you want to use it to refresh...

16                           EXAMINATION

17   BY MR. WATTS:

18   Q.   Did you tell the lawyers in your deposition that "It smelled

19   like newness.  That's how it smelled until I got stopped up"?

20   A.   Yes.

21   Q.   In your deposition, did they ask you how long you smelled

22   this new smell and how long it lasted?

23   A.   Until I got out the trailer, it had an odor.

24         MR. WATTS:  Those are all of my questions.  Thank you.

25         THE COURT:  Thank you, Ms. Castanel.  You can step down,

1   please.

2          MR. WATTS:  Your Honor, with that, the plaintiffs rest.

3          THE COURT:  The plaintiffs rest.

4              Mr. Garrison or Mr. Yount?

5          MR. YOUNT:  Judge, subject to our stipulations with

6   respect to Rule 50 motions, we would present the testimony of

7   Commander Little -- show you his deposition.

8          THE COURT:  All such motions are reserved.  We can take

9   those issues up outside of the presence of the jury.  Let's go

10  ahead and continue on with the -- as I explained earlier,

11  plaintiff puts on plaintiff's case, has the opportunity to call

12  witnesses, and then thereafter, the defendant can call witnesses.

13             So this would be the first witness that the

14  defendant, Recreation By Design, calls, and that person is?

15         MR. YOUNT:  Commander Joe Little.

16         THE COURT:  Commander Joe Little, and that is also a

17  videotaped testimony or deposition.

18             So let's go ahead and -- Commander Little has been

19  administered the oath, and counsel are present.  Let's go ahead

20  and get his testimony.

21             (WHEREUPON, at this point in the proceedings, the

22  videotaped deposition of Commander Joe Little was played.)

23  Q.   Dr. Little, I just want to get into some general background

24  questions about you.  For example, what is your educational

25  background, if you'd start with college going forward?

1   A.    I have a Bachelor of Science in biology from the

2   University of Minnesota.  I have a Master of Science in

3   Public Health with a concentration in environmental toxicology

4   from Tulane University School of Public Health and Tropical

5   Medicine.

6   Q.    Now, Commander, do you hold any special certifications in

7   regards to your positions?

8   A.    I hold a registered environmental health specialist.

9   Q.    And who granted you that certification?

10  A.    NEHA, National Environmental Health Association.

11  Q.    And this certification, again, is -- I'm sorry.  Would you

12  repeat the title again?

13  A.    It's a registered environmental health specialist.  It is

14  required for my category in the public health service.

15  Q.    And that category is what?

16  A.    Environmental health officer.

17  Q.    I want to just ask you a couple of questions about your

18  current position.  And there is a declaration that you signed on

19  May 12, 2009, and you indicated in that declaration that you have

20  a current position with NIOSH.

21        Could you tell me what that position is?

22  A.    I'm an emergency coordinator for NIOSH, which is the

23  National Institute for Occupational Safety and Health.

24  Q.    What are your duties as an emergency coordinator for NIOSH?

25  A.    To be a focal point for technical requests that come in

1   during an emergency, and see to it that they are handled by the

2   appropriate person in NIOSH with the appropriate expertise.

3   Q.   Prior to holding that position, or getting the position as

4   an emergency coordinator in January of 2008, where were you

5   employed prior to that?

6   A.   Within the Agency for Toxic Substances and Disease Registry,

7   which is part of the National Center for Environmental Health.

8   Q.   And that's what's typically known as ATSDR?

9   A.   Yes, correct.

10  Q.   What was your job title with ATSDR?

11  A.   Emergency response coordinator.

12  Q.   And how long did you hold that position?

13  A.   17 years.

14  Q.   And isn't that from the beginning when ATSDR was actually

15  formulated 17 years ago or --

16  A.   No, it was formulated in the '80s.

17  Q.   And you began in?

18  A.   I was hired in the fall of 1990.  I was in the technical

19  support section for the first three years, and then I was

20  officially an emergency coordinator.

21  Q.   Now, you said that you began in the technical support

22  section?

23  A.   Yes, of the emergency response branch.

24  Q.   And what were your duties there?

25  A.   I was a toxicologist.

1    Q.    And generally, what does a toxicologist do?

2    A.    I was an on-call toxicologist for technical support for

3    emergency situations where other federal agencies, hospitals,

4    fire departments, would call when they needed help with a

5    chemical emergency they were dealing with, hazardous materials

6    incidents.

7    Q.    Commander Little, let's -- you didn't go into great detail

8    in your education.  In 1989, you received from Tulane University

9    School of Public Health and Tropical Medicine a Master of Science

10   in Public Health with a concentration in environmental

11   toxicological; is that correct?

12   A.    Yes.

13   Q.    Could you tell us just basically, what was your course of

14   study in receiving that degree?

15   A.    I had a variety of courses in environment science, including

16   things related to industrial hygiene, epidemiology, and several

17   courses in toxicology, one course in pharmacology.

18   Q.    Can you explain to us, what is the study of toxicology?

19   A.    It's the study of the adverse effect of chemicals on

20   biological -- biological tissues.

21   Q.    So you'd be familiar and you'd be able to tell someone what

22   effect a chemical would have, or could possibly have on their

23   bodily functions, in association with their health?

24   A.    Health effects associated with chemicals, yes.

25   Q.    Now, you also said that it involved the study of

1    pharmacology.  What is the study of pharmacology?

2    A.    It is how a chemical moves through the body, how it is

3    metabolized, and the effects on the body.

4    Q.    Since completing your studies, have you ever been qualified

5    as an expert in litigation?

6    A.    No.

7    Q.    Have you ever been asked in any way to give an expert

8    opinion in any matter involving litigation?

9    A.    No.

10   Q.    And I want to be clear about that question.  In your role

11   with ATSDR, has any other governmental agency asked for an expert

12   opinion from you regarding any matters that are or were in

13   litigation?

14   A.    Not that I'm aware of.

15   Q.    Were you personally involved as an employee in your role

16   with ATSDR in responding -- as part of the federal response plan

17   for Hurricane Katrina?

18   A.    Yes, I was assigned to the Emergency Operations Center.

19   Q.    And what were your duties?

20   A.    Technical support for hazardous materials issues.

21   Q.    Okay.  If you could just take us through how the request for

22   ATSDR to become involved in the formaldehyde in travel trailers

23   issue came about, and who made the request.

24   A.    There was a conference call that came in through -- or there

25   was a request that came in through the CDC

1    Emergency Operations Center where they requested a conference

2    call.  The Emergency Operations Center contacted Scott Wright,

3    and Scott rounded up a bunch of people in our building, including

4    Don Benken, to be on this conference call.

5    Q.   What's your understanding as to what was the purpose of the

6    conference call?

7    A.   When the call was announced, I think they said about

8    formaldehyde.  I don't remember much more than that.  Trailers --

9    formaldehyde in trailers.

10   Q.   How many times would you say over your history or time with

11   ATSDR did you ever participate or respond to a CDC

12   Emergency Operations Center's call?

13   A.   Many, many times.

14   Q.   Once it is determined that the project would move forward,

15   what was the next step taken?

16   A.   I think there was a mission assignment as part of the

17   hurricane response for EPA to conduct this sampling activity, and

18   over the next several weeks, EPA worked on developing a sampling

19   plan.

20   Q.   Do you know who at EPA was involved with developing the

21   sampling plan?

22   A.   I'm not sure who is the author.

23   Q.   And what was your understanding of what the sampling plan

24   was?

25   A.   The sampling plan was to take 96 unoccupied trailers from --

1  12 from each of eight different manufacturers, and to test the

2  effectiveness of two different ventilation strategies, and also

3  to establish the baseline level of formaldehyde in unoccupied

4  trailers.

5  Q.   Do you know why it was limited to unoccupied trailers?

6  A.   Yes, because there was -- you needed a baseline to compare

7  any future sampling against.  That baseline was not yet

8  established.

9  Q.   And this sampling went on from during the last week of

10 September into October, correct?

11 A.   Yes.  A 14-day sampling period.

12 Q.   And you said that there were two different methods of

13 ventilation used.  What were those two different methods?

14 A.   There was a method with the air conditioning running and, I

15 believe, a bathroom vent open, and then there was a second method

16 with all -- all windows and all vents open.  And then they

17 sampled with everything closed up also.

18 Q.   So once you received the data from EPA, the test results,

19 then you and Scott Wright went about the process of analyzing it,

20 correct?

21 A.   Yes.

22 Q.   And again, that was to establish the baseline and to

23 evaluate the two testing --

24 A.   Ventilation practices.

25 Q.   -- ventilation practices?

1  A.    Yes.

2  Q.    But you did establish a level of concern?

3  A.    We picked a comparison point, referred to it as a level of

4  concern.

5  Q.    And what was that?

6  A.    0.3 parts per million.

7  Q.    Commander Little, what I've handed to you now is a document

8  entitled, Health Consultation, Formaldehyde Sampling of FEMA

9  Temporary Housing Units, Baton Rouge, Louisiana, February 1,

10  2007, Agency for Toxic Substances and Disease Registry.  And at

11  the top of it, in a handwritten note, it says, "Final, 2/1/07,

12  5:02 p.m."

13          Before I get started, do you, by chance, recognize that

14  handwriting?

15  A.    Yes, that's my handwriting.

16  Q.    This is your handwriting?

17  A.    Yes.

18  Q.    And so would that mean that this is -- this purports to be

19  or it would be the final report?

20  A.    No, it was the last draft before final signatures, but

21  it's -- the contents would probably be the same.

22  Q.    And it was prepared in response to the data that you

23  received from EPA in December of '06, that was testing data from

24  the 96 units?

25  A.    Yeah, we received the data from FEMA.

1   Q.   I'm sorry, that's right.  You received the data from FEMA's

2   general counsel, Rick Preston.

3   A.   On December 6th, yes.

4   Q.   On December 6, '06, but not from EPA directly?

5   A.   No.

6   Q.   If you look at the executive summary on Page 2, the third

7   paragraph.  I'm mostly interested in the last sentence.  It says:

8   "The conclusions derived from the sample of the 96 trailers are

9   for those trailers only, and are not necessarily applicable to

10  all other trailers due to numerous variables for which

11  appropriate data and information are not available."

12          Is that an accurate reading of that?

13  A.   Yes.

14  Q.   In layman's terms, what were you trying to convey with that

15  sentence?

16  A.   Because there could potentially be so many interfering

17  factors brought in by people's life-styles that would change the

18  results dramatically, so these -- the results are -- really, can

19  only be applied to these particular trailers and not other

20  trailers.

21  Q.   In your last sentence of the executive summary, which is on

22  Page 3 -- I'm sorry.  Second to last and last sentence, it says:

23  "FEMA has not requested ATSDR to evaluate longer-term

24  formaldehyde concentrations in trailers or health concerns

25  related to potential exposures.  ATSDR will be available to

 1   provide assistance if such data becomes available in the future."

 2           Is that an accurate reading of that statement?

 3   A.   Yes, sir.

 4   Q.   Did ATSDR ever offer to do or suggest that longer-term

 5   testing would be useful?

 6   A.   I don't -- I don't know.

 7   Q.   So it's your understanding that ATSDR did not offer or

 8   suggest to do longer-term exposure testing?

 9   A.   I personally don't know what the senior management did or

10   the further discussions they had about follow activities on this.

11   Q.   The final sentence under recommendations says:  "Increasing

12   the ventilation to provide for the greatest number of air

13   exchanges will be the most effective action in lowering the

14   potential exposure to formaldehyde."

15   A.   Yes.

16   Q.   And that's a true and accurate statement?

17   A.   Yes.

18   Q.   But it's your testimony, and correct me if I'm wrong, that

19   you were not asked by FEMA to address the potential long-term

20   health effects of formaldehyde exposure; is that correct?

21   A.   That's correct.

22   Q.   That it posed no health threat?

23   A.   No.  The report stated that one of the ventilation practice

24   was -- practices was ineffective.  The report never stated there

25   would be no health threat.  That's taken out of context.

1   Q.   Right.   The report never really addressed health effects,

2   correct?

3   A.   No, but the conclusion of the report evaluating the

4   ventilation practices, one of the ventilation practices was not

5   effective, so assuming that the whole report said there was no

6   health threat, that's not really --

7   Q.   So from reading that, it's your understanding that FEMA said

8   that the report --

9   A.   I don't know what FEMA said.   I'm just saying the

10   statement -- I don't know what FEMA did.   But that -- the report,

11   itself, never stated there was no health threat.

12   Q.   So is it a fact that the report stated that there was a

13   health threat?

14   A.   The report stated that one of the ventilation practices was

15   ineffective in lowering it below the reference point.

16   Q.   Which ventilation practice was ineffective?

17   A.   The ventilation practice of just running an air conditioner.

18   Q.   Well, would you agree that the formaldehyde levels seen in

19   those 96 units were of a health concern?

20   A.   At the levels that were above that .3 are, yes, that's a

21   health concern.

22   Q.   Now, you were aware, weren't you, Commander, that units

23   similar to those that were tested were being issued to victims of

24   Hurricanes Katrina and Rita; were you not?

25   A.   Yes, that's why these trailers were there in the first

1  place.

2  Q.   So as they are being issued to these individuals, you have,

3  or at that time had, health concerns about the trailers?

4  A.   I think.

5  Q.   But it's your understanding that after the report was

6  drafted and written in February of '07, that there was a process

7  or a move to move people out of units?

8  A.   Yes.

9  Q.   But it had nothing to do with health concerns?

10  A.   I don't know.  I think you would want people out of them,

11  regardless.

12  Q.   Why is that?

13  A.   Because it's a small, cramped, temporary condition.  It's

14  not ideal.

15  Q.   And they weren't meant for long-term habitation, correct?

16  A.   I don't believe so.

17  Q.   And coupled with the fact that they had higher levels of

18  formaldehyde, it also wouldn't be a good idea for them to remain

19  in these units a long-term period?

20  A.   That's possible.

21  Q.   Of course, it would depend upon the units and manufacturers

22  and the different variables we've discussed.

23  A.   Many variables.

24  Q.   Like weather and hot summer months and --

25  A.   Temperature.

1  Q.    Temperature.

2  A.    Amount of ventilation, the degree of sensitivity of the

3  individual.  Other things an individual might have brought into

4  the unit would all be factors.

5  Q.    What was your educational background before joining the

6  ATSDR?

7  A.    I have a Master of Science in Public Health from Tulane

8  University School of Public Health and Tropical Medicine.  They

9  had an environmental toxicology concentration in their

10  environmental sciences department.

11  Q.    A Master of Science in Public Health.  What exactly do you

12  study to get such a degree?

13  A.    Environmental chemistry, toxicology, some epidemiology,

14  statistics, some industrial hygiene, air sampling.

15  Q.    How did you get involved with the situation involving FEMA

16  trailers and complaints of formaldehyde?

17  A.    I got pulled into a conference call on June 19th that was a

18  heads-up conference call that we spoke about earlier.

19  Q.    Ultimately, what were you charged with doing?

20  A.    At the end of the call, they wanted us to evaluate any

21  sampling data that they collected.

22  Q.    First, who was "us"?

23  A.    Me and Scott Wright from ATSDR.

24  Q.    And then who was "they"?  Who was collecting sampling data?

25  A.    EPA was collecting the data.  FEMA requested them to collect

1  the data.  They -- the request was an emergency mission

2  assignment under the Hurricane Katrina response.

3  Q.   So if I'm understanding you correctly, the first thing you

4  were charged with doing was figuring out what these test results

5  meant, to some extent?

6  A.   Yeah, after they collected the data.

7  Q.   You've told me before about your qualifications and that

8  some of it involved industrial hygiene-type study, but

9  ultimately, your report went well beyond simple analysis of test

10 data and got into, you know, what is formaldehyde and what does

11 it do to people?

12 A.   Yes.

13 Q.   Is that correct?

14 A.   Yes.

15 Q.   When did that change along the way?

16 A.   I'm not sure what you mean by that.

17 Q.   When did that become one of the principal things you became

18 involved in, beyond just looking at the test results, but the

19 effect of those results, or potential effect?

20 A.   That's always been a part of my job, looking at the health

21 effects.

22 Q.   Okay.

23 A.   That's the reason I would look at data.

24 Q.   So I think I follow you.  You weren't looking at the data

25 just to analyze raw test numbers.  You were looking at the

1    effects, and more specifically the health effects, which is

2    what -- one of the things the ATSDR does?

3    A.    Right.

4    Q.    You've included a section here in the second paragraph:

5    "Many products used every day around the house also contain

6    formaldehyde."

7    A.    Yes.

8    Q.    That includes fingernail polish?

9    A.    Yes.

10   Q.    Fingernail hardeners?

11   A.    Yes.

12   Q.    Antiseptics?

13   A.    Yes.

14   Q.    Some medicines?

15   A.    Yes.

16   Q.    Cosmetics?

17   A.    Yes.

18   Q.    Dish washing liquids?

19   A.    Yes.

20   Q.    Fabric softeners?

21   A.    Yes.

22   Q.    Shoe care agents?

23   A.    Yes.

24   Q.    Carpet cleaners?

25   A.    Yes.

1   Q.   Glues and adhesives?

2   A.   Yes.

3   Q.   Lacquers?

4   A.   Yes.

5   Q.   Plastics?

6   A.   Yes.

7   Q.   Some paper products?

8   A.   Yes.

9   Q.   That includes grocery bags?

10  A.   Yes.

11  Q.   Even paper towels contain formaldehyde?

12  A.   Yes.

13  Q.   Also food products, certain types of cheeses or dried foods?

14  A.   Yes.

15  Q.   Fish?

16  A.   Yes.

17  Q.   Okay.  If I understood your testimony earlier, the EPA

18  tested unoccupied trailers, correct?

19  A.   Yes.

20  Q.   But all these things are things that you would normally

21  associate with an occupied trailer; is that correct?

22  A.   Yes.

23  Q.   Somewhere in this report, or in these documents, you

24  referenced the fact that it's hard to control for all of these

25  different things that can add to the formaldehyde level in a

1  trailer; is that right?

2  A.   Yes.

3  Q.   I mean, just looking at that paragraph, it looks like if one

4  person is a cigarette smoker and another person uses fingernail

5  hardeners, it's hard to measure that -- the impacts of those two

6  different things on the same type of trailer.  Was that the

7  concern you were having?

8  A.   Yes, it would be interfering with the results.

9  Q.   And if there were variables you couldn't control like how

10 often somebody smoked a cigarette or how often they used

11 fingernail polish, you would lose the ability to make an adequate

12 scientific comparison; is that right?

13 A.   Yes.

14 Q.   If we can skip further down to Paragraph 3, it states:  "The

15 concentration of formaldehyde detected outdoors in general is

16 usually less than that detected in indoor air.  Background levels

17 of formaldehyde detected in outdoor air from urban areas are

18 dependent on local conditions and can vary widely."

19         Did I read that correctly?

20 A.   Yes.

21 Q.   "Concentrations generally range from" -- and I'll leave out

22 the very complicated scientific math and go to -- " .0008 to

23 .016 parts per million."

24 A.   Yes.

25 Q.   Are you saying that there -- background levels of

1    formaldehyde can be as high as 16 parts per billion?

2    A.    Yes.

3    Q.    It further states:  "The incomplete combustion of

4    hydrocarbon fuels can contribute to the level of formaldehyde in

5    outdoor air"; is that correct?

6    A.    Yes.

7    Q.    "Urban air concentrations during heavy traffic or severe

8    inversions can range up to .08 parts per billion" -- "parts per

9    million," I'm sorry; is that correct?

10   A.    Yes.

11   Q.    So are you telling me that in certain situations in

12   high-traffic areas, in urban areas, you can get levels as high as

13   80 parts per billion?

14   A.    Yes.

15   Q.    Am I correct that your conclusion in reading these papers

16   that you were charged to read, that the release of formaldehyde

17   is expected to decrease from wood-based building materials as

18   they age?

19   A.    Yes.

20   Q.    Do you have any specific recollection about the EPA 96

21   report or the ZINN 1990 report in terms of what ages of wood they

22   were evaluating?

23   A.    No.  I got this from the ATSDR tox profile.

24   Q.    The 1999 ATSDR tox profile?

25   A.    It's referenced.  I'm not sure of the year, but -- 1999,

1  yes.

2  Q.   So if we can -- now, if we can skip to where I thought we

3  were headed, and that is to the discussion of conventional or

4  site-built homes, which, I believe, is on Page 6 in the first

5  paragraph -- in the first paragraph.

6  A.   Yes.

7  Q.   The first report you reference is the Hawthorne report.

8  About middle way through the paragraph, it says:  "Conventional

9  homes overall had a concentration of formaldehyde ranging from

10  less than .02 to .4 ppm"; is that correct?

11  A.   Yes, for that study.

12  Q.   For that study.  For the houses they looked at in that

13  study, correct?

14  A.   Yes.

15  Q.   .02 to .4 is 20 to 400 parts per billion, correct?

16  A.   Yes.

17  Q.   Now, the next sentence is interesting.  It says:  "Since the

18  mid-1980s, plywood and particleboard manufacturing methods have

19  changed to reduce formaldehyde emissions"; is that right?

20  A.   Right.

21  Q.   So if I'm understanding the point you're making, as time has

22  gone on, manufacturers have figured out ways to maybe lower the

23  formaldehyde emissions in wood products?

24  A.   Yes, this was stated in the tox profile, I believe.

25  Q.   But going back to the Hawthorne paper, which was done in

1   '86, does that mean, you know, for a guy like me that's 46 years

2   old, that when I was growing up in my site-built home, I might

3   have seen levels from 20 to 400 parts per billion?

4   A.   It's possible.

5   Q.   It then says:  "A study conducted on a newly-constructed and

6   unoccupied house found average indoor concentrations of

7   formaldehyde to be .035 to .45 ppm"; is that correct?

8   A.   Yes.

9   Q.   And if we convert that, again, we're talking about 35 to

10  450 parts per billion?

11  A.   Yes, that's correct, in that particular study.

12  Q.   In that particular study of those particular houses?

13  A.   Yes.

14  Q.   But I'll go you one better.  Not only those particular

15  houses, but if I'm reading this right, that's 30 days after those

16  products were installed?

17  A.   Yes, that's what this study had said.

18  Q.   Now, earlier you talked about the EPA study and the

19  reduction in 14 days through normal ventilation, or -- I'm sorry,

20  through window ventilation versus air conditioning ventilation,

21  and there was a pretty significant reduction after 14, wasn't

22  there, in the back of this paper?

23  A.   This report, that was 14 days with the windows continuously

24  open.

25  Q.   Or 14 days with the air conditioning continuously running?

1  A.   Right.

2  Q.   Right.  And there was a significant reduction in both cases,

3  correct?

4  A.   Yeah, yes.

5  Q.   And this paper that you reference here with an ATSDR tox

6  profile reference dealt with houses that were tested after

7  30 days?

8  A.   That's right.  But these 30 days, I don't -- I don't know if

9  they were ventilating or anything.  You know, our 14-day study

10  was ventilation for that -- for 14 days.

11  Q.   So it could have been equally as well ventilated or not as

12  well ventilated?

13  A.   I don't know.

14  Q.   But in any case, they got levels as high as 450 parts per

15  billion, correct?

16  A.   Yes.

17  Q.   And not in a travel trailer, not in a manufactured house,

18  not in a mobile home, this is in, you know, a stick-built home on

19  a piece of land, correct?

20  A.   Yes.

21  Q.   Going down to the next paragraph, there was a study, it

22  looks like the Gold study of formaldehyde concentration in

23  conventional homes that were less than one year old, and the

24  range was from .05 to .2 parts per million, correct?

25  A.   Yes.  And that's the particular study, yes.

1   Q.   And so if we convert that, that's 50 parts per billion to

2   200 parts per billion?

3   A.   Yes, sir.

4   Q.   After a year?

5   A.   Yes.

6   Q.   And when we talk about ventilation of opening the windows or

7   closing the windows, another way we ventilate units is by coming

8   in and out of the house, correct?

9   A.   Yes.

10          (WHEREUPON, at this point in the proceedings, the

11   videotaped deposition of Commander Joe Little was concluded.)

12          THE COURT:  That was Commander Little's testimony.

13             Mr. Garrison or Mr. Yount, who do we have next?

14          MR. GARRISON:  We have by reading a deposition by

15   agreement of counsel, Ms. Kim Castanel.  And Kelly Morgan, an

16   attorney in our firm, will be Ms. Kim Castanel.

17          THE COURT:  Did you say the first name is Kim?

18          MR. GARRISON:  Kim, K-i-m.

19          THE COURT:  Kim Castanel.

20          MR. GARRISON:  Yes, sir.

21          THE COURT:  Ma'am, you can come on up and we will go

22   ahead and administer the oath to you, even though you're playing

23   Kim Castanel.

24             Let me explain to the jury, this is just like a

25   video deposition.  The witness was sworn in on a prior occasion

1   and there was a transcript of that witness's testimony.  Instead

2   of a videotape of it, however, in this instance, we're going to

3   have this young lady play the part of Kim Castanel.  In other

4   words, she is sitting in for Kim Castanel.  The answers that she

5   gives will be off of the transcript of Ms. Castanel's testimony.

6              So Mr. Garrison, let's go ahead and administer the

7   oath and we'll look at the questions.

8         THE DEPUTY CLERK:  Would you please raise your right

9   hand.  Do you solemnly swear that the testimony which you are

10  about to give will be the truth, the whole truth and nothing but

11  the truth, so help you God?

12        MS. MORGAN:  Yes.

13                        **KIM CASTANEL**

14  was called as a witness and, after being first duly sworn, was

15  examined and testified on her oath as follows:

16        THE COURT:  Just go ahead and follow the transcript.  Be

17  seated.  Thank you.

18              The questions, likewise, are questions that were

19  previously asked, of course, and the answers that were previously

20  given.

21              Go ahead, Mr. Garrison.

22        MR. GARRISON:  Thank you, Your Honor.

23              (WHEREUPON, at this point in the proceedings, the

24  deposition of Kim Castanel was read by Kelly Morgan and

25  Lyon Garrison as follows:)

```
 1                    DIRECT EXAMINATION

 2   BY MR. GARRISON:

 3   Q.   Hi, Ms. Castanel.  My name is Lyon Garrison and I represent

 4   Recreation By Design.  I'm just going to ask you questions about

 5   yourself, about your mother's health, and your mother and other

 6   factual questions.

 7             Where are you employed?

 8   A.   Cox Communications.

 9   Q.   What do you do for Cox?

10   A.   Sales.

11   Q.   What's your date of birth, please?

12   A.   8/25/71.

13   Q.   Tell me about your education, starting with high school,

14   please.

15   A.   I graduated in 1989.

16   Q.   From where?

17   A.   Redeemer High.

18   Q.   Did you go to college?

19   A.   Yes.

20   Q.   Where did you go to college?

21   A.   USL, University of Southwestern Louisiana.

22   Q.   Did you graduate from the

23   University of Southwestern Louisiana?

24   A.   Yes.

25   Q.   In what year?
```

1  A.   '94.

2  Q.   Did you ever ask your mother to come stay with you on

3  Ponce de Leon while she lived in the FEMA trailer?

4  A.   Yes.

5  Q.   Did she take you up on that offer?

6  A.   No.

7  Q.   Did you ever notice a smell in the FEMA trailer?

8  A.   Initially.

9  Q.   And what do you mean by "initially"?

10  A.   Like the first time I went in there.

11  Q.   Describe the smell.

12  A.   New, like everything was new.

13  Q.   And you noticed that smell the first time you went into the

14  trailer?

15  A.   Yes.

16  Q.   As I understand your testimony, you did not notice that

17  smell after the first time you went to the FEMA trailer.

18  A.   It smelled new for a while.

19  Q.   Can you be more specific about the smell?

20  A.   Like everything was brand-new.  I mean -- I don't know, like

21  everything smelled like it never had been used before.

22  Q.   Do you know if your mother ever smoked cigarettes?

23  A.   It's like I don't know how to answer that.  Because I think

24  I remember her smoking cigarettes when I was a child, but I'm not

25  sure.

936

1   Q.    So you were born in 1971; is that correct?

2   A.    Correct.

3   Q.    And your testimony is that you think you remember your

4   mother smoking cigarettes?

5   A.    Like I said, I think as a child, she may have, but I mean, I

6   don't know, she has not smoked cigarettes in years.  If so --

7   because as an adult, no, I definitely don't remember her smoking

8   cigarettes.

9   Q.    And I'm asking about your recollection.

10  A.    Correct.

11  Q.    And you remember some things from your childhood; is that

12  correct?

13  A.    Correct.

14  Q.    As we sit here today, you think you remember your mother

15  smoking cigarettes, correct?

16  A.    Correct.

17  Q.    And that recollection is based on what you saw; is that

18  correct?

19  A.    Correct.

20  Q.    Do you know at what age you first started to remember things

21  or have a recollection of them?

22  A.    Like kindergarten.

23  Q.    Now, when you saw your mother smoke, did you see her smoke

24  on a daily basis?

25  A.    I don't remember that.

1    Q.    Okay.  But you do remember seeing your mother smoke?

2    A.    Right.

3    Q.    Were your mother and father still living together when you

4    were born?

5    A.    No.

6    Q.    Do you remember if your father ever -- scratch that.

7              Do you remember your father ever living with your

8    mother?

9    A.    No.

10   Q.    Do you know if your father smoked?

11   A.    I have no idea.

12   Q.    And do you know how old your mother was when she quit

13   smoking?

14   A.    No.

15             MR. GARRISON:  That's it, Your Honor.

16             THE COURT:  Thank you.

17             (WHEREUPON, at this point in the proceedings, the

18   reading of the deposition of Kim Castanel was concluded.)

19             THE COURT:  Your next witness?

20             MR. WEINSTOCK:  I believe it's going to be Dr. Cole,

21   Your Honor.

22             THE COURT:  Dr. Cole.  Dr. Philip Cole.

23             Just one second.  We may have to take a break

24   during the course of your examination, our midmorning break, but

25   let's see how far we get.  If it's at all possible, perhaps we

1   could finish with his direct and then take a break.  Dr. Cole, if

2   you would come up here and please remain standing until you take

3   the oath, and then you may be seated.

4          MR. WEINSTOCK:  I will try to be efficient, Your Honor.

5          THE DEPUTY CLERK:  Would you please raise your right

6   hand.  Do you solemnly swear that the testimony which you are

7   about to give will be the truth, the whole truth and nothing but

8   the truth, so help you God.

9          THE WITNESS:  I do.

10                         **DR. PHILIP COLE**

11  was called as a witness and, after being first duly sworn by the

12  Clerk, was examined and testified on his oath as follows:

13         THE DEPUTY CLERK:  State your name and spell it for the

14  record, please.

15         THE WITNESS:  My name is Philip Cole, first name is

16  spelled with one L and the last name is C-o-l-e.

17         MR. WEINSTOCK:  Your Honor, I believe we have a

18  stipulation as to Dr. Cole's expertise in the field of

19  epidemiology.

20         THE COURT:  Epidemiology, there is a stipulation.  The

21  Court will therefore accept Dr. Cole as an expert in the field of

22  epidemiology.

23             Let's go ahead and proceed.

24         MR. WEINSTOCK:  Doctor, we will very briefly run through

25  some of your background.

DIRECT EXAMINATION

1

2  BY MR. WEINSTOCK:

3  Q.    Are you a doctor?

4  A.    Yes, I am.

5  Q.    What are you a doctor in?

6  A.    I'm a doctor of public health and preventive medicine.

7  Q.    How long have you been studying cancer epidemiology?

8  A.    About 40 -- 44 years.

9  Q.    Where did you go to medical school?

10 A.    I went to medical school at the University of Vermont.

11 Q.    Did you have any additional training after that?

12 A.    Yes, I did a surgical internship at the

13 Royal Victoria Hospital in Montreal, and then I went to Harvard

14 where I earned the Master of Public Health and a Doctor of Public

15 Health, both degrees in epidemiology.

16 Q.    Have you ever written a peer-reviewed publication?

17 A.    I have published a little over 200 papers.

18 Q.    Have you ever served in the capacity of being a peer

19 reviewer of others' publications?

20 A.    I often do peer review of papers that are under

21 consideration for publications in medical journals, and also of

22 grant applications.

23 Q.    Have you ever done any work for the Formaldehyde Council?

24 A.    I did one study for them back in 2003.  I wrote a paper on

25 formaldehyde in relationship to leukemia and lymphoma.

1  Q.    And that was, you said, 2003?

2  A.    I believe it was actually published in 2004, but the work

3  was done in 2003.

4  Q.    Have you ever worked -- well, strike that.

5        What is IARC?

6  A.    IARC is I-A-R-C, that stands for the International Agency

7  for Research on Cancer.  It is the cancer research arm of the

8  World Health Organization.

9  Q.    Have you ever worked with IARC?

10  A.    I was not actually on the payroll there, but I spent a year

11  there when I was on sabbatical from Harvard about 30 years ago.

12  Q.    What do they do at IARC?  What is the process to get a

13  monograph put together?

14  A.    I should say first, that the monograph program is a very

15  small part of IARC's activities.  But with regard to the

16  monograph, what they usually do is bring in, oh, anywhere from 15

17  to 20 experts from around the world and they thoroughly discuss

18  the scientific literature with regard to one chemical compound,

19  sometimes several chemical compounds, and then they offer an

20  opinion as to whether that compound should be considered as a

21  human carcinogen, or possibly a human carcinogen, or probably a

22  human carcinogen, or whether the information is not adequate for

23  them to make a judgment.

24  Q.    Have you ever been asked to serve on one of those panels or

25  committees with IARC?

1  A.   Yes.  Yes, I have.

2  Q.   In terms of formaldehyde, in terms of the 2006 monograph

3  on -- which includes formaldehyde, which papers did IARC review?

4  Which studies did they rely on?

5  A.   They relied on all of the available literature.  With regard

6  to the epidemiologic literature, that is the study of human

7  beings, they relied on a number of so-called case control

8  studies, but I believe they relied primarily on what are called

9  the cohort or follow-up studies.

10  Q.   What is a cohort study?

11  A.   Well, perhaps it's best to begin by defining a cohort.  In

12  the current setting a cohort is a group of people who are

13  employed at one or more particular plants and who have an

14  experience in common.  I think in our case that would be possible

15  or probable or, in fact, known exposure to formaldehyde.

16         So a cohort consists of a group of people employed at a

17  particular place and most of whom have had exposure to a

18  particular thing, in our case formaldehyde.

19  Q.   So if I'm understanding correctly, a cohort, you're studying

20  the people that were exposed to something versus the people that

21  were not exposed?

22  A.   Usually that would be the case, yes.

23  Q.   And then what are you looking for?

24  A.   The question becomes this:  If these people had their

25  exposure, let's say, some time ago, back in the '50s or '60s,

 1  '70s, and you then look for them in current time to see whether

 2  they are alive or they are dead and you find that, of course, in

 3  the normal course of events that some of them are, in fact, dead,

 4  and you find their death certificates so you know what they died

 5  from, then the question becomes, did these people die from any

 6  particular cause to a greater extent than you would normally

 7  expect the general population?

 8          MR. WEINSTOCK:  May I approach, Your Honor?

 9          THE COURT:  Yes.

10                          EXAMINATION

11  BY MR. WEINSTOCK:

12  Q.   So you said one of the things we're looking at are the

13  exposed, one of the things we're looking at are the unexposed?

14  A.   Yes.

15  Q.   Correct?

16  A.   Yes.

17  Q.   And we're looking at the observed and the unobserved,

18  correct?  Did I get that right?

19  A.   I don't think so.  The exposed, unexposed.

20  Q.   My bad, it should be "expected."

21  A.   It should be "expected."

22  Q.   Let's forget about formaldehyde for the moment, forget about

23  this matter.  Let's take something we all appreciate deals with

24  one caused the other.  Cigarette smoking and lung cancer.

25  A.   Okay.  I think just about everyone would agree that's an

1  established causal relationship.

2  Q.   If we took a thousand people that were exposed and a

3  thousand people that were unexposed, and I'm not asking for the

4  specific number of cancer rates, what kinds of things would we

5  see in those people that have cancer that smoked cigarettes?

6  A.   Well, let's say we would expect -- we would observe ten, ten

7  deaths from lung cancer in the exposed group, and one in the

8  unexposed and the number that we would actually expect would be

9  one in both cases.

10  Q.   So the reason -- well, tell me what does this ten represent?

11  Why is this ten significant?

12  A.   Well, if you put across the bottom something we could call

13  the ratio or the SMR, sometimes could be called a relative risk

14  even, then, of course, in the exposed it's 10 divided by 1 or 10.

15         And in the unexposed it would be 1 over 1 or 1, that

16  would be the normal rate.

17         So what this shows us is the well-known relationship

18  that people who smoke cigarettes have ten times the risk of

19  getting and dying from lung cancer as compared to people who

20  don't smoke.

21  Q.   Because it's come up, what is it about cigarette smoke that

22  we believe makes it cause lung cancer?

23  A.   There are a number of known and suspect cancer-causing

24  agents in cigarette smoke, but the best candidates to be

25  considered as the cause of lung cancer is benzopyrene, which is a

1    chemical, and I think many people would say the second best

2    candidate would be radioactive polonium, which is in tobacco.

3    Q.   Returning to the cohort studies at IARC, that IARC looked at

4    in taking a look at nasopharyngeal cancer and formaldehyde

5    exposure, which studies did they review?

6    A.   There were three studies that received their principal

7    attention.  The first one is referred to as the National Cancer

8    Institute study.  It's a large study published in 2004.  And it

9    looked at many forms of cancer, including nasopharyngeal cancer.

10         The other one is the study done in England, and we

11   would ordinarily call that the United Kingdom study.  I believe

12   that was also published in 2004, but perhaps 2003.

13         And then a third study also done in the United States,

14   a study of garment workers.  These are people who folded and

15   packaged up garments for delivery to retail stores.  Published in

16   about the same time, 2003 or '4.

17   Q.   If we can put up the chart from your report, that might help

18   visualize what we're talking about with these three studies.

19         Which paper was that you referred to?

20   A.   Coggon, as you see right below Coggon's name, it says,

21   "MRC," Medical Research Council of the United Kingdom, so that's

22   the English study.

23         Shall I continue?

24   Q.   Yes.

25   A.   The next one means there are several different authors,

1  because there were actually two papers from the National Cancer

2  Institute, which is what the NCI stands for, National Cancer

3  Institute of the United States.  And they published papers in

4  2004 and 2009.

5          And then we have the Pinkerton.  That's the name of the

6  author, the first author.  Her study was done by NIOSH.  That's

7  the National Institute of Occupational Safety and Health,

8  published in 2004, and those two studies are American studies.

9  Q.   And I believe what I want to talk about is down here, is the

10  nasopharyngeal cancer.

11  A.   All right.

12  Q.   What does this 50 mean for nasopharyngeal cancer?

13  A.   This figure 50 is the SMR.  It means at the standardized

14  mortality ratio, and 100 would mean that they had a perfectly

15  normal death rate from nasopharyngeal cancer, so 50 means that

16  they had a mortality rate from nasopharyngeal cancer that was

17  only half of that that you would ordinarily expect in the general

18  population.

19          So in other words, they had a slight deficit of

20  nasopharyngeal cancer.

21          Moving on to the NCI study, we see that the SMR is 210,

22  meaning that in that study they had about double the rate from

23  nasopharyngeal cancer that you would normally expect.

24          And then over in the final study, you see that there

25  were no deaths from nasopharyngeal cancer observed, so ordinarily

1   one would not actually calculate an SMR, and you would say, well,

2   there were no deaths from that cause.

3   Q.   I would like to talk about this paper, this one that had a

4   SMR that seems more significant than the other two.  First of

5   all --

6   A.   Can we see below what the D refers to?

7   Q.   We cannot.

8   A.   Okay.

9   Q.   I'm sorry, I can't use the footnotes at this point.  If I go

10  to Elmo --

11  A.   Well, I can tell you what it means if you wish to ask me

12  that.

13  Q.   Okay.  What does the D mean?

14  A.   It means that that 210 was statistically significant in one

15  representation in that paper, but it was not statistically

16  significant in another representation in the paper.  I realize

17  that's a little confusing, but that's the way it is.

18         So it's a figure that might or might not reasonably be

19  attributable to random variation.

20  Q.   To make this more complicated, what is a confidence

21  interval?

22  A.   A confidence interval is an expression of a range of values

23  around an SMR, and this range gives you some idea of the range in

24  which the true value of the SMR might actually lie.

25  Q.   And what happens when that confidence interview includes the

1  Number 1 or goes below the Number 1?

2  A.   If it includes the Number 1, that means the value that

3  you're looking at, in our case the 210, is consistent with no

4  increase at all.  That is, it is consistent with 100, that is, no

5  effect.  No effect.

6  Q.   And from the NIOSH study, we have Table 2, I believe the

7  principal author was Dr. Hauptmann?

8  A.   That's correct.

9  Q.   Table 2, and there it is, there is our 210; is that correct?

10 A.   Yes.

11 Q.   And there is our confidence interval, which does not include

12 1.0, so looking at that number alone we'd say that is

13 statistically significant, correct?

14 A.   I would say marginally, just barely statistically

15 significant, but yes, it is.

16 Q.   But that's not all -- I'm sorry, were you done?

17 A.   I'm done.

18 Q.   But that's not all we have here.  We have a footnote, don't

19 we?

20 A.   Yes.

21 Q.   And if we go down and read the footnote, the footnote says,

22 "The exact confidence interval is .91 to 4.14," correct?

23 A.   Yes.

24 Q.   Is that statistically significant?

25 A.   No, it is not.

1    Q.    Because we've gone below the 1.0?

2    A.    It's below 1.0, so it is not significant.

3    Q.    Doctor, how does one get into a cohort?

4    A.    You get into a cohort, at least the kind of cohort studies

5    that we're talking about here, that is, studies of employed

6    people, by being an employee at the facility that is of interest

7    to the researchers.

8    Q.    How does one get out of a cohort?

9    A.    Well, you don't get out of a cohort.  Once you're in, you

10   are in for your entire life.  You are followed up until death or

11   until the study is ended.

12   Q.    And how is this cohort study, this study of a specific

13   population, different from a case-control study, because IARC

14   cites all kinds of case-control studies?

15   A.    A case-control study is an extremely complex kind of

16   investigation that epidemiologists do because they are much less

17   expensive to do and can be done much faster.  And so they have

18   that, they have those advantages.

19        On the other hand, they have the disadvantage that they

20   are less reliable than cohort studies.  There are a number of

21   problems that make it very difficult to interpret them quite

22   beyond the issue of chance and random variation.

23   Q.    You chose to present, on nasopharyngeal cancer, three cohort

24   studies and none of the, I don't know, 15 or 20 case-control

25   studies that IARC cite.

1  A.   That's correct, yes.

2  Q.   Why is that?

3  A.   Ordinarily, I believe most epidemiologists, and certainly I

4  would say that a cohort study trumps case-control studies.  When

5  you have three, then there would be very little need, in my

6  judgment, to rely upon the usually earlier smaller case-control

7  studies.

8  Q.   I want to return back to the Hauptmann study just for a

9  moment.  IARC has based their 2006 monograph, in part, on this

10  paper, correct?

11  A.   I believe they based it largely on that paper.

12  Q.   And when we say "based it," what did they do in 2004 in

13  terms of formaldehyde as a chemical based on this paper?

14  A.   Prior to the 2004 meeting formaldehyde was classified in

15  Category 2A, meaning, in short, that they thought it was probably

16  a human carcinogen.  But then in 2004, based, as I say, in my

17  judgment, largely on their interpretation of this paper, they

18  moved it from 2A into Group 1, which is ordinarily defined as the

19  available evidence supports a causal relationship with cancer in

20  human beings.

21  Q.   Do you agree with their reclassification?

22  A.   No, I do not.

23  Q.   But they are IARC, you are just Dr. Phil Cole; is that

24  right?

25  A.   That's right.  That's right.

1  Q.   And it's based on this paper that they chose to reclassify

2  formaldehyde as a known human carcinogen in 2004, correct?

3            MR. WATTS:  Objection.  Leading.

4            THE COURT:  Let's not lead the witness.

5                         EXAMINATION

6  BY MR. WEINSTOCK:

7  Q.   On what evidence did they choose to reclassify formaldehyde

8  in 2004?

9  A.   I wasn't present at that workshop meeting, but as I said, it

10 is my judgment that they based their change of position on that

11 paper because that was the only meaningful new paper that was

12 available to them between the prior meeting that they had had and

13 the meeting where they made the change.

14 Q.   In that paper, do you know approximately how many people

15 were studied?  How many people in that cohort?

16 A.   There were approximately 26,000 people.

17 Q.   Did they all work at one facility?

18 A.   No.  They worked at ten different facilities.

19 Q.   How many of these facilities showed an excess of

20 nasopharyngeal cancer?

21 A.   There is a very substantial problem with that paper in that

22 all of the excess cases of nasopharyngeal cancer came from one

23 and only one of those ten plants.  The other nine plants had no

24 excess of nasopharyngeal cancer.  In fact, at about half of the

25 plants, there was no nasopharyngeal cancer at all, and in the

1   others, there was only one case.

2   Q.   If we recalculated the SMR without that one plant, would it

3   be statistically significant?

4   A.   Well, that's actually been done.  The data of the National

5   Cancer Institute were thoroughly reanalyzed by another group of

6   investigators and they showed that in other than nine plants

7   combined there was no excess at all.

8   Q.   Let's just say for a minute you're dead wrong.  You're

9   wrong, Dr. Cole.  IARC got it completely right.

10  A.   All right.

11  Q.   At what level of exposure did IARC -- did Dr. Hauptmann find

12  the excess of nasopharyngeal cancer in the one plant?

13  A.   Well, we -- I need just a moment to look at the table.

14  Maybe you're ahead of me and have it up.

15         Yes.  It is the seven cases at greater than four parts

16  per million at peak exposure.  That's 4,000 parts per billion.

17  Q.   How many cases did we see between the two and four parts per

18  million?

19  A.   None.

20  Q.   How about between zero and two parts per million?

21  A.   There were two.

22         I'm sorry, between zero and two?

23  Q.   Yes.

24  A.   There were none.

25  Q.   How about in those people that were not exposed at all?

1  A.    There were two.

2  Q.    And if we go back to my horrible drawing in the corner,

3  there are people that get a disease without any exposure?

4  A.    Oh, certainly, of course.

5  Q.    That's not unexpected.  There are people that get lung

6  cancer that never smoke a day in their lives.

7  A.    That's true.

8  Q.    Who published this paper?

9  A.    Do you mean where was it published?

10  Q.    Where was it published?

11  A.    It was published the *Journal of the National Cancer*

12  *Institute*.

13  Q.    What is the National Cancer Institute?

14  A.    The National Cancer Institute is one of the National

15  Institutes of Health.  It's part of the federal government.

16  Q.    Do you follow the publications from the National Cancer

17  Institute?

18  A.    Absolutely.

19  Q.    What about from IARC?

20  A.    I'm sorry, I missed that word.

21  Q.    What about from IARC?

22  A.    Yes, I also follow the IARC publications.

23  Q.    Do you follow anybody else's, for example, OSHA, EPA, NIOSH?

24  A.    Well, I follow the scientific literature as it is published.

25  If you're referring to the classification systems that are used,

1   was that --

2   Q.   That is exactly what I'm referring to.

3   A.   Well, the agencies whose classification systems I follow

4   are, in fact, IARC and the National Toxicology Program, which is

5   part of the United States Public Health Service.

6   Q.   And why do you follow those groups and not OSHA?

7   A.   There are many agencies, including OSHA, which do classify

8   agents as to their perceived or carcinogenicity level, or what is

9   thought to be their carcinogenicity level.  These agencies have a

10  regulatory function.  That's a very important function, but they

11  will classify an agent on the basis of whether or not they should

12  act as if it is a human carcinogen.

13          Whereas, IARC and the National Toxicology Program make

14  the assertion as to whether or not it is a human carcinogen or

15  they believe that it is.

16          So it's the difference, in short, between making a

17  scientific judgment and a public health judgment.

18  Q.   Public health policy is to try to make sure everybody is

19  safe no matter what?

20  A.   Well, I don't know about the "no matter what," but certainly

21  it is a policy point of view as opposed to a statement as to what

22  is believed to be actually true.

23  Q.   And what is the focus of the scientific agencies?

24  A.   What I just said, to try to describe what is actually

25  believed to be true.

1   Q.    Do the public health agencies sort of err on the side of

2   caution?

3   A.    That's right.

4   Q.    Is formaldehyde a bioaccumulate?

5   A.    No.

6   Q.    What is a bioaccumulate?

7   A.    A bioaccumulate is something that accumulates in the body

8   and is stored in the body.

9   Q.    For a substance that's not a bioaccumulate, what is more

10  significant?  Peak exposure or -- what do you consider to be the

11  most significant exposure?

12  A.    This is a very contentious issue.  You've asked me what I

13  think, and what I think is the most meaningful measure of

14  exposure in epidemiologic studies, which often have very limited

15  information on the exposure, is what is called the cumulative

16  exposure.  The -- it's a product of how long a man or a person

17  has worked in a particular setting and what the average level of

18  exposure in that setting is.

19          So my favorite measure of exposure, and I think most

20  epidemiologists' favorite measure, is the cumulative exposure

21  usually expressed as parts per million years.

22  Q.    And how many years have the NIOSH people been studied for?

23  A.    The NIOSH people?

24  Q.    The ten plants that we talked about in the Hauptmann paper?

25  A.    Okay, the ten plants in the Hauptmann study, those are not

1  NIOSH, that's the National Cancer Institute.

2  Q.   I apologize.   The NCI study.

3  A.   The number of years studied varies from one individual to

4  another, but many of them were exposed for their entire working

5  life, since the study goes way back into the 1940s.  So you could

6  have been exposed for up to 40 years.

7  Q.   And they have been studied -- when did this study begin?

8  A.   Well, the study goes back to when exposures began; although,

9  the first paper was published, I believe it was 1986, and then

10  we've talked about the 2004.  There was also a 2003.  And

11  actually, there was also a subsequent one in 2009.

12  Q.   But for purposes of exposure, regardless of when the papers

13  were written, back into the '40s, some of them, their entire work

14  life, 30, 40 years, correct?

15  A.   For some of them, yes.

16          MR. WEINSTOCK:  I pass the witness.

17          THE COURT:  Why don't we go ahead and take our short

18  midmorning break.  If you could be ready at 10:20, that will give

19  us 15 minutes.

20              And, Dr. Cole, if you could be up here when we

21  start at 10:20, that would save us a minute.

22          THE COURT SECURITY OFFICER:  All rise.

23          (WHEREUPON, at this point in the proceedings, the jury

24  panel leaves the courtroom.)

25          THE COURT:  Who do we have after this witness?

1          MR. YOUNT:  We're going to read Dr. Allen Bowers'

2    deposition.

3          THE COURT:  All right.  Good.  10:20.

4          (WHEREUPON, at this point in the proceedings, a brief

5    recess was taken.)

6          THE COURT SECURITY OFFICER:  All rise.

7          (WHEREUPON, at this point in the proceedings, the jury

8    panel enters the courtroom.)

9          THE COURT:  You may be seated.

10          Mr. Watts, you're about to cross-examine Dr. Cole,

11    who is still under oath, so you may begin.

12          MR. WATTS:  Thank you, Your Honor.

13                        CROSS EXAMINATION

14    BY MR. WATTS:

15    Q.   Dr. Cole, let me just start off my questions to you, a lot

16    of my witnesses were asked how much they were being paid, so how

17    much are you being paid so we can get that out there for

18    everybody?

19    A.   I'm paid $650 per hour.

20    Q.   You and I have met before; is that right?

21    A.   Yes.

22    Q.   Let me just visit with you a little bit about some of the

23    things that you testified and then I want to talk to you about

24    some of the things that we've discussed before.

25          This IARC monograph, you mentioned that you were not at

1  the workshop meeting; is that right?

2  A.   Yes.

3  Q.   As I understand the way IARC works, it is principally funded

4  by the National Cancer Institute; is that right?

5  A.   I don't know whether that's their principal source of

6  support or not.  They are funded through the World Health

7  Organization, although not all of the member company -- member

8  countries of the WHO participate in IARC, so I don't know what

9  proportion of their funding comes from the United States

10  government, but it is some substantial proportion, yes.

11  Q.   And that funding helps fund these workshop sessions where

12  basically 15 or 20 people who are leading experts in the field

13  get together, fair?

14  A.   That's a fair statement, yes, sir.

15  Q.   We have epidemiologists, medical doctors, toxicologists,

16  people that know the stuff, right?

17  A.   Yes.

18  Q.   And they usually meet in Lyon, France?

19  A.   That's true.

20  Q.   And before they meet, there is a facilitator, if you will,

21  that will disseminate to the entire working group all of the

22  world's literature that they can find on the subject that they

23  are going to be examining, right?

24  A.   Correct.

25  Q.   Then these ladies and gentlemen, these experts will go

1  through all of the world's literature, all the studies, and then

2  they basically take a vote as to whether they think something is

3  cancerous or not, right?

4  A.   Well, I think you've left out the most important step.

5  Q.   Give it to me.

6  A.   Each of the papers, or least most of them, are assigned to

7  three of the working group members, who are the primary,

8  secondary and third reviewers, and each of those papers is

9  discussed with those three reviewers leading the discussion, and

10 so any debate can occur, and then, yes, a vote is taken.

11 Q.   Good.  You just did my next question, and that is, is that

12 debate occurs before the vote, right?

13 A.   Yes.

14 Q.   And then the proceedings of the vote are made a matter of

15 public record?

16 A.   Well, the result of the vote is made a matter of public

17 record.  I don't know that there is any breakdown ever offered.

18 Q.   Well, one of the things that happens is that if anybody in

19 the working group dissents from the action taken by the majority,

20 they can file a dissent, which is placed into the monograph?

21 A.   They could, yes.

22 Q.   Now, with respect to what happened in Lyon, France, in the

23 2004 workshop that led to this publication, there was a vote

24 taken that you were not present for, right?

25 A.   Yes, I was not present.

1  Q.   But you know that there is no dissent filed by anybody in

2  the entire working group saying they disagreed with the decision?

3  A.   As far as I know, that's true.

4  Q.   All right.  Now, next question, after this was published and

5  the vote was taken in 2004, IARC, as we've mentioned,

6  categorized -- or raised the categorization of formaldehyde to a

7  Class 1 carcinogen, right?

8  A.   Yes.

9  Q.   And that's something that is known to be carcinogenic?

10 A.   Yes.

11 Q.   Now, as we go into this monogram -- by the way, there is all

12 sorts of stuff in this monogram with respect to irritating the

13 eyes, the nose and the throat.  You haven't been asked to look at

14 that portion of what they are talking about, right?

15 A.   That's correct.

16 Q.   You've been asked to focus in on this nasopharyngeal cancer

17 issue; is that right?

18 A.   No.  I was asked to focus on the entire issue of cancer in

19 all forms.

20 Q.   Now, with respect to the one you talked about today, this

21 nasopharyngeal cancer, in 2004 they followed up on three cohort

22 studies.  One of them is the one that you mentioned.  But they

23 also said that there was an excess of deaths from nasopharyngeal

24 cancer observed in the proportionate mortality analysis of the

25 largest cohort of embalmers in the United States; is that right?

1  A.    That is what that says, yes.

2  Q.    And when we say "embalmers," how are they associated with

3  formaldehyde?

4  A.    Well, embalming fluid contains a substantial proportion of

5  formaldehyde.

6  Q.    All right.  And so they did a proportionate mortality

7  analysis of embalmers; is that right?

8  A.    Yes.

9  Q.    And they found an excess of deaths from nasopharyngeal

10  cancer with respect to them as well?

11  A.    Yes.

12  Q.    Okay.  And then they also looked at a Danish study of

13  proportionate cancer incidents among workers that used or

14  manufactured formaldehyde.  Do you see that, sir?

15  A.    Yes.

16  Q.    And in that Danish study there was an excess of deaths from

17  nasopharyngeal cancer as well?

18  A.    Yes.

19  Q.    Okay.  Now, you mentioned three cohort studies of garment

20  workers, British chemical workers, and U.S. embalmers, cases of

21  nasopharyngeal cancer were fewer than expected, but they say,

22  "But the power of these studies to detect an effect on

23  nasopharyngeal cancer was low and the deficits were small."

24          Explain for the jury what "the power" of a study is.

25  A.    The power of a study is the ability of the study to be

1    positive, that is, defined in effect, if, in fact, in the real

2    world an effect exists.

3           But in the circumstance we are dealing with where we

4    have a number of studies, the power of any given study is not

5    really the issue.  The issue is the collective power; that is,

6    when you take all of the studies and put them together, what kind

7    of confidence can you have in the results.

8    Q.   Okay.  But when they say "the power of these studies to

9    detect an effect was low," they are talking about the studies you

10   put up on the screen?

11   A.   It's the power of these individual studies, not

12   collectively.

13   Q.   Granted.  Now -- that's my question, though.  When you say

14   that one of those three studies that you had up on the screen,

15   those are the studies that the IARC is saying had a low power?

16   A.   That each of them had a low power, yes.

17   Q.   Now, we're going to visit about the NCI or the National

18   Cancer Institute study as well, but the working group of IARC

19   also looked at seven case-control studies, five of which found

20   elevated risks for overall exposure to formaldehyde, or in higher

21   exposure categories in which one increase was statistically

22   significant.

23          They looked at three other studies, which had been

24   published since the last monograph, which found higher risks

25   among subjects who had the highest probability, level or duration

1    of exposure.  Do you see that, sir?

2    A.    Yes.

3    Q.    And then the most recent meta-analysis, which was published

4    in 1997, "included some, but not all of the above studies, and

5    found an increased overall meta relative risk for nasopharyngeal

6    cancer."

7         Did I read that correctly?

8    A.    Mr. Watts, this is old news.  That's 1997.  There have been

9    four meta-analyses published since this time.

10        THE COURT:  Concentrate on his question.  And we'll go

11   ahead and talk about that.

12                        EXAMINATION

13   BY MR. WATTS:

14   Q.    When you say "this is old news," we're going to get to the

15   new news in a second.  Okay?

16   A.    Fine.

17   Q.    But my question is, is when these folks got together in

18   2004, they looked at all of these different kinds of studies

19   together; is that right?

20   A.    Yes.

21   Q.    And then they said, "the working group considered it

22   improbable that all of the positive findings for nasopharyngeal

23   cancer that were reported from the epidemiological studies, and

24   particularly from the large study of industrial workers in the

25   United States, could be explained by bias or unrecognized

1    confounding effects.

2            "Overall the working group concluded that the results

3    of the study of industrial workers in the U.S.A., supported by

4    the largely positive findings from other studies, provided

5    sufficient epidemiological evidence that formaldehyde causes

6    nasopharyngeal cancer in human."

7            Did I read that correctly?

8    A.   Yes.

9    Q.   After this was purchased published, and after you and I

10   visited, they had another meeting in 2009; is that right?

11   A.   Yes.

12   Q.   And in 2009 they looked at the literature that had arrived

13   since 2004; is that right?

14   A.   Yes.

15   Q.   Were you at the working group meeting in 2009?

16   A.   No.

17   Q.   With respect to how these working group meetings work,

18   organizations, counsel brought up this Formaldehyde Council, that

19   organization, for example, can send a representative to sit in on

20   the proceedings if they want to?

21   A.   Well, they can offer to send someone, and ordinarily IARC

22   would accept that and permit that person to sit in.  I don't know

23   that anyone has the right to sit in.

24   Q.   Well, there is an observer by the name of Jim Collins, who

25   was at the IARC proceedings.  You know who he's with, right?

1  A.    Yes.

2  Q.    Who is he with?

3  A.    He's with Dow Chemical.

4  Q.    Now, the bottom line is, this is kind of an open process

5  where people can -- they want to make sure that all the

6  literature is there, fair?

7  A.    Yes.

8  Q.    It's seen.  And in 2009, another vote was taken; is that

9  right?

10  A.    Yes.

11  Q.    And in 2009, what did IARC decide with respect to whether to

12  maintain its Class 1 classification for formaldehyde?

13  A.    They did maintain it.

14  Q.    In the 2009 proceedings, no dissent was filed?

15  A.    I'm not aware of that.  There has only been a preliminary

16  publication of the 2009 proceedings.

17  Q.    And you are unaware of anybody dissenting from the IARC

18  classification of formaldehyde as a Class 1 carcinogen, right?

19  A.    I am not aware of any dissent.

20  Q.    All right.  Next issue.

21        You and Mr. Weinstock discussed this one study that

22  talked about ten different plants.  You know where those ten

23  plants are, right?

24  A.    Well, offhand, I actually only know the location of one, but

25  the other ten -- the other nine were spread around the

1    United States.

2    Q.   We discussed that one of them was a Hoechst Celanese plant

3    in Bishop, Texas; that you've worked for that plant before?

4    A.   I don't specifically recall that discussion.  The plant that

5    I recall and whose location I know, was the Wallingford,

6    Connecticut plant.

7    Q.   Do you recall talking with me about you've been involved in

8    at least four different cancer cases in the Hoechst Celanese

9    plant?

10   A.   I do recall a discussion along those lines.  I don't recall

11   specifically four plants.

12   Q.   Now, with respect to your involvement in this litigation,

13   because this is an federal court case, one of the things that you

14   do when you show up for your deposition is you bring a list of

15   testimonies that you've given in the last four or five years,

16   fair?

17   A.   Yes.

18   Q.   And I'm going to put your list up.

19        MR. WATTS:  Is it okay if I don't mark it and just put

20   it up?

21        MR. WEINSTOCK:  Absolutely.

22                          EXAMINATION

23   BY MR. WATTS:

24   Q.   And we'll just reference this.  First one is *Watts versus*

25   *Radiator Specialty Company*.  That's not me.  It's some other

1   Watts, but -- and then we've got all the lists and the times that

2   you gave these testimonies, either in trial or in deposition, in

3   the last four or five years; is that right?

4   A.   Yes, sir.

5   Q.   Now, in each of these cases, and we've got 17 of them listed

6   on this list, right?

7   A.   Yes.

8   Q.   Okay.  In your deposition, Mr. Pinedo there in the back,

9   took you through each of these 17 testimonies, do you remember

10   that?

11   A.   I know that he took me through at least some of them.  I

12   don't know if he did each and every one.

13   Q.   I think -- and we can go through each and every one if we

14   have to, but let me just see if we can go about it this way.  In

15   each of these cases did you reach the conclusion that the

16   available scientific evidence does not allow one to conclude that

17   the chemical that the plaintiff was exposed to caused cancer?

18   A.   Yes.

19   Q.   All right.  In none of the 17 cases did you reach a

20   conclusion that any of these chemicals cause cancer, right?

21   A.   In none of them did I conclude that the available evidence

22   allowed the conclusion that the agent was a human carcinogen.

23   Q.   That is despite the fact that in several of these cases,

24   IARC had already classified the chemical at issue as a

25   carcinogen.

1    A.    May I ask what cases you're referring to?

2    Q.    Sure.  Let's visit, just real briefly, you see *Ladner versus*

3    *E.I. DuPont*?

4    A.    Yes.

5    Q.    IARC has classified that as a Class 2A carcinogen; is that

6    right?

7    A.    What chemical are you referring to?

8    Q.    Well, PCBs.

9    A.    PCBs have been moved into Group 1 just recently, yes.

10   Q.    All right.

11   A.    I believe in 2009.

12   Q.    Okay.  That was going to be my next question.  Despite the

13   fact that IARC in 2009 says it's a Class 1 carcinogen, it had

14   said it was a probable human carcinogen at the time that you gave

15   this testimony in 2005, right?

16   A.    I don't recall what their classification was in 2005.  It

17   might have been as you say, 2A, probable; might have been 2B,

18   possible.

19   Q.    You're hired and you come in and you say I disagree with

20   IARC with respect to that classification?

21   A.    No, it's not that I'm hired and I say that.  It's that I say

22   that and I'm hired --

23   Q.    Well, you did say that is my point.

24   A.    The sequence of events is that my position is firm and known

25   before I'm hired, not after.  That's the important sequence, I

1  believe.

2  Q.   Just to get a direct answer to my question, despite the fact

3  that IARC had made the classification that it did with respect to

4  PCBs, you reached the conclusion that there wasn't sufficient

5  available evidence to say it was a carcinogen?

6  A.   They had not made that classification at the time that I

7  gave that testimony.  They did subsequently.

8  Q.   Well, they made a Class 2A classification before that

9  testimony?

10  A.   Yes.

11  Q.   And so despite that, you come in, in that case, and you say

12  it's not a carcinogen?  Is that what you said?

13  A.   I do not say it is not a carcinogen.  I say the available

14  evidence does not support the hypothesis that it is a carcinogen.

15  Q.   And that is with respect to -- let's go to another one here,

16  just real briefly.  Dioxins.  You know what dioxins are in the

17  Morgan case, *Morgan verses Powe Timber*?

18  A.   Yes.

19  Q.   In that case IARC had categorized dioxins as a Group 1 known

20  human carcinogen, right?

21  A.   Yes.

22  Q.   And you testified that you disagree with IARC's

23  determination that dioxins are a Class 1 carcinogen.

24  A.   That's true.

25  Q.   The ortho-toluidine cases, in 2007 IARC reached a

1    determination with respect to it being a Class 1 known human

2    carcinogen, right?

3    A.    That is not correct.  They reached that classification in

4    2009.

5    Q.    In 2009 did you testify that two years ago they changed it

6    from a Group 2A to a 1?

7    A.    I'm sorry?

8          I gave this testimony in 2007.  At that time it was not

9    a Group 1.

10   Q.    I guess my question is, on October 27th of 2009, you were

11   deposed in this litigation and asked about that.  And at the time

12   that you were deposed --

13   A.    Oh, I understand now.  It's not this -- it was not this

14   case.  It's another case.

15   Q.    All right.  Here is my question.  With respect to IARC's

16   conclusion about ortho-toluidines, you disagree with them that

17   it's a Class 1 carcinogen?

18   A.    I do.  I do, yes.

19   Q.    We could go through a litany of other chemicals where IARC

20   has reached a conclusion that something is a carcinogen, and you

21   testify that it is not.

22   A.    Could you list those?

23   Q.    Sure.  We just did three of them?

24   A.    Three of them, yes.

25   Q.    In each of those three cases and in this case, we can move

1    on to something else, IARC, all these experts get together in

2    this public proceeding, they take a vote, they publish a

3    monogram, and you get hired and you gave testimony that you

4    disagreed with IARC's determination, true?

5    A.   I just wanted to make clear that there is no litany.  It

6    those three.

7    Q.   Okay.

8    A.   As far as I know, that's it.  That's out of 100.

9    Q.   Well, you've testified that smokeless tobacco doesn't cause

10   mouth cancer, right?

11   A.   I testified that smokeless tobacco had not caused a

12   particular person's cancer.  I did not testify that smokeless

13   tobacco was not carcinogenic.

14   Q.   In September of 2009 did you testify that you concluded that

15   the epidemiological literature does not allow one to reach the

16   conclusion that smokeless tobacco causes mouth cancer?

17   A.   Yes.  And that is in reference to modern products.

18   Q.   With respect to these products, which were modern enough

19   that we bought them this week, they say that they cause mouth

20   cancer, right?

21   A.   Yes.

22   Q.   Now, in addition to the testimony list that we've discussed,

23   you also provided what's called a curriculum vitae or a resumé;

24   is that right?

25   A.   Yes.

1  Q.   And you mentioned that you published some 200 articles,

2  actually, there is 201 of them listed.  One article deals with

3  formaldehyde, fair?

4  A.   Yes.

5  Q.   200 of them have nothing to do with formaldehyde, right?

6  A.   That's correct.

7  Q.   The way you got into the one article is that you received a

8  phone call from a Dr. Axton (spelled phonetically), who asked if

9  you would participate in this study of formaldehyde, right?

10 A.   No.  I was not asked to participate in any study.

11 Q.   Well, you were asked to write a paper?

12 A.   I was asked to chair a meeting of the toxicology forum, and

13 in so doing, to write with him a brief review of the relationship

14 between formaldehyde and leukemia in human beings.

15 Q.   And who paid you to write that review?

16 A.   The Formaldehyde Council.

17 Q.   Now, counsel asked you about the study in terms of where the

18 excess deaths were and we talked about dose, do you remember

19 that?

20 A.   Yes.

21 Q.   Let me steal a phrase from you.  Dose makes the poison?

22 A.   It's a commonly-stated expression, yes.

23 Q.   I'm curious about something.  In terms of the dose, can you

24 explain the difference in the dose of formaldehyde in air in the

25 occupational setting versus food that humans ingest?

1  A.    I don't think I understand your question.

2  Q.    Well, on October 27th of 2009 --

3          MR. WATTS:  May I approach, Your Honor?

4          THE COURT:  Yes.

5                         EXAMINATION

6  BY MR. WATTS:

7  Q.    Page 199, why don't you go ahead and read lines 6 through

8  16, and then I want to ask you about it.

9  A.    "Question:  Are you saying that there is possibly seven

10 orders of magnitude greater formaldehyde in the ambient air as

11 opposed to in the food that humans ingest?

12          "Answer:  Well, not the ambient air, but the air in an

13 occupational setting.  I'm taking extremes.

14          "Question:  By magnitude, seven orders of magnitude, do

15 you mean 10 million?  Do you mean --

16          "Answer:  10 million.

17          "Question:  10 million times greater?

18          "Answer:  Right."

19 Q.    Okay.  Is it your conclusion that there is 10 million times

20 greater formaldehyde in the air in an occupational setting than

21 there is in food that humans ingest?

22 A.    Yes.

23 Q.    Now, just to kind of discuss the significance of that, this

24 computer right here, we agree it's about a foot wide?

25 A.    Roughly, yes.

1    Q.   All right.  If something is 10 million times greater than a

2    foot, that would be 10 million feet, right?

3    A.   Right, yes.

4    Q.   And 10 million feet --

5              MR. WATTS:  May I approach, Your Honor?

6              THE COURT:  Yes.

7                              EXAMINATION

8    BY MR. WATTS:

9    Q.   This is what you told me so far, right?

10   A.   Yes.

11   Q.   If we take 10 million times a foot, just to kind of give an

12   example of that on my computer screen, that would be 10 million

13   feet, right?

14   A.   Sure.

15   Q.   And there are 5,280 feet a mile?

16   A.   Yes.

17   Q.   If you divide that up, that's about 1,893 miles?

18   A.   Something like that.  Yes.

19   Q.   Just so that we can get a scope of the difference of

20   something that's 10 million times greater, the distance from one

21   side of this the computer to another is one foot, right?

22   A.   Yes.

23   Q.   The distance from New Orleans, Louisiana, to Los Angeles,

24   California, is 1,892 miles, did you know that?

25   A.   No.  But it sounds reasonable.

1  Q.   So --

2           MR. WATTS:  May I approach, Your Honor?

3           THE COURT:  Yes.

4                        EXAMINATION

5  BY MR. WATTS:

6  Q.   When somebody brings in orange juice, fresh vegetables, soft

7  drinks, fresh food, coffee, that's formaldehyde that is ingested,

8  right?

9  A.   Yes.

10 Q.   There is 10 million times more formaldehyde in air in an

11 occupational setting than in ingested food.  It's kind of like

12 the difference between the width of that computer and driving all

13 the way from New Orleans to Los Angeles, right?

14 A.   Yes, comparing one virtual extreme with the other.  It's not

15 always going to be true.

16 Q.   Complete apples and oranges?

17 A.   I'm not quite sure where we're going with this, but there's

18 a big difference.

19 Q.   I'll do it with another witness.  Thank you.

20          You have worked at IARC, as you mentioned, in an unpaid

21 capacity back when you were young?

22 A.   I was paid.  I wasn't paid by IARC.

23 Q.   Fair enough.

24          You have testified that you respect the people at IARC?

25 A.   Yes.

1    Q.    You have participated in IARC proceedings?

2    A.    Yes.

3    Q.    You think they are well done?

4    A.    Yes.

5    Q.    You think they do an outstanding job of bringing together

6    all the world's literature and determining what it shows?

7    A.    Yes.

8    Q.    You, in the papers that you write, cite to IARC when they

9    have concluded that something is carcinogenic?

10   A.    Yes, I do.

11   Q.    In litigation proceedings as part of your basis for a

12   conclusion that something is not carcinogenic you have cited to

13   the absence of IARC making such a determination?

14   A.    In the instance where they have not, I have cited to be

15   absent, yes.

16   Q.    IARC, if they had published a monogram, say, in 2004, and

17   somebody presents a bunch of new information that is convincing

18   that says, hey, you just got it wrong, they have a process where

19   you can downgrade a classification from a Class 1 down to a 2A or

20   a 2B if they want to, right?

21   A.    Well, I think it's not exactly that.  It is that if they

22   receive some representation that a mistake has been made, they

23   may decide to reconsider it.

24   Q.    They have the ability to downgrade a classification, right?

25   A.    I'm not sure that they have the ability -- or they might

1  have the ability, but I don't know that that's how it exercised.

2  They may call for the agent in question to be reconsidered at a

3  subsequent workshop.

4  Q.   Now, for example, in one of your publications,

5  acrylonitrile?

6  A.   Yes.

7  Q.   What is acrylonitrile just so we have it in the record?

8  A.   It's a principal ingredient in hard plastics.

9  Q.   Cole, Mandel, and Collins:  "Acrylonitrile and cancer:  A

10 review of the epidemiology."  You published that in 2008 in the

11 register of toxicology and pharmacology, right?

12 A.   Yes.

13 Q.   And one of the things that you cite to is, with respect to

14 acrylonitrile, that IARC has actually downgraded acrylonitrile

15 from probably carcinogenic to possibly carcinogenic in humans,

16 right?

17 A.   Yes.

18 Q.   Between 2004 and 2009, you have given testimony that they

19 got it wrong, right?

20 A.   I don't know that I actually stated that they got it wrong.

21 I might have asserted my position.  Perhaps it was pointed out

22 that it's different from IARC.

23 Q.   Let me just -- you strike me as one of the more published

24 individuals around.  The first time that you stated the

25 conclusion that IARC got it wrong and formaldehyde is not

1   carcinogenic was in an affidavit in this litigation, right?

2   A.   I'll accept that.  I can't contradict that.

3   Q.   There is no Dr. Cole publication out there where you said,

4   IARC got it wrong, right?

5   A.   I don't think I made that statement in print.

6   Q.   Okay.

7   A.   Or even orally.

8   Q.   You have testified in litigation in the past that it was

9   your opinion that there was sufficient epidemiological evidence

10  to support a causal relationship between formaldehyde and cancer,

11  true?

12  A.   I have said that in -- did you say in writing?

13  Q.   In a deposition given in 2005 that you and I have discussed

14  before.

15  A.   Mr. Watts, I'm sorry, I don't recall that.

16  Q.   Okay.  On September 23rd of 2009 --

17       MR. WEINSTOCK:  What page?

18       MR. WATTS:  Page 62.

19            May I approach, Your Honor?

20       THE COURT:  Yes.

21                          EXAMINATION

22  BY MR. WATTS:

23  Q.   Sorry about the size of this one.

24            Lines 4 through 6, did you testify on December of 2005

25  that it was your opinion that the Hauptmann paper was supportive

1  of a causal relationship between formaldehyde and cancer of the

2  larynx?

3          And then there is some lawyer talk.  And at line 16,

4  what did you say?

5  A.   It says, I did so testify in 2005.

6          But I was affirming what it was that the Hauptmann

7  paper said, not what I believe to be true.

8  Q.   That's fine.

9          As a medical doctor, you agree that formaldehyde is

10 toxic to human cells?

11 A.   Yes.

12 Q.   As a medical doctor, you agree that formaldehyde is

13 mutagenic to human cells?

14 A.   Yes.

15 Q.   You have testified as a medical doctor that a chemical that

16 is toxic and mutagenic to human cells can cause cancer?

17 A.   Yes.

18          MR. WATTS:  May I approach?

19          THE COURT:  Yes.

20                          EXAMINATION

21 BY MR. WATTS:

22 Q.   What do you mean when you say a substance is toxic to human

23 cells?

24 A.   It can kill them.

25 Q.   When you say that something is mutagenic to human cells,

1  what do you mean?

2  A.   It can alter the genetic structure.

3  Q.   Something that is toxic that can kill cells or mutagenic

4  that can alter the genetic structure, can cause cancer?

5  A.   It may.

6  Q.   Now, your opinion is that regardless of dose that there is

7  no evidence to establish a sufficient causal relationship between

8  formaldehyde and cancer at any level?

9  A.   My position is that the available evidence does not support

10  the hypothesis that formaldehyde is a carcinogen for human

11  beings.

12  Q.   That is a conclusion that you have reached with respect to

13  various chemicals 17 times out of 17 testimonies on the list;

14  that the chemical -- the available evidence is not sufficient to

15  allow us to conclude that chemical X is carcinogenic in the

16  plaintiff, right?

17  A.   Yes.

18       MR. WATTS:  Those are all of my questions.  Thank you.

19       THE COURT:  Thank you.

20            Redirect.

21       MR. WEINSTOCK:  It should be short, Your Honor.

22                   REDIRECT EXAMINATION

23  BY MR. WEINSTOCK:

24  Q.   First, if we can go to Mr. Watts' drawing or his writing.

25  What does it mean for a chemical to be toxic?

1    A.    As I say, in sufficient doses it will -- it can kill cells.

2    It's a poison.

3    Q.    Do poisons cause cancer?

4    A.    There are a few that do, but most poisons do not, and most

5    carcinogens are not poisons.

6    Q.    Why is that?

7    A.    Well, when you look at the big picture as opposed to

8    individual compounds, you realize that collectively there is a

9    very fundamental distinction between a poison and a carcinogen.

10   A poison kills cells.  Carcinogens, in their carcinogenic

11   property, do not kill cells.  They make cells immortal.  They

12   give them extra life, too much life.

13          That's the problem with carcinogens.  They cause the

14   cell to undergo what is called unregulated growth.  It doesn't

15   kill them, the very reverse; although, there are some exceptions,

16   of course.

17   Q.    So it's not the toxic nature of any chemical, or certainly

18   formaldehyde, it's the mutagenic nature in particular?

19   A.    Absolutely.

20   Q.    What happens?  We heard a lot of testimony yesterday,

21   DNA-protein crosslinks.  What happens when something like

22   formaldehyde causes this mutation process?  How does the body

23   react?

24   A.    The mutation process itself means that the DNA structure of

25   the cell is altered.  Usually that's going to be harmful.  It

1    may, in fact, be fatal to the cell, in which cancer will not

2    result.  Or it may not be fatal and just cause the cell to linger

3    and neither die nor grow.  Or it may, in fact, involve a change

4    that is carcinogenic.  That can happen, but that's rare.

5    Q.   But if that happens, if a compound continues to do that, for

6    example, cigarette smoke --

7              MR. WEINSTOCK:  Boy, Mikal, you write a lot.

8                              EXAMINATION

9    BY MR. WEINSTOCK:

10   Q.   -- we get excess incidents of it, right?

11   A.   Yes.

12   Q.   What is epidemiology studying when it looks at -- looks to

13   see the effect of whether this mutagenic process occurs?

14   A.   Well, that's the beauty of epidemiology.  It bypasses the

15   mechanism, whether it's mutagenesis or suppression of the immune

16   system or what have you.  The question is what happens?  Do

17   people get an excess of lung cancer when they smoke?  Yes, they

18   do.  Do people get an excess of nasopharyngeal cancer when they

19   are exposed to formaldehyde?  A very dubious proposition, that

20   one.

21   Q.   If we can return to IARC, Mr. Watts asked you some

22   questions, and I don't think he was trying to mislead, but I

23   think he did put something out of context.  And that is he kept

24   referring to the three studies, in the three other studies,

25   U.S. garment workers, certainly we talked about that on direct,

1   correct?

2   A.   Yes, there is no excess of nasopharyngeal cancer in that

3   study.

4   Q.   The British chemical workers we talked about, that's the

5   Collier study, correct?

6   A.   Again, yes.  And, again, no excess of nasopharyngeal cancer.

7   Q.   We did not talk about a U.S. embalmers study on direct, did

8   we?

9   A.   We did not.

10  Q.   What we talked about was the Hauptmann paper which actually

11  seemingly found an excess?

12  A.   That's correct.

13  Q.   And without going over all of it, again, when we removed

14  that one plant, there is no excess?

15  A.   That is correct.  This -- I guess I had better not say

16  anything more.  It would be nonresponsive to the question.

17  Sorry.

18  Q.   And, in fact, that's what they are talking about down here?

19  A.   Are you looking for the embalmers?

20  Q.   I'm looking for the Hauptmann paper.

21  A.   That's referred to as one of the three here.  It is not the

22  Hauptmann embalmers paper that's referred to.

23  Q.   It's one of these three studies here?

24  A.   Yes.

25  Q.   They actually relied on that paper?

1  A.   They relied on the 2004 Hauptmann paper which you put some

2  data from up on the screen.

3  Q.   Now, this is important.  Mr. Watts asked you about the power

4  of these studies.  The population study in the Hauptmann paper,

5  is that a fairly large cohort?

6  A.   Mr. Weinstock, that is arguably the largest cohort study

7  ever done.  It's 26,000 people followed for up to 40 years.  It's

8  an immense study.

9  Q.   And when we reanalyze that data and look at that one plant

10 that appears to be an anomaly, it goes from being one that

11 Mr. Watts would support to one that would support Mr. Weinstock's

12 position, correct?

13 A.   Yes.

14 Q.   Mr. Watts asked about a reclassification process within

15 IARC.  Has IARC ever reclassified a class one known human

16 carcinogen?

17 A.   Never.

18          MR. WEINSTOCK:  Can I borrow your smokeless tobacco

19 product?

20                          EXAMINATION

21 BY MR. WEINSTOCK:

22 Q.   Does this product cause cancer?

23          MR. WEINSTOCK:  May I approach, Your Honor?

24          THE COURT:  Sure.

25          THE WITNESS:  These products do not cause cancer.  The

1    products that cause cancer essentially ceased to be marketed in

2    this country in around 1995 and in Europe in about 1975.  And

3    they've changed the process by which the tobacco is cured from a

4    flue-cured process to an air-cured process.

5                              EXAMINATION

6    BY MR. WEINSTOCK:

7    Q.    Do old-style tobacco products cause cancer?

8    A.    Yes.

9    Q.    We talked about the 10 million miles or whatever it is.

10              Formaldehyde in food, when you cook that food, is

11   formaldehyde released?

12   A.    Yes.

13   Q.    Can I have the list of testimonies?

14              Do all 17 of these cases that you put on this list

15   involve different chemicals?

16   A.    No, I think there is frequent repetition of the chemicals.

17   Q.    If you found there is some insufficient evidence for benzene

18   to cause cancer in a specific case not, hypothetically, I don't

19   know what's on this list, there would be more than one kind?

20   A.    Well, it depends on the disease.  For example, Number 1 is

21   benzene and nonHodgkin's lymphoma, and that was and is my opinion

22   that it does not cause that disease; but, if it were benzene and

23   acute myelogenous leukemia, I would give the opinion that it does

24   cause it.

25   Q.    Oh, there are things that do cause cancer; you acknowledge

1  that?

2  A.   Oh, absolutely.   There are one hundred agents listed by

3  IARC.   I disagree with them on three.

4  Q.   Do electromagnetic fields cause cancer?

5  A.   No.

6  Q.   Does chrome cause lung cancer?

7  A.   Chrome causes lung cancer, yes.

8  Q.   At the dose involved in this case?

9  A.   I don't remember the case.   It went by me.   I'm sorry.

10  Q.   For example, electromagnetic fields still don't cause

11  cancer, from page one to page two?

12  A.   Still do not.

13  Q.   Several chemicals, those are always my favorite cases, kind

14  of a chemical soup?

15  A.   It was both a chemical soup and several specific chemicals

16  were mentioned.

17  Q.   Does IARC give opinions on chemical soup, typically?

18  A.   No.

19  Q.   Several chemicals in multiple myeloma, another chemical soup

20  case?

21  A.   Multiple myeloma is a disease that has no known chemical

22  cause, none whatsoever, chemical soup or specific agents.   The

23  cause is completely unknown other than ionizing radiation.

24  Q.   Diesel exhaust?

25  A.   Diesel exhaust has been very extensively studied.   It is not

1  a recognized human carcinogen.

2  Q.   And so if I go further down on the page, it's still not a

3  recognized carcinogen, correct?

4  A.   Still not.

5  Q.   Didn't change in a few months there?

6  A.   I doubt it very much.

7       MR. WEINSTOCK:  Doctor, I believe that's all the

8  questions I have.

9       MR. WATTS:  Your Honor, we would offer three of the

10 exhibits I used as 1,005, the list of testimonies; as 1,006, the

11 2006 IARC that we're going to redact down to the one page as

12 we've agreed; and, 1,007, the 2009 IARC page.

13      THE COURT:  Any objection?

14      MR. WEINSTOCK:  No objection, Your Honor.

15      THE COURT:  So ordered.

16      (WHEREUPON, at this point in the proceedings,

17 Exhibits 1005 through 1007 were admitted.)

18      THE COURT:  Thank you, Doctor.  You may step down.

19          Who do we have next?

20      MR. YOUNT:  Judge, our next witness is Dr. Allen Bowers,

21 Ms. Castanel's treating family physician.  He cannot be here

22 today.  We do have a video deposition, but the quality of the

23 deposition is so poor, we think it would be better for everybody

24 if we just read that deposition like we did earlier today.

25      THE COURT:  As long as we can hear it and understand it,

1    if the video is not of high quality, then we can certainly follow

2    the procedure of having someone read for Dr. Bowers?

3            MR. YOUNT:  I think that's probably the better way to

4    handle it.

5            MR. WATTS:  We don't object.  That's fine.

6            THE COURT:  That's fine.

7            MR. YOUNT:  And Kevin Truxillo from our office is going

8    to read the doctor's part of the deposition.

9            THE COURT:  Right.  Mr. Truxillo, if you would come up

10   and have a seat.  He will be Dr. Bowers.

11           MR. YOUNT:  And I'll be Mr. Garrison.

12           THE COURT:  Well, since you're on the same side.  Okay,

13   Mr. Yount, you can go ahead and read the questions.

14               And, again, this is the same process as before,

15   where the testimony has previously been taken, and the questions

16   and answers have already been committed to a transcript.

17           THE DEPUTY CLERK:  Would you please raise your right

18   hand.  Do you solemnly swear that the testimony which you are

19   about to give will be the truth, the whole truth and nothing but

20   the truth, so help you God?

21           MR. TRUXILLO:  Yes.

22                     **ALAN BOWERS, MD.,**

23   was called as a witness and, after being first duly sworn, was

24   examined and testified on his oath as follows:

25               (WHEREUPON, at this point in the proceedings, the

1  deposition of Alan Bowers, M.D., was read by Kevin Truxillo and

2  Scott Yount.)

3          MR. YOUNT:  Your Honor, at the beginning of Dr. Bowers'

4  deposition his CV was authenticated by him, and I would offer,

5  file, and introduce into evidence as Exhibit 413, Dr. Bowers' CV.

6          THE COURT:  And there is no objection?

7          MR. WATTS:  No objection.

8          THE COURT:  So ordered.

9          (WHEREUPON, at this point in the proceedings,

10 Exhibit 413 was admitted.)

11 Q.   Dr. Bowers, I see that you are Board certified in internal

12 medicine?

13 A.   Yes.

14 Q.   Just briefly tell us what that Board certification entails.

15 A.   It means that I'm required by the American Board of Internal

16 Medicine to take a test and I have to score a certain amount to

17 say that I am qualified in their eyes to carry the title of being

18 a diplomate of the Board.

19 Q.   I see, also, that you graduated from LSU Medical School?

20 A.   In Shreveport.

21 Q.   Yes, sir.  And you've been practicing over here in

22 West Jefferson Parish for how long?

23 A.   Well, I guess, all total over ten years because I started

24 with this group in 1995, and I worked here for three years, and

25 then I worked at Methodist Hospital for five, and returned here

1  in 2003 and I've been here since then.

2  Q.   And that was Methodist Hospital in New Orleans East?

3  A.   Yes, sir.

4  Q.   Tell us a little bit about your practice, your practice, if

5  you don't mind.

6  A.   My practice here entails primary care for all sorts of

7  patients, and I manage their disease processes, whether they be

8  something like diabetes, hypertension, thyroid disorders or

9  simple problems such as sinus infections, pulled muscles.  I'm a

10  primary care physician.

11  Q.   As part of the Notice of Deposition, there was a request for

12  documents and the request included your medical chart?  Do you

13  have that here with you today?

14  A.   Yes, I do.

15  Q.   All right.  And I know that you need to review it for the

16  deposition, but we'll attach that.

17       Would some of the medical records regarding

18  Ms. Castanel's treatment at Methodist Hospital have been

19  destroyed by the storm, Hurricane Katrina?

20  A.   Presumably so.

21  Q.   But as an internal medicine doctor, you treat a variety of

22  ailments and symptoms, and you treat the patients based upon

23  their history, correct?

24  A.   And their symptoms, yes.

25  Q.   Okay.  How was it that Ms. Castanel came to see you?

1   A.   Well, as I stated, she was a patient a long time ago in

2   New Orleans East.  I don't really remember how she was referred

3   to me, but I saw her for a few years there before I transition,

4   and she followed me from that facility to this one, I guess, as

5   recently as two or three months after I started practicing here.

6   Q.   The first date, as far as your treatment of Ms. Castanel at

7   this facility, at this group, I have is October 21, 2003; is that

8   correct?

9   A.   Yes, sir.

10  Q.   All right.  Do you have an estimate of when you started

11  treating Ms. Castanel when you were with Methodist?

12  A.   I would say probably around 2000.

13  Q.   Thank you, Doctor.  Describe Ms. Castanel as a patient,

14  please.

15  A.   Ms. Castanel is a very pleasant female patient that I have

16  taken care of various problems for her for many years.  She's a

17  very vigilant patient.  She always likes to do what she needs to

18  do to take care of herself, and when questions arise and certain

19  symptoms are in her health, she usually doesn't hesitate to come

20  to the doctor and try and get to the root of the problem.  She

21  doesn't let any problems linger or fester.

22  Q.   So would it be fair to say that Ms. Castanel is very open

23  and descriptive about her symptoms to you?

24  A.   Absolutely.

25  Q.   Would it be fair to say your treatment of Ms. Castanel, from

1  the approximate time of 2000 to 2003 at the Methodist location,

2  was it similar to your treatment that you gave to her here at

3  this location?

4  A.   I would say it would be very repetitive of what we tend to

5  follow her for here.

6  Q.   Let's start with that first visit, October 21, 2003.  What

7  were Ms. Castanel's complaints on that date?

8  A.   Well, it appears largely she did not have any specific

9  complaints.  I think that this visit was just to get her

10  established in this clinic so that she would have a chart here so

11  that I would be able to continue to see her at this location and

12  prescribe for her her routine medications, and she would have a

13  place to go when she did get into trouble.

14  Q.   The next visit I have is December 23, 2003.

15  A.   This particular visit seems to be musculoskeletal in nature,

16  that she was having some complaints of pain in her left lower

17  extremity and her -- the muscles in her legs felt tired, and she

18  was complaining of some depression at that time, as well.

19  Q.   You have as one of the assessments or the diagnosis rhinitis

20  due to pollen.  What exactly is that, Doctor?

21  A.   If she had some chronic allergies and would have some sinus

22  issues like the clear rhinorrhea, then I would make a notation of

23  that.  She specifically made a complaint of some postnasal

24  discharge on that visit.

25  Q.   Ms. Castanel would have returned to you on January 22, 2004;

1   is that correct, Doctor?

2   A.   Yes, sir.

3   Q.   And what were her complaints on that date?

4   A.   She was again complaining of some allergy-type symptoms, the

5   clear rhinorrhea that I mentioned earlier, and this time I think

6   she went a little further to describe some sneezing and there was

7   some nasal pain and postnasal drip, as well as congestion.

8            She had a change in her voice due to the postnasal

9   drip, and there was some coughing and a significant amount of

10  sputum production, as well.

11  Q.   The next visit, based on your office chart, is January 29,

12  2004.

13  A.   Yes.

14  Q.   And what were the patient's complaints on that date?

15  A.   She was complaining of light-headedness.

16  Q.   Any other comments?

17  A.   She -- in her own words, she was saying she was woozy

18  when -- all the time, and it was similar to like you would

19  experience from getting up too fast, and she had a nervous

20  feeling in her stomach.

21  Q.   The next visit that Ms. Castanel had with you was when,

22  Doctor?

23  A.   March 9, 2004.

24  Q.   And what were her complaints on that date?

25  A.   There were some continued complaints of sinus issues

1    specifically located on the left side of her face, and she was

2    concerned about the second finger on her right hand having what

3    she described as a bump on it.

4    Q.    And your diagnosis at this point in time is what?

5    A.    Chronic sinusitis.  She has an ongoing diagnosis of

6    hypertension that I've treated her for years.  There was some

7    pain in the ear, otalgia.

8    Q.    What is meant by chronic sinusitis?

9    A.    Someone who has ongoing issues with something in their

10   environment that they may elicit a histamine releaser, an allergy

11   response.  It could be to whatever that patient is allergic to.

12   It could be pollen.  It could be dust.  It could be animal hair.

13   Q.    Does chronic also mean long term?

14   A.    Usually.

15   Q.    The next visit Ms. Castanel had with you was April 22, 2004.

16   A.    Yes, sir.

17   Q.    What were her complaints on that date?

18   A.    Well, this appears to be another checkup which I would have

19   my patients who have hypertension come in routinely just to make

20   sure.

21   Q.    The next office note is a telephone note, I believe; is that

22   right?

23   A.    Yes.

24   Q.    Do you know why she called?

25   A.    Again, she's questioning if it would be okay for her to use

1    an over-the-counter medication like Tylenol, with a then

2    prescribed antihistamine, Zyrtec.  She -- well, she's concerned

3    about mixing medications, and so it's not uncommon for her to

4    call and to ask if it's okay for her to use certain medicines

5    with her regular prescribed medications.

6    Q.    It looks like the next visit by Ms. Castanel with you was

7    June 15, 2004?

8    A.    Yes.

9    Q.    What were Ms. Castanel's complaints on that date?

10   A.    Dizziness, nervousness, light-headedness and sinus problems.

11   Q.    And your diagnosis at that time?

12   A.    Chronic sinusitis, dizziness and giddiness, gastroesophageal

13   reflux and hypertension.

14   Q.    The next office visit that I have is July 22, 2004; is that

15   correct?

16   A.    Yes.

17   Q.    What were Ms. Castanel's complaints on that date?

18   A.    She was experiencing some bloating and abdominal pain, and I

19   was checking her hypertension at that time.

20   Q.    The next visit that Ms. Castanel had with you was

21   September 9th, 2004; is that correct, Doctor?

22   A.    Yes.

23   Q.    And what were Ms. Castanel's complaints on that date?

24   A.    Some chest discomfort, hypertension checkup again, and a

25   sinus drip.

1   Q.   It looks like you have some allergies listed; is that

2   correct?

3   A.   For medication?

4   Q.   Yes, sir.  You have allergies.  You have onset/symptoms?

5   A.   She's allergic to Penicillin, sulfur drugs, and basically

6   that's it.  Those are different variations of Penicillin and

7   sulfur drugs.

8   Q.   And it looks like you have a list of different diagnoses on

9   that date; is that correct?

10  A.   Towards the end of the note, are you referring to?

11  Q.   Let's see.  Yes.

12  A.   Chest pain, chronic sinusitis, gastroesophageal reflux and

13  hypertension.

14  Q.   All right.  And then the medications, it looks like she's

15  taking a litany of many different medications.  Are any of these

16  medications for her allergies or her sinus problems?

17  A.   Well, she has a spray called Rhinocort Aqua, and she also

18  has a prescription for Zyrtec tablets.  Those are both for her

19  chronic sinusitis.

20  Q.   What were Ms. Castanel's complaints on October 26, 2004?

21  A.   She came to review the tests that we had done prior, just

22  prior to that, and she described going to see her ENT doctor,

23  Dr. Gautreaux.  And she had received some treatment and

24  medications for her chronic sinus and her ear problems.

25  Q.   In fact, Ms. Castanel got a shot for her sinus problems; is

1  that right?

2  A.    Yes.

3  Q.    Was that from Dr. Gautreaux?

4  A.    Yes.

5  Q.    The next visit Ms. Castanel had with you was January 10,

6  2005; is that right?

7  A.    Yes, sir.

8  Q.    And what were Ms. Castanel's complaints on that date?

9  A.    She was having some pain in her right shoulder and also some

10 numbness in her fingers.  She also reported that her right flank

11 was uncomfortable when she laid down.

12 Q.    It looks like February 25, 2005, Ms. Castanel saw you for

13 heartburn; is that correct?

14 A.    That is correct.

15 Q.    The next visit, May 24th, 2005, Ms. Castanel saw you for

16 right itchy ear; is that right?

17 A.    May 24, 2005, yes, right itchy ear.

18 Q.    The next five office notes are all telephone calls that

19 Ms. Castanel had with your office, actually the next six, and

20 then it looks like Ms. Castanel saw you on June 21, 2005, for

21 back pain; is that correct?

22 A.    June 21, 2005.

23 Q.    We're going to jump to January 9, 2006.  We're skipping four

24 office notes.  Three were telephone calls and one was a visit on

25 October 19, 2005.  But going to January 9, 2006, did you see

1    Ms. Castanel on that date?

2    A.    Yes, I did.

3    Q.    And what were her complaints?

4    A.    She came in with a cold and was also here to have her blood

5    pressure checked.

6    Q.    And what were the symptoms that she had with the cold?

7    A.    Well, she was complaining of some fatigue, fever, night

8    sweats, malaise and some flu-like symptoms and some weight loss.

9    She did report that she was having a yellow nasal discharge, and

10    she was coughing some discolored sputum and a large amount of it.

11    And she was complaining of anxiety and depression and had

12    nervousness, which were some chronic complaints for her.

13    Q.    The anxiety, depression and nervousness you described as

14    chronic, and I did see repeated references to those symptoms.

15    Did Ms. Castanel have an ongoing problem with this nervousness

16    and depression in 2004, 2005?

17    A.    I think Ms. Castanel has always had an issue with anxiety.

18    She would be what most people call a high-strung person.

19    Q.    That's fair.  And do you remember if she had those

20    nervousness issues and depression issues when you treated

21    Ms. Castanel at Methodist Hospital?

22    A.    Definitely.

23    Q.    And was Ms. Castanel receiving any medication for those

24    issues and nervousness and depression?

25    A.    She took some chlordiazepoxide for that on an as-needed

1    basis, and we had attempted to try some daily maintenance

2    medications but they were never successful, or she would have

3    certain side effects or issues with taking them so we were never

4    able to stick with any one, but we did try.

5    Q.   Doctor, let's go to, it looks like, March 29, 2006.

6    A.   Here we go, yes.

7    Q.   Let's run through this visit in a little more detail.

8    Please tell us Ms. Castanel's complaints.

9    A.   This patient had sustained quite a significant loss during

10   Hurricane Katrina, and during this visit, I think things had

11   really started to get to her.  And using her own words, she said,

12   "I got problems."  And she related that she cried every day.  She

13   had lost everything, and she has more than one child, and usually

14   one or the other of them can give her some trouble, in her own

15   words, and she stresses out about that, as well.

16          But on this particular visit, I do remember vividly

17   seeing her in my office and seeing her very tearful describing

18   the magnitude of her loss during the hurricane in a way that she

19   could really make you feel how hollow she was because everything

20   had been taken from her, all of her memories, all of her

21   possession, everything.

22   Q.   And as I understand your testimony, you have a specific

23   recollection of this meeting with Ms. Castanel?

24   A.   I definitely do.

25   Q.   And your notes are detailed, as well, that Ms. Castanel's

1  emotional state on this date, January -- I'm sorry, March 29,

2  2006, it was related to the losses she sustained from the

3  hurricane?

4  A.   Yes.

5  Q.   And some of the family problems she was having?

6  A.   Yes, sir.

7  Q.   Did Ms. Castanel mention any other reasons that she thought

8  she was feeling this depression on March 29, 2006?

9  A.   I think that pretty much covered it.

10 Q.   Yes, sir.  And you -- with your specific recollection,

11 that's your recollection as well as -- as well, that her

12 depression and her emotions were related to her loss from the

13 hurricane?

14 A.   Yes, sir.

15 Q.   Let's see, what were her symptoms on this date?

16 A.   Well, she visibly was moved to tears in my presence, and she

17 reported that she cried at the drop of a hat.  She wasn't able to

18 sleep.  She was constantly having worried thoughts.  She still

19 maintained her appearance and her hygiene, and she was not

20 reporting any forgetfulness.

21 Q.   Next visit -- or next notation in your file is a telephone

22 call by Ms. Castanel on April 3, 2006.  Do you have that note,

23 Doctor?

24 A.   Yes.

25 Q.   Do you know why Ms. Castanel called on that date?

1    A.    She was calling looking for some test results.

2    Q.    Next visit Ms. Castanel had with you was May 4, 2006.  What

3    were her complaints on that date?

4    A.    She was experiencing some stiffness in the right side of her

5    neck that kind of radiated down into her shoulder.

6    Q.    And Ms. Castanel called you on May 10th, May 15th, and

7    May 23rd, actually called your office.

8              Let's go to the next office visit of June 6, 2006.

9    A.    Okay.

10   Q.    What were Ms. Castanel's complaints on that date?

11   A.    Continued complaints about shoulder pain in her right

12   shoulder, and she was feeling that radiating down to her right

13   shoulder blade and into her right chest.  And she was having her

14   blood pressure checked up that day, as well.

15   Q.    Any other complaints?

16   A.    Some more gastrointestinal complaints, bloating.

17   Q.    Ms. Castanel called your office on June 8, 2006.  It looks

18   like Ms. Castanel's next visit was July 20, 2006; is that

19   correct?

20   A.    Yes, sir.

21   Q.    And what were Ms. Castanel's complaints on that date?

22   A.    Her complaints were exhaustion, and she had continued sinus

23   complaints and wasn't sure if there was a relation between her

24   exhaustion and her sinus problems.

25   Q.    And your diagnosis at that time?

1    A.    Acute upper respiratory infection, hypertension and chest

2    pain.

3    Q.    And on this date, July 20, 2006, the respiratory infection,

4    were those symptoms related to the diagnosis similar to the

5    symptoms you noted for Ms. Castanel in the nasal area in the

6    years before during your treatment?

7    A.    Yes, but it was perhaps a little bit worse during this visit

8    because there was a prescription for a Depo-Medrol shot that was

9    given that would not have routinely been given unless there was

10   some exacerbation of her sinus problems at that time.

11   Q.    And did you attribute that upper respiratory infection to

12   anything in particular?

13   A.    I apparently thought it would be allergic in nature because

14   of the types of medicine that I gave.  Again, the Zyrtec is a

15   tablet, and instead of Rhinocort this time we were using Nasonex.

16   But there was no mention of any type of antibiotic being used,

17   and I would have used that if there was an infectious etiology to

18   her sinus infection.

19   Q.    So based on your review of the medical records, you believed

20   that Ms. Castanel's upper respiratory infection on July 20th,

21   2006, was allergic in nature?

22   A.    Yes, sir.

23   Q.    And do you know what specific items brought upon that

24   allergic reaction?

25   A.    I do not.

1  Q.    Did Ms. Castanel give you any type of history as to what

2  type of items she thought might have triggered that allergic

3  reaction?

4  A.    Not to my knowledge.

5  Q.    August 16, 2006, it looks like Ms. Castanel saw you in

6  follow-up to a hospital stay; is that accurate?

7  A.    Yes.

8  Q.    Any other complaints on symptoms on that date?

9  A.    Well, the hospital stay was actually a visit to the

10 emergency room.  I don't have any -- anything indicated she was

11 admitted to the hospital.

12        She went to Ochsner Foundation Hospital on August the

13 12th and would have had testing done there.  She had EKGs and

14 labs, and she reported that her chest pains were gone.  And they

15 switched her medication at that time from Nexium to Protonix,

16 which is an another acid-reducing medication.

17 Q.    It looks like on this date, August 16, 2006, Ms. Castanel's

18 upper respiratory infection had resolved?

19 A.    There is no complaint of it in this chart.

20 Q.    So that would be an accurate statement?

21 A.    Yes.

22 Q.    All right.  Moving along, it looks like on August 16, 2006,

23 you referred Ms. Castanel to a gastro doctor.  It's pretty clear

24 you're Ms. Castanel's primary care physician, right?

25 A.    Correct.

1    Q.    So you're directing her overall medical treatment; is that

2    right?

3    A.    Correct.

4    Q.    The next visit I have is October 19, 2006, I believe; is

5    that correct?

6    A.    Yes, sir.

7    Q.    And what were Ms. Castanel's complaints on that date?

8    A.    She, again, reports some of the reflux-type symptoms and is

9    having her hypertension looked at again.

10   Q.    On November 7, 2006, you saw Ms. Castanel for neck pain,

11   correct?

12   A.    Yes, sir.

13   Q.    On December 21st, what year was that, 2006, you saw

14   Ms. Castanel for constipation and anxiety, correct?

15   A.    Yes, sir.

16   Q.    Now, we're skipping some of the telephone calls.

17   January 19th, 2007, your office note reveals that you saw

18   Ms. Castanel for constipation, but there is a specific quotation

19   that Ms. Castanel feels pretty good; is that right?

20   A.    Yes.

21   Q.    Any other symptoms or complaints by Ms. Castanel on

22   January 19, 2007?

23   A.    No.

24   Q.    The next visit, based on your office notes, that

25   Ms. Castanel has with you, April 19, 2007, correct, Doctor?

1  A.   Yes, sir.

2  Q.   And what were Ms. Castanel's complaints on that date?

3  A.   Follow-up of her hypertension and her reflux problems, and

4  she states that she had lost five pounds since the previous visit

5  with me.

6  Q.   The acid reflux problems, what's the origin or the cause of

7  that, do you know?  Is it just something somebody in their 70s

8  experiences?

9  A.   It's not age related, and sometimes it could be related to

10 hiatal hernia, and sometimes it's just an incompetent upper

11 esophageal sphincter that allows the contents and the acid of the

12 stomach to squirt a reflux into the lower part of the esophagus.

13 Q.   And it looks like, based on your treatment of Ms. Castanel,

14 that that was an ongoing issue, that acid reflux, for years,

15 correct?

16 A.   Correct.

17 Q.   The next visit is June 18, 2007; is that correct?

18 A.   Yes, sir.

19 Q.   What were Ms. Castanel's complaints on that date?

20 A.   Arm numbness and sinus problems.

21 Q.   And it looks like there is a note of frequent colds and

22 nasal discharge; is that correct?

23 A.   Yes.

24 Q.   And were those the same symptoms that you had seen in

25 Ms. Castanel for four or five years before June 2007?

1    A.    Yes, sir.

2    Q.    That's fine.  A couple of telephone calls in the summer of

3    2007, no need to cover those.  Those are telephone calls by

4    Ms. Castanel to your office.

5              On October 11, 2007, Ms. Castanel returned to your

6    care.  On that date she complained of neck pain, and it was also

7    noted that she had frequent colds and nasal obstruction; is that

8    correct?

9    A.    On July 12th?

10   Q.    That was an office visit, yeah.  It looks like you treated

11   her for hypertension and gastric issues on that date.

12   A.    Okay, so now we're on October 11th?

13   Q.    Yes, sir.

14   A.    Okay.  Neck pain and we were going to do labs on her and

15   checking up on her blood pressure.  And she wanted a flu shot.

16   Q.    All right.  And Ms. Castanel returned to you on June 3,

17   2008, complaining of chest pains?

18   A.    Yes, sir.

19   Q.    Any other complaints on that date?

20   A.    Just the nervousness that she mentions, and she took her

21   nerve pill and her chest pain got better.

22   Q.    On January 8, 2008, Ms. Castanel called your office with

23   complaints of coughing and a sore throat, correct?

24   A.    January 8th, yes.

25   Q.    And we'll skip a couple of telephone calls that Ms. Castanel

1    made.  And I don't mean to comply that they are not important,

2    we're just moving along.

3              April 16, 2008, Ms. Castanel saw you for arm pain; is

4    that correct?

5    A.   And abdominal pain, yes.

6    Q.   Let's see, and when was Ms. Castanel's next visit to you?

7    A.   July 16, 2008.

8    Q.   And what were her complaints?

9    A.   Hypertension checkup, the anxiety and the reflux and, also,

10   follow up on her cholesterol.

11   Q.   Now, I've looked at all of the office notes regarding your

12   treatment of Ms. Castanel.  I haven't noted any complaints of

13   skin irritation or skin problems.  Do you have any recollection

14   of treating Ms. Castanel for skin problems?

15   A.   Nothing on chronic nature, no.

16   Q.   It looks like she returned to you on September 23, 2008; is

17   that correct?

18   A.   Yes, sir.

19   Q.   And what were her complaints on that date?

20   A.   Neck pain, hypertension, cholesterol, left pain in the --

21   I'm sorry, pain in the left side of her neck which radiated down

22   into her left shoulder.

23   Q.   And on October 15, 2008, Ms. Castanel returned to you for

24   follow-up for the neck pain; is that right?

25   A.   Well, not to me, but to the nurse practitioner.

1    Q.    That's fine.  And on that date, October 15, 2008, it was

2    noted that Ms. Castanel's skin was fine; is that right?

3    A.    Warm and dry without obvious lesions, yes.

4    Q.    On October 29th -- October 29th, 2008, Ms. Castanel returned

5    to your office, and it was noted that Ms. Castanel was feeling

6    well and she had no complaints; is that correct?

7    A.    Yes.

8    Q.    On January 21, 2009, Ms. Castanel treated with your office

9    for hypertension and arthritis, correct?

10   A.    Yes.  And she was requesting a mammogram, and we were

11   following up her cholesterol, as well.

12   Q.    And there's a couple of notations to January 2009 and

13   March 2009.  It looks like telephone calls by Ms. Castanel and

14   some requests regarding the results of a biopsy.

15         It looks like Ms. Castanel's next visit with your

16   office was March 2, 2009; is that correct?

17   A.    Yes.

18   Q.    And what were her complaints at that time?

19   A.    She was feeling depressed, and she was also here for a

20   hypertensive checkup.

21   Q.    All right.  Skipping the March 2, 2009, telephone call,

22   skipping the May 5, 2009, telephone note, it looks like the next

23   time Ms. Castanel saw your office -- or saw someone with your

24   office was May 7, 2009; is that right?

25   A.    Yes.

1   Q.   And what were Ms. Castanel's complaints on that date?

2   A.   Chest pain and some shortness of breath and lightheadedness.

3   Q.   And the shortness of breath, was that related to congestion

4   or was that related to the chest pain?  Was it more of a

5   restrictive-type shortness of breath?

6   A.   Oh, her chest pain.  Is this where she was talking about

7   getting better with burping?

8          She had called me the night before, actually, when I

9   was on call and talked about eating some raw vegetables.  And I

10  made a notation about that.  And she felt like she wanted to

11  belch, but she couldn't.  And she was instructed to take her

12  nerve pill and drink a carbonated drink.  And then once she

13  started to belch, it went away.

14  Q.   So the next visit was June 15, 2009 -- I'm sorry, it was

15  June 2nd, 2009, you treated Ms. Castanel for hypertension.

16         Then on June 15th, 2009 --

17  A.   She also had some right arm tingling and cholesterol on the

18  June 2nd visit.

19  Q.   What were her complaints on that July 28, 2009, visit?

20  A.   Her big complaint was cough, and she reported that she was

21  already taking a medication, the antibiotic Keflex, and she felt

22  like she was having some congestion in her chest and was not

23  having any fever.

24  Q.   And Keflex is?

25  A.   An antibiotic.

1    Q.    Yes, sir.  Let's see.  Ms. Castanel returned to you on

2    August 18, 2009, for her hypertension and anxiety?

3    A.    She also came in on the 10th of August.  That was a

4    hypertensive check and also a comment on her anxiety.  She had

5    gone to Ochsner Hospital, much like the previous time that she

6    mentioned, and she was also very good about bringing the

7    paperwork from when she had tests done there.  And they

8    apparently felt that it was just a worsening of her anxiety.

9    Q.    And, also, it seems like she had a real high level of trust

10   for you, Doctor; is that fair?

11   A.    Yes.

12   Q.    In fact, you mentioned a few moments ago, that Ms. Castanel

13   called you one night when you were on call and she was able to

14   get you on the phone; is that right?

15   A.    Yes.

16   Q.    Is that common in your practice to be so accessible to your

17   patients?

18   A.    Yes.

19   Q.    September 8, 2009, Ms. Castanel returned to your care for a

20   routine visit; is that correct?

21   A.    Yes.

22   Q.    And you noted no new problems; is that correct?

23   A.    No new problems.

24   Q.    On October 27, 2009, Ms. Castanel returned to your care

25   complaining of right arm pain and neck pain; is that correct?

1  A.    Yes, sir.

2  Q.    And any other problems on that date?

3  A.    No.

4  Q.    On November 4, 2009, Ms. Castanel treated with you, and she

5  was complaining of shoulder pain; is that correct?

6  A.    Yes.  And she also was having some follow-up from a fall she

7  had, and she had gone to another facility to have some sutures

8  placed on the inside of her upper lip.  And, again, having a

9  hypertension check.

10 Q.    Any other significant notes for that date?

11 A.    No, sir.

12 Q.    Then on November 11th, 2009, Ms. Castanel was in your

13 office, and it looked like you removed some sutures in her mouth?

14 A.    Actually, that was the nurse practitioner.

15 Q.    And were those sutures put in her mouth as a result of the

16 fall?

17 A.    Yes.

18 Q.    And as the primary care physician, you often got involved

19 with all of the aspects of Ms. Castanel's treatment; is that

20 correct?

21 A.    Often.

22 Q.    And the date of this visit looks like last week, January 8,

23 2010?

24 A.    Yes, sir.

25 Q.    And Ms. Castanel presented to your office with coughing, and

1    you have dry.  What does that mean, dry cough?

2    A.    Yes.  The cough was not productive of any particular kind of

3    sputum.

4    Q.    And, again, you have Ms. Castanel's note that she has sinus

5    problems; is that correct?

6    A.    Yes, sir.

7    Q.    This last visit, let me give this back to you, any notations

8    regarding any skin problems?

9    A.    No.

10   Q.    And Ms. Castanel, you've already described her as vigilant

11   in her medical treatment and her appointments, and her

12   personality, she's very open.  Is she very talkative with you as

13   her physician?

14   A.    Yes.

15   Q.    Did you find that during the course of your treatment of

16   Ms. Castanel since 2000, was she a good historian?

17   A.    Yes.

18   Q.    Did you find that she provided good, specific, factual

19   information regarding the onset of her symptoms?

20   A.    I think she is a very detailed-oriented person, and she is

21   very capable in her description of her symptoms.

22   Q.    Did Ms. Castanel ever say anything to you during the time

23   that you treated her since 2006 about her FEMA trailer causing

24   any of her symptoms?

25   A.    Never once.

1  Q.   If Ms. Castanel would have said that she thought that some

2  of her symptoms were being caused by her FEMA trailer, would you

3  have made that notation in your records?

4  A.   I usually try to write exactly what the patient's primary

5  complaint is as they speak it.

6  Q.   Has Ms. Castanel ever said to you that she believes exposure

7  to formaldehyde may have caused some of her symptoms?

8  A.   No, sir.

9  Q.   With respect to Ms. Castanel's overall health, how would you

10 describe her health?

11 A.   I think her health is good.

12 Q.   The office notes that we just went through went from

13 October 2003 until last week, and Ms. Castanel treated on a

14 consistent basis; would that be fair to say?

15 A.   Yes, sir.

16 Q.   Did you see any changes in Ms. Castanel's condition,

17 significant changes during the time period from 2003 to last

18 week?

19 A.   No, I can't say that I did.

20 Q.   Would you say that her health and her symptoms remained

21 relatively consistent during that time period, that six and a

22 half, almost 7-year time period?

23 A.   Yes.

24 Q.   Actually, a little more than six notes in your records, it

25 appears as though Ms. Castanel treated consistently for sinus

1    problems before Hurricane Katrina; is that correct?

2    A.    Yes, sir.

3    Q.    And what I was getting at, you were in this area after

4    Hurricane Katrina; is that correct?

5    A.    Yes.

6    Q.    So are you familiar with, for lack of a better expression,

7    the smell from decayed houses and destroyed properties after

8    Hurricane Katrina?

9    A.    Yes.

10   Q.    Would those -- would that smell serve as an irritant to

11   people with allergies and sinus problems?

12   A.    Yes.  It would be fair to say.

13   Q.    In your practice, did you notice in treating some patients

14   that some patients experienced an increase in some of their

15   allergy symptoms as a result of the aftermath of hurricane smell?

16   A.    Yes.

17   Q.    And when I say that, I would assume you have an appreciation

18   of what I'm talking about is you drove through some of the

19   neighborhoods and you saw some of these abandoned houses that

20   hadn't been repaired.  Do you have an understanding as to what I

21   mean by that hurricane smell, that post-hurricane smell?

22   A.    I do.  I was here for the whole period following the

23   hurricane.

24   Q.    Yes, sir.  Did you note -- and we covered it, and I didn't

25   see any increase in the plaintiff's sinus problems during the

1  period from February 2006 to March 2007.  Did you note any

2  increase in Ms. Castanel's sinus problems during that time

3  period?

4  A.    I did not notice a spike in any activity.

5  Q.    Based on your testimony, Doctor, isn't it correct that you

6  don't attribute any of Ms. Castanel's symptoms for which you

7  treated her to be related to formaldehyde exposure?

8         You can answer.

9  A.    I basically want to treat the patient for what their

10 symptoms are.  And due to the chronic nature of her sinus

11 problems, I tried to make her comfortable and make her feel

12 better without delving too much into the exact cause unless I

13 would see an unusual increase in activity, then I might employ

14 the assistance of an allergist to try and see if they could

15 uncover an etiology for the increase in some allergy symptoms, be

16 it sinus or skin-type allergy symptoms.

17 Q.    But you've already testified that you didn't see any

18 increase in Ms. Castanel's allergy symptoms after

19 Hurricane Katrina?

20 A.    Correct.  And I did not send her to an allergist to try to

21 play detective and find any.  I had no reason to look any

22 further.  My primary interest was trying to find medication that

23 relieved her symptoms.

24 Q.    And if you would have thought that Ms. Castanel would have

25 benefited from treatment with an allergist, you would have sent

1  her to one?

2  A.    Yes.  And I was also fully aware that she was also seeing an

3  ear, nose and throat doctor on a frequent and for years had been

4  a patient of Dr. Gautreaux's.

5  Q.    In fact, based on your treatment of Ms. Castanel, there is

6  no evidence that Ms. Castanel sustained any injuries as a result

7  of living in a FEMA trailer?

8  A.    She provided no historical evidence that there was any

9  relation to any of her physical maladies related to a FEMA

10  trailer.

11  Q.    So that would be a correct statement?

12  A.    Yes.

13  Q.    Is it correct that Ms. Castanel presented to you in the

14  years before Katrina with allergies?

15  A.    Yes.

16  Q.    Is it correct that in the years before Hurricane Katrina,

17  Ms. Castanel presented to you with rhinitis?

18  A.    Yes.

19  Q.    Is it correct that in the years before Hurricane Katrina,

20  Ms. Castanel presented to you with nasal discharge?

21  A.    Yes.

22  Q.    Is it truth that in the years before Hurricane Katrina,

23  Ms. Castanel presented to you with both chronic and acute

24  episodes of sinusitis?

25  A.    Yes.

1   Q.   Is it correct that in the years before Hurricane Katrina,

2   Ms. Castanel presented to you with nasal obstruction?

3   A.   Yes.

4   Q.   Is it also true that in the years before Hurricane Katrina

5   Ms. Castanel presented to you with nasal pain?

6   A.   Yes.

7   Q.   Is it also true that Ms. Castanel, in the years right before

8   Hurricane Katrina, presented to you with sneezing?

9   A.   Yes.

10  Q.   She also presented to you in the years before

11  Hurricane Katrina with dizziness, correct?

12  A.   Yes.

13  Q.   And she also presented to you in the years before

14  Hurricane Katrina with esophageal problems, named GERD, or

15  gastroesophageal reflux disease, correct?

16  A.   Yes.

17  Q.   And before Hurricane Katrina, Ms. Castanel would also

18  present to you occasionally with headaches; is that right?

19  A.   Yes.

20  Q.   Before Hurricane Katrina, Ms. Castanel would also present to

21  you with a sore throat?

22  A.   Yes.

23  Q.   And Ms. Castanel would present to you in the years before

24  Hurricane Katrina with abdominal pain, correct?

25  A.   Yes.

1  Q.   Now, the GERD, or gastroesophageal reflux disease, has been

2  a long-standing problem since at least 2003 for Ms. Castanel; is

3  that right?

4  A.   Correct.

5  Q.   And GERD can be a very painful condition in some patients;

6  is that right?

7  A.   Yes.

8  Q.   If somebody has GERD, it can feel like there is tightness in

9  their chest, correct?

10 A.   Yes.

11 Q.   It can feel like they're having difficulty breathing because

12 of that esophageal reflux problem?

13 A.   Yes.

14 Q.   Yes?

15        GERD can also cause coughing, right?

16 A.   Yes.

17 Q.   And it can also cause sensations of nausea in a patient that

18 has GERD, right?

19 A.   Yes.

20 Q.   Have you ever administered any kind of allergy test to

21 Ms. Castanel?

22 A.   No.

23 Q.   Are you aware of her being referred to any specialist to be

24 tested for allergies?

25 A.   No.

1  Q.   This was mentioned earlier, but to be clear, is it true that

2  you have not seen any unusual changes in Ms. Castanel's health

3  since the time of Hurricane Katrina to the present?

4  A.   Correct.

5  Q.   And is it fair to say that her health is not markedly

6  different now than five years ago before Hurricane Katrina?

7  A.   It is fair to say that.

8  Q.   And you'd characterize her health to be good for somebody

9  that's 79 years old, right?

10  A.   Yes.

11  Q.   And generally, as somebody in their 70s or entering their

12  80s gets older, you would normally expect a general decrease in

13  their health, correct?

14  A.   Yes, often.

15  Q.   And that's just part of the aging process, right?

16  A.   Yes.

17  Q.   And based on your experience with Ms. Castanel, as soon as

18  she gets sick or when she suffers a physical symptom, she

19  contacts you to find out what's happening with her health?

20  A.   Correct.

21  Q.   Did she ever discuss any claims for mental distress that she

22  had with anyone as a result of Hurricane Katrina?

23  A.   No.

24  Q.   During the course of your treatment of Ms. Castanel, has she

25  ever discussed any fear that she had regarding cancer with you?

1    A.    Yes.

2    Q.    And when did that discussion take place?

3    A.    Specifically when she had an abnormal mammogram that

4    required a biopsy.

5    Q.    And do you remember when that took place, what year?

6    A.    Well, I don't know the exact year, but it's somewhere in

7    this pile of paper.

8    Q.    Okay.

9    A.    I want to say it was about two years ago, but it has been

10   since the hurricane.  I remember it was a Friday afternoon when

11   the results came in, and my nurse was reluctant to call her and

12   tell her that she had an abnormal mammogram, and we would have to

13   send her to have a needle biopsy because she didn't want to ruin

14   Ms. Castanel's weekend.  I have an independent recollection of

15   that conversation.

16   Q.    And you said that Ms. Castanel had an abnormal biopsy,

17   right?

18   A.    No.  I said she had an abnormal mammogram.

19   Q.    I'm sorry, abnormal mammogram.

20   A.    Her biopsy was negative for malignancy.

21   Q.    But after she had that abnormal mammogram, she reported to

22   you some fears about having cancer, correct?

23   A.    Centered around the mammogram, yes.

24   Q.    Once the biopsy came back normal, did those fears that she

25   had about the cancer resolve?

1    A.    There was no further mention of them.

2    Q.    And following that abnormal mammogram, is that the only time

3    during your treatment of Ms. Castanel that you can recall her

4    reporting a fear of cancer?

5    A.    Yes.

6    Q.    319 reflects a visit dated January 10th, 2005.

7    A.    Okay.

8    Q.    And at that time you assessed Ms. Castanel with a diagnosis

9    of skin sensation disturb?

10          So at that time prior to Hurricane Katrina, in January

11   of '05, Ms. Castanel was reporting some --

12   A.    Numbness.

13   Q.    -- numbness in her fingers?

14   A.    There is not a good DRG code for numbness.  It comes up as

15   skin sensation disturbance.

16   Q.    And on the other document, which was 293, there was a phone

17   conversation on June 1, 2005, correct?

18   A.    Yes.

19   Q.    And under the additional call details, there is an entry

20   that Ms. Castanel was reporting that she had a rash on her face,

21   do you see that?

22   A.    Yes, I do.

23   Q.    All right.  She reported this skin rash on her face in June

24   of 2005.  And that was approximately three months before

25   Hurricane Katrina, correct?

1    A.    Yes.

2    Q.    My name is Dennis Reich, and I represent Ms. Castanel in

3    connection with a FEMA trailer case, and I'm also a member of the

4    Plaintiffs' Steering Committee involved in the overall

5    litigation.

6              Were you aware that Ms. Castanel, during the period of

7    approximately March 8, 2006, until July 3rd of 2007, resided in a

8    FEMA trailer?

9    A.    No.

10   Q.    Did you ever ask her about her residency after Katrina or

11   did you ever discuss any experiences that she may have had after

12   Katrina with respect to where she lived?

13   A.    No.

14   Q.    Did you become familiar to any extent, at least on a

15   professional level, about any of the health effects associated

16   with formaldehyde based upon your experience of patients?

17   A.    Not in particular.

18   Q.    And did you familiarize yourself with any of the health

19   effects associated with exposure to formaldehyde?

20   A.    Not in particular.

21   Q.    Do you have any expertise in your -- well, at least from

22   your medical training with respect to health effects associated

23   with exposure to formaldehyde?

24   A.    No.

25   Q.    Is formaldehyde carcinogenic?

1   A.   Yes.

2   Q.   Is it a known human carcinogen?

3   A.   Yes.

4   Q.   You are not a toxicologist, correct?

5   A.   No, I'm not.

6   Q.   And you're not a pharmacologist, correct?

7   A.   No, I'm not.

8   Q.   Can formaldehyde cause irritation of the nasal passages?

9   A.   Yes.

10   Q.   And can formaldehyde cause irritation of the sinuses?

11   A.   Yes.

12   Q.   Have you reviewed any of the government-sponsored studies

13   associated with persons who resided in the FEMA trailers after

14   Katrina?

15   A.   No.

16   Q.   Have you read any of the studies that were done by various

17   universities such as Children's Health Project by the School of

18   Public Health at Columbia University?

19   A.   No.

20   Q.   All right.  Well, with respect to, for example,

21   Ms. Castanel, you did not take any type of environmental history

22   from her specifically; I mean, you felt that was not your

23   function, correct?

24   A.   That is correct.

25   Q.   Doctor, as a physician who treats a patient and who

1    evidently develops close relationships with their patients, do

2    you see the need to do some quantitative analysis of the

3    frequency of complaints to comment on Ms. Castanel's sinus

4    complaints and other complaints of the last 10 years in

5    relationship to Hurricane Katrina?

6    A.    I don't keep a running total, but I am aware of how frequent

7    my patients would be coming back for similar complaints on some

8    levels because I'd have to refer back to previous notes in my

9    record when they come to see me.  And if the same type of

10   complaint is happening, whether it's chest pain over and over or

11   sinus complaints over and over, despite some type of medical

12   intervention, then I -- the flag would be raised that I would

13   need to look into whatever that symptom is.

14   Q.    Doctor, would it be a fair statement to say that

15   Ms. Castanel was not only a good historian, but she was credible,

16   sincere and forthright in all of her dealings with you?

17   A.    I would agree to everything that you just described her as.

18   Q.    And would you also agree that she is credible and forthright

19   as a person; you never distrusted what she said?

20   A.    Not once.

21          MR. YOUNT:  All right.  Judge, that concludes the

22   deposition.  I would like to note the date of the deposition

23   because it was talked about in connection with the testimony.

24   January 13, 2010.

25          THE COURT:  Right.  This past January 13th, okay.

1          MR. YOUNT:  And in connection with this testimony read

2    into the record by Dr. Bowers, I would offer, file and introduce

3    as Exhibit 343, Dr. Bowers' records.

4          THE COURT:  Any objection?

5          MR. WATTS:  No objection.

6          THE COURT:  All right.  So ordered.

7          (WHEREUPON, at this point in the proceedings,

8    Exhibit 343 was admitted.)

9          THE COURT:  Thank you.  We're going to go ahead and

10   break for lunch now.  It's about 10 minutes to noon.  If you all

11   could be ready at five minutes after 1:00, we'll go ahead and

12   start.  I think we're making pretty good progress today.  So five

13   after 1:00, if you could be in the jury room ready to come into

14   the courtroom, we will begin at that time.

15          Please don't discuss the case amongst yourself

16   during the lunch break.

17          (WHEREUPON, at this point in the proceedings, the jury

18   panel leaves the courtroom.)

19                          *    *    *

20

21

22

23

24

25

1                       REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter of the State of Louisiana, Official Court Reporter for

6  the United States District Court, Eastern District of Louisiana,

7  do hereby certify that the foregoing is a true and correct

8  transcript, to the best of my ability and understanding, from the

9  record of the proceedings in the above-entitled and numbered

10 matter.

11

12

13                        *s/Cathy Pepper*

14                        Cathy Pepper, CRR, RMR, CCR

15                        Official Court Reporter

16                        United States District Court

17

18

19

20

21

22

23

24

25

## $

**$650** [1] - 956:19

## '

**'05** [1] - 1020:11
**'06** [2] - 918:23, 919:4
**'07** [1] - 922:6
**'4** [1] - 944:16
**'40s** [1] - 955:13
**'50s** [1] - 941:25
**'60s** [1] - 941:25
**'70s** [1] - 942:1
**'80s** [1] - 913:16
**'86** [1] - 930:1
**'94** [1] - 935:1

## 0

**0.3** [1] - 918:6
**0008** [1] - 927:22
**016** [1] - 927:23
**02** [2] - 929:10, 929:15
**035** [1] - 930:7
**05** [1] - 931:24
**08** [1] - 928:8
**09-3251** [1] - 886:8

## 1

**1** [23] - 918:9, 943:14, 943:15, 947:1, 947:2, 949:18, 959:7, 964:12, 964:18, 967:9, 967:13, 968:19, 968:23, 969:1, 969:6, 969:9, 969:17, 975:19, 984:20, 1020:17
**1,005** [1] - 986:10
**1,006** [1] - 986:10
**1,007** [1] - 986:12
**1,892** [1] - 973:24
**1,893** [1] - 973:17
**1.0** [3] - 947:12, 948:1, 948:2
**10** [18] - 908:25, 943:14, 972:15, 972:16, 972:17, 972:19, 973:1, 973:2, 973:4, 973:11, 973:12, 973:20, 974:10, 984:9, 996:5, 1023:4, 1024:10

**100** [4] - 886:18, 945:14, 947:4, 970:8
**1000** [1] - 886:24
**1005** [2] - 888:21, 986:17
**1007** [2] - 888:21, 986:17
**1024** [1] - 888:23
**10:20** [3] - 955:18, 955:21, 956:3
**10th** [3] - 1000:6, 1009:3, 1020:6
**11** [1] - 1005:5
**11th** [2] - 1005:12, 1010:12
**12** [2] - 912:19, 917:1
**12th** [2] - 1002:13, 1005:9
**13** [4] - 891:13, 891:19, 895:21, 1023:24
**13th** [1] - 1023:25
**14** [1] - 930:19, 930:21, 930:23, 930:25, 931:10
**14-day** [2] - 917:11, 931:9
**15** [9] - 892:24, 940:16, 948:24, 955:19, 957:12, 994:7, 1006:23, 1007:1, 1008:14
**150** [1] - 894:12
**15th** [2] - 1000:6, 1008:16
**16** [8] - 928:1, 972:8, 978:3, 1002:5, 1002:17, 1002:22, 1006:3, 1006:7
**17** [8] - 913:13, 913:15, 966:5, 966:9, 966:19, 979:13, 984:14
**18** [2] - 1004:17, 1009:2
**1800** [1] - 887:5
**1873** [1] - 886:5
**19** [4] - 996:25, 1003:4, 1003:22, 1003:25
**1940s** [1] - 955:5
**1971** [1] - 936:1
**1975** [1] - 984:2
**1986** [1] - 955:9
**1989** [2] - 914:8, 934:15
**199** [1] - 972:7
**1990** [2] - 913:18, 928:21
**1995** [2] - 984:2,

988:24
**1997** [2] - 962:4, 962:8
**1999** [2] - 928:24, 928:25
**19th** [2] - 923:17, 1003:17
**1:00** [2] - 1024:11, 1024:13

## 2

**2** [7] - 895:7, 919:6, 931:24, 947:6, 947:9, 1007:16, 1007:21
**2/1/07** [1] - 918:11
**20** [12] - 886:6, 889:3, 890:18, 891:12, 891:19, 929:15, 930:3, 940:17, 948:24, 957:12, 1000:18, 1001:3
**200** [4] - 932:2, 939:17, 971:1, 971:5
**2000** [3] - 990:12, 991:1, 1011:16
**2003** [14] - 939:24, 940:1, 940:3, 944:12, 944:16, 955:10, 989:1, 990:7, 991:1, 991:6, 991:14, 1012:13, 1012:17, 1017:2
**2004** [28] - 940:2, 944:8, 944:12, 945:4, 945:8, 949:12, 949:14, 949:16, 950:2, 950:8, 955:10, 958:23, 959:5, 959:21, 962:18, 963:13, 975:16, 976:18, 983:1, 991:25, 992:12, 992:23, 993:15, 994:7, 994:14, 994:21, 995:20, 997:16
**2005** [18] - 892:3, 967:15, 967:16, 977:13, 977:24, 978:5, 996:6, 996:12, 996:15, 996:17, 996:20, 996:22, 996:25, 997:16, 1020:17, 1020:24
**2006** [28] - 892:3, 892:7, 896:18, 941:2, 949:9,

986:11, 996:23, 996:25, 998:5, 999:2, 999:8, 999:22, 1000:2, 1000:8, 1000:17, 1000:18, 1001:3, 1001:21, 1002:5, 1002:17, 1002:22, 1003:4, 1003:10, 1003:13, 1011:23, 1014:1, 1021:7
**2007** [12] - 918:10, 968:25, 969:8, 1003:17, 1003:22, 1003:25, 1004:17, 1004:25, 1005:3, 1005:5, 1014:1, 1021:7
**2008** [10] - 913:4, 976:10, 1005:17, 1005:22, 1006:3, 1006:7, 1006:16, 1006:23, 1007:1, 1007:4
**2009** [36] - 912:19, 945:4, 955:11, 963:10, 963:12, 963:15, 964:8, 964:11, 964:14, 964:16, 967:11, 967:13, 969:4, 969:5, 969:10, 970:14, 972:2, 976:18, 977:16, 986:12, 1007:8, 1007:12, 1007:13, 1007:16, 1007:21, 1007:22, 1007:24, 1008:14, 1008:15, 1008:16, 1008:19, 1009:2, 1009:19, 1009:24, 1010:4, 1010:12
**201** [1] - 971:2
**2010** [4] - 886:6, 889:3, 1010:23, 1023:24
**20th** [2] - 896:18, 1001:20
**21** [5] - 990:7, 991:6, 996:20, 996:22, 1007:8
**210** [4] - 945:21, 946:14, 947:3, 947:9
**21st** [1] - 1003:13
**22** [3] - 991:25, 993:15, 994:14
**2250** [1] - 886:21
**23** [2] - 991:14, 1006:16

**23rd** [2] - 977:16, 1000:7
**24** [1] - 996:17
**24th** [1] - 996:15
**25** [1] - 996:12
**26** [1] - 995:20
**26,000** [2] - 950:16, 983:7
**27** [1] - 1009:24
**27th** [2] - 969:10, 972:2
**28** [1] - 1008:19
**29** [4] - 992:11, 998:5, 999:1, 999:8
**2900** [1] - 887:10
**293** [1] - 1020:16
**29th** [2] - 1007:4
**2A** [2] - 949:15, 949:18, 967:5, 967:17, 968:8, 969:6, 975:19
**2B** [2] - 967:17, 975:20
**2nd** [2] - 1008:15, 1008:18

## 3

**3** [6] - 894:12, 919:22, 921:20, 927:14, 999:22, 1005:16
**30** [6] - 899:20, 930:15, 931:7, 931:8, 940:11, 955:14
**319** [1] - 1020:6
**343** [3] - 888:23, 1024:3, 1024:8
**35** [1] - 930:9
**3838** [1] - 887:9
**3rd** [1] - 1021:7

## 4

**4** [6] - 886:11, 929:10, 929:15, 977:24, 1000:2, 1010:4
**4,000** [1] - 951:16
**4.14** [1] - 947:22
**40** [4] - 939:8, 955:6, 955:14, 983:7
**400** [2] - 929:15, 930:3
**413** [3] - 888:22, 988:5, 988:10
**42** [2] - 895:7, 895:21
**4265** [1] - 886:24
**44** [1] - 939:8
**443** [4] - 888:20, 909:11, 909:18,

909:22
**45** [1] - 930:7
**450** [2] - 930:10, 931:14
**46** [1] - 930:1

## 5

**5** [1] - 1007:22
**5,280** [1] - 973:15
**50** [5] - 911:6, 932:1, 945:12, 945:13, 945:15
**500** [1] - 887:13
**504** [1] - 887:14
**589-7779** [1] - 887:14
**5:02** [1] - 918:12

## 6

**6** [5] - 919:4, 929:4, 972:7, 977:24, 1000:8
**60** [4] - 893:24, 894:1, 894:3, 894:17
**62** [1] - 977:18
**6th** [1] - 919:3

## 7

**7** [2] - 1003:10, 1007:24
**7-year** [1] - 1012:19
**70002** [1] - 887:10
**70112** [1] - 887:5
**70130** [1] - 887:4
**70s** [2] - 1004:7, 1018:11
**75** [1] - 894:3
**77027** [1] - 886:25
**78257** [1] - 886:19
**78470** [1] - 886:22
**79** [1] - 1018:9

## 8

**8** [5] - 1000:17, 1005:22, 1009:19, 1010:22, 1021:7
**8/25/71** [1] - 934:12
**80** [1] - 928:13
**802** [1] - 886:21
**80s** [1] - 1018:12
**889** [2] - 888:5, 888:6
**8:30** [2] - 886:6, 889:3
**8th** [1] - 1005:24

## 9

**9** [3] - 992:23, 996:23, 996:25
**909** [2] - 887:5, 888:20
**91** [1] - 947:22
**910** [1] - 888:7
**911** [1] - 888:8
**933** [1] - 888:9
**938** [1] - 888:10
**939** [1] - 888:11
**956** [1] - 888:12
**96** [5] - 916:25, 918:24, 919:8, 921:19, 928:20
**979** [1] - 888:13
**986** [1] - 888:21
**987** [1] - 888:14
**988** [1] - 888:22
**9th** [1] - 994:21

## A

**A.M** [2] - 886:6, 889:3
**abandoned** [1] - 1013:19
**abdominal** [3] - 994:18, 1006:5, 1016:24
**ability** [6] - 927:11, 960:25, 975:24, 975:25, 976:1, 1025:8
**able** [6] - 893:11, 914:21, 991:11, 998:4, 999:17, 1009:13
**abnormal** [7] - 1019:3, 1019:12, 1019:16, 1019:18, 1019:19, 1019:21, 1020:2
**above-entitled** [1] - 1025:9
**absence** [1] - 975:13
**absent** [1] - 975:15
**absolutely** [5] - 952:18, 965:21, 980:19, 985:2, 990:24
**AC** [7] - 893:20, 894:5, 894:21, 905:11, 905:16, 905:19, 906:5
**accept** [3] - 938:21, 963:22, 977:2
**accessible** [1] - 1009:16
**accumulates** [1] -

954:7
**accurate** [5] - 919:12, 920:2, 920:16, 1002:6, 1002:20
**acid** [4] - 1002:16, 1004:6, 1004:11, 1004:14
**acid-reducing** [1] - 1002:16
**acknowledge** [1] - 984:25
**acrylonitrile** [5] - 976:5, 976:7, 976:9, 976:14
**act** [1] - 953:12
**action** [2] - 920:13, 958:19
**activities** [2] - 920:10, 940:15
**activity** [3] - 916:17, 1014:4, 1014:13
**acute** [3] - 984:23, 1001:1, 1015:23
**add** [1] - 926:25
**addition** [1] - 970:22
**additional** [2] - 939:11, 1020:19
**address** [1] - 920:19
**addressed** [1] - 921:1
**adequate** [2] - 927:11, 940:22
**adhesives** [1] - 926:1
**administer** [1] - 932:22, 933:6
**administered** [2] - 911:19, 1017:19
**admitted** [5] - 909:22, 986:17, 988:10, 1002:11, 1024:8
**ADMITTED..............** [1] - 888:21
**ADMITTED................ ...........** [3] - 888:20, 888:22, 888:23
**adult** [1] - 936:7
**advantages** [1] - 948:18
**adverse** [1] - 914:19
**affidavit** [1] - 977:1
**affirming** [1] - 978:6
**aftermath** [1] - 1013:15
**afternoon** [1] - 1019:10
**age** [3] - 928:18, 936:20, 1004:9
**agencies** [6] - 914:3, 953:3, 953:7, 953:9, 953:23, 954:1
**agency** [1] - 915:11

Agency - 913:6, 918:10, 940:6
**agent** [3] - 953:11, 966:22, 976:2
**agents** [5] - 925:22, 943:24, 953:8, 985:2, 985:22
**ages** [1] - 928:21
**aging** [1] - 1018:15
**ago** [8] - 913:15, 940:11, 941:25, 969:5, 990:1, 1009:12, 1018:6, 1019:9
**agree** [8] - 921:18, 942:25, 949:21, 972:24, 978:9, 978:12, 1023:17, 1023:18
**agreed** [1] - 986:12
**agreement** [1] - 932:15
**ahead** [17] - 910:13, 910:14, 911:10, 911:18, 911:19, 932:22, 933:6, 933:16, 933:21, 938:23, 951:14, 955:17, 962:11, 972:7, 987:13, 1024:9, 1024:11
**ailments** [1] - 989:22
**air** [23] - 893:11, 898:10, 904:20, 904:21, 905:3, 906:16, 917:14, 920:12, 921:17, 923:14, 927:16, 927:17, 928:5, 928:7, 930:20, 930:25, 971:24, 972:10, 972:12, 972:20, 974:10, 984:4
**air-cured** [1] - 984:4
**ALAN** [2] - 888:14, 987:22
**Alan** [1] - 988:1
**alive** [1] - 942:2
**Allen** [2] - 956:1, 986:20
**allergic** [6] - 993:11, 995:5, 1001:13, 1001:21, 1001:24, 1002:2
**allergies** [10] - 896:6, 896:8, 896:15, 991:21, 995:1, 995:4, 995:16, 1013:11, 1015:14,

1017:24
**allergist** [3] - 1014:14, 1014:20, 1014:25
**allergy** [7] - 992:4, 993:10, 1013:15, 1014:15, 1014:16, 1014:18, 1017:20
**allergy-type** [1] - 992:4
**allow** [3] - 966:16, 970:15, 979:15
**allowed** [1] - 966:22
**allows** [1] - 1004:11
**almost** [1] - 1012:22
**alone** [1] - 947:12
**alter** [2] - 979:2, 979:4
**altered** [1] - 980:25
**ambient** [2] - 972:10, 972:12
**American** [2] - 945:8, 988:15
**amount** [4] - 923:2, 988:16, 992:9, 997:10
**analyses** [1] - 962:9
**analysis** [5] - 924:9, 959:24, 960:7, 962:3, 1023:2
**analyze** [1] - 924:25
**analyzing** [1] - 917:19
**ANDREW** [1] - 887:8
**Angeles** [2] - 973:23, 974:13
**animal** [1] - 993:12
**announced** [1] - 916:7
**anomaly** [1] - 983:10
**answer** [10] - 891:23, 894:17, 895:11, 895:24, 935:23, 968:2, 972:12, 972:16, 972:18, 1014:8
**answers** [3] - 933:4, 933:19, 987:16
**antibiotic** [3] - 1001:16, 1008:21, 1008:25
**antihistamine** [1] - 994:2
**antiseptics** [1] - 925:12
**ANTONIO** [1] - 886:19
**anxiety** [8] - 997:11, 997:13, 997:17, 1003:14, 1006:9, 1009:2, 1009:4, 1009:8
**apologize** [1] - 955:2
**appearance** [1] - 999:19

**APPEARANCES** [2] - 886:15, 887:1

**apples** [1] - 974:16

**appliances** [5] - 903:15, 908:10, 908:13, 908:15, 908:19

**applicable** [1] - 919:9

**applications** [1] - 939:22

**applied** [1] - 919:19

**appointments** [1] - 1011:11

**appreciate** [1] - 942:23

**appreciation** [1] - 1013:17

**approach** [13] - 889:15, 891:8, 894:8, 895:3, 901:6, 909:7, 942:8, 972:3, 973:5, 974:2, 977:19, 978:18, 983:23

**appropriate** [3] - 913:2, 919:11

**approximate** [1] - 991:1

**April** [4] - 993:15, 999:22, 1003:25, 1006:3

**Aqua** [1] - 995:17

**area** [3] - 899:14, 1001:5, 1013:3

**areas** [3] - 927:17, 928:12

**arguably** [1] - 983:6

**arise** [1] - 990:18

**arm** [5] - 940:7, 1004:20, 1006:3, 1008:17, 1009:25

**arrived** [1] - 963:12

**arthritis** [1] - 1007:9

**article** [2] - 971:2, 971:7

**articles** [1] - 971:1

**as-needed** [1] - 997:25

**aspects** [1] - 1010:19

**asserted** [1] - 976:21

**assertion** [1] - 953:14

**assessed** [1] - 1020:8

**assessments** [1] - 991:19

**assigned** [2] - 915:18, 958:6

**assignment** [2] - 916:16, 924:2

**assistance** [2] - 920:1, 1014:14

**associate** [1] - 926:21

**associated** [7] - 908:12, 914:24, 960:2, 1021:15, 1021:19, 1021:22, 1022:13

**Association** [1] - 912:10

**association** [1] - 914:23

**assume** [1] - 1013:17

**assuming** [1] - 921:5

**AT** [1] - 886:21

**ATSDR** [17] - 913:8, 913:10, 913:14, 915:11, 915:16, 915:22, 916:11, 919:23, 919:25, 920:4, 920:7, 923:6, 923:23, 925:2, 928:23, 928:24, 931:5

**attach** [1] - 989:16

**attempted** [1] - 998:1

**attention** [2] - 895:12, 944:7

**attorney** [1] - 932:16

**ATTORNEY** [1] - 886:21

**attributable** [1] - 946:19

**attribute** [2] - 1001:11, 1014:6

**August** [6] - 1002:5, 1002:12, 1002:17, 1002:22, 1009:2, 1009:3

**authenticated** [1] - 988:4

**author** [4] - 916:22, 945:6, 947:7

**authors** [1] - 944:25

**available** [12] - 919:11, 919:25, 920:1, 941:5, 949:19, 950:12, 966:16, 966:21, 968:5, 968:13, 979:9, 979:14

**average** [2] - 930:6, 954:17

**aware** [8] - 915:14, 921:22, 964:15, 964:19, 1015:2, 1017:23, 1021:6, 1023:6

**Axton** [1] - 971:8

**B**

**B406** [1] - 887:13

**Bachelor** [1] - 912:1

**background** [6] - 911:23, 911:25, 923:5, 927:16, 927:25, 938:25

**bad** [7] - 895:20, 896:7, 896:10, 897:8, 902:15, 903:6, 903:8, 904:4, 942:20

**bags** [1] - 926:9

**barely** [1] - 947:14

**based** [19] - 890:20, 928:17, 936:17, 949:9, 949:11, 949:12, 949:13, 949:16, 950:1, 950:10, 989:22, 992:11, 1001:19, 1003:24, 1004:13, 1014:5, 1015:5, 1018:17, 1021:16

**baseline** [4] - 917:3, 917:6, 917:7, 917:22

**basis** [5] - 936:24, 953:11, 975:11, 998:1, 1012:14

**bathroom** [4] - 900:3, 900:14, 900:15, 917:15

**Baton** [1] - 918:9

**bears** [1] - 909:13

**beauty** [1] - 981:14

**became** [1] - 924:17

**become** [3] - 915:22, 924:17, 1021:14

**becomes** [3] - 920:1, 941:24, 942:5

**bed** [2] - 900:1, 908:17

**bedroom** [1] - 906:9

**beds** [1] - 899:24

**BEFORE** [1] - 886:12

**began** [3] - 913:17, 913:21, 955:8

**begin** [4] - 941:11, 955:7, 956:11, 1024:14

**beginning** [2] - 913:14, 988:3

**beings** [4] - 941:7, 949:20, 971:14, 979:11

**belch** [2] - 1008:11, 1008:13

**believes** [1] - 1012:6

**below** [6] - 921:15, 944:20, 946:6, 947:1, 948:1, 948:2

**bench** [1] - 889:20

**benefited** [1] - 1014:25

**Benken** [1] - 916:4

**benzene** [3] - 984:17, 984:21, 984:22

**benzopyrene** [1] - 943:25

**best** [4] - 941:11, 943:24, 944:1, 1025:8

**better** [8] - 930:14, 982:15, 986:23, 987:3, 1005:21, 1008:7, 1013:6, 1014:12

**between** [13] - 950:12, 951:17, 951:20, 951:22, 953:16, 971:14, 974:12, 976:18, 977:10, 978:1, 979:7, 980:9, 1000:23

**beyond** [3] - 924:9, 924:18, 948:22

**bias** [1] - 962:25

**big** [3] - 974:18, 980:7, 1008:20

**billion** [10] - 928:1, 928:8, 928:13, 929:15, 930:3, 930:10, 931:15, 932:1, 932:2, 951:16

**BINSTOCK** [1] - 886:23

**bioaccumulate** [4] - 954:4, 954:6, 954:7, 954:9

**biological** [2] - 914:20

**biology** [1] - 912:1

**biopsy** [6] - 1007:14, 1019:4, 1019:13, 1019:16, 1019:20, 1019:24

**birth** [1] - 934:11

**Bishop** [1] - 965:3

**bit** [4] - 890:16, 956:22, 989:4, 1001:7

**blade** [1] - 1000:13

**bleach** [2] - 900:4, 900:6

**bloating** [2] - 994:18, 1000:16

**blood** [5] - 890:13, 890:14, 997:4, 1000:14, 1005:15

**blow** [1] - 907:1

**Board** [4] - 988:11,

**988:14, 988:15, 988:18

**bodily** [1] - 914:23

**body** [5] - 915:2, 915:3, 954:7, 954:8, 980:22

**born** [2] - 936:1, 937:4

**borrow** [1] - 983:18

**bother** [3] - 900:18, 901:5, 908:1

**bothered** [1] - 908:3

**bottom** [2] - 943:12, 964:4

**bought** [3] - 906:10, 906:12, 970:19

**BOULEVARD** [1] - 887:9

**BOURGEOIS** [1] - 887:7

**Bowers** [13] - 890:9, 890:15, 896:17, 897:6, 908:23, 908:25, 909:2, 986:20, 987:2, 987:10, 988:1, 988:11, 1024:2

**BOWERS** [2] - 888:14, 987:22

**Bowers'** [4] - 956:1, 988:3, 988:5, 1024:3

**boy** [1] - 981:7

**boyfriend** [1] - 892:15

**branch** [1] - 913:23

**brand** [1] - 935:20

**brand-new** [1] - 935:20

**break** [6] - 937:23, 937:24, 938:1, 955:18, 1024:10, 1024:16

**breakdown** [1] - 958:17

**breath** [4] - 901:20, 1008:2, 1008:3, 1008:5

**breathe** [1] - 908:7

**breathing** [2] - 908:5, 1017:11

**brief** [3] - 889:16, 956:4, 971:13

**briefly** [5] - 910:1, 938:24, 967:2, 968:16, 988:14

**bring** [3] - 906:25, 940:16, 965:14

**bringing** [3] - 902:22, 975:5, 1009:6

**brings** [1] - 974:6

**British** [2] - 960:20, 982:4

**brought** [5] - 902:19, 919:17, 923:3, 963:18, 1001:23
**bug** [1] - 908:3
**BUILDING** [1] - 886:18
**building** [2] - 916:3, 928:17
**built** [3] - 929:4, 930:2, 931:18
**bump** [1] - 993:3
**bunch** [2] - 916:3, 975:17
**burping** [1] - 1008:7
**business** [1] - 899:2
**BY** [37] - 886:9, 886:17, 886:24, 887:3, 887:8, 887:15, 887:16, 888:6, 888:7, 888:11, 888:12, 888:13, 890:1, 891:11, 891:18, 894:11, 895:6, 901:9, 909:10, 910:3, 910:17, 934:2, 939:2, 942:11, 950:6, 956:14, 962:13, 965:23, 972:6, 973:8, 974:5, 977:22, 978:21, 979:23, 981:9, 983:21, 984:6
**bypasses** [1] - 981:14

**C**

**C-o-l-e** [1] - 938:16
**calculate** [1] - 946:1
**California** [1] - 973:24
**CALLED** [1] - 889:4
**Cancer** [12] - 940:7, 944:7, 945:1, 945:2, 951:5, 952:11, 952:13, 952:14, 952:16, 955:1, 957:4, 961:18
**cancer** [73] - 939:7, 940:7, 942:24, 943:4, 943:5, 943:7, 943:19, 943:22, 943:23, 943:25, 944:4, 944:9, 945:10, 945:12, 945:15, 945:16, 945:20, 945:23, 945:25, 948:23, 949:19, 950:20, 950:22, 950:24,

950:25, 951:12, 952:6, 959:16, 959:18, 959:21, 959:24, 960:10, 960:13, 960:17, 960:21, 960:23, 962:6, 962:23, 963:6, 965:8, 966:17, 966:20, 970:10, 970:12, 970:16, 970:20, 976:9, 977:10, 978:1, 978:16, 979:4, 979:8, 980:3, 981:1, 981:17, 981:18, 982:2, 982:6, 983:22, 983:25, 984:1, 984:7, 984:18, 984:25, 985:4, 985:6, 985:7, 985:11, 1018:25, 1019:22, 1019:25, 1020:4
**cancer-causing** [1] - 943:23
**cancerous** [1] - 958:3
**candidate** [1] - 944:2
**candidates** [1] - 943:24
**cannot** [2] - 946:7, 986:21
**capable** [1] - 1011:21
**capacity** [2] - 939:18, 974:21
**car** [9] - 902:21, 902:25, 903:3, 903:5, 903:8, 903:11, 903:14, 903:17, 903:20
**CARANCAHUA** [1] - 886:21
**carbonated** [1] - 1008:12
**carcinogen** [29] - 940:21, 940:22, 949:16, 950:2, 953:12, 953:14, 959:7, 964:18, 966:22, 966:25, 967:5, 967:13, 967:14, 968:5, 968:12, 968:13, 968:14, 968:20, 968:23, 969:2, 969:17, 969:20, 979:10, 980:9, 983:16, 986:1, 986:3, 1022:2
**carcinogenic** [11] -

959:9, 970:13, 975:9, 975:12, 976:15, 977:1, 979:15, 980:10, 981:4, 1021:25
**carcinogenicity** [2] - 953:8, 953:9
**carcinogens** [3] - 980:5, 980:10, 980:13
**care** [10] - 925:22, 989:6, 989:10, 990:16, 990:18, 1002:24, 1005:6, 1009:19, 1009:24, 1010:18
**carpet** [1] - 925:24
**carry** [1] - 988:17
**case** [29] - 901:17, 911:11, 931:14, 941:7, 941:14, 941:18, 941:22, 947:3, 948:13, 948:14, 948:15, 948:24, 949:4, 949:6, 951:1, 961:19, 965:13, 968:11, 968:17, 968:19, 969:14, 969:25, 984:18, 985:8, 985:9, 985:20, 1021:3, 1024:15
**case-control** [7] - 948:13, 948:14, 948:15, 948:24, 949:4, 949:6, 961:19
**cases** [16] - 931:2, 943:9, 950:22, 951:15, 951:17, 960:20, 965:8, 966:5, 966:15, 966:19, 966:23, 967:1, 968:25, 969:25, 984:14, 985:13
**CASTANEL** [3] - 886:9, 888:5, 933:13
**Castanel** [115] - 889:10, 889:13, 890:2, 901:10, 902:6, 909:12, 909:15, 910:4, 910:25, 932:15, 932:16, 932:19, 932:23, 933:3, 933:4, 933:24, 934:3, 937:18, 989:25, 990:6, 990:11, 990:13,

990:15, 990:22, 990:25, 991:25, 992:21, 993:15, 994:6, 994:20, 995:25, 996:5, 996:12, 996:15, 996:19, 996:20, 997:1, 997:15, 997:17, 997:21, 997:23, 998:23, 999:7, 999:22, 999:25, 1000:2, 1000:6, 1000:17, 1001:5, 1002:1, 1002:5, 1002:23, 1003:10, 1003:14, 1003:18, 1003:19, 1003:21, 1003:25, 1004:13, 1004:25, 1005:4, 1005:5, 1005:16, 1005:22, 1005:25, 1006:3, 1006:12, 1006:14, 1006:23, 1007:4, 1007:5, 1007:8, 1007:13, 1007:23, 1008:15, 1009:1, 1009:12, 1009:19, 1009:24, 1010:4, 1010:12, 1010:25, 1011:10, 1011:16, 1011:22, 1012:1, 1012:6, 1012:13, 1012:25, 1014:24, 1015:5, 1015:6, 1015:13, 1015:17, 1015:20, 1015:23, 1016:2, 1016:5, 1016:7, 1016:17, 1016:20, 1016:23, 1017:2, 1017:21, 1018:17, 1018:24, 1019:16, 1020:3, 1020:8, 1020:11, 1020:20, 1021:2, 1021:6, 1022:21, 1023:15
**Castanel's** [34] - 933:5, 986:21, 989:18, 991:7, 994:9, 994:17, 994:23, 995:20, 996:8, 998:8, 998:25, 1000:10, 1000:18, 1000:21, 1001:20, 1002:17, 1002:24, 1003:7, 1004:2, 1004:19, 1006:6, 1007:2, 1007:15, 1008:1, 1010:19, 1011:4,

990:15, 990:22, 990:25, 991:25, 992:21, 993:15, 994:6, 994:20, 995:25, 996:5, 996:12, 996:15, 996:19, 996:20, 997:1, 997:15, 997:17, 997:21, 997:23, 998:23, 999:7, 999:22, 999:25, 1000:2, 1000:6, 1000:17, 1001:5, 1002:1, 1002:5, 1002:23, 1003:10, 1003:14, 1003:18, 1003:19, 1003:21, 1003:25, 1004:13, 1004:25, 1005:4, 1005:5, 1005:16, 1005:22, 1005:25, 1006:3, 1006:12, 1006:14, 1006:23, 1007:4, 1007:5, 1007:8, 1007:13, 1007:23, 1008:15, 1009:1, 1009:12, 1009:19, 1009:24, 1010:4, 1010:12, 1010:25, 1011:10, 1011:16, 1011:22, 1012:1, 1012:6, 1012:13, 1012:25, 1014:24, 1015:5, 1015:6, 1015:13, 1015:17, 1015:20, 1015:23, 1016:2, 1016:5, 1016:7, 1016:17, 1016:20, 1016:23, 1017:2, 1017:21, 1018:17, 1018:24, 1019:16, 1020:3, 1020:8, 1020:11, 1020:20, 1021:2, 1021:6, 1022:21, 1023:15

1012:9, 1012:16, 1014:2, 1014:6, 1014:18, 1018:2, 1019:14, 1023:3
**CASTANEL................. ............** [1] - 888:9
**catch** [3] - 901:19, 905:7, 908:6
**categories** [1] - 961:21
**categorization** [1] - 959:6
**categorized** [2] - 959:6, 968:19
**category** [2] - 912:14, 912:15
**Category** [1] - 949:15
**Cathy** [2] - 1025:3, 1025:14
**CATHY** [1] - 887:13
**causal** [5] - 943:1, 949:19, 977:10, 978:1, 979:7
**caused** [5] - 942:24, 966:17, 970:11, 1012:2, 1012:7
**causes** [4] - 963:5, 970:16, 980:22, 985:7
**CAUSEWAY** [1] - 887:9
**causing** [7] - 896:22, 897:4, 897:13, 897:17, 901:22, 943:23, 1011:23
**caution** [1] - 954:2
**CCR** [2] - 887:13, 1025:14
**CDC** [2] - 915:25, 916:11
**ceased** [1] - 984:1
**Celanese** [2] - 965:2, 965:8
**cell** [4] - 980:14, 980:25, 981:1, 981:2
**cells** [10] - 978:10, 978:13, 978:16, 978:23, 978:25, 979:3, 980:1, 980:10, 980:11
**Center** [4] - 913:7, 915:18, 916:1, 916:2
**CENTER** [1] - 887:9
**Center's** [1] - 916:12
**centered** [1] - 1019:23
**certain** [6] - 926:13, 928:11, 988:16, 990:18, 994:4, 998:3
**certainly** [6] - 949:3, 952:4, 953:20,

980:17, 981:25, 987:1
**CERTIFICATE** [1] - 1025:1
**certificates** [1] - 942:4
**certification** [3] - 912:9, 912:11, 988:14
**certifications** [1] - 912:6
**certified** [1] - 988:11
**Certified** [2] - 1025:3, 1025:4
**certify** [1] - 1025:7
**chair** [1] - 971:12
**chance** [2] - 918:13, 948:22
**change** [8] - 899:24, 919:17, 924:15, 950:10, 950:13, 981:3, 986:5, 992:8
**changed** [3] - 929:19, 969:5, 984:3
**changes** [3] - 1012:16, 1012:17, 1018:2
**characterize** [1] - 1018:8
**charged** [3] - 923:19, 924:4, 928:16
**chart** [5] - 944:17, 989:12, 991:10, 992:11, 1002:19
**check** [2] - 1009:4, 1010:9
**checked** [3] - 904:23, 997:5, 1000:14
**checking** [2] - 994:19, 1005:15
**checkup** [4] - 993:18, 994:24, 1006:9, 1007:20
**cheeses** [1] - 926:13
**Chemical** [1] - 964:3
**chemical** [23] - 914:5, 914:22, 915:2, 940:18, 940:19, 944:1, 949:13, 960:20, 966:17, 966:24, 967:7, 978:15, 979:14, 979:15, 979:25, 980:17, 982:4, 985:14, 985:15, 985:17, 985:19, 985:21, 985:22
**chemicals** [10] - 914:19, 914:24, 966:20, 969:19, 979:13, 984:15,

984:16, 985:13, 985:15, 985:19
**chemistry** [1] - 923:13
**chest** [14] - 899:25, 994:24, 995:12, 1000:13, 1001:1, 1002:14, 1005:17, 1005:21, 1008:2, 1008:4, 1008:6, 1008:22, 1017:9, 1023:10
**chicken** [1] - 899:10
**child** [3] - 935:24, 936:5, 998:13
**childhood** [1] - 936:11
**Children's** [1] - 1022:17
**chlordiazepoxide** [1] - 997:25
**cholesterol** [4] - 1006:10, 1006:20, 1007:11, 1008:17
**choose** [1] - 997:25
**chose** [2] - 948:23, 950:1
**CHRIS** [1] - 886:20
**CHRISTI** [1] - 886:22
**chrome** [2] - 985:6, 985:7
**chronic** [13] - 991:21, 993:5, 993:8, 993:13, 994:12, 995:12, 995:19, 995:24, 997:12, 997:14, 1006:15, 1014:10, 1015:23
**cigarette** [6] - 927:4, 927:10, 942:24, 943:21, 943:24, 981:6
**cigarettes** [8] - 935:22, 935:24, 936:4, 936:6, 936:8, 936:15, 943:5, 943:18
**circulation** [1] - 906:20
**circumstance** [1] - 961:3
**cite** [3] - 948:25, 975:8, 976:13
**cited** [2] - 975:12, 975:14
**cites** [1] - 948:14
**claims** [1] - 1018:21
**class** [1] - 983:15
**Class** [10] - 959:7, 964:12, 964:18, 967:5, 967:13, 968:8, 968:23,

969:1, 969:17, 975:19
**classification** [12] - 952:25, 953:3, 964:12, 964:18, 967:16, 967:20, 968:3, 968:6, 968:8, 969:3, 975:19, 975:24
**classified** [3] - 949:14, 966:24, 967:5
**classify** [2] - 953:7, 953:11
**clean** [5] - 899:22, 899:23, 900:3, 900:14, 900:25
**cleaned** [2] - 900:15, 900:24
**cleaners** [1] - 925:24
**cleaning** [1] - 901:2
**cleanser** [2] - 900:3, 900:25, 901:2
**cleansers** [5] - 900:2, 900:18, 900:21, 900:24, 901:4
**clear** [6] - 915:10, 970:5, 991:22, 992:5, 1002:23, 1018:1
**Clerk** [1] - 938:12
**CLERK** [4] - 933:8, 938:5, 938:13, 987:17
**clinic** [1] - 991:10
**close** [1] - 1023:1
**closed** [5] - 893:10, 893:11, 893:18, 906:19, 917:17
**closing** [1] - 932:7
**clothes** [1] - 900:5
**code** [1] - 1020:14
**coffee** [1] - 974:7
**Coggon** [1] - 944:20
**Coggon's** [1] - 944:20
**cohort** [22] - 941:9, 941:10, 941:11, 941:12, 941:16, 941:19, 944:3, 948:3, 948:4, 948:8, 948:9, 948:12, 948:20, 948:23, 949:4, 950:15, 959:21, 959:25, 960:19, 983:5, 983:6
**cold** [2] - 997:4, 997:6
**colds** [2] - 1004:21, 1005:7
**Cole** [13] - 937:20, 937:22, 938:1, 938:15, 938:21,

949:23, 951:9, 955:20, 956:10, 956:15, 976:9, 977:3
**COLE** [1] - 938:10
**Cole's** [1] - 938:18
**COLE......................
.............** [1] - 888:10
**collect** [1] - 923:25
**collected** [2] - 923:21, 924:6
**collecting** [2] - 923:24, 923:25
**collective** [1] - 961:5
**collectively** [2] - 961:12, 980:8
**college** [3] - 915:25, 934:18, 934:20
**Collier** [1] - 982:5
**Collins** [2] - 963:24, 976:9
**Columbia** [1] - 1022:18
**combined** [1] - 951:7
**combustion** [1] - 928:3
**Comet** [2] - 900:3, 901:2
**comfortable** [1] - 1014:11
**coming** [2] - 932:7, 1023:7
**commander** [1] - 911:16
**Commander** [10] - 911:7, 911:15, 911:18, 911:22, 912:6, 914:7, 918:7, 921:22, 932:11, 932:12
**COMMANDER** [1] - 888:8
**comment** [2] - 1009:4, 1023:3
**comments** [1] - 992:16
**committed** [1] - 987:16
**Committee** [1] - 1021:4
**committees** [1] - 940:25
**common** [2] - 941:14, 1009:16
**commonly** [1] - 971:22
**commonly-stated** [1] - 971:22
**Communications** [1] - 934:8
**Company** [1] - 965:25

**company** [2] - 902:3, 957:7
**compare** [1] - 917:6
**compared** [1] - 943:19
**comparing** [1] - 974:14
**comparison** [2] - 918:3, 927:12
**complained** [2] - 904:18, 904:20, 1005:6
**complaining** [8] - 991:18, 992:4, 992:15, 997:7, 997:11, 1005:17, 1009:25, 1010:5
**complaint** [7] - 901:10, 901:13, 991:23, 1002:19, 1008:20, 1012:5, 1023:10
**complaints** [44] - 923:16, 991:7, 991:9, 991:16, 992:3, 992:14, 992:24, 992:25, 993:17, 994:9, 994:17, 994:23, 995:20, 996:8, 997:3, 997:12, 998:8, 1000:3, 1000:10, 1000:11, 1000:15, 1000:16, 1000:21, 1000:22, 1000:23, 1002:8, 1003:7, 1003:21, 1004:2, 1004:19, 1005:19, 1005:23, 1006:8, 1006:12, 1006:19, 1007:6, 1007:18, 1008:1, 1008:19, 1023:3, 1023:4, 1023:7, 1023:11
**complete** [1] - 974:16
**completely** [3] - 892:5, 951:9, 985:23
**completing** [1] - 915:4
**complex** [1] - 948:15
**complicated** [2] - 927:22, 946:20
**comply** [1] - 1006:1
**compound** [3] - 940:18, 940:20, 981:5
**compounds** [2] - 940:19, 980:8
**computer** [4] - 972:24, 973:12, 973:21, 974:12

**COMPUTER** [1] - 887:16

**concentrate** [1] - 962:10

**concentration** [6] - 912:3, 914:10, 923:9, 927:15, 929:9, 931:22

**concentrations** [4] - 919:24, 927:21, 928:7, 930:6

**concern** [5] - 918:2, 918:4, 921:19, 921:21, 927:7

**concerned** [2] - 993:2, 994:2

**concerns** [3] - 919:24, 922:3, 922:9

**conclude** [3] - 966:16, 966:21, 979:15

**concluded** [5] - 932:11, 937:18, 963:2, 970:14, 975:9

**concludes** [1] - 1023:21

**conclusion** [13] - 921:3, 928:15, 966:15, 966:20, 966:22, 968:4, 969:16, 969:20, 970:16, 972:19, 975:12, 976:25, 979:12

**conclusions** [1] - 919:8

**condition** [3] - 922:13, 1012:16, 1017:5

**conditioner** [5] - 898:10, 904:21, 905:3, 906:17, 921:17

**conditioning** [4] - 904:21, 917:14, 930:20, 930:25

**conditions** [1] - 927:18

**conduct** [1] - 916:17

**conducted** [1] - 930:5

**conference** [8] - 889:20, 891:6, 915:24, 916:1, 916:4, 916:6, 923:17, 923:18

**confidence** [6] - 946:20, 946:22, 946:25, 947:11, 947:22, 961:7

**confounding** [1] - 963:1

**confusing** [1] - 946:17

**congestion** [4] - 890:7, 992:7, 1008:3, 1008:22

**Connecticut** [1] - 965:6

**connection** [3] - 1021:3, 1023:23, 1024:1

**consider** [1] - 954:10

**consideration** [1] - 939:21

**considered** [3] - 940:20, 943:25, 962:21

**consistent** [4] - 947:3, 947:4, 1012:14, 1012:21

**consistently** [1] - 1012:25

**consists** [1] - 941:16

**constantly** [1] - 999:18

**constipation** [2] - 1003:14, 1003:18

**constructed** [1] - 930:5

**Consultation** [1] - 918:8

**contacted** [1] - 916:2

**contacts** [1] - 1018:19

**contain** [2] - 925:5, 926:11

**contains** [1] - 960:4

**contentious** [1] - 954:12

**contents** [2] - 918:21, 1004:11

**context** [2] - 920:25, 981:23

**continue** [3] - 911:10, 944:23, 991:11

**continued** [4] - 899:3, 992:25, 1000:11, 1000:22

**CONTINUED** [1] - 887:1

**CONTINUED)............. ............** [1] - 888:5

**continues** [1] - 981:5

**continuously** [2] - 930:23, 930:25

**contradict** [1] - 977:2

**contribute** [1] - 928:4

**control** [10] - 926:24, 927:9, 941:7, 948:13, 948:14, 948:15, 948:24, 949:4, 949:6, 961:19

**conventional** [2] - 929:3, 931:23

**Conventional** [1] - 929:8

**conversation** [2] - 1019:15, 1020:17

**convert** [2] - 930:9, 932:1

**convey** [1] - 919:14

**convincing** [1] - 975:17

**cook** [3] - 898:4, 900:12, 984:10

**cooked** [3] - 898:2, 898:15, 898:17

**cooking** [1] - 898:13

**cool** [3] - 894:18, 894:22, 906:14

**cooled** [2] - 906:15, 906:16

**coordinator** [5] - 912:22, 912:24, 913:4, 913:11, 913:20

**corner** [1] - 952:2

**CORPUS** [1] - 886:22

**correct** [162] - 890:7, 890:10, 890:15, 890:18, 890:24, 891:25, 892:4, 892:7, 892:10, 892:15, 892:18, 892:20, 892:23, 893:4, 893:7, 893:9, 893:21, 893:24, 894:2, 894:6, 894:22, 896:3, 896:15, 896:19, 897:14, 897:16, 897:24, 898:3, 898:7, 898:21, 899:20, 899:22, 900:16, 900:24, 903:24, 904:1, 904:4, 904:9, 904:19, 905:17, 905:20, 905:22, 906:3, 906:20, 907:3, 907:10, 908:10, 909:2, 909:5, 913:9, 914:11, 917:10, 917:20, 920:18, 920:20, 920:21, 921:2, 922:15, 924:13, 926:18, 926:21, 928:5, 928:9, 928:15, 929:10, 929:13, 929:15, 930:7, 930:11, 931:3, 931:15, 931:19,

931:24, 932:8, 936:1, 936:2, 936:10, 936:12, 936:13, 936:15, 936:16, 936:18, 936:19, 942:15, 942:18, 947:8, 947:9, 947:13, 947:22, 949:1, 949:10, 950:2, 955:14, 957:24, 959:15, 969:3, 971:6, 982:1, 982:5, 982:12, 982:15, 983:12, 986:3, 989:23, 990:8, 992:1, 994:15, 994:21, 995:2, 995:9, 996:13, 996:14, 996:21, 1000:19, 1002:25, 1003:3, 1003:5, 1003:11, 1003:14, 1003:25, 1004:15, 1004:16, 1004:17, 1004:22, 1005:8, 1005:23, 1006:4, 1006:17, 1007:6, 1007:9, 1007:16, 1009:20, 1009:22, 1009:25, 1010:5, 1010:20, 1011:5, 1013:1, 1013:4, 1014:5, 1014:20, 1015:11, 1015:13, 1015:16, 1015:19, 1016:1, 1016:11, 1016:15, 1016:24, 1017:4, 1017:9, 1018:4, 1018:13, 1018:20, 1019:22, 1020:17, 1020:25, 1022:4, 1022:6, 1022:23, 1022:24, 1025:7

**correctly** [5] - 924:3, 927:19, 941:19, 962:7, 963:7

**cosmetics** [1] - 925:16

**cough** [3] - 1008:20, 1011:1, 1011:2

**coughing** [5] - 992:9, 997:10, 1005:23, 1010:25, 1017:15

**Council** [4] - 939:23, 944:21, 963:18, 971:16

**counsel** [6] - 910:5, 911:19, 919:2, 932:15, 963:18,

971:17

**counter** [1] - 994:1

**countries** [1] - 957:8

**country** [1] - 984:2

**couple** [7] - 900:6, 906:5, 910:4, 912:17, 1005:2, 1005:25, 1007:12

**coupled** [1] - 922:17

**course** [12] - 914:13, 914:17, 922:21, 933:19, 937:24, 942:2, 942:3, 943:14, 952:4, 980:16, 1011:15, 1018:24

**courses** [2] - 914:15, 914:17

**court** [2] - 889:20, 965:13

**Court** [6] - 938:21, 1025:4, 1025:5, 1025:6, 1025:15, 1025:16

**COURT** [57] - 886:1, 887:13, 889:4, 889:7, 889:8, 889:17, 889:23, 891:9, 894:9, 895:4, 901:7, 909:8, 909:20, 909:24, 910:13, 910:25, 911:3, 911:8, 911:16, 932:12, 932:17, 932:19, 932:21, 933:16, 937:16, 937:19, 937:22, 938:20, 942:9, 950:4, 955:17, 955:22, 955:25, 956:3, 956:6, 956:9, 962:10, 972:4, 973:6, 974:3, 977:20, 978:19, 979:19, 983:24, 986:13, 986:15, 986:18, 986:25, 987:6, 987:9, 987:12, 988:6, 988:8, 1023:25, 1024:4, 1024:6, 1024:9

**courtroom** [4] - 955:24, 956:8, 1024:14, 1024:18

**cover** [2] - 910:13, 1005:3

**covered** [2] - 999:9, 1013:24

Cox [2] - 934:8, 934:9
CRAFT [1] - 886:17
cramped [1] - 922:13
credible [2] - 1023:15, 1023:18
cried [2] - 998:12, 999:17
CROSS [4] - 888:6, 888:12, 889:25, 956:13
cross [2] - 889:13, 956:10
CROSS-EXAMINATION [2] - 888:6, 889:25
cross-examination [1] - 889:13
cross-examine [1] - 956:10
crosslinks [1] - 980:21
CRR [2] - 887:13, 1025:14
cumulative [2] - 954:15, 954:20
cured [3] - 984:3, 984:4
curious [1] - 971:23
current [4] - 912:18, 912:20, 941:12, 942:1
curriculum [1] - 970:23
cut [1] - 895:19
CV [2] - 988:4, 988:5

**D**

daily [2] - 936:24, 998:1
damaged [2] - 892:18, 907:6
damages [2] - 901:10, 901:13
Danish [2] - 960:12, 960:16
data [18] - 917:18, 918:22, 918:23, 918:25, 919:1, 919:11, 920:1, 923:21, 923:24, 923:25, 924:1, 924:6, 924:10, 924:23, 924:24, 951:4, 983:2, 983:9
date [37] - 896:20, 902:10, 934:11, 990:6, 991:7, 992:3, 992:14, 992:24,

993:17, 994:9, 994:17, 994:23, 995:9, 996:8, 997:1, 999:1, 999:15, 999:25, 1000:3, 1000:10, 1000:21, 1001:3, 1002:8, 1002:17, 1003:7, 1004:2, 1004:19, 1005:6, 1005:11, 1005:19, 1006:19, 1007:1, 1008:1, 1010:2, 1010:10, 1010:22, 1023:22
dated [1] - 1020:6
daughter's [1] - 899:9
daughters [4] - 898:19, 898:24, 899:13, 899:17
DAY [1] - 886:11
days [9] - 900:16, 906:5, 930:15, 930:19, 930:23, 930:25, 931:7, 931:8, 931:10
de [1] - 935:3
dead [3] - 942:2, 942:3, 951:8
dealing [2] - 914:5, 961:3
dealings [1] - 1023:16
deals [2] - 942:23, 971:2
dealt [1] - 931:6
death [3] - 942:4, 945:15, 948:10
deaths [7] - 943:7, 945:25, 946:2, 959:23, 960:9, 960:16, 971:18
debate [2] - 958:10, 958:12
decayed [1] - 1013:7
December [7] - 892:3, 918:23, 919:3, 919:4, 977:24, 991:14, 1003:13
decide [2] - 964:11, 975:23
decision [1] - 959:2
declaration [2] - 912:18, 912:19
decrease [2] - 928:17, 1018:12
DEFENDANT [1] - 887:3
defendant [2] - 911:12, 911:14
deficit [1] - 945:19
deficits [1] - 960:23

defined [2] - 949:18, 961:1
defining [1] - 941:11
definitely [3] - 936:7, 997:22, 998:24
defrosting [1] - 905:5
degree [3] - 914:14, 923:2, 923:12
degrees [3] - 893:24, 894:1, 939:15
delivery [1] - 944:15
delving [1] - 1014:12
Dennis [1] - 1021:2
DENNIS [1] - 886:24
department [1] - 923:10
departments [1] - 914:4
dependent [1] - 927:18
Depo [1] - 1001:8
Depo-Medrol [1] - 1001:8
deposed [2] - 969:11, 969:12
DEPOSITION [3] - 888:8, 888:9, 888:14
deposition [32] - 891:1, 891:3, 894:12, 895:7, 910:6, 910:9, 910:12, 910:14, 910:18, 910:21, 911:7, 911:17, 911:22, 932:11, 932:14, 932:25, 933:24, 937:18, 956:2, 966:14, 966:2, 966:8, 977:13, 986:22, 986:23, 986:24, 987:8, 988:1, 988:4, 989:16, 1023:22
Deposition [1] - 989:11
depositions [1] - 891:15
depressed [1] - 1007:19
depression [8] - 991:18, 997:11, 997:13, 997:16, 997:20, 997:24, 999:8, 999:12
DEPUTY [4] - 933:8, 938:5, 938:13, 987:17
derived [1] - 919:8
describe [5] - 935:11, 953:24, 990:13,

992:6, 1012:10
described [5] - 993:3, 995:22, 997:13, 1011:10, 1023:17
describing [1] - 998:17
DESCRIPTION [1] - 888:18
description [1] - 1011:21
descriptive [1] - 990:23
DESIGN [1] - 886:9
Design [3] - 890:5, 911:14, 934:4
despite [5] - 966:23, 967:12, 968:2, 968:11, 1023:11
destroyed [2] - 989:19, 1013:7
detail [2] - 914:7, 998:7
detailed [2] - 998:25, 1011:20
detailed-oriented [1] - 1011:20
details [1] - 1020:19
detect [2] - 960:22, 961:9
detected [3] - 927:15, 927:16, 927:17
detective [1] - 1014:21
detergent [2] - 900:7, 900:9
determination [4] - 968:23, 969:1, 970:4, 975:13
determined [1] - 916:14
determining [1] - 975:6
developing [2] - 916:18, 916:20
develops [1] - 1023:1
diabetes [1] - 989:8
diagnoses [1] - 995:8
diagnosis [7] - 991:19, 993:4, 993:5, 994:11, 1000:25, 1001:4, 1020:8
die [2] - 942:5, 981:3
died [1] - 942:4
diesel [2] - 985:24, 985:25
difference [5] - 953:16, 971:24, 973:19, 974:12, 974:18
different [20] - 895:23,

917:1, 917:2, 917:12, 917:13, 922:22, 926:25, 927:6, 944:25, 948:13, 950:18, 962:18, 964:22, 965:8, 976:22, 984:15, 995:6, 995:8, 995:15, 1018:6
difficult [1] - 948:21
difficulty [1] - 1017:11
dioxins [4] - 968:16, 968:19, 968:23
diplomate [1] - 988:18
direct [4] - 938:1, 968:2, 981:25, 982:7
DIRECT [2] - 888:11, 934:1, 939:1
directing [1] - 1003:1
directly [1] - 919:4
disadvantage [1] - 948:19
disagree [4] - 967:19, 968:22, 969:16, 985:3
disagreed [2] - 959:2, 970:4
discharge [4] - 991:24, 997:9, 1004:22, 1015:20
discolored [1] - 997:10
discomfort [1] - 994:24
discuss [5] - 940:17, 972:23, 1018:21, 1021:11, 1024:15
discussed [8] - 922:22, 956:24, 958:9, 964:21, 965:2, 970:22, 977:13, 1018:25
discussion [5] - 929:3, 958:9, 965:4, 965:10, 1019:2
discussions [1] - 920:10
Disease [2] - 913:6, 918:10
disease [7] - 952:3, 984:20, 984:22, 985:21, 989:7, 1016:15, 1017:1
dish [1] - 925:18
dishes [1] - 900:11
disorders [1] - 989:8
disseminate [1] - 957:21
dissent [4] - 958:20,

959:1, 964:14, 964:19

**dissenting** [1] - 964:17

**dissents** [1] - 958:19

**distance** [2] - 973:20, 973:23

**distinction** [1] - 980:9

**distress** [1] - 1018:21

**District** [3] - 1025:6, 1025:16

**DISTRICT** [3] - 886:1, 886:1, 886:13

**distrusted** [1] - 1023:19

**disturb** [1] - 1020:9

**disturbance** [1] - 1020:15

**divide** [1] - 973:17

**divided** [1] - 943:14

**dizziness** [3] - 994:10, 994:12, 1016:11

**DNA** [2] - 980:21, 980:24

**DNA-protein** [1] - 980:21

**DOCKET** [2] - 886:5, 886:8

**doctor** [18] - 890:14, 890:16, 891:20, 891:24, 891:25, 938:24, 939:3, 939:5, 939:6, 948:3, 978:9, 978:12, 978:15, 989:21, 990:20, 995:22, 1002:23, 1015:3

**Doctor** [15] - 939:14, 986:7, 986:18, 990:13, 991:20, 992:1, 992:22, 994:21, 998:5, 999:23, 1003:25, 1009:10, 1014:5, 1022:25, 1023:14

**doctor's** [1] - 987:8

**doctors** [1] - 957:15

**document** [3] - 909:12, 918:7, 1020:16

**DOCUMENT** [1] - 886:7

**documents** [6] - 903:17, 904:14, 905:24, 908:18, 926:23, 989:12

**DOMINION** [1] - 886:18

**Don** [1] - 916:4

**done** [16] - 929:25,

939:23, 940:3, 944:10, 944:13, 945:6, 947:16, 947:17, 948:17, 951:4, 975:3, 983:7, 995:21, 1002:13, 1009:7, 1022:16

**door** [17] - 893:9, 893:10, 893:11, 893:12, 893:14, 893:17, 904:1, 904:3, 906:7, 906:19, 906:23, 906:24

**doors** [2] - 902:12, 906:6

**dose** [6] - 971:18, 971:21, 971:23, 971:24, 979:6, 985:8

**doses** [1] - 980:1

**double** [1] - 945:22

**doubt** [1] - 986:6

**Dow** [1] - 964:3

**down** [21] - 891:5, 895:18, 895:21, 902:2, 905:7, 906:25, 907:1, 910:25, 927:14, 931:21, 945:9, 947:21, 975:19, 982:18, 986:2, 986:11, 986:18, 996:11, 1000:5, 1000:12, 1006:21

**downgrade** [2] - 975:19, 975:24

**downgraded** [1] - 976:14

**DR** [2] - 888:10, 938:10

**Dr** [45] - 890:6, 890:9, 890:15, 890:16, 890:23, 891:24, 892:2, 896:17, 896:21, 897:3, 897:6, 897:10, 908:21, 908:23, 908:25, 909:2, 909:4, 911:23, 937:20, 937:22, 938:1, 938:18, 938:21, 947:7, 949:23, 951:9, 951:11, 955:20, 956:1, 956:10, 956:15, 971:8, 977:3, 986:20, 987:2, 987:10, 988:3, 988:5, 988:11, 995:23,

996:3, 1015:4, 1024:2, 1024:3

**draft** [1] - 918:20

**drafted** [1] - 922:6

**dramatically** [1] - 919:18

**drawers** [1] - 899:25

**drawing** [2] - 952:2, 979:24

**dresser** [1] - 899:25

**DRG** [1] - 1020:14

**dried** [1] - 926:13

**drink** [1] - 1008:12

**drinks** [1] - 974:7

**drip** [5] - 905:4, 905:6, 992:7, 992:9, 994:25

**dripping** [2] - 905:6, 905:9

**DRIVE** [1] - 886:18

**drive** [1] - 903:3

**driving** [1] - 974:12

**drop** [1] - 999:17

**dropped** [1] - 902:21

**drops** [1] - 900:6

**drove** [3] - 903:21, 904:11, 1013:18

**drugs** [2] - 995:5, 995:7

**dry** [3] - 1007:3, 1011:1

**dubious** [1] - 981:19

**due** [4] - 919:10, 991:20, 992:8, 1014:10

**duly** [3] - 933:14, 938:11, 987:23

**DUPLASS** [1] - 887:7

**DuPont** [1] - 967:3

**duration** [1] - 961:25

**during** [22] - 891:20, 895:16, 897:19, 913:1, 917:9, 928:7, 937:24, 998:9, 998:10, 998:18, 1001:6, 1001:7, 1012:17, 1012:21, 1013:25, 1014:2, 1018:24, 1020:3, 1021:6, 1024:16

**dust** [5] - 899:24, 900:1, 906:25, 993:12

**duties** [3] - 912:24, 913:24, 915:19

**dying** [1] - 943:19

**E**

**E.l** [1] - 967:3

**ear** [5] - 993:7, 995:24, 996:16, 996:17, 1015:3

**EARLINE** [2] - 886:9, 888:5

**Earline** [1] - 909:15

**early** [1] - 907:9

**earned** [1] - 939:14

**East** [2] - 989:2, 990:2

**Eastern** [1] - 1025:6

**EASTERN** [1] - 886:1

**eat** [3] - 898:4, 898:5, 899:12

**eating** [1] - 1008:9

**education** [2] - 914:8, 934:13

**educational** [2] - 911:24, 923:5

**effect** [1] - 914:19, 914:22, 924:19, 947:5, 960:22, 961:1, 961:2, 961:9, 981:13

**effective** [2] - 920:13, 921:5

**effectiveness** [1] - 917:2

**effects** [12] - 914:24, 915:3, 920:20, 921:1, 924:21, 925:1, 963:1, 998:3, 1021:15, 1021:19, 1021:22

**efficient** [1] - 938:4

**eight** [1] - 917:1

**either** [1] - 966:2

**EKGs** [1] - 1002:13

**electromagnetic** [2] - 985:4, 985:10

**elevated** [1] - 961:20

**elicit** [1] - 993:10

**Elmo** [1] - 946:10

**embalmers** [7] - 959:25, 960:2, 960:7, 960:20, 982:7, 982:19, 982:22

**embalming** [1] - 960:4

**emergency** [11] - 912:22, 912:24, 913:1, 913:4, 913:11, 913:20, 913:23, 914:3, 914:5, 924:1, 1002:10

**Emergency** [4] -

915:18, 916:1, 916:2, 916:12

**emissions** [2] - 929:19, 929:23

**emotional** [1] - 999:1

**emotions** [1] - 999:12

**employ** [1] - 1014:13

**employed** [2] - 913:5, 934:7, 941:13, 941:16, 948:5

**employee** [2] - 915:15, 948:6

**end** [2] - 923:20, 995:10

**ended** [1] - 948:11

**ENGELHARDT** [1] - 886:12

**England** [1] - 944:10

**English** [1] - 944:22

**enjoy** [1] - 903:10

**ENT** [1] - 995:22

**entails** [2] - 988:14, 989:6

**entering** [1] - 1018:11

**enters** [1] - 956:8

**entire** [6] - 948:10, 955:4, 955:13, 957:21, 959:2, 959:18

**entitled** [2] - 918:8, 1025:9

**entry** [1] - 1020:19

**environment** [2] - 914:15, 993:10

**Environmental** [3] - 902:4, 912:10, 913:7

**environmental** [9] - 912:3, 912:8, 912:13, 912:16, 914:10, 923:9, 923:10, 923:13, 1022:21

**EPA** [11] - 916:17, 916:18, 916:20, 917:18, 918:23, 919:4, 923:25, 926:17, 928:20, 930:18, 952:23

**epidemiologic** [2] - 941:6, 954:14

**epidemiological** [4] - 962:23, 963:5, 970:15, 977:9

**epidemiologists** [3] - 948:16, 949:3, 957:15

**epidemiologists'** [1] - 954:20

**epidemiology** [10] - 914:16, 923:13,

938:19, 938:20, 938:22, 939:7, 939:15, 976:10, 981:12, 981:14
**episodes** [1] - 1015:24
**equally** [1] - 931:11
**err** [1] - 954:1
**esophageal** [3] - 1004:11, 1016:14, 1017:12
**esophagus** [1] - 1004:12
**ESQUIRE** [7] - 886:17, 886:24, 887:3, 887:4, 887:4, 887:8, 887:8
**essentially** [1] - 984:1
**establish** [4] - 917:3, 917:22, 918:2, 979:7
**established** [3] - 917:8, 943:1, 991:10
**estimate** [1] - 990:10
**etiology** [2] - 1001:17, 1014:15
**Europe** [1] - 984:2
**evacuated** [1] - 890:21
**evaluate** [3] - 917:23, 919:23, 923:20
**evaluating** [2] - 921:3, 928:22
**event** [1] - 899:3
**events** [2] - 942:3, 967:24
**evidence** [17] - 909:18, 909:22, 949:19, 950:7, 963:5, 966:16, 966:21, 968:5, 968:14, 977:9, 979:7, 979:9, 979:14, 984:17, 988:5, 1015:6, 1015:8
**evidently** [1] - 1023:1
**exacerbation** [1] - 1001:10
**exact** [5] - 896:20, 902:10, 947:22, 1014:12, 1019:6
**exactly** [7] - 891:4, 909:14, 923:11, 953:2, 975:21, 991:20, 1012:4
**examination** [2] - 889:13, 937:24
**EXAMINATION** [30] - 888:6, 888:7, 888:11, 888:12, 888:13, 889:25,

891:10, 891:17, 894:10, 895:5, 901:8, 909:9, 910:2, 910:16, 934:1, 939:1, 942:10, 950:5, 956:13, 962:12, 965:22, 972:5, 973:7, 974:4, 977:21, 978:20, 979:22, 981:8, 983:20, 984:5
**EXAMINATIONS** [1] - 888:3
**examine** [1] - 956:10
**examined** [3] - 933:15, 938:12, 987:24
**examining** [1] - 957:23
**example** [9] - 911:24, 952:23, 963:19, 973:12, 976:4, 981:6, 984:20, 985:10, 1022:20
**exceptions** [1] - 980:15
**excess** [16] - 950:19, 950:22, 950:24, 951:7, 951:12, 959:23, 960:9, 960:16, 971:18, 981:10, 981:17, 981:18, 982:2, 982:6, 982:11, 982:14
**exchanges** [1] - 920:13
**excuse** [1] - 891:14
**executive** [2] - 919:6, 919:21
**exercised** [1] - 976:1
**exhaust** [2] - 985:24, 985:25
**exhaustion** [2] - 1000:22, 1000:24
**exhibit** [1] - 909:11
**EXHIBIT** [3] - 888:20, 888:22, 888:23
**Exhibit** [6] - 909:18, 909:22, 988:5, 988:10, 1024:3, 1024:8
**exhibits** [1] - 986:10
**EXHIBITS** [1] - 888:21
**Exhibits** [1] - 986:17
**exists** [1] - 961:2
**expect** [6] - 942:7, 943:6, 943:8, 945:17, 945:23, 1018:12

**expected** [4] - 928:17, 942:20, 942:21, 960:21
**expensive** [1] - 948:17
**experience** [4] - 941:14, 992:19, 1018:17, 1021:16
**experienced** [1] - 1013:14
**experiences** [2] - 1004:8, 1021:11
**experiencing** [2] - 994:18, 1000:4
**expert** [4] - 915:5, 915:7, 915:11, 938:21
**expertise** [3] - 913:2, 938:18, 1021:21
**experts** [4] - 940:17, 957:12, 957:25, 970:1
**explain** [4] - 914:18, 932:24, 960:24, 971:24
**explained** [2] - 911:10, 962:25
**exposed** [12] - 941:20, 941:21, 942:13, 942:19, 943:2, 943:7, 943:14, 951:25, 955:4, 955:6, 966:17, 981:19
**exposure** [26] - 920:8, 920:14, 920:20, 941:15, 941:17, 941:25, 944:5, 951:11, 951:16, 952:3, 954:10, 954:11, 954:14, 954:15, 954:16, 954:18, 954:19, 954:20, 955:12, 961:20, 961:21, 962:1, 1012:6, 1014:7, 1021:19, 1021:23
**exposures** [2] - 919:25, 955:8
**expressed** [1] - 954:21
**expression** [3] - 946:22, 971:22, 1013:6
**extensively** [1] - 985:25
**extent** [3] - 924:5, 942:6, 1021:14
**extra** [1] - 980:12
**extreme** [1] - 974:14

**extremely** [1] - 948:15
**extremes** [1] - 972:13
**extremity** [1] - 991:17
**eye** [1] - 891:20
**eyes** [3] - 892:1, 959:13, 988:17

# F

**fabric** [1] - 925:20
**face** [3] - 993:1, 1020:20, 1020:23
**facilitator** [1] - 957:20
**facilities** [2] - 950:18, 950:19
**facility** [5] - 948:6, 950:17, 990:4, 990:7, 1010:7
**fact** [19] - 892:2, 897:12, 921:12, 922:17, 926:24, 941:15, 942:3, 950:24, 953:4, 961:1, 966:23, 967:13, 968:2, 981:1, 981:3, 982:18, 995:25, 1009:12, 1015:5
**factors** [2] - 919:17, 923:4
**factual** [2] - 934:6, 1011:18
**fair** [15] - 957:13, 957:14, 964:6, 965:16, 971:3, 974:23, 990:22, 990:25, 997:19, 1009:10, 1012:14, 1013:12, 1018:5, 1018:7, 1023:14
**fairly** [1] - 983:5
**fall** [3] - 913:18, 1010:6, 1010:16
**familiar** [4] - 908:22, 914:21, 1013:6, 1021:14
**familiarize** [1] - 1021:18
**family** [2] - 986:21, 999:5
**fan** [9] - 898:7, 898:9, 898:11, 906:10, 906:12, 906:15, 906:18, 906:21, 907:3
**far** [5] - 937:25, 959:3, 970:8, 973:9, 990:6
**fast** [1] - 992:19
**faster** [1] - 948:17

**fatal** [2] - 981:1, 981:2
**father** [4] - 937:3, 937:6, 937:7, 937:10
**fatigue** [1] - 997:7
**favorite** [3] - 954:19, 954:20, 985:13
**fear** [2] - 1018:25, 1020:4
**fears** [2] - 1019:22, 1019:24
**February** [4] - 918:9, 922:6, 996:12, 1014:1
**federal** [4] - 914:3, 915:16, 952:15, 965:13
**feet** [4] - 973:2, 973:4, 973:13, 973:15
**FELIPE** [1] - 886:24
**felt** [10] - 893:1, 897:8, 897:11, 901:21, 901:22, 991:17, 1008:10, 1008:21, 1009:8, 1022:22
**FEMA** [36] - 886:4, 892:6, 892:9, 892:12, 893:4, 894:14, 894:21, 897:13, 901:17, 901:21, 901:24, 902:7, 902:8, 904:18, 905:19, 905:24, 907:10, 918:8, 918:25, 919:23, 920:19, 921:7, 921:9, 921:10, 923:15, 923:25, 935:3, 935:7, 935:17, 1011:23, 1012:2, 1015:7, 1015:9, 1021:3, 1021:8, 1022:13
**FEMA's** [1] - 919:1
**female** [1] - 990:15
**fester** [1] - 990:21
**fever** [2] - 997:7, 1008:23
**few** [4] - 980:4, 986:5, 990:3, 1009:12
**fewer** [1] - 960:21
**field** [3] - 938:18, 938:21, 957:12
**fields** [2] - 985:4, 985:10
**figure** [2] - 945:13, 946:18
**figured** [1] - 929:22
**figuring** [2] - 904:8, 924:4

**file** [5] - 909:17,
958:20, 988:5,
999:21, 1024:2
**filed** [3] - 901:10,
959:1, 964:14
**Final** [1] - 918:11
**final** [4] - 918:19,
918:20, 920:11,
945:24
**findings** [2] - 962:22,
963:4
**fine** [7] - 962:16,
978:8, 987:5, 987:6,
1005:2, 1007:1,
1007:2
**finger** [1] - 993:2
**fingernail** [4] - 925:8,
925:10, 927:4,
927:11
**fingers** [2] - 996:10,
1020:13
**finish** [1] - 938:1
**finished** [3] - 907:13,
907:14, 907:18
**fire** [1] - 914:4
**firm** [2] - 932:16,
967:24
**first** [33] - 895:7,
895:15, 896:17,
902:17, 904:22,
910:12, 911:13,
913:19, 921:25,
923:22, 924:3,
929:4, 929:5, 929:7,
932:17, 933:14,
935:10, 935:13,
935:17, 936:20,
938:11, 938:15,
940:14, 944:7,
945:6, 946:4, 955:9,
965:24, 976:24,
979:24, 987:23,
990:6, 991:6
**fish** [1] - 926:15
**fishing** [2] - 897:25,
898:1
**five** [10] - 961:19,
965:15, 966:3,
988:25, 996:18,
1004:4, 1004:25,
1018:6, 1024:11,
1024:12
**fix** [4] - 899:10, 905:3,
905:12, 905:13
**fixed** [2] - 905:4,
905:16
**flag** [1] - 1023:12
**flank** [1] - 996:10
**flooded** [2] - 892:18,
897:1

**flu** [2] - 997:8, 1005:15
**flu-like** [1] - 997:8
**flue** [1] - 984:4
**flue-cured** [1] - 984:4
**fluid** [1] - 960:4
**focal** [1] - 912:25
**focus** [3] - 953:23,
959:16, 959:18
**folded** [1] - 944:14
**folks** [1] - 962:17
**follow** [17] - 920:10,
924:24, 933:16,
941:9, 952:16,
952:22, 952:23,
952:24, 953:3,
953:6, 987:1, 991:5,
1002:6, 1004:3,
1006:10, 1006:24,
1010:6
**follow-up** [5] - 941:9,
1002:6, 1004:3,
1006:24, 1010:6
**followed** [4] - 948:10,
959:21, 983:7, 990:4
**following** [3] -
1007:11, 1013:22,
1020:2
**follows** [4] - 933:15,
933:25, 938:12,
987:24
**food** [9] - 899:12,
926:13, 971:25,
972:11, 972:21,
974:7, 974:11,
984:10
**foods** [1] - 926:13
**fool** [1] - 900:13
**foot** [4] - 972:24,
973:2, 973:11,
973:21
**footnote** [3] - 947:18,
947:21
**footnotes** [1] - 946:9
**FOR** [2] - 886:17,
887:3
**foregoing** [1] - 1025:7
**forget** [2] - 942:22
**forgetfulness** [1] -
999:20
**formaldehyde** [73] -
915:22, 916:8,
916:9, 917:3,
919:24, 920:14,
920:20, 921:18,
922:18, 923:16,
924:10, 925:6,
926:11, 926:25,
927:15, 927:17,
928:1, 928:4,
928:16, 929:9,

929:19, 929:23,
930:7, 931:22,
939:25, 941:2,
941:3, 941:15,
941:18, 942:22,
944:4, 949:13,
949:14, 950:2,
950:7, 954:4, 959:6,
960:3, 960:5,
960:14, 961:20,
963:5, 964:12,
964:18, 971:3,
971:5, 971:9,
971:14, 971:24,
972:10, 972:20,
974:7, 974:10,
976:25, 977:10,
978:1, 978:9,
978:12, 979:8,
979:10, 980:18,
980:22, 981:19,
984:10, 984:11,
1012:7, 1014:7,
1021:16, 1021:19,
1021:23, 1021:25,
1022:8, 1022:10
**FORMALDEHYDE** [1]
- 886:4
**Formaldehyde** [4] -
918:8, 939:23,
963:18, 971:16
**forms** [2] - 944:9,
959:19
**formulated** [2] -
913:15, 913:16
**FORTE** [1] - 887:3
**forthright** [2] -
1023:16, 1023:18
**forum** [1] - 971:12
**forward** [3] - 889:14,
911:25, 916:14
**Foundation** [1] -
1002:12
**FOUR** [1] - 886:18
**four** [9] - 951:15,
951:17, 962:9,
965:8, 965:11,
965:15, 966:3,
996:23, 1004:25
**France** [2] - 957:18,
958:22
**frequency** [1] - 1023:3
**frequent** [5] - 984:16,
1004:21, 1005:7,
1015:3, 1023:6
**fresh** [2] - 974:6,
974:7
**Friday** [1] - 1019:10
**fried** [2] - 899:10,
899:12

**friends** [1] - 892:16
**fuels** [1] - 928:4
**fully** [1] - 1015:2
**function** [3] - 953:10,
1022:23
**functions** [1] - 914:23
**fund** [1] - 957:11
**fundamental** [1] -
980:9
**funded** [2] - 957:3,
957:6
**funding** [2] - 957:9,
957:11
**furniture** [3] - 899:25,
908:9, 908:13
**future** [2] - 917:7,
920:1

# G

**Ganier** [7] - 892:10,
892:15, 897:18,
897:22, 898:16,
904:3, 906:11
**Ganier's** [4] - 892:12,
892:17, 892:22,
893:1
**garment** [3] - 944:14,
960:19, 981:25
**garments** [1] - 944:15
**Garrison** [11] - 889:12,
890:4, 891:14,
909:24, 911:4,
932:13, 933:6,
933:21, 933:25,
934:3, 987:11
**GARRISON** [27] -
887:3, 887:3,
889:15, 889:22,
889:24, 890:1,
891:8, 891:11,
891:16, 891:18,
894:8, 894:11,
895:3, 895:6, 901:6,
901:9, 909:7,
909:10, 909:17,
909:23, 910:11,
932:14, 932:18,
932:20, 933:22,
934:2, 937:15
**GARRISON.............
......** [1] - 888:6
**gastric** [1] - 1005:11
**gastro** [1] - 1002:23
**gastroesophageal** [4]
- 994:12, 995:12,
1016:15, 1017:1
**gastrointestinal** [1] -
1000:16

**Gautreaux** [7] - 890:6,
890:16, 896:21,
897:3, 897:10,
995:23, 996:3
**Gautreaux's** [2] -
909:4, 1015:4
**general** [6] - 911:23,
919:2, 927:15,
942:7, 945:17,
1018:12
**generally** [3] - 914:1,
927:21, 1018:11
**genetic** [2] - 979:2,
979:4
**gentlemen** [1] -
957:25
**GERD** [6] - 1016:14,
1017:1, 1017:5,
1017:8, 1017:15,
1017:18
**giddiness** [1] - 994:12
**given** [7] - 933:20,
961:4, 965:15,
976:18, 977:13,
1001:9
**GLASS** [1] - 887:8
**glaucoma** [1] - 890:17
**glues** [1] - 926:1
**God** [3] - 933:11,
938:8, 987:20
**Gold** [1] - 931:22
**government** [3] -
952:15, 957:10,
1022:12
**government-
sponsored** [1] -
1022:12
**governmental** [1] -
915:11
**graduate** [1] - 934:22
**graduated** [2] -
934:15, 988:19
**grant** [1] - 939:22
**granted** [2] - 912:9,
961:13
**great** [1] - 914:7
**greater** [7] - 942:6,
951:15, 972:10,
972:17, 972:20,
973:1, 973:20
**greatest** [1] - 920:12
**grocery** [1] - 926:9
**group** [15] - 941:12,
941:16, 943:7,
951:5, 957:21,
958:7, 958:19,
959:2, 961:18,
962:21, 963:2,
963:15, 963:17,
988:24, 990:7

**Group** [5] - 949:18, 967:9, 968:19, 969:6, 969:9
**groups** [1] - 953:6
**grow** [1] - 981:3
**growing** [1] - 930:2
**growth** [1] - 980:14
**GUERRA** [1] - 886:17
**guess** [5] - 891:4, 969:10, 982:15, 988:23, 990:4
**guy** [1] - 930:1

## H

**habitation** [1] - 922:15
**hair** [1] - 993:12
**half** [5] - 901:20, 908:5, 945:17, 950:24, 1012:22
**hall** [2] - 907:1
**hallway** [1] - 906:22
**hand** [5] - 933:9, 938:6, 948:19, 987:18, 993:2
**handed** [1] - 918:7
**handle** [1] - 987:4
**handled** [1] - 913:1
**handwriting** [3] - 918:14, 918:15, 918:16
**handwritten** [1] - 918:11
**happy** [1] - 909:2
**hard** [3] - 926:24, 927:5, 976:8
**hardeners** [2] - 925:10, 927:5
**harmful** [1] - 980:25
**Harvard** [2] - 939:13, 940:11
**hat** [1] - 999:17
**Hauptmann** [12] - 947:7, 949:8, 951:11, 954:24, 954:25, 977:25, 978:6, 982:10, 982:20, 982:22, 983:1, 983:4
**Hawthorne** [2] - 929:7, 929:25
**hazardous** [2] - 914:5, 915:20
**headaches** [1] - 1016:18
**headed** [1] - 929:3
**headedness** [2] - 992:15, 994:10
**heads** [1] - 923:18

**heads-up** [1] - 923:18
**Health** [20] - 912:3, 912:4, 912:10, 912:23, 913:7, 914:9, 914:10, 918:8, 923:7, 923:8, 923:11, 939:14, 939:15, 940:8, 945:7, 952:15, 953:5, 957:6, 1022:17, 1022:18
**health** [42] - 896:22, 897:4, 897:7, 897:13, 912:8, 912:13, 912:14, 912:16, 914:23, 914:24, 919:24, 920:20, 920:22, 920:25, 921:1, 921:6, 921:11, 921:13, 921:19, 921:21, 922:3, 922:9, 924:20, 925:1, 934:5, 939:6, 953:17, 953:18, 954:1, 990:19, 1012:9, 1012:10, 1012:11, 1012:20, 1018:2, 1018:5, 1018:8, 1018:13, 1018:19, 1021:15, 1021:18, 1021:22
**hear** [1] - 986:25
**HEARD** [1] - 886:12
**heard** [1] - 980:20
**heartburn** [1] - 996:13
**heavy** [1] - 928:7
**held** [1] - 889:20
**help** [6] - 904:3, 914:4, 933:11, 938:8, 944:17, 987:20
**helps** [1] - 957:11
**hereby** [1] - 1025:7
**hernia** [1] - 1004:10
**herself** [1] - 990:18
**hesitate** [1] - 990:19
**Hi** [1] - 934:3
**hiatal** [1] - 1004:10
**High** [1] - 934:17
**high** [8] - 928:1, 928:12, 931:14, 934:13, 987:1, 997:18, 1009:9
**high-strung** [1] - 997:18
**high-traffic** [1] - 928:12
**higher** [3] - 922:17, 961:20, 961:24
**highest** [1] - 961:25

**hired** [6] - 913:18, 967:19, 967:21, 967:22, 967:25, 970:3
**histamine** [1] - 993:10
**historian** [2] - 1011:16, 1023:15
**historical** [1] - 1015:8
**history** [4] - 916:10, 989:23, 1002:1, 1022:21
**Hoang** [3] - 890:23, 891:24, 892:2
**Hoechst** [2] - 965:2, 965:8
**hold** [3] - 912:6, 912:8, 913:12
**holding** [1] - 913:3
**hollow** [1] - 998:19
**home** [4] - 901:4, 930:2, 931:18
**homes** [3] - 929:4, 929:9, 931:23
**Honor** [25] - 891:8, 894:8, 895:3, 901:6, 909:7, 909:17, 909:23, 910:11, 911:2, 933:22, 937:15, 937:21, 938:4, 938:17, 942:8, 956:12, 972:3, 973:5, 974:2, 977:19, 977:21, 983:23, 986:9, 986:14, 988:3
**HONORABLE** [1] - 886:12
**hope** [1] - 903:10
**horrible** [1] - 952:2
**Hospital** [7] - 939:13, 988:25, 989:2, 989:18, 997:21, 1002:12, 1009:5
**hospital** [3] - 1002:6, 1002:9, 1002:11
**hospitals** [1] - 914:3
**hot** [1] - 922:24
**hour** [2] - 899:1, 956:19
**house** [19] - 892:17, 892:22, 893:1, 896:25, 907:5, 907:6, 907:9, 907:12, 907:15, 907:18, 907:22, 908:2, 908:9, 908:19, 925:5, 930:6, 931:17, 932:8
**housekeeper** [1] - 899:19

**houses** [6] - 929:12, 930:12, 930:15, 931:6, 1013:7, 1013:19
**Housing** [1] - 918:9
**HOUSTON** [1] - 886:25
**Houston** [3] - 891:20, 891:21, 891:25
**human** [24] - 940:21, 940:22, 941:6, 949:16, 949:20, 950:2, 953:12, 953:14, 963:6, 966:22, 967:14, 968:20, 969:1, 971:14, 978:10, 978:13, 978:16, 978:22, 978:25, 979:10, 983:15, 986:1, 1022:2
**humans** [4] - 971:25, 972:11, 972:21, 976:15
**hundred** [1] - 985:2
**hurricane** [12] - 890:21, 891:21, 892:18, 916:17, 998:18, 999:3, 999:13, 1013:15, 1013:21, 1013:23, 1019:10
**Hurricane** [28] - 896:5, 896:12, 907:7, 915:17, 924:2, 989:19, 998:10, 1013:1, 1013:4, 1013:8, 1014:19, 1015:16, 1015:19, 1015:22, 1016:1, 1016:4, 1016:8, 1016:11, 1016:14, 1016:17, 1016:20, 1016:24, 1018:3, 1018:6, 1018:22, 1020:10, 1020:25, 1023:5
**Hurricanes** [1] - 921:24
**hydrocarbon** [1] - 928:4
**hygiene** [4] - 914:16, 923:14, 924:8, 999:19
**hygiene-type** [1] - 924:8
**hypertension** [17] - 989:8, 993:6, 993:19, 994:13, 994:19, 994:24,

995:13, 1001:1, 1003:9, 1004:3, 1005:11, 1006:9, 1006:20, 1007:9, 1008:15, 1009:2, 1010:9
**hypertensive** [2] - 1007:20, 1009:4
**hypothesis** [2] - 968:14, 979:10
**hypothetically** [1] - 984:18

## I

**IARC** [57] - 940:5, 940:6, 940:9, 940:12, 940:25, 941:3, 944:3, 948:13, 948:25, 949:9, 949:23, 951:9, 951:11, 952:19, 952:21, 952:22, 953:4, 953:13, 956:25, 957:3, 957:8, 959:5, 961:15, 961:18, 963:21, 963:25, 964:11, 964:17, 966:24, 967:5, 967:13, 967:20, 968:3, 968:19, 968:25, 969:19, 970:1, 974:20, 974:22, 974:24, 975:1, 975:8, 975:13, 975:16, 976:14, 976:22, 976:25, 977:4, 981:21, 983:15, 985:3, 985:17, 986:11, 986:12
**IARC's** [4] - 940:15, 968:22, 969:15, 970:4
**idea** [3] - 922:18, 937:11, 946:23
**ideal** [1] - 922:14
**immense** [1] - 983:8
**immortal** [1] - 980:11
**immune** [1] - 981:15
**impacts** [1] - 927:5
**important** [5] - 953:10, 958:4, 967:25, 983:3, 1006:1
**improbable** [1] - 962:22
**improper** [1] - 910:11
**IN** [1] - 886:4

**incidents** [3] - 914:6, 960:13, 981:10
**include** [1] - 947:11
**included** [3] - 925:4, 962:4, 989:12
**includes** [5] - 925:8, 926:9, 941:3, 946:25, 947:2
**including** [4] - 914:15, 916:3, 944:9, 953:7
**incompetent** [1] - 1004:10
**incomplete** [1] - 928:3
**increase** [8] - 947:4, 961:21, 1013:14, 1013:25, 1014:2, 1014:13, 1014:15, 1014:18
**increased** [1] - 962:5
**increasing** [1] - 920:11
**independent** [1] - 1019:14
**indicated** [2] - 912:19, 1002:10
**indicating)** [1] - 908:6
**individual** [5] - 923:3, 955:3, 961:11, 980:8
**individuals** [2] - 922:2, 976:24
**indoor** [2] - 927:16, 930:6
**industrial** [5] - 914:16, 923:14, 924:8, 962:24, 963:3
**ineffective** [3] - 920:24, 921:15, 921:16
**infection** [6] - 1001:1, 1001:3, 1001:11, 1001:18, 1001:20, 1002:18
**infections** [1] - 989:9
**infectious** [1] - 1001:17
**information** [5] - 919:11, 940:22, 954:15, 975:17, 1011:19
**ingest** [3] - 971:25, 972:11, 972:21
**ingested** [2] - 974:7, 974:11
**ingredient** [1] - 976:8
**injuries** [1] - 1015:6
**inside** [1] - 1010:8
**installed** [1] - 930:16
**instance** [2] - 933:2, 975:14
**instead** [2] - 933:1,

1001:15
**Institute** [13] - 912:23, 944:8, 945:2, 945:3, 945:7, 951:5, 952:12, 952:13, 952:14, 952:17, 955:1, 957:4, 961:18
**Institutes** [1] - 952:15
**instructed** [1] - 1008:11
**insufficient** [1] - 984:17
**interest** [2] - 948:6, 1014:22
**interested** [1] - 919:7
**interesting** [1] - 929:17
**interfering** [2] - 919:16, 927:8
**Internal** [1] - 988:15
**internal** [4] - 890:10, 891:24, 988:11, 989:21
**International** [1] - 940:6
**internship** [1] - 939:12
**interpret** [1] - 948:21
**interpretation** [1] - 949:17
**interval** [4] - 946:21, 946:22, 947:11, 947:22
**intervention** [1] - 1023:12
**interview** [1] - 946:25
**introduce** [3] - 909:18, 988:5, 1024:2
**inversions** [1] - 928:8
**investigation** [1] - 948:16
**investigators** [1] - 951:6
**involve** [2] - 981:3, 984:15
**involved** [11] - 914:25, 915:15, 915:22, 916:20, 923:15, 924:8, 924:18, 965:7, 985:8, 1010:18, 1021:4
**involvement** [1] - 965:12
**involving** [2] - 915:8, 923:15
**ionizing** [1] - 985:23
**irritant** [1] - 1013:10
**irritating** [1] - 959:12
**irritation** [2] - 1006:13, 1022:8, 1022:10

**issue** [11] - 915:23, 948:22, 954:12, 959:17, 959:18, 961:5, 964:20, 966:24, 997:17, 1004:14
**issued** [2] - 921:23, 922:2
**issues** [10] - 911:9, 915:20, 991:22, 992:25, 993:9, 997:20, 997:24, 998:3, 1005:11
**itchy** [2] - 996:16, 996:17
**items** [2] - 1001:23, 1002:2
**itself** [2] - 921:11, 980:24

**J**

**jacket** [2] - 894:4, 894:6
**January** [19] - 892:3, 913:4, 991:25, 992:11, 996:5, 996:23, 996:25, 999:1, 1003:17, 1003:22, 1005:22, 1005:24, 1007:8, 1007:12, 1010:22, 1020:6, 1020:10, 1023:24, 1023:25
**Jefferson** [1] - 988:22
**Jim** [1] - 963:24
**job** [3] - 913:10, 924:20, 975:5
**Joe** [4] - 911:15, 911:16, 911:22, 932:11
**JOE** [1] - 888:8
**joining** [1] - 923:5
**JOSEPH** [1] - 887:8
**Journal** [1] - 952:11
**journals** [1] - 939:21
**judge** [1] - 911:5
**JUDGE** [1] - 886:13
**Judge** [3] - 889:24, 986:20, 1023:21
**judgment** [6] - 940:23, 949:6, 949:17, 950:10, 953:17
**juice** [1] - 974:6
**July** [3] - 896:18, 994:14, 1000:18, 1001:3, 1001:20, 1005:9, 1006:7, 1008:19, 1021:7

**jump** [1] - 996:23
**June** [15] - 923:17, 994:7, 996:20, 996:22, 1000:8, 1000:17, 1004:17, 1004:25, 1005:16, 1008:14, 1008:15, 1008:16, 1008:18, 1020:17, 1020:23
**jury** [7] - 911:9, 932:24, 955:23, 956:7, 960:24, 1024:13, 1024:17
**JURY** [1] - 886:12

**K**

**K-i-m** [1] - 932:18
**Katrina** [35] - 890:7, 890:9, 896:5, 896:12, 907:7, 915:17, 921:24, 924:2, 989:19, 998:10, 1013:1, 1013:4, 1013:8, 1014:19, 1015:14, 1015:16, 1015:19, 1015:22, 1016:1, 1016:4, 1016:8, 1016:11, 1016:14, 1016:17, 1016:20, 1016:24, 1018:3, 1018:6, 1018:22, 1020:10, 1020:25, 1021:10, 1021:12, 1022:14, 1023:5
**keep** [4] - 894:14, 894:18, 896:10, 1023:6
**Keflex** [2] - 1008:21, 1008:24
**Kelly** [2] - 932:15, 933:24
**kept** [5] - 894:1, 894:21, 904:16, 906:1, 981:23
**Kevin** [2] - 987:7, 988:1
**key** [5] - 902:19, 902:21, 902:23, 903:1, 903:21
**keys** [1] - 904:11
**kill** [5] - 978:24, 979:3, 980:1, 980:11, 980:15
**kills** [1] - 980:10
**KIM** [2] - 888:9, 933:13
**Kim** [10] - 932:15, 932:16, 932:17,

932:18, 932:19, 932:23, 933:3, 933:4, 933:24, 937:18
**kind** [15] - 894:15, 902:12, 907:19, 948:4, 948:15, 961:6, 964:4, 972:23, 973:11, 974:11, 984:19, 985:13, 1000:5, 1011:2, 1017:20
**kindergarten** [1] - 936:22
**kinds** [3] - 943:4, 948:14, 962:18
**Kingdom** [2] - 944:11, 944:21
**kitchen** [1] - 900:13
**knowledge** [1] - 1002:4
**known** [12] - 913:8, 941:15, 943:17, 943:23, 950:2, 959:9, 967:24, 968:19, 969:1, 983:15, 985:21, 1022:2
**KURT** [1] - 886:12

**L**

**LA** [3] - 887:5, 887:10, 887:14
**labels** [1] - 900:21
**labs** [2] - 1002:14, 1005:14
**lack** [1] - 1013:6
**lacquers** [1] - 926:3
**ladies** [1] - 957:25
**Ladner** [1] - 967:2
**lady** [1] - 933:3
**laid** [1] - 996:11
**lake** [2] - 897:24, 897:25
**LAKEWAY** [1] - 887:9
**land** [1] - 931:19
**large** [4] - 944:8, 962:24, 983:5, 997:10
**largely** [4] - 949:11, 949:17, 963:4, 991:8
**largest** [2] - 959:25, 983:6
**larynx** [1] - 978:2
**last** [16] - 890:17, 917:9, 918:20, 919:7, 919:21, 919:22, 938:16,

961:24, 965:15, 966:3, 1010:22, 1011:7, 1012:13, 1012:17, 1023:4
**lasted** [1] - 910:22
**laundry** [1] - 900:7
**LAW** [1] - 886:21
**lawsuit** [1] - 901:15
**lawyer** [1] - 978:3
**lawyers** [1] - 910:18
**layman's** [1] - 919:14
**lead** [1] - 950:4
**leading** [3] - 950:3, 957:12, 958:9
**leak** [1] - 904:23
**least** [9] - 902:13, 908:4, 948:4, 958:6, 965:8, 966:11, 1017:2, 1021:14, 1021:21
**leave** [2] - 898:22, 927:21
**leaves** [2] - 955:24, 1024:18
**led** [1] - 958:23
**left** [7] - 889:11, 958:4, 991:16, 993:1, 1006:20, 1006:21, 1006:22
**legs** [1] - 991:17
**Leon** [1] - 935:3
**lesions** [1] - 1007:3
**less** [5] - 927:16, 929:10, 931:23, 948:16, 948:20
**leukemia** [3] - 939:25, 971:14, 984:23
**level** [13] - 917:3, 918:2, 918:3, 926:25, 928:4, 951:11, 953:8, 953:9, 954:17, 961:25, 979:8, 1009:9, 1021:15
**levels** [9] - 921:18, 921:20, 922:17, 927:16, 927:25, 928:12, 930:3, 931:14, 1023:8
**LIABILITY** [1] - 886:5
**lie** [2] - 895:11, 946:24
**life** [6] - 919:17, 948:10, 955:5, 955:14, 980:12
**life-styles** [1] - 919:17
**light** [2] - 992:15, 994:10
**light-headedness** [2] - 992:15, 994:10
**lightheadedness** [1] -

1008:2
**likewise** [1] - 933:18
**limited** [2] - 917:5, 954:14
**line** [7] - 891:12, 891:19, 894:12, 895:7, 895:21, 964:4, 978:3
**lines** [3] - 965:10, 972:7, 977:24
**linger** [2] - 981:2, 990:21
**lip** [1] - 1010:8
**liquid** [2] - 900:9, 900:10
**liquids** [1] - 925:18
**list** [11] - 965:14, 965:18, 966:6, 969:22, 970:22, 979:13, 984:13, 984:14, 984:19, 986:10, 995:8
**listed** [4] - 966:5, 971:2, 985:2, 995:1
**lists** [1] - 966:1
**litany** [3] - 969:19, 970:5, 995:15
**literature** [10] - 940:18, 941:5, 941:6, 952:24, 957:22, 958:1, 963:12, 964:6, 970:15, 975:6
**litigation** [9] - 915:5, 915:8, 915:13, 965:12, 969:11, 975:11, 977:1, 977:8, 1021:5
**LITIGATION** [1] - 886:5
**Little's** [1] - 932:12
**LITTLE**.......... [1] - 888:8
**live** [4] - 896:25, 899:14, 899:23, 906:3
**lived** [2] - 935:3, 1021:12
**lives** [1] - 952:6
**living** [3] - 937:3, 937:7, 1015:7
**LLC** [1] - 886:9
**local** [1] - 927:18
**located** [2] - 892:9, 993:1
**location** [5] - 964:24, 965:5, 991:1, 991:3, 991:11
**long-standing** [1] - 1017:2

**long-term** [3] - 920:19, 922:15, 922:19
**longer-term** [3] - 919:23, 920:4, 920:8
**look** [11] - 919:6, 924:23, 933:7, 942:1, 944:4, 951:13, 959:13, 980:7, 983:9, 1014:21, 1023:13
**looked** [14] - 902:11, 902:12, 904:25, 929:12, 944:3, 944:9, 960:12, 961:19, 961:23, 962:18, 963:12, 1003:9, 1006:11, 1010:13
**looking** [14] - 924:18, 924:20, 924:24, 924:25, 927:3, 941:23, 942:12, 942:13, 942:17, 947:3, 947:12, 982:12, 982:20, 1000:1
**looks** [23] - 927:3, 931:22, 981:12, 994:6, 995:1, 995:8, 995:14, 996:12, 996:20, 998:5, 1000:17, 1002:5, 1002:17, 1002:22, 1004:13, 1004:21, 1005:10, 1006:16, 1007:13, 1007:15, 1007:22, 1010:22
**Los** [2] - 973:23, 974:13
**lose** [1] - 927:11
**loss** [4] - 997:8, 998:9, 998:18, 999:12
**losses** [1] - 999:2
**lost** [2] - 998:13, 1004:4
**LOUISIANA** [2] - 886:1, 886:6
**Louisiana** [6] - 918:9, 934:21, 934:23, 973:23, 1025:5, 1025:6
**low** [6] - 894:15, 894:16, 960:23, 961:9, 961:15, 961:16
**lower** [3] - 929:22, 991:16, 1004:12
**lowering** [2] - 920:13, 921:15

**LSU** [1] - 988:19
**lunch** [3] - 898:25, 1024:10, 1024:16
**lung** [9] - 942:24, 943:7, 943:19, 943:22, 943:25, 952:5, 981:17, 985:6, 985:7
**lymphoma** [2] - 939:25, 984:21
**Lyon** [5] - 890:4, 933:25, 934:3, 957:18, 958:22
**LYON** [1] - 887:3

## M

**M.D** [1] - 988:1
**ma'am** [33] - 890:12, 890:14, 890:17, 892:17, 893:20, 894:1, 895:18, 896:12, 897:12, 897:18, 898:5, 898:19, 899:13, 900:2, 900:7, 900:14, 901:1, 901:3, 901:15, 901:24, 902:3, 902:6, 902:16, 904:8, 904:14, 905:11, 905:16, 906:3, 906:18, 907:22, 908:1, 908:21, 932:21
**magnitude** [4] - 972:10, 972:14, 998:18
**maintain** [2] - 964:12, 964:13
**maintained** [1] - 999:19
**maintenance** [1] - 998:1
**majority** [1] - 958:19
**maladies** [1] - 1015:9
**malaise** [1] - 997:8
**malignancy** [1] - 1019:20
**mammogram** [8] - 1007:10, 1019:3, 1019:12, 1019:18, 1019:19, 1019:21, 1019:23, 1020:2
**man** [12] - 902:18, 903:3, 903:5, 903:8, 903:11, 903:14, 903:17, 903:20, 904:11, 904:22,

907:20, 954:16
**manage** [1] - 989:7
**management** [1] - 920:9
**Mandel** [1] - 976:9
**manuals** [1] - 908:15
**manufactured** [2] - 931:17, 960:14
**manufacturers** [3] - 917:1, 922:21, 929:22
**manufacturing** [1] - 929:18
**March** [12] - 892:7, 896:2, 896:18, 992:23, 998:5, 999:1, 999:8, 1007:13, 1007:16, 1007:21, 1014:1, 1021:7
**marginally** [1] - 947:14
**mark** [1] - 965:19
**marked** [1] - 909:11
**markedly** [1] - 1018:5
**marketed** [1] - 984:1
**mass** [1] - 898:22
**Master** [5] - 912:2, 914:9, 923:7, 923:11, 939:14
**materials** [4] - 908:15, 914:5, 915:20, 928:17
**math** [1] - 927:22
**matter** [9] - 891:1, 901:11, 915:8, 942:23, 953:19, 953:20, 958:14, 958:16, 1025:10
**matters** [1] - 915:12
**MAY** [2] - 886:6, 889:3
**MD** [1] - 987:22
**MD**,..................... [1] - 888:14
**MDL** [1] - 886:5
**meals** [1] - 898:2
**mean** [24] - 895:13, 895:18, 896:9, 918:18, 924:16, 927:3, 930:1, 935:9, 935:20, 936:5, 945:12, 945:14, 946:13, 952:9, 972:15, 978:22, 979:1, 979:25, 993:13, 1006:1, 1011:1, 1013:21, 1022:22
**meaning** [2] - 945:22, 949:15

**meaningful** [2] - 950:11, 954:13
**means** [8] - 944:25, 945:13, 945:15, 946:11, 946:14, 947:2, 980:24, 988:15
**meant** [3] - 922:15, 924:5, 993:8
**measure** [4] - 927:5, 954:13, 954:19, 954:20
**MECHANICAL** [1] - 887:15
**mechanism** [1] - 981:15
**Medical** [2] - 944:21, 988:19
**medical** [14] - 939:9, 939:10, 939:21, 957:15, 978:9, 978:12, 978:15, 989:12, 989:17, 1001:19, 1003:1, 1011:11, 1021:22, 1023:11
**medication** [7] - 994:1, 995:3, 997:23, 1002:15, 1002:16, 1008:21, 1014:22
**medications** [8] - 991:12, 994:3, 994:5, 995:14, 995:15, 995:16, 995:24, 998:2
**medicine** [6] - 890:10, 891:24, 939:6, 988:12, 989:21, 1001:14
**Medicine** [4] - 912:5, 914:9, 923:8, 988:16
**medicines** [2] - 925:14, 994:4
**Medrol** [1] - 1001:8
**meet** [4] - 902:16, 902:24, 957:18, 957:20
**meeting** [9] - 949:14, 950:9, 950:12, 950:13, 957:1, 963:10, 963:15, 971:12, 998:23
**meetings** [1] - 963:17
**member** [2] - 957:7, 1021:3
**members** [1] - 958:7
**memories** [1] - 998:20
**mental** [1] - 1018:21
**mention** [3] - 999:7,

1001:16, 1020:1
**mentioned** [11] - 956:25, 959:5, 959:22, 960:19, 971:1, 974:20, 985:16, 992:5, 1009:6, 1009:12, 1018:1
**mentions** [1] - 1005:20
**Merit** [1] - 1025:4
**met** [2] - 890:4, 956:20
**meta** [3] - 962:3, 962:5, 962:9
**meta-analyses** [1] - 962:9
**meta-analysis** [1] - 962:3
**metabolized** [1] - 915:3
**METAIRIE** [1] - 887:10
**method** [2] - 917:14, 917:15
**Methodist** [6] - 988:25, 989:2, 989:18, 990:11, 991:1, 997:21
**methods** [3] - 917:12, 917:13, 929:18
**mid-1980s** [1] - 929:18
**middle** [1] - 929:8
**midmorning** [2] - 937:24, 955:18
**might** [12] - 923:3, 930:2, 944:17, 946:18, 946:24, 967:17, 975:25, 976:21, 1002:2, 1014:13
**MIKAL** [1] - 886:17
**Mikal** [1] - 981:7
**mile** [1] - 973:15
**miles** [3] - 973:17, 973:24, 984:9
**Miller** [1] - 908:21
**million** [20] - 918:6, 927:23, 928:9, 931:24, 951:16, 951:18, 951:20, 954:21, 972:15, 972:16, 972:17, 972:19, 973:1, 973:2, 973:4, 973:11, 973:12, 973:20, 974:10, 984:9
**mind** [1] - 989:5
**Minnesota** [1] - 912:2
**minute** [2] - 951:8, 955:21

**minutes** [4] - 892:24, 955:19, 1024:10, 1024:11
**mislead** [1] - 981:22
**missed** [1] - 952:20
**mission** [2] - 916:16, 924:1
**mistake** [1] - 975:22
**mixing** [1] - 994:3
**mobile** [1] - 931:18
**modern** [2] - 970:17, 970:18
**moment** [3] - 942:22, 949:9, 951:13
**moments** [1] - 1009:12
**monogram** [4] - 959:11, 959:12, 970:3, 975:16
**monograph** [8] - 940:13, 940:14, 940:16, 941:2, 949:9, 956:25, 958:20, 961:24
**month** [1] - 899:6
**months** [6] - 899:7, 922:24, 986:5, 990:5, 1020:24
**Montreal** [1] - 939:13
**mop** [1] - 900:1
**Morgan** [2] - 932:15, 933:24, 968:17
**MORGAN** [1] - 933:12
**MORNING** [2] - 886:11, 889:2
**morning** [3] - 889:8, 890:2, 890:3
**mortality** [4] - 945:14, 945:16, 959:24, 960:6
**MORTON** [1] - 887:7
**most** [14] - 898:2, 899:11, 920:13, 941:17, 949:3, 954:11, 954:13, 954:19, 958:4, 958:6, 962:3, 980:4, 997:18
**mostly** [2] - 899:11, 919:7
**mother** [11] - 892:11, 934:5, 935:2, 935:22, 936:4, 936:14, 936:23, 937:1, 937:3, 937:8, 937:12
**mother's** [4] - 892:13, 892:17, 893:1, 934:5
**motions** [2] - 911:6, 911:8

**mouth** [6] - 908:7, 970:10, 970:16, 970:19, 1010:13, 1010:15
**move** [5] - 893:11, 916:14, 922:7, 969:25
**moved** [16] - 892:6, 893:4, 895:8, 895:15, 896:2, 896:17, 902:8, 902:10, 902:17, 907:5, 907:9, 907:15, 908:2, 949:18, 967:9, 999:16
**moves** [1] - 915:2
**moving** [3] - 945:21, 1002:22, 1006:2
**MR** [91] - 888:6, 888:7, 888:11, 888:12, 888:13, 889:15, 889:18, 889:22, 889:24, 890:1, 891:8, 891:11, 891:14, 891:16, 891:18, 894:8, 894:11, 895:3, 895:6, 901:6, 901:9, 909:7, 909:10, 909:17, 909:19, 909:23, 910:1, 910:3, 910:11, 910:17, 910:24, 911:2, 911:5, 911:15, 932:14, 932:18, 932:20, 933:22, 934:2, 937:15, 937:20, 938:4, 938:17, 938:24, 939:2, 942:8, 942:11, 950:3, 950:6, 955:16, 956:1, 956:12, 956:14, 962:13, 965:19, 965:21, 965:23, 972:3, 972:6, 973:5, 973:8, 974:2, 974:5, 977:17, 977:18, 977:22, 978:18, 978:21, 979:18, 979:21, 979:23, 981:7, 981:9, 983:18, 983:21, 983:23, 984:6, 986:7, 986:9, 986:14, 986:20, 987:3, 987:5, 987:7, 987:11, 987:21,

988:3, 988:7, 1023:21, 1024:1, 1024:5
**MRC** [1] - 944:21
**MS** [1] - 933:12
**MULCAHY** [2] - 887:3, 887:4
**multiple** [2] - 985:19, 985:21
**muscles** [2] - 989:9, 991:17
**musculoskeletal** [1] - 991:15
**mutagenesis** [1] - 981:15
**mutagenic** [6] - 978:13, 978:16, 978:25, 979:3, 980:18, 981:13
**mutation** [2] - 980:22, 980:24
**myelogenous** [1] - 984:23
**myeloma** [2] - 985:19, 985:21

## N

**name** [12] - 890:4, 908:22, 932:17, 934:3, 938:13, 938:15, 938:16, 944:20, 945:5, 963:24, 1021:2
**named** [1] - 1016:14
**narrow** [1] - 902:12
**nasal** [9] - 992:7, 997:9, 1001:5, 1004:22, 1005:7, 1015:20, 1016:2, 1016:5, 1022:8
**Nasonex** [1] - 1001:15
**nasopharyngeal** [28] - 944:4, 944:9, 945:10, 945:12, 945:15, 945:16, 945:20, 945:23, 945:25, 948:23, 950:20, 950:22, 950:24, 950:25, 951:12, 959:16, 959:21, 959:23, 960:9, 960:17, 960:21, 960:23, 962:5, 962:22, 963:6, 981:18, 982:2, 982:6
**National** [18] - 912:10, 912:23, 913:7,

944:7, 945:1, 945:2,
945:7, 951:4,
952:11, 952:13,
952:14, 952:16,
953:4, 953:13,
955:1, 957:4, 961:17
**nature** [7] - 980:17,
980:18, 991:15,
1001:13, 1001:21,
1006:15, 1014:10
**nausea** [1] - 1017:17
**NCI** [4] - 945:2,
945:21, 955:2,
961:17
**necessarily** [1] - 919:9
**neck** [8] - 1000:5,
1003:10, 1005:6,
1005:14, 1006:20,
1006:21, 1006:24,
1009:25
**need** [7] - 889:18,
949:5, 951:13,
989:15, 1005:3,
1023:2, 1023:13
**needed** [6] - 904:4,
904:5, 904:7, 914:4,
917:6, 997:25
**needle** [1] - 1019:13
**needs** [1] - 990:17
**negative** [1] - 1019:20
**NEHA** [1] - 912:10
**neighborhoods** [1] -
1013:19
**nerve** [2] - 1005:21,
1008:12
**nervous** [1] - 992:19
**nervousness** [7] -
994:10, 997:12,
997:13, 997:15,
997:20, 997:24,
1005:20
**never** [21] - 895:13,
896:21, 897:6,
897:12, 900:23,
903:22, 904:12,
904:13, 904:18,
905:2, 905:15,
920:24, 921:1,
921:11, 935:21,
952:6, 983:17,
998:2, 998:3,
1011:25, 1023:19
**New** [6] - 892:6,
899:14, 973:23,
974:13, 989:2, 990:2
**NEW** [3] - 886:6,
887:5, 887:14
**new** [17] - 894:25,
905:1, 905:14,
908:9, 908:12,

908:15, 908:18,
910:22, 935:12,
935:18, 935:20,
950:11, 962:15,
975:17, 1009:22,
1009:23
**newly** [1] - 930:5
**newly-constructed** [1]
- 930:5
**newness** [2] - 910:10,
910:19
**news** [3] - 962:8,
962:14, 962:15
**Nexium** [1] - 1002:15
**next** [39] - 904:3,
904:23, 916:15,
916:18, 929:17,
931:21, 932:13,
937:19, 944:25,
958:11, 959:4,
964:20, 967:12,
986:19, 986:20,
991:14, 992:11,
992:21, 993:15,
993:21, 994:6,
994:14, 994:20,
996:5, 996:15,
996:18, 996:19,
999:21, 1000:2,
1000:8, 1000:18,
1003:4, 1003:24,
1004:17, 1006:6,
1007:15, 1007:22,
1008:14
**night** [4] - 899:17,
997:7, 1008:8,
1009:13
**nine** [3] - 950:23,
951:6, 964:25
**NIOSH** [10] - 912:20,
912:22, 912:24,
913:2, 945:6, 947:6,
952:23, 954:22,
954:23, 955:1
**NO** [2] - 886:5, 886:8
**none** [6] - 948:24,
951:19, 951:24,
966:19, 966:21,
985:22
**nonHodgkin's** [1] -
984:21
**nonresponsive** [1] -
982:16
**noon** [1] - 1024:10
**normal** [5] - 930:19,
942:3, 943:16,
945:15, 1019:24
**normally** [4] - 926:20,
942:6, 945:23,
1018:12

**nose** [5] - 890:6,
896:9, 908:7,
959:13, 1015:3
**notation** [4] - 991:22,
999:21, 1008:10,
1012:3
**notations** [2] -
1007:12, 1011:7
**note** [12] - 918:11,
993:21, 995:10,
999:22, 1003:17,
1004:21, 1007:22,
1011:4, 1013:24,
1014:1, 1023:22
**noted** [6] - 1001:5,
1005:7, 1006:12,
1007:2, 1007:5,
1009:22
**notes** [9] - 996:18,
996:24, 998:25,
1003:24, 1006:11,
1010:10, 1012:12,
1012:24, 1023:8
**nothing** [7] - 897:8,
922:9, 933:10,
938:7, 971:5,
987:19, 1006:15
**Notice** [1] - 989:11
**notice** [5] - 895:22,
935:7, 935:16,
1013:13, 1014:4
**noticed** [2] - 895:10,
935:13
**November** [3] -
1003:10, 1010:4,
1010:12
**number** [9] - 920:12,
941:7, 943:4, 943:8,
943:23, 947:12,
948:20, 955:3, 961:4
**Number** [4] - 947:1,
947:2, 984:20
**numbered** [1] - 1025:9
**numbers** [1] - 924:25
**numbness** [5] -
996:10, 1004:20,
1020:12, 1020:13,
1020:14
**numerous** [1] - 919:10
**nurse** [3] - 1006:25,
1010:14, 1019:11

# O

**oath** [9] - 889:11,
911:19, 932:22,
933:7, 933:15,
938:3, 938:12,
956:11, 987:24

**object** [2] - 910:11,
987:5
**objection** [8] - 909:19,
950:3, 986:13,
986:14, 988:6,
988:7, 1024:4,
1024:5
**observe** [1] - 943:6
**observed** [3] - 942:17,
945:25, 959:24
**observer** [1] - 963:24
**obstruction** [2] -
1005:7, 1016:2
**obvious** [1] - 1007:3
**occasion** [1] - 932:25
**occasionally** [1] -
1016:18
**occasions** [1] - 892:2
**Occupational** [2] -
912:23, 945:7
**occupational** [4] -
971:25, 972:13,
972:20, 974:11
**occupied** [1] - 926:21
**occur** [1] - 958:10
**occurs** [2] - 958:12,
981:13
**Ochsner** [2] -
1002:12, 1009:5
**October** [17] - 892:3,
917:10, 969:10,
972:2, 990:7, 991:6,
995:20, 996:25,
1003:4, 1005:5,
1005:12, 1006:23,
1007:1, 1007:4,
1009:24, 1012:13
**odor** [3] - 895:9,
908:12, 910:23
**odors** [2] - 895:22,
907:16
**OF** [5] - 886:1, 886:12,
888:8, 888:9, 888:14
**offer** [9] - 909:17,
920:4, 920:7, 935:5,
940:19, 963:21,
986:9, 988:4, 1024:2
**offered** [2] - 898:17,
958:17
**offhand** [1] - 964:24
**office** [25] - 987:7,
992:11, 993:21,
994:14, 996:18,
996:19, 996:24,
998:17, 1000:7,
1000:8, 1000:17,
1003:17, 1003:24,
1005:4, 1005:10,
1005:22, 1006:11,
1007:5, 1007:8,

1007:16, 1007:23,
1007:24, 1010:13,
1010:25, 1012:12
**officer** [1] - 912:16
**OFFICER** [3] - 889:7,
955:22, 956:6
**Official** [2] - 1025:5,
1025:15
**OFFICIAL** [1] - 887:13
**officially** [1] - 913:20
**often** [7] - 927:10,
939:20, 954:14,
1010:18, 1010:21,
1018:14
**old** [7] - 930:2, 931:23,
937:12, 962:8,
962:14, 984:7,
1018:9
**old-style** [1] - 984:7
**older** [1] - 1018:12
**on-call** [1] - 914:2
**once** [9] - 899:16,
905:4, 916:14,
917:18, 948:9,
1008:12, 1011:25,
1019:24, 1023:20
**one** [90] - 891:16,
892:1, 898:19,
905:1, 905:6, 905:8,
905:14, 914:17,
920:23, 921:4,
921:14, 924:17,
925:2, 927:3,
930:14, 931:23,
937:23, 938:16,
939:24, 940:18,
940:24, 941:13,
942:12, 942:13,
942:24, 943:7,
943:9, 944:7,
944:10, 944:25,
946:1, 946:3,
946:14, 948:3,
948:8, 950:17,
950:22, 950:23,
951:1, 951:2,
951:12, 952:14,
955:3, 955:11,
958:18, 959:20,
959:22, 961:14,
961:21, 964:21,
964:24, 965:2,
965:13, 965:24,
966:12, 966:13,
966:16, 968:15,
970:15, 971:2,
971:7, 973:20,
973:21, 974:14,
976:4, 976:13,
976:23, 977:23,

981:20, 982:14, 982:21, 982:23, 983:9, 983:10, 983:11, 983:15, 984:19, 985:2, 985:11, 986:11, 990:4, 991:19, 996:24, 998:4, 998:13, 998:14, 1009:13, 1015:1
**ongoing** [4] - 993:5, 993:9, 997:15, 1004:14
**onliest** [1] - 902:18
**onset** [1] - 1011:19
**onset/symptoms** [1] - 995:4
**open** [17] - 893:6, 893:8, 893:9, 893:10, 893:17, 903:24, 906:6, 906:9, 906:19, 906:23, 907:2, 917:15, 917:16, 930:24, 964:4, 990:22, 1011:12
**opened** [1] - 906:7
**opening** [1] - 932:6
**operate** [1] - 904:9
**Operations** [4] - 915:18, 916:1, 916:2, 916:12
**opinion** [8] - 915:8, 915:12, 940:20, 977:9, 977:25, 979:6, 984:21, 984:23
**opinions** [1] - 985:17
**opportunity** [2] - 892:25, 911:11
**opposed** [3] - 953:21, 972:11, 980:7
**orally** [1] - 977:7
**orange** [1] - 974:6
**oranges** [1] - 974:16
**ORDER** [1] - 889:4
**ordered** [4] - 909:20, 986:15, 988:8, 1024:6
**orders** [2] - 972:10, 972:14
**ordinarily** [6] - 944:11, 945:17, 945:25, 949:3, 949:18, 963:21
**Organization** [2] - 940:8, 957:7
**organization** [1] - 963:19
**organizations** [1] -

963:18
**oriented** [1] - 1011:20
**origin** [1] - 1004:6
**ORLEANS** [3] - 886:6, 887:5, 887:14
**Orleans** [6] - 892:6, 899:14, 973:23, 974:13, 989:2, 990:2
**ortho** [2] - 968:25, 969:16
**ortho-toluidine** [1] - 968:25
**ortho-toluidines** [1] - 969:16
**OSHA** [3] - 952:23, 953:6, 953:7
**otalgia** [1] - 993:7
**others'** [1] - 939:19
**outdoor** [2] - 927:17, 928:5
**outdoors** [1] - 927:15
**outside** [3] - 889:20, 902:21, 911:9
**outstanding** [1] - 975:5
**oven** [1] - 899:12
**over-the-counter** [1] - 994:1
**overall** [7] - 929:9, 961:20, 962:5, 963:2, 1003:1, 1012:9, 1021:4
**own** [3] - 992:17, 998:11, 998:14

**P**

**p.m** [1] - 918:12
**packaged** [1] - 944:15
**Page** [4] - 895:21, 919:6, 919:22, 929:4
**PAGE** [2] - 888:3, 888:18
**page** [12] - 891:12, 891:19, 894:12, 895:7, 972:7, 977:17, 977:18, 985:11, 986:2, 986:11, 986:12
**paid** [6] - 956:16, 956:17, 956:19, 971:15, 974:22
**pain** [28] - 991:16, 992:7, 993:7, 994:18, 995:12, 996:9, 996:21, 1000:11, 1001:2, 1003:10, 1005:6, 1005:14, 1005:21,

1006:3, 1006:5, 1006:20, 1006:21, 1006:24, 1008:2, 1008:4, 1008:6, 1009:25, 1010:5, 1016:5, 1016:24, 1023:10
**painful** [1] - 1017:5
**pains** [2] - 1002:14, 1005:17
**paint** [4] - 907:16, 907:19, 907:21, 907:23
**pan** [1] - 905:7
**panel** [3] - 955:24, 956:8, 1024:18
**panels** [1] - 940:24
**paper** [32] - 926:7, 926:11, 929:25, 930:22, 931:5, 939:24, 944:19, 946:3, 946:15, 946:16, 949:10, 949:11, 949:13, 949:17, 950:1, 950:11, 950:14, 950:21, 952:8, 954:24, 955:9, 971:11, 977:25, 978:7, 982:10, 982:20, 982:22, 982:25, 983:1, 983:4, 1019:7
**papers** [11] - 906:2, 928:15, 939:17, 939:20, 941:3, 945:1, 945:3, 955:12, 958:6, 958:8, 975:8
**paperwork** [1] - 1009:7
**paragraph** [7] - 919:7, 925:4, 927:3, 929:5, 929:8, 931:21
**Paragraph** [1] - 927:14
**Parish** [1] - 988:22
**part** [15] - 899:23, 913:7, 915:16, 916:16, 924:20, 933:3, 940:15, 949:9, 952:15, 953:5, 975:11, 987:8, 989:11, 1004:12, 1018:15
**participate** [4] - 916:11, 957:8, 971:9, 971:10
**participated** [1] - 975:1

**particleboard** [1] - 929:18
**particular** [19] - 919:19, 930:11, 930:12, 930:14, 931:25, 941:13, 941:17, 941:18, 942:6, 954:17, 970:12, 980:18, 991:15, 998:16, 1001:12, 1011:2, 1021:17, 1021:20
**particularly** [1] - 962:24
**parts** [18] - 918:6, 927:23, 928:1, 928:8, 928:13, 929:15, 930:3, 930:10, 931:14, 931:24, 932:1, 932:2, 951:15, 951:16, 951:17, 951:20, 954:24
**pass** [4] - 897:25, 898:22, 900:1, 955:16
**passages** [1] - 1022:8
**past** [2] - 977:8, 1023:25
**patient** [10] - 990:1, 990:13, 990:15, 990:17, 993:11, 998:9, 1014:9, 1015:4, 1017:17, 1022:25
**patient's** [2] - 992:14, 1012:4
**patients** [10] - 989:7, 989:22, 993:19, 1009:17, 1013:13, 1013:14, 1017:5, 1021:16, 1023:1, 1023:7
**pay** [1] - 895:11
**payroll** [1] - 940:10
**PCBs** [3] - 967:8, 967:9, 968:4
**peak** [2] - 951:16, 954:10
**peer** [3] - 939:16, 939:18, 939:20
**peer-reviewed** [1] - 939:16
**Penicillin** [2] - 995:5, 995:6
**people** [35] - 916:3, 922:7, 922:10, 924:11, 941:12, 941:16, 941:20, 941:24, 942:5,

943:2, 943:3, 943:5, 943:18, 943:19, 944:1, 944:14, 948:6, 950:14, 950:15, 950:16, 951:25, 952:3, 952:5, 954:22, 954:23, 957:12, 957:16, 964:5, 974:24, 981:17, 981:18, 983:7, 997:18, 1013:11
**people's** [1] - 919:17
**Pepper** [3] - 1025:3, 1025:13, 1025:14
**PEPPER** [1] - 887:13
**per** [19] - 918:6, 927:23, 928:1, 928:8, 928:13, 929:15, 930:3, 930:10, 931:14, 931:24, 932:1, 932:2, 951:16, 951:17, 951:20, 954:21, 956:19
**perceived** [1] - 953:8
**perfectly** [1] - 945:14
**perhaps** [5] - 937:25, 941:11, 944:12, 976:21, 1001:7
**period** [9] - 917:11, 922:19, 1012:17, 1012:21, 1012:22, 1013:22, 1014:1, 1014:3, 1021:6
**permit** [1] - 963:22
**person** [10] - 902:18, 911:14, 913:2, 927:4, 954:16, 963:22, 997:18, 1011:20, 1023:19
**person's** [1] - 970:12
**personality** [1] - 1011:12
**personally** [2] - 915:15, 920:9
**persons** [1] - 1022:13
**Peter** [9] - 906:3, 907:6, 907:9, 907:12, 907:15, 907:22, 908:2, 908:9, 908:19
**PFISTER** [1] - 887:7
**pharmacologist** [1] - 1022:6
**pharmacology** [4] - 914:17, 915:1, 976:11
**Phil** [1] - 949:23
**PHILIP** [2] - 888:10,

938:10
**Philip** [2] - 937:22, 938:15
**phone** [3] - 971:8, 1009:14, 1020:16
**phonetically** [1] - 971:8
**phrase** [1] - 971:21
**physical** [2] - 1015:9, 1018:18
**physician** [6] - 986:21, 989:10, 1002:24, 1010:18, 1011:13, 1022:25
**physicians** [2] - 891:21, 897:13
**pick** [1] - 889:11
**picked** [1] - 918:3
**picture** [1] - 980:7
**piece** [1] - 931:19
**pieces** [1] - 899:24
**pile** [1] - 1019:7
**pill** [2] - 1005:21, 1008:12
**Pinedo** [1] - 966:8
**PINEDO** [1] - 886:20
**Pinkerton** [1] - 945:5
**place** [6] - 902:1, 922:1, 941:17, 991:13, 1019:2, 1019:5
**placed** [2] - 958:20, 1010:8
**PLAINTIFF** [1] - 886:17
**plaintiff** [3] - 911:11, 966:17, 979:16
**plaintiff's** [2] - 911:11, 1013:25
**plaintiffs** [2] - 911:2, 911:3
**Plaintiffs'** [1] - 1021:4
**plan** [5] - 915:16, 916:19, 916:21, 916:23, 916:25
**plant** [9] - 951:2, 951:12, 965:2, 965:3, 965:4, 965:6, 965:9, 982:14, 983:9
**plants** [10] - 941:13, 950:23, 950:25, 951:6, 954:24, 954:25, 964:22, 964:23, 965:11
**plastics** [2] - 926:5, 976:8
**play** [2] - 933:3, 1014:21
**played** [1] - 911:22
**playing** [1] - 932:22

**pleasant** [1] - 990:15
**plywood** [1] - 929:18
**point** [23] - 889:19, 894:25, 909:21, 911:21, 912:25, 918:3, 921:15, 929:21, 932:10, 933:23, 937:17, 946:9, 953:21, 955:23, 956:4, 956:7, 967:23, 986:16, 987:25, 988:9, 993:4, 1024:7, 1024:17
**pointed** [1] - 976:21
**poison** [4] - 971:21, 980:2, 980:9, 980:10
**poisons** [3] - 980:3, 980:4, 980:5
**policy** [2] - 953:18, 953:21
**polish** [2] - 925:8, 927:11
**pollen** [2] - 991:20, 993:12
**polonium** [1] - 944:2
**Ponce** [1] - 935:3
**poor** [1] - 986:23
**population** [4] - 942:7, 945:18, 948:13, 983:4
**porch** [1] - 903:1
**portion** [1] - 959:14
**posed** [1] - 920:22
**position** [11] - 912:18, 912:20, 912:21, 913:3, 913:12, 950:10, 967:24, 976:21, 979:9, 983:12
**positions** [1] - 912:7
**positive** [3] - 961:1, 962:22, 963:4
**possession** [1] - 998:21
**possible** [5] - 922:20, 930:4, 937:25, 941:14, 967:18
**possibly** [4] - 914:22, 940:21, 972:9, 976:15
**post** [1] - 1013:21
**post-hurricane** [1] - 1013:21
**postnasal** [3] - 991:23, 992:7, 992:8
**potential** [4] - 919:25, 920:14, 920:19, 924:19
**potentially** [1] -

919:16
**pounds** [1] - 1004:4
**Powe** [1] - 968:17
**power** [10] - 960:22, 960:24, 960:25, 961:4, 961:5, 961:8, 961:11, 961:15, 961:16, 983:3
**POYDRAS** [2] - 887:5, 887:13
**ppm** [2] - 929:10, 930:7
**practice** [8] - 920:23, 921:16, 921:17, 989:4, 989:6, 1009:16, 1013:13
**practices** [6] - 917:24, 917:25, 920:24, 921:4, 921:14
**practicing** [2] - 988:21, 990:5
**practitioner** [2] - 1006:25, 1010:14
**preliminary** [1] - 964:15
**prepared** [3] - 889:9, 889:13, 918:22
**prescribe** [1] - 991:12
**prescribed** [2] - 994:2, 994:5
**prescription** [2] - 995:18, 1001:8
**presence** [3] - 889:20, 911:9, 999:16
**present** [10] - 911:6, 911:19, 948:23, 950:9, 958:24, 958:25, 1016:18, 1016:20, 1016:23, 1018:3
**presented** [10] - 1010:25, 1015:13, 1015:17, 1015:20, 1015:23, 1016:2, 1016:5, 1016:8, 1016:10, 1016:13
**presently** [1] - 906:3
**presents** [1] - 975:17
**pressure** [6] - 890:11, 890:13, 890:14, 997:5, 1000:14, 1005:15
**Preston** [1] - 919:2
**presumably** [1] - 989:20
**pretty** [5] - 930:21, 999:9, 1002:23, 1003:19, 1024:12
**preventive** [1] - 939:6
**previous** [3] - 1004:4,

1009:5, 1023:8
**previously** [3] - 933:19, 987:15
**priests** [1] - 899:23
**primarily** [1] - 941:8
**primary** [7] - 958:7, 989:6, 989:10, 1002:24, 1010:18, 1012:4, 1014:22
**principal** [5] - 924:17, 944:6, 947:7, 957:5, 976:8
**principally** [1] - 957:3
**print** [1] - 977:5
**probability** [1] - 961:25
**probable** [3] - 941:15, 967:14, 967:17
**problem** [6] - 950:21, 980:13, 990:20, 997:15, 1017:2, 1017:12
**problems** [36] - 896:5, 896:8, 896:22, 897:4, 897:14, 904:8, 904:18, 905:20, 948:21, 989:9, 990:16, 990:21, 994:10, 995:16, 995:24, 995:25, 998:12, 999:5, 1000:24, 1001:10, 1004:3, 1004:6, 1004:20, 1006:13, 1006:14, 1009:22, 1009:23, 1010:2, 1011:5, 1011:8, 1013:1, 1013:11, 1013:25, 1014:2, 1014:11, 1016:14
**procedure** [1] - 987:2
**proceed** [2] - 889:22, 938:23
**proceeding** [1] - 970:2
**proceedings** [22] - 889:19, 909:21, 911:21, 932:10, 933:23, 937:17, 955:23, 956:4, 956:7, 958:14, 963:20, 963:25, 964:14, 964:16, 975:1, 975:11, 986:16, 987:25, 988:9, 1024:7, 1024:17, 1025:9
**PROCEEDINGS** [3] - 886:12, 887:15, 889:1

**process** [14] - 917:19, 922:6, 940:12, 964:4, 975:18, 980:22, 980:24, 981:13, 983:14, 984:3, 984:4, 987:14, 1018:15
**processes** [1] - 989:7
**PRODUCED** [1] - 887:16
**product** [3] - 954:16, 983:19, 983:22
**production** [1] - 992:10
**productive** [1] - 1011:2
**products** [10] - 925:5, 926:7, 926:13, 929:23, 930:16, 970:17, 970:18, 983:25, 984:1, 984:7
**PRODUCTS** [1] - 886:4
**professional** [1] - 1021:15
**Professional** [1] - 1025:4
**profile** [4] - 928:23, 928:24, 929:24, 931:6
**Program** [2] - 953:4, 953:13
**program** [1] - 940:14
**progress** [1] - 1024:12
**project** [1] - 916:14
**Project** [1] - 1022:17
**properties** [1] - 1013:7
**property** [3] - 892:9, 892:13, 980:11
**proportion** [3] - 957:9, 957:10, 960:4
**proportionate** [3] - 959:24, 960:6, 960:13
**proposition** [1] - 981:19
**protein** [1] - 980:21
**Protonix** [1] - 1002:15
**provide** [2] - 920:1, 920:12
**provided** [4] - 963:4, 970:23, 1011:18, 1015:8
**Public** [11] - 912:3, 912:4, 914:9, 914:10, 923:7, 923:8, 923:11, 939:14, 953:5, 1022:18
**public** [8] - 912:14,

939:6, 953:17,
953:18, 954:1,
958:15, 958:16,
970:2
**publication** [4] -
939:16, 958:23,
964:16, 977:3
**publications** [5] -
939:19, 939:21,
952:16, 952:22,
976:4
**publish** [1] - 970:2
**published** [22] -
939:17, 940:2,
944:8, 944:12,
944:15, 945:3,
945:8, 952:8, 952:9,
952:10, 952:11,
952:24, 955:9,
959:4, 961:24,
962:3, 962:9, 963:9,
971:1, 975:16,
976:10, 976:23
**pulled** [3] - 902:25,
923:17, 989:9
**purchased** [1] - 963:9
**purports** [2] - 909:13,
918:18
**purpose** [1] - 916:5
**purposes** [1] - 955:12
**put** [19] - 894:3, 894:6,
900:6, 902:23,
905:1, 905:7,
908:17, 910:9,
940:13, 943:12,
944:17, 961:6,
961:10, 965:18,
965:19, 981:23,
983:1, 984:14,
1010:15
**puts** [2] - 899:11,
911:11

## Q

**qualifications** [1] -
924:7
**qualified** [2] - 915:4,
988:17
**quality** [2] - 986:22,
987:1
**quantitative** [1] -
1023:2
**questioning** [1] -
993:25
**questions** [17] - 891:6,
910:7, 910:24,
911:24, 912:17,
933:7, 933:18,

934:4, 934:6,
956:15, 979:18,
981:22, 986:8,
987:13, 987:15,
990:18
**quit** [1] - 937:12
**quite** [6] - 907:14,
908:20, 908:22,
948:21, 974:17,
998:9
**quotation** [1] -
1003:18

## R

**radiated** [2] - 1000:5,
1006:21
**radiating** [1] - 1000:12
**radiation** [1] - 985:23
**Radiator** [1] - 965:25
**radioactive** [1] - 944:2
**raise** [3] - 933:8,
938:5, 987:17
**raised** [2] - 959:6,
1023:12
**RANDALL** [1] - 887:4
**random** [2] - 946:19,
948:22
**range** [6] - 927:21,
928:8, 931:24,
946:22, 946:23
**ranging** [1] - 929:9
**rare** [1] - 981:4
**rash** [2] - 1020:20,
1020:23
**rate** [4] - 943:16,
945:15, 945:16,
945:22
**rates** [1] - 943:4
**ratio** [2] - 943:13,
945:14
**raw** [2] - 924:25,
1008:9
**RE** [1] - 886:4
**reach** [3] - 966:15,
966:19, 970:15
**reached** [5] - 968:4,
968:25, 969:3,
969:20, 979:12
**react** [1] - 980:23
**reaction** [2] - 1001:24,
1002:3
**read** [18] - 891:12,
900:21, 908:18,
927:19, 928:16,
933:24, 947:21,
956:1, 962:7, 963:7,
972:7, 986:24,
987:2, 987:8,

987:13, 988:1,
1022:16, 1024:1
**reading** [7] - 919:12,
920:2, 921:7,
928:15, 930:15,
932:14, 937:18
**ready** [3] - 955:18,
1024:11, 1024:13
**real** [5] - 894:22,
961:1, 967:2,
968:16, 1009:9
**realize** [2] - 946:16,
980:8
**really** [15] - 890:16,
895:11, 895:17,
895:20, 901:19,
902:15, 902:18,
904:20, 919:18,
921:1, 921:6, 961:5,
990:2, 998:11,
998:12
**Realtime** [1] - 1025:3
**reanalyze** [1] - 983:9
**reanalyzed** [1] - 951:5
**reason** [3] - 924:23,
943:10, 1014:21
**reasonable** [1] -
973:25
**reasonably** [1] -
946:18
**reasons** [1] - 999:7
**recalculated** [1] -
951:2
**receive** [3] - 904:14,
905:24, 975:22
**received** [10] - 890:23,
902:7, 914:8,
917:18, 918:23,
918:25, 919:1,
944:6, 971:7, 995:23
**receiving** [2] - 914:14,
997:23
**recent** [1] - 962:3
**recently** [2] - 967:9,
990:5
**recess** [1] - 956:5
**reclassification** [2] -
949:21, 983:14
**reclassified** [1] -
983:15
**reclassify** [2] - 950:1,
950:7
**recognize** [1] - 918:13
**recognized** [2] -
986:1, 986:3
**recollection** [9] -
928:20, 936:9,
936:17, 936:21,
998:23, 999:10,
999:11, 1006:13,

1019:14
**recommendations** [1]
- 920:11
**reconsider** [1] -
975:23
**reconsidered** [1] -
976:2
**record** [8] - 889:18,
938:14, 958:15,
958:17, 976:7,
1023:9, 1024:2,
1025:9
**RECORDED** [1] -
887:15
**records** [5] - 989:17,
1001:19, 1012:3,
1012:24, 1024:3
**Recreation** [3] -
890:5, 911:14, 934:4
**RECREATION** [1] -
886:9
**rectory** [3] - 899:19,
899:22, 900:16
**redact** [1] - 986:11
**Redeemer** [1] - 934:17
**REDIRECT** [4] - 888:7,
888:13, 910:2,
979:22
**redirect** [2] - 909:25,
979:20
**reduce** [1] - 929:19
**reducing** [1] - 1002:16
**reduction** [3] - 930:19,
930:21, 931:2
**refer** [1] - 1023:8
**reference** [6] - 921:15,
929:7, 931:5, 931:6,
965:24, 970:17
**referenced** [2] -
926:24, 928:25
**references** [1] -
997:14
**referred** [8] - 918:3,
944:7, 944:19,
982:21, 982:22,
990:2, 1002:23,
1017:23
**referring** [6] - 952:25,
953:2, 967:1, 967:7,
981:24, 995:10
**refers** [1] - 946:6
**reflects** [1] - 1020:6
**reflux** [11] - 994:13,
995:12, 1003:8,
1004:3, 1004:6,
1004:12, 1004:14,
1006:9, 1016:15,
1017:1, 1017:12
**reflux-type** [1] -
1003:8

**refresh** [1] - 910:14
**refresh..** [1] - 910:15
**regard** [3] - 940:15,
940:18, 941:5
**regarding** [7] -
915:12, 989:17,
1006:11, 1007:14,
1011:8, 1011:19,
1018:25
**regardless** [3] -
922:11, 955:12,
979:6
**regards** [1] - 912:7
**register** [1] - 976:11
**Registered** [2] -
1025:3, 1025:4
**registered** [2] - 912:8,
912:13
**Registry** [2] - 913:6,
918:10
**regular** [1] - 994:5
**regulatory** [1] - 953:10
**REICH** [2] - 886:23,
886:24
**Reich** [1] - 1021:2
**related** [12] - 914:16,
919:25, 998:12,
999:2, 999:12,
1001:4, 1004:9,
1008:3, 1008:4,
1014:7, 1015:9
**RELATES** [1] - 886:7
**relation** [2] - 1000:23,
1015:9
**relationship** [9] -
939:25, 943:1,
943:17, 949:19,
971:13, 977:10,
978:1, 979:7, 1023:5
**relationships** [1] -
1023:1
**relative** [2] - 943:13,
962:5
**relatively** [1] - 1012:21
**release** [1] - 928:16
**released** [1] - 984:11
**releaser** [1] - 993:10
**reliable** [1] - 948:20
**relied** [5] - 941:5,
941:7, 941:8,
982:25, 983:1
**relieved** [1] - 1014:23
**reluctant** [1] - 1019:11
**rely** [2] - 941:4, 949:6
**remain** [2] - 922:18,
938:2
**remained** [1] -
1012:20
**remember** [31] -
891:4, 894:19,

895:1, 895:14, 895:15, 896:20, 902:8, 902:10, 908:20, 908:22, 909:14, 910:6, 916:8, 935:24, 936:3, 936:7, 936:11, 936:14, 936:20, 936:25, 937:1, 937:6, 937:7, 966:9, 971:18, 985:9, 990:2, 997:19, 998:16, 1019:5, 1019:10
**removed** [2] - 982:13, 1010:13
**repaired** [2] - 907:22, 1013:20
**repeat** [1] - 912:12
**repeated** [1] - 997:14
**repetition** [1] - 984:16
**repetitive** [1] - 991:4
**report** [20] - 918:19, 920:23, 920:24, 921:1, 921:3, 921:5, 921:8, 921:10, 921:12, 921:14, 922:5, 924:9, 926:23, 928:21, 929:7, 930:23, 944:17, 997:9
**reported** [7] - 962:23, 996:10, 999:17, 1002:14, 1008:20, 1019:21, 1020:23
**REPORTER** [1] - 887:13
**reporter** [1] - 889:21
**Reporter** [6] - 1025:3, 1025:4, 1025:5, 1025:15
**REPORTER'S** [1] - 1025:1
**reporting** [4] - 999:20, 1020:4, 1020:11, 1020:20
**reports** [1] - 1003:8
**represent** [4] - 890:4, 934:3, 943:10, 1021:2
**representation** [3] - 946:15, 946:16, 975:22
**representative** [2] - 902:16, 963:19
**request** [6] - 915:21, 915:23, 915:25, 924:1, 989:11, 989:12
**requested** [3] - 916:1,

919:23, 923:25
**requesting** [1] - 1007:10
**requests** [2] - 912:25, 1007:14
**required** [3] - 912:14, 988:15, 1019:4
**Research** [2] - 940:7, 944:21
**research** [1] - 940:7
**researchers** [1] - 948:7
**reserved** [1] - 911:8
**resided** [2] - 1021:7, 1022:13
**residency** [1] - 1021:10
**resolve** [1] - 1019:25
**resolved** [1] - 1002:18
**respect** [21] - 911:6, 958:22, 959:12, 959:20, 960:10, 963:17, 964:11, 965:12, 967:20, 968:3, 968:15, 969:1, 969:15, 970:18, 974:24, 976:13, 979:12, 1012:9, 1021:12, 1021:22, 1022:20
**respiratory** [5] - 1001:1, 1001:3, 1001:11, 1001:20, 1002:18
**respond** [1] - 916:11
**responding** [1] - 915:16
**response** [7] - 913:11, 913:23, 915:16, 916:17, 918:22, 924:2, 993:11
**rest** [2] - 911:2, 911:3
**restrictive** [1] - 1008:5
**restrictive-type** [1] - 1008:5
**result** [6] - 958:16, 981:2, 1010:15, 1013:15, 1015:6, 1018:22
**results** [12] - 917:18, 919:18, 924:4, 924:18, 924:19, 927:8, 961:7, 963:2, 1000:1, 1007:14, 1000:1, 1007:14
**resumé** [1] - 970:23
**retail** [1] - 944:15
**return** [2] - 949:8, 981:21
**returned** [10] - 988:25,

991:25, 1005:5, 1005:16, 1006:16, 1006:23, 1007:4, 1009:1, 1009:19, 1009:24
**returning** [1] - 944:3
**reveals** [1] - 1003:17
**reverse** [1] - 980:15
**review** [9] - 939:20, 941:3, 944:5, 971:13, 971:15, 976:10, 989:15, 995:21, 1001:19
**reviewed** [2] - 939:16, 1022:12
**reviewer** [1] - 939:19
**reviewers** [2] - 958:8, 958:9
**rhinitis** [2] - 991:19, 1015:17
**Rhinocort** [2] - 995:17, 1001:15
**rhinorrhea** [2] - 991:22, 992:5
**Rick** [1] - 919:2
**rides** [1] - 897:21
**rise** [3] - 889:7, 955:22, 956:6
**risk** [3] - 943:13, 943:18, 962:5
**risks** [2] - 961:20, 961:24
**Rita** [1] - 921:24
**RMR** [2] - 887:13, 1025:14
**role** [2] - 915:10, 915:15
**room** [4] - 891:6, 899:25, 1002:10, 1024:13
**ROOM** [1] - 887:13
**root** [1] - 990:20
**Rouge** [1] - 918:9
**roughly** [1] - 972:25
**rounded** [1] - 916:3
**routine** [2] - 991:12, 1009:20
**routinely** [2] - 993:19, 1001:9
**Royal** [1] - 939:13
**ruin** [1] - 1019:13
**Rule** [1] - 911:6
**run** [3] - 893:20, 938:24, 998:7
**running** [5] - 906:18, 917:14, 921:17, 930:25, 1023:6
**runny** [1] - 890:6

**S**

**s/Cathy** [1] - 1025:13
**sabbatical** [1] - 940:11
**safe** [1] - 953:19
**Safety** [2] - 912:23, 945:7
**sales** [1] - 934:10
**sample** [1] - 919:8
**sampled** [1] - 917:17
**sampling** [1] - 916:17, 916:18, 916:21, 916:23, 916:25, 917:7, 917:9, 917:11, 923:14, 923:21, 923:24
**Sampling** [1] - 918:8
**SAN** [2] - 886:19, 886:24
**sat** [1] - 891:5
**satisfied** [1] - 909:4
**save** [1] - 955:21
**saw** [16] - 896:17, 904:12, 936:17, 936:23, 990:3, 996:12, 996:15, 996:20, 1002:5, 1003:10, 1003:13, 1003:17, 1006:3, 1007:23, 1013:19
**School** [5] - 912:4, 914:9, 923:8, 988:19, 1022:17
**school** [3] - 934:13, 939:9, 939:10
**Science** [5] - 912:1, 912:2, 914:9, 923:7, 923:11
**science** [1] - 914:15
**sciences** [1] - 923:10
**scientific** [7] - 927:12, 927:22, 940:18, 952:24, 953:17, 953:23, 966:16
**scope** [1] - 973:19
**score** [1] - 988:16
**SCOTT** [1] - 887:4
**Scott** [5] - 916:2, 916:3, 917:19, 923:23, 988:2
**scratch** [1] - 937:6
**screen** [1] - 893:9, 893:10, 893:11, 893:12, 893:15, 893:17, 904:1, 906:19, 961:10, 961:14, 973:12,

983:2
**seat** [1] - 987:10
**seated** [4] - 889:8, 933:17, 938:3, 956:9
**second** [11] - 891:16, 894:12, 905:9, 905:10, 917:15, 919:22, 925:4, 937:23, 944:1, 962:15, 993:2
**secondary** [1] - 958:8
**section** [3] - 913:19, 913:22, 925:4
**SECURITY** [3] - 889:7, 955:22, 956:6
**see** [39] - 897:25, 898:22, 902:11, 903:20, 908:23, 913:1, 936:23, 937:25, 942:1, 943:5, 944:20, 945:21, 945:24, 946:6, 951:17, 960:14, 962:1, 966:14, 967:2, 981:13, 988:11, 988:19, 989:25, 991:11, 995:11, 995:22, 996:25, 997:14, 999:15, 1006:6, 1009:1, 1012:16, 1013:25, 1014:13, 1014:14, 1014:17, 1020:21, 1023:2, 1023:9
**seeing** [4] - 937:1, 998:17, 1015:2
**seemingly** [1] - 982:11
**send** [2] - 905:14, 963:19, 963:21, 1014:20, 1019:13
**senior** [1] - 920:9
**sensation** [2] - 1020:9, 1020:15
**sensations** [1] - 1017:17
**sensitivity** [1] - 923:2
**sent** [3] - 905:11, 905:13, 1014:25
**sentence** [6] - 919:7, 919:15, 919:21, 919:22, 920:11, 929:17
**September** [6] - 917:10, 970:14, 977:16, 994:21, 1006:16, 1009:19
**sequence** [2] - 967:24, 967:25
**serve** [2] - 940:24,

1013:10
**served** [1] - 939:18
**Service** [1] - 953:5
**service** [1] - 912:14
**SESSION** [2] - 886:11, 889:2
**sessions** [1] - 957:11
**setting** [7] - 941:12, 954:17, 954:18, 971:25, 972:13, 972:20, 974:11
**seven** [4] - 951:15, 961:19, 972:9, 972:14
**several** [8] - 914:16, 916:18, 940:19, 944:25, 966:23, 985:13, 985:15, 985:19
**severe** [1] - 928:7
**shall** [1] - 944:23
**Shaw** [6] - 902:4, 902:5, 902:16, 904:14, 904:18, 905:19
**Sheetrock** [1] - 907:16
**sheets** [1] - 908:16
**shoe** [1] - 925:22
**short** [4] - 949:15, 953:16, 955:17, 979:21
**shortness** [3] - 1008:2, 1008:3, 1008:5
**shot** [3] - 995:25, 1001:8, 1005:15
**shoulder** [7] - 996:9, 1000:5, 1000:11, 1000:12, 1000:13, 1006:22, 1010:5
**show** [3] - 903:5, 911:7, 965:14
**showed** [2] - 950:19, 951:6
**shower** [1] - 902:14
**shows** [2] - 943:17, 975:6
**Shreveport** [1] - 988:20
**sick** [2] - 901:19, 1018:18
**side** [7] - 954:1, 973:21, 987:12, 993:1, 998:3, 1000:4, 1006:21
**signature** [2] - 909:13, 909:15
**signatures** [1] - 918:20
**signed** [1] - 912:18

significance [1] - 972:23
**significant** [18] - 930:21, 931:2, 943:11, 946:4, 946:14, 946:16, 947:13, 947:15, 947:24, 948:2, 951:3, 954:10, 954:11, 961:22, 992:9, 998:9, 1010:10, 1012:17
**similar** [5] - 921:23, 991:2, 992:18, 1001:4, 1023:7
**simple** [2] - 924:9, 989:9
**sincere** [1] - 1023:16
**sink** [2] - 900:25, 901:2
**sinus** [25] - 892:1, 896:9, 901:3, 989:9, 991:21, 992:25, 994:10, 994:25, 995:16, 995:24, 995:25, 1000:22, 1000:24, 1001:10, 1001:18, 1004:20, 1011:4, 1012:25, 1013:11, 1013:25, 1014:2, 1014:10, 1014:16, 1023:3, 1023:11
**sinuses** [8] - 890:10, 890:15, 890:24, 892:4, 896:13, 900:18, 908:1, 1022:10
**sinusitis** [6] - 993:5, 993:8, 994:12, 995:12, 995:19, 1015:24
**sit** [5] - 906:21, 936:14, 963:19, 963:22, 963:23
**site** [2] - 929:4, 930:2
**site-built** [2] - 929:4, 930:2
**sitting** [3] - 906:24, 906:25, 933:4
**situation** [1] - 923:15
**situations** [2] - 914:3, 928:11
**six** [3] - 996:19, 1012:21, 1012:24
**size** [1] - 977:23
**skin** [9] - 1006:13, 1006:14, 1007:2, 1011:8, 1014:16, 1020:9, 1020:15,

1020:23
**skin-type** [1] - 1014:16
**skip** [3] - 927:14, 929:2, 1005:25
**skipping** [4] - 996:23, 1003:16, 1007:21, 1007:22
**sleep** [1] - 999:18
**slight** [1] - 945:19
**small** [3] - 922:13, 940:15, 960:23
**smaller** [1] - 949:6
**smell** [20] - 894:24, 894:25, 895:9, 895:16, 895:22, 907:19, 907:20, 907:23, 908:12, 910:22, 935:7, 935:11, 935:13, 935:17, 935:19, 1013:7, 1013:10, 1013:15, 1013:21
**smelled** [9] - 894:25, 895:23, 910:6, 910:10, 910:18, 910:19, 910:21, 935:18, 935:21
**smoke** [10] - 936:23, 937:1, 943:18, 943:20, 943:21, 943:24, 952:6, 981:6, 981:17
**smoked** [5] - 927:10, 935:22, 936:6, 937:10, 943:5
**smokeless** [5] - 970:9, 970:11, 970:12, 970:16, 983:18
**smoker** [1] - 927:4
**smoking** [6] - 935:24, 936:4, 936:7, 936:15, 937:13, 942:24
**SMR** [8] - 943:13, 945:13, 945:21, 946:1, 946:4, 946:23, 946:24, 951:2
**sneezing** [2] - 992:6, 1016:8
**so-called** [1] - 941:7
**sofa** [1] - 906:8
**soft** [1] - 974:6
**softeners** [1] - 925:20
**solemnly** [3] - 933:9, 938:6, 987:18
**someone** [4] - 904:5, 914:21, 963:21, 987:2, 993:9,

1007:23
**sometimes** [12] - 892:22, 894:3, 894:5, 897:20, 897:23, 899:11, 899:15, 900:5, 940:19, 943:13, 1004:9, 1004:10
**somewhere** [4] - 904:5, 904:7, 926:23, 1019:6
**soon** [1] - 1018:17
**sore** [2] - 1005:23, 1016:21
**sorry** [20] - 895:18, 904:6, 912:11, 919:1, 919:22, 928:9, 930:19, 946:9, 947:16, 951:22, 952:20, 969:7, 977:15, 977:23, 982:17, 985:9, 999:1, 1006:21, 1008:14, 1019:19
**sort** [1] - 954:1
**sorts** [2] - 959:12, 989:6
**sound** [1] - 908:22
**sounds** [1] - 973:25
**soup** [5] - 985:14, 985:15, 985:17, 985:19, 985:22
**source** [1] - 957:5
**Southwestern** [2] - 934:21, 934:23
**special** [2] - 895:22, 912:6
**specialist** [3] - 912:8, 912:13, 1017:23
**Specialty** [1] - 965:25
**specific** [13] - 928:20, 935:19, 943:4, 948:12, 984:18, 985:15, 985:22, 991:8, 998:22, 999:10, 1001:23, 1003:18, 1011:18
**specifically** [7] - 925:1, 965:4, 965:11, 991:23, 993:1, 1019:3, 1022:22
**spell** [1] - 938:13
**spelled** [2] - 938:16, 971:8
**spent** [1] - 940:10
**sphincter** [1] - 1004:11
**spike** [1] - 1014:4

**sponsored** [1] - 1022:12
**spray** [2] - 896:11, 995:17
**spread** [2] - 908:16, 964:25
**springtime** [4] - 893:4, 893:6, 896:3, 896:6
**sputum** [3] - 992:10, 997:10, 1011:3
**squirt** [1] - 1004:12
**St** [9] - 906:3, 907:6, 907:9, 907:12, 907:15, 907:22, 908:2, 908:9, 908:19
**stand** [1] - 889:10
**standardized** [1] - 945:13
**standing** [2] - 938:2, 1017:2
**stands** [2] - 940:6, 945:2
**start** [7] - 889:12, 902:15, 911:25, 955:21, 956:15, 991:6, 1024:12
**started** [10] - 895:17, 895:20, 901:19, 918:13, 936:20, 988:23, 990:5, 990:10, 998:11, 1008:13
**starting** [1] - 934:13
**state** [2] - 938:13, 999:1
**State** [1] - 1025:5
**statement** [12] - 892:20, 897:16, 905:22, 920:2, 920:16, 921:10, 953:21, 957:14, 977:5, 1002:20, 1015:11, 1023:14
**States** [9] - 944:13, 945:3, 953:5, 957:9, 959:25, 962:25, 965:1, 1025:6, 1025:16
**states** [3] - 927:14, 928:3, 1004:4
**STATES** [2] - 886:1, 886:13
**statistically** [7] - 946:14, 946:15, 947:13, 947:14, 947:24, 951:3, 961:21
**statistics** [1] - 923:14
**stay** [6] - 899:1, 899:17, 902:1,

935:2, 1002:6, 1002:9
**staying** [1] - 897:2
**steal** [1] - 971:21
**Steering** [1] - 1021:4
**STENOGRAPHY** [1] - 887:15
**step** [4] - 910:25, 916:15, 958:4, 986:18
**stick** [2] - 931:18, 998:4
**stick-built** [1] - 931:18
**stiffness** [1] - 1000:4
**still** [11] - 889:10, 905:4, 908:3, 908:23, 937:3, 956:11, 985:10, 985:12, 986:2, 986:4, 999:18
**stipulation** [2] - 938:18, 938:20
**stipulations** [1] - 911:5
**stomach** [2] - 992:20, 1004:12
**stopped** [4] - 896:9, 896:13, 908:8, 910:19
**store** [2] - 897:23, 904:7
**stored** [1] - 954:8
**stores** [1] - 944:15
**storm** [1] - 989:19
**stove** [2] - 893:8, 898:11
**straight** [4] - 902:13, 906:21, 906:25, 907:1
**strategies** [1] - 917:2
**STREET** [2] - 887:5, 887:13
**stresses** [1] - 998:15
**strike** [2] - 940:4, 976:23
**structure** [3] - 979:2, 979:4, 980:24
**strung** [1] - 997:18
**studied** [5] - 950:15, 954:22, 955:3, 955:7, 985:25
**studies** [42] - 915:4, 941:4, 941:8, 941:9, 944:3, 944:5, 944:6, 944:18, 945:8, 948:4, 948:5, 948:14, 948:20, 948:24, 948:25, 949:4, 949:7, 954:14, 958:1,

959:22, 960:19, 960:22, 961:4, 961:6, 961:8, 961:9, 961:11, 961:14, 961:15, 961:19, 961:23, 962:4, 962:18, 962:23, 963:4, 981:24, 982:23, 983:4, 1022:12, 1022:16
**study** [65] - 914:14, 914:18, 914:19, 914:25, 915:1, 923:12, 924:8, 929:11, 929:12, 929:13, 930:5, 930:11, 930:12, 930:17, 930:18, 931:9, 931:21, 931:22, 931:25, 939:24, 941:6, 941:10, 944:8, 944:10, 944:11, 944:13, 944:14, 944:22, 945:6, 945:21, 945:22, 945:24, 947:6, 948:11, 948:12, 948:13, 948:15, 949:4, 949:8, 954:25, 955:2, 955:5, 955:7, 955:8, 960:12, 960:16, 960:24, 960:25, 961:4, 961:18, 962:24, 963:3, 964:21, 971:9, 971:10, 971:17, 982:3, 982:5, 982:7, 983:4, 983:6, 983:8
**studying** [3] - 939:7, 941:19, 981:12
**stuff** [2] - 957:16, 959:12
**stuffy** [2] - 893:25, 894:4
**style** [1] - 984:7
**styles** [1] - 919:17
**subject** [2] - 911:5, 957:22
**subjects** [1] - 961:25
**subsequent** [2] - 955:11, 976:3
**subsequently** [1] - 968:7
**substance** [2] - 954:9, 978:22
**Substances** [2] - 913:6, 918:10
**substantial** [3] -

950:21, 957:10, 960:4
**successful** [1] - 998:2
**sued** [3] - 901:17, 901:25, 902:3
**suffers** [1] - 1018:18
**sufficient** [6] - 963:5, 968:4, 977:9, 979:7, 979:14, 980:1
**suggest** [2] - 920:4, 920:8
**SUITE** [5] - 886:18, 886:21, 886:24, 887:5, 887:10
**sulfur** [2] - 995:5, 995:7
**summary** [2] - 919:6, 919:21
**summer** [3] - 894:15, 922:24, 1005:2
**summertime** [2] - 893:20, 894:13
**Sunday** [2] - 899:3, 899:5
**Sundays** [5] - 898:21, 899:6, 899:7, 899:8, 899:9
**supplied** [1] - 901:24
**support** [10] - 913:19, 913:21, 914:2, 915:20, 957:6, 968:14, 977:10, 979:9, 983:11
**supported** [1] - 963:3
**supportive** [1] - 977:25
**supports** [1] - 949:19
**suppression** [1] - 981:15
**surgical** [1] - 939:12
**suspect** [1] - 943:23
**sustained** [3] - 998:9, 999:2, 1015:9
**sutures** [3] - 1010:7, 1010:13, 1010:15
**swear** [2] - 933:9, 938:6, 987:18
**sweats** [1] - 997:8
**switched** [1] - 1002:15
**sworn** [4] - 932:25, 933:14, 938:11, 987:23
**symptom** [2] - 1018:18, 1023:13
**symptoms** [29] - 901:3, 989:22, 989:24, 990:19, 990:23, 992:4, 997:6, 997:8, 997:14, 999:15,

1001:4, 1001:5, 1002:8, 1003:8, 1003:21, 1004:24, 1011:19, 1011:21, 1011:24, 1012:2, 1012:7, 1012:20, 1013:15, 1014:6, 1014:10, 1014:15, 1014:16, 1014:18, 1014:23
**system** [1] - 981:16
**systems** [2] - 952:25, 953:3


**T**

**Table** [1] - 947:6
**table** [2] - 947:9, 951:13
**tablet** [1] - 1001:15
**tablets** [1] - 995:18
**talkative** [1] - 1011:12
**tearful** [1] - 998:17
**tears** [1] - 999:16
**technical** [5] - 912:25, 913:18, 913:21, 914:2, 915:20
**telephone** [11] - 993:21, 996:18, 996:24, 999:21, 1003:16, 1005:2, 1005:3, 1005:25, 1007:13, 1007:21, 1007:22
**temperature** [4] - 893:23, 894:13, 922:25, 923:1
**temporary** [1] - 922:13
**Temporary** [1] - 918:9
**ten** [13] - 943:6, 943:10, 943:11, 943:18, 950:18, 950:23, 954:24, 954:25, 964:22, 964:25, 988:23
**tend** [1] - 991:4
**term** [7] - 919:23, 920:4, 920:8, 920:19, 922:15, 922:19, 993:13
**terms** [7] - 919:14, 928:21, 941:2, 949:13, 971:17, 971:23
**test** [9] - 917:1, 917:18, 924:4, 924:9, 924:18, 924:25, 988:16, 1000:1, 1017:20

**tested** [4] - 921:23, 926:18, 931:6, 1017:24
**testified** [14] - 894:24, 898:19, 907:5, 933:15, 938:12, 956:23, 968:22, 970:9, 970:11, 974:24, 977:8, 978:15, 987:24, 1014:17
**testify** [6] - 969:5, 969:21, 970:12, 970:14, 977:24, 978:5
**testimonies** [6] - 965:15, 966:2, 966:9, 979:13, 984:13, 986:10
**testimony** [34] - 890:20, 891:19, 894:19, 895:1, 895:14, 895:25, 899:9, 907:12, 911:6, 911:17, 911:20, 920:18, 926:17, 932:12, 933:1, 933:5, 933:9, 935:16, 936:3, 938:6, 967:15, 968:7, 968:9, 969:8, 970:3, 970:22, 976:18, 980:20, 987:15, 987:18, 998:22, 1014:5, 1023:23, 1024:1
**testing** [5] - 917:23, 918:23, 920:5, 920:8, 1002:13
**tests** [2] - 995:21, 1009:7
**Texas** [4] - 890:21, 890:23, 892:3, 965:3
**THE** [62] - 886:12, 889:7, 889:8, 889:17, 889:23, 891:9, 894:9, 895:4, 901:7, 909:8, 909:20, 909:24, 910:13, 910:25, 911:3, 911:8, 911:16, 932:12, 932:17, 932:19, 932:21, 933:8, 933:16, 937:16, 937:19, 937:22, 938:5, 938:9, 938:13, 938:15, 938:20, 942:9, 950:4, 955:17,

955:22, 955:25, 956:3, 956:6, 956:9, 962:10, 972:4, 973:6, 974:3, 977:20, 978:19, 979:19, 983:24, 983:25, 986:13, 986:15, 986:18, 986:25, 987:6, 987:9, 987:12, 987:17, 988:6, 988:8, 1023:25, 1024:4, 1024:6, 1024:9

**thereafter** [1] - 911:12

**therefore** [1] - 938:21

**they've** [1] - 984:3

**third** [4] - 895:17, 919:6, 944:13, 958:8

**THIS** [1] - 886:7

**thoroughly** [2] - 940:17, 951:5

**thoughts** [1] - 999:18

**thousand** [2] - 943:2, 943:3

**threat** [5] - 920:22, 920:25, 921:6, 921:11, 921:13

**three** [31] - 892:2, 899:6, 899:8, 899:24, 900:16, 904:21, 913:19, 944:6, 944:18, 948:23, 949:5, 958:7, 958:9, 959:21, 960:19, 961:14, 961:23, 969:23, 969:24, 969:25, 970:6, 981:24, 982:21, 982:23, 985:3, 986:9, 988:24, 990:5, 996:24, 1020:24

**THREE** [2] - 886:18, 887:9

**throat** [4] - 959:13, 1005:23, 1015:3, 1016:21

**THROUGH** [1] - 888:21

**THURSDAY** [2] - 886:6, 889:3

**thyroid** [1] - 989:8

**Tide** [2] - 900:8, 900:10

**tightness** [1] - 1017:8

**Timber** [1] - 968:17

**tingling** [1] - 1008:17

**tired** [1] - 991:17

**tissues** [1] - 914:20

**title** [3] - 912:12, 913:10, 988:17

**TO** [2] - 886:7, 889:4

**tobacco** [8] - 944:2, 970:9, 970:11, 970:13, 970:16, 983:18, 984:3, 984:7

**today** [7] - 889:9, 936:14, 959:20, 986:22, 986:24, 989:13, 1024:12

**together** [8] - 937:3, 940:13, 957:13, 961:6, 962:17, 962:19, 970:1, 975:5

**toluidine** [1] - 968:25

**toluidines** [1] - 969:16

**took** [6] - 943:2, 966:9, 966:11, 997:25, 1005:20, 1019:5

**top** [1] - 918:11

**total** [2] - 988:23, 1023:6

**towards** [1] - 995:10

**towels** [1] - 926:11

**tox** [4] - 928:23, 928:24, 929:24, 931:5

**toxic** [6] - 978:10, 978:16, 978:22, 979:3, 979:25, 980:17

**Toxic** [2] - 913:6, 918:10

**toxicological** [1] - 914:11

**toxicologist** [4] - 913:25, 914:1, 914:2, 1022:4

**toxicologists** [1] - 957:15

**toxicology** [7] - 912:3, 914:17, 914:18, 923:9, 923:13, 971:12, 976:11

**Toxicology** [2] - 953:4, 953:13

**traffic** [2] - 928:7, 928:12

**trailer** [65] - 892:7, 892:9, 892:12, 893:1, 893:4, 894:1, 894:5, 894:14, 894:21, 894:24, 895:8, 896:2, 896:18, 896:22, 896:24, 896:25, 897:4, 897:7,

897:13, 897:19, 897:21, 898:3, 898:7, 898:9, 898:20, 899:3, 900:24, 901:18, 901:22, 901:24, 902:7, 902:9, 902:17, 903:2, 903:6, 903:9, 903:10, 903:12, 903:15, 903:18, 903:23, 904:9, 904:15, 904:19, 905:25, 906:13, 907:10, 908:4, 908:5, 910:6, 910:23, 926:21, 927:1, 927:6, 931:17, 935:3, 935:7, 935:14, 935:17, 1011:23, 1012:2, 1015:7, 1015:10, 1021:3, 1021:8

**TRAILER** [1] - 886:4

**trailers** [17] - 915:22, 916:8, 916:9, 916:25, 917:4, 917:5, 919:8, 919:9, 919:10, 919:19, 919:20, 919:24, 921:25, 922:3, 923:16, 926:18, 1022:13

**training** [2] - 939:11, 1021:22

**TRANSCRIPT** [2] - 886:12, 887:15

**transcript** [5] - 933:1, 933:5, 933:16, 987:16, 1025:8

**transition** [1] - 990:3

**travel** [2] - 915:22, 931:17

**treat** [5] - 891:21, 891:25, 989:21, 989:22, 1014:9

**treated** [16] - 890:6, 890:9, 890:14, 890:17, 891:20, 892:2, 993:6, 997:20, 1005:10, 1007:8, 1008:15, 1010:4, 1011:23, 1012:13, 1012:25, 1014:7

**treating** [5] - 897:12, 986:21, 990:11, 1006:14, 1013:13

**treatment** [18] -

890:23, 909:4, 989:18, 990:6, 990:25, 991:2, 995:23, 1001:6, 1003:1, 1004:13, 1006:12, 1010:19, 1011:11, 1011:15, 1014:25, 1015:5, 1018:24, 1020:3

**treats** [1] - 1022:25

**TRIAL** [1] - 886:12

**trial** [1] - 966:2

**tried** [1] - 1014:11

**triggered** [1] - 1002:2

**Tropical** [3] - 912:4, 914:9, 923:8

**trouble** [3] - 890:11, 991:13, 998:14

**true** [19] - 896:21, 897:6, 898:15, 920:16, 946:24, 952:7, 953:22, 953:25, 957:19, 959:3, 968:24, 970:4, 974:15, 977:11, 978:7, 1016:4, 1016:7, 1018:1, 1025:7

**truly** [1] - 902:18

**trumps** [1] - 949:4

**trust** [1] - 1009:9

**truth** [10] - 933:10, 933:11, 938:7, 938:8, 987:19, 987:20, 1015:22

**Truxillo** [3] - 987:7, 987:9, 988:1

**TRUXILLO** [1] - 987:21

**try** [9] - 938:4, 953:18, 953:24, 990:20, 998:1, 998:4, 1012:4, 1014:14, 1014:20

**trying** [3] - 919:14, 981:22, 1014:22

**Tulane** [3] - 912:4, 914:8, 923:7

**two** [21] - 891:14, 895:16, 899:6, 899:7, 917:2, 917:12, 917:13, 917:23, 927:5, 945:1, 945:8, 946:4, 951:17, 951:20, 951:21, 951:22, 952:1, 969:5, 985:11, 990:5, 1019:9

**TX** [3] - 886:19,

886:22, 886:25

**Tylenol** [1] - 994:1

**type** [12] - 924:8, 927:6, 992:4, 1001:16, 1002:1, 1002:2, 1003:8, 1008:5, 1014:16, 1022:21, 1023:9, 1023:11

**types** [2] - 926:13, 1001:14

**typically** [2] - 913:8, 985:17

**U**

**U.S** [3] - 960:20, 981:25, 982:7

**U.S.A** [1] - 963:3

**ultimately** [2] - 923:19, 924:9

**unaware** [1] - 964:17

**uncomfortable** [1] - 996:11

**uncommon** [1] - 994:3

**uncover** [1] - 1014:15

**under** [6] - 889:10, 920:11, 924:2, 939:20, 956:11, 1020:19

**underclothes** [1] - 900:6

**undergo** [1] - 980:14

**understood** [3] - 899:9, 907:12, 926:17

**unexpected** [1] - 952:5

**unexposed** [5] - 942:13, 942:19, 943:3, 943:8, 943:15

**unit** [1] - 923:4

**United** [11] - 944:11, 944:13, 944:21, 945:3, 953:5, 957:9, 959:25, 962:25, 965:1, 1025:6, 1025:16

**UNITED** [2] - 886:1, 886:13

**units** [7] - 918:24, 921:19, 921:22, 922:7, 922:19, 922:21, 932:7

**Units** [1] - 918:9

**universities** [1] - 1022:17

**University** [8] - 912:2, 912:4, 914:8, 923:8,

934:21, 934:23, 939:10, 1022:18
**unknown** [1] - 985:23
**unless** [2] - 1001:9, 1014:12
**unobserved** [1] - 942:17
**unoccupied** [5] - 916:25, 917:3, 917:5, 926:18, 930:6
**unpaid** [1] - 974:20
**unrecognized** [1] - 962:25
**unregulated** [1] - 980:14
**unusual** [2] - 1014:13, 1018:2
**up** [49] - 889:11, 896:9, 896:13, 902:22, 902:25, 904:22, 904:23, 908:8, 910:9, 910:19, 911:9, 916:3, 917:17, 923:18, 928:8, 930:2, 932:21, 935:5, 938:2, 941:9, 943:21, 944:15, 944:17, 948:10, 951:14, 955:6, 955:20, 959:21, 961:10, 961:14, 963:18, 965:14, 965:18, 965:20, 973:17, 983:2, 983:7, 987:9, 992:19, 1000:14, 1002:6, 1004:3, 1005:15, 1006:10, 1006:24, 1007:11, 1010:6, 1020:14
**upper** [6] - 1001:1, 1001:11, 1001:20, 1002:18, 1004:10, 1010:8
**urban** [3] - 927:17, 928:7, 928:12
**useful** [1] - 920:5
**uses** [1] - 927:4
**USL** [1] - 934:21

## V

**value** [2] - 946:24, 947:2
**values** [1] - 946:22
**variables** [4] - 919:10, 922:22, 922:23, 927:9

**variation** [2] - 946:19, 948:22
**variations** [1] - 995:6
**varies** [1] - 955:3
**variety** [2] - 914:15, 989:21
**various** [3] - 979:13, 990:16, 1022:16
**vary** [1] - 927:18
**vegetables** [2] - 974:6, 1008:9
**vent** [4] - 898:11, 898:12, 898:13, 917:15
**ventilate** [1] - 932:7
**ventilated** [2] - 931:11, 931:12
**ventilating** [1] - 931:9
**ventilation** [17] - 917:2, 917:13, 917:24, 917:25, 920:12, 920:23, 921:4, 921:14, 921:16, 921:17, 923:2, 930:19, 930:20, 931:10, 932:6
**vents** [1] - 917:16
**Vermont** [1] - 939:10
**verses** [1] - 968:17
**versus** [5] - 930:20, 941:20, 965:24, 967:2, 971:25
**victims** [1] - 921:23
**Victoria** [1] - 939:13
**video** [3] - 932:25, 986:22, 987:1
**videotape** [1] - 933:2
**videotaped** [3] - 911:17, 911:22, 932:11
**VIDEOTAPED** [1] - 888:8
**view** [1] - 953:21
**vigilant** [2] - 990:17, 1011:10
**virtual** [1] - 974:14
**visibly** [1] - 999:16
**visit** [44] - 892:22, 897:19, 899:13, 899:14, 956:22, 961:17, 967:2, 991:6, 991:9, 991:14, 991:15, 991:24, 992:11, 992:21, 993:15, 994:6, 994:14, 994:20, 996:5, 996:15, 996:24, 998:7, 998:10,

998:16, 999:21, 1000:2, 1000:8, 1000:18, 1001:7, 1002:9, 1003:4, 1003:24, 1004:4, 1004:17, 1005:10, 1006:6, 1007:15, 1008:14, 1008:18, 1008:19, 1009:20, 1010:22, 1011:7, 1020:6
**visited** [1] - 963:10
**visualize** [1] - 944:18
**vitae** [1] - 970:23
**vividly** [1] - 998:16
**voice** [1] - 992:8
**vote** [9] - 958:2, 958:10, 958:12, 958:14, 958:16, 958:23, 959:5, 964:8, 970:2

## W

**walk** [1] - 892:25
**walked** [1] - 902:11
**Wallingford** [1] - 965:5
**warm** [1] - 1007:3
**warning** [1] - 900:21
**WAS** [3] - 888:20, 888:22, 888:23
**washed** [1] - 908:17
**washing** [2] - 900:5, 925:18
**water** [1] - 905:7
**WATTS** [31] - 886:17, 886:17, 889:18, 891:14, 909:19, 910:1, 910:3, 910:17, 910:24, 911:2, 950:3, 956:12, 956:14, 962:13, 965:19, 965:23, 972:3, 972:6, 973:5, 973:8, 974:2, 974:5, 977:18, 977:22, 978:18, 978:21, 979:18, 986:9, 987:5, 988:7, 1024:5
**Watts** [10] - 889:16, 956:10, 962:8, 965:24, 966:1, 977:15, 981:21, 983:3, 983:11, 983:14
**Watts'** [1] - 979:24
**WATTS** ..................

[1] - 888:7
**WATTS** ..................
  .. [1] - 888:12
**ways** [1] - 929:22
**weather** [1] - 922:24
**week** [9] - 895:16, 895:17, 897:19, 900:16, 917:9, 970:19, 1010:22, 1012:13, 1012:18
**weekend** [1] - 1019:14
**weeks** [1] - 916:18
**weight** [1] - 997:8
**WEINSTOCK** [23] - 887:7, 887:8, 937:20, 938:4, 938:17, 938:24, 939:2, 942:8, 942:11, 950:6, 955:16, 965:21, 977:17, 979:21, 979:23, 981:7, 981:9, 983:18, 983:21, 983:23, 984:6, 986:7, 986:14
**Weinstock** [2] - 964:21, 983:6
**Weinstock's** [1] - 983:11
**WEINSTOCK** ............
  .... [1] - 888:13
**WEINSTOCK** ............
  ...... [1] - 888:11
**well-known** [1] - 943:17
**WERE** [1] - 888:21
**West** [1] - 988:22
**whatsoever** [1] - 985:22
**whereas** [1] - 953:13
**WHEREUPON** [14] - 889:19, 909:21, 911:21, 932:10, 933:23, 937:17, 955:23, 956:4, 956:7, 986:16, 987:25, 988:9, 1024:7, 1024:17
**white** [2] - 900:5, 900:6
**WHO** [1] - 957:8
**whole** [5] - 921:5, 933:10, 938:7, 987:19, 1013:22
**wide** [1] - 972:24
**widely** [1] - 972:24
**width** [1] - 974:12
**window** [5] - 893:8, 906:7, 906:9, 930:20
**windows** [9] - 893:6,

903:23, 903:24, 906:6, 907:2, 917:16, 930:23, 932:6, 932:7
**wish** [1] - 946:11
**witness** [11] - 911:13, 932:25, 933:14, 937:19, 938:11, 950:4, 955:16, 955:25, 974:19, 986:20, 987:23
**WITNESS** [3] - 938:9, 938:15, 983:25
**witness's** [1] - 933:1
**witnesses** [3] - 911:12, 956:16
**wood** [4] - 893:10, 928:17, 928:21, 929:23
**wood-based** [1] - 928:17
**wooden** [2] - 893:14, 893:17
**woozy** [1] - 992:17
**word** [1] - 952:20
**words** [5] - 933:4, 945:19, 992:17, 998:11, 998:15
**workers** [8] - 944:14, 960:13, 960:20, 962:24, 963:3, 981:25, 982:4
**works** [1] - 957:3
**workshop** [5] - 950:9, 957:1, 957:11, 958:23, 976:3
**World** [2] - 940:8, 957:6
**world** [2] - 940:17, 961:2
**world's** [3] - 957:22, 958:1, 975:6
**worried** [1] - 999:18
**worse** [4] - 897:7, 897:9, 897:11, 1001:7
**worsening** [1] - 1009:8
**Wright** [3] - 916:2, 917:19, 923:23
**write** [6] - 971:11, 971:13, 971:15, 975:8, 981:7, 1012:4
**writing** [2] - 977:12, 979:24
**written** [3] - 922:6, 939:16, 955:13
**wrote** [1] - 939:24

## Y

**y'all** [1] - 906:10
**year** [9] - 891:20, 928:25, 931:23, 932:4, 934:25, 940:10, 1003:13, 1019:5, 1019:6
**years** [43] - 890:7, 890:18, 899:20, 908:25, 913:13, 913:15, 913:19, 930:1, 936:6, 939:8, 940:11, 954:21, 954:22, 955:3, 955:6, 955:14, 965:15, 966:3, 969:5, 983:7, 988:23, 988:24, 990:3, 990:16, 993:6, 1001:6, 1004:14, 1004:25, 1015:3, 1015:14, 1015:16, 1015:19, 1015:22, 1016:1, 1016:4, 1016:7, 1016:10, 1016:13, 1016:23, 1018:6, 1018:9, 1019:9, 1023:4
**yellow** [1] - 997:9
**yesterday** [3] - 894:24, 907:5, 980:20
**young** [2] - 933:3, 974:21
**YOUNT** [12] - 887:3, 887:4, 911:5, 911:15, 956:1, 986:20, 987:3, 987:7, 987:11, 988:3, 1023:21, 1024:1
**Yount** [4] - 911:4, 932:13, 987:13, 988:2
**yourself** [4] - 898:15, 934:5, 1021:18, 1024:15

## Z

**zero** [2] - 951:20, 951:22
**ZINN** [1] - 928:21
**ZWAIN** [1] - 887:7
**Zyrtec** [3] - 994:2, 995:18, 1001:14