AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| John Tart, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:10cv344 H50-JMR |
| Recreation By Design, LLC, et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USA-through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 8-3-10

*Signature of Clerk or Deputy Clerk*

USPS - Track & Confirm



Page 1 of 1

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 8045**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 9:09 am on September 15, 2010 in WASHINGTON, DC 20472.

**Detailed Results:**
- Delivered, September 15, 2010, 9:09 am, WASHINGTON, DC 20472
- Arrival at Unit, September 15, 2010, 6:20 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | 7179 1000 1645 0015 8045 |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 0.00 |
|  | 7.17 |

Sent To: Federal Emergency Mgmt Agcy (FEMA)
Craig Fugate, Director
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

PS Form 3800, August 2006          See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          11/5/2010