AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Ken Stumpf, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10cv366 HSO-JMR |
| TL Industries, Inc., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USA through Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 8-2-10

*Signature of Clerk or Deputy Clerk*





Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0015 7963**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:26 am on September 14, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.
Go >

Detailed Results:
- Delivered, September 14, 2010, 11:26 am, WASHINGTON, DC 20472
- Arrival at Unit, September 14, 2010, 10:10 am, WASHINGTON, DC 20022

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    11/5/2010