AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| Bobby Wesley, et al. | ) | |
| | ) | |
| _Plaintiff_ | ) | |
| | ) | Civil Action No. 1:10 cv 368 HSO · JMR |
| v. | ) | |
| CH2M Hill Constructors, Inc., et al. | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USA Through
Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN

CLERK OF COURT

Date: 7/30/10

_Signature of Clerk or Deputy Clerk_





UNITED STATES
POSTAL SERVICE®

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 3254**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:07 am on October 04, 2010 in WASHINGTON, DC 20472.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:

• **Delivered, October 04, 2010, 8:07 am, WASHINGTON, DC 20472**
• **Notice Left, October 03, 2010, 1:45 pm, WASHINGTON, DC 20472**
• **Arrival at Unit, October 03, 2010, 1:11 pm, WASHINGTON, DC 20022**

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | 7191000164500163254 | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

| | 7.17 |
|---|---|
| Sent To | Federal Emergency Mgmt Agcy (FEMA) |
| Street, Apt. No.; or PO Box No. | Craig Fugate, Director 500 C Street S.W. |
| City, State, Zip+4 | Washington, DC 20472 |

PS Form 3800, August 2006        See Reverse for Instructions

Code2: Wesley v. CH2M Hill, SDMS 10-368