UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |

<u>THIS DOCUMENT RELATES TO:</u>
*Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, EDLA 09-7985
*Gadwaw, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 09-7941
*Borne, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 09-3729
*Albarado, et al. v. Keystone RV Company, et al.*,
MDL 1873, EDLA 10-512
*Geissler, et al. v. River Birch Homes, Inc., et al.*,
MDL 1873, MDLA 09-503, EDLA 09-6152
*Blanchard, et al. v. Pilgrim International, Inc., et al.*,
MDL 1873, MDLA 09-502, EDLA 09-5980

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaints for Damages is **GRANTED**.

11/4/10

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE