AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| HENRY GURLEY, ET AL <br><br> *Plaintiff* <br> v. <br> LAKESIDE PARK HOMES, INC., ET AL <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 10-2378 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAKESIDE PARK HOMES, INC.
through its agent for service of process

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Sep 30 2010

$07.170
10/06/2010
Mailed From 70163
US POSTAGE

Hasler



Justin I.
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

CERTIFIED MAIL™

7179 1000 1645 0016 4282

LAKESIDE PARK HOMES, INC. through
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

LAW OFFICES
# GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

October 5, 2010

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Lakeside Park Homes, Inc.
through its agent for service of process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

Re: In Re: FEMA Trailer Formaldehyde
Product Liability Litigation
MDL No. 1873, Section "N-5", EDLA

Dear Mr. Jarvis:

In accordance with the pertinent Federal Rule, I enclose herewith a certified copy of the Complaint filed in the United States District Court for the Eastern District of Louisiana as well as a summons from the Clerk of Court. Pursuant to the summons issued by the Court, you must comply with plaintiffs' demand or file an answer to this lawsuit within the delays set forth by this court.

Sincerely,

Justin I. Woods/cd
Justin I. Woods

JIW/cd

Enclosures: GURLEY V. LAKESIDE PARK, EDLA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | £7910001645001642B2 | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |
| Sent To | 7.17 LAKESIDE PARK HOMES, INC. through | |
| Street, Apt. No.; or PO Box No. | Ben C. Jarvis 70 Peachstate Drive | |
| City, State, Zip+4 | Adel, GA 31620 | |