AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| JOSEPH WHEELER, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2377 |
| LAKESIDE PARK HOMES, INC., ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lakeside Park Homes, Inc.
through its agent for service of process

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 30 2010

B. Gregory
Deputy clerk's signature

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163





☒ MOVED LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
☐ ATTEMPTED-NOT KNOWN
☐ UNCLAIMED
☐ NO SUCH ☐ REFUSED
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ BOX CLOSED NO ORDER

Ben C. Jarvis
Lakeside Park Homes, Inc.
70 Peachstate Dr.
Adel, GA 31620

7179 1000 1645 0016 5074

CERTIFIED MAIL™





Hasler
$07.
US POST

LAW OFFICES
# GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

October 7, 2010

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Lakeside Park Homes, Inc.
through its agent for service of process
Ben C. Jarvis
70 Peach State Drive
Adel, GA 31620

Re:   In Re: FEMA Trailer Formaldehyde
      Product Liability Litigation
      MDL No. 1873, Section "N-5", EDLA

Dear Mr. Jarvis:

In accordance with the pertinent Federal Rule, I enclose herewith a certified copy of the Complaint filed in the United States District Court for the Eastern District of Louisiana as well as a summons from the Clerk of Court. Pursuant to the summons issued by the Court, you must comply with plaintiffs' demand or file an answer to this lawsuit within the delays set forth by this court.

Sincerely,

Justin I. Woods/cd

JIW/cd

Enclosures:   WHEELER V. LAKESIDE PARK, EDLA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7191000164500165074

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

Sent To: 7.17
Ben C. Jarvis
Street, Apt. No.; or PO Box No.: Lakeside Park Homes, Inc.
City, State, Zip+4: 70 Peachstate Dr.
Adel, GA 31620