UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                 MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

THIS DOCUMENT RELATED TO       SECTION "N" (5)
Sheila M. Spiers, et al
Member Case No. 2:10-cv-04125

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** Motion to Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that attorney Larry G. Canada of the Law Firm Galloway, Johnson, Tompkins, Burr & Smith be removed as counsel of record for defendant, SunnyBrook RV, Inc., and that attorneys Cynthia J. Thomas and Mark E. Seamster of the Law Firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as counsel of record for SunnyBrook RV, Inc.

**NEW ORLEANS, LOUISIANA,** this 5th day of November 2010.

_____
JUDGE