UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                  **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**       **SECTION "N-5"**

                                                           **JUDGE ENGELHARDT**
                                                           **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Clark, et al v. Forest River, Inc., et al,*
**E.D. La. Case No. 09-2890**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

       Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint,

       IT IS ORDERED that the Plaintiffs' Motion to Withdraw their Fourth Supplemental and Amending Complaint (Doc. 16908) is hereby Granted.

       THIS DONE the  5th  day of  November , 2010, New Orleans, Louisiana.

                                               _____
                                               HONORABLE KURT ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                         s/Justin I. Woods
                                                         JUSTIN I. WOODS, # 24713