UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Melissa Sommerville, et al v Gulf Stream Coach, Inc., et al.,*
*Case No. 10-4119*

---

### MOTION TO REMAND

---

COMES NOW the Plaintiff, through undersigned counsel, and moves this Court to remand this civil action to the Circuit Court of Harrison County, Mississippi, based upon the following:

### FACTS

1. Plaintiff Melissa Sommerville, on behalf of her minor child, CR, filed her original Complaint for Damages on June 1, 2010. (See Exhibit "A")

2. Plaintiff served each of the Defendants with the Complaint as follows: Plaintiffss served Defendant Gulf Stream on August 6, 2010. (See Certified Mail Return Receipt, attached as Exhibit "B"); and Plaintiff served Defendant CH2M Hill on August 19, 2010. (See Proof of Service, attached as Exhibit "C").

3. Defendant Gulf Stream filed its Notice of Removal on August 25, 2010 (Rec Doc. 1). Defendant CH2M Hill joined the Notice of Removal on September 8, 2010 (Rec. Doc. 5).

4.      The Notice of Removal seeks to establish this Court's jurisdiction by claiming the existence of diversity jurisdiction either under 28 U.S.C. § 1332 or under § 1332 as amended by the Class Action Fairness Act; and by claiming the application of the Federal Officer Removal Statute as set forth in 28 U.S.C. § 1442.   The Plaintiff herein seeks remand.

5.      The Defendant's Notice of Removal is procedurally defective inasmuch as Defendants Bechtel did not join the Notice of Removal within thirty days of service upon the first defendant.[1]

6.      For this reason, and as more fully described in the accompanying memorandum of authority, remand is warranted.

7.      In further support therefore the Plaintiff submits:

   (a)   The Plaintiff's Memorandum of the Authorities in Support of Its Motion to Remand;

   (b)   Exhibit "A" - The Plaintiff's Original Complaint;

   (c)   Exhibit "B" - Defendant Gulf Stream's Certified Mail Return Receipt;

   (d)   Exhibit "C" - Defendant CH2M Hill's Certified Mail Return Receipt;

   (e)   Exhibit "D" - FEMA Model Travel Trailer Procurement Specifications dated August 12, 2004.

WHEREFORE PREMISES CONSIDERED the Plaintiff respectfully moves this Court to Remand this matter to the Circuit Court of Harrison County, assessing all costs and fees against

---

[1] The Southern District of Mississippi and Fifth Circuit Court of Appeals recognize that, "each defendant who has been served must at least communicate its consent to the court no later than thirty days from the day on which the first defendant was served." *Smith v. Union Nat. Life Ins. Co.,* 187 F.Supp.2d 635 (S.D. Miss. 2001)(citing *Getty Oil Corporation v. Insurance Company of North America*, 841 F.2d 1254, 1262-63 (5th Cir.1988)).

the Defendants.

      RESPECTFULLY SUBMITTED this the  5th  day of November, 2010.

                              **MELISSA SOMMERVILLE, on behalf of Her Minor Child, CR**

                              By:  *s / Edward Gibson*
                                    EDWARD GIBSON, ESQ.

**OF COUNSEL:**
John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        *s/ Edward Gibson*
                                        Edward Gibson, Esq.