**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.5[0] |
| Certified Fee | 2.8[0] |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.60 |

Postmark Here — BAY SAINT LOUIS MS — AUG 03 2010

Sent To: Gulf Stream Coach through Kenneth Brinker
Street, Apt. No.; or PO Box No.: 503 South Oakland
City, State, ZIP+4: Nappanee, IN 46550

PS Form 3800, August 2006

7010 0290 0002 2008 3651

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gulf Stream Coach, Inc
through its Agent for Service
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2008 3651

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT "B"