## PROOF OF SERVICE - SUMMONS and COMPLAINT

TO:   Madison Services, Inc.
       Mayes, et al v Madison Services, Inc., et al
       Civil Action No. 2010-0513P, Circuit Court of Pear River County

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below: *(Process Server must check proper space and provide all additional information that is requested and pertinent to the mode of service used.)*

____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

__X__ **PERSONAL SERVICE:** I personally delivered copies of the Complaint and Summons to **Madison Services, Inc., through its agent Corporation Service Company**, on the _19TH_ day of _August_, 2010, at approximately _10:25_ a.m. where I found said person(s) in _Hinds_ County of the State of Mississippi.

____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within ____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 2010, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ____ day of _____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:**         FEE FOR SERVICE $ _25.00_

NAME: _John Conway_

SOCIAL SECURITY NO. _425 29 7284_

ADDRESS _4426 Hickory Ridge Rd Jackson MS 39211_

TELEPHONE NO. _601 622 5587_

State of _MSS_

County of _Hinds_

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _John Conway_ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

SWORN TO AND SUBSCRIBED before me, this the _19th_ day of _August_, 2010.

[Notary Seal: STATE OF MISS, NOTARY PUBLIC, ID # 95586, DEANA E. ROBB, Commission Expires March 23, 2014, HINDS COUNTY]

_Deana Robb_
Notary Public

My Commission Expires:
_March 23, 2014_

EXHIBIT "B"