UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Catherine Mayes, et al v Madison Services, Inc., et al.,*
*Case No. 10-4128*

___

## MOTION TO REMAND
___

COME NOW the Plaintiffs, through undersigned counsel, and move this Court to remand this civil action to the Circuit Court of Pearl River County, Mississippi, based upon the following:

### FACTS

1. Plaintiffs Catherine and James Mayes filed their original Complaint for Damages on June 1, 2010. Exhibit "A". Defendant Madison Services was served August 19, 2010. Exhibit "B".

2. Following the Perfection of Service, Defendant Madison Services filed its Notice of Removal on September 17, 2010 (Rec Doc. 1).

3. Defendant Madison Services is incorporated in the state of Mississippi and its principal place of business is likewise located in the state of Mississippi. Exhibit "A".

4. Defendant Madison Service's Notice of Removal seeks to establish this Court's jurisdiction by claiming the existence of diversity jurisdiction under § 1332 as amended by the

Class Action Fairness Act and by claiming the application of the Federal Officer Removal Statute as set forth in 28 U.S.C. § 1442.

5. Plaintiffs seek remand on the basis of the lack of jurisdiction. The Plaintiffs will show the substantive grounds for granting remand based upon the inapplicability of CAFA (the Class Action Fairness Act) to the Plaintiffs' household and the failure to satisfy the requirements necessary to invoke the Federal Officer Removal Statute. For these reasons, and as more fully described in the accompanying memorandum of authority, remand is warranted.

6. In further support thereof the Plaintiffs submit:

(a) The Plaintiffs' Memorandum of the Authorities in Support of Its Motion to Remand;

(b) Exhibit "A" - The Plaintiffs' Original Complaint for Damages; and

(c) Exhibit "B" - Defendant Madison Service's Proof of Service.

WHEREFORE PREMISES CONSIDERED the Plaintiffs respectfully move this Court to Remand this matter to the Circuit Court of Pearl River County, assessing all costs and fees against the Defendants.

RESPECTFULLY SUBMITTED this the 5th day of November, 2010.

**CATHERINE MAYES AND JAMES MAYES**

By: *s / Edward Gibson*
    EDWARD GIBSON, ESQ.

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          *s /Edward Gibson*
          EDWARD GIBSON, ESQ.