## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION                                   SECTION N(5)

                                                       JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:                              MAGISTRATE CHASEZ
*Catherine Mayes, et al v Madison Services, Inc., et al.,*
*Case No. 10-4128*

---

### NOTICE OF HEARING

---

PLEASE TAKE NOTICE that Plaintiffs will bring forth their **Motion to Remand** to be

heard on the **15th day of December, 2010** at **9:30 A.M.** before the Honorable Kurt D. Engelhardt at

the United States District Court of the Eastern District of Louisiana, in the city of New Orleans.

Respectfully submitted this 8th day of November, 2010,

                                     **Catherine Mayes and James Mayes**


                              By:    *s / Edward Gibson*
                                     Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
egibson@hsglawfirm.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2010 I caused to be filed the foregoing Notice of Hearing with the Clerk of Court via the Electronic Court Filing system which will forward a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that there are no known non-CM/ECF participants.


                                        *s / Edward Gibson*
                                        EDWARD GIBSON