

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .80 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.51 |

Postmark Here — BAY SAINT LOUIS MS — AUG 03 2010 — 39520

Sent To: GulfStream Coach through Kenneth Brinker
Street, Apt. No.; or PO Box No.: 503 South Oakland
City, State, ZIP+4: Nappannee, IN 46550

PS Form 3800, August 2006   See Reverse for Instructions

7008 1300 0001 3974 7000

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GulfStream Coach, Inc.
through its Agent for Service
Kenneth C. Brinker
503 South Oakland
Nappannee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1300 0001 3974 7000

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT "B"