**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.41 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.51 |

Sent To: Superior Homes through James C Roby
Street, Apt. No.; or PO Box No.: P.O. Box 1600
City, State, ZIP+4: Watertown, SD 57201-6600

Article Number: 7010 0290 0002 2007 6011

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Homes, LLC
through its Agent for Service
James C. Roby
P.O. Box 1600
Watertown, SD 57201-6600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary Jet ☐ Agent ☐ Addressee

B. Received by (Printed Name): Mary Lentz
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

WATERTOWN SD AUG 6 2010 57201

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2007 6011

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT "C"