**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $7.25 |

Sent To: Dutchmen Manufacturing David Thomas
Street, Apt. No.; or PO Box No.: 2164 Caragana St
City, State, ZIP+4: Goshen, IN 46526

PS Form 3800, August 2006    See Reverse for Instructions

Article Number: 7010 0290 0002 2007 6028

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dutchmen Manufacturing
through its Agent
David Thomas
2164 Caragana St
Goshen, IN 46526

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Robert Allison    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Robert Allison
C. Date of Delivery: 8-12-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2007 6028

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT "D"