OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: November 8, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

IRMA MILLER, ET AL V.
SUN VALLEY, INC., ET AL
CASE NO. 09-5658

Dear Sir:

    Please **issue** summons on the **Second Amended Complaint** to the following:

1. Colony National Insurance Company, through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

2. Westchester Surplus Lines Insurance Company, through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, LA 70809.

3. Sun Valley, Inc., through its registered agent, Dan Morrison, 120 W. Lexington Avenue, Elkhart, IN 46516.

4. CH2M Hill Constructors, Inc., through its counsel of record, Gerardo Barrios, Donelson Baker, 3 Sanctuary Blvd., Suite 201, Mandeville, LA 70471.

    Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff