**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

In Re: FEMA TRAILER                                             MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**
                                                       SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Kevin Stephen Menard, et al. v. Alliance Homes, Inc.*
*d/b/a Adrian Homes,* MDL 1873, MDAL 09-743, EDLA 09-6494

---

UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

---

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned

matter who respectfully move this Court to dismiss all of the claims asserted in the above-captioned

case against SUPERIOR HOMES, LLC.

WHEREFORE, plaintiffs pray that this Court dismiss all of the claims asserted in the above-

captioned case against SUPERIOR HOMES, LLC, without prejudice and with each party to bear

their own costs.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:          /s/ Roberta L. Burns
             SIDNEY D. TORRES, III, La. Bar No. 12869
             ROBERTA L. BURNS, La. Bar No. 14945
             DAVID C. JARRELL, La. Bar No. 30907
             8301 West Judge Perez Drive, Suite 303
             Chalmette, LA 70043
             Telephone: (504) 271-8421
             Facsimile: (504) 271-1961
             ***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this **8th** day of November, 2010, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____s/ Roberta L. Burns_____
ROBERTA L. BURNS
