UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Kevin Stephen Menard, et al. v. Alliance Homes, Inc. d/b/a Adrian Homes,* MDL 1873, MDAL 09-743, EDLA 09-6494

O R D E R

Considering the foregoing Unopposed Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims asserted herein against SUPERIOR HOMES, LLC are hereby dismissed without prejudice with each party to bear their own costs.

Signed this _____ day of November, 2010, in New Orleans, Louisiana.

                                                               _____
                                                                           J U D G E