## PROOF OF SERVICE - SUMMONS and COMPLAINT

TO: Madison Services, Inc.
Hammons, et al v Vanguard Industries of Michigan a/k/a Palomino RV, et al
Civil Action No. CI2010-0186-R, Circuit Court of Madison County

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below: *(Process Server must check proper space and provide all additional information that is requested and pertinent to the mode of service used.)*

____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

__X__ **PERSONAL SERVICE:** I personally delivered copies of the Complaint and Summons to Madison Services, Inc., through agent Corporation Service Company, on the __8th__ day of __September__ 2010, at approximately __9:40a__ m. where I found said person(s) in __Hinds__ County of the State of Mississippi.

____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within ____ County, Mississippi. I served the Summons and Complaint on the ____ day of ____, 2010, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with ____, who is the ____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ____ day of ____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:**     FEE FOR SERVICE $ __0__

NAME: Deana Robb
SOCIAL SECURITY NO. 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
ADDRESS 628 N. State Street Jackson, Ms 39202
TELEPHONE NO. 601-969-9692

State of Mississippi
County of Hinds

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __Deana Robb__ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

__Deana Robb__
PROCESS SERVER (Signature)

SWORN TO AND SUBSCRIBED before me, this the __8th__ day of __September__ 2010.

__Bridget N. Allen__
Notary Public

My Commission Expires:
September 11, 2011

[Notary Seal: Bridget N. Allen, State of Mississippi, Notary Public ID# 71085, Commission Expires September 11, 2011, Hinds County]

EXHIBIT "C"