PROOF OF SERVICE - SUMMONS and COMPLAINT

TO: Vanguard Industries of Michigan a/k/a Palomino RV
Hammons, et al v Vanguard Industries of Michigan a/k/a Palomino RV, et al
Civil Action No. CI2010-0186-R, Circuit Court of Madison County

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below: *(Process Server must check proper space and provide all additional information that is requested and pertinent to the mode of service used.)*

\_\_\_\_ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

\_\_\_\_ **PERSONAL SERVICE:** I personally delivered copies of the Complaint and Summons to **Vanguard Industries of Michigan, Inc., through its Agent Scott A. Day**, on the \_\_\_\_ day of _____, **2010**, at approximately _____ m. where I found said person(s) in _____ County of the State of Mississippi.

\_\_\_\_ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the \_\_\_\_ day of _____, 2010, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the \_\_\_ day of _____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

**X** **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:**       FEE FOR SERVICE $ 0

NAME: Bridget N. Allen
SOCIAL SECURITY NO. 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
ADDRESS 628 N. State St., Jackson, MS 39202
TELEPHONE NO. (601) 969-9692

State of Mississippi
County of Hinds

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Bridget N. Allen who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

Bridget N. Allen
PROCESS SERVER (Signature)

SWORN TO AND SUBSCRIBED before me this the 13th day of Sept, 2010.

DEANA E. ROBB
Commission Expires
March 23, 2014
Notary Public

My Commission Expires:
March 23, 2014

EXHIBIT "D"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Rose Mary Yoder  ☐ Agent  ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery<br>Rose Mary Yoder |
| 1. Article Addressed to:<br>Vanguard Industries of Michigan, Inc. (aka Palomino RV) Through its Registered Agent for Service of Process (or wherever it may be found)<br>Scott A. Day<br>31450 M-86<br>West Colon, MI 49040 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7008 1830 0000 5405 5002 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1 | |


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 1830 0000 5405 5002**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 2:42 pm on September 07, 2010 in COLON, MI 49040.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:
- **Delivered, September 07, 2010, 2:42 pm, COLON, MI 49040**
- **Arrival at Unit, September 07, 2010, 8:19 am, COLON, MI 49040**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/22/2010