UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                         MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                                       SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Hood, et al. v. Sunline Acquisition Company, et al.*,
**MDL 1873, SDMS 09-516, EDLA 09-6892**
*Eric Forsythe, Jr., o/b/o the minor, E.F., et al. v. Sun Valley, Inc., et al.*,
**MDL 1873, EDLA, 09-8411**
*Charlene Johnston, et al. v. Timberland RV Company, et al.*,
**MDL 1873, C.A. 10-778**
*Jose Alvarez, et al. v. TL Industries, Inc., et al.*,
**MDL 1873, EDLA 09-3720**
*Catherine and Raymond Tircuit, et al. v. Vanguard Industries, et al.*,
**MDL 1873, WDLA, 09-1285, EDLA 09-6871**
*Kristy Lynn Braud, et al. v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3827**
*Julius Cummins, et al. v. Frontier RV, Inc., et al.*,
**MDL 1873, EDLA 09-7959**
*Angeline Vaccarella, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4663**
*Sidney Sigur, et al. v. Gulf Stream Coach, Inc., et al.*
**MDL 1873, WDLA 09-1278, EDLA 10-556**

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A," who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A" and listed in the caption for this Motion. Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now

have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

By:        s/ Roberta L. Burns
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 West Judge Perez Drive, Suite 303
    Chalmette, LA 70043
    Telephone: (504) 271-8421
    Facsimile: (504) 271-1961
    **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the **8th** day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/ Roberta L. Burns
    ROBERTA L. BURNS