THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Hood, et al. v. Sunline Acquisition Company, et al.*

## SDMS 09-516 EDLA 09-6891

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Kolby Sean Hood | 10-3840 | Hood v. Sunline Acquisition Company, et al |
| (2) | Tanya Topey, o/b/o C.T | 10-3840 | Hood v. Sunline Acquisition Company, et al |
| (3) | Donald Glen Topey | 10-3852 | Topey v. Sunline, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Eric Forsythe Jr., o/b/o the minor E.F., et al. v. Sun Valley Inc., et al.*

EDLA 09-8411

|   | Name | Severed Case No. | Severed Case Caption |
|---|------|------------------|----------------------|
| (1) | Eric Forsythe Jr., o/b/o E.F | 10-3833 | Forsythe v. Sun Valley, et al |
| (2) | Eric  Forsythe | 10-3833 | Forsythe v. Sun Valley, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Johnston, et al. v. Timberland RV Company, et al.*

### SDMS 09-626 EDLA 10-778

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Charlene Johnston, o/b/o A.J | 10-3832 | Johnston v. Timberland RV, et al |
| (2) | Brandon L. Johnston | 10-3832 | Johnston v. Timberland RV, et al |
| (3) | Chanlene E Johnston | 10-3832 | Johnston v. Timberland RV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Alvarez, et al. v. TL Industries, Inc., et al.*

## EDLA 09-3720

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Linda Ellen Authement | 10-3692 | Authement v. TL Industries, et al |
| (2)  | Cody  Lawrence Cutrer | 10-3692 | Authement v. TL Industries, et al |
| (3)  | Cody  Lawrence Cutrer | 10-3692 | Authement v. TL Industries, et al |
| (4)  | Roxanne Rome, o/b/o C.C | 10-3692 | Authement v. TL Industries, et al |
| (5)  | Roxanne Rome, o/b/o C.C | 10-3692 | Authement v. TL Industries, et al |
| (6)  | Christina C. Doty | 10-3692 | Authement v. TL Industries, et al |
| (7)  | Doty, Christina, o/b/o J.F | 10-3692 | Authement v. TL Industries, et al |
| (8)  | Christina Doty, o/b/o J.F | 10-3692 | Authement v. TL Industries, et al |
| (9)  | James  Emile LaCour | 10-3692 | Authement v. TL Industries, et al |
| (10) | Rhonda Bode Lacour | 10-3692 | Authement v. TL Industries, et al |
| (11) | Christina Doty, o/b/o K.M | 10-3692 | Authement v. TL Industries, et al |
| (12) | Roxanne  Rome Rome-Cutrer | 10-3692 | Authement v. TL Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  Roxanne  Rome Rome-Cutrer | 10-3692 | Authement v. TL Industries, et al |
| (14)  Lisa  Snyder | 10-3692 | Authement v. TL Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Catherine and Raymond Tircuit, et al. v. Vanguard Industries, et al.*

## WDLA 09-1285 EDLA 09-6871

|     | Name             | Severed Case No. | Severed Case Caption                  |
|-----|------------------|------------------|---------------------------------------|
| (1) | Catherine Tircuit | 10-3818          | Tircuit v. Vanguard Industries, et al |
| (2) | Raymond Tircuit  | 10-3818          | Tircuit v. Vanguard Industries, et al |
| (3) | Raymond Tircuit  | 10-3818          | Tircuit v. Vanguard Industries, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Braud, et al. v. Stewart Park Homes, Inc., et al.*

## EDLA 09-3827

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Brenda M Alphonso | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (2)  | Brandon  Charles Bonnecarre | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (3)  | Brandon  Charles Bonnecarre | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (4)  | Brandon  Charles Bonnecarre | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (5)  | Brandon  Charles Bonnecarre | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (6)  | Clinton  Bonnecarre | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (7)  | Kristy Lynn Braud | 09-3827 | Braud v. Stewart Park |
| (8)  | Brittany  A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (9)  | Brittany  A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (10) | Brittany  A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (11) | Brittany  A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (12) | Brittany  A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Brittany A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (14) | Brittany A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (15) | Brittany A. Bruno | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (16) | Almena Lightell Casbon | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (17) | June Couch | 10-3787 | Couch v. Stewart Park Homes, et al |
| (18) | Robert A. Couch | 10-3787 | Couch v. Stewart Park Homes, et al |
| (19) | Amanda Creel | 10-3789 | Creel v. Stewart Park Homes, et al |
| (20) | Karen Creel, o/b/o A.C | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (21) | Charles Owen Creel | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (22) | Karen Creel, o/b/o J.C | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (23) | Karen Krantz Creel | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (24) | Karen Krantz Creel | 10-3713 | Alphonso v. Stewart Park Homes, et al |
| (25) | Christina C. Doty | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (26) | Albert A. Estopinal | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (27) | Albert A. Estopinal | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (28) | Albert A. Estopinal | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (29) | Albert A. Estopinal | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (30) | Doty, Christina, o/b/o J.F | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Christina Doty, o/b/o J.F | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (32) | Sharon Ann Florane | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (33) | Sharon Ann Florane | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (34) | Sharon Ann Florane | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (35) | Sheila B. Fourtunia | 10-3785 | Fourtunia v. Stewart Park Homes, et al |
| (36) | Walter Henry Gifford | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (37) | Walter Henry Gifford | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (38) | Joseph  M. Glenn | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (39) | Joseph  M. Glenn | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (40) | Margie Grace Glenn | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (41) | Margie Grace Glenn | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (42) | Eulalie R. Herring | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (43) | Victor W. Herring | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (44) | Wayne  Herring | 09-3827 | Braud v. Stewart Park |
| (45) | Cheryl Catalano Landry | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (46) | Virgil  Landry | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (47) | Virgil  Michael Landry | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (48) | Christina Doty, o/b/o K.M | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Glen  Paul May | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (50) | Cynthia Morain, o/b/o B.M | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (51) | Cynthia  Ann Morain | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (52) | George  Napier | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (53) | George  Napier | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (54) | Kailyn  Marie ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (55) | Kailyn  Marie ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (56) | Karen Oldenburg ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (57) | Karen Oldenburg ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (58) | Mallory  M. ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (59) | Robert  ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (60) | Robert  ONeil | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (61) | Linda  Rimkus | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (62) | Richard  Rimkus | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (63) | Michael J. Saitta | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (64) | Francine  Smith | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (65) | Ronald  S. Smith | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (66) | Rose  W. Snyder | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Charlie Henry Williams | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (68) | Marion Porrier Williams | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Cummins, et al. v. Frontier RV, Inc., et al.*

### EDLA 09-7959

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Julius Cummins | 10-3701 | Cummins v. Frontier RV, et al |
| (2) | Tammy Cummins | 10-3701 | Cummins v. Frontier RV, et al |
| (3) | Brooke Fireck | 10-3701 | Cummins v. Frontier RV, et al |
| (4) | Michael Fireck | 10-3701 | Cummins v. Frontier RV, et al |
| (5) | Jamie Killian, o/b/o E.K | 10-3701 | Cummins v. Frontier RV, et al |
| (6) | Jamie Marie Killian | 10-3701 | Cummins v. Frontier RV, et al |
| (7) | Linda Coleman Nuschler | 10-3779 | Nuschler v. Frontier RV, et al |
| (8) | Kenneth J Roger | 10-3701 | Cummins v. Frontier RV, et al |
| (9) | Amber Schoenberger | 10-3701 | Cummins v. Frontier RV, et al |
| (10) | Sherry Magruder, o/b/o V.S | 10-3701 | Cummins v. Frontier RV, et al |
| (11) | Melissa M. Unbehagen | 10-3701 | Cummins v. Frontier RV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Angeline Vaccarella, et al. v. Gulf Stream Coach, Inc., et al.*

### EDLA 09-4663

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Angeline Vaccarella | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (2)  | Benjamin Henry Vandenborre | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (3)  | Benjamin Henry Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (4)  | Benjamin Henry Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (5)  | Henry Vandenborre Jr, o/b/o B.V | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (6)  | Henry Vandenborre Jr, o/b/o B.V | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (7)  | Henry Herbert Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (8)  | Henry Herbert Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (9)  | Henry Herbert Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (10) | Henry Herbert Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (11) | Marina Dolores Vandenborre | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (12) | Henry Vandenborre Jr, o/b/o R.V | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Henry Vandenborre Jr, o/b/o R.V | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (14) | Joan Heine, o/b/o H.V | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (15) | Cynthia Barnes Varnado | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (16) | Walter  Velazquez | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (17) | Chad  Victoriana | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (18) | Paul Anthony Vigreux | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (19) | Paul Anthony Vigreux | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (20) | Bonnie  J. Villar | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (21) | William (Bill) Joseph Villavaso | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (22) | Patricia Holmes Vitley | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (23) | Patricia Holmes Vitley | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (24) | George  Vodanovich | 10-3845 | Vucinovich v. Gulf Stream, et al |
| (25) | Suzanne Pruitt Vodanovich | 10-3845 | Vucinovich v. Gulf Stream, et al |
| (26) | Mark  Voebel | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (27) | Dale Ann Vucinovich | 10-3846 | Vucinovich v. Gulf Stream, et al |
| (28) | Sandra Ann Wach | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (29) | Sandra Ann Wach | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (30) | John Andrew Waguespack | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31) Vivien Mascaro Waguespack | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (32) Michael Anthony Wahl | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (33) Dalise L. Walgamotte | 10-3845 | Vucinovich v. Gulf Stream, et al |
| (34) Deborah Elizabeth Walgamotte | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (35) James L. Walgamotte | 10-3845 | Vucinovich v. Gulf Stream, et al |
| (36) Sheryl  Walgamotte | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (37) Tracey L. Walgamotte | 10-3845 | Vucinovich v. Gulf Stream, et al |
| (38) Bridgette Encalade Walker | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (39) Bridgette Walker, o/b/o L.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (40) Bridgette Walker, o/b/o L.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (41) Lawrence  A. Walker | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (42) Bridgette Walker, o/b/o L.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (43) Melvin  Walker | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (44) John Joseph Wallace | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (45) Kenneth Paul Wallace | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (46) Mary  Ann Waller | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (47) Jason Raynard Washington | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (48) Barbara Pichon, o/b/o W.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (49)  Althila LaToya Watson | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (50)  Ann  Watson-McDonald | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (51)  Sidney J. Weaver | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (52)  Ursula  Weaver | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (53)  Tina Ann Webb | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (54)  Tina Ann Webb | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (55)  Deborah Ann Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (56)  Deborah Ann Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (57)  Nicole  Victoria Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (58)  Nicole  Victoria Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (59)  Staci  Le Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (60)  Staci  Le Weiland | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (61)  Christopher Michael Wells | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (62)  Louis Joseph Wells | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (63)  Jessica Virene Wetherbee | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (64)  Eugene J. White | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (65)  Eugene J. White | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (66)  Marie Erato White | 10-3827 | White v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Douglas James Wilhelmus | 10-3848 | Wilhelmus v. Gulf Stream, et al |
| (68) | Harold Norman Wilhelmus | 10-3848 | Wilhelmus v. Gulf Stream, et al |
| (69) | Donovan Wilkinson | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (70) | Donovan Wilkinson | 10-3823 | Vandenborre v. Gulf Stream Coach, et al |
| (71) | Joseph Deslatte, o/b/o G.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (72) | Cameron Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (73) | Cash Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (74) | Gail Mae Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (75) | Garland Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (76) | George F. Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (77) | Loukevia Williams, o/b/o J.W | 10-3827 | White v. Gulf Stream, et al |
| (78) | Loukevia Williams, o/b/o J.W | 10-3827 | White v. Gulf Stream, et al |
| (79) | Jasmine Williams | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (80) | Julian Michael Williams | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (81) | Loukevia Williams, o/b/o K.W | 10-3827 | White v. Gulf Stream, et al |
| (82) | Loukevia Williams, o/b/o K.W | 10-3827 | White v. Gulf Stream, et al |
| (83) | Loukevia M. Williams | 10-3827 | White v. Gulf Stream, et al |
| (84) | Loukevia M. Williams | 10-3827 | White v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (85) | Marion L. Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (86) | Oscar Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (87) | Ruth J Williams | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (88) | Vernon Williams | 10-3827 | White v. Gulf Stream, et al |
| (89) | Vernon Williams | 10-3827 | White v. Gulf Stream, et al |
| (90) | Warren E. Williams | 10-3827 | White v. Gulf Stream, et al |
| (91) | Deborah A. Wilson | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (92) | Beth Wendling Wood | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (93) | Allison Racheal Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (94) | Joyce Woods, o/b/o D.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (95) | Donald Anthony Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (96) | Donald Anthony Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (97) | Grace L. Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (98) | Allison Woods, o/b/o H.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (99) | Joyce Dison Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (100) | Allison Woods, o/b/o P.W | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (101) | Victor Roland Woods | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (102) | Ricky Curtis Wuertz | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Ricky Curtis Wuertz | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (104) Stephanye Jane Wuertz | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (105) Peggy Joyce Wust | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (106) Carmen G. Zambrano | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (107) Roberto  Zambrano | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (108) Roberto  Zambrano | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (109) Roberto  Zambrano | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (110) Roberto  Zambrano | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (111) Anthony V Zanca | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (112) Louise Johnson Zanca | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (113) Ralph  Paul Zulli | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |
| (114) Ruth  Blanchard Zulli | 10-3824 | Vaccarella v. Gulf Stream Coach, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Sidney Sigur, et al. v. Gulf Stream Coach, Inc., et al.*

## WDLA 09-1278 EDLA 10-556

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Sidney C. Sigur | 10-3851 | Sigur v. Gulf Stream, et al |