UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                   SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Hood, et al. v. Sunline Acquisition Company, et al.*,
**MDL 1873, SDMS 09-516, EDLA 09-6892**
*Eric Forsythe, Jr., o/b/o the minor, E.F., et al. v. Sun Valley, Inc., et al.*,
**MDL 1873, EDLA, 09-8411**
*Charlene Johnston, et al. v. Timberland RV Company, et al.*,
**MDL 1873, C.A. 10-778**
*Jose Alvarez, et al. v. TL Industries, Inc., et al.*,
**MDL 1873, EDLA 09-3720**
*Catherine and Raymond Tircuit, et al. v. Vanguard Industries, et al.*,
**MDL 1873, WDLA, 09-1285, EDLA 09-6871**
*Kristy Lynn Braud, et al. v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3827**
*Julius Cummins, et al. v. Frontier RV, Inc., et al.*,
**MDL 1873, EDLA 09-7959**
*Angeline Vaccarella, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4663**
*Sidney Sigur, et al. v. Gulf Stream Coach, Inc., et al.*
**MDL 1873, WDLA 09-1278, EDLA 10-556**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

                                                    _____
                                                    KURT D. ENGELHARDT
                                                    UNITED STATES DISTRICT JUDGE