UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Kevin Stephen Menard, et al. v. Alliance Homes, Inc.*
*d/b/a Adrian Homes,* MDL 1873, MDAL 09-743, EDLA 09-6494

O R D E R

Considering the foregoing Unopposed Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims asserted herein against SUPERIOR HOMES, LLC are hereby dismissed without prejudice with each party to bear their own costs.

Signed this __9th__ day of November, 2010, in New Orleans, Louisiana.

_____
J U D G E