THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961



# *Marjorie Noel, et al. v. Gulf Stream Coach, et al.*

## WDLA 09-1279 EDLA 10-230

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Marjorie Noel | 10-3977 | Noel v. Gulf Stream, et al |
| (2) | Catherine Tircuit | 10-3977 | Noel v. Gulf Stream, et al |
| (3) | Raymond Tircuit | 10-3977 | Noel v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Bader, o/b/o the minor, A.A., et al. v. Gulf Stream Coach, Inc., et al.*

## EDLA 09-3824

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Somaya Bader, o/b/o A.A | 10-3681 | Bader v. Gulf Stream, et al |
| (2)  | Somaya Bader, o/b/o F.A | 10-3681 | Bader v. Gulf Stream, et al |
| (3)  | Somaya Bader, o/b/o L.A | 10-3681 | Bader v. Gulf Stream, et al |
| (4)  | Saif  Abdellatif | 10-3681 | Bader v. Gulf Stream, et al |
| (5)  | Dorothy  Sue Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (6)  | Dorothy  Sue Acosta | 10-3681 | Bader v. Gulf Stream, et al |
| (7)  | Russ  M. Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (8)  | Russ  M. Acosta | 10-3679 | Acosta v. Gulf Stream, et al |
| (9)  | Dijae  Adams | 10-3681 | Bader v. Gulf Stream, et al |
| (10) | Dijae  Adams | 10-3679 | Acosta v. Gulf Stream, et al |
| (11) | Helen  Albarado | 10-3681 | Bader v. Gulf Stream, et al |
| (12) | Helen  Albarado | 10-3951 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Raymond  Albarado | 10-3951 | Acosta v. Gulf Stream, et al |
| (14)  Raymond  Albarado | 10-3951 | Acosta v. Gulf Stream, et al |
| (15)  Joseph Anthony Alexander | 10-3679 | Acosta v. Gulf Stream, et al |
| (16)  Joseph Anthony Alexander | 10-3679 | Acosta v. Gulf Stream, et al |
| (17)  Paul Alexis, o/b/o D.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (18)  Paul Alexis, o/b/o D.A | 10-3708 | Alexis v. Gulf Stream, et al |
| (19)  Paul Alexis, o/b/o H.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (20)  Paul Alexis, o/b/o H.A | 10-3708 | Alexis v. Gulf Stream, et al |
| (21)  Mindy  Alexis | 10-3681 | Bader v. Gulf Stream, et al |
| (22)  Mindy  Alexis | 10-3708 | Alexis v. Gulf Stream, et al |
| (23)  Paul  J. Alexis | 10-3679 | Acosta v. Gulf Stream, et al |
| (24)  Paul  J. Alexis | 10-3708 | Alexis v. Gulf Stream, et al |
| (25)  Paul  Alexis | 10-3679 | Acosta v. Gulf Stream, et al |
| (26)  Paul  Alexis | 10-3939 | Alexis v. Gulf Stream, et al |
| (27)  Debra A Alfonso | 10-3679 | Acosta v. Gulf Stream, et al |
| (28)  Lester  E. Alfonso | 10-3679 | Acosta v. Gulf Stream, et al |
| (29)  Mary Anne Alfonso | 10-3681 | Bader v. Gulf Stream, et al |
| (30)  Edith Santiago Alford | 10-3757 | Alford v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  James R Alphonse | 10-3681 | Bader v. Gulf Stream, et al |
| (32)  Sheryl R Alphonse | 10-3681 | Bader v. Gulf Stream, et al |
| (33)  Darlene Blazio Alphonso | 10-3681 | Bader v. Gulf Stream, et al |
| (34)  John Hillary Alphonso | 10-3681 | Bader v. Gulf Stream, et al |
| (35)  Linda & John Alphonso, o/b/o J.A | 10-3681 | Bader v. Gulf Stream, et al |
| (36)  Darlene Alphonso, o/b/o K.A | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (37)  Linda Ray Alphonso | 10-3681 | Bader v. Gulf Stream, et al |
| (38)  Lionel Joseph Alphonso | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (39)  Pamela Brocato Alphonso | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (40)  Victor  Alphonso | 10-3679 | Acosta v. Gulf Stream, et al |
| (41)  Jorge  Alvarado | 10-3681 | Bader v. Gulf Stream, et al |
| (42)  Susie  Alvarado | 10-3681 | Bader v. Gulf Stream, et al |
| (43)  Derrick  Alveris | 10-3681 | Bader v. Gulf Stream, et al |
| (44)  Geraldine  Alveris | 10-3681 | Bader v. Gulf Stream, et al |
| (45)  Roland  Alveris | 10-3681 | Bader v. Gulf Stream, et al |
| (46)  Nicholas  J. Amato | 10-3681 | Bader v. Gulf Stream, et al |
| (47)  Regina  Evelyn Amato | 10-3681 | Bader v. Gulf Stream, et al |
| (48)  Marjorie  Deroche Ament | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Marjorie  Deroche Ament | 10-3679 | Acosta v. Gulf Stream, et al |
| (50)  Aisha Bernice Anderson | 10-3679 | Acosta v. Gulf Stream, et al |
| (51)  Aisha Bernice Anderson | 10-3679 | Acosta v. Gulf Stream, et al |
| (52)  Wallace Phillip Ansardi | 10-3681 | Bader v. Gulf Stream, et al |
| (53)  Ivan  Martinez Antoun | 10-3679 | Acosta v. Gulf Stream, et al |
| (54)  Tami  Lin Asevado | 10-3681 | Bader v. Gulf Stream, et al |
| (55)  Alexander J. Assavedo | 10-3681 | Bader v. Gulf Stream, et al |
| (56)  Alexander Assavedo III, o/b/o A.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (57)  Leico A. Assevedo | 10-3679 | Acosta v. Gulf Stream, et al |
| (58)  Christopher Michael Atkinson | 10-3679 | Acosta v. Gulf Stream, et al |
| (59)  Christopher Michael Atkinson | 10-3681 | Bader v. Gulf Stream, et al |
| (60)  Gina M Aucoin | 10-3679 | Acosta v. Gulf Stream, et al |
| (61)  Gina M Aucoin | 10-3681 | Bader v. Gulf Stream, et al |
| (62)  Leonard William Aucoin | 10-3679 | Acosta v. Gulf Stream, et al |
| (63)  Leonard William Aucoin | 10-3681 | Bader v. Gulf Stream, et al |
| (64)  Gina Aucoin, o/b/o T.A | 10-3679 | Acosta v. Gulf Stream, et al |
| (65)  Linda  Audibert | 10-3681 | Bader v. Gulf Stream, et al |
| (66)  Linda  Audibert | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (67)  Gordon S. Austin | 10-3752 | Austin v. Gulf Stream, et al |
| (68)  Leo  Ayo | 10-3679 | Acosta v. Gulf Stream, et al |
| (69)  Michael  Ayo | 10-3679 | Acosta v. Gulf Stream, et al |
| (70)  Carol  Bachemin | 10-3681 | Bader v. Gulf Stream, et al |
| (71)  David  Bachemin | 10-3679 | Acosta v. Gulf Stream, et al |
| (72)  David  Bachemin | 10-3681 | Bader v. Gulf Stream, et al |
| (73)  Somaya  Bader | 10-3681 | Bader v. Gulf Stream, et al |
| (74)  Ashley  Marie Bailey | 10-3681 | Bader v. Gulf Stream, et al |
| (75)  Beatrice Bailey, o/b/o A.B | 10-3681 | Bader v. Gulf Stream, et al |
| (76)  Beverly  Bailey | 10-3681 | Bader v. Gulf Stream, et al |
| (77)  Lorrie Karcher Bailey | 10-3679 | Acosta v. Gulf Stream, et al |
| (78)  Louis  Bailey | 10-3681 | Bader v. Gulf Stream, et al |
| (79)  Lorrie Bailey, o/b/o S.B | 10-3681 | Bader v. Gulf Stream, et al |
| (80)  Monique Lejean Baker | 10-3757 | Alford v. Gulf Stream, et al |
| (81)  Marifar  G. Baltazar | 10-3679 | Acosta v. Gulf Stream, et al |
| (82)  Marifar  G. Baltazar | 10-3681 | Bader v. Gulf Stream, et al |
| (83)  Audrey Miller Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (84)  Audrey Miller Banks | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  LaToya  Chevelle Banks | 10-3679 | Acosta v. Gulf Stream, et al |
| (86)  LaToya  Chevelle Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (87)  Oliver  Louis Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (88)  Selina Dison Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (89)  Ulysses Ivory Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (90)  Ulysses  Banks | 10-3679 | Acosta v. Gulf Stream, et al |
| (91)  Ulysses  Banks | 10-3681 | Bader v. Gulf Stream, et al |
| (92)  Ulysses Ivory Banks | 10-3679 | Acosta v. Gulf Stream, et al |
| (93)  Aleen  S. Barclay | 10-3681 | Bader v. Gulf Stream, et al |
| (94)  Ellen  R. Barclay | 10-3681 | Bader v. Gulf Stream, et al |
| (95)  Schaffer  H. Barclay | 10-3681 | Bader v. Gulf Stream, et al |
| (96)  Karen Palmisano Barnes | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (97)  Justin Paul Barras | 10-3681 | Bader v. Gulf Stream, et al |
| (98)  Justin Paul Barras | 10-3679 | Acosta v. Gulf Stream, et al |
| (99)  Lillian Carmen Barras | 10-3679 | Acosta v. Gulf Stream, et al |
| (100) Rusty Lawrence Barras | 10-3679 | Acosta v. Gulf Stream, et al |
| (101) Therese A Barrett | 10-3757 | Alford v. Gulf Stream, et al |
| (102) Aimee Lee Barrilleaux | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (103) Alvin J Barrilleaux | 10-3679 | Acosta v. Gulf Stream, et al |
| (104) Lee Smith Barrilleaux | 10-3679 | Acosta v. Gulf Stream, et al |
| (105) Diane King Bartholomew | 10-3679 | Acosta v. Gulf Stream, et al |
| (106) Preston F Bartholomew | 10-3679 | Acosta v. Gulf Stream, et al |
| (107) Amy Adams Bastoe | 10-3679 | Acosta v. Gulf Stream, et al |
| (108) Danielle S Bastoe | 10-3681 | Bader v. Gulf Stream, et al |
| (109) Scott  Bastoe | 10-3681 | Bader v. Gulf Stream, et al |
| (110) Donavon  Batiste | 10-3681 | Bader v. Gulf Stream, et al |
| (111) Donavon  Batiste | 10-3681 | Bader v. Gulf Stream, et al |
| (112) Angela  Chimento Bauer | 10-3679 | Acosta v. Gulf Stream, et al |
| (113) Angela  Chimento Bauer | 10-3681 | Bader v. Gulf Stream, et al |
| (114) Angela Bauer, o/b/o N.B | 10-3681 | Bader v. Gulf Stream, et al |
| (115) Angela Bauer, o/b/o N.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (116) Stephen  Philip Bauer | 10-3679 | Acosta v. Gulf Stream, et al |
| (117) Stephen  Philip Bauer | 10-3681 | Bader v. Gulf Stream, et al |
| (118) Brittany  Dawn Beal | 10-3681 | Bader v. Gulf Stream, et al |
| (119) Kim Gilvin Beal | 10-3681 | Bader v. Gulf Stream, et al |
| (120) Travis Jake Beal | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) William M. Beal | 10-3681 | Bader v. Gulf Stream, et al |
| (122) Mary  C. Benfatti | 10-3679 | Acosta v. Gulf Stream, et al |
| (123) Michael Joseph Benfatti | 10-3681 | Bader v. Gulf Stream, et al |
| (124) Michael Joseph Benfatti | 10-3679 | Acosta v. Gulf Stream, et al |
| (125) Angela Saragusa Bernard | 10-3679 | Acosta v. Gulf Stream, et al |
| (126) Harold Joseph Bernard | 10-3681 | Bader v. Gulf Stream, et al |
| (127) Harold Joseph Bernard | 10-3679 | Acosta v. Gulf Stream, et al |
| (128) Clara C. Bertacci | 10-3679 | Acosta v. Gulf Stream, et al |
| (129) Clara C. Bertacci | 10-3581 | Chelette v. Destiny, et al |
| (130) Jay Gerard Bertheaud | 10-3679 | Acosta v. Gulf Stream, et al |
| (131) Lindsi Renee Bertheaud | 10-3679 | Acosta v. Gulf Stream, et al |
| (132) Ashley Armstrong, o/b/o R.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (133) Dorene Garcia Besse | 10-3681 | Bader v. Gulf Stream, et al |
| (134) Vernon Dugual Besse | 10-3679 | Acosta v. Gulf Stream, et al |
| (135) Dynel  Bienemy | 10-3679 | Acosta v. Gulf Stream, et al |
| (136) Tyson  M. Bienemy | 10-3681 | Bader v. Gulf Stream, et al |
| (137) Tyson  M. Bienemy | 10-3681 | Bader v. Gulf Stream, et al |
| (138) Tyson  M. Bienemy | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) Vantrel  Bienemy | 10-3681 | Bader v. Gulf Stream, et al |
| (140) Vantrel  Bienemy | 10-3681 | Bader v. Gulf Stream, et al |
| (141) Norma  Biggs | 10-3681 | Bader v. Gulf Stream, et al |
| (142) Dexter  M. Bigting | 10-3681 | Bader v. Gulf Stream, et al |
| (143) Susan Bigting, o/b/o J.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (144) Susan Bigting, o/b/o J.B | 10-3681 | Bader v. Gulf Stream, et al |
| (145) Justin B Bigting | 10-3681 | Bader v. Gulf Stream, et al |
| (146) Susan Balbon Bigting | 10-3679 | Acosta v. Gulf Stream, et al |
| (147) Patricia A. Billiot | 10-3681 | Bader v. Gulf Stream, et al |
| (148) Robert R.  Billiot | 10-3681 | Bader v. Gulf Stream, et al |
| (149) Clarence  Blagio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (150) Clarence  Blagio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (151) Rosemary  Blagio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (152) Faith  Blasio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (153) Lynn Blasio, o/b/o H.B | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (154) Lynn T Blasio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (155) Robin Diaz Goutierez, o/b/o C.B | 10-3681 | Bader v. Gulf Stream, et al |
| (156) Robin Diaz Goutierez, o/b/o C.B | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Barbara Romano Boihem | 10-3679 | Acosta v. Gulf Stream, et al |
| (158) Burton Ray Boihem | 10-3679 | Acosta v. Gulf Stream, et al |
| (159) Bret A. Bonura | 10-3679 | Acosta v. Gulf Stream, et al |
| (160) Bret A. Bonura | 10-3681 | Bader v. Gulf Stream, et al |
| (161) Sandra Bonura, o/b/o C.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (162) Sandra Bonura, o/b/o C.B | 10-3681 | Bader v. Gulf Stream, et al |
| (163) Kal J. Bonura | 10-3681 | Bader v. Gulf Stream, et al |
| (164) Kal J. Bonura | 10-3679 | Acosta v. Gulf Stream, et al |
| (165) Patricia Kay Borja | 10-3681 | Bader v. Gulf Stream, et al |
| (166) Patricia Kay Borja | 10-3681 | Bader v. Gulf Stream, et al |
| (167) Brian C. Boudreaux | 10-3681 | Bader v. Gulf Stream, et al |
| (168) Brian C. Boudreaux | 10-3679 | Acosta v. Gulf Stream, et al |
| (169) Jody Boudreaux, o/b/o E.B | 10-3681 | Bader v. Gulf Stream, et al |
| (170) Jody R. Boudreaux | 10-3681 | Bader v. Gulf Stream, et al |
| (171) Michael D. Boudreaux | 10-3679 | Acosta v. Gulf Stream, et al |
| (172) Stacy L. Boudreaux | 10-3679 | Acosta v. Gulf Stream, et al |
| (173) Amanda R Bourquard | 10-3681 | Bader v. Gulf Stream, et al |
| (174) Vanessa Hopkins, o/b/o T.B | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Keisha Lynn Boyer | 10-3679 | Acosta v. Gulf Stream, et al |
| (176) Laura Bradley, o/b/o A.B | 10-3681 | Bader v. Gulf Stream, et al |
| (177) Laura Bradley | 10-3681 | Bader v. Gulf Stream, et al |
| (178) Loretta Bradley | 10-3681 | Bader v. Gulf Stream, et al |
| (179) Loretta Bradley | 10-3679 | Acosta v. Gulf Stream, et al |
| (180) Tina Webb, o/b/o S.B | 10-3681 | Bader v. Gulf Stream, et al |
| (181) Tina Webb, o/b/o S.B | 10-3681 | Bader v. Gulf Stream, et al |
| (182) Wilmont Bradley | 10-3681 | Bader v. Gulf Stream, et al |
| (183) Wilmont Bradley | 10-3679 | Acosta v. Gulf Stream, et al |
| (184) Wilmont Bradley | 10-3681 | Bader v. Gulf Stream, et al |
| (185) Wilmont Bradley | 10-3681 | Bader v. Gulf Stream, et al |
| (186) Corey Carrol Braendal | 10-3681 | Bader v. Gulf Stream, et al |
| (187) Corey Carrol Braendal | 10-3681 | Bader v. Gulf Stream, et al |
| (188) Cynthia Brancaccio | 10-3679 | Acosta v. Gulf Stream, et al |
| (189) Robert Brancaccio | 10-3679 | Acosta v. Gulf Stream, et al |
| (190) Jonelle Karcher, o/b/o D.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (191) Emile Louis Breaux | 10-3681 | Bader v. Gulf Stream, et al |
| (192) Lelia W. Breaux | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (193) Melanie Breaux, o/b/o L.B | 10-3681 | Bader v. Gulf Stream, et al |
| (194) Melanie J. Breaux | 10-3681 | Bader v. Gulf Stream, et al |
| (195) Bonnie B. Brennan | 10-3681 | Bader v. Gulf Stream, et al |
| (196) Bonnie B. Brennan | 10-3679 | Acosta v. Gulf Stream, et al |
| (197) Daniel Brennan | 10-3681 | Bader v. Gulf Stream, et al |
| (198) Daniel Brennan | 10-3679 | Acosta v. Gulf Stream, et al |
| (199) David Brennan | 10-3681 | Bader v. Gulf Stream, et al |
| (200) David Brennan | 10-3679 | Acosta v. Gulf Stream, et al |
| (201) Brittany L Brightman | 10-3681 | Bader v. Gulf Stream, et al |
| (202) Archange E. Brown | 10-3681 | Bader v. Gulf Stream, et al |
| (203) Charley Brown | 10-3681 | Bader v. Gulf Stream, et al |
| (204) Sandra Pierre, o/b/o D.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (205) Dolhman Brown | 10-3681 | Bader v. Gulf Stream, et al |
| (206) Patti Maxwell Brown | 10-3681 | Bader v. Gulf Stream, et al |
| (207) Charles Brownell | 10-3681 | Bader v. Gulf Stream, et al |
| (208) Louise C. Brulte | 10-3679 | Acosta v. Gulf Stream, et al |
| (209) Louise C. Brulte | 10-3681 | Bader v. Gulf Stream, et al |
| (210) Mary Edna Bryant | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (211) Mary Edna Bryant | 10-3679 | Acosta v. Gulf Stream, et al |
| (212) Mary Edna Bryant | 10-3681 | Bader v. Gulf Stream, et al |
| (213) Mary Edna Bryant | 10-3681 | Bader v. Gulf Stream, et al |
| (214) Carol B. Buckley | 10-3681 | Bader v. Gulf Stream, et al |
| (215) Stewart M. Buckley | 10-3681 | Bader v. Gulf Stream, et al |
| (216) Jessica Wetherbee, o/b/o D.B | 10-3681 | Bader v. Gulf Stream, et al |
| (217) Dale A. Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (218) Jessica Wetherbee, o/b/o D.B | 10-3679 | Acosta v. Gulf Stream, et al |
| (219) Dale A. Buras | 10-3679 | Acosta v. Gulf Stream, et al |
| (220) Diana T. Buras | 10-3679 | Acosta v. Gulf Stream, et al |
| (221) Diana T. Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (222) Gail C. Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (223) Margaret Mary Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (224) Paula Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (225) Ronald Buras | 10-3681 | Bader v. Gulf Stream, et al |
| (226) Ronald Buras | 10-3679 | Acosta v. Gulf Stream, et al |
| (227) Irvin J. Burke | 10-3681 | Bader v. Gulf Stream, et al |
| (228) Irvin J. Burke | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (229) Lucille  Burke | 10-3679 | Acosta v. Gulf Stream, et al |
| (230) Lucille  Burke | 10-3681 | Bader v. Gulf Stream, et al |
| (231) Tebault J. Burton | 10-3679 | Acosta v. Gulf Stream, et al |
| (232) Earl  E. Bush | 10-3681 | Bader v. Gulf Stream, et al |
| (233) Susan  Domino Bush | 10-3681 | Bader v. Gulf Stream, et al |
| (234) Susan  Domino Bush | 10-3679 | Acosta v. Gulf Stream, et al |
| (235) Christopher Kenneth Butler | 10-3679 | Acosta v. Gulf Stream, et al |
| (236) Christopher Kenneth Butler | 10-3681 | Bader v. Gulf Stream, et al |
| (237) Sherry Buuck Gremillion, o/b/o E.B | 10-3681 | Bader v. Gulf Stream, et al |
| (238) Jeanette  J. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (239) Jeanette  J. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (240) Shelia  S. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (241) Shelia  S. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (242) Yolanda Cabrera, o/b/o S.C | 10-3681 | Bader v. Gulf Stream, et al |
| (243) Yolanda Cabrera, o/b/o S.C | 10-3681 | Bader v. Gulf Stream, et al |
| (244) Yolanda  M. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (245) Yolanda  M. Cabrera | 10-3681 | Bader v. Gulf Stream, et al |
| (246) Stanley A Calhoun | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (247) Linda Lee Callais | 10-3679 | Acosta v. Gulf Stream, et al |
| (248) Linda Lee Callais | 10-3679 | Acosta v. Gulf Stream, et al |
| (249) Roger J. Callia | 10-3681 | Bader v. Gulf Stream, et al |
| (250) Kim P Campbell | 10-3757 | Alford v. Gulf Stream, et al |
| (251) Leo M. Campbell | 10-3757 | Alford v. Gulf Stream, et al |
| (252) Brittany Ann Campo | 10-3679 | Acosta v. Gulf Stream, et al |
| (253) Brittany Ann Campo | 10-3681 | Bader v. Gulf Stream, et al |
| (254) Peggy P. Campo | 10-3681 | Bader v. Gulf Stream, et al |
| (255) George H Canale | 10-3681 | Bader v. Gulf Stream, et al |
| (256) George H Canale | 10-3679 | Acosta v. Gulf Stream, et al |
| (257) Shirley M Canale | 10-3679 | Acosta v. Gulf Stream, et al |
| (258) Shirley M Canale | 10-3681 | Bader v. Gulf Stream, et al |
| (259) Brad  Candebat | 10-3681 | Bader v. Gulf Stream, et al |
| (260) Jerrilee  LeRouge Candebat | 10-3679 | Acosta v. Gulf Stream, et al |
| (261) Thomas  Peter Candebat | 10-3679 | Acosta v. Gulf Stream, et al |
| (262) James  Cangelosi | 10-3679 | Acosta v. Gulf Stream, et al |
| (263) Linda Audibert, o/b/o A.C | 10-3679 | Acosta v. Gulf Stream, et al |
| (264) Linda Audibert, o/b/o F.C | 10-3679 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (265) Barbara  B. Capdepon | 10-3681 | Bader v. Gulf Stream, et al |
| (266) Barbara  B. Capdepon | 10-3679 | Acosta v. Gulf Stream, et al |
| (267) Charles  R. Capdepon | 10-3679 | Acosta v. Gulf Stream, et al |
| (268) Charles  R. Capdepon | 10-3681 | Bader v. Gulf Stream, et al |
| (269) Donald  Cargo | 10-3681 | Bader v. Gulf Stream, et al |
| (270) Donald Cargo, o/b/o D.C | 10-3681 | Bader v. Gulf Stream, et al |
| (271) Lynette Johnson, o/b/o D.C | 10-3681 | Bader v. Gulf Stream, et al |
| (272) Albina Rubi Carias | 10-3681 | Bader v. Gulf Stream, et al |
| (273) Evelyn M Caronia | 10-3681 | Bader v. Gulf Stream, et al |
| (274) Ronnie  Caronia | 10-3681 | Bader v. Gulf Stream, et al |
| (275) Jeanette Cabrera, o/b/o H.C | 10-3681 | Bader v. Gulf Stream, et al |
| (276) Jeanette Cabrera, o/b/o H.C | 10-3681 | Bader v. Gulf Stream, et al |
| (277) Darryn  William Carreras | 10-3681 | Bader v. Gulf Stream, et al |
| (278) Troy  & Desiree, o/b/o A.C | 10-3681 | Bader v. Gulf Stream, et al |
| (279) Barbara Soileau Catalanotto | 10-3681 | Bader v. Gulf Stream, et al |
| (280) Mark A. Catalanotto | 10-3681 | Bader v. Gulf Stream, et al |
| (281) Claudia Marie Catanese | 10-3681 | Bader v. Gulf Stream, et al |
| (282) Edward  Ceaser | 10-3681 | Bader v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (283) Frank A Ceaser | 10-3681 | Bader v. Gulf Stream, et al |
| (284) Louis Bernard Ceaser | 10-3681 | Bader v. Gulf Stream, et al |
| (285) Yolanda Lewis Ceaser | 10-3679 | Acosta v. Gulf Stream, et al |
| (286) Yolanda Lewis Ceaser | 10-3681 | Bader v. Gulf Stream, et al |
| (287) Darlyn A Champagne | 10-3679 | Acosta v. Gulf Stream, et al |
| (288) Linda Ducote Chant | 10-3679 | Acosta v. Gulf Stream, et al |
| (289) Brenda H. Chatelain | 10-3681 | Bader v. Gulf Stream, et al |
| (290) Richard Benedict Chatelain | 10-3681 | Bader v. Gulf Stream, et al |
| (291) Richard Benedict Chatelain | 10-3681 | Bader v. Gulf Stream, et al |
| (292) Jeffrey L Chaupetta | 10-3681 | Bader v. Gulf Stream, et al |
| (293) Louise Brulte, o/b/o S.C | 10-3681 | Bader v. Gulf Stream, et al |
| (294) Susan LHoste Chauppetta | 10-3681 | Bader v. Gulf Stream, et al |
| (295) Ameshia Cheatham | 10-3757 | Alford v. Gulf Stream, et al |
| (296) Shirley Chelette, o/b/o K.C | 10-3681 | Bader v. Gulf Stream, et al |
| (297) Shirley Chelette, o/b/o K.C | 10-3681 | Bader v. Gulf Stream, et al |
| (298) Shirley Chelette, o/b/o K.C | 10-3681 | Bader v. Gulf Stream, et al |
| (299) Shirley Chelette, o/b/o K.C | 10-3681 | Bader v. Gulf Stream, et al |
| (300) Kaylie Lynn Chelette | 10-3681 | Bader v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Sakobie, et al. v. Gulf Stream Coach, Inc., et al.*

## EDLA 09-4664

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Belinda Salande Chilton | 10-3714 | Chilton v. Gulf Stream, et al |
| (2)  | Belinda Salande Chilton | 10-3707 | Chilton v. Gulf Stream, et al |
| (3)  | James S. Sakobie | 10-3781 | Sakobie v. Gulf Stream, et al |
| (4)  | James S. Sakobie | 10-3707 | Chilton v. Gulf Stream, et al |
| (5)  | Angelo B. Saladino | 10-3714 | Chilton v. Gulf Stream, et al |
| (6)  | James Salande | 10-3714 | Chilton v. Gulf Stream, et al |
| (7)  | James Salande | 10-3707 | Chilton v. Gulf Stream, et al |
| (8)  | James Salande | 10-3714 | Chilton v. Gulf Stream, et al |
| (9)  | Kevin W Salande | 10-3714 | Chilton v. Gulf Stream, et al |
| (10) | Kevin W Salande | 10-3707 | Chilton v. Gulf Stream, et al |
| (11) | Kevin W Salande | 10-3714 | Chilton v. Gulf Stream, et al |
| (12) | Teresa Carol Salande | 10-3714 | Chilton v. Gulf Stream, et al |

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (13) | Teresa Carol Salande | 10-3714 | Chilton v. Gulf Stream, et al |
| (14) | Teresa Carol Salande | 10-3707 | Chilton v. Gulf Stream, et al |
| (15) | Carolyn Wigley Salez | 10-3707 | Chilton v. Gulf Stream, et al |
| (16) | Justin M. Salez | 10-3707 | Chilton v. Gulf Stream, et al |
| (17) | Diane Sampson, o/b/o B.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (18) | Diane Sampson, o/b/o B.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (19) | Diane Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (20) | Diane Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (21) | Paul Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (22) | Paul Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (23) | Paulina Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (24) | Paulina Sampson | 10-3714 | Chilton v. Gulf Stream, et al |
| (25) | Hans Sandifer | 10-3714 | Chilton v. Gulf Stream, et al |
| (26) | Clarence Santiago | 10-3714 | Chilton v. Gulf Stream, et al |
| (27) | Clarence Santiago | 10-3714 | Chilton v. Gulf Stream, et al |
| (28) | Lakesha Santiago | 10-3714 | Chilton v. Gulf Stream, et al |
| (29) | Krista E. Saragusa | 10-3714 | Chilton v. Gulf Stream, et al |
| (30) | Gayle B. Saubat | 10-3714 | Chilton v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Leslie A. Saubat | 10-3714 | Chilton v. Gulf Stream, et al |
| (32) | Louis J. Saubat | 10-3707 | Chilton v. Gulf Stream, et al |
| (33) | Louis J. Saubat | 10-3714 | Chilton v. Gulf Stream, et al |
| (34) | Louis J. Saubat | 10-3714 | Chilton v. Gulf Stream, et al |
| (35) | Louis J. Saubat | 10-3714 | Chilton v. Gulf Stream, et al |
| (36) | Douglas Savoie | 10-3714 | Chilton v. Gulf Stream, et al |
| (37) | Iris Wendling Savoie | 10-3714 | Chilton v. Gulf Stream, et al |
| (38) | Joan Schackai, o/b/o H.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (39) | Joan Ann Schackai | 10-3714 | Chilton v. Gulf Stream, et al |
| (40) | Milton J. Schackai | 10-3714 | Chilton v. Gulf Stream, et al |
| (41) | Darren Schallenberg | 10-3714 | Chilton v. Gulf Stream, et al |
| (42) | Darren Schallenberg, Sr, o/b/o D.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (43) | Darren Schallenberg | 10-3714 | Chilton v. Gulf Stream, et al |
| (44) | Jeffrey J. Schallenberg | 10-3714 | Chilton v. Gulf Stream, et al |
| (45) | Cathy Basile Schmid | 10-3714 | Chilton v. Gulf Stream, et al |
| (46) | Karl E Schmid | 10-3714 | Chilton v. Gulf Stream, et al |
| (47) | Albert Schmiderer | 10-3707 | Chilton v. Gulf Stream, et al |
| (48) | Regina Fiorella Schmiderer | 10-3707 | Chilton v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Bryan Joseph Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (50) | Bryan Joseph Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (51) | Bryan Joseph Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (52) | Bryan Joseph Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (53) | Bryan Joseph Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (54) | Donna  Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (55) | Donna  Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (56) | Donna  Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (57) | Linda Thibodeaux Schultz | 10-3714 | Chilton v. Gulf Stream, et al |
| (58) | Linda Thibodeaux Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (59) | Linda Thibodeaux Schultz | 10-3707 | Chilton v. Gulf Stream, et al |
| (60) | Ray  Schultz | 10-3707 | Chilton v. Gulf Stream, et al |
| (61) | Ray  Schultz | 10-3781 | Sakobie v. Gulf Stream, et al |
| (62) | Ray  Schultz | 10-3714 | Chilton v. Gulf Stream, et al |
| (63) | Ray  Schultz | 10-3714 | Chilton v. Gulf Stream, et al |
| (64) | Angela Bernard, o/b/o P.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (65) | Brenda  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (66) | Brenda  Scott | 10-3709 | Scott v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (67)  Terri Scott, o/b/o B.S | 10-3707 | Chilton v. Gulf Stream, et al |
| (68)  Edith Scott, o/b/o C.S | 10-3709 | Scott v. Gulf Stream, et al |
| (69)  Edith Scott, o/b/o C.S | 10-3709 | Scott v. Gulf Stream, et al |
| (70)  Derrick  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (71)  Derrick  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (72)  Edith  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (73)  Edith  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (74)  Edith  Scott | 10-3709 | Scott v. Gulf Stream, et al |
| (75)  Michael Charles Scott | 10-3714 | Chilton v. Gulf Stream, et al |
| (76)  Lawrence  J. Scurich | 10-3714 | Chilton v. Gulf Stream, et al |
| (77)  Henry Anthony Senez | 10-3707 | Chilton v. Gulf Stream, et al |
| (78)  Henry Anthony Senez | 10-3707 | Chilton v. Gulf Stream, et al |
| (79)  Celeste Marie Sercovich | 10-3714 | Chilton v. Gulf Stream, et al |
| (80)  George A Sercovich | 10-3714 | Chilton v. Gulf Stream, et al |
| (81)  George A Sercovich | 10-3714 | Chilton v. Gulf Stream, et al |
| (82)  Laila  M. Sercovich | 10-3714 | Chilton v. Gulf Stream, et al |
| (83)  Laila Sercovich, o/b/o T.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (84)  Howard  Serigne | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (85)  Maria M. Serignet | 10-3714 | Chilton v. Gulf Stream, et al |
| (86)  Warren J. Serignet | 10-3714 | Chilton v. Gulf Stream, et al |
| (87)  Charles  E. Seymour | 10-3714 | Chilton v. Gulf Stream, et al |
| (88)  Diana  E. Shanley | 10-3714 | Chilton v. Gulf Stream, et al |
| (89)  Florine  S. Shanley | 10-3714 | Chilton v. Gulf Stream, et al |
| (90)  Keycia Shelvin, o/b/o G.S | 10-3707 | Chilton v. Gulf Stream, et al |
| (91)  Keycia  Shelvin | 10-3707 | Chilton v. Gulf Stream, et al |
| (92)  Pamela Shepherd, o/b/o B.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (93)  Pamela  L. Shepherd | 10-3714 | Chilton v. Gulf Stream, et al |
| (94)  Salvador  Shepherd | 10-3714 | Chilton v. Gulf Stream, et al |
| (95)  Salvadore  Shepherd | 10-3714 | Chilton v. Gulf Stream, et al |
| (96)  Carmelite Miller Sievers | 10-3714 | Chilton v. Gulf Stream, et al |
| (97)  Carmelite Sievers, o/b/o D.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (98)  Herbert Joseph Sievers | 10-3714 | Chilton v. Gulf Stream, et al |
| (99)  Sharon Simmons, o/b/o E.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (100) Jessica  Simmons | 10-3714 | Chilton v. Gulf Stream, et al |
| (101) Jessica  Simmons | 10-3714 | Chilton v. Gulf Stream, et al |
| (102) Misty Gervais, o/b/o T.S | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Tammy Sue Sison | 10-3714 | Chilton v. Gulf Stream, et al |
| (104) Tammy Sue Sison | 10-3714 | Chilton v. Gulf Stream, et al |
| (105) Tammy Sue Sison | 10-3714 | Chilton v. Gulf Stream, et al |
| (106) Tammy Sue Sison | 10-3714 | Chilton v. Gulf Stream, et al |
| (107) Cecilia Coleman Slayton | 10-3707 | Chilton v. Gulf Stream, et al |
| (108) Cecilia Coleman Slayton | 10-3714 | Chilton v. Gulf Stream, et al |
| (109) Christian  Slayton | 10-3714 | Chilton v. Gulf Stream, et al |
| (110) Kevin M Sloan | 10-3714 | Chilton v. Gulf Stream, et al |
| (111) Shanell Smith, o/b/o A.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (112) Catherine  Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (113) Catherine  Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (114) Dana  J. Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (115) Dana  J. Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (116) David J. Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (117) David  Smith | 10-3707 | Chilton v. Gulf Stream, et al |
| (118) David J. Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (119) Doreen M Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (120) Gerald Daniel Smith | 10-3782 | Smith v. Gulf Stream Coach, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) LaDonna Matheny Smith | 10-3782 | Smith v. Gulf Stream Coach, et al |
| (122) Nancy Portman Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (123) Robert M. Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (124) Shanell Trenese Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (125) Sharon Crifasi Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (126) Sharon Crifasi Smith | 10-3714 | Chilton v. Gulf Stream, et al |
| (127) Sharon Smith, o/b/o S.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (128) Sharon Smith, o/b/o S.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (129) Paris W Sommers | 10-3714 | Chilton v. Gulf Stream, et al |
| (130) Pearl B Sommers | 10-3714 | Chilton v. Gulf Stream, et al |
| (131) Rebecca Jill Songy | 10-3714 | Chilton v. Gulf Stream, et al |
| (132) Melissa Teal, o/b/o C.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (133) Melissa Teal, o/b/o D.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (134) Melissa Teal, o/b/o K.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (135) Angelo Victor Stanich | 10-3714 | Chilton v. Gulf Stream, et al |
| (136) Angelo Stanich III, o/b/o A.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (137) Sissy Jones, o/b/o S.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (138) Sissy Jones, o/b/o S.S | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) John D Starr | 10-3714 | Chilton v. Gulf Stream, et al |
| (140) Careisha  Steele | 10-3714 | Chilton v. Gulf Stream, et al |
| (141) Carl  Steele | 10-3714 | Chilton v. Gulf Stream, et al |
| (142) Clarvette  Steele | 10-3714 | Chilton v. Gulf Stream, et al |
| (143) Susie Davis (grandmother), o/b/o A.S | 10-3709 | Scott v. Gulf Stream, et al |
| (144) Susie Davis (grandmother), o/b/o B.S | 10-3709 | Scott v. Gulf Stream, et al |
| (145) Nadine Stogner, o/b/o J.S | 10-3707 | Chilton v. Gulf Stream, et al |
| (146) John  Stogner | 10-3707 | Chilton v. Gulf Stream, et al |
| (147) John  Stogner | 10-3707 | Chilton v. Gulf Stream, et al |
| (148) Nadine Dalton Stogner | 10-3707 | Chilton v. Gulf Stream, et al |
| (149) Capprice  Strahan | 10-3714 | Chilton v. Gulf Stream, et al |
| (150) Paul F. Strahan | 10-3714 | Chilton v. Gulf Stream, et al |
| (151) Elizabeth (Betty) Aguilera Stroemple | 10-3714 | Chilton v. Gulf Stream, et al |
| (152) William (Bill) Richard Stroemple | 10-3714 | Chilton v. Gulf Stream, et al |
| (153) Tara Galbreth, o/b/o C.S | 10-3707 | Chilton v. Gulf Stream, et al |
| (154) Linda  Summers | 10-3714 | Chilton v. Gulf Stream, et al |
| (155) Warren Louis Summers | 10-3714 | Chilton v. Gulf Stream, et al |
| (156) Pamela M Nunez, o/b/o C.S | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Imre  Szalai | 10-3709 | Scott v. Gulf Stream, et al |
| (158) Glenn  Tatum | 10-3714 | Chilton v. Gulf Stream, et al |
| (159) Ariane M. Taylor | 10-3707 | Chilton v. Gulf Stream, et al |
| (160) Jessie J. Taylor | 10-3707 | Chilton v. Gulf Stream, et al |
| (161) Sharlene  Taylor | 10-3707 | Chilton v. Gulf Stream, et al |
| (162) Ariane Taylor, o/b/o T.T | 10-3707 | Chilton v. Gulf Stream, et al |
| (163) Cynthia L Teal | 10-3714 | Chilton v. Gulf Stream, et al |
| (164) Sandi Teal, o/b/o G.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (165) Melissa L Teal | 10-3714 | Chilton v. Gulf Stream, et al |
| (166) Sandi  O Donnel Teal | 10-3714 | Chilton v. Gulf Stream, et al |
| (167) Theodore M Teal | 10-3714 | Chilton v. Gulf Stream, et al |
| (168) Sandi Teal, o/b/o T.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (169) Theodore Michael Teal | 10-3714 | Chilton v. Gulf Stream, et al |
| (170) Joseph  Teoulet | 10-3714 | Chilton v. Gulf Stream, et al |
| (171) MaryAnn  M. Teoulet | 10-3714 | Chilton v. Gulf Stream, et al |
| (172) Nellie  Teoulet | 10-3714 | Chilton v. Gulf Stream, et al |
| (173) Joseph Teoulet, o/b/o P.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (174) Jane  Terminie | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Jane  Terminie | 10-3714 | Chilton v. Gulf Stream, et al |
| (176) Robbie  J. Terminie | 10-3714 | Chilton v. Gulf Stream, et al |
| (177) Jane M Tetera | 10-3714 | Chilton v. Gulf Stream, et al |
| (178) Kevin J. Tetera | 10-3714 | Chilton v. Gulf Stream, et al |
| (179) Kevin J Tetera | 10-3714 | Chilton v. Gulf Stream, et al |
| (180) Santana Lange Tetera | 10-3714 | Chilton v. Gulf Stream, et al |
| (181) Jerome Frey Theriot | 10-3714 | Chilton v. Gulf Stream, et al |
| (182) Jerome Frey Theriot | 10-3714 | Chilton v. Gulf Stream, et al |
| (183) David Charles Thiel | 10-3714 | Chilton v. Gulf Stream, et al |
| (184) Kati  Alice Thiel | 10-3714 | Chilton v. Gulf Stream, et al |
| (185) Lisa Maitre Thiel | 10-3714 | Chilton v. Gulf Stream, et al |
| (186) Danny  Thomas | 10-3714 | Chilton v. Gulf Stream, et al |
| (187) Stacey Ragan, o/b/o H.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (188) Melissa Lynn Thomas | 10-3714 | Chilton v. Gulf Stream, et al |
| (189) Sharon Cheatum Thomas | 10-3714 | Chilton v. Gulf Stream, et al |
| (190) Charles David Thonn | 10-3714 | Chilton v. Gulf Stream, et al |
| (191) Hope  Kline Thonn | 10-3714 | Chilton v. Gulf Stream, et al |
| (192) James Ray Thornton | 10-3707 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Katherine P. Thornton | 10-3714 | Chilton v. Gulf Stream, et al |
| (194) Helen D. Ducayag, o/b/o I.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (195) Helen D. Ducayag, o/b/o I.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (196) Catherine  Tircuit | 10-3714 | Chilton v. Gulf Stream, et al |
| (197) Jonathan  Tircuit | 10-3714 | Chilton v. Gulf Stream, et al |
| (198) Raymond  Tircuit | 10-3714 | Chilton v. Gulf Stream, et al |
| (199) Tanya Topey, o/b/o C.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (200) Donald Glen Topey | 10-3714 | Chilton v. Gulf Stream, et al |
| (201) Jerimi  Topey | 10-3714 | Chilton v. Gulf Stream, et al |
| (202) Tanya Topey, o/b/o K.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (203) Tanya Ann Topey | 10-3714 | Chilton v. Gulf Stream, et al |
| (204) Gwendolyn W. Totorico | 10-3707 | Chilton v. Gulf Stream, et al |
| (205) Richard J. Totorico | 10-3707 | Chilton v. Gulf Stream, et al |
| (206) Patricia P Trapani | 10-3714 | Chilton v. Gulf Stream, et al |
| (207) Paul  A. Trapani | 10-3714 | Chilton v. Gulf Stream, et al |
| (208) Justin  M. Treadaway | 10-3714 | Chilton v. Gulf Stream, et al |
| (209) Tiffany  Lynn Treadaway | 10-3714 | Chilton v. Gulf Stream, et al |
| (210) Stefanie Tremblay, o/b/o K.T | 10-3714 | Chilton v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (211) Stefanie Tremblay, o/b/o R.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (212) Stefanie Robin Tremblay | 10-3714 | Chilton v. Gulf Stream, et al |
| (213) Affiong Okon Udofia | 10-3714 | Chilton v. Gulf Stream, et al |
| (214) Angela Unbehagen | 10-3714 | Chilton v. Gulf Stream, et al |
| (215) Angela Unbehagen, o/b/o E.U | 10-3714 | Chilton v. Gulf Stream, et al |
| (216) Emmett Unbehagen | 10-3714 | Chilton v. Gulf Stream, et al |
| (217) Angela Unbehagen, o/b/o T.U | 10-3714 | Chilton v. Gulf Stream, et al |
| (218) Daniel Uribe | 10-3714 | Chilton v. Gulf Stream, et al |
| (219) Frank Urick | 10-3714 | Chilton v. Gulf Stream, et al |
| (220) Marina Dolores Vandenborre | 10-3714 | Chilton v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Adubato, et al. v. Layton Homes Corp., et al.*

## EDLA 09-8421

|      | Name                      | Severed Case No. | Severed Case Caption                     |
|------|---------------------------|------------------|------------------------------------------|
| (1)  | James  Adubato            | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (2)  | Jessica  Adubato          | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (3)  | Mary  Adubato             | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (4)  | Nicholas  Adubato         | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (5)  | Lawrence Joseph Alberez   | 10-3693          | Alberez v. Layton Homes, et al           |
| (6)  | Cynthia Douglas, o/b/o B.D | 10-3693         | Alberez v. Layton Homes, et al           |
| (7)  | Cynthia  Douglas-Smith    | 10-3693          | Alberez v. Layton Homes, et al           |
| (8)  | Robert Froeba, o/b/o J.F  | 10-3693          | Alberez v. Layton Homes, et al           |
| (9)  | Robert Joseph Froeba      | 10-3693          | Alberez v. Layton Homes, et al           |
| (10) | Christopher J. Gabourel   | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (11) | Edith  H. Howell          | 10-3696          | Adubato v. Layton Homes Corporation, et al |
| (12) | Harold Emerson Leaming    | 10-3696          | Adubato v. Layton Homes Corporation, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Jane Gagliano Leaming | 10-3696 | Adubato v. Layton Homes Corporation, et al |
| (14) | Chevelle Richard, o/b/o C.R | 10-3696 | Adubato v. Layton Homes Corporation, et al |
| (15) | Chevelle  Richard | 10-3696 | Adubato v. Layton Homes Corporation, et al |
| (16) | Sterling  Smith | 10-3693 | Alberez v. Layton Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Antoine, et al. v. Layton Homes Corp., et al.*

## SDMS 09-524 EDLA 09-6901

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | John H Antoine | 10-3808 | Antoine v. Layton Homes, et al |
| (2) | John H Antoine | 10-3807 | Antoine v. Layton Homes, et al |
| (3) | Patricia G Antoine | 10-3808 | Antoine v. Layton Homes, et al |
| (4) | Lynell  Ann Mumphrey | 10-3807 | Antoine v. Layton Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Aguilar, et al. v. Layton Homes Corp., et al.*

## EDLA 09-3730

|      | Name                        | Severed Case No. | Severed Case Caption                         |
|------|-----------------------------|------------------|----------------------------------------------|
| (1)  | Jacklyn Aguilar             | 10-3686          | Aguilar v. Layton Homes Corporation, et al   |
| (2)  | Rosalie Aguilar, o/b/o M.A  | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (3)  | Rene Rudolph Aguilar        | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (4)  | Rene Aguliar Sr, o/b/o R.A  | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (5)  | Rene Rudolph Aguilar        | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (6)  | Rene Aguliar Sr, o/b/o R.A  | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (7)  | Rosalie Aguilar, o/b/o R.A  | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (8)  | Rosalie Aguilar, o/b/o R.A  | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (9)  | Rosalie Akie Aguilar        | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (10) | Rosalie Akie Aguilar        | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (11) | Carl Joseph Cook            | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |
| (12) | Priscilla Lucille Cook      | 10-3680          | Aguilar v. Layton Homes Corporation, et al   |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Jesse Luke Gerkin | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (14) | Calvin J. Kelone | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (15) | Calvin J. Kelone | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (16) | John  Kenney | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (17) | Tania W Kenney | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (18) | Jack  LaCaze | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (19) | Jack  LaCaze | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (20) | Jack LaCaze Jr. & Amanda Tatom, o/b/o | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (21) | Goldie M Parson | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (22) | Felix  C. Ruiz | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (23) | Joy  B. Ruiz | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (24) | Cynthia  Sampson-Smith | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (25) | Amanda  Tatom | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (26) | Amanda  Tatom | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (27) | Tania Kenney, o/b/o B.T | 10-3680 | Aguilar v. Layton Homes Corporation, et al |
| (28) | Loukevia Williams, o/b/o J.W | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (29) | Loukevia Williams, o/b/o K.W | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (30) | Loukevia M. Williams | 10-3686 | Aguilar v. Layton Homes Corporation, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Vernon Williams | 10-3686 | Aguilar v. Layton Homes Corporation, et al |
| (32) | Tania Kenney, o/b/o K.W | 10-3680 | Aguilar v. Layton Homes Corporation, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Douglas, et al. v. Oak Creek Homes, L.P., et al.*

### EDLA 09-3740

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Gracelyn Michelle Casanova | 10-3810 | Casanova v. Oak Creek Homes, et al |
| (2) | Judy Thornton Douglas | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (3) | Judy Thornton Douglas | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (4) | Oliver  Douglas | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (5) | Oliver  Douglas | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (6) | Earl Sabastion Esteves | 10-3812 | Esteves v. Oak Creek Homes, et al |
| (7) | Earl Sabastion Esteves | 10-3812 | Esteves v. Oak Creek Homes, et al |
| (8) | Loyce  Esteves | 10-3812 | Esteves v. Oak Creek Homes, et al |
| (9) | Loyce  Esteves | 10-3812 | Esteves v. Oak Creek Homes, et al |
| (10) | Diane E. Gonzalez-Marshall | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (11) | Diane E. Gonzalez-Marshall | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (12) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (14) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (15) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (16) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (17) | Darren Anthony Green | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (18) | Netiokee Hill, o/b/o D.G | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (19) | Netiokee Hill, o/b/o D.G | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (20) | Darren Green, Sr., o/b/o J.G | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (21) | Darren Green, Sr., o/b/o J.G | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (22) | Netiokee  Nekelia Hill | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (23) | Netiokee  Nekelia Hill | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (24) | Frank R Marshall | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (25) | Frank R Marshall | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (26) | Judith (Judy) Collara Mullet | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (27) | Roy  Mullet | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (28) | Justin Michael Stroemple | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (29) | Justin Michael Stroemple | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (30) | Jonathan  L. Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Jonathan  L. Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (32) | Lisa Umbehagen, o/b/o J.U | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (33) | Lisa Umbehagen, o/b/o J.U | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (34) | Justin  Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (35) | Justin  Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (36) | Lisa Stroemple Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |
| (37) | Lisa Stroemple Umbehagen | 10-3666 | Douglas v. Oak Creek Homes, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Neumann, et al. v. Champion Home Builders, et al.*

## SDMS 09-531 EDLA 09-6908

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Shari Neumann, o/b/o A.N | 10-3689 | Neumann v. Champion Home Builders, et al |
| (2) | Shari Neumann, o/b/o A.N | 10-3689 | Neumann v. Champion Home Builders, et al |
| (3) | Shari Neumann, o/b/o B.N | 10-3689 | Neumann v. Champion Home Builders, et al |
| (4) | Shari Neumann, o/b/o N.N | 10-3689 | Neumann v. Champion Home Builders, et al |
| (5) | Shari Coleman Neumann | 10-3689 | Neumann v. Champion Home Builders, et al |
| (6) | Todd  Neumann | 10-3689 | Neumann v. Champion Home Builders, et al |
| (7) | Todd  Neumann | 10-3689 | Neumann v. Champion Home Builders, et al |