UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1279, EDLA 10-230
*Somaya Bader, ind. and o/b/o the minor, A.A., et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 09-3824
*James S. Sakobie, et al. v. Gulf Coach Stream, Inc., et al.*,
MDL 1873, EDLA 09-4664
*James Adubato, et al. v. Layton Homes Corp., et al.*,
MDL 1873, EDLA 09-8421
*John Antoine, et al. v. Layton Homes Corp., et al.*,
MDL 1873, SDMS 09-524, EDLA 09-6901
*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*,
MDL 1873, EDLA 09-3730
*Judy Douglas, et al. v. Oak Creek Homes, L.P., et al.*,
MDL 1873, EDLA 09-3740
*Shari Neumann, et al. v. Champion Home Builders, et al.*,
MDL 1873, SDMS 09-531, EDLA 09-6908


**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

**MAY IT PLEASE THE COURT**,

Undersigned counsel for plaintiffs listed in the attached "Exhibit A, *in globo*" respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Memorandum Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended

Complaint(s) which all are indicated in "Exhibit A, *in globo*", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____s/ Roberta L. Burns_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on   the **9**[th] day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____s/ Roberta L. Burns_____
ROBERTA L. BURNS

2