UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1279, EDLA 10-230
*Somaya Bader, ind. and o/b/o the minor, A.A., et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 09-3824
*James S. Sakobie, et al. v. Gulf Coach Stream, Inc., et al.*,
MDL 1873, EDLA 09-4664
*James Adubato, et al. v. Layton Homes Corp., et al.*,
MDL 1873, EDLA 09-8421
*John Antoine, et al. v. Layton Homes Corp., et al.*,
MDL 1873, SDMS 09-524, EDLA 09-6901
*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*,
MDL 1873, EDLA 09-3730
*Judy Douglas, et al. v. Oak Creek Homes, L.P., et al.*,
MDL 1873, EDLA 09-3740
*Shari Neumann, et al. v. Champion Home Builders, et al.*,
MDL 1873, SDMS 09-531, EDLA 09-6908

**O R D E R**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE