UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Grillier et al v. Alliance Homes, et al*
E.D. La. Case No. *09-5340*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Adravien Harness | Harness v. Horton Homes, Inc. et al | 09-6313 |
| 2. | Akeilan Harness | Harness v. Horton Homes, Inc. et al | 09-6313 |
| 3. | Akliyah Harness | Harness v. Horton Homes, Inc. et al | 09-6313 |
| 4. | Latandria Harness | Harness v. Horton Homes, Inc. et al | 09-6313 |
| 5. | Kizzy Milton | Cryer et al v. Champion Enterprises, Inc. et al | 09-6317 |
| 6. | Chad Pellegrin | Pellegrin v Gulf Stream Coach, Inc et al | 09-6318 |
| 7. | Lorraine Jennings | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |
| 8. | Berlin MOREAU | Anderson et al v. Gulf Stream Coach, Inc. et al | 09-6320 |

| 9. | Lydia Jochum | Jochum v. Stewart Park Homes, Inc. et al | 09-6342 |
| 10. | Teshaun Phoenix-Moore | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 11. | Susan Jake | Bishop et al v. Stewart Park Homes, Inc. et al | 09-7264 |
| 12. | Que'Wan Mateen | Mateen v. Skyline Corporation et al | 09-7270 |
| 13. | Charlotte Kelly | Kelly et al v Redman Homes, Inc. f/k/a Dutch Homes, et al | 09-7273 |
| 14. | Jessie Kelly | Kelly et al v Redman Homes, Inc. f/k/a Dutch Homes, et al | 09-7273 |
| 15. | Tylon Milton | Kelly et al v Redman Homes, Inc. f/k/a Dutch Homes, et al | 09-7273 |
| 16. | Tyrese Milton | Kelly et al v Redman Homes, Inc. f/k/a Dutch Homes, et al | 09-7273 |
| 17. | Catherine Hugo | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 18. | Dajshanae Montgomery | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 19. | Elridge Montgomery | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 20. | Gary Hugo | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 21. | Jeremiah Montgomery | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 22. | Reynolds Navarre | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 23. | Wanda Montgomery | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 24. | Carol Patterson | Lewis et al v. American International Group, Inc. et al | 09-7276 |
| 25. | Wanda Lewis | Lewis et al v. American International Group, Inc. et al | 09-7276 |
| 26. | Jessie Marshall | Marshall v. Keystone RV Company et al | 09-7283 |
| 27. | Roosevelt Kendricks | Kendricks v. Vanguard Industries of Michigan, Inc. et al | 09-7285 |
| 28. | Melissa Mason-Olivo | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 29. | Robert Johnson | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 30. | Tina Merritt | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 31. | Earline Langford Walker | Walker et al v. Dutchmen Manufacturing, Inc. et al | 09-7291 |
| 32. | Natalie Parker | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 33. | Jaime Jason | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |

| | | | |
|---|---|---|---|
| 34. | Ralph Lagrue | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 35. | Jaylon Mouton | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 36. | Patrick Mouton | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 37. | Tamara Mouton | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 38. | Taylor Mouton | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 39. | Tyler Mouton | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 40. | Jennie Lain | Lain v. American International Specialty Lines Insurance Company et al | 09-7296 |
| 41. | Gail Johnson | Hebert et al v. Recreation By Design, LLC et al | 09-7297 |
| 42. | Henry Mokosso | Hebert et al v. Recreation By Design, LLC et al | 09-7297 |
| 43. | Nancy Hirschfeld | Hebert et al v. Recreation By Design, LLC et al | 09-7297 |
| 44. | Jonathan Mackey | Mackey et al v. Recreation By Design, LLC et al | 09-7298 |
| 45. | Jan Kinkella | Bosworth et al v. Forest River, Inc. et al | 09-7300 |
| 46. | Jan Kinkella | Kinkella v Lakeside Park Homes, Inc et al | 09-7301 |
| 47. | Barbara Johnson | James et al v. Lakeside Park Homes Inc et al | 09-7302 |
| 48. | Cynthia Newton | James et al v. Lakeside Park Homes Inc et al | 09-7302 |
| 49. | Jonathan James | James et al v. Lakeside Park Homes Inc et al | 09-7302 |
| 50. | Jonathan James | James et al v. Lakeside Park Homes Inc et al | 09-7302 |
| 51. | Wynona James | James et al v. Lakeside Park Homes Inc et al | 09-7302 |
| 52. | Cheryl Ladner | Ladner v. American International Specialty Lines Insurance Company et al | 09-7303 |
| 53. | Antoinette Jones | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 54. | Artaisaha Jones | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 55. | Dajanae Lenaris | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 56. | Dianne Leftridge | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 57. | James Joseph | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 58. | Keisha Lenaris | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 59. | Kenneth Harris | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |

| 60. | Lorraine Morrogh | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
|-----|------------------|----------------------------------------------|---------|
| 61. | Melissa Mason-Olivo | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 62. | Ray Morrogh | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 63. | Rose Joyner | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 64. | Shikita Harper | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 65. | Vonetta Lee | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 66. | Andrew Olivo | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 67. | Donterius Johnson | Beverly et al v. Champion Enterprises, Inc. et al | 09-7311 |
| 68. | Evie McBride | McBride v. American Camper Manufacturing, LLC et al | 09-7317 |
| 69. | Jeannell Jackson | Anderson et al v. DS Corp. et al | 09-7320 |
| 70. | Ramad Jackson | Burl et al v. Alliance Homes, Inc et al | 09-7940 |
| 71. | Lesley Hines | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 72. | Michelle Jeffery | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 73. | Ranese Jeffery | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 74. | Callista James | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 75. | Leroy James | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 76. | Troy Jacobs | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 77. | William Polk | Polk v. Crum & Foster Specialty Insurance Company et al | 09-8709 |
| 78. | Winnifred Jerrell | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 79. | James Henke | Henke v. Gulf Stream Coach, Inc. et al | 09-8713 |
| 80. | Eva Jones | Jones et al v. Dutchmen Manufacturing, Inc et al | 09-8715 |
| 81. | Langdon Mickens | Mickens et al v. Skyline Corporation et al | 09-8716 |
| 82. | Brian Hayes | Hayes et al v. Thor Industries, Inc. et al | 09-8729 |
| 83. | Cheryl Hayes | Hayes et al v. Thor Industries, Inc. et al | 09-8729 |
| 84. | Makayla Murray | Murray et al v. River Birch Homes, Inc. et al | 09-8733 |
| 85. | Tabitha Murray | Murray et al v. River Birch Homes, Inc. et al | 09-8733 |
| 86. | Kamiesha Johnson | Cook et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-8734 |
| 87. | Reiko Johnson Jr. | Cook et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-8734 |

| 88. | Charles Lawson | Lawson v. Cavalier Home Builders, LLC et al | 09-8739 |
|---|---|---|---|
| 89. | Edward Jackson | Matherne et al v. Athens Homes, L.L.C. et al | 09-8740 |
| 90. | Brian Hayes | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 91. | Cheryl Hayes | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 92. | Leonard Handy | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 93. | Phyllis Hart | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 94. | Denise Lewis | Crutchfield et al v. American International Group, Inc. et al | 09-8745 |
| 95. | Kaylien Lewis | Crutchfield et al v. American International Group, Inc. et al | 09-8745 |
| 96. | Marilyn Joseph | Joseph v. Coachmen Recreational Vehicle Company, LLC et al | 09-8747 |
| 97. | Paula Heim | Heim v. Forest River, Inc. et al | 10-031 |
| 98. | Aline Hebert | Hebert v. Gulf Stream Coach, Inc. et al | 10-032 |
| 99. | Donald Jones | Jones v. Keystone RV Company et al | 10-033 |
| 100. | Chanel Lee | Frazier et al v. Recreation By Design, LLC et al | 10-2422 |
| 101. | Darnell Lee | Frazier et al v. Recreation By Design, LLC et al | 10-2422 |
| 102. | Gregory Larkins | Ledet et al v. Jayco Enterprises, Inc. et al | 10-2425 |
| 103. | Tron MILES | Ledet et al v. Jayco Enterprises, Inc. et al | 10-2425 |
| 104. | Alexandria Populis | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 105. | Angelica PIERRE | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 106. | Bernard PIERRE | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 107. | Christopher Populis | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 108. | Gregory Larkins | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 109. | Jeremy PIERRE | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 110. | Jordan PIERRE | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 111. | Lee Populis | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 112. | Patricia Penny | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 113. | Ty Kinchen | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 114. | Margaret JOHNSON | Johnson v. DS Corp. et al | 10-2433 |
| 115. | Jamyric Harrison | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |

| 116. | Cecile Jones | Jones et al v. American International Group, Inc. et al | 10-2442 |
|---|---|---|---|
| 117. | Julie Jones | Jones et al v. American International Group, Inc. et al | 10-2442 |
| 118. | Deanna JASMINE | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 119. | Deshavonna JASMINE | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 120. | Jose ORTIZ | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 121. | Oscar JASMINE | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 122. | Rashanna JASMINE | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 123. | Rayshavon JOHNSON | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 124. | Yvonne JASMINE | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 125. | Geralyn HAWKINS | Appleby et al v. Stewart Park Homes, Inc. et al | 10-2446 |
| 126. | Kenneth Appleby | Appleby et al v. Stewart Park Homes, Inc. et al | 10-2446 |
| 127. | Danita Lindsey | Danita v. CMH Manufacturing, Inc. et al | 10-2448 |
| 128. | Joshlyn Naveree | Danita v. CMH Manufacturing, Inc. et al | 10-2448 |
| 129. | Denise Paul | Paul v. Keystone RV Company et al | 10-2449 |
| 130. | Marguerite JACKSON | Kelly et al v. Forest River, Inc. et al | 10-2460 |
| 131. | Oscar Peter | Kelly et al v. Forest River, Inc. et al | 10-2460 |
| 132. | Latania HINES | Berry et al v. American International Group Inc. et al | 10-2462 |
| 133. | Marc HALL | Berry et al v. American International Group Inc. et al | 10-2462 |
| 134. | Angelica PIERRE | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 135. | Bernard PIERRE | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 136. | Darlene Lewis | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 137. | Jeremy PIERRE | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 138. | Jordan PIERRE | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 139. | Herbert Johnson | Johnson et al v. Lakeside Park Homes, Inc. et al | 10-2469 |
| 140. | Carolyn HUGHES | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 141. | Denise Martin - Marrero | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |

| | | | |
|---|---|---|---|
| 142. | Donna POLK | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 143. | Eric JACKSON | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 144. | Gregory LANGLEY | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 145. | Harold LANGLEY | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 146. | Jasmine JORDAN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 147. | Jessie HUGHES | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 148. | John NELSON | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 149. | Leslie HARRIS | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 150. | Malcolm JORDAN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 151. | Malcolm THOMPSON | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 152. | Malkeisha JORDAN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 153. | Malshawn JORDAN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 154. | Monchel MONIER | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 155. | Rosa Hall | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 156. | Sharon LANGLEY | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 157. | Terrell JORDAN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 158. | Tron MILES | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 159. | Twanna POLK | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 160. | Veeda Payne | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 161. | Connie Lopez | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 162. | Dora Kline | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 163. | Edna Harrison | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 164. | Jean Harris | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 165. | Juanita Guillory | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 166. | Karmyn Guillory | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 167. | Linda LEON | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 168. | Mike Ladner | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 169. | Sharon JOSEPH | Black et al v. Gulf Stream Coach, Inc. et al | 10-2472 |

| 170. | Rebecca HARRIS | Harris et al v. Keystone RV Company et al | 10-2473 |
| 171. | Jerrion Moore | Connors et al v. American International Group, Inc. et al | 10-993 |
| 172. | Rontazia Lewis | Connors et al v. American International Group, Inc. et al | 10-993 |
| 173. | Andrew Olivo | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 174. | Jaheem Black | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 175. | Ja'nai Black | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 176. | Shawnna Black | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 177. | Stacy Mackey | Mackey et al v. Recreation By Design, LLC et al | 09-7298 |
| 178. | Trinice Mackey | Mackey et al v. Recreation By Design, LLC et al | 09-7298 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:    /s/Matthew B. Moreland
       MATTHEW B. MORELAND, #24567
       Becnel Law Firm, L.L.C.
       P.O. Drawer H
       106 W. 7th Street
       Reserve, Louisiana  70084
       Telephone:    985/536-1186
       Facsimile:    985/536-6445
       mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/   Matthew B. Moreland
MATTHEW B. MORELAND, # 24567