UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Defelice et al v. Alliance Homes, et al*
E.D. La. Case No. *09-5341*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Alice Wilson | Wilson et al v. American International Group, Inc. et al | 09-6190 |
| 2. | Charise Burton | Burton v. American International Specialty Lines Insurance Company et al | 09-6192 |
| 3. | Orelia Mitchell | Bentley et al v. American International Specialty Lines Insurance Company et al | 09-6312 |
| 4. | Stephanie Bentley | Bentley et al v. American International Specialty Lines Insurance Company et al | 09-6312 |
| 5. | Aundray | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |

|     |                    |                                                                              |         |
|-----|--------------------|------------------------------------------------------------------------------|---------|
|     | WILLIAMS           |                                                                              |         |
| 6.  | Gail Scott         | Allen et al v. Gulf Stream Coach, Inc. et al                                 | 09-6319 |
| 7.  | James WASHINGTON   | Allen et al v. Gulf Stream Coach, Inc. et al                                 | 09-6319 |
| 8.  | Jaron Robinson     | Allen et al v. Gulf Stream Coach, Inc. et al                                 | 09-6319 |
| 9.  | Larry Taylor       | Anderson et al v. Gulf Stream Coach, Inc. et al                              | 09-6320 |
| 10. | Terry Anderson     | Anderson et al v. Gulf Stream Coach, Inc. et al                              | 09-6320 |
| 11. | Geranesha Jackson  | Bailey et al v. Gulf Stream Coach, Inc. et al                                | 09-6325 |
| 12. | Michele Robinson   | Bailey et al v. Gulf Stream Coach, Inc. et al                                | 09-6325 |
| 13. | Lawanda Brown      | Brown et al v. Layton Homes, Corp. et al                                     | 09-6326 |
| 14. | Barbara Hingle     | Hingle et al v. Layton Homes Corp. et al                                     | 09-6327 |
| 15. | Brittany Medice    | Hingle et al v. Layton Homes Corp. et al                                     | 09-6327 |
| 16. | Landry Hingle      | Hingle et al v. Layton Homes Corp. et al                                     | 09-6327 |
| 17. | Pearlette Ford     | Ford et al v. Forest River, Inc. et al                                       | 09-6333 |
| 18. | Angela Juhasz      | Juhasz et al v. American International Specialty Lines Insurance Company et al | 09-6335 |
| 19. | Jerry Juhasz       | Juhasz et al v. American International Specialty Lines Insurance Company et al | 09-6335 |
| 20. | Sandra Remondet    | Juhasz et al v. American International Specialty Lines Insurance Company et al | 09-6335 |
| 21. | Ed'Verunna Williams | Williams v. Palm Harbor Homes, Inc. et al                                   | 09-6336 |
| 22. | Keyon Milton       | Milton v. Redman Homes Inc et al                                             | 09-6338 |
| 23. | Cathy Shavers      | Segura et al v. Sunny Brook RV, Inc. et al                                   | 09-6340 |
| 24. | Jeffrey Segura     | Segura et al v. Sunny Brook RV, Inc. et al                                   | 09-6340 |
| 25. | Faye Williams      | Williams v. Superior Homes, LLC et al                                        | 09-6341 |
| 26. | Billy Jones        | Bosarge et al v. American International Group, Inc. et al                    | 09-6343 |

| | | | |
|---|---|---|---|
| 27. | Shakira Gould | Gould v. Dutchmen Manufacturing, Inc. et al | 09-6345 |
| 28. | Nakia Sorina | Sorina v. Crum & Forster Specialty Insurance Company et al | 09-6346 |
| 29. | Ashley Stermer | Stermer et al v. Superior Homes, LLC et al | 09-7266 |
| 30. | Kaleb Stermer | Stermer et al v. Superior Homes, LLC et al | 09-7266 |
| 31. | Kaylien Stermer | Stermer et al v. Superior Homes, LLC et al | 09-7266 |
| 32. | Tyler Stermer | Stermer et al v. Superior Homes, LLC et al | 09-7266 |
| 33. | Florence Ray | Lewis et al v. American International Group, Inc. et al | 09-7276 |
| 34. | Burt Racca | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 35. | Dorothy Turner | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 36. | Joseph Triggs | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 37. | Mary Ann Thonn | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 38. | Mary Ann Thonn | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 39. | Mary Chandler | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 40. | Robert Silcox | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 41. | Sarah Teague | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 42. | Cassandra Smith | Walker et al v. Dutchmen Manufacturing, Inc. et al | 09-7291 |
| 43. | Crystal Smith | Walker et al v. Dutchmen Manufacturing, Inc. et al | 09-7291 |
| 44. | Deborah Thomas | Walker et al v. Dutchmen Manufacturing, Inc. et al | 09-7291 |
| 45. | Nathaniel Porterfield | Walker et al v. Dutchmen Manufacturing, Inc. et al | 09-7291 |
| 46. | Savannah Riley | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 47. | Tiffany Yoe | Black et al v. Gulf Stream Coach, Inc. et al | 09-7292 |
| 48. | Jessie WASHINGTON | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 49. | Linda Scioneaux | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 50. | Mary Square | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 51. | Stephanie Travis | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 52. | Darnell Stewart | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |

| | | | |
|---|---|---|---|
| 53. | Mary Square | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 54. | Ronald Greenberry | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 55. | Rondell Brown | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 56. | Sandra Walker | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 57. | Sharona Walker | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 58. | Tiara Walker | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 59. | Bruenett Reese | Reese v R-Vision, Inc et al | 09-7299 |
| 60. | Amanda Ross-Populis | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 61. | Barbara Weber | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 62. | Calvin Bookhardt | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 63. | Christopher Whiddon | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 64. | Hardy Price | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 65. | Henry Thompson | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 66. | James Weber Sr. | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 67. | Jeffrey Scott | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 68. | Joshua Richards | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 69. | Joyce Allen | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 70. | Marva White | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 71. | Mary Chandler | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 72. | Paula West | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 73. | Carol Schiavone | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 74. | Robert-Marcus Wedlock | Marcus-Wedlock et al v. Palm Harbor Homes, Inc. et al | 09-7308 |
| 75. | Lugenia Solomon | Carrere et al v. Jayco Enterprises, Inc. et al | 09-7315 |
| 76. | Florence Rayford | Oswald et al v. Integrity Midwest Inc. et al | 09-7316 |
| 77. | Wilkerson-Jackson | Wilkerson-Jackson v. KZRV, LP et al | 09-7318 |

| | | | |
|---|---|---|---|
| 78. | Robin Voros | Voros v. Dutchmen Manufacturing, Inc. et al | 09-7319 |
| 79. | Glory Thomas | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 80. | Nathaniel Porterfield | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 81. | John Bargky | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 82. | Sarah Teague | Teague et al v. American Internationl Group, Inc et al | 09-7928 |
| 83. | Albert Volion | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 84. | Albert Weber | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 85. | Cheryl Wimbish | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 86. | Kathleen Volion | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 87. | Kevin Wilkerson | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 88. | James Saulsberry | Saulsberry et al v. Recreation By Design, LLC et al | 09-8705 |
| 89. | Tanya Scott | Saulsberry et al v. Recreation By Design, LLC et al | 09-8705 |
| 90. | Eric Thomas | Thomas v. Keystone RV Company et al | 09-8706 |
| 91. | David Robins | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 92. | Donald Robins, Jr. | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 93. | Glory Thomas | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 94. | John Williams | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 95. | Lawrence Moore | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 96. | Willie Williams | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 97. | Erica Roberts Davis | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 98. | Gladys Weber | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 99. | James White | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 100. | Annie Thomas | Thomas v. Lakeside Park Homes, Inc. et al | 09-8710 |
| 101. | Rori Dakin | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |

| | | | |
|---|---|---|---|
| 102. | Glory Thomas | Thomas v. Coachmen Recreational Vehicle Company, LLC et al | 09-8714 |
| 103. | Cathy Simien | Jones et al v. Dutchmen Manufacturing, Inc et al | 09-8715 |
| 104. | Calvin Buras | Buras v. Superior Homes, LLC et al | 09-8719 |
| 105. | Jim Alexander | Alexander v. Sunray RV, LLC et al | 09-8720 |
| 106. | Anthony Washington | Washington v. Lakeside Park Homes, Inc. et al | 09-8721 |
| 107. | Kathy Talkington | Talkington v. Coachmen Recreational Vehicle Company, LLC et al | 09-8725 |
| 108. | Terrence Butler | Butler v. Jayco Enterprises, Inc. et al | 09-8726 |
| 109. | Gilda WOODS | Coleman et al v. Forest River, Inc. et al | 09-8736 |
| 110. | Abigail Wentzell | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 111. | Angela Wentzell | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 112. | Deidra Prudhomme | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 113. | Deshawn Walls | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 114. | Early Truvia | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 115. | Hannah Wentzell | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 116. | Hellon Simmons | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 117. | Jerry Walls, Jr. | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 118. | Justin Walls | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 119. | Melody Valentin | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 120. | Rafael Valentin, III | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 121. | Rondajai Rushing | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 122. | Sarah Wentzell | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 123. | Savion Terrell | Terrell v. Destiny Industries, LLC et al | 09-8744 |
| 124. | Donna Oncale | Crutchfield et al v. American International Group, Inc. et al | 09-8745 |
| 125. | Allen Wilfred, Jr. | Robinson et al v. Forest River, Inc. et al | 09-8746 |
| 126. | Ralph Robinson | Robinson et al v. Forest River, Inc. et al | 09-8746 |
| 127. | Edwin | Dominguez et al v. Liberty Insurance Corporation et al | 10-2416 |

| # | Name | Case | Docket |
|---|---|---|---|
| | DOMINGUEZ | | |
| 128. | Desiree RADFORD | Radford et al v. Liberty Insurance Corporation et al | 10-2420 |
| 129. | Yolanda RADFORD | Radford et al v. Liberty Insurance Corporation et al | 10-2420 |
| 130. | Lolita Williams | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 131. | Michael WINDSAY | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 132. | Timothy Turlich | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 133. | Dorothy Stevens | Stevens v. Dutchmen Manufacturing, Inc. et al | 10-2427 |
| 134. | Brandi Woods | Bowles et al v. American International Specialty Lines Insurance Company et al | 10-2430 |
| 135. | Pamela Woods | Bowles et al v. American International Specialty Lines Insurance Company et al | 10-2430 |
| 136. | Jeremiah POTTER | Potter v. Keystone RV Company et al | 10-2434 |
| 137. | Brandi Shanley | Shanley et al v. CMH Manufacturing, Inc. et al | 10-2436 |
| 138. | Darian Shanley | Shanley et al v. CMH Manufacturing, Inc. et al | 10-2436 |
| 139. | David Shanley, Jr. | Shanley et al v. CMH Manufacturing, Inc. et al | 10-2436 |
| 140. | David Shanley, Sr. | Shanley et al v. CMH Manufacturing, Inc. et al | 10-2436 |
| 141. | Erika Shanley | Shanley et al v. CMH Manufacturing, Inc. et al | 10-2436 |
| 142. | Deiondre Thomas | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 143. | Lena Segura | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 144. | Steve Segura | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 145. | James Wallace, III | Wallace et al v. Cavalier Home Builders, LLC et al | 10-2438 |
| 146. | Kimberly Wallace | Wallace et al v. Cavalier Home Builders, LLC et al | 10-2438 |
| 147. | Alice Wilson | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 148. | Pearline TOBIAS | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 149. | Steve THOMAS | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 150. | Terry Stevens | Jones et al v. American International Group, Inc. et al | 10-2442 |
| 151. | Carl Washington | Washington v. Thor Industries Inc et al | 10-2444 |

| | | | |
|---|---|---|---|
| 152. | Marcell Williams | Danita v. CMH Manufacturing, Inc. et al | 10-2448 |
| 153. | Deborah STEWART | Kelly et al v. Forest River, Inc. et al | 10-2460 |
| 154. | Lawrence WATTS | Griffin et al v. Forest River Inc et al | 10-2461 |
| 155. | Saja St. Amant | Griffin et al v. Forest River Inc et al | 10-2461 |
| 156. | Sheila Ruffin | Griffin et al v. Forest River Inc et al | 10-2461 |
| 157. | Donn Youngblood | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 158. | Izola SMITH | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 159. | Matthew Savoie | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 160. | Michael WINDSAY | Lewis et al v. American International Group, Inc. et al | 10-2463 |
| 161. | Chante Simmons | Simmons et al v. Thor Industries, Inc. et al | 10-2468 |
| 162. | Jamie Spada | Simmons et al v. Thor Industries, Inc. et al | 10-2468 |
| 163. | Ora WATSON | Simmons et al v. Thor Industries, Inc. et al | 10-2468 |
| 164. | Annie Thomas | Johnson et al v. Lakeside Park Homes, Inc. et al | 10-2469 |
| 165. | King Thomas | Johnson et al v. Lakeside Park Homes, Inc. et al | 10-2469 |
| 166. | Curtis Smith | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 167. | Dennis WATSON | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 168. | Herbert SMITH | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 169. | Stanley SMITH | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 170. | Alfredia White | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 171. | Alfredia White | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 172. | Annie Thomas | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 173. | Brandi Shanley | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 174. | Christine Underwood | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 175. | Darian Shanley | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 176. | David Shanley, Jr. | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 177. | David Shanley, Sr. | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |

| | | | |
|---|---|---|---|
| 178. | Demetria Williams | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 179. | Dominque Williams | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 180. | Erika Shanley | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 181. | Gerald SAZON | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 182. | King Thomas | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 183. | Laurel SCOTT | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 184. | Lena Segura | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 185. | Michele Wingard | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 186. | Nia Simmons | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 187. | Ora WATSON | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 188. | Penny Thibodeaux | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 189. | Ronella Simmons | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 190. | Steve Segura | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 191. | Leonard Riley | Black et al v. Gulf Stream Coach, Inc. et al | 10-2472 |
| 192. | Alfred SHELTON | Harris et al v. Keystone RV Company et al | 10-2473 |
| 193. | Charles WILSON | Harris et al v. Keystone RV Company et al | 10-2473 |
| 194. | Woodrow Stevenson | Harris et al v. Keystone RV Company et al | 10-2473 |
| 195. | Donna Stevens | Davis et al v. American International Group Inc. et al | 10-992 |
| 196. | Jaheem Vincent | Davis et al v. American International Group Inc. et al | 10-992 |
| 197. | Pamela Vincent | Davis et al v. American International Group Inc. et al | 10-992 |
| 198. | Judy Lirette | Davis et al v. American International Group Inc. et al | 10-992 |
| 199. | Edward Davis | Davis v. American International Specialty Lines Insurance Company et al | 09-6329 |
| 200. | Damien Teague | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 201. | Brenda Toetfer | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 202. | Sarah Toetfer | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 203. | Tina Williams | Marcus-Wedlock et al v. Palm Harbor Homes, Inc. et al | 09-7308 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY: /s/Matthew B. Moreland
MATTHEW B. MORELAND, #24567
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, Louisiana  70084
Telephone:     985/536-1186
Facsimile:      985/536-6445
mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/   Matthew B. Moreland
MATTHEW B. MORELAND, # 24567