UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Gracelyn Michelle Casanova, et al. v. Northwood Manufacturing, Inc., et al.*,
MDL 1873, EDLA 09-7986
*Kristy Peterson, ind. and o/b/o the minor, B.P. v. Palm Harbor Homes, Inc., et al.*,
MDL 1873, EDLA 09-3718
*Kristy Merwin, et al. v. Pilgrim International, Inc., et al.*,
MDL 1873, SDMS 09-511, EDLA 09-6887
*Sunshine Augustine, et al. v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, SDMS 09-526, EDLA 09-6903
*Robert Moise Legendre, et al. v. Monaco Coach Corporation, et al.*,
MDL 1873, SDMS 09-522, EDLA 09-6898
*Ernest Ricouard, et al. v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, SDMS 09-449, EDLA 09-6018
*Jeffrey Michel Graves, et al. v. Clearspring Conversions, Inc., et al.*,
MDL 1873, SDMS 09-529, EDLA 09-6905
*Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, EDLA 10-514
*Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, SDMS 09-530, EDLA 09-6907
*Jean Adams, et al. v. American International Group, et al.*,
MDL 1873, EDLA 10-508
*Bryan Doty, et al. v. Sun Valley, Inc., et al.*,
MDL 1873, EDLA 09-3722
*Audrey Brown and Jesse Brown v. Stewart Park Homes, Inc., et al.*,
MDL 1873, WDLA 09-1286, EDLA 10-248
*Doris B. Creger, et al. v. Stewart Park Homes, Inc., et al.*,
MDL 1873, EDLA 09-8410
*Alecia Couget Frught, et al. v. Timberland RV Company, et al.*,
MDL 1873, EDLA 09-8412
*Joseph A. Wright, et al. v. Thor California, Inc., et al.*,
MDL 1873, SDMS 09-517, EDLA 09-6892

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM
ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit

A, *in globo*" who respectfully request this Honorable Court grant their Motion to Sever plaintiffs

from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Motion.  Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:        s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/ Roberta L. Burns
        ROBERTA L. BURNS