THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961



EXHIBIT
A, in globo

# *Gracelyn Michelle Casanova, et al. v. Northwood Manufacturing, Inc., et al.*

EDLA 09-7986

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Gracelyn Michelle Casanova | 10-3730 | Casanova v. Northwood Manufacturing, et al |
| (2) | Gracelyn Casanova, o/b/o M.C | 10-3730 | Casanova v. Northwood Manufacturing, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Kristy Peterson, o/b/o B.P., et al. v. Palm Harbor Homes, Inc., et al.*

### EDLA 09-3718

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Kristy Peterson, o/b/o B.P | 10-3726 | Peterson v. Palm Harbor Homes, et al |
| (2) | Kristy Peterson, o/b/o B.P | 10-3726 | Peterson v. Palm Harbor Homes, et al |
| (3) | Daryl L Peterson | 10-3726 | Peterson v. Palm Harbor Homes, et al |
| (4) | Kristy Peterson, o/b/o D.P | 10-3726 | Peterson v. Palm Harbor Homes, et al |
| (5) | Kristy Peterson, o/b/o K.P | 10-3726 | Peterson v. Palm Harbor Homes, et al |
| (6) | Kristy Schmid Peterson | 10-3726 | Peterson v. Palm Harbor Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Merwin, et al. v. Pilgrim International, Inc., et al.*

SDMS 09-511 EDLA 09-6887

|      | Name                       | Severed Case No. | Severed Case Caption                  |
|------|----------------------------|------------------|---------------------------------------|
| (1)  | Kristy Merwin, o/b/o K.H   | 10-3684          | Merwin v. pilgrim International, et al |
| (2)  | Mona Martinez, o/b/o A.K   | 10-3684          | Merwin v. pilgrim International, et al |
| (3)  | Mona Martinez, o/b/o J.K   | 10-3684          | Merwin v. pilgrim International, et al |
| (4)  | Henry Joseph Martinez      | 10-3684          | Merwin v. pilgrim International, et al |
| (5)  | Mona Lisa Martinez         | 10-3684          | Merwin v. pilgrim International, et al |
| (6)  | Dawn Mascaro               | 10-3684          | Merwin v. pilgrim International, et al |
| (7)  | Dawn Mascaro, o/b/o K.M    | 10-3684          | Merwin v. pilgrim International, et al |
| (8)  | Dawn Mascaro, o/b/o K.M    | 10-3684          | Merwin v. pilgrim International, et al |
| (9)  | Louis Mascaro              | 10-3684          | Merwin v. pilgrim International, et al |
| (10) | Steven Mascaro             | 10-3684          | Merwin v. pilgrim International, et al |
| (11) | Kristy Merwin, o/b/o J.M   | 10-3684          | Merwin v. pilgrim International, et al |
| (12) | Kristy Merwin, o/b/o K.M   | 10-3684          | Merwin v. pilgrim International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Kristy Ann Merwin | 10-3684 | Merwin v. pilgrim International, et al |
| (14) Dawn Mascaro, o/b/o C.R | 10-3684 | Merwin v. pilgrim International, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Augustine, et al. v. Fleetwood Canada, et al.*

SDMS 09-526 EDLA 09-6903

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Karen Kline, o/b/o C.B | 10-3706 | Kline v. Fleetwood, et al |
| (2) | Diane Peterson Coleman | 10-3706 | Kline v. Fleetwood, et al |
| (3) | Howard Michael Coleman | 10-3706 | Kline v. Fleetwood, et al |
| (4) | Elizabeth W Cumbaa | 10-3706 | Kline v. Fleetwood, et al |
| (5) | Roger C Cumbaa | 10-3706 | Kline v. Fleetwood, et al |
| (6) | Karen Kline, o/b/o J.D | 10-3706 | Kline v. Fleetwood, et al |
| (7) | Karen Kline, o/b/o S.D | 10-3706 | Kline v. Fleetwood, et al |
| (8) | Karen S. Kline | 10-3706 | Kline v. Fleetwood, et al |
| (9) | Mark Arthur Kline | 10-3706 | Kline v. Fleetwood, et al |
| (10) | William Christopher Weir | 10-3706 | Kline v. Fleetwood, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Augustine, et al. v. Fleetwood Canada, et al.*

SDMS 09-526 EDLA 09-6903

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Sunshine Augustine | 10-3703 | Augustine v. Fleetwood, et al |
| (2) | Allan Joseph Hoey | 10-3703 | Augustine v. Fleetwood, et al |
| (3) | Ashley Marie Hoey | 10-3703 | Augustine v. Fleetwood, et al |
| (4) | Blake Lewis | 10-3703 | Augustine v. Fleetwood, et al |
| (5) | Lisa Stander, o/b/o D.S | 10-3703 | Augustine v. Fleetwood, et al |
| (6) | Lisa P. Stander | 10-3703 | Augustine v. Fleetwood, et al |
| (7) | Tanya Topey, o/b/o C.T | 10-3703 | Augustine v. Fleetwood, et al |
| (8) | Donald Glen Topey | 10-3703 | Augustine v. Fleetwood, et al |
| (9) | Tanya Ann Topey | 10-3703 | Augustine v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Legendre, et al. v. Monaco Coach Corporation, et al.*

SDMS 09-522 EDLA 09-6898

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Carolyn Ruffino | 10-3783 | Ruffino v. Monaco, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Ricouard, et al. v. Fleetwood Canada, Ltd., et al.*

SDMS 09-449 EDLA 09-6018

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Ernest Ricouard | 10-3802 | Ricouard v. Fleetwood, et al |
| (2) | Myra M. Ricouard | 10-3802 | Ricouard v. Fleetwood, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Graves, et al. v. Clearspring Conversions, Inc., et al.*

SDMS 09-529 EDLA 09-6905

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Jeffrey Michel Graves | 10-3849 | Graves v. Clear Springs, et al |
| (2) | Elizabeth Melton | 10-3849 | Graves v. Clear Springs, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*

EDLA 10-514

|     | Name            | Severed Case No. | Severed Case Caption                          |
| --- | --------------- | ---------------- | --------------------------------------------- |
| (1) | Helen Albarado  | 10-3750          | Albarado v. Morgan Buildings and Spas, et a   |
| (2) | Raymond Albarado| 10-3750          | Albarado v. Morgan Buildings and Spas, et a   |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*

SDMS 09-530 EDLA 09-6907

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Robert Moise Legendre | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (2) | Shari Neumann, o/b/o A.N | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (3) | Shari Neumann, o/b/o B.N | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (4) | Shari Neumann, o/b/o N.N | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (5) | Todd Neumann | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (6) | Todd Neumann | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (7) | Audrey Vidou Randazzo | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |
| (8) | Louis J. Randazzo | 10-3831 | Legendre v. Morgan Buldings and Spas, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Jean Adams, et al. v. American International Group, et al.*

EDLA 10-508

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Jean Adams | 10-3761 | Adams v. Fleetwood, et al |
| (2) | Debra A Alfonso | 10-3761 | Adams v. Fleetwood, et al |
| (3) | Lester E. Alfonso | 10-3761 | Adams v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Bryan Doty, et al. v. Sun Valley, Inc., et al.*

EDLA 09-3722

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Bryce Doty | 10-3768 | Doty v. Sun Valley, et al |
| (2) | George A. Doty | 10-3768 | Doty v. Sun Valley, et al |
| (3) | Jill Upright Doty | 10-3768 | Doty v. Sun Valley, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Audrey and Jesse Brown v. Stewart Park Homes, Inc., et al.*

WDLA 09-1286 EDLA 10-248

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Audry Brown | 10-3817 | Brown v. Stewart Park Homes, et al |
| (2) | Jesse Brown | 10-3817 | Brown v. Stewart Park Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Doris B. Creger, et al. v. Stewart Park Homes, Inc., et al.*

EDLA 09-8410

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Doris B. Creger | 10-3756 | Creger v. Stewart Park Homes, et al |
| (2) | Philip George Creger | 10-3755 | Creger v. Stewart Park Homes, et al |
| (3) | Forrest Michael Custer | 10-3695 | Custer v. Stewart Park Homes, et al |
| (4) | Marsha Ann Custer | 10-3695 | Custer v. Stewart Park Homes, et al |
| (5) | Michael Forrest Custer | 10-3695 | Custer v. Stewart Park Homes, et al |
| (6) | Marilyn R. Dusang | 10-3756 | Creger v. Stewart Park Homes, et al |
| (7) | Dionne Lee, o/b/o I.G | 10-3695 | Custer v. Stewart Park Homes, et al |
| (8) | Dionne Lee | 10-3695 | Custer v. Stewart Park Homes, et al |
| (9) | Linda Rimkus | 10-3756 | Creger v. Stewart Park Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Alecia Couget Frught, et al. v. Timberland RV Company, et al.*
## EDLA 09-8412

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Alecia Couget Frught | 10-3749 | Frught v. Timberland RV, et al |
| (2) | Donald Frught | 10-3749 | Frught v. Timberland RV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Wright, et al. v. Thor California, Inc., et al.*

SDMS 09-517 EDLA 09-6892

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Joseph A. Wright | 10-3858 | Wright v. Thor, et al |
| (2) | Veronica R. Wright | 10-3858 | Wright v. Thor, et al |