# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                     MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Gracelyn Michelle Casanova, et al. v. Northwood Manufacturing, Inc., et al.*,
MDL 1873, EDLA 09-7986
*Kristy Peterson, ind. and o/b/o the minor, B.P. v. Palm Harbor Homes, Inc., et al.*,
MDL 1873, EDLA 09-3718
*Kristy Merwin, et al. v. Pilgrim International, Inc., et al.*,
MDL 1873, SDMS 09-511, EDLA 09-6887
*Sunshine Augustine, et al. v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, SDMS 09-526, EDLA 09-6903
*Robert Moise Legendre, et al. v. Monaco Coach Corporation, et al.*,
MDL 1873, SDMS 09-522, EDLA 09-6898
*Ernest Ricouard, et al. v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, SDMS 09-449, EDLA 09-6018
*Jeffrey Michel Graves, et al. v. Clearspring Conversions, Inc., et al.*,
MDL 1873, SDMS 09-529, EDLA 09-6905
*Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, EDLA 10-514
*Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, SDMS 09-530, EDLA 09-6907
*Jean Adams, et al. v. American International Group, et al.*,
MDL 1873, EDLA 10-508
*Bryan Doty, et al. v. Sun Valley, Inc., et al.*,
MDL 1873, EDLA 09-3722
*Audrey Brown and Jesse Brown v. Stewart Park Homes, Inc., et al.*,
MDL 1873, WDLA 09-1286, EDLA 10-248
*Doris B. Creger, et al. v. Stewart Park Homes, Inc., et al.*,
MDL 1873, EDLA 09-8410
*Alecia Couget Frught, et al. v. Timberland RV Company, et al.*,
MDL 1873, EDLA 09-8412
*Joseph A. Wright, et al. v. Thor California, Inc., et al.*,
MDL 1873, SDMS 09-517, EDLA 09-6892

## <u>O R D E R</u>

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

2