UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Acklin et al v. Alliance Homes, et al*
E.D. La. Case No. *09-5343*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Glory Campbell | Campbell et al v. Gulf Stream Coach, Inc. et al | 09-6197 |
| 2. | Tommy Duckert | Bentley et al v. American International Specialty Lines Insurance Company et al | 09-6312 |
| 3. | Dar'tez COCKHERAN | Cockheran et al v. Sun Valley, Inc. et al | 09-6316 |
| 4. | Shelisa COCKHERAN | Cockheran et al v. Sun Valley, Inc. et al | 09-6316 |
| 5. | Shi'nece COCKHERAN | Cockheran et al v. Sun Valley, Inc. et al | 09-6316 |
| 6. | Kamaree Cryer | Cryer et al v. Champion Enterprises, Inc. et al | 09-6317 |

| | | | |
|---|---|---|---|
| 7. | Denisha ALLEN | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |
| 8. | Ebony ALLEN | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |
| 9. | Jeanette Chantrey | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |
| 10. | Paula ALLEN | Allen et al v. Gulf Stream Coach, Inc. et al | 09-6319 |
| 11. | Ethel BRADFORD | Bailey et al v. Gulf Stream Coach, Inc. et al | 09-6325 |
| 12. | Jayden BAILEY | Bailey et al v. Gulf Stream Coach, Inc. et al | 09-6325 |
| 13. | Jessee BRADFORD | Bailey et al v. Gulf Stream Coach, Inc. et al | 09-6325 |
| 14. | Tiffany BRADFORD | Bailey et al v. Gulf Stream Coach, Inc. et al | 09-6325 |
| 15. | Rosie Bourdeaux | Bourdeaux v. Silver Creek Homes, Inc. et al | 09-6339 |
| 16. | Thomas Cajoe | Aaron v. Alliance Homes, Inc. | 09-6876 |
| 17. | Crystal Green | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 18. | Brenda CASTILLO | Castillo v. Keystone RV Company et al | 09-7281 |
| 19. | Bradley Barrios | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 20. | Donald Barrios | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 21. | Gwindola Barrios | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 22. | Cheryl Dier | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 23. | Dwight Colbert | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 24. | Joseph Kieth Dier | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 25. | Barry Eugene | Eugene et al v. Keystone RV Company et al | 09-7289 |
| 26. | Gail Eugene | Eugene et al v. Keystone RV Company et al | 09-7289 |
| 27. | Barbara Cook | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |
| 28. | Argue FOLEY | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 29. | Karen Arrigo | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 30. | Robert FOLEY | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |
| 31. | Gary Goodly | Goodly et al v. Southern Energy Homes, Inc. et al | 09-7295 |
| 32. | Elizabeth Bosworth | Bosworth et al v. Forest River, Inc. et al | 09-7300 |
| 33. | Alfred Caston | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 34. | Alice Augustine | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |

| | | | |
|---|---|---|---|
| 35. | Alsheena Govan | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 36. | Anastasia Fitzmorris | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 37. | Clement Blatcher | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 38. | Corey Carter | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 39. | Dajon Franklin | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 40. | Darian Govan | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 41. | Darrell Fort | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 42. | Dominique Baxter | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 43. | Geneva Dorsey | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 44. | Horace Billiot | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 45. | Jade Cappie | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 46. | Janet Cappie | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 47. | Jebraun Govan | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 48. | Jeramy Govan | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 49. | Jerrold Clark | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 50. | Jo Boihem | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 51. | Kewanda Baxter | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 52. | Macy Dukes | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 53. | Malea Acklin | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 54. | Megan Acklin | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 55. | Melva Bridges | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 56. | Michael Burdick | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 57. | Parker Celestine | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 58. | Rashad Batiste Sr. | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 59. | Rodney Baxter | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 60. | Sandrica Garrett | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 61. | Thomas Gondolfo | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 62. | Tony Gibson | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |

| | | | |
|---|---|---|---|
| 63. | Vivian Deon | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 64. | Wallace Francois | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 65. | Phyllis Brown | Brown v. Oak Creek Homes, L.P. et al | 09-7306 |
| 66. | Erica Beverly | Beverly et al v. Champion Enterprises, Inc. et al | 09-7311 |
| 67. | Ja Gillard | Coleman et al v. Jayco Enterprises, Inc. et al | 09-7314 |
| 68. | Lynette Gillard | Coleman et al v. Jayco Enterprises, Inc. et al | 09-7314 |
| 69. | Tia Coleman | Coleman et al v. Jayco Enterprises, Inc. et al | 09-7314 |
| 70. | Lois Carrere | Carrere et al v. Jayco Enterprises, Inc. et al | 09-7315 |
| 71. | Roderick Anderson | Anderson et al v. DS Corp. et al | 09-7320 |
| 72. | Lawanda Antoine | Antoine et al v. Destiny Industries, LLC et al | 09-7321 |
| 73. | Mathis Edgerson | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 74. | Patrick Edgerson | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 75. | Wendi Edgerson | Bargky et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-7322 |
| 76. | Hayward Bourque | Miller v. United States of America | 09-7340 |
| 77. | Alana Franklin | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 78. | Carolyn Dunn | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 79. | Ellis Dunn | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 80. | Kentrell Greely | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 81. | Cornelius Carr | Carr et al v. Forest River, Inc. et al | 09-8708 |
| 82. | Lucinda Arnoult | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 83. | Marie Cooley | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 84. | Vanessa Cotlong | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 85. | Yvonne Adams | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 86. | Annie Brown | Bell et al v. Keystone RV Company et al | 09-8712 |
| 87. | Diana Bell | Bell et al v. Keystone RV Company et al | 09-8712 |

| # | Name | Case | Docket |
|---|---|---|---|
| 88. | Raymond Bell, III | Bell et al v. Keystone RV Company et al | 09-8712 |
| 89. | Cynthia Estopinal | Estopinal v. American International Specialty Lines Insurance Company et al | 09-8722 |
| 90. | Ty' Alize Brass | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 91. | Shalonda Jones | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 92. | Andrea Brass | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 93. | Andrea Brass | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 94. | Cameran Ceasar | Ceasar v. River Birch Homes, Inc. et al | 09-8727 |
| 95. | Robin Austin | Austin v. Superior Homes, LLC et al | 09-8728 |
| 96. | Kelly Cook | Cook et al v. Coachmen Recreational Vehicle Company, LLC et al | 09-8734 |
| 97. | Jerome Coleman | Coleman et al v. Forest River, Inc. et al | 09-8736 |
| 98. | Jerry Firmin | Browning et al v. Forest River, Inc. et al | 09-8737 |
| 99. | Rhonda Browning | Browning et al v. Forest River, Inc. et al | 09-8737 |
| 100. | Rhonda BROWNING | Browning et al v. Forest River, Inc. et al | 09-8737 |
| 101. | Kyrei Davis | Davis v. Cavalier Home Builders, LLC et al | 09-8738 |
| 102. | Clarisa Banks | Banks et al v. American International Group, Inc. et al | 09-8741 |
| 103. | Diane Crutchfield | Crutchfield et al v. American International Group, Inc. et al | 09-8745 |
| 104. | Lizangela DOMINGUEZ | Dominguez et al v. Liberty Insurance Corporation et al | 10-2416 |
| 105. | Brianne Frazier | Frazier et al v. Recreation By Design, LLC et al | 10-2422 |
| 106. | Beatrice Allen | Allen et al v. American International Speciality Lines Insurance Company et al | 10-2424 |
| 107. | Elaine Bell | Allen et al v. American International Speciality Lines Insurance Company et al | 10-2424 |
| 108. | Francine Garrett | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 109. | Sedrick CARTER | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |

| | | | |
|---|---|---|---|
| 110. | Jill DEMOLLE | DeMolle v. Dutchmen Manufacturing, Inc et al | 10-2429 |
| 111. | Kailey Conover | Bowles et al v. American International Specialty Lines Insurance Company et al | 10-2430 |
| 112. | Priscella Bowles | Bowles et al v. American International Specialty Lines Insurance Company et al | 10-2430 |
| 113. | Jacqueline Gray | Gray v. American International Specialty Lines Insurance Company et al | 10-2431 |
| 114. | Jonathan Daniels | Boudreaux et al v. United States of America et al | 10-2435 |
| 115. | Wilma Gourgues | Boudreaux et al v. United States of America et al | 10-2435 |
| 116. | Aquarius Casnave | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 117. | Lisha Casnave | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 118. | Rosheeda Casnave | Casnave et al v. Cavalier Home Builders, LLC et al | 10-2437 |
| 119. | Crystal Williams | Appleby et al v. Recreation By Design, LLC et al | 10-2439 |
| 120. | Kenneth Appleby | Appleby et al v. Recreation By Design, LLC et al | 10-2439 |
| 121. | Eloise BROWN | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 122. | Jennifer DAVIS | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 123. | Shamika GRIFFIN | Davis et al v. Crum & Forster Specialty Insurance Company et al | 10-2443 |
| 124. | Deborah CEASER | Appleby et al v. Stewart Park Homes, Inc. et al | 10-2446 |
| 125. | Gerald HAWKINS | Appleby et al v. Stewart Park Homes, Inc. et al | 10-2446 |
| 126. | Joan Banks | Banks et al v. Frontier RV, Inc. et al | 10-2450 |
| 127. | John CHANEY | Chaney v. Frontier RV, Inc. et al | 10-2451 |
| 128. | Patricia GRIFFIN | Griffin et al v. Forest River Inc et al | 10-2461 |
| 129. | Lester Carson | Berry et al v. American International Group Inc. et al | 10-2462 |
| 130. | Clara BUTLER | Coker et al v. KZRV LP et al | 10-2465 |
| 131. | Howard Butler | Coker et al v. KZRV LP et al | 10-2465 |
| 132. | Howard BUTLER | Coker et al v. KZRV LP et al | 10-2465 |

| # | Name | Case | Number |
|---|---|---|---|
| 133. | Paula Coker | Coker et al v. KZRV LP et al | 10-2465 |
| 134. | Gabriella Burst | Simmons et al v. Thor Industries, Inc. et al | 10-2468 |
| 135. | Shawn Burst | Simmons et al v. Thor Industries, Inc. et al | 10-2468 |
| 136. | Adrian Domino | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 137. | Jeana Griffin | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 138. | Jill DEMOLLE | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 139. | Lakeba Griffith | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 140. | Michael Gilmore | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 141. | Phylis Griffin | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 142. | Virginia Ducote | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 143. | Alma Dixon | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 144. | Camille Fletcher | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 145. | Derrick Perkins, Jr. | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 146. | Garry Davis | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 147. | Jayden Bailey | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 148. | Joyce Allen | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 149. | Lola Allen | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 150. | Omar Barnett | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 151. | Pamela GREENBERRY | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 152. | Richard Chan | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 153. | Robert Chan | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 154. | Ruth Clark | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 155. | Samantha Cooper | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 156. | Shannon Fernandez-Blatcher | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 157. | Zyre Franklin | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 158. | Zyre Frazier | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |

| | | | |
|---|---|---|---|
| 159. | Patricia GRIFFIN | Griffin v. Keystone RV Company et al | 10-2474 |
| 160. | Joshua Crosby | Connors et al v. American International Group, Inc. et al | 10-993 |
| 161. | Phoebe Cormier | Connors et al v. American International Group, Inc. et al | 10-993 |
| 162. | Travis Crosby | Connors et al v. American International Group, Inc. et al | 10-993 |
| 163. | Blake Green | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 164. | Brittany Gorman | Arrigo et al v. Gulf Stream Coach, Inc. et al | 09-7294 |

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:  /s/Matthew B. Moreland
MATTHEW B. MORELAND, #24567
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, Louisiana  70084
Telephone:     985/536-1186
Facsimile:      985/536-6445
mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/   Matthew B. Moreland
        MATTHEW B. MORELAND, # 24567