UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Aaron et al v. Alliance Homes, et al*
E.D. La. Case No. *09-7167*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF
### MOTION TO SEVER "MATCHED" PLAINTIFFS
### FROM ORIGINAL "UNMATCHED" COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Alarick Barras | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 2. | Alarick Barras | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 3. | Camry CAMEL | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 4. | Ciearra DAVIS | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 5. | Darius Fuller | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 6. | Darius Fuller | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 7. | Germaine Strawder | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 8. | Germaine Strawder | Aaron v. Alliance Homes, Inc. | 09-7167 |

| | | | |
|---|---|---|---|
| 9. | Jamayla Kimball | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 10. | Jamayla Kimball | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 11. | Michael Hebert | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 12. | Michael Hebert | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 13. | Tiffany Green | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 14. | Tiffany Green | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 15. | Trenica CAMEL | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 16. | Adrian Booker | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 17. | Alia Savoy | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 18. | Allen Savoy | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 19. | Allisa Will | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 20. | Alyssa Savoy | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 21. | Anthony Bragg | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 22. | Antoinette Robinson | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 23. | Antone Savoy | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 24. | Ashley Bennett | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 25. | Benneth Barras | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 26. | Braydon Fontenot | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 27. | Brenishia DEMOLLE | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 28. | Brittany Duplantis | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 29. | Caitlin Britt | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 30. | Christine Britt | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 31. | Christopher Fontenot | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 32. | Christy Segura | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 33. | Cody Allison | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 34. | Courtney Britt | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 35. | Craig Bennett | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 36. | Crystal Buckingham | Aaron v. Alliance Homes, Inc. | 09-7167 |

| | | | |
|---|---|---|---|
| 37. | Cynthia Clark | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 38. | Cynthia Mullinks | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 39. | Danielle JOHNSON | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 40. | Darilyn TURNER | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 41. | De'brika Sam | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 42. | De'naza Sam | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 43. | Dexter Allen | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 44. | Drew Smith | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 45. | Dwain VANTRESS | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 46. | Dwayne CHRISTY | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 47. | Ernest COURVILLE | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 48. | Galinda Carbin | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 49. | George ANDREWS | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 50. | Hasan Sylvester | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 51. | Jennifer Allen | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 52. | Johnathan Lemaire | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 53. | Judy Hart | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 54. | Kendrick Drake | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 55. | Larriel TURNER | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 56. | Lloyd Sterling | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 57. | Lynette Jacko | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 58. | Mary Phoenix | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 59. | Michael Guillory | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 60. | Michael Hickman | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 61. | Michael Schneiter | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 62. | Michael Williams | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 63. | Michele Hickman | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 64. | Molly Segura | Aaron v. Alliance Homes, Inc. | 09-7167 |

| | | | |
|---|---|---|---|
| 65. | Mona Lisa Sylvester | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 66. | Mona Sylvester | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 67. | Moses Coleman | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 68. | Norbert Gray | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 69. | Paige Smith | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 70. | Raquez TURNER | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 71. | Rebecca Hammons | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 72. | Rhonda Lattier | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 73. | Ricky Suire | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 74. | Robert Plauger | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 75. | Samantha Dugas | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 76. | Shacira Savoy | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 77. | Stacey Suire | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 78. | Stacy Mallet | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 79. | Sybil CHRISTY | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 80. | Terra Ford | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 81. | Theopolus HILL | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 82. | Tory Guillory | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 83. | Treina Muse | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 84. | Tyler Lemaire | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 85. | Wakain Bennett | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 86. | Wakain Dugas | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 87. | William Cannon | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 88. | Yolanda Carbin | Aaron v. Alliance Homes, Inc. | 09-7167 |
| 89. | Calvin Bishop | Bishop et al v. Stewart Park Homes, Inc. et al | 09-7264 |
| 90. | Danny Roberson | Browning et al v. Forest River, Inc. et al | 09-7274 |
| 91. | Adrien Henry | Aaron et al v. Forest River, Inc. et al | 09-7275 |
| 92. | Wilajon Trail | Aaron et al v. Forest River, Inc. et al | 09-7275 |

| | | | |
|---|---|---|---|
| 93. | Alia Savoy | Mallet et al v. Cavalier Home Builders, LLC et al | 09-7280 |
| 94. | Allen Savoy | Mallet et al v. Cavalier Home Builders, LLC et al | 09-7280 |
| 95. | Allen Savoy, Jr | Mallet et al v. Cavalier Home Builders, LLC et al | 09-7280 |
| 96. | Alyssa Savoy | Mallet et al v. Cavalier Home Builders, LLC et al | 09-7280 |
| 97. | Antone Savoy | Mallet et al v. Cavalier Home Builders, LLC et al | 09-7280 |
| 98. | Elizabeth Abshire | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 99. | Sandra Guy | Abshire et al v. American International Group, Inc. et al | 09-7287 |
| 100. | Celestine Favors | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 101. | Dontre Austin | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 102. | George Anatole | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 103. | Jovante Austin | Anatole et al v. American International Group, Inc. et al | 09-7288 |
| 104. | Christopher Bendy | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 105. | Gary Batey | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 106. | Paul Beason | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 107. | Pearly Robertson | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 108. | Rebecca Price | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 109. | Tiawona Coine | Acklin et al v. Gulf Stream Coach, Inc. et al | 09-7304 |
| 110. | Michael Guillory | Guillory et al v. CMH Manufacturing, Inc. et al | 09-7312 |
| 111. | Michael Guillory | Guillory et al v. CMH Manufacturing, Inc. et al | 09-7312 |
| 112. | Thera Nicole Ledet | Guillory et al v. CMH Manufacturing, Inc. et al | 09-7312 |
| 113. | Austin VanTassel | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 114. | Carrie VanTassel | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 115. | Christina VanTassel | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 116. | Kaitlyn VanTassel | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 117. | Tina VanTassel | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 118. | Van VanTassel Sr. | Van Tassel et al v. Horton Homes, Inc. et al | 09-7313 |
| 119. | Donna Oswald | Oswald et al v. Integrity Midwest Inc. et al | 09-7316 |
| 120. | Roselynn Oswald | Oswald et al v. Integrity Midwest Inc. et al | 09-7316 |

| # | Name | Case | Number |
|---|---|---|---|
| 121. | Tae'Neizhja Bernard | Antoine et al v. Destiny Industries, LLC et al | 09-7321 |
| 122. | Tae'Viah Bernard | Antoine et al v. Destiny Industries, LLC et al | 09-7321 |
| 123. | Tarlton Bernard, Jr. | Antoine et al v. Destiny Industries, LLC et al | 09-7321 |
| 124. | Tarlton Bernard, Sr. | Antoine et al v. Destiny Industries, LLC et al | 09-7321 |
| 125. | Eric Tillman | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 126. | Rosemarie Pizzitolo | Hines et al v. Gulf Stream Coach Inc et al | 09-8703 |
| 127. | Blake Hargrove | Carr et al v. Forest River, Inc. et al | 09-8708 |
| 128. | Margie Hargrove | Carr et al v. Forest River, Inc. et al | 09-8708 |
| 129. | Paul Hargrove | Carr et al v. Forest River, Inc. et al | 09-8708 |
| 130. | Una Roy | Adams et al v. Gulf Stream Coach, Inc. et al | 09-8711 |
| 131. | Armon Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 132. | Gloria Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 133. | Glory'yona Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 134. | Kristoff Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 135. | May'yona Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 136. | Ronale Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 137. | Rose Walker | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 138. | Alia Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 139. | Allen Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 140. | Allen Savoy, Jr | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 141. | Alyssa Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 142. | Angel Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 143. | Antone Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 144. | George Lecompte III | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 145. | Jarrick Jones | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 146. | Kevin Jones | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 147. | Shacira Savoy | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |
| 148. | Ty'Alize Brass | Brass et al v. CMH Manufacturing, Inc. et al | 09-8724 |

| 149. | Cassandra Guidry | Guidry v. Cruiser RV, LLC et al | 09-8743 |
| --- | --- | --- | --- |
| 150. | Thera Nichole Ledet | Ledet et al v. Jayco Enterprises, Inc. et al | 10-2425 |
| 151. | John GROSSLEY | Carter et al v. Gulf Stream Coach, Inc. et al | 10-2426 |
| 152. | Derrick George | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 153. | Teaches Porter | Brown et al v. American International Group, Inc. et al | 10-2441 |
| 154. | Rebecca Hammons | Greening et al v. Morgan Buildings and Spas, Inc. et al | 10-255 |
| 155. | Demetria Connors | Connors et al v. American International Group, Inc. et al | 10-993 |
| 156. | Gaige Touchet | Connors et al v. American International Group, Inc. et al | 10-993 |
| 157. | Graham Touchet | Connors et al v. American International Group, Inc. et al | 10-993 |
| 158. | Chenita Tinsley | Connors et al v. American International Group, Inc. et al | 10-993 |
| 159. | DemetriaConnors | Connors et al v. American International Group, Inc. et al | 10-993 |
| 160. | Patricia Penny | Connors et al v. American International Group, Inc. et al | 10-993 |
| 161. | Sylvia Crosby | Connors et al v. American International Group, Inc. et al | 10-993 |
| 162. | Aaron Aaron | Aaron et al v. Forest River, Inc. et al | 09-7275 |
| 163. | Michael Guillory | Anatole et al v. American International Group, Inc. et al | 09-7288 |

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

7

                          **BECNEL LAW FIRM, LLC**

                  BY:   /s/Matthew B. Moreland
                          MATTHEW B. MORELAND, #24567
                          Becnel Law Firm, L.L.C.
                          P.O. Drawer H
                          106 W. 7th Street
                          Reserve, Louisiana  70084
                          Telephone:     985/536-1186
                          Facsimile:      985/536-6445
                          mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          /s/   Matthew B. Moreland
                          MATTHEW B. MORELAND, # 24567