MINUTE ENTRY
ENGELHARDT, J.
November 4, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Thursday, November 4, 2010, at 11:00 a.m. Participating were Justin I. Woods, Dennis C. Reich, Andrew D. Weinstock, Brent M. Maggio, Charles E. Leche, Gerardo R. Barrios, Ralph S. Hubbard, III, Lori Daigle, and Cynthia Thomas.

JS10(0:20)