UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 4, 2010, the Court held a status conference in chambers with the following counsel participating: Brent Maggio, Lori Daigle, Charles E. Leche, Gerry Barrios, Ralph Hubbard, Dennis Reich, Cynthia Thomas, Justin Woods, Roy Maugham(illegible...), and Andy Weinstock. During the conference, the Court **ORDERED** as follows:

(1)   **Plaintiffs' Motion for Expedited Hearing (Rec. Doc. 17662) is DENIED.**

(2)   The hearing on "Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with This Court's Continuing Jurisdiction Over This Litigation" (Rec. Doc. 17661)**,** currently set for November 17, 2010, is **CONTINUED** to **Wednesday, December 8, 2010,** without oral argument, unless such is specifically requested and granted by this Court.

New Orleans, Louisiana, this 9th day of November, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**