**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                          MDL NO. 1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                                         SECTION "N-5"
                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Burl et al v. Alliance Homes, et al*
E.D. La. Case No. *09-7940*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint,  IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint is hereby Granted.

THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT