THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961



# *Anthony J. Barcia, et al. v. Thor California, Inc., et al.*

## EDLA 09-3742

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Anthony J Barcia | 10-3477 | Barcia v. Thor, et al |
| (2) | Cheryl Barcia | 10-3477 | Barcia v. Thor, et al |
| (3) | Velma E. Barcia | 10-3477 | Barcia v. Thor, et al |
| (4) | Trina Ben, o/b/o J.B | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (5) | Trina Ben, o/b/o T.B | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (6) | Trina B. Ben | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (7) | Trina Ben, o/b/o T.B | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (8) | Becky Black | 10-3477 | Barcia v. Thor, et al |
| (9) | Ronald J Black | 10-3477 | Barcia v. Thor, et al |
| (10) | Troy Black | 10-3477 | Barcia v. Thor, et al |
| (11) | Jenny Bordelon | 10-3477 | Barcia v. Thor, et al |
| (12) | Kenneth Bordelon | 10-3477 | Barcia v. Thor, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13) Connie Thompson Bourquard | 10-3475 | Connie Bourquard v. Thor, et al |
| (14) Rene A. Bourquard | 10-3479 | Bourquard v. Thor, et al |
| (15) Geral Bowman | 10-3475 | Connie Bourquard v. Thor, et al |
| (16) Geral Bowman | 10-3475 | Connie Bourquard v. Thor, et al |
| (17) Trina Ben, o/b/o K.B | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (18) Kevin Bryan | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (19) Sherman Calice Sr., o/b/o S.C | 10-3475 | Connie Bourquard v. Thor, et al |
| (20) Sherman Joseph Calice | 10-3475 | Connie Bourquard v. Thor, et al |
| (21) Shermicia D Calice | 10-3475 | Connie Bourquard v. Thor, et al |
| (22) Shermika J Calice | 10-3475 | Connie Bourquard v. Thor, et al |
| (23) Ann P Caluda | 10-3475 | Connie Bourquard v. Thor, et al |
| (24) Bonnie Ann Caluda | 10-3475 | Connie Bourquard v. Thor, et al |
| (25) Gracelyn Michelle Casanova | 10-3475 | Connie Bourquard v. Thor, et al |
| (26) Joshua Davis | 10-3480 | Davis v. Thor, et al |
| (27) Juane Davis | 10-3480 | Davis v. Thor, et al |
| (28) Pamela Davis | 10-3480 | Davis v. Thor, et al |
| (29) Noney Deffes | 10-3477 | Barcia v. Thor, et al |
| (30) Charles Joseph DeWint | 10-3477 | Barcia v. Thor, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31)  Tina DeWint, o/b/o D.D | 10-3477 | Barcia v. Thor, et al |
| (32)  Tina Dewint, o/b/o S.D | 10-3477 | Barcia v. Thor, et al |
| (33)  Tina  Louise DeWint | 10-3477 | Barcia v. Thor, et al |
| (34)  Earl Sabastion Esteves | 10-3475 | Connie Bourquard v. Thor, et al |
| (35)  Loyce  Esteves | 10-3475 | Connie Bourquard v. Thor, et al |
| (36)  Daniel  Figueroa | 10-3477 | Barcia v. Thor, et al |
| (37)  Debora Cisco Figueroa | 10-3477 | Barcia v. Thor, et al |
| (38)  Patricia Tamor Garcia | 10-3475 | Connie Bourquard v. Thor, et al |
| (39)  Brandon  Michael Guevara | 10-3477 | Barcia v. Thor, et al |
| (40)  Corey Adam Guevara | 10-3477 | Barcia v. Thor, et al |
| (41)  Cynthia Ann Guevara | 10-3477 | Barcia v. Thor, et al |
| (42)  Mildar Jose Guevara | 10-3477 | Barcia v. Thor, et al |
| (43)  Cynthia Guevara, o/b/o T.G | 10-3477 | Barcia v. Thor, et al |
| (44)  Wilma Kay Hawkins | 10-3477 | Barcia v. Thor, et al |
| (45)  Trina Ben, o/b/o J.J | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (46)  Kathleen E. Jeanfreau | 10-3477 | Barcia v. Thor, et al |
| (47)  Rodney Karcher Jr., o/b/o B.K | 10-3474 | Karcher OBO B.K. v. Thor, et al |
| (48)  Rodney Karcher Jr., o/b/o B.K | 10-3474 | Karcher OBO B.K. v. Thor, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Rodney Karcher Jr., o/b/o M.K | 10-3474 | Karcher OBO B.K. v. Thor, et al |
| (50)  Monica Poche Karcher | 10-3474 | Karcher OBO B.K. v. Thor, et al |
| (51)  Rodney David Karcher | 10-3474 | Karcher OBO B.K. v. Thor, et al |
| (52)  Ruby D. Keaton | 10-3477 | Barcia v. Thor, et al |
| (53)  Charlene Bolin Kramer | 10-3477 | Barcia v. Thor, et al |
| (54)  William  Kramer | 10-3477 | Barcia v. Thor, et al |
| (55)  David Landry III, o/b/o A.L | 10-3480 | Davis v. Thor, et al |
| (56)  Asia  Landry | 10-3480 | Davis v. Thor, et al |
| (57)  David  Landry | 10-3480 | Davis v. Thor, et al |
| (58)  Henry  Long | 10-3477 | Barcia v. Thor, et al |
| (59)  Marie  L. Long | 10-3477 | Barcia v. Thor, et al |
| (60)  Darlene Cole Martello | 10-3477 | Barcia v. Thor, et al |
| (61)  Samuel  Martello | 10-3477 | Barcia v. Thor, et al |
| (62)  Arnold  McCallon | 10-3477 | Barcia v. Thor, et al |
| (63)  Blake  McCallon | 10-3477 | Barcia v. Thor, et al |
| (64)  Arnold McCallon Sr., o/b/o S.M | 10-3477 | Barcia v. Thor, et al |
| (65)  Deanna S. Meyer | 10-3477 | Barcia v. Thor, et al |
| (66)  Erica M. Meyer | 10-3477 | Barcia v. Thor, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (67)  Scott Mitchell, o/b/o C.M | 10-3477 | Barcia v. Thor, et al |
| (68)  Scott Patrick Mitchell | 10-3477 | Barcia v. Thor, et al |
| (69)  George  Napier | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (70)  Craig  Anthony Navis | 10-3477 | Barcia v. Thor, et al |
| (71)  Susan  Marie Netto | 10-3477 | Barcia v. Thor, et al |
| (72)  Kerilynn  Neumeyer | 10-3475 | Connie Bourquard v. Thor, et al |
| (73)  Shawn Neumeyer, o/b/o L.N | 10-3477 | Barcia v. Thor, et al |
| (74)  Rodney  J. Neumeyer | 10-3477 | Barcia v. Thor, et al |
| (75)  Rodney  Neumeyer | 10-3477 | Barcia v. Thor, et al |
| (76)  Shawn  C. Neumeyer | 10-3477 | Barcia v. Thor, et al |
| (77)  Jerry Lee Nisse | 10-3480 | Davis v. Thor, et al |
| (78)  Philip Charles Perera | 10-3475 | Connie Bourquard v. Thor, et al |
| (79)  Philip Claude Perera | 10-3475 | Connie Bourquard v. Thor, et al |
| (80)  Chaz  M. Perez | 10-3477 | Barcia v. Thor, et al |
| (81)  John  W. Perret | 10-3477 | Barcia v. Thor, et al |
| (82)  Kenneth  J. Perret | 10-3477 | Barcia v. Thor, et al |
| (83)  Peggy  H. Perret | 10-3477 | Barcia v. Thor, et al |
| (84)  Anthony  Phillips | 10-3480 | Davis v. Thor, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Sandra  Phillips | 10-3480 | Davis v. Thor, et al |
| (86)  Alexander  L. Randazzo | 10-3477 | Barcia v. Thor, et al |
| (87)  Georgia  Mae Randazzo | 10-3477 | Barcia v. Thor, et al |
| (88)  Maria Theresa Rodi | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (89)  Wade  Rodi | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (90)  Byron James Simolke | 10-3477 | Barcia v. Thor, et al |
| (91)  Frank  Stephany | 10-3482 | Stephany v. Thor, et al |
| (92)  Henrietta  Stephany | 10-3482 | Stephany v. Thor, et al |
| (93)  Jessie J. Taylor | 10-3477 | Barcia v. Thor, et al |
| (94)  Christy  Trayanoff | 10-3477 | Barcia v. Thor, et al |
| (95)  Chrys E. Wallace | 10-3477 | Barcia v. Thor, et al |
| (96)  Clarence E. Wallace | 10-3477 | Barcia v. Thor, et al |
| (97)  Pamela Wallace, o/b/o D.W | 10-3477 | Barcia v. Thor, et al |
| (98)  Michael  Wallace | 10-3477 | Barcia v. Thor, et al |
| (99)  Michael  Wallace | 10-3477 | Barcia v. Thor, et al |
| (100) Pamela C. Wallace | 10-3477 | Barcia v. Thor, et al |
| (101) Mattie  Mae Williams | 10-3480 | Davis v. Thor, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Connie Thompson Bourquard, et al. v. Thor California, Inc., et al.*

## EDLA 09-8409

|      | Name                          | Severed Case No. | Severed Case Caption    |
|------|-------------------------------|------------------|-------------------------|
| (1)  | Connie Thompson Bourquard     | 10-3476          | Bourquard v. Thor, et al |
| (2)  | Rene A. Bourquard             | 10-3478          | Bourquard v. Thor, et al |
| (3)  | Geral  Bowman                 | 10-3473          | Bowman v. Thor, et al   |
| (4)  | Betty Harrison Green          | 10-3473          | Bowman v. Thor, et al   |
| (5)  | Bruno  Green                  | 10-3473          | Bowman v. Thor, et al   |
| (6)  | Jack  LaCaze                  | 10-3473          | Bowman v. Thor, et al   |
| (7)  | Treasure Martin, o/b/o M.M    | 10-3473          | Bowman v. Thor, et al   |
| (8)  | Treasure Coppersmith Martin   | 10-3473          | Bowman v. Thor, et al   |
| (9)  | Stephanie  Mitchell           | 10-3473          | Bowman v. Thor, et al   |
| (10) | Stephanie Ann Mitchell        | 10-3478          | Bourquard v. Thor, et al |
| (11) | Christy  Trayanoff            | 10-3478          | Bourquard v. Thor, et al |
| (12) | Chrys E. Wallace              | 10-3473          | Bowman v. Thor, et al   |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Clarence E. Wallace | 10-3473 | Bowman v. Thor, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Brett Bergeron, et al. v. Jayco Enterprises, Inc., et al.*

## EDLA 09-7969

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Brett Bergeron | 10-3495 | Bergeron v. Jayco, et al |
| (2) | Manny Ernest Gallardo | 10-3491 | Gallardo v. Jayco, et al |
| (3) | Antoinette Lodriguss | 10-3491 | Gallardo v. Jayco, et al |
| (4) | Patrick J Lodriguss | 10-3491 | Gallardo v. Jayco, et al |
| (5) | Bryan Keith Moore | 10-3491 | Gallardo v. Jayco, et al |
| (6) | Paula Dalton Nonenmacher | 10-3491 | Gallardo v. Jayco, et al |
| (7) | Bobbie L Santana | 10-3491 | Gallardo v. Jayco, et al |
| (8) | Frank Stephany, o/b/o B.S | 10-3491 | Gallardo v. Jayco, et al |
| (9) | Frank Matas Stephany | 10-3491 | Gallardo v. Jayco, et al |
| (10) | Frank Stephany, o/b/o N.S | 10-3491 | Gallardo v. Jayco, et al |
| (11) | Elmenia Stera | 10-3491 | Gallardo v. Jayco, et al |
| (12) | Louis Stera | 10-3491 | Gallardo v. Jayco, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Rainell M Zito | 10-3491 | Gallardo v. Jayco, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Terry Clausell, et al. v. River Birch Homes, Inc., et al.*

## EDLA 09-3715

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Charlene Blanchard | 10-3516 | Blanchard v. River Birch, et al |
| (2) | Terry Clausell | 10-3515 | Clausell v. River Birch, et al |
| (3) | Dixie A. Frazier | 10-3515 | Clausell v. River Birch, et al |
| (4) | Milton C. Frazier | 10-3515 | Clausell v. River Birch, et al |
| (5) | Jaranique D. Goins | 10-3515 | Clausell v. River Birch, et al |
| (6) | Sylvia Lewis, o/b/o J.G | 10-3515 | Clausell v. River Birch, et al |
| (7) | Syliva R. Lewis | 10-3515 | Clausell v. River Birch, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Lanny David LaFrance, et al. v. TL Industries Inc., et al.*

## EDLA 10-762

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Lanny David Lafrance | 10-3558 | Lafrance v. TL Industries, et al |
| (2) | Lanny David Lafrance | 10-3558 | Lafrance v. TL Industries, et al |
| (3) | Ezilda  Meyers | 10-3559 | Meyers v. TL Industries, et al |
| (4) | Wilson  Joseph Naquin | 10-3559 | Meyers v. TL Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Thomas Ahl, et al. v. Frontier RV, Inc., et al.*

## EDLA 09-3589

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Thomas  Ahl | 10-3465 | Ahl v. KZRV, et al |
| (2)  | Julius  Cummins | 10-3481 | Cummins v. Frontier RV, et al |
| (3)  | Tammy  Cummins | 10-3465 | Ahl v. KZRV, et al |
| (4)  | Dorothy  D. Dixon | 10-3492 | Dixon v. Frontier RV, et al |
| (5)  | James  C. Dixon | 10-3492 | Dixon v. Frontier RV, et al |
| (6)  | Rhonda Estave, o/b/o D.E | 10-3465 | Ahl v. KZRV, et al |
| (7)  | Donald  Estave | 10-3465 | Ahl v. KZRV, et al |
| (8)  | Rhonda Estave, o/b/o E.E | 10-3465 | Ahl v. KZRV, et al |
| (9)  | Rhonda Estave, o/b/o K.E | 10-3465 | Ahl v. KZRV, et al |
| (10) | Rhonda  Estave | 10-3465 | Ahl v. KZRV, et al |
| (11) | Joseph  Michael Fortes | 10-3492 | Dixon v. Frontier RV, et al |
| (12) | Katherine  Camille Fortes | 10-3492 | Dixon v. Frontier RV, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Bobbie Jean Gervais | 10-3465 | Ahl v. KZRV, et al |
| (14) | Bobbie Jean Gervais | 10-3465 | Ahl v. KZRV, et al |
| (15) | Yvonne R. Hartman | 10-3465 | Ahl v. KZRV, et al |
| (16) | Yvonne R. Hartman | 10-3465 | Ahl v. KZRV, et al |
| (17) | Sherry Magruder | 10-3464 | Aguilera v. KZRV, et al |
| (18) | George A. Miller | 10-3465 | Ahl v. KZRV, et al |
| (19) | Wilfred Nunez, o/b/o A.N | 10-3465 | Ahl v. KZRV, et al |
| (20) | Wilfred Nunez, o/b/o B.N | 10-3465 | Ahl v. KZRV, et al |
| (21) | Wilfred Nunez, o/b/o C.N | 10-3465 | Ahl v. KZRV, et al |
| (22) | Wilfred A. Nunez | 10-3465 | Ahl v. KZRV, et al |
| (23) | Linda Coleman Nuschler | 10-3483 | Nushler v. Frontier RV, et al |
| (24) | Elizabeth A. Ruiz | 10-3467 | Ruiz v. KZRV, et al |
| (25) | Misty Gervais, o/b/o T.S | 10-3465 | Ahl v. KZRV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Laurie Drewes, et al. v. Recreation by Design, LLC, et al.*

### EDLA 09-7993

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Laurie Drewes, o/b/o Z.B | 10-3502 | Drewes v. Recreation By Design, et al |
| (2) | Elizabeth Harvey | 10-3502 | Drewes v. Recreation By Design, et al |
| (3) | Jimmy Harvey | 10-3502 | Drewes v. Recreation By Design, et al |
| (4) | Charles R. Thomas | 10-3503 | Thomas v. Recreation By Design, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Jay J. Authement, et al. v. TL Industries Inc., et al.*

### EDLA 09-8408

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Jay J Authement | 10-3583 | Authement v. TL Industries, et al |
| (2) | Jaylin A. Authement | 10-3582 | Authement v. TL Industries, et al |
| (3) | James Lacour III, o/b/o B.L | 10-3583 | Authement v. TL Industries, et al |
| (4) | James  Emile LaCour | 10-3583 | Authement v. TL Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Eloise poloma McHughes, et al. v. Timberland RV Company, et al.*

## EDLA 09-3825

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Zena  Herbert | 10-3576 | Herbert v. Timberland, et al |
| (2) | Eloise  Poloma McHughes | 10-3576 | Herbert v. Timberland, et al |
| (3) | Leona  Michel | 10-3577 | Michel v. Timberland, et al |
| (4) | Santo  S. Michel | 10-3577 | Michel v. Timberland, et al |
| (5) | Eve B Wood | 10-3576 | Herbert v. Timberland, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Prentissa Rodrigue, et al. v. Sunline Acquisition Co., Ltd., et al.*

## EDLA 09-4177

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Kolby Sean Hood | 10-3575 | Hood v. Sunline, et al |
| (2) | Prentissa  Rodrigue | 10-3574 | Rodrigue v. Sunline, et al |
| (3) | Wallace  J. Rodrigue | 10-3574 | Rodrigue v. Sunline, et al |
| (4) | Tanya Topey, o/b/o C.T | 10-3575 | Hood v. Sunline, et al |
| (5) | Tanya Topey, o/b/o K.T | 10-3575 | Hood v. Sunline, et al |
| (6) | Tanya Ann Topey | 10-3575 | Hood v. Sunline, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Alvin Bergeron, et al. v. Jayco Enterprises, Inc., et al.*

## EDLA 09-3719

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Leshirl  Alexander-Cornett | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (2)  | Sheila Wolfe Baker | 10-3571 | Baker v. Jayco, et al |
| (3)  | Bradley  Barrosse | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (4)  | Aaron  Bergeron | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (5)  | Alvin  Bergeron | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (6)  | Christina Seeger Bergeron | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (7)  | Laurie  Bergeron | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (8)  | Steven  Bergeron | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (9)  | Mary Edna Bryant | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (10) | Mary Edna Bryant | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (11) | Mary Edna Bryant | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (12) | Noel  Dalier | 10-3567 | Alexander-Cornett v. Jayco, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (13)  Rodney  Dalton | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (14)  Sammi D. Darby | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (15)  Sammi Darby, o/b/o B.D | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (16)  Clifton Joseph Egle | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (17)  Jeanne Payelle Egle | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (18)  Steven Weyland Fincher | 10-3568 | Fincher v. Jayco, et al |
| (19)  John C. Fontenot | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (20)  Sammi Darby, o/b/o B.F | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (21)  Sammi Darby, o/b/o K.F | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (22)  John Nicholas Green | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (23)  Julie Ann Green | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (24)  Julie & John, o/b/o K.G | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (25)  Julie & John, o/b/o N.G | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (26)  Dominick  Imbornone | 10-3568 | Fincher v. Jayco, et al |
| (27)  Gia  Marie Imbornone | 10-3568 | Fincher v. Jayco, et al |
| (28)  Sheila  L. Imbornone | 10-3568 | Fincher v. Jayco, et al |
| (29)  Larry R. Jackson | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (30)  Helen S James | 10-3571 | Baker v. Jayco, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Huey  Paul James | 10-3571 | Baker v. Jayco, et al |
| (32)  Kathleen E. Jeanfreau | 10-3568 | Fincher v. Jayco, et al |
| (33)  Sammi Forsythe Darby, o/b/o S.L | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (34)  William D. Lind | 10-3568 | Fincher v. Jayco, et al |
| (35)  Jennie  Lopez | 10-3571 | Baker v. Jayco, et al |
| (36)  Peggy  Magnano | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (37)  John V. Meyers | 10-3568 | Fincher v. Jayco, et al |
| (38)  Stacey and Gary Migliore, o/b/o A.M | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (39)  Stacey Migliore, o/b/o G.M | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (40)  Gary R. Migliore | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (41)  Stacey S. Migliore | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (42)  Ann Marie Miller | 10-3571 | Baker v. Jayco, et al |
| (43)  Earl  George Miller | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (44)  John  Miller | 10-3571 | Baker v. Jayco, et al |
| (45)  Kathleen  Sarah Miller | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (46)  Rusty Ann Miller | 10-3571 | Baker v. Jayco, et al |
| (47)  Timothy Joseph Moody | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (48)  Andrew  Oakman | 10-3567 | Alexander-Cornett v. Jayco, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49) Rachel Oakman, o/b/o D.O | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (50) Rachel  Oakman | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (51) Randall David Ostarly | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (52) Betrand E Pomes | 10-3568 | Fincher v. Jayco, et al |
| (53) Donita  Pomes | 10-3568 | Fincher v. Jayco, et al |
| (54) Donna Williams, o/b/o A.R | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (55) Devin  Jules Risbourg | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (56) Devin  Jules Risbourg | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (57) Joy  Ann Risbourg | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (58) Bryan J. Rodi | 10-3568 | Fincher v. Jayco, et al |
| (59) Evelyn  Roussell | 10-3568 | Fincher v. Jayco, et al |
| (60) Diana  E. Shanley | 10-3568 | Fincher v. Jayco, et al |
| (61) Clifford  Sino | 10-3571 | Baker v. Jayco, et al |
| (62) Jerry G. Sisk | 10-3571 | Baker v. Jayco, et al |
| (63) Judith A. Sisk | 10-3571 | Baker v. Jayco, et al |
| (64) Elmenia C. Spera | 10-3568 | Fincher v. Jayco, et al |
| (65) Louis W Spera | 10-3568 | Fincher v. Jayco, et al |
| (66) Dean  Uplinger | 10-3568 | Fincher v. Jayco, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  Gary  Uplinger | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (68)  Marlene  Uplinger | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (69)  Gary Uplinger, o/b/o T.U | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (70)  Jacquelyn  Vitale | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (71)  Donna  Williams | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (72)  Herman J. Williams | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (73)  Frances R. Willoz | 10-3567 | Alexander-Cornett v. Jayco, et al |
| (74)  Manuel  W. Willoz | 10-3567 | Alexander-Cornett v. Jayco, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Charles E. Arbour, et al. v. Vanguard Industries of Michigan, Inc., et al.*

## EDLA 09-3728

|      | Name                                   | Severed Case No. | Severed Case Caption       |
|------|----------------------------------------|------------------|----------------------------|
| (1)  | Charles  E. Arbour                     | 10-3572          | Arbour v. Vanguard, et al  |
| (2)  | Charles Arbour, o/b/o J.A              | 10-3572          | Arbour v. Vanguard, et al  |
| (3)  | Gayle Laris & Russell Baldo, o/b/o C.B | 10-3572          | Arbour v. Vanguard, et al  |
| (4)  | Emily  Rose Campo                      | 10-3572          | Arbour v. Vanguard, et al  |
| (5)  | Inez R. Fernandez                      | 10-3573          | Fernandez v. Vanguard, et al |
| (6)  | Shannon, o/b/o B.H                     | 10-3573          | Fernandez v. Vanguard, et al |
| (7)  | James  Hernandez                       | 10-3573          | Fernandez v. Vanguard, et al |
| (8)  | Shannon, o/b/o K.H                     | 10-3573          | Fernandez v. Vanguard, et al |
| (9)  | Shannon  Hernandez                     | 10-3573          | Fernandez v. Vanguard, et al |
| (10) | Carrie L Knoten                        | 10-3573          | Fernandez v. Vanguard, et al |
| (11) | Ernest F. Laris                        | 10-3572          | Arbour v. Vanguard, et al  |
| (12) | Gayle  H. Laris                        | 10-3572          | Arbour v. Vanguard, et al  |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Lisa M. Laris | 10-3572 | Arbour v. Vanguard, et al |
| (14)  Catherine  Tircuit | 10-3572 | Arbour v. Vanguard, et al |
| (15)  Jonathan  Tircuit | 10-3572 | Arbour v. Vanguard, et al |