UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Anthony J. Barcia, et al. v. Thor California, Inc., et al.*,
MDL 1873, EDLA 09-3742
*Connie Thompson Bourquard, et al. v. Thor California, Inc., et al.*,
MDL 1873, EDLA 09-8409
*Brett Bergeron, et al. v. Jayco Enterprises, Inc., et al.*,
MDL 1873, EDLA 09-7969
*Terry Clausell, et al. v. River Birch Homes, Inc., et al.*,
MDL 1873, EDLA 09-3715
*Lanny David LaFrance, et al. v. TL Industries, Inc., et al.*,
MDL 1873, EDLA 10-762
*Thomas Ahl, et al. v. Frontier RV, Inc., et al.*,
MDL 1873, EDLA 09-3589
*Laurie Drewes, et al. v. Recreation by Design, LLC, et al.*,
MDL 1873, EDLA 09-7993
*Jay J. Authement, et al. v. TL Industries, Inc., et al.*,
MDL 1873, EDLA 09-8408
*Eloise Poloma McHughes, et al. v. Timberland RV Company, et al.*,
MDL 1873, EDLA 09-3825
*Prentissa Rodrigue, et al. v. Sunline Acquisition Co., Ltd., et al.*,
MDL 1873, EDLA 09-4177
*Alvin Bergeron, et al. v. Jayco Enterprises, Inc., et al.*,
MDL 1873, EDLA 09-3719
*Charles E. Arbour, et al. v. Vanguard Industries of Michigan, Inc., et al.*,
MDL 1873, EDLA 09-3728

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO SEVER "MATCHED"
PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

**MAY IT PLEASE THE COURT**,

Undersigned counsel for plaintiffs listed in the attached "Exhibit A, *in globo*" respectfully

request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched"

Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Memorandum Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
ROBERTA L. BURNS