UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                                 **JUDGE ENGELHARDT**
                                                 **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Guillory et al v. Alliance Homes, et al*
E.D. La. Case No. *09-6876*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS**
**FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Abie Cage | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 2. | Bryce Cage | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 3. | Deven Cage | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 4. | Tamita Cage | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 5. | Tessie Cage | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 6. | David COMEAUX | Chatelain et al v. Forest River, Inc. et al | 09-7258 |
| 7. | Kerry Chatelain | Chatelain et al v. Forest River, Inc. et al | 09-7258 |
| 8. | Donald JOHNSON | Johnson v. Liberty Insurance Corporation et al | 09-7259 |

| #   | Name | Case | Number |
|-----|------|------|--------|
| 9.  | Corey Ragas | Ragas et al v. Stewart Park Homes, Inc. et al | 09-7260 |
| 10. | Corriane Ragas | Ragas et al v. Stewart Park Homes, Inc. et al | 09-7260 |
| 11. | Korri Ragas | Ragas et al v. Stewart Park Homes, Inc. et al | 09-7260 |
| 12. | Wilfred HOLMES | Holmes v. Gulf Stream Coach, Inc. et al | 09-7261 |
| 13. | Kyle Chanove | Bartholomew v. Crum & Forster Specialty Insurance Company et al | 09-7262 |
| 14. | Mason Chanove | Bartholomew v. Crum & Forster Specialty Insurance Company et al | 09-7262 |
| 15. | Mitchell Brickley | Brickley v Gulf Stream Coach, Inc et al | 09-7263 |
| 16. | Calvin Newsome | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 17. | Elzina Guidry | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 18. | Rebecca Guidry | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 19. | Robert Dowd | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 20. | Roland Adams, Jr | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 21. | Simual Guidry | Adams et al v. American International Group, Inc. et al | 09-7267 |
| 22. | Vonrecka Dannils | Adams et al v. American International Group, Inc. et al | 09-7267 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
      MATTHEW B. MORELAND, #24567
      Becnel Law Firm, L.L.C.
      P.O. Drawer H
      106 W. 7th Street
      Reserve, Louisiana  70084
      Telephone:   985/536-1186
      Facsimile:    985/536-6445
      mmoreland@becnellaw.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      /s/   Matthew B. Moreland
                                      MATTHEW B. MORELAND, # 24567