UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Ball et al v. Alliance Homes, et al*
E.D. La. Case No. *09-6193*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Amari Taylor | Ball et al v. Alliance Homes, Inc. et al | 09-6193 |
| 2. | Brandy Cooks | Ball et al v. Alliance Homes, Inc. et al | 09-6193 |
| 3. | Chrys Taylor | Ball et al v. Alliance Homes, Inc. et al | 09-6193 |
| 4. | Gabriel Taylor | Ball et al v. Alliance Homes, Inc. et al | 09-6193 |
| 5. | Maya Taylor | Ball et al v. Alliance Homes, Inc. et al | 09-6193 |
| 6. | Brittany BENJAMIN | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |
| 7. | Kendrick | Benjamin et al v. Cavalier Home Builders, LLC et al | 09-8723 |

| | | BENJAMIN | | |
|---|---|---|---|---|
| 8. | Lymiria WALKER | Carter et al v. Gulf Stream Coach, Inc. et al | | 10-2426 |
| 9. | Gloria COLLINS | Boudreaux et al v. United States of America et al | | 10-2435 |
| 10. | Leona Tate | Griffin et al v. Forest River Inc et al | | 10-2461 |
| 11. | Christy Ball | Ball v Stewart Park Homes, Inc et al | | 09-7265 |
| 12. | Danielly Ross | Jarreau-Ross et al v. Cavalier Home Builders, LLC et al | | 09-7279 |
| 13. | Lisa Jarreau-Ross | Jarreau-Ross et al v. Cavalier Home Builders, LLC et al | | 09-7279 |
| 14. | William Barker | Abshire et al v. American International Group, Inc. et al | | 09-7287 |

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
MATTHEW B. MORELAND, #24567
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, Louisiana  70084
Telephone:    985/536-1186
Facsimile:    985/536-6445
mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

2

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              /s/   Matthew B. Moreland
                                              MATTHEW B. MORELAND, # 24567