UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Abrahms et al v. Alliance Homes, et al*
E.D. La. Case No. *09-5392*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Sylvia Robinson | Robinson v. Clearspring Conversions Inc. et al | 09-6331 |
| 2. | Jules Peters, Jr | Ford et al v. Forest River, Inc. et al | 09-6333 |
| 3. | Linda Peters | Ford et al v. Forest River, Inc. et al | 09-6333 |
| 4. | Adrian SAPIN | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 5. | Della Keith | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 6. | Gerard Boutte | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 7. | Jill Francis | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |

| | | | |
|---|---|---|---|
| 8. | Leroy PAUL | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 9. | Lydia Penn | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 10. | Sun Cha FOWLER | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 11. | Thelma Johnson | Boutte et al v. Gulf Stream Coach, Inc. et al | 10-2470 |
| 12. | Audry Allen-Green | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 13. | Byron Dumas | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 14. | Ellis Dumas | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 15. | John ALEXANDER | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 16. | Lawrence Gabriel | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 17. | Odell Allen | Allen et al v. Gulf Stream Coach, Inc. et al | 10-2471 |
| 18. | Bernadine Pettwey | Cook et al v. Gulf Stream Coach, Inc. et al | 09-7293 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
       MATTHEW B. MORELAND, #24567
       Becnel Law Firm, L.L.C.
       P.O. Drawer H
       106 W. 7th Street
       Reserve, Louisiana  70084
       Telephone:    985/536-1186
       Facsimile:    985/536-6445
       mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>/s/   Matthew B. Moreland
>MATTHEW B. MORELAND, # 24567