UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** <br><br> **SECTION "N-5"** <br><br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Ancar et al v. Crum & Forster Speciality Insurance Company, et al*
E.D. La. Case No. *09-5430*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS**
**FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Jaheem Black | Black et al v. Crum & Forster Specialty Insurance Company et al | 09-6323 |
| 2. | Jaheem Black | Black et al v. Crum & Forster Specialty Insurance Company et al | 09-6323 |
| 3. | Ja'nai Black | Black et al v. Crum & Forster Specialty Insurance Company et al | 09-6323 |
| 4. | Rashawn Johnson | Black et al v. Crum & Forster Specialty Insurance Company et al | 09-6323 |

| | | | |
|---|---|---|---|
| 5. | Shawnna Black | Black et al v. Crum & Forster Specialty Insurance Company et al | 09-6323 |
| 6. | Rashawn Johnson | Black et al v. Gulf Stream Coach, Inc. et al | 10-2472 |

          Respectfully submitted:

          **BECNEL LAW FIRM, LLC**

    BY:    /s/Matthew B. Moreland
              MATTHEW B. MORELAND, #24567
              Becnel Law Firm, L.L.C.
              P.O. Drawer H
              106 W. 7th Street
              Reserve, Louisiana  70084
              Telephone:    985/536-1186
              Facsimile:    985/536-6445
              mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

              /s/   Matthew B. Moreland
              MATTHEW B. MORELAND, # 24567