UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Allen et al v. Alliance Homes, et al*
E.D. La. Case No. *09-5345*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Landry HINGLE | Hingle et al v. Layton Homes Corp. et al | 09-6327 |
| 2. | Valerie SAM-WILLIAMS | Hingle et al v. Layton Homes Corp. et al | 09-6327 |
| 3. | Edna Silvester | Jackson et al v. Sunline Acquisition Company Ltd. et al | 09-6344 |
| 4. | Lawrence Silvester | Jackson et al v. Sunline Acquisition Company Ltd. et al | 09-6344 |
| 5. | Louise JACKSON | Jackson et al v. Sunline Acquisition Company Ltd. et | 09-6344 |

|     |                          | al                                         |         |
| --- | ------------------------ | ------------------------------------------ | ------- |
| 6.  | Valerie SAM-WILLIAMS     | Sam-Williams v. Skyline Corporation et al  | 09-6324 |
| 7.  | Benneto Hall             | Allen et al v. Thor Industries, Inc. et al | 09-7278 |
| 8.  | France Allen             | Allen et al v. Thor Industries, Inc. et al | 09-7278 |
| 9.  | Marlene Daring           | Allen et al v. Thor Industries, Inc. et al | 09-7278 |
| 10. | Paris Allen              | Allen et al v. Thor Industries, Inc. et al | 09-7278 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
      MATTHEW B. MORELAND, #24567
      Becnel Law Firm, L.L.C.
      P.O. Drawer H
      106 W. 7th Street
      Reserve, Louisiana  70084
      Telephone:   985/536-1186
      Facsimile:    985/536-6445
      mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are

CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/   Matthew B. Moreland
MATTHEW B. MORELAND, # 24567