**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                    **MDL NO. 1873**
**FORMALDEHYDE PRODUCT**
**LIABILITY LITIGATION**                                   **SECTION "N-5"**
                                                           **JUDGE ENGELHARDT**
                                                           **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Allen et al v. Alliance Homes, et al*
**E.D. La. Case No.** *09-5345*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint,  IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint is hereby Granted.

THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT