THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961



## *Danmond T. Demolle, et al. v. CMH Manufacturing, Inc., et al.*

### EDLA 10-768

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Danmond Troy Demolle | 10-3519 | Demolle v. CMH Manufacturing, et al |
| (2) | Deionna  B. Richardson | 10-3519 | Demolle v. CMH Manufacturing, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *James Adubato, et al. v. Skyline Corporation, et al.*

## EDLA 09-8413

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | James  Adubato | 10-3513 | Adubato v. Skyline, et al |
| (2)  | Jessica  Adubato | 10-3513 | Adubato v. Skyline, et al |
| (3)  | Mary  Adubato | 10-3513 | Adubato v. Skyline, et al |
| (4)  | Nicholas  Adubato | 10-3513 | Adubato v. Skyline, et al |
| (5)  | Lawrence Joseph Alberez | 10-3514 | Alberez v. Skyline, et al |
| (6)  | Cynthia Douglas, o/b/o B.D | 10-3514 | Alberez v. Skyline, et al |
| (7)  | Cynthia  Douglas-Smith | 10-3514 | Alberez v. Skyline, et al |
| (8)  | Christopher J. Gabourel | 10-3513 | Adubato v. Skyline, et al |
| (9)  | Edith  H. Howell | 10-3513 | Adubato v. Skyline, et al |
| (10) | Denise  Landry | 10-3513 | Adubato v. Skyline, et al |
| (11) | Jared Norman Landry | 10-3513 | Adubato v. Skyline, et al |
| (12) | Norman Joseph Landry | 10-3513 | Adubato v. Skyline, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Harold Emerson Leaming | 10-3513 | Adubato v. Skyline, et al |
| (14) | Jane Gagliano Leaming | 10-3513 | Adubato v. Skyline, et al |
| (15) | Jean Paul  Repath | 10-3514 | Alberez v. Skyline, et al |
| (16) | Sterling  Smith | 10-3514 | Alberez v. Skyline, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Raymond L. Deogracias, et al. v. Starcraft RV, Inc., et al.*

## EDLA 09-3732

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Melissa Campo Arbour | 10-3557 | Arbour v. Starcraft, et al |
| (2) | Felix E. Arceneaux | 10-3557 | Arbour v. Starcraft, et al |
| (3) | Doreen Elizabeth Armstrong | 10-3557 | Arbour v. Starcraft, et al |
| (4) | Jessica Lauren Armstrong | 10-3557 | Arbour v. Starcraft, et al |
| (5) | Raymond L. Deogracias | 10-3562 | Deogracias v. Starcraft, et al |
| (6) | Misty Encardes, o/b/o K.E | 10-3557 | Arbour v. Starcraft, et al |
| (7) | Misty Theresa Encardes | 10-3557 | Arbour v. Starcraft, et al |
| (8) | Misty Encardes, o/b/o S.E | 10-3557 | Arbour v. Starcraft, et al |
| (9) | Donald Franklin Mankin | 10-3557 | Arbour v. Starcraft, et al |
| (10) | Melissa Mankin | 10-3557 | Arbour v. Starcraft, et al |
| (11) | Melissa Mankin, o/b/o R.M | 10-3557 | Arbour v. Starcraft, et al |
| (12) | Doreen Armstrong, o/b/o C.M | 10-3557 | Arbour v. Starcraft, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Stephanie Lynn Moore | 10-3557 | Arbour v. Starcraft, et al |
| (14) | Raymond  Pfiffner | 10-3557 | Arbour v. Starcraft, et al |
| (15) | Bena S. Vitrano | 10-3562 | Deogracias v. Starcraft, et al |
| (16) | Bernard B Vitrano | 10-3557 | Arbour v. Starcraft, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Alicia M. Miller, et al. v. Cavalier Home Builders, LLC., et al.*

## EDLA 10-775

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | June  J. Bailey | 10-3486 | Bailey v. Cavalier, et al |
| (2) | Penny  Lynn Lanier | 10-3486 | Bailey v. Cavalier, et al |
| (3) | Sabrina Miller, o/b/o A.M | 10-3487 | Miller v. Cavalier, et al |
| (4) | Alicia M. Miller | 10-3487 | Miller v. Cavalier, et al |
| (5) | Sabina Miller, o/b/o A.M | 10-3487 | Miller v. Cavalier, et al |
| (6) | Elnisha  Miller | 10-3487 | Miller v. Cavalier, et al |
| (7) | Sabrina M. Miller | 10-3487 | Miller v. Cavalier, et al |
| (8) | Juline Williams, o/b/o L.M | 10-3486 | Bailey v. Cavalier, et al |
| (9) | Kentrell  R. Peters | 10-3486 | Bailey v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Angelica Alvarez, et al. v. Pilgrim International, Inc., et al.*

## EDLA 09-4838

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Angelica M. Alvarez | 10-3505 | Alverez v. Crum and Foster, et al |
| (2) | Nathalie M Assevedo | 10-3508 | Assevedo v. Crum and Foster, et al |
| (3) | Leonard Bartholomew | 10-3508 | Assevedo v. Crum and Foster, et al |
| (4) | Brittany Alisa Bienemy | 10-3507 | Bienemy v. Crum and Foster, et al |
| (5) | Jackee Natasha Bienemy | 10-3507 | Bienemy v. Crum and Foster, et al |
| (6) | Robert John Bigner | 10-3505 | Alverez v. Crum and Foster, et al |
| (7) | Barbara Romano Boihem | 10-3505 | Alverez v. Crum and Foster, et al |
| (8) | Burton Ray Boihem | 10-3505 | Alverez v. Crum and Foster, et al |
| (9) | Lena Piccinetti Bostic | 10-3505 | Alverez v. Crum and Foster, et al |
| (10) | Linda Bryan | 10-3505 | Alverez v. Crum and Foster, et al |
| (11) | Michelle Mary Bryan | 10-3505 | Alverez v. Crum and Foster, et al |
| (12) | Robert Joseph Bryan | 10-3505 | Alverez v. Crum and Foster, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Joseph Anthony Burkhardt | 10-3505 | Alverez v. Crum and Foster, et al |
| (14)  Anthony  Croal | 10-3505 | Alverez v. Crum and Foster, et al |
| (15)  Joseph William Dalton | 10-3505 | Alverez v. Crum and Foster, et al |
| (16)  Marilyn Martinez Dalton | 10-3505 | Alverez v. Crum and Foster, et al |
| (17)  Evangeline Ruiz, o/b/o D.D | 10-3505 | Alverez v. Crum and Foster, et al |
| (18)  Evangeline Ruiz, o/b/o E.D | 10-3505 | Alverez v. Crum and Foster, et al |
| (19)  Robin Ann Davis | 10-3505 | Alverez v. Crum and Foster, et al |
| (20)  Henri Ronald Desrochers | 10-3508 | Assevedo v. Crum and Foster, et al |
| (21)  Connie Ann Diaz | 10-3505 | Alverez v. Crum and Foster, et al |
| (22)  Delmas Joseph Diaz | 10-3505 | Alverez v. Crum and Foster, et al |
| (23)  Gerald Diaz, o/b/o G.D | 10-3505 | Alverez v. Crum and Foster, et al |
| (24)  Gerald Joseph Diaz | 10-3505 | Alverez v. Crum and Foster, et al |
| (25)  Jody Allen Diaz | 10-3505 | Alverez v. Crum and Foster, et al |
| (26)  Phillip  Dominick | 10-3505 | Alverez v. Crum and Foster, et al |
| (27)  Sophie  A. Dominick | 10-3505 | Alverez v. Crum and Foster, et al |
| (28)  Thomas  J. Dominick | 10-3505 | Alverez v. Crum and Foster, et al |
| (29)  Cynthia, o/b/o A.D | 10-3505 | Alverez v. Crum and Foster, et al |
| (30)  Ashley  Ann Dotson | 10-3505 | Alverez v. Crum and Foster, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Cynthia  Randazzo Dotson | 10-3505 | Alverez v. Crum and Foster, et al |
| (32)  Herbert  E. Dotson | 10-3505 | Alverez v. Crum and Foster, et al |
| (33)  Clifton Joseph Egle | 10-3505 | Alverez v. Crum and Foster, et al |
| (34)  Jeanne Payelle Egle | 10-3505 | Alverez v. Crum and Foster, et al |
| (35)  Lillian J. Engolia | 10-3508 | Assevedo v. Crum and Foster, et al |
| (36)  Chad  Michael Ferris | 10-3505 | Alverez v. Crum and Foster, et al |
| (37)  James  Frink | 10-3505 | Alverez v. Crum and Foster, et al |
| (38)  Gary  Rodney Gaspard | 10-3504 | Gaspard v. Crum and Foster, et al |
| (39)  Joan Schoen Gaspard | 10-3504 | Gaspard v. Crum and Foster, et al |
| (40)  Samuel  Green | 10-3506 | Green v. Crum and Foster, et al |
| (41)  Anthony  John Hadley | 10-3505 | Alverez v. Crum and Foster, et al |
| (42)  Anthony  John Hadley | 10-3505 | Alverez v. Crum and Foster, et al |
| (43)  Sherry D Hadley | 10-3505 | Alverez v. Crum and Foster, et al |
| (44)  Catherine  Hebert | 10-3505 | Alverez v. Crum and Foster, et al |
| (45)  Gerard  J. Hebert | 10-3505 | Alverez v. Crum and Foster, et al |
| (46)  Hope & Joseph Held, o/b/o C.H | 10-3505 | Alverez v. Crum and Foster, et al |
| (47)  Hope Freire Held | 10-3505 | Alverez v. Crum and Foster, et al |
| (48)  Joseph E. Held | 10-3505 | Alverez v. Crum and Foster, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Joseph E. Held | 10-3505 | Alverez v. Crum and Foster, et al |
| (50) | Helen P. Hills | 10-3505 | Alverez v. Crum and Foster, et al |
| (51) | Debbie Imbraguglio | 10-3505 | Alverez v. Crum and Foster, et al |
| (52) | Debbie Imbraguglio, o/b/o P.I | 10-3505 | Alverez v. Crum and Foster, et al |
| (53) | Debbie Imbraguglio, o/b/o P.I | 10-3505 | Alverez v. Crum and Foster, et al |
| (54) | Peter James Imbraguglio | 10-3505 | Alverez v. Crum and Foster, et al |
| (55) | Donna G. Jackson | 10-3505 | Alverez v. Crum and Foster, et al |
| (56) | Thomas R. Jackson | 10-3505 | Alverez v. Crum and Foster, et al |
| (57) | Donna Jackson, o/b/o T.J | 10-3505 | Alverez v. Crum and Foster, et al |
| (58) | Pamela Johnson | 10-3508 | Assevedo v. Crum and Foster, et al |
| (59) | Ruby D. Keaton | 10-3505 | Alverez v. Crum and Foster, et al |
| (60) | Calvin Kelone | 10-3508 | Assevedo v. Crum and Foster, et al |
| (61) | Marjorie A. Kelone | 10-3508 | Assevedo v. Crum and Foster, et al |
| (62) | Sharon Lanier | 10-3505 | Alverez v. Crum and Foster, et al |
| (63) | Leon A. Ledet | 10-3505 | Alverez v. Crum and Foster, et al |
| (64) | Leonce Ledet | 10-3505 | Alverez v. Crum and Foster, et al |
| (65) | Lois A. Ledet | 10-3505 | Alverez v. Crum and Foster, et al |
| (66) | Lawrence Lohr, o/b/o K.L | 10-3505 | Alverez v. Crum and Foster, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Lawrence F. Lohr | 10-3505 | Alverez v. Crum and Foster, et al |
| (68) | Louis Ralph Mascaro | 10-3508 | Assevedo v. Crum and Foster, et al |
| (69) | Archie L. Nixon | 10-3508 | Assevedo v. Crum and Foster, et al |
| (70) | Ethel Jean Nixon | 10-3508 | Assevedo v. Crum and Foster, et al |
| (71) | Rose Mary Nixon | 10-3508 | Assevedo v. Crum and Foster, et al |
| (72) | Anthony J. Nuccio | 10-3505 | Alverez v. Crum and Foster, et al |
| (73) | Anthony J Nuccio | 10-3508 | Assevedo v. Crum and Foster, et al |
| (74) | Julia Marie Patino | 10-3505 | Alverez v. Crum and Foster, et al |
| (75) | Pepito H. Patino | 10-3505 | Alverez v. Crum and Foster, et al |
| (76) | Natalie Polk | 10-3507 | Bienemy v. Crum and Foster, et al |
| (77) | Donald W. Ruiz | 10-3505 | Alverez v. Crum and Foster, et al |
| (78) | Evangeline Minnie Ruiz | 10-3505 | Alverez v. Crum and Foster, et al |
| (79) | Joyce Sander | 10-3505 | Alverez v. Crum and Foster, et al |
| (80) | David Joseph Senez | 10-3505 | Alverez v. Crum and Foster, et al |
| (81) | Dana J. Smith | 10-3505 | Alverez v. Crum and Foster, et al |
| (82) | Dana J. Smith | 10-3505 | Alverez v. Crum and Foster, et al |
| (83) | David J. Smith | 10-3505 | Alverez v. Crum and Foster, et al |
| (84) | David J. Smith | 10-3505 | Alverez v. Crum and Foster, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (85)  Sharon Crifasi Smith | 10-3505 | Alverez v. Crum and Foster, et al |
| (86)  Sharon Crifasi Smith | 10-3505 | Alverez v. Crum and Foster, et al |
| (87)  Sharon Smith, o/b/o S.S | 10-3505 | Alverez v. Crum and Foster, et al |
| (88)  Sharon Smith, o/b/o S.S | 10-3505 | Alverez v. Crum and Foster, et al |
| (89)  Cheryl Couch Starks | 10-3505 | Alverez v. Crum and Foster, et al |
| (90)  Carl  Steele | 10-3505 | Alverez v. Crum and Foster, et al |
| (91)  Nadine Stogner, o/b/o J.S | 10-3505 | Alverez v. Crum and Foster, et al |
| (92)  John  Stogner | 10-3505 | Alverez v. Crum and Foster, et al |
| (93)  John  Stogner | 10-3505 | Alverez v. Crum and Foster, et al |
| (94)  Nadine Dalton Stogner | 10-3505 | Alverez v. Crum and Foster, et al |
| (95)  Jonathan Anthony Summerlin | 10-3508 | Assevedo v. Crum and Foster, et al |
| (96)  Judy Ann Summerlin | 10-3505 | Alverez v. Crum and Foster, et al |
| (97)  Gloria W Tassin | 10-3505 | Alverez v. Crum and Foster, et al |
| (98)  Pattie  Timmons | 10-3505 | Alverez v. Crum and Foster, et al |
| (99)  Christine  Vallelungo | 10-3505 | Alverez v. Crum and Foster, et al |
| (100) Terrance N Vallelungo | 10-3505 | Alverez v. Crum and Foster, et al |
| (101) Debra T. Vincent | 10-3505 | Alverez v. Crum and Foster, et al |
| (102) Gary  Weiland | 10-3505 | Alverez v. Crum and Foster, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Karen S. Weiskopf | 10-3505 | Alverez v. Crum and Foster, et al |
| (104) Genevieve M. Zeringue | 10-3505 | Alverez v. Crum and Foster, et al |
| (105) Steven M. Zeringue | 10-3505 | Alverez v. Crum and Foster, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**

8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Michael J. Battaglia, et al. v. Destiny Industries, LLC., et al.*

## EDLA 09-3587

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Michael Joseph Battaglia | 10-3580 | Battaglia v. Destiny, et al |
| (2) | Margaret  Mary Buras | 10-3580 | Battaglia v. Destiny, et al |
| (3) | Shirley Chelette, o/b/o K.C | 10-3581 | Chelette v. Destiny, et al |
| (4) | Shirley Chelette, o/b/o K.C | 10-3581 | Chelette v. Destiny, et al |
| (5) | Shirley Chelette, o/b/o K.C | 10-3581 | Chelette v. Destiny, et al |
| (6) | Kaylie Lynn Chelette | 10-3581 | Chelette v. Destiny, et al |
| (7) | Kaylie Lynn Chelette | 10-3581 | Chelette v. Destiny, et al |
| (8) | Kaylie Lynn Chelette | 10-3581 | Chelette v. Destiny, et al |
| (9) | Kelsey Trishelle Chelette | 10-3581 | Chelette v. Destiny, et al |
| (10) | Kelsey Trishelle Chelette | 10-3581 | Chelette v. Destiny, et al |
| (11) | Kelsey Trishelle Chelette | 10-3581 | Chelette v. Destiny, et al |
| (12) | Shirley Ann Chelette | 10-3581 | Chelette v. Destiny, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Shirley Ann Chelette | 10-3581 | Chelette v. Destiny, et al |
| (14) | Shirley Ann Chelette | 10-3581 | Chelette v. Destiny, et al |
| (15) | Ralph  Degrasse | 10-3581 | Chelette v. Destiny, et al |
| (16) | Ralph  Degrasse | 10-3581 | Chelette v. Destiny, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Taneka Hill, et al. v. Silver Creek Homes, Inc., et al.*

## EDLA 09-8418

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Taneka Hill, o/b/o T.A | 10-3484 | Hill v. Silver Creek Homes, et al |
| (2) | Miko Sand, o/b/o C.S | 10-3485 | Sand v. Silver Creek Homes, et al |
| (3) | Miko Sand, o/b/o M.S | 10-3485 | Sand v. Silver Creek Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Bridget Bailes, et al. v. Thor California, Inc., et al.*

## EDLA 10-760

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Bridget  Bailes | 10-3569 | Bailes v. Thor, et al |
| (2) | Bridget Bailes, o/b/o J.B | 10-3569 | Bailes v. Thor, et al |
| (3) | Kenneth  Bailes | 10-3569 | Bailes v. Thor, et al |
| (4) | Bridget Bailes, o/b/o L.B | 10-3569 | Bailes v. Thor, et al |
| (5) | Bridget Bailes, o/b/o N.B | 10-3569 | Bailes v. Thor, et al |
| (6) | Bridget Bailes, o/b/o W.B | 10-3569 | Bailes v. Thor, et al |
| (7) | Shannon Verdon, o/b/o J.V | 10-3570 | Verdon v. Thor, et al |
| (8) | Shannon Verdon, o/b/o K.V | 10-3570 | Verdon v. Thor, et al |
| (9) | Kenneth  Verdon | 10-3570 | Verdon v. Thor, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*

EDLA 09-4661

|      | Name                       | Severed Case No. | Severed Case Caption                     |
|------|----------------------------|------------------|------------------------------------------|
| (1)  | Dorothy  Sue Acosta        | 10-3951          | Acosta v. Gulf Stream, et al             |
| (2)  | Udofia  Affiong            | 10-3551          | Acosta v. Gulf Stream, et al             |
| (3)  | Helen  Albarado            | 10-513           | Acosta v. Gulf Stream                    |
| (4)  | Raymond  Albarado          | 10-513           | Acosta v. Gulf Stream                    |
| (5)  | Raymond  Albarado          | 10-513           | Acosta v. Gulf Stream                    |
| (6)  | Brandi Nicole Alfonso      | 10-3551          | Acosta v. Gulf Stream, et al             |
| (7)  | Mary Alfonso, o/b/o D.A    | 10-3551          | Acosta v. Gulf Stream, et al             |
| (8)  | Vernon E. Alfonso          | 10-3551          | Acosta v. Gulf Stream, et al             |
| (9)  | Vernon E Alfonso           | 10-3551          | Acosta v. Gulf Stream, et al             |
| (10) | Rafat Alkurd, o/b/o A.A    | 10-3553          | Alkurd OBO A.A. v. Gulf Stream, et al    |
| (11) | Alaa R. Alkurd             | 10-3553          | Alkurd OBO A.A. v. Gulf Stream, et al    |
| (12) | Etaf  Alkurd               | 10-3553          | Alkurd OBO A.A. v. Gulf Stream, et al    |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (13)  Rafat Alkurd, o/b/o N.A | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (14)  Rafat  Alkurd | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (15)  Rafat Alkurd, o/b/o R.A | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (16)  Darlene Blazio Alphonso | 10-3551 | Acosta v. Gulf Stream, et al |
| (17)  Kimberly Clark Alphonso | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (18)  Carrolyn  Ancalade | 10-3555 | Ancalade v. Gulf Stream, et al |
| (19)  Carrolyn  Ancalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (20)  Jessica Thornley, o/b/o L.A | 10-3551 | Acosta v. Gulf Stream, et al |
| (21)  Stephanie Ansardi, o/b/o C.A | 10-3551 | Acosta v. Gulf Stream, et al |
| (22)  Stephanie Ansardi, o/b/o C.A | 10-3551 | Acosta v. Gulf Stream, et al |
| (23)  Clarence Anthony Ansardi | 10-3551 | Acosta v. Gulf Stream, et al |
| (24)  Stephanie  Ansardi | 10-3551 | Acosta v. Gulf Stream, et al |
| (25)  Lloyd A. Appel | 10-3551 | Acosta v. Gulf Stream, et al |
| (26)  Scarlet F Applegate | 10-3551 | Acosta v. Gulf Stream, et al |
| (27)  Melissa Arbour, o/b/o C.A | 10-3551 | Acosta v. Gulf Stream, et al |
| (28)  Dennis C Armitage | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (29)  Edward Jourdan Banner | 10-3551 | Acosta v. Gulf Stream, et al |
| (30)  Leo Charles Barnes | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Peter  George Barrios | 10-3551 | Acosta v. Gulf Stream, et al |
| (32)  Nicole Bennett, o/b/o J.B | 10-3551 | Acosta v. Gulf Stream, et al |
| (33)  Nicole Bennett, o/b/o J.B | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (34)  Nicole  Bennett | 10-3551 | Acosta v. Gulf Stream, et al |
| (35)  Nicole  Bennett | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (36)  Angela Saragusa Bernard | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (37)  Stacey Ragan, o/b/o R.B | 10-3551 | Acosta v. Gulf Stream, et al |
| (38)  Susan Balbon Bigting | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (39)  Betty J. Boismenn | 10-3551 | Acosta v. Gulf Stream, et al |
| (40)  Barbara D. Boudousquie | 10-3551 | Acosta v. Gulf Stream, et al |
| (41)  Brian  C. Boudreaux | 10-3551 | Acosta v. Gulf Stream, et al |
| (42)  Melanie J.  Breaux | 10-3551 | Acosta v. Gulf Stream, et al |
| (43)  Brittany L Brightman | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (44)  Brittany Ann Brownell | 10-3551 | Acosta v. Gulf Stream, et al |
| (45)  Charles  Brownell | 10-3551 | Acosta v. Gulf Stream, et al |
| (46)  Susan  Domino Bush | 10-3552 | Bush v. Gulf Stream, et al |
| (47)  Sherry Buuck Gremillion, o/b/o E.B | 10-3551 | Acosta v. Gulf Stream, et al |
| (48)  Patrick C Campo | 10-3551 | Acosta v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Salvador John Cangelosi | 10-3555 | Ancalade v. Gulf Stream, et al |
| (50) | Bernard  E. Cargo | 10-3551 | Acosta v. Gulf Stream, et al |
| (51) | Matthew Joseph Chaisson | 10-3551 | Acosta v. Gulf Stream, et al |
| (52) | Kaylie Lynn Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (53) | Kaylie Lynn Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (54) | Kelsey Trishelle Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (55) | Kelsey Trishelle Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (56) | Kelsey Trishelle Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (57) | Shirley Ann Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (58) | Shirley Ann Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (59) | Shirley Ann Chelette | 10-3551 | Acosta v. Gulf Stream, et al |
| (60) | Dianne Gervais Cheramie | 10-3551 | Acosta v. Gulf Stream, et al |
| (61) | Jack Blanchard Cheramie | 10-3551 | Acosta v. Gulf Stream, et al |
| (62) | Jeffery  Cheramie | 10-3551 | Acosta v. Gulf Stream, et al |
| (63) | Tina & Matthew Sr., o/b/o G.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (64) | Matthew  Joseph Chiasson | 10-3551 | Acosta v. Gulf Stream, et al |
| (65) | Tina & Matthew Sr., o/b/o M.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (66) | Tina Reeves Chiasson | 10-3551 | Acosta v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Belinda Salande, o/b/o S.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (68) | Belinda Salande, o/b/o S.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (69) | Darlene A. Chustz | 10-3551 | Acosta v. Gulf Stream, et al |
| (70) | Michael Chustz | 10-3551 | Acosta v. Gulf Stream, et al |
| (71) | Robin Clark, o/b/o K.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (72) | Robin Clark, o/b/o K.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (73) | Courtland Clements | 10-3551 | Acosta v. Gulf Stream, et al |
| (74) | Courtney Clements | 10-3551 | Acosta v. Gulf Stream, et al |
| (75) | Gwendolyn D. Clements | 10-3551 | Acosta v. Gulf Stream, et al |
| (76) | Curtis Joseph Clesi | 10-3551 | Acosta v. Gulf Stream, et al |
| (77) | Rhiannon Lynn Coleman | 10-3551 | Acosta v. Gulf Stream, et al |
| (78) | David Perez Colon | 10-3551 | Acosta v. Gulf Stream, et al |
| (79) | Alexis Treadaway Cooper | 10-3551 | Acosta v. Gulf Stream, et al |
| (80) | Agnes Mac Corpus | 10-3551 | Acosta v. Gulf Stream, et al |
| (81) | Beverly Coster | 10-3551 | Acosta v. Gulf Stream, et al |
| (82) | Raymond Coster | 10-3551 | Acosta v. Gulf Stream, et al |
| (83) | Reginald Coster | 10-3551 | Acosta v. Gulf Stream, et al |
| (84) | Allen Couvillon | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Sandra  Lee Couvillon | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (86)  David Clark Craig | 10-3551 | Acosta v. Gulf Stream, et al |
| (87)  Alicia Lagarde & David Craig, o/b/o L.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (88)  Angela  Crawford | 10-3551 | Acosta v. Gulf Stream, et al |
| (89)  Angela Crawford, o/b/o C.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (90)  Angela Crawford, o/b/o C.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (91)  Christopher Aloysius Crawford | 10-3551 | Acosta v. Gulf Stream, et al |
| (92)  Angela Crawford, o/b/o C.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (93)  Angela Crawford, o/b/o K.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (94)  Amanda  Creel | 10-3551 | Acosta v. Gulf Stream, et al |
| (95)  Amanda  Creel | 10-3551 | Acosta v. Gulf Stream, et al |
| (96)  Karen Creel, o/b/o A.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (97)  Charles  Owen Creel | 10-3551 | Acosta v. Gulf Stream, et al |
| (98)  Charles  Owen Creel | 10-3551 | Acosta v. Gulf Stream, et al |
| (99)  Karen Creel, o/b/o J.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (100) Karen Creel, o/b/o J.C | 10-3551 | Acosta v. Gulf Stream, et al |
| (101) Karen Krantz Creel | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (102) Donald Anthony Creighton | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Emma M Crifasi | 10-3551 | Acosta v. Gulf Stream, et al |
| (104) Emma M Crifasi | 10-3551 | Acosta v. Gulf Stream, et al |
| (105) Frank Jake Crifasi | 10-3551 | Acosta v. Gulf Stream, et al |
| (106) Frank Jake Crifasi | 10-3551 | Acosta v. Gulf Stream, et al |
| (107) Jennifer A Culotta | 10-3551 | Acosta v. Gulf Stream, et al |
| (108) Cody  Lawrence Cutrer | 10-3554 | Cutrer v. Gulf Stream, et al |
| (109) Cody  Lawrence Cutrer | 10-3554 | Cutrer v. Gulf Stream, et al |
| (110) Roxanne Rome, o/b/o C.C | 10-3554 | Cutrer v. Gulf Stream, et al |
| (111) Roxanne Rome, o/b/o C.C | 10-3554 | Cutrer v. Gulf Stream, et al |
| (112) Joseph  D. Cutrer | 10-3551 | Acosta v. Gulf Stream, et al |
| (113) Lester  Daggs | 10-3551 | Acosta v. Gulf Stream, et al |
| (114) Lester  Daggs | 10-3551 | Acosta v. Gulf Stream, et al |
| (115) Ann M. Daigle | 10-3551 | Acosta v. Gulf Stream, et al |
| (116) Damian  M. Daigle | 10-3551 | Acosta v. Gulf Stream, et al |
| (117) Norma M. Daigle | 10-3551 | Acosta v. Gulf Stream, et al |
| (118) Allison A Daigre | 10-3551 | Acosta v. Gulf Stream, et al |
| (119) Damon Daigre Sr, o/b/o D.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (120) Antoine  Damond | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Pam Damond | 10-3551 | Acosta v. Gulf Stream, et al |
| (122) Pam Damond, o/b/o V.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (123) Jason Danna Sr, o/b/o J.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (124) Jason Robert Danna | 10-3551 | Acosta v. Gulf Stream, et al |
| (125) Deborah  DAntoni | 10-3551 | Acosta v. Gulf Stream, et al |
| (126) Deborah  DAntoni | 10-3551 | Acosta v. Gulf Stream, et al |
| (127) Scott L Dauterive | 10-3551 | Acosta v. Gulf Stream, et al |
| (128) Ricky & Stacy Davidson, o/b/o C.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (129) Ricky & Stacy Davidson, o/b/o C.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (130) Ricky & Stacy Davidson, o/b/o H.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (131) Ricky & Stacy Davidson, o/b/o H.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (132) Richard E Davidson | 10-3551 | Acosta v. Gulf Stream, et al |
| (133) Richard E Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (134) Stacy Ann Davidson | 10-3551 | Acosta v. Gulf Stream, et al |
| (135) Stacy Ann Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (136) Audrey  Davis | 10-3551 | Acosta v. Gulf Stream, et al |
| (137) Ruben  Davis | 10-3555 | Ancalade v. Gulf Stream, et al |
| (138) Rubin J. Davis | 10-3555 | Ancalade v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (139) Susie A. Davis | 10-3555 | Ancalade v. Gulf Stream, et al |
| (140) Vanessa Dean, o/b/o A.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (141) Maris N. Dean | 10-3551 | Acosta v. Gulf Stream, et al |
| (142) Vanessa E. Dean | 10-3551 | Acosta v. Gulf Stream, et al |
| (143) William G Dean | 10-3551 | Acosta v. Gulf Stream, et al |
| (144) Brittany Michel Deano | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (145) Brittany Michel Deano | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (146) Julie Fontenot Deboer | 10-3555 | Ancalade v. Gulf Stream, et al |
| (147) Audrey  Dejan | 10-3551 | Acosta v. Gulf Stream, et al |
| (148) Earl  Dejan | 10-3551 | Acosta v. Gulf Stream, et al |
| (149) Maria Jackson, o/b/o E.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (150) Ricci Jean DeJean | 10-3551 | Acosta v. Gulf Stream, et al |
| (151) Theresa  Denoux | 10-3725 | Denoux v. Gulf Stream, et al |
| (152) Carol J. Deshotel | 10-3551 | Acosta v. Gulf Stream, et al |
| (153) Melvin J. Deshotel | 10-3551 | Acosta v. Gulf Stream, et al |
| (154) Joseph Deslatte Jr, o/b/o J.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (155) Joseph Milton Deslatte | 10-3551 | Acosta v. Gulf Stream, et al |
| (156) Barry Lewis Desmore | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|---------------------|
| (157) Danielle Lynn Desselle | 10-3551 | Acosta v. Gulf Stream, et al |
| (158) Elbert Desselle | 10-3551 | Acosta v. Gulf Stream, et al |
| (159) Kenneth Michael Desselle | 10-3551 | Acosta v. Gulf Stream, et al |
| (160) Kenneth Paul Desselle | 10-3551 | Acosta v. Gulf Stream, et al |
| (161) Nina Kelly Desselle | 10-3551 | Acosta v. Gulf Stream, et al |
| (162) Charles Joseph DeWint | 10-3551 | Acosta v. Gulf Stream, et al |
| (163) Tina DeWint, o/b/o D.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (164) Tina Dewint, o/b/o S.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (165) Tina Louise DeWint | 10-3551 | Acosta v. Gulf Stream, et al |
| (166) Barry Diaz | 10-3556 | Diaz v. Gulf Stream, et al |
| (167) Herbert E. Diaz | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (168) Placido Diaz | 10-3551 | Acosta v. Gulf Stream, et al |
| (169) Placido Diaz | 10-3551 | Acosta v. Gulf Stream, et al |
| (170) Audrey DiBetta | 10-3551 | Acosta v. Gulf Stream, et al |
| (171) Frank DiBetta | 10-3551 | Acosta v. Gulf Stream, et al |
| (172) Lindsi Bertheaud, o/b/o H.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (173) Amanda Marie Dier | 10-3551 | Acosta v. Gulf Stream, et al |
| (174) Daniel C. Dier | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|-----------------|---------------------|
| (175) Shirley G. Dier | 10-3551 | Acosta v. Gulf Stream, et al |
| (176) August  DiFranco | 10-3552 | Bush v. Gulf Stream, et al |
| (177) Patricia  L. DiFranco | 10-3552 | Bush v. Gulf Stream, et al |
| (178) Crystal L DiMaggio | 10-3551 | Acosta v. Gulf Stream, et al |
| (179) Joseph Peter DiMaggio | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (180) Joseph  Charles DiMaggio | 10-3551 | Acosta v. Gulf Stream, et al |
| (181) Joseph Peter DiMaggio | 10-3551 | Acosta v. Gulf Stream, et al |
| (182) Joseph or Crystal, o/b/o J.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (183) Crystal & Joseph, o/b/o M.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (184) Maria C. DiMaggio | 10-3551 | Acosta v. Gulf Stream, et al |
| (185) Michelle Savoye DiMaggio | 10-3551 | Acosta v. Gulf Stream, et al |
| (186) Bruce  Daryl Dixon | 10-3551 | Acosta v. Gulf Stream, et al |
| (187) Cynthia Evelyn Dixon | 10-3551 | Acosta v. Gulf Stream, et al |
| (188) Geneen Banks Dixon | 10-3551 | Acosta v. Gulf Stream, et al |
| (189) Henry  Doherty | 10-3551 | Acosta v. Gulf Stream, et al |
| (190) Sherry Joy Dolese | 10-3551 | Acosta v. Gulf Stream, et al |
| (191) Ashton  A. Domingo | 10-3551 | Acosta v. Gulf Stream, et al |
| (192) Deneen  Inez Dominick | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Deneen  Inez Dominick | 10-3551 | Acosta v. Gulf Stream, et al |
| (194) Deneen Dominick, o/b/o J.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (195) Deneen Dominick, o/b/o J.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (196) Sophie  A. Dominick | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (197) Brenda  Bushnell Doucet | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (198) Patrick  Doucet | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (199) Dan  Douglas | 10-3551 | Acosta v. Gulf Stream, et al |
| (200) Dan  Douglas | 10-3551 | Acosta v. Gulf Stream, et al |
| (201) Jeanine  Dover | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (202) Ida  Drewes | 10-3551 | Acosta v. Gulf Stream, et al |
| (203) Daniel  J. Dubose | 10-3555 | Ancalade v. Gulf Stream, et al |
| (204) Heather Dubose, o/b/o E.D | 10-3555 | Ancalade v. Gulf Stream, et al |
| (205) Heather  H. Dubose | 10-3555 | Ancalade v. Gulf Stream, et al |
| (206) Carolyn  Dubourg | 10-3551 | Acosta v. Gulf Stream, et al |
| (207) Shaw  Dubourg | 10-3551 | Acosta v. Gulf Stream, et al |
| (208) Whitney  Dubourg | 10-3551 | Acosta v. Gulf Stream, et al |
| (209) Helen Deloris Ducayag | 10-3551 | Acosta v. Gulf Stream, et al |
| (210) Helen Deloris Ducayag | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (211) April Renee Ducote | 10-3551 | Acosta v. Gulf Stream, et al |
| (212) April Ducote, o/b/o C.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (213) Emmet Ducote | 10-3551 | Acosta v. Gulf Stream, et al |
| (214) Ashley Dudenhefer | 10-3551 | Acosta v. Gulf Stream, et al |
| (215) David Dudenhefer | 10-3551 | Acosta v. Gulf Stream, et al |
| (216) David Dudenhefer | 10-3551 | Acosta v. Gulf Stream, et al |
| (217) Mary Ann Dudenhefer | 10-3551 | Acosta v. Gulf Stream, et al |
| (218) Duane Duke | 10-3551 | Acosta v. Gulf Stream, et al |
| (219) Lyndell Joan Dummet | 10-3551 | Acosta v. Gulf Stream, et al |
| (220) Stacy Revolta Dunnam | 10-3551 | Acosta v. Gulf Stream, et al |
| (221) Felton Duplessis | 10-3555 | Ancalade v. Gulf Stream, et al |
| (222) Sheila Santiago, o/b/o U.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (223) Marilyn R. Dusang | 10-3551 | Acosta v. Gulf Stream, et al |
| (224) Ashlynne Lemoine DuSaules | 10-3551 | Acosta v. Gulf Stream, et al |
| (225) Ashley Dusaules, o/b/o D.D | 10-3551 | Acosta v. Gulf Stream, et al |
| (226) Ashley Dusaules, o/b/o D.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (227) Larry A. Dwyer | 10-3551 | Acosta v. Gulf Stream, et al |
| (228) Marie Dwyer | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (229) Kathy  Dyess | 10-3551 | Acosta v. Gulf Stream, et al |
| (230) Charles Robert Egano | 10-3551 | Acosta v. Gulf Stream, et al |
| (231) Patricia Langlois Ellzey | 10-3551 | Acosta v. Gulf Stream, et al |
| (232) Beryl Guillot Elmer | 10-3551 | Acosta v. Gulf Stream, et al |
| (233) Desiree Danton Emmons | 10-3551 | Acosta v. Gulf Stream, et al |
| (234) Desiree & Troy, o/b/o T.E | 10-3551 | Acosta v. Gulf Stream, et al |
| (235) Troy  Emmons | 10-3551 | Acosta v. Gulf Stream, et al |
| (236) Clarence  Encalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (237) Clarence  Encalade | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (238) Danny  Leonce Encalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (239) Danny  Encalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (240) Danny & Sandra, o/b/o D.E | 10-3551 | Acosta v. Gulf Stream, et al |
| (241) Eunice  Encalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (242) Sandra  Encalade | 10-3551 | Acosta v. Gulf Stream, et al |
| (243) Jane Catherine Encardes | 10-3551 | Acosta v. Gulf Stream, et al |
| (244) Sumitra Junius, o/b/o L.E | 10-3551 | Acosta v. Gulf Stream, et al |
| (245) Michael  C. Ermert | 10-3551 | Acosta v. Gulf Stream, et al |
| (246) Tina  M. Ermert | 10-3551 | Acosta v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (247) Dianne A. Eschette | 10-3551 | Acosta v. Gulf Stream, et al |
| (248) Dianne Eschette, o/b/o G.E | 10-3551 | Acosta v. Gulf Stream, et al |
| (249) Anthony  Eugene | 10-3551 | Acosta v. Gulf Stream, et al |
| (250) Darlene Sampson Eugene | 10-3551 | Acosta v. Gulf Stream, et al |
| (251) Melvin  Eugene | 10-3551 | Acosta v. Gulf Stream, et al |
| (252) Gina Aucoin, o/b/o A.E | 10-3551 | Acosta v. Gulf Stream, et al |
| (253) Peggy  Evans | 10-3551 | Acosta v. Gulf Stream, et al |
| (254) Wilkerson  Michael Evans | 10-3551 | Acosta v. Gulf Stream, et al |
| (255) Robin Diaz Goutierez | 10-3551 | Acosta v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Muriel L. Cavat, et al. v. Northwood Manufacturing, Inc., et al.*

## EDLA 09-3975

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Muriel L Cavat | 10-3533 | Cavat v. Northwood, et al |
| (2) | Tracey Nunez, o/b/o S.N | 10-3532 | Nunez OBO S.N. v. Northwood, et al |
| (3) | Tracey Marie Nunez | 10-3532 | Nunez OBO S.N. v. Northwood, et al |
| (4) | Gina & Erick Ozuna, o/b/o A.O | 10-3533 | Cavat v. Northwood, et al |
| (5) | Erick Ozuna, o/b/o E.O | 10-3533 | Cavat v. Northwood, et al |
| (6) | Erick  Ozuna | 10-3533 | Cavat v. Northwood, et al |
| (7) | Gina  Ozuna | 10-3533 | Cavat v. Northwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Michael D. Boudreaux, et al. v. Dutch Housing, Inc., et al.*

## EDLA 09-3826

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Jessica Blanchard Bastoe | 10-3578 | Bastoe v. Dutch Housing, et al |
| (2) | Nicholas Lawrence Bastoe | 10-3578 | Bastoe v. Dutch Housing, et al |
| (3) | Michael D. Boudreaux | 10-3578 | Bastoe v. Dutch Housing, et al |
| (4) | Stacy L. Boudreaux | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (5) | Gerquel M Bowman | 10-3578 | Bastoe v. Dutch Housing, et al |
| (6) | Mary Edna Bryant | 10-3578 | Bastoe v. Dutch Housing, et al |
| (7) | Shawn Rochon Calice | 10-3578 | Bastoe v. Dutch Housing, et al |
| (8) | Sherman Joseph Calice | 10-3578 | Bastoe v. Dutch Housing, et al |
| (9) | Sherman Calice Sr., o/b/o S.C | 10-3578 | Bastoe v. Dutch Housing, et al |
| (10) | Shermicia D Calice | 10-3578 | Bastoe v. Dutch Housing, et al |
| (11) | Shermika J Calice | 10-3578 | Bastoe v. Dutch Housing, et al |
| (12) | Ann M DiVincenti | 10-3578 | Bastoe v. Dutch Housing, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Stacy Braquet, o/b/o B.F | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (14)  Stacey Braquet, o/b/o R.F | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (15)  Daniel  Figueroa | 10-3578 | Bastoe v. Dutch Housing, et al |
| (16)  Debora Cisco Figueroa | 10-3578 | Bastoe v. Dutch Housing, et al |
| (17)  Brandon  Michael Guevara | 10-3578 | Bastoe v. Dutch Housing, et al |
| (18)  Corey Adam Guevara | 10-3578 | Bastoe v. Dutch Housing, et al |
| (19)  Cynthia Ann Guevara | 10-3578 | Bastoe v. Dutch Housing, et al |
| (20)  Mildar Jose Guevara | 10-3578 | Bastoe v. Dutch Housing, et al |
| (21)  Cynthia Guevara, o/b/o T.G | 10-3578 | Bastoe v. Dutch Housing, et al |
| (22)  Wilma Kay Hawkins | 10-3578 | Bastoe v. Dutch Housing, et al |
| (23)  Scipio & Gilda Jones, o/b/o D.J | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (24)  Gilda D. Jones | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (25)  Scipio D. Jones | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (26)  Rodney Karcher Jr., o/b/o B.K | 10-3578 | Bastoe v. Dutch Housing, et al |
| (27)  Rodney Karcher Jr., o/b/o B.K | 10-3578 | Bastoe v. Dutch Housing, et al |
| (28)  Rodney Karcher Jr., o/b/o M.K | 10-3578 | Bastoe v. Dutch Housing, et al |
| (29)  Monica Poche Karcher | 10-3578 | Bastoe v. Dutch Housing, et al |
| (30)  Rodney David Karcher | 10-3578 | Bastoe v. Dutch Housing, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Charlene Bolin Kramer | 10-3578 | Bastoe v. Dutch Housing, et al |
| (32) | William  Kramer | 10-3578 | Bastoe v. Dutch Housing, et al |
| (33) | Sibyl Lee, o/b/o B.L | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (34) | Sibyl Lee, o/b/o M.L | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (35) | Sibyl  Ann Lee | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (36) | Arnold  McCallon | 10-3578 | Bastoe v. Dutch Housing, et al |
| (37) | Blake  McCallon | 10-3578 | Bastoe v. Dutch Housing, et al |
| (38) | Arnold McCallon Sr., o/b/o S.M | 10-3578 | Bastoe v. Dutch Housing, et al |
| (39) | Stacy Braquet, o/b/o J.M | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (40) | Deanna S. Meyer | 10-3578 | Bastoe v. Dutch Housing, et al |
| (41) | Erica M. Meyer | 10-3578 | Bastoe v. Dutch Housing, et al |
| (42) | Melvin  Miller | 10-3578 | Bastoe v. Dutch Housing, et al |
| (43) | Patricia  Miller | 10-3578 | Bastoe v. Dutch Housing, et al |
| (44) | Rajene  Miller | 10-3578 | Bastoe v. Dutch Housing, et al |
| (45) | Scott Mitchell, o/b/o C.M | 10-3578 | Bastoe v. Dutch Housing, et al |
| (46) | Bryan Keith Moore | 10-3578 | Bastoe v. Dutch Housing, et al |
| (47) | Beverly  Myers | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (48) | John  W. Perret | 10-3578 | Bastoe v. Dutch Housing, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Kenneth  J. Perret | 10-3578 | Bastoe v. Dutch Housing, et al |
| (50)  Peggy  H. Perret | 10-3578 | Bastoe v. Dutch Housing, et al |
| (51)  Anetra  Richard | 10-3578 | Bastoe v. Dutch Housing, et al |
| (52)  Jonathan  Michael Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (53)  Jonathan  Michael Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (54)  Terry Jo Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (55)  Terry Jo Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (56)  Maria Theresa Rodi | 10-3578 | Bastoe v. Dutch Housing, et al |
| (57)  Wade  Rodi | 10-3578 | Bastoe v. Dutch Housing, et al |
| (58)  Christy  Trayanoff | 10-3578 | Bastoe v. Dutch Housing, et al |