UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                           SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Danmond T. Demolle, et al. v. CMH Manufacturing, Inc., et al.*,
**MDL 1873, EDLA 10-768**
*James Adubato, et al. v. Skyline Corporation, et al.*,
**MDL 1873, EDLA 09-8413**
*Raymond L. Deogracias, et al. v. Starcraft RV, Inc., et al.*,
**MDL 1873, EDLA 09-3732**
*Alicia M. Miller, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-775**
*Angelica Alvarez, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, EDLA 09-4838**
*Michael J. Battaglia, et al. v. Destiny Industries, LLC, et al.*,
**MDL 1873, EDLA 09-3587**
*Taneka Hill, et al. v. Silver Creek Homes, Inc., et al.*,
**MDL 1873, EDLA 09-8418**
*Bridget Bailes, et al. v. Thor California, Inc., et al.*,
**MDL 1873, EDLA 10-760**
*Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4661**
*Muriel L. Cavat, et al. v. Northwood Manufacturing, Inc., et al.*,
**MDL 1873, EDLA 09-3975**
*Michael D. Boudreaux, et al. v. Dutch Housing, Inc., et al.*,
**MDL 1873, EDLA 09-3826**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

**MAY IT PLEASE THE COURT**,

      Undersigned counsel for plaintiffs listed in the attached "Exhibit A, *in globo*" respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the

caption for this Memorandum Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:       s/ Roberta L. Burns
     SIDNEY D. TORRES, III, La. Bar No. 12869
     ROBERTA L. BURNS, La. Bar No. 14945
     DAVID C. JARRELL, La. Bar No. 30907
     8301 West Judge Perez Drive, Suite 303
     Chalmette, LA 70043
     Telephone: (504) 271-8421
     Facsimile: (504) 271-1961
     **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the **9**[th] day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/ Roberta L. Burns
        ROBERTA L. BURNS