UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Cooley et al v. Thor California, et al*
E.D. La. Case No. *09-5417*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

1. Annette Franklin    Franklin et al v. Timberland RV Company et al    09-8731

| | | | |
|---|---|---|---|
| 2. | Coleman Marsalis, Jr | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 3. | Mona Wheeler | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 4. | Debra Johnson | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 5. | Mona Wheeler | Oswald et al v. Integrity Midwest Inc. et al | 09-7316 |
| 1. | Annette Franklin | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 2. | Coleman Marsalis, Jr | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 3. | Mona Wheeler | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 4. | Debra Johnson | Franklin et al v. Timberland RV Company et al | 09-8731 |
| 5. | Mona Wheeler | Oswald et al v. Integrity Midwest Inc. et al | 09-7316 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
         MATTHEW B. MORELAND, #24567
         Becnel Law Firm, L.L.C.
         P.O. Drawer H
         106 W. 7th Street
         Reserve, Louisiana  70084
         Telephone:    985/536-1186
         Facsimile:      985/536-6445
         mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are

2

CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              /s/   Matthew B. Moreland
                                              MATTHEW B. MORELAND, # 24567