UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Banks et al v. Cavalier Home Builders, LLC et al*
E.D. La. Case No. *09-5363*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Jacquelyn Hughes | Hughes et al v. Southern Energy Homes, Inc. et al | 09-6321 |
| 2. | Jannie Hughes | Hughes et al v. Southern Energy Homes, Inc. et al | 09-6321 |
| 3. | Patrick Jackson | Hughes et al v. Southern Energy Homes, Inc. et al | 09-6321 |
| 4. | Perry Jackson | Hughes et al v. Southern Energy Homes, Inc. et al | 09-6321 |
| 5. | Taylor Hughes | Hughes et al v. Southern Energy Homes, Inc. et al | 09-6321 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY: /s/Matthew B. Moreland
   MATTHEW B. MORELAND, #24567
   Becnel Law Firm, L.L.C.
   P.O. Drawer H
   106 W. 7th Street
   Reserve, Louisiana  70084
   Telephone: 985/536-1186
   Facsimile: 985/536-6445
   mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

   /s/   Matthew B. Moreland
   MATTHEW B. MORELAND, # 24567

2