UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                 SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Robert Manuel Aguilar, et al. v. KZRV, LP, et al.*,
MDL 1873, EDLA 09-3738
*Diana Ranton, et al. v. American International Group, et al.*,
MDL 1873, WDLA 09-1320, EDLA 10-776
*Sidney C. Sigur v. American International Group, et al.*,
MDL 1873, WDLA 09-1276, EDLA 10-927
*Branden Karcher v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, WDLA 09-1275, EDLA 10-241
*Mary Senez Dow and Terry Dow v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, WDLA 09-1277, EDLA 10-235
*Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, WDLA 09-1279, EDLA 10-230
*Cynthia Ann Cody, et al. v. Lexington Homes, et al.*,
MDL 1873, EDLA 10-744
*Corneilus O'Neil Gould, et al. v. Liberty Homes, Inc., et al.*,
MDL 1873, MDLA 09-508, EDLA 09-6154
*Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*,
MDL 1873, EDLA 09-7982
*Carol W. Blappert, et al. v. Layton Homes Corp., et al.*,
MDL 1873, SDMS 09-139, EDLA 09-6211
*Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*,
MDL 1873, EDLA 09-3734
*Verdia Brown v. Lexington Homes, et al.*,
MDL 1873, WDLA 09-1282, EDLA 10-244
*Vernon E. Alfonso, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, EDLA 09-8415


**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM
ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit

A, *in globo*" who respectfully request this Honorable Court grant their Motion to Sever plaintiffs

from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Motion. Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*" attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.



    s/ Roberta L. Burns
    ROBERTA L. BURNS