THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961



EXHIBIT
A, in globo

# *Robert Manuel Aguilar, et al. v. KZRV, LP, et al.*

## EDLA 09-3738

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Robert Manual Aguilera | 10-3464 | Aguilera v. KZRV, et al |
| (2) | Sheila  Aguilera | 10-3464 | Aguilera v. KZRV, et al |
| (3) | Thomas  Ahl | 10-3465 | Ahl v. KZRV, et al |
| (4) | Patricia  Barbaro | 10-3464 | Aguilera v. KZRV, et al |
| (5) | Julius  Cummins | 10-3481 | Cummins v. Frontier RV, et al |
| (6) | Tammy  Cummins | 10-3465 | Ahl v. KZRV, et al |
| (7) | Dorothy  D. Dixon | 10-3492 | Dixon v. Frontier RV, et al |
| (8) | James  C. Dixon | 10-3492 | Dixon v. Frontier RV, et al |
| (9) | Cindy A Domino | 10-3465 | Ahl v. KZRV, et al |
| (10) | Cindy A Domino | 10-3464 | Aguilera v. KZRV, et al |
| (11) | Rhonda Estave, o/b/o D.E | 10-3465 | Ahl v. KZRV, et al |
| (12) | Donald  Estave | 10-3465 | Ahl v. KZRV, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Rhonda Estave, o/b/o E.E | 10-3465 | Ahl v. KZRV, et al |
| (14) Rhonda Estave, o/b/o K.E | 10-3465 | Ahl v. KZRV, et al |
| (15) Rhonda Estave | 10-3465 | Ahl v. KZRV, et al |
| (16) Joseph Michael Fortes | 10-3492 | Dixon v. Frontier RV, et al |
| (17) Katherine Camille Fortes | 10-3492 | Dixon v. Frontier RV, et al |
| (18) Bobbie Jean Gervais | 10-3465 | Ahl v. KZRV, et al |
| (19) Bobbie Jean Gervais | 10-3465 | Ahl v. KZRV, et al |
| (20) Edward Anthony Gettys | 10-3464 | Aguilera v. KZRV, et al |
| (21) Edward Anthony Gettys | 10-3464 | Aguilera v. KZRV, et al |
| (22) Patricia Rizzuto Gettys | 10-3464 | Aguilera v. KZRV, et al |
| (23) Yvonne R. Hartman | 10-3465 | Ahl v. KZRV, et al |
| (24) Yvonne R. Hartman | 10-3465 | Ahl v. KZRV, et al |
| (25) Gay G. Hunt | 10-3465 | Ahl v. KZRV, et al |
| (26) Jimmy P. Hunt | 10-3465 | Ahl v. KZRV, et al |
| (27) Adele Landry | 10-3465 | Ahl v. KZRV, et al |
| (28) Dana Liebert-Meyers | 10-3465 | Ahl v. KZRV, et al |
| (29) Dana Liebert-Meyers | 10-3464 | Aguilera v. KZRV, et al |
| (30) Sherry Magruder | 10-3464 | Aguilera v. KZRV, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31)  Ann Marie Miller | 10-3464 | Aguilera v. KZRV, et al |
| (32)  George A. Miller | 10-3465 | Ahl v. KZRV, et al |
| (33)  John  Miller | 10-3464 | Aguilera v. KZRV, et al |
| (34)  Rusty Ann Miller | 10-3464 | Aguilera v. KZRV, et al |
| (35)  Wilfred Nunez, o/b/o A.N | 10-3465 | Ahl v. KZRV, et al |
| (36)  Wilfred Nunez, o/b/o B.N | 10-3465 | Ahl v. KZRV, et al |
| (37)  Wilfred Nunez, o/b/o C.N | 10-3465 | Ahl v. KZRV, et al |
| (38)  Wilfred A. Nunez | 10-3465 | Ahl v. KZRV, et al |
| (39)  Linda  Coleman Nuschler | 10-3483 | Nushler v. Frontier RV, et al |
| (40)  Kerri Ronquille, o/b/o J.R | 10-3469 | Ronquille OBO J.R. v. KZRV, et al |
| (41)  Elizabeth  A. Ruiz | 10-3467 | Ruiz v. KZRV, et al |
| (42)  Diana  E. Shanley | 10-3465 | Ahl v. KZRV, et al |
| (43)  Florine  S. Shanley | 10-3465 | Ahl v. KZRV, et al |
| (44)  Misty Gervais, o/b/o T.S | 10-3465 | Ahl v. KZRV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Ranton, et al. v. American International Group, et al.*

### WDLA 09-1320 EDLA 10-776

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Diana  Ranton | 10-3969 | Dow v. Fleetwood |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Sigur, et al. v. American International Group, et al.*

## WDLA 09-1276 EDLA 10-927

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Sidney  C. Sigur | 10-4023 | Sigur v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Karcher, et al. v. Fleetwood Canada, Ltd., et al.*

### WDLA 09-1275 EDLA 10-241

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Branden  Karcher | 10-3969 | Dow v. Fleetwood |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Dow, et al. v. Fleetwood Canada, Ltd., et al.*

## WDLA 09-1277 EDLA 10-235

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Mary  Senez Dow | 10-3969 | Dow v. Fleetwood |
| (2) | Terry J Dow | 10-3969 | Dow v. Fleetwood |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Noel, et al. v. Gulf Stream Coach, Inc., et al.*

### WDLA 09-1279 EDLA 10-230

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Marjorie  Noel | 10-3977 | Noel v. Gulf Stream, et al |
| (2) | Catherine  Tircuit | 10-3977 | Noel v. Gulf Stream, et al |
| (3) | Raymond  Tircuit | 10-3977 | Noel v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Cynthia Ann Cody, et al. v. Lexington Homes, et al.*

## EDLA 10-744

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Cynthia  Ann Cody | 10-3744 | Cody v. Lexington Homes, et al |
| (2) | Joshua  Taylor Cody | 10-3744 | Cody v. Lexington Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Gould, et al. v. Liberty Homes, Inc., et al.*

## MDLA 09-508 EDLA 09-6154

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Corneilus  O'neil Gould | 10-3843 | Gould v. Liberty Homes, et al |
| (2) | Cornelias Gould Sr., o/b/o C.G | 10-3722 | Gould v. Liberty Homes, et al |
| (3) | Dominica  Jones | 10-3722 | Gould v. Liberty Homes, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*

### EDLA 09-7982

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Stacy L. Boudreaux | 10-3751 | Boudreaux v. Lakeside Park Homes, et al |
| (2) | Stacy L. Boudreaux | 10-3753 | Boudreaux v. Lakeside Park Homes, et al |
| (3) | Chris  Desselle | 10-3751 | Boudreaux v. Lakeside Park Homes, et al |
| (4) | Christina  Desselle | 10-3751 | Boudreaux v. Lakeside Park Homes, et al |
| (5) | Janice S Desselle | 10-3751 | Boudreaux v. Lakeside Park Homes, et al |
| (6) | Kenneth  Alexander Miller | 10-3854 | Miller v. Lakeside Park Homes, et al |
| (7) | Frank  Mumphrey | 10-3751 | Boudreaux v. Lakeside Park Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Blappert, et al. v. Layton Homes Corp., et al.*

## SDMS 09-139 EDLA 09-6211

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Carol W Blappert | 10-3672 | Blappert v. Layton Homes, et al |
| (2) | Carol W Blappert | 10-3809 | Blappert v. Layton Homes, et al |
| (3) | Christopher C. Blappert | 10-3809 | Blappert v. Layton Homes, et al |
| (4) | Christopher C. Blappert | 10-3672 | Blappert v. Layton Homes, et al |
| (5) | Jamie Blappert Moniz | 10-3809 | Blappert v. Layton Homes, et al |
| (6) | Jamie Moniz, o/b/o J.M | 10-3809 | Blappert v. Layton Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*

### EDLA 09-3734

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Karen Lynn Baker | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (2) | Emma T Bienemy | 10-3778 | Bienemy v. Lakeside Park Homes, et al |
| (3) | Irvin Bienemy | 10-3778 | Bienemy v. Lakeside Park Homes, et al |
| (4) | Stacy L. Boudreaux | 10-3778 | Bienemy v. Lakeside Park Homes, et al |
| (5) | Stacy L. Boudreaux | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (6) | Gracelyn Michelle Casanova | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (7) | Melody Ann Conrad | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (8) | Gay Longo, o/b/o J.C | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (9) | Kayle Lynn Deffes | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (10) | Cora Leonard Desselle | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (11) | Rene P. Desselle | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (12) | Audrey DiBetta | 10-3718 | Baker v. Lakeside Park Homes, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Frank  DiBetta | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (14)  Stacy Braquet, o/b/o B.F | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (15)  Stacy Braquet, o/b/o B.F | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (16)  Stacey Braquet, o/b/o R.F | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (17)  Stacey Braquet, o/b/o R.F | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (18)  Florita Nunez Hyde | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (19)  Florita Nunez Hyde | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (20)  Florita Nunez Hyde | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (21)  Paul Johannessen Sr., o/b/o A.J | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (22)  Debra V. Johannessen | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (23)  Paul A. Johannessen | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (24)  Paul & Debra, o/b/o P.J | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (25)  Wilson  John | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (26)  Melanie M Licciardi | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (27)  Gay Lynn  Ann Longo | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (28)  Gregory Peter Longo | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (29)  Jacqueline Ann Melancon | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (30)  Stacy Braquet, o/b/o J.M | 10-3718 | Baker v. Lakeside Park Homes, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31) Stacy Braquet, o/b/o J.M | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (32) Brandon Eugene Miller | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (33) Debra Miller, o/b/o B.M | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (34) Debra Miller, o/b/o B.M | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (35) Debra Ann Miller | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (36) Debra Ann Miller | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (37) Kenneth Alexander Miller | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (38) Joseph Louis Perry | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (39) Joseph & Karen Perry, o/b/o J.P | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (40) Karen Crane Perry | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (41) Joseph & Karen Perry, o/b/o S.P | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (42) Jean Riley | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (43) Rhonda Riley | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (44) George A Ruiz | 10-3790 | Ruiz v. Lakeside Park Homes, et al |
| (45) Ruby Lee Davis Ruiz | 10-3790 | Ruiz v. Lakeside Park Homes, et al |
| (46) Ruby Lee Davis Ruiz | 10-3790 | Ruiz v. Lakeside Park Homes, et al |
| (47) Carolyn Wigley Salez | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (48) Edward H Salez | 10-3718 | Baker v. Lakeside Park Homes, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Justin  M. Salez | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (50)  Pamela Serigne, o/b/o B.S | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (51)  Pamela Serigne, o/b/o B.S | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (52)  Lionel  Serigne | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (53)  Pamela  Serigne | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (54)  John Andrew Waguespack | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (55)  John Andrew Waguespack | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (56)  Vivien Mascaro Waguespack | 10-3718 | Baker v. Lakeside Park Homes, et al |
| (57)  Vivien Mascaro Waguespack | 10-3788 | Dibetta v. Lakeside Park Homes, et al |
| (58)  Gilbert L. White | 10-3778 | Bienemy v. Lakeside Park Homes, et al |
| (59)  Collins  Whittey | 10-3745 | Conrad v. Lakeside Park Homes, et al |
| (60)  Sharon M Whittey | 10-3745 | Conrad v. Lakeside Park Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Verdia Brown v. Lexington Homes, et al.*

## WDLA 09-1282 EDLA 10-244

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Verdia  Brown | 10-3786 | Brown v. Lexington Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Vernon E. Alfonso, et al. v. Cavalier Home Builders, LLC., et al.*

## EDLA 09-8415

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Vernon E Alfonso | 10-3704 | Alfonso v. Gulf Stream, et al |
| (2)  | Mohammad R. Alkurd | 10-3694 | Alkurd v. Cavalier, et al |
| (3)  | Natasha  Ambo | 10-3694 | Alkurd v. Cavalier, et al |
| (4)  | Natasha  Ambo | 10-3694 | Alkurd v. Cavalier, et al |
| (5)  | Leondes  Ancar | 10-3704 | Alfonso v. Gulf Stream, et al |
| (6)  | Jessica Thornley, o/b/o L.A | 10-3694 | Alkurd v. Cavalier, et al |
| (7)  | Josanna  Applegate | 10-3694 | Alkurd v. Cavalier, et al |
| (8)  | Brandi  Lynn Arbour | 10-3694 | Alkurd v. Cavalier, et al |
| (9)  | Jose  Arias | 10-3694 | Alkurd v. Cavalier, et al |
| (10) | Gina M Aucoin | 10-3704 | Alfonso v. Gulf Stream, et al |
| (11) | Leonard William Aucoin | 10-3704 | Alfonso v. Gulf Stream, et al |
| (12) | Gina Aucoin, o/b/o T.A | 10-3704 | Alfonso v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  Angel  Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (14)  Joseph  Milford Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (15)  Robin  Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (16)  Robin  Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (17)  Robin  Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (18)  Sarah  Augustine | 10-3694 | Alkurd v. Cavalier, et al |
| (19)  Thelma Rose Aymond | 10-3694 | Alkurd v. Cavalier, et al |
| (20)  William Wallace Aymond | 10-3694 | Alkurd v. Cavalier, et al |
| (21)  William W Aymond | 10-3694 | Alkurd v. Cavalier, et al |
| (22)  Leo  Ayo | 10-3704 | Alfonso v. Gulf Stream, et al |
| (23)  David  Bachemin | 10-3704 | Alfonso v. Gulf Stream, et al |
| (24)  Beatrice  M. Bailey | 10-3704 | Alfonso v. Gulf Stream, et al |
| (25)  Darren  Bailey | 10-3694 | Alkurd v. Cavalier, et al |
| (26)  Karen Lynn Baker | 10-3694 | Alkurd v. Cavalier, et al |
| (27)  Cree  Barlow | 10-3704 | Alfonso v. Gulf Stream, et al |
| (28)  Debrecca Beaulieu, o/b/o C.B | 10-3694 | Alkurd v. Cavalier, et al |
| (29)  Debrecca  Beaulieu | 10-3694 | Alkurd v. Cavalier, et al |
| (30)  Yolanda Green, o/b/o D.B | 10-3704 | Alfonso v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Lucien  Billiot | 10-3694 | Alkurd v. Cavalier, et al |
| (32) | Dennis J Bird | 10-3694 | Alkurd v. Cavalier, et al |
| (33) | Lynda Cline Bird | 10-3694 | Alkurd v. Cavalier, et al |
| (34) | Melanie R Bird | 10-3694 | Alkurd v. Cavalier, et al |
| (35) | Michelle Lynn Bird | 10-3694 | Alkurd v. Cavalier, et al |
| (36) | Bobby  W. Blanchard | 10-3694 | Alkurd v. Cavalier, et al |
| (37) | Bobby  W. Blanchard | 09-8415 | Alfonso v. Cavalier |
| (38) | Faye  Blanchard | 10-3694 | Alkurd v. Cavalier, et al |
| (39) | Reyna  L. Blanchard | 10-3704 | Alfonso v. Gulf Stream, et al |
| (40) | Laura Blanchard, o/b/o T.B | 10-3694 | Alkurd v. Cavalier, et al |
| (41) | Jeffrey & Lindsey, o/b/o B.B | 10-3694 | Alkurd v. Cavalier, et al |
| (42) | Jeffrey & Lindsey Bohne, o/b/o J.B | 10-3694 | Alkurd v. Cavalier, et al |
| (43) | Jeffrey  Bohne | 10-3694 | Alkurd v. Cavalier, et al |
| (44) | Lindsey  Bohne | 10-3694 | Alkurd v. Cavalier, et al |
| (45) | Charmaine  L. Bourg | 10-3704 | Alfonso v. Gulf Stream, et al |
| (46) | Charmiaine Bourg, o/b/o Z.B | 10-3704 | Alfonso v. Gulf Stream, et al |
| (47) | Cathleen  Bowers | 10-3694 | Alkurd v. Cavalier, et al |
| (48) | Cathleen  Bowers | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Melanie Breaux, o/b/o H.B | 10-3694 | Alkurd v. Cavalier, et al |
| (50)  Ada  M. Brown | 10-3683 | Brown v. Gulf Stream, et al |
| (51)  Hillary  Brown | 10-3683 | Brown v. Gulf Stream, et al |
| (52)  Robert  Buuck | 10-3694 | Alkurd v. Cavalier, et al |
| (53)  Paul  Anthony Cangelosi | 10-3694 | Alkurd v. Cavalier, et al |
| (54)  Chance  Caronia | 10-3694 | Alkurd v. Cavalier, et al |
| (55)  Christine  Caronia | 10-3694 | Alkurd v. Cavalier, et al |
| (56)  Kelsey Trishelle Chelette | 10-3704 | Alfonso v. Gulf Stream, et al |
| (57)  Shirley Ann Chelette | 10-3704 | Alfonso v. Gulf Stream, et al |
| (58)  Robert Chiasson, o/b/o C.C | 10-3694 | Alkurd v. Cavalier, et al |
| (59)  Robert  Chiasson | 10-3694 | Alkurd v. Cavalier, et al |
| (60)  Stacey Chiasson, o/b/o R.C | 10-3694 | Alkurd v. Cavalier, et al |
| (61)  Stacey  Desselle Chiasson | 10-3694 | Alkurd v. Cavalier, et al |
| (62)  Belinda Salande, o/b/o S.C | 10-3704 | Alfonso v. Gulf Stream, et al |
| (63)  Edwin Thomas Darby | 10-3729 | Darby v. Gulf Stream, et al |
| (64)  Kenneth  Darby | 10-3694 | Alkurd v. Cavalier, et al |
| (65)  Audrey  C. Dauth | 10-3694 | Alkurd v. Cavalier, et al |
| (66)  Ricky & Stacy Davidson, o/b/o C.D | 10-3704 | Alfonso v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Ricky & Stacy Davidson, o/b/o C.D | 10-3704 | Alfonso v. Gulf Stream, et al |
| (68) | Ricky & Stacy Davidson, o/b/o C.D | 10-3704 | Alfonso v. Gulf Stream, et al |
| (69) | Ricky & Stacy Davidson, o/b/o H.D | 10-3704 | Alfonso v. Gulf Stream, et al |
| (70) | Ricky & Stacy Davidson, o/b/o H.D | 10-3704 | Alfonso v. Gulf Stream, et al |
| (71) | Theresa Denoux | 10-3725 | Denoux v. Gulf Stream, et al |
| (72) | Frank DiBetta | 10-3694 | Alkurd v. Cavalier, et al |
| (73) | Robyn M. DiFranco | 10-3694 | Alkurd v. Cavalier, et al |
| (74) | David Doar III, o/b/o D.D | 10-3694 | Alkurd v. Cavalier, et al |
| (75) | David John Doar | 10-3694 | Alkurd v. Cavalier, et al |
| (76) | Julie Doar | 10-3694 | Alkurd v. Cavalier, et al |
| (77) | Leanne Marie Doar | 10-3694 | Alkurd v. Cavalier, et al |
| (78) | Dana Duke | 10-3694 | Alkurd v. Cavalier, et al |
| (79) | Richard Duke | 10-3694 | Alkurd v. Cavalier, et al |
| (80) | Ronald Ecklund, o/b/o C.E | 10-3694 | Alkurd v. Cavalier, et al |
| (81) | Mildred M Ecklund | 10-3694 | Alkurd v. Cavalier, et al |
| (82) | Ronald David Ecklund | 10-3694 | Alkurd v. Cavalier, et al |
| (83) | Ronald R. Ecklund | 10-3694 | Alkurd v. Cavalier, et al |
| (84) | Ronald Ecklund, o/b/o V.E | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)   Ronald Ecklund Sr., o/b/o V.E | 10-3694 | Alkurd v. Cavalier, et al |
| (86)   Jolie Ann Everhardt | 10-3694 | Alkurd v. Cavalier, et al |
| (87)   Joseph Everhardt, o/b/o J.E | 10-3694 | Alkurd v. Cavalier, et al |
| (88)   Joseph  John Everhardt | 10-3694 | Alkurd v. Cavalier, et al |
| (89)   Rachel Williams Fandal | 10-3694 | Alkurd v. Cavalier, et al |
| (90)   Brooke  Fireck | 10-3694 | Alkurd v. Cavalier, et al |
| (91)   Michael  Fireck | 10-3694 | Alkurd v. Cavalier, et al |
| (92)   Cynthia  P. Gallardo | 10-3704 | Alfonso v. Gulf Stream, et al |
| (93)   Margaret Adams Gallaty | 10-3694 | Alkurd v. Cavalier, et al |
| (94)   Robert Frederick Gallaty | 10-3694 | Alkurd v. Cavalier, et al |
| (95)   Brandy  Elizabeth Gauthier | 10-3694 | Alkurd v. Cavalier, et al |
| (96)   Sandra Virginia Gervais | 10-3704 | Alfonso v. Gulf Stream, et al |
| (97)   Kim  Gifford | 10-3694 | Alkurd v. Cavalier, et al |
| (98)   Kim Gifford, o/b/o T.G | 10-3694 | Alkurd v. Cavalier, et al |
| (99)   Bertram Aloysius Gougisha | 10-3694 | Alkurd v. Cavalier, et al |
| (100) Alfred  Perry Graves | 10-3694 | Alkurd v. Cavalier, et al |
| (101) Alfred  Perry Graves | 10-3694 | Alkurd v. Cavalier, et al |
| (102) Yolanda Green, o/b/o R.G | 10-3704 | Alfonso v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Yolanda Green | 10-3704 | Alfonso v. Gulf Stream, et al |
| (104) Katelyn Gremillion | 10-3694 | Alkurd v. Cavalier, et al |
| (105) Kurt Paul Guerra | 10-3694 | Alkurd v. Cavalier, et al |
| (106) Shavontria Richard, o/b/o C.H | 10-3694 | Alkurd v. Cavalier, et al |
| (107) Harper, Kristie, o/b/o H.H | 10-3704 | Alfonso v. Gulf Stream, et al |
| (108) James A. Harper | 10-3704 | Alfonso v. Gulf Stream, et al |
| (109) Chasity Laine Heaney | 10-3694 | Alkurd v. Cavalier, et al |
| (110) Faith Held, o/b/o D.H | 10-3694 | Alkurd v. Cavalier, et al |
| (111) Faith Held | 10-3694 | Alkurd v. Cavalier, et al |
| (112) Michael Held | 10-3694 | Alkurd v. Cavalier, et al |
| (113) Joshua B. Henderson | 10-3694 | Alkurd v. Cavalier, et al |
| (114) Shykra Hepburn | 10-3704 | Alfonso v. Gulf Stream, et al |
| (115) Arnel Magadia Hernandez | 10-3694 | Alkurd v. Cavalier, et al |
| (116) Carol Holley | 10-3694 | Alkurd v. Cavalier, et al |
| (117) Warren Merlin Honore | 10-3694 | Alkurd v. Cavalier, et al |
| (118) Anthony Hookfin | 10-3694 | Alkurd v. Cavalier, et al |
| (119) Abby Treadaway & Wayne Jackson, o/b/o C.J | 10-3694 | Alkurd v. Cavalier, et al |
| (120) Nicole Sylvester, o/b/o J.J | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Otha  Jefferson | 10-3694 | Alkurd v. Cavalier, et al |
| (122) Lacresha  Johnson | 10-3694 | Alkurd v. Cavalier, et al |
| (123) Keandra Junius, o/b/o A.J | 10-3694 | Alkurd v. Cavalier, et al |
| (124) Keandra Junius, o/b/o E.J | 10-3694 | Alkurd v. Cavalier, et al |
| (125) Keandra  Junius | 10-3694 | Alkurd v. Cavalier, et al |
| (126) Keandra Junius, o/b/o K.J | 10-3694 | Alkurd v. Cavalier, et al |
| (127) Keandra Junius, o/b/o O.J | 10-3694 | Alkurd v. Cavalier, et al |
| (128) John  Edward Kain | 10-3694 | Alkurd v. Cavalier, et al |
| (129) Jules Brent Kain | 10-3694 | Alkurd v. Cavalier, et al |
| (130) Eugene Joseph Kellum | 10-3694 | Alkurd v. Cavalier, et al |
| (131) Brandon  Kuntz | 10-3694 | Alkurd v. Cavalier, et al |
| (132) Bonnie Bryant LaBeaud | 10-3694 | Alkurd v. Cavalier, et al |
| (133) Bonnie LaBeaud, o/b/o K.L | 10-3694 | Alkurd v. Cavalier, et al |
| (134) Kurt  LaBeaud | 10-3694 | Alkurd v. Cavalier, et al |
| (135) Bonnie LaBeaud, o/b/o K.L | 10-3694 | Alkurd v. Cavalier, et al |
| (136) Vincent  J. LaBruzzo | 10-3704 | Alfonso v. Gulf Stream, et al |
| (137) Kristi  Ladut | 10-3704 | Alfonso v. Gulf Stream, et al |
| (138) Mark  Lance | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) Kathy  A. Leblanc | 10-3694 | Alkurd v. Cavalier, et al |
| (140) Michael  J. LeBlanc | 10-3694 | Alkurd v. Cavalier, et al |
| (141) Sheryl  Leblanc | 10-3694 | Alkurd v. Cavalier, et al |
| (142) Tina Marie Ledet-Glaser | 10-3694 | Alkurd v. Cavalier, et al |
| (143) Johnnie Raye Lee | 10-3694 | Alkurd v. Cavalier, et al |
| (144) Johnnie Raye Lee | 10-3694 | Alkurd v. Cavalier, et al |
| (145) Marita  Scott Lee | 10-3694 | Alkurd v. Cavalier, et al |
| (146) Gay Lynn  Ann Longo | 10-3694 | Alkurd v. Cavalier, et al |
| (147) Gregory Peter Longo | 10-3694 | Alkurd v. Cavalier, et al |
| (148) John  Lynch | 10-3694 | Alkurd v. Cavalier, et al |
| (149) Demond  Magee | 10-3694 | Alkurd v. Cavalier, et al |
| (150) George  W. Magee | 10-3694 | Alkurd v. Cavalier, et al |
| (151) Yvette  Magee | 10-3694 | Alkurd v. Cavalier, et al |
| (152) Charles  Mamelli | 10-3694 | Alkurd v. Cavalier, et al |
| (153) Rosemary  Mamelli | 10-3694 | Alkurd v. Cavalier, et al |
| (154) Ryan  Emanuel McGuire | 10-3694 | Alkurd v. Cavalier, et al |
| (155) Mary  L. Mercier | 10-3694 | Alkurd v. Cavalier, et al |
| (156) Harold  W. Mims | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Silvestro  J. Misuraca | 10-3704 | Alfonso v. Gulf Stream, et al |
| (158) Hazel Catherine Mizzelle | 10-3704 | Alfonso v. Gulf Stream, et al |
| (159) Joseph  Montana | 10-3704 | Alfonso v. Gulf Stream, et al |
| (160) Bryan Keith Moore | 10-3694 | Alkurd v. Cavalier, et al |
| (161) Gerald  Thomas Morain | 10-3694 | Alkurd v. Cavalier, et al |
| (162) Judy  Ann Morain | 10-3694 | Alkurd v. Cavalier, et al |
| (163) Treiana  Morehead | 10-3729 | Darby v. Gulf Stream, et al |
| (164) Nicole Sylvester, o/b/o J.M | 10-3694 | Alkurd v. Cavalier, et al |
| (165) Carolyn  Morris | 10-3694 | Alkurd v. Cavalier, et al |
| (166) Gwendolyn Damond Mosely | 10-3694 | Alkurd v. Cavalier, et al |
| (167) Sabrika Lewis, o/b/o J.M | 10-3694 | Alkurd v. Cavalier, et al |
| (168) Sabrika Lewis, o/b/o J.M | 10-3704 | Alfonso v. Gulf Stream, et al |
| (169) Juline Williams, o/b/o L.M | 10-3704 | Alfonso v. Gulf Stream, et al |
| (170) John J Mullet | 10-3694 | Alkurd v. Cavalier, et al |
| (171) James Henry Murphy | 10-3694 | Alkurd v. Cavalier, et al |
| (172) Hilda  Mae Narcisse | 10-3704 | Alfonso v. Gulf Stream, et al |
| (173) Darren M OConnor | 10-3694 | Alkurd v. Cavalier, et al |
| (174) Martin  D. Onidas | 10-3704 | Alfonso v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Martin  D. Onidas | 10-3704 | Alfonso v. Gulf Stream, et al |
| (176) Atrisha  Oster | 10-3704 | Alfonso v. Gulf Stream, et al |
| (177) Stacey  Padilla | 10-3694 | Alkurd v. Cavalier, et al |
| (178) William G Penny | 10-3694 | Alkurd v. Cavalier, et al |
| (179) William G Penny | 10-3694 | Alkurd v. Cavalier, et al |
| (180) Tammy Sison, o/b/o Z.P | 10-3704 | Alfonso v. Gulf Stream, et al |
| (181) Tammy Sison, o/b/o Z.P | 10-3704 | Alfonso v. Gulf Stream, et al |
| (182) Joseph L. Perry | 10-3704 | Alfonso v. Gulf Stream, et al |
| (183) Kentrell  R. Peters | 10-3704 | Alfonso v. Gulf Stream, et al |
| (184) Mandi  Lynn Peterson | 10-3694 | Alkurd v. Cavalier, et al |
| (185) Lester William Pilet | 10-3694 | Alkurd v. Cavalier, et al |
| (186) Petrus  James Pilet | 10-3694 | Alkurd v. Cavalier, et al |
| (187) Herman A Pineda | 10-3694 | Alkurd v. Cavalier, et al |
| (188) Ralph J. Pitre | 10-3704 | Alfonso v. Gulf Stream, et al |
| (189) Israel Jasson Punch | 10-3704 | Alfonso v. Gulf Stream, et al |
| (190) Rebecca Songy, o/b/o J.P | 10-3704 | Alfonso v. Gulf Stream, et al |
| (191) Michelle Boudreaux, o/b/o J.P | 10-3704 | Alfonso v. Gulf Stream, et al |
| (192) Tina Ledet-Glaser, o/b/o J.Q | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Stacey  Ragan | 10-3704 | Alfonso v. Gulf Stream, et al |
| (194) Betty  J. Randall | 10-3694 | Alkurd v. Cavalier, et al |
| (195) Henry  Reed | 10-3694 | Alkurd v. Cavalier, et al |
| (196) Annie Dufay Reeves | 10-3694 | Alkurd v. Cavalier, et al |
| (197) Mindy Thornley, o/b/o L.R | 10-3694 | Alkurd v. Cavalier, et al |
| (198) Everett Joseph Rhea | 10-3694 | Alkurd v. Cavalier, et al |
| (199) Kionna Rhodes, o/b/o K.R | 10-3694 | Alkurd v. Cavalier, et al |
| (200) Kionne  Y. Rhodes | 10-3694 | Alkurd v. Cavalier, et al |
| (201) Shawn Richard, o/b/o A.R | 10-3704 | Alfonso v. Gulf Stream, et al |
| (202) Audrey  S. Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (203) Barbara  Ann Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (204) Brian Joseph Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (205) Damalis  Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (206) Derrick  Richard | 10-3704 | Alfonso v. Gulf Stream, et al |
| (207) Glenda  Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (208) Joseph  Richard | 10-3694 | Alkurd v. Cavalier, et al |
| (209) Schwanda  Richard | 10-3704 | Alfonso v. Gulf Stream, et al |
| (210) Shawn Michael Richard | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (211) Michael Lewis Richards | 10-3694 | Alkurd v. Cavalier, et al |
| (212) Michelle  Richards | 10-3694 | Alkurd v. Cavalier, et al |
| (213) Barbara  A. Riley | 10-3694 | Alkurd v. Cavalier, et al |
| (214) Jeanne & Brad Roach, o/b/o N.R | 10-3694 | Alkurd v. Cavalier, et al |
| (215) Alexandra J Roberts | 10-3694 | Alkurd v. Cavalier, et al |
| (216) Kellie  Roberts | 10-3694 | Alkurd v. Cavalier, et al |
| (217) Frank Rodriguez, o/b/o B.R | 10-3694 | Alkurd v. Cavalier, et al |
| (218) Frank  J. Rodriguez | 10-3704 | Alfonso v. Gulf Stream, et al |
| (219) Frank Rodriguez, o/b/o J.R | 10-3694 | Alkurd v. Cavalier, et al |
| (220) Susan Tardo Rodriguez | 10-3694 | Alkurd v. Cavalier, et al |
| (221) Myndi Gaspard, o/b/o K.R | 10-3694 | Alkurd v. Cavalier, et al |
| (222) Roland Jodi Rome | 10-3694 | Alkurd v. Cavalier, et al |
| (223) Tamra  D. Roney | 10-3694 | Alkurd v. Cavalier, et al |
| (224) L  H. Rooney | 10-3704 | Alfonso v. Gulf Stream, et al |
| (225) John C. Ross | 10-3694 | Alkurd v. Cavalier, et al |
| (226) Edward H Salez | 10-3694 | Alkurd v. Cavalier, et al |
| (227) Dana  Sampson | 10-3704 | Alfonso v. Gulf Stream, et al |
| (228) Charles  Sarmiento | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|-----------------|---------------------|
| (229) Dolores G Sarmiento | 10-3694 | Alkurd v. Cavalier, et al |
| (230) Anthony  T. Savoy | 10-3694 | Alkurd v. Cavalier, et al |
| (231) Sander Savoy, o/b/o J.S | 10-3694 | Alkurd v. Cavalier, et al |
| (232) Sandra  Lee Savoy | 10-3704 | Alfonso v. Gulf Stream, et al |
| (233) Tina Long, o/b/o A.S | 10-3704 | Alfonso v. Gulf Stream, et al |
| (234) Ramona R. Serpas | 10-3694 | Alkurd v. Cavalier, et al |
| (235) Joseph  Sino | 10-3704 | Alfonso v. Gulf Stream, et al |
| (236) Joseph Sino III, o/b/o J.S | 10-3694 | Alkurd v. Cavalier, et al |
| (237) David Smith, o/b/o B.S | 10-3694 | Alkurd v. Cavalier, et al |
| (238) David Peter Smith | 10-3694 | Alkurd v. Cavalier, et al |
| (239) David  Smith | 10-3694 | Alkurd v. Cavalier, et al |
| (240) Rebecca Jill Songy | 10-3704 | Alfonso v. Gulf Stream, et al |
| (241) Jeanette Murphy Sonnier | 10-3694 | Alkurd v. Cavalier, et al |
| (242) Cheryl  Stowers | 10-3694 | Alkurd v. Cavalier, et al |
| (243) Matthew  Thomas Stroebel | 10-3694 | Alkurd v. Cavalier, et al |
| (244) Victoria Lodriguss Stroebel | 10-3694 | Alkurd v. Cavalier, et al |
| (245) Justin Michael Stroemple | 10-3704 | Alfonso v. Gulf Stream, et al |
| (246) Nicole Sylvester, o/b/o C.S | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (247) Nicole  Sylvester | 10-3694 | Alkurd v. Cavalier, et al |
| (248) Nicole Sylvester, o/b/o N.S | 10-3694 | Alkurd v. Cavalier, et al |
| (249) Charles  Tamor | 10-3694 | Alkurd v. Cavalier, et al |
| (250) Vincent  Tamor | 10-3694 | Alkurd v. Cavalier, et al |
| (251) Tiffany Taylor, o/b/o H.T | 10-3704 | Alfonso v. Gulf Stream, et al |
| (252) Tiffany Taylor, o/b/o H.T | 10-3704 | Alfonso v. Gulf Stream, et al |
| (253) John Troy  Taylor | 10-3704 | Alfonso v. Gulf Stream, et al |
| (254) Tiffany  Taylor | 10-3704 | Alfonso v. Gulf Stream, et al |
| (255) William  Larry Terry | 10-3694 | Alkurd v. Cavalier, et al |
| (256) Mindy Lynn Thornley | 10-3694 | Alkurd v. Cavalier, et al |
| (257) Amy Ragan, o/b/o K.T | 10-3694 | Alkurd v. Cavalier, et al |
| (258) Kendrick  Tinson | 10-3694 | Alkurd v. Cavalier, et al |
| (259) Jacki  Tircuit | 10-3694 | Alkurd v. Cavalier, et al |
| (260) Landin  Tircuit | 10-3694 | Alkurd v. Cavalier, et al |
| (261) Raymond  Tircuit | 10-3694 | Alkurd v. Cavalier, et al |
| (262) Patricia Tranchina, o/b/o V.T | 10-3694 | Alkurd v. Cavalier, et al |
| (263) Vinnie  Tranchina | 10-3694 | Alkurd v. Cavalier, et al |
| (264) Jonathan  L. Umbehagen | 10-3704 | Alfonso v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (265) Lisa Umbehagen, o/b/o J.U | 10-3704 | Alfonso v. Gulf Stream, et al |
| (266) Justin  Umbehagen | 10-3694 | Alkurd v. Cavalier, et al |
| (267) Lisa Stroemple Umbehagen | 10-3704 | Alfonso v. Gulf Stream, et al |
| (268) Henry Vandenborre Jr, o/b/o B.V | 10-3694 | Alkurd v. Cavalier, et al |
| (269) Henry Herbert Vandenborre | 10-3694 | Alkurd v. Cavalier, et al |
| (270) Henry Vandenborre Jr, o/b/o R.V | 10-3694 | Alkurd v. Cavalier, et al |
| (271) Bruce  Vixon | 10-3694 | Alkurd v. Cavalier, et al |
| (272) Jeanne  Vixon | 10-3694 | Alkurd v. Cavalier, et al |
| (273) Merlin J. Vosbein | 10-3694 | Alkurd v. Cavalier, et al |
| (274) Warrine Luening Vucinovich | 10-3704 | Alfonso v. Gulf Stream, et al |
| (275) Michael  Anthony Wahl | 10-3694 | Alkurd v. Cavalier, et al |
| (276) James Walgmotte, o/b/o M.W | 10-3683 | Brown v. Gulf Stream, et al |
| (277) Theresa  Wallace | 10-3694 | Alkurd v. Cavalier, et al |
| (278) Howard  Washington | 10-3694 | Alkurd v. Cavalier, et al |
| (279) Shari & Todd Weiskopf, o/b/o D.W | 10-3694 | Alkurd v. Cavalier, et al |
| (280) George Lawrence Welbrock | 10-3694 | Alkurd v. Cavalier, et al |
| (281) Bobbie Lynell Williams | 10-3694 | Alkurd v. Cavalier, et al |
| (282) Bobbie Lynell Williams | 10-3694 | Alkurd v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (283) Christopher Williams | 10-3694 | Alkurd v. Cavalier, et al |
| (284) Susie Davis, o/b/o J.W | 10-3694 | Alkurd v. Cavalier, et al |
| (285) Juline Williams | 10-3704 | Alfonso v. Gulf Stream, et al |
| (286) Brandi Arbour, o/b/o C.W | 10-3694 | Alkurd v. Cavalier, et al |