**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Abadie et al v. Gulf Stream Coach, Inc. et al*
**E.D. La. Case No.** *09-5397*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS**
**FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who

respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's

instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above

captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have

filed Amended Complaints with the civil action numbers listed below:

| | | | |
|---|---|---|---|
| 1. | Natale Locascio | Cage et al v. Gulf Stream Coach, Inc. et al | 09-8707 |
| 2. | Jennifer LeBlanc Landix | Berry et al v. American International Group Inc. et al | 10-2462 |

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:     /s/Matthew B. Moreland_____
           MATTHEW B. MORELAND, #24567
           Becnel Law Firm, L.L.C.

P.O. Drawer H
106 W. 7th Street
Reserve, Louisiana  70084
Telephone:     985/536-1186
Facsimile:      985/536-6445
mmoreland@becnellaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/   Matthew B. Moreland
MATTHEW B. MORELAND, # 24567