UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Barron et al v. Frontier RV, Inc. et al*
E.D. La. Case No. *09-5393*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers listed below:

1. Yolanda Kelly    Kelly et al v. Forest River, Inc. et al    10-2460

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
      MATTHEW B. MORELAND, #24567
      Becnel Law Firm, L.L.C.
      P.O. Drawer H
      106 W. 7th Street

        Reserve, Louisiana  70084
        Telephone:     985/536-1186
        Facsimile:     985/536-6445
        mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/   Matthew B. Moreland
        MATTHEW B. MORELAND, # 24567