UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                   MDL NO. 1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                                  SECTION "N-5"
                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Barron et al v. Frontier RV, Inc. et al*
E.D. La. Case No. *09-5393*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT