# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                            MDL NO. 1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                         SECTION "N-5"
                                                                                            JUDGE ENGELHARDT
                                                                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Jordan et al v. Thor Industries Inc et al*
E.D. La. Case No. *09-5426*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the _____ day of _____, 2010, New Orleans, Louisiana.

                                                       _____
                                                       HONORABLE KURT ENGELHARDT