**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7010 0290 0002 2007 6035

Postage $
Certified Fee 2.80
Return Receipt Fee (Endorsement Required) 2.30
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.83

Postmark: BAY SAINT LOUIS MS AUG 03 2010 39520 USPS

Sent To: Sunnybrook RV through Elvie Frey Sr.
Street, Apt. No.; or PO Box No. 201 14th Street
City, State, ZIP+4 Middlebury, IN 46540

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sunnybrook RV, Inc.
   Through its Agent for Service
   Elvie J. Frey, Sr.
   201 14th St
   Middlebury, IN 46540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Susan Kalb Yoder
☐ Agent
☐ Addressee

B. Received by (Printed Name): Susan Kalb Yoder
C. Date of Delivery: 8-6-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2007 6035

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT "B"