10/13/2005 16:32 855-228-2107 BECHTEL PAGE 11/11

Contract No.HSFEHQ-05-D-0572 Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
Revised - September 29, 2005

**4. Period of Performance:** The period of performance shall be 120 days from the effective date of the task order.

5

BNIF 00000085

**CONFORMED COPY**

**From:** Gifford, Brian
**Sent:** Monday, February 27, 2006 3:54 PM
**To:** Smith, Kathleen(OR Contracts)
**Subject:** FW: Extensions of Task Orders 3 and 6

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Monday, February 27, 2006 1:19 PM
**To:** Gifford, Brian; Schuetz, Phillip; Rafferty, Mike
**Cc:** Keeney, Michael; Duncan, Marietta; Barnes, Candace; Davis, Sharon; Oliver, Clifford
**Subject:** Extensions of Task Orders 3 and 6
Gentlemen:

Sharon and Candaceadvised me that this morning's meeting brought up the issue of extending task orders 3 and 6. This e-mail is to confirm that task order HSFEHQ-05-J-0003 is extended through April 15, 2006 and that task order HSFEHQ-05-J-0006 is extended through May 31, 2006, with two one-month options.

Janice Uthe
Contracting Officer

BNIF 00000086

**From:** Jenkins, Scot L.
**Sent:** Wednesday, April 19, 2006 11:50 AM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** Armstead, John (Mike); FEMA-TAC
**Subject:** FW: Extensions of Task Order 3

Task Order 03 period of performance extension. For input into gCMIS.

Thanks, Scot J.

---

**From:** Breeden, Earl [mailto:Earl.Breeden@associates.dhs.gov]
**Sent:** Monday, April 17, 2006 9:17 AM
**To:** Jenkins, Scot L.
**Subject:** FW: Extensions of Task Orders 3 and 6

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Saturday, April 15, 2006 1:45 PM
**To:** Uthe, Janice; Schuetz, Phillip; Rafferty, Mike; Armstead, John (Mike)
**Cc:** Keeney, Michael ; Duncan, Marietta D; Barnes, Candace; Davis, Sharon; Oliver, Clifford; Breeden, Earl
**Subject:** RE: Extensions of Task Orders 3 and 6

Following up to Mike Keeney's call and our daily meeting, this e-mail is to provide confirmation that HSFEHQ-05-J-0003 is being extended from April 15, 2006, to May 31, 2006. If this affects the estimated amount negotiated for this task order and needs to be revised, please advise.

Thanks,
Janice Uthe
Contracting Officer

---

**From:** Uthe, Janice
**Sent:** Monday, February 27, 2006 14:19
**To:** Gifford, Brian; Schuetz, Phillip; 'Rafferty, Mike'
**Cc:** Keeney, Michael; Duncan, Marietta; Barnes, Candace; Davis, Sharon; 'Oliver, Clifford'
**Subject:** Extensions of Task Orders 3 and 6

Gentlemen:

Sharon and Candace advised me that this morning's meeting brought up the issue of extending task orders 3 and 6. This e-mail is to confirm that task order HSFEHQ-05-J-0003 is extended through April 15, 2006 and that task order HSFEHQ-05-J-0006 is extended through May 31, 2006, with two one-month options.

Janice Uthe

BNIF 00000087

Contracting Officer

BNIF 00000088

**From:** Gifford, Brian
**Sent:** Thursday, February 16, 2006 6:44 PM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** FEMA-TAC
**Subject:** FW: E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0004 under
Contract HSFEHQ-05-D-0572

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Friday, February 10, 2006 4:04 PM
**To:** Gifford, Brian; Jenkins, Scot L.; Rafferty, Mike; Schuetz, Phillip
**Cc:** Davis, Sharon; Barnes, Candace; Keeney, Michael; Duncan, Marietta; Oliver, Clifford; Anderson,
WilliamJ; English, Patricia
**Subject:** E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0004 under Contract
HSFEHQ-05-D-0572

Bechtel personnel,
The purpose of this e-mail is to provide e-mail authorization prior to the issuance of a modification
increasing the funded amount and the limitation of Government liability under the subject task order from
$33,953,488 to $40,000,000. This authorization is so that your company may incur costs up to
$40,000,000.00. We anticipate issuing a confirming modification to Task Order HSFEHQ-05-J-0004 next
week.
If you have any questions, please contact me.
Janice Uthe
Contracting Officer
202-646-4686

BNIF 00000089

**From:** Jenkins, Scot L.
**Sent:** Wednesday, April 19, 2006 11:50 AM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** Armstead, John (Mike); FEMA-TAC
**Subject:** FW: Task Order 04 ( Maintenance ) Extension and Funding Request

Task Order 04 period of performance extension. For input into gCMIS.

Thanks, Scot J.

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Thursday, April 13, 2006 7:17 PM
**To:** Armstead, John (Mike); Uthe, Janice
**Cc:** Divjak, Paul H; Barnes, Candace; Keeney, Michael; Esselstrom, Thomas; Vranesh, Anne; Matthews, Joyce; Jenkins, Scot L.; Hume, Jack; Gokey, Mark; FEMA-TAC; Uthe, Janice; Oliver, Clifford
**Subject:** RE: Task Order 04 ( Maintenance ) Extension and Funding Request

Mike,

I have discussed this with Mike Keeney, who has also spoken to our PMO. This e-mail provides approval for extending task order 4 through May 31, 2006 with two one-month extensions. I will be looking at the available funding and any approvals that may be necessary and will provide any increase by separate e-mail in the presently funded amount under the Government Limitation of Liability.

Janice Uthe
Contracting Officer

---

**From:** Armstead, John (Mike) [mailto:jmarmste@bechtel.com]
**Sent:** Tuesday, April 11, 2006 16:26
**To:** Uthe, Janice
**Cc:** Divjak, Paul H; Barnes, Candace; Keeney, Michael; Esselstrom, Thomas; Vranesh, Anne; Matthews, Joyce; Jenkins, Scot L.; Hume, Jack; Gokey, Mark; FEMA-TAC
**Subject:** Task Order 04 ( Maintenance ) Extension and Funding Request

Janice,
Bechtel understands that FEMA is intending to have a kickoff meeting on April 19, 2006 for the multiple (10) subcontractors that will be performing the maintenance scope of work under Task Order 04. The timing of this kickoff meeting places in jeopardy, current planning for the orderly closeout of Task Order 04 and transition periods between Bechtel Subcontractors (Maintenance and Call-Center S/Cs) and FEMA Subcontractors. Additionally, as you are aware, this unpriced Task Order expires April 20, 2006. At the current burn rate we anticipate running out of funds by the end of next week.
Based on the Draft Work Plan and Business Proposal for Task Order 04 submitted to FEMA on March 31, 2006, the month of May 2006 is planned to be used for transition of work to the FEMA subcontractors. To facilitate an orderly transition an e-mail from Bechtel to FEMA on January 23, 2006, indicated that a 30-day extension notification for the maintenance subcontracts and 45-day extension notification for the call center subcontract would be required (both of these "notice periods" have been included in our 31

March proposal).

Bechtel does not believe that the time frame between the FEMA subcontractor kick off meeting, April, 19 2006, and the transition month, May 2006, is a reasonable time frame to prepare for an effective transition. It is therefore recommended that the Task Order be definitized and the period of performance be extended through May 2006 with (2) 30 day extension options, as outlined in the Draft Work Plan and Business Proposal mentioned above. Please provide your approval of this extension and associated funding by close of business 4/14/06.

Sincerely,

Mike Armstead

BNI/FEMA-TAC Contracts Manager

**From:** Jenkins, Scot L.
**Sent:** Wednesday, April 19, 2006 11:50 AM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** Armstead, John (Mike); FEMA-TAC
**Subject:** FW: Task Order 04 ( Maintenance ) Funding

Task Order 04 funding increase. For input into gCMIS.

Thanks, Scot J.

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Saturday, April 15, 2006 2:05 PM
**To:** Armstead, John (Mike)
**Cc:** Divjak, Paul H; Barnes, Candace; Keeney, Michael; Esselstrom, Thomas; Vranesh, Anne; Matthews, Joyce; Jenkins, Scot L.; Hume, Jack; Gokey, Mark; FEMA-TAC; Oliver, Clifford; Davis, Sharon; Uthe, Janice; Breeden, Earl; Corum, Ricky
**Subject:** RE: Task Order 04 ( Maintenance ) Funding

The purpose of this e-mail is to provide e-mail authorization prior to the issuance of a modification increasing the funded amount and the limitation of Government liability under the subject task order from $40,000,000 to $50,000,000. This authorization is so that your company may incur costs up to $50,000,000.00. This authorization will be incorporated in a future confirming modification to Task Order HSFEHQ-05-J-0004.
If you have any questions, please contact me.
Janice Uthe
Contracting Officer
202-646-4686

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Thursday, April 13, 2006 20:17
**To:** Armstead, John (Mike); Uthe, Janice
**Cc:** Divjak, Paul H; Barnes, Candace; Keeney, Michael; Esselstrom, Thomas; Vranesh, Anne; Matthews, Joyce; Jenkins, Scot L.; Hume, Jack; Gokey, Mark; FEMA-TAC; Uthe, Janice; Oliver, Clifford
**Subject:** RE: Task Order 04 ( Maintenance ) Extension and Funding Request

Mike,

I have discussed this with Mike Keeney, who has also spoken to our PMO. This e-mail provides approval for extending task order 4 through May 31, 2006 with two one-month extensions. I will be looking at the available funding and any approvals that may be necessary and will provide any increase by separate e-mail in the presently funded amount under the Government Limitation of Liability.

Janice Uthe
Contracting Officer

BNIF 00000092

**From:** Armstead, John (Mike) [mailto:jmarmste@bechtel.com]
**Sent:** Tuesday, April 11, 2006 16:26
**To:** Uthe, Janice
**Cc:** Divjak, Paul H; Barnes, Candace; Keeney, Michael; Esselstrom, Thomas; Vranesh, Anne; Matthews, Joyce; Jenkins, Scot L.; Hume, Jack; Gokey, Mark; FEMA-TAC
**Subject:** Task Order 04 ( Maintenance ) Extension and Funding Request


Janice,

Bechtel understands that FEMA is intending to have a kickoff meeting on April 19, 2006 for the multiple (10) subcontractors that will be performing the maintenance scope of work under Task Order 04.  The timing of this kickoff meeting places in jeopardy, current planning for the orderly closeout of Task Order 04 and transition periods between Bechtel Subcontractors (Maintenance and Call-Center S/Cs) and FEMA Subcontractors. Additionally, as you are aware, this unpriced Task Order expires April 20, 2006. At the current burn rate we anticipate running out of funds by the end of next week.

Based on the Draft Work Plan and Business Proposal for Task Order 04 submitted to FEMA on March 31, 2006, the month of May 2006 is planned to be used for transition of work to the FEMA subcontractors.  To facilitate an orderly transition an e-mail from Bechtel to FEMA on January 23, 2006, indicated that a 30-day extension notification for the maintenance subcontracts and 45-day extension notification for the call center subcontract would be required (both of these "notice periods" have been included in our 31 March proposal).

Bechtel does not believe that the time frame between the FEMA subcontractor kick off meeting, April, 19 2006, and the transition month, May 2006, is a reasonable time frame to prepare for an effective transition.  It is therefore recommended that the Task Order be definitized and the period of performance be extended through May 2006 with (2) 30 day extension options, as outlined in the Draft Work Plan and Business Proposal mentioned above. Please provide your approval of this extension and associated funding by close of business 4/14/06.

Sincerely,

Mike Armstead

BNI/FEMA-TAC Contracts Manager

BNIF 00000093

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TASK ORDER          CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | WN00592Y2006T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-05-J-0006 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| MICHAEL KEENEY | |

**8. ACCOUNTING AND APPROPRIATION DATA**

2006-06-1604DR-9044-XXXX-2591-D: $33,953,488.00

**9. WORK DETAILS**

This is an unpriced task order. See continuation pages for the terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Janice L. Uthe | *Janice K. Uthe* | 01/12/06 |

FEMA Form 40-20, JUN 97                                    REPLACES ALL PREVIOUS EDITIONS

BNIF 00000094

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|--------------------------------|------|------|------------|--------|
| 1 | | 1.00 | LOT | $33,953,488.00 | $33,953,488.00 |

WORK SHALL BE PERFORMED IN ACCORDANCE
WITH THE ATTACHED STATEMENT OF WORK
AND WILL INCLUDE PROPANE FOR TRAVEL
TRAILERS IN GROUP SITES ONLY
FUNDING/REQ NO:     1:$33,953,488.00     WN00592Y2006T

GRAND TOTAL ---        $33,953,488.00
=================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|------|---------------|---|--------------------|---|--------|
| 1 | 2006-06-1604DR-9044- | -2591-D | WN00592Y2006T | P | $33,953,488.00 |

## A.2 TASK ORDER TERMS AND CONDITIONS

1. The contractor shall provide all necessary personnel, materials,
   services, equipment and facilities and otherwise do all things
   necessary to provide the services described in the Statement of Work
   attached.

2. This is a task order for essential services as described in the
   attached Statement of Work. Pre-Authorization to incur costs prior to
   the date of task order was given by pre-authorization letters dated
   September 4, 2005, September 8, 2005, September 14, 2005,
   September 24, 2005, December 19, 2005, and December 21, 2005, for the
   period beginning September 4, 2005, through March 31, 2006. The amount
   of pre-authorization through March 31, 2006 is $25,000,000 for
   pre-award costs.  Pre-authorized funds are included in the total value
   of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed Fee (CPFF) type task order
   will be negotiated.

BNIF 00000095

4. Deliverables and work products required under this task order are
   listed in the Statement of Work, attached.

5. The period of performance of this task order is September 4, 2005
   through March 31, 2006, with two one-month option periods and one
   30-day phase out/in period to transfer maintenance activities to
   other contractors as identified by FEMA.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is
   $73,000,000.00 which includes estimated cost of REDACTED and
   fixed fee of REDACTED.

7. The amount obligated to this order in accordance with the Limitation
   of Government Liability clause FAR 52.216-24 is $33,953,488.

8. In addition to the clauses under the basic contract, the following
   clauses are incorporated into this task order until definitization of
   the order occurs.

   52.216-24, LIMITATION OF GOVERNMENT LIABILITY   (APR 1984)

   (a) In performing this contract, the Contractor is not authorized to
       make expenditures or incur obligations exceeding $33,953,488.

   (b) The maximum amount for which the Government shall be liable if
       this contract is terminated is $33,953,488.

   52.216-25, CONTRACT DEFINITIZATION   (OCT 1997)

   (a) A Cost-Plus-Fixed-Fee definitive task order is contemplated.   The
       Contractor agrees to begin promptly negotiating with the
       Contracting Officer the terms of a definitive contract that will
       include (1) all clauses required by the Federal Acquisition
       Regulation (FAR) on the date of execution of the letter contract,
       (2) all clauses required by law on the date of execution of the
       definitive contract, and (3) any other mutually agreeable clauses,
       terms, and conditions.   The Contractor agrees to submit a proposal
       and cost or pricing data supporting its proposal.

   (b) The schedule for definitizing this task order is:

       (1) Proposal, Revision 4 is due January 25, 2006;
       (2) Negotiations on or before January 31, 2006
       (3) Definitization within 5 days of agreement;

   (c) If agreement on a definitive IDIQ contract to supersede this
       letter contract is not reached by the target date in paragraph (b)
       above, or within any extension of it granted by the Contracting
       Officer, the Contracting Officer may, with the approval of the
       head of the contracting activity, determine a reasonable price or
       fee in accordance with Subpart 15.8 and Part 31 of the FAR,
       subject to Contractor appeal as provided in the Disputes clause.
       In any event, the Contractor shall proceed with completion of the
       contract, subject only to the Limitation of Government Liability

clause.

   (1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

     (i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

     (ii) All clauses required by law as of the date of the Contracting Officer's determination; and

     (iii) Any other clauses, terms, and conditions mutually agreed upon.

   (2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26   PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

   (1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

   (2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

   (3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an

BNIF 00000097

authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

  (1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

  (2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

    (i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

      (A) In accordance with the terms and conditions of a subcontract or invoice; and

      (B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

    (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

    (iii) Direct labor;

    (iv) Direct travel;

    (v) Other direct in-house costs; and

    (vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

  (3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000099

Contract HSFEHQ-05-D-0572                                    Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK
Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:         Housing Area Command
                 MMR Construction
                 515 Amite
                 Jackson, MI  39201

JFO Point of Contact:  Michael Keeney, COTR
Phone:                 (337) 281-4400
Email:                 Michael. keeney@associates.dhs.gov

Counties:  State of Mississippi.

# 2   Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order and in accordance with the Performance Work Statement.

## 3.1   Maintenance.

The contractor shall resolve maintenance issues relating to the structures (Travel Trailers (TT), Manufactured Homes (MH) or other mobile units) that have been placed under their control, not to exceed the projected quantity of units.

ATTACHMENT 1

BNIF 00000100

Contract HSFEHQ-05-D-0572                                  Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK

Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Maintenance/ Occupancy Maintenance | 35,000 Units (estimated) | The contractor will provide maintenance services for TT and MH as identified by FEMA. The contractor shall make all necessary repairs to systems specified in the task order, in accordance with the contract PWS. When appropriate, i.e. multiple sites in near-proximity, it is permissible, with FEMA approval, to share specialized maintenance personnel among multiple facilities. |

### 3.1.1 User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.1.2 Timely Maintenance Remedies

The contractor shall provide a remedy for any maintenance issues in accordance with the contract Performance Work Statement.

### 3.1.3 Maintenance Records

The contractor shall establish and maintain maintenance records for every structure a work order identifies or placed under his control.

### 31.4 User Maintenance Contact Phone Number

In accordance with the contract PWS, the Contractor shall establish and operate a toll free maintenance number for occupants of structures/units to call and report maintenance problems. This number shall be available and operational as quickly as practicable after the first unit is ready for occupancy.

### 31.5 Timely Maintenance Remedies

In accordance with the contract PWS, the contractor shall provide a remedy to any maintenance issues within the established time frames.

2 of 3

BNIF 00000101

Contract HSFEHQ-05-D-0572                          Task Order HSFEHQ-05-J-0004

STATEMENT OF WORK
Site Maintenance and Food Services - Direct Assistance
(Bechtel - Task Order 0004)
**Revised – October 3, 2005**

### 3.1.6 Maintenance Records

The contractor will provide maintenance services for Travel Trailer (TT), Manufactured
Home (MH) or other mobile structures placed under his control by FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 2 | Occupancy Maintenance Records | 35,000 (estimated) units serviced | In accordance with the contract PWS, the contractor shall establish and maintain maintenance logs for every structure installed/prepared as a result of Task Order 3 other units place under their control. This log will include all maintenance calls, e.g. issues identified, and time and status of remedy. |

## 4. Operation of Food Services Facilities

As required and when directed by FEMA, the contractor may be tasked to provide food
services for residents of installed housing units (whether installed by Contractor or by
others).

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 3 | Food Services | Quantity as Required/Ordered | The contractor may be required to provide food services for selected residents of facilities as required by FEMA. The requirement is expected to be exercised for those incapable of providing food for themselves (i.e. elderly, infirm), and any others designated by FEMA as requiring such assistance. |

## 5. Period of Performance: The period of performance shall be from
September 4, 2005, through March 31, 2006, with two one-month option periods and one 30-day
phase out/in period to transfer maintenance activities to other contractors as identified by FEMA.

3 of 3

BNIF 00000102

05/25/2006 23:22 FAX 703 605 1187     FEMA RM 503                                    @002

## CONFORMED COPY

### AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | | |
|---|---|---|---|---|---|
| | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | | R000592T2006T | |

6. ISSUED BY          CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7. ADMINISTERED BY (If other than item 6)          CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217030596

CODE                    FACILITY CODE

| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. 125FEHQ-05-D-0572  HSFEHQ-06-J-0004 |
| X | 10B. DATED (SEE ITEM 13) 05-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)          N/A

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 13.103(d). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: PAR 52.216-26,. CONTRACT DEFINITIZATION (OCT 1997) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return   503   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE THE FOLLOWING PAGES

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| THOMAS R. MCKINNEY MGR OF OPERATIONS, BNI | Michael K. White Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 28MAR06 | BY (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000103

05/26/2006 02:16 FAX 703 605 1167 FEMA RM 503 ☒002

05/26/2006 13:23 FAX 703 605 1167 FEMA RM 503 ☒002

# CONFORMED COPY

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

*(illegible form — faded and obscured)*

TO THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

05/25/2006 23:22 FAX 703 605 1187          FEMA RM 563          ☑003

HSFERQ-05-D-0572 Task Order 05-J-0004          Page 2 of 3
Modification P00001

The purpose of this modification is to authorize the continuation of Trailer Maintenance, provide Transition Support, as well as provide additional funding for subject Task Order.

a. The contractor shall perform continued maintenance services as well as accomplish the additional Transition Support in accordance with the previous Statement of Work (Rev Oct 3, 05 with Unpriced TO 04) and the revised Statement of Work provided for the Transition Support (FEMA RFQ SOW dated May 5, 06).

b. The contractor shall support an expeditious and effective maintenance transition to the MDC Contractors in accordance with the modified Transition Support SOW (Transition Sub-task SOW supplement dated May 24, 06).

c. The period of performance is extended through June 16, 2006 for the maintenance portion and July 20, 2006 for the transition support portion (actual period of performance for this support may be for a lesser period of time) of the Task Order.

d. This modification also increases the funding amount on this Task Order by $8,356,000.00 via the following Fund Cite: 2006-06-1604DR-9044-XXXXX-2591-D (WN00592Y2006T). This additional funding allows Bechtel to incur additional cost in support of providing continued trailer maintenance services, as well as provide transition support services as agreed to by both parties. The Government's liability under this Task Order will not extend beyond this additional funding amount and any previously agreed upon Task Order ceiling amount. Please note the final negotiated cost, for subject Task Order to include the additional requirement of the Transition Support SOW may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

HSFEHQ-05-D-0572  HSFEHQ-05-J-0004  P00001

### CONTINUATION PAGE

### A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.00 | Lot | $8,100,000.00 | $8,100,000.00 |
| | FUNDING/REQ NO: | 1: $8,100,000.00 | | WN00592Y2006T | |
| 002 | | 1.00 | Lot | $256,000.00 | $256,000.00 |
| | Trailer Transistion | | | | |
| | FUNDING/REQ NO: | 1: | $256,000.00 | WN00592Y2006T | |
| | | | GRAND TOTAL --- | | $8,356,000.00 |

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|
| 1 2006-06-1604DR-9044--2591-D | WN00592Y2006T | P | $8,356,000.00 |

### A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|---|---|---|
| 001 | 1.00 | |
| 002 | 1.00 | |

Page 3

BNIF 00000106

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. See additional Page | | 5. PROJECT NO. (If applicable) | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217036306 | | | | 9B. DATED (SEE ITEM 11) |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 HSFEHQ-05-J-0004 |
| CODE | FACILITY CODE | | X | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) | See Additional Page |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   FAR 52.216-25, Contract Definitization (Oct 1997) |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor ☐ is not, ☒ is required to sign this document and return _3_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE THE FOLLOWING PAGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print)<br>P. H. DIVJAK, Program Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print)<br>Michael E. White<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>6/23/06 | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>26 June 06 |

STANDARD FORM 30  (REV. 10-83)

BNIF 00000107

HSFEHQ-05-D-0572  HSFEHQ-05-J-0004  P00002

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | LOT | $2,000,000.0000 | $2,000,000.00 |
| | Trailer Maintenance | | | | |
| | FUNDING/REQ NO: | 1: | $2,000,000.00 | NN00015Y2006T | |
| 0002 | | 1.00 | LOT | $7,600,000.0000 | $7,600,000.00 |
| | Trailer Maintenance | | | | |
| | FUNDING/REQ NO: | 2: | $7,600,000.00 | WN00592Y2006T | |

```
                                        GRAND TOTAL ---        $9,600,000.00
                                                          ====================
```

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|
| 1 2006-06-1604DR-9044--2591-D | NN00015Y2006T | P | $2,000,000.00 |
| 2 2006-06-1604DR-9044--2591-D | WN00592Y2006T | P | $7,600,000.00 |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|---|---|---|
| 0001 | 1.00 | |
| 0002 | 1.00 | |

Page 2

BNIF 00000108

HSFEHQ-05-D-0372   HSFEHQ-05-J-0004   P00002

CONTINUATION PAGE

The purpose of this modification is to authorize the continuation of Group Site Trailer Maintenance and allow Bechtel to utilize the CH2Mhill Integration Data for the Call Center. This modification also provides additional funding for subject Task Order.

a. The contractor shall perform continued maintenance services as previously specified in modification P00001.

b. The period of performance is extended through August 31, 2006.

c. This modification also increases the funding amount on this Task Order in the amount of $9,600,000.00 by the Fund Cite indicated on the supplemental page. This additional funding allows Bechtel to incur additional cost in support of providing continued trailer maintenance services. The Government's liability under this Task Order will not extend beyond this additional funding amount and any previously agreed upon Task Order ceiling amount. Please note the final negotiated cost, for subject Task Order may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Page 3

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1   1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 8/17/06 | 4. REQUISITION/PURCHASE REQ. NO. MN00592YZ006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                CODE     82101A | 7. ADMINISTERED BY (If other than Item 6)  CODE |
|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

| 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|
| HAFEHQ-05-D-0572 |
| HAFEHQ-05-J-0004 |

X

10B. DATED (SEE ITEM 13)
1/12/06

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
N/A

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
### IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|

| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
|---|---|

| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302(a)(4) and (9) |
|---|---|

| | D. OTHER (Specify type of modification and authority) |
|---|---|

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____ 3 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for task Order 04 from August 31, 2006 to September 30, 2006 at no additional cost to the Government.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P. H. Div Jak, PVP and Prog. Mgr. | BARBARA A BELCASTRO CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR    (Signature of person authorized to sign) | 15C. DATE SIGNED 8/17/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 8/18/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000110

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | | 1        2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00004 | 9/18/06 | | |

| 6. ISSUED BY | CODE | S2101A | 7. ADMINISTERED BY *(If other than item 6)* CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

| | 9B. DATED *(SEE ITEM 11)* |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| [X] | HAFEHQ-05-D-0572 |
| | HAFEHQ-05-J-0004 |
| | 10B. DATED *(SEE ITEM 13)* |

| CODE | | FACILITY CODE | | 1/12/06 |
|---|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| [ ] | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | [ ] is extended, | [ ] is not extended. |
|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data *(If required)* |
|---|
| 2006-06-1604DR-9044   2591-D   NN00015Y2006T        $16,046,512 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| [X] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to add funds and change the amount obligated to Task Order 04.

Funds in the amount of $16,046,512 are hereby added to Task Order 04.

The dollar amount obligated to Task Order 06 is changed
 FROM: $51,909,488

 TO: $67,956,000

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|---|
| | | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *Barbara A. Belcastro* | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | | *(Signature of Contracting Officer)* | 9/18/06 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

BNIF 00000111

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0572   HSFEHQ-05-J-0004   P00004 | | | 2 |

The following is is a Recap of funding;

| | |
|---|---|
| Original Task Order | $33,953,488.00 |
| Mod P00001 | $ 8,356,000.00 |
| Mod P00002 | $ 9,600,000.00 |
| Mod P00003(this mod) | $16,046,512.00 |
| | |
| Total Funded | $67,956,000.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                                      38-109                          STANDARD FORM 38 (REV. 10-83)

BNIF 00000112

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(if applicable)* |
|---|---|---|---|
| P00005 | 9/26/06 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY *(if other than Item 6)*   CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

X    HAFEHQ-05-D-0572
HAFEHQ-05-J-0004

10B. DATED *(SEE ITEM 13)*

1/12/06

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(if required)*

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: _Contractor_ ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to extend the period of performance for to Task Order 04
from September 30,2006 to October 15, 2006 at no additional cost to the Government.

Except as provided herein all other terms and conditions remain unchanged and in full force
and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY *Barbara A. Belino* | 9/26/06 |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| NSN 7540-01-152-9070 | Created using ParForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA |
| | | FAR (48 CFR) 53.243 |

BNIF 00000113

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00006 | 9/26/06 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY *(If other than item 6)*  CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

| | 9B. DATED *(SEE ITEM 11)* |
|---|---|
| | |

| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| X | HSFEHQ-05-D-0572 |
| | HSFEHQ-05-J-0004 |

| | 10B. DATED *(SEE ITEM 13)* |
|---|---|
| | 1/12/06 |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data *(If required)* |
|---|
| N/A |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER *(Specify type of modification and authority)* | |

E. IMPORTANT:  Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to correct block 10A. of modification P00005 to read HSFEHQ-05-D-0572 and HSFEHQ-05-J-0004.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)* | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | | 9/26/06 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000114

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | See Blk 16C | | |

| 6. ISSUED BY | CODE | ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|
| DCMA Maryland<br>217 E Redwood St., Suite 1800<br>Baltimore, Maryland 21202 | S2101A | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc.<br>5275 Westview Drive<br>Frederick, Maryland 21703-8306 | | **9B. DATED (SEE ITEM 11)** |
| | [X] | **10A. MODIFICATION OF CONTRACT/ORDER NO.**<br>HSFEHQ-05-D-0572<br>HSFEHQ-05-J-0004 |
| | | **10B. DATED (SEE ITEM 13)**<br>1/12/06 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [X] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 42.302 (a) (4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize contract HSFEHQ-05-D-0572 Task Order HSFEHQ-05-J-0004 (Task Order 04), maintenance for structures (TT & MH) placed by Bechtel, established and maintain maintenance logs and transition assistance to FEMA MDC contractors.

See Continuation Page 2 for additional information.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| David Walker, President, Bechtel National | BARBARA A BELCASTRO<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 16B. UNITED STATES OF AMERICA<br>BY Barbara A Belcastro<br>*(Signature of Contracting Officer)* |
| 15C. DATE SIGNED<br>3-20-07 | 16C. DATE SIGNED<br>3/23/07 |

NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243

BNIF 00000115

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | HSFEHQ-05-D-0572   HSFEHQ-05-J-0004   P00007 | | | | 2 |

| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | Total |
|---|---|---|---|---|---|---|
| 0001 | See Below* | 1 | Lot | REDACTED | | $59,633,567 |

Bechtel was issued this task order to 1) resolve maintenance issues relating to the structures (travel trailers (TT)), manufactured homes (MH) or other mobile units that were placed under Bechtel's control, not to exceed FEMA quantity.  Bechtel also 2) established and maintained maintenance logs for units installed/prepared and other units placed under Bechtel's control as well as 3) provided transition assistance to FEMA and FEMA newly contracted maintenance and deactivation contractors (MDCs).

Under subtask 1, Bechtel performed the following:
        *Provided corrective maintenance service calls to resolve issues identified by occupant or as the result of findings during preventative maintenance service visit
        *Provided monthly preventive maintenance visits for installed units
        *Provided refurbishment ( clean and make ready)
        *Resolved maintenance issues relating to group sites and emergency group sites (EGSs) such as:  payment of selected utilities, waste disposal/dumpster services at group sites, lawn mowing, safety and security.

There is no change in the obligated amount of $67,956,000 pending settlement by Bechtel of Termination for Convenience (T for C) of Subcontract with K-Team.  Bechtel is to provide documentation for the T for C which is supportable, allowable, allocable, and reasonable to the FEMA COTR and DCMA Maryland.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000116

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00008 | See Blk 16C | | |

| 6. ISSUED BY    CODE | S2101A | ADMINISTERED BY (if other than item 6)   CODE | |
|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc.<br>5275 Westview Drive<br>Frederick, Maryland 21703-8306 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | HSFEHQ-05-D-0572<br>HSFEHQ-05-J-0004 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE         FACILITY CODE | | 1/12/06 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (if required) |
|---|
| N/A |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct block 14 of modification P00004 to read:
ADD:  The dollar amount obligated to Task Order 04 is changed
DELETE: The dollar amount obligated to Task Order 06 is changed

On page 2 of Modification P00004 - Recap of funding;
ADD; Mod P00004 (this mod)
DELETE;  Mod P00003 (this mod)
Mod P00003 added no funds.

Except as provided herein all other terms and conditions remain unchanged and in full force

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | BARBARA A BELCASTRO<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _Barbara A. Belcastro_ | 16C. DATE SIGNED |
| _(Signature of person authorized to sign)_ | | _(Signature of Contracting Officer)_ | 5/17/07 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA<br>FAR (48 CFR) 53.243 |

BNIF 00000117

**From:** Gifford, Brian
**Sent:** Thursday, February 16, 2006 6:45 PM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** FEMA-TAC
**Subject:** FW: E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0006 under Contract HSFEHQ-05-D-0572

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Friday, February 03, 2006 3:25 PM
**To:** Gifford, Brian; Jenkins, Scot L.; Rafferty, Mike
**Cc:** Davis, Sharon; Barnes, Candace; Keeney, Michael; Duncan, Marietta; Oliver, Clifford; Anderson, WilliamJ; English, Patricia
**Subject:** E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0006 under Contract HSFEHQ-05-D-0572

Brian,
The purpose of this e-mail is to provide e-mail authorization prior to the issuance of a modification increasing the funded amount and the limitation of Government liability under the subject task order from $24,316,537.50 to $27,558,742.50. This authorization is so that your company may incur costs up to $27,558,742.50. We anticipate issuing a confirming modification to Task Order HSFEHQ-05-J-0006 next week.
If you have any questions, please contact me.
Janice Uthe
Contracting Officer
202-646-4686

BNIF 00000118

**CONFORMED COPY**

**From:** Gifford, Brian
**Sent:** Monday, February 27, 2006 3:54 PM
**To:** Smith, Kathleen(OR Contracts)
**Subject:** FW: Extensions of Task Orders 3 and 6

---

**From:** Uthe, Janice[mailto:Janice.Uthe@dhs.gov]
**Sent:** Monday, February 27, 2006 1:19 PM
**To:** Gifford, Brian; Schuetz, Phillip; Rafferty, Mike
**Cc:** Keeney, Michael; Duncan, Marietta; Barnes, Candace; Davis, Sharon; Oliver, Clifford
**Subject:** Extensions of Task Orders 3 and 6
Gentlemen:

Sharon and Candaceadvised me that this morning's meeting brought up the issue of extending
task orders 3 and 6. This e-mail is to confirm that task order HSFEHQ-05-J-0003 is extended
through April 15, 2006 and that task order HSFEHQ-05-J-0006 is extended through May 31,
2006, with two one-month options.

Janice Uthe
Contracting Officer

BNIF 00000119

**From:** Gifford, Brian
**Sent:** Friday, March 17, 2006 4:01 PM
**To:** Esselstrom, Thomas; McKinney, Jennifer; SIMPSON, RON; Wynn, Paula; Payne, Sandra; Olson, David
**Cc:** Wessel, Ronald; Armstead, John (Mike); Rafferty, Mike; Smith, Kathleen (OR Contracts); Baird, Nona F; FEMA-TAC
**Subject:** FW: E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0006 under Contract HSFEHQ-05-D-0572

Additional funding added to Task Order 6.

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Friday, March 17, 2006 8:04 AM
**To:** Uthe, Janice; Gifford, Brian; Jenkins, Scot L.; Rafferty, Mike; Schuetz, Phillip
**Cc:** Davis, Sharon; Barnes, Candace; Keeney, Michael; Duncan, Marietta; Oliver, Clifford; Anderson, WilliamJ; English, Patricia
**Subject:** RE: E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0006 under Contract HSFEHQ-05-D-0572

The purpose of this e-mail is to provide e-mail authorization prior to the issuance of a modification increasing the funded amount and the limitation of Government liability under the subject ask order from $29,167,500.50 previously given below to $34,196,250.00, an increase of $5,028,749.50. This is based on the revised ROM of $45,595,000 received on 3/7/06. This authorization is so that your company may incur costs up to $34,196,250.00. We anticipate issuing a confirming modification to Task Order HSFEHQ-05-J-0006 that incorporates all authorizations previously given.

It is my understanding that the revised proposal for the subject task order is scheduled to be submitted on 4/15/06. I want to remind you that FAR 16.603-2 requires defiinitization within 180 days after the issuance of the task order so we need to keep that in mind in working towards definitization.

If you have any questions, please contact me.

Thanks for your cooperation and patience in this matter.

Janice Uthe
Contracting Officer

---

**From:** Uthe, Janice
**Sent:** Friday, March 03, 2006 17:48
**To:** 'Gifford, Brian'; 'Jenkins, Scot L.'; 'Rafferty, Mike'; Schuetz, Phillip
**Cc:** 'Davis, Sharon'; 'Barnes, Candace'; Keeney, Michael; Duncan, Marietta; 'Oliver, Clifford'; Anderson, WilliamJ; 'English, Patricia'
**Subject:** E-mail authorization for modification to Task Order HSFEHQ-05-J-0 0006 under Contract HSFEHQ-05-D-0572
**Importance:** High

Brian,
The purpose of this e-mail is to provide e-mail authorization prior to the issuance of a modification
increasing the funded amount and the limitation of Government liability under the subject task order from
$27,558,742.50 to $29,167,500.50, an increase of $1,608,758.00. This authorization is so that your
company may incur costs up to $29,167,500.50. We anticipate issuing a confirming modification to Task
Order HSFEHQ-05-J-0006 next week.
As discussed with you briefly this afternoon, we may need to change priorities on getting your revised
proposal for this task order in. We will discuss this further next week.
If you have any questions, please contact me.
Janice Uthe
Contracting Officer
202-646-4686

BNIF 00000121

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1 CONTRACT ID CODE | | PAGE 1 | OF PAG 3 |
|---|---|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO<br>P00003 | | 3 EFFECTIVE DATE<br>SEE BLOCK 16C | 4 REQUISITION/PURCHASE REQ NO<br>RN00743Y2006T | | 5 PROJECT NO (if applicable) | |

6 ISSUED BY CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7 ADMINISTERED BY  (if other than Item 6) CODE

8 NAME AND ADDRESS OF CONTRACTOR    (No., street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217038306

| (X) | 9A AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 HSFEHQ-05-J-0006 |
| X | 10B DATED (SEE ITEM 13)<br>09-30-2005 |

CODE  FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA    (if required)

2006-06-1604DR-9044-XXXX-2595-D: $8,116,537.50

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
| X | B THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation date, etc.)<br>SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D OTHER  (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☒ is not,   ☐ is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION    (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE(S).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER    (Type or print) | | 16A NAME AND TITLE OF CONTRACTING OFFICER    (Type or print)<br>Janice L. Uthe<br>Contracting Officer | |
|---|---|---|---|
| 15B CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C DATE SIGNED<br>12/22/05 |

STANDARD FORM 30 (REV 10-83)

BNIF 00000122

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | MANAGEMENT AND ADMINISTRATION TECHNICAL ASSISTANCE SUPPORT IN ACCORDANCE WITH SOW | 1.00 | LOT | $8,116,537.50 | $8,116,537.50 |
| | FUNDING/REQ NO: | 1: $8,116,537.50 | | AN00743Y2006T | |

GRAND TOTAL --- $8,116,537.50
==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2595-D | AN00743Y2006T | P | $8,116,537.50 |

BNIF 00000123

HSFEHQ-05-D-0572  HSFEHQ-05-J-0006  P00003

CONTINUATION PAGE

Accordingly:

The purpose of this modification is to add funds, change the amount obligated to this task order in accordance with the Limitation of Government Liability clause FAR 52.216-24, and change the estimated amount.

Accordingly:

1. Funds in the amount of "$8,116,537.50" are hereby added to the task order.

2. The dollar amount obligated to the task order under paragraph 7 under the Task Order Terms and Conditions is hereby changed

   FROM: $16,200,000.00

   TO:   $24,316,537.50

3. The respective dollar amounts in paragraphs (a) and (b) of FAR Clause 52.216-24, Limitation of Government Liability (APR 1984) are hereby changed

   FROM: paragraph (a) $16,200,000.00 and paragraph (b) $16,200,000.00

   TO:   paragraph (a) $24,316,537.50 and paragraph (b) $24,316,537.50

4. Paragraph 6 under the Task Order Terms and Conditions is hereby changed to read as follows:

   The estimated Cost-Plus-Fixed-Fee value of this order is $32,422,050.00, which includes estimated cost of REDACTED and fixed fee of REDACTED

5. The total effect of this modification is illustrated below:

| | |
|---|---|
| ORIGINAL TASK ORDER: | $ 9,528,000.00 |
| MODIFICATION P00001: | $ 2,000,000.00 |
| MODIFICATION P00002: | $ 4,672,000.00 |
| MODIFICATION P00003: | $ 8,116,537.50 |
| TOTAL AMOUNT OF TASK ORDER: | $24,316,537.50 |

END OF MODIFICATION P00003 TO TASK ORDER HSFEHQ-05-J-0006 UNDER CONTRACT HSFEHQ-05-D-0572

Page 3

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER                    CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL., INC | HSFEHQ-05-D-0572 | AN02142Y2005T |
| 5275 WESTVIEW DRIVE | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| FREDERICK MD 217038306 | HSFEHQ-05-J-0006 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| DAVID PORTER | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A. Costello* | 9/30/05 |

FEMA Form 40-20, JUN 97                    REPLACES ALL PREVIOUS EDITIONS

BNIF 00000125

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|--------------------------------|------|------|------------|--------|
| 0001 | | 1.00 | | $9,528,000.00 | $9,528,000.00 |

Work shall be performed in accordance
with the attached Statement of Work.
FUNDING/REQ NO:    1: $9,528,000.00    AN02142Y2005T

                                    GRAND TOTAL  ---           $9,528,000.00
                                                            ==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|--------------------|----------|--------------------|---|--------|
| 1 2005-06-1604DR-9044- | -2591-D | AN02142Y2005T | P | $9,528,000.00 |

BNIF 00000126

## TASK ORDER TERMS AND CONDITIONS _____
## NOT SPECIFIED IN THE CONTRACT _____

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning August 28, 2005 through February 27, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 7, 2005, September 14, 2005 and September 28, 2005 for the period August 28, 2005 through October 15, 2005. The amount of pre-authorization through October 15, 2005 is $5,500,000 for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is August 28, 2005 through February 27, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $20,580,470, which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $9,528,000.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $8,098,800.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $9,528,000.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

Page 3

BNIF 00000127

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by—

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26  PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION  (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

Page 4

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000129

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 3 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00004 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. See Page 2 | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE |
|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | 7. ADMINISTERED BY (If other than Item 6)   CODE |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC | | | 9B. DATED (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0006 |
| FREDERICK MD 217038306 | | | |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) See Page 2 |
|---|

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.216-25, Contract Definitization (Oct 1997) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
SEE CONTINUATION PAGE(S).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P.H. Divjak — Program Mgr. | Michael K. White Contracting Officer |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 6/12/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 12 Jun 06 |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000130

HSFEHQ-05-D0572 Task Order 05-J-0006
Modification P00004

Page 2 of 3

The purpose of this modification is to extend the period of performance of performance on subject task order to July 10, 2006 and provide additional funding.

a. The contractor shall perform continued Management and Administrative Services in direct support of the IA-TAC Trailer Housing Program in Mississippi in accordance with the Statement of Work incorporated in the Task Order.

b. The period of performance is extended through July 10, 2006.

c. Additional funds in the amount of $19,203,462.50, which funds the extension as well as provide an increase to the Task Order Ceiling, are provided by this modification via the following Fund Cites: AN00743N2006T (2006-06-1604DR-9044-XXXX-2595-D) in the amount of $13,304,984.00 and WN00591Y2006T (2006-06-1604DR-9044-XXXX-2591-D) in the amount of $5,898,478.50 for a total of $19,203,462.50.

d. The funding commitment for (estimated costs of services rendered or to be rendered) the Task Order is addressed below:

| | |
|---|---|
| ORIGINAL TASK ORDER: | $ 9,528,000.00 |
| MODIFICATION P00001 | $ 2,000,000.00 |
| MODIFICATION P00002 | $ 4,672,000.00 |
| MODIFICATION P00003 | $ 8,116,537.50 |
| FUNDING COMMITMENT (3 Feb 06) | $ 3,242,205.00 (P00004) |
| FUNDING COMMITMENT (15 Mar 06) | $ 1,608,758.00 (P00004) |
| FUNDING COMMITMENT (17 Mar 06) | $ 5,028,749.50 (P00004) |
| FUNDING COMMITMENT (9 May 06) | $4,559,573.20 (P00004) |
| EXTENSION OF SERVICES (Thru 10 Jul 06) | $2,550,000.00 (P00004) |
| ADDITIONAL FUNDING PLACED ON TO 6 | $2,214,176.80 (P00004) |
| TOTAL AMOUNT FUNDED ON TO 6 | $43,520,000.00 |

e. The Government's liability under this Task Order will not exceed the additional funding amount and any previously agreed upon Task Order ceiling amount. Please note the final negotiated Task Order cost may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000131

HSFEHQ-05-D-0572  HSFEHQ-05-J-0006  P00004

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Mngt and Admin Services | 1.00 | LOT | $13,304,984.50 | $13,304,984.50 |
| | FUNDING/REQ NO: | 1:$13,304,984.50 | | AN00743Y2006T | |
| 0002 | Mngt and Admin Services | 1.00 | LOT | $5,898,478.00 | $5,898,478.00 |
| | FUNDING/REQ NO: | 2: $5,898,478.00 | | WN00591Y2006T | |

GRAND TOTAL ---  $19,203,462.50
==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044--2595-D | AN00743Y2006T | F | $13,304,984.50 |
| 2 | 2006-06-1604DR-9044--2591-D | WN00591Y2006T | P | $5,898,478.00 |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|---|---|---|
| 0001 | 1.00 | |
| 0002 | 1.00 | |

Page 3

BNIF 00000132

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1PA NO. | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

**6. ISSUED BY** CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

**7. ADMINISTERED BY** (If other than item 6) CODE

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217038306

CODE          FACILITY CODE

(X)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572 HSFEHQ-05-J-0006

X | 10B. DATED (SEE ITEM 13)
09-30-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)
See Page 2

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 43.103(a) Bilateral Agreement

[ ] D. OTHER (Specify type of modification and authority)

**E. IMPORTANT:**  Contractor [ ] is not, [X] is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the period of performance on subject task order to 31 Oct 06.

a.  The period of performance is hereby changed from 18 Jul 06 to 31 Oct 06 at no additional cost at this time. Subject extension will be evaluated further to determine whether said extension warrants any additional funding. At such time it is determined additional funding is required, a modification will be accomplished to address said funding.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| P.H. DIV JAK , PUP AND Program Mgr. | Robin B. Brewer CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA |
| (Signature of person authorized to sign) | BY (Signature of Contracting Officer) |
| 15C. DATE SIGNED 7/13/06 | 16C. DATE SIGNED 14 Jul 2006 |

STANDARD FORM 30  (REV. 10-83)

BNIF 00000133