CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

```
                                                                    NTE
ITEM       DESCRIPTION OF        QTY    UNIT          UNIT         AMOUNT
NO.        SUPPLIES/SERVICES                          PRICE

1                               1.00    LOT        $46,250.00      $46,250.00
           WORK SHALL BE PERFORMED IN ACCORDANCE
           WITH THE ATTACHED STATEMENT OF WORK
           FUNDING/REQ NO:   1:     $46,250.00   NN00015Y2006T


                                    GRAND TOTAL ---              $46,250.00
                                                               ================


ACCOUNTING AND APPROPRIATION DATA:
                                                                    NTE
ACRN APPROPRIATION                       REQUISITION NUMBER       AMOUNT

   1 2006-06-1604DR-9044-     -2591-D    NN00015Y2006T      P     $46,250.00
```

## A.2 TASK ORDER TERMS AND CONDITIONS

1.  The contractor shall provide all necessary personnel, materials,
    services, equipment and facilities and otherwise do all things
    necessary to provide the services described in the Statement of Work
    attached.

2.  This is a task order for essential services as described in the
    attached Statement of Work. Pre-Authorization to incur costs prior to
    the date of task order was given by pre-authorization letters dated
    September 13, 2005, September 28, 2005, October 12, 2005,
    October 13, 2005, December 19, 2005, December 20, 2005,
    January 13, 2006, and January 28, 2006, for the period beginning
    September 13, 2005, through May 31, 2006. The amount of pre-
    authorization through May 31, 2006 is $2,200,000 for pre-award
    costs, which exceeds the amount authorized under this task order.
    Pre-authorized funds are included in the total value of the unpriced
    order.

3.  It is anticipated that a Cost-Plus-Fixed Fee (CPFF) type task order
    will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 13, 2005 through May 31, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $100,000 which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $46,250.00.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $46,250.00.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $46,250.00.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting this task proposal.

(b) The schedule for definitizing this task order is:

(1) Proposal, will be received by April 30, 2006;
(2) Negotiations on or before May 27, 2006
(3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

   (i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

  (ii) All clauses required by law as of the date of the Contracting Officer's determination; and

 (iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26  PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

  (1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

  (2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

  (3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice

or voucher supported by a statement of the claimed allowable cost
incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs,
the term "costs" includes--

  (1) Those recorded costs that result, at the time of the request
  for reimbursement, from payment by cash, check, or other form
  of actual payment for items or services purchased directly for
  the contract;

  (2) When the Contractor is not delinquent in payment of costs of
  contract performance in the ordinary course of business, costs
  incurred, but not necessarily paid, for-

    (i) Supplies and services purchased directly for the contract
    and associated financing payments to subcontractors,
    provided payments determined due will be made-

      (A) In accordance with the terms and conditions of a
      subcontract or invoice; and

      (B) Ordinarily within 30 days of the submission of the
      Contractor's payment request to the Government;

    (ii) Materials issued from the Contractor's stores inventory and
    placed in the production process for use on the contract;

    (iii) Direct labor;

    (iv) Direct travel;

    (v) Other direct in-house costs; and

    (vi) Properly allocable and allowable indirect costs as shown on
    the records maintained by the Contractor for purposes of
    obtaining reimbursement under Government contracts; and

  (3) The amount of financing payments that the Contractor has paid
  by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more
frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer
may have the Contractor's invoices or vouchers and statements of
costs audited. Any payment may be (1) reduced by any amounts found
by the Contracting Officer not to constitute allowable costs or (2)
adjusted for overpayments or underpayments made on preceding
invoices or vouchers.

*********************END OF TERMS AND CONDITIONS*******************

BNIF 00000188

Contract HSFEHQ-05-D-0572          2/20/06          Task Order HSFEHQ-05-J-0016rev1

STATEMENT OF WORK
Database Support - Direct Assistance
(Bechtel-Task Order 0016rev1)

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:          FEMA/STATE JFO
                  POB 6789
                  Biloxi, MS
                  39531

JFO Point of Contact:  Michael Keeney
Phone:  337-281-4400
Email:  Michael.Keeney@associates.dhs.gov

Counties:  State of Mississippi.

# 2   Operational Objective:

Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statement.

ATTACHMENT 1

BNIF 00000189

Contract HSFEHQ-05-D-0572    2/20/06    Task Order HSFEHQ-05-J-0016rev1

STATEMENT OF WORK
Database Support – Direct Assistance
(Bechtel-Task Order 0016rev1)

## 3.1 Report Administration: Sub-Task #1

The contractor shall provide a comprehensive computer system to support the following database requirements.

| Task Title | Remarks |
|---|---|
| Report Administration | The contractor shall develop, design, run, administer, maintain and provide a technical staff to support a comprehensive data base to capture information obtained from approximately 2,000 shelter occupants. The data will include some basic information such as name, address (current and pre-disaster) and approximately 15 multiple choice type questions pertinent to this requirement. The task would include data entry of the information and reports.

The task also includes developing a housing resource database specific for Mississippi that can be placed on the internet. The task would also include entering housing resources identified from various sources such as HUD and USDA, resources identified from other public sources, and contacts to realtors, landlords, and others to identify available housing. Data entry, web site management and reports are also required. The web site would allow landlords, realtors, and others with available property to so list, thereby providing a data base resource for anyone seeking to rent/lease property.

The data base must be capable of providing specific reports, be able to update/refresh resources, and provide other information as requested.

The contractor will provide FEMA a status report. |

## 4 Performance Period: The period of performance is from September 13, 2005, through May 31, 2006.

BNIF 00000190

**From:** Gifford, Brian
**Sent:** Thursday, February 16, 2006 6:44 PM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** FEMA-TAC
**Subject:** FW: Extension of Task Orders 18 and 19

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Tuesday, February 14, 2006 8:55 AM
**To:** Schuetz, Phillip; Gifford, Brian; Rafferty, Mike; Jenkins, Scot L.
**Cc:** Keeney, Michael; Duncan, Marietta; Oliver, Clifford; Barnes, Candace; Davis, Sharon
**Subject:** Extension of Task Orders 18 and 19

As discussed during our telephone conversation this morning, this e-mail is to provide an extension of the PAN on Task Order 19 an extension to February 22, 2006, while awaiting the ROM for issuance of the undefinitized task order. In addition, the period of performance for task order 18 is extended through March 17, 2006, while working on a revised proposal resulting from the various changes to the statement of work.

If you have any questions, please let me know.

Janice L. Uthe
Contracting Officer

BNIF 00000191

**From:** Gifford, Brian
**Sent:** Saturday, March 18, 2006 8:52 AM
**To:** Smith, Kathleen (OR Contracts)
**Cc:** Jenkins, Scot L.; Armstead, John (Mike)
**Subject:** FW: Extension of Task Orders 18 and 19

Kathleen,

Extension for Task Order 18.

---

**From:** Uthe, Janice [mailto:Janice.Uthe@dhs.gov]
**Sent:** Friday, March 17, 2006 8:53 AM
**To:** Uthe, Janice; Schuetz, Phillip; Gifford, Brian; Rafferty, Mike; Jenkins, Scot L.
**Cc:** Keeney, Michael; Duncan, Marietta; Oliver, Clifford; Barnes, Candace; Davis, Sharon
**Subject:** RE: Extension of Task Orders 18 and 19

As discussed during yesterday's telephone conversation, this e-mail is to provide an extension of the
period of performance for task order 18 through May 31, 2006. It is my understanding that the revised
proposal for task order 18 will be submitted on 3/24/06.

Thanks,
Janice Uthe

---

**From:** Uthe, Janice
**Sent:** Tuesday, February 14, 2006 09:55
**To:** Schuetz, Phillip; 'Gifford, Brian'; 'Rafferty, Mike'; 'Jenkins, Scot L.'
**Cc:** Keeney, Michael; Duncan, Marietta; 'Oliver, Clifford'; Barnes, Candace; 'Davis, Sharon'
**Subject:** Extension of Task Orders 18 and 19

As discussed during our telephone conversation this morning, this e-mail is to provide an extension of the
PAN on Task Order 19 an extension to February 22, 2006, while awaiting the ROM for issuance of the
undefinitized task order. In addition, the period of performance for task order 18 is extended through
March 17, 2006, while working on a revised proposal resulting from the various changes to the statement
of work.

If you have any questions, please let me know.

Janice L. Uthe
Contracting Officer

BNIF 00000192

05/31/2006 04:12 FAX 703 806 1167   FEMA RM 503   ☒003

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. T00002 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

6. ISSUED BY          CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7. ADMINISTERED BY (If other than Item 6)          CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 21703B305

CODE          FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572 HSFEHQ-05-J-0018

10B. DATED (SEE ITEM 13)
09-30-2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-
KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY
RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made
by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour
and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)          N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.)
SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
Mutual Agreement of the Parties

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the Period of Performance at no additional cost through 15 June 2006.

a.    This modification is initiated based on mutual agreement of interested parties on 31 May 2006.

b.    The contractor hereby agrees there will be no additional cost associated with this two week
extension. Any additional period of performance extensions required on this Task Order will be executed via a
modification by the Contracting Officer to include any applicable cost associated with said extension.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Michael S. Weber Contracting Officer |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 31 May 2 |
|---|---|---|---|

STANDARD FORM 30 (REV. 10-83)

BNIF 00000193

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

6. ISSUED BY
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217038306

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0018 |

| CODE | | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) Mutual Agreement of the Parties |

E. IMPORTANT:    Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the Period of Performance at no additional cost through 30 Sep 2006.

a.    This modification is initiated based on mutual agreement of interested parties on 14 June 2006.  The Contracto
shall perform continued maintenance services in accordance with the current statement of work.

b.    The contractor hereby agrees there will be no additional cost associated with this extension, beyond the
Task Order award value except by written direction via a contract modification by the Contracting Officer.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Michael E. White Contracting Officer |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 14 June 86 |
|---|---|---|---|
| (Signature of person authorized to sign) | | | |

STANDARD FORM 30 (REV. 10-83)

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00003 | 7/27/2006 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (if other than item 6)   CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | [X] 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland  217038306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEBQ-05-D-0572
HSFEBQ-05-J-0018

10B. DATED (SEE ITEM 13)
9/30/2005

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[X] B. THE ABOVE NUMBERED CONTRACTOR/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to correct modification P00002 dated June 14, 2006 block 14. a..

Delete - The Contractor shall perform continued maintenance services in accordance with the current statement of work.

Add - The Contractor shall perform continued Group Site Design and Construction services in accordance with the current statement of work.

All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BARBARA A. BELCASTRO CONTRACTING OFFICER | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| | | BY  *Barbara A. Belcastro* | 7/27/06 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-8070 | Created using Perform Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA |
| | | FAR (48 CFR) 53.243 |

BNIF 00000195

**Jenkins, Scot L.**

| | |
|---|---|
| **From:** | Belcastro, Barbara [Barbara.Belcastro@dcma.mil] |
| **Sent:** | Thursday, July 27, 2006 10:33 AM |
| **To:** | Jenkins, Scot L.; robby.joyner@dhs.gov |
| **Cc:** | Divjak, Paul H; Hume, Jack; Armstead, John (Mike); michael.keeney@dhs.gov; Weidner, Stephen; FEMA-TAC |
| **Subject:** | RE: Input Request |
| **Attachments:** | TO 18 mod P3.pdf |

Scott,

Attached is Modification P00003 to correct mod P00002 to TO 18.

*Barbara A. Belcastro*
*DCMA Maryland*
*CACO, URS Corporation*
*410-962-9843*

---

**From:** Jenkins, Scot L. [mailto:lsjenkin@bechtel.com]
**Sent:** Thursday, July 27, 2006 9:00 AM
**To:** robby.joyner@dhs.gov; Belcastro, Barbara
**Cc:** Divjak, Paul H; Hume, Jack; Armstead, John (Mike); michael.keeney@dhs.gov; Weidner, Stephen; FEMA-TAC
**Subject:** Input Request

## FEMA/DCMA assistance and input is requested as follows:

1) Update to Invoice Mailing Addresses listed in Clause G.4 (See below).

2) Closeout guidance per "established FEMA policy" as specified in Clause G.9 paragraph E (See below).

3) Contract modification appointing Robby Joyner as PCO.

4) Contract modification releasing retention and fee as agreed.

5) Correction to Task Order 18 Mod 2, section 14 replacing the word "maintenance" with "Group Site Design and Construction" (See below).

## Clarifications:

7/27/2006

BNIF 00000196

1) Invoice submission address update requested to Clause G.4:

### G.4 SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT (Amdt P00001)

(a) Payments of invoices or vouchers submitted under this contract shall be made in accordance with FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) for Firm Fixed Price Task Orders, or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (DEC 2002) for Time and Materials Task Orders, and in accordance with provisions of other clauses in this contract. The Contractor shall submit vouchers biweekly to the offices designated below. The contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer.

(b) Invoices or vouchers, and any required supporting documentation, must be properly identifiable with the Name of contractor, date of the invoice/voucher, contract number, task order number, name and address or EFT information that payment is to be sent to, and the name, title and phone number of the point of contact at the contractor's facility in case of a defective invoice/voucher. Invoices/vouchers shall be submitted as follows:

Original and 2 Copies: Federal Emergency Management Agency
    Disaster Finance Center
    Mt Weather EAC/Accounts Payable/Bldg 708
    PO Box 800
    Berryville, VA 22611

One Copy:    Contract Specialist
    Federal Emergency Management Agency
    Financial & Acquisition Management Division
    Flood, Fire & Mitigation Branch
    500 C Street SW, Room 350
    Washington, D.C. 20472

One Copy:    Contracting Officer's Technical Representative
    Federal Emergency Management Agency
    Recovery Division
    500 C Street SW, Room 600
    Washington, D.C. 20472

(c) Payments of invoices or vouchers shall be subject to the withholding provisions of FAR clause 52.232-10 "Payments Under Fixed Price" (AUG 1987) or 52.232-7 "Payments Under Time-and-Materials and Labor-Hour Contracts" (AUG 2005). In the event that the amounts are withheld from payment in accordance with provisions of this contract, a separate invoice for the amount withheld will be required before payment for that amount may be made.

2) We have previously requested guidance on "established FEMA policy" referenced in Clause G.9 paragraph E:

    E. Closeout of Task Orders

7/27/2006

BNIF 00000197

*All task orders* issued under this contract *shall be closed out in accordance with FAR Subpart 4.805 and established FEMA policy*. Upon completion of each Task Order and the receipt of the final voucher, the Government will begin closeout procedures.

5) Task Order 18, Mod P00002 needs to be corrected as follows:

"a. This modification is initiated based on mutual...Contractor shall perform continued ~~maintenance~~ Group Site Design and Construction services in accordance with..."

Your assistance in addressing the above items will be much appreciated.

Thanks, Scot Jenkins

Scot Jenkins
BNI/FEMA-TAC Prime Contracts
(865) 604-5318

7/27/2006

BNIF 00000198

Jenkins, Scot L.

| | |
|---|---|
| From: | Griebenow, Bret |
| Sent: | Friday, July 21, 2006 10:46 AM |
| To: | robby.joyner@fema.gov |
| Cc: | Keeney, Michael ; Belcastro, Barbara; Divjak, Paul H; Hume, Jack; Esselstrom, Thomas; Armstead, John (Mike); Jenkins, Scot L.; FEMA-TAC; Dufour, Peggy; Boswell, Michael; Kendle, Christine; Ollsen, John |
| Subject: | Task Order 18 Rev 2 Draft Work Plan and Business Proposal |
| | |
| Attachments: | TO 18 Rev 2 Draft Work Plan.pdf; TO 18 Rev 2 Business Proposal.pdf |

Mr. Joyner,

We are pleased to submit our revised Draft Work Plan and Business Proposal for Task Order 18, Group Site Design and Development (HSFEHQ-05-J-0018), under IA-TAC contract HSFEHQ-05-D-0572.

If you have any questions or need additional information, please let me know.

Best regards,

**Bret Griebenow**
BNI Frederick Proposal Center
5275 Westview Drive, BP3 1A5
Frederick, MD 21703-8306
(240) 379-3347

 

TO 18 Rev 2 Draft    TO 18 Rev 2
Work Plan.pd...    Business Proposal....

1

BNIF 00000199

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. P00004 | 3. EFFECTIVE DATE See Blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| DCMA Maryland 217 E. Radwood St., Suite 1800 Baltimore, Maryland 21202 | | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

(X) | 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572
HSFEHQ-05-J-0018

X

10B. DATED (SEE ITEM 13)
9/30/2005

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
1 2006-06-1604DR-9044 2591-D -$4,538,056.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302(a)(4) and (9)

| D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize contract HSFEHQ-05-D-0572 Task Order HSFEHQ-05-J-0018 (Task Order 18), Group Site Design, issued by Federal Emergency Management Agency (FEMA).

(See Continuation Page 2 for additional information)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P. H. DIV JAK, PVP and Program Mgr. | BARBARA A. BELCASTRO CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR _____ PVP (Signature of person authorized to sign) | 15C. DATE SIGNED 9/21/06 | 16B. UNITED STATES OF AMERICA BY Barbara A. Belcastro (Signature of Contracting Officer) | 16C. DATE SIGNED 9/25/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | HSFEHQ-05-D-0572   HSFEHQ-05-J-0018 P00004 | | 2 | | 2 |

| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | TOTAL |
|---|---|---|---|---|---|---|
| 0001 | See Below* | 1 | Lot | REDACTED | | $62,997,100.00 |

Under Task Order 18, Bechtel was to identify potential temporary housing solutions, resources, and requirements for people displaced as a result of Hurricane Katrina.  Subtask 1, Site Identification and Assessment, required the contractor to identify, assess, and inspect commercial, public, and private sites identified by FEMA to (a) identify, assess, and inspect the sites within the State of Mississippi, (b) provide FEMA a status report, and (c) site assessments must include:  land or property usage, location, accessibility, flood zone consideration, utility availability, capacity, characteristics, security, and other factors. Subtask 2, Group Site Design and Development, required the contractor to screen prospective sites in cooperation with FEMA, design, develop, and construct Group Sites as determined by FEMA, works authorized under this Task Order may include providing technical advice in FEMA consultations and site selection activities with Federal, State, and local official, any and all requisite design, engineering and logistics for installation of Group Sites.

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | REQUISITION NUMBER | | DEOBLIGATED AMOUNT |
|---|---|---|---|
| 1 2006-06-1604DR-9044 2591-D | WN00281Y2006T | P | -$4,538,056.00 |

This modification changes the total funded from $67,535,156.00 to $62,997,100.00.  This is a decrease of $4,538,056.00 (the deobligated amount).

RECAP OF FUNDING

| Order/Mod | ACRN Appropriation | Requisition Number | | Amount |
|---|---|---|---|---|
| TO 18 | $67,535,156.00 | AN01195Y2006T | P | $67,535,156.00 |
| P00001 | Time extension only | N/A | | N/A |
| P00002 | Time extension only | N/A | | N/A |
| P00003 | Corrected P00003 | N/A | | N/A |
| P00004 | -$4,538,056.00 | AN01195Y2006T | | -$4,538,056.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000201

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1     1 |

| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE See Blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                    CODE | ADMINISTERED BY (If other than Item 6)   CODE |
|---|---|
| DCMA Maryland 217 E. Redwood St., Suite 1800 Baltimore, Maryland 21202 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland 21703-8306 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | HSFEHQ-05-D-0572 RSFEHQ-05-J-0018 |
| | | 10B. DATED (SEE ITEM 13) 9/30/2005 |
| CODE | FACILITY CODE | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct the Requisition Numbers found in P00004, Page 2 of 2, RECAP OF FUNDING, from AN01195Y2006T to WR00281Y2006T. All other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A. BELCASTRO CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Barbara C. Belcastro_ (Signature of Contracting Officer) | 16C. DATE SIGNED 9/26/06 |
| (Signature of person authorized to sign) | | | |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000202

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TASK ORDER
## CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC | HSFEHQ-05-D-0572 | WN00281Y2006T |
| 5275 WESTVIEW DRIVE | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| FREDERICK MD 217038306 | HSFEHQ-05-J-0018 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| MICHAEL KEENEY | |

**8. ACCOUNTING AND APPROPRIATION DATA**

2006-06-1604DR-9044-XXXX-2591-D; $67,535,156.00

**9. WORK DETAILS**

This is an unpriced task order.  See continuation pages for terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Janica L. Uthe | Janice L. Uthe | 12/15/05 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

BNIF 00000203

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1.00 | LOT | $67,535,156.00 | $67,535,156.00 |
| | WORK SHALL BE PERFORMED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK | | | | |
| | FUNDING/REQ NO: | 1:$67,535,156.00 | | WN00281Y2006T | |

GRAND TOTAL ---    $67,535,156.00

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | WN00281Y2006T | P | $67,535,156.00 |

## A.2 TASK ORDER TERMS AND CONDITIONS

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 20, 2005, October 12, 2005, and October 13, 2005, for the period beginning September 20, 2005, through October 18, 2005. The amount of pre-authorization through October 18, 2005, is $21,000,000 for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 20, 2005, through February 15, 2006.

6. The estimated CPFF value of this order is $145,874,875.00 which includes estimated cost of REDACTED and fixed fee of REDACTED.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $67,535,156.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

   52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

   (a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $67,535,156.

   (b) The maximum amount for which the Government shall be liable if this contract is terminated is $67,535,156.

   52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

   (a) A CPFF definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

   (b) The schedule for definitizing this task order is:

       (1) Proposal: N/A
       (2) Negotiations on or before January 23, 2006;
       (3) Definitization within 5 days of agreement;

   (c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

       (1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

    (i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

    (ii) All clauses required by law as of the date of the Contracting Officer's determination; and

    (iii) Any other clauses, terms, and conditions mutually agreed upon.

  (2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26  PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

  (1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

  (2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

  (3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of

this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

   (1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

   (2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

      (i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

         (A) In accordance with the terms and conditions of a subcontract or invoice; and

         (B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

      (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

      (iii) Direct labor;

      (iv) Direct travel;

      (v) Other direct in-house costs; and

      (vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

   (3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Contract HSFEHQ-05-D-0572                                    Task Order HSFEHQ-05-J-0018

STATEMENT OF WORK
Group site Design and development - Direct Assistance
(Bechtel-Task Order 0018)
**Revised:** September 30, 2005

## 1   General Provisions

### 1.1   Disaster Information

Disaster:  1604
State:  Mississippi

**Joint Field Office Information:**

Address:        Joint Field Office
                515 E. Amite Street
                Jackson, Mississippi
                39201-2709

JFO Point of Contact:  Michael Keeney
Phone:  (703) 867-8011
Email:  Pending

Counties:  State of Mississippi.

## 2   Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

## 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statement

ATTACHMENT 1

1 of 3

BNIF 00000208

Contract HSFEHQ-05-D-0572                              Task Order HSFEHQ-05-J-0018

STATEMENT OF WORK
Group site Design and development - Direct Assistance
(Bechtel-Task Order 0018)
Revised: September 30, 2005

## 3.1  Site Identification & Assessment Task #1

The contractor shall inspect site identified by FEMA.  The contractor shall report the results
of the inspection to FEMA.

| Task Title | Remarks |
|---|---|
| Site Assessment | The contractor shall provide staffing to assess the sites identified within the State of Mississippi.  The contractor shall identify and perform services required to occupy.  The contractor will provide FEMA a report status. |

## 3.2  Group Site Design and Development

The contractor shall wait for FEMA to issue a Concurrence for Construction indicating that the
site has been evaluated and that it meets FEMA standards and requirements and is available for
development, before starting site preparation and/or construction activities.  After receiving
FEMA authorization, the contractor shall design and develop Greenfield temporary group sites,
Emergency Group Sites (EGS), and transitional neighborhoods as required and requested by
FEMA.  A greenfield site is an undeveloped area of land identified for community development
consisting of travel trailers, manufactured homes and/or other temporary housing alternatives.
An EGS is a short-term site that will support travel trailers and requires above-the-ground
utilities.

A transitional neighborhood is a temporary community of manufactured homes, travel trailers,
and/or other temporary structures including installation of streets and utilities (in accordance
with FEMA, State and local laws, specifications and codes) designed to house up to 1500 people.
The above includes planning, design, engineering, procurement and preparation of sites and
installation of housing units such as Travel Trailers, Manufactured Homes and/or other
temporary structures, including misc. infrastructure support facilities as requested by FEMA.

For EGS sites, the Contractor will provide utilities (e.g. power, gas, water, sewer and
wastewater, other as required by FEMA) and present the costs for reimbursement.  Unless
otherwise instructed by FEMA, utilities for greenfield sites and transitional neighborhoods will
be individually metered for payment by the occupant.

2 of 3

BNIF 00000209

Contract HSFEHQ-05-D-0572                                    Task Order HSFEHQ-05-J-0018

## STATEMENT OF WORK
Group site Design and development - Direct Assistance
(Bechtel-Task Order 0018)
**Revised:** September 30, 2005

The contractor shall provide any air quality, water quality, water discharge, environmental impact, and other related environmental monitoring requested by a resource agency as a condition to developing the site and/or any archeological, endangered species, wetland, and/or environmental Phase I or Phase II studies, survey, or assessments requested as a result of agency consultation during the identification of the site.

Installation of the travel trailers/mobile homes will be accomplished under Bechtel Task Order # 0004.

| Task Title | Projected Funding |
|---|---|
| Group Site Design, Development and Construct: Group Sites | The contractor will design, develop and construct group sites and EGS as determined by FEMA. The sites shall be developed according to the plan approved by FEMA Manufactured Housing Operations and or COTR within the necessary timelines identified by FEMA Manufactured Housing Operations/COTR. Works authorized under this Task Order may include providing technical advice in FEMA consultations and site selection activities with Federal, State and County officials, any and all requisite design, engineering, pre-turnover site security and logistics for installation of group sites. The contract also may provide coordination, planning and design activities in support of installations to be accomplished by others. |

**4. Period of Performance:** The period of performance is from the start date indicated in the Pre Authorization Notice through February 15, 2006.

3 of 3

BNIF 00000210

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. See Page 2 | | 5. PROJECT NO. (if applicable) | |
| 6. ISSUED BY                         CODE | | 7. ADMINISTERED BY (if other than Item 6) | | CODE | |

6. ISSUED BY
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC  5275 WESTVIEW DRIVE  FREDERICK MD 217038306 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0019 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required)   See Page 2 |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority)   FAR 52.216-24 Limitation of Government Liability (Apr 1984) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Governments Liability as it relates to subject Task Order.

a. Funding in the amount of $574,887.50 is hereby provided and increases said liability for the indicated dollar The Governments liability under this Task Order will not extend beyond this additional funding amount.

b. The final negotiated cost, for subject Task Order, may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR  (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA  BY _____  (Signature of Contracting Officer) | | 16C. DATE SIGNED 14 June 86 |

STANDARD FORM 30 (REV. 10-83)

HSFEHQ-05-D-0572  HSFEHQ-05-J-0019  P00001

## A.1 PRICE/COST SCHEDULE

```
ITEM       DESCRIPTION OF          QTY    UNIT           UNIT              AMOUNT
NO.        SUPPLIES/SERVICES                             PRICE

0001                               1.00                $574,887.50     $574,887.50
           Unit Deactivation and Removal
           FUNDING/REQ NO:    1:   $574,887.50   AN01195Y2006T


                                         GRAND TOTAL ---          $574,887.50
                                                                 ===================

ACCOUNTING AND APPROPRIATION DATA:

ACRN APPROPRIATION                       REQUISITION NUMBER               AMOUNT

  1 2006-06-1604DR-9044--2591-D          AN01195Y2006T       P      $574,887.50
```

## A.2 DELIVERY SCHEDULE

```
     ITEM NUMBER        QUANTITY     DATE OF DELIVERY
     0001                 1.00
```

BNIF 00000212

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1   2 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE See Blk 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY                    CODE    82101A | | ADMINISTERED BY (If other than Item 6)  CODE | | |
| DCMA Maryland 217 E. Redwood St., Suite 1800 Baltimore, Maryland 21202 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland 21703-8306 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0019 |
| | X | 10B. DATED (SEE ITEM 13) 2/23/2006 |
| CODE | FACILITY CODE | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

1 2006-06-1604DR-9044 2591-D $579,230.50

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | | |
|---|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302(a)(4) and (9) | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize contract HSFEHQ-05-D-0572 Task Order HSFEHQ-05-J-0019 (Task Order 19), Unit Deactivation and Removal, issued by Federal Emergency Management Agency (FEMA).

(See Continuation Page 2 for additional information)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A. BELCASTRO CONTRACTING OFFICER | |
|---|---|---|---|
| P.H. DIVJAK, VP, and Program Mgr | | | |
| 15B. CONTRACTOR/OFFEROR _(Signature of person authorized to sign)_ | 15C. DATE SIGNED 9/20/06 | 16B. UNITED STATES OF AMERICA BY _(Signature of Contracting Officer)_ | 16C. DATE SIGNED 9/21/06 |
| NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE | | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |

| CONTINUATION SHEET | | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|---|
| | | HSFEHQ-05-D-0572 HSFEHQ-05-J-0019 P00002 | | | | 2 | | 2 |

| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | TOTAL |
|---|---|---|---|---|---|---|
| 0001 | See Below* | 1 | Lot | REDACTED | | $3,932,620.00 |

Subtask 1, Unit Deactivation and Removal, required the contractor to provide management of staff and resources, deactivate up to 1,500 temporary housing units (THUs) and return to FEMA. Additional elements of Subtask 1 were to deactivate and clean the units, perform site restoration as appropriate and coordinated with FEMA, deliver the units to locations identified by FEMA, obtain appropriate permits and perform necessary site preparation, establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade, and establish procedures to monitor and track progress and compliance with specifications.

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|
| 1 2006-06-1604DR-9044 2591-D | AN01195Y2006T | P | $579,230.50 |

This modification changes the total funded from $3,353,389.50 to $3,932,620.00. This is an increase of $579,230.50.

RECAP OF FUNDING

| Order/Mod | ACRN Appropriation | Requisition Number | | Amount |
|---|---|---|---|---|
| TO 19 | $2,778,500.00 | AN01195Y2006T | P | $2,778,500.00 |
| P00001 | $574,887.50 | AN01195Y2006T | P | $574,887.50 |
| P00002 | $579,230.50 | AN01195Y2006T | P | $579,230.50 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                                36-100                    STANDARD FORM 36 REV. 10-83)

BNIF 00000214

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER     **CONFORMED COPY**

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | AN01155Y2006T |
|  | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|  | HSFEHQ-05-J-0019 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| MICHAEL KEENEY |  |

**8. ACCOUNTING AND APPROPRIATION DATA**

SEE CONTINUATION PAGE(S)

**9. WORK DETAILS**

This is an unpriced task order. See continuation pages for the terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER:<br>Janice L. Uthe | SIGNATURE OF ORDERING/CONTRACTING OFFICER:<br>*Janice L. Uthe* | DATE:<br>02/23/06 |
|---|---|---|

FEMA Form 40-20, JUN 97                                                REPLACES ALL PREVIOUS EDITIONS

BNIF 00000215

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lot | $2,778,500.00 | $2,778,500.00 |
| | Work shall be performed in accordance with the attached Statement of Work. FUNDING/REQ NO:   1: $2,778,500.00   AN01195Y2006T | | | | |

GRAND TOTAL --- $2,778,500.00
=================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | AN01195Y2006T | P | $2,778,500.00 |

## A.2 TASK ORDER TERMS AND CONDITIONS

1. The contractor shall provide all necessary personnel, materials, services, equipment and facilities and otherwise do all things necessary to provide the services described in the attached Statement of Work.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 21, 2005 and ending May 31, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 21, 2005, November 29, 2005, December 19, 2005, January 18, 2006, and January 31, 2006, for the period beginning September 21, 2005, through February 14, 2006. The amount of pre-authorization through February 14, 2006 is $1,000,000.00 for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the attached Statement of Work.

5. The period of performance of this task order is September 21, 2005 through May 31, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $5,974,000.00 which includes estimated cost of REDACTED and fixed fee of REDACTED.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $2,778,500.00.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $2,778,500.00.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $2,778,500.00.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition

Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this task order is:

(1) Proposal, Revision 1 is due February 21, 2006;

(2) Negotiations on or before March 01, 2006

(3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract,

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26, PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made—

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

CONTINUATION PAGE                              HSFEHQ-05-D-0572/HSFEHQ-05-J-0019

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000220

Contract HSFEHQ-05-D-0572                                      Task Order HSFEHQ-05-J-0019

STATEMENT OF WORK
Deactivation & Removal - Direct Assistance
(Bechtel-Task Order 0019 Rev1)
Revised: December 21, 2005

# 1  General Provisions

## 1.1  Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:        Joint Field Office
                515 E. Amite Street
                Jackson, Mississippi
                39201-2709

JFO Point of Contact:  Michael Keeney, COTR
Phone: 601-965-2200
Email: michael.keeney@associates.dhs.gov

Counties:  State of Mississippi.

# 2  Change Control

The following section summarizes the changes incorporated into this statement of work.

| Date | Requestor | Description of change |
|------|-----------|------------------------|
| 12/19/05 | Michael Keeney | Added Section 2 Change Control affects renumbering of sections |

# 3  Operational Objective:  Identify and provide temporary housing solutions for all people displaced in Hancock, Harrison and Jackson counties of Mississippi because of Hurricane Katrina.

# 4  Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements identified in this task order in accordance with the Performance Work Statement

BNIF 00000221

Contract HSFEHQ-05-D-0572                          Task Order HSFEHQ-05-J-0019

STATEMENT OF WORK

Deactivation & Removal – Direct Assistance
(Bechtel-Task Order 0019 Rev1)
Revised: December 21, 2005

## 4.1   Unit Deactivation and Removal Sub-Task#1

The contractor shall deactivate and remove units identified by FEMA within seven (7) calendar
days following notification of the requirement.  The Contractor shall:

1. Deactivate the units in appropriately using necessary staffing.

2. Perform site restoration as appropriate and coordinate with FEMA.

3. Establish procedures to ensure that the quality of the work performed complies with
   generally accepted practices with the trade.

4. Establish procedures to monitor, and track progress and compliance with specifications.

| Task Title | Remarks |
|---|---|
| Task#1 Deactivation and Removal of Travel Trailers (TT) | The contractor shall deactivate and remove up to 4000 travel trailers on individual private, commercial, and group sites to be identified by FEMA. The contractor will deliver the units to locations identified by FEMA. This task includes obtaining appropriate permits and performing necessary site preparation. All TT's shall be cleaned and sites restored as coordinated with FEMA. |

**5.   Performance Date**: Period of performance is September 21, 2005 through May 31,
2006.

U.S. Department of Homeland Security
Washington, DC 20472



September 3, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0003

Pursuant to referenced contract, clause G.8, Task Order Procedures, you are hereby requested to submit a written technical and business proposal for services required in the attached draft Statement of Work. The period of performance is 120 days from the effective date of the task order.

The technical proposal is to be in the form of a Work Plan. It must specify the contractor's proposed technical approach to performing the specific task required within the timeframe specified, identify the names of key personnel who will be performing the work, specify deliverables and due dates. The Work Plan should demonstrate your clear understanding of the government's requirement. The Work Plan is subject to negotiations and approval by the COTR.

The business proposal must identify labor categories, hours per labor category, materials and other direct costs. You should include an itemization of all estimated costs i.e. labor categories, hours, labor rates, extended totals by labor category, other direct costs, subcontract costs and indirect costs, proposed for the entire effort. Submit adequate supporting documentation with your proposal. All costs including profit/fee are negotiable.

Your response is due within 15 days of the date of this letter. In order to expedite this process please submit your proposal by e-mail to: nancy.costello@fema.gov.

If you have any questions or need additional information, please call me on (202)646-3439.

Sincerely yours,

Marcus Tikotsky
Contracting Officer

cc: David Porter, COTR

www.fema.gov

BNIF 00000223

Contract No.HSFEHQ-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Direct Assistance
(Bechtel-Task Order-3)

# 1   General Provisions

## 1.1   Disaster Information

Disaster:  1604
State:  Mississippi

**Joint Field Office Information:**

Address:      Housing Area Command
              MMR Construction
              15961 Airline Hwy
              Baton Rouge, LA 70817


JFO Point of Contact:  David Porter, COTR
Phone:                 202-438-1294
Email:                 david.porter@dhs.gov

Counties:  State of Mississippi.

# 2   Operational Objective:  Identify potential temporary housing solutions, resources, and requirement in Mississippi for people displaced as a result of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below.  Contractor shall execute the below tasks and the pre-deployment meetings in accordance with the PWS contained in the contract.

## 3.1   Site Identification & Assessment:  Sub-Task #1

The contractor shall inspect sites identified by FEMA.  The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Qty |
|---------|------------|---------------|
| 1 | Site Assessment | 20 people |

Remarks: The contractor shall provide staffing to identify potential sheltering and housing facilities that can be used by FEMA to support disaster-housing operations.  The contractor shall identify the services, renovations, and site preparation required to occupy or use the facilities, or sites.  The contractor will provide FEMA a status report on the results of their findings.

ATTACHMENT 1

1 of 2

BNIF 00000224

Contract No.HSFEHQ-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Direct Assistance
(Bechtel-Task Order-3)

### 3.2  Miscellaneous Support Staff:  Sub-Task #2

The contractor shall provide support staff to participate with Strike Team activities.

| Task ID | Task Title | Projected Qty |
|---------|-----------|---------------|
| 2 | Miscellaneous Support Staff | 8 Strike Teams |

Remarks: The contractor shall provide staffing in support of the recovery Division mission for 120 days to participate on and support strike team and disaster associated activities The contractor will provide FEMA a status report.

### 3.3  Housing Strategy Support Services:  Sub-Task #3

The contractor shall support the development of the Disaster Housing Strategy.  This includes incorporating the short-term approaches and priorities with the Long-term Recovery Committee activities as defined by FEMA.  The contractor shall work closely with FEMA staff and other staff to include other contractors.  The contractor shall track and monitor the disaster action plans as pertaining to housing and sheltering operations.  The contractor shall attend and participate in appropriate strategy sessions as defined and coordinated with FEMA disaster priorities.

| Task ID | Task Title | Projected Qty |
|---------|-----------|---------------|
| 3 | Housing Strategy Support Services | Long-Term Housing Strategy |

Remarks: Contractor shall provide housing strategy support services for 120 days.  The contractor shall coordinate the number and make-up of contractor staffing with the HAC and JFO mission and activities.  The contractor should be prepared to work in a stressful and demanding environment in order to meet aggressive disaster priorities.  This includes, but is not limited to, working with other contractors and FEMA JFO staff to analyze and identify trends, research and assess commercial and group site availability versus needs and housing alternatives and other available resources.  The contractor shall provide technical expertise and support in the development of the Long-Term Housing Strategy.

4.    Period of Performance:

The period of performance shall be 120 days from the effective date of the task order.

BNIF 00000225

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

**CONFORMED COPY**

September 7, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572.

As a Government cost-reimbursement contractor under the above numbered contract, you are hereby authorized to place orders under GSA's Federal Supply Schedules Program, subject to the conditions listed below. A written finding supporting the issuance of this authorization has been made in accordance with FAR 51.102.

1. This authorization expires on July 30, 2006.
2. Purchases made under this authorization are limited to $ 30,000,000.
3. This authorization does apply to overhead supplies and does apply to production supplies.
4. Vesting of title for supplies purchased under this authorization shall be as follows:

> Department of Homeland Security
> Federal Emergency Management Agency
> 500 C St., S.W., Room 350
> Washington, DC 20472

Any supplies and services purchased under this authorization must be properly accounted for and properly used. You are authorized to order only those supplies and services required in the performance of your contract(s) referenced above. You are responsible for compliance with the applicable policies and procedures prescribed in FAR 51.1, particularly FAR 51.103, regarding the purchasing from GSA Federal Supply Schedule contracts.

The contractor shall make every effort to return excess government property to suppliers and credit the government, minus any restocking costs, to minimize costs and excess government supplies.

Should you have any questions, you may contact me on 202-646-4373.

Sincerely,

*Nancy A Costello*

Nancy A. Costello
Contracting Officer

www.fema.gov

CONTRACTS
SEP 1 6 2005
RECEIVED

BNIF 00000226

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 8, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0001.

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated August 29, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Field Management Team services (DR-1603-LA).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $1,000,000 for the period August 28, 2005 through September 22, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0001 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $1,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 8, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0001.

In order to increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 8, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Field Management Team services (DR-1603-LA).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $3,000,000 for the period August 28, 2005 through September 22, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0001 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $3,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

U.S. Department of Homeland Security
Washington, DC  20472

 **FEMA**

September 24, 2005

Ron Wessel
Bechtel Corporation                                    **CONFORMED COPY**
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0001.

In order to extend the time authorized, this letter supersedes and replaces the pre-award
incurrence of cost authorization dated September 8, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for
Field Management Team services (DR-1603-LA).

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $3,000,000 for the period August 28, 2005 through October
7, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572
will be awarded and Task Order no. HSFEHQ-05-J-0001 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$3,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
OCT 0 4 2005
RECEIVED

www.fema.gov

U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472



## CONFORMED COPY

August 29, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0001

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0001 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $500,000 for the period August 28, 2005 through September 13, 2005, for required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0001 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact Nancy Costello on (202)646-4373.

Sincerely,

Chandra G. Lewis
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

September 1, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0002

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0002 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $500,000 for the period September 1, 2005 through September 15, 2005, for Housing Area Command (HAC) Coordinataion (DR-1604-MS) services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0002 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

*Nancy A. Costello*

Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

September 8, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0002.

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 1, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Housing Area Command (HAC) Coordination (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $1,500,000 for the period September 1, 2005 through September 22, 2005 for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0002 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $1,500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 24, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0002.

In order to extend the period of time authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 8, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Housing Area Command (HAC) Coordination (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $1,500,000 for the period September 1, 2005 through October 7, 2005 for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0002 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $1,500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

CONTRACTS
OCT 0 4 2005
RECEIVED

Sincerely,

*Nancy A. Costello*

Nancy A. Costello
Contracting Officer

www.fems.gov