IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**STARLETT M. KING as wrongful death
beneficiary and representative of JEFF
SHETTERLY, DECEASED, together with all
individually and entities whose names appear on
the attached Exhibit "A"**          **PLAINTIFFS**

V.                                   NO. 10-2882

**CH2M HILL CONTRACTORS, INC., BECHTEL
NATIONAL, INC., SHAW ENVIRONMENTAL, INC.,
and THE UNITED STATES OF AMERICA
through the  FEDERAL EMERGENCY MANAGEMENT
AGENCY and DOUG BOYD ENTERPRISES, LLC.**          **DEFENDANTS**

## MOTION FOR ADDITIONAL TIME

COMES NOW Doug Boyd Enterprises, LLC, and, without waiving any of its objections under Rule 12, Federal Rules of Civil Procedure, moves the Court for an additional thirty (30) days time in which to raise its Rule 12, Federal Rules of Civil Procedure objections, or to answer, plead or otherwise respond to the Complaint and to discovery, if any, filed herein against it, and in support of said Motion would respectfully show unto the Court as follows, to-wit:

This Defendant has not had time to properly confer with its counsel to determine whether it has any valid objections, pursuant to Rule 12, Federal Rules of Civil Procedure, or to prepare and file a proper answer, pleading or otherwise respond to the Complaint and discovery, if any, filed herein against it, and additional time is needed for such purpose.

WHEREFORE, this Defendant files this, its Motion for Additional Time and asks for an additional thirty (30) days time in which to raise any and all objections which it might have pursuant

to the Federal Rules of Civil Procedure, or to answer, plead, or otherwise respond to the Complaint and discovery, if any, in the above captioned matter.

      This, the 10th day of November, 2010.

                              Respectfully submitted,

                              DOUG BOYD ENTERPRISES, LLC

                              BY: COPELAND, COOK, TAYLOR & BUSH, P.A.

                              BY:   */s/ William L. McDonough, Jr.*
                                         WILLIAM L. McDONOUGH, JR.
                                         MSB#  2414

## CERTIFICATE

I, WILLIAM L. McDONOUGH, JR., do hereby certify that I electronically filed the foregoing Motion to Stay Execution of Judgment with the Clerk of the Court using the ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-EC/ECF participants.

This the 10th day of November, 2010.

/s/ William L. McDonough, Jr.
WILLIAM L. McDONOUGH, JR.


COPELAND, COOK, TAYLOR & BUSH, P.A.
ATTORNEYS AT LAW
Post Office Box 10
Gulfport, MS  39502
Telephone:  (228) 863-6101
Facsimile:   (228) 868-9077
wmcdonough@cctb.com