IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**STARLETT M. KING as wrongful death
beneficiary and representative of JEFF
SHETTERLY, DECEASED, et al.**                                    **PLAINTIFFS**

**V.**                                                                                    **NO. 10-2882**

**CH2M HILL CONTRACTORS, INC., BECHTEL
NATIONAL, INC., SHAW ENVIRONMENTAL, INC.,
and THE UNITED STATES OF AMERICA
through the FEDERAL EMERGENCY MANAGEMENT
AGENCY and DOUG BOYD ENTERPRISES, LLC.**              **DEFENDANTS**

## ORDER GRANTING ADDITIONAL TIME

This cause having come on this day to be heard on the Motion of the Defendant, Doug Boyd Enterprises, LLC, for an additional thirty (30) days time in which to plead without waiving any of its defenses pursuant to the Federal Rules of Civil Procedure, and especially any of its Rule 12 defenses, and the Court, being fully advised in the premises, finds that said Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED, that Doug Boyd Enterprises, LLC be and it is hereby given an additional thirty (30) days time from the date of this Order in which to file any objections it might have pursuant to the Federal Rules of Civil Procedure, especially Rule 12, and/or to answer, plead or otherwise respond to the Complaint and discovery, if any.

ORDERED AND ADJUDGED, this the _____ day of _____, 2010.

_____

Submitted by:

William L. McDonough, Jr.
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 10
Gulfport, MS  39502
Telephone:  (228) 863-6101
Facsimile:   (228) 868-9077
wmcdonough@cctb.com
**Counsel for Defendant Doug Boyd Enterprises, LLC**