**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.74 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.34 |

Postmark Here — AUG 11 2010 — 39520 USPS

Sent To: Forest River, Inc. through J. Richard Ransel
Street, Apt. No.; or PO Box No. 228 W. High Street
City, State, ZIP+4 Elkhart, IN 46516

PS Form 3800, August 2006          See Reverse for Instructions

7010 0290 0002 2007 5861

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
Through its Agent for Service
J. Richard Ransel
228 W. High Street

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Sump      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A. Sump
C. Date of Delivery: 8-16-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2007 5861

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**EXHIBIT**
"C"