## PROOF OF SERVICE - SUMMONS, COMPLAINT and AMENDED COMPLAINT

TO: **Bechtel National, Inc.**
**Cook, et al v Forest River, Inc.,et al**
**Civil Action No. 2010-00130, Circuit Court of Jackson County**

I, the undersigned process server, served the Summons, Complaint and Amended Complaint upon the person or entity named above in the manner set forth below: *(Process Server must check proper space and provide all additional information that is requested and pertinent to the mode of service used.)*

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

__X__ **PERSONAL SERVICE:** I personally delivered copies of the Complaints and Summons to **Bechtel National, Inc., through its registered agent, C T Corporation System**, on the __19th__ day of __August__, **2010**, at approximately __1:45 pm__. where I found said person(s) in __RANKIN__ County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ___ day of _____, 2010, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:**   FEE FOR SERVICE $ __25.00__

NAME: __John Conway__
SOCIAL SECURITY NO. __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__
ADDRESS __4426 Hickory Ridge Rd. Jackson, MS 39211__
TELEPHONE NO. __601 622 5587__

State of __MISS.__
County of __HINDS__

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named __John Conway__ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

__[signature]__
PROCESS SERVER (signature)

SWORN TO AND SUBSCRIBED before me, this the __24th__ day of __August__, 2010.

__Deana Robb__
Notary Public

ID # 95586
DEANA E. ROBB
Commission Expires
March 23, 2014

My Commission Expires:
__March 23, 2014__

EXHIBIT "D"