| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | SPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. PG0001 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038336 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| N/A |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.216-25, CONTRACT DEFINITIZATION (OCT 1997) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __003__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE(S)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>THOMAS R. MCKINNEY<br>BNI MANAGER OF OPERATIONS | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Janice L. Uthe<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>12-2-05 | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>12/13/05 |

STANDARD FORM 30 (REV. 10-83)

**EXHIBIT**
**2**

EXHIBIT "E"

BNIF 00000001

CONTINUATION PAGE                                    HSFEHQ-05-D-0572

The purpose of this modification is to to definitize letter contract HSFEHQ-05-D-0572.

Accordingly:

1. The third sentence of subparagraph (c) in Section B.3 is changed to read as follows: "If deemed necessary, Time-and-Material or Labor Hours rates will be negotiated and added to the contract by future modification to this contract."

2. Subparagraph (b) in Section B.3 is changed to read as follows: "Estimated cost will be negotiated on a task order basis. For cost plus fixed fee task orders under this contract, the negotiated fixed fee to be applied to the total estimated cost is 7.5 percent. The contractor shall be reimbursed for actual, incurred costs and fixed fee under each cost type task order."

3. The first sentence of the third paragraph in Section B.5 of the contract is hereby changed,
   FROM: Management and Administration (M&A) will be awarded by Time and Material or Labor Hour Task Order.
   TO: Management and Administration (M&A) will be awarded by Cost Plus Fixed Fee Task Order.

4. The Contractor's DCAA approved Forward Pricing Rate Agreements, dated August 11, 2005, as follows, are hereby incorporated into Section B.6, NEGOTIATED INDIRECT COST RATES to be utilized until such time as DCAA amends or establishes final approved rates:

   Overhead Rates:
       Permanent Office (PO) Overhead:
       Project Office (PT) Overhead:
       Construction Office (CO) Overhead:
   General & Administrative (G&A):

   

   Facilities Capital Cost of Money (FCCM):
       Permanent Office (PO) FCCM:
       Project Office (PT) FCCM:
       Construction Office (CO) FCCM:
   General & Administrative (FCCM):

5. The Contractor's DCAA approved Forward Pricing Rate Agreements, dated August 11, 2005, as stated above, are hereby incorporated into Section B.7, LIMITATION OF INDIRECT COSTS, and will be utilized until such time as DCAA amends or establishes final approved rates.

6. The first sentence in Section B.8 is hereby changed as follows:
   FROM: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed $53,440,000...

2

BNIF 00000002

CONTINUATION PAGE                                    HSFEHQ-05-D-0572

TO: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed the amount as specified in each Task Order...

7. Section F.2 is changed to read as follows: "The contract shall be effective through January 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

8. The following sentence is hereby added to Section G.2, "If deemed necessary, Time and Material or Labor Hour rates will be negotiated and added to the contract by future modification."

9. The special character after (RTN) in G.3.b.2 (a) is hereby deleted.

10. The following sentence in Section G.4(a) is hereby changed,
    FROM: The Contractor shall submit vouchers once each month...
    TO: The Contractor shall submit vouchers biweekly...

11. In Section G.4 (c), the date of clause 52.232-7 is hereby changed as follows:
    FROM: DEC 2002
    TO: AUG 2005

12. The sentence is Section G.5 is hereby changed as follows:
    FROM: For the purpose of this contract the Contracting Officer's Technical representative shall be: David Porter.
    TO: The Contracting Officer's Technical Representative will be appointed by letter, and a copy of the letter will be provided to the Contractor.

13. The following sentence is hereby added to Section H.11 (a): "The property threshold amount is $300.00." The following sentence is added to Section H.11 (b): "The due date for the annual Contract Report of Government Property for 2005 has been extended by 60 days from October 15, 2005, to December 15, 2005." [need to add approval process for accountable property—TO 6]

14. Section H.13, ACQUISITION OF GOVERNMENT PROPERTY is hereby deleted in its entirety.

15. Contract type "CPFF = Cost Plus Fixed Fee" is hereby added to the applicable contract types listed under Section I.1, NOTICE OF HYBRID CONTRACT.

16. The following figures are hereby inserted in Section I.5 (a), (b) and (d):
    (a) $10,000
    (b)(1) $500,000,000
    (b)(2) $500,000,000
    (d) 5 days

3

17. The following phrase is added to the last sentence in Section I.6 (d), "…12 months after issuance date of Task Order 4."

18. The following phrase is added to the last sentence in Section I.7, "…the term of the contract."

19. FAR 52.225-9, BUY AMERICAN ACT—CONSTRUCTION MATERIALS (JAN 2005) in Section I.12 is hereby deleted and replaced with FAR 52.225-11, BUY AMERICAN ACT—CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (JAN 2005).

20. FAR 52.225-10, NOTICE OF BUY AMERICAN ACT REQUIREMENT— CONSTRUCTION MATERIALS (MAY 2002) in Section I.13 is hereby deleted and replaced with FAR 52.225-12, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS UNDER THE TRADE AGREEMENTS (JAN 2005).

21. The following phrase is inserted in Section I.16 (e): "Cost Reimbursement, Time and Materials, or Labor Hour subcontracts. Notification of consent to subcontract will be provided by the Contractor for any subcontract $100,000 or greater."

22. The following sentence is hereby added to Section G.3, INVOICES: "Invoices will be paid within 30 days with the exception of Task Order 3 and Task Order 4, which will be paid in 14 days." Subparagraph (a)(1) (i) and (ii) of Section I.14, PROMPT PAYMENT (FEB 2002) – ALTERNATE I (FEB 2002) is modified respectively from "The 30th day after…" to "The 14th day after…".

23. The requirement for submission of weekly payrolls to the Contracting Office in Subparagraph (b)(1) of Section I.2, FAR 52.222-8, PAYROLLS AND BASIC RECORDS is modified to allow certified payrolls to be maintained by the Contractor at its Corporate Accounting Office in Oakridge, Tennessee. The Contractor shall make these payrolls available to the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor upon request.

24. The following is hereby added as Section H.14:, Electronic Direction by the Contracting Officer and Contracting Officer's Technical Representative: "Contracting Officer and Contracting Officer's Technical Representative direction that is issued via email is to be considered formal written direction for the purposes of this contract."

25. The following clauses are hereby added to the contract,
    - FAR 52.236-7, PERMITS AND RESPONSIBILITES (NOV 1991)
    - FAR 52.224-1, PRIVACY ACT NOTIFICATION (APR 1984)
    - FAR 52.224-2, PRIVACY ACT (APR 1984)

4

BNIF 00000004

HSFEHQ-05-D-0572

26. Exhibits 1 through 15 contain multiple fixed-price references related to performance
and reperformance due to noncomformance with the contract requirements.
However, the Government and the Contractor agree that the work shall be subject to
the applicable inspection clause contained in the contract in Section E related to the
contract type of the particular task order for the prime if the work is self-performed or
to the contract type of the subcontractor if the work is subcontracted.

27. "Operations plan" is hereby deleted from the Performance Work Statement (PWS),
Section 2.2.9, and replaced with "Environmental Health and Safety Plans."

28. The first sentence in the PWS, Section 2.5.2 is hereby changed as follows:
FROM: The contractor shall develop a work plan specific to temporary disaster
housing that will identify the various factors which could impact the temporary
disaster housing mission and what it would take to perform each task in the most
effective, efficient and expeditious manner available.
TO: The contractor shall develop a work plan specific to each task order that will
identify temporary disaster housing and the various factors which could impact the
temporary disaster housing mission and what it would take to perform each task in
the most effective, efficient and expeditious manner available.

29. Section 2.9 of the PWS is hereby corrected to read as follows: "INSTALLATION
TEMPORARY OF MOBILE STRUCTURES."

30. The following sentence is hereby deleted from Section 2.12.1 of the PWS,
DELETE: Unless otherwise specified by FEMA the design service shall include, but
not limited to environment and traffic studies."

31. The following sentence in Section 2.12.1 of the PWS is hereby changed as follows:
FROM: Delivery of a design product may not result in follow-on construction service.
TO: Delivery of a design product may or may not result in follow-on construction
service. The second sentence in Section 2.12.1 of the PWS is deleted in its entirety.

32. The following sentence in Section 2.13.9.2 of the PWS is hereby changed as
follows:
FROM: The contractor shall provide individual private shower stalls too include a
private changing area.
TO: The contractor shall provide individual private shower stalls to include a private
changing area.

33. The second sentence under Section 2.14.4 of PWS is hereby changed as follows:
FROM: Contractor shall provide adequate security to ensure the safety and security
of persons at facilities designated by FEMA.
TO: Contractor shall provide adequate security to ensure the safety and security of
persons at facilities during construction activities as designated by FEMA.

34. The second sentence under Section 2.15.7 of PWS is hereby changed as follows:

5

CONTINUATION PAGE                                         HSFEHQ-05-D-0572

FROM: The contractor shall provide adequate security to ensure the safety and security of persons at DR centers.

TO: The contractor shall provide adequate security to ensure the safety and security of persons at DR centers during construction activities.

35. The word "for" is hereby deleted from the first sentence in Section 2.15.6 of the PWS.

36. The PVC sewer pipe listed in Exhibit 7, Section 2.1.4(1) is hereby changed as follows:
    FROM: ASTM D-2727
    TO: ASTM D-2729

37. Section 2.1.21 of Exhibit 7 is hereby changed as follows:
    FROM: Provide and Install 5KW Generator
    TO: Provide and Install Appropriate Generator for the Installation.

38. Section 2.1.18 of Exhibit 7 is hereby changed as follows:
    FROM: Aboveground Electrical Excess
    TO: Above-Ground Electrical Excess

39. Exhibit 7, Section 2.1.20 is modified to add the following: If installation requires, an additional 25' potable water hose can be provided.

40. Exhibit 10, Section 3.4 – Bechtel to provide

41. Exhibit 10, Section 5.6, subparagraph (b) – Bechtel to provide

42. The following sentence is hereby added as a second sentence to the PWS, Section 2.12.2: "The Contractor's requests for technical variances from the standards, as specified herein, shall be submitted, in writing, to the COTR and CO for review and approval."

43. All references to Time and Materials (T&M) in Exhibit 10 are hereby deleted.

44. The attached Small Business Subcontracting Plan, dated September 30, 2005 is hereby incorporated into and made part of the contract.

45. All other terms and conditions remain in full force and effect.

   END OF MODIFICATION P00001 TO CONTRACT HSFEHQ-05-D-0572

6



September 30, 2005

Federal Emergency Management Agency
U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472
Attention: Nancy Costello, Contracting Officer

Reference Solicitation Number HSFEHQ-05-R-0045

Dear Ms. Costello:

Enclosed please find our revised Small Business Subcontracting Plan. Although not
required by the solicitation, this document was prepared and submitted with our proposal
on September 17, 2005. Our small business subcontracting goals were established based
on FEMA guidance provided at that time, which indicated small business subcontracting
goals of 23 percent. We proposed 25 percent. FEMA's guidance has since been revised
to indicate a 40 percent small business subcontracting goal.

We are experiencing a high success rate in subcontracting to small businesses in
Mississippi. Based on this experience, we have revised our subcontracting goal to 45
percent and expect to exceed that during the course of this contract.

Yours sincerely,

Thomas R. McKinney
Principal Vice President
Manager of Operations
Defense and Space

**BECHTEL NATIONAL, INC.**                                             5275 Westview Drive
                                                                        Frederick, MD 21703-8306



**FEMA**
IA TAC Solicitation No. HSFEHQ-05-R-0045

## 3. Small Business Subcontracting Plan (Draft)

(Contract Attachment B)

**Name of Contractor:** Bechtel National, Inc.
**Address:** 5275 Westview Drive, Frederick, MD 21703-8306
**Solicitation Number:** HSFEHQ-05-D-0572
**Item/Service:** Individual Assistance – Technical Assistance Contract
**Amount of Contract:** Estimated: $100,000,000

This individual Small Business Subcontracting Plan describes our approach to involving small business (SB), veteran-owned small business (VOSB), service-disabled veteran-owned small business (SDVOSB), historically underutilized business zone (HUBZone) small business, small disadvantaged business (SDB), and women-owned small business (WOSB) concerns to the maximum extent practicable and to the extent consistent with the government's interest. Preference will be given to local small businesses. The FEMA Small Business Subcontracting Plan is submitted in accordance with FAR19.708 (b), FAR 52.219-8 and 52.219 9.

### I. Goals

| Total estimated dollars available for subcontracting = $50,000,000 | | |
|---|---|---|
| Category | Percentage of total estimated subcontracting effort | Dollar amount |
| Total planned and available for subcontracting to SB concerns | | 2,500,000 |
| Total planned and available for subcontracting to SDB concerns (included in SB concern numbers)* | | 2,500,000 |
| Total planned and available for subcontracting to WOSB concerns (included in SB and partially in SDB concern numbers)* | | 2,500,000 |
| Total planned and available for subcontracting to HUBZone SB concerns (included in SB concern numbers)* | | 1,500,000 |
| Total planned and available for subcontracting to VOSB concerns (included in SB concern numbers)* | | 500,000 |
| Total planned and available for subcontracting to SDVOSB concerns (included in SB concern numbers)* | | 1,500,000 |

*Each of these items is a subcategory of the total planned SB subcontracting dollars. In some cases, the same dollars may be reported in more than one category (e.g., SDBs owned by women or veterans).

*Figure 3–1. Small Business Subcontracting Goals. We are committing to subcontract $22,500,00 to SB concerns.*

Bechtel National, Inc.      Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

3–1
Revised 9/30/05

BNIF 00000008



**FEMA**

U.S. Solicitation No. HSFEHQ-05-R-0045

## A. Percentage Goals

Figure 3–1 shows our goals expressed in percentages of total planned subcontracted dollars and dollar values for the FEMA contract for the use of SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB concerns.

## B.1. Potential Subcontracting Opportunities for Small Business

| Subcontracting opportunities | SB | SDB | WOSB | HUBZone | VOSB | SDVOSB |
|---|---|---|---|---|---|---|
| Packaged substations | ■ | | | | | |
| Communications equipment | ■ | | | | ■ | ■ |
| Mechanical equipment | ■ | | | ■ | | ■ |
| Electrical equipment | ■ | ■ | ■ | | ■ | ■ |
| Miscellaneous equipment | ■ | ■ | ■ | ■ | ■ | ■ |
| Fuel materials | ■ | | | | | |
| Construction equipment | ■ | ■ | | ■ | ■ | ■ |
| Safety equipment | ■ | | ■ | ■ | | |
| Warehousing | ■ | | | | | |
| Emergency services | ■ | | | | | |
| Civil services | ■ | | | | | |
| Janitorial services | ■ | | | ■ | | |
| Security services | ■ | | | | | |
| Building materials and equipment | ■ | ■ | | | ■ | |
| Freight and shipping services | ■ | | | | | |
| Office supplies | ■ | | | | | |
| Office services | ■ | | ■ | ■ | | |
| Computer equipment | ■ | ■ | ■ | ■ | ■ | ■ |
| Computer services | ■ | ■ | ■ | | ■ | ■ |
| Construction services | ■ | | | ■ | | |
| Machine shop | ■ | | | | | |
| Moving services | ■ | | | | | |
| Catering services | ■ | | | ■ | ■ | ■ |
| Laundry services | ■ | | | ■ | ■ | ■ |
| Mobile homes | ■ | ■ | | | | |

*Figure 3–2. Principal Categories of Subcontracting Opportunities. We have identified a broad range of opportunities for small businesses to participate in the FEMA activities.*

BNIF 00000009



Figure 3–2 lists the principal categories of subcontracting opportunities that will be made available for SB concerns. The categories shown are for general work groupings only. As additional opportunities are identified, the list will be expanded.

### B.2. Method Used to Develop Subcontracting Goals

To establish subcontracting goals and commitments, we gathered available FEMA information, forecasted probable acquisition needs, and analyzed project estimates. We also used our emergency response experience to determine potential requirements and contingencies. Our subcontracting goals are both realistic and attainable. We continually identify and review potential sources of supplies and services, including, but not limited to, the following:

- Existing company Supplier Performance Evaluation System
- Government Central Contractor Registration (CCR) Dynamic Small Business Search database (formerly PRO-Net)
- State and regional Small Business Administration (SBA) resources
- National Minority Purchasing Council Vendor Information Service
- Research and Information Division of the Minority Business Development Agency in the Department of Commerce
- Trade associations for SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB concerns
- Dun & Bradstreet procurement planning directory
- Sponsorship of and/or participation in various local, regional, and national SB trade fairs and conferences
- Membership in and coordination and cooperation with SB organizations, economic development organizations, and commercial and government organizations at the local, state, and national levels

~~Protégé, North Wind, Inc., to assist with the environmental management scope of work.~~ |

### B.3. Indirect Costs

Indirect costs are not included in the goals under this Small Business Subcontracting Plan.

## II. Program Administrator

Name: Lester Girton

Our small business program administrator will ensure that the following activities are performed efficiently and effectively:

- Maintaining source lists of potential SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB subcontractors
- Developing and maintaining bidders lists of SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB concerns from as many sources as possible
- Seeking other SB concerns when the number of prospective sources is not adequate, using mass media tools such as Internet bulletin boards
- Reviewing solicitations to identify and remove any statements, clauses, etc., which may restrict or prohibit participation of SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB subcontractors
- Ensuring that proper documentation is provided by the bid proposal board if an SB, VOSB, SDVOSB, HUBZone SB, SDB, or WOSB subcontractor who provided a low bid is not selected
- Ensuring establishment and maintenance of records on solicitations and subcontract award activity
- Attending or arranging for attendance of company counselors at business opportunity workshops, minority business enterprise seminars, trade fairs, etc.
- Preparing and submitting required semi-annual and annual subcontracting reports
- Coordinating contractor's activities prior to and during Federal agency compliance reviews
- Mentoring SBs, enhancing their ability to provide timely, cost-effective, quality services
- Facilitating contact between SB suppliers and respective procurement and technical/program personnel



BNIF 00000010



- Advising and training project management personnel on the purposes of the Small Business Subcontracting Plan and fostering their support for it
- Attending SB training and monitoring program changes to ensure compliance with FEMA
- Reviewing, revising, and amending applicable procedures and instructions
- Keeping records and measuring performance against established goals
- Verifying that subcontracts contain the flowdown clauses pertaining to SB concerns, when required, and maintaining the policies and procedures required by the prime contract
- Reviewing and approving small business subcontracting plans submitted by large businesses, where applicable
- Verifying that lower-tier large business subcontractors submit small business subcontracting plans (when applicable), and the required semi-annual and annual subcontracting reports; and verifying compliance
- Establishing and maintaining contacts and communication with parent organizations and networking with other SB program advocates within these organizations to support, implement, or enhance the FEMA SB program
- Maintaining good working relationships with SBA representatives to obtain assistance and coordination in finding capable SBs
- Maintaining a close working relationship with FEMA to ensure that our project objectives and activities are consistent with FEMA programs
- Reporting progress in achieving goals under this program to our ~~Laboratory Director~~ Lead Project Manager monthly.

### III. Equitable Opportunities and Outreach Efforts

The following additional functions will be performed to effectively implement this plan.

A. Outreach efforts to obtain sources:

- A project small business advocate serves as a liaison among the SB community, internal acquisition personnel, and the client.
- We plan solicitations, when possible, (including time for preparation and for development of SOW, quantities, specifications, and delivery schedules) to facilitate SB participation in subcontracting opportunities and solicitation, offer, and proposal activities.
- We establish and maintain contacts with SB trade associations and business development organizations.
- We attend SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB business procurement conferences and trade fairs.
- We conduct external workshops, seminars, and training programs to ensure SBs are familiar with the requirements for doing business with FEMA.
- We maintain an effective outreach program by sponsoring and attending regional procurement conferences, trade fairs, and other functions to locate additional qualified sources.
- We implement an ongoing "in-reach" program that provides SBs access and exposure to key project planners and managers.
- We request sources from the SBA Commercial Market Representative (CMR) and access the CCR Dynamic Small Business search database (formerly PRO-net) when needed.
- We develop a comprehensive SB source list (which includes past performance) that is easily accessible and useful to acquisition personnel.
- We select and qualify SB concerns to perform specific scopes of work.
- We structure the program to help develop the capabilities and quality of services provided by SB suppliers and subcontractors.
- We use book references, catalogs, source lists, or other reference material to identify SB, VOSB, SD-VOSB, HUBZone SB, SDB, and WOSB sources before the acquisitions are placed.



BNIF 00000011



IA TAC Solicitation No. HSFEHQ-05-R-0045

**B. Internal efforts to guide and encourage purchasing personnel:**
- We conduct internal workshops, seminars, and training programs to ensure that internal customers and acquisition personnel are acquainted with the Small Business Plan, our policies, and prime contract requirements.
- We establish, maintain, and use SB, VOSB, SDVOSB, HUBZone SB, SDB, and WOSB source lists, guides, and other data for soliciting subcontracts.
- We monitor activities to evaluate compliance with the subcontracting plan.

## IV. Subcontracting Plan Flowdown

We incorporate the flowdown clause requirements of FAR 52.219-9 as applicable into subcontracts that offer further subcontracting opportunities. This requires all subcontractors (except SB concerns) who receive subcontracts in excess of $500,000 ($1,000,000 for construction) to adopt a similar plan. Our supply chain manager will be responsible for implementing and monitoring this aspect of the Small Business Subcontracting Plan.

## V. Reports and Surveys

BNI will cooperate in any studies or surveys required by the contracting agency or the U.S. SBA. We will submit periodic reports so that the government can determine the extent of compliance by the offeror with the subcontracting plan and submit SF 294, Subcontracting Report for Individual Contracts, and SF 295, Summary Subcontract Report, in accordance with the instructions on the forms or as provided in agency regulations and in paragraph (j) of this provision. Once the government's Electronic Subcontract Reporting System (eSRS) becomes operational, we will submit the SF 294 and SF 295 reports electronically to a single government-wide system and ensure that our large business subcontractors agree to submit SFs 294 and 295, version 10/2001, or any other version, as determined necessary by the Contracting Officer to comply with FEMA internal procedures/practices.

## VI. Records and Procedures

The types of records maintained and procedures adopted to demonstrate compliance with the requirements and goals of the Small Business Subcontracting Plan include the following:

A. Source lists (e.g., CCR Dynamic Small Business Search database, formerly PRO-Net); guides; and other data that identify SB, SDB, WOSB, HUBZone SB, VOSB, and SDVOSB concerns

B. Lists of organizations contacted in an attempt to locate sources that are SB, SDB, WOSB, HUBZone SB, VOSB, or SDVOSB concerns

C. Records on each subcontract solicitation resulting in an award of more than $100,000, indicating:
- Whether SB concerns were solicited and, if not, why not
- Whether SDB concerns were solicited and, if not, why not
- Whether WOSB concerns were solicited and, if not, why not
- Whether HUBZone SB concerns were solicited and, if not, why not
- Whether VOSB concerns were solicited and, if not, why not
- Whether SDVOSB concerns were solicited and, if not, why not
- If applicable, the reason an award was not made to an SB concern

D. Records of any outreach efforts to contact trade associations, business development organizations, and conferences, and trade fairs to locate SB, SDB, WOSB, HUBZone SB, VOSB, and SDVOSB sources



BNIF 00000012



IA TAC Solicitation No. HSFEHQ-05-R-0043

E. Records of internal guidance and encouragement provided to acquisition personnel through workshops, seminars, training programs, and incentive awards, and records of performance monitoring to evaluate compliance with the program's requirements

F. On a contract-by-contract basis, records to support award data submitted, including the name, address, and business size of each subcontractor

This subcontracting plan was submitted by:

**Signed:** _____

**Typed Name:**   Lester Girton

**Title:**   Acquisition Services Manager

**Date:**   September ____, 2005

**Phone Number:**

**Plan accepted by:** _____
                        Name

_____
Title

**Date:** _____

BNIF 00000013

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO (if applicable) |
|---|---|---|---|
| E00062 | See Block 16c | N/A | |

6. ISSUED BY  CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7. ADMINISTERED BY (if other than Item 6)  CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, county, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217039306

| | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0572 |
| | 10B. DATED (SEE ITEM 13) 09-30-2005 |

CODE          FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)   N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF  Mutual Agreement of the Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___003___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)
SEE CONTINUATION PAGE(S)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Robert D. Couse  Principal Vice President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Janice L. Uthe  Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 1/3/2006 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 1/3/06 |

STANDARD FORM 30 (REV 10-83)

BNIF 00000014

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | RPA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) | | |

**6. ISSUED BY**  CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

**7. ADMINISTERED BY** (If other than item 6)  CODE

| 8. NAME AND ADDRESS OF CONTRACTOR  (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BECHTEL NATIONAL, INC | | 9B. DATED  (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 |
| FREDERICK MD 217038306 | | 10B. DATED  (SEE ITEM 13) |
| CODE          FACILITY CODE | X | 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA  (If required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:           Mutual Agreement of the Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor  ☐ is not, ☒ is required to sign this document and return _003_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
SEE CONTINUATION PAGE(S)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) |
|---|---|
| Robert D. Couse    Principal Vice President | Janice L. Uthe    Contracting Officer |
| 15B. CONTRACTOR/OFFEROR    (Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA    BY _____ (Signature of Contracting Officer) |
| 15C. DATE SIGNED  1/3/2006 | 16C. DATE SIGNED |

STANDARD FORM 30  (REV. 10-83)

CONTINUATION PAGE

The purpose of this no-cost modification is to make changes to the Performance Work Statement, Exhibit 3, Section 3.5.

Accordingly:

1.  Exhibit 3, Section 3.5 is revised

FROM:  Group sites will not be constructed within special flood hazard areas.  Sites Identified within SFHA are considered infeasible.

TO:  Manufactured Homes shall not be installed in Flood Zones.  Travel Trailers and Park Models may be installed in SFHAs if written direction is provided by the COTR. Prior to providing such direction, the COTR will work with appropriate FEMA staff in the JFO to ensure that eight (8) step process, required under Presidential Executive Order 12988 – Floodplain Management, is followed.  The contractor shall provide technical assistance to FEMA during the eight step process.  This assistance may include, but it is not limited to hydraulic and hydrologic flood analysis, developing maps and exhibits that illustrate the proposed development I the SFHA.

In accordance with Section 2.12 of the PWS, the contractor is responsible for securing all necessary floodplain management permits that may be required by state and local Floodplain Management officials.

All other terms and conditions remain unchanged and in full force and effect.

END OF MODIFICATION P00002 TO CONTRACT HSFEHQ-05-D-0572

BNIF 00000016

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY CODE | | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | **CONFORMED COPY** |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BECHTEL NATIONAL, INC | | 9B. DATED (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 |
| | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

CODE _____ FACILITY CODE _____

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)
See Continuation Page

## 13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.217-8 - OPTION TO EXTEND SERVICES (NOV 1999) |

**E. IMPORTANT:**   Contractor   ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 01/06/06 |

STANDARD FORM 30   (REV. 10-83)

BNIF 00000017

CONTINUATION PAGE

The purpose of this modification is to exercise an option under FAR 52.217-8 of contract HSFEHQ-05-D-0572 for the period of January 16, 2006 through July 15, 2006.

Accordingly:

1. Contract Clause F.2 TERM OF CONTRACT is changed as follows:

    FROM: The contract shall be effective through January 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

    TO: The contract shall be effective through July 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

2. Except as provided herein, all other terms and conditions remain unchanged and in full force and effect.

\*\*\*END OF MODIFICATION P00003 TO CONTRACT HSFEHQ-05-D-0572\*\*\*

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | 1. CONTRACT ID CODE | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00004 | 3. EFFECTIVE DATE See Block 16c | | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | **CONFORMED COPY** | |

| 8. NAME AND ADDRESS OF CONTRACTOR    (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | | | 9B. DATED (SEE ITEM 11) |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 |
| CODE | FACILITY CODE | | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)
See Continuation Page

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).    Mutual Agreement of the Parties |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☐ is required to sign this document and return __001__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to transfer all contract administrative functions under Contract HSFEHQ-05-D-0572 to the Gulf Coast Recovery Office as follows:

FROM:  Janice L. Uthe, Response, Recovery & IT Branch
TO:  Michael E. White, Gulf Coast Recovery Office

Except as provided herein, all other terms and conditions remain unchanged and in full force and effect.

*********************END OF MODIFICATION P00004 TO CONTRACT HSFEHQ-05-D-0572**********************

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) Michael E. White | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Chandra G. Lewis Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 5 may 06 | 16B. UNITED STATES OF AMERICA By (Signature of Contracting Officer) | 16C. DATE SIGNED 5/5/06 |

STANDARD FORM 30   (REV 10-83)

05/10/2006 20:03 FAX 703 605 1187          FEMA EM 503                          ☒002

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| P00005 | | N/A | |

6. ISSUED BY          CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Headquarters, Building A B
500 C Street, S.W., Room 350
Washington, DC 20472

7. ADMINISTERED BY (If other than Item 6)          CODE

| 8. NAME AND ADDRESS OF CONTRACTOR | | | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | | | |
| BECHTEL NATIONAL, INC. | | | | 9B. DATED (SEE ITEM 11) |
| | | | | |
| 5275 WESTVIEW DRIVE | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | | | HSFEHQ-05-D-0572 |
| FREDERICK MD 21703-8306 | | | | 10B. DATED (SEE ITEM 13) |
| CODE | | FACILITY CODE | X | 09-22-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)          N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Pursuant to FAR 42.202 Assignment of Contract Administration |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to delegate contract administration authority to the Defense Contract Management Agency (DCMA) as described in further detail on the following pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER |
| | Michael E. White |
| | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000020

05/18/2006 20:03 FAX 703 605 11??          FEMA HQ 503                    ☒ 005

HSFEHQ-05-D-0572                                    Page 2 of 4
Modification P00005

The purpose of this modification is to delegate all contract administrative functions for FEMA Contract HSFEHQ-05-D-0471 (Fluor IA-TAC Disaster Recovery Contract) to the Defense Contract Management Agency as agreed to and further delineated in the Interagency Agreement executed between FEMA and DCMA on 26 April 2006.

1) Specific duties and responsibilities are outlined in the Interagency Agreement and will be the basis for the Contract Administration Support along with the additional functions addressed below. Contract documentation as well as other specific guidance, will be provided under separate cover.

Interested Parties are identified below:

The Contractor's (Bechtel) Point of Contact is:

Mike Armstead
BNBY-FNA-TAC Manager, Prime Contracts
865-368-5361
jarmste@fluor.com

The Contracting Officer's Technical Representative (COTR) is:

Michael Keeney
Department of Homeland Security
Federal Emergency Management Agency (FEMA, JFO)
2350 Beach Blvd.
Biloxi, MS 39531
337 2??-??00/Fax 228-385-5614
michael.keeney@associates.dhs.gov

The DCMA Office and Point of Contact(s) responsible for the administration of subject contract is as follows:

Barbara A. Palermo
DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202
410-962-3846
Barbara.Palermo@dcma.mil

BNiF 00000021

05/15/2009 20:09 FAX 703 605 1187    FEMA GCRO 509    @004

HSFEHQ-05-D-0572                                    Page 3 of 4
Modification P00005

The DCMA Office and Point of Contact(s) Continued

Stephen Weidner Defense Corporate Analyst
DCMA Virginia/DCMAC-L
3190 Fairview Park Drive, Suite 600
Falls Church, VA 22042-4510
703-645-0870 Fax: 703-289-0278
stephen.weidner@dcma.mil

The Procuring Contracting Officer is:

Michael F. Winn
Contracting Officer
DHS/FEMA Gulf Coast Recovery Office
Crystal City, Suite 600
Attn: FEMA White/Room 625)
500 C Street, SW Washington, D.C. 20472
202-646-3523 Michael.Winn@dhs.gov

2) Pursuant to FAR Part 42.302(a) the following functions are withheld:

   (26) Perform property administration (see Part 45)

   (28) Perform necessary screening, redistribution, and disposal of contractor inventory.

   (29) Issue contract modifications requiring the contractor to provide packing, crating, and handling services on excess Government property. When the ACO determines it to be in the Government's interest, the services may be secured from a contractor other than the contractor in possession of the property.

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)   Pursuant to FAR 52.245-2 Government Property Clause |

**E. IMPORTANT:**  Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2 OF THIS MODIFICATION FOR ADDITIONAL INFORMATION

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 26 May 0 |

STANDARD FORM 30  (REV. 10-83)

BNIF 00000023

HSFEHQ-05-D-0572
Modification P00006

Page 2 of 2

The purpose of this modification is to appoint Government Property Administrators in support of the Bechtel IA-TAC Contract. Accordingly,

a. Section H.12 GOVERNMENT FURNISHED PROPERTY (GFP), is hereby modified to list the following individuals as Government Property Administrators for the aforementioned IA-TAC Contract, in accordance with (IAW) Government Property Clauses 52.245-2 -- Government Property (Fixed-Price Contracts) and 52.245-5 -- Government Property (Cost-Reimbursement, Time-and-Material, or Labor-Hour Contracts.

Stephen Miller, Baton Rouge, LA; 703-946-2334
Robert Hoban, HQ, DC; 703-254-9757
Clint Hindman, MWEAC DISC; 540-542-2111 (IT Only)
William Sheehan, MS and AL
Andrew Boyce, LA and TX
Jimmy Noplis, FL

b. The above listed individuals will be responsible for arranging all dispositions of equipment and supplies in IAW FEMA Personal Property Management Program document 6150.1, which can be viewed at http://cio.fema.net/rm/dm/im/6150-1m-070096.pdf.

All equipment listings shall be consolidated and issued to an inventory team that will conduct 100% inventories at all of the contractor sites. Arrangements shall be made to provide documentation and hands-on visual inspection and bar-coding of all GFP. The Government Property Administrators shall provide the necessary accommodations, transportation, guidance and personnel required to accomplish this mission.

c. The Logistics Closeout Assistance Team shall be responsible for all bar-coding and entry into the Logistics Information Management System (LIMS) to establish accountability.

d. Bechtel's Government Property Administrator will work in concert with the aforementioned Government Property Administrators and provide the necessary documentation, titles, and inventory lists to them and the Contracting Officer, of all equipment charged to FEMA under this contract.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1BPA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGE 1 |
|---|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00007 | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (if applicable) | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)   Pursuant to Mutual Agreement of Parties |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Basic Contract Funding Ceiling.

a.  Contract Section B, subparagraph B.2 Maximum and Minimum Funding Limitation, is changed to read as follows:
The maximum funding limitation for this contract (inclusive of the aggregate price of all Task Orders issued) shall not exceed $575,000,000.00 dollars.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) |
|---|---|
| P.H. Diviak, PVP and Program Mgr | BOBBY B. JOYNER<br>Contracting Officer |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>7/13/06 | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>14 July 2006 |

STANDARD FORM 30  (REV. 10-83)

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00008 | 3. EFFECTIVE DATE 7/15/2006 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) | | |

| 8. ISSUED BY | CODE | S2101A | ADMINISTERED BY (if other than item 6) | CODE | |
|---|---|---|---|---|---|
| DCMA Maryland 217 E. Redwood St., Suite 1800 Baltimore, Maryland 21202 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (x) | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland | | | | 9B. DATED (SEE ITEM 11) | |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 | |
| CODE | FACILITY CODE | | | 10B. DATED (SEE ITEM 13) 9/30/2005 | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302(a)(4) and (5) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor ☐ is not, ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to extend the period of performance from July 15, 2006 to November 30, 2006.  All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A. BELCASTRO CONTRACTING OFFICER | | |
|---|---|---|---|---|---|
| P. H. Dietjak, PX12 and Prog. Mgr. | | | | | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 7/20/06 | 16B. UNITED STATES OF AMERICA BY Barbara A. Belcastro (Signature of Contracting Officer) | | | 16C. DATE SIGNED 7/21/06 |
| NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE | | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 | | |

BNIF 00000026

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Flood, Fire & Mitigation Branch 500 C Street, S.W., Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BECHTEL NATIONAL, INC | | 9B. DATED (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 |
| FREDERICK MD 217038306 | | |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (If required)   N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2 OF THIS MODIFICATION FOR ADDITIONAL INFORMATION.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) ROBBY B. JOYNER CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED July 28, 200_ |

STANDARD FORM 30   (REV. 10-83)

HSFEHQ-05-D-0572               PAGE 2 of 3
Modification P0009
BECHTEL

1. The purpose of this modification is to assign Robby B. Joyner of the
FEMA Procurement, Gulf Coast Recovery office as the Procuring
Contracting Officer for contract number HSFEHQ-05-D-0572.

ROBBY B. JOYNER
CONTRACTING OFFICER
DHS/FEMA, PROCUREMENT, GULF COAST RECOVERY OFFICE
CRYSTAL CITY, SUITE 600
ATTN: ROBBY B. JOYNER (202) 646-3522
500 C. STREET, SW, WASHINGTON, DC 20472

2. The Head of the Contracting Activity (HCA) also approves the release of
retained funds for task orders listed below as requested by the contractor.
The contractor may invoice the Government for the allowable costs for a
Not To Exceed amount of $15,000,000.00. Except as provided herein, all
other terms and conditions remain unchanged and in full force and effect.

| TASK ORDER NUMBER | DOLLAR AMOUNT |
|---|---|
| HSFEHQ-06-J-0001 | $104,297.00 |
| HSFEHQ-06-J-0002 | $22,351.00 |
| HSFEHQ-06-J-0003 | $0 |
| HSFEHQ-06-J-0004 | $4,654,989.00 |
| HSFEHQ-06-J-0006 | $3,712,083.00 |
| HSFEHQ-06-J-0008 | $913.00 |
| HSFEHQ-06-J-0010 | $167,862.00 |
| HSFEHQ-06-J-0016 | $37,317.00 |
| HSFEHQ-06-J-0018 | $5,243,958.00 |
| HSFEHQ-06-J-0019 | $544,849.00 |
| TOTAL | $14,488,620.00 |

//////////////////END OF MODIFICATION P00009//////////////////////////

10/14/2005  05:52    865-220-2107              BECHTEL

# CONFORMED COPY
PAGE  02/08

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| | |
|---|---|
| **1. NAME AND ADDRESS OF CONTRACTOR**<br><br>BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038306 | **2. CONTRACT NUMBER**<br><br>HSFEHQ-05-D-0572<br><br>**3. TASK ORDER NUMBER**<br><br>HSFEHQ-06-J-0001 |
| | **4. REQUISITION NUMBER**<br><br>EN0025872003T<br><br>**5. ORGANIZATION**<br><br>Recovery |

| | |
|---|---|
| **6. NAME OF PROJECT OFFICER**<br><br>DAVID PORTER | **7. NAME OF PROJECT MONITOR** |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

**10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION** _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER:<br><br>Nancy A. Costello | SIGNATURE OF ORDERING/CONTRACTING OFFICER:<br><br>*Nancy A Costello* | DATE:<br><br>9/30/05 |
|---|---|---|

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

BNIF 00000029

18/14/2005  86:52    865-220-2187              BECHTEL                          PAGE  83/88

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | | $1,117,125.00 | $1,117,125.00 |
| | Work shall be performed in accordance with the attached Statement of Work. | | | | |
| | FUNDING/REQ NO: | 1: $1,117,125.00 | | NN00258Y2005T | |

GRAND TOTAL ---                $1,117,125.00
                              ==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 | 2005-06-1603DR-9064- | -2591-D | NN00258Y2005T    F | $1,117,125.00 |

BNIF 00000030

## TASK ORDER TERMS AND CONDITIONS
## NOT SPECIFIED IN THE CONTRACT

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning August 28, 2005 through June 28, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated August 29, 2005, September 8, 2005 and September 24, 2005 for the period August 28, 2005 through October 7, 2005. The amount of pre-authorization through October 7, 2005 is $3,000,000 for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is August 28, 2005 through June 28, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $2,412,843, which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $1,117,125.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $949,556.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $1,117,125.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

Page 3

BNIF 00000031

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes—

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

Page 4

BNIF 00000032

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(c) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

******************END OF TERMS AND CONDITIONS******************

Page 5

BNIF 00000033

Contract HSFEHQ-05-D-0572                          Task Order HSFEHQ-05-J-0001

STATEMENT OF WORK

Field Management - Direct Assistance
(Bechtel-Task Order-1)

# 1  General Provisions

## 1.1  Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:      Housing Area Command
              MMR Construction
              15961 Airline Hwy
              Baton Rouge, LA 70817


JFO Point of Contact:  David Porter, COTR
Phone:                 202-438-1294
Email:                 david.porter@dhs.gov

Counties: State of Mississippi.

**2  Operational Objective:**  Identify potential temporary housing solutions, resources, and requirement in Mississippi for people displaced as a result of Hurricane Katrina.

# 3  Identified Tasks

The contractor shall perform the tasks identified below.  The Contractor shall execute the below tasks in accordance with the Performance Work Statement (PWS) contained in the contract.

ATTACHMENT 1

1 of 2

Contract HSFEHQ-05-D-0572                          Task Order HSFEHQ-05-J-0001

STATEMENT OF WORK

Field Management - Direct Assistance

(Bechtel-Task Order-1)

## 3.1  Field Management:  Sub-Task #1

The contractor will manage their staff and resources in the field.  The contractor shall also work with the JFO to participate in the development and identification of strategies, plans, and concepts related to the overall implementation of the Individual Assistance programs.  The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|--------------|---------|
|  | Field Management | 1 | The contractor shall provide a field management team of more than 5 individuals to include a Program Manager for the JFO in Mississippi. This team will work with the JFO; manage, monitor, and coordinate IA-TAC (contractor) activities; address and support JFO priorities, and serve as the IA-TAC Liaison between the JFO, HAC, and HQ. The contractor will provide FEMA a status reports. |

## 4. Period of Performance:  The period of performance is from August 28, 2005 through June 29, 2006.

2 of 2

BNIF 00000035

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00001 | See Blk 16c | NR00258Y2005T | |

| 6. ISSUED BY | CODE | S21D1A | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland  21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

HSFEEHQ-05-D-0572
HSFEHQ-05-J-0001

10B. DATED (SEE ITEM 13)

9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ]  The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)      See Page 2

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:   FAR 42.302(a)(4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return   3   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize Task Order 01 for a total cost-plus-fixed-fee of $1,035,793. The total task order is broken down as follows: REDACTED costs and REDACTED fee. The task order was for a field management team of more than 5 individuals to include a Program Manage for the JFO in Mississippi. The team worked with the JFO; managed, monitored, and coordinated IA-TAC (contractor) activities; addressed and supported JFO priorities and served as a liaison.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P.H. DIVJAK, P.V.P., Program Mgr | BARBARA  A  BOLCASTRO  CONTRACTING  OFFICER |
| 15B. CONTRACTOR/OFFEROR   (Signature of person authorized to sign) | 15C. DATE SIGNED   8/15/06 | 16B. UNITED STATES OF AMERICA   BY   (Signature of Contracting Officer) | 16C. DATE SIGNED   8/17/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000036

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | NN00258Y2005T   P | | | | 2 |

| Item No. | Description of Supplies/Services | QTY | Cost | Fee | Total |
|---|---|---|---|---|---|
| 0001 | Work in accordance with SOW | 1 | REDACTED | | $1,035,783 |

This modification changes the total funded from $1,117,125 to $1,035,783. This is a decrease of $81,342.

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 2995-96-1603DR-9064 | 2591-D | NN00258Y2005T   P | | ($81,342) |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                    38-109                    STANDARD FORM 36 (REV. 10-83)

BNIF 00000037

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
| | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| P00002 | 2/12/07 | AN00026Y2007z | |

| 6. ISSUED BY | CODE | S2101A | 7. ADMINISTERED BY (If other than Item 6) | CODE |

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland  21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
| Bechtel National, Inc. | | |
| 5275 Westview Drive | | 9B. DATED (SEE ITEM 11) |
| Frederick, Maryland | | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | HSFEHQ-05-D-0572 |
| | | HSFEHQ-05-J-0001 |
| | | 10B. DATED (SEE ITEM 13) |
| | | 9/30/05 |

| CODE | FACILITY CODE |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
| 2007-06-1604DR-9044  2591-D  AN00026Y2007P   + $4,348 |

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | | |
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | FAR 43.302 (a) (4) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds to Task Order 01 costs. The total task order is broken down as follows; change costs from: REDACTED to: REDACTED costs and no change in the REDACTED fee. The total cost-plus-fixed-fee is changed from:  $1,035,783  to: $1,040,131.
This increase in costs is due to Workmen Compensation Insurance.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
| DAVID WALKER BNI PRES | BARBARA A. BELCASTRO, CACO |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 2/20/07 | BY Barbara A. Belcastro (Signature of Contracting Officer) | 2/22/07 |

| NSN 7540-01-152-8070 | Created using Perform Pro software. | STANDARD FORM 30 (REV. 10-83) |
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA |
| | | FAR (48 CFR) 53.243 |

BNIF 00000038

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | 2/12/07 | AN00026Y2007T | |

| 6. ISSUED BY | CODE | S21011 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland   21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | X | HSFEHQ-05-D-0572 HSFEHQ-05-J-0001 |
| | | | 10B. DATED (SEE ITEM 13) 9/30/05 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| 2007-06-1604DR-9044    2591-D   AN00026Y2007T     + $4,348 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (4) | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return _____2_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds to Task Order 01 costs.  The total task order is broken down as follows: change costs from: REDACTED to: REDACTED costs and no change in the REDACTED fee.  The total cost-plus-fixed-fee is changed from:  $1,035,783  to: $1,040,131. This increase in costs is due to Workmen Compensation Insurance.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| DAVID WALKER   BNI PRES | | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 2/20/07 | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243