| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | 8/24/06 | NN00015Y2006T | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (If other than item 6) CODE |
|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

## CONFORMED COPY

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X    HAFEHQ-05-D-0572
     HAFEHQ-05-J-0006

10B. DATED (SEE ITEM 13)

| CODE | FACILITY CODE | | 9/30/05 |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) | | |
|---|---|---|
| 2006-06-1604DR-9044 2591-D | NN00015Y2006T | $1,600,000.00 |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:    Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds and change the amount obligated to Task Order 06.

Funds in the amount of $1,600,000.00 are hereby added to Task Order 06.

The dollar amount obligated to Task Order 06 is changed
  FROM: $43,520,000.00

  TO: $45,120,000.00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 8/24/06 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

BNIF 00000134

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | HSFEHQ-05-D-0572 | HSFEHQ-05-J-0006 | P00006 | 2 | | 2 |

The following is is a Recap of funding;

| | |
|---|---|
| Original Task Order | $9,528,000.00 |
| Mod P00001 | $2,000,000.00 |
| Mod P00002 | $4,672,000.00 |
| Mod P00003 | $8,116,537.50 |
| Mod P00004 | $19,203,462.50 |
| Mod P00005 | None |
| Mod P00006 (This Mod) | $1,600,000.00 |
| | |
| Total Funded | $45,120,000.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force
and effect.

BNIF 00000135

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. P00007 | 3. EFFECTIVE DATE 9/26/06 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|

| 6. ISSUED BY | CODE S2101A | ADMINISTERED BY (If other than item 6) CODE |
|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

[X]  9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

HAFEHQ-05-D-0572
HAFEHQ-05-J-0006

[X] 10B. DATED (SEE ITEM 13)

9/30/06

| CODE | | FACILITY CODE | |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

2006-06-1604DR-9044    2591-D    WN00591Y2006T    $414,152

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| [X] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to add funds and change the amount obligated to Task Order 06.

Funds in the amount of $414,152.00 are hereby added to Task Order 06.

The dollar amount obligated to Task Order 06 is changed

FROM:  $45,120,000.00

TO:  $45,534,152.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A BELCASTRO CONTRACTING OFFICER | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | | 16C. DATE SIGNED 9/26/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000136

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0572   HSFEHQ-05-J-0006   P00007 | 2 | | 2 |

The following is is a Recap of funding;

| | |
|---|---|
| Original Task Order | $ 9,528,000.00 |
| Mod P00001 | $ 2,000,000.00 |
| Mod P00002 | $ 4,672,000.00 |
| Mod P00003 | $ 8,116,538.00 |
| Mod P00004 | $ 5,898,478.00 |
| Mod P00005 | N/A |
| Mod P00006 | $ 1,600,000.00 |
| Mod P00007 (this mod) | $    414,152.00 |
| | |
| Total Funded | $45,534,152.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000137

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. P00008 | 3. EFFECTIVE DATE 9/26/06 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

| 6. ISSUED BY          CODE | S2101A | ADMINISTERED BY (if other than item 6)   CODE | |
|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 00 | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|

Bachtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572
× HSFEHQ-05-J-0006

10B. DATED (SEE ITEM 13)
9/30/06

| CODE | FACILITY CODE | |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ]  The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  [ ] is extended,  [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| 00 | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| × | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [×] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to correct block 10A. of modification P00007 to read
HSFEHQ-05-D-0572 and HSFEHQ-05-J-0006.

Except as provided herein all other terms and conditions remain unchanged and in full force
and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Barbara A Belcastro_ | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 9/26/06 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000138

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1     2 |

| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE See Blk 16c | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (If other than Item 6) CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572
HSFEHQ-05-J-0006

10B. DATED (SEE ITEM 13)
9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

2006-06-1604DR-9044 2591-D -5764,752.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☒ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302(a)(4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to definitize contract HSFEHQ-05-D-0572 Task Order HSFEHQ-05-J-0006 (Task Order 06), Management and Administration, issued by Federal Emergency Management Agency (FEMA).

(See Continuation Page 2 for additional information)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| P.H. Divitak, PVP, and Program Mgr. | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 10/25/06 | BY (Signature of Contracting Officer) | 10/2406 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|---|
| | | HSFEHQ-05-D-0572  HSFEHQ-05-J-0006  P00009 | | | | 2 | | 2 |
| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | Total | | |
| 0001 | See Below* | 1 | Lot | REDACTED | | $44,769,400 | | |

Under Task Order 06, Bechtel was to identify potential temporary housing solutions, resources, and requirements for people displaced as a result of Hurricane Katrina. Subtasks 1, 2, and 3, Management and Administration, required the contractor to provide management and administration staffing in support of the recovery division mission and disaster associated activities. Perform initial management mobilization not included in other task orders. Provide a program management organization including Engineering, Construction, Project Controls, Procurement/Subcontracts, Human Resources, QA&S, IS&T, Public Affairs, ES&H, Security, project-specific Controller (craft payroll and expenses reports), Contract. This management organization will provide: overall project management, project tracking and reporting, development of draft work plans and business proposals, administration of government property, and development of a temporary housing unit (THU) database. Additional elements of Subtask 1 are to provide necessary project infrastructure and equipment; required office space not included in other task orders, other facilities, such as warehousing, laundry facilities, etc., required for project operations; office and communications equipment, supplies, and services; IS&T equipment and expenses; project insurance; and personal protective equipment (PPE) and other ES&H supplies and services.

This modification changes the total funded from $45,534,152.00 to $44,769,400.00. This is a decrease of $764,752.00 (deobligated amount).

The following is is a Recap of funding:

| | |
|---|---|
| Original Task Order | $9,528,000.00 |
| Mod P00001 | $2,000,000.00 |
| Mod P00002 | $4,672,000.00 |
| Mod P00003 | $8,116,537.50 |
| Mod P00004 | $19,203,462.50 |
| Mod P00005 | None |
| Mod P00006 | $1,600,000.00 |
| Mod P00007 | $ 414,152.00 |
| Mod P00008 | None |
| Mod P00009 (This Mod) | -$764,752.00 |
| Total Funded | $44,769,400.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000140

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P000010 | 10/25/06 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (If other than item 6)   CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | ☒ | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

☒  HSFEHQ-05-D-0572
HSFEHQ-05-J-0006

10B. DATED (SEE ITEM 13)
9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) | |
|---|---|
| N/A | |

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| ☒ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☒ is not,   ☐   is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for Task Order 06 from October 31, 2006 to November 30, 2006 at no additional cost to the Government.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY *(signature)* | 10/25/06 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

BNIF 00000141

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1       1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P000011 | 10/31/06 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY *(If other than item 6)*  CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

| | | |
|---|---|---|
| | | 9B. DATED *(SEE ITEM 11)* |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | HSFEHQ-05-D-0572 |
| | | HSFEHQ-05-J-0006 |
| | | 10B. DATED *(SEE ITEM 13)* |

| CODE | FACILITY CODE | | 9/30/05 |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data *(If required)* |
|---|
| See Blk 14 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to add appropriation data to modification P000009 and correct a spelling error in Blk 14 of modification P000010 for Task Order 06.
Mod P000009
ADD appropriation data:  WN00591Y2006T
Mod P000010  Blk 14
DELETE: periof   ADD: period

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *Barbara A. Belcastro* | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | 10/31/06 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA |
| | | FAR (48 CFR) 53.243 |

BNIF 00000142

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P000012 | 3. EFFECTIVE DATE 11/30/06 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY                CODE       S2101A | | ADMINISTERED BY (If other than item 6)   CODE | | |

6. ISSUED BY

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland 21703-8306 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0006 |
| | X | 10B. DATED (SEE ITEM 13) 9/30/05 |
| CODE | FACILITY CODE | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)
N/A

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for Task Order 06 from November 30, 2006 to December 31, 2006 at no additional cost to the Government. The total funded cost plus fixed fee of $44,769,400 shall not be exceeded.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) P. H. DIVJAK, P.V.P, and Prog. Mgr. | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A. BELCASTRO CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 12/8/06 | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 11/30/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000143

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
| --- | --- | --- | --- | --- | --- |
| | | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
| --- | --- | --- | --- |
| P000013 | 1/03/07 | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (if other than Item 6) | CODE |
| --- | --- | --- | --- | --- |

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
| --- | --- | --- | --- |
| | | | |
| Bechtel National, Inc. | | | 9B. DATED (SEE ITEM 11) |
| 5275 Westview Drive | | | |
| Frederick, Maryland 21703-8306 | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | | HSFEHQ-05-D-0572 |
| | | X | HSFEHQ-05-J-0006 |
| | | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | | 9/30/05 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (if required) | N/A |
| --- | --- |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
| --- | --- |
| ☐ A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (61) and (65) |
| ☐ D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _2_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for Task Order 06 from December 31, 2006 to February 28, 2007 at no additional cost to the Government for closeout purposes only. The total funded cost plus fixed fee of $44,769,400 shall not be exceeded.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| --- | --- | --- | --- |
| D.M. Walker, BNI President | | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 2-5-07 | BY (Signature of Contracting Officer) | 2/5/07 |

| NSN 7540-01-152-8070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
| --- | --- | --- |
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA |
| | | FAR (48 CFR) 53.243 |

BNIF 00000144

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1   1 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P000013 | 1/01/07 | | |

| 6. ISSUED BY | CODE | S2101A | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572
HSFEHQ-05-T-0006

X

10B. DATED (SEE ITEM 13)
9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Date (If required)   N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (64) and (65) | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _2_ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for Task Order 06 from December 31, 2006 to February 28, 2007 at no additional cost to the Government for closeout purpose only.  The total funded cost plus fixed fee of $44,769,400 shall not be exceeded.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| D.M. Walker BNI President | BARBARA A BELCASTRO CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 2-5-07 | BY (Signature of Contracting Officer) | 2/5/07 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P000014 | 3/1/07 | | |

| 6. ISSUED BY | CODE | S2101A |
|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

ADMINISTERED BY (If other than item 6)   CODE

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

CODE                          FACILITY CODE

| | |
|---|---|
| ☒ | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSFEHQ-05-D-0572 |
| | HSFEHQ-05-J-0006 |
| | 10B. DATED (SEE ITEM 13) |
| | 9/30/05 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)     N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☒ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (64) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return __3__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the period of performance for Task Order 06 from February 28, 2007 to April 30, 2007 at no additional cost to the Government to support closeout activities for the Base Contract and other Task Orders under the Base Contract associated with closeout. The total funded cost plus fixed fee of $44,769,400 shall not be exceeded.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| David M. Walker | BARBARA A BELCASTRO |
| President, Bechtel National, Inc. | CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | 4-2-07 | BY *(Signature of Contracting Officer)* | 4/3/07 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000146

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGE 3 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. NN00015Y2006T | | 5. PROJECT NO. (If applicable) | | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | | | 9B. DATED (SEE ITEM 11) |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0006 |
| CODE | | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|
| 2006-06-1604DR-9044-XXXX-2591-D; $2,000,000.00 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE CONTINUATION PAGE(3).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY  _Janice L. Uthe_ | 16C. DATE SIGNED 11/7/05 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30   (REV. 10-83)

BNIF 00000147

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1.00 | LOT | $2,000,000.00 | $2,000,000.00 |
| | MANAGEMENT & ADMINISTRATION STAFFING SUPPORT OF THE RECOVERY DIV IN ACCORDANCE WITH THE SOW | | | | |
| | FUNDING/REQ NO:    1: $2,000,000.00    NN00015Y2006T | | | | |

GRAND TOTAL ---       $2,000,000.00

================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | NN00015Y2006T | P | $2,000,000.00 |

BNIF 00000148

HSFEHQ-05-D-0572  HSFEHQ-05-J-0006  P00001

CONTINUATION PAGE

The purpose of this modification is to add funds, change the amount obligated in accordance with FAR 52.216-24, Limitation of Government Liability, modify paragraph 2 under Terms and Conditions, and modify the proposal date.

Accordingly:

1. Funds in the amount of "$2,000,000.00" are hereby added to the task order.

2. The dollar amount obligated to the task order under paragraph 7 is hereby changed from "$9,528,000.00" to "$11,528,000.00".

3. The dollar amount in paragraph (a) of FAR Clause 52.216-24, Limitation of Government Liability (APR 1984) is hereby changed from "$8,098,800" to "$11,528,800"; The dollar amount in paragraph (b) is also changed from "$9,528,000.00" to "$11,528,000.00".

4. The following sentence is hereby added to paragraph 2 under Task Order Terms and Conditions:

   "The amount authorized under this task order supersedes the amount of pre-authorization provided in the pre-authorization notices."

5. The amount obligated to this task order is increased from "$9,528,000.00" by "2,000,000.00" to "$11,528,000.00".

6. The proposal due date in paragraph (1) is changed from "October 4, 2005" to "November 7, 2005". The Negotiations date is changed from "on or before October 25, 2005" to "TBD".

   END OF MODIFICATION P00001 TO TASK ORDER HSFEHQ-05-J-0006 UNDER
   CONTRACT HSFEHQ-05-D-0572

**Page 3**

BNIF 00000149

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 3 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO.<br>P00002 | 3. EFFECTIVE DATE<br>SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO.<br>NN00015Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                                    CODE | 7. ADMINISTERED BY  (If other than Item 6)          CODE |
|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | **CONFORMED COPY** |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038306 | | 9B. DATED  (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 HSFEHQ-05-J-0006 |
| | | 10B. DATED  (SEE ITEM 13) |
| CODE |                    FACILITY CODE | X | 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA   (if required)
See Continuation Page(s)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER  (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
SEE CONTINUATION PAGE(S).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print)<br>Janice L. Uthe<br>Contracting Officer |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY _____<br>(Signature of Contracting Officer) | 11/23/05 |

STANDARD FORM 30  (REV. 10-83)

BNIF 00000150

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | LOT | $4,672,000.00 | $4,672,000.00 |
| | Modification P00002 to Task Order HSFEHQ-05-J-0006 under Contract HSFEHQ-05-D-0572 for Management and Administration - Direct Assistance. Work shall be performed in accordance with the original Statement of Work. FUNDING/REQ NO:    1: $4,672,000.00    NN00015Y2006T | | | | |

GRAND TOTAL --- $4,672,000.00
==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | NN00015Y2006T | P | $4,672,000.00 |

BNIF 00000151

HSFEHQ-05-D-0572  HSFEHQ-05-J-0006  P00002

CONTINUATION PAGE

Accordingly:

The purpose of this modification is to add funds, and change the amount
obligated to this task order in accordance with the Limitation of Government
Liability clause FAR 52.216-24 and change the estimated amount.

Accordingly:

1.   Funds in the amount of "$4,672,000.00" are hereby added to the task order.

2.   The dollar amount obligated to the task order under paragraph 7 under the
Task Order Terms and Conditions is hereby changed

FROM:      $11,528,000.00

TO:        $16,200,000.00

3.   The respective dollar amounts in paragraphs (a) and (b) of FAR Clause
52.216-24, Limitation of Government Liability (APR 1984) are hereby changed

FROM:      paragraph (a) $11,528,000.00 and paragraph (b) $11,528,000.00

TO:        paragraph (a) $16,200,000.00 and paragraph (b) $16,200,000.00

4.   Paragraph 6 under the Task Order Terms and Conditions is hereby changed to
read as follows:

The estimated Cost-Plus-Fixed-Fee value of this order is $16,200,000.00, which
includes estimated cost of REDACTED and fixed fee of REDACTED.

5.   The total effect of this modification is illustrated below:

ORIGINAL TASK ORDER:              $   9,528,000.00
MODIFICATION P00001:              $   2,000,000.00
MODIFICATION P00002:              $   4,672,000.00
TOTAL AMOUNT OF TASK ORDER:       $  16,200,000.00


All other terms and conditions remain unchanged and in full force and effect.

Page 3

BNIF 00000152

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. See Page 2 | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY  (if other than item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR    (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC | | | 9B. DATED  (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0008 |
| FREDERICK MD 217038306 | | | 10B. DATED  (SEE ITEM 13) |
| CODE | FACILITY CODE | X | 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA  (if required) | See Page 2 |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES      (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority)      FAR 52.216-24 Limitation of Government Liability (Apr 1984) |

E. IMPORTANT:    Contractor  [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION    (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Governments Liability as it relates to subject Task Order.

a. Funding in the amount of $2,521.00 is hereby provided and increases said liability for the indicated dollar amount The Governments liability under this Task Order will not extend beyond this additional funding amount.

b. The final negotiated cost, for subject Task Order, may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER      (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER      (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 13 June 06 |
| (Signature of person authorized to sign) | | | |

STANDARD FORM 30   (REV. 10-83)

BNIF 00000153

HSFEHQ-05-D-0572  HSFEHQ-05-J-0008  P00001

## A.1 PRICE/COST SCHEDULE

```
ITEM      DESCRIPTION OF        QTY    UNIT           UNIT            AMOUNT
NO.       SUPPLIES/SERVICES                          PRICE

0001                           1.00   LOT         $2,521.00        $2,521.00
          Transportation of HUD Residents
          FUNDING/REQ NO:    1:    $2,521.00   NN00015Y2006T


                                      GRAND TOTAL ---                $2,521.00
                                                              ==================

ACCOUNTING AND APPROPRIATION DATA:

ACRN APPROPRIATION                         REQUISITION NUMBER           AMOUNT

  1 2006-06-1604DR-9044--2591-D              NN00015Y2006T      P      $2,521.00
```

## A.2 DELIVERY SCHEDULE

```
     ITEM NUMBER        QUANTITY      DATE OF DELIVERY
     0001                 1.00
```

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | Jun 26,2006 | NN00015Y2006T | |

| 6. ISSUED BY | CODE | S2101A |
|---|---|---|

DCMA Maryland
217 E Redwood St. Suite 1800
Baltimore, Maryland 21202

ADMINISTERED BY (If other than item 6)   CODE

**CONFORMED COPY**

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland    21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

×    HSFEHQ-05-D-0572
      HSFEHQ-05-J-0008

10B. DATED (SEE ITEM 13)

| CODE | | FACILITY CODE | | 03/23/06 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

See Page 2

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| × | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | FAR 42.302(a)(4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return  3  copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize Task Order 08 for a total cost-plus-fixed-fee of $6,548. The total task order is broken down as follows: REDACTED for costs and ▓▓▓▓ fee. The task order was for the relocation of 30 HUD residents on September 15, 2005.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| PAUL H. DIVTIAK | BARBARA A. BELCASTRO CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 6 July 2006 | BY (Signature of Contracting Officer) | 6 July 2006 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-050D-0572 HSFEHQ-05-J-0008 | 1 | | 2 |

| Item No. | DESCCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | COST | FEE | TOTAL |
|---|---|---|---|---|---|---|
| 0001 | Transportation of 30 HUD Ressidents | 1 | lot | REDACTED | | $6,548 |

ACCOUNTING AND APPROPRIATION DATA;

| ACRN APPROPRIATION | | REQUISITION NUMBER | AMOUNT |
|---|---|---|---|
| 1 2006-06-1604DR-9044 | 2591-D | NN00015Y2006T    P | $982.00 |

This modification changes the total funded from $5,560 to $6,548.  This is an increase of $982.00.

RECAP OF FUNDING
| Order/Mod | ACRN Appropriation | | Requisition Number | | Amount |
|---|---|---|---|---|---|
| TO 08 | 1 2006-06-160DR-9044 | 2591-D | NN00015Y2006T | P | $3,045.00 |
| P00001 | 1 2006-06-160DR-9044 | 2591-D | NN00015Y2006T | P | $2,521.00 |
| P00002 | 1 2006-06-106DR-9044 | 2591-D | NN00015Y2006T | P | $  982.00 |

BNIF 00000156

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER
## CONFORMED COPY

| | | |
|---|---|---|
| 1. NAME AND ADDRESS OF CONTRACTOR<br><br>BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br><br>FREDERICK MD 217038306 | 2. CONTRACT NUMBER<br><br>HSFEHQ-05-D-0572 | 4. REQUISITION NUMBER<br><br>NN00015Y2006T |
| | 3. TASK ORDER NUMBER<br><br>HSFEHQ-05-J-0008 | 5. ORGANIZATION<br><br>Recovery |
| 6. NAME OF PROJECT OFFICER<br><br>MIKE KEENEY | 7. NAME OF PROJECT MONITOR | |

**8. ACCOUNTING AND APPROPRIATION DATA**

NTE
2006-06-1604DR-9044-XXXX-2591-D: $3,045.00

**9. WORK DETAILS**

This is an unpriced task order. See continuation pages for the terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER:<br>Janice L. Uthe | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE:<br>03/23/06 |
|---|---|---|

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

BNIF 00000157

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | NTE AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1.00 | LOT | $3,045.00 | $3,045.00 |
| | WORK SHALL BE PERFORMED IN ACCORDANCE WITH THE ATTACHED STATEMENT OF WORK. | | | | |
| | FUNDING/REQ NO:   1:   $3,045.00 | | | NN00015Y2006T | |

GRAND TOTAL ---         $3,045.00

==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | | REQUISITION NUMBER | | NTE AMOUNT |
|---|---|---|---|---|
| 1 2006-06-1604DR-9044- | -2591-D | NN00015Y2006T | P | $3,045.00 |

## A.2 TASK ORDER TERMS AND CONDITIONS

1. The contractor shall provide all necessary personnel, materials, services, equipment and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 11, 2005, September 14, 2005, and September 28, 2005, for the period beginning September 9, 2005, through October 15, 2005. The amount of pre-authorization through October 15, 2005 was $270,000 for pre-award costs, which exceeds the amount authorized under this task order.  Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 9, 2005 through October 15, 2005.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $6,548 which includes estimated cost of REDACTED and fixed fee of REDACTED.

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $3,045.00.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

   52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

   (a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $3,045.00.

   (b) The maximum amount for which the Government shall be liable if this contract is terminated is $3,045.00.

   52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

   (a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

   (b) The schedule for definitizing this task order is:

      (1) Proposal, Revision 1 was received March 8, 2006;
      (2) Negotiations on or before April 26, 2006
      (3) Definitization within 5 days of agreement;

   (c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

      (1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

    (i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

    (ii) All clauses required by law as of the date of the Contracting Officer's determination; and

    (iii) Any other clauses, terms, and conditions mutually agreed upon.

  (2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26   PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

  (1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

  (2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

  (3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

BNIF 00000160

(d) Allowable costs.  For the purpose of determining allowable costs, the term "costs" includes--

   (1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

   (2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

      (i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

         (A) In accordance with the terms and conditions of a subcontract or invoice; and

         (B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

      (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

      (iii) Direct labor;

      (iv) Direct travel;

      (v) Other direct in-house costs; and

      (vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

   (3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit.  At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited.  Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000161

HSFEHQ-05-J-0008

STATEMENT OF WORK
Direct Assistance
(Bechtel-Task Order-Alternative Housing Solution)

# 1 General Provisions

## 1.1 Disaster Information

Disaster: 1604
State: Mississippi

**Joint Field Office Information:**

Address:    Housing Area Command
15961 Airline Hwy
Baton Rouge, LA 70817

JFO Point of Contact: Michael Keeney, COTR
Phone:          601-965-2200
Email:         michael.keeney@fema.gov

Counties: State of Mississippi.

2 · Operational Objective: Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 3 Identified Tasks

The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statement.

## 3.1 Alternative Housing Solution: Sub-Task #1

The contractor shall provide transportation to other alternative housing solutions.

| Task Title | Remarks |
|---|---|
| Alternative Housing Solution: Transporting to HUD. | Provide, schedule, and drive buses to move for 200-275 residents from Public Housing that are elderly and are living in damaged property and need to be moved. They have also identified available permanent units to move them to but the issue is transportation. Contact FEMA Kathy Graham and HUD to enable to organize pick up points. Point of contact Kathy Graham 703-669-7440. |

# 4 Period of Performance: End Date: The period of performance is from September 9, 2005, through October 15, 2005.

ATTACHMENT

1 of 1

## CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. See Page 2 | | 5. PROJECT NO. (if applicable) | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC | | | 9B. DATED (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0010 |
| FREDERICK MD 217038306 | | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | X | 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Page 2

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) FAR 52.216-24 Limitation of Government Liability (Apr 1984) |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Governments Liability as it relates to subject Task Order.

a. Funding in the amount of $423,472.00 is hereby provided and increases said liability for the indicated dollar amount. The Governments liability under this Task Order will not extend beyond this additional funding amount.

b. The final negotiated cost, for subject Task Order, may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED 13 June 06 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000163

HSFEHQ-05-D-0572  HSFEHQ-05-J-0010  P00001

## A.1 PRICE/COST SCHEDULE

```
ITEM        DESCRIPTION OF        QTY    UNIT           UNIT              AMOUNT
NO.         SUPPLIES/SERVICES                           PRICE

0001                             1.00    LOT        $423,472.00        $423,472.00
            Staff Applicant Support Services
            FUNDING/REQ NO:      1:   $423,472.00   NN00015Y2006T
```

```
                                        GRAND TOTAL ---              $423,472.00
                                                               ===================
```

ACCOUNTING AND APPROPRIATION DATA:

```
ACRN APPROPRIATION                        REQUISITION NUMBER              AMOUNT

  1 2006-06-1604DR-9044--2591-D           NN00015Y2006T        P      $423,472.00
```

## A.2 DELIVERY SCHEDULE

```
        ITEM NUMBER        QUANTITY     DATE OF DELIVERY
        0001                   1.00
```

BNIF 00000164

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 | 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 9/26/06 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY                          CODE  S2101A | | ADMINISTERED BY (If other than item 6)   CODE | | | |

6. ISSUED BY

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X]    HAFEHQ-05-D-0572
       HAFEHQ-05-J-0010

10B. DATED (SEE ITEM 13)    3/23/06

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

2006-06-1604DR-9044    2591-D    NN00015Y2006T    $198,688.00

## 13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| [X] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds and change the amount obligated to Task Order 10.

Funds in the amount of $198,688.00 are hereby added to Task Order 10.

The dollar amount obligated to Task Order 10 is changed

FROM:   $1,024,722.00

TO:   $1,223,410.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A BELCASTRO CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY  Barbara A. Belcastro (Signature of Contracting Officer) | 16C. DATE SIGNED 9/26/06 |
| (Signature of person authorized to sign) | | | |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0572  HSFEHQ-05-J-0010  P00002 | | | 2 |

The following is is a Recap of funding;

| | |
|---|---|
| Original Task Order | $ 601,250.00 |
| Mod P00001 | $ 423,472.00 |
| Mod P00002 (this mod) | $ 198,688.00 |
| | |
| Total Funded | $1,223,410.00 |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000166

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 1 |

| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 9/26/06. | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY CODE S2101A | ADMINISTERED BY (If other than Item 6) CODE |
|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEBQ-05-J-0010 |
| | 10B. DATED (SEE ITEM 13) 3/23/06 |

| CODE | FACILITY CODE |
|---|---|

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) by acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
N/A

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☒ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☒ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not. ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to correct block 10A. of modification P00002 to read HSFEHQ-05-D-0572 and HSFEEQ-05-J-0010.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A BELCASTRO CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 15B. UNITED STATES OF AMERICA BY Barbara C. Belcastro (Signature of Contracting Officer) | 16C. DATE SIGNED 9/26/06 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000167

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00004 | See Blk 16c | | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (if other than item 6) | CODE |
|---|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

X    HSFEHQ-05-D-0572
HSFEHQ-05-J-0010

10B. DATED (SEE ITEM 13)

3/23/06

| CODE | | FACILITY CODE |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Date (if required)

N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X    C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302(a)(4) and (9)

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT:    Contractor [ ] is not, [X] is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to definitize contract HSFEHQ-05-D-0572 Task Order HSFEHQ-05-J-0010 (Task Order 10), Management and Administration, issued by Federal Emergency Management Agency (FEMA).

(See Continuation Page 2 for additional information)

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P. H. DIKTAK, PPP, and Program Mgr | BARBARA A BEL CASTRO CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 11/06/06 | BY (Signature of Contracting Officer) | 11/6/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000168

| CONTINUATION SHEET | | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|---|
| | | HSFEHQ-05-D-0572   HSFEHQ-05-J-0010   P00004 | | | | 2 | | 2 |

| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | Total |
|---|---|---|---|---|---|---|
| 0001 | See Below* | 1 | Lot | REDACTED | | $1,223,027 |

Identification of Potential Temporary Housing Solutions, Resources and Requirements for people displaced by Hurricane Katrina. As a result of the 2005 Gulf Coast Hurricane damage, Bechtel was issued this task order to identify potential temporary housing solutions, resources, and requirements for displaced people. Bechtel would provide Administrative and Technical support staffing to participate and support disaster associated activities. FEMA would determine the appropriate number of individuals necessary to support Disaster Recovery Centers (DRCs) in Mississippi as applicant assistance representatives. The contractor provided the following services:

1. Interview disaster assistance applicants, providing information, explanations and requirements of applicable Individual Assistance (IA) programs other FEMA disaster programs, and other Federal, voluntary, state and local agencies.
2. Listen to and analyze applicant's individual problems/issues and provide immediate referrals to appropriate assistance programs, community resources and other Federal, voluntary, state and local agencies.
3.  Inform applicant of the various processes including appeals, re-certification and audits.
4.  Respond to requests for applicant status.
5.  Assess appeal requests for various forms of disaster assistance.
6.  Write information updates that require action and forward to fixed facilities.
7.  Utilize National Emergency Management Information System (NEMIS), FEMA-specific software and other software used by FEMA.
8.  Report any problems/issues to Applicant Services Program Specialist and supervisor.
9.  Attend staff meetings at FEMA's request and provide routine information regarding work under this task.
10.  Provide miscellaneous Support Staff.


This modification changes the total costs plus fixed fee from $1,223,410 to $1,223,027.


Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                                  34-109                                  STANDARD FORM 26 (REV. 10-83)

BNIF 00000169

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00005 | 6/21/07 | AN00702Y2007T | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland    21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

HSFEHQ-05-D-0572
HSFEHQ-05-J-0010    [X]

10B. DATED (SEE ITEM 13)    3/23//06

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
2007-06-1604DR-9044    2591-D   AN00702Y2007T     + $ 34,272.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302 (a) (4) and (b)(2)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor [ ] is not. [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds to Task Order 10 (TO 10) for additional subcontract costs.
The total costs plus fixed fee for Task Order 10 is changed;
Delete:   $1,223,027.00
Add:      $1,257,682.00

The costs plus fixed fee is broken down as follows;
Delete:   REDACTED Costs    Fee: REDACTED
Add:      ▮▮▮▮▮ Costs    Fee: ▮▮▮▮▮

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| David M. Walker, President, BNI | BARBARA A BELCASTRO CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 7-11-07 | BY Barbara (Signature of Contracting Officer) | 7/25/07 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000170

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0572 HSFEHQ-05-J-0010 P00005 | | | 2 |

The following is a recap of the funding for Task Order 10

| Order/Mods | Funded | Total Funded |
|---|---|---|
| Basic Order | $601,250 | $601,250 |
| P00001 | $423,472 | $1,024,722 |
| P00002 | $198,688 | $1,223,410 |
| P00003(Correction) | N/A | $1,223,410 |
| P00004(Definitized) | N/A | $1,223,410 |
| P00005(This Mod) | $34,272 | $1,257,682 |

This modification changes the total funded amount from $1,223,410 to $1,257,682.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67        34-108        STANDARD FORM 84 (REV. 10-83)

BNIF 00000171

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER                        CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | NN00015Y2006T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-05-J-0010 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| MIKE KEENEY | |

**8. ACCOUNTING AND APPROPRIATION DATA**

NTE
2006-06-1604DR-9044-XXXX-2591-D:  $601,250.00

**9. WORK DETAILS**

This is an unpriced task order. See continuation pages for the terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Janice L. Uthe | *Janice L. Uthe* | 03/23/06 |

FEMA Form 40-20, JUN 97                    REPLACES ALL PREVIOUS EDITIONS

BNIF 00000172

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | NTE AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1.00 | LOT | $601,250.00 | $601,250.00 |
| | WORK SHALL BE PERFORMED IN ACCORDANCE WITH STATEMENT OF WORK | | | | |
| | FUNDING/REQ NO: 1: $601,250.00 NN00015Y2006T | | | | |

GRAND TOTAL ---      $601,250.00

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | NTE AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | NN00015Y2006T | P | $601,250.00 |

## A.2 TASK ORDER TERMS AND CONDITIONS

1.  The contractor shall provide all necessary personnel, materials, services, equipment and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2.  This is a task order for essential services as described in the attached Statement of Work. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 12, 2005, September 14, 2005, September 28, 2005, December 19, 2005, and January 18, 2006, for the period beginning September 12, 2005, through February 15, 2006. The amount of pre-authorization through February 15, 2006 was $10,500,000 for pre-award costs, which exceeds the amount authorized under this task order. Pre-authorized funds are included in the total value of the unpriced order.

3.  It is anticipated that a Cost-Plus-Fixed Fee (CPFF) type task order will be negotiated.

4.  Deliverables and work products required under this task order are

BNIF 00000173

listed in the Statement of Work, attached.

5. The period of performance of this task order is September 12, 2005 through February 15, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $1,300,000 which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $601,250.00.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY. (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $601,250.00.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $601,250.00.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this task order is:

(1) Proposal, Revision 1 was received March 24, 2006;
(2) Negotiations on or before May 5, 2006
(3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee,

the contract shall be governed by--

    (i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

    (ii) All clauses required by law as of the date of the Contracting Officer's determination; and

    (iii) Any other clauses, terms, and conditions mutually agreed upon.

    (2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26   PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

    (1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

    (2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

    (3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost

BNIF 00000175

incurred by the Contractor in the performance of this contract.

(d) Allowable costs.  For the purpose of determining allowable costs, the term "costs" includes--

    (1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

    (2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

        (i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

            (A) In accordance with the terms and conditions of a subcontract or invoice; and

            (B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

        (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

        (iii) Direct labor;

        (iv) Direct travel;

        (v) Other direct in-house costs; and

        (vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

    (3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit.  At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited.  Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000176

Contract HSFEHQ-05-D-0572                        Task Order HSFEHQ-05-J-0010

STATEMENT OF WORK
Miscellaneous Staff Support
Direct Assistance
(Bechtel-Task Order 0010Rev1)
**Revised** – December 20, 2005

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:        Joint Field Office
                515 E. Amite Street
                Jackson, Mississippi
                39201-2709

JFO Point of Contact: Michael Keeney
Phone: 601-965-2200
Email: michael.keeney@fema.gov

Counties: State of Mississippi.

# 2   Change Control

The following section summarizes the changes incorporated into this statement of work.

| Date | Requestor | Description of change |
|------|-----------|-----------------------|
| 12/20/05 | Michael Keeney | Added Section 2 Change Control, affects the numbering of sections |
| 12/20/05 | Michael Keeney | Added Section 4.1, Miscellaneous Support Staff, Sub-Task #1, Focuses on contractor performing support services |

# 3   Operational Objective:   Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

# 4   Identified Tasks

BNIF 00000177

Contract HSFEHQ-05-D-0572                          Task Order HSFEHQ-05-J-0010

STATEMENT OF WORK
Miscellaneous Staff Support
Direct Assistance
(Bechtel-Task Order 0010Rev1)
**Revised** – December 20, 2005

The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statement

### 4.1 Miscellaneous Support Staff Sub-Task #1

The contractor shall provide Administrative and Technical support staffing to participate and support disaster associated activities. FEMA shall determine the appropriate number of individuals necessary to support DRCs in the State of Mississippi as applicant assistance representatives. The total number of contractor employees shall not exceed 300 without expressed approval by the Contracting Officer. Contractor personnel must be able and willing to work in austere environment. Contractor shall provide services based on performing seven days per week, 12 hours per day. The contractor must comply with the Service Contract Act Wage Determination contained in the contract based on location the services are being performed. FEMA will provide necessary training. Due to sensitive personal information, contractor personnel must have a current background check. The contractor shall provide the following services:

1. Interview disaster assistance applicants, providing information, explanations and requirements of applicable Individual Assistance (IA) programs, other FEMA disaster programs and other Federal, voluntary, state and local agencies when appropriate.

2. Listen to and analyze applicant's individual problems/issues and provide immediate referrals to appropriate disaster assistance programs, community resources and other Federal, voluntary, state and local agencies when appropriate.

3. Inform applicant of the various processes including appeals, re-certification and audits.

4. Respond to requests for applicant status.

5. Assess appeal requests for various forms of disaster assistance.

6. Write information updates that require action and forward to fixed facilities.

7. Utilize National Emergency Management Information System (NEMIS), FEMA-specific software and other software used by FEMA.

8. Report any problems/issues to Applicant Services Program Specialist and supervisor.

BNIF 00000178

Contract HSFEHQ-05-D-0572                           Task Order HSFEHQ-05-J-0010

STATEMENT OF WORK
Miscellaneous Staff Support
Direct Assistance
(Bechtel-Task Order 0010Rev1)
**Revised** – December 20, 2005

9. Attend staff meetings at FEMA's request and provide routine information on
   regarding work under this task order.

The contractor shall provide a weekly status report to the COTR and JFO DRC Coordinator
with the names, number of personnel, and locations of contracted personnel.

**5. Period of Performance:** The period of performance is from the start date indicated
in the Pre-Authorization Notice through February 15, 2006.

BNIF 00000179

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>P00001 | 3. EFFECTIVE DATE<br>SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO.<br>See Page 2 | | 5. PROJECT NO.  (if applicable) | |

| 6. ISSUED BY                    CODE | | 7. ADMINISTERED BY   (if other than item 6)          CODE | |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572 HSFEHQ-05-J-0016 |
| CODE | FACILITY CODE | X | 10B. DATED  (SEE ITEM 13)<br>09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA    (if required)
See Page 2

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT  MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).] |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority)    FAR 52.216-24 Limitation of Government Liability (Apr 1984) |

E. IMPORTANT:   Contractor  [X] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION    (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Governments Liability as it relates to subject Task Order.

a.      Funding in the amount of $141,662.00 is hereby provided and increases said liability for the indicated dollar amount. The Governments liability under this Task Order will not extend beyond this additional funding amount.

b.      The final negotiated cost, for subject Task Order, may differ from the funding amount indicated above.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print)<br>Michael E. White<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 13 June 06 |

STANDARD FORM 30  (REV. 10-83)

BNIF 00000180

HSFEHQ-05-D-0572   HSFEHQ-05-J-0016   P00001

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | DRC IT Support Staff and Services | 1.00 | LOT | $141,662.00 | $141,662.00 |
| | FUNDING/REQ NO:     1:    $141,662.00    NN00015Y2006T | | | | |

```
                                    GRAND TOTAL ---          $141,662.00
                                                           ===================
```

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044--2591-D | NN00015Y2006T | P | $141,662.00 |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|---|---|---|
| 0001 | 1.00 | |

BNIF 00000181

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|
| | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | See Blk 16c | RN00015Y2006T | |

| 6. ISSUED BY | CODE | S2101A |
|---|---|---|

DCHA Maryland
217 E Redwood St. Suite 1800
Baltimore, Maryland 21202

7. ADMINISTERED BY (If other than item 6)   CODE

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | |
|---|---|---|
| Bechtel National, Inc.<br>5275 Westview Drive<br>Frederick, Maryland 21703-8306 | ☒ | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEBQ-05-D-0572<br>HSFEBQ-05-J-0016 |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>3/23/06 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| See Page 2 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 42.302(a)(4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return _____3_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to definitize Task Order 16 for a total cost-plus-fixed-fee of $221,064. The total task order is broken down as follows: REDACTED costs and REDACTED fee. The task order was for Bechtel to develop, design, run, administer, maintain, and provide a technical staff to support a comprehensive data base to capture information obtained from shelter occupants and develope a housing resource data base that could be placed on the web specific for Mississippi.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P.H. DIVJAK, PVP, Program Mgr. | BARBARA A. BELCASTRO<br>C.O. |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 8/15/06 | BY Barbara A. Belcastro (Signature of Contracting Officer) | 8/17/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | HSFEHQ-05-D-0572   HSFEHQ-05-J-0016 | | | 2 |

| Item No. | Description of Supplies/Services | QTY | Unit | Cost | Fee | TOTAL |
|---|---|---|---|---|---|---|
| 0001 | See Below * | 1 | Lot | REDACTED | | $221,064 |

*Develop, design, run, administer, maintain and provide a technical staff to support a data base to capture information obtained from shelter occupants and develop a housing resource data base specific for Mississippi that can be placed on the internet.

ACCOUNTING AND APPROPRIATION DATA:

| | ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044 | 2591-D | NN00015Y2006T | P | $33,152 |

This modification changes the total funded from $187,912 to $221,064.  This is an increase of $33,152.00.

RECAP OF FUNDING

| Order/Mod | ACRN Appropriation | | Requisition Number | | Amount |
|---|---|---|---|---|---|
| TO 16 | 1 2006-06-1604DR-9044 | 2591-D | NN00015Y2006T | P | $ 46,250 |
| P00001 | 1 2006-06-1604DR-9044 | 2591-D | NN00015Y2006T | P | $141,662 |
| P00002 | 1 2006-06-1604DR-9044 | 2591-D | NN00015Y2006T | P | $ 33,152 |

 Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000183

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TASK ORDER
## CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | NN00015Y200GT |
|  | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|  | HSFEHQ-05-J-0016 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| MIKE KEENEY |  |

**8. ACCOUNTING AND APPROPRIATION DATA**

NTE
2006-06-1604DR-9044-XXXX-2591-D: $46,250.00

**9. WORK DETAILS**

This is an unpriced task order. See continuation pages for the terms and conditions.

CONFIRMING ORDER - DO NOT DUPLICATE

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER:<br>Janice L. Uthe | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE:<br>03/23/06 |
|---|---|---|

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

BNIF 00000184