U.S. Department of Homeland Security
Washington, DC 20472

 FEMA

## CONFORMED COPY

September 3, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0003

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0003 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $500,000 for the period September 3, 2005 through September 15, 2005, for Site Identification and Assessment, Support, and Housing Stragegy (DR-1604-MS) services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0003 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000234

U.S. Department of Homeland Security
Washington, DC 20472



September 8, 2005

**CONFORMED COPY**

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0003.

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 3, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Site Identification and Assessment, Support, and Housing Strategy (DR-1604-MS) services.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $2,000,000 for the period September 3, 2005 through September 22, 2005 for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0003 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $2,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

RECEIVED

SEP 1 6 2005

CONTRACTS

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**FEMA**

**CONFORMED COPY**

September 14, 2005

CONTRACTS
SEP 2 2 2005
RECEIVED

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0003.

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 8, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for <u>Site Identification and Assessment, Support, and Housing Strategy (DR-1604-MS) services.</u>

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed <u>$12,000,000</u> for the period <u>September 3, 2005 through September 30. 2005</u> for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0003 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $12,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000236

U.S. Department of Homeland Security
Washington, DC 20472



September 29, 2005       **CONFORMED COPY**

Ron Wessel
Bechtel Corporation                                    CONTRACTS
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605                            OCT 0 6 2005
                                                       RECEIVED

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0003.

In order to extend the period of time and increase the amount authorized, this letter
supersedes and replaces the pre-award incurrence of cost authorization dated September
14, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for Site
Identification and Assessment, Support, and Housing Strategy (DR-1604-MS) services.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $45,000,000 for the period September 3, 2005 through
October 15, 2005 for the required services. During this period, contract no. HSFEHQ-05-
D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0003 will be issued for your
services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$45,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



September 8, 2005          **CONFORMED COPY**

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004.

In order to extend the period of time and increase the amount authorized, this letter
supersedes and replaces the pre-award incurrence of cost authorization dated September 4,
2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for Site
Identification and Assessment, Support, and Housing Strategy (2500) (DR-1604-MS)
services.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $4,000,000 for the period September 4, 2005 through
September 22, 2005 for the required services. During this period, contract no. HSFEHQ-
05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0004 will be issued for
your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$4,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

BNIF 00000238

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

September 14, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 2 2005

RECEIVED

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004.

In order to extend the period of time and increase the amount authorized, this letter
supersedes and replaces the pre-award incurrence of cost authorization dated September 8,
2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for Site
Identification and Assessment, Support, and Housing Strategy (2500) (DR-1604-MS)
services.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $19,000,000 for the period September 4, 2005 through
September 30, 2005 for the required services. During this period, contract no. HSFEHQ-
05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0004 will be issued for
your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$19,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000239

U.S. Department of Homeland Security
Washington, DC 20472



September 24, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

**CONFORMED COPY**

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004.

In order to extend the period of time authorized, this letter supersedes and replaces the
pre-award incurrence of cost authorization dated September 14, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for Site
Identification and Assessment, Support, and Housing Strategy (2500) (DR-1604-MS)
services.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $19,000,000 for the period September 4, 2005 through
October 7, 2005 for the required services.  During this period, contract no. HSFEHQ-05-
D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0004 will be issued for your
services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$19,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello

CONTRACTS

OCT 0 4 2005

RECEIVED

Nancy A. Costello
Contracting Officer

www.fema.gov

$0

U.S. Department of Homeland Security
Washington, DC 20472



December 19, 2005 **CONFORMED COPY**

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004.

In order to extend the period of time, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 24, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Site Identification and Assessment, Support, and Housing Strategy (2500) (DR106-MS).

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed $19,000,000 for the period September 4, 2005 through January 18, 2006 for the required services. During this period Task Order no. HSFEHQ-05-J-0004 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $19,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

Janice L. Uthe

Janice L. Uthe
Contracting Officer

www.fema.gov

BNIF 00000241

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

December 21, 2005

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

**CONFORMED COPY**

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004.

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated December 19, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for <u>Site Identification and Assessment, Support, and Housing Strategy (2500) (DR106-MS).</u>

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed <u>$25,000,000</u> for the period <u>September 4, 2005 through March 31, 2006</u> for the required services. During this period Task Order no. HSFEHQ-05-J-0004 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $25,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

*Janice L. Uthe*

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

September 4, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0004

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0004
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $1,000,000 for the period September 4, 2005 through
September 18, 2005, for Site Identification and Assessment, Support, and Housing
Strategy (DR-1604-MS) services. During this period, contract no. HSFEHQ-05-D-0572
will be awarded and Task Order no. HSFEHQ-05-J-0004 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$1,000,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000243

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

## CONFORMED COPY

September 5, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0005

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0005
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $500,000 for the period September 5, 2005 through
September 19, 2005, for Technical Support to inspect temporary housing units being built
by multiple manufacturers (DR-1604-MS). During this period, contract no. HSFEHQ-05-
D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0005 will be issued for your
services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$500,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

*Nancy A Costello*

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000244

U.S. Department of Homeland Security
Washington, DC 20472



September 7, 2005          **CONFORMED COPY**

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0006.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for
Management and Administrative (Readiness) services (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $500,000 for the period August 28, 2005 through
September 21, 2005, for the required services. During this period, contract no. HSFEHQ-
05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0006 will be issued for
your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$500,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

BNIF 00000245

U.S. Department of Homeland Security
Washington, DC 20472



**FEMA**

**CONFORMED COPY**

September 14, 2005

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 2 2005

RECEIVED

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0006.

In order to extend the period of performance of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 7, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Management and Administrative (Readiness) services (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $5,500,000 for the period August 28, 2005 through September 30, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0006 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $5,500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000246

U.S. Department of Homeland Security
Washington, DC 20472



September 28, 2005

CONTRACTS

OCT 0 6 2005

RECEIVED

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

**CONFORMED COPY**

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0006.

In order to extend the period of time authorized, this letter supersedes and replaces the
pre-award incurrence of cost authorization dated September 14, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of the above numbered Task Order for
Management and Administrative (Readiness) services (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $5,500,000 for the period August 28, 2005 through October
15, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572
will be awarded and Task Order no. HSFEHQ-05-J-0006 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$5,500,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000247

U.S. Department of Homeland Security
Washington, DC 20472



· September 8, 2005          **CONFORMED COPY**

Ron Wessel
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Wessel:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0007.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Plant Inspectors services (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $500,000 for the period September 8, 2005 through September 22, 2005, for the required services. During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order no. HSFEHQ-05-J-0007 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

*Nancy A. Costello*

Nancy A. Costello
Contracting Officer

CONTRACTS
SEP 1 6 2005
RECEIVED

www.fema.gov

BNIF 00000248

**From:** Wessel, Ronald
**Sent:** Wednesday, September 21, 2005 6:53 PM
**To:** Bradford, Richard; Downing, Patricia; Dufour, Peggy; Elliott, James; Gifford, Brian; Griebenow, Bret; Harrison, Scott; McKinney, Thomas; Phelps, Andrew; Price, Douglas; Sawyer, Sandra L; Schuetz, Phillip; Short, Jim; Smith, Eli; Spencer, Carmen; Toddings, Gail; Voytell, Kurtis
**Subject:** FW: Bechtel Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0007 Pre-authorization Notice (PAN)

FYI
Brian – Please chase down if there is any impact.

---

**From:** Wessel, Ronald
**Sent:** Wednesday, September 21, 2005 6:51 PM
**To:** 'Tikotsky, Marcus'
**Subject:** RE: Bechtel Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0007 Pre-authorization Notice (PAN)

Marcus,

We will stop work on this Task Order and advise of any impact.

Ron

---

**From:** Tikotsky, Marcus [mailto:Marcus.Tikotsky@dhs.gov]
**Sent:** Wednesday, September 21, 2005 6:34 PM
**To:** Wessel, Ronald
**Cc:** Porter, David; Costello, Nancy; Williamson, Scott
**Subject:** Bechtel Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0007 Pre-authorization Notice (PAN)

Ron,

This e-mail shall act as official notice that subject Pre Authorization Notice for Task Order 0007 is cancelled, do not take any further action again subject letter.

Thank you,

Marcus Tikotsky
Contracting Officer

---

BNIF 00000249

**From:** Clover, Keith
**Sent:** Wednesday, September 21, 2005 6:30 PM
**To:** Porter, David
**Subject:** Bechtel TO #07

Hi Dave,

Were you aware that this task order was canceled?  Per Carl Hallstead this TO should not have been issued.

BNIF 00000250

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

## CONFORMED COPY

September 11, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0008

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0008 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $20,000 for the period September 9, 2005 through September 24, 2005, for Transportation of HUD Residence (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0008 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $20,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646- 4373, although I can be reached at (202) 646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



September 14, 2005

**CONFORMED COPY**

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 2 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0008

In order to extend the period of performance of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 11, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0008 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $270,000 for the period September 9, 2005 through September 30, 2005, for Transportation of HUD Residence (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0008 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $270,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 28, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS
OCT 0 6 2005
RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0008

In order to extend the period of time authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 14, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0008 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $270,000 for the period September 9, 2005 through October 15, 2005, for Transportation of HUD Residence (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0008 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $270,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

**From:** Gifford, Brian
**Sent:** Monday, October 10, 2005 1:56 PM
**To:** Parish, Sabra
**Subject:** FW: Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0008 and 0009-
Pre-authorization Notice (PAN) - Tikotsky to Wessel

Here's the rescind notice for Task 9

---

**From:** Tikotsky, Marcus [mailto:Marcus.Tikotsky@dhs.gov]
**Sent:** Wednesday, September 14, 2005 3:04 PM
**To:** Wessel, Ronald
**Cc:** Williamson, Scott; Costello, Nancy; Clover, Keith
**Subject:** Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0008 and 0009- Pre-authorization
Notice (PAN) - Tikotsky to Wessel

Ron,

I apologize, we are starting to get a better grip on our work processes here; again we have issued
redundant requirements under task orders 0008 and 0009, which where to provide, schedule and drive
busses for 200 to 275 residents. Therefore, I am officially rescinding the PAN for task order 0009 and will
be forwarding a SOW under task order 0008 for the one requirement. You are directed to proceed as
indicated under the PAN issued for task order 0008. If the $20,000.00 does not cover this effort, please
let Ms. Costello know how much more is required.

Thank you,

Marcus Tikotsky,
Contracting Officer
FEMA Headquarters

---

**From:** Tikotsky, Marcus
**Sent:** Tuesday, September 13, 2005 6:56 PM
**To:** 'Wessel, Ronald'
**Cc:** 'Williamson, Scott'; 'Costello, Nancy'
**Subject:** RE: Contract HSFEHQ-05-D-0572, Task Orders HSFEHQ-05-J-0016 and 0017- Pre-authorization
Notice (PAN)

Ron,

The attached letters are forwarded for your action. My letters with original signature will be sent
to you via regular mail.

Thank you,

Marcus Tikotsky

Contracting Officer
FEMA Headquarter
Washington D.C.
202-646-1381

BNIF 00000255

U.S. Department of Homeland Security
Washington, DC 20472



September 10, 2005          **CONFORMED COPY**

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0009

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0009
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $20,000 for the period September 10, 2005 through
September 24, 2005, for Transportation Services (DR-1604-MS).  During this period,
contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-
0009 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$20,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms.
Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 14, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 2 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0009

In order to extend the period of performance of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 10, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0009 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $270,000 for the period September 10, 2005 through September 30, 2005, for Transportation Services (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0009 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $270,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

BNIF 00000257

U.S. Department of Homeland Security
Washington, DC 20472

CONTRACTS
SEP 2 2 2005
RECEIVED

 **FEMA**

September 12, 2005

Scott Williamson                           **CONFORMED COPY**
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0010

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0010
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $500,000 for the period September 12, 2005 through
September 30, 2005, for Staff Applicant Support Services (DR-1604-MS). During this
period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-
05-J-0010 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$500,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms.
Nancy Costello at (202) 646-4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

BNIF 00000258

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 14, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 2 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0010

In order to extend the period of performance of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 12, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0010 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $10,500,000 for the period September 12, 2005 through September 30, 2005, for Staff Applicant Support Services (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0010 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $10,500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**FEMA**

## CONFORMED COPY

September 28, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

OCT 0 6 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0010

In order to extend the period of time authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 14, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0010 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $10,500,000 for the period September 12, 2005 through October 15, 2005, for Staff Applicant Support Services (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0010 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $10,500,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



December 19, 2005 **CONFORMED COPY**

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0010

In order to extend the period of time authorized, this letter supersedes and
replaces the pre-award incurrence of cost authorization dated
September 28, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that
your company may incur costs prior to the issuance of Task Order No.
HSFEHQ-05-J-0010 under contract HSFEHQ-05-D-0572 for Individual
Assistance.

This office has determined that it is in the best interests of the Government to
authorize pre-award costs not to exceed $10,500,000 for the period
September 12, 2005 through January 18, 2006, for Staff Applicant Support
Services (DR-1604-MS). During this period, Task Order No. HSFEHQ-05-J-0010
will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-
exceed $10,500,000; which if incurred after the task order had been issued would
have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact
me on (202) 646-4686.

Sincerely,

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

January 18, 2006          **CONFORMED COPY**

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0010

In order to extend the period of time authorized, this letter supersedes and
replaces the pre-award incurrence of cost authorization dated
December 19, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that
your company may incur costs prior to the issuance of Task Order No.
HSFEHQ-05-J-0010 under contract HSFEHQ-05-D-0572 for Individual
Assistance.

This office has determined that it is in the best interests of the Government to
authorize pre-award costs not to exceed $10,500,000 for the period
September 12, 2005 through February 15, 2006, for Staff Applicant Support
Services (DR-1604-MS). During this period, Task Order No. HSFEHQ-05-J-0010
will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-
exceed $10,500,000; which if incurred after the task order had been issued would
have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact
me on (202) 646-4686.

Sincerely,

*Janice L. Uthe*

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

September 20, 2005

CONTRACTS

SEP 2 5 2005

RECEIVED

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

RECEIVED

SEP 2 5 2005

CONTRACTS

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0012

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0012
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $100,000 for the period September 21, 2005 through
October 4, 2005, for Alternative Housing Solutions (DR-1604-MS). During this period,
contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-
0012 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$100,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms.
Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

BNIF 00000263

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

**CONFORMED COPY**

December 19, 2005

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0012

In order to extend the period of performance of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 20, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0012 under contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $100,000 for the period September 21, 2005, through January 18, 2006, for Alternative Housing Solutions (DR-1604-MS). During this period, Task Order No. HSFEHQ-05-J-0010 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $100,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202) 646-4686.

Sincerely,

*Janice L. Uthe*

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

**CONFORMED COPY**

September 21, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 5 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0013

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0013 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $1,000,000 for the period September 21, 2005 through October 4, 2005, for DRC Technical Support Staff (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0013 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $1,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

September 21, 2005    **CONFORMED COPY**

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS

SEP 2 5 2005

RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0015

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0015 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $200,000 for the period September 21, 2005 through October 4, 2005, for Headquarters Management Team (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0015 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $200,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

 **FEMA**

## CONFORMED COPY

November 29, 2005

Brian Gifford
Bechtel National, Inc.
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0015

In order to extend the time authorized, this letter superseded and replaces the pre-award incurrence of cost authorization date September 21, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0015 under contract HSFEHQ-05-D-0572 for the Headquarters Management Team (DR-1604-MS).

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $200,000.00 for the period September 21, 2005 through December 15, 2005, for the required services. During this period Task Order No. HSFEHQ-05-J-0015 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $200,000.00; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please contact me at (202) 646-4686.

Sincerely,

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

CONTRACTS
SEP 2 3 2005
RECEIVED

 **FEMA**

September 13, 2005    **CONFORMED COPY**

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0016

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0016 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $200,000 for the period September 13, 2005 through September 30, 2005, for Survey Support Staff Services (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0016 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $200,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646-4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

BNIF 00000268

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

**CONFORMED COPY**

September 28, 2005

Scott Williamson                              CONTRACTS
Bechtel Corporation
1015 15th Street, N.W., Suite 700             OCT 0 6 2005
Washington, D.C. 20005-2605                   RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0016.

In order to extend the period of time authorized, this letter supersedes and replaces the
pre-award incurrence of cost authorization dated September 13, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0016
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $200,000 for the period September 21, 2005 through
October 15, 2005, for Survey Support Staff Services (DR-1604-MS). During this period,
contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-
0016 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$200,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please contact me on (202) 646- 4373.

Sincerely,

Nancy A Costello

Nancy A. Costello
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



October 12, 2005    

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 28, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Survey Staff Services (DR-1604-MS).

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed $2,000,000. The period of performance is from October 12, 2005, through October 26, 2005, for the required services. During this period Task Order no. HSFEHQ-05-J-0016 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $2,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

Janice L. Uthe
Contracting Officer

www.fema.gov

OCT-13-2005  10:06        FEMA AR-FA-GM                       202 646 4156      P.02

U.S. Department of Homeland Security
Washington, DC 20472



October 13, 2005    **CONFORMED COPY**

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD  21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

The purpose of this letter is to correct the dollar amount and period of
performance for the issuance of the pre-authorized notification letter dated
October 12, 2005.

This office has determined that it is in the best interest of the Government to
authorize pre-award costs not to exceed "$2,200,000 instead of "$2,000,000".
The period of performance is changed from "October 12, 2005, through
October 26, 2005", to "September 21, 2005, through October 30, 2005", for the
required services.

Except as provided herein, all terms and conditions of the document referenced
remains unchanged.

Should you have any questions or comments, please do not hesitate to contact
me on (202)646-4686.

Sincerely,

Janice L. Uthe
Contracting Officer

www.fema.gov

BNIF 00000271

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

December 19, 2005

Bechtel National, Inc.                          **CONFORMED COPY**
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

In order to extend the period of time authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated October 13, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Survey Staff Services (DR-1604-MS).

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed $2,000,000. The period of performance is from September 21, 2005, through January 18, 2006, for the required services. During this period Task Order no. HSFEHQ-05-J-0016 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $2,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

*Janice L. Uthe*

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

 FEMA

**CONFORMED COPY**

December 20, 2005

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

The purpose of this letter is to correct the dollar amount for the issuance of the pre-authorized notification letter dated December 19, 2005.

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed "$2,200,000 instead of "$2,000,000".

Except as provided herein, all terms and conditions of the document referenced remains unchanged.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

Janice L. Uthe

Janice L. Uthe
Contracting Officer

www.fema.gov

BNIF 00000273

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

January 13, 2006

## CONFORMED COPY

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

In order to extend the period of performance of time, this letter supersedes and
replaces the pre-award incurrence of cost authorization dated
December 19, 2005 and December 20, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that
your company may incur costs prior to the issuance of the above numbered Task
Order for Survey Staff Services (DR-1604-MS).

This office has determined that it is in the best interest of the Government to
authorize pre-award costs not to exceed $2,200,000. The period of performance
is from September 21, 2005, through January 31, 2006, for the required services.
During this period Task Order no. HSFEHQ-05-J-0016 will be issued for your
services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-
exceed $2,200,000; which if incurred after the task order had been issued would
have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact
me on (202)646-4686.

Sincerely,

*Janice L. Uthe*

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



## CONFORMED COPY

January 28, 2006

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD 21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0016

In order to extend the period of performance of time, this letter supersedes and replaces the pre-award incurrence of cost authorization dated January 13, 2006.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Survey Staff Services (DR-1604-MS).

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed $2,200,000. The period of performance is from September 21, 2005, through May 31, 2006, for the required services. During this period Task Order no. HSFEHQ-05-J-0016 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $2,200,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

Janice L. Uthe

Janice L. Uthe
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472

CONTRACTS
SEP 2 3 2005
RECEIVED

 **FEMA**

September 13, 2005          **CONFORMED COPY**

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0017

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0017
under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed $200,000 for the period September 13, 2005 through
September 30, 2005, for Survey Support Staff Services (DR-1604-MS). During this
period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-
05-J-0017 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
$200,000; which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms.
Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tiketsky
Contracting Officer

www.fema.gov

U.S. Department of Homeland Security
Washington, DC 20472



**CONFORMED COPY**

September 20, 2005

Scott Williamson
Bechtel Corporation
1015 15th Street, N.W., Suite 700
Washington, D.C. 20005-2605

CONTRACTS
SEP 2 5 2005
RECEIVED

Dear Mr. Williamson:

Reference Contract HSFEHQ-05-D-0572, Task Order HSFEHQ-05-J-0018

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0018 under pending contract HSFEHQ-05-D-0572 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed $1,000,000 for the period September 20, 2005 through October 3, 2005, for Group Site Design Services (DR-1604-MS). During this period, contract no. HSFEHQ-05-D-0572 will be awarded and Task Order No. HSFEHQ-05-J-0018 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $1,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646- 4373, although I can be reached at (202)646-1381.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

BNIF 00000277

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

October 12, 2005

## CONFORMED COPY

Bechtel National, Inc.
Attn: Brian Gifford
5275 Westview Drive
Frederick, MD  21703-8306

Dear Mr. Gifford:

Reference Contract HSFEHQ-05-D-0572/HSFEHQ-05-J-0018

In order to extend the period of time and increase the amount authorized, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 20, 2005.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of the above numbered Task Order for Group Site Design Services (DR-1604-MS).

This office has determined that it is in the best interest of the Government to authorize pre-award costs not to exceed $20,000,000. The period of performance is from October 12, 2005, through October 26, 2005, for the required services. During this period Task Order no. HSFEHQ-05-J-0018 will be issued for your services.

Bechtel shall be entitled to reimbursement of costs incurred in an amount not-to-exceed $20,000,000; which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4686.

Sincerely,

Janice L. Uthe

Janice L. Uthe
Contracting Officer

www.fema.gov