HSFEHQ-05-D-0573          **SECTION I**

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

To be specified on an individual task order basis, as applicable.

| Construction material description | Unit of Measure | Unit of Quantity | Price (dollars) /1/ |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material | ............. | ............. | ............. |
| Domestic construction material | ............. | ............. | ............. |
| Item 2: | | | |
| Foreign construction material | ............. | ............. | ............. |
| Domestic construction material | ............. | ............. | ............. |

BNIF 00000328

HSFEHQ-05-D-0573                    SECTION I

Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued). List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary. Include other applicable supporting information.

## I.13  52.225-10  NOTICE OF BUY AMERICAN ACT REQUIREMENT --CONSTRUCTION MATERIALS (MAY 2002)

(a) Definitions. Construction material, domestic construction material, and foreign construction material, as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act--Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested--

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

## I.14  52.232-25  PROMPT PAYMENT (FEB 2002) ALTERNATE I (FEB 2002)

BNIF 00000329

HSFEHQ-05-D-0573          SECTION I

Notwithstanding any other payment clause in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer (EFT). Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(4) of this clause concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments—

(1) Due date.

(i) Except as indicated in paragraphs (a)(2) and (c) of this clause, the due date for making invoice payments by the designated payment office is the later of the following two events:

(A) The 30th day after the designated billing office receives a proper invoice from the Contractor (except as provided in paragraph (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed. For a final invoice, when the payment amount is subject to contract settlement actions, acceptance is deemed to occur on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments.

(i) Due dates on Contractor invoices for meat, meat food products, or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are—

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is upon the Contractor making the representation.

I-16

BNIF 00000330

HSFEHQ-05-D-0573             SECTION I

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(3)(i) through (a)(3)(x) of this clause. If the invoice does not comply with these requirements, the designated billing office will return it within 7 days after receipt (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. The Government will take into account untimely notification when computing any interest penalty owed the Contractor.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(ix) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232- 38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(x) Any other information or documentation required by the contract (e.g., evidence of shipment).

(4) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(4)(i) through (a)(4)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

I-17

HSFEHQ-05-D-0573          SECTION I

(ii) The Government processed a receiving report or other Government documentation authorizing payment, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance is deemed to occur constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivers the supplies or performs the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. If actual acceptance occurs within the constructive acceptance period, the Government will base the determination of an interest penalty on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(6) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(7) Additional interest penalty.

(i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if—

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall—

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest is due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible—

(1) The designated payment office that receives the demand will annotate it with the date of receipt, provided the demand is received on or before the 40th day after payment was made; or

I-18

BNIF 00000332

HSFEHQ-05-D-0573         SECTION I

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(iii) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payment. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(d) Overpayments. If the Contractor becomes aware of a duplicate payment or that the Government has otherwise overpaid on an invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(e) Invoices for interim payments. For interim payments under this cost-reimbursement contract for services—

(1) Paragraphs (a)(2), (a)(3), (a)(4)(ii), (a)(4)(iii), and (a)(5)(i) do not apply;

(2) For purposes of computing late payment interest penalties that may apply, the due date for payment is the 30th day after the designated billing office receives a proper invoice; and

(3) The contractor shall submit invoices for interim payments in accordance with paragraph (a) of FAR 52.216-7, Allowable Cost and Payment. If the invoice does not comply with contract requirements, it will be returned within 7 days after the date the designated billing office received the invoice.

## I.15  52.232-35 DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF ELECTRONIC FUNDS TRANSFER INFORMATION  (MAY 1999)

(a) As provided in paragraph (b) of the clause at 52.232-34, Payment by Electronic Funds Transfer—Other than Central Contractor Registration, the Government has designated the office cited in paragraph (c) of this clause as the office to receive the Contractor's electronic funds transfer (EFT) information, in lieu of the payment office of this contract.

(b) The Contractor shall send all EFT information, and any changes to EFT information to the office designated in paragraph (c) of this clause. The Contractor shall not send EFT information to the payment office, or any other office than that designated in paragraph (c). The Government need not use any EFT information sent to any office other than that designated in paragraph (c).

(c) Designated Office:

Name:                Federal Emergency Management Agency

Mailing Address:      Financial and Acquisition Mangement Div
                          Flood, Fire and Mitigation Branch
                          500 C St., S.W., Room 350
                          Washington, DC 20472

BNIF 00000333

HSFEHQ-05-D-0573                    **SECTION I**

Telephone Number:        202-646-4373

Person to Contact:       Nancy Costello

Electronic Address:      nancy.costello@dhs.gov


**I.16  52.244-2 SUBCONTRACTS (AUG 1998)**

(a) Definitions. As used in this clause—

  Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

  Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

  Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

  (b) This clause does not apply to subcontracts for special test equipment when the contract contains the clause at FAR 52.245-18, Special Test Equipment.

  (c) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (d) or (e) of this clause.

  (d) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

  (1) Is of the cost-reimbursement, time-and-materials, or labor- hour type; or

  (2) Is fixed-price and exceeds—

  (i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

  (ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

  (e) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

BNIF 00000334

HSFEHQ-05-D-0573          SECTION I

(f)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (c), (d), or (e) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting--

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(g) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination--

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

I-21


HSFEHQ-05-D-0573       SECTION I

(h) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of- cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404- 4(c)(4)(i).

(i) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(j) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(k) Paragraphs (d) and (f) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

(TO BE DETERMINED)

_____

_____

_____

_____

### I.17 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far

### I.18 HSAR 3052.204-70 SECURITY REQUIREMENTS FOR UNCLASSIFIED INFORMATION -- TECHNOLOGY RESOURCES (DEC 2003)

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission. The security requirements include, but are not limited to, how the Department of Homeland Security's sensitive information is to be handled and protected at the Contractor's site, (including any information stored, processed, or transmitted using the Contractor's computer systems), the background investigation and/or clearances required, and the facility security required. This requirement includes information technology, hardware, software, and the management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems. Examples of tasks that require security provisions include--

I-22

BNIF 00000336

BNIF 00000336

HSFEHQ-05-D-0573                    SECTION I

(1) Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and

(2) Access to DHS networks or computers at a level beyond that granted the general public, (e.g. such as bypassing a firewall).

(b) At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and a certification that all DHS information has been purged from any contractor-owned system used to process DHS information. Organizational elements shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.

(c) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract. The plan shall describe those parts of the contract to which this clause applies. The Contractor's IT Security Plan shall be compliant with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.), and the Government Information Security Reform Act of 2000, and the Federal Information Security Management Act of 2002. The plan shall meet IT security requirements in accordance with Federal policies and procedures that include, but are not limited to OMB Circular A-130, Management of Federal Information Resources, Appendix III, and Security of Federal Automated Information Resources;

(d) Within——days after contract award, the contractor shall submit for approval an IT Security Plan. This plan shall be consistent with and further detail the approach contained in the offeror's proposal or quote that resulted in the award of this contract and in compliance with the requirements stated in this clause. The plan, as approved by the Contracting Officer, shall be incorporated into the contract as a compliance document.

(e) Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will be according to the criteria of the Homeland Security Information Technology Security program Publication, DHS MD 4300.Pub., Volume I, Policy Guide, Part A, Sensitive Systems, which is available from the Contracting Officer upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan. This accreditation, when accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document, and shall include a final security plan, a risk assessment, security test and evaluation, and disaster recovery/continuity of operations plan. The contractor shall comply with the approved accreditation documentation.

## I.19 HSAR 3052.209-70  PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003)

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity after November 25, 2002, which is treated as an inverted domestic corporation as defined in this clause.

The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of homeland security, or to prevent the loss of any jobs in the United States or prevent the Government from incurring any additional costs that otherwise would not occur.

(b) Definitions. As used in this clause:

BNIF 00000337

HSFEHQ-05-D-0573                    SECTION I

Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, Public Law 107-296, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)--

(1) The entity completes after November 25, 2002, the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held--

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, Public Law 107-296.

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is after the date of enactment of this Act and which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of applying section 835(b) of Public Law 107-296 to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

I-24

BNIF 00000338

HSFEHQ-05-D-0573          SECTION I

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows: (i) Warrants; (ii) Options; (iii) Contracts to acquire stock; (iv) Convertible debt instruments; (v) Others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of section 835.

(f) Disclosure. By signing and submitting its offer, an offeror under this solicitation represents that it not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of Section 835 of the Homeland Security Act, Public Law 107-296 of November 25, 2002.

(g) If a waiver has been granted, a copy of the approved waiver shall be attached to the bid or proposal.


## I.20 HSAR 3052.215-70 KEY PERSONNEL OR FACILITIES (DEC 2003)

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate.

(b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

Key Personnel under this Contract:

(TO BE NEGOTIATED)

Key Facilities under this Contract:

(TO BE NEGOTIATED)


## I.21 HSAR 3052.237-71 INFORMATION TECHNOLOGY SYSTEMS ACCESS FOR CONTRACTORS (DEC 2003)

(a) No contractor personnel shall start work under this contract that involves actual or potential access to sensitive information until (1) approved for access, (2) they have received a security briefing, or current refresher, about Information Technology (IT) security, from the appropriate Organizational Element (OE) Information Systems Security Officer (ISSO); and (3) have signed a non-disclosure agreement form. This user security agreement is provided as an Attachment to this solicitation. By signing the user security agreement, the individual will be acknowledging their responsibility to properly use and safeguard all DHS OE information technology resources and information related thereto. The Contracting Officer Technical Representative (COTR) for this contract shall arrange the aforementioned security briefing. The ISSO is responsible for retaining the non-disclosure documents signed and submitted by the contractor employees as well evidence of security training.

(b) The contractor shall have access only to those areas of DHS OE information technology resources explicitly stated in this contract or approved by the COTR in writing as necessary for performance of the work under this contract.

I-25

BNIF 00000339

HSFEHQ-05-D-0573                    SECTION I

Information technology assets includes computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and Internet sites. Any attempts by contractor personnel to gain access to any information technology resources not expressly authorized by the statement of work, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this provision, DHS will take appropriate actions with regard to the contract.

(c) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the contractor performs business for the DHS OE. It is not a right, a guarantee of access, a condition of the contract, nor is it Government Furnished Equipment (GFE).

(d) Contractor access will be terminated for unauthorized use. The contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

## I.22 HSAR 3052.237-72 CONTRACTOR PERSONNEL SCREENING FOR UNCLASSIFIED INFORMATION TECHNOLOGY ACCESS (DEC 2003)

(a) Contractor personnel requiring privileged access or limited risk assessment level. Guidance for selecting the appropriate level of screening is based on the risk of adverse impact to DHS missions, as indicated in FIPS PUB 199, Standards for Security Categorization of Federal Information and Information Systems (Initial Public Draft).

(b) The Contractor shall afford DHS, including the Office of Inspector General, access to the Contractor's and subcontractors' facilities, installations, operations, documentation, databases and personnel used in performance of the contract. Access shall be provided to the extent required to carry out a program of IT inspection, investigation and audit to safeguard against threats and hazards to the integrity, availability and confidentiality of DHS data or to the function of computer systems operated on behalf of DHS, and to preserve evidence of computer crime.

(c) The Contractor shall incorporate the substance of this clause in all subcontracts that meet the conditions in paragraph (a) of this clause.

BNIF 00000340

HSFEHQ-05-D-0573                    SECTION J

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J – LIST OF ATTACHMENTS

| ATTACHMENT NUMBER | TITLE |
|---|---|
| A | Scope of Work |
| B | Pricing Sheets-Time and Material Rates (TO BE NEGOTIATED) |
| C | U.S. Department of Labor Wage Determination |
| D | Small Business Subcontracting Plan (TO BE NEGOTIATED) |
| E | DHS Form 0700-05, Contractor Report of Government Property |

J-1

BNIF 00000341

## PERFORMANCE WORK STATEMENT

## Individual Assistance-Technical Assistance Contract

# 1  BACKGROUND

*1.1  FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency. This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.*

*1.2  When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area. This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs. The JFO is established for management purposes only and has no direct interaction with disaster applicants.*

# 2  SCOPE OF WORK

*2.1  General*

2.1.1  The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts. This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

Attachment A

BNIF 00000342

2.1.2 The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.

2.1.3 The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.

2.1.4 The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders. For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.

2.1.5 The contractor shall be available for pre-planning operations briefings.

2.1.6 This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media. This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.

2.1.7 The contractor shall have the ability to support and perform all tasks. This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.

## 2.2 MANAGEMENT AND ADMINISTRATION

Attachment A

BNIF 00000343

### 2.2.1 Program Management

**2.2.1.1** The program management responsibilities include, but are not limited to the following:

**2.2.1.2** Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.

**2.2.1.3** Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.

**2.2.1.4** Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).

### 2.2.2 Project Management.

**2.2.2.1** Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed. Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.

### 2.2.3 SERVICES.

**2.2.3.1** The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time

Attachment A

BNIF 00000344

constraints, budget adherence and cost control, scheduling
construction, implementation, operation, destruction,
restoration, and removal from project beginning through
project completion and closeout.

2.2.3.2 The Contractor shall monitor and coordinate all project work
activities and information with FEMA, and other designated
organizations that have a mutual or legal interest in the
project.

2.2.4 Staffing. Contractor shall provide qualified professional,
technical (subject matter experts), administrative, clerical,
and/or linguistic personnel needed to perform requirements
in an expeditious and efficient manner consistent with the
best interest of the government. The contractor-provided
staff shall meet FEMA's established security background
checks requirements. Contractor and its staff shall adhere
to federal privacy laws, including the privacy act.

2.2.5 Working Environment. Contractor's personnel shall be
capable of performing requirements over long hours and in
physically demanding environments and under critical
constraints.

2.2.6 Requirements. The contractor personnel shall perform
professional, technical, clerical, and field work as assigned
by the task order.

2.2.7 Equipment. Contractor shall be responsible for providing
appropriate equipment for the respective work environment
and requirements.

2.2.8 Training.

2.2.8.1 Contractor shall be responsible for providing training to its
staff. All training shall meet FEMA specified requirements.

Attachment A

BNIF 00000345

Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA. Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2 Training shall entail guidance on policies and procedures related to FEMA's programs. The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures. The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9  Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval. The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval. These plans include: operations plan; task order performance plan; and quality control plan.

2.3  Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan. The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.

Attachment A

BNIF 00000346

*2.4  READINESS (Exhibit 1).  The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations.  This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.*

*2.5  Pre-Deployment Meetings – Work plans (Exhibit 2)*

2.5.1 The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities.  These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.

2.5.2 The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.

*2.6  Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment). The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA.  The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses.  The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.*

Attachment A

BNIF 00000347

2.7  SITE INSPECTION (Exhibit 4). The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location.  Site inspections will be performed within the mission requirement and priorities.  The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.

2.8  STAGING (EXHIBIT 5) The contractor shall, when requested, operate and manage staging area. The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.

2.8.1  SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system.  The system shall track government property upon receipt from logistics until their return to logistics. The system shall provide information in or near "real time".  The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management. The components shall be further specified in each Task Order.

2.9  INSTALLATION  TEMPORARY OE MOBILE STRUCTURES (exhibits 6, 7, 8, & 9)

2.9.1  The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition. A Task order may require the contractor to transport and install mobile or temporary structure(s) at

Page 7 of 20

Attachment A

BNIF 00000348

designated locations.  The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders.  NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible.  Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2 Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders.  The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3 Special Needs.  The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4 Miscellaneous. Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10 MAINTENANCE (exhibit 10).  The contractor shall resolve maintenance issues and needs relating to the structures.  The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order.  If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.

2.10.1    Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit.  Contractor shall provide structural or other refurbishment as

Page 8 of 20

BNIF 00000349

required by FEMA. "refurbishment" means restoration of
structure to "like new" condition (reasonable wear and tear
excepted) and shall include but not be limited to
replacement of broken or faulty equipment, systems
contained within or on the structure (i.e., carpet, trim, etc.).

2.10.2   Maintenance Contact Number 24/7. The contractors shall
set-up and operate a toll free maintenance telephone number
for occupants of structures to call and report maintenance
problems. Contractor shall provide a remedy to these
maintenance issues within a reasonable time (generally not
to exceed 2 calendar days). Contractor shall establish and
maintain maintenance records for every structure identified
in the task order. The contractor shall provide to FEMA,
monthly or earlier upon request with a copy of their
maintenance log. The log should address such topics as
issues identified, time of call, how and if issue was
remedied, cost, time to repair and final disposition.

2.10.3   Miscellaneous. Contractor shall, upon the request provide
additional rigging and secure temporary mobile structures.

*2.11 DEACTIVATION, Removal and transport (exhibit 11). The
contractor shall deactivate and provide transportation
services of mobile structures from facilities designated
by FEMA to other locations as designated by FEMA.*

*2.12 GROUP SITE design (exhibit 12)*

2.12.1   Design Services. The contractor shall when required by
FEMA, present detail design drawings which are certified
and approved by qualified professionals and local governing
boards. Unless otherwise specified by FEMA the design
service shall include, but not limited to environment and
traffic studies. Delivery of a design product may not result in
follow-on construction service.

Attachment A

BNIF 00000350

2.12.2    Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

2.12.3    Special Needs. The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

2.12.4    Construction Services. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary). Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

2.12.4.1  Construction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.12.4.2  Lighting & Facility Illumination. Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices. These devices shall be connected to the existing electrical system, and provide adequate illumination when desired. Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

2.12.4.3  Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and

Attachment A

BNIF 00000351

regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office. All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

2.12.4.4  Signs and identification. The contractor shall provide and install signs at sites specified in task orders. Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

2.12.5    SAFETY & SECURITY MANAGEMENT. Contractor shall assess safety and security risks provide as part of Group Site Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.12.5.1  Civil/Sanitary services. Contractor shall provide, clean, maintain, and remove the following as specified per task order.

2.12.5.2  Restrooms. Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control. Portable wash-stations shall also be provided when latrines are provided.

Attachment A

BNIF 00000352

2.12.5.3  Showers. Contractor shall provide individual private shower stalls to include a private changing area.  Contractor shall have HVAC to provide temperature and venting of the shower facilities.

2.12.5.4  Refuse/Waste Disposal & Debris. Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste.  Collections shall be once a week unless otherwise specified.  In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection.  Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

*2.13 GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.*

2.13.1   Design Services. The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

2.13.2   Contruction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.13.3   Lighting & Facility Illumination.  Contractor, shall design, construct and install necessary lighting and illumination

Attachment A

BNIF 00000353

devices in accordance with specifications or standards established by FEMA. These devices shall be connected to the existing electrical system, and provide adequate illumination.

2.13.4    Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office. All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.

2.13.5    Signs and Identification. Contractor shall provide and install signs at sites specified in the task order. Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

2.13.6    Safety & Security Management. Contractor shall assess safety and security risks as part of the Design process. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.13.7    Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

Attachment A

BNIF 00000354

2.13.8    Special Needs. Contractor is responsible for
accommodating individuals with special needs; this includes
as a minimum compliance with the Americans With
Disabilities Act and any other Federal, State and local codes.

2.13.9    CIVIL/SANITARY SERVICES. Contractor shall provide,
clean, maintain, and remove the following as specified per
task order.

2.13.9.1  Restrooms. The Contractor shall provide temporary toilets
and washroom facilities. The facilities shall be segmented for
the two sexes and have HVAC to provide temperature
control.

2.13.9.2  Showers. The contractor shall provide individual private
showers stalls too include a private changing area.
Contractor shall have HVAC to provide temperature and
venting of the shower facilities.

2.14  FACILITY MANAGEMENT (EXHIBIT 13). Contractor shall
manage facilities specified by the task order. The
contractor shall be responsible for coordinating all
activities related to facility management with FEMA, GSA,
and/or the property owner or management.

2.14.1    Cleaning. The contractor shall provide personnel to
ensure the operation of clean facility. This includes regular
cleaning of areas designated by the task order.

2.14.2    Maintenance.

2.14.2.1  The contractor shall set-up and operate a maintenance
phone number (preferably toll free telephone number) for
occupants of facility(s) to call and report maintenance
problems. Contractor shall provide a remedy to these

Page 14 of 20

Attachment A

BNIF 00000355

maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every facility identified in the task order. The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

2.14.2.2 The contractor shall resolve maintenance issues relating to the facility, as specified in the task order. The team shall have the technical capability to make all necessary repairs to the individual units. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

2.14.3    Building Access. The contractor shall provide access to the facility as specified in the Task Order.

2.14.4    Safety & Security Management. Contractor shall assess safety and security risks provided as part of the Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

2.14.5    Refuse/Waste Disposal & Debris. The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste. Collections shall be not less frequently than once a week unless otherwise specified. In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection. The contractor shall be responsible for

Attachment A

BNIF 00000356

collection and removal of debris and appropriate disposal from sites specified by FEMA.

## 2.15 DISASTER RECOVERY (DR) CENTER (exhibit 14)

2.15.1    Telecommunication. Task orders may include the need to provide telecommunication infrastructure and service to specified facilities. This may require the contractor to install a point-to-point or point-to-multipoint terrestrial wireless networks, satellite network, or other technology that enables telecommunication at remote sites. Telecommunication implies but is not limited to Internet, telephone, and fax service. FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2    Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines. All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3    Cleaning & Maintaining. The contractor shall provide personnel to ensure operation of a clean facility. The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

Page 16 of 20

Attachment A

BNIF 00000357

2.15.4   Temporary Utilities.  The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities.  Contractor shall maintain and service these temporary utilities.  Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators.  Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.

2.15.5   Permanent Utilities. The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA

2.15.6   Facility/Structure Access. The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).

2.15.7   Safety & Security Management.  The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA.  The contractor shall provide adequate security to ensure the safety and security of persons at DR centers.  Security measures may include cameras, alarms, locks/gates, card access systems, and guards.  Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

2.15.8   Fixed Disaster Recovery (DR) Center

Attachment A

BNIF 00000358

2.15.8.1   Facility Management. Contractor shall provide a facility
management team during time periods specified by the task
order.  Contactor shall appoint a site project manager (SPM).
The SPM shall be the main point of contact for the facility.

2.15.8.2   Cleaning  & Maintaining. Contractor shall provide
personnel to ensure operation of a clean facility.  The
contractor shall also perform all landscaping requirements.
This service includes regular cleaning of areas designated by
the Task Order.   The SPM shall be the main point of contact
for this function.

2.15.8.3   Maintenance.  Contractor shall resolve maintenance issues
relating to the facility.  The team shall have the technical
capability to make all necessary repairs to systems specified
in the task order.  If multiple sites are clustered together, with
FEMA approval, Contractor may share specialized
maintenance personnel among clustered facilities.
Maintenance shall include but not be limited to plumbing,
electrical, and infrastructure items in or associated with the
facility, as specified in the Task Order.

2.15.9   Mobile  Disaster Recovery (DR) Center

2.15.9.1   Maintenance.  Contractor shall establish and operate a
maintenance contact number (preferably toll free telephone
number) for occupants of structures to call and report
maintenance problems.  Contractor shall provide a remedy to
these maintenance issues within a reasonable time (generally
not to exceed 2 calendar days).  Contractor shall establish and
maintain maintenance records for every structure identified
in the task order. The Contractor shall provide to FEMA,
upon request, with a maintenance log (specifying issues
identified & time, issue remedy, cost, time and disposition).

Attachment A

BNIF 00000359

2.15.9.2  Mobile structures.  A Task order may require the
contractor to transport and install mobile and/or temporary
structure(s) at designated locations.  Contractor shall be
responsible for returning mobile and temporary structures to
FEMA-designated facilities.  Contractor will transport and
install structures to meet FEMA requirements as specified in
the Task Order.

2.16  Miscellaneous Support Staff (Exhibit 15) The contractor
shall provide staffing in support not previously
addressed in other tasks listed herein.  Staffing to be
provided will be in support of the recovery division
mission.  Contractor shall provide personnel to assist in
the fulfillment of the recovery mission and will be further
defined upon issuance of task order.

2.17  Housing Strategy Support Services.  Contractor shall
provide housing strategy support services.  This
includes, but is not limited to, identify and assess
commercial sites, research and assess housing
alternatives, research and identify available resources.
The area of consideration should include any
surrounding major metropolitan areas.

2.18  Support Services.  The contractor shall provide
technical assistance on an as needed basis.  Technical
assistance shall be performed in support of disaster
activities and the Recovery Division mission, and shall
include, but is not limited to, Pre-Placement Interviews,
Preliminary Damage Assessments, information analysis,
and collection, analysis and reporting of data.

# 3  Applicable Federal Laws & Regulations

3.1  Contractor shall comply with the following laws,
regulations, program policies, and/or subsequent

Attachment A

BNIF 00000360

*material developed unless otherwise specified in Task
Order Assignments:*

3.1.1  Title 36, Code of Federal Regulations (CFR)—Parks, Forests,
and Public Property

3.1.2  CFR, Parts 1500-1508 — Protection of Environment

3.1.3  CFR, Part 301 — Public Contracts and Property Management

3.1.4  CFR, Parts 8, 9, 10, 13, 14, 206—Emergency Management and
Assistance

3.1.5  Public Law 93-288,  Disaster Relief and Emergency
Assistance Act

3.1.6  48 CFR — Federal Acquisition Regulations System

3.1.7  50 CFR, Part 402, Wildlife and Fisheries

3.1.8  Public Law 101-336, Americans with Disabilities Act

**3.2  *The above documents are available through:
http://www.fema.gov/ or http://www.gpo.gov/***

Attachment A

BNIF 00000361

EXHIBIT 1
HISTORICAL

## *History of Disasters*

# of Major Disasters



## *History of Concurrent Disasters*

**Simultaneous Disasters**

Error! Not a valid link.

Exhibit 1 - Page 1 of 1

BNIF 00000362

Exhibit 2
WORK PLAN

# 1. General

The contractor will provide a work plan identifying the various factors that could impact the temporary disaster housing mission and what it would take to perform each required task in the most effective, expedited, and efficient manner available. This plan shall be completed within 7 days from identification of mission requirements or soon as mission priorities require. FEMA may use this plan as necessary to include possibility incorporating into the overall housing strategy, and/or sharing with others. This plan shall become the property of FEMA to use as it sees fit.

# 2. Important Components

The work plan shall describe the contractor's understanding of the disaster specific mission and contract requirements and should not contain proprietary information or content. This plan will from the disaster perspective:

    a) Explain and describe in detail how the contractor will manage and perform all tasks.
    b) Describe in detail concepts, procedures, timelines, management and organization, and how planning documents will be used to assure adherence to mission priorities and include elements that will be required for satisfactory contract performance.
    c) Explain how the contractor will establish systems for planning and control of all activities.
    d) Explain how contract deliverables will be tracked monitored, and information passed to necessary elements and prioritization of work.
    e) Include clear operating procedures for assigning, recording, and tracking activities and tasks.

# 3. Priorities

The plan must match the priorities identified by FEMA and shall include researching appropriate federal, State and local codes and ordinances governing associated activities. The plan shall address the following factors and include implementation procedures and other pertinent disaster specific information.

# 4. Background

Type of damage and geographical spread of impacted area. This may affect unit placement on sites. There may be debris that could affect unit transportation, unit placement; property inclines may be to steep to place the unit on the site and water tables may be contaminated. Weather, bridges, and road conditions through areas where units travel must be considered

## 4.1 Road conditions through area where units must travel;

    1) Identify possible land or areas to support staging areas, group sites, or disaster specific uses and what is needed to obtain the location.
    2) Points of Contact. Identify and contact points of contact (POC) for State and local officials with jurisdiction over use of temporary disaster housing in affected areas.

Exhibit 2 – Page 1 of 2

BNIF 00000363

Exhibit 2
WORK PLAN

    a) State and local requirements. Identify State and local requirements or restrictions, or and process for obtaining permits within the identified counties such as:
    b) Placement (zoning) restrictions for temporary disaster housing;
    c) Lot boundary (setback from road) restrictions;
    d) Contractor licensing requirements;
    e) Permit requirements to place or install temporary disaster housing;
    f) State or local inspection requirements;
    g) Utility companies' requirements for inspection, transfer of service, and deposits;
    h) Septic tank release and permits,
    i) Requirements for and cost of utility system tap fees; and
    j) State or local government and utility company installation specifications.

3) Other requirements. Any other State or local requirement that may affect the timely, efficient, and cost-effective installation and occupancy of temporary disaster housing shall be reported to the COTR. Once normal State and local requirements are identified and a determination is made as to those which would negatively impact the temporary disaster-housing program, FEMA will be responsible for determining, negotiating and obtaining a waiver if required; however, a waiver is not guaranteed.

4) Material shortages. Identify any shortage of materials required to install temporary disaster housing units such as concrete blocks, gas tanks, or heat cable, exterior grade plywood, etc.

5) Organization of information. Develop a resource list of commercial mobile home parks and travel trailer pads in the area. Gather the following information: point of contact (POC), pads available, pad rental cost, size of the pads, rental properties, utility services, and utility connections information.

6) Towing Information. Identify accessible transportation routes in the planning process. Areas may be flooded, and debris could hamper transportation through the disaster area. Identify information on towing units within the disaster area, such as:
    a) Days and time of travel;
    b) Commuter pattern information,
    c) Permit requirements;
    d) Contractor licensing requirements; and
    e) Escort requirements.
    f) Reporting and record-keeping.

## 4.2 Tasks (Disaster Specific)

The plan will address each task and how the contractor intends to address, perform, and staff or subcontract each task.

Exhibit 2 – Page 2 of 2

BNIF 00000364

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

## 1. General Assessment Information

The contractor shall identify various types of sites to be used for varying purposes. These sites may be needed for group parks, staging locations, base camps, or other disaster related requirement. The contractor shall capture the information. The assessment at a minimum must address the following categories for all potential sites.

| Categories | Information |
|---|---|
| Potential Land or Property Usage. | Identify all the potential land or property usage such as group parks, staging locations, shelter, base camps, or other disaster related requirement. Address what the site is able to accommodate and the feasibility or potential ability to design the site to make efficient use of all available space and not interfere with the proposed usage. The land or property may be acreages of land, or other housing resources such as hotels, strip malls, ball fields, commercial parks, warehouses, etc. |
| Location | The site being identified for use shall be within or near the disaster area. The location information shall include major access roadways. When possible the site should be in close proximity to the original neighborhood in an effort to reestablish normal or routine patterns for disaster victims. The site should be close to shopping areas, public transportation, employment, schools, medical facilities, and other recreational areas. |
| Accessibility. | Address the accessibility of the site to support the projected land usage housing units. Low lying cables and towing restrictions should also be factors in accessibility. Site should have adequate roadway clearance this includes considering highway and roads accessibility, property ingress-egress, and relevancy to the reasonable commuting distance of the impacted area. |
| Flood Zone Considerations. | The assessment must identify the flood zone. |
| Utility Availability. | The assessment must identify the sources and accessibility for approved electric, running water, sewerage, and communication system. |
| Projected Capacity: | Identify the projected capacity of the site as related to the projected land usage. |
| Site Characteristics: | The assessment must address the site characteristics. This includes identifying whether the area is fairly level and has a hard or compacted surface with adequate drainage facilities, trees, shrubs, debris, and other obstructions that may impact efficient maneuverability or site preparation activities. |

Exhibit 3– Page 1 of 4

BNIF 00000365

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

| Categories | Information |
|---|---|
| Security: | The assessment shall identify projected security measures for the location. This includes the illumination at or within proximity to the site, fencing capacity, ability to construct perimeter roadway for security patrols, and the distance of fire protection facilities. |
| Other Factors: | The assessment must identify potential other disaster related and specific considerations such as areas that may be obtained at no cost to the government (i.e., state, county, or local government property), areas that are immediately available and require only minor improvements, and areas that will be available long-term approximately 18-24 months, if possible. |

## 2. Information Reporting

Contractor shall provide information in industry open source standards. Such standards that are acceptable include but are not limited to Microsoft's SQL, Access, FoxPro, Excel, and/or Oracle, and/or open source XML, SQL.

Contractor shall provide an online, near real time means to access the information. Information shall be available to FEMA as soon as it is collected by the contractor (near real time).

## 3. Group Site Assessment Criteria

The following information is considered when identifying potential group sites and staging locations.

### 3.1 Proximity of the Disaster Area

The site being used for the disaster must be within or near the disaster area or to support the housing disaster applicants.

### 3.2 Roadway Clearance

Site should have adequate roadway clearance.

### 3.3 Proximity to Original Neighborhood

When possible the site should be in close proximity to the original neighborhood in an effort to reestablish normal or routine patterns for disaster victims.

The site should be close to shopping areas, public transportation, employment, schools, medical facilities, and other recreational areas.

Exhibit 3– Page 2 of 4

BNIF 00000366

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

### 3.4 Accessibility

The sites must be accessible. This includes considering highway and roads accessibility, property ingress-egress, and must be located within a reasonable commuting distance of the impacted area.

### 3.5 Flood Zone Considerations

Group sites will not be constructed within special flood hazard areas. Sites identified within SFHA are considered infeasible.

### 3.6 Utility Availability

The proposed site must have reasonable sources and accessibility for approved electric, running water, sewerage system. The State is expected to provide the most current and accurate site surveys and existing utility information.

Note: Existing local water line adjacent to the site with adequate pressure to serve the number of units will be required.

Existing local sewer lines adjacent to the site with adequate capacity to serve the total number of units will be required.

Existing electric service adjacent to the site that can accommodate the type and number of units for the site.

## 4. Staging Location Assessment Criteria

The following information is considered when identifying potential group sites and staging locations.

### 4.1 Location:

The location must be centralized with respect to major access roadways, disaster area to be served, and the Joint Field Office. The location needs to be accessible to both Mobile Homes and Travel Trailers, and allow for the creation of access roads. The location and access roads should have room to accommodate a large turning radius, especially for the 14'X60' mobile homes carrying tow equipment, which adds an additional 15 to 20' to the overall length. Low lying cables and towing restrictions should also be factors in location choice.

### 4.2 Site Characteristics:

The area selected needs to be fairly level and have a hard or compacted surface with adequate drainage facilities. The area shall be reasonably clear of trees, shrubs, debris, and other obstructions that may be a hindrance to efficient maneuverability with the staging area.

### 4.3 Security:

Priority consideration will be afforded sites that are well illuminated or fenced. If secured sites are not available, consideration will given to an existing or easily constructed perimeter

Exhibit 3– Page 3 of 4

BNIF 00000367

EXHIBIT 3

PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

roadway for security patrols. A secure area will deter theft and vandalism to government property. The area selected will be within reasonable distance of fire protection facilities.

## 4.4 Utilities:

Water, sewer, electric, and communications services need to be readily available or available with a minimum amount of construction.

## 4.5 Other Factors:

Priority consideration will be given to areas that may be obtained at no cost to the government (i.e., state, county, or local government property), areas that are immediately available and require only minor improvements, and areas that will be available long-term approximately 18-24 months, if possible.

## 4.6 Design/Layout:

The staging area must be able to accommodate and be designed to make efficient use of all available space and not interfere with the constant flow of units being received and dispatched.

### 4.6.1    Access:

Points of control must be established for incoming and outgoing units in one of two ways. The first is by providing one gateway large enough for two-way mobile home or travel trailer traffic, as applicable. The second is by providing separate receiving and dispatching gates at opposite ends of the staging area. Wherever possible, communications equipment will be provided between the office and all point of access to the staging area.

### 4.6.2    Office Information:

Office facilities will be located at or near the main entrance in an area not interruptive to traffic flow. Employee and government vehicle parking will also be restricted to this area. The staging office must have telephones, fax capability, and computer access.

### 4.6.3    Unit Parking:

The location must allow ease of maneuverability, and provide sufficient space for performing inspections of units and making repairs.

### 4.6.4    Multiple Locations:

If more than one staging area is to be used, it must be clearly identified to reduce the confusion during delivery

Exhibit 3– Page 4 of 4

BNIF 00000368

EXHIBIT 4
SITE INSPECTION

**Summary**    Site Feasibility is defined as determining whether a site is feasible for installing the temporary housing unit. The site inspection process uses an organized, standardized method of operation that is tailored to the disaster situation to determine site feasibility. The site inspection is to be completed within 3 work days of issuance of inspection request.

**Objectives**    The objective is to inspect the site for feasibility, within 3 days, for proper installation of the temporary housing in a safe, secure, and sanitary manner.

# 1. GENERAL

As tasked, the Contractor shall perform site inspections in accordance with this contract. FEMA reserves the right to perform "in-house" inspections, as appropriate. Sites may be located in commercial parks, on private sites or in group parks. Site inspections shall be performed on a first-in, first-out basis; this is especially true for the sites in remote areas. All staff shall be sensitive to the issues facing disaster applicants.

# 2. Priority of Site Inspections

## 2.1 Routine Site Inspections

The Contractor shall complete site inspections within an average of 3 work days (work days established by the Joint Field Office) after issuance of inspection request. The Contractor accepts responsibility for the timeliness of the inspections at the time of assignment.

## 2.2 Priority Cases

Identified by the PM, these site inspections shall be completed and returned within 12 hours after the Contractor is notified of such priority. The Contractor shall include a report of all priority cases in its Weekly Operational Report. It is anticipated that priority cases will comprise less than 25% of the inspections issued per disaster.

# 3. Site Inspection Schedule

## 3.1 Appointments

The Contractor's inspectors shall make every possible effort to schedule appointments with applicants in advance, rather than making unscheduled visits.

## 3.2 Withdrawal

If the applicant is no longer interested in FEMA housing assistance at the time of the site inspection, the inspector shall indicate in writing the applicant's decision to Withdraw, the name of the person, and the phone number. This information will be forwarded to DHOPS. (FEMA reserves the right to contact the applicant to verify and confirm status and identify potential trends).

Exhibit 4– Page 1 of 3

BNIF 00000369

EXHIBIT 4
SITE INSPECTION

### 3.3 No Contact

The Contractor shall make every effort to contact applicants and conduct on-site inspections. If the inspector is unable to make contact with the occupant, the site inspection shall be processed in accordance with the Contractor's approved "No Contact" procedure. The Contractor shall contact applicants who have remained in the disaster area (or nearby), and schedule appointments. The Contractor shall only return as "un-inspected", those inspections for which the applicant could not be located after exhaustion of all aggressive efforts within 2 work days. The contractor shall document all efforts to contact applicant. These efforts include, but are not limited to, phone calls at different times of the day; repeated site visits; contact neighbors and contact postal workers. FEMA will provide the applicant's current address and telephone number (provided that a telephone number is given) to assist the inspector in locating the applicant. FEMA reserves the right to contact the applicant to verify and confirm status, and identify potential trends.

### 3.4 Process

FEMA will initiate a Request for Site Inspection, and assign a site control number. The contractor will perform site inspection using the following criteria:

#### 3.4.1 Flood Zone

The contractor will identify the flood zone of the proposed site, and the flood map.

#### 3.4.2 Electric Service

Identify the source for electricity. The contractor will identify whether the site has electricity and when will the electric be available for the site (if there is no electric), the source and amperage of the electricity (30A, 50A, 100A, or 200A). Also the contractor will identify whether a temporary power pole is needed. (NOTE: Electricity will not be connected to damage dwellings). Wires must not be placed directly over the temporary disaster-housing unit or any other dwellings between primary pole and temporary disaster housing unit.

#### 3.4.3 Potable Water Service

The contractor will identify the water source and provide information related to the water pump, pressure tank, and electrical service to the well to insure the system is operational. The contractor will also identify whether the well has been flooded and if the well has to be tested and approved by the Health Department.

#### 3.4.4 Sanitary (septic or public sewer)

The contractor must identify whether the site is on a septic or public sanitation. The contractor must identify whether the septic has to be inspected/permitted, and the operable status.

##### 3.4.4.1 Accessible Route

The site must be accessible to include the route to be taken to deliver the unit. The contractor must identify the most direct accessible route to be taken to deliver.

Exhibit 4- Page 2 of 3

EXHIBIT 4
SITE INSPECTION

### 3.4.4.2 Zoning Requirements

The site must have the proper zoning requirement; and the site must be the proper size in accordance with the lot boundary zoning requirements.

### 3.4.4.3 Site information

The contractor must also capture the site information such as the point-of-contact, phone number, and park rules for identified by FEMA as "commercial sites"; and the landowner information and phone number for sites identified by FEMA as "private sites".

### 3.4.4.4 Recommended installation

Identify what is required to perform the installation. This includes what type of installation, special needs such as a ramp, unit placement drawing identifying the utilities, the unit location related to the property lines and other items such as the damaged home, etc.

### 3.4.4.5 Relevant Information

If the site is not feasible the contractor shall identify what is needed to make the system ready to accommodate.

*Note: Returns all paperwork to DHOPS management. The inspection is not considered to be completed if there is not enough information for FEMA to determine the feasibility of the site. FEMA request additional information, if so this will not count as an additional site inspection.*

Exhibit 4– Page 3 of 3

BNIF 00000371