## PROOF OF SERVICE - SUMMONS, COMPLAINT and AMENDED COMPLAINT

TO:   **B & B Enterprises & Construction, Inc.**
      **Crawford, et al v Forest River, Inc., et al**
      **Civil Action No. 2010-00131, Circuit Court of Jackson County**

I, the undersigned process server, served the Summons, Complaint and Amended Complaint upon the person or entity named above in the manner set forth below: *(Process Server must check proper space and provide all additional information that is requested and pertinent to the mode of service used.)*

\_\_\_\_\_  **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail, certified, return receipt requested, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender. *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1 B.)*

__✓__  **PERSONAL SERVICE:** I personally delivered copies of the Complaint and Summons to B & B Enterprises & Construction, Inc., through its registered agent, Benjamin F. Winston, on the _12th_ day of _Aug_, 2010, at approximately _1:30 p_ m. where I found said person(s) in _Lamar_ County of the State of Mississippi.

\_\_\_\_\_  **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ___ day of _____, 2010, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2010, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_\_  **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or the return envelope marked "Refused.")*

At the time of service, I was at least eighteen years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:**     FEE FOR SERVICE $_____

NAME: _Shawn Anderson_

SOCIAL SECURITY NO. _____

ADDRESS: _21089 Deerwood Rd. Kiln, MS 39556_

TELEPHONE NO. _228-493-5779_

State of _MISSISSIPPI_

County of _HANCOCK_

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Shawn Anderson_ who being first by me duly sworn states and oath that the matters and facts set forth in the foregoing "Proof of Service Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

SWORN TO AND SUBSCRIBED before me, this the _12th_ day of _August_, 2010.

_____
Notary Public

My Commission Expires:
MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JAN 23, 2011
BONDED THRU STEGALL NOTARY SERVICE

EXHIBIT "B"