**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7010 0290 0002 2007 5854

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $7.34 |

Postmark: AUG 11 2010, 39520 USPS, BAY SAINT LOUIS MS

Sent To: Forest River through J. Richard Ransel
Street, Apt. No.; or PO Box No.: 228 W. High Street
City, State, ZIP+4: Elkhart, IN 46516

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc
through its Agent for Service
J. Richard Ransel
228 W. High Street
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): A. Sumpter
C. Date of Delivery: 8-16-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0002 2007 5854

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT "C"