| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|
| | Modification P00002 Task Order 01 | | | | | | 2 |
| Item No. | Description of Supplies/Services | QTY | Cost | Fee | Total | | |
| Delete: 00001 | Work in accordance with SOW | 1 | REDACTED | | $1,035,783 | | |
| ADD: 00001 | Work in accordance with SOW | 1 | | | $1,040,131 | | |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                    74-109                    STANDARD FORM 36 (REV. 10-83)

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | See Blk 16c | NN00258Y2005T | |

| 6. ISSUED BY | CODE | S21D1A |
|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland  21202

ADMINISTERED BY (If other than Item 6)   CODE

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland   21703-8306

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSFEHQ-05-D-0572 |
| | HSFEHQ-05-J-0001 |
| | 10B. DATED (SEE ITEM 13) |
| | 9/30/05 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| See Page 2 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc), SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | FAR 42.302(a)(4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [ ] is not.  [X]  is required to sign this document and return ____3____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize Task Order 01 for a total cost-plus-fixed-fee of $1,035,703.  The total task order is broken down as follows: REDACTED costs and REDACTED fee.  The task order was for a field management team of more than 5 individuals to include a Program Manage for the JFO in Mississippi.  The team worked with the JFO; managed, monitored, and coordinated IA-TAC(contractor) activities; addressed and supported JFO priorities and served as a liaison.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| P.H. DIVJAK, P.V.P., Program Mgr. | BARBARA A BELCASTRO   CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 8/15/06 | BY  Barbara A Belcastro  (Signature of Contracting Officer) | 8/17/06 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 52.243

BNIF 00000036

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF | PAGES |
|---|---|---|---|---|
| | NN00258Y2005T   P | | | 2 |

| Item No. | Description of Supplies/Services | QTY | Cost | Fee | Total |
|---|---|---|---|---|---|
| 0001 | Work in accordance with SOW | 1 | REDACTED | | $1,035,783 |

This modification changes the total funded from $1,117,125 to $1,035,783.  This is a decrease of $81,342.

ACCOUNTING AND APPROPRIATION DATA;

| ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 2995-96-1603DR-9064 | 2591-D | NN00258Y2005T | P | ($81,342) |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

BNIF 00000037

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1   2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 2/12/07 | 4. REQUISITION/PURCHASE REQ. NO. AN00026Y2007T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | S2101A | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland  21202

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0572
HSFEHQ-05-J-0001

10B. DATED (SEE ITEM 13)  9/30/05

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. Accounting and Appropriation Date (If required)
2007-06-1604DR-9044      2591-D      AN00026Y2007T      + $4,348

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302 (a) (4)

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION
The purpose of this modification is to add funds to Task Order 01 costs. The total task order is broken down as follows: change costs from: [REDACTED] to: [REDACTED] costs and no change in the [REDACTED] fee. The total cost-plus-fixed-fee is changed from:  $1,035,783  to:  $1,040,131.
This increase in costs is due to Workman Compensation Insurance.

| 15A. NAME AND TITLE OF SIGNER (Type or print) DAVID WALKER BNI PRES | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA  A. BELCASTRO, CACO |
|---|---|
| 15B. DATE SIGNED 2/20/07 | 16B. UNITED STATES OF AMERICA    16C. DATE SIGNED 2/22/07 |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000038

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | 2/12/07 | AN00026Y2007T | |

| 6. ISSUED BY                    CODE | S2101A | 7. ADMINISTERED BY (If other than item 6)   CODE | |
|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland   21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 00 | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

×   BSFEHQ-05-D-0572
     BSFEHQ-05-J-0001

10B. DATED (SEE ITEM 13)
9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) | | | |
|---|---|---|---|
| 2007-06-1604DR-9044 | 2591-D | AN00026Y2007T | + $4,348 |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

00 | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

× | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

FAR 42.302 (a) (4)

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return   2   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds to Task Order 01 costs.  The total task order
is broken down as follows: change costs from: REDACTED to: REDACTED costs and no change in
the REDACTED fee.  The total cost-plus-fixed-fee is changed from:  $1,035,783  to: $1,040,131.
This increase in costs is due to Workman Compensation Insurance.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| DAVID WALKER   BNI   PRES | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _(Signature of person authorized to sign)_ | 2/20/07 | BY _(Signature of Contracting Officer)_ | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Create using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|
| | | Modification P00002 Task Order 01 | | | | | 2 |
| Item No. | Description of Supplies/Services | QTY | Cost | Fee | Total | | |
| Delete: 00001 | Work in accordance with SOW | 1 | REDACTED | | $1,035,783 | | |
| ADD: 00001 | Work in accordance with SOW | 1 | | | $1,040,131 | | |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67          76-106          STANDARD FORM 36 (REV. 10-83)

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | 5/1/07 | AN00702Y2007T | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY (If other than item 6)   CODE | |
|---|---|---|---|---|

6. ISSUED BY

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland    21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Bechtel National, Inc.<br>5275 Westview Drive<br>Frederick, Maryland    21703-8306 | | X | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0572<br>HSFEHQ-05-J-0001 |
| | | X | 10B. DATED (SEE ITEM 13)<br>9/30/05 |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) |
|---|
| N/A |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to change the Requisition/Purchase Req. No. shown in block 4 of modification P00002 to that shown in block 4 of modification P00003.

Delete:  AN00026Y2007T  (Mod P00002)

Add:   AN00702Y2007T  (Mod P00003)

Accounting and Appropriation Data and funds shown in modification P00002 Block 12 remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | BARBARA A. BELCASTRO<br>CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _Barbara C. Belcastro_ | 16C. DATE SIGNED |
| _(Signature of person authorized to sign)_ | | _(Signature of Contracting Officer)_ | 5/1/07 |

| NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|---|

BNIF 00000041

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE See Blk 16c | 4. REQUISITION/PURCHASE RED. NO. NN002G9Y2005T | 5. PROJECT NO. (if applicable) |
|---|---|---|---|

| 6. ISSUED BY          CODE | 52101A | ADMINISTERED BY (if other than item 6)  CODE | |
|---|---|---|---|

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
×   HAFEHQ-05-D-0372
    HAFEHQ-05-J-0002

10B. DATED (SEE ITEM 13)
9/30/05

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)
See Page 2

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| × | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (4) and (9) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [ ] is not, [X] is required to sign this document and return   3   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize Task Order 02 for a total cost-plus-fixed- fee of $184,888. The total task order is broken down as follows: REDACTED costs and REDACTED fee. The task order was for a field management team of no more than 4 individuals to include a program manager to work with HAC to manage, monitor and coordinate IA-TAC (contractor) activities; address and support global policies and priorities, and sever as the IA-TAC coordination between the FEMA HQ, JFO and Bechtel's corporate HQ.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| P.H. Div.Jrk, RVP and Prog. Mgr. | BARBARA A. DEL CASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign)   15C. DATE SIGNED  8/17/06 | BY  Barbara A. Del Castro  (Signature of Contracting Officer) | 8/18/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE See Blk 16c | 4. REQUISITION/PURCHASE REQ. NO. NN00269X2005T | | 5. PROJECT NO. (If applicable) | | |
| 6. ISSUED BY                 CODE | S2101A | ADMINISTERED BY (If other than item 6)   CODE | | | | |

6. ISSUED BY             CODE   S2101A

DCMA Maryland
217 E Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

| | | |
|---|---|---|
| | ☒ | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HAFEHQ-05-D-0572 HAFEHQ-05-J-0002 |
| | ☒ | 10B. DATED (SEE ITEM 13) 9/30/05 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)
See Page 2

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☒ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc), SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☒ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302(a)(4) and (9)

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor ☐ is not, ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to definitize Task Order 02 for a total cost-plus-fixed- fee of $184,888.  The total task order is broken down as follows: REDACTED costs and REDACTED fee. The task order was for a field management team of no more than 4 individuals to include a program manager to work with BAC to manage, monitor and coordinate IA-TAC (contractor) activities;  address and support global policies and priorities, and sever as the IA-TAC coordination between the FEMA HQ, JFO and Bechtel's corporate HQ.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| P. H. Div. IAK, PvP and Prog. Mgr. | BARBARA A BELCASTRO CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 8/17/06 | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000043

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED NN00269Y2005T   Mod P00001 | PAGE OF | PAGES 2 |
|---|---|---|---|

| Item No. | Description of Supplies/Services | QTY | Cost | Fee | Total |
|---|---|---|---|---|---|
| 0001 | Work in accordance with SOW | 1 | REDACTED | | $184,888 |

This modification changes the total funded from $983,118.00 to $184,888.  This is a decrease of $798,230.

| ACRN APPROPRIATION | REQUISITION NUMBER | AMOUNT |
|---|---|---|
| 1 2005-06-1604DR-9044   2591-D | NN00269Y2005T | ($798,203) |

Except as provided herein all other terms and conditions  remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                           36-109                          STANDARD FORM 36 (REV. 10-83)

BNIF 00000044

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|---|
| | | | | | | 1    1 |
| 2. AMENDMENT/MODIFICATION NO.  P00002 | 3. EFFECTIVE DATE  8/18/06 | 4. REQUISITION/PURCHASE REQ. NO.  NN00269Y2005T | | 5. PROJECT NO. (if applicable) | | |
| 6. ISSUED BY               CODE            S2101A | | | ADMINISTERED BY (if other than Item 6)   CODE | | | |

<table>
<tr><td>DCMA Maryland<br>217 E Redwood St., Suite 1800<br>Baltimore, Maryland 21202</td><td></td></tr>
</table>

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Bechtel National, Inc.  5275 Westview Drive  Frederick, Maryland 21703-8306 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.  HAFEHQ-05-D-0572  HAFEHQ-05-J-0002 |
| | X | 10B. DATED (SEE ITEM 13)  9/30/05 |
| CODE                      FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

SEE Block 14

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct a typo to the ACRN Appropriation amount shown on page 2 of Modification P00001.

Delete;

| ACRN APPROPRIATION | REQUISITION NUMBER | AMOUNT |
|---|---|---|
| 1 2005-06-1604DR-9044   2591-D | NN00269Y2005T | ($798,203) |

ADD

| ACRN APPROPRIATION | REQUISITION NUMBER | AMOUNT |
|---|---|---|
| 1 2005-06-1604DR-9044   2591-D | NN00269Y2005T | ($798,230) |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)  BARBARA A BELCASTRO  CONTRACTING OFFICER | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA  BY  _Barbara A. Belcastro_ | 16C. DATE SIGNED |
| _____  (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 8/18/06 |
| NSN 7540-01-152-8070  PREVIOUS EDITION UNUSABLE | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83)  Prescribed by GSA  FAR (48 CFR) 53.243 | |

BNIF 00000045

CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES 1    2 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE 2/13/07 | 4. REQUISITION/PURCHASE REQ. NO. AN00026Y2007T | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY                     CODE   S2101A | | 7. ADMINISTERED BY (If other than Item 6)   CODE | |

6. ISSUED BY

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Bechtel National, Inc. 5275 Westview Drive Frederick, Maryland 21703-8306 | | | 9B. DATED (SEE ITEM 11) |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0002 |
| CODE | FACILITY CODE | | 10B. DATED (SEE ITEM 13) 5/30/05 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If required) | | | |
|---|---|---|---|
| 2007-06-1604DR | 2591-D | AN00026Y2007T | + $671 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.302 (a) (4) | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return    2    copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to add funds to Task Order 02 costs and correct block 10A. for modifications P00001 and P00002.
Block 10A mods P00001 and P00002
Delete:                    ADD:
HSFEHQ-05-D-0572          HSFEHQ-05-D-0572
HSFEHQ-05-J-0002          HSFEHQ-05-J-0002

The total cost-plus-fixed-fee is changed from: $184,888  to: $185,559.
The total task order is broken down as follows:  Costs REDACTED and fixed-fee REDACTED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) DAVID WALKER   BNI PCES | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) BARBARA A BELCASTRO CACO |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED 2/20/07 | 16B. UNITED STATES OF AMERICA BY Barbara L. Belcastro (Signature of Contracting Officer) | 16C. DATE SIGNED 2/22/07 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000046

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00003 | 2/13/07 | AN00026Y2007T | |

| 6. ISSUED BY | CODE | S2101A | ADMINISTERED BY *(If other than Item 6)*   CODE | |
|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland  21703-8306

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X]   HSFEHQ-05-D-0572
      HSFEHQ-05-J-0002

10B. DATED *(SEE ITEM 13)*
9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
2007-06-1604DR       2591-D    AN00026Y2007T      + $671

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 42.302 (a) (4)

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to add funds to Task Order 02 costs and correct block 10A.
for modifications P00001 and P00002.
Block 10A mods P00001 and P00002
Delete:                    ADD:
HAFEHQ-05-D-0572           HSFEHQ-05-D-0572
HAFEHQ-05-J-0002           HSFEHQ-05-J-0002

The total cost-plus-fixed-fee is changed from: $184,888  to: $185,559.
The total task order is broken down as follows:  Costs REDACTED and fixed-fee REDACTED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| DAVID WALKER  BNI PRES | | BARBARA A BELCASTRO    CACO | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | 2/20/07 | BY _____ *(Signature of Contracting Officer)* | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using Perform Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

BNIF 00000047

| CONTINUATION SHEET | | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|---|---|
| | | Modification P00003 Task Order 02 | | | | | | 2 |
| Item No. | Description of supplies/Services | QTY | Cost | Fee | | Total | | |
| Delete: 0001 | Work in accordance with SOW | 1 | REDACTED | | | $184,888 | | |
| ADD: 0001 | Work in accordance with SOW | 1 | | | | $185,559 | | |

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

NSN 7540-01-152-8-67                          36-108                          STANDARD FORM 36 (REV. 10-83)

BNIF 00000048

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF | PAGES |
|---|---|---|---|---|
| | | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00004 | 5/1/07 | AN00702Y2007T | |

| 6. ISSUED BY | CODE | S2101A | 7. ADMINISTERED BY *(If other than item 6)* | CODE | |
|---|---|---|---|---|---|

DCMA Maryland
217 E. Redwood St., Suite 1800
Baltimore, Maryland 21202

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | [X] | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

Bechtel National, Inc.
5275 Westview Drive
Frederick, Maryland 21703-8306

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

[X]    BSFEHQ-05-D-0572
      BSFEHQ-05-J-0002

10B. DATED *(SEE ITEM 13)*

9/30/05

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(if required)*

See Block 14

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[X] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
The purpose of this modification is to change the Requisition/Purchase Req. No. shown in block 4 of modification P00003 to that shown in block 4 of modification P00004 and correct that accouting and appropriation data in block 12 of modification P00003.
Delete:  AN00026Y2007T
Add:     AN00702Y2007T
Delete:  2007-061604DR  2591-D  AN00026Y2007T
Add:     2007-06-1604DR-9044    2591-D

Funding amount remains unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|---|---|
| | | | BARBARA A. BELCASTRO CONTRACTING OFFICER |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | BY *(Signature of Contracting Officer)* | 5/1/07 |

| NSN 7540-01-152-9070 | Created using PerForm Pro software. | STANDARD FORM 30 (REV. 10-83) |
|---|---|---|
| PREVIOUS EDITION UNUSABLE | | Prescribed by GSA FAR (48 CFR) 53.243 |

BNIF 00000049

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

## CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | NN00269Y2005T |
| | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
| | HSFEHQ-05-J-0002 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| DAVID PORTER | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION ____G.9____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A. Costello* | 9/30/05 |

FEMA Form 40-20, JUN 97

REPLACES ALL PREVIOUS EDITIONS

BNIF 00000050

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | | $983,118.00 | $983,118.00 |
| | Work shall be performed in accordance with the attached Statement of Work | | | | |
| | FUNDING/REQ NO:  1:  $983,118.00 | | | NN00269Y2005T | |

GRAND TOTAL ---      $983,118.00
==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2005-06-1604DR-9044- | -2591-D | NN00269Y2005T | P | $983,118.00 |

BNIF 00000051

**TASK ORDER TERMS AND CONDITIONS**
**NOT SPECIFIED IN THE CONTRACT**

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 1, 2005 through June 29, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 1, 2005, September 8, 2005 and September 24, 2005 for the period September 1, 2005 through October 7, 2005. The amount of pre-authorization through October 7, 2005 is $1,500,000 for pre-award costs, which exceeds the amount authorized under this task order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 1, 2005 through June 29, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $2,123,441, which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $983,118.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $835,650.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $983,118.

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

Page 3

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for--

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made--

(A) In accordance with the terms and conditions of a subcontract or invoice; and

Page 4

BNIF 00000053

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BNIF 00000054

Contract HSFEHQ-05-D-0572                              Task Order HSFEHQ-05-J-0002

STATEMENT OF WORK
HAC Coordination - Direct Assistance
(Bechtel-Task Order-2)

# 1   General Provisions

## 1.1  Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817

JFO Point of Contact: David Porter, COTR
Phone:              202-438-1294
Email:              david.porter@dhs.gov

Counties: State of Mississippi.

# 2   Operational Objective:  Identify potential temporary housing solutions, resources, and requirement for people displaced as a result of Hurricane Katrina.

# 3   Identified Tasks

The contractor shall perform the tasks identified below. The Contractor shall execute the below tasks in accordance with the Performance Work Statement (PWS) contained in the contract.

ATTACHMENT 1

1 of 2

BNIF 00000055

Contract HSFEHQ-05-D-0572                    Task Order HSFEHQ-05-J-0002

STATEMENT OF WORK
HAC Coordination – Direct Assistance
(Bechtel-Task Order-2)

## 3.1  Housing Area Command Coordination:  Sub-Task #1

The contractor will manage their staff and resources.  The contractor shall also work with the Housing Area Command (HAC) to participate in the development and identification of strategies, plans, and concepts related to the overall implementation of the Individual Assistance programs.  The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| | Field Management | 1 | The contractor shall provide a field management team of no more than 4 individuals to include a program manager to deploy to the HAC.  This team will work with the HAC to manage, monitor, and coordinate IA-TAC (contractor) activities; address and support global policies and priorities, and serve as the IA-TAC Coordination between the FEMA HQ, JFO, and the company's corporate HQ.  The contractor will provide FEMA a with status report. |

## 4. Period of Performance: The period of performance is from September 1, 2005 through June 29, 2006.

2 of 2

BNIF 00000056

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | | I. CONTRACT ID CODE | | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE See Block 16c | | 4. REQUISITION/PURCHASE REQ. NO. NN00516Y2005T | | 5. PROJECT NO. (if applicable) | | |

**6. ISSUED BY**                CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 356
Washington DC 20472

**7. ADMINISTERED BY** (if other than Item 6)        CODE

## CONFORMED COPY

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0003 |
| CODE                      FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA  (if required)
See Continuation Page(s)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Continuation Page(s)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER  (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 10/14/05 |

STANDARD FORM 30  (REV 10-83)

BNIF 00000057

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|----------------------------------|-----|------|-----------|--------|
| 0001 | | 1.00 | LOT | $43,614,080.00 | $43,614,080.00 |

Modification P00001 to Task Order
HSFEHQ-05-J-0003 under Contract
HSFEHQ-05-D-0572 for Site Assessment,
Support and Strategy, Installation and
Shore Works - Direct Assistance.  Work
shall be performed in accordance with
the Statement of Work dated September
29, 2005.

FUNDING/REQ NO:     1:$43,614,080.00     NN00015Y2006T

                                       GRAND TOTAL ---        $43,614,080.00
                                                              ==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|------|---------------|--|--------------------|--|--------|
| 1 | 2006-06-1604DR-9044- | -2591-D | NN00015Y2006T | P | $43,614,080.00 |

CONTINUATION PAGE

The purpose of this modification is to add funds, change the amount obligated to this task order in accordance with the Limitation of Government Liability clause FAR 52.216-24, modify paragraph 2 under the Task Order Terms and Conditions and modify the proposal due date.

Accordingly:

1. Funds in the amount of "$43,614,080.00" are hereby added to the task order.

2. The dollar amount obligated to the task order under paragraph 7 under the Task Order Terms and Conditions is hereby changed

   FROM:   $37,599,574.00

   TO:     $81,213,654.00

3. The respective dollar amounts in paragraphs (a) and (b) of FAR Clause 52,216-24, Limitation of Government Liability (APR 1984) are hereby changed

   FROM:   paragraph (a) $31,959,637.00 and paragraph (b) $37,599,574.00

   TO:     paragraph (a) $81,213,654.00 and paragraph (b) $81,213,654.00

4. The following sentence is hereby added to paragraph 2 under the Task Order Terms and Conditions:

   "The amount authorized under this task order supersedes the amount of pre-authorization provided in the pre-authorization notices."

5. The total effect of this modification is illustrated below:

   | | |
   |---|---|
   | ORIGINAL TASK ORDER: | $37,599,574.00 |
   | MODIFICATION P00001: | $43,614,080.00 |
   | TOTAL AMOUNT OF TASK ORDER: | $81,213,654.00 |

6. The proposal due date listed under Task Order Terms and Conditions, 52-216-25, CONTRACT DEFINITIZATION (OCT 1997), paragraph (b)(1) is hereby changed

   FROM:   October 4, 2005

   TO:     October 18, 2005

All other terms and conditions remain unchanged and in full force and effect.

END OF MODIFICATION P00001 TO TASK ORDER HSFEHQ-05-J-0003 UNDER
CONTRACT HSFEHQ-05-D-0572

BNIF 00000059

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1. CONTRACT IO COOE | | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO P00002 | 3 EFFECTIVE DATE See Block 16c | 4 REQUISITION/PURCHASE REQ. NO AN00318Y2006T | | 5. PROJECT NO (if applicable) | | |

| 6 ISSUED BY                    CODE | | 7 ADMINISTERED BY   (if other than item 6) | |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | CODE **CONFORMED COPY** | |

| 8  NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | | 9B. DATED  (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0572 HSFEHQ-05-J-0003 |
| CODE | FACILITY CODE | X | 10B DATED  (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (if required) |
|---|
| See Continuation Page |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT  MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
|---|---|
| X | B THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES  (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D OTHER  (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor  ☒ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Continuation Page

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 10/18/05 |

STANDARD FORM 30  (REV 10-83)

BNIF 00000060

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | LOT | $20,000,000.00 | $20,000,000.00 |
| | Modification P00002 to Task Order HSFEHQ-05-J-0003 under Contract HSFEHQ-05-D-0572 for Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance.  Work shall be performed in accordance with the Statement of Work dated September 29, 2005. | | | | |
| | FUNDING/REQ NO: | 1:$20,000,000.00 | AN00318Y2006T | | |

GRAND TOTAL - - -                 $20,000,000.00
                                  ==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | AN00318Y2006T | F | $20,000,000.00 |

BNIF 00000061

CONTINUATION PAGE

The purpose of this modification is to add funds, change the amount obligated to this task order in accordance with the Limitation of Government Liability clause FAR 52.216-24 and change the not-to-exceed amount.

Accordingly:

1. Funds in the amount of "$20,000,000.00" are hereby added to the task order.

2. The dollar amount obligated to the task order under paragraph 7 under the Task Order Terms and Conditions is hereby changed

   FROM:    $81,213,654.00

   TO:      $101,213,654.00

3. The respective dollar amounts in paragraphs (a) and (b) of FAR Clause 52.216-24, Limitation of Government Liability (APR 1984) are hereby changed

   FROM:    paragraph (a) $81,213,654.00 and paragraph (b) $81,213,654.00

   TO:      paragraph (a) $101,213,654.00 and paragraph (b) $101,213,654.00

4. Paragraph 6 of under the Task Order Terms and Conditions is hereby changed to read as follows:

   The not-to-exceed Cost-Plus-fixed-Fee value of this order is $101,213,654.00, which includes estimated cost of REDACTED and fixed fee of REDACTED

5. The total effect of this modification is illustrated below:

   | | |
   |---|---|
   | ORIGINAL TASK ORDER: | $ 37,599,574.00 |
   | MODIFICATION P00001: | $ 43,614,080.00 |
   | MODIFICATION P00002: | $ 20,000,000.00 |
   | TOTAL AMOUNT OF TASK ORDER: | $101,213,654.00 |

All other terms and conditions remain unchanged and in full force and effect.

END OF MODIFICATION P00002 TO TASK ORDER HSFEHQ-05-J-0003 UNDER CONTRACT HSFEHQ-05-D-0572

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00003 | 3. EFFECTIVE DATE See Block 16c | | 4. REQUISITION/PURCHASE REQ. NO WN00170Y2006T | | 6. PROJECT NO. (If applicable) | | |

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | **CONFORMED COPY** | |

| 6. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| BECHTEL NATIONAL, INC 5275 WESTVIEW DRIVE FREDERICK MD 217038306 | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0003 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) |
|---|
| See Continuation Page |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

| 14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.) |
|---|
| See Continuation Page |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY  *Janice Uthe* (Signature of Contracting Officer) | 16C. DATE SIGNED 10/21/05 |

STANDARD FORM 30   (REV. 10-83)

BNIF 00000063

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|----------------------------------|-----|------|------------|--------|
| 0001 | | 1.00 | LOT | $135,191,336.50 | $135,191,336.50 |

Modification P00003 to Task Order
HSFEHQ-05-J-0003 under Contract
HSFEHQ-05-D-0572 for Site Assessment,
Support and Strategy, Installation and
Shore Works - Direct Assistance.  Work
shall be performed in accordance with
the revised Statement of Work dated
October 3, 2005.

FUNDING/REQ NO:   1:135,191,336.50   WN00170Y2006T

GRAND TOTAL ---   $135,191,336.50
=================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|------|---------------|---|--------------------|---|--------|
| 1 | 2006-06-1604DR-9044- | -2591-D | WN00170Y2006T | P | $135,191,336.50 |

CONTINUATION PAGE

The purpose of this modification is to add funds, incorporate a revised Statement of Work, change the amount obligated to this task order in accordance with the Limitation of Government Liability clause FAR 52.216-24 and change the not-to-exceed amount.

Accordingly:

1. Funds in the amount of "$135,191,336.50" are hereby added to the task order.

2. The attached Statement of Work dated October 3, 2005, which increases the unit quantity of travel trailers from 8,000 to 35,000 is hereby incorporated under the contract.

3. The dollar amount obligated to the task order under paragraph 7 under the Task Order Terms and Conditions is hereby changed

   FROM:    $101,213,654.00

   TO:      $236,404,990.50

4. The respective dollar amounts in paragraphs (a) and (b) of FAR Clause 52.216-24, Limitation of Government Liability (APR 1984) are hereby changed

   FROM:    paragraph (a) $101,213,654.00 and paragraph (b) $101,213,654.00

   TO:      paragraph (a) $236,404,990.50 and paragraph (b) $236,404,990.50

5. Paragraph 6 of under the Task Order Terms and Conditions is hereby changed to read as follows:

   The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $236,404,990.50, which includes estimated cost of REDACTED and fixed fee of REDACTED

6. The total effect of this modification is illustrated below:

   | | |
   |---|---|
   | ORIGINAL TASK ORDER: | $ 37,599,574.00 |
   | MODIFICATION P00001: | $ 43,614,080.00 |
   | MODIFICATION P00002: | $ 20,000,000.00 |
   | MODIFICATION P00003: | $135,191,336.50 |
   | TOTAL AMOUNT OF TASK ORDER: | $236,404,990.50 |

All other terms and conditions remain unchanged and in full force and effect.

END OF MODIFICATION P00003 TO TASK ORDER HSFEHQ-05-J-0003 UNDER CONTRACT HSFEHQ-05-D-0572

BNIF 00000065

Contract No.HSFE1. ₂-05-D-0572          Task Order No. HSFEHQ-05-J-0003

_____ STATEMENT OF WORK _____
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
Revised – October 3, 2005

# 1   General Provisions

## 1.1   Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:          Housing Area Command
                  MMR Construction
                  515 Amite
                  Jackson,   MI  39201


JFO Point of Contact: Keith Pratt, COTR
Phone:                202-494-7016
Email:                keith.pratt@dhs.gov

Counties:  State of Mississippi.


# 2   Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in
Mississippi for people displaced as a result of Hurricane Katrina.


# 3   Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute
the below tasks and the pre-deployment meetings in accordance with the PWS
contained in the contract.


1                          Attachment 1

BNIF 00000066

Contract No.HSFE1. ε-05-D-0572                 Task Order No. HSFEHQ-05-J-0003

## STATEMENT OF WORK

Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

### 3.1 Site Identification, Assessment:  Sub-Task 1

The contractor shall inspect sites identified by FEMA.  The contractor shall report the results of the inspections to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 1 | Site Assessment | Not to exceed 20 individuals | The contractor shall provide staffing to identify potential sheltering and housing facilities that can be used by FEMA to support disaster-housing operations. The contractor shall identify the services, renovations, and site preparation required to occupy or use the facilities, or sites.  The contractor will provide FEMA with status reports on the results of their findings. |

### 3.2 Miscellaneous Support Staff:  Sub-Task 2

The contractor shall provide support staff to participate with Strike Team activities.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 2 | Misc. Support Staff | 8 Strike Teams | The contractor shall provide staffing in support of the recovery Division mission for 120 days to participate on and support strike team and disaster associated activities.  The contractor will provide FEMA with status reports as required. |

### 3.3 Housing Strategy Support Services:  Sub-Task 3

The contractor shall support the development of the Disaster Housing Strategy.  This includes incorporating the short-term approaches and priorities with the Long-term Recovery Committee as defined by FEMA.  The contractor shall work closely with FEMA staff and other staff to include other contractors.  The contractor shall track and monitor the disaster action plans pertaining to housing and sheltering operations. The contractor shall attend and participate in appropriate strategy sessions as defined and coordinated with FEMA disaster priorities.

2

BNIF 00000067

Contract No.HSFEE 05-D-0572                Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised — October 3, 2005**

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 3 | Housing Strategy Support Services | Long-Term Housing Strategy | Contractor shall provide housing strategy support services for 120 days. The contractor shall coordinate the number and make-up of contractor staffing with the HAC and JFO mission and activities. The contractor should be prepared to work in a stressful and demanding environment in order to meet aggressive disaster priorities. This includes, but is not limited to, working with other contractors and FEMA staff to analyze and identify trends, research and assess commercial and group site availability versus needs and housing alternatives and other available resources. The contractor shall provide technical expertise and support in the development of the Long-Term Housing Strategy. |

## 3.4  Site Identification & Assessment Task #2

The contractor shall inspect sites identified by FEMA.  The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 4 | Site ID and Assessment | 35,000 (Estimated) | The contractor shall provide staffing to perform individual site inspections of sites identified by FEMA. The contractor shall identify the sites that can be leased by FEMA. The contractor shall identify and perform appropriate services as coordinated with FEMA that are are required to occupy the site, which may include assistance in obtaining/preparing leases to be entered into by the Government. The contractor will provide FEMA with status reports as required |

## 3.5 Installation: Sub-Task 5

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

3

Contract No. HSFE₁ ₂-05-D-0572                  Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK

Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

1. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

2. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents, as well as architectural planning of temporary residential "communities".

3. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade.

4. Establish procedures to monitor and track progress and compliance with contract requirements.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 5 | Installation | 35,000 (Estimated) | The contractor shall install travel trailers. FEMA will be responsible for all lease requirements. All units must be winterized. |

## 3.5  Shore Works In Support of Temp Housing Vessel: Sub-Task 6

The contractor shall perform on-shore works at the port of Pascagoula in preparation for positioning of a large maritime vessel (to be provided by others) to be used as temporary housing.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 6 | Port Work for Housing Vessel | Prepared Dock Facility | The contractor shall perform all works required including, but not limited to; clearing and grubbing of site, fencing, paving, modification of the docks to accommodate the vessel, filling and grading, and other site improvements as required. Modifications will meet the needs of handicapped individuals who may use the site. |

4

BNIF 00000069

Contract No.HSFE₁.⸿-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
**Revised – October 3, 2005**

**4. Period of Performance:** The period of performance shall be 120 days from
the effective date of the task order.

5

BNIF 00000070

**CONFORMED COPY**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 6 PA NO | 1 CONTRACT ID CODE | | PAGE 1 | OF PAG |
|---|---|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO. 000004 | 3 EFFECTIVE DATE See Block 16c | 4 REQUISITION/PURCHASE REQ. NO. SEE CONT. PAGE(S) | | 5 PROJECT NO. (If applicable) | | |

| 6 ISSUED BY | CODE | 7 ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div Readiness, Response & IT Branch 500 C Street, S.W., Room 350 Washington DC 20472 | | | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|---|
| BECHTEL NATIONAL, INC | | | 9B DATED (SEE ITEM 11) |
| 5275 WESTVIEW DRIVE | | | 10A MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0572 HSFEHQ-05-J-0003 |
| FREDERICK MD 217038306 | | X | 10B DATED (SEE ITEM 13) 09-30-2005 |
| CODE | FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Continuation Page

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF FAR 52.216-25, CONTRACT DEFINITIZATION (OCT 1997) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   [ ] is not,   [X] is required to sign this document and return ___001___ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Continuation Page(s)

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Janice L. Uthe Contracting Officer | |
|---|---|---|---|
| E. G. Mumm | | | |
| 15B CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C DATE SIGNED 12-21-05 | 16B UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C DATE SIGNED 12/22/05 |

STANDARD FORM 30 (REV. 10-83)

BNIF 00000071

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | LOT | $98,530,413.50 | $98,530,413.50 |

Modification P00004 to Task Order
HSFEHQ-05-J-0003 under Contract
HSFEHQ-05-D-0572 for Site Assessment,
Support and Strategy, Installation and
Shore Works - Direct Assistance.  Work
shall be performed in accordance with
the revised Statement of Work dated
October 3, 2005.

FUNDING/REQ NO:    1:$78,801,663.50    WN00170Y2006T
FUNDING/REQ NO:    2:$19,728,750.00    WN00519Y2006T

                                         GRAND TOTAL ---        $98,530,413.50
                                                                ================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1604DR-9044- | -2591-D | WN00170Y2006T | F | $78,801,663.50 |
| 2 | 2006-06-1604DR-9044- | -2591-D | WN00519Y2006T | P | $19,728,750.00 |

CONTINUATION PAGE

The purpose of this modification is to definitize Task Order HSFEHQ-05-J-0003, under Contract HSFEHQ-05-D-0572, add funds, change the estimated amount, incorporate a fee schedule and revise the period of performance.

Accordingly:

1. Funds in the amount of "$98,530,413.50" are hereby added to the task order.

2. Paragraph 6 under the Task Order Terms and Conditions is hereby changed to read as follows:

    "The estimated Cost-Plus-Fixed-Fee value of this order is $334,935,404.00, which includes estimated cost of REDACTED and fixed fee of REDACTED

3. The dollar amount obligated to the task order under paragraph 7 under the Task Order Terms and Conditions is hereby changed

    FROM:  The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $37,599,574.

    TO:  The amount obligated to this order is $334,935,404.00.

4. Payment of fee shall be in accordance with FAR 52.216-8, Fixed Fee (MAR 1997) with the following fee schedule established for this task order:

    a. Fee shall be paid in six periods with a payment of REDACTED each period totaling REDACTED
       - The first fee payment in the amount of REDACTED for each period for the first three periods (September, October, November) totaling REDACTED is to be invoiced by the Contractor in December 2005.
       - Period four fee payment (December) in the amount of REDACTED is to be invoiced in the second invoice of January 2006.
       - Period five fee payment (January) in the amount of REDACTED is to be invoiced in the second invoice of February 2006.
       - Period six fee payment (February) in the amount of REDACTED is to be invoiced in the second invoice of March 2006.

5. This task order is a Cost-Plus-Fixed-Fee type task order.

6. Paragraph 5 under the Task Order Terms and Conditions is hereby changed to read as follows:

    FROM:  The period of performance of this task order is September 3, 2005 through January 2, 2006.

TO: The period of performance of this task order is September 3, 2005 through February 28, 2006.

7. The total effect of this modification is illustrated below:

| | |
|---|---|
| ORIGINAL TASK ORDER: | $ 37,599,574.00 |
| MODIFICATION P00001: | $ 43,614,080.00 |
| MODIFICATION P00002: | $ 20,000,000.00 |
| MODIFICATION P00003: | $135,191,336.50 |
| MODIFICATION P00004: | $ 98,530,413.50 |
| | |
| TOTAL AMOUNT OF TASK ORDER: | $334,935,404.00 |

All other terms and conditions remain unchanged and in full force and effect.

END OF MODIFICATION P00004 TO TASK ORDER HSFEHQ-05-J-0003 UNDER
CONTRACT HSFEHQ-05-D-0572

BNIF 00000074

05/31/2006 04:12 FAX 703 605 2167     FEMA RM 503     @002

# CONFORMED COPY

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | CPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than item 6) | | CODE | |
|---|---|---|---|---|---|

6. ISSUED BY
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and ZIP Code)

BECHTEL NATIONAL, INC

5275 WESTVIEW DRIVE

FREDERICK MD 217038306

CODE      FACILITY CODE

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0572 HSFEHQ-05-J-0003 |
| X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) Mutual Agreement of the Parties |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
The purpose of this modification is to extend the Period of Performance at no additional cost through 15 July 2006.

a. This modification is initiated based on mutual agreement of interested parties on 31 May 2006.

b. The contractor hereby agrees there will be no additional cost associated with this extension, beyond the Task Order award value except by written direction via a contract modification by the Contracting Officer.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Michael E. White Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 31 May 06 |

STANDARD FORM 30 (REV. 10-83)

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TASK ORDER
# CONFORMED COPY

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| BECHTEL NATIONAL, INC<br><br>5275 WESTVIEW DRIVE<br>FREDERICK MD 217038306 | HSFEHQ-05-D-0572 | NNC051GY2005T |
|  | 3. TASK ORDER NUMBER | 5. ORGANIZATION |
|  | HSFEHQ-05-J-0003 | Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| DAVID PORTER | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See Continuation Page

**9. WORK DETAILS**

This is an unpriced (letter contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION _____ G.9 _____ OF THE SUBJECT CONTRACT.

| TYPED NAME OF<br>ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Nancy A. Costello | *Nancy A Costello* | 9/30/05 |

FEMA Form 40-23, JUN 97                                    REPLACES ALL PREVIOUS EDITIONS

BNIF 00000076

10/13/2005  16:32   865-220-2107                  BECHTEL                          PAGE  03/11

CONTINUATION PAGE

A.1 PRICE/COST SCHEDULE

| ITEM<br>NO. | DESCRIPTION OF<br>SUPPLIES/SERVICES | QTY | UNIT | UNIT<br>PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | | $37,599,574.00 | $37,599,574.00 |
| | Work shall be performed in accordance | | | | |
| | with the attached Statement of Work | | | | |
| | FUNDING/REQ NO: | 1:$37,599,574.00 | | NN00516Y2005T | |

GRAND TOTAL ----        $37,599,574.00
                        ==================

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 2005-06-1604DR-9044- | -2591-D | NN00516Y2005T | P | $37,599,574.00 |

BNIF 00000077

## TASK ORDER TERMS AND CONDITIONS ___
## NOT SPECIFIED IN THE CONTRACT _____

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 3, 2005 through January 2, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 3, 2005, September 8, 2005, September 14, 2005 and September 29, 2005 for the period September 3, 2005 through October 15, 2005. The amount of pre-authorization through October 15, 2005 is $45,000,000 for pre-award costs, which exceeds the amount authorized under this task order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 3, 2005 through January 2, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $81,213,654, which includes estimated cost of REDACTED and fixed fee of REDACTED

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is $37,599,574.

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY  (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $31,959,637.

(b) The maximum amount for which the Government shall be liable if this contract is terminated is $37,599,574.

52.216-25, CONTRACT DEFINITIZATION  (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Proposal due October 4, 2005; (2) Negotiations on or before October 25, 2005; (3) Definitization within 5 days of agreement;

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with

Page 3

the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION (DEC 2002)

(a) Reimbursement rate. Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement. To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing. Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs. For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

Page 4

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government; (ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

**********************END OF TERMS AND CONDITIONS*******************

Page 5

BNIF 00000080

Contract No. HSFEHQ-05-D-0572 _____Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works – Direct Assistance
(Bechtel-Task Order 0003)
**Revised - September 29, 2005**

## 1  General Provisions

### 1.1  Disaster Information

Disaster: 1604
State: Mississippi

### Joint Field Office Information:

Address:     Housing Area Command
             MMR Construction
             515 Amite
             Jackson,   MI  39201


JFO Point of Contact: Keith Pratt, COTR
Phone:              202-494-7016
Email:             keith.pratt@dhs.gov

Counties:  State of Mississippi.


## 2  Operational Objective:

Identify potential temporary housing solutions, resources, and requirement in
Mississippi for people displaced as a result of Hurricane Katrina.


## 3  Identified Tasks:

The contractor shall perform the tasks identified below.  Contractor shall execute
the below tasks and the pre-deployment meetings in accordance with the PWS
contained in the contract.


1                          Attachment 1

BNIF 00000081

Contract No.HSFEHQ-05-D-0572                    Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
Revised - September 29, 2005

### 3.1 Site Identification, Assessment:  Sub-Task 1

The contractor shall inspect sites identified by FEMA.  The contractor shall report the
results of the inspections to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 1 | Site Assessment | Not to exceed 20 individuals | The contractor shall provide staffing to identify potential sheltering and housing facilities that can be used by FEMA to support disaster-housing operations. The contractor shall identify the services, renovations, and site preparation required to occupy or use the facilities, or sites.  The contractor will provide FEMA with status reports on the results of their findings. |

### 3.2 Miscellaneous Support Staff:  Sub-Task 2

The contractor shall provide support staff to participate with Strike Team activities.

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 2 | Misc. Support Staff | 8 Strike Teams | The contractor shall provide staffing in support of the recovery Division mission for 120 days to participate on and support strike team and disaster associated activities.  The contractor will provide FEMA with status reports as required. |

### 3.3 Housing Strategy Support Services:  Sub-Task 3

The contractor shall support the development of the Disaster Housing Strategy.  This
includes incorporating the short-term approaches and priorities with the Long-term
Recovery Committee as defined by FEMA.  The contractor shall work closely with
FEMA staff and other staff to include other contractors.  The contractor shall track
and monitor the disaster action plans pertaining to housing and sheltering operations.
The contractor shall attend and participate in appropriate strategy sessions as defined
and coordinated with FEMA disaster priorities.

2

BNIF 00000082

Contract No.HSFEHQ-05-D-0572              Task Order No. HSFEHQ-05-J-0003

### STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
Revised - September 29, 2005

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 3 | Housing Strategy Support Services | Long-Term Housing Strategy | Contractor shall provide housing strategy support services for 120 days. The contractor shall coordinate the number and make-up of contractor staffing with the HAC and JFO mission and activities. The contractor should be prepared to work in a stressful and demanding environment in order to meet aggressive disaster priorities. This includes, but is not limited to, working with other contractors and FEMA staff to analyze and identify trends, research and assess commercial and group site availability versus needs and housing alternatives and other available resources. The contractor shall provide technical expertise and support in the development of the Long-Term Housing Strategy. |

## 3.4  Site Identification & Assessment Task #2

The contractor shall inspect sites identified by FEMA.  The contractor shall report the results of the inspection to FEMA.

| Task ID | Task Title | Projected Quantity | Remarks |
|---|---|---|---|
| 4 | Site ID and Assessment | 8,000 (Estimated) | The contractor shall provide staffing to perform individual site inspections of sites identified by FEMA. The contractor shall identify the sites that can be leased by FEMA. The contractor shall identify and perform appropriate services as coordinated with FEMA that are are required to occupy the site, which may include assistance in obtaining/preparing leases to be entered into by the Government. The contractor will provide FEMA with status reports as required |

## 3.5 Installation: Sub-Task 5

The contractor shall install travel trailers, mobile homes, modular homes or other temporary residential structures as expeditiously as possible, following issuance of individual Work Order issuance. The Contractor shall:

3

Contract No. HSFEHQ-05-D-0572          Task Order No. HSFEHQ-05-J-0003

STATEMENT OF WORK
Site Assessment, Support and Strategy, Installation and Shore Works - Direct Assistance
(Bechtel-Task Order 0003)
Revised - September 29, 2005

1. Install the units in accordance with the manufacturer's installation specifications and other appropriate requirements (to include State and local regulations), and obtain necessary permits.

2. Perform additional site preparation, as necessary, for proper installation of the units. This effort may include developments requiring all utilities, access and infrastructure required to support residents, as well as architectural planning of temporary residential "communities".

3. Establish procedures to ensure that the quality of the work performed complies with generally accepted practices within the trade.

4. Establish procedures to monitor and track progress and compliance with contract requirements.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 5 | Installation | 8,000 (Estimated) | The contractor shall install travel trailers. FEMA will be responsible for all lease requirements. All units must be winterized. |

## 3.5  Shore Works In Support of Temp Housing Vessel: Sub-Task 6

The contractor shall perform on-shore works at the port of Pascagoula in preparation for positioning of a large maritime vessel (to be provided by others) to be used as temporary housing.

| Task ID | Task Title | Projected Quantity | Remarks |
|---------|-----------|--------------------|---------|
| 6 | Port Work for Housing Vessel | Prepared Dock Facility | The contractor shall perform all works required including, but not limited to; clearing and grubbing of site, fencing, paving, modification of the docks to accommodate the vessel, filling and grading, and other site improvements as required. Modifications will meet the needs of handicapped individuals who may use the site. |

4

BNIF 00000084