EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

**Response Time**   The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor.

**Compensation**   Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections.

This includes the move-out inspection and clean and make ready of the unit when the unit is vacant.

If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle.

**Unit of Issue**   Per Assigned Unit Per Month

## 6.2 Staging Maintenance

**Task**   THM-02

**Task Title**   Staging Maintenance

**Task Description**   This is for maintaining units in staging locations, as identified by the COTR or designee.

**Response Time**   48 hours after the issuance of the work order.

**Compensation**   A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials

**Unit of Issue**   Per unit

## 6.3 Miscellaneous for TT Maintenance

**Task**   TTM-05

**Task Title**   Miscellaneous for TT Maintenance

Exhibit 10 – Page 8 of 15

BNIF 00000411

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Task Description**    Miscellaneous tasks associated with the on-site unit maintenance
of installed travel trailer units as assigned by the COTR or
designee that are not addressed by the other descriptions and line
items. Includes key replacement and associated locksmith tasks
when there are no keys available when unit is Ready For
Occupancy.

Excludes key replacement and associated locksmith tasks for
occupied units due to occupant loss of keys or requests for
additional keys.

This line item also excludes tasks that are associated with
refurbishment of units at Staging or other FEMA facilities.

**Response Time**    As appropriate

**Compensation**    Time and materials or actual cost. A receipt for materials must be
submitted along with the time the task required. If others
performed the task a receipt for the actual cost of the task will be
submitted to FEMA for reimbursement.

**Unit of Issue**    Each

Exhibit 10 – Page 9 of 15

BNIF 00000412

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.4 Install power pole and meter loop 30 AMP service

| | |
|---|---|
| **Task** | TTM-07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 Install power pole and meter loop 50 AMP service

| | |
|---|---|
| **Task** | TTM-07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10 of 15

BNIF 00000413

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6 Manufactured Homes Tasks

### 6.6.1 Miscellaneous for MH Maintenance

**Task**                MHM-05A

**Task Title**          Miscellaneous for MH Maintenance

**Task Description**    Miscellaneous tasks associated with the on-site unit maintenance
of installed mobile home units as assigned by the COTR or
designee that are not addressed by the other descriptions and line
items. Includes key replacement and associated locksmith tasks
when there are no keys available when unit is Ready For
Occupancy.

Excludes key replacement and associated locksmith tasks for
occupied units due to occupant loss of keys or requests for
additional keys.

This line item also excludes tasks that are associated with
refurbishment of units at Staging or other FEMA facilities.

**Response Time**       As appropriate

**Compensation**        Time and materials or actual cost. A receipt for materials must be
submitted along with the time the task required. If others
performed the task a receipt for the actual cost of the task will be
submitted to FEMA for reimbursement.

**Unit of Issue**       Each

### 6.6.2 Miscellaneous for MH Maintenance

**Task**                MHM-05B

**Task Title**          Miscellaneous for MH Maintenance

**Task Description**    Miscellaneous tasks associated with the on-site unit maintenance
of installed mobile home units as assigned by the COTR or
designee that are not addressed by the other descriptions and line
items. Includes key replacement and associated locksmith tasks
when there are no keys available when unit is Ready For
Occupancy.

Excludes key replacement and associated locksmith tasks for
occupied units due to occupant loss of keys or requests for
additional keys.

Exhibit 10 – Page 11 of 15

BNIF 00000414

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**    As appropriate

**Compensation**    Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**    Each

### 6.6.3    Install power pole and meter loop 100 AMP service
**Task**    MHM- 07A

**Task Title**    Install power pole and meter loop 100 AMP service

**Task Description**    Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

**Response Time**    As appropriate

**Compensation**    Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required.

**Unit of Issue**    Each

### 6.6.4    Install power pole and meter loop 200 AMP service
**Task**    MHM- 07B

**Task Title**    Install power pole and meter loop 200 AMP service

**Task Description**    Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

Exhibit 10 – Page 12 of 15

BNIF 00000415

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Compensation**   Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required.

**Unit of Issue**   Each

## 6.6.5    Refurbish MH

**Task**   RMHR-01A

**Task Title**   Refurbish MH

**Task Description**   Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items.

Include mattress replacement, and key replacement.

**Response Time**   As defined by the COTR or designee

**Compensation**   Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required.

**Unit of Issue**   Each

## 6.6.6    Refurbish TT

**Task**   RTTR-01B

**Task Title**   Refurbish TT

**Task Description**   Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items.

Include mattress replacement, and key replacement.

**Response Time**   As defined by the COTR or designee

**Compensation**   Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required.

**Unit of Issue**   Each

Exhibit 10 -- Page 13 of 15

BNIF 00000416

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7. Septic Bladder

### 7.1 *Pump Septic Bladder up to 210 gallon*

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.2 *Pump Septic Bladder up to 260 gallon*

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.3 *Transport and Dispose of Pumped Septic Waste up to 210 gallon*

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

### 7.4 *Transport and Dispose of Pumped Septic Waste up to 260 gallon*

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14 of 15

BNIF 00000417

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7.5 *Dump Station Fees*

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 -- Page 15 of 15

BNIF 00000418

Exhibit 11
Deactivation Task

General.

This establishes the minimum requirements for disaster area deactivation of temporary housing units. FEMA reserves the right to assign any task, part or work between its Permanent Full-Time Employees, Stafford Act Employees, other temporary employees, personnel from Other Federal Agencies and Contractors, etc. to include those in place and those to be selected, based on its operational and mission requirements.

The contracting officer's technical representative (COTR) is assigned by the contracting officer (CO) and has the responsibility of monitoring performance, evaluating work, exercising appropriate technical assistance, inspecting and accepting completed work for the government and assisting the contracting officer with the contractor's performance evaluation.

In instances where the resolution of a specific issue may have a widespread effect, the resources of more than one Contractor, to include previously procured contractors, may be combined to address a solution. The division of work allows FEMA greater flexibility and surge capability to respond to the potential of multiple catastrophic events.

This contractor at a minimum will:

> Provide unit deactivation and removal services assigned by FEMA. Deactivate temporary housing units identified by FEMA. Deactivation includes performing site and unit preparation, unit removal and transport to the designated area, and returning site to pre-placement condition. NOTE: Deactivations will be on an as required by FEMA basis. FEMA will notify the contractor for unit deactivations.

> Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

> The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

> Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

> Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

EXHIBIT 11 - Page 1 of 17

BNIF 00000419

Exhibit 11
Deactivation Task

## Deactivation

The following procedures shall be utilized in the performance of all deactivation activities. The tasks described herein do not indicate the method or priority the action may be performed in as long as the integrity of the unit is intact and steps are taken to ensure the process is completed safely and sanitarily.

Pull the steps away from the unit and remove the step anchors from the steps and ground, as appropriate

Disconnect the power source at the service entrance box and at the unit junction box. The service entrance cable is to be cut off a minimum of six (6) inches below grade, as appropriate. Also disconnect the phone line and cable, prior to moving the unit if applicable.

Shut off the fuel service at the source. Disconnect the service line at the entrance to temporary housing unit and securely cap temporary housing unit supply line, as appropriate.

Notify the LP gas supplier in writing (if applicable) that services are no longer required.

Ensure that the commode, sanitary line, and holding tank (if applicable) are free of sewage. Holding tanks shall be rinsed, the contents dumped until the liquid runs clear and free of any solids, and the valve shall be closed during transport. The valve shall be opened at the Staging site to ensure compliance with the above requirements. The contractor shall have a suitable container to catch any liquid that may escape from the tank during the valve opening procedure. The contractor shall properly dispose of any material that escapes into the contractor provided container.

Cut the temporary housing unit drain line beneath the unit leaving 4" to 6" of pipe protruding from the unit. The cut should be made in such a manner as not to adversely affect a future connection. Units provided with a threaded end on the sanitary drain line shall have the service disconnected at this point rather than by cutting the line. The drain line shall also be removed from the sewer stub-up and the sewer stub-up capped with a threaded cap to prevent foreign objects from entering the sanitary sewer line. The septic/sewer system should be returned to pre-installation condition.

Locate the water service box and shut off the water supply. Disconnect and remove the heater cable (if applicable) and insulation, and disconnect the water connection pipe from the unit supply pipe. Disconnect the water connection from the water supply.

Locate the cable and telephone and appropriately disconnect if applicable.

Remove all anchors, straps, clamps, and tie down bolts, backfill all holes resulting from installation.

EXHIBIT 11 - Page 2 of 17

BNIF 00000420

Exhibit 11
Deactivation Task

Inflate tires to proper pressure and replace damaged or missing tires. Check all wheel lugs and rim clamps for tightness. Check brake wires and install and/or reconnect as necessary

Inspect axle assemblies, springs, spring hangers, and equalizers for missing parts or cracked welds. Repair and/or replace as necessary.

Inspect drawbar for significant bends that could affect transportability, and ensure that all welds are free of cracks. Repair as required.

Inspect coupler assembly and screw jack to ensure proper functioning. Lubricate and /or repair or replace as required.

Remove pier blocking or stabilizer jacks. Care should be taken to avoid excessive sinking of the unit when it is lowered. During the lowering process, the unit drawbar shall be blocked in such a manner as to prevent the weight of the unit from resting on the screw jack.

The Contractor shall remove obstructions existing under the unit that will interfere with the movement of the unit.

Due to the safety and sanitary issues and concerns, the area immediately surrounding the unit shall be cleared of all set-up material within eight (8) hours of unit deactivation. No hazards associated with the deactivation will be left overnight unless steps are taken to secure the site. At the time of deactivation, the Government shall consider this material scrap. The Contractor shall take the title to this material. The material shall be removed for disposing with all debris and trash. All site holes shall be properly filled and tamped immediately

The interior fixtures, equipment, and furnishings of the unit shall be secured as follows

- All electrical fixtures shall be disassembled so that no glass domes/reflectors are left on the fixtures. These shall be wrapped in paper and placed inside drawers to prevent breakage.

- The refrigerator and range shall be bracket mounted to the floor and wall stud of the unit.
- The furnace access door shall be properly secured, but not taped.

- The fire extinguisher shall be placed under the kitchen sink cabinet and properly secured.
- The smoke detector shall be left in place

- Drawers shall be removed and placed inverted on the floor against the front wall of each room. (Drawers with RV latches should be left in the cabinet; drawers left in place will be properly secured for shipment.

EXHIBIT 11 - Page 3 of 17

BNIF 00000421

Exhibit 11
Deactivation Task

- At the time of shipment, the bedding should be placed in a normal position

- The kitchen table shall be placed standing upright against the front wall

- Curtains and drapes are to be left hanging

- No tape nails, screws, or clamps shall be used to secure any furnishings or any part of the unit, unless specifically stated in this procedure

- As applicable, the A/C shall be placed in the living room area and secured in the MH unit to prevent movement and damage to the A/C itself, other furnishing, and the unit (i.e. walls, floor, doors, etc…) during transport. The A/C must also be drained.

The exterior of the unit shall be secured. This includes removing exterior electrical fixtures, properly wrapping them and placing them in the kitchen sink. The fixture junction box shall be covered.

- The kitchen exhaust fan cover plate shall be securely closed and fastened to prevent damage and to ensure proper protection to the exhaust fan, motor, and control

- Supply and drainpipes beneath the unit shall be properly secured

- Functional anchor straps shall be coiled and secured with reinforced tape

Cleaning and Fumigating. The temporary housing unit shall be cleaned and fumigated.

The interior of the unit shall have all trash and rubbish removed. Abandoned personal effects shall be neatly tagged and bagged for identification. The neatly tagged bags shall be delivered to Staging within the unit's main bedroom closet.

In order to prevent deterioration all appliances and cabinets shall be cleaned and free from foodstuffs and other items. The counters, cabinets, stovetop, countertops, and other surfaces shall be wiped clean. All loose food particles shall be removed from the refrigerator and other surfaces and cabinets. The cabinets shall be empty. The refrigerator door shall be blocked and taped open to allow air circulation. The blocking shall not be placed against the door gasket seal. The refrigerator's interior shall be wiped clean. The complete interior of the unit, including baseboards and areas under cabinets, in closets, in compartments, furnace, A/C and water heater compartments, shall be fumigated with environmentally friendly pesticides to kill any insects that may be present

The unit shall be broom cleaned and the carpet (if any) shall be vacuumed.

Secure the doors and deliver unit to staging or holding area (within the Disaster area, or designated area vicinity or FEMA designated site), if applicable

Winterization: All water shall be removed from the system. This includes putting air pressure to the lines to clean out the water lines.

EXHIBIT 11 - Page 4 of 17

BNIF 00000422

Exhibit 11
Deactivation Task

Open the system's low-point drain valves, all inside water faucets, water closet valves, clothes washer valves, water heater drain valve, and shower diverter to drain the entire plumbing system

Each water faucet shall be momentarily opened while the lines are under pressure to release any trapped water, including the washing machine connections and the shower diverter

All water shall be flushed from the commode and water closet. The small amount of water remaining in the tank shall be sponged out. Note: All of the interior water faucets shall be left in an open position for additional evaporation when all visible water is removed

Approximately ½ gallon of anti-freeze shall be distributed between the commode and all P-traps on each unit, including the washing machine P-trap.

The water inlet gate valve shall be left down (one turn)

Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. .

The contractor may also be tasked to perform service calls for emergency deactivations outside of normal duty hours.

Routine, and emergency, deactivations may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall list the deactivation towing mileage over 150 miles from the site to the staging area or designated locations, if applicable.

Contractor Responsibilities

Work Hours.          Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

EXHIBIT 11 - Page 5 of 17

BNIF 00000423

Exhibit 11
Deactivation Task

| | |
|---|---|
| Phone Service. | The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants. |
| Facilities. | The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's deactivation requirements. |
| Identification | The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff. |
| Resources. | The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance, deactivation and transport services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed. |
| Contractor Expectations | All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism, and behavior. The contractor must be able to provide a background check of employees as requested. |
| Warranty. | All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form |

EXHIBIT 11 - Page 6 of 17

BNIF 00000424

Exhibit 11
Deactivation Task

Tasks

| | |
|---|---|
| Task Title | **Basic TT Deactivation** |
| Task Description | See Deactivation Process Above. |

Response Time      Routine deactivations shall be completed within three (3) workdays after work order issuance. All set-up materials must be removed from the site within eight (8) hours of the unit being moved. If the set-up materials are not removed within this timeframe the contractor will be required to do so prior to payment for deactivation. If the contractor gives the set-up materials to the landowner, park manager, or anyone else it is still the contractor's responsibility to ensure the materials are removed. This includes filling and tampering holes and ditches as well as correcting any other possible safety and sanitary hazards and health concerns that could be associated with the deactivation of the unit.

Task Title      **Emergency TT Deactivation**

Task Description      When an emergency deactivation is required, the COTR/designee may issue a verbal order. A work order will follow the verbal order. At minimum the contractor shall complete the following, when being issued a verbal for emergency deactivation:

The TT will be unlocked utilizing the most expeditious and safest method available.

Remove all blocking and debris associated with the unit installation and deactivation, and disconnects anchoring. If time and safety permits, cut anchors six inches below grade.

All utility, electric, water, sewer, gas, and any other connections which inhibit the unit's movement shall be de-energized or shut-off at the source and disconnected.

The TT will be moved to the designated FEMA approved holding location.

While removal of the TT from the area must be completed expeditiously,

EXHIBIT 11 - Page 7 of 17

BNIF 00000425

Exhibit 11
Deactivation Task

the site shall still be left in a safe condition

Response Time        Under this task the unit will be deactivated within one day after issuing the
                     emergency deactivation work-order.

Task Title           **Emergency TT Re-Installation**

Task Description     The contractor will be compensated on a per-unit basis for emergency
                     deactivation and installation of a different unit. Additional towing charges
                     apply beyond 150 miles.

                     The per-unit emergency deactivation and installation charge includes all
                     labor, service call charges, towing within 150 miles to or from the location
                     the unit was picked up to the designated location except additional towing
                     vehicle charges beyond 150 miles. Towing charges beyond 150 miles will
                     be paid only for the towing vehicle.

                     Note: The contractor must use the same material used in the original
                     installation to re-install the different TT unit, as long as the material is in
                     good condition.

                     Mileage from installation site to or from staging or designated holding
                     area shall be determined by the most direct, legal route, taking into
                     consideration state transportation regulations. FEMA reserves the right to
                     assign emergency deactivation and installation to any contractor or other
                     resource to accomplish the mission.

Response Time        Within six (6) hours of being issued in a verbal order, except in cases as a
                     longer completion the PO authorizes time. Complete deactivation and
                     installation of the TT shall be completed within twelve (12) hours of being
                     issued a work order

Task                 TTM –06

Task Title           **Reposition travel trailer**

Task Description     Reposition the installed travel trailer on the site.
                     Note: The contractor must use the same material used in the original
                     installation to re-install the TT, as long as the material is in good
                     condition.

EXHIBIT 11 - Page 8 of 17

BNIF 00000426

Exhibit 11
Deactivation Task

| | |
|---|---|
| Response Time | Within three (3) days of work order issuance. Complete deactivation and reinstallation of the TT shall be completed within twelve (12) hours. The applicant shall not be displaced overnight. |
| Compensation | The contractor will be compensated for repositions on a per-unit basis separate from the maintenance portion of the contract, after reposition is complete. |
| | The **per-unit charge** includes all labor, materials, and service call charges, with the exception of installing temporary power pole, if required. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |
| Unit of Issue | Each |

EXHIBIT 11 - Page 9 of 17

BNIF 00000427

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | TTM-08 |
| Task Title | Relocate Travel Trailer |
| Task Description | Relocate the installed travel trailer from one site to another. NOTE: The contractor shall use the same material used in the original installation to re-install the TT, as long as the material is in good condition. |
| Response Time | Within three (3) days of work order issuance. Complete deactivation and reinstallation of the TT shall be completed within twelve (12) hours. The applicant shall not be displaced overnight. |
| Compensation | The contractor will be compensated for relocations on a per-unit basis separate form the maintenance portion of the contract, after relocation is complete. |
| | The **per-unit charge** includes all labor, materials, service call charges and towing charges within 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle. |
| | The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |

EXHIBIT 11 – Page 10 of 17

BNIF 00000428

Exhibit 11
Deactivation Task

Manufactured Homes Tasks

| | |
|---|---|
| Task | MHD-01 |
| Task Title | **MH Deactivation** |
| Task Description | See Deactivation Process Above. |
| Response Time | Routine deactivations shall be completed within five (5) workdays after work order issuance. . All set-up materials must be removed from the site within eight (8) hours of the unit being moved. If the set-up materials are not removed within this timeframe the contractor will be required to do so prior to payment for deactivation. If the contractor gives the set-up materials to the landowner, park manager, or anyone else it is still the contractor's responsibility to ensure the materials are removed. This includes filling and tampering holes and ditches as well as any other possible safety and sanitary hazards or and health concerns that could be associated with the deactivation of the unit. |
| Compensation | The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete. |
| | The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location within 150 miles except additional towing miles outside 150 miles as outlined above. |
| | The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |

| | |
|---|---|
| Task | MHD-02 |
| Task Title | **MH Emergency Deactivation** |
| Task Description | When an emergency deactivation is required, the COTR or designee may issue a verbal order. A work order will follow the verbal order. At minimum the contractor shall complete the following, when being issued a verbal for emergency deactivation: |
| | The MH will be unlocked utilizing the most expeditious and safest method available. |

EXHIBIT 11 - Page 11 of 17

BNIF 00000429

Exhibit 11
Deactivation Task

Remove all blocking and debris associated with the unit installation and deactivation, and disconnects anchoring. If time and safety permits, cut anchors six inches below grade.

All utility, electric, water, sewer, gas, and any other connections which inhibit the unit's movement shall be de-energized or shut-off at the source and disconnected.

The MH will be moved to the designated FEMA approved holding location.

While removal of the MH from the area must be completed expeditiously, the site shall still be left in a safe condition

Response Time          Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order.

Compensation          The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete.

The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location within 150 miles except additional towing miles outside 150 miles as outlined above.

The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses.

Unit of Issue          Per emergency deactivation for MH

EXHIBIT 11 - Page 12 of 17

BNIF 00000430

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHE-03 |
| Task Title | **MH Emergency Deactivation and Installation** |
| Task Description | The contractor will be compensated on a per-unit basis for emergency deactivation and installation, in addition to additional towing charges beyond 150 miles. |
| | The per-unit emergency deactivation and installation charge includes all labor, service call charges, towing within 150 miles from the location the unit was picked up to the designated location except additional towing vehicle charges beyond 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle. |
| | Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. |
| | Mileage from installation site to staging or designated holding area shall be determined by the most direct, legal route, taking into consideration state transportation regulations. |
| | FEMA reserves the right to assign emergency deactivation and installation to any contractor or other resource to accomplish the mission. The contractor shall install the unit in accordance with the MH Installation Specifications. |
| Response Time | Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order and the installation will be complete within 3 days of the deactivation. |
| Compensation | The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete plus the actual fair market installation cost for the unit, which determined by the standard FEMA installation cost for the disaster. |
| | The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location and installed within 150 miles except additional towing miles outside 150 miles as outlined above. |
| | The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses |
| Unit of Issue | Per emergency deactivation-installation for MH |

EXHIBIT 11 - Page 13 of 17

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHD-04 |
| Task Title | **Additional Mileage for MH Tow (each towing mile over 150 miles)** |
| Task Description | Distances beyond a 150-mile haul for temporary housing units; are additive contract costs |
| Response Time | As appropriate |
| Compensation | For each mile the MH deactivation to the designated location that is beyond 150 miles from where the unit was deactivated from. The contractor will be paid for each mile beyond 150-mile. |
| Unit of Issue | Per Mile beyond 150 miles, |

EXHIBIT 11 - Page 14 of 17

BNIF 00000432

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHM –06 |
| Task Title | **Reposition mobile home** |
| Task Description | Reposition the installed mobile home on the site.<br>Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. |
| Response Time | The task will be complete and the unit RFO within three (3) days of work order issuance. |
| Compensation | The contractor will be compensated for repositions on a per-unit basis separate from the maintenance portion of the contract, after reposition is complete. |
| | The **per-unit charge** includes all labor, materials, and service call charges, with the exception of installing temporary power pole, if required. |
| | The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |

EXHIBIT 11 - Page 15 of 17

BNIF 00000433

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHM-08 |
| Task Title | Relocate Mobile Home |
| Task Description | Relocate the installed mobile home from one site to another. NOTE: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. |
| Response Time | The task will be complete and the unit RFO within three (3) days of permit issuance. Permitting applications must be completed before movement of the unit. |
| Compensation | The contractor will be compensated for relocations on a per-unit basis separate from the maintenance portion of the contract, after relocation is complete. |
| | The **per-unit charge** includes all labor, materials, service call charges and towing charges within 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle. |
| | The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |

EXHIBIT 11 - Page 16 of 17

BNIF 00000434

Exhibit 11
Deactivation Task

1. **Difficult Site (Hard Tow): Furnish heavy equipment to reposition or remove Travel Trailer.**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the travel trailer or remove the travel trailer from the designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

2. **Difficult Site Units (Furnish heavy equipment to reposition or remove manufactured home).**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the manufactured home or remove the manufactured home from the designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

3. **Difficult Site Units (Furnish heavy equipment to reposition or remove park model).**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the park model or remove the park model on designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

EXHIBIT 11 – Page 17 of 17

BNIF 00000435

EXHIBIT 12
Group Site Design

# 1.  General

When Ordered, the Contractor shall design the site identified by FEMA. This design shall include infrastructure, site layout, construction strategy (timelines), and itemized materials list that include supplies, equipment, and projected staffing by position.

# 2.  Requirements

## 2.1 Stakeholder

The Contractor shall address and abide by all federal, State, and local requirements to include but is not limited to environmental and historical preservation requirements.

## 2.2 Construction

The group site needs to be constructed in the most timely and efficient manner possible under the circumstances and priorities identified by FEMA. The task should establish a team comprised of experienced personnel representing the diverse technical and management disciplines to function in a unified effort to design a group site for temporary housing units as defined by FEMA. FEMA will identify the following:

- Location
- Type of units
- Projected Completion Date
- Other disaster specific and/or relevant information

## 2.3 Permits, Codes, & Applicable Laws

The Group Site Design will include and incorporation of the obtaining the necessary permits, appropriate federal, State, and local codes and ordinances; projected completion date, projected staffing, construction strategy, projected development budget, projected group site services, staffing and budget (security, associated fees, sanitation and trash, etc); projected restoration strategy and staffing; and other disaster specific relevant information.

# 3.  Design & documentation

The contractor shall provide the Group Site Design and Plan to the FEMA designated representative within ten days upon notification. The FEMA designated representative will discuss the plan within seven days. The contractor will submit the final approved version within two (2) days.

Exhibit 12 – Page 1 of 1

BNIF 00000436

EXHIBIT 13
SITE MAINTENANCE

# 1. General.

The minimum group site maintenance activities include but are not limited to:

## 1.1 Park Area

Park Area Maintenance shall cover any construction, repairs, and upkeep that may be necessary for keeping the site safety. This includes road grading and fill, lawn service (includes site clean up including litter), signage and fence repair/replace. This also includes repair/replacement of protective devices.

### 1.1.1 Road Grading

This will include machine time, wages and fill if needed.

### 1.1.2 Mowing

This will include cutting of grasses inside retention pond systems, any grasses/growth that are along fences and any weed eating that needs to be done.

### 1.1.3 Trash/site clean up

This task does not include household garbage collection, which is a totally separate function. This task will include removal of "discarded white goods", debris in park, and removal of debris/trash in the retention pond system.

## 1.2 Other Priorities

Other as required my by the mission priorities.

### 1.2.1 Engineering

Provides professional engineering capability within civil, mechanical, plumbing, electrical fields.

### 1.2.2 Functional Structure Analysis

Develops performs functional analyses, and formulates requirements for the maintenance, repair, and modification of:
a) Buildings,
b) structures,
c) roads, streets, right-of-ways, walkways, and traffic control devices,
d) ground facilities and storm drainage systems,

### 1.2.3 Functional System Analysis

Performs functional analysis, and formulates requirements for the operations, maintenance, repair and modifications of:
a) Water and sewage systems.
b) All related distribution and collection systems plus electrical distribution systems.
c) Emergency power plants and systems.
d) Refuse collection and disposal systems.

Exhibit 13 – Page 1 of 3

BNIF 00000437

EXHIBIT 13
SITE MAINTENANCE

### 1.2.4    Project Reviews

Performs and develops engineering reviews of project plans, specifications, and designs
to ensure:
   a) Technical feasibility.
   b) Engineering solution alternative and adequacy.
   c) Compatibility with operations and maintenance requirements.

### 1.2.5    Custodial and General Services

Provides custodial services and insects, rodents, fungi, and plant disease control
services.

### 1.2.6    Technical Assistance and Maintenance of utilities

Provides technical assistance and maintenance services for utility operations within
functional area.

### 1.2.7    Identifying priorities and operational improvements

Provides technical assistance for identifying priority requirements within the facilities
and grounds maintenance and utility operations area.

Analyzes facility and grounds cost reports and operation studies on utility systems to
ensure the most economic and efficient operation.

## 1.3 Plumbing Service

Plumbing Service includes all water and sewer lines external from the unit's meter to the
utility main connection. This includes lift station services

## 1.4 Electrical Service

Electrical Services includes all wiring from the meter base to the Power Company's
connection. This includes security, street, and emergency lighting.

# 2. Types Maintenance

## 2.1 Monthly Maintenance

This is maintenance services not defined as emergency maintenance and is performed on a
monthly basis as identified by FEMA. All routine repairs shall be completed within 48
hours after receipt of the requirement.

## 2.2 Routine Maintenance

Maintenance not defined as Emergency Maintenance is defined as Routine Maintenance,
unless otherwise identified by FEMA. All routine repairs shall be completed within 48
hours after receipt of the requirement. When such 48-hour completion time would expire
on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following
Monday or Tuesday, as appropriate.

Exhibit 13 – Page 2 of 3

BNIF 00000438

EXHIBIT 13
SITE MAINTENANCE

### 2.3 Emergency Maintenance

Emergency Maintenance is required when a condition exists that threatens the health and safety of the residents. This includes but is not limited to: Gas leaks, major water leaks, sewage leaks and interruption of electrical power or water supply. Response to emergency maintenance conditions shall be within six (6) hours, seven days a week, of notification of the requirement.

## 3. Major Material Item Repair or Replacement

All major repair or replacement activities that may exceed $2,500 must be approved by FEMA prior to commencement of the activity. FEMA shall investigate and determine the practicality of repair versus replacement, and provide approval prior to proceeding with repairs.

Exhibit 13 – Page 3 of 3

BNIF 00000439

EXHIBIT 14
Disaster Recovery Center Support

# 1. Activities

The contractor may be tasked to support DRC activities. This includes but is not limited to:

a) Working with the DRC Coordinator and Manager to identify critical tasks associated with the DRC identification, location, equipment, supplies, set-up and closing.

b) Working with FEMA DRC Coordinator, Manager, Security and Safety to ensure the facility (fixed and mobile) have be examined and determine if it meets all the safety and security requirements.

c) Working with FEMA DRC Coordinator, and Manager to confirm the site has all needed materials and connections such as phones, computers, fax machines, copiers, courier service, schedules, and building maintenance.

d) Testing web-based registration stations and work stations.

e) Supporting DRC reports.

f) Coordinating procedures for visits from media or government officials.

g) Coordinating and assist with DRC set-up activities.

h) Assisting with the planning and coordination and development of building access information.

i) Assisting in arranging the DRC for the most efficient flow for visitors.

j) Assisting in maintaining the telecommunications, and communications equipment.

k) Posting and removing interior and exterior signs, information, and bulletins.

l) Providing Security and facility maintenance services.

m) During the closing of the DRC making arrangements and supporting the removal of all FEMA property.

n) During the closing of the DRC restoring the facility to the pre-DRC condition and returning keys to the appropriate individuals.

Exhibit 14 – Page 1 of 1

BNIF 00000440

EXHIBIT 15
TECHNICAL SUPPORT

# 1. Task Force

## 1.1 State/County/Local

### 1.1.1   Communitywide Information

Identify and contact points of contact (POC) of local officials with jurisdiction over use of manufactured homes and travel trailers in affected areas;
a)  Type of damage and geographical spread of impacted area;
b)  Road conditions through area where units must travel;
c)  Identify possible staging areas and what is needed to obtain the location;

### 1.1.2   Requirements

Identify State and local requirements or restrictions which may require additional cost, time, or a request for waivers, such as:
a)  Placement (zoning) restrictions for temporary disaster housing;
b)  Lot boundary (setback from road) restrictions;
c)  Contractors licensing requirements;
d)  Permit requirements to place and/or install temporary disaster housing;
e)  State/local building officials inspection requirements;
f)  Utility companies requirements for inspection, transfer of service, and deposits;
g)  Requirements for and cost of utility system tap fees;
h)  State or local government and utility company set-up specifications;
i)  Any other State or local requirement, which may affect the timely, efficient, and cost-effective set-up and occupancy of temporary disaster housing. Once normal State and local requirements are identified and a determination is made as to those, which could impact the temporary disaster-housing mission.

### 1.1.3   Shortfalls & Needs Assessment

Identify any shortage of materials required to set-up such as concrete blocks, gas tanks, or heat cable, exterior grade plywood, etc.;

### 1.1.4   Disaster Information

Obtain following information from County/local officials:
a)  Red Tag lists (hard copy and electronic files in database format, if feasible, allows comparison with Major Damaged and Destroyed database)
b)  Lists of mobile home parks and owners contact information
c)  Lists of damaged subdivisions, congregate care and/or housing facilities and contact information
d)  Lists of commercial properties for potential use and contact information
e)  Other potential sources for housing and contact information
f)  Codes and standards, permit requirements
g)  Capabilities to release mass information, e.g., "reverse 911"
h)  Support capabilities from local Voluntary Agencies, Chamber of Commerce, etc.

Exhibit 15 – Page 1 of 3

BNIF 00000441

EXHIBIT 15
TECHNICAL SUPPORT

     i) Key Points of Contact Information (County Administrator, County Emergency Manager, Supervisory Building Inspector, Health Officials, local Voluntary Agency Representatives, etc.)

## 1.2 Information Aggregation

Obtain the following information:
- a) Overall Situation Report for the State *(obtain Preliminary Damage Assessment (PDA) or Rapids Needs Assessment (RNA) information, as appropriate)*
- b) Situation Reports for assigned Counties/localities (Shelters)
- c) Information/perspectives from FEMA Agency Representatives (FARs), External Affairs and Community Relations
- d) Information on Major Damaged and Destroyed Homes (Lists and Maps, both hard copy and electronic)
- e) State emergency authorities that may affect housing situations
- f) Obtain list of Points of Contact for field counterparts with assigned county/locality, FAR and Community Relations.

## 1.3 Information Analysis

By analyze the information from the various resources and assist in developing a consolidated operational picture to identify potential gaps, duplications of effort, preparation of field operations, and the hardest hit areas

## 1.4 Housing Resources

Develop a resource list of commercial mobile home parks and travel trailer pads in the area. Gather the following information: pads available, pad rental cost, size of the pads, utility services, and utility connections information;

## 1.5 Identify Restrictions

Identify restrictions on towing units within the disaster area, such as:
- a) Days and time of travel;
- b) Permit requirements; and
- c) Contractor licensing and escort requirements.

## 1.6 Floodplain Maps

Obtain State, county, city road maps, and floodplain maps for declared and adjacent counties.

# 2. PDA Support

The contractor shall support PDA teams to survey the impacted areas, compile the information, and forward to the FEMA designate representative. *The contractor will assist in capturing and analyzing information and projections gathered. This includes but is not limited to the following as tasked:*
- a) Gather the data and submit it to the IA PDA Team Coordinator for review and concurrence.
- b) Support all program activities and assisting in preparing the write-ups.
- c) Support the IA Officer/Recovery Branch with the following functions outlined below:

Exhibit 15 – Page 2 of 3

BNIF 00000442

## EXHIBIT 15
## TECHNICAL SUPPORT

    i)   Team assignments
    ii)  Collection of data and survey reports
    iii) Reconciliation of survey findings
    iv) Obtaining concurrence with State counterparts
    v)  Dissemination of survey findings to appropriate persons (SBA and State)
    vi) Collections of other reports (e.g., SBA, Unemployment, Red Cross, etc.)
    vii)Collection of rental rates, home repair averages, available resources
    viii)   Program analysis to determine needs
    ix) Coordination with SBA and other Federal agencies.
d)  Serve as central collection point for field reports.
e)  Coordinate with other Federal, State, and voluntary agencies about disaster impacts and response activities of the respective agencies.
f)  Research U.S. Census for general demographics, special populations, and develop jurisdictional profiles and maps**
g)  Collect "Other" demographics (e.g., special populations)
h)  Conduct research to find available rental housing in affected areas
i)  Research response activities and provide support to the Voluntary Agency Liaison (VAL)

Exhibit 15 -- Page 3 of 3

BNIF 00000443