UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Mary Crawford, et al v Forest River, Inc., et al.,*
*Case No. 10-4127*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs will bring forth their **Motion to Remand** to be heard on the **15th day of December, 2010** at **9:30 A.M.** before the Honorable Kurt D. Engelhardt at the United States District Court of the Eastern District of Louisiana, in the city of New Orleans.

Respectfully submitted this 10th day of November, 2010,

**Mary Crawford, et al**

By:   *s / Edward Gibson*
            Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
egibson@hsglawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2010 I caused to be filed the foregoing Notice of Hearing with the Clerk of Court via the Electronic Court Filing system which will forward a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that there are no known non-CM/ECF participants.

                                               *s / Edward Gibson*
                                               EDWARD GIBSON