UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, WDLA 09-1279, EDLA 10-230**
*Somaya Bader, ind. and o/b/o the minor, A.A., et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-3824**
*James S. Sakobie, et al. v. Gulf Coach Stream, Inc., et al.*,
**MDL 1873, EDLA 09-4664**
*James Adubato, et al. v. Layton Homes Corp., et al.*,
**MDL 1873, EDLA 09-8421**
*John Antoine, et al. v. Layton Homes Corp., et al.*,
**MDL 1873, SDMS 09-524, EDLA 09-6901**
*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*,
**MDL 1873, EDLA 09-3730**
*Judy Douglas, et al. v. Oak Creek Homes, L.P., et al.*,
**MDL 1873, EDLA 09-3740**
*Shari Neumann, et al. v. Champion Home Builders, et al.*,
**MDL 1873, SDMS 09-531, EDLA 09-6908**

**O R D E R**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this 10th day of November, 2010.

                                                 KURT D. ENGELHARDT
                                                 UNITED STATES DISTRICT JUDGE