UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Danmond T. Demolle, et al. v. CMH Manufacturing, Inc., et al.*,
**MDL 1873, EDLA 10-768**
*James Adubato, et al. v. Skyline Corporation, et al.*,
**MDL 1873, EDLA 09-8413**
*Raymond L. Deogracias, et al. v. Starcraft RV, Inc., et al.*,
**MDL 1873, EDLA 09-3732**
*Alicia M. Miller, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 10-775**
*Angelica Alvarez, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, EDLA 09-4838**
*Michael J. Battaglia, et al. v. Destiny Industries, LLC, et al.*,
**MDL 1873, EDLA 09-3587**
*Taneka Hill, et al. v. Silver Creek Homes, Inc., et al.*,
**MDL 1873, EDLA 09-8418**
*Bridget Bailes, et al. v. Thor California, Inc., et al.*,
**MDL 1873, EDLA 10-760**
*Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4661**
*Muriel L. Cavat, et al. v. Northwood Manufacturing, Inc., et al.*,
**MDL 1873, EDLA 09-3975**
*Michael D. Boudreaux, et al. v. Dutch Housing, Inc., et al.*,
**MDL 1873, EDLA 09-3826**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this  10th  day of        November        , 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**