# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                     **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

**SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Gracelyn Michelle Casanova, et al. v. Northwood Manufacturing, Inc., et al.*,
**MDL 1873, EDLA 09-7986**
*Kristy Peterson, ind. and o/b/o the minor, B.P. v. Palm Harbor Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3718**
*Kristy Merwin, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, SDMS 09-511, EDLA 09-6887**
*Sunshine Augustine, et al. v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, SDMS 09-526, EDLA 09-6903**
*Robert Moise Legendre, et al. v. Monaco Coach Corporation, et al.*,
**MDL 1873, SDMS 09-522, EDLA 09-6898**
*Ernest Ricouard, et al. v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, SDMS 09-449, EDLA 09-6018**
*Jeffrey Michel Graves, et al. v. Clearspring Conversions, Inc., et al.*,
**MDL 1873, SDMS 09-529, EDLA 09-6905**
*Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, EDLA 10-514**
*Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, SDMS 09-530, EDLA 09-6907**
*Jean Adams, et al. v. American International Group, et al.*,
**MDL 1873, EDLA 10-508**
*Bryan Doty, et al. v. Sun Valley, Inc., et al.*,
**MDL 1873, EDLA 09-3722**
*Audrey Brown and Jesse Brown v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, WDLA 09-1286, EDLA 10-248**
*Doris B. Creger, et al. v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, EDLA 09-8410**
*Alecia Couget Frught, et al. v. Timberland RV Company, et al.*,
**MDL 1873, EDLA 09-8412**
*Joseph A. Wright, et al. v. Thor California, Inc., et al.*,
**MDL 1873, SDMS 09-517, EDLA 09-6892**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original

"Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this 10th day of _____November_____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**