**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                               **MDL NO. 1873**
**FORMALDEHYDE PRODUCT**
**LIABILITY LITIGATION**                            **SECTION "N-5"**
                                                                   **JUDGE ENGELHARDT**
                                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Cook et al v. Gulf Stream Coach, Inc., et al*
E.D. La. Case No. *09-7293*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the 10th day of November, 2010, New Orleans, Louisiana.

                                                          _____
                                                          HONORABLE KURT ENGELHARDT