**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Ardon et al v. Dutchmen manufacturing, Inc. et al*
E.D. La. Case No. *09-5366*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the 10th day of November, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT