**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                         **MDL NO. 1873**
**FORMALDEHYDE PRODUCT**
**LIABILITY LITIGATION**                       **SECTION "N-5"**
                                                                                **JUDGE ENGELHARDT**
                                                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Barron et al v. Frontier RV, Inc. et al*
**E.D. La. Case No.** *09-5393*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

       Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the  10th  day of  November , 2010, New Orleans, Louisiana.

                                                                _____
                                                                     HONORABLE KURT ENGELHARDT