UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4666**
*Tanika Bell, et als. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDLA 09-498, EDLA 09-6149**
*Giana Marie Phillips, et al. v. Insurco, Ltd., et al.*,
**MDL 1873, MDLA 09-539, EDLA 10-771**
*Carol W. Blappert, et al. v. Skyline Corporation, et al.*,
**MDL 1873, SDMS 09-141, EDLA 09-6017**
*Angele M. Sentilles v. Monaco Coach Corporation, et al.*,
**MDL 1873, MDLA 09-500, EDLA 09-6151**
*Michael D. Boudreaux, et al. v. Champion Home Builders Co., et al.*,
**MDL 1873, EDLA 09-3561**
*Laura Gonzales, et al. v. Champion Home Builders Co., et al.*,
**MDL 1873, EDLA 10-735**
*Priscilla Lucille Cook, et al. v. Skyline Corporation, et al.*,
**MDL 1873, EDLA 09-3739**
*Evamarie S. Hall, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 09-6798**
*Thais Joyce Augustine, et al. v. American International Group, et al.*,
**MDL 1873, EDLA 10-746**
*Shelly Riley, ind. and o/b/o the minor, C.D. v. Arch Specialty Insurance Corp., et al.*,
**MDL 1873, EDLA 09-7989**
*Christopher H. Jackler, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, NDAL 09-1423, EDLA 09-6145**
*Jean Adams, et al. v. Fleetwood Canada Ltd., et al.*,
**MDL 1873, EDLA 09-4371**
*Garland Baynes, et al. v. Recreation by Design, LLC, et al.*,
**MDL 1873, SDMS 09-513, EDLA 09-6716**
*W. J. Simmons v. Recreation by Design, LLC, et al.*,
**MDL 1873, SDMS 09-140, EDLA 09-6212**
*Sharon Ann Florane, et al. v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, EDLA 10-756**
*Anthony Rhodes, et al. v Scotbilt Homes, Inc., et al.*,
**MDL 1873, EDLA 09-8416**

## PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A, *in globo*" who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Motion. Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*" attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the **10th** day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/ Roberta L. Burns
                                                 ROBERTA L. BURNS