THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961



## *Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*

EDLA 09-4666

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (2) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (3) | Clifford  J. Maher | 10-3838 | Gabriel v. Cavalier, et al |
| (4) | Henry  Maitre | 10-3510 | Macalusa v. Gulf Stream, et al |
| (5) | Arthur  L. McDonald | 10-3737 | Macaluso v. Gulf Stream, et al |
| (6) | Elizabeth  Melton | 10-3737 | Macaluso v. Gulf Stream, et al |
| (7) | Jeffery Graves, o/b/o K.M | 10-3737 | Macaluso v. Gulf Stream, et al |
| (8) | Emilee  Mercadel | 10-3737 | Macaluso v. Gulf Stream, et al |
| (9) | Donna  Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (10) | Donna Miller, o/b/o E.M | 10-3838 | Gabriel v. Cavalier, et al |
| (11) | Zina  Mitchell | 10-3737 | Macaluso v. Gulf Stream, et al |
| (12) | Veronica Jane Mullet | 10-3737 | Macaluso v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  David S Nuccio | 09-4666 | Macalusa v. Gulf Stream |
| (14)  Richard  W. Nye | 10-3838 | Gabriel v. Cavalier, et al |
| (15)  Pepito  H. Patino | 10-3836 | Oltmann v. Cavalier, et al |
| (16)  Thomas  Payn | 10-3836 | Oltmann v. Cavalier, et al |
| (17)  Jamere  Jarron Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (18)  Lititia  Ann Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (19)  Tarena  Troschel Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (20)  Brian  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (21)  Gary  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (22)  Lee Sylvia Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (23)  Royce  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (24)  Emilee Mercadel, o/b/o C.P | 10-3737 | Macaluso v. Gulf Stream, et al |
| (25)  Morris  Joseph Powers | 10-3737 | Macaluso v. Gulf Stream, et al |
| (26)  Mary Sachatana Reyes | 10-3737 | Macaluso v. Gulf Stream, et al |
| (27)  Deborah  Proctor Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (28)  Dwight  Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (29)  Brittany  Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (30)  Jenny Roberts, o/b/o J.R | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31)  Martin  Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (32)  Rudolfo R. Robles | 10-3737 | Macaluso v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Bell, et al. v. Gulf Stream Coach, et al.*

### MDLA 09-498 EDLA 09-6149

|      | Name                   | Severed Case No. | Severed Case Caption           |
|------|------------------------|------------------|--------------------------------|
| (1)  | Tanika  Bell           | 10-4027          | Bell v. Gulf Stream, et al     |
| (2)  | Charlene  Blanchard    | 10-4022          | Blanchard v. Gulf Stream, et al |
| (3)  | Lawrence M Booze       | 10-3964          | Blanchard v. Cavalier, et al   |
| (4)  | Robin  Booze           | 10-3964          | Blanchard v. Cavalier, et al   |
| (5)  | Yenan  Booze           | 10-3964          | Blanchard v. Cavalier, et al   |
| (6)  | Louise  Brooks         | 10-3964          | Blanchard v. Cavalier, et al   |
| (7)  | Adam  Cabrera          | 10-4006          | Cabrera v. Cavalier, et al     |
| (8)  | Richard J. Candebat    | 10-4024          | Candebat v. Gulf Stream, et al |
| (9)  | Gladys C. Dauth        | 10-4022          | Blanchard v. Gulf Stream, et al |
| (10) | Gladys C. Dauth        | 10-4024          | Candebat v. Gulf Stream, et al |
| (11) | Patricia  Dennis       | 10-4006          | Cabrera v. Cavalier, et al     |
| (12) | Linda Woods, o/b/o B.D | 10-4027          | Bell v. Gulf Stream, et al     |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13) Kathy Buras Gonzales | 10-4006 | Cabrera v. Cavalier, et al |
| (14) Thomas Gonzales | 10-4006 | Cabrera v. Cavalier, et al |
| (15) Francis (Frank) Irwin Gras | 09-6498 | Bauer v. Stewart Park |
| (16) Tommy Lynn Hall | 10-4022 | Blanchard v. Gulf Stream, et al |
| (17) Brian Perez | 10-4022 | Blanchard v. Gulf Stream, et al |
| (18) Brian Perez | 10-4024 | Candebat v. Gulf Stream, et al |
| (19) Elizabeth A. Ruiz | 10-3467 | Ruiz v. KZRV, et al |
| (20) Shannon Sheffield | 10-3964 | Blanchard v. Cavalier, et al |
| (21) Darlene Cousins Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (22) Diana Lynn Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (23) Darlene Thedy, o/b/o E.T | 10-4006 | Cabrera v. Cavalier, et al |
| (24) Jerome R. Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (25) Treyson Garon Thedy | 10-4006 | Cabrera v. Cavalier, et al |
| (26) April N. Wilson | 10-4025 | Wilson v. Gulf Stream, et al |
| (27) April N. Wilson | 10-4025 | Wilson v. Gulf Stream, et al |
| (28) Jarrett Earl Woods | 10-4027 | Bell v. Gulf Stream, et al |
| (29) Linda Woods, o/b/o L.W | 10-4027 | Bell v. Gulf Stream, et al |
| (30) Linda Marie Woods | 10-4027 | Bell v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Philips. et al. v. Insurco, Ltd., et al.*

## MDLA 09-0539 EDLA 10-771

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Giana Marie Phillips | 10-3961 | Phillips v. Insurco, et al |
| (2) | Kelly  Vogel | 10-3961 | Phillips v. Insurco, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Blappert, et al. v. Skyline Corporation, et al.*

## SDMS 09-141 EDLA 09-6017

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Carol W Blappert | 10-3976 | Blappert v. Skyline Corporation, et al |
| (2) | Carol W Blappert | 10-3672 | Blappert v. Layton Homes, et al |
| (3) | Carol W Blappert | 10-3809 | Blappert v. Layton Homes, et al |
| (4) | Christopher C. Blappert | 10-3976 | Blappert v. Skyline Corporation, et al |
| (5) | Christopher C. Blappert | 10-3809 | Blappert v. Layton Homes, et al |
| (6) | Christopher C. Blappert | 10-3672 | Blappert v. Layton Homes, et al |
| (7) | Jamie Blappert Moniz | 10-3809 | Blappert v. Layton Homes, et al |
| (8) | Jamie Moniz, o/b/o J.M | 10-3809 | Blappert v. Layton Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Angele M. Sentilles, et al. v. Monaco Coach Corporation, et al.*

## MDLA 09-500 EDLA 09-6151

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Angele  M. Sentilles | 10-3952 | Sentilles v. American International, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Boudreaux, et al. v. Champion Home Builders, et al.*

## EDLA 09-3561

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Michael  D. Boudreaux | 10-3578 | Bastoe v. Dutch Housing, et al |
| (2)  | Stacy L. Boudreaux | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (3)  | Ann M DiVincenti | 10-3578 | Bastoe v. Dutch Housing, et al |
| (4)  | Stacy Braquet, o/b/o B.F | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (5)  | Stacey Braquet, o/b/o R.F | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (6)  | Scipio & Gilda Jones, o/b/o D.J | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (7)  | Gilda D. Jones | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (8)  | Scipio D. Jones | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (9)  | Sibyl Lee, o/b/o B.L | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (10) | Sibyl Lee, o/b/o M.L | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (11) | Sibyl Ann Lee | 10-3998 | Boudreaux v. Travelers Property and Casualt |
| (12) | Sibyl  Ann Lee | 10-3579 | Boudreaux v. Dutch Housing, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Stacy Braquet, o/b/o J.M | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (14) | Beverly  Myers | 10-3998 | Boudreaux v. Travelers Property and Casual |
| (15) | Jonathan  Michael Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (16) | Jonathan  Michael Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (17) | Terry Jo Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (18) | Terry Jo Robin | 10-3579 | Boudreaux v. Dutch Housing, et al |
| (19) | Paula Veltri Sino | 10-3966 | Sino v. Travelers Property and Casualty, et a |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Gonzales, et al. v. Champion Home Builders, et al.*

## EDLA 10-735

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Laura Gonzales, o/b/o K.B | 10-4008 | Gonzales v. Travelers Property Casualty, et a |
| (2) | Angela  Onidas Walker | 10-4008 | Gonzales v. Travelers Property Casualty, et a |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Pricilla Lucille Cook, et al. v. Skyline Corporation, et al.*

## EDLA 09-3739

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Rosalie Aguilar, o/b/o M.A | 10-3490 | Aguilar v. Skyline, et al |
| (2)  | Rosalie Aguilar, o/b/o M.A | 10-3490 | Aguilar v. Skyline, et al |
| (3)  | Rene  Rudolph Aguilar | 10-3490 | Aguilar v. Skyline, et al |
| (4)  | Rene  Rudolph Aguilar | 10-3490 | Aguilar v. Skyline, et al |
| (5)  | Rene Aguliar Sr, o/b/o R.A | 10-3490 | Aguilar v. Skyline, et al |
| (6)  | Rene Aguliar Sr, o/b/o R.A | 10-3490 | Aguilar v. Skyline, et al |
| (7)  | Rosalie Aguilar, o/b/o R.A | 10-3490 | Aguilar v. Skyline, et al |
| (8)  | Rosalie Aguilar, o/b/o R.A | 10-3490 | Aguilar v. Skyline, et al |
| (9)  | Rosalie  Akie Aguilar | 10-3490 | Aguilar v. Skyline, et al |
| (10) | Rosalie  Akie Aguilar | 10-3490 | Aguilar v. Skyline, et al |
| (11) | Marifar  G. Baltazar | 10-3493 | Baltazar v. Skyline, et al |
| (12) | Gracelyn Michelle Casanova | 10-3494 | Casanova v. Skyline, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (13)  Carl  Joseph Cook | 10-3490 | Aguilar v. Skyline, et al |
| (14)  Carl  Joseph Cook | 10-3490 | Aguilar v. Skyline, et al |
| (15)  Priscilla Lucille Cook | 10-3490 | Aguilar v. Skyline, et al |
| (16)  Arlin  Davis | 10-3494 | Casanova v. Skyline, et al |
| (17)  Edith  A. Davis | 10-3494 | Casanova v. Skyline, et al |
| (18)  Mary  Jane Flair | 10-3490 | Aguilar v. Skyline, et al |
| (19)  Carol Lynne Gadwaw | 10-3494 | Casanova v. Skyline, et al |
| (20)  Gary James Gadwaw | 10-3494 | Casanova v. Skyline, et al |
| (21)  Jamie Elizabeth Gadwaw | 10-3494 | Casanova v. Skyline, et al |
| (22)  Kimberly Diane Geraci | 10-3490 | Aguilar v. Skyline, et al |
| (23)  Kimberly Geraci, o/b/o A.G | 10-3490 | Aguilar v. Skyline, et al |
| (24)  Kimberly Geraci, o/b/o B.G | 10-3490 | Aguilar v. Skyline, et al |
| (25)  Cynthia M Gondolfo | 10-3490 | Aguilar v. Skyline, et al |
| (26)  Calvin J. Kelone | 10-3490 | Aguilar v. Skyline, et al |
| (27)  Calvin J. Kelone | 10-3490 | Aguilar v. Skyline, et al |
| (28)  John  Kenney | 10-3490 | Aguilar v. Skyline, et al |
| (29)  Tania W Kenney | 10-3490 | Aguilar v. Skyline, et al |
| (30)  Rosalie  Roberson Kunzli | 10-3540 | Kunzli v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Rosalie  Roberson Kunzli | 10-3540 | Kunzli v. American International, et al |
| (32)  Harold Emerson Leaming | 10-3490 | Aguilar v. Skyline, et al |
| (33)  Jane Gagliano Leaming | 10-3490 | Aguilar v. Skyline, et al |
| (34)  Starr Alberez Leydecker | 10-3490 | Aguilar v. Skyline, et al |
| (35)  Richard  N. Luscy | 10-3493 | Baltazar v. Skyline, et al |
| (36)  Goldie M Parson | 10-3490 | Aguilar v. Skyline, et al |
| (37)  Felix  C. Ruiz | 10-3490 | Aguilar v. Skyline, et al |
| (38)  Felix  C. Ruiz | 10-3490 | Aguilar v. Skyline, et al |
| (39)  Gary Michael Ruiz | 10-3494 | Casanova v. Skyline, et al |
| (40)  Joy  B. Ruiz | 10-3490 | Aguilar v. Skyline, et al |
| (41)  Joy  B. Ruiz | 10-3490 | Aguilar v. Skyline, et al |
| (42)  Cynthia  Sampson-Smith | 10-3490 | Aguilar v. Skyline, et al |
| (43)  Mary Patsy Story | 10-3493 | Baltazar v. Skyline, et al |
| (44)  Lorraine  Surtain | 10-3494 | Casanova v. Skyline, et al |
| (45)  Tania Kenney, o/b/o B.T | 10-3490 | Aguilar v. Skyline, et al |
| (46)  Albert  Theriot | 10-3494 | Casanova v. Skyline, et al |
| (47)  Tania Kenney, o/b/o K.W | 10-3490 | Aguilar v. Skyline, et al |
| (48)  Allison Racheal Woods | 10-3494 | Casanova v. Skyline, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Donald Anthony Woods | 10-3494 | Casanova v. Skyline, et al |
| (50)  Allison Woods, o/b/o H.W | 10-3494 | Casanova v. Skyline, et al |
| (51)  Allison Woods, o/b/o P.W | 10-3494 | Casanova v. Skyline, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Evamarie S. Hall, et al. v. Cavalier Home Builders, et al.*

## EDLA 09-6798

|     | Name             | Severed Case No. | Severed Case Caption              |
| --- | ---------------- | ---------------- | --------------------------------- |
| (1) | Evamarie  S. Hall | 10-3806          | Hall v. Cavalier Home Builders, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Thais Joyce Augustine, et al. v. American International Group, et al.*

### EDLA 10-746

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Thais Joyce Augustine | 10-3839 | Augustine v. American International, et al |
| (2) | Charlene Bush | 10-3839 | Augustine v. American International, et al |
| (3) | Eric J Cazaubon | 10-3839 | Augustine v. American International, et al |
| (4) | Augustine, Thais, o/b/o B.P | 10-3839 | Augustine v. American International, et al |
| (5) | Augustine, Thais, o/b/o P.P | 10-3839 | Augustine v. American International, et al |
| (6) | Paul Joseph Petitfils | 10-3839 | Augustine v. American International, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Shelly Riley, o/b/o minor C.D., et al. v. Arch Specialty Insurance Corp., et al.*

## EDLA 09-7989

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Shelly Riley, o/b/o C.D | 10-3673 | Riley v. Arch Specialty, et al |
| (2) | Felicia Hernandez | 10-3676 | Hernandez v. Arch Specialty, et al |
| (3) | Norberto Hernandez | 10-3676 | Hernandez v. Arch Specialty, et al |
| (4) | Nellie R. Hucke | 10-3676 | Hernandez v. Arch Specialty, et al |
| (5) | Connie Wood Martinez | 10-3673 | Riley v. Arch Specialty, et al |
| (6) | Grace Montz | 10-3673 | Riley v. Arch Specialty, et al |
| (7) | Belinda Salande Chilton, o/b/o R.M | 10-3673 | Riley v. Arch Specialty, et al |
| (8) | Berta Caridal Ortiz | 10-3673 | Riley v. Arch Specialty, et al |
| (9) | Tanya Reeves/Judy Rohrbacker, o/b/o C.R | 10-3676 | Hernandez v. Arch Specialty, et al |
| (10) | Tanya Reeves/Judy Rohrbacker, o/b/o F.R | 10-3676 | Hernandez v. Arch Specialty, et al |
| (11) | Tonya R. Reeves | 10-3676 | Hernandez v. Arch Specialty, et al |
| (12) | Shelly Riley, o/b/o C.R | 10-3676 | Hernandez v. Arch Specialty, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Shelly Riley, o/b/o C.R | 10-3673 | Riley v. Arch Specialty, et al |
| (14) | Shelly Lynn Riley | 10-3676 | Hernandez v. Arch Specialty, et al |
| (15) | Judy  Rohrbacker | 10-3676 | Hernandez v. Arch Specialty, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Jackler, et al. v. Cavalier Home Builders, LLC., et al.*

## NDAL 09-1423 EDLA 09-6145

|     | Name                  | Severed Case No. | Severed Case Caption       |
|-----|-----------------------|------------------|----------------------------|
| (1) | Christopher H. Jackler | 10-3765          | Jackler v. Cavalier, et al |
| (2) | Mark Glenn Jackler    | 10-3765          | Jackler v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Jean Adams, et al. v. Fleetwood Canada, Ltd., et al.*
## EDLA 09-4371

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Jean  Adams | 10-3691 | Adams v. American International, et al |
| (2)  | Jean  Adams | 10-3691 | Adams v. American International, et al |
| (3)  | Debra A Alfonso | 10-3691 | Adams v. American International, et al |
| (4)  | Lester  E. Alfonso | 10-3691 | Adams v. American International, et al |
| (5)  | Kimberly Clark Alphonso | 10-3710 | Alphonso v. American International, et al |
| (6)  | Wynette Marie Arias | 10-3691 | Adams v. American International, et al |
| (7)  | Wynette Marie Arias | 10-3691 | Adams v. American International, et al |
| (8)  | Yvette  Atkins | 10-3691 | Adams v. American International, et al |
| (9)  | Johnny Dusty Atkinson | 10-3691 | Adams v. American International, et al |
| (10) | Peggy Ann Atkinson | 10-3691 | Adams v. American International, et al |
| (11) | Sunshine  Augustine | 10-3691 | Adams v. American International, et al |
| (12) | Rudolph Carl Baker | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Rudolph Carl Baker | 10-3691 | Adams v. American International, et al |
| (14)  Sheila Wolfe Baker | 10-3691 | Adams v. American International, et al |
| (15)  Sheila Wolfe Baker | 10-3691 | Adams v. American International, et al |
| (16)  Anna Theresa Banks | 10-3691 | Adams v. American International, et al |
| (17)  Robert Carl Banks | 10-3691 | Adams v. American International, et al |
| (18)  Anthony J Barcia | 10-3710 | Alphonso v. American International, et al |
| (19)  Cheryl  Barcia | 10-3710 | Alphonso v. American International, et al |
| (20)  Velma  E. Barcia | 10-3710 | Alphonso v. American International, et al |
| (21)  Diane King Bartholomew | 10-3691 | Adams v. American International, et al |
| (22)  Preston F Bartholomew | 10-3691 | Adams v. American International, et al |
| (23)  Dale  Battaglia | 10-3691 | Adams v. American International, et al |
| (24)  Theresa  Battaglia | 10-3710 | Alphonso v. American International, et al |
| (25)  Courtney Lynne Baumy | 10-3705 | Baumy v. American International, et al |
| (26)  Jill White Baumy | 10-3705 | Baumy v. American International, et al |
| (27)  Kendall L Baumy | 10-3705 | Baumy v. American International, et al |
| (28)  Randy Louis Baumy | 10-3705 | Baumy v. American International, et al |
| (29)  Linda  Begnaud | 10-3691 | Adams v. American International, et al |
| (30)  Gloria  Bell | 10-3736 | Bell v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)   Mary  C. Benfatti | 10-3691 | Adams v. American International, et al |
| (32)   Angel Pellerano, o/b/o A.B | 10-3710 | Alphonso v. American International, et al |
| (33)   Angel Pellerano, o/b/o D.B | 10-3710 | Alphonso v. American International, et al |
| (34)   Jennifer K. Blanchard | 10-3691 | Adams v. American International, et al |
| (35)   Randolph Joseph Blanchard | 10-3691 | Adams v. American International, et al |
| (36)   Jennifer Blanchard, o/b/o R.B | 10-3691 | Adams v. American International, et al |
| (37)   Michelle  Bodden | 10-3691 | Adams v. American International, et al |
| (38)   Shannon  Bodden | 10-3691 | Adams v. American International, et al |
| (39)   Catherine  Bordelon | 10-3691 | Adams v. American International, et al |
| (40)   George J Bordelon | 10-3691 | Adams v. American International, et al |
| (41)   Tina Webb, o/b/o S.B | 10-3691 | Adams v. American International, et al |
| (42)   Tina Webb, o/b/o S.B | 10-3691 | Adams v. American International, et al |
| (43)   Wilmont  Bradley | 10-3691 | Adams v. American International, et al |
| (44)   Wilmont  Bradley | 10-3691 | Adams v. American International, et al |
| (45)   Emile  L. Breaux | 10-3710 | Alphonso v. American International, et al |
| (46)   Corey  Brown | 10-3710 | Alphonso v. American International, et al |
| (47)   Corey Brown, o/b/o C.B | 10-3710 | Alphonso v. American International, et al |
| (48)   Roy Hayes Brown | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Yvonne Labit Brown | 10-3691 | Adams v. American International, et al |
| (50)  Brittany  A. Bruno | 10-3691 | Adams v. American International, et al |
| (51)  Brittany  A. Bruno | 10-3691 | Adams v. American International, et al |
| (52)  Brittany  A. Bruno | 10-3691 | Adams v. American International, et al |
| (53)  Craig  Bruno | 10-3710 | Alphonso v. American International, et al |
| (54)  Craig  Bruno | 10-3710 | Alphonso v. American International, et al |
| (55)  Bertha  C. Bryant | 10-3691 | Adams v. American International, et al |
| (56)  Georgios  Bussias | 10-3691 | Adams v. American International, et al |
| (57)  Judy  W. Bussias | 10-3691 | Adams v. American International, et al |
| (58)  Linda Lee Callais | 10-3710 | Alphonso v. American International, et al |
| (59)  Antonia J Campo | 10-3691 | Adams v. American International, et al |
| (60)  Carol Stander Campo | 10-3691 | Adams v. American International, et al |
| (61)  Curtis David Campo | 10-3691 | Adams v. American International, et al |
| (62)  Lisa Ragas Campo | 10-3710 | Alphonso v. American International, et al |
| (63)  Patrick C Campo | 10-3710 | Alphonso v. American International, et al |
| (64)  Richard  Candebat | 10-3710 | Alphonso v. American International, et al |
| (65)  Crystal Ann Catalano | 10-3691 | Adams v. American International, et al |
| (66)  Muriel L Cavat | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (67)  Aaron  Cazaubon | 10-3691 | Adams v. American International, et al |
| (68)  Brandon  Cazaubon | 10-3691 | Adams v. American International, et al |
| (69)  Christopher J. Cazaubon | 10-3691 | Adams v. American International, et al |
| (70)  Eric J Cazaubon | 10-3691 | Adams v. American International, et al |
| (71)  Eric  Cazaubon | 10-3691 | Adams v. American International, et al |
| (72)  Adrian Paul Chalona | 10-3710 | Alphonso v. American International, et al |
| (73)  Angelique Chalona, o/b/o A.C | 10-3710 | Alphonso v. American International, et al |
| (74)  Angelique Marie Chalona | 10-3710 | Alphonso v. American International, et al |
| (75)  Angelique, o/b/o E.C | 10-3710 | Alphonso v. American International, et al |
| (76)  Mary  Ruth Chanove | 10-3691 | Adams v. American International, et al |
| (77)  Karlton S. Charles | 10-3710 | Alphonso v. American International, et al |
| (78)  Deborah Pretus Chartier | 10-3691 | Adams v. American International, et al |
| (79)  William John Chartier | 10-3691 | Adams v. American International, et al |
| (80)  Richard J. Chauppetta | 10-3691 | Adams v. American International, et al |
| (81)  Susan LHoste Chauppetta | 10-3691 | Adams v. American International, et al |
| (82)  Tina L. Chauppetta | 10-3691 | Adams v. American International, et al |
| (83)  Anthony P Chetta | 10-3691 | Adams v. American International, et al |
| (84)  Justin A. Chetta | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Alexius R. Christoffersen | 10-3691 | Adams v. American International, et al |
| (86)  Jamie Clark, o/b/o A.C | 10-3691 | Adams v. American International, et al |
| (87)  Debra Arcement Clark | 10-3691 | Adams v. American International, et al |
| (88)  Debra Arcement Clark | 10-3710 | Alphonso v. American International, et al |
| (89)  Jaime L Clark | 10-3691 | Adams v. American International, et al |
| (90)  John Duane Clark | 10-3710 | Alphonso v. American International, et al |
| (91)  John Duane Clark | 10-3691 | Adams v. American International, et al |
| (92)  Jamie Clark, o/b/o R.C | 10-3691 | Adams v. American International, et al |
| (93)  Mark E. Cochrane | 10-3710 | Alphonso v. American International, et al |
| (94)  Stephen Vincent Conran | 10-3710 | Alphonso v. American International, et al |
| (95)  Catherine  Couture | 10-3691 | Adams v. American International, et al |
| (96)  Catherine  Couture | 10-3691 | Adams v. American International, et al |
| (97)  Gerald  J. Couture | 10-3691 | Adams v. American International, et al |
| (98)  Patty Gene Couture | 10-3691 | Adams v. American International, et al |
| (99)  Doris  B. Creger | 10-3691 | Adams v. American International, et al |
| (100) Philip George Creger | 10-3691 | Adams v. American International, et al |
| (101) Constantine  Cruz | 10-3710 | Alphonso v. American International, et al |
| (102) Monica  Romelia Cruz | 10-3710 | Alphonso v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Cody Lawrence Cutrer | 10-3690 | Cutrer v. American International, et al |
| (104) Cody Lawrence Cutrer | 10-3690 | Cutrer v. American International, et al |
| (105) Roxanne Rome, o/b/o C.C | 10-3710 | Alphonso v. American International, et al |
| (106) Roxanne Rome, o/b/o C.C | 10-3690 | Cutrer v. American International, et al |
| (107) Roxanne Rome, o/b/o C.C | 10-3690 | Cutrer v. American International, et al |
| (108) Juliette Dardar | 10-3691 | Adams v. American International, et al |
| (109) Cherie Davis | 10-3691 | Adams v. American International, et al |
| (110) Edith A. Davis | 10-3705 | Baumy v. American International, et al |
| (111) Susie A. Davis | 10-3710 | Alphonso v. American International, et al |
| (112) Madeline Deshotel | 10-3691 | Adams v. American International, et al |
| (113) Melissa Henry Deshotel | 10-3691 | Adams v. American International, et al |
| (114) Timothy Deshotel | 10-3691 | Adams v. American International, et al |
| (115) Charles Joseph DeWint | 10-3691 | Adams v. American International, et al |
| (116) Tina DeWint, o/b/o D.D | 10-3691 | Adams v. American International, et al |
| (117) Tina Dewint, o/b/o S.D | 10-3691 | Adams v. American International, et al |
| (118) Tina Louise DeWint | 10-3691 | Adams v. American International, et al |
| (119) Connie Ann Diaz | 10-3691 | Adams v. American International, et al |
| (120) Delmas Joseph Diaz | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (121) Amanda Marie Dier | 10-3691 | Adams v. American International, et al |
| (122) Daniel C. Dier | 10-3691 | Adams v. American International, et al |
| (123) Shirley G. Dier | 10-3691 | Adams v. American International, et al |
| (124) Harold  Dison | 10-3691 | Adams v. American International, et al |
| (125) Larry  Ducote | 10-3691 | Adams v. American International, et al |
| (126) Willie  Duncan | 10-3710 | Alphonso v. American International, et al |
| (127) Jack  Duplessis | 10-3691 | Adams v. American International, et al |
| (128) Gary  Eishtadt | 10-3691 | Adams v. American International, et al |
| (129) Will Warren Erato | 10-3705 | Baumy v. American International, et al |
| (130) Fatimia  Estrada | 10-3739 | Estrada v. American International, et al |
| (131) Althea P Evans | 10-3691 | Adams v. American International, et al |
| (132) Barbara  Ann Everhardt | 10-3691 | Adams v. American International, et al |
| (133) Terry  John Everhardt | 10-3691 | Adams v. American International, et al |
| (134) Merrill S. Faccion | 10-3691 | Adams v. American International, et al |
| (135) Rosemary  A. Farrell | 10-3691 | Adams v. American International, et al |
| (136) Jennifer  A. Faust | 10-3691 | Adams v. American International, et al |
| (137) Justin Wayne Faust | 10-3691 | Adams v. American International, et al |
| (138) Joseph  Anthony Fazio | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) Melissa K. Folse | 10-3691 | Adams v. American International, et al |
| (140) Robert L. Folse | 10-3691 | Adams v. American International, et al |
| (141) Melissa or Robert Folse, o/b/o S.F | 10-3691 | Adams v. American International, et al |
| (142) Anthony  Louis Fontan | 10-3691 | Adams v. American International, et al |
| (143) Carl  J. Fontenot | 10-3691 | Adams v. American International, et al |
| (144) Carl  J. Fontenot | 10-3691 | Adams v. American International, et al |
| (145) Pamela Jean Fontenot | 10-3691 | Adams v. American International, et al |
| (146) Pamela Jean Fontenot | 10-3691 | Adams v. American International, et al |
| (147) Lloyd  R. Freire | 10-3710 | Alphonso v. American International, et al |
| (148) Wayne  A. Freire | 10-3710 | Alphonso v. American International, et al |
| (149) Yvonne  M. Freire | 10-3710 | Alphonso v. American International, et al |
| (150) Kathlene  Funck | 10-3691 | Adams v. American International, et al |
| (151) Pamela  Fuselier | 10-3691 | Adams v. American International, et al |
| (152) Mike  Nick Galaforo | 10-3691 | Adams v. American International, et al |
| (153) Jacklyn  M. Gauthier | 10-3691 | Adams v. American International, et al |
| (154) Brandy Gauthier, o/b/o L.G | 10-3691 | Adams v. American International, et al |
| (155) Brandy Gauthier, o/b/o L.G | 10-3691 | Adams v. American International, et al |
| (156) Michael  V. Gauthier | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (157) Brittany Annis, o/b/o A.G | 10-3710 | Alphonso v. American International, et al |
| (158) Adam Joseph Geraci | 10-3691 | Adams v. American International, et al |
| (159) Clara Miquet Gerica | 10-3691 | Adams v. American International, et al |
| (160) Misty Jean Gervais | 10-3710 | Alphonso v. American International, et al |
| (161) Sandra Virginia Gervais | 10-3710 | Alphonso v. American International, et al |
| (162) Joseph R Gioe | 10-3691 | Adams v. American International, et al |
| (163) Joseph R Gioe | 10-3691 | Adams v. American International, et al |
| (164) Shirley B. Gioe | 10-3691 | Adams v. American International, et al |
| (165) Shirley B. Gioe | 10-3691 | Adams v. American International, et al |
| (166) Joseph  M. Glenn | 10-3691 | Adams v. American International, et al |
| (167) Joseph  M. Glenn | 10-3691 | Adams v. American International, et al |
| (168) Margie Grace Glenn | 10-3710 | Alphonso v. American International, et al |
| (169) Ruston Matthew Graybill | 10-3691 | Adams v. American International, et al |
| (170) Ruston Matthew Graybill | 10-3691 | Adams v. American International, et al |
| (171) Ruston Matthew Graybill | 10-3691 | Adams v. American International, et al |
| (172) Ruston Matthew Graybill | 10-3691 | Adams v. American International, et al |
| (173) Charlene  Guerra | 10-3691 | Adams v. American International, et al |
| (174) Frank  J. Guerra | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Deborah P. Guerrera | 10-3736 | Bell v. American International, et al |
| (176) Joseph A. Guerrera | 10-3736 | Bell v. American International, et al |
| (177) Mary  A. Guglielmo | 10-3736 | Bell v. American International, et al |
| (178) Anthony  John Hadley | 10-3691 | Adams v. American International, et al |
| (179) Anthony  John Hadley | 10-3710 | Alphonso v. American International, et al |
| (180) Anthony  John Hadley | 10-3691 | Adams v. American International, et al |
| (181) Cathy Moore, o/b/o M.H | 10-3691 | Adams v. American International, et al |
| (182) Justina M Hart | 10-3691 | Adams v. American International, et al |
| (183) George  C Hartman | 10-3691 | Adams v. American International, et al |
| (184) George  C Hartman | 10-3691 | Adams v. American International, et al |
| (185) George  C Hartman | 10-3691 | Adams v. American International, et al |
| (186) Yvonne  R. Hartman | 10-3691 | Adams v. American International, et al |
| (187) Yvonne  R. Hartman | 10-3691 | Adams v. American International, et al |
| (188) Hope & Joseph Held, o/b/o C.H | 10-3710 | Alphonso v. American International, et al |
| (189) Hope Freire Held | 10-3710 | Alphonso v. American International, et al |
| (190) Joseph E. Held | 10-3710 | Alphonso v. American International, et al |
| (191) Joseph E. Held | 10-3710 | Alphonso v. American International, et al |
| (192) Rosemary  C. Hemelt | 10-3736 | Bell v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (193) Theodore J. Hemelt | 10-3736 | Bell v. American International, et al |
| (194) Kathleen C. Henderson | 10-3691 | Adams v. American International, et al |
| (195) Deloris Vivian Henry | 10-3736 | Bell v. American International, et al |
| (196) Deloris Vivian Henry | 10-3736 | Bell v. American International, et al |
| (197) Thomas J. Henry | 10-3736 | Bell v. American International, et al |
| (198) Thomas J. Henry | 10-3736 | Bell v. American International, et al |
| (199) Floyd William Herty | 10-3691 | Adams v. American International, et al |
| (200) Floyd William Herty | 10-3691 | Adams v. American International, et al |
| (201) Floyd William Herty | 10-3691 | Adams v. American International, et al |
| (202) Floyd William Herty | 10-3691 | Adams v. American International, et al |
| (203) Reba A Herty | 10-3691 | Adams v. American International, et al |
| (204) Reba A Herty | 10-3691 | Adams v. American International, et al |
| (205) Gary Leighton Howell | 10-3710 | Alphonso v. American International, et al |
| (206) Marilyn Howell | 10-3710 | Alphonso v. American International, et al |
| (207) Samuel G. Howell | 10-3710 | Alphonso v. American International, et al |
| (208) Brittany M. Jackson | 10-3691 | Adams v. American International, et al |
| (209) Bruce Jackson | 10-3691 | Adams v. American International, et al |
| (210) Charlene M Jackson | 10-3691 | Adams v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (211) Courtney L. Jackson | 10-3691 | Adams v. American International, et al |
| (212) Erick L. Jackson | 10-3691 | Adams v. American International, et al |
| (213) BRITTANY JACOB | 10-3691 | Adams v. American International, et al |
| (214) Kathleen Gonzales James | 10-3691 | Adams v. American International, et al |
| (215) Salvadore J. Janusa | 10-3691 | Adams v. American International, et al |
| (216) Salvadore Joseph Janusa | 10-3691 | Adams v. American International, et al |
| (217) Amanda Michelle Johnson | 10-3710 | Alphonso v. American International, et al |
| (218) Antonina Greco Johnson | 10-3705 | Baumy v. American International, et al |
| (219) Antonina Greco Johnson | 10-3705 | Baumy v. American International, et al |
| (220) Antonina Greco Johnson | 10-3710 | Alphonso v. American International, et al |
| (221) Carol B. Johnson | 10-3691 | Adams v. American International, et al |
| (222) Carol B. Johnson | 10-3710 | Alphonso v. American International, et al |
| (223) Eralyn Johnson | 10-3691 | Adams v. American International, et al |
| (224) Eralyn Johnson | 10-3710 | Alphonso v. American International, et al |
| (225) George J. Johnson | 10-3710 | Alphonso v. American International, et al |
| (226) John Marvin Johnson | 10-3710 | Alphonso v. American International, et al |
| (227) John Marvin Johnson | 10-3705 | Baumy v. American International, et al |
| (228) John Marvin Johnson | 10-3705 | Baumy v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (229) Antonina Johnson, o/b/o Z.J | 10-3710 | Alphonso v. American International, et al |
| (230) Antonina Johnson, o/b/o Z.J | 10-3705 | Baumy v. American International, et al |
| (231) Antonina Johnson, o/b/o Z.J | 10-3705 | Baumy v. American International, et al |
| (232) Sallie Oster Jones | 10-3758 | Jones v. American International, et al |
| (233) Boyd Thomas Joseph | 10-3691 | Adams v. American International, et al |
| (234) Boyd Thomas Joseph | 10-3691 | Adams v. American International, et al |
| (235) Jarvon J. Joseph | 10-3691 | Adams v. American International, et al |
| (236) Jarvon J. Joseph | 10-3691 | Adams v. American International, et al |
| (237) Jerel  Joseph | 10-3691 | Adams v. American International, et al |
| (238) Jerel  Joseph | 10-3691 | Adams v. American International, et al |
| (239) Tammy A. Joseph | 10-3691 | Adams v. American International, et al |
| (240) Tammy A. Joseph | 10-3691 | Adams v. American International, et al |
| (241) Branden  Karcher | 10-3691 | Adams v. American International, et al |
| (242) Ruby D. Keaton | 10-3727 | Keaton v. American International, et al |
| (243) Ruby D. Keaton | 10-3727 | Keaton v. American International, et al |
| (244) Shane W. Keenan | 10-3691 | Adams v. American International, et al |
| (245) Bettie S. Kirk | 10-3691 | Adams v. American International, et al |
| (246) Carrie L Knoten | 10-3710 | Alphonso v. American International, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (247) Fred Charles Kraus | 10-3710 | Alphonso v. American International, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Baynes, et al. v. Recreation by Design, LLC., et al.*

## SDMS 09-513 EDLA 09-6716

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Garland  Baynes | 10-3803 | Baynes v. Recreation By Design, et al |
| (2) | Robert  Moise Legendre | 10-3804 | Legendre v. Recreation By Design, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Simmons, et al. v. Recreation by Design, LLC., et al.*

### SDMS 09-140 EDLA 09-6212

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | W.J. Simmons | 10-3784 | Simmons v. Recreation By Design, et al |

THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Florane, et al. v. Stewart Park Homes, Inc., et al.*

## EDLA    10-756

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Sharon Ann Florane | 10-3712 | Bonnecarre v. Stewart Park Homes, et al |
| (2)  | Alexis  Resendez | 10-3835 | Florane v. Stewart Park Homes, et al |
| (3)  | Brandi Resendez, o/b/o A.R | 10-3835 | Florane v. Stewart Park Homes, et al |
| (4)  | Brandi  Resendez | 10-3835 | Florane v. Stewart Park Homes, et al |
| (5)  | Jesse  Resendez | 10-3835 | Florane v. Stewart Park Homes, et al |
| (6)  | Miko  Athena Sand | 10-3835 | Florane v. Stewart Park Homes, et al |
| (7)  | Jolynn M. Vucinovich | 10-3856 | Vucinovich v. Stewart Park Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Anthony Rhodes, et al. v. Scotbilt Homes, Inc., et al.*

## EDLA 09-8416

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Anthony  Rhodes | 10-3841 | Rhodes v. Scotbilt Homes, et al |
| (2) | Anthony Lee Rhodes | 10-3841 | Rhodes v. Scotbilt Homes, et al |
| (3) | Kionna Rhodes, o/b/o K.R | 10-3841 | Rhodes v. Scotbilt Homes, et al |
| (4) | Kionne  Y. Rhodes | 10-3841 | Rhodes v. Scotbilt Homes, et al |
| (5) | Molly  Rhodes | 10-3841 | Rhodes v. Scotbilt Homes, et al |
| (6) | Pomla  R. Rhodes | 10-3721 | Basile v. Scotbilt Homes, et al |
| (7) | Tremayne T Rhodes | 10-3841 | Rhodes v. Scotbilt Homes, et al |