UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Stacy L. Boudreaux, et al. v. Dutch Housing, Inc., et al.,*
**MDL 1873, EDLA 10-3579**
*Savannah Berndt, et al. v. Dutch Housing, Inc., d/b/a Champion Home Builders Co., et al.*,
**MDL 1873, EDLA 10-3723**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come Named Plaintiffs referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of Named Defendant, **Dutch Housing, Inc. d/b/a Champion Home Builders Co.**, that this defendant, who has been named as a "Manufacturing Defendant" in the referenced matters, is an affiliate of Champion Enterprises, Inc., which company, together with its affiliate, **Champion Home Builders Co.**, filed a voluntary petition for relief under chapter 11, title 11, of the United States Code, on November 15, 2009, which petition is attached hereto and marked for identification as Exhibits 1, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of all claims against **Dutch Housing, Inc. d/b/a Champion Home Builders Co.** asserted within the above-referenced matters which have been consolidated into this MDL.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____s/ Roberta L. Burns_____
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 West Judge Perez Drive, Suite 303
    Chalmette, LA 70043
    Telephone: (504) 271-8421
    Facsimile: (504) 271-1961
    ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          _____s/ Roberta L. Burns_____
                                                              ROBERTA L. BURNS