UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                     MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                                                                                    SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Robert Manuel Aguilar, et al. v. KZRV, LP, et al.*,
**MDL 1873, EDLA 09-3738**
*Diana Ranton, et al. v. American International Group, et al.*,
**MDL 1873, WDLA 09-1320, EDLA 10-776**
*Sidney C. Sigur v. American International Group, et al.*,
**MDL 1873, WDLA 09-1276, EDLA 10-927**
*Branden Karcher v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, WDLA 09-1275, EDLA 10-241**
*Mary Senez Dow and Terry Dow v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, WDLA 09-1277, EDLA 10-235**
*Marjorie Noel, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, WDLA 09-1279, EDLA 10-230**
*Cynthia Ann Cody, et al. v. Lexington Homes, et al.*,
**MDL 1873, EDLA 10-744**
*Corneilus O'Neil Gould, et al. v. Liberty Homes, Inc., et al.*,
**MDL 1873, MDLA 09-508, EDLA 09-6154**
*Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*,
**MDL 1873, EDLA 09-7982**
*Carol W. Blappert, et al. v. Layton Homes Corp., et al.*,
**MDL 1873, SDMS 09-139, EDLA 09-6211**
*Stacy L. Braquet, et al. v. Lakeside Park Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3734**
*Verdia Brown v. Lexington Homes, et al.*,
**MDL 1873, WDLA 09-1282, EDLA 10-244**
*Vernon E. Alfonso, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 09-8415**

## O R D E R

      Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this  10th  day of  November , 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**