UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                                   SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Anthony J. Barcia, et al. v. Thor California, Inc., et al.*,
**MDL 1873, EDLA 09-3742**
*Connie Thompson Bourquard, et al. v. Thor California, Inc., et al.*,
**MDL 1873, EDLA 09-8409**
*Brett Bergeron, et al. v. Jayco Enterprises, Inc., et al.*,
**MDL 1873, EDLA 09-7969**
*Terry Clausell, et al. v. River Birch Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3715**
*Lanny David LaFrance, et al. v. TL Industries, Inc., et al.*,
**MDL 1873, EDLA 10-762**
*Thomas Ahl, et al. v. Frontier RV, Inc., et al.*,
**MDL 1873, EDLA 09-3589**
*Laurie Drewes, et al. v. Recreation by Design, LLC, et al.*,
**MDL 1873, EDLA 09-7993**
*Jay J. Authement, et al. v. TL Industries, Inc., et al.*,
**MDL 1873, EDLA 09-8408**
*Eloise Poloma McHughes, et al. v. Timberland RV Company, et al.*,
**MDL 1873, EDLA 09-3825**
*Prentissa Rodrigue, et al. v. Sunline Acquisition Co., Ltd., et al.*,
**MDL 1873, EDLA 09-4177**
*Alvin Bergeron, et al. v. Jayco Enterprises, Inc., et al.*,
**MDL 1873, EDLA 09-3719**
*Charles E. Arbour, et al. v. Vanguard Industries of Michigan, Inc., et al.*,
**MDL 1873, EDLA 09-3728**

**O R D E R**

       Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this __10th__ day of _____November_____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**