## FLEETWOOD-RELATED COMMON BENEFIT EXPENSES
(including costs associated with bellwether trial of
DUBUCLET V. FLEETWOOD)

| VENDOR | DATE | AMOUNT |
|---|---|---|
| Behmke Reporting & Video Services (court reporter costs, *Dubuclet*) | 12/10/09 - $1,427.06<br>2/4/10 - $3,775.51 | 5,202.57 |
| Esquire Solutions (court reporter costs, *Dubuclet*) | 10/31/09 - $1,034.05<br>10/22/09 - $2,557.10<br>8/28/09 - $4,423.55 | 8,014.70 |
| Boston Chemical Data (plaintiff expert, testing of Fleetwood units, including *Dubuclet*) | 10/19/09 - $1,100.04<br>9/30/09 - $117.50<br>8/1/09 - $5,909.58<br>7/14/09 - $11,680.50<br>8/31/09 - $470.00<br>2/19/10 - $18,695.18<br>4/6/10<br>plus average cost of testing of units | 49,446.03 |
| Complete Litigation Support (deposition videographer, *Dubuclet*) | 12/3/09 | 400.00 |
| Environmental Toxicology Experts, LLC (Dr. Patricia Williams, plaintiff expert, *Dubuclet*) | 6/30/09 - $15,000<br>10/20/09 - $15,000 | 30,000.00 |
| Dr. George Farber (plaintiff expert, *Dubuclet*) | 7/13/09 | 750.00 |
| Dr. Michael Ginevan (defense expert, *Dubuclet*) | 9/4/09 | 1,815.00 |
| Kenneth R. Laughery (plaintiff expert, *Dubuclet*) | 2/19/10 - $1,225.00<br>7/16/09 $2,223.00<br>6/26/09 - $5,000.00<br>10/12/09 - $2,280.23 | 10,728.23 |
| Philip Cole, M.D. (defense expert, *Dubuclet*) | 10/30/09 | 3,575.00 |
| Barkley & Associates (court reporter, *Dubuclet*) | 7/30/09 | 2,523.81 |


EXHIBIT 1

| | | |
|---|---|---|
| Exposure Assessment Solutions (Dr. Paul Hewett, plaintiff expert, *Dubuclet*) | 10/1/09 - 206.25<br>8/4/09 - $5,132.00<br>2/19/10 - $24,348.88 | 29,687.13 |
| Dr. Patricia Farris (defense expert, *Dubuclet*) | 10/14/09 | 3,000.00 |
| Fribley Technical Services, Inc. (defense expert, *Dubuclet*) | 10/23/09 | 1,000.00 |
| Dr. Howard Maibach (defense expert, *Dubuclet*) | 11/30/09 | 4,875.00 |
| Dr. Larry Miller (plaintiff expert, *Dubuclet*) | 11/9/09 - $29,624.00<br>7/6/09 - $3,000.00<br>2/19/10 - $14,850.00 | 47,474.00 |
| Edward Shwery, PhD (plaintiff expert, *Dubuclet*) | 7/14/09 - $3,745.00<br>7/10/09 - $3,000.00<br>9/9/09 - $3,000.00<br>2/19/10 - $7,350.00 | 17,095.00 |
| Radco re: Michael Zierman (defense expert, *Dubuclet*) | 10/8/09 | 1,200.00 |
| Spearhead Investigative Group (investigative firm hired to locate witness, *Dubuclet*) | 10/31/09 | 669.26 |
| Damien W. Serauskas (defense expert, *Dubuclet*) | 10/23/09 | 2,800.00 |
| H. James Wedner, M.D. (defense expert, *Dubuclet*) | 10/28/09 | 4,250.00 |
| Workplace Environments (defense expert, *Dubuclet*) | 11/24/09 | 1,500.00 |
| First General Services of the South - Al Mallet (plaintiff expert, *Dubuclet*) | invoice received July 2010 for services rendered in 2009 | 79,692.49 |
| C4 Animation (prepared animations for *Dubuclet* trial) | 11/24/09 - $10,650.00<br>10/10/09 - $1,500.00 | 12,150.00 |
| Wood Science Specialists | 10/1/09 - $7,173.71 | 15,830.01 |

| | | |
|---|---|---:|
| (plaintiff expert, *Dubuclet*) | 8/10/09 - $8,656.30 | |
| Destiny Copy Service (copies of medical records, *Dubuclet*) | 10/15/09 | 10.00 |
| Gethers Computer Service (deposition cuts and exhibits for trial, *Dubuclet*) | 12/7/09 | 1,824.30 |
| Healthport (copies of medical records, *Dubuclet*) | 7/22/09 - $113.91<br>10/22/09 - $26.16<br>10/27/09 - $174.56<br>12/14/09 - $22.27 | 336.90 |
| IOD Inc. (copies of medical records, *Dubuclet*) | 10/27/09 | 65.01 |
| John Bull Pharmacy (pharmacy records, *Dubuclet*) | 6/22/09 | 101.00 |
| Walgreen Company (pharmacy records, *Dubuclet*) | 7/10/09 | 55.00 |
| Gulf South Medical & Surgical (copies of medical records, *Dubuclet*) | 6/30/09 - $54.00<br>10/27/09 - $168.00 | 222.00 |
| Westcare Medical Center (copies of medical records, *Dubuclet*) | 10/22/09 | 31.50 |
| Professional Shorthand Reporters (court reporters, *Dubuclet*) | 9/3/09 - $739.45<br>1/4/10 - $1,001.95<br>1/4/10 - $4,708.74<br>1/4/10 - $661.05<br>9/3/09 - $382.30<br>10/22/09 - $3,335.71 | 10,829.20 |
| Mary DeVany (plaintiff expert) | testing of Fleetwood units in various locations | 189,348.37 |
| Lake Charles Reporting (court reporters, *Dubuclet*) | 2/1/2010 | 293.50 |
| Gore Perry Reporting & Video (court reporters, *Dubuclet*) | 2/1/10 | 1,282.50 |
| Tiffany Alley & Associates (court reporters, *Dubuclet*) | 2/1/10 | 5,853.10 |
| American Court Reporting | 2/1/10 - $4,326.54 | 5,496.54 |

| | | |
|---|---|---|
| (court reporters, *Dubuclet*) | 4/6/10 - $487.50<br>5/27/10 - $682.50 | |
| Hutchings Court Reporters<br>(court reporters, *Dubuclet*) | 2/4/10 | 8,954.59 |
| Henjum Goucher Reporting<br>(court reporters, *Dubuclet*) | 2/4/10 | 2,174.05 |
| Associated Court Reporters<br>(court reporters, *Dubuclet*) | 2/12/10 | 3,333.00 |
| Technical Environmental Services<br>(plaintiff expert, *Dubuclet*) | testing of Fleetwood units | 9,982.72 |
| W. D. Scott Group, Inc.<br>(plaintiff expert, *Dubuclet*) | testing of Fleetwood units | 90,146.62 |
| Terra, Inc.<br>(defense expert, *Dubuclet*) | deposition fee | 1,787.50 |
| Docusource<br>(documents into summation, *Dubuclet*) | image conversion of Fleetwood documents | 13,314.36 |
| Workplace Hygiene, Inc.<br>(defense expert, *Dubuclet*) | deposition fee | 400.00 |
| Rose Manos | handled all filings associated<br>with Fleetwood bankruptcy | 186,342.50 |
| Garretson Firm Resolution Group | resolution of Medicare and Medicaid liens for Fleetwood settlement | 21,500.00 |
| Iberiabank Annual Escrow Fee | | 5,000 |
| **TOTAL PAID** | | **$892,362.49** |