## TOTAL PSC CLAIMS OFFICE EXPENSES
### May 2008 through December 2009

| Rent/Maintenance | $86,040.24 |
|---|---|
| Salaries | $465,080.29 |
| Utilities | $23,976.95 |
| Equipment/Computers/Supplies/Furnitre | $155,001.05 |
| **TOTAL** | $730,098.53 |

## CLAIMS OFFICE EXPENSES ASSOCIATED WITH FLEETWOOD CLAIMS

Total plaintiffs identified to date in MDL = 74,585

Total Fleetwood plaintiffs = 10,655

Fleetwood plaintiffs represent 14.29% of total

14.29% of total claims office expenses of $730,098.53 = **$104,331.08**, associated with Fleetwood claims.


EXHIBIT 2