UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    Considering the foregoing motion,

    IT IS ORDERED that the Court-Appointed Disbursing Agent in connection with the Fleetwood settlement, i.e., Postlethwaite & Netterville, disburse from the Fleetwood settlement fund to the Plaintiffs' Steering Committee, through Plaintiffs Co-Liaison Counsel Gerald Meunier and Justin Woods of Gainsburgh Benjamin, et al, the total amount of $_____ in reimbursement of certain common benefit expenses incurred by the PSC in connection with plaintiffs' claims against Fleetwood and its insurers.

    THIS DONE the \_\_\_ day of _____, 2010, New Orleans, Louisiana.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE