UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT UNOPPOSED MOTION TO EXTEND AND RESET DEADLINE FOR FILING THE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO RESET THE HEARING DATE ON THE MOTION

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court to extend and reset the November 15, 2010, deadline for filing their Joint Motion for Preliminary Approval of Class Settlement and to reset the December 1, 2010, hearing date on the motion, which deadline and hearing date were established by Pre-Trial Order No. 78, paragraph 6 (Doc. 17328), for the reasons set forth in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, the premises considered, the Non-Litigation Track Defendants and Plaintiffs' Steering Committee jointly request that this Joint Unopposed Motion to Extend and Reset Deadline for Filing the Joint Motion for Preliminary Approval of Class Settlement and to Reset the Hearing Date on the Motion, be granted and that the deadline for Filing the Joint Motion for Preliminary Approval of Class Settlement be reset for January 11, 2011, and hearing on the motion be reset for January 26, 2011.

Respectfully submitted,

Voorhies & Labbé
A Professional Law Corporation

BY: */s/ Lamont Domingue*
Lamont P. Domingue - #20787
700 St. John Street – 5th Floor
Post Office Box 3529
Lafayette, LA 70502-3527
337-232-9700 Telephone
337-235-4943 Facsimile
lpd@volalaw.com

ATTORNEYS FOR Cavalier Home Builders, LLC, et al.

**For the Non-Litigation Track Defendants**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 EnergyCentre,1100Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

**For the Plaintiffs' Steering Committee**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

/s/Lamont P. Domingue
Lamont P. Domingue - #20787

415643