UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## JOINT UNOPPOSED MOTION TO
## EXTEND AND RESET DEADLINE FOR FILING THE JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS SETTLEMENT
## AND TO RESET THE HEARING DATE ON THE MOTION

MAY IT PLEASE THE COURT:

On October 22, 2010, this Court held a status conference with liaison counsel, steering committee members and government counsel, at which time the Plaintiffs' Steering Committee and the Non-Litigation Track Defendants reported to the Court that the deadline to reinstate the appeal of this Court's ruling on preemption would expire on December 3, 2010. This good faith representation was a mistake based on the parties' incorrect assumption that United States Fifth Circuit Court of Appeal had granted the parties "six (6) months" from June 3, 2010, to reinstate the appeal, by Court of Appeal Order dated June 10, 2010. See United States Fifth Circuit Court of Appeal, Case No. 09-30821, Doc. No. 00511131462 (hereinafter "Court of Appeal Order".) Instead, the Court of Appeal Order granted the parties "180 days" to reinstate the appeal, which would have expired on November 30, 2010. As a result of the pending deadline to reinstate the appeal, and the sincere belief that the parties could finalize the necessary

documents to effectuate their pending settlement in time to allow this Court to properly consider the Joint Motion for Preliminary Approval of Class Settlement, this Court ordered that the Joint Motion for Preliminary Approval of Class Settlement be filed on November 15, 2010, and set the hearing for the motion December 1, 2010, which was before the "mistaken" deadline to reinstate the appeal expired on December 3, 2010. Pre-Trial Order No. 78, paragraph 6 (Doc. 17328).

Notwithstanding the cooperative, substantial and good faith efforts of the parties, the parties realized that there was insufficient time remaining to complete the agreements and pleadings necessary to effectuate their pending settlement, and necessary to support and be incorporated into the Motion for Preliminary Approval of Class Settlement before the November 15, 2010, filing deadline for the motion, or the correct November 30, 2010, deadline to reinstate the appeal, or to give this Court sufficient time to consider the motion.

As a result, the parties filed a Joint Emergency Motion to Extend the Deadline to Reinstate the Appeal (United States Fifth Circuit Court of Appeal, Case No. 09-30821, Doc. No. 005111286367), which motion was granted by the Court of Appeal on November 10, 2010. See attached Order (United States Fifth Circuit Court of Appeal, Case No. 09-30821, Doc. No. 00511290226.) Pursuant to this Order, the parties now have until January 31, 2011, to reinstate the appeal of this Court's ruling on preemption.

Based on the foregoing, the parties to this motion submit that their inability to finalize the settlement documents and pleadings necessary to file their Joint Motion for Preliminary Approval of Class Settlement before the presently pending November 15, 2010, deadline notwithstanding their substantial efforts to comply with the deadline, together with the extension of the deadline to reinstate the appeal granted by the Court

of Appeal, and their continued desire to proceed with the settlement of thousands of claims against numerous defendants in this multi-district litigation, present good cause for this Court to extend and reset the November 15, 2010, deadline for filing the Joint Motion for Preliminary Approval of Class Settlement and reset the December 1, 2010, hearing date. The parties respectfully submit and propose that the hearing date on the motion be set for January 26, 2011, and the deadline for filing the motion be set for January 11, 2011.

Respectfully submitted,

Voorhies & Labbé
A Professional Law Corporation

BY:   /s/ Lamont Domingue
Lamont P. Domingue - #20787
700 St. John Street – 5th Floor
Post Office Box 3529
Lafayette, LA 70502-3527
337-232-9700 Telephone
337-235-4943 Facsimile
lpd@volalaw.com

ATTORNEYS FOR Cavalier Home Builders, LLC, et al.

**For the Non-Litigation Track Defendants**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
2800 EnergyCentre,1100Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

**For the Plaintiffs' Steering Committee**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

/s/Lamont P. Domingue
Lamont P. Domingue - #20787