# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 09-30821

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY
LITIGATION

---

PLAINTIFFS' LIAISON COUNSEL; PLAINTIFFS' STEERING
COMMITTEE,

       Plaintiffs - Appellants

v.

DEFENDANTS' LIAISON COUNSEL; UNITED STATES OF AMERICA;
CONTRACTOR DEFENDANTS,

       Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

    IT IS ORDERED that pursuant to 5TH CIR. R. 42.4, the dismissal without prejudice ordered on June 3, 2010, is extended for a period of 62 days from the date of this order, or, to and including January 31, 2011, subject to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 62 days from this date. Unless the appeal is reinstated within that time, the appeal will be considered dismissed with prejudice.

TIMOTHY E. PHARES, JR.
DEPUTY CLERK

ENTERED AT THE DIRECTION OF THE COURT

*Court Order (clk's sign) (Appeal) MOT-57*