UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE JUDGE CHASEZ |

* * * * * * * * * * * * *

## PROPOSED ORDER

Having considered the Joint Unopposed Motion to Extend and Reset Deadline for Filing the Joint Motion for Preliminary Approval of Class Settlement and to Reset the Hearing Date on the Motion, and finding good cause for the motion:

IT IS HEREBY ORDERED that Joint Motion for Preliminary Approval of Class Settlement shall be filed on or before January 11, 2011, which shall be set for hearing, without oral argument, on January 26, 2011.

New Orleans, Louisiana, this ____ day of November, 2010.

                                                                                                          KURT D. ENGELHARDT
                                                                                                          UNITED STATES DISTRICT JUDGE