THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961



EXHIBIT
A, in globo

## *Kline, et al. v. Starcraft RV, Inc., et al.*

SDMS 09-515 EDLA 09-6890

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Karen Kline, o/b/o C.B | 10-3669 | Kline v. Starcraft RV, et al |
| (2) | Tiffany Leigh Brodmyer | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (3) | Karen Kline, o/b/o J.D | 10-3669 | Kline v. Starcraft RV, et al |
| (4) | Karen Kline, o/b/o S.D | 10-3669 | Kline v. Starcraft RV, et al |
| (5) | Martha J. Farmer | 10-3669 | Kline v. Starcraft RV, et al |
| (6) | Martha J. Farmer | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (7) | Karen S. Kline | 10-3669 | Kline v. Starcraft RV, et al |
| (8) | Mark Arthur Kline | 10-3669 | Kline v. Starcraft RV, et al |
| (9) | Charlotte F. Meyer | 10-3669 | Kline v. Starcraft RV, et al |
| (10) | Dirk Paul Meyer | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (11) | Charlotte Meyer, o/b/o O.M | 10-3669 | Kline v. Starcraft RV, et al |
| (12) | Charles Vincent Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Charles  Vincent Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (14) | Charles Vincent Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (15) | Charles  Vincent Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (16) | Nicolle Perniciaro, o/b/o N.P | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (17) | Nicolle Perniciaro, o/b/o N.P | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (18) | Nicolle  Yvette Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |
| (19) | Nicolle  Yvette Perniciaro | 10-3670 | Brodmyer v. Starcraft RV, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Florita Nunez Hyde, et al. v. Starcraft RV, Inc., et al.*

## EDLA 09-7997

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Florita Nunez Hyde | 10-3760 | Hyde v. Starcraft, et al |
| (2) | Jean R Menard | 10-3760 | Hyde v. Starcraft, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Antoine, et al. v. Skyline Corporation, et al.*

## SDMS 09-514 EDLA 09-6889

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | John H Antoine | 10-3822 | Antoine v. Skyline Corporation, et al |
| (2) | Frances Trahan Breckenridge | 10-3825 | Breckenridge v. Skyline, et al |
| (3) | Frances Trahan Breckenridge | 10-3820 | Brekenridge v. Skyline, et al |
| (4) | John  Breckenridge | 10-3820 | Brekenridge v. Skyline, et al |
| (5) | Arlin  Davis | 10-3825 | Breckenridge v. Skyline, et al |
| (6) | Edith  A. Davis | 10-3825 | Breckenridge v. Skyline, et al |
| (7) | Lynell  Ann Mumphrey | 10-3820 | Brekenridge v. Skyline, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Stephanie Gagliano, et al. v. Southern Energy Homes, Inc., et al.*

### EDLA 09-3716

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Stephanie Gagliano, o/b/o J.A | 10-3996 | Gagliano v. Southern Energy Homes, et al |
| (2) | Mary  Jane Flair | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (3) | Stephanie Gagliano, o/b/o J.G | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (4) | Lisa M. Gagliano | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (5) | Louis J. Gagliano | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (6) | Stephanie M. Gagliano | 10-3996 | Gagliano v. Southern Energy Homes, et al |
| (7) | Bonnie Jochum Gaudet | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (8) | Bonnie Jochum Gaudet | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (9) | Bonnie Barlow Jochum | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (10) | Christian Joseph Jochum | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (11) | John Jacob Jochum | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (12) | Bonnie Jochum, o/b/o V.J | 10-3834 | Gagliano v. Southern Energy Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Walter Jochum | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (14) | Evelyn P. Martinez | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (15) | Cecilia G. Williams | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (16) | Ray C Williams | 10-3834 | Gagliano v. Southern Energy Homes, et al |
| (17) | Ray A. Williams | 10-3834 | Gagliano v. Southern Energy Homes, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Legendre, et al. v. Monaco Coach Corporation, et al.*

### SDMS 09-522 EDLA 09-6898

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Robert  Moise Legendre | 10-3776 | Legendre v. Monaco, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Brittany A. Bruno, et al. v. Scotbilt Homes, Inc., et al.*

### EDLA 09-3724

|      | Name                        | Severed Case No. | Severed Case Caption          |
|------|-----------------------------|------------------|-------------------------------|
| (1)  | Antoinette P. Basile        | 10-3721          | Basile v. Scotbilt Homes, et al |
| (2)  | Brandon  Charles Bonnecarre | 10-3721          | Basile v. Scotbilt Homes, et al |
| (3)  | Brandon  Charles Bonnecarre | 10-3721          | Basile v. Scotbilt Homes, et al |
| (4)  | Brandon  Charles Bonnecarre | 10-3721          | Basile v. Scotbilt Homes, et al |
| (5)  | Clinton  Bonnecarre         | 10-3721          | Basile v. Scotbilt Homes, et al |
| (6)  | Clinton  Bonnecarre         | 10-3721          | Basile v. Scotbilt Homes, et al |
| (7)  | Brittany  A. Bruno          | 10-3721          | Basile v. Scotbilt Homes, et al |
| (8)  | Brittany  A. Bruno          | 10-3721          | Basile v. Scotbilt Homes, et al |
| (9)  | Brittany  A. Bruno          | 10-3721          | Basile v. Scotbilt Homes, et al |
| (10) | Brittany  A. Bruno          | 10-3721          | Basile v. Scotbilt Homes, et al |
| (11) | Albert A. Estopinal         | 10-3721          | Basile v. Scotbilt Homes, et al |
| (12) | Albert A. Estopinal         | 10-3721          | Basile v. Scotbilt Homes, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Albert A. Estopinal | 10-3721 | Basile v. Scotbilt Homes, et al |
| (14) | Sharon Ann Florane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (15) | Sharon Ann Florane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (16) | Sharon Ann Florane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (17) | Kionna Rhodes, o/b/o K.R | 10-3721 | Basile v. Scotbilt Homes, et al |
| (18) | Kionna Rhodes, o/b/o K.R | 10-3721 | Basile v. Scotbilt Homes, et al |
| (19) | Kionna Rhodes, o/b/o K.R | 10-3721 | Basile v. Scotbilt Homes, et al |
| (20) | Kionna Rhodes, o/b/o K.R | 10-3721 | Basile v. Scotbilt Homes, et al |
| (21) | Pomla  R. Rhodes | 10-3721 | Basile v. Scotbilt Homes, et al |
| (22) | Brandon  Jerry Trapane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (23) | Dawn  C. Trapane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (24) | Frank Joseph Trapane | 10-3721 | Basile v. Scotbilt Homes, et al |
| (25) | Frank Joseph Trapane | 10-3721 | Basile v. Scotbilt Homes, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Damon Daigre, Sr., et al. v. Giles Family Holdings, Inc., et al.*

## EDLA 09-3721

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Damon D Daigre | 10-3542 | Daigre v. Giles Family Holdings, et al |
| (2) | James  Thornton | 10-3543 | Thorton v. Giles Family Holdings, et als |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Garland Baynes, et al. v. Recreation by Design, et al.*

### SDMS 09-513 EDLA 09-6716

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Garland  Baynes | 10-3803 | Baynes v. Recreation By Design, et al |
| (2) | Robert  Moise Legendre | 10-3804 | Legendre v. Recreation By Design, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Christina Jackson, et al. v. Gulf Stream Coach, Inc., et al.*

### EDLA 09-4665

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Brooke  Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (2)  | Christina  Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (3)  | John  Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (4)  | John A. Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (5)  | Christina Jackson, o/b/o L.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (6)  | Maria D. Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (7)  | Christina Jackson, o/b/o R.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (8)  | Vanessa  Jackson | 10-3549 | Jackson v. Gulf Stream, et al |
| (9)  | Elvin  J. Jarrell | 10-3549 | Jackson v. Gulf Stream, et al |
| (10) | Alf Jacob Johannessen | 10-3549 | Jackson v. Gulf Stream, et al |
| (11) | Tessie Johnson, o/b/o A.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (12) | Amanda Michelle Johnson | 10-3550 | Jones v. Gulf Stream, et al |

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (13) | Tessie Johnson, o/b/o A.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (14) | Antonina Greco Johnson | 10-3538 | Johnson v. Gulf Stream, et al |
| (15) | Antonina Greco Johnson | 10-3538 | Johnson v. Gulf Stream, et al |
| (16) | Denise Johnson, o/b/o A.J | 10-3537 | John Jackson v. Gulf Stream, et al |
| (17) | Denise Johnson, o/b/o A.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (18) | Denise Johnson, o/b/o A.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (19) | Denise Johnson, o/b/o A.J | 10-3537 | John Jackson v. Gulf Stream, et al |
| (20) | Bobby A. Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (21) | Christian Dwayne Johnson | 10-3537 | John Jackson v. Gulf Stream, et al |
| (22) | Denise Atkins Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (23) | Denise Atkins Johnson | 10-3537 | John Jackson v. Gulf Stream, et al |
| (24) | Denise Atkins Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (25) | Denise Atkins Johnson | 10-3537 | John Jackson v. Gulf Stream, et al |
| (26) | George J. Johnson | 10-3550 | Jones v. Gulf Stream, et al |
| (27) | Jennifer Longo Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (28) | Jerry James Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (29) | John Marvin Johnson | 10-3538 | Johnson v. Gulf Stream, et al |
| (30) | John Marvin Johnson | 10-3538 | Johnson v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Lynette Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (32) | Sean Isaac Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (33) | Sean Isaac Johnson | 10-3537 | John Jackson v. Gulf Stream, et al |
| (34) | Sean Isaac Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (35) | Sean Isaac Johnson | 10-3537 | John Jackson v. Gulf Stream, et al |
| (36) | Tessie Ann Johnson | 10-3549 | Jackson v. Gulf Stream, et al |
| (37) | Antonina Johnson, o/b/o Z.J | 10-3538 | Johnson v. Gulf Stream, et al |
| (38) | Antonina Johnson, o/b/o Z.J | 10-3538 | Johnson v. Gulf Stream, et al |
| (39) | Lanney Steger Jones | 10-3550 | Jones v. Gulf Stream, et al |
| (40) | Sallie Oster Jones | 10-3549 | Jackson v. Gulf Stream, et al |
| (41) | Sissy Ann Jones | 10-3549 | Jackson v. Gulf Stream, et al |
| (42) | April Jourdan | 10-3537 | John Jackson v. Gulf Stream, et al |
| (43) | Elaine M. Jourdan | 10-3537 | John Jackson v. Gulf Stream, et al |
| (44) | Darren Schallenberg, Sr, o/b/o M.J | 10-3550 | Jones v. Gulf Stream, et al |
| (45) | Barbara Ann Junius | 10-3549 | Jackson v. Gulf Stream, et al |
| (46) | Contrada Lynn Junius | 10-3549 | Jackson v. Gulf Stream, et al |
| (47) | Sumitra Junius, o/b/o M.J | 10-3549 | Jackson v. Gulf Stream, et al |
| (48) | Sumitra Junius, o/b/o R.J | 10-3549 | Jackson v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Sumitra Petal Junius | 10-3549 | Jackson v. Gulf Stream, et al |
| (50) | Jo-Ann Kastner | 10-3549 | Jackson v. Gulf Stream, et al |
| (51) | Darleen M. Kaupp | 10-3549 | Jackson v. Gulf Stream, et al |
| (52) | Joseph Wesley Kearney | 10-3549 | Jackson v. Gulf Stream, et al |
| (53) | Shirley Rose Kearney | 10-3549 | Jackson v. Gulf Stream, et al |
| (54) | Maria Kellum | 10-3549 | Jackson v. Gulf Stream, et al |
| (55) | Eric Kelly, o/b/o B.K | 10-3549 | Jackson v. Gulf Stream, et al |
| (56) | Eric M. Kelly | 10-3549 | Jackson v. Gulf Stream, et al |
| (57) | Kim Portie Kelly | 10-3550 | Jones v. Gulf Stream, et al |
| (58) | Kim Portie Kelly | 10-3549 | Jackson v. Gulf Stream, et al |
| (59) | Nicole J. Kelly | 10-3549 | Jackson v. Gulf Stream, et al |
| (60) | Calvin Kelone | 10-3549 | Jackson v. Gulf Stream, et al |
| (61) | Calvin Kelone | 10-3549 | Jackson v. Gulf Stream, et al |
| (62) | Marjorie A. Kelone | 10-3549 | Jackson v. Gulf Stream, et al |
| (63) | Mindy Lynn Kelone | 10-3549 | Jackson v. Gulf Stream, et al |
| (64) | James E. Kelty | 10-3549 | Jackson v. Gulf Stream, et al |
| (65) | Denise McGuire Kenna | 10-3549 | Jackson v. Gulf Stream, et al |
| (66) | Denise Kenna, o/b/o M.K | 10-3549 | Jackson v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Lawerence Paul Kenney | 10-3549 | Jackson v. Gulf Stream, et al |
| (68) | Mark  Kenney | 10-3549 | Jackson v. Gulf Stream, et al |
| (69) | Michael Thomas Kenney | 10-3549 | Jackson v. Gulf Stream, et al |
| (70) | Michelle M Kenney | 10-3550 | Jones v. Gulf Stream, et al |
| (71) | Michelle M Kenney | 10-3549 | Jackson v. Gulf Stream, et al |
| (72) | Patricia A. Kenney | 10-3549 | Jackson v. Gulf Stream, et al |
| (73) | Vera E. Kerschner | 10-3538 | Johnson v. Gulf Stream, et al |
| (74) | Judy  B. Kieff | 10-3549 | Jackson v. Gulf Stream, et al |
| (75) | Judy  B. Kieff | 10-3550 | Jones v. Gulf Stream, et al |
| (76) | Carrie L Knoten | 10-3537 | John Jackson v. Gulf Stream, et al |
| (77) | Carrie L Knoten | 10-3537 | John Jackson v. Gulf Stream, et al |
| (78) | Carrie L Knoten | 10-3537 | John Jackson v. Gulf Stream, et al |
| (79) | Henry J Kramer | 10-3549 | Jackson v. Gulf Stream, et al |
| (80) | Sandra Bourg Kramer | 10-3549 | Jackson v. Gulf Stream, et al |
| (81) | Sandra Kramer, o/b/o T.K | 10-3549 | Jackson v. Gulf Stream, et al |
| (82) | Sandra Kramer, o/b/o T.K | 10-3549 | Jackson v. Gulf Stream, et al |
| (83) | Erin B. Kuehl | 10-3549 | Jackson v. Gulf Stream, et al |
| (84) | Louis C Kurtz | 10-3549 | Jackson v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (85) | MaryAnn M. Labourdette | 10-3549 | Jackson v. Gulf Stream, et al |
| (86) | Shirley Montalvo Labrano | 10-3549 | Jackson v. Gulf Stream, et al |
| (87) | Vincent J. LaBruzzo | 10-3549 | Jackson v. Gulf Stream, et al |
| (88) | Vincent J. LaBruzzo | 10-3549 | Jackson v. Gulf Stream, et al |
| (89) | Jason M. Lachica | 10-3549 | Jackson v. Gulf Stream, et al |
| (90) | Bridget Lackey | 10-3549 | Jackson v. Gulf Stream, et al |
| (91) | Ethel Lackey | 10-3549 | Jackson v. Gulf Stream, et al |
| (92) | Brian James Lacombe | 10-3538 | Johnson v. Gulf Stream, et al |
| (93) | Dina Lacombe | 10-3538 | Johnson v. Gulf Stream, et al |
| (94) | Anna Lacour | 10-3549 | Jackson v. Gulf Stream, et al |
| (95) | Roderick LaCour | 10-3549 | Jackson v. Gulf Stream, et al |
| (96) | Courtney Marie Lacroix | 10-3537 | John Jackson v. Gulf Stream, et al |
| (97) | Joseph Lacroix | 10-3549 | Jackson v. Gulf Stream, et al |
| (98) | Joseph Lacroix Sr, o/b/o J.L | 10-3550 | Jones v. Gulf Stream, et al |
| (99) | Kristi Ladut | 10-3549 | Jackson v. Gulf Stream, et al |
| (100) | Ana M. Lafont | 10-3549 | Jackson v. Gulf Stream, et al |
| (101) | Earl H. Lafont | 10-3549 | Jackson v. Gulf Stream, et al |
| (102) | Shanell Smith, o/b/o M.L | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Shantell Smith, o/b/o S.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (104) Eva LaFuentes | 10-3544 | LaFuentes v. Gulf Stream, et al |
| (105) Eva LaFuentes | 10-3550 | Jones v. Gulf Stream, et al |
| (106) Sierra LaFuentes | 10-3549 | Jackson v. Gulf Stream, et al |
| (107) Alicia Lagarde | 10-3549 | Jackson v. Gulf Stream, et al |
| (108) Brett J. Lalumia | 10-3549 | Jackson v. Gulf Stream, et al |
| (109) Kim Horn Lalumia | 10-3549 | Jackson v. Gulf Stream, et al |
| (110) Janis M. Lamanette | 10-3549 | Jackson v. Gulf Stream, et al |
| (111) Melissa Aline Lamanette | 10-3549 | Jackson v. Gulf Stream, et al |
| (112) Ronald J. Lamanette | 10-3549 | Jackson v. Gulf Stream, et al |
| (113) Raymond Lambert | 10-3549 | Jackson v. Gulf Stream, et al |
| (114) Adele Landry | 10-3549 | Jackson v. Gulf Stream, et al |
| (115) Adele Landry | 10-3549 | Jackson v. Gulf Stream, et al |
| (116) David Edward Landry | 10-3549 | Jackson v. Gulf Stream, et al |
| (117) Anne-Jo M Lassalle | 10-3549 | Jackson v. Gulf Stream, et al |
| (118) Joseph Latapie | 10-3549 | Jackson v. Gulf Stream, et al |
| (119) Lisa Lobre and Joseph Latapie, o/b/o M.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (120) Lisa Lobre and Joseph Latapie, o/b/o T.L | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (121) Debra Lawson | 10-3549 | Jackson v. Gulf Stream, et al |
| (122) Adrienne Lay | 10-3538 | Johnson v. Gulf Stream, et al |
| (123) Gaynell Leal, o/b/o A.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (124) Gaynell Leal, o/b/o A.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (125) Gaynell Lewis Leal | 10-3549 | Jackson v. Gulf Stream, et al |
| (126) Gaynell Lewis Leal | 10-3549 | Jackson v. Gulf Stream, et al |
| (127) Gaynell Leal, o/b/o J.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (128) Gaynell Leal, o/b/o J.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (129) Leonard P. Leal | 10-3549 | Jackson v. Gulf Stream, et al |
| (130) Leonard P. Leal | 10-3549 | Jackson v. Gulf Stream, et al |
| (131) Jane Gagliano Leaming | 10-3549 | Jackson v. Gulf Stream, et al |
| (132) Ethel Bernice Leblanc | 10-3549 | Jackson v. Gulf Stream, et al |
| (133) Gerald A Leblanc | 10-3550 | Jones v. Gulf Stream, et al |
| (134) Lyle Leblanc | 10-3537 | John Jackson v. Gulf Stream, et al |
| (135) Odile Leblanc | 10-3549 | Jackson v. Gulf Stream, et al |
| (136) Ronald LeBlanc | 10-3549 | Jackson v. Gulf Stream, et al |
| (137) Rosa Leblanc | 10-3549 | Jackson v. Gulf Stream, et al |
| (138) Wayne Leblanc | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (139) Craig  Ledbetter | 10-3549 | Jackson v. Gulf Stream, et al |
| (140) Suzanne  Ledbetter | 10-3549 | Jackson v. Gulf Stream, et al |
| (141) Dorothy  R. Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (142) George Edward Lee | 10-3550 | Jones v. Gulf Stream, et al |
| (143) George Edward Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (144) Keycia Shelvin, o/b/o L.L | 10-3550 | Jones v. Gulf Stream, et al |
| (145) Morris  Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (146) Patricia  Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (147) Roger  W. Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (148) Rosalie Hickman Lee | 10-3549 | Jackson v. Gulf Stream, et al |
| (149) Rosalie Lee, o/b/o T.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (150) Scott & Paula Legnon, o/b/o J.L | 10-3550 | Jones v. Gulf Stream, et al |
| (151) Paula Couture Legnon | 10-3550 | Jones v. Gulf Stream, et al |
| (152) Scott  E. Legnon | 10-3550 | Jones v. Gulf Stream, et al |
| (153) Janet  Leiser | 10-3549 | Jackson v. Gulf Stream, et al |
| (154) Lawrence  Leiser | 10-3549 | Jackson v. Gulf Stream, et al |
| (155) Bonnie Serean LeJeune | 10-3550 | Jones v. Gulf Stream, et al |
| (156) Bonnie Serean LeJeune | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Juanita Leonard | 10-3549 | Jackson v. Gulf Stream, et al |
| (158) Edward Charles LeRouge | 10-3549 | Jackson v. Gulf Stream, et al |
| (159) Sarahlynn Ann LeRouge | 10-3549 | Jackson v. Gulf Stream, et al |
| (160) Dinah L. Letellier | 10-3549 | Jackson v. Gulf Stream, et al |
| (161) Darlene Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (162) Derrick Dean Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (163) Gloria S Lewis | 10-3550 | Jones v. Gulf Stream, et al |
| (164) Mardell Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (165) Melanie Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (166) Melvin Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (167) Melvin Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (168) Raymond Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (169) Raymond Lewis | 10-3550 | Jones v. Gulf Stream, et al |
| (170) Sherman C. Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (171) Paula Veltri-Sino, o/b/o S.L | 10-3550 | Jones v. Gulf Stream, et al |
| (172) Chris Joseph Leydecker | 10-3549 | Jackson v. Gulf Stream, et al |
| (173) Chris Joseph Leydecker | 10-3549 | Jackson v. Gulf Stream, et al |
| (174) Sue Ann Leydecker | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Dorothy C. Lezina | 10-3550 | Jones v. Gulf Stream, et al |
| (176) William Dale Lind | 10-3550 | Jones v. Gulf Stream, et al |
| (177) Lisa Lobre | 10-3549 | Jackson v. Gulf Stream, et al |
| (178) Tina Long, o/b/o A.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (179) Chad Long | 10-3549 | Jackson v. Gulf Stream, et al |
| (180) Tina Long | 10-3549 | Jackson v. Gulf Stream, et al |
| (181) Brennan Peter Longo | 10-3549 | Jackson v. Gulf Stream, et al |
| (182) Joyce C. Lopez | 10-3549 | Jackson v. Gulf Stream, et al |
| (183) Linda Lopez | 10-3550 | Jones v. Gulf Stream, et al |
| (184) Linda S. Lopez | 10-3549 | Jackson v. Gulf Stream, et al |
| (185) Patrick P. Lopez | 10-3549 | Jackson v. Gulf Stream, et al |
| (186) Kathleen Lott | 10-3549 | Jackson v. Gulf Stream, et al |
| (187) Ronald Lott | 10-3549 | Jackson v. Gulf Stream, et al |
| (188) Wendy Loveless | 10-3544 | LaFuentes v. Gulf Stream, et al |
| (189) Cody J. Lucas | 10-3550 | Jones v. Gulf Stream, et al |
| (190) Cody J. Lucas | 10-3550 | Jones v. Gulf Stream, et al |
| (191) Landen C. Lucas | 10-3550 | Jones v. Gulf Stream, et al |
| (192) Landen C. Lucas | 10-3550 | Jones v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Mary A. Waller, o/b/o B.L | 10-3549 | Jackson v. Gulf Stream, et al |
| (194) Shirley Mae Lynam | 10-3549 | Jackson v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Roni Kelly, et al. v. R-Vision, Inc., et al.*

## SDMS 09-512 EDLA 09-6888

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Roni Lynn Kelly | 10-3548 | Kelly v. Arch Specialty Insurance Corp, et a |
| (2) | Fredrick A. Vosbein | 10-3548 | Kelly v. Arch Specialty Insurance Corp, et a |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*

### NDAL 09-1426 EDLA 09-6147

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Mark Glenn Jackler | 10-3517 | Jackler v. Gulf Stream, et al |
| (2) | Brian J. Perera | 10-3518 | Perera v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Dana Meyer, et al. v. Lakeside Park Homes, Inc., et al.*

## EDLA 10-765

|      | Name                              | Severed Case No. | Severed Case Caption                    |
|------|-----------------------------------|------------------|-----------------------------------------|
| (1)  | Dana and Ricky Meyer, o/b/o A.M   | 10-3470          | Meyer v. Lakeside, et al                |
| (2)  | Dana and Ricky Meyer, o/b/o C.M   | 10-3470          | Meyer v. Lakeside, et al                |
| (3)  | Dana  Meyer                       | 10-3470          | Meyer v. Lakeside, et al                |
| (4)  | Ricky Edward Meyer                | 10-3470          | Meyer v. Lakeside, et al                |
| (5)  | Debra  Ann Miller                 | 10-3463          | Miller v. Lakeside, et al               |
| (6)  | Shannon Verdon, o/b/o J.V         | 10-3461          | Verdon OBO J.V. v. Lakeside, et al      |
| (7)  | Kenneth  Verdon                   | 10-3461          | Verdon OBO J.V. v. Lakeside, et al      |
| (8)  | Shannon Verdon, o/b/o K.V         | 10-3461          | Verdon OBO J.V. v. Lakeside, et al      |
| (9)  | Shannon  Verdon                   | 10-3461          | Verdon OBO J.V. v. Lakeside, et al      |
| (10) | Louise  White                     | 10-3468          | White v. Lakeside, et al                |