UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER               MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                  SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Karen Kline, et al. v Starcraft RV, Inc., et al.*,
**MDL 1873, SDMS 09-515, EDLA 09-6890**
*Florita Nunez Hyde, et al. v. Starcraft RV, Inc., et al.*,
**MDL 1873, EDLA 09-7997**
*Patricia Antoine, et al. v. Skyline Corporation, et al.*,
**MDL 1873, SDMS 09-514, EDLA 09-6889**
*Stephanie Gagliano, et al. v Southern Energy Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3716**
*Robert Moise Legendre, et al. v. Monaco Coach Corporation, et al.*,
**MDL 1873, SDMS 09-522, EDLA 09-6898**
*Brittany A. Bruno, et al. v. Scotbilt Homes, Inc., et al.*,
**MDL 1873, EDLA 09-3724**
*Damon Daigre, Sr., et al. v. Giles Family Holdings, Inc., et al.*,
**MDL 1873, EDLA, 09-3721**
*Garland Baynes, et al. v. Recreation by Design, et al.*,
**MDL 1873, SDMS 09-513, EDLA 09-6716**
*Christina Jackson, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4665**
*Roni Lynn Kelly, et al. v. R-Vision, Inc., et al.*,
**MDL 1873, SDMS 09-512, EDLA 09-6888**
*Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, NDAL 09-1426, EDLA 09-6147**
*Dana Meyer, et al. v. Lakeside Park Homes, Inc., et al.*,
**MDL 1873, EDLA 10-765**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched"

Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**