UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                      MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                            SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4666**
*Tanika Bell, et als. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDLA 09-498, EDLA 09-6149**
*Giana Marie Phillips, et al. v. Insurco, Ltd., et al.*,
**MDL 1873, MDLA 09-539, EDLA 10-771**
*Carol W. Blappert, et al. v. Skyline Corporation, et al.*,
**MDL 1873, SDMS 09-141, EDLA 09-6017**
*Angele M. Sentilles v. Monaco Coach Corporation, et al.*,
**MDL 1873, MDLA 09-500, EDLA 09-6151**
*Michael D. Boudreaux, et al. v. Champion Home Builders Co., et al.*,
**MDL 1873, EDLA 09-3561**
*Laura Gonzales, et al. v. Champion Home Builders Co., et al.*,
**MDL 1873, EDLA 10-735**
*Priscilla Lucille Cook, et al. v. Skyline Corporation, et al.*,
**MDL 1873, EDLA 09-3739**
*Evamarie S. Hall, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 09-6798**
*Thais Joyce Augustine, et al. v. American International Group, et al.*,
**MDL 1873, EDLA 10-746**
*Shelly Riley, ind. and o/b/o the minor, C.D. v. Arch Specialty Insurance Corp., et al.*,
**MDL 1873, EDLA 09-7989**
*Christopher H. Jackler, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, NDAL 09-1423, EDLA 09-6145**
*Jean Adams, et al. v. Fleetwood Canada Ltd., et al.*,
**MDL 1873, EDLA 09-4371**
*Garland Baynes, et al. v. Recreation by Design, LLC, et al.*,
**MDL 1873, SDMS 09-513, EDLA 09-6716**
*W. J. Simmons v. Recreation by Design, LLC, et al.*,
**MDL 1873, SDMS 09-140, EDLA 09-6212**
*Sharon Ann Florane, et al. v. Stewart Park Homes, Inc., et al.*,
**MDL 1873, EDLA 10-756**
*Anthony Rhodes, et al. v Scotbilt Homes, Inc., et al.*,
**MDL 1873, EDLA 09-8416**

**O R D E R**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this <u>12th</u> day of <u>November</u>, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE