AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | ) | |
|---|---|---|
| IRMA MILLER, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-5658  "N" |
| SUN VALLEY, INC., ET AL | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc.
through its attorney of record
Gerardo Barrios
Donelson Baker
3 Sanctuary Blvd., Suit e201
Mandeville, LA 70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 08 2010__

Deputy clerk's signature

PS Form 3811

Domestic Return Receipt

Code2: Miller v Sun Valley, EDLA 09-5658

1. Article Addressed to:

CH2M Hill Constructors, Inc. through
Gerardo R. Barrios
Baker Donelson
3 Sanctuary Blvd., #201
Mandeville, LA 70471

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7179 7172 0001 5640 0517 7069

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]

C. Date of Delivery: 2/01/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below: