OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Schrell Cauley, et al.

vs.

ABC Manufacturing Co., et al.

Case No. 10-4076 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130
2. (name) USA through Atty General of the US, US Dept of Justice
   (address) 950 Pennsylvania Ave, N.W., Washington, DC 20530-
3. (name) USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, S.W., Washington, DC 20472
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55

Attorney for Plaintiffs
Address Frank J D'Amico Jr. APLC
        4731 Canal St
        New Orleans, LA 70119