OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Katrina Patterson, et al

vs.

ABC Manufacturing Co., et al

Case No. 10-3626 Section N-5

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS ST, RM B210, NEW ORLEANS, LA 70130
2. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001
3. (name) USA THROUGH FEMA OFFICE OF THE DIRECTOR OFFICE OF THE GENERAL COUNSEL
   (address) 500 C Street, SW Washington, DC 20472
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
          FRANK J. D'AMICO, JR.
Address   4731 CANAL Street
          NEW ORLEANS, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55