AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| PETER RUPP | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2385 |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Co., Ltd.
through its registered agent for service of process
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Sep 30 2010

B. Gregory
Deputy clerk's signature

[Registered mail receipt and international delivery notification card]

To: GIBRALTAR INS CO
QUEST RISK MANAGEMENT
40 CHURCH ST
HAMILTON HM 11 BERMUDA

From: BURNSBURGH BENJAMIN (Tim)
CDLA 18-2385 - Beppi v Am/nt

Registered No. RE013788846US
Postage $6.77
Handling Charge $0.00
Return Receipt $2.30
Restricted Delivery $0.00
Reg. Fee $0.00
Total $11.50

Postmark: NEW YORK NY 10113-9610 USPS OCT 8 2010
Date 10/08/10

PS Form 3806, June 1986
RECEIPT FOR REGISTERED MAIL (Customer Copy)
(See Information on Reverse)