AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| EDWARD LAGARDE, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-2386 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gibraltar Insurance Co., Ltd.
through its registered agent for service of process
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Sep 30 2010__         B. Gregory
Deputy clerk's signature

| | | | |
|---|---|---|---|
| REGISTERED NO. RE615138850US | | POSTMARK OF | |

```
Reg. Fee $ $11.50    Special Delivery $
Handling Charge $0.00 Return Receipt $2.30
Postage $5.98        Restricted Delivery $0.00
Received by [sig]                            10/08/10
                                             Intl ☐
Customer must declare Full value $0.00       ☐ With Postal Insurance   ☐ Without Postal Insurance
                                             $25,000 Domestic Ins. Limit
LAGARDE EDLA 10-2386

FROM:  JUSTIN WOODS
       70113
       GAINS BURGH BENJAMIN
       1100 POYDRAS, #2800, NOLA 70163

TO:    GIBRALTAR INS CO
       C/O QUEST MANAGEMENT
       40 CHURCH ST, HAMILTON, HM 11
       BERMUDA
```

Postmark: USPS OCT 8 2010

PS Form 3806, RECEIPT FOR REGISTERED MAIL (Customer Copy)
June 1986                                (See Information on Reverse)

---

Registered article / Envoi recommandé
☐ Letter / Lettre  ☐ Printed Matter / Imprimé  ☐ Other / Autre  ☐ Express Mail International

☐ Insured parcel / Colis avec valeur déclarée   Insured Value Valeur déclarée   Article No.

Office of mailing Bureau de depot    Date of posting Date de depot

Addressee (Name or firm) / Nom ou raison sociale du destinataire:
GIBRALTAR INS CO LTD C/O QUEST MANAGEMENT SOLUTIONS

Street and No. / Rue et No.:
FB PERRY BLDG
40 CHURCH ST

Place and country / Lieu et Pays:
HAMILTON, HM 11   BERMUDA

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment livré.

Date

Signature of the addressee / Signature du destinataire

Signature of the employee of the office of destination. Signature de l'agent du bureau de destination.

Postmark of the office of destination / Timbre du bureau de destination:
HAMILTON 13 03 NOV 10 BERMUDA