OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11-08-10

Kendall Elzey, et al

vs.

Insureco Agency and Insurance Co., et al

Case No. 10-4102 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Fluor Enterprises, through its agent for service of process: Corporation Service Company
   (address) 320 Somerulos St, Baton Rouge, LA 70802
2. (name) FEMA Office of the Director
   (address) 500 C Street S.W., Washington, DC 20472
3. (name) Honorable Eric Holder; US Dept of Justice
   (address) 950 Pennsylvania Ave., N.W. Washington DC 20530
4. (name) U.S.A. - through Office of the U.S. Atty for E, DLA
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO55