OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Katherine Thomas, et al

vs.

American International Specialty Lines Insurance Co., et al

Case No. 10-3628  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2nd amended complaint) (third party complaint) (other: _____) to the following:

1. (name) American International Specialty Lines Insurance Company through the Secretary of State, State of Louisiana
   (address) 8585 Archives Ave, Baton Rouge, LA 70809
2. (name) Gibraltar Insurance Co., LTD through the Secretary of State, State of Louisiana
   (address) 8585 Archives Ave, Baton Rouge, LA 70809
3. (name) Shaw Environmental, Inc. through its Agent for Service of Process, CT Corporation
   (address) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70809
4. (name) USA through the United States Attorney General Hon. Eric Holder, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

5. USA through the Office of the U.S. Attorney for the Eastern District of Louisiana, through Jim Letten United States Attorney, Hale Boggs Federal Building, 500 Poydras St., Ste B210, New Orleans, LA 70130

6. FEMA through R. David Paulison Administrator of FEMA, 500 C Street, SW, Washington, DC 20472

I certify that all parties in the complaint referenced above have been matched pursuant to PTO 55.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119