OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _____11/8/10_____

_____George Williams, et al_____

vs.

_____Recreation By Design, LLC, et al_____

Case No. _10-3597_ Section _N-5_

Dear Sir:

     Please (issue) (re-issue) summons on the (complaint) (amended
complaint) (✓ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. (name) RECREATION BY DESIGN, LLC, THROUGH ITS AGENT FOR
   SERVICE OF PROCESS, RANDALL K. RUSH
   (address) 21746 BUCKINGHAM Rd, Elkhart, IN 46516

2. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN
   DISTRICT OF LOUISIANA
   (address) 500 POYDRAS St, Rm B210, NEW ORLEANS, LA 70130

3. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED
   STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530-0001

4. (name) USA THROUGH FEMA OFFICE OF THE DIRECTOR,
   OFFICE OF THE GENERAL COUNSEL
   (address) 500 C Street, SW, WASHINGTON, DC 20472

Very truly yours,

_____
"Signature"

Attorney for  Plaintiffs
              FRANK J. D'AMICO JR.
Address  4731 CANAL Street
         NEW ORLEANS, LA 70119

I certify that all parties
listed in the complaint
referenced above, have
been matched pursuant
to PTO·55.