OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Anthony Woods, et al.

vs.

A.B.C. Manufacturing Co., et. al.

Case No. 10-4075 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Shaw Environmental Inc through its registered agent for service: CT Corporation System
   (address) 5615 Corporate Blvd, Ste. 400B, Baton Rouge, LA 70802
2. (name) USA through US Atty's office, E.D.LA.
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130
3. (name) USA through Attorney General of the United States;
   (address) US Dept of Justice, 950 Pennsylvania Ave, NW, Washington DC 20530
4. (name) USA through FEMA office of the Director, office of the General Counsel
   (address) 500 C Street, SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J D'Amico Jr. A.P.L.C
4731 Canal St.
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO 55