OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _____ 11/8/10 _____

Adelline Dison, et al

vs.

ABC Manufacturing Co, et al

Case No. 10-3627 Section U-5

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FLUOR ENTERPRISES, INC., THROUGH ITS REGISTERED AGENT FOR SERVICE, CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS St., BATON ROUGE, LA 70802-6129
2. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS St, RmB210, NEW ORLEANS LA 70130
3. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 Pennsylvania Ave, NW, WASHINGTON, DC 20530-0001
4. (name) USA THROUGH FEMA, OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL
   (address) 500 C Street, SW, WASHINGTON, DC 20472

Very truly yours,

_____
"Signature"

Attorney for PLAINTIFFS
         FRANK J. D'AMICO, Jr.
Address  4731 CANAL STREET
         NEW ORLEANS, LA 70119

I certify that all parties
listed in the complaint
referenced above, have
been matched pursuant
to PTO-55.