OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

George King, et al

vs.

ABC Manufacturing, Inc, et al

Case No. 10-4074 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Fluor Enterprises, Inc, through its registered Agent for Service Corporation Service Company
   (address) 320 Someruelos St, Baton Rouge, LA 70802-6129
2. (name) USA through U.S. Attorney's Office, Eastern District of Louisiana
   (address) 500 Poydras St, Rm B210 New Orleans, LA 70130
3. (name) USA through Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
4. (name) USA through FEMA Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW, Washington, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119