OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Kendrick Bartholomew, et al

vs.

Cavalier Home Builders

Case No. 10-2569 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Cavalier Home Builders, LLC, through its Agent for Service of Process: The Corporation Company
   (address) 2000 Interstate Park Dr Ste 204 Montgomery, AL 36109
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St.
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO #55.