OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Askia Asadullah, et al

vs.

Southern Energy Homes, Inc, et al

Case No. 10-4096 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Southern Energy Homes, Inc through its Chief Executive Officer by Long Arm Service
   (address) 1101 Eisenhower Dr N Goshen, IN 46527
2. (name) Fluor Enterprises Inc through its Registered Agent for Service: Corporation Service Company
   (address) 320 Somerulos St Baton Rouge, LA 70802-6129
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St. Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave NW Washington, DC 20530-0001

5. FEMA, Office of the Director,
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
            Frank J D'Amico Jr
Address  4731 Canal St
         New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.