OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _____11/8/10_____

_Ariel Johnson, et al_

vs.

_Gulfstream Coach, et al_

Case No. 10-3623 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint)

(other : _____) to the following:

1. (name) Shaw Environmental, Inc through its Registered Agent for Service: CT Corporation Service
   (address) 5615 Corporate Blvd, Ste 400B Baton Rouge, LA 70808
2. (name) Gulfstream Coach, Inc Through its Registered agent for Service: Kenneth C Brinker
   (address) 503 South Oakland Nappanee, IN 46550
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St, Ste B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, nw Washington, DC 20530-0001

5. FEMA, Office of the Director
Office of the General Counsel
500 C Street, sw
Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address  4731 Canal St.
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.