OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Melvin LeBlanc, et al

vs.

Coachmen Industries, Inc, et al

Case No. 10-4084 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Coachmen Industries, Inc, through its Agent for Service of Process, Corporation Service Company
   (address) 251 East Ohio St, Ste 500, Indianapolis, IN 46204
2. (name) USA through U.S. Attorney's Office Eastern District of Louisiana
   (address) 500 Poydras St, Rm B210, New Orleans, LA 70130
3. (name) USA through Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
4. (name) USA through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW, Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
          Frank J. D'Amico, Jr.
Address  4731 Canal Street
         New Orleans, LA 70119

I certify that all Parties listed in the complaint referenced above, have been matched pursuant to PTO-55.