UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE   * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION        * | |
| * | JUDGE: ENGELHARDT |
| This Document Relates to:                 * | |
| ALL CASES                                        * | MAG: CHASEZ |
| * | |

\* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes defendant, MLU Services, Inc. ("MLU"), and moves the Court to allow the withdrawal of Lara E. White of the law firm Adams and Reese LLP, 4500 One Shell Square, New Orleans, Louisiana 70139 as counsel of record for MLU.

MLU further requests that this Court permit Stephen R. Barry of the law firm Barry & Piccione LLC, 612 Gravier Street, New Orleans, Louisiana 70130 to enroll and substitute as counsel for MLU.

This withdrawal and substitution will not delay the progress of this case.

Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signature.

1

RESPECTFULLY SUBMITTED,

*/s/ Lara E. White*

**LARA E. WHITE (#23366)**
**ADAMS AND REESE LLP**
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 585-0141
Facsimile: (504) 566-0210
E-mail:   lara.white@arlaw.com


*/s/ Stephen R. Barry*

**STEPHEN R. BARRY (#21465)**
**BARRY & PICCIONE LLC**
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
E-mail:   sbarry@barrypiccione.com

*Counsel for Defendant, MLU SERVICES, INC.*


### CERTIFICATE OF SERVICE

I do hereby certify that on November __16__, 2010, a true and correct copy of the foregoing was e-filed via CM/ECF with automatic service by the Clerk to all counsel of record by operation of the Court's electronic filing system.

*/s/ Lara E. White*

**LARA E. WHITE**