AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SONYA ANDREWS <br><br> *Plaintiff* <br><br> v. <br><br> SUN VALLEY, INC., ET AL <br><br> *Defendant* | Civil Action No. 09-5659 "N" (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sun Valley, Inc.
Through its agent for service
Dan Morrison
120 W. Lexington Avenue
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Nov 08 2010__

*Deputy clerk's signature*

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

UNCLAIMED
RETURN TO SENDER

Refused
11.12.10
sp
1613

UNCLAIMED

Sun Valley, Inc. thru
Dan Morrison
120 W. Lexington Ave.
Elkhart, IN 46516

CERTIFIED MAIL™

7179 1000 1450 0170 2283


Hasler
016H265220
$07.17
11/09/2010
Mailed From 701
US POSTAGE

Reorder Form LCD-811R rev. 01/07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below:    ☐ No

3. Service Type
☒ Certified

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7179 1000 1645 0017 0283

1. Article Addressed to:

Sun Valley, Inc. thru
Dan Morrison
120 W. Lexington Ave.
Elkhart, IN 46516

Code2: Andrews v Sun Valley, EDLA 09-5659

PS Form 3811    Domestic Return Receipt