AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| BRYCE DOTY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-3722  "N"  (5) |
| SUN VALLEY, INC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sun Valley, Inc.
Through its agent for service
Dan Morrison
120 W. Lexington Avenue
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 08 2010

Deputy clerk's signature

Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163



$07.17
Hasler
11/09/2010
Mailed From 701
US POSTAGE



UNCLAIMED
Refuse
1613



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7910001645001702214

Sun Valley, Inc. thru
Dan Morrison
120 W. Lexington Ave.
Elkhart, IN 46516

UNCLAIMED



Reorder Form LCD-811R rev. 01/07

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sun Valley, Inc. thru
Dan Morrison
120 W. Lexington Ave.
Elkhart, IN 46516

Code2: Doty .v Sun Valley, EDLA 09-3722

2. Article Number
7179 1000 1645 0017 0214

3. Service Type  ☒ Certified
4. Restricted Delivery? (Extra Fee)  ☐ Yes

A. Signature  X
B. Received by (Printed Name)
C. Date of Delivery
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

COMPLETE THIS SECTION ON DELIVERY

PS Form 3811   Domestic Return Receipt