AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ANGELUS MITCHELL <br> *Plaintiff* <br> v. <br> LIBERTY MUTUAL INSURANCE CORP. ET AL <br> *Defendant* | Civil Action No. 10-3914 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Liberty Mutual Ins. Corp
through its agent for service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__

B. Gregory
Deputy clerk's signature

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

7179 1001 6450 0170 535

1. Article Addressed to:

Liberty Mutual Ins. Corp., through
Corporation Service Company
320 Somerulos
Baton Rouge, LA 70802

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jordy John

C. Date of Delivery: 11/12

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

NOV 12

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Code2: Mitchell v. Liberty Mut., EDLA 10-3914

PS Form 3811            Domestic Return Receipt