AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| DAVID PERKINS, ET AL <br> *Plaintiff* <br> v. <br> GULF STREAM COACH, INC. ET AL <br> *Defendant* | Civil Action No. 10-3901 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaw Environmental, Inc.
through its counsel of record
Karen K. Whitfield
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Nov 03 2010

*B. Gregory*
Deputy clerk's signature

**2. Article Number**

7179 1000 1645 0017 0627

**1. Article Addressed to:**

SHAW ENVIRONMENTAL, INC. thru
Karen Whitfield
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X E. B---  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): E. Bennett

C. Date of Delivery: 11-12-10

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee): ☐ Yes

Code2: Perkins v. Gulf Stream, EDLA 10-3901

PS Form 3811    Domestic Return Receipt