AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| CAROLYN WILLIAMS, ET AL ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-3929 |
| VANGUARD INDUSTRIES OF MICHIGAN, INC.., ) ET AL ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__    B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| 71791000164500170887 | A. Signature X Santha Ch. | ☐ Agent ☐ Addressee | |
| | B. Received by (Printed Name) Samantha Chiasson | C. Date of Delivery 11/12/10 | |
| 1. Article Addressed to: United States of America, through James Letten, US Atty for EDLA 500 Poydras St., Suite B210 New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes If YES enter delivery address below: ☐ No | | |
| | 3. Service Type | ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee) | | Yes |

Code2: Williams v. Vanguard, EDLA 10-3929

PS Form 3811      Domestic Return Receipt