UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *McCrary, et al v. Sunnybrook RV, Inc., et al.,* | * | |
| Docket No. 09-5974; and | * | |
| *George v. Sunnybrook RV, Inc., et al.* | * | |
| Docket No. 10-2384 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINTS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint direct causes of action against Sunnybrook RV's two (2) insurance carriers, Colony National Insurance Company and Westchester Surplus Lines Insurance Company for the damages caused by their insured. Plaintiffs have contacted counsel for Defendant Sunnybrook RV, and have been notified that Defendant will file no opposition.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,
        MEUNIER & WARSHAUER, L.L.C.**

    BY:   s/Justin I. Woods
            GERALD E. MEUNIER, #9471
            JUSTIN I. WOODS, #24713
            Gainsburgh, Benjamin, David,
            Meunier & Warshauer, L.L.C.
            2800 Energy Centre
            1100 Poydras Street

        New Orleans, Louisiana  70163
        Telephone:	504/522-2304
        Facsimile:	504/528-9973
        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713