## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO: 07-1873 |
| FORMALDEHYDE PRODUCTS | | |
| LIABILITY LITIGATION | | SECTION: "N" (5) |
| | * | JUDGE KURT D. ENGELHARDT |
| | | MAGISTRATE ALMA CHASEZ |

\*   \*   \*

### REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING

Herbert V. Larson, Jr. and Sara A. Johnson, counsel of record for movant, Mary C. DeVany, respectfully request that the Clerk of Court remove them from the notice of electronic filing for the above-captioned case. On November 11, 2010, the United States Court of Appeals for the Fifth Circuit filed its Order as to Ms. DeVany, thus she is no longer a party, and her attorneys no longer need to receive notice of the filings in this case.

Respectfully submitted,

*s/Sara A. Johnson*
Herbert V. Larson, Jr., 8052
Sara A. Johnson, 31207
SCHONEKAS, WINSBERG, EVANS &
    MCGOEY, L.L.C.
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
(504) 680-6050
hlnola@aol.com
sara@semmlaw.com

Attorneys for Mary C. DeVany

## CERTIFICATE OF SERVICE

This certifies that on November 17, 2010, I electronically filed the foregoing Request to be Removed from Notice of Electronic Filing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

            *s/Sara A. Johnson*
            SARA A. JOHNSON