# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

November 5, 2010



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 1 6 2010

LORETTA G. WHYTE
CLERK

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  C.A. No. 10-2304; *Betty Celestine, et al vs. Vanguard Industries of Michigan, inc. a/k/a Palomino RV, et al*; United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Amended Complaint for Damages to the following:

Vanguard Industries of Michigan, Inc. a/k/a Palomino RV
Through its registered agent:
Scott A. Day
31450 M-86 West
Colon, MI 49040

Shaw Environmental, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

Fluor Enterprises, Inc.
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129



---

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

- 
    The United States of America through:
    United States Department of Justice
    The Honorable Eric Holder
    Attorney General of the United States
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

    The United States of America through:
    Federal Emergency Management Agency
    The Honorable Craig Fugate
    Office of the Administrator
    500 C Street SW
    Washington, D.C. 20472

    The United States of America through:
    Jim Letten
    The United States Attorney for the Eastern District of Louisiana
    Hale Boggs Federal Building
    500 Poydras Street, B-210
    New Orleans, LA 70130

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

                                            Very truly yours,

                                            /s/ *J. Scott Daniels*

                                            J. Scott Daniels

JSD/
Enclosures