# THE BUZBEE LAW FIRM

### *www.txattorneys.com*

Reply to:  Houston Office

November 5, 2010



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 1 6 2010

LORETTA G. WHYTE
CLERK

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   C.A. No. 10-2307; *Ladell Bazley, et al vs. Arch Specialty Insurance Company, et al*;
United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please issue summons on the Amended Complaint for Damages to the following:


Arch Specialty Insurance Company

Lexington Insurance Company,

Liberty Mutual Insurance Corporation

Westchester Surplus Lines Insurance Company

Shaw Environmental, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

___ Fee_____
___ Process BG(9)sms
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Fluor Enterprises, Inc.
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

1910 Ice Cold Storage Building          JPMorgan Chase Tower (Principal Office)          200 East Cano
104 21st street (Moody Ave.)          600 Travis, Suite 7300          Edinburg, Texas 78539
Galveston, Texas 77550          Houston, Texas  77002          By Appointment Only
By Appointment Only          Telephone: (713) 223-5393
          Facsimile:  (713) 223-5909

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130


Thank you for your assistance with this matter.  Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

*/s/ J. Scott Daniels*

J. Scott Daniels


JSD/
Enclosures

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas  77002
Telephone:  (713) 223-5393
Facsimile:  (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only