# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office



November 5, 2010

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:    C.A. No. 10-2308; *Thomas Dozier, et al vs. Skyline Corporation, et al*; United States
      District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer.  Please issue summons on the Amended Complaint for Damages to the following:

Skyline Corporation

Shaw Environmental, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

Fluor Enterprises, Inc.
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

___ Fee_____
___ Process_____sms
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1910 Ice Cold Storage Building
104 21ˢᵗ street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas  77002
Telephone:  (713) 223-5393
Facsimile:  (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

CH2M Hill Constructors, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130


Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

*/s/ J. Scott Daniels*

J. Scott Daniels

JSD/
Enclosures

| 1910 Ice Cold Storage Building | JPMorgan Chase Tower (Principal Office) | 200 East Cano |
|---|---|---|
| 104 21st street (Moody Ave.) | 600 Travis, Suite 7300 | Edinburg, Texas 78539 |
| Galveston, Texas 77550 | Houston, Texas 77002 | By Appointment Only |
| By Appointment Only | Telephone: (713) 223-5393 | |
| | Facsimile: (713) 223-5909 | |