# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

November 5, 2010



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED | NOV 16 2010

LORETTA G. WHYTE
CLERK

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:    C.A. No. 10-2312; *Albert Riggs vs. Sunnybrook RV Inc., et al*; United States District
       Court, Eastern District of Louisiana

Dear Sir or Madam:

        I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please
issue summons on the Amended Complaint for Damages to the following:

        Sunnybrook RV, Inc.

        Fluor Enterprises, Inc.
        Through its registered agent:
        Corporation Service Company
        320 Somerulos St.
        Baton Rouge, LA 70802-6129

        The United States of America through:
        United States Department of Justice
        The Honorable Eric Holder
        Attorney General of the United States
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

Fee _____
Process ____ SmS
X Dktd _____
CtRmDep _____
Doc. No. _____

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130


      Thank you for your assistance with this matter.  Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

*/s/ J. Scott Daniels*

J. Scott Daniels

JSD/
Enclosures

1910 Ice Cold Storage Building
104 21ˢᵗ street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas  77002
Telephone:  (713) 223-5393
Facsimile:  (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only