# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

November 5, 2010



**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:   C.A. No. 10-2319; *Audrey Dangerfield, et al vs. Insurco, LTD., et al*; United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

   I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Complaint for Damages to the following:

   Insurco, LTD.

   Fluor Enterprises, Inc.
   Through its registered agent:
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

   Shaw Environmental, Inc.
   Through its registered agent:
   CT Corporation System
   5615 Corporate Blvd, Suite 400 B
   Baton Rouge, LA 70809

   The United States of America through:
   United States Department of Justice
   The Honorable Eric Holder
   Attorney General of the United States
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas  77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130

    Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

*/s/ J. Scott Daniels*

J. Scott Daniels

JSD/
Enclosures

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only