# THE BUZBEE LAW FIRM

*www.txattorneys.com*



Reply to: Houston Office

November 5, 2010

**Via Hand Delivery**
District Clerk
Attn: MDL 07-1873
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  C.A. No. 10-2335; *Leonard Alexander, et al vs. Gulf Stream Coach, Inc., et al*; United States District Court, Eastern District of Louisiana

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and an installer. Please issue summons on the Amended Complaint for Damages to the following:

    Gulf Stream Coach, Inc.
    Through its registered agent:
    CT Corporation System
    5615 Corporate Blvd, Suite 400 B
    Baton Rouge, LA 70809

    Shaw Environmental, Inc.
    Through its registered agent:
    CT Corporation System
    5615 Corporate Blvd, Suite 400 B
    Baton Rouge, LA 70809

    Fluor Enterprises, Inc.
    Through its registered agent:
    Corporation Service Company
    320 Somerulos St.
    Baton Rouge, LA 70802-6129

CH2M Hill Constructors, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400 B
Baton Rouge, LA 70809

The United States of America through:
United States Department of Justice
The Honorable Eric Holder
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

The United States of America through:
Federal Emergency Management Agency
The Honorable Craig Fugate
Office of the Administrator
500 C Street SW
Washington, D.C. 20472

The United States of America through:
Jim Letten
The United States Attorney for the Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, B-210
New Orleans, LA 70130

Thank you for your assistance with this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

/s/ J. Scott Daniels

J. Scott Daniels

JSD/
Enclosures

1910 Ice Cold Storage Building
104 21st street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only