MINUTE ENTRY
ENGELHARDT, J.
November 16, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Tuesday, November 16, 2010, at 10:00 a.m.

Participating were Thomas L. Cougill, Raul R. Bencomo, Linda J. Nelson and Chris Pinedo.

JS10(00:05)