UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 16, 2010, the Court held a telephone conference with the following counsel participating: Tom Cougill, Raul Bencomo, Linda Nelson, and Chris Pinedo. During the conference, the Court **ORDERED** as follows:

(1) The January 31, 2011 Jayco, Inc. summary jury trial is **CANCELLED**.

(2) A Jayco, Inc. summary jury trial will begin on **Monday, August 1, 2011, at 8:30 a.m.** Magistrate Judge Sally Shushan has agreed to preside over this trial.

(3) The pre-trial conference is **SET** for **Thursday, July 21, 2011, at 9:00 a.m.**

(4) On or before **Wednesday, December 1, 2010**, the parties shall furnish the undersigned with an agreed upon proposed scheduling order tied to the above trial and pre-trial conference dates. Also on this date, the parties shall also furnish to the undersigned and agreed upon proposed summary jury trial order.

(5) On or before **Friday, December 10, 2010**, the parties shall exchange and present to the undersigned the names of 5 individuals each party believes would make an appropriate bellwether plaintiff.

(6) On or before **Monday, January 10, 2011**, the parties shall inform the Court whether they have reached an agreement on the selection of a bellwether plaintiff. If no agreement can be reached, the parties shall furnish the undersigned with reports in support of and in objection to the previously identified individuals.

New Orleans, Louisiana, this 17th day of November, 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**


CC: Magistrate Sally Shushan