UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE  * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION  * | |
| * | JUDGE: ENGELHARDT |
| This Document Relates to:  * | |
| ALL CASES  * | MAG:  CHASEZ |
| * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS HEREBY ORDERED that Lara E. White of the law firm Adams and Reese LLP, 4500 One Shell Square, New Orleans, Louisiana 70139 is allowed to withdraw as counsel of record for defendant, MLU Services, Inc., and that Stephen R. Barry of the law firm Barry & Piccione LLC, 612 Gravier Street, New Orleans, Louisiana 70130 is allowed to enroll and substitute as counsel for defendant, MLU Services, Inc.

Thus done and signed this __17th__ day of November, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1