UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | SECTION:  N(5) | |
| | * | | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT | |
| | * | | |
| | * | MAG: CHASEZ | |

*******************************************************************************

## JOINT MOTION TO AMEND ORDER (REC. DOC. 14860)

**NOW INTO COURT**, through undersigned liaison counsel, come Plaintiffs, Manufacturing Defendants, United States of America, Contractor Defendants and Insurer Defendants, which respectfully request that this Honorable Court allow them to amend the Order issued on July 23, 2010 (Rec. Doc. 14860) by consent as follows:

(1) **On or before Wednesday, November 24, 2010**, Defendants shall file a motion addressing Plaintiffs' report and shall include an opposing expert's affidavit.

(2) Any opposition to Defendants' motion shall be filed by Plaintiff **on or before Friday, January 7, 2011**.

(3) Leave to file a reply applicable to this issue is hereby **GRANTED** (i.e., leave need not be formally requested).  Any such reply shall be filed **on or before Monday, January 17, 2011**.  After the briefing materials are received, the Court will set oral agument and/or an

evidentiary hearing on a date and time decided by the undersigned and convenient to all

applicable counsel.

Respectfully Submitted:

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      s/Andrew D. Weinstock
      ANDREW D. WEINSTOCK, #18495
      **MANUFACTURING DEFENDANTS'**
      **LIAISON COUNSEL**
      Duplass, Zwain, Bourgeois,
      Pfister & Weinstock
      3838 N. Causeway Boulevard, Suite 2900
      Metairie, Louisiana 70002
      Telephone:    504/832-3700
      Facsimile:    504/837-3119
      andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
MICHELLE BOYLE
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF
AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:      202/616-4449
Henry.Miller@usdoj.gov
Michelle.Boyle@usdoj.gov
Adam.Dinnell@usdoj.gov
Jonathan.Waldron@usdoj.gov


s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com


s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com

# C E R T I F I C A T E

I hereby certify that on the 17th day of November, 2010, a copy of the foregoing Motion to Amend Order (Rec. Doc. 14860) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com