UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to:  ALL CASES | * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the Joint Motion to Amend Order (Rec. Doc. 14860);

**IT IS HEREBY ORDERED THAT:**

(1) **On or before Wednesday, November 24, 2010**, Defendants shall file a motion addressing Plaintiffs' report and shall include an opposing expert's affidavit.

(2) Any opposition to Defendants' motion shall be filed by Plaintiff **on or before Friday, January 7, 2011**.

(3) Leave to file a reply applicable to this issue is hereby **GRANTED** (i.e., leave need not be formally requested). Any such reply shall be filed **on or before Monday, January 17, 2011**. After the briefing materials are received, the Court will set oral agument and/or an evidentiary hearing on a date and time decided by the undersigned and convenient to all applicable counsel.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE