UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | CIVIL ACTION NO.: 2:07-MD-01873 |
| FORMALDEHYDE | * | |
| PRODUCE LIABILITY LITIGATION | * | JUDGE: |
| | * | KURT D. ENGELHARDT |
| | * | |
| | * | SECTION "N" |
| Pertains to: | * | |
| CARPENTER, ET AL | * | MAGISTRATE: |
| VERSUS | * | ALMA L. CHASEZ |
| DOUG BOYD ENTERPRISES, LLC, ET AL | * | |
| | * | MAG: (5) |
| CIVIL ACTION NO.: 10-4118 | * | |

******************************************

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

On Motion of **SUPERIOR HOMES, L.L.C.** and the firm of Bernard, Cassisa, Elliott & Davis, and on suggesting to the Court that **HOWARD B. KAPLAN** be enrolled as an additional counsel of record for defendant **SUPERIOR HOMES, L.L.C.**;

        **BERNARD, CASSISA, ELLIOTT & DAVIS**
        A Professional Law Corporation

BY: *s/Howard B. Kaplan*
        **HOWARD B. KAPLAN (#14414)**
        1615 Metairie Road
        P.O. Box 55490
        Metairie, LA 70055-5490
        Telephone: (504) 834-2612

        **COUNSEL FOR,**
        **SUPERIOR HOMES, L.L.C.**

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 17th day of November, 2010.

                                                *s/Howard B. Kaplan*
                                                **HOWARD B. KAPLAN (#14414)**