UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **CIVIL ACTION NO.:   2:07-MD-01873** |
| **FORMALDEHYDE** | * | |
| **PRODUCE LIABILITY LITIGATION** | * | **JUDGE:** |
| | * | **KURT D. ENGELHARDT** |
| | * | |
| | * | **SECTION "N"** |
| **Pertains to:** | * | |
| **CARPENTER, ET AL** | * | **MAGISTRATE:** |
| **VERSUS** | * | **ALMA L. CHASEZ** |
| **DOUG BOYD ENTERPRISES, LLC, ET AL** | * | |
| | * | **MAG: (5)** |
| **CIVIL ACTION NO.: 10-4118** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

Considering the foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Howard B. Kaplan and Bernard, Cassisa, Elliott & Davis be and are hereby enrolled as additional counsel fo record for **SUPERIOR HOMES, L.L.C.**, defendant herein.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
DISTRICT COURT JUDGE