AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| BRYCE DOTY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-3722  "N"  (5) |
| SUN VALLEY, INC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLUOR ENTERPRISES, INC.
through its attorney of record
Tanya Henkel Fields
Middleberg, Riddle & Gianna
717 N. Harwood St., Suite 2400
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 08 2010__

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500170207 | A. Signature  X _____ ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name) Ans Stewart   C. Date of Delivery 11-15-10 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes   If YES enter delivery address below: ☐ No |
| FLUOR ENTERPRISES, INC. through Tanya Henkels Fields Middleberg, Riddle & Gianna 717 N. Harwood St., Suite 2400 Dallas, TX 75201 | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| Code2: Doty .v Sun Valley, EDLA 09-3722 | |

PS Form 3811                                          Domestic Return Receipt