AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| PATRICK BEECHER, ET AL | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-3916 |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras Street, Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   **Nov 03 2010**

*B. Gregory*
Deputy clerk's signature

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number

71791000164500169614

1. Article Addressed to:

United States of America, through
James Letten, US Atty for EDLA
500 Poydras St., Suite B210
New Orleans, LA 70130

A. Signature

X _Abernie_

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

11/16/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES enter delivery address below:  ☐ No

3. Service Type

☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

Code2: Beecher v. Cavalier, EDLA 10-3916

**Domestic Return Receipt**

PS Form 3811