AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTOPHER CARRADINE, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-3906 |
| SHAW ENVIRONMENTAL, INC. ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaw Environmental, Inc.
through its counsel of record
Karen K. Whitfield
Baker Donelson
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Loretta G. Whyte*
Name of clerk of court

Date: __Nov 03 2010__           *B. Gregory*
Deputy clerk's signature

**SENDER: COMPLETE THIS SECTION**

- Agent ☐
- Addressee ☐

A. Signature: X [signature]

B. Received by (Printed Name): H. Smith

C. Date of Delivery: 11/15/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

**COMPLETE THIS SECTION ON DELIVERY**

1. Article Addressed to:

   SHAW ENVIRONMENTAL, INC. through
   Karen Whitfield
   Baker Donelson
   201 St. Charles Ave., Suite 3600
   New Orleans, LA 70170

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Code2: Carradine v. Shaw, EDLA 10-3906

2. Article Number: 7179 0001 4500 1697 13

PS Form 3811    Domestic Return Receipt