AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| ELLA FLOWERS <br> _Plaintiff_ <br> v. <br> SCOTBILT HOMES, INC.. ET AL <br> _Defendant_ | ) ) ) ) ) ) ) ) ) Civil Action No. 10-3903 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scotbilt Homes. Inc.
through its agent for service
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 03 2010___          B. Gregory
                                  Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500169850 | A. Signature X *Shelby Griff* | ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) Shelby Griffin | C. Date of Delivery 11-15 |
| 1. Article Addressed to:<br><br>Scotbilt Homes, Inc. thru<br>Sam P. Scott<br>2888 Fulford Road<br>Waycross, GA 31503 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

Code2: Flowers v. Scotbilt, EDLA 10-3903

PS Form 3811                Domestic Return Receipt