# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT LIABILITY LITIGATION | * * | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGLEHARDT |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

\*  \*  \*  \*  \*  \*  \*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW James R. Sutterfield and Candace R. LeBlanc of the law firm of Sutterfield & Webb, LLC who hereby enter their appearance on behalf of defendant, Colony Insurance Company. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence in connection with this action be served upon them in accordance with the address and contact information below.

Respectfully submitted,

  /S/ JAMES R. SUTTERFIELD
James R. Sutterfield (La. Bar No. 12597)
Jessica B. Cozart (La. Bar No. 31626)
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:     (504)529-7197
jsutterfield@swslaw.com
jcozart@swslaw.com
mfrance@swslaw.com
lmd@swslaw.com

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing pleading has been served upon all counsel of record via email and/or by placing the same in the United States mail, postage prepaid and properly addressed, this _____ day of November, 2010.

/s/ JAMES R. SUTTERFIELD