UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| | * | |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |
| | * | |

## MOTION TO APPEAR *PRO HAC VICE*

NOW INTO COURT, through undersigned counsel, comes defendant, Colony National Insurance Company**,** to respectfully move under Uniform Local Rule 83.2.6E for the United States District Court, Eastern District of Louisiana, for appearance *pro hac vice*, on behalf of Colony National Insurance Company, in the above-captioned matter, of applicant attorney:

Larry I. Gramovot
Gramovot & Takacs, P.L.
1400 Village Square Blvd., No. 3-405
Tallahassee, Florida 32312-1231
Telephone: 850-325-1914
Fax: 866-386-6321

Undersigned counsel is a member of the bar of this court.  Mr. Gramovot is ineligible to become a member of the Bar of this court because he is not a member of the Bar of the State of Louisiana.  He is a member in good standing of and has been admitted to practice before the Bar of the State of Florida (May 15, 1979), Bar ID No. 273570, and the Bar of the United States District Court, Middle District of Florida.  A certificate of good standing from the Bar of the Florida Bar and the declaration of Mr. Gramovot are attached as Exhibits A and B, respectively.

WHEREFORE, undersigned counsel and defendant, Colony National Insurance Company, respectfully requests admission of Mr. Larry I. Gramovot to appear *pro hac vice* before this court on behalf of Colony National Insurance Company, in the above-captioned matter, with all the rights and privileges attendant thereto, and entry of Mr. Larry I. Gramovot as counsel of record for same.

Of Counsel:
SUTTERFIELD & WEBB, L.L.C.

Respectfully submitted,

s/ James R. Sutterfield
JAMES R. SUTTERFIELD,T.A.(Bar # 12597)
CANDACE R. LeBLANC (Bar # 31831)
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598 -2715
Facsimile:    (504) 529 -7197
jsutterfield@swslaw.com
cleblanc@swslaw.com
**Attorneys for
Colony National Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th , 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants

      __s/ James R. Sutterfield_____
      SUTTERFIELD & WEBB, L.L.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                *        MDL NO. 2:07-MD-1873
FORMALDEHYDE PRODUCT               *
LIABILITY LITIGATION               *
                                   *        SECTION "N" (5)
                                   *
THIS DOCUMENT IS RELATED TO:       *        JUDGE ENGELHARDT
                                   *
*ALL CASES*                        *        MAGISTRATE JUDGE CHASEZ
                                   *
                                   *

## ORDER

Considering the Motion to Appear *Pro Hac Vice*, properly formed and filed by counsel for defendant, Colony National Insurance Company, it is hereby ordered that Mr. Larry I. Gramovot, of Gramovot & Takacs, P.L., 1400 Village Square Blvd., No. 3-405, Tallahassee, Florida 32312-1231, be admitted to appear *pro hac vice* before this court on behalf of Colony National Insurance Company, in the above-captioned matter, with all the rights and privileges attendant thereto, and that he be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on the ____day of_____, 2010.

_____
JUDGE