UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT<br>LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGELHARDT |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |

## DECLARATION

I, Larry I. Gramovot, of the law firm of Gramovot & Takacs, P.L., 1400 Village Square Blvd., No. 3-405, Tallahassee, Florida 32312-1231, do hereby state under oath that no disciplinary proceedings or criminal charges have been instituted against me, that I am admitted to practice before the Bar of the United States District Court, Middle District of Florida, U.S. District Court, Western District of Michigan, and U.S. Court of Appeals, Fifth, Sixth and Eleventh Circuits, and that I am in good standing therein. This declaration is submitted in support of the Motion to Appear *Pro Hac Vice* for Colony National Insurance Company in the above-referenced matter.

The foregoing statements are made under the pains and penalties of perjury.

Larry I. Gramovot

11/18/10
November 18, 2010

