UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGELHARDT |
| *ALL CASES* | * * * | MAGISTRATE JUDGE CHASEZ |

## ORDER

Considering the Motion to Appear *Pro Hac Vice*, properly formed and filed by counsel for defendant, Colony National Insurance Company, it is hereby ordered that Mr. Larry I. Gramovot, of Gramovot & Takacs, P.L., 1400 Village Square Blvd., No. 3-405, Tallahassee, Florida 32312-1231, be admitted to appear *pro hac vice* before this court on behalf of Colony National Insurance Company, in the above-captioned matter, with all the rights and privileges attendant thereto, and that he be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on the ____ day of _____, 2010.

_____
JUDGE