UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  	MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 	SECTION "N-5"

	JUDGE ENGELHARDT
	MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given, now that all post trial motions are ruled upon, that Plaintiff Lyndon Wright is aggrieved by, and hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment dated June 10, 2010 (Document No. 14388) and subsequent Orders relating thereto, dismissing with prejudice any and all claims against Forest River, Inc. and Shaw Environmental, Inc., as well as the awarding of fees and costs to those defendants and the United States.

	RESPECTFULLY SUBMITTED:

	**FRANK J. D'AMICO, JR., APLC**

	BY: s/Frank J. D'Amico
	FRANK J. D'AMICO, JR., T.A. (#17519)
	4731 Canal Street
	New Orleans, LA 70119
	Telephone:	(504) 525-7272
	Fax:	(504) 525-9522

1

*and*

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
GERALD E. MEUNIER (#9471)
JUSTIN I. WOODS (#24713)
ANTHONY BUZBEE, Texas (#24001820)
ROBERT BECNEL (#14072)
RAUL BENCOMO (#2932)
MATT MORELAND (#24567)
LINDA NELSON (#9938)
DENNIS REICH, Texas (#16739600)
MIKAL WATTS, Texas (#20981820)

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico Jr.
FRANK J. D'AMICO JR. #17519