# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | CIVIL ACTION NO.:  2:07-MD-01873 |
| FORMALDEHYDE | * | |
| PRODUCE LIABILITY LITIGATION | * | JUDGE: |
| | * | KURT D. ENGELHARDT |
| | * | |
| | * | SECTION "N" |
| Pertains to: | * | |
| CARPENTER, ET AL | * | MAGISTRATE: |
| VERSUS | * | ALMA L. CHASEZ |
| DOUG BOYD ENTERPRISES, LLC, ET AL | * | |
| | * | MAG: (5) |
| CIVIL ACTION NO.: 10-4118 | * | |

*****************************************

## O R D E R

Considering the foregoing Motion to Enroll as Additional Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Howard B. Kaplan and

Bernard, Cassisa, Elliott & Davis be and are hereby enrolled as additional counsel for record for

**SUPERIOR HOMES, L.L.C.**, defendant herein.

New Orleans, Louisiana, this ____18th____ day of ____November____, 2010.

_____
DISTRICT COURT JUDGE