AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| CAROLYN WILLIAMS, ET AL<br><br>*Plaintiff*<br>v.<br>FOREST RIVER, INC., ET AL<br><br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.   10-3928<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest River, Inc.
through its agent for service
J. Richard Ransel
228 W. High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Nov 03 2010

B. Gregory

Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | A. Signature<br>X _____  ☐ Agent<br>☐ Addressee |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179100016450017 0948 | B. Received by (Printed Name)  C. Date of Delivery<br>11-15-10 |
| 1. Article Addressed to:<br><br>FOREST RIVER, INC.  through<br>J. Richard Ransel<br>228 W. High St.<br>Elkhart, IN 46516 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES enter delivery address below:  ☐ No |
| | 3. Service Type      ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)      Yes |

Code2: Williams v. Forest River, EDLA 10-3928

PS Form 3811                    **Domestic Return Receipt**