AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JANELLE DENNIS, ET AL | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-3915 |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAVALIER HOME BUILDERS, LLC
Through its agent for service of process
The Corporation Company
2 N. Jackson St., Suite 605
Montgomery, AL 36104-3821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  Nov 03 2010

**2. Article Number**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

7179 1000 1645 0016 9720

B. Received by (Printed Name)

C. Date of Delivery 11/5/10

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

1. Article Addressed to:

Cavalier Home Builders, LLC thru
The Corporation Company
2 N. Jackson St.,
Suite 605
Montgomery, AL 36104-3821

3. Service Type          ☒ Certified

4. Restricted Delivery? (Extra Fee)     ☐ Yes

*EDLA 10.3715*

Code2: Cunnudine v. Shaw, EDLA 10-3990
*DENNIS V CAVALIER*

PS Form 3811          **Domestic Return Receipt**