AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JANELLE DENNIS, ET AL  )<br>       )<br>*Plaintiff*   )<br>       )<br>v.      )   Civil Action No.  10-3915<br>       )<br>CAVALIER HOME BUILDERS, LLC, ET AL   )<br>       )<br>*Defendant*   ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAVALIER HOMES, INC.
    Through its agent for service of process
    The Corporation Company
    2 N. Jackson St., Suite 605
    Montgomery, AL 36104-3821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
    Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras St.
    New Orleans, LA 70163-2800
    Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Nov 03 2010__

   Loretta G. Whyte
   Name of clerk of court

   *B. Gregory*
   Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 71791000164500169737 | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 11/15/10 |
| 1. Article Addressed to:<br><br>Cavalier Homes, Inc. thru<br>The Corporation Company<br>2 N. Jackson St.,<br>Suite 605<br>Montgomery, AL 36104-3821 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES enter delivery address below:<br><br>3. Service Type  ☒ Certified<br><br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| Code2: Carradine v. Shaw, EDLA 10-3915<br>DENNIS   10-3915 | |

PS Form 3811                Domestic Return Receipt