OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   November 19, 2010

In re:   FEMA Trailer Litigation
No. 07-1873 as relates to

GEROD MACON, ET AL V.
SUN VALLEY, INC., ET AL
CASE NO. 09-7109

Dear Sir:

Please **issue** summons on the **Second Amended Complaint** to the following:

1. CH2M Hill Constructors, Inc., through its attorney of record, Gerardo R. Barrios, Baker, Donelson, 3 Sanctuary Blvd., #201, Mandeville, LA 70471.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff