OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

DATE: NOVEMBER 10, 2010
**DOLORES JOSEPH, ET AL**

Vs.

SOUTHERN ENERGY HOMES, INC., ET AL

Case No. 2:10-cv-04052 KDE-ALC

Section N

**Dear Sir:**

Please issue summons on the amended complaint to the following:

1. The United States of America through
   U.S. Attorney's Office, Eastern District of Louisiana
   500 Poydras Street Room B210
   New Orleans, La. 70130
2. The United States of America through
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. The United States of America through
   Federal Emergency Management Agency
   Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472
4. Southern Energy Homes, Inc. through its
   Chief Executive Officer by Long Arm Service
   1101 Eisenhower Drive, N
   Goshen, IN 46527
5. Fluor Enterprises, Inc.
   Through its registered agent for service:
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, LA 70802-6129

I hereby certify that all parties have been matched.

Very truly yours,
s/Douglas M. Schmidt
DOUGLAS M. SCHMIDT (#11789)
PETER R. BORSTELL (#3264)
**DOUGLAS M. SCHMIDT APLC**
335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
*Counsel for Plaintiff*