OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

DATE: NOVEMBER 10, 2010

ROBIN WESTON ON BEHALF OF J.W., ET AL

Vs.

FOREST RIVER, INC., ET AL

Case No. 2:10-cv-04059 KDE-ALC

Section N

Dear Sir:

Please issue summons on the amended complaint to the following:

1. The United States of America through
   U.S. Attorney's Office, Eastern District of Louisiana
   500 Poydras Street, Room B210
   New Orleans, LA 70130
2. The United States of America through
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. The United States of America through
   Federal Emergency Management Agency
   Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472
4. Forest River, Inc.
   Through its agent for service of process
   J. Richard Ransel
   228 W. High Street
   Elkhart, IN 46516
5. Fluor Enterprises, Inc.
   Through its agent for service of process
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, LA 70802

Very truly yours,
s/Douglas M. Schmidt
   DOUGLAS M. SCHMIDT (#11789)
   PETER R. BORSTELL (#3264)
   **DOUGLAS M. SCHMIDT APLC**
   335 City Park Ave.
   New Orleans, LA 70119
   Telephone: (504) 482-5711
   *Counsel for Plaintiff*