UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Black, et al., v. Crum & Forster Specialty Ins. Co., et al., EDLA 09-5225*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

 IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

 New Orleans, Louisiana this____day of_____, 2010.

          _____
          HONORABLE KURT D. ENGELHARDT