UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Frederick, et al., v. Waverlee Homes, Inc., et al., EDLA 09-4821*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing Motion,

   IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

   New Orleans, Louisiana this____day of_____, 2010.


   _____
   HONORABLE KURT D. ENGELHARDT