UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Eric Forsythe, Jr., et al. v. Sun Valley, Inc., et al.,*
EDLA No. 10-3833
*****************************************************************************

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaint in the above-referenced case. Plaintiffs seek to add to the complaint direct causes of action against Sun Valley's two (2) insurance carriers. Plaintiffs have contacted counsel for Defendant Sun Valley, and have been notified that Defendant will file no opposition.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:        s/ Roberta L. Burns
       SIDNEY D. TORRES, III, La. Bar No. 12869
       ROBERTA L. BURNS, La. Bar No. 14945
       DAVID C. JARRELL, La. Bar No. 30907
       8301 West Judge Perez Drive, Suite 303
       Chalmette, LA 70043
       Telephone: (504) 271-8421
       Facsimile: (504) 271-1961
       ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                     s/ Roberta L. Burns
                                                                      ROBERTA L. BURNS