UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO: *Eric Forsythe, Jr., et al. v. Sun Valley, Inc., et al.,* EDLA No. 10-3833 | |

*****************************************************************************

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED.

**DONE AND SIGNED** this ____ day of November, 2010, at New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE