OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

DATE: NOVEMBER 10, 2010
ANN DUPLESSIS, ET AL

Vs.

CLAYTON HOMES OF LAFAYETTE, INC. f/k/a CLAYTON HOMES, INC., ET AL

Case No. 2:10-cv-04063 KDE-ALC

Section N

Dear Sir:

Please issue summons on the amended complaint to the following:

1. The United States of America through
   U.S. Attorney's Office, Eastern District of Louisiana
   500 Poydras Street, Room B210
   New Orleans, LA 70130
2. The United States of America through
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
3. The United States of America through
   Federal Emergency Management Agency
   Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472
4. Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc.
   Through its agent for service of process
   John K. McBride
   201 Main Street, Suite 810
   Lafayette, IN 47902
5. Fluor Enterprises, Inc.
   Through its agent for service of process
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, LA 70802

I hereby certify that all parties have been matched

Very truly yours,
s/Douglas M. Schmidt
DOUGLAS M. SCHMIDT (#11789)
PETER R. BORSTELL (#3264)
**DOUGLAS M. SCHMIDT APLC**
335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
*Counsel for Plaintiff*