UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*February 22, 2011, Dutchaman Manufacturing, Inc., Summary Jury Trial*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE*/CONSENT
MOTION TO AMEND AND EXTEND THE DECEMBER 1, 2010, DEADLINE
FOR FILING ITS OBJECTIONS TO THE HONORABLE JUDGE KURT
ENGELHARDT PRESIDING OVER THE FEBRUARY 22, 2011, DUTCHMAN
MANUFACTURING, INC., SUMMARY JURY TRIAL

Defendant United States of America ("United States") files this Unopposed *Ex Parte*/Consent Motion to alter and extend Pretrial Order No. 78, December 1, 2010, deadline for filing its objections to the Honorable Judge Kurt Engelhardt presiding over the Feburary 22, 2011, Dutchman Manufacturing, Inc. ("Dutchman"), Summary Jury Trial ("”SJT"). The United States requests that the Court modify the December 1, 2010, deadline and extend that deadline to allow the government to file any objections within ten days of Plaintiffs' Steering Committee ("PSC") and Dutchman's issuance of a Dutchman SJT Protocol.   The Court should grant this Motion and enter the attached proposed Order for the reasons set forth in the Memorandum filed in support hereof.

Undersigned government counsel has conferred with Plaintiffs' Liaison Counsel and Counsel for Dutchman, and undersigned government counsel hereby certifies that neither object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte*/Consent Motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: November 22, 2010. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | MICHELLE BOYLE<br>ADAM DINNELL<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller* |
| OF COUNSEL: | HENRY T. MILLER (D.C. Bar No. 411885)<br>Senior Trial Counsel |
| JORDAN FRIED<br>Associate Chief Counsel | United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>Federal Emergency Management Agency<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)