UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　　SECTION N-5

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*February 22, 2011, Dutchaman Manufacturing, Inc., Summary Jury Trial*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS
UNOPPOSED *EX PARTE*/CONSENT MOTION TO AMEND AND EXTEND THE
DECEMBER 1, 2010, DEADLINE FOR FILING ITS OBJECTIONS TO THE
HONORABLE JUDGE KURT ENGELHARDT PRESIDING OVER THE FEBRUARY
22, 2011, DUTCHMAN MANUFACTURING, INC., SUMMARY JURY TRIAL

　　Defendant United States of America ("United States") files this Memorandum in support of its Unopposed *Ex Parte*/Consent Motion to alter and extend Pretrial Order No. 78, December 1, 2010, deadline for filing its objections to the Honorable Judge Kurt Engelhardt presiding over the Feburary 22, 2011, Dutchman Manufacturing, Inc. ("Dutchman"), Summary Jury Trial (""SJT").  The United States requests that the Court modify the December 1, 2010, deadline and extend that deadline to allow the government to file any objections within ten days of Plaintiffs' Steering Committee ("PSC") and Dutchman's issuance of a Dutchman SJT Protocol.

　　The United States requests that the Court grant this Motion, because it is impossible for the United States to determine whether it objects to Judge Engelhardt presiding over the Dutchman SJT, and the nature and basis for any such objections without the PSC/Dutchman SJT Protocol.  It is the

United States' understanding that PSC and Dutchman are diligently attempting to reach an agreement and finalize the SJT Protocol, but that there remain outstanding issues regarding confidentiality of the proceedings and information that the parties will be allowed to present during the SJT.

Accordingly, because the United States requires the PSC/Dutchman SJT Protocol to determine whether it objects to Judge Engelhardt presiding over the Dutchman SJT, and grounds for any such objection, the government requests that the Court grant this Motion and enter the attached proposed Order which alters and extends the December 1, 2010, deadline, and requires the United States file any objections within ten (10) days of PSC/Dutchman issuing the SJT Protocol that they will use for the February 22, 2011, Dutchman Summary Jury Trial.

Undersigned government counsel has conferred with PLC and counsel for Dutchman, and undersigned government counsel hereby certifies that neither PLC nor Dutchman's counsel object or oppose this Motion.

Accordingly, for good cause shown, the United States request that the Court grant this unopposed *Ex Parte*/Consent Motion and enter the attached proposed Order.

Dated: November 22, 2010.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel

JANICE WILLIAMS-JONES
Senior Trial Attorney
Federal Emergency Management Agency
Department of Homeland Security
Washington, D.C. 20472

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

MICHELLE BOYLE
ADAM DINNELL
JONATHAN WALDRON
Trial Attorneys

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)