UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*February 22, 2011, Dutchaman Manufacturing, Inc., Summary Jury Trial*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the United States of America's Unopposed *Ex Parte*/Consent Motion requesting that the Court alter and extend Pretrial Order No. 78, December 1, 2010, deadline for the parties to advise the Court whether and to what extent there are any objection to the the undersigned presiding over the February 22, 2011, Dutchman Manufacturing, Inc. summary jury trial, and good cause having been shown to modify that deadline,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the United States of America shall file may file any objection to the the undersigned presiding over the February 22, 2011, Dutchman Manufacturing, Inc. summary jury trial no later than ten (10) days after Plaintiffs' Steering Committee and Dutchman Manufacturing, Inc., finalize and provide to the government the Dutchman Manufacturing summary jurty trial protocol.

**DONE AND SIGNED** this _____ day of _____, 2010.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**