AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Grill Taylor, et al )
)
*Plaintiff* )
v. ) Civil Action No. 2:10-CV-04064
Cavalier Home Builders, LLC, et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
and through
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC  20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas M. Schmidt, APLC Bar #11789
335 City Park Avenue
New Orleans, LA  70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 22 2010__

*B. Gregory*
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-CV-04064

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 
was received by me on *(date)*                    .

    ❐ I personally served the summons on the individual at *(place)*                         
on *(date)*                    ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)*                    , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)*                    , who is designated by law to accept service of process on behalf of *(name of organization)*                    
on *(date)*                    ; or

    ❐ I returned the summons unexecuted because                    ; or

    ❐ Other *(specify)*:

My fees are $            for travel and $            for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:                    

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: