UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**             **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**     **SECTION "N-5"**

                                                        **JUDGE ENGELHARDT**
                                                        **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Jackson, et al. v. DS Corp. d/b/a Crossroads RV, et al., EDLA 09-5001*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

       IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

       New Orleans, Louisiana this____day of_____, 2010.


                             _____
                             HONORABLE KURT D. ENGELHARDT