UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bailey, et al. v. Cavalier Home Builders, LLC, et al., EDLA 09-5003*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

   IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

   New Orleans, Louisiana this____day of_____, 2010.

   _____
   HONORABLE KURT D. ENGELHARDT