UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO
THE FOLLOWING CASE:
*Sellers, et al v. Dutchmen Manufacturing, Inc., et al, EDLA 09-4987*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINTS

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Original Complaints, as supplemented and amended, to add the United States of America, through the Federal Emergency Management Agency ("FEMA"), as a defendant therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, the plaintiffs desire to add in each of the above-captioned matters causes of action against the United States of America, through FEMA, as the Plaintiffs have exhausted their administrative remedies under applicable provisions of the Federal Tort Claims Act ("FTCA"). Because Plaintiffs' claims against FEMA are now ripe, and because the claims involve common questions of law and fact that arise "out of the same transaction, occurrence, or series of transactions or occurrences," justice so requires that leave should be granted. Fed. R. Civ. P. 20(a)(2). Furthermore, since each individual Plaintiff has followed the proper FTCA procedure, through the filing Form 95 administrative claims, there will not be undue prejudice in

allowing Plaintiffs to maintain their claims against the United States, through the attached amending complaints.

Accordingly, plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to Amend Plaintiffs' Original Complaints.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:  504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:  504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 22, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER