**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Joseph v. Liberty Mutual Insurance Corp., et al., EDLA 09-4958*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above named

suits, who for the reasons set forth in the accompanying memorandum attached hereto,

respectfully moves the Court for leave to amend the original complaint to add the United States

of America, through the Federal Emergency Management Agency as a defendant therein as

Plaintiff has exhausted available administrative remedies.  The undersigned has conferred with

counsel for defendants and this motion will be unopposed.

                                        Respectfully submitted:

                                        **GAINSBURGH, BENJAMIN, DAVID,**
                                        **MEUNIER & WARSHAUER, L.L.C.**


                                BY:     s/Justin I. Woods_____
                                        GERALD E. MEUNIER, #9471
                                        JUSTIN I. WOODS, #24713
                                        Gainsburgh, Benjamin, David,
                                        Meunier & Warshauer, L.L.C.
                                        2800 Energy Centre
                                         1100 Poydras Street
                                        New Orleans, Louisiana  70163
                                        Telephone:     504/522-2304
                                        Facsimile:     504/528-9973
                                        jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 22, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER