UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**     **SECTION "N-5"**

                                                   **JUDGE ENGELHARDT**
                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Williams, Jr., et al. v. Waverlee Homes, Inc., et al.,* **EDLA 09-4825**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

    New Orleans, Louisiana this____day of_____, 2010.


                                        _____
                                        HONORABLE KURT D. ENGELHARDT