AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

| ANNIE AVANTS | ) |
|---|---|
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 10-3922 |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAVALIER HOME BUILDERS, LLC
Through its agent for service of process
The Corporation Company
2 N. Jackson St., Suite 605
Montgomery, AL 36104-3821

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Nov 03 2010__

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>7179 1000 0064 5001 6947 8 | A. Signature<br>X _Laura Pa____ | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>_Laura Pa_ | C. Date of Delivery<br>11/8/10 |
| 1. Article Addressed to:<br><br>Cavalier Home Builders, LLC thru<br>The Corporation Company<br>2 N. Jackson St.,<br>Suite 605<br>Montgomery, AL 36104-3821 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below:    ☐ No | |
| | 3. Service Type     ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |

Code2: Avants v. Cavalier, EDLA 10-3922

PS Form 3811          Domestic Return Receipt