UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Black, et al., v. Crum & Forster Specialty Ins. Co., et al., EDLA 09-5225*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

    New Orleans, Louisiana this 22nd day of November, 2010.

                                            _____
                                            HONORABLE KURT D. ENGELHARDT