UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER         * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Isaiah Chatman, et al v. Forest River, et al | * | |
| Number 09-6704 | * | MAGISTRATE CHASEZ |

**PLAINTIFFS' MOTION TO SEVER MATCHED PLAINTIFFS
FROM ORIGINAL UNMATCHED OR INCORRECTLY MATCHED
COMPLAINT FOR DAMAGE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action 09-6704, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781), have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action number indicated in the table below.

| Claimants | Case Number | Matched Complaints |
|---|---|---|
| Brenda Henry | 09-4221 | Angela Thompson, et al v. Crum & Forster Specialty Insurance Company, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the original Complaint for Damages with an incorrectly matched manufacturer and/or contractor.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE : (985) 732-5651
        FAX : (985) 735-5579
        E-MAIL : fedcourtmail@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        Trial Counsel for Plaintiff


## CERTIFICATE OF SERVICE

 I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

 November 23, 2010.

        s/Ronnie G. Penton
        Ronnie G. Penton