UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| Rodenno Dixon, et al v. Dutchmen, et al | | * | |
| Number 09-4232 | | * | MAGISTRATE CHASEZ |

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO SEVER MATCHED PLAINTIFFS
FROM ORIGINAL UNMATCHED OR MISMATCHED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully request that this Honorable Court grant their Motion to Sever their "matched" Plaintiffs from the original Complaint for Damages with an incorrectly matched manufacturer and/or contractor, filed with this Court on July 1, 2009, Civil Action Number 09-4232.

Plaintiffs, pursuant to this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781), filed amended complaints for damages, as listed in the table below, matching each new Plaintiff with a specific manufacturing and/or contractor defendant. Therefore, Plaintiffs seeks to have their claims severed from the underlying Original Complaint for Damages.

Plaintiffs have filed the following "matched" complaints through amended complaints outlined herein.

1

| Claimants | Case Number | Matched Complaints |
|---|---|---|
| Rodenno Dixon | 09-4222 | Carol Blazio, et al v. Thor California, Inc., d/b/a Thor Manufacturing Company, et al |

Therefore, the previously mentioned Plaintiffs (see table above) respectfully move this Honorable Court to grant Plaintiffs' Motion to Sever "matched" Plaintiffs from the original Complaint for Damages, which was incorrectly matched with the manufacturer and/or contractor, because they have each filed amending complaints matching each Plaintiff with a specific manufacturer and/or contractor Defendants.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE : (985) 732-5651
FAX : (985) 735-5579
E-MAIL : fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs

2