UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER            * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | |
| | LIABILITY LITIGATION    * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Rodenno Dixon, et al v. Dutchmen, et al | * | |
| Number 09-4232 | * | MAGISTRATE CHASEZ |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Plaintiffs Motion to Sever Matched Plaintiffs From Original Complaint bearing Civil Action Number 09-4232 is granted.

This the _____ day of _____, 2010, in New Orleans, Louisiana.

_____
J U D G E