UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: Hattie Joseph, et al v. Cavalier Home Builders Number 09-5556 | | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

### PLAINTIFFS' MOTION TO SEVER MATCHED PLAINTIFFS FROM ORIGINAL UNMATCHED OR INCORRECTLY MATCHED COMPLAINT FOR DAMAGE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully request this Honorable Court grant their Motion to Sever the following Plaintiffs from the above captioned matter, Civil Action 09-5556, pursuant to Federal Rule 21. Plaintiffs, in compliance with Pretrial Order 40, (Doc. 1781), have now been matched to a specific manufacturer and/or contractor, and have filed an Amended Complaint with the civil action number indicated in the table below.

| Claimants | Case Number | Matched Complaints |
|---|---|---|
| Hattie Joseph | 09-5545 | Clarissa H. Anderson, et al v. Bechtel International, et al |

Thus, pursuant to this Honorable Court's Order on August 16, 2010 (Doc. 15156), Plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from the original Complaint for Damages with an incorrectly matched manufacturer and/or contractor.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX           :        (985) 735-5579
E-MAIL       :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

November 23, 2010.

s/Ronnie G. Penton
Ronnie G. Penton