UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                   SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Eric Forsythe, Jr., et al. v. Sun Valley, Inc., et al.,*
**EDLA No. 10-3833**
**********************************************************************

### ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint is GRANTED.

**DONE AND SIGNED** this 22nd day of November, 2010, at New Orleans, Louisiana.

                                                                             KURT D. ENGELHARDT
                                                      UNITED STATES DISTRICT JUDGE