Case 2:07-md-01873-KDE-ALC Document 18092 Filed 11/18/10 Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

ANTHONY ALEXANDER, ET AL
*Plaintiff*
v.
SUNNYBROOK RV, INC., ET AL
*Defendant*

Civil Action No. 09-7875 "N" (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Westchester Surplus Lines Ins. Co. through
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Nov 18 2010

USPS - Track & Confirm Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0017 1693**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 10:35 am on November 19, 2010 in BATON ROUGE, LA 70809.

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

**Return Receipt (Electronic)**

Verify who signed for your item by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

**2. Article Number**

7179100016450017 1693

1. Article Addressed to:

Westchester Surplus Lines Ins. Co.
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kiyana Patton

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

Code2: Alexander v. Sunnybrook, EDLA 09-7875

PS Form 3811 **Domestic Return Receipt**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 11/23/2010