AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| GEROD MACON, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> SUN VALLEY, INC., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 09-7109 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Colony National Ins. Co. through
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<u>Loretta G. Whyte</u>
Name of clerk of court

Date: __Nov 16 2010__      *B. Gregory*
Deputy clerk's signature


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 1617**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 2:46 pm on November 18, 2010 in BATON ROUGE, LA 70809.

**Track & Confirm**
Enter Label/Receipt Number.

[        ] Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**2. Article Number**

7179 1000 1645 0017 1617

**1. Article Addressed to:**

Colony National Ins. Co. thru
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _K. Patton_      ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
**Kiyana Patton**

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type    ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Code2: Macon v. Sun Valley, EDLA 09-7109

PS Form 3811              Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do              11/23/2010