UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO.:  1873 SECTION:  N (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| | THIS DOCUMENT RELATES TO: *All cases* | * * * | |

## MOTION TO RESET HEARING DATE REGARDING PLAINTIFFS' MOTION TO ENJOIN CONFLICTING STATE COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA

**NOW INTO COURT**, through undersigned counsel, comes Colony National Insurance Company ("Colony"), who, for reasons more fully explained in the attached Memorandum in Support, moves the Court to reset the Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana filed by plaintiffs. The hearing on plaintiffs' motion is currently set for December 8, 2010.

Respectfully submitted,

Of Counsel

SUTTERFIELD & WEBB, L.L.C.

/s/ James R. Sutterfield
_____
JAMES R. SUTTERFIELD, T.A. #12597
CANDACE R. LeBLANC, #31831
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:  (504) 598-2715
Facsimile:  (504) 529-7197
**COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2010, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James R. Sutterfield