UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO.:   1873 SECTION:   N (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| | THIS DOCUMENT RELATES TO: *All cases* | * * | |

**MEMORANDUM IN SUPPORT OF MOTION TO RESET HEARING DATE REGARDING PLAINTIFFS' MOTION TO ENJOIN CONFLICTING STATE COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA**

**MAY IT PLEASE THE COURT**:

On October 12, 2010, Colony filed complaints for declaratory judgment in Elkhart County, Indiana against its insureds, Sun Valley, Inc. d/b/a Sun-Lite ("Sun Valley") and Sunnybrook RV, Inc. ("Sunnybrook") regarding the lawsuits which had been filed against Sun Valley and Sunnybrook in the above-captioned matter. On November 2, 2010, plaintiffs' filed a Motion to Enjoin these state court proceedings and requested that their motion be heard on November 17, 2010. On November 4, 2010, after conducting a status conference, the Court denied plaintiffs' motion for expedited hearing regarding its Motion to Enjoin and set the matter for hearing on December 8, 2010.

Undersigned counsel has only recently been retained to represent Colony in this matter and, therefore, was not present at the November 4, 2010 status conference at which time December 8, 2010 was selected as the hearing date on plaintiffs' Motion to Enjoin. Undersigned counsel will be in New York City on December 8, 2010 attending business meetings. These meetings were scheduled several months prior to any of the above discussed complaints and/or motions being filed, and undersigned counsel is unable to reschedule these meetings. Therefore, undersigned counsel respectfully asks that the Court reset the hearing on plaintiffs' Motion to

Enjoin which is currently set for December 8, 2010 to December 15, 2010, the Court's next hearing date.

Undersigned counsel has conferred with plaintiffs' liaison counsel regarding resetting the hearing date on plaintiffs' Motion to Enjoin to December 15, 2010. Plaintiffs' liaison counsel does not object to the matter being reset to December 15, 2010. Further, because a voluntary stay has been issued in the proceedings in Indiana until January 7, 2010, resetting hearing on plaintiffs' Motion to Enjoin to December 15, 2010 will not be prejudicial to plaintiffs.

**WHEREFORE**, for the reasons contained herein, Colony National Insurance Company moves this Court to reset the hearing on plaintiffs' Motion to Enjoin which is currently set for December 8, 2010 to December 15, 2010.

Respectfully submitted,

Of Counsel

SUTTERFIELD & WEBB, L.L.C.

/s/ James R. Sutterfield

JAMES R. SUTTERFIELD, T.A. #12597
CANDACE R. LeBLANC, #31831
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone: (504) 598-2715
Facsimile: (504) 529-7197
**COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2010, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James R. Sutterfield