UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO.:   1873  SECTION:   N (5)  JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | THIS DOCUMENT RELATES TO: *All cases* | * * | |

## ORDER

Considering the Motion to Reset Hearing Date regarding Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana filed by Colony National Insurance Company:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that hearing on plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana is reset for December 15, 2010.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE