UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO
THE FOLLOWING CASES:

*Walker, et al., v. Recreation by Design, LLC et al, EDLA 09-09-5243*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINTS

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above named suits, who for the reasons set forth in the accompanying memorandum attached hereto, respectfully move the Court for leave to amend their original complaints to add the United States of America, through the Federal Emergency Management Agency as a defendant therein as they have exhausted their administrative remedies. The undersigned has conferred with counsel for defendants and this motion will be unopposed.

　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　　BY:　　s/Gerald E. Meunier
　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　New Orleans, Louisiana 70163

Telephone:	504/522-2304
Facsimile:	504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 23, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER