UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                                                   JUDGE ENGELHARDT
                                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Walker, et al., v. Recreation by Design, LLC et al, EDLA 09-09-5243*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

    New Orleans, Louisiana this____day of_____, 2010.


                                                     _____
                                                     HONORABLE KURT D. ENGELHARDT