UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                  **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                                          **JUDGE ENGELHARDT**
                                                          **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Reed, et al., v. Gulf Stream Coach, Inc., et al.,* **EDLA 09-4822**
*****************************************************

**ORDER**

Considering the foregoing Motion,

      IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

      New Orleans, Louisiana this____day of_____, 2010.


                                     _____
                                     HONORABLE KURT D. ENGELHARDT