**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                   **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**                **SECTION "N-5"**

                                                                **JUDGE ENGELHARDT**
                                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Shepherd, et al., v. Gulf Stream Coach, Inc., et al., EDLA 10-0236*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

        New Orleans, Louisiana this_____day of_____, 2010.


                                _____
                                HONORABLE KURT D. ENGELHARDT