UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Gamble v. Gulf Stream Coach, Inc., et al., EDLA 10-250*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

New Orleans, Louisiana this____day of_____, 2010.

_____
HONORABLE KURT D. ENGELHARDT