**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Caston v. Recreation by Design, LLC, et al., EDLA 09-5894*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO AMEND PLAINTIFF'S ORIGINAL PETITION

        NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above named

suits, who for the reasons set forth in the accompanying memorandum attached hereto,

respectfully moves the Court for leave to amend the original petition to add the United States of

America, through the Federal Emergency Management Agency as a defendant therein as

Plaintiff has exhausted available administrative remedies.  The undersigned has conferred with

counsel for defendants and this motion will be unopposed.



                        Respectfully submitted:

                        **FEMA TRAILER FORMALDEHYDE**
                        **PRODUCT LIABILITY LITIGATION**

                        BY:     s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &
                                Warshauer, L.L.C.
                                2800 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone:     504/522-2304
                                Facsimile:      504/528-9973
                                gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 23, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER