UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Caston v. Recreation by Design, LLC, et al., EDLA 09-5894*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO AMEND PLAINTIFF'S ORIGINAL PETITION</u>**

**MAY IT PLEASE THE COURT:**

      Plaintiff respectfully moves this Court to allow them to amend the Original Petition, as supplemented and amended, to add the United States of America, through the Federal Emergency Management Agency ("FEMA"), as a defendant therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiff desires to add in the above-captioned matter a cause of action against the United States of America, through FEMA, as Plaintiff has exhausted available administrative remedies under applicable provisions of the Federal Tort Claims Act ("FTCA"). Because Plaintiff's claim against FEMA is now ripe, and because the asserted claims involve common questions of law and fact that arise "out of the same transaction, occurrence, or series of transactions or occurrences," justice so requires that leave should be granted. Fed. R. Civ. P. 20(a)(2). Furthermore, since Plaintiff has followed the proper FTCA procedure, through the filing of a Form 95 administrative claim, there will not be undue prejudice in allowing Plaintiff to maintain such claim against the United States, through the attached amending petition.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's Original Petition.

>Respectfully submitted:
>
>**FEMA TRAILER FORMALDEHYDE**
>**PRODUCT LIABILITY LITIGATION**
>
>BY:   s/Gerald E. Meunier
>      GERALD E. MEUNIER, #9471
>      **PLAINTIFFS' CO-LIAISON COUNSEL**
>      Gainsburgh, Benjamin, David, Meunier &
>      Warshauer, L.L.C.
>      2800 Energy Centre, 1100 Poydras Street
>      New Orleans, Louisiana 70163
>      Telephone:   504/522-2304
>      Facsimile:   504/528-9973
>      gmeunier@gainsben.com
>
>      s/Justin I. Woods
>      JUSTIN I. WOODS, #24713
>      **PLAINTIFFS' CO-LIAISON COUNSEL**
>      Gainsburgh, Benjamin, David, Meunier &
>      Warshauer, L.L.C.
>      2800 Energy Centre, 1100 Poydras Street
>      New Orleans, Louisiana 70163
>      Telephone:   504/522-2304
>      Facsimile:   504/528-9973
>      jwoods@gainsben.com
>
>      **COURT-APPOINTED PLAINTIFFS'**
>      **STEERING COMMITTEE**
>      ANTHONY BUZBEE, Texas # 24001820
>      ROBERT BECNEL, #14072
>      RAUL BENCOMO, #2932
>      FRANK D'AMICO, #17519
>      MATT MORELAND, #24567
>      LINDA NELSON, #9938
>      DENNIS REICH, Texas #16739600
>      MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 23, 2010.

                                      /s/Gerald E. Meunier
                                      GERALD E. MEUNIER