**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                               **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-5"**

                                                                **JUDGE ENGELHARDT**
                                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Andrew Sylvester v. Cavalier Home Builders, LLC, et al., EDLA 09-5621*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Petition is GRANTED.

        New Orleans, Louisiana this_____day of_____, 2010.


                        _____
                        HONORABLE KURT D. ENGELHARDT