UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Harris v. Coachmen Recreational Vehicle Co. of Ga., LLC., et al., EDLA 09-5242*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S ORIGINAL COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff respectfully moves this Court to allow them to amend the Original Complaint, as supplemented and amended, to add the United States of America, through the Federal Emergency Management Agency ("FEMA"), as a defendant therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter a cause of action against the United States of America, through FEMA, as Plaintiff has exhausted available administrative remedies under applicable provisions of the Federal Tort Claims Act ("FTCA"). Because Plaintiff's claim against FEMA is now ripe, and because the asserted claims involve common questions of law and fact that arise "out of the same transaction, occurrence, or series of transactions or occurrences," justice so requires that leave should be granted. Fed. R. Civ. P. 20(a)(2). Furthermore, since Plaintiff has followed the proper FTCA procedure, through the filing of a Form 95 administrative claim, there will not be undue prejudice in allowing Plaintiff to maintain such claim against the United States, through the attached amending complaint.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's Original Complaint.

    Respectfully submitted:

    **FEMA TRAILER FORMALDEHYDE**
    **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL WATTS, Texas # 20981820

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER