**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                           **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-5"**

                                                             **JUDGE ENGELHARDT**
                                                             **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Harris v. Coachmen Recreational Vehicle Co. of Ga., LLC., et al., EDLA 09-5242*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

        New Orleans, Louisiana this____day of_____, 2010.


                          _____
                          HONORABLE KURT D. ENGELHARDT