UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                      **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**        **SECTION "N-5"**

                                                                **JUDGE ENGELHARDT**
                                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Williams, Jr., v. Morgan Buildings & Spas, Inc., et al., EDLA 09-5452*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

    New Orleans, Louisiana this____day of_____, 2010.

                                                 _____
                                                 HONORABLE KURT D. ENGELHARDT