UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Simmons v. Keystone RV Co., et al., EDLA 09-5904*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S ORIGINAL PETITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above named suits, who for the reasons set forth in the accompanying memorandum attached hereto, respectfully moves the Court for leave to amend the original petition to add the United States of America, through the Federal Emergency Management Agency as a defendant therein as Plaintiff has exhausted available administrative remedies. The undersigned has conferred with counsel for defendants and this motion will be unopposed.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    gmeunier@gainsben.com

                                             s/Justin I. Woods
                                             JUSTIN I. WOODS, #24713
                                             **PLAINTIFFS' CO-LIAISON COUNSEL**
                                             Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
                                             2800 Energy Centre, 1100 Poydras Street
                                             New Orleans, Louisiana 70163
                                             Telephone:     504/522-2304
                                             Facsimile:       504/528-9973
                                             jwoods@gainsben.com

                                             **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
                                             ANTHONY BUZBEE, Texas # 24001820
                                             ROBERT BECNEL, #14072
                                             RAUL BENCOMO, #2932
                                             FRANK D'AMICO, #17519
                                             MATT MORELAND, #24567
                                             LINDA NELSON, #9938
                                             DENNIS REICH, Texas #16739600
                                             MIKAL WATTS, Texas # 20981820


## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

                                             /s/Gerald E. Meunier
                                             GERALD E. MEUNIER