**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Price, et al., v. Jayco Enters., Inc., et al.,* EDLA 09-5010
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE**</u>
<u>**TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT**</u>

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Original Complaint,

as supplemented and amended, to add the United States of America, through the Federal

Emergency Management Agency ("FEMA"), as a defendant therein. Rule 15 of the Federal

Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so

requires." Here, Plaintiffs desire to add in the above-captioned matter a cause of action against

the United States of America, through FEMA, as Plaintiffs have exhausted their administrative

remedies under applicable provisions of the Federal Tort Claims Act ("FTCA"). Because

Plaintiffs' claims against FEMA are now ripe, and because the asserted claims involve common

questions of law and fact that arise "out of the same transaction, occurrence, or series of

transactions or occurrences," justice so requires that leave should be granted. Fed. R. Civ. P.

20(a)(2). Furthermore, since Plaintiffs have followed the proper FTCA procedure, through the

filing Form 95 administrative claims, there will not be undue prejudice in allowing Plaintiffs to

maintain their claims against the United States, through the attached amending complaint.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to Amend Plaintiffs' Original Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:    504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:    504/528-9973
          jwoods@gainsben.com

          **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
          ANTHONY BUZBEE, Texas # 24001820
          ROBERT BECNEL, #14072
          RAUL BENCOMO, #2932
          FRANK D'AMICO, #17519
          MATT MORELAND, #24567
          LINDA NELSON, #9938
          DENNIS REICH, Texas #16739600
          MIKAL WATTS, Texas # 20981820

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

/s/Gerald E. Meunier _____
GERALD E. MEUNIER