UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Livaccari, et al., v. Jayco Enterprises, Inc., et al., EDLA 09-4826*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

    New Orleans, Louisiana this____day of_____, 2010.

                                                           _____
                                                           HONORABLE KURT D. ENGELHARDT