UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyons, et al. v. Stewart Park Homes, Inc., et al., EDLA 09-4975*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion for Leave to Amend Plaintiff's Original Complaint filed on behalf of Plaintiff herein is hereby set for the 15th day of December, 2010, at 9:30 a.m.

                          Respectfully submitted:

                          **FEMA TRAILER FORMALDEHYDE**
                          **PRODUCT LIABILITY LITIGATION**

                          BY:   s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &
                                Warshauer, L.L.C.
                                2800 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone:    504/522-2304
                                Facsimile:    504/528-9973
                                gmeunier@gainsben.com

                                s/Justin I. Woods
                                JUSTIN I. WOODS, #24713
                                **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER