UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Thompson, et al. v. Stewart Park Homes, Inc., et al., EDLA 09-4993*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:　　ALL COUNSEL OF RECORD

　　　　**IT IS HEREBY ORDERED** that the Motion for Leave to Amend Plaintiff's Original Complaint filed on behalf of Plaintiff herein is hereby set for the 15th day of December, 2010, at 9:30 a.m.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　BY:　　s/Gerald E. Meunier
　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　gmeunier@gainsben.com

　　　　　　　　　　　　　　s/Justin I. Woods
　　　　　　　　　　　　　　JUSTIN I. WOODS, #24713
　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**

>Gainsburgh, Benjamin, David, Meunier &
>Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:      504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS'**
>**STEERING COMMITTEE**
>ANTHONY BUZBEE, Texas # 24001820
>ROBERT BECNEL, #14072
>RAUL BENCOMO, #2932
>FRANK D'AMICO, #17519
>MATT MORELAND, #24567
>LINDA NELSON, #9938
>DENNIS REICH, Texas #16739600
>MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

>/s/Gerald E. Meunier
>GERALD E. MEUNIER