UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Wheeler, et al., v. Lakeside Park Homes, et al.,* **EDLA 09-4974**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Original Complaint, as supplemented and amended, to add the United States of America, through the Federal Emergency Management Agency ("FEMA"), as a defendant therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter a cause of action against the United States of America, through FEMA, as Plaintiffs have exhausted their administrative remedies under applicable provisions of the Federal Tort Claims Act ("FTCA"). Because Plaintiffs' claims against FEMA are now ripe, and because the asserted claims involve common questions of law and fact that arise "out of the same transaction, occurrence, or series of transactions or occurrences," justice so requires that leave should be granted. Fed. R. Civ. P. 20(a)(2). Furthermore, since Plaintiffs have followed the proper FTCA procedure, through the filing Form 95 administrative claims, there will not be undue prejudice in allowing Plaintiffs to maintain their claims against the United States, through the attached amending complaint.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to Amend Plaintiffs' Original Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER