UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Carter, et al. vs. Sunray RV, LLC, et al., EDLA 09-4332*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suits, who for the reasons set forth in the accompanying memorandum attached hereto, respectfully move the Court for leave to amend their original complaint to add the United States of America, through the Federal Emergency Management Agency as a defendant therein as they have exhausted their administrative remedies. The undersigned has conferred with counsel for defendants and this motion will be unopposed.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Justin I. Woods
 GERALD E. MEUNIER, #9471
 JUSTIN I. WOODS, #24713
 Gainsburgh, Benjamin, David,
 Meunier & Warshauer, L.L.C.
 2800 Energy Centre
  1100 Poydras Street
 New Orleans, Louisiana  70163
 Telephone:     504/522-2304
 Facsimile:     504/528-9973
 jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

                      /s/Gerald E. Meunier
                      GERALD E. MEUNIER