UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Martin, Sr., et al., v. Forest River, Inc., et al., EDLA 09-4330*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suits, who for the reasons set forth in the accompanying memorandum attached hereto, respectfully move the Court for leave to amend their original complaint to add the United States of America, through the Federal Emergency Management Agency as a defendant therein as they have exhausted their administrative remedies. The undersigned has conferred with counsel for defendants and this motion will be unopposed.

                                Respectfully submitted:

                                **GAINSBURGH, BENJAMIN, DAVID,
                                MEUNIER & WARSHAUER, L.L.C.**


                                BY:   s/Justin I. Woods
                                      GERALD E. MEUNIER, #9471
                                      JUSTIN I. WOODS, #24713
                                      Gainsburgh, Benjamin, David,
                                      Meunier & Warshauer, L.L.C.
                                      2800 Energy Centre
                                       1100 Poydras Street
                                      New Orleans, Louisiana  70163
                                      Telephone:    504/522-2304
                                      Facsimile:    504/528-9973
                                      jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 24, 2010.

/s/Gerald E. Meunier
GERALD E. MEUNIER