## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                              MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*JoAnn Cargo v. Coachmen Industries, Inc., et al.*,
**MDL 1873, MDLA 09-493, EDLA 09-5977**
*Ashley Bailey, et al. v. Forest River, Inc., et al.*,
**MDL 1873, EDLA 09-3588**
*Laura Gonzales, et al. v. Crum & Forster Specialty Insurance, et al.*,
**MDL 1873, EDLA 10-749**
*Sheila Borne, et al. v. DS Corp., et al.*,
**MDL 1873, EDLA 09-3729**
*April N. Wilson v. Forest River, Inc., et al.*,
**MDL 1873, MDLA 09-496, EDLA 09-5978**
*Helen Albarado, et al. v. Keystone RV Company, et al.*,
**MDL 1873, EDLA 10-512**
*James Berndt, et al. v. Dutch Housing, Inc., et al.*,
**MDL 1873, EDLA 09-7946**
*Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4666**
*Rebecca A. Deroche, et al. v. Keystone RV Company, et al.*,
**MDL 1873, EDLA 09-7923**
*Belinda Chilton, o/b/o the minor A.F., et al. v. CMH Manufacturing, et al.*,
**MDL 1873, EDLA 09-7981**
*Linda S. Barcelona, et al. v. R-Vision, Inc., et al.*,
**MDL 1873, EDLA 09-3949**
*Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*,
**MDL 1873, EDLA 09-7985**
*Christopher Falgout, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, EDLA 09-4662**
*Krissy Gadwaw, ind. and o/b/o the minor AA, et al. v. DS Corp, et al.*,
**MDL 1873, EDLA 09-7941**
*Betty A. Brignac, et al. v. Hy-Line Enterprises, Inc., et al.*,
**MDL 1873, EDLA 09-3736**
*Aimee Lee Barrilleaux, et al. v. Coachmen Industries, Inc., et al.*,
**MDL 1873, EDLA 09-3726**
*Gretchen Schulte Atwood, et al. v. Forest River, Inc., et al.*,
**MDL 1873, EDLA 09-7958**

*Arlene Anna Marie Blanchard, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, MDLA 09-502, EDLA 09-5980**
*Brandon Karcher v. Horton Homes, Inc., et al.*,
**MDL 1873, WDLA 09-1281, EDLA 09-6713**

### PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A, *in globo*" who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Motion.  Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*" attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:        s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

     I hereby certify that on the **24th** day of **November, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                   s/ Roberta L. Burns
                                                                  ROBERTA L. BURNS