THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

**EXHIBIT**

A. inglobo

## *JoAnn Cargo v. Coachmen Industries, Inc., et al.*

### MDLA 09-493 EDLA 09-5977

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | JoAnn  Cargo | 10-3981 | Cargo v. Coachmen Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Ashley Bailey, et al. v. Forest River, Inc., et al.*

## EDLA 09-3588

|      | Name                      | Severed Case No. | Severed Case Caption            |
|------|---------------------------|------------------|---------------------------------|
| (1)  | Lester  Adams             | 10-3675          | Adams v. Forest River, et al    |
| (2)  | Juanita M. Alexander      | 10-3675          | Adams v. Forest River, et al    |
| (3)  | John A Atwood             | 10-3675          | Adams v. Forest River, et al    |
| (4)  | Jay J. Authement          | 10-3674          | Authement v. Forest River, et al |
| (5)  | Ashley  Marie Bailey      | 10-3675          | Adams v. Forest River, et al    |
| (6)  | Beatrice Bailey, o/b/o A.B | 10-3675          | Adams v. Forest River, et al    |
| (7)  | Rudolph Carl Baker        | 10-3675          | Adams v. Forest River, et al    |
| (8)  | Rudolph Carl Baker        | 10-3675          | Adams v. Forest River, et al    |
| (9)  | Sheila Wolfe Baker        | 10-3675          | Adams v. Forest River, et al    |
| (10) | Sheila Wolfe Baker        | 10-3675          | Adams v. Forest River, et al    |
| (11) | Lillian Carmen Barras     | 10-3675          | Adams v. Forest River, et al    |
| (12) | Rusty Lawrence Barras     | 10-3675          | Adams v. Forest River, et al    |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Christopher  Basile | 10-3847 | Basile v. Forest River, et al |
| (14)  Charles  Bienemy | 10-3857 | Bienemy v. Insurco, et al |
| (15)  Dynel  Bienemy | 10-3675 | Adams v. Forest River, et al |
| (16)  Betty  Borne | 10-3675 | Adams v. Forest River, et al |
| (17)  Brian  C. Boudreaux | 10-3675 | Adams v. Forest River, et al |
| (18)  Brian  C. Boudreaux | 10-3675 | Adams v. Forest River, et al |
| (19)  Amy  Bradley | 10-3675 | Adams v. Forest River, et al |
| (20)  Amy Bradley, o/b/o J.B | 10-3675 | Adams v. Forest River, et al |
| (21)  Robert  Brancaccio | 10-3675 | Adams v. Forest River, et al |
| (22)  Brittany L Brightman | 10-3675 | Adams v. Forest River, et al |
| (23)  Brittany L Brightman | 10-3675 | Adams v. Forest River, et al |
| (24)  MarryJean Mae Brining | 10-3675 | Adams v. Forest River, et al |
| (25)  Harlon D Brock | 10-3675 | Adams v. Forest River, et al |
| (26)  Harlon D Brock | 10-3675 | Adams v. Forest River, et al |
| (27)  Mary Marengo Brock | 10-3675 | Adams v. Forest River, et al |
| (28)  Anna M Cacioppo | 10-3675 | Adams v. Forest River, et al |
| (29)  Anthony Carlo Cacioppo | 10-3675 | Adams v. Forest River, et al |
| (30)  Carlo C. Cacioppo | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31) Peggy P. Campo | 10-3675 | Adams v. Forest River, et al |
| (32) Helen A. Carbo | 10-3675 | Adams v. Forest River, et al |
| (33) Jeanne P. Carson | 10-3675 | Adams v. Forest River, et al |
| (34) Jack Blanchard Cheramie | 10-3675 | Adams v. Forest River, et al |
| (35) Jeffery Cheramie | 10-3675 | Adams v. Forest River, et al |
| (36) Jamie Clark, o/b/o A.C | 10-3675 | Adams v. Forest River, et al |
| (37) Jaime L Clark | 10-3675 | Adams v. Forest River, et al |
| (38) Jamie Clark, o/b/o R.C | 10-3675 | Adams v. Forest River, et al |
| (39) George Paul Clarke | 10-3847 | Basile v. Forest River, et al |
| (40) JoAnn Corley | 10-3675 | Adams v. Forest River, et al |
| (41) Latonia Daggs | 10-3675 | Adams v. Forest River, et al |
| (42) Ricky & Stacy Davidson, o/b/o C.D | 10-3675 | Adams v. Forest River, et al |
| (43) Ricky & Stacy Davidson, o/b/o C.D | 10-3675 | Adams v. Forest River, et al |
| (44) Ricky & Stacy Davidson, o/b/o H.D | 10-3675 | Adams v. Forest River, et al |
| (45) Ricky & Stacy Davidson, o/b/o H.D | 10-3675 | Adams v. Forest River, et al |
| (46) Richard E Davidson | 10-3733 | Atwood v. Forest River, et al |
| (47) Richard E Davidson | 10-3675 | Adams v. Forest River, et al |
| (48) Stacy Ann Davidson | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (49)  Stacy Ann Davidson | 10-3733 | Atwood v. Forest River, et al |
| (50)  Brenda  Bushnell Doucet | 10-3675 | Adams v. Forest River, et al |
| (51)  Patrick  Doucet | 10-3675 | Adams v. Forest River, et al |
| (52)  Keith  Duncan | 10-3847 | Basile v. Forest River, et al |
| (53)  Roy  J. Duplantis | 10-3674 | Authement v. Forest River, et al |
| (54)  Larry  A. Dwyer | 10-3847 | Basile v. Forest River, et al |
| (55)  Denise  D. Edwards | 10-3675 | Adams v. Forest River, et al |
| (56)  Jessica  Marie Edwards | 10-3675 | Adams v. Forest River, et al |
| (57)  Cora Flanary Egdorf | 10-3675 | Adams v. Forest River, et al |
| (58)  Curtis C Egdorf | 10-3675 | Adams v. Forest River, et al |
| (59)  Michelle L. Fecke | 10-3847 | Basile v. Forest River, et al |
| (60)  Thomas Joseph Fecke | 10-3675 | Adams v. Forest River, et al |
| (61)  Debbie  Fernandez | 10-3847 | Basile v. Forest River, et al |
| (62)  Debbie  Fernandez | 10-3847 | Basile v. Forest River, et al |
| (63)  Tracy Terrell Fernandez | 10-3847 | Basile v. Forest River, et al |
| (64)  Blaise A Forsythe | 10-3675 | Adams v. Forest River, et al |
| (65)  Chad Samuel Fradella | 10-3675 | Adams v. Forest River, et al |
| (66)  Mary C. Fradella | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (67)  Sam J. Fradella | 10-3675 | Adams v. Forest River, et al |
| (68)  Clifford  Fuller | 10-3847 | Basile v. Forest River, et al |
| (69)  Carol Lynne Gadwaw | 10-3847 | Basile v. Forest River, et al |
| (70)  Gary James Gadwaw | 10-3847 | Basile v. Forest River, et al |
| (71)  Jamie Elizabeth Gadwaw | 10-3847 | Basile v. Forest River, et al |
| (72)  Christina  Gerica | 10-3675 | Adams v. Forest River, et al |
| (73)  Peter M Gerica | 10-3847 | Basile v. Forest River, et al |
| (74)  Augustine Joseph Gettridge | 10-3675 | Adams v. Forest River, et al |
| (75)  Crissy Lea Glorioso | 10-3675 | Adams v. Forest River, et al |
| (76)  Crissy Glorioso, o/b/o K.G | 10-3675 | Adams v. Forest River, et al |
| (77)  Charles  D. Gosnell | 10-3847 | Basile v. Forest River, et al |
| (78)  Christopher D Guerra | 10-3678 | Bienemy v. Insurco, et al |
| (79)  Paula & Christopher, o/b/o C.G | 10-3678 | Bienemy v. Insurco, et al |
| (80)  Paula A. Guerra | 10-3678 | Bienemy v. Insurco, et al |
| (81)  Brandon  Michael Guevara | 10-3675 | Adams v. Forest River, et al |
| (82)  Brandon  Michael Guevara | 10-3675 | Adams v. Forest River, et al |
| (83)  Corey Adam Guevara | 10-3675 | Adams v. Forest River, et al |
| (84)  Corey Adam Guevara | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Cynthia Ann Guevara | 10-3675 | Adams v. Forest River, et al |
| (86)  Cynthia Ann Guevara | 10-3675 | Adams v. Forest River, et al |
| (87)  Mildar Jose Guevara | 10-3675 | Adams v. Forest River, et al |
| (88)  Mildar Jose Guevara | 10-3675 | Adams v. Forest River, et al |
| (89)  Cynthia Guevara, o/b/o T.G | 10-3675 | Adams v. Forest River, et al |
| (90)  Cynthia Guevara, o/b/o T.G | 10-3675 | Adams v. Forest River, et al |
| (91)  Yvonne  R. Hartman | 10-3675 | Adams v. Forest River, et al |
| (92)  Yvonne  R. Hartman | 10-3675 | Adams v. Forest River, et al |
| (93)  Bettina  M. Howard | 10-3821 | Hartle v. Insurco, et al |
| (94)  Irene  Ernst Howard | 10-3675 | Adams v. Forest River, et al |
| (95)  James  W. Howard | 10-3821 | Hartle v. Insurco, et al |
| (96)  Mary  E. Howard | 10-3821 | Hartle v. Insurco, et al |
| (97)  Gary  Paul Jenevein | 10-3674 | Authement v. Forest River, et al |
| (98)  Gary  Paul Jenevein | 10-3847 | Basile v. Forest River, et al |
| (99)  Gary  Paul Jenevein | 10-3674 | Authement v. Forest River, et al |
| (100) Janice  Shoemaker Jenevein | 10-3847 | Basile v. Forest River, et al |
| (101) Boyd Thomas Joseph | 10-3675 | Adams v. Forest River, et al |
| (102) Boyd Thomas Joseph | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (103) Jarvon J. Joseph | 10-3675 | Adams v. Forest River, et al |
| (104) Jarvon J. Joseph | 10-3675 | Adams v. Forest River, et al |
| (105) Jerel  Joseph | 10-3675 | Adams v. Forest River, et al |
| (106) Jerel  Joseph | 10-3675 | Adams v. Forest River, et al |
| (107) Susie Cassimere Joseph | 10-3675 | Adams v. Forest River, et al |
| (108) Tammy A. Joseph | 10-3675 | Adams v. Forest River, et al |
| (109) Tammy A. Joseph | 10-3675 | Adams v. Forest River, et al |
| (110) Maria  Kellum | 10-3678 | Bienemy v. Insurco, et al |
| (111) Tania W Kenney | 10-3675 | Adams v. Forest River, et al |
| (112) Daniel  Paul Lala | 10-3847 | Basile v. Forest River, et al |
| (113) Janet H Lala | 10-3675 | Adams v. Forest River, et al |
| (114) Johnny  Lester Lala | 10-3847 | Basile v. Forest River, et al |
| (115) Paul  Lala | 10-3675 | Adams v. Forest River, et al |
| (116) MarryJean Brining, o/b/o D.L | 10-3675 | Adams v. Forest River, et al |
| (117) MarryJean Brining, o/b/o M.L | 10-3675 | Adams v. Forest River, et al |
| (118) MarryJean Brining, o/b/o S.L | 10-3675 | Adams v. Forest River, et al |
| (119) Maria Kellum, o/b/o V.M | 10-3678 | Bienemy v. Insurco, et al |
| (120) Haralyn  Malasovich | 10-3847 | Basile v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Rickie  C. Malasovich | 10-3847 | Basile v. Forest River, et al |
| (122) Frances  S. Mascaro | 10-3847 | Basile v. Forest River, et al |
| (123) Stacey and Gary Migliore, o/b/o A.M | 10-3675 | Adams v. Forest River, et al |
| (124) Stacey Migliore, o/b/o G.M | 10-3675 | Adams v. Forest River, et al |
| (125) Gary R. Migliore | 10-3675 | Adams v. Forest River, et al |
| (126) Stacey S. Migliore | 10-3675 | Adams v. Forest River, et al |
| (127) Lionel D. Miller | 10-3675 | Adams v. Forest River, et al |
| (128) Lionel D. Miller | 10-3675 | Adams v. Forest River, et al |
| (129) Courtney Brock Molina | 10-3675 | Adams v. Forest River, et al |
| (130) Alfred  Moran | 10-3678 | Bienemy v. Insurco, et al |
| (131) Patsy  Moran | 10-3678 | Bienemy v. Insurco, et al |
| (132) Joshua Matthew Naquin | 10-3675 | Adams v. Forest River, et al |
| (133) Grant  Pellissier | 10-3675 | Adams v. Forest River, et al |
| (134) Julia  E. Pellissier | 10-3675 | Adams v. Forest River, et al |
| (135) Latonia Daggs, o/b/o M.R | 10-3675 | Adams v. Forest River, et al |
| (136) Michael  Redditt | 10-3675 | Adams v. Forest River, et al |
| (137) Lewis  Reynolds | 10-3675 | Adams v. Forest River, et al |
| (138) Rexall  Romero | 10-3847 | Basile v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) Bryan Joseph Schultz | 10-3674 | Authement v. Forest River, et al |
| (140) Bryan Joseph Schultz | 10-3674 | Authement v. Forest River, et al |
| (141) Bryan Joseph Schultz | 10-3674 | Authement v. Forest River, et al |
| (142) Bryan Joseph Schultz | 10-3674 | Authement v. Forest River, et al |
| (143) Donna  Schultz | 10-3674 | Authement v. Forest River, et al |
| (144) Donna  Schultz | 10-3674 | Authement v. Forest River, et al |
| (145) Donna  Schultz | 10-3674 | Authement v. Forest River, et al |
| (146) Brenda  Scott | 10-3674 | Authement v. Forest River, et al |
| (147) Brenda  Scott | 10-3674 | Authement v. Forest River, et al |
| (148) Sharon Simmons, o/b/o E.S | 10-3819 | Simmons v. Insurco, et al |
| (149) Jessica  Simmons | 10-3819 | Simmons v. Insurco, et al |
| (150) Jessica  Simmons | 10-3819 | Simmons v. Insurco, et al |
| (151) Louis Thomas Sortina | 10-3675 | Adams v. Forest River, et al |
| (152) Susan Shaw Sortina | 10-3675 | Adams v. Forest River, et al |
| (153) Susan Shaw Sortina | 10-3675 | Adams v. Forest River, et al |
| (154) Jade  Sullivan | 10-3847 | Basile v. Forest River, et al |
| (155) Debbie  Terminie | 10-3847 | Basile v. Forest River, et al |
| (156) Tania Kenney, o/b/o B.T | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (157) George  Milton Theaux | 10-3847 | Basile v. Forest River, et al |
| (158) Susan  Hotard Theaux | 10-3847 | Basile v. Forest River, et al |
| (159) Corey Andrew Thomas | 10-3675 | Adams v. Forest River, et al |
| (160) Denise Gurtner Thomas | 10-3675 | Adams v. Forest River, et al |
| (161) Kevin Joseph Thomas | 10-3675 | Adams v. Forest River, et al |
| (162) Kristin Lynn Thomas | 10-3675 | Adams v. Forest River, et al |
| (163) Cynthia  B Thornley | 10-3675 | Adams v. Forest River, et al |
| (164) Jessica Lynn Thornley | 10-3675 | Adams v. Forest River, et al |
| (165) Mindy Lynn Thornley | 10-3675 | Adams v. Forest River, et al |
| (166) Brandon  Jerry Trapane | 10-3675 | Adams v. Forest River, et al |
| (167) Dawn  C. Trapane | 10-3675 | Adams v. Forest River, et al |
| (168) Frank Joseph Trapane | 10-3675 | Adams v. Forest River, et al |
| (169) Patricia A Traylor | 10-3674 | Authement v. Forest River, et al |
| (170) Wayne Patrick Traylor | 10-3674 | Authement v. Forest River, et al |
| (171) Jamie Clark, o/b/o M.V | 10-3675 | Adams v. Forest River, et al |
| (172) Jamie Clark, o/b/o R.V | 10-3675 | Adams v. Forest River, et al |
| (173) Donald G. Vallee | 10-3675 | Adams v. Forest River, et al |
| (174) George  J. Vallee | 10-3675 | Adams v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (175) Susan Bellande Vallee | 10-3675 | Adams v. Forest River, et al |
| (176) Susan Bellande Vallee | 10-3675 | Adams v. Forest River, et al |
| (177) Charmaine Schaeffer Vosbein | 10-3674 | Authement v. Forest River, et al |
| (178) Eric J Vosbein | 10-3674 | Authement v. Forest River, et al |
| (179) Eric J Vosbein | 10-3674 | Authement v. Forest River, et al |
| (180) Brenda & Kristy Wagner, o/b/o A.W | 10-3675 | Adams v. Forest River, et al |
| (181) Brenda  Pilet Wagner | 10-3675 | Adams v. Forest River, et al |
| (182) Louis V. Wagner | 10-3675 | Adams v. Forest River, et al |
| (183) Sylvia & Mark, o/b/o C.W | 10-3675 | Adams v. Forest River, et al |
| (184) Sylvia & Mark, o/b/o J.W | 10-3675 | Adams v. Forest River, et al |
| (185) Mark  Walters | 10-3675 | Adams v. Forest River, et al |
| (186) Sylvia R Walters | 10-3675 | Adams v. Forest River, et al |
| (187) Mary L. Watts | 10-3674 | Authement v. Forest River, et al |
| (188) Ida  M. Weiskopf | 10-3675 | Adams v. Forest River, et al |
| (189) Stanley B. Weiskopf | 10-3675 | Adams v. Forest River, et al |
| (190) Stanley B Weiskopf | 10-3675 | Adams v. Forest River, et al |
| (191) Marissa Leigh White | 10-3674 | Authement v. Forest River, et al |
| (192) Marissa White, o/b/o S.W | 10-3674 | Authement v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Tania Kenney, o/b/o K.W | 10-3675 | Adams v. Forest River, et al |
| (194) Joann Morise, o/b/o C.W | 10-3674 | Authement v. Forest River, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Gonzales, et al. v. Crum & Foster Specialty Insurance, et al.*

## EDLA 10-749

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Laura Gonzales, o/b/o K.B | 10-3711 | Gonzales v. Crum and Foster, et al |
| (2) | Angelica Alvarez, o/b/o J.B | 10-3711 | Gonzales v. Crum and Foster, et al |
| (3) | Kelly R. Burke | 10-3711 | Gonzales v. Crum and Foster, et al |
| (4) | Dwayne C Daggs | 10-3698 | Daggs v. Crum and Foster, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Borne, et al. v. DS Corp., et al.*

## EDLA 09-3729

|      | Name                   | Severed Case No. | Severed Case Caption       |
|------|------------------------|------------------|----------------------------|
| (1)  | Trina Ben, o/b/o J.B   | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (2)  | Trina Ben, o/b/o T.B   | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (3)  | Trina B. Ben           | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (4)  | Trina Ben, o/b/o T.B   | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (5)  | Sheila Borne, o/b/o B.B | 10-3993         | Borne v. DS Corp, et al     |
| (6)  | Randy  Borne           | 10-3993          | Borne v. DS Corp, et al     |
| (7)  | Randy  A. Borne        | 10-3993          | Borne v. DS Corp, et al     |
| (8)  | Kevin  Bryan           | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (9)  | Kevin  Bryan           | 10-3993          | Borne v. DS Corp, et al     |
| (10) | Trina Ben, o/b/o K.B   | 10-3993          | Borne v. DS Corp, et al     |
| (11) | Trina Ben, o/b/o K.B   | 10-3472          | Ben OBO J.A. v. Thor, et al |
| (12) | Darrell J Caruso       | 10-3993          | Borne v. DS Corp, et al     |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Darrell & Pearl Caruso, o/b/o D.C | 10-3993 | Borne v. DS Corp, et al |
| (14) | Trina Ben, o/b/o J.J | 10-3472 | Ben OBO J.A. v. Thor, et al |
| (15) | Kathleen E. Jeanfreau | 10-3477 | Barcia v. Thor, et al |
| (16) | Clinton J. Rosselli | 10-3993 | Borne v. DS Corp, et al |
| (17) | Harold  V. Rosselli | 10-3993 | Borne v. DS Corp, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *April N. Wilson v. Forest River, Inc., et al.*

MDLA 09-496 EDLA 09-5978

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | April N. Wilson | 10-3801 | Wilson v. Forest River, et al |
| (2) | April N. Wilson | 10-3801 | Wilson v. Forest River, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Helen Albarado, et al. v. Keystone RV Company, et al.*

## EDLA 10-512

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Helen  Albarado | 10-3688 | Albarado v. Keystone Industries, et al |
| (2) | Raymond  Albarado | 10-3688 | Albarado v. Keystone Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *James Berndt, et al. v. Dutch Housing, Inc., et al.*

## EDLA 09-7946

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | James Berndt | 10-3746 | Berndt v. Dutch Housing, et al |
| (2) | James Berndt | 10-3746 | Berndt v. Dutch Housing, et al |
| (3) | Laura Gonzales, o/b/o K.B | 10-3746 | Berndt v. Dutch Housing, et al |
| (4) | Savannah Berndt | 10-3723 | Berndt v. Dutch Housing, et al |
| (5) | Laura Marie Gonzalez | 10-3746 | Berndt v. Dutch Housing, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Chad W. Macalusa, et al. Gulf Stream Coach, Inc., et al.*

### EDLA 09-4666

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Anna Polk Duplessis | 10-3512 | Duplessis v. Gulf Stream, et al |
| (2) | Chad  W. Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (3) | Sandra LaFargue Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (4) | Todd  H. Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (5) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (6) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (7) | Wendell  Mack | 10-3510 | Macalusa v. Gulf Stream, et al |
| (8) | Wendell  Mack | 10-3510 | Macalusa v. Gulf Stream, et al |
| (9) | Shane L.Mackles, o/b/o B.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (10) | Chad  Joseph Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (11) | Duke  Allen Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (12) | Gwendolyn  Ann Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Shane L. Mackles, o/b/o K.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (14)  Louise  Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (15)  Shane L. Mackles, o/b/o S.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (16)  Shane Louis Louis Mackles | 10-3734 | Mackles v. Gulf Stream, et al |
| (17)  Velma Louise Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (18)  Maria Kellum, o/b/o V.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (19)  Lawrence  Magruder | 10-3510 | Macalusa v. Gulf Stream, et al |
| (20)  Marylou  Magruder | 10-3510 | Macalusa v. Gulf Stream, et al |
| (21)  Clifford  J. Maher | 10-3838 | Gabriel v. Cavalier, et al |
| (22)  Shirley  Maher | 10-3510 | Macalusa v. Gulf Stream, et al |
| (23)  Henry  Maitre | 10-3737 | Macaluso v. Gulf Stream, et al |
| (24)  Henry  Maitre | 10-3510 | Macalusa v. Gulf Stream, et al |
| (25)  Charles  Mikal Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (26)  Charles  Mikal Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (27)  Rose Mary Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (28)  Rose Mary Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (29)  Tara Mankin, o/b/o A.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (30)  Glenn J Mankin | 10-3510 | Macalusa v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Tara Mankin, o/b/o G.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (32) | Tara  Mankin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (33) | Christopher  Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (34) | Nicholas  Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (35) | Nicholas A Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (36) | Shelly R Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (37) | Ethel Leblanc, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (38) | Barry  Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (39) | Bridget & Barry Martin, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (40) | Bridget Mullet Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (41) | Ovelia  G. Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (42) | Sidney  J. Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (43) | Frances  S. Mascaro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (44) | Charlene Elizabeth Matheny | 10-3511 | Matheny v. Gulf Stream, et al |
| (45) | Jennifer Matlock, o/b/o E.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (46) | Jennifer L. Matlock | 10-3510 | Macalusa v. Gulf Stream, et al |
| (47) | Paul  Mayeux | 10-3510 | Macalusa v. Gulf Stream, et al |
| (48) | Stacie  Mazur | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (49)  Walter  Mazur | 10-3510 | Macalusa v. Gulf Stream, et al |
| (50)  Lawrence Anthony McCall | 10-3510 | Macalusa v. Gulf Stream, et al |
| (51)  Hazel  B. McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (52)  James Patrick McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (53)  James Patrick McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (54)  Caryl Cantrell McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (55)  Gary S. McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (56)  Kenneth P. McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (57)  Arthur  L. McDonald | 10-3737 | Macaluso v. Gulf Stream, et al |
| (58)  Bessie  McDonald | 10-3510 | Macalusa v. Gulf Stream, et al |
| (59)  Dunwoodie A. McDuffie | 10-3512 | Duplessis v. Gulf Stream, et al |
| (60)  Geraldine  T. McKenzie | 10-3510 | Macalusa v. Gulf Stream, et al |
| (61)  James C. Coady McKenzie | 10-3510 | Macalusa v. Gulf Stream, et al |
| (62)  Consuella McMillian, o/b/o A.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (63)  Consuella J. McMillian | 10-3510 | Macalusa v. Gulf Stream, et al |
| (64)  Consuella McMillian, o/b/o F.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (65)  Furnell C McMillian | 10-3510 | Macalusa v. Gulf Stream, et al |
| (66)  Jeffery Chauppetta, o/b/o H.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Jeffery Chauppetta, o/b/o K.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (68) | Brittany Melara | 10-3510 | Macalusa v. Gulf Stream, et al |
| (69) | Steven & Raquel Melerine, o/b/o B.M | 10-3512 | Duplessis v. Gulf Stream, et al |
| (70) | Steven & Raquel Melerine, o/b/o H.M | 10-3512 | Duplessis v. Gulf Stream, et al |
| (71) | Jerry Melerine | 10-3510 | Macalusa v. Gulf Stream, et al |
| (72) | Raquel Melerine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (73) | Steven Melerine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (74) | Elizabeth Melton | 10-3737 | Macaluso v. Gulf Stream, et al |
| (75) | Jerilynn Pierce Melton | 10-3510 | Macalusa v. Gulf Stream, et al |
| (76) | Jeffery Graves, o/b/o K.M | 10-3737 | Macaluso v. Gulf Stream, et al |
| (77) | Charles Mendoza | 10-3512 | Duplessis v. Gulf Stream, et al |
| (78) | Marie R. Menesses | 10-3510 | Macalusa v. Gulf Stream, et al |
| (79) | Emilee Mercadel | 10-3737 | Macaluso v. Gulf Stream, et al |
| (80) | Frank L Mercadel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (81) | April Meyer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (82) | Joseph Meyer, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (83) | Joseph Meyer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (84) | April Ducote, o/b/o E.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (85)  April Ducote, o/b/o H.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (86)  April Ducote, o/b/o L.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (87)  Donna  Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (88)  Carmelite Sievers, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (89)  Donna Miller, o/b/o E.M | 10-3838 | Gabriel v. Cavalier, et al |
| (90)  George G Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (91)  Raymond  J. Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (92)  Yukimi  Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (93)  Dona  Faust Mills | 10-3510 | Macalusa v. Gulf Stream, et al |
| (94)  James  Paul Mills | 10-3510 | Macalusa v. Gulf Stream, et al |
| (95)  Joel  Mims | 10-3509 | Mims v. Gulf Stream, et al |
| (96)  Michael  Mims | 10-3510 | Macalusa v. Gulf Stream, et al |
| (97)  Tanya  Mims | 10-3509 | Mims v. Gulf Stream, et al |
| (98)  Ethel Lackey, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (99)  Charles  Mitchell | 10-3510 | Macalusa v. Gulf Stream, et al |
| (100) Zina  Mitchell | 10-3737 | Macaluso v. Gulf Stream, et al |
| (101) Sheryl  Mocklin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (102) Judy  Lynn Moffett | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Garet  Mones | 10-3510 | Macalusa v. Gulf Stream, et al |
| (104) Rachel  Montana | 10-3510 | Macalusa v. Gulf Stream, et al |
| (105) Timothy Joseph Moody | 10-3510 | Macalusa v. Gulf Stream, et al |
| (106) Loretta  Morehead | 10-3734 | Mackles v. Gulf Stream, et al |
| (107) Gina Morel, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (108) Gina Jones Morel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (109) Shane Joseph Morel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (110) Melvin  Morgan | 10-3510 | Macalusa v. Gulf Stream, et al |
| (111) Kelly  Morton | 10-3510 | Macalusa v. Gulf Stream, et al |
| (112) JoAnn  Mary Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (113) Matthew  Eddward Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (114) Michael  L Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (115) Judith (Judy) Collara Mullet | 10-3510 | Macalusa v. Gulf Stream, et al |
| (116) Roy  Mullet | 10-3510 | Macalusa v. Gulf Stream, et al |
| (117) Veronica Jane Mullet | 10-3737 | Macaluso v. Gulf Stream, et al |
| (118) Sabrina  Mullins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (119) Meagan  Murla | 10-3510 | Macalusa v. Gulf Stream, et al |
| (120) Darlene Chustz, o/b/o G.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Darlene Chustz, o/b/o X.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (122) Belinda Salande Chilton, o/b/o R.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (123) Belinda Salande Chilton, o/b/o R.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (124) Belinda Salande Chilton, o/b/o T.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (125) Belinda Salande Chilton, o/b/o T.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (126) Hulda  M. Najolia | 10-3510 | Macalusa v. Gulf Stream, et al |
| (127) Robert  H. Najolia | 10-3510 | Macalusa v. Gulf Stream, et al |
| (128) Kenneth James Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (129) Michelle  Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (130) Rosalie  Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (131) Rosalie  Nastasi | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (132) Charlotte  Ann Nehlig | 10-3510 | Macalusa v. Gulf Stream, et al |
| (133) Charlotte  Ann Nehlig | 10-3510 | Macalusa v. Gulf Stream, et al |
| (134) Genevieve  Nemeth | 10-3512 | Duplessis v. Gulf Stream, et al |
| (135) Joseph  Nemeth | 10-3512 | Duplessis v. Gulf Stream, et al |
| (136) Jeannette  Nicolay | 10-3510 | Macalusa v. Gulf Stream, et al |
| (137) Justin  G. Nikolaus | 10-3510 | Macalusa v. Gulf Stream, et al |
| (138) Shanda  Norton | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (140) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (141) David S Nuccio | 10-3734 | Mackles v. Gulf Stream, et al |
| (142) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (143) Nancy  Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (144) David S. Nuccio, o/b/o S.N | 10-3734 | Mackles v. Gulf Stream, et al |
| (145) David S. Nuccio, o/b/o S.N | 10-3510 | Macalusa v. Gulf Stream, et al |
| (146) Porfirio  Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (147) Theresa  Ann Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (148) Vera  Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (149) Linda  Coleman Nuschler | 10-3510 | Macalusa v. Gulf Stream, et al |
| (150) Richard  W. Nye | 10-3838 | Gabriel v. Cavalier, et al |
| (151) Norma  K. Oalmann | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (152) Clayton  Ocman | 10-3512 | Duplessis v. Gulf Stream, et al |
| (153) Jean  Ocman | 10-3512 | Duplessis v. Gulf Stream, et al |
| (154) Brittany Malera, o/b/o A.O | 10-3510 | Macalusa v. Gulf Stream, et al |
| (155) Arthur  L. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (156) Danny  L. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (157) Kevin  D. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (158) Louis  E. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (159) Pamela  B. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (160) Brad  R. Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (161) Nora  Lee Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (162) Richard  E. Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (163) Richard  Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (164) Graciella  Oster | 10-3510 | Macalusa v. Gulf Stream, et al |
| (165) Deborah  S. Palmer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (166) Michael  J. Palmer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (167) Michael  Paul Palmisano | 10-3510 | Macalusa v. Gulf Stream, et al |
| (168) Pepito  H. Patino | 10-3836 | Oltmann v. Cavalier, et al |
| (169) Anna  Payn | 10-3510 | Macalusa v. Gulf Stream, et al |
| (170) Thomas  Payn | 10-3836 | Oltmann v. Cavalier, et al |
| (171) Thomas  Payn | 10-3510 | Macalusa v. Gulf Stream, et al |
| (172) Jamere  Jarron Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (173) Larson J. Payne | 10-3510 | Macalusa v. Gulf Stream, et al |
| (174) Lititia  Ann Payne | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (175) Talia M Payne | 10-3510 | Macalusa v. Gulf Stream, et al |
| (176) Tarena  Troschel Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (177) Sandy  N. Pelas | 10-3511 | Matheny v. Gulf Stream, et al |
| (178) William G Penny | 10-3510 | Macalusa v. Gulf Stream, et al |
| (179) Alvin Lloyd Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (180) Brian  Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (181) Brian  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (182) Gary  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (183) Geraldine  M. Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (184) Lee Sylvia Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (185) Lee Sylvia Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (186) Lee Sylvia Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (187) Manuel  Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (188) Royce  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (189) Danny L Perkins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (190) John  Perkins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (191) Joseph & Karen Perry, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (192) Joseph  Louis Perry | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (193) Karen Crane Perry | 10-3510 | Macalusa v. Gulf Stream, et al |
| (194) Joseph & Karen Perry, o/b/o S.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (195) Shelley Perschall | 10-3510 | Macalusa v. Gulf Stream, et al |
| (196) Fredonia B. Peters | 10-3510 | Macalusa v. Gulf Stream, et al |
| (197) Amanda Creel, o/b/o B.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (198) Amanda Creel, o/b/o B.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (199) Hanson J. Peterson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (200) Barbara Ann Pichon | 10-3510 | Macalusa v. Gulf Stream, et al |
| (201) Juliette Picquet | 10-3511 | Matheny v. Gulf Stream, et al |
| (202) Timothy J. Pierson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (203) Emilee Mercadel, o/b/o C.P | 10-3737 | Macaluso v. Gulf Stream, et al |
| (204) Ralph J. Pitre | 10-3510 | Macalusa v. Gulf Stream, et al |
| (205) William Polk | 10-3510 | Macalusa v. Gulf Stream, et al |
| (206) Morris Joseph Powers | 10-3737 | Macaluso v. Gulf Stream, et al |
| (207) Israel Jasson Punch | 10-3510 | Macalusa v. Gulf Stream, et al |
| (208) Rebecca Songy, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (209) Michelle Boudreaux, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (210) Nina Rose Radosta | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (211) Louis Peter Ray | 10-3510 | Macalusa v. Gulf Stream, et al |
| (212) Brent  Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (213) Frances  Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (214) Francis  L. Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (215) Clint E. Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (216) Sharon  Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (217) Sharon  Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (218) Eugene  C. Reyes | 10-3510 | Macalusa v. Gulf Stream, et al |
| (219) Mary Sachatana Reyes | 10-3737 | Macaluso v. Gulf Stream, et al |
| (220) Richard Candebat Jr, o/b/o P.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (221) Deborah  Proctor Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (222) Dwight  Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (223) Zelma  Richard | 10-3510 | Macalusa v. Gulf Stream, et al |
| (224) Edith Scott, o/b/o P.R | 10-3512 | Duplessis v. Gulf Stream, et al |
| (225) Elizabeth O. Rickli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (226) Shirley  Rivers | 10-3510 | Macalusa v. Gulf Stream, et al |
| (227) Scarlet Applegate, o/b/o D.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (228) Brittany  Roberts | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (229) Brittany Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (230) Jenny Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (231) Jenny Roberts, o/b/o J.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (232) Jenny Roberts, o/b/o J.R | 10-3836 | Oltmann v. Cavalier, et al |
| (233) Martin Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (234) Martin Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (235) Jonathan Michael Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (236) Jonathan Michael Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (237) Terry Jo Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (238) Terry Jo Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (239) Robert Robinson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (240) Yvonne Robinson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (241) Rudolfo R. Robles | 10-3737 | Macaluso v. Gulf Stream, et al |
| (242) Carmella Rodi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (243) Paul Rodi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (244) Gregory Anthony Rollo | 10-3510 | Macalusa v. Gulf Stream, et al |
| (245) Malynda Michelle Rome | 10-3510 | Macalusa v. Gulf Stream, et al |
| (246) Roxanne Rome Rome-Cutrer | 10-3509 | Mims v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (247) Roxanne  Rome Rome-Cutrer | 10-3509 | Mims v. Gulf Stream, et al |
| (248) Irvin Alonzo Roy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (249) Elizabeth  A. Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (250) Gary Michael Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (251) George A Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (252) Nicole V. Weiland, o/b/o H.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (253) Nicole V. Weiland, o/b/o H.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (254) Ruby Lee Davis Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (255) Jessica Russell, o/b/o C.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (256) Jessica Russell, o/b/o C.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (257) Jessica Russell, o/b/o N.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (258) Ronald  R. Ryall | 10-3510 | Macalusa v. Gulf Stream, et al |