THE LAW OFFICES OF
### SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Chad W. Macalusa, et al. Gulf Stream Coach, Inc., et al.*

## EDLA 09-4666

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Anna Polk Duplessis | 10-3512 | Duplessis v. Gulf Stream, et al |
| (2) | Chad  W. Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (3) | Sandra LaFargue Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (4) | Todd  H. Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (5) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (6) | Anthony  Macaluso | 10-3737 | Macaluso v. Gulf Stream, et al |
| (7) | Wendell  Mack | 10-3510 | Macalusa v. Gulf Stream, et al |
| (8) | Wendell  Mack | 10-3510 | Macalusa v. Gulf Stream, et al |
| (9) | Shane L.Mackles, o/b/o B.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (10) | Chad  Joseph Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (11) | Duke  Allen Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (12) | Gwendolyn  Ann Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  Shane L. Mackles, o/b/o K.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (14)  Louise  Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (15)  Shane L. Mackles, o/b/o S.M | 10-3734 | Mackles v. Gulf Stream, et al |
| (16)  Shane Louis Louis Mackles | 10-3734 | Mackles v. Gulf Stream, et al |
| (17)  Velma Louise Mackles | 10-3510 | Macalusa v. Gulf Stream, et al |
| (18)  Maria Kellum, o/b/o V.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (19)  Lawrence  Magruder | 10-3510 | Macalusa v. Gulf Stream, et al |
| (20)  Marylou  Magruder | 10-3510 | Macalusa v. Gulf Stream, et al |
| (21)  Clifford  J. Maher | 10-3838 | Gabriel v. Cavalier, et al |
| (22)  Shirley  Maher | 10-3510 | Macalusa v. Gulf Stream, et al |
| (23)  Henry  Maitre | 10-3737 | Macaluso v. Gulf Stream, et al |
| (24)  Henry  Maitre | 10-3510 | Macalusa v. Gulf Stream, et al |
| (25)  Charles  Mikal Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (26)  Charles  Mikal Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (27)  Rose Mary Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (28)  Rose Mary Mammelli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (29)  Tara Mankin, o/b/o A.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (30)  Glenn J Mankin | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Tara Mankin, o/b/o G.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (32)  Tara  Mankin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (33)  Christopher  Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (34)  Nicholas  Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (35)  Nicholas A Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (36)  Shelly R Manno | 10-3510 | Macalusa v. Gulf Stream, et al |
| (37)  Ethel Leblanc, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (38)  Barry  Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (39)  Bridget & Barry Martin, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (40)  Bridget Mullet Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (41)  Ovelia  G. Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (42)  Sidney  J. Martin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (43)  Frances  S. Mascaro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (44)  Charlene Elizabeth Matheny | 10-3511 | Matheny v. Gulf Stream, et al |
| (45)  Jennifer Matlock, o/b/o E.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (46)  Jennifer L. Matlock | 10-3510 | Macalusa v. Gulf Stream, et al |
| (47)  Paul  Mayeux | 10-3510 | Macalusa v. Gulf Stream, et al |
| (48)  Stacie  Mazur | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Walter  Mazur | 10-3510 | Macalusa v. Gulf Stream, et al |
| (50)  Lawrence Anthony McCall | 10-3510 | Macalusa v. Gulf Stream, et al |
| (51)  Hazel  B. McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (52)  James Patrick McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (53)  James Patrick McCarthy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (54)  Caryl Cantrell McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (55)  Gary S. McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (56)  Kenneth P. McDaniel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (57)  Arthur  L. McDonald | 10-3737 | Macaluso v. Gulf Stream, et al |
| (58)  Bessie  McDonald | 10-3510 | Macalusa v. Gulf Stream, et al |
| (59)  Dunwoodie A. McDuffie | 10-3512 | Duplessis v. Gulf Stream, et al |
| (60)  Geraldine  T. McKenzie | 10-3510 | Macalusa v. Gulf Stream, et al |
| (61)  James C. Coady McKenzie | 10-3510 | Macalusa v. Gulf Stream, et al |
| (62)  Consuella McMillian, o/b/o A.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (63)  Consuella J. McMillian | 10-3510 | Macalusa v. Gulf Stream, et al |
| (64)  Consuella McMillian, o/b/o F.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (65)  Furnell C McMillian | 10-3510 | Macalusa v. Gulf Stream, et al |
| (66)  Jeffery Chauppetta, o/b/o H.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  Jeffery Chauppetta, o/b/o K.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (68)  Brittany  Melara | 10-3510 | Macalusa v. Gulf Stream, et al |
| (69)  Steven & Raquel Melerine, o/b/o B.M | 10-3512 | Duplessis v. Gulf Stream, et al |
| (70)  Steven & Raquel Melerine, o/b/o H.M | 10-3512 | Duplessis v. Gulf Stream, et al |
| (71)  Jerry  Melerine | 10-3510 | Macalusa v. Gulf Stream, et al |
| (72)  Raquel  Melerine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (73)  Steven  Melerine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (74)  Elizabeth  Melton | 10-3737 | Macaluso v. Gulf Stream, et al |
| (75)  Jerilynn Pierce Melton | 10-3510 | Macalusa v. Gulf Stream, et al |
| (76)  Jeffery Graves, o/b/o K.M | 10-3737 | Macaluso v. Gulf Stream, et al |
| (77)  Charles  Mendoza | 10-3512 | Duplessis v. Gulf Stream, et al |
| (78)  Marie R. Menesses | 10-3510 | Macalusa v. Gulf Stream, et al |
| (79)  Emilee  Mercadel | 10-3737 | Macaluso v. Gulf Stream, et al |
| (80)  Frank L Mercadel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (81)  April  Meyer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (82)  Joseph Meyer, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (83)  Joseph  Meyer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (84)  April Ducote, o/b/o E.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  April Ducote, o/b/o H.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (86)  April Ducote, o/b/o L.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (87)  Donna  Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (88)  Carmelite Sievers, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (89)  Donna Miller, o/b/o E.M | 10-3838 | Gabriel v. Cavalier, et al |
| (90)  George G Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (91)  Raymond  J. Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (92)  Yukimi  Miller | 10-3510 | Macalusa v. Gulf Stream, et al |
| (93)  Dona  Faust Mills | 10-3510 | Macalusa v. Gulf Stream, et al |
| (94)  James  Paul Mills | 10-3510 | Macalusa v. Gulf Stream, et al |
| (95)  Joel  Mims | 10-3509 | Mims v. Gulf Stream, et al |
| (96)  Michael  Mims | 10-3510 | Macalusa v. Gulf Stream, et al |
| (97)  Tanya  Mims | 10-3509 | Mims v. Gulf Stream, et al |
| (98)  Ethel Lackey, o/b/o B.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (99)  Charles  Mitchell | 10-3510 | Macalusa v. Gulf Stream, et al |
| (100) Zina  Mitchell | 10-3737 | Macaluso v. Gulf Stream, et al |
| (101) Sheryl  Mocklin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (102) Judy  Lynn Moffett | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Garet  Mones | 10-3510 | Macalusa v. Gulf Stream, et al |
| (104) Rachel  Montana | 10-3510 | Macalusa v. Gulf Stream, et al |
| (105) Timothy Joseph Moody | 10-3510 | Macalusa v. Gulf Stream, et al |
| (106) Loretta  Morehead | 10-3734 | Mackles v. Gulf Stream, et al |
| (107) Gina Morel, o/b/o D.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (108) Gina Jones Morel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (109) Shane Joseph Morel | 10-3510 | Macalusa v. Gulf Stream, et al |
| (110) Melvin  Morgan | 10-3510 | Macalusa v. Gulf Stream, et al |
| (111) Kelly  Morton | 10-3510 | Macalusa v. Gulf Stream, et al |
| (112) JoAnn  Mary Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (113) Matthew  Eddward Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (114) Michael  L Mosteiro | 10-3510 | Macalusa v. Gulf Stream, et al |
| (115) Judith (Judy) Collara Mullet | 10-3510 | Macalusa v. Gulf Stream, et al |
| (116) Roy  Mullet | 10-3510 | Macalusa v. Gulf Stream, et al |
| (117) Veronica Jane Mullet | 10-3737 | Macaluso v. Gulf Stream, et al |
| (118) Sabrina  Mullins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (119) Meagan  Murla | 10-3510 | Macalusa v. Gulf Stream, et al |
| (120) Darlene Chustz, o/b/o G.M | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Darlene Chustz, o/b/o X.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (122) Belinda Salande Chilton, o/b/o R.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (123) Belinda Salande Chilton, o/b/o R.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (124) Belinda Salande Chilton, o/b/o T.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (125) Belinda Salande Chilton, o/b/o T.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (126) Hulda  M. Najolia | 10-3510 | Macalusa v. Gulf Stream, et al |
| (127) Robert  H. Najolia | 10-3510 | Macalusa v. Gulf Stream, et al |
| (128) Kenneth James Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (129) Michelle  Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (130) Rosalie  Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (131) Rosalie  Nastasi | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (132) Charlotte  Ann Nehlig | 10-3510 | Macalusa v. Gulf Stream, et al |
| (133) Charlotte  Ann Nehlig | 10-3510 | Macalusa v. Gulf Stream, et al |
| (134) Genevieve  Nemeth | 10-3512 | Duplessis v. Gulf Stream, et al |
| (135) Joseph  Nemeth | 10-3512 | Duplessis v. Gulf Stream, et al |
| (136) Jeannette  Nicolay | 10-3510 | Macalusa v. Gulf Stream, et al |
| (137) Justin  G. Nikolaus | 10-3510 | Macalusa v. Gulf Stream, et al |
| (138) Shanda  Norton | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (139) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (140) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (141) David S Nuccio | 10-3734 | Mackles v. Gulf Stream, et al |
| (142) David S Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (143) Nancy  Nuccio | 10-3510 | Macalusa v. Gulf Stream, et al |
| (144) David S. Nuccio, o/b/o S.N | 10-3734 | Mackles v. Gulf Stream, et al |
| (145) David S. Nuccio, o/b/o S.N | 10-3510 | Macalusa v. Gulf Stream, et al |
| (146) Porfirio  Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (147) Theresa  Ann Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (148) Vera  Nunez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (149) Linda  Coleman Nuschler | 10-3510 | Macalusa v. Gulf Stream, et al |
| (150) Richard  W. Nye | 10-3838 | Gabriel v. Cavalier, et al |
| (151) Norma  K. Oalmann | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (152) Clayton  Ocman | 10-3512 | Duplessis v. Gulf Stream, et al |
| (153) Jean  Ocman | 10-3512 | Duplessis v. Gulf Stream, et al |
| (154) Brittany Malera, o/b/o A.O | 10-3510 | Macalusa v. Gulf Stream, et al |
| (155) Arthur  L. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (156) Danny  L. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Kevin  D. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (158) Louis  E. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (159) Pamela  B. Olivieri | 10-3510 | Macalusa v. Gulf Stream, et al |
| (160) Brad  R. Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (161) Nora  Lee Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (162) Richard  E. Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (163) Richard  Oracoy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (164) Graciella  Oster | 10-3510 | Macalusa v. Gulf Stream, et al |
| (165) Deborah  S. Palmer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (166) Michael  J. Palmer | 10-3510 | Macalusa v. Gulf Stream, et al |
| (167) Michael  Paul Palmisano | 10-3510 | Macalusa v. Gulf Stream, et al |
| (168) Pepito  H. Patino | 10-3836 | Oltmann v. Cavalier, et al |
| (169) Anna  Payn | 10-3510 | Macalusa v. Gulf Stream, et al |
| (170) Thomas  Payn | 10-3836 | Oltmann v. Cavalier, et al |
| (171) Thomas  Payn | 10-3510 | Macalusa v. Gulf Stream, et al |
| (172) Jamere  Jarron Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (173) Larson J. Payne | 10-3510 | Macalusa v. Gulf Stream, et al |
| (174) Lititia  Ann Payne | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Talia M Payne | 10-3510 | Macalusa v. Gulf Stream, et al |
| (176) Tarena Troschel Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (177) Sandy N. Pelas | 10-3511 | Matheny v. Gulf Stream, et al |
| (178) William G Penny | 10-3510 | Macalusa v. Gulf Stream, et al |
| (179) Alvin Lloyd Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (180) Brian Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (181) Brian Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (182) Gary Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (183) Geraldine M. Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (184) Lee Sylvia Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (185) Lee Sylvia Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (186) Lee Sylvia Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (187) Manuel Perez | 10-3510 | Macalusa v. Gulf Stream, et al |
| (188) Royce Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (189) Danny L Perkins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (190) John Perkins | 10-3510 | Macalusa v. Gulf Stream, et al |
| (191) Joseph & Karen Perry, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (192) Joseph Louis Perry | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Karen Crane Perry | 10-3510 | Macalusa v. Gulf Stream, et al |
| (194) Joseph & Karen  Perry, o/b/o S.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (195) Shelley  Perschall | 10-3510 | Macalusa v. Gulf Stream, et al |
| (196) Fredonia B. Peters | 10-3510 | Macalusa v. Gulf Stream, et al |
| (197) Amanda Creel, o/b/o B.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (198) Amanda Creel, o/b/o B.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (199) Hanson  J. Peterson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (200) Barbara  Ann Pichon | 10-3510 | Macalusa v. Gulf Stream, et al |
| (201) Juliette  Picquet | 10-3511 | Matheny v. Gulf Stream, et al |
| (202) Timothy  J. Pierson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (203) Emilee Mercadel, o/b/o C.P | 10-3737 | Macaluso v. Gulf Stream, et al |
| (204) Ralph J. Pitre | 10-3510 | Macalusa v. Gulf Stream, et al |
| (205) William  Polk | 10-3510 | Macalusa v. Gulf Stream, et al |
| (206) Morris  Joseph Powers | 10-3737 | Macaluso v. Gulf Stream, et al |
| (207) Israel Jasson Punch | 10-3510 | Macalusa v. Gulf Stream, et al |
| (208) Rebecca Songy, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (209) Michelle Boudreaux, o/b/o J.P | 10-3510 | Macalusa v. Gulf Stream, et al |
| (210) Nina  Rose Radosta | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (211) Louis Peter Ray | 10-3510 | Macalusa v. Gulf Stream, et al |
| (212) Brent  Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (213) Frances  Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (214) Francis  L. Reilly | 10-3510 | Macalusa v. Gulf Stream, et al |
| (215) Clint E. Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (216) Sharon  Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (217) Sharon  Reine | 10-3512 | Duplessis v. Gulf Stream, et al |
| (218) Eugene  C. Reyes | 10-3510 | Macalusa v. Gulf Stream, et al |
| (219) Mary Sachatana Reyes | 10-3737 | Macaluso v. Gulf Stream, et al |
| (220) Richard Candebat Jr, o/b/o P.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (221) Deborah  Proctor Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (222) Dwight  Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (223) Zelma  Richard | 10-3510 | Macalusa v. Gulf Stream, et al |
| (224) Edith Scott, o/b/o P.R | 10-3512 | Duplessis v. Gulf Stream, et al |
| (225) Elizabeth O. Rickli | 10-3510 | Macalusa v. Gulf Stream, et al |
| (226) Shirley  Rivers | 10-3510 | Macalusa v. Gulf Stream, et al |
| (227) Scarlet Applegate, o/b/o D.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (228) Brittany  Roberts | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (229) Brittany Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (230) Jenny Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (231) Jenny Roberts, o/b/o J.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (232) Jenny Roberts, o/b/o J.R | 10-3836 | Oltmann v. Cavalier, et al |
| (233) Martin Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (234) Martin Roberts | 10-3510 | Macalusa v. Gulf Stream, et al |
| (235) Jonathan Michael Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (236) Jonathan Michael Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (237) Terry Jo Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (238) Terry Jo Robin | 10-3510 | Macalusa v. Gulf Stream, et al |
| (239) Robert Robinson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (240) Yvonne Robinson | 10-3510 | Macalusa v. Gulf Stream, et al |
| (241) Rudolfo R. Robles | 10-3737 | Macaluso v. Gulf Stream, et al |
| (242) Carmella Rodi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (243) Paul Rodi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (244) Gregory Anthony Rollo | 10-3510 | Macalusa v. Gulf Stream, et al |
| (245) Malynda Michelle Rome | 10-3510 | Macalusa v. Gulf Stream, et al |
| (246) Roxanne Rome Rome-Cutrer | 10-3509 | Mims v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (247) Roxanne Rome Rome-Cutrer | 10-3509 | Mims v. Gulf Stream, et al |
| (248) Irvin Alonzo Roy | 10-3510 | Macalusa v. Gulf Stream, et al |
| (249) Elizabeth A. Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (250) Gary Michael Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (251) George A Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (252) Nicole V. Weiland, o/b/o H.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (253) Nicole V. Weiland, o/b/o H.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (254) Ruby Lee Davis Ruiz | 10-3510 | Macalusa v. Gulf Stream, et al |
| (255) Jessica Russell, o/b/o C.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (256) Jessica Russell, o/b/o C.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (257) Jessica Russell, o/b/o N.R | 10-3510 | Macalusa v. Gulf Stream, et al |
| (258) Ronald R. Ryall | 10-3510 | Macalusa v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Deroche, et al. v. Keystone RV Company, et al.*

## EDLA 09-7923

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Rebecca A Deroche | 10-3973 | DeRoche v. Keystone RV, et al |
| (2) | Joyce  Mary Keim | 10-3973 | DeRoche v. Keystone RV, et al |
| (3) | Joyce  Mary Keim | 10-3973 | DeRoche v. Keystone RV, et al |
| (4) | Anthony  Luna | 10-3973 | DeRoche v. Keystone RV, et al |
| (5) | Stephen  Schule | 10-3973 | DeRoche v. Keystone RV, et al |
| (6) | Eldridge  Williams | 10-3973 | DeRoche v. Keystone RV, et al |
| (7) | Onita  Williams | 10-3973 | DeRoche v. Keystone RV, et al |
| (8) | Trenton  Williams | 10-3973 | DeRoche v. Keystone RV, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Belinda Chilton, o/b/o the minor A.F., et al. v. CMH Manufacturing, et al.*

## EDLA 09-7981

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Alyssa  Crystal Froeba | 10-3738 | Froeba v. CMH Manufacturing, et al |
| (2) | Robert Froeba, o/b/o J.F | 10-3693 | Alberez v. Layton Homes, et al |
| (3) | Robert Joseph Froeba | 10-3738 | Froeba v. CMH Manufacturing, et al |
| (4) | Chevelle Richard, o/b/o C.R | 10-3696 | Adubato v. Layton Homes Corporation, et al |
| (5) | Chevelle  Richard | 10-3696 | Adubato v. Layton Homes Corporation, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Linda S. Barcelona, et al. v. R-Vision, Inc., et al.*

## EDLA 09-3949

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Damien  Aguilar | 10-3585 | Aguilar v. Arch Specialty, et al |
| (2)  | Dennis C Armitage | 10-3585 | Aguilar v. Arch Specialty, et al |
| (3)  | Linda  S. Barcelona | 10-3585 | Aguilar v. Arch Specialty, et al |
| (4)  | Steve  V. Barcelona | 10-3585 | Aguilar v. Arch Specialty, et al |
| (5)  | Judy Lynne Biddie | 10-3585 | Aguilar v. Arch Specialty, et al |
| (6)  | Patricia Bindom, o/b/o D.B | 10-3584 | Bindom v. Arch Specialty, et al |
| (7)  | Patricia Bindom, o/b/o J.B | 10-3584 | Bindom v. Arch Specialty, et al |
| (8)  | Patricia  Bindom | 10-3584 | Bindom v. Arch Specialty, et al |
| (9)  | Lelia  W. Breaux | 10-3585 | Aguilar v. Arch Specialty, et al |
| (10) | Sandra Pierre, o/b/o D.B | 10-3699 | Pierre v. Arch Specialty, et al |
| (11) | Brandi  Callia | 10-3585 | Aguilar v. Arch Specialty, et al |
| (12) | Judy  Callia | 10-3585 | Aguilar v. Arch Specialty, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Darlene  A. Chustz | 10-3585 | Aguilar v. Arch Specialty, et al |
| (14) | Michael  Chustz | 10-3585 | Aguilar v. Arch Specialty, et al |
| (15) | Patricia (Trisha) A. Diaz | 10-3699 | Pierre v. Arch Specialty, et al |
| (16) | April Renee Ducote | 10-3585 | Aguilar v. Arch Specialty, et al |
| (17) | April Ducote, o/b/o C.D | 10-3585 | Aguilar v. Arch Specialty, et al |
| (18) | Roberto  Duran | 10-3584 | Bindom v. Arch Specialty, et al |
| (19) | Anthony  Foto | 10-3584 | Bindom v. Arch Specialty, et al |
| (20) | Anthony R. Foto | 10-3585 | Aguilar v. Arch Specialty, et al |
| (21) | Charles  D. Gosnell | 10-3585 | Aguilar v. Arch Specialty, et al |
| (22) | Charles  D. Gosnell | 10-3585 | Aguilar v. Arch Specialty, et al |
| (23) | Chase  Michael Gosnell | 10-3584 | Bindom v. Arch Specialty, et al |
| (24) | Christopher  Matthew Gosnell | 10-3585 | Aguilar v. Arch Specialty, et al |
| (25) | Debra  B. Gosnell | 10-3585 | Aguilar v. Arch Specialty, et al |
| (26) | Sandra Pierre, o/b/o D.G | 10-3699 | Pierre v. Arch Specialty, et al |
| (27) | Hope & Joseph Held, o/b/o C.H | 10-3586 | Held v. Arch Specialty, et al |
| (28) | Edward  John Held | 10-3584 | Bindom v. Arch Specialty, et al |
| (29) | Hope Freire Held | 10-3586 | Held v. Arch Specialty, et al |
| (30) | Joseph E. Held | 10-3586 | Held v. Arch Specialty, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Joseph E. Held | 10-3586 | Held v. Arch Specialty, et al |
| (32)  Theresa  Piazza Held | 10-3584 | Bindom v. Arch Specialty, et al |
| (33)  Bertalina  Hernandez | 10-3585 | Aguilar v. Arch Specialty, et al |
| (34)  Dawn Elizabeth Johnson | 10-3585 | Aguilar v. Arch Specialty, et al |
| (35)  Jeffrey Alexander Johnson | 10-3585 | Aguilar v. Arch Specialty, et al |
| (36)  Dawn Johnson, o/b/o K.J | 10-3585 | Aguilar v. Arch Specialty, et al |
| (37)  Haralyn  Malasovich | 10-3585 | Aguilar v. Arch Specialty, et al |
| (38)  Rickie  C. Malasovich | 10-3585 | Aguilar v. Arch Specialty, et al |
| (39)  Kenneth  David Martinez | 10-3585 | Aguilar v. Arch Specialty, et al |
| (40)  Harold  Joseph McCloskey | 10-3584 | Bindom v. Arch Specialty, et al |
| (41)  Susan  T. McCloskey | 10-3584 | Bindom v. Arch Specialty, et al |
| (42)  April Ducote, o/b/o E.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (43)  April Ducote, o/b/o H.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (44)  April Ducote, o/b/o L.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (45)  Darlene Chustz, o/b/o G.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (46)  Darlene Chustz, o/b/o X.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (47)  Belinda Salande Chilton, o/b/o T.M | 10-3585 | Aguilar v. Arch Specialty, et al |
| (48)  Belinda Salande Chilton, o/b/o T.M | 10-3585 | Aguilar v. Arch Specialty, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49) Angela M. Neumann | 10-3585 | Aguilar v. Arch Specialty, et al |
| (50) Bertalina Hernandez, o/b/o L.O | 10-3585 | Aguilar v. Arch Specialty, et al |
| (51) David Paul Penney | 10-3586 | Held v. Arch Specialty, et al |
| (52) Joseph Pierre | 10-3699 | Pierre v. Arch Specialty, et al |
| (53) Joseph Pierre | 10-3699 | Pierre v. Arch Specialty, et al |
| (54) Sandra Broussard Pierre | 10-3699 | Pierre v. Arch Specialty, et al |
| (55) Sandra Broussard Pierre | 10-3699 | Pierre v. Arch Specialty, et al |
| (56) Johnny Rodi | 10-3585 | Aguilar v. Arch Specialty, et al |
| (57) Charles Ruppert | 10-3585 | Aguilar v. Arch Specialty, et al |
| (58) Mary Ruppert | 10-3584 | Bindom v. Arch Specialty, et al |
| (59) Kathy L Sakowski | 10-3585 | Aguilar v. Arch Specialty, et al |
| (60) Dana J. Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (61) Dana J. Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (62) David J. Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (63) David J. Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (64) Sharon Crifasi Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (65) Sharon Crifasi Smith | 10-3585 | Aguilar v. Arch Specialty, et al |
| (66) Sharon Smith, o/b/o S.S | 10-3585 | Aguilar v. Arch Specialty, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  Sharon Smith, o/b/o S.S | 10-3585 | Aguilar v. Arch Specialty, et al |
| (68)  Danisha  A. Williams | 10-3585 | Aguilar v. Arch Specialty, et al |
| (69)  Patrick  Williams | 10-3585 | Aguilar v. Arch Specialty, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*

## EDLA 09-7985

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Jacklyn  Aguilar | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (2)  | Petrina  A. Bondio | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (3)  | Alecia Couget Frught | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (4)  | Donald  Frught | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (5)  | Terry Lynn Gervais | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (6)  | Jack LaCaze Jr. & Amanda Tatom, o/b/o | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (7)  | Aaron  Mitchell Saucier | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (8)  | Amelia Johnson, o/b/o K.S | 10-3732 | Aguilar v. Morgan Buildings and Spas, et al |
| (9)  | Shantell Smith, o/b/o C.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (10) | Shantell Smith, o/b/o D.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (11) | Shantell Smith, o/b/o J.S | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |
| (12) | Shantell Trenell Smith | 10-3743 | Gervais v. Morgan Buildings and Spas, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Falgout, et al. v. Gulf Stream Coach, et al.*

## EDLA 09-4662

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Christopher Falgout | 10-3663 | Falgout v. Gulf Stream, et al |
| (2)  | Jennifer A. Faust | 10-3663 | Falgout v. Gulf Stream, et al |
| (3)  | Madeline Faust | 10-3663 | Falgout v. Gulf Stream, et al |
| (4)  | Nicholas Faust | 10-3663 | Falgout v. Gulf Stream, et al |
| (5)  | Alfred Long Favalora | 10-3663 | Falgout v. Gulf Stream, et al |
| (6)  | Stacy Favalora, o/b/o A.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (7)  | stacy favalora, o/b/o A.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (8)  | Stacy Favalora | 10-3663 | Falgout v. Gulf Stream, et al |
| (9)  | Harris V. Faye | 10-3663 | Falgout v. Gulf Stream, et al |
| (10) | Joan Faye | 10-3663 | Falgout v. Gulf Stream, et al |
| (11) | Thomas Anthony Fazio | 10-3663 | Falgout v. Gulf Stream, et al |
| (12) | Joseph Feraci | 10-3663 | Falgout v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Collins Leonard Fernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (14) | Inez R. Fernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (15) | Layla Fernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (16) | Linda Leonard Fernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (17) | Leandro J Ferrer | 10-3663 | Falgout v. Gulf Stream, et al |
| (18) | Janet D. Ferry | 10-3663 | Falgout v. Gulf Stream, et al |
| (19) | Matthew T. Ferry | 10-3663 | Falgout v. Gulf Stream, et al |
| (20) | Wayne A. Ferry | 10-3663 | Falgout v. Gulf Stream, et al |
| (21) | Sheila Fetter, o/b/o B.F | 10-3664 | Fetter v. Gulf Stream, et al |
| (22) | Sheila Fetter, o/b/o D.F | 10-3664 | Fetter v. Gulf Stream, et al |
| (23) | Sheila Fetter, o/b/o L.F | 10-3664 | Fetter v. Gulf Stream, et al |
| (24) | Sheila J. Fetter | 10-3664 | Fetter v. Gulf Stream, et al |
| (25) | Steven Weyland Fincher | 10-3663 | Falgout v. Gulf Stream, et al |
| (26) | Alan Joseph Finkelstein | 10-3663 | Falgout v. Gulf Stream, et al |
| (27) | Rhonda Flynn, o/b/o E.F | 10-3665 | Flynn v. Gulf Stream, et al |
| (28) | Rhonda Flynn | 10-3663 | Falgout v. Gulf Stream, et al |
| (29) | Curtis James Fontenot | 10-3663 | Falgout v. Gulf Stream, et al |
| (30) | Gloria Judy Fontenot | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31)  Tina Marie Forcet | 10-3663 | Falgout v. Gulf Stream, et al |
| (32)  Blaise A Forsythe | 10-3664 | Fetter v. Gulf Stream, et al |
| (33)  Catherine B Forsythe | 10-3663 | Falgout v. Gulf Stream, et al |
| (34)  Christina M. Forsythe | 10-3663 | Falgout v. Gulf Stream, et al |
| (35)  Eric Eugene Forsythe | 10-3663 | Falgout v. Gulf Stream, et al |
| (36)  Patricia Ann Forsythe | 10-3663 | Falgout v. Gulf Stream, et al |
| (37)  Patsy M. Forsythe | 10-3663 | Falgout v. Gulf Stream, et al |
| (38)  Jesse Jago Francis | 10-3663 | Falgout v. Gulf Stream, et al |
| (39)  Trudy Fraychineaud, o/b/o D.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (40)  David Allen Fraychineaud | 10-3663 | Falgout v. Gulf Stream, et al |
| (41)  Trudy Fraychineaud, o/b/o D.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (42)  Trudy Unbehagen Fraychineaud | 10-3663 | Falgout v. Gulf Stream, et al |
| (43)  Adrienne Rome Frey | 10-3663 | Falgout v. Gulf Stream, et al |
| (44)  Raymond J. Frey | 10-3664 | Fetter v. Gulf Stream, et al |
| (45)  Jules Gustave Frisard | 10-3663 | Falgout v. Gulf Stream, et al |
| (46)  Natacha Leralynn Frisard | 10-3663 | Falgout v. Gulf Stream, et al |
| (47)  Alyssa Crystal Froeba | 10-3663 | Falgout v. Gulf Stream, et al |
| (48)  Alyssa Crystal Froeba | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Robert Froeba, o/b/o J.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (50)  Robert Froeba, o/b/o J.F | 10-3663 | Falgout v. Gulf Stream, et al |
| (51)  Robert Joseph Froeba | 10-3663 | Falgout v. Gulf Stream, et al |
| (52)  Robert Joseph Froeba | 10-3663 | Falgout v. Gulf Stream, et al |
| (53)  Donna Gabriel Fulton | 10-3663 | Falgout v. Gulf Stream, et al |
| (54)  Walter Lucien Fulton | 10-3663 | Falgout v. Gulf Stream, et al |
| (55)  Henry  Fuselier | 10-3663 | Falgout v. Gulf Stream, et al |
| (56)  Pamela  Fuselier | 10-3663 | Falgout v. Gulf Stream, et al |
| (57)  Warren  Peter Gabriel | 10-3663 | Falgout v. Gulf Stream, et al |
| (58)  Daniel Joseph Gaeta | 10-3663 | Falgout v. Gulf Stream, et al |
| (59)  Julianna D. Gagliano | 10-3663 | Falgout v. Gulf Stream, et al |
| (60)  Mathew  Gagliano | 10-3663 | Falgout v. Gulf Stream, et al |
| (61)  Michelle  Gagliano | 10-3663 | Falgout v. Gulf Stream, et al |
| (62)  Johnalyn  L. Gallardo | 10-3663 | Falgout v. Gulf Stream, et al |
| (63)  Joseph W. Gallardo | 10-3662 | Adams v. Cavalier, et al |
| (64)  Harold  Walter Gallo | 10-3663 | Falgout v. Gulf Stream, et al |
| (65)  Peggy  Bachemin Gallo | 10-3663 | Falgout v. Gulf Stream, et al |
| (66)  Barry  Russell Gangolf | 10-3663 | Falgout v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Frances H Gangolf | 10-3663 | Falgout v. Gulf Stream, et al |
| (68) | Rebecca Gangolf, o/b/o J.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (69) | Rebecca L. Gangolf | 10-3663 | Falgout v. Gulf Stream, et al |
| (70) | Dorene Besse, o/b/o B.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (71) | Luis O. Garcia | 10-3663 | Falgout v. Gulf Stream, et al |
| (72) | Dorothy Welch Garrett | 10-3663 | Falgout v. Gulf Stream, et al |
| (73) | Dorothy Welch Garrett | 10-3663 | Falgout v. Gulf Stream, et al |
| (74) | Ted A Garrett | 10-3663 | Falgout v. Gulf Stream, et al |
| (75) | Myndi Gaspard | 10-3663 | Falgout v. Gulf Stream, et al |
| (76) | Myndi Gaspard | 10-3663 | Falgout v. Gulf Stream, et al |
| (77) | Anthony T. Gauci | 10-3663 | Falgout v. Gulf Stream, et al |
| (78) | Ricky Gauci | 10-3663 | Falgout v. Gulf Stream, et al |
| (79) | Ricky Gauci | 10-3663 | Falgout v. Gulf Stream, et al |
| (80) | David Gauthe | 10-3663 | Falgout v. Gulf Stream, et al |
| (81) | Milton Gautreaux | 10-3665 | Flynn v. Gulf Stream, et al |
| (82) | Sharon S. Geeck | 10-3663 | Falgout v. Gulf Stream, et al |
| (83) | Sharon S. Geeck | 10-3663 | Falgout v. Gulf Stream, et al |
| (84) | Sharon S. Geeck | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Sharon S. Geeck | 10-3663 | Falgout v. Gulf Stream, et al |
| (86)  Fred J. Genness | 10-3663 | Falgout v. Gulf Stream, et al |
| (87)  Bobbie Jean Gervais | 10-3663 | Falgout v. Gulf Stream, et al |
| (88)  Bobbie Jean Gervais | 10-3663 | Falgout v. Gulf Stream, et al |
| (89)  George William Gervais | 10-3664 | Fetter v. Gulf Stream, et al |
| (90)  Misty Jean Gervais | 10-3663 | Falgout v. Gulf Stream, et al |
| (91)  Edward Anthony Gettys | 10-3663 | Falgout v. Gulf Stream, et al |
| (92)  Edward Anthony Gettys | 10-3663 | Falgout v. Gulf Stream, et al |
| (93)  Patricia Rizzuto Gettys | 10-3663 | Falgout v. Gulf Stream, et al |
| (94)  Tammy  Rita Gettys | 10-3663 | Falgout v. Gulf Stream, et al |
| (95)  Adolph A. Gex | 10-3663 | Falgout v. Gulf Stream, et al |
| (96)  Beverly McMillian Gex | 10-3663 | Falgout v. Gulf Stream, et al |
| (97)  Angelo  Vincent Giardina | 10-3663 | Falgout v. Gulf Stream, et al |
| (98)  Angelo Vincent Giardina | 10-3663 | Falgout v. Gulf Stream, et al |
| (99)  Christopher  Joseph Giardina | 10-3663 | Falgout v. Gulf Stream, et al |
| (100) Ruth Giardina, o/b/o D.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (101) Ruth Anne C Giardina | 10-3663 | Falgout v. Gulf Stream, et al |
| (102) Shelli Lafrance Gifford | 10-3664 | Fetter v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Walter A Gifford | 10-3663 | Falgout v. Gulf Stream, et al |
| (104) Walter Henry Gifford | 10-3663 | Falgout v. Gulf Stream, et al |
| (105) Walter Henry Gifford | 10-3663 | Falgout v. Gulf Stream, et al |
| (106) Charleyn  Gilmore | 10-3663 | Falgout v. Gulf Stream, et al |
| (107) Ronald  Richard Gilmore | 10-3663 | Falgout v. Gulf Stream, et al |
| (108) Ronald Richard Gilmore | 10-3663 | Falgout v. Gulf Stream, et al |
| (109) Charleyn Gilmore, o/b/o T.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (110) Joseph R Gioe | 10-3663 | Falgout v. Gulf Stream, et al |
| (111) Joseph R Gioe | 10-3663 | Falgout v. Gulf Stream, et al |
| (112) Leonarda Tommaseo Gioe | 10-3664 | Fetter v. Gulf Stream, et al |
| (113) Pauline  R. Gioe | 10-3663 | Falgout v. Gulf Stream, et al |
| (114) Shirley B. Gioe | 10-3663 | Falgout v. Gulf Stream, et al |
| (115) Shirley B. Gioe | 10-3663 | Falgout v. Gulf Stream, et al |
| (116) Michael A. Giovingo | 10-3663 | Falgout v. Gulf Stream, et al |
| (117) Joseph  M. Glenn | 10-3663 | Falgout v. Gulf Stream, et al |
| (118) Margie Grace Glenn | 10-3663 | Falgout v. Gulf Stream, et al |
| (119) Margie Grace Glenn | 10-3663 | Falgout v. Gulf Stream, et al |
| (120) Arthur A. Godwin | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (121) Rusty Thomas Golay | 10-3663 | Falgout v. Gulf Stream, et al |
| (122) Rusty Golay Sr., o/b/o R.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (123) Samantha Gonzales, o/b/o A.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (124) Samantha Gonzales, o/b/o A.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (125) Huey Gonzales, o/b/o A.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (126) Anna F. Gonzales | 10-3805 | Gonzales v. Gulf Stream, et al |
| (127) Esther  N. Gonzales | 10-3663 | Falgout v. Gulf Stream, et al |
| (128) Huey  Peter Gonzales | 10-3663 | Falgout v. Gulf Stream, et al |
| (129) Samantha L Gonzales | 10-3663 | Falgout v. Gulf Stream, et al |
| (130) Samantha L Gonzales | 10-3664 | Fetter v. Gulf Stream, et al |
| (131) Samantha Gonzales, o/b/o T.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (132) Thomas  Gonzales | 10-3664 | Fetter v. Gulf Stream, et al |
| (133) Thomas  Gonzales | 10-3663 | Falgout v. Gulf Stream, et al |
| (134) Samantha Gonzales, o/b/o T.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (135) Samantha Gonzales, o/b/o T.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (136) Samantha Gonzales, o/b/o T.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (137) Joseph J. Graci | 10-3805 | Gonzales v. Gulf Stream, et al |
| (138) Joseph J. Graci | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (139) Joseph J. Graci | 10-3663 | Falgout v. Gulf Stream, et al |
| (140) Joseph J. Graci | 10-3663 | Falgout v. Gulf Stream, et al |
| (141) Edward  Granati | 10-3663 | Falgout v. Gulf Stream, et al |
| (142) Jeffrey  Michel Graves | 10-3664 | Fetter v. Gulf Stream, et al |
| (143) Darren Anthony Green | 10-3663 | Falgout v. Gulf Stream, et al |
| (144) Netiokee Hill, o/b/o D.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (145) Darren Green, Sr., o/b/o J.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (146) Darren Green, Sr., o/b/o J.G | 10-3663 | Falgout v. Gulf Stream, et al |
| (147) Sheryl Kaye Green | 10-3663 | Falgout v. Gulf Stream, et al |
| (148) Darrell  Gremillion | 10-3663 | Falgout v. Gulf Stream, et al |
| (149) Sherry Buuck Gremillion | 10-3663 | Falgout v. Gulf Stream, et al |
| (150) Sherry Buuck Gremillion | 10-3663 | Falgout v. Gulf Stream, et al |
| (151) Deborah Ann Griffin | 10-3663 | Falgout v. Gulf Stream, et al |
| (152) Dolores M. Griffin | 10-3663 | Falgout v. Gulf Stream, et al |
| (153) Dolores M. Griffin | 10-3663 | Falgout v. Gulf Stream, et al |
| (154) Dolores M. Griffin | 10-3663 | Falgout v. Gulf Stream, et al |
| (155) Norman J. Griffin | 10-3663 | Falgout v. Gulf Stream, et al |
| (156) Frances  Guardalabene | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Arthur  Christian Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (158) Betty Harriet Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (159) Edna  Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (160) Maria M Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (161) Maria M Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (162) William  Guerra | 10-3663 | Falgout v. Gulf Stream, et al |
| (163) Leroy  Guidry | 10-3663 | Falgout v. Gulf Stream, et al |
| (164) Marsha  Guidry | 10-3663 | Falgout v. Gulf Stream, et al |
| (165) Joseph C. Guillard | 10-3665 | Flynn v. Gulf Stream, et al |
| (166) Shelia A. Guillard | 10-3665 | Flynn v. Gulf Stream, et al |
| (167) Albert E. Guillemet | 10-3663 | Falgout v. Gulf Stream, et al |
| (168) Bertha S. Guillemet | 10-3663 | Falgout v. Gulf Stream, et al |
| (169) Mary  Joanne Guillen | 10-3663 | Falgout v. Gulf Stream, et al |
| (170) Michael Huey Guillory | 10-3663 | Falgout v. Gulf Stream, et al |
| (171) Michael Huey Guillory | 10-3663 | Falgout v. Gulf Stream, et al |
| (172) George  Milton Haase | 10-3663 | Falgout v. Gulf Stream, et al |
| (173) Wanda  J. Haase | 10-3663 | Falgout v. Gulf Stream, et al |
| (174) Anthony  John Hadley | 10-3664 | Fetter v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Natalie Mary Hahlos | 10-3663 | Falgout v. Gulf Stream, et al |
| (176) Royce Hammer Sr., o/b/o A.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (177) Diana Marie Hammer | 10-3663 | Falgout v. Gulf Stream, et al |
| (178) Meagan Murla, o/b/o M.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (179) Royce A. Hammer | 10-3663 | Falgout v. Gulf Stream, et al |
| (180) Royce A. Hammer | 10-3663 | Falgout v. Gulf Stream, et al |
| (181) Stephanie Lynn Hammer | 10-3663 | Falgout v. Gulf Stream, et al |
| (182) Beth Ann Haney | 10-3663 | Falgout v. Gulf Stream, et al |
| (183) John Haralampopoulos | 10-3663 | Falgout v. Gulf Stream, et al |
| (184) Marie B. Harney | 10-3664 | Fetter v. Gulf Stream, et al |
| (185) Kristie C. Harper | 10-3663 | Falgout v. Gulf Stream, et al |
| (186) Angel Marie Harrington | 10-3663 | Falgout v. Gulf Stream, et al |
| (187) Elizabeth Harvey | 10-3663 | Falgout v. Gulf Stream, et al |
| (188) Jimmy Harvey | 10-3663 | Falgout v. Gulf Stream, et al |
| (189) Karen D. Harwell | 10-3664 | Fetter v. Gulf Stream, et al |
| (190) Robert Daniel Harwell | 10-3663 | Falgout v. Gulf Stream, et al |
| (191) Robert Daniel, o/b/o R.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (192) Robert Daniel, o/b/o R.H | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Robert  Daniel Harwell | 10-3663 | Falgout v. Gulf Stream, et al |
| (194) Robert Daniel, o/b/o T.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (195) Robert Daniel, o/b/o T.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (196) Anthony  John Hauptmann | 10-3663 | Falgout v. Gulf Stream, et al |
| (197) Anthony  John Hauptmann | 10-3663 | Falgout v. Gulf Stream, et al |
| (198) Monica Faust Hauptmann | 10-3663 | Falgout v. Gulf Stream, et al |
| (199) Beverly Ann Hawkins | 10-3665 | Flynn v. Gulf Stream, et al |
| (200) Phillip B. Hawkins | 10-3665 | Flynn v. Gulf Stream, et al |
| (201) Lorraine  Wininger Hayes | 10-3663 | Falgout v. Gulf Stream, et al |
| (202) Raymond Ivan Heberling | 10-3663 | Falgout v. Gulf Stream, et al |
| (203) Catherine  Hebert | 10-3664 | Fetter v. Gulf Stream, et al |
| (204) Gerard  J. Hebert | 10-3664 | Fetter v. Gulf Stream, et al |
| (205) Joan W. Heine | 10-3663 | Falgout v. Gulf Stream, et al |
| (206) Joan, o/b/o T.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (207) Diane Maillet Held | 10-3663 | Falgout v. Gulf Stream, et al |
| (208) Edward Frank Held | 10-3663 | Falgout v. Gulf Stream, et al |
| (209) Chris John Helmke | 10-3663 | Falgout v. Gulf Stream, et al |
| (210) Cody James Helmke | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (211) Kerri Ann Helmke | 10-3663 | Falgout v. Gulf Stream, et al |
| (212) John S. Hembree | 10-3663 | Falgout v. Gulf Stream, et al |
| (213) Kathleen C. Henderson | 10-3663 | Falgout v. Gulf Stream, et al |
| (214) Cynthia A. Hernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (215) Henry M. Hernandez | 10-3663 | Falgout v. Gulf Stream, et al |
| (216) Shawn Hernandez, o/b/o I.H | 10-3664 | Fetter v. Gulf Stream, et al |
| (217) Floyd William Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (218) Floyd William Herty | 10-3664 | Fetter v. Gulf Stream, et al |
| (219) Floyd William Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (220) Floyd William Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (221) Floyd William Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (222) Reba A Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (223) Reba A Herty | 10-3663 | Falgout v. Gulf Stream, et al |
| (224) Robert H Hickox | 10-3663 | Falgout v. Gulf Stream, et al |
| (225) Herbert J. Hicks | 10-3665 | Flynn v. Gulf Stream, et al |
| (226) JoAnn T. Hicks | 10-3665 | Flynn v. Gulf Stream, et al |
| (227) Tevoid Higgins Sr., o/b/o I.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (228) Teviod Semane Higgins | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (229) Tevoid Higgins Sr., o/b/o T.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (230) Gizelle Hill, o/b/o C.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (231) Gizelle  Tashma Hill | 10-3663 | Falgout v. Gulf Stream, et al |
| (232) Myesha  Elveria Hill | 10-3663 | Falgout v. Gulf Stream, et al |
| (233) Netiokee  Nekelia Hill | 10-3664 | Fetter v. Gulf Stream, et al |
| (234) Netiokee  Nekelia Hill | 10-3663 | Falgout v. Gulf Stream, et al |
| (235) Ronald Joseph Hill | 10-3663 | Falgout v. Gulf Stream, et al |
| (236) Loretta Bradley, o/b/o D.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (237) James  Holmes | 10-3663 | Falgout v. Gulf Stream, et al |
| (238) Jimmie Harold Holmes | 10-3663 | Falgout v. Gulf Stream, et al |
| (239) Jennifer  M. Honore | 10-3664 | Fetter v. Gulf Stream, et al |
| (240) Charlotte Nehlig, o/b/o J.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (241) Charlotte Nehlig, o/b/o J.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (242) Ernesto Hontiveros, o/b/o A.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (243) Ernesto Ocampo Hontiveros | 10-3663 | Falgout v. Gulf Stream, et al |
| (244) Ernesto Hontiveros, o/b/o S.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (245) Kolby Sean Hood | 10-3663 | Falgout v. Gulf Stream, et al |
| (246) Mary Hookfin, o/b/o A.H | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (247) Mary  Hookfin | 10-3663 | Falgout v. Gulf Stream, et al |
| (248) Mary Hookfin, o/b/o Y.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (249) Brenetta Ann Hopkins | 10-3664 | Fetter v. Gulf Stream, et al |
| (250) Celeste Ann Hopkins | 10-3664 | Fetter v. Gulf Stream, et al |
| (251) Edward Eugene Hopkins | 10-3664 | Fetter v. Gulf Stream, et al |
| (252) Vanessa Ann Hopkins | 10-3663 | Falgout v. Gulf Stream, et al |
| (253) Jeffery William Horn | 10-3663 | Falgout v. Gulf Stream, et al |
| (254) Lowell  Horne | 10-3663 | Falgout v. Gulf Stream, et al |
| (255) Azilda Duplechin Hotard | 10-3663 | Falgout v. Gulf Stream, et al |
| (256) Neal David Hotard | 10-3663 | Falgout v. Gulf Stream, et al |
| (257) Charles  Anthony Houpy | 10-3663 | Falgout v. Gulf Stream, et al |
| (258) James  E. Hovis | 10-3663 | Falgout v. Gulf Stream, et al |
| (259) Rose  Marie Addison Hovis | 10-3663 | Falgout v. Gulf Stream, et al |
| (260) Dawn  H. Howard | 10-3663 | Falgout v. Gulf Stream, et al |
| (261) Dawn  H. Howard | 10-3663 | Falgout v. Gulf Stream, et al |
| (262) Joffery  Howard | 10-3663 | Falgout v. Gulf Stream, et al |
| (263) Joffery  Howard | 10-3663 | Falgout v. Gulf Stream, et al |
| (264) Rasheedah Dominque Howard | 10-3663 | Falgout v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (265) Rasheedah Dominque Howard | 10-3663 | Falgout v. Gulf Stream, et al |
| (266) Joeffrey Howard, o/b/o Z.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (267) Joeffrey Howard, o/b/o Z.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (268) Carmella Rodi, o/b/o J.H | 10-3663 | Falgout v. Gulf Stream, et al |
| (269) Ross  Allen Hutter | 10-3663 | Falgout v. Gulf Stream, et al |
| (270) Keith  M. Ignatik | 10-3663 | Falgout v. Gulf Stream, et al |
| (271) Darren  M. Imbraguglio | 10-3663 | Falgout v. Gulf Stream, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Gadwaw, et al. v. DS Corp., et al.*

## EDLA 09-7941

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Krissy Gadwaw, o/b/o A.A | 10-4005 | Gadwaw v. DS Corp., et al |
| (2)  | Dudley Raymond Ajan | 10-4005 | Gadwaw v. DS Corp., et al |
| (3)  | Krissy Gadwaw or Dudley Ajan Jr, o/b/o K.A | 10-4005 | Gadwaw v. DS Corp., et al |
| (4)  | Sheila K. Borne | 10-3993 | Borne v. DS Corp, et al |
| (5)  | Krissy Marie Gadwaw | 10-4005 | Gadwaw v. DS Corp., et al |
| (6)  | Cristy Ruiz Ourso | 10-3993 | Borne v. DS Corp, et al |
| (7)  | Rodney & Cristy Ourso, o/b/o J.O | 10-3993 | Borne v. DS Corp, et al |
| (8)  | Rodney & Cristy Ourso, o/b/o K.O | 10-3993 | Borne v. DS Corp, et al |
| (9)  | Rodney J. Ourso | 10-3993 | Borne v. DS Corp, et al |
| (10) | Emmet Patten | 10-3993 | Borne v. DS Corp, et al |
| (11) | Jennifer Rodgers, o/b/o G.R | 10-3993 | Borne v. DS Corp, et al |
| (12) | Jennifer Dawn Rodgers | 10-3993 | Borne v. DS Corp, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  Richard Anthony Rodgers | 10-3993 | Borne v. DS Corp, et al |
| (14)  Marie  Rowan | 10-3993 | Borne v. DS Corp, et al |