THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

## *Betty A. Brignac, et al. v. Hy-Line Enterprises, Inc., et al.*

EDLA 09-3736

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Betty A. Brignac | 10-3767 | Brignac v. Hy-Line Enterprises, et al |
| (2) | Ronald M. Brignac | 10-3767 | Brignac v. Hy-Line Enterprises, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Barrilleaux, et al. v. Coachmen Industries, Inc., et al.*

EDLA 09-3726

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Linda Audibert | 10-3813 | Audibert v. Coachmen Industries, et al |
| (2) | Aimee Lee Barrilleaux | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (3) | Alvin J Barrilleaux | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (4) | Lee Smith Barrilleaux | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (5) | Beth Basile | 10-3813 | Audibert v. Coachmen Industries, et al |
| (6) | Ignatius Anthony Basile | 10-3813 | Audibert v. Coachmen Industries, et al |
| (7) | Doris M. Beauvais | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (8) | Donald R. Burkhardt | 10-3813 | Audibert v. Coachmen Industries, et al |
| (9) | JoAnn Cargo | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (10) | Terry Anthony Caruso | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (11) | Jeffrey L Chaupetta | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (12) | Jeffrey L Chaupetta | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Jeffrey L Chaupetta | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (14) Audrey B. Clements | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (15) Kristen Clements, o/b/o C.D | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (16) Evangeline Ruiz, o/b/o D.D | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (17) Evangeline Ruiz, o/b/o E.D | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (18) Robin Ann Davis | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (19) Dan Douglas | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (20) Dan Douglas | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (21) Barbara Barnes Forestier | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (22) Bobbie Jean Gervais | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (23) Bobbie Jean Gervais | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (24) Bobbie Jean Gervais | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (25) Misty Jean Gervais | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (26) Josephine M. Glaviano | 10-3813 | Audibert v. Coachmen Industries, et al |
| (27) Maria M Guerra | 09-3726 | Barrilleaux v. Coachmen |
| (28) Maria M Guerra | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (29) Theresa B Harvey | 10-3667 | Harvey v. Coachmen Industries, et al |
| (30) Douglas Raymond Hernandez | 10-3813 | Audibert v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (31) Gale Ann Hernandez | 10-3813 | Audibert v. Coachmen Industries, et al |
| (32) Jeffery David Hernandez | 10-3813 | Audibert v. Coachmen Industries, et al |
| (33) Ross Allen Hutter | 10-3813 | Audibert v. Coachmen Industries, et al |
| (34) Ross Allen Hutter | 10-3813 | Audibert v. Coachmen Industries, et al |
| (35) Florita Nunez Hyde | 10-3813 | Audibert v. Coachmen Industries, et al |
| (36) Fred Charles Kraus | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (37) Tina A. Ladner | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (38) John Sr. & Kerri, o/b/o J.L | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (39) John Paul Lambert | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (40) Kerri Lambert | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (41) Gerald A Leblanc | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (42) Gerard Lee Lewis | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (43) Paula Veltri-Sino, o/b/o J.L | 10-3667 | Harvey v. Coachmen Industries, et al |
| (44) Paula Veltri-Sino, o/b/o S.L | 10-3667 | Harvey v. Coachmen Industries, et al |
| (45) Vanessa Martin Lirette | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (46) Wendy Loveless | 10-3667 | Harvey v. Coachmen Industries, et al |
| (47) Cheryl R. Lovell | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (48) Errol D. Lovell | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (49) Wade Joshua Lovell | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (50) Wendell Mack | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (51) Wendell Mack | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (52) Russell Marti | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (53) Sandra Marti | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (54) Jeffery Chauppetta, o/b/o H.M | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (55) Jeffery Chauppetta, o/b/o H.M | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (56) Jeffery Chauppetta, o/b/o K.M | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (57) Jeffery Chauppetta, o/b/o K.M | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (58) Kenneth L. Meyers | 10-3667 | Harvey v. Coachmen Industries, et al |
| (59) Vanessa D. Meyers | 10-3667 | Harvey v. Coachmen Industries, et al |
| (60) Joanna Minter | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (61) Warren L. Minter | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (62) Beverly Myers | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (63) Beverly Myers | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (64) Kenneth James Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (65) Kenneth James Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (66) Michelle Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (67) Michelle Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (68) Michelle Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (69) Michelle Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (70) Rosalie Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (71) Rosalie Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (72) Rosalie Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (73) Rosalie Nastasi | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (74) David S Nuccio | 10-3667 | Harvey v. Coachmen Industries, et al |
| (75) Shawn M Nuccio | 10-3667 | Harvey v. Coachmen Industries, et al |
| (76) Josephine G. OBrien | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (77) Josephine G. OBrien | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (78) Josephine G. OBrien | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (79) Michael Thomas OBrien | 10-3813 | Audibert v. Coachmen Industries, et al |
| (80) Michael James OBrien | 10-3813 | Audibert v. Coachmen Industries, et al |
| (81) Michael Joseph Joseph OBrien | 10-3813 | Audibert v. Coachmen Industries, et al |
| (82) Michael Joseph Joseph OBrien | 10-3813 | Audibert v. Coachmen Industries, et al |
| (83) Scott Joseph OBrien | 10-3813 | Audibert v. Coachmen Industries, et al |
| (84) Wesley Perez | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (85) Courtney L. Robeson | 10-3814 | Robeson v. Coachmen Industries, et al |
| (86) Erin C. Robeson | 10-3814 | Robeson v. Coachmen Industries, et al |
| (87) Mary A. Robeson | 10-3814 | Robeson v. Coachmen Industries, et al |
| (88) Bryan J. Rodi | 10-3667 | Harvey v. Coachmen Industries, et al |
| (89) Donald W. Ruiz | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (90) Evangeline Minnie Ruiz | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (91) Bruce Russell | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (92) Jane Schnell | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (93) Gary John Schwartz | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (94) Jacqueline Schwartz | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (95) Misty Gervais, o/b/o T.S | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (96) Gerald D Smith | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (97) Mary L Smith | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (98) Linda Summers | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (99) Warren Louis Summers | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (100) Glenn Tatum | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (101) Joann Cargo, o/b/o A.T | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (102) LaShawn Cierra Taylor | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (103) Kevin Patrick Thomas | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (104) Bryan Joseph Usner | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (105) Lisa Usner | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (106) Paula Veltri | 10-3667 | Harvey v. Coachmen Industries, et al |
| (107) Bernardita M. Voss | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (108) Christopher J. & Bernardita Voss, o/b/o C.V | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (109) Christopher J. Joseph Voss | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (110) Christopher J. & Bernardita Voss, o/b/o C.V | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (111) Christopher J. & Bernardita Voss, o/b/o M.V. | 10-3668 | Barrilleaux v. Coachmen Industries, et al |
| (112) Rebecca A. Wise | 10-3668 | Barrilleaux v. Coachmen Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Gretchen Schulte Atwood, et al. v. Forest River, Inc., et al.*

EDLA 09-7958

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Gretchen Schulte Atwood | 10-3733 | Atwood v. Forest River, et al |
| (2) | Jay J. Authement | 10-3674 | Authement v. Forest River, et al |
| (3) | David M. Binder | 10-3687 | Binder v. Forest River, et al |
| (4) | Rose C. Binder | 10-3687 | Binder v. Forest River, et al |
| (5) | Cynthia Frances Campo | 10-3687 | Binder v. Forest River, et al |
| (6) | Donald J Campo | 10-3687 | Binder v. Forest River, et al |
| (7) | Chad Carson | 10-3733 | Atwood v. Forest River, et al |
| (8) | Chad & Jeanne Carson, o/b/o C.C | 10-3733 | Atwood v. Forest River, et al |
| (9) | Madison Carson | 10-3733 | Atwood v. Forest River, et al |
| (10) | Carmella Gioiello Crosby | 10-3733 | Atwood v. Forest River, et al |
| (11) | Joylin R Cure | 10-3687 | Binder v. Forest River, et al |
| (12) | Richard E Davidson | 10-3733 | Atwood v. Forest River, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13) Stacy Ann Davidson | 10-3733 | Atwood v. Forest River, et al |
| (14) Matthew Dean Edwards | 10-3687 | Binder v. Forest River, et al |
| (15) Melvin Earl Edwards | 10-3687 | Binder v. Forest River, et al |
| (16) Clifford J Fuller | 10-3687 | Binder v. Forest River, et al |
| (17) Carol A. Gaeta | 10-3687 | Binder v. Forest River, et al |
| (18) Earl J Harvey | 10-3735 | Harvey v. Forest River, et al |
| (19) John Kenney | 10-3733 | Atwood v. Forest River, et al |
| (20) Lukey Lucien Marengo | 10-3687 | Binder v. Forest River, et al |
| (21) Wendy Miller | 10-3733 | Atwood v. Forest River, et al |
| (22) Mark Morise | 10-3731 | Authement v. Forest River, et al |
| (23) Eurdel Eugene Peters | 10-3735 | Harvey v. Forest River, et al |
| (24) Mary Reed | 10-3687 | Binder v. Forest River, et al |
| (25) Ronald Reed | 10-3687 | Binder v. Forest River, et al |
| (26) Ryan Reed | 10-3687 | Binder v. Forest River, et al |
| (27) Tonya R. Reeves | 10-3687 | Binder v. Forest River, et al |
| (28) Rusty Robichaux | 10-3687 | Binder v. Forest River, et al |
| (29) Gordon J. Trentecosta | 10-3687 | Binder v. Forest River, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Blanchard, et al. v. Pilgrim International, Inc., et al.*

MDLA 09-502 EDLA 09-5980

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Arlene Anna Marie Blanchard | 10-3944 | Blanchard v. Crum and Foster, et al |
| (2) | Adam Cabrera | 10-3944 | Blanchard v. Crum and Foster, et al |
| (3) | Floretta Stewart | 10-3947 | Stewart v. Crum and Foster, et al |
| (4) | Floretta Stewart, o/b/o M.S | 10-3947 | Stewart v. Crum and Foster, et al |
| (5) | Diana Lynn Thedy | 10-3944 | Blanchard v. Crum and Foster, et al |
| (6) | Darlene Thedy, o/b/o E.T | 10-3944 | Blanchard v. Crum and Foster, et al |
| (7) | Ross Aaron Thedy | 10-3944 | Blanchard v. Crum and Foster, et al |

THE LAW OFFICES OF
# SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Brandon Karcher v. Horton Homes, Inc., et al.*

WDLA 09-1281 EDLA 09-6713

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Branden Karcher | 10-3759 | Karcher v. Horton Homes, et al |