UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Ausbrooks v. Forest* | * | |
| *River, Inc, et al; Early v.Gulf Stream, et al; Price v.* | * | JUDGE: ENGELHARDT |
| *Jayco, Inc, et al.; Clementin v. Keystone RV, et al.;* | * | |
| *Williams v. KZRV, LP, et al.* | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PAUL HEWETT, PH.D.

**NOW INTO COURT**, through undersigned counsel, come Defendants, which hereby respectfully move this Honorable Court *in limine* to Exclude the Expert Testimony of Paul Hewett, Ph.D. because Dr. Hewett's opinions are not based on reliable scientific methodology, are outside of his area of expertise, are not relevant and would not assist a trier of fact, and they should be excluded under *Daubert* and its progeny.

                                  Respectfully submitted,

                                  **DUPLASS, ZWAIN, BOURGEOIS,**
                                **PFISTER, & WEINSTOCK**

                                *s/Andrew D. Weinstock*
                                _____
                                **ANDREW D. WEINSTOCK #18495**
                                **JOSEPH G. GLASS #25397**
                                3838 N. Causeway Boulevard, Suite 2900
                                Metairie, Louisiana 70002
                                Telephone: (504) 832-3700
                                Fax: (504) 837-3119
                                andreww@duplass.com
                                jglass@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2010, a copy of the foregoing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com