UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N (5) |
| | * | |
| This Document Relates to: *Ausbrooks v. Forest River, Inc, et al; Early v.Gulf Stream, et al; Price v. Jayco, Inc, et al.; Clementin v. Keystone RV, et al.; Williams v. KZRV, LP, et al.* | * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

**********************************************************************

## **ORDER**

Defendants' Motion *in Limine* is hereby set for hearing on the 12th day of January, 2010 at 9:30 o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE