Exposure Assessment Solutions Inc.

Technical Report
October 18, 2010
www.oesh.com

**Analysis of the Formaldehyde Dataset For Forest River, Inc.;
Gulf Stream Coach, Inc.; Jayco, Inc., Keystone RV Company; and KZRV, LP**

Paul Hewett PhD, CIH

# 1   INTRODUCTION

This report describes a retrospective exposure assessment with the primary goal of evaluating the available data and estimating the probable exposures to the individuals relocated after Hurricane Katrina by Federal Emergency Management Agency (FEMA) into Temporary Housing Units (THU's).  This report covers the following manufacturers of these THU's:
- Forest River, Inc.
- Gulf Stream Coach, Inc.
- Jayco, Inc.
- Keystone RV Company
- KZRV, LP

This analysis looks at both the THU's in general for each manufacturer and the specific model associated with the plaintiff.

Exposure Assessment Solutions, Inc. (EAS) was requested by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC) to do a statistical analysis of formaldehyde datasets for five manufacturers.  Each dataset consists of measurements of formaldehyde exposures and formaldehyde levels in FEMA Temporary Housing Units (THU's)\[a] , plus supporting information (if available), such as the date the measurement was collected, trailer location, model of trailer, temperature, humidity, etc.  This analysis is for the following cases:
- Myrtala Ausbrooks v. Forest River, Inc.
- John L. Early v. Gulf Stream Coach, Inc.
- Tara Price v. Jayco, Inc.
- Kerbie N. Clementin v. Keystone RV Company.
- Deborah L. Williams v. KZRV, LP.

*Forest River, Inc.*
The plaintiff was assigned to a Keystone RV Company "Wildwood" model travel trailer (model year 2006). According to the information provided, the plaintiff moved into the THU (VIN 4X4TWDH286R335921; FEMA barcode 1303804) on about December 2005, and left on or about February 7, 2008, having resided in the unit for approximately 25 months.

*Gulf Stream Coach, Inc.*
The plaintiff was assigned to a Gulf Stream Coach, Inc. "Cavalier" model travel trailer (model year 2006). According to the information provided, the plaintiff moved into the THU (VIN 1NL1GTR2361043606) on about February 2006, and left on or about August 2008, having resided in the unit for approximately 30 months.

*Jayco, Inc.*
The plaintiff was assigned to a Jayco, Inc. travel trailer (model year 2006).  According to the information provided, the plaintiff moved into the THU (VIN 1UJBJ02P261EP1119; FEMA barcode 1344358) on about March 2006, and left on or about June 2008, having resided in the unit for approximately 27 months.  Information on

---

[a] In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park homes, and other similar housing units.

Exposure Assessment Solutions, Inc.

EXHIBIT

A

tabbies

1

the model was not available. The majority of the measurements (90%) for Jayco were collected from "Jay Flight" units; therefore, statistics and figures will be provided for this model.

*Keystone RV Company*
The plaintiff was assigned to a Keystone RV Company "Springdale" model travel trailer (model year 2006). According to the information provided, the plaintiff moved into the THU (VIN 4YDT260216N129806; FEMA barcode 1285128) on about February 2006, and left on or about June 2008, having resided in the unit for approximately 28 months.

*KZRV, LP*
The plaintiff was assigned to a KZRV, LP travel trailer (model year 2006; manufactured in September, 2005). According to the information provided, the plaintiff moved into the THU (VIN 4EZTS32256S095559; FEMA barcode 1306281) on about November, 2005, and left on or about May, 2007, having resided in the unit for approximately 18 months.

For this case, the PSC assembled a database consisting, in part, of measurements of formaldehyde exposures and formaldehyde levels collected (a) in both occupied and unoccupied[b] THU's similar to those used by the plaintiffs, and (b) at times overlapping the occupancy period for the plaintiffs. These measurements were collected from various sources: a public organization, occupational health consultancies retained by the PSC, and by the U.S. government. This dataset was obtained by EAS on September 17, 2010 as an Excel® spreadsheet. From this dataset, the following manufacturer-specific datasets were extracted:
  • Forest River, Inc. - 278 measurements from occupied units and 651 from unoccupied units
  • Gulf Stream Coach, Inc. - 1233 measurements from occupied units and 879 from unoccupied units
  • Jayco, Inc. - 113 measurements from occupied units and 243 from unoccupied units
  • Keystone RV Company - 182 measurements from occupied units and 364 from unoccupied units
  • KZRV, LP - 23 measurements from occupied units and 103 from unoccupied units.

This analysis has the following objectives:
  • Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days, as well as the intermediate and acute exposure MRL's.
  • Compare, using graphical and statistical methods, the formaldehyde levels to other exposure limits.
  • Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.
  • Estimate the probable formaldehyde levels for residents, such as the plaintiffs, in unmeasured, unevaluated, and untested THU's in general and in a specific model in particular.

The manufactures will hereafter be referred to as Forest River, Frontier, Gulf Stream, Jayco, Keystone, and KZRV.

EAS reserves the right to revise or supplement this report should additional data or information become available.

## 2    BACKGROUND

### 2.1    Retrospective Exposure Assessment

Retrospective exposure assessment refers to the evaluation of historical exposure data or data collected from similar processes or work environments (i.e., statistical modeling), exposure reconstruction (where exposures are measured while work activities, for example, are reproduced in a controlled setting), and exposure modeling

---
[b] "Unoccupied" refers to a unit that was previously occupied, but was unoccupied at the time of sampling. For example, units that after occupancy were stored in a holding area would be considered "unoccupied". The primary distinction between an occupied and an unoccupied unit is that an occupied unit was "lived in" at the time of sampling, the windows and doors may have been open at the time of sampling, or the heating or air conditioning may have been on.

(where exposures are estimated using a theoretical physical/chemical/mathematical model of the workplace or process). The usual purpose of a retrospective exposure assessment is to estimate the exposures for the subjects in either an occupational or population-based epidemiological study. Epidemiological studies, which include retrospective exposure assessments, are used in legal settings. For example, see the chapter "Reference Guide on Epidemiology" in the Federal Judicial Center's *Reference Manual on Scientific Evidence* (FJC, 2000).

Falk (2009), in a 2009 "Toxic Torts and Environmental Law Committee Newsletter" (American Bar Association) discussed how "retrospective exposure assessment" has been used in toxic tort litigation. According to Falk, such assessments are increasingly being used - primarily by the defense - to estimate past exposures in toxic tort litigation:

> "In most toxic tort exposure cases, actual exposure levels for the substance/toxin at issue are not available for the majority of people who claim exposure. This fact does not preclude an estimation of exposure performed with an acceptable level of scientific probability."

The methods of retrospective exposure assessment are well-established in both government publications and textbooks. The scientific literature contains hundreds if not thousands of peer-reviewed articles where such methods were used to estimate exposures to unmeasured study subjects. Falk (2009) cites many while many more are cited in the publications and textbooks mentioned below.

Sources of guidance in retrospective exposure assessment methods can be found in the publications of governmental agencies and authoritative organizations. For example:
- EPA (1992): Guidelines for Exposure Assessment
- NRC (National Research Council): *Risk Assessment in the Federal Government: Managing the Process*. National Academy Press, Washington, D.C. (1983).
- NRC (National Research Council): *Science and Judgment in Risk Assessment*. National Academy Press, Washington, D.C. (1994).

In addition, textbooks and monographs are available from academicians and occupational and environmental health professional organizations. For example:
- Viet, S.M, Stenzel, M.R., Rennix, C.P., and Armstrong, T.W. (2008): Guideline on Occupational Exposure Reconstruction. American Industrial Hygiene Association, Fairfax, VA.
- Armstrong, T.W., Boelter, F.W., and Rasmuson, J.O. (2009): Exposure Reconstruction. Chapter 17 in *Mathematical Models for Estimating Occupational Exposure to Chemicals*. American Industrial Hygiene Association.

Retrospective exposure assessment cannot deliver an exact exposure level for a particular substance and plaintiff. According to Falk (2009), the "[c]orrect application of retrospective exposure methodology results in a range of exposures".

In this case, it is the plaintiffs that wish to do a retrospective exposure assessment. For each manufacturer, a reasonably large number of measurements have been collected from (a) similar travel trailers, within or close to the time span that the plaintiffs occupied their units, and (b) using accepted sampling and analytical methods. The statistical analysis of these data should provide reliable estimates of formaldehyde levels for the residents of a manufacturer's FEMA travel trailers in general, and for the plaintiff's unit in particular. Even if measurements were not available, exposure modeling methods would be permissible for estimating exposure. For example, exposure modeling in the absence of measurements is mentioned in the Federal Judicial Center's *Reference Manual on Scientific Evidence* (FJC, 2000; p.424):

> "Evidence of exposure is essential in determining the effects of harmful substances. Basically, potential human exposure is measured in one of three ways. First, when direct measurements cannot be made [emphasis added], exposure can be measured by mathematical modeling, in which one uses a variety of physical factors to estimate the transport of the pollutant from the source to the receptor. For example, mathematical models take into account factors as wind variations to allow calculation of the transport of radioactive iodine from a federal atomic research facility to nearby residential areas. Second, exposure can be directly measured in the medium question - air, water, food, or soil. When the medium of exposure is water, soil, or air, hydrologists or meteorologists may be called up to contribute their expertise to measuring exposure. The third approach directly measures human receptors through some form of biological monitoring..."

Viet *et al.* (2008), in the American Industrial Hygiene Association's (AIHA) *Guideline on Occupational Exposure Reconstruction*, discuss the importance of acquiring a high quality dataset, and determining if "changes [in exposure] over time are significant". (For this report a similar issue is the reduction of formaldehyde levels as the units age.) They also emphasize the calculation of relevant summary statistics, "confidence intervals" for those statistics, and "the frequency of exposure above the average, or above a selected upper limit, such as an OEL [occupational exposure limit]". "Data gaps" are discussed, as they are almost ways present. Exposure levels at "surrogate operations", or operations functionally similar to the operations in question, can be informative. In this report, formaldehyde levels in travel trailers of the same model, or similar models manufactured by the same company, help fill in the "data gaps".

Armstrong, Boelter, and Rasmuson (2009), in their chapter on "Exposure Reconstruction" (in the AIHA's *Mathematical Models for Estimating Occupational Exposure to Chemicals*), describe a multi-step process for reconstructing exposures for scenarios where sparse quantitative data are available. Part of this process is the establishment of "similar exposure groups", where the potential for exposure is similar (due to similarity of jobs, tasks, substance, and process). In this report, the residents of a manufacturer's travel trailers can be considered a "similar exposure group". They also recommend comparing measured exposures to "benchmarks" (i.e., exposure limits).

My recent personal experience with retrospective exposure assessments involved working with a team of corporate researchers statistically analyzing historical respirable crystalline silica worker exposure data for purposes of estimating exposures for the cohort being studied. Footnote c contains several published, peer-reviewed articles that I cite where others have estimated past exposures for all members of the study cohort using statistical analyses of historical data. Similar studies can be found for other pneumoconiosis (i.e., lung disease) producing dusts, such as coal dust and asbestos, as well as a wide range of industrial and environmental toxicants.\[c]

Statistical methods used to summarize and characterize historical exposure data can be found in many references. For example:
- Leidel, N.A., Busch, K.A., Lynch, J.R. (1977): *Occupational Exposure Sampling Strategy Manual*. National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website).
- Bullock, W.H. and Ignacio, J.S.: (editors) (2006): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association.
- Gibbons, R.D. and Coleman, D.E.: *Statistical Methods for Detection and Quantification of Environmental Contamination*. John Wiley & Sons Inc, New York (2001).
- Gilbert, R.O. (1987): *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold, New York.
- Ott, W.R.: *Environmental statistics and data analysis*. CRC Press, Inc. (1995).

The retrospective exposure assessment and statistical methods used in this report are consistent with methods that I have applied in the past and with the citations of this section.

## 2.2   Data Sources

There are several sources for the formaldehyde dataset provided by the PSC. First, there are the publically available datasets:
- data collected by the Sierra Club
- data collected by the Centers for Disease Control (CDC) for FEMA

---

[c] • Burgess, G.L. (1998): Development of an Exposure Matrix for Respirable Crystalline Silica in the British Pottery Industry. *Annals of Occupational Hygiene* 42:209-217.
• Macaluso, M., Larson, R., Lynch, J., Lipton, S. and Delzell, E. (2004): Historical Estimation of Exposure to 1,3-Butadiene, Styrene, and Dimethyldithiocarbamate Among Synthetic Rubber Workers. *Journal of Occupational and Environmental Health* 1:371-390.
• Rice, C.R., Harris, R.L., Lumsden, J.C., and Symons, M.J. (1994): Reconstruction of Silica Exposure in the North Carolina Dust Trades. *American Industrial Hygiene Association Journal* 45:689-696.
• Sanderson, W.T. , Steenland, K., and Deddens, J.A. (2000): Historical Respirable Quartz Exposures of Industrial Sand Workers: 1946-1996. *American Journal of Industrial Medicine* 38:389-398.
• Seixas, N.S. and Checkoway, H. (1995): Exposure assessment in industry specific retrospective occupational epidemiology studies. *Occupational and Environmental Medicine* 52:625-633.
•Theriault, G.P., Burgess, W.A., DiBerardinis, L.J., and Peters, J.M. (1974): Dust Exposure in the Vermont Granite Sheds. *Archives of Environmental Health* 28:12-17.

- data collected by Bureau Veritas (collected at the request of CDC and FEMA)
- Texas Parks & Wildlife Department

Second, there are several datasets collected by various occupational and environmental consulting firms:

- DeVany Industrial Consultants
- Boston Chemical Data
- Technical Environmental Services (TES)
- W. D. Scott Group

In the dataset were measurements provided by "Occupant", which refers to data where the occupant of a THU collected the formaldehyde measurement using a passive sampler. Last, formaldehyde exposure data were collected by Gulf Stream in 2006 and are included in the Gulf Stream analysis.

The sampling times varied with data source. The Bureau Veritas and CDC datasets consisted of 60 minute measurements. The sampling time was 24-48 hours for the Sierra Club dataset, and a nominal 24 hours for the Occupant, DeVany Industrial Consultants, Boston Chemical Data, Technical Environmental Services, and the W. D. Scott Group. The data attributed to Gulf Stream were collected using a direct reading instrument that provided instantaneous (i.e., short term) readings.

## 2.2.1   Sierra Club

In 2006 the Sierra Club announced results of a study of formaldehyde levels FEMA THU's, finding that levels generally exceeded 0.1 ppm (DHS, 2009). The PSC obtained the data used by the Sierra Club. The measurements were collected using the NIOSH Method 2016. The samples were analyzed at an AIHA accredited laboratory.

## 2.2.2   Occupants

Passive sampling testing kits were provided to occupants of FEMA THU's by the PSC. Measurements were collected using the NIOSH Method 2016 for formaldehyde, modified for passive sampling. The samples were analyzed at an American Industrial Hygiene Association (AIHA) accredited laboratory. Each THU occupant was provided a questionnaire, as well as instructions on using the passive sampler; for example, hanging it four feet off of the floor or at the level of the head when placed in the bedroom, how to activate and how to seal the passive sampler, and how to return the sampler.

## 2.2.3   Texas Parks & Wildlife Department

The PSC obtained data collected from the Texas Parks & Wildlife Department. The measurements were collected using the OSHA Method 64. Samples were analyzed at an AIHA accredited laboratory. Other details of the study were not provided, but inspection of the laboratory analysis reports suggests that the measurements were collected in occupied THU's.

## 2.2.4   FEMA CDC

FEMA requested that CDC measure formaldehyde levels in occupied THU's (this dataset will be referred to as the "FEMA CDC" dataset). A stratified random sample for 519 THU's was obtained, covering several major manufacturers as well as travel trailers, mobile homes, and park homes. Bureau Veritas, an occupational and environmental consultancy, was contracted by CDC to collect the data. The data and measurements were collected during December, 2007 and Jan, 2008. Each 60-minute formaldehyde measurement was collected at a height of 4 ft from the floor. The protocol required that the conditions within each THU be somewhat standardized:

> "...residents were asked to configure doors and windows as they would have them while they slept. No cooking or smoking was allowed in the travel trailers or mobile homes during the 1-hour sample collection period because these activities could affect formaldehyde levels." (CDC, 2008)

Besides temperature and relative humidity, information on possible explanatory or confounding variables were obtained, the two most important of which were determined by CDC to be ventilation and visible mold.[d]  The concentration samples were collected using Method 2016 of the National Institute for Occupational Safety and Health (NIOSH) Manual of Analytical Methods, and analyzed at an AIHA accredited laboratory.  The data were summarized and reported by CDC (2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm.  If the concentration was greater than 0.1 ppm ...

> "you need to place a high priority on lowering your exposure to formaldehyde. This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

For concentrations between 0.010 ppm and 0.1 ppm ...

> "your risk of irritation from formaldehyde exposure is lower, but it is still important to take steps to reduce your formaldehyde exposure.  This is especially important if residents of your trailer are elderly, young children, or have health problems, such as asthma."

If the concentration was less than 0.010 ppm ...

> "these levels are found on the streets of many cities and in many buildings.  The risk of health problems at these levels is low."

The original data provided to the PSC by the CDC were used for this analysis.  From the datasets provided by CDC a dataset containing cases attributed to the five manufacturers was extracted.

## 2.2.5   Bureau Veritas

After collecting data for CDC, FEMA contracted with Bureau Veritas to continue collecting data and formaldehyde concentration measurements when requested by the residents of FEMA THU's (DHS, 2009).  From March through December, 2008, more than 3000 additional measurements in occupied THU's were collected.  The PSC obtained several spreadsheets from Bureau Veritas containing most of the information collected (several data fields were redacted).  No field protocol information was supplied, but it can be concluded from the data provided that a protocol similar or identical to that used in the FEMA CDC study (Section 2.1.4) was used for responding to individual requests for formaldehyde measurement, and it was assumed that the samples were analyzed at the accredited laboratory used when Bureau Veritas collected measurements for the FEMA CDC study (CDC, 2008).

After sampling, CDC sent a letter to each THU resident listing the measurement result for the THU and three risk ranges: >0.1 ppm, 0.010 to 0.1 ppm, and <0.010 ppm (described in Section 2.1.4).

The original data provided to the PSC by Bureau Veritas were used for this analysis.  In the original files the date of manufacture was provided as a text variable.  Month and year of manufacture was determined by inspecting the Bureau Veritas free text field containing the date of manufacture.

## 2.2.6   Boston Chemical Data

Boston Chemical Data is an environmental engineering consulting firm retained by the plaintiffs for purposes of collecting measurements of formaldehyde in both occupied and unoccupied FEMA THU's.  The nominal sampling time was 24 hours.  Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group).  The Occupational Safety and Health Administration (OSHA) Method 1007, which utilizes a passive dosimeter, was used to collect measurements.  Each sample was analyzed by an AIHA accredited laboratory.  Measurements and supporting information were provided to the PSC and entered into a common database.

---

[d] The investigator determined whether or not the "windows, scuttles, and/or doors" were open within the three hours prior to the test and whether or not there was more than 1 ft$^2$ of mold in the living areas.

2.2.7   DeVany Industrial Consultants, Inc.

DeVany Industrial Consultants is an occupational and community environmental health and safety consultancy retained by the plaintiffs that also conducted measurements of formaldehyde in both occupied and unoccupied FEMA THU's.  Measurements were collected according to the "Formaldehyde Sampling: Active and Passive Sampling Protocols; Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units" developed by DeVany Industrial Consultants and reviewed by Boston Chemical Data and the W. D. Scott Group. The formaldehyde sampling methods specified in this protocol are ones that are approved by either the Occupational Safety and Health Administration (OSHA) or the National Institute for Occupational Safety and Health (NIOSH).  Sampling times varied, with a nominal sampling time of 24 hours.  Samples were analyzed by AIHA accredited laboratories.  Measurements and supporting information were provided to the PSC and entered into a common database.

2.2.8   Technical Environmental Services (TES)

Technical Environmental Services (TES), at the request of The Buzbee Law Firm ( a PSC member firm), collected formaldehyde concentration data from occupied THU's during 2007 and early 2008.  Measurements were collected using the NIOSH Method 2016 for formaldehyde, both active and passive samplers.  TES often collected two to three measurements per THU.  Samples were analyzed at an AIHA accredited laboratory.

2.2.9   W. D. Scott Group, Inc.

W. D. Scott Group is an environmental health consultancy retained by the plaintiffs for purposes of collecting measurements of formaldehyde in occupied and unoccupied FEMA THU's.  The nominal sampling time was 24 hours.  Each measurement was collected according to a "formaldehyde sampling protocol" primarily developed by DeVany Industrial Consultants, Inc. (and reviewed by Boston Chemical Data and W. D. Scott Group).  The Occupational Safety and Health Administration (OSHA) Method 1007 was used to collect measurements.  This method utilizes a passive sampler, each of which was analyzed by an AIHA accredited laboratory.  Measurements and supporting information were provided to the PSC and entered into a common database.

2.2.10  Gulf Stream

Gulf Stream submitted records of formaldehyde testing to the U.S. House of Representatives "Committee on Oversight and Government Reform" (USHR, 2008).  The measurements were collected by an agent of Gulf Stream in March and April of 2006.  The concentrations were measured in "activated" and "non-activated" units using a "PPM Formaldemeter 400 Serial Number F3739".  For many of the "activated" (i.e., occupied) units the records indicate that for most of the units either the windows were open or the air conditioner was on during testing.  For many of the "non-activated" units (i.e., new units) the records indicate that the units were ventilated prior to testing.  Gulf Stream also tested unoccupied units manufactured by other companies (USHR, 2008).  Since the available records do not distinguish between manufacturers for the unoccupied units these data were not included in this analysis.

## 2.3   Formaldehyde Exposure Limits

The ACGIH (2001) and ATSDR (1999) provide comprehensive overviews of the health effects literature for formaldehyde, with the ACGIH focusing more on the occupational studies.  According to the ACGIH (2001), formaldehyde is an irritant to both the eye and upper respiratory tract, a sensitizer, and a suspected human carcinogen.  The odor threshold has been reported at 0.83 ppm, with a range of 0.05 to 1.0 ppm (ACGIH, 2001).  According to the ATSDR (2001):

> "Formaldehyde is a nearly colorless gas with a pungent, irritating odor even at very low concentrations (below 1 ppm). Its vapors are flammable and explosive. Because the pure gas tends to polymerize, it is commonly used and stored in solution. Formalin, the aqueous solution of formaldehyde (30% to 50% formaldehyde), typically contains up to 15% methanol as a stabilizer."

> "Most formaldehyde exposures occur by inhalation or by skin/eye contact. Formaldehyde vapor is readily absorbed from the lungs.  In cases of acute exposure, formaldehyde will most likely be detected by smell; however, persons who are sensitized to formaldehyde may experience headaches and minor eye and

airway irritation at levels below the odor threshold (odor threshold is 0.5 to 1.0 ppm; OSHA PEL is 0.75 ppm). For sensitized persons, odor is not an adequate indicator of formaldehyde's presence and may not provide reliable warning of hazardous concentrations. Odor adaptation can occur. Low-dose acute exposure can result in headache, rhinitis, and dyspnea; higher doses may cause severe mucous membrane irritation, burning, and lacrimation, and lower respiratory effects such as bronchitis, pulmonary edema, or pneumonia. Sensitive individuals may experience asthma and dermatitis, even at very low doses. Formaldehyde vapors are slightly heavier than air and can result in asphyxiation in poorly ventilated, enclosed, or low-lying areas.

"Children exposed to the same levels of formaldehyde as adults may receive larger doses because they have greater lung surface area:body weight ratios and increased minute volumes:weight ratios. In addition, they may be exposed to higher levels than adults in the same location because of their short stature and the higher levels of formaldehyde found nearer to the ground."

Paustenbach (1984), Paustenbach and Langer (1986), and Bullock and Ignacio (2006) noted that whenever there is a potential for exposure to toxic substances an exposure limit is needed. Absent governmental or authoritative exposure limits, the responsible company or organization should set an exposure limit even if there is uncertainty regarding the health effects. Therefore, for this report a determination to make is the selection of an appropriate exposure limit to which to compare formaldehyde measurements. Table 1 contains a list of available occupational and environmental exposure limits. (Other limits are presented in the CDC (2008) and ATSDR (2007) reports.)

Occupational, population, and environmental concentration levels can be compared to occupational, general population, or environmental limits for harmful chemicals and substances. CDC (2008) stated that it is incorrect to apply occupational exposure limits to the general public and to susceptible groups:

"No federal regulation or standard exists for formaldehyde levels in residential settings. Occupational levels are not appropriate to apply to residential settings for a variety of reasons. For example, residential populations include children and elderly persons and thus are more diverse than occupational populations and possibly more susceptible to illness from exposure because of preexisting health conditions. Exposure times and circumstances in homes can vary substantially from those in occupational settings. Many occupational settings have ongoing monitoring programs and may have safety requirements to reduce formaldehyde exposure (US Department of Labor, 2007)."

CDC (2008) noted that there are Housing and Urban Development (HUD) emission standards for wood products of 0.2 ppm for plywood and 0.3 ppm for particle board when these products will be used in the construction of manufactured housing. These limits were designed to be applied to the results of chamber emission tests of the off-gassing of formaldehyde from these products. These emission standards were not designed to be occupational or environmental health limits and indeed are greater than the non-OSHA occupational exposure limits listed in Table 1.

The PSC asked EAS to compare the travel trailer formaldehyde data from each manufacturer to two limits: (1) the Agency for Toxic Substances and Disease Registry (ATSDR) "Minimum Risk Level" of 0.008 ppm, and (2) the National Institute for Occupational Safety and Health (NIOSH) recommended occupational exposure limit of 0.016 ppm.

Given the limits from which to select, the ATSDR Minimum Risk Level of 0.008 ppm (for chronic exposure exceeding one year) appears to the be most appropriate limit to use since those exposed are not generally healthy, adult workers. The NIOSH limit is twice the ATSDR limit and was intended for exposures that last no longer than 8 to 10 hours per day of a typical work week. It was included here as simply an additional benchmark against which to compare the exposure measurements.

The ATSDR "Minimum Risk Level" (MRL) of 0.008 ppm was intended to minimize health effects to the general population when the exposure is chronic; that is, greater than 365 days (ATSDR, 1999). The ATSDR Minimum Risk Levels for formaldehyde are ...

"...intended only to serve as a screening tool to help public health professionals decide where to look more closely. They may also be viewed as a mechanism to identify those hazardous waste sites that are not expected to cause adverse health effects. Most MRLs contain a degree of uncertainty because of the lack of precise toxicological information on the people who might be most sensitive (e.g., infants, elderly,

**Table 1:** Occupational exposure limits and guideline exposure limits for formaldehyde. \\[e] \\[f]

| Source | Limit | Basis | Use and Interpretation | Reference |
|--------|-------|-------|------------------------|-----------|
| **Occupational Exposure Limits** | | | | |
| OSHA | 0.75 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.75 ppm. | OSHA regulations \\[g] |
| | 2 ppm STEL \\[e] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 2 ppm (averaged over a 15 minute period). | |
| NIOSH | 0.016 ppm | nasal cancer | The average exposure across each full-shift should not exceed 0.016 ppm. | NIOSH, 2004 |
| | 0.1 ppm Ceiling \\[f] | irritation to the eye, nose, throat, and respiratory system | Within-shift exposure peaks should not exceed 0.1 ppm. | |
| ACGIH | 0.3 ppm Ceiling \\[f] A2, Sen | irritant to the eye and upper respiratory tract; suspected human carcinogen; sensitizer | Within-shift exposure peaks (averaged over a 15 minute period) should not exceed 0.3 ppm. | ACGIH, 2009 |
| **General Population Guidelines** | | | | |
| WHO | 0.1 ppm (30 minutes) | sensory irritation | | CDC, 2008 |
| ATSDR Medical Management Guidelines | 0.008 ppm | chronic minimal risk level $\geq$ 365 days | | ATSDR, 1999, 2001, 2007 |
| | 0.03 ppm | intermediate minimal risk level for 15 to 364 days | | |
| | 0.04 ppm | acute minimum risk level for $\leq$ 14 days | | |

nutritionally or immunologically compromised) to the effects of hazardous substances. ATSDR uses a conservative (i.e., protective) approach to address this uncertainty consistent with the public health principle of prevention." (ATSDR, 1999)

Note that the ATSDR chronic exposure MRL is nearly equal to the 0.010 ppm low risk level used by CDC in their notification letters to THU residents (see Section 2.2.4). Furthermore, the ATSDR MRL for chronic exposures matches a recommendation in the indoor air quality literature. Hodgson *et al.* (2000) recommended 0.008 ppm as an exposure guideline for formaldehyde. Using methodology recommended by Nielsen, Hansen, and Wolkoff (1997), Hodgson *et al.* converted the American Conference of Governmental Industrial Hygienists (ACGIH) occupational exposure limit (see Table 1) to an "indoor air concentration guideline" for "residential occupants"

---

[e] STEL's (Short-term exposure limit) are intended to limit short-term exposures, typically defined as a 15-minute exposure, within each workshift. In principle, the STEL "should not be exceeded at any time during a workday" (ACGIH, 2009).

[f] Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

[g] 29 Code of Federal Regulations, Part 1910.1048.

that takes into account extended exposure time and "sensitive populations".\[h]

The ATSDR, in their own study of unoccupied FEMA THU's (ATSDR, 2007), calculated the average level and compared to the ATSDR Minimum Risk Levels.  It therefore appears that the ATSDR interprets their own limits to apply to the average exposure over the specified period of time.  Therefore, the mean or average exposure for periods of one year or more should not exceed 0.008 ppm.  Furthermore, for comparison to their own limits the ATSDR collected 60 minute samples for formaldehyde.  This same sampling methodology was used later by CDC (2008) and Bureau Veritas (see Sections 2.2.4 and 2.2.5).

NIOSH exposure limits are intended to minimize both the risk of chronic disease and short-term irritation when the exposures to healthy, adult workers do not exceed 8 to 10 hours per day for a typical 40–hour work week.  The NIOSH full-shift limit is intended to be the upper limit of daily exposure for healthy adult workers.  While defined as an upper limit for the average exposure for each day, it is common practice to define a reasonably controlled work environment as one where 95% of the full-shift exposures for each worker are less than the exposure limit and where the excursions above the limit do not exceed it by any great amount (Leidel, Busch, and Lynch, 1977; Bullock and Ignacio, 2006).\[i]

Comments

It has been suggested that there is (a) a HUD ambient air standard of 0.4 ppm, (b) that the ATSDR established a "level of concern" for travel trailers of 0.3 ppm, and (c) that the ACGIH TLV of 0.3 ppm (ceiling limit) is an appropriate limit for evaluating formaldehyde levels in FEMA travel trailers.  All are incorrect.

In 1984, HUD, the U.S. Housing and Urban Development agency, specifically stated that they adopted a "product standard", not an "ambient [air] standard" (HUD, 1984).  HUD promulgated a rule concerning "manufactured home construction and safety standards" (HUD, 1984) to be applied to manufactured homes larger than 320 square feet.  This standard set a "product standard" of 0.2 ppm and 0.3 ppm for the emissions of formaldehyde from plywood and particleboard materials that use formaldehyde-based bonding resin systems.  Products are to be tested for formaldehyde emissions using specific test chambers and methodologies.  HUD's expectation was that "the product standards will result in a 0.4 ppm indoor level under the specified [i.e., product test] conditions".  During the promulgation process HUD was advised that a target value of 0.4 ppm "was obsolete" and that a lower target of "no greater than a 0.1 ppm standard should be adopted".  HUD admitted that the 0.4 ppm target level value was not health-based target ambient level, but instead was based upon economic considerations: "this level, given economic considerations, is reasonable", and went on to state:

> "The Department realizes that there are people who will react adversely to extremely low levels of formaldehyde and who are unusually sensitive to formaldehyde's irritant effects."

> "To alert those people whom may be sensitive to formaldehyde, the Department is requiring a health notice be posted..."

> "The Department agrees that, generally, improved ventilation reduces the amount of formaldehyde in the home.  Therefore, the Department is requiring that manufacturers offer a ventilation improvement option with each home."

> "The product standards will limit, but not eliminate, formaldehyde in manufactured homes.  The levels which will be achieved by the product standards will not fully protect every manufactured home occupant.  The health notice, therefore, will inform prospective purchasers that there are products in the home which emit formaldehyde..." (HUD, 1984)

In early 2007 two investigators - CDR Joseph Little and Scott Wright - at the ATSDR issued a report concerning the analysis of formaldehyde levels in 96 unused travel trailers.  This report used a "level of concern" of 0.3 ppm

---

[h]  FEMA stated in October, 2007 that 0.015 ppm would be used as the FEMA "current de facto standard for new purchases".  This de facto standard has since been revised to 0.016 ppm.  Furthermore, each THU will be tested by a third party to ensure than before acceptance. (DHS, 2009)

[i]  An employer should be 95% confident that 95% of the full-shift exposures are less than the occupational exposure limit (Leidel, Busch, and Lynch, 1977).

for evaluating formaldehyde data collected in the 96 units.  The report was quickly followed by a letter to FEMA indicating that the report had been issued "without a policy review", was incomplete, and "perhaps misleading". There was a failure to communicate the fact that "[f]ormaldehyde is classified as 'reasonably anticipated to be a human carcinogen'", and that "any level of exposure to formaldehyde may pose a cancer risk, regardless of duration" (Keim, 2007).  A revised and greatly expanded report was issued later in the year (ATSDR, 2007).  The ATSDR specifically stated that "[in the earlier report] there was insufficient discussion of the health implications of formaldehyde exposure and some language may have been unclear, potentially leading readers to draw incorrect or inappropriate conclusions" (ATSDR, 2007).  Furthermore, the ATSDR specifically stated that "[this report] does not define a level of concern" (ATSDR, 2007).  According to Dr. DeRosa, at that time the Director of the Division of Toxicology and Environmental Medicine at the ATSDR, the 0.3 ppm "level of concern" used by the authors of the original report was intended for managing acute exposures to "first responders and health care providers in emergency events" (DeRosa, 2009), and not for managing long-term exposures for the general public.

The ACGIH TLV of 0.3 ppm (ceiling) has been suggested as an appropriate metric against which to compare formaldehyde levels within the travel trailers provided to FEMA.  However, the ACGIH has consistently forbidden the blind application of the TLVs to groups other than workers.  In fact, in 2000 the ACGIH stated that to apply the TLVs to "...a different population ... stretches the reliability and even viability of the database for the TLV..." (ACGIH, 2000).  A similar statement can be found in previous and later annual TLV booklets.  In other words, the TLVs were neither designed nor intended for application to the general public.

If occupational limits are to be used to derive a first approximation of a public limit the occupational limit should be divided by a suitable factor (see Nielsen et al., 1997).  As discussed earlier in this section, such a procedure was used by Hodgson et al. (2000) to convert the ACGIH TLV of 0.3 ppm (ceiling) to an approximate public limit of 0.008 ppm for application to "new manufactured and site-built houses".

The ACGIH TLV for formaldehyde is a ceiling limit which is defined as the "concentration that should not be exceeded during any part of the working exposure" (ACGIH, 2000).  According to the ACGIH, " [if] instantaneous monitoring [i.e., measurement using direct reading instruments] is not feasible, then the TLV-C can be assessed by sampling over a period that should not exceed 15 minutes..." (ACGIH, 2000).  (A similar statement has been included in the annual TLV booklets for several decades.)  In contrast, Mr. Watson, an expert hired by defendants to measure formaldehyde levels in a unit previously occupied by a previous plaintiff, sampled for periods of 60 minutes and 24 hours, both of which were inconsistent if the intended comparison is to the ACGIH ceiling limit (Watson, 2009).

In summary, the HUD never established an ambient standard and the targeted ambient level was selected based upon economic considerations.  The ATSDR (as an agency) never established a "level of concern" of 0.3 ppm that supercedes their earlier MRL's.  The ACGIH ceiling TLV of 0.3 ppm was intended for the population of healthy, adult workers, not the general population.  It must be downwardly adjusted before being used as an approximate population limit.

# 3    METHODS

The data were transferred to a "working" Excel® spreadsheet and then imported into Systat® (Version 12), a statistical analysis program[j]   Appropriate fields were inspected for odd or inconsistent entries, such as text entries in a numeric field, or unexpected entries, e.g., a temperature of 932 °F that should have been entered as 93.2 °F.

Summary statistics were produced using both Systat and the IHDataAnalyst (Version 1.01).\[k]  All figures, descriptive statistics, and analysis-of-variance statistics were generated or calculated using Systat®.  The

---

[j]  Systat® (Version 12) is a statistical analysis program that is commercially available from www.systat.com.  Systat® is similar to SAS, SPSS, MINITAB, and SPSS, and has been available for the PC since 1982.

[k]  The IHDataAnalyst (Version 1.01) is statistical analysis program developed by EAS for the analysis of occupational and environmental contaminant data.  It is commercially available from www.oesh.com.

IHDataAnalyst was used (a) to evaluate the goodness-of-fit for the lognormal distribution model, looking for egregious departures, (b) to estimate the non-parametric exceedance fraction (i.e., the fraction or percent of formaldehyde levels expected to be above the ATSDR and other limits), plus the lower and upper confidence limits for this estimate, and (c) to calculate the Minimum Variance Unbiased Estimator (MVUE) (an estimate of the mean; discussed in Section 3.4) and its lower and upper confidence limits.\[l]

A few of the "travel trailer" measurements were identified as non-detects (i.e., the true concentration was less than the minimum detectable concentration).\[m]   Given the low percentage of non-detects, the common method of substituting half of the minimum detectable concentration (i.e., the non-detect concentration) for use in the statistical analyses was employed (Hewett and Ganser, 2007; Hewett, Appendix VIII, in Bullock and Ignacio, 2006).

## 3.1     Figures

Graphs were plotted to illustrate various features of each dataset.  Time series plots, coupled with symmetric dot-density plots, show the formaldehyde levels in relation to the year and month the measurements were collected, and are useful for evaluating date, number, and magnitude of the measurements collected.  They are also useful for evaluating the influence of season or "time of year" on the formaldehyde levels.  Symmetric dot-density plots show the formaldehyde levels by data source (occupied and unoccupied units) and travel trailer model.  In these figures reference lines are provided to show the location of the ATSDR chronic and intermediate MRL's relative to the data.

## 3.2     Goodness-of-fit Evaluation

The first step in the analysis of occupational, population, or environmental contaminant data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Gibbons and Coleman, 2001; Hewett, 2001; Bullock and Ignacio, 2006).  In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution (Esmen and Hammad, 1977; Bullock and Ignacio, 2006).  Hewett (2008) showed that the lognormal distribution assumption tends to fit the majority of the formaldehyde data for various THU manufacturers (i.e., the majority of the data fall on or near a best fit line).  Hewett (2008) also showed that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean.  It should be noted that both CDC (2008) and ATSDR (2008) also assumed that the data were best described by the lognormal distributional model, as well as others (Suta, 1980; Versar, 1986).

Each dataset was evaluated for the goodness-of-fit for the lognormal distribution, looking for egregious departures.  In many cases the data passed the subjective goodness-of-fit evaluation, but failed an objective goodness-of-fit test.  (This typically happens for large datasets such as those encountered here, in which case the subjective test is more informative.)  For the occupied unit datasets the lognormal distribution appeared to be appropriate.  For those datasets with large sample sizes, the concordance between the simple arithmetic mean and MVUE is an indirect validation of the appropriateness of lognormal model for these datasets.  Goodness-of-fit is of course not an issue for the calculation of non-parametric statistics, such as the median and the percent exceeding specific limits.

## 3.3     Descriptive Statistics

A "statistic" is an estimate of a parameter or true value.  In general, a statistic will better approximate the true value as the sample size increases.  A statistic is sometimes referred to as the "point estimate" of the parameter. The following descriptive statistics are provided for each manufacturer:
   • sample size (n), minimum (min), maximum (max), and median
   • sample mean and sample standard deviation (Mean, SD)

---

[l]   The procedures for calculating the non-parametric exceedance fraction (and confidence limits) and the MVUE (and its confidence limits) are well known (see the references cited in Section 3.4).  These statistics can be calculated using programmable calculators or computer spreadsheets, but were calculated here using the IHDataAnalyst simply for convenience.

[m]   There were four non-detects in the Gulf Stream database, and one each in the Forest River, Jayco, and Keystone databases.

    • sample geometric mean (GM) and sample geometric standard deviation (GSD).
Given that these data appear to be well described by the lognormal distribution, the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.

## 3.4    Compliance Statistics

Various statistics were calculated that assist in determining whether or not the a manufacturer's THU's in general and model-specific THU's in particular were in compliance with the ATSDR chronic and intermediate limits of 0.008 ppm and 0.03 ppm.

Non-parametric exceedance fractions were also calculated, which are point estimates of the percent of formaldehyde concentrations that exceeded the various limits. The statistics estimate the true percent (or fraction; divide percent by 100) of formaldehyde levels that exceed the two limits. Because these are statistics, and not the true values, 99% lower and 99% upper confidence limits were calculated for each estimate. The confidence limits were calculated using standard methods for calculating confidence intervals around a proportion (Gilbert, 1987; Gibbons and Coleman, 2001; Hewett, 2001).

Various tables contain the mean formaldehyde level for each data source for the "travel trailer" dataset and for model specific datasets. Because these are statistics, and not the true values, 99% lower and 99% upper confidence limits were calculated for each estimate. The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bullock and Ignacio, 2005; Hewett, 1997).

The true mean formaldehyde level was estimated using two methods. Regardless of the shape of the underlying distribution of occupational and environmental concentration profile there will be a true mean for the entire distribution. The true mean is usually estimated using the simple arithmetic mean. If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution, then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Gilbert, 1987; Hewett, 1997; Bullock and Ignacio, 2006). Various tables contain both the simple arithmetic mean and MVUE estimates of the true mean formaldehyde level, by data source and overall, for each manufacturer overall and for model assigned to the plaintiff. For large sample sizes, say for example n>30, there will often be little practical difference between the simple arithmetic mean and the MVUE. This is evident when comparing the sample mean and MVUE where the sample sizes are large or small. However, for smaller sample sizes the MVUE is the preferred estimate of the true mean for occupational and environmental exposure data (Land, 1975; Bullock and Ignacio, 2005; Hewett, 1997; Gibbons and Coleman, 2001).

The 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) were calculated for both the simple arithmetic mean and the MVUE. For large sample sizes there will often be little difference in the lower and upper confidence limits calculated using the normal or lognormal distribution assumption (Hewett, 1997). However, for small sample sizes the 99%LCL calculated using the normal distribution assumption can be negative. Since it is impossible for the true mean to be less than zero, it is inappropriate when the sample size is small to apply the normal distribution assumption to data that are clearly skewed. As mentioned before, the preferred estimates of the mean and the confidence intervals are those calculated using the lognormal distribution assumption.\[n]

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively. But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither the sample mean nor the MVUE is expected to be exactly equal to the true mean. However, a confidence interval can be calculated in which the true value of the mean is expected to fall 98% of the time. It is therefore

---

[n] From the "central limit theorem" it can be expected for non-normal distributions that as the sample size increases the distribution of the "sample arithmetic means" will approach a normal distribution. This being the case the LCL and UCL calculated using the normal distribution assumption will be good approximations of the correct confidence limits even when the underlying population is not normally distributed. But for small sample sizes the confidence limits calculated using the normal distribution assumption can greatly misrepresent the range which is most likely to contain the true mean (Hewett, 1997).

expected that 1% of the time the true mean will be less than the 99%LCL and 1% of the time it will be greater than the 99%UCL.

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer. The MVUE is not the true mean. As the sample size increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean concentration. The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean. A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit. The point estimate is the best estimate and it is expected that 98% of the time the true value will lie between the 99% lower and 99% upper confidence limit. In principle, as the sample size increases the point estimate approaches the true mean and at the same time the confidence interval narrows, resulting in less uncertainty regarding the range in which the true mean lies.

## 3.5   Analysis-of-variance

For each manufacturer, analysis-of-variance (ANOVA) was used to determine if any of the datasets for each model (occupied units only) were significantly different from one or more of the other model datasets. Similarly, ANOVA was used to determine if the data from any of the data sources (occupied units only) were significantly different from one or more of the other datasets. If the ANOVA test is significant, a standard means chart and a standard pair-wise comparison test (Tukey's Honestly Significant Difference Test) were used to evaluate all possible paired combinations. Systat® was used for all ANOVA calculations.

## 3.6   Additional Statistics

For each manufacturer, the min, max, and median was determined for the temperature, relative humidity, and age of the unit at the time of sampling.

## 4    RESULTS

Figures 1-4 show the data for the five manufacturers in two different, but complementary ways. Figures 1 and 3 are symmetrical dot density plots, and show the number and magnitude of the measurements for each manufacturer. The y-axis indicates the formaldehyde levels in "parts per million" or ppm. Note that the y-axis is a logarithmic scale, where the evenly spaced increments differ by a factor of 10.

Figure 2 and 4 are standard box-whisker plots\° The center bar of the box indicates the median or 50th percentile of the data. The box itself covers 50% of the data, with 25% of the measurements being greater than or less than the upper and lower ends of the box. It is clear that the overwhelming majority of the measurements for occupied and unoccupied units exceeded both the ATSDR chronic and intermediate MRL's. It is clear from the figures that the formaldehyde levels in the majority of both the occupied and unoccupied units exceeded the all three ATSDR limits and the NIOSH full-shift occupational limit, and frequently exceeded the NIOSH and ACGIH ceiling limits and the WHO short term limit.

Appendices 8.1 through 8.5 contain tables of descriptive and compliance statistics and figures for each manufacturer. Statistics tables are provided for the overall dataset and for the specific model used by the plaintiff (or the most prevalent model if the specific model is not available). The statistics are further divided into occupied and unoccupied units. Overall or summary statistics are provided, as well as by data source. Figures are provided to show the (a) number, magnitude, and date of collection of the formaldehyde measurements, (b) the number and magnitude of the measurements by data source and by model. Figures are also included for evaluating whether or not there is a significant difference between the data collected by the various sources and by model.

---

° In a box-whisker plot the center bar in the box represents the median value, or 50th percentile value, of the data set. The upper and lower half of the box represents the 2nd and 3rd quartiles, or the central 50% of the dataset. The whiskers, or lines projecting left and right of the box, are more complicated to explain, but basically represent the coverage of an additional fraction of the dataset. Overlaid on the plot is what is called the dot density plot, or basically a plot of the individual datapoints for each study.

---

Exposure Assessment Solutions, Inc.                                                                                   14

## 4.1     Figures

Each manufacturer-specific appendix contains the following figures:
• Figure 1 - formaldehyde levels for all occupied "travel trailers" by the year and month of collection
• Figure 2 - formaldehyde levels for the model occupied by the plaintiff or, in instances where model information was not available, the most prevalent model
• Figure 3 - formaldehyde levels for all unoccupied "travel trailers" by the year and month of collection
• Figure 4 - formaldehyde levels for all unoccupied units corresponding to the model occupied by the plaintiff or the most prevalent model
• Figure 5 - formaldehyde levels by data source for occupied units
• Figure 6 - formaldehyde levels by model
• Figure 7 - formaldehyde levels by data source for unoccupied units
• Figure 8 - comparison plot for the means of the $\log_{10}$-transformed formaldehyde ppm concentrations for each data source
• Figure 9 - comparison plot for the means of the $\log_{10}$-transformed formaldehyde ppm concentrations for each travel trailer model.

Inspection of these figures suggests that regardless of the data source or the time of year the data were collected, each of the datasets lead to identical conclusions that the majority of the measurements from occupied units were greater than all three ATSDR MRL's, and that sizable fractions exceeded the various occupational limits.\[p\]

Regarding the measurements collected from unoccupied "travel trailers", although the data were collected during different seasons, they are consistent in that each strongly suggests that the THU's, even several years after manufacture, continue to produce levels of formaldehyde well above the ATSDR limits.  These measurements indicate that years after manufacture these units are still releasing large quantities of formaldehyde that cannot be attributed to lifestyles, smoking, cooking, pets, or other occupant related activities.

## 4.2     Tables

Another way to view the data collected is through descriptive statistics and compliance statistics.  Descriptive statistics indicate various features of the dataset, such as minimum and maximum values, as well as describe the shape of the distribution of the formaldehyde concentrations.  If the data are symmetrically distributed then the sample mean and standard deviation provide reasonable estimates of the central tendency and spread in the distribution.  If the data are skewed to the right, as is typical of environmental and occupational datasets, the sample geometric mean (GM) and geometric standard deviation (GSD) are better indicators of the central tendency and variability of the dataset.

Each manufacturer-specific appendix contains the following tables, each of which contains statistics by data source and for the overall dataset:
• Table 1 - descriptive statistics for the occupied travel trailers
• Table 2 - compliance statistics for the occupied travel trailers - the percent exceeding various limits
• Table 3 - compliance statistics for the occupied travel trailers - sample mean plus confidence intervals
• Table 4 - descriptive statistics for the unoccupied travel trailers
• Table 5 - compliance statistics for the unoccupied travel trailers - the percent exceeding various limits
• Table 6 - compliance statistics for the unoccupied travel trailers - sample mean plus confidence intervals
• Table 7 - descriptive statistics for the occupied "model" travel trailers
• Table 8 - compliance statistics for the occupied "model" travel trailers - the percent exceeding various limits
• Table 9 - compliance statistics for the occupied "model" travel trailers - sample mean plus confidence intervals
• Table 10 - descriptive statistics for the unoccupied "model" travel trailers
• Table 11 - compliance statistics for the unoccupied "model" travel trailers - the percent exceeding various limits

---

[p] It is should be noted that the occupational "ceiling" limits (see Table 1) should be compared to measurements collected using either direct reading instruments or passive or active samplers that are permitted to operate for no more than a few minutes (ACGIH, 2009).  If a long-term sample, such as the 60 minute and 24-hour samples in these databases, approaches or exceeds a ceiling limit one can infer that the ceiling limit was frequently exceeded during that period.  Note that the measurements attributed to Gulf Stream Coach, Inc. were measured using a direct reading instrument.



**Figure 1**: Symmetric dot-density plot for the "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by manufacturer.



**Figure 2**: Box-whisker plot for the "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by manufacturer.



**Figure 3**: Symmetric dot-density plot for the "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by manufacturer.



**Figure 4**: Box-whisker plot for the "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by manufacturer.

• Table 12 - compliance statistics for the unoccupied "model" travel trailers - sample mean plus confidence intervals
• Table 13 - temperature statistics for the occupied travel trailers
• Table 14 - relative humidity statistics for the occupied travel trailers
• Table 15 - temperature statistics for the unoccupied travel trailers
• Table 16 - relative humidity statistics for the unoccupied travel trailers
• Table 17 - age (at the time of sampling) statistics for the occupied travel trailers
• Table 18 - age (at the time of sampling) statistics for the unoccupied travel trailers.

Descriptive statistics

For the overall and source-specific datasets for all manufacturers the median or 50th percentile formaldehyde levels were greater than all three ATSDR limits, and frequently the occupational NIOSH limits (see Footnote i), as did the sample means. (The lognormal distribution statistics are provided as they were used to generate an alternative, and arguably superior, estimate of the mean level, as well as 99% lower and upper confidence limits for the mean, discussed later.)

Percent exceeding the ATSDR and other limits

The percentage of measurements that exceeded the various limits varied by manufacturer and data source. Each of the percentages discussed above represent estimates of the true percent (or fraction; divide the percent by 100) of the formaldehyde levels that exceeded the ATSDR MRL's and other limits. The 99% lower confidence limits (99%LCL) and the 99% upper confidence limits (99%UCL) were also calculated for the percent exceeding the ATSDR chronic exposure MRL of 0.008 ppm and are provided in these tables. In most cases, the 99%LCL was greater than 50%. (The instances where the 99%LCL was less than 50% involved small sample sizes.) In summary, the points estimates of the percent or fraction of formaldehyde levels that exceed the ATSDR chronic exposure MRL suggest that the overwhelming majority of the formaldehyde levels in THU's were greater than the this limit. The 99%LCL suggest that one could be 99% confident that considerably more than 50% of the formaldehyde levels exceeded the two MRLs.

Comparison to other limits

Regarding other limits, a large percentage of the measurements from occupied units exceeded the irritation-based WHO 0.1 ppm 30-minute limit and the NIOSH 0.1 ppm Ceiling (occupational) limit. Furthermore, high percentages exceeded the ACGIH 0.3 ppm Ceiling (occupational) limit. Ideally, only short-term or peak level measurements should be compared to these limits. Therefore, it is noteworthy and troublesome that a large percentage of the 60-minute and 24 hour measurements in the database exceeded these limits. Such longer-term samples tend to "average out" high, short-term peak levels, and yet a large fraction of the long-term measurements exceeded these short-term irritation-based limits, despite the fact that the median age for the occupied units was over 2 years for all five manufacturers.

Regarding the unoccupied "travel trailers", a larger fraction exceeded the 0.1 ppm WHO and NIOSH limits, as well as the 0.3 ppm ACGIH limit, despite unit median ages well over 2 years for the five manufactures.

Comparison of Mean Levels to the ATSDR and other Limits

The mean formaldehyde levels for all manufacturers, for both occupied and unoccupied units, were greater than the ATSDR MRL's, whether the mean was estimated using the normal distribution assumption or the lognormal distribution assumption. Furthermore, where the sample size was reasonably large the 99% lower confidence limits (99%LCL) also tended to be greater than both limits, which permits one to conclude with high confidence that the true mean for a manufacturer in general and a manufacturer model in particular was greater than both limits. (Note that for small sample sizes the 99%LCL was negative when using the normal distribution assumption, verifying that the normal distribution assumption is inappropriate when the sample size is small and the underlying distribution is skewed to the right.) The 99%LCL's for the mean calculated using the more appropriate lognormal distribution assumption cannot be negative and were all above the ATSDR MRL's, and in many cases exceeded the WHO population short-term limit and the NIOSH occupational ceiling limit.

## 4.3    Analysis-of-variance

Comparison of Data Sources

The analysis-of-variance (ANOVA) multiple-comparison test was used to determine, for each manufacturer, if one or more of the occupied "travel trailer" datasets, when grouped by data source (see Figure 5 in each manufacturer appendix) is statistically different from at least one of the remaining datasets. A significant ANOVA test is typically one where the p-value is less than 0.05, suggesting that at least one of the data sources was statistically distinguishable from at least one of the other sources.

Table 2 contains the ANOVA results and any data source pairs that were found to be significantly different. The "comparison of (log) means" graph (Figure 8 in each manufacturer appendix) shows the mean of the logn-transformed concentrations and error bars. Error bars that overlap suggest that the datasets are not statistically distinguishable. Non-overlapping error bars suggest that the data are different in some fashion. In addition to these figures, Tukey's Honestly-Significant-Difference Test was used to further indicate which two pairwise comparisons was significant.

Given that only a few of the many comparisons achieved statistical significance I see no compelling reason to separate any of the datasets from the remainder for each manufacturer. Differences can be logically attributed the age of the units at the time of testing and/or season and temperature effects, rather than a systematic and substantial difference between data sources. For example, four of the significant comparisons in Table 2 involve the Gulf Stream Coach Inc. dataset which was collected in March and April of 2006, and while nearly all of the remainder of the data for Gulf Stream were collected in late 2007 and in 2008, suggesting that age of the units played a role. Furthermore, when a "model" effect was tested (see below) the result was negative for all manufactures, further suggesting that any differences between data sources are due to age effects and/or factors extraneous to the travel trailers (season, temperature, relative humidity, etc.).

**Table 2:** ANOVA results for the comparison of data sources.

| Manufacturer | ANOVA p-value | Tukey's Honestly-Significant-Difference Test | | |
|---|---|---|---|---|
| | | Number of pairs | Pair-wise comparisons | p-value |
| Forest River | 0.0319* | 28 | Occupant v. TES | 0.0684 |
| Gulf Stream | <0.0001* | 45 | Bureau Veritas v. Gulf Stream Coach Inc. | 0.0030 |
| | | | Bureau Veritas v. Occupant | 0.0017 |
| | | | DeVany Industrial Consultants v. Gulf Steam Coach Inc. | 0.0480 |
| | | | FEMA CDC v. Gulf Steam Coach Inc. | 0.0127 |
| | | | Gulf Steam Coach Inc. v. TES | 0.0006 |
| | | | Occupant v. TES | 0.0004 |
| | | | TES v. W.D. Scott Group | 0.0335 |
| Jayco | 0.9265 | 28 | | |
| Keystone | 0.3571 | 28 | | |
| KZRV | 0.1207 | 6 | | |

* Significant at the p=0.05 level.

Comparison of the "travel trailer" models

The analysis-of-variance (ANOVA) multiple-comparison test was used to determine, for each manufacturer, if one

or more of the model "travel trailer" datasets (see Figure 6 in each manufacturer appendix) is statistically different from at least one of the remaining model datasets. A significant ANOVA test is typically one where the p-value is less than 0.05, suggesting that at least one of the models was statistically distinguishable from at least one of the other models.

Table 3 contains the ANOVA results and any model pairs that were found to be significantly different. The "comparison of (log) means" graph (Figure 9 in each manufacturer appendix) shows the mean of the logn-transformed concentrations and error bars. Error bars that overlap suggest that the datasets are not statistically distinguishable. Non-overlapping error bars suggest that the data are different in some fashion. In addition to these figures, Tukey's Honestly-Significant-Difference Test was used to further indicate which two pairwise comparisons was significant. Given that none of the many comparisons approached statistical significance I see no compelling reason to separate any of the models from the remainder for each manufacturer. Differences can be logically attributed to the age of the units at the time of testing as well as to the season and temperature effects, rather than to a systematic and substantial difference between models.

**Table 3:** ANOVA results for the comparison of models within each manufacturer dataset.

| Manufacturer | ANOVA p-value | Tukey's Honestly-Significant-Difference Test | | |
|---|---|---|---|---|
| | | Number of pairs | | p-value |
| Forest River | 0.1867 | 45 | | |
| Gulf Stream | 0.1575 | 15 | | |
| Jayco | 0.3236 | 3 | | |
| Keystone | 0.3571 | 28 | | |
| KZRV | 0.6351 | 3 | | |

## 4.4    Additional Statistics and Figures

Tables 13-16 in the manufacturer appendices contain min, max, and median statistics for the temperature and relative humidity data for both occupied and unoccupied travel trailers, by data source and overall. Tables 17 and 18 contain min, max, and median statistics for the ages of the trailer units at the time of sampling, overall and by data source.

## 5    DISCUSSION

Data analysis involves (a) the inspection of the data, using appropriate figures, and (b) a statistical analysis of the data, calculating appropriate descriptive and compliance statistics. Both the figures and the statistics should be used to assist in evaluating whether or not the measured formaldehyde levels indicate that the true levels were greater than the ATSDR MRL's and other limits.

## 5.1    Comparison to the ATSDR and NIOSH Limits

• Compare, using graphical and statistical methods, the formaldehyde levels to the Agency for Toxic Substances and Disease Registry (ATSDR) chronic exposure "Minimum Risk Level" (MRL) of 0.008 ppm limit for formaldehyde, which was intended to be used for minimizing risk to the general population whenever exposures exceed 365 days, as well as the intermediate and acute exposure MRL's.
• Compare, using graphical and statistical methods, the formaldehyde levels to other exposure limits.

With this particular dataset the figures tell a compelling story. Figures 1-4 above and 1-7 in the appendices show that the majority of measurements collected were greater than all three of the ATSDR MRL's. This was true regardless of the source of the data - government agency, public organization, or professional occupational health consultancy - or time of year the measurements were collected or whether the THU was occupied or

unoccupied. The figures also show that substantial fractions of the measurements exceeded the various occupational limits: the NIOSH full-shift and ceiling limits and the ACGIH ceiling limit. (The percent of the measurements that exceed the ATSDR and other limits are included in Tables 2, 5, 8, and 11 in the appendices.)

The formaldehyde concentration data collected from unoccupied "travel trailers" indicate that units continue to generate formaldehyde years after manufacture, and that this formaldehyde cannot be attributed to individuals or lifestyles (since the units were unoccupied at the time of measurement). The data from unoccupied units also suggest the levels that one would expect to experience when returning to a trailer unit after the air conditioning or heating had been shut down and the unit closed. The figures also show that the majority of the measurements were greater than the NIOSH occupational exposure limit for healthy adult workers.

Percent exceeding the ATSDR MRL's and other limits

Inspection of the figures suggest that the majority of the measurements collected by the various sources exceeded the ATSDR limit. In each manufacturer appendix, Tables 2, 5, 8, and 11 contain the non-parametric proportion of the measurements observed to exceed the ATSDR MRL's and other limits, for each data source and overall.

To determine if, across a manufacturer's THU's (all models considered), it was more likely than not that the formaldehyde level in a typical occupied "travel trailer" exceeded the ATSDR 0.008 ppm MRL for chronic exposure, a hypothesis testing approach was adopted. This is basically a test of two hypotheses:

$H_o$: true fraction exceeding the limit $\leq$ 50%
$H_a$: true fraction exceeding the limit > 50%

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true fraction of formaldehyde levels in occupied units was less than or equal to 50%. The second hypothesis $H_a$ is the alternative hypothesis that the true fraction was greater than the 50%. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in criminal matters. If the observed percent of formaldehyde levels exceeding the limit is equal to or less 50%, then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the observed percent is greater than the 50%. *Compelling* evidence exists when both the observed percent *and* the lower confidence limit (LCL) for the observed percent are greater than 50%.

For each manufacturer, more than 98% the overall measurements from occupied travel trailers exceeded the ATSDR chronic exposure MRL of 0.008 ppm (Table 2 of each appendix). Similar percentages, but usually lower, exceeded the intermediate and acute exposure ATSDR MRL's, as well as the NIOSH occupational limit of 0.016 ppm. Substantial fractions exceeded the WHO limit and the NIOSH and ACGIH occupational ceiling limits.

The percentage exceeding each limit is a point estimate of the true percentage of the travel trailer units for a specific manufacturer that exceeded the limit. The point estimate, if greater than 50%, suggests that it is more likely than not that overall the units from a manufacturer exceed a particular limit. The 99%LCL's suggest that the we can be highly confident that more than 50% of the unmeasured formaldehyde levels exceeded the ATSDR chronic exposure MRL. In other words, we can be highly confident that it is more likely than not that units from a manufacturer exceed a particular limit. (The "percent greater than" statistics and confidence limits were similar for both occupied and unoccupied units, overall and model specific.)

As mentioned earlier, the occupational exposure limits in Table 1 were intended to represent the upper limit of exposures for healthy, adult workers. That is, in a controlled work environment the majority of exposures should be less than the NIOSH limit (Leidel, Busch, and Lynch, 1977). Here, there is compelling evidence of the majority of the formaldehyde levels not only exceeded the ATSDR limit of 0.008 ppm, indicating that risks due to chronic exposure to levels exceeding the ATSDR limit were not properly managed, but also exceeded NIOSH full-shift occupational limit, which was intended for healthy, adult workers.

As a final point, simple inspection of figures and tables indicate that a sizable fraction of the measurements for occupied travel trailers overall, and the various models in particular, also exceeded the ACGIH and NIOSH ceiling

limits for occupational and WHO general exposure limit to formaldehyde (see Table 1). This suggests that the risk for irritation to the eye, nose, throat, and respiratory system was not properly managed in these units.

Comparison of Mean Levels to the ATSDR MRL's and other Limits

To determine if, across a manufacturer's THU's, the mean formaldehyde levels exceeded the ATSDR limit a hypothesis testing approach was adopted. The comparison of the formaldehyde sample mean to a limit is basically a test of two hypotheses:

$H_o$: μ ≤ Limit
$H_a$: μ > Limit

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean (μ; pronounced "mu") was equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis that the true mean was greater than the Limit. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in criminal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when both the sample mean *and* the lower confidence limit (LCL) for the sample mean are greater than the Limit.

Inspection of Tables 3, 6, 9, and 12 in the manufacturer-specific appendices reveals that the sample means formaldehyde level for the "travel trailers", occupied and unoccupied, and the sample means for the model-specific units, occupied and unoccupied, for each data source were greater than all three ATSDR MRL's, as well as the NIOSH full-shift and ceiling limits. This provides evidence that the true means for a manufacturers units in general, and a specific model in particular, were greater than these limits. The fact that the 99%LCL's - looking at those calculated using the preferred lognormal distribution assumption - were in all cases (where the sample size was sufficient for calculating confidence limits) also greater than the ATSDR MRL's, the NIOSH full-shift limit and in many cases the NIOSH ceiling limit, provides compelling evidence that the true means were greater than the these limits. This suggests that one could be at least 99% confident that the true mean was greater than these limits for the manufacturer's THU's in general and the model THU's in particular.

## 5.2    Age-related Decline in Formaldehyde Concentrations

• Evaluate the dataset for evidence that the formaldehyde levels tend to decline with the age of the THU.

Although the CDC (2008) did not add Age to their formaldehyde concentration prediction model, the CDC did recognize the very strong possibility that the age-related decline in concentrations resulted in a general underestimation of earlier exposures (CDC, 2008; page 13):

"Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

The true age coefficient, when evaluated across years, is expected to be negative. (For it to be zero or positive is highly improbable, if not impossible.) The estimated exponential decay coefficients and the estimated half lives reported in the literature vary. Suta (1980) reported for mobile homes decay coefficients of -0.12 and -0.30, with corresponding half-lives of 5.78 and 2.31 years, respectively. Versar (1986), in an analysis of 1179 mobile home measurements, reported a decay coefficient of -0.237 with a corresponding half-life of 2.92 years.

In a previous case I calculated decay coefficients for Gulf Stream Coach, Inc.; Forest River, Inc.; and Keystone RV Company (as well as Fleetwood, Inc. and Recreation By Design, LLL) using data collected from FEMA travel trailers travel trailers (Hewett, 2010; Appendix 10.3 from an earlier report). The appendix, observations, and conclusions are incorporated by reference into this report. Where it was possible to calculate a decay coefficient, the coefficients were in the range of or near the previously reported values by Versar (1986) and Suta (1980). My conclusions were as follows (Hewett, 2010):

"For occupied travel trailers, the estimated age-related formaldehyde decay coefficients for the four manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; Recreation By Design, LLC., and Keystone RV Company - ranged between -0.0503 and -0.3339 (corresponding to half-lives of 2.08 to 13.8 years). These coefficients were similar to published values. Decay coefficients for other manufacturers should be in a similar range.

For unoccupied travel trailers, the estimated age-related formaldehyde decay coefficients for the five manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; Forest River, Inc.; Recreation By Design, LLC., and Keystone RV Company - ranged between -1.2728 and -0.2953 (corresponding to half-lives of 0.54 to 2.35 years). Decay coefficients for other manufacturers should be in a similar range."

In summary, it was possible to quantify the decay coefficients for all five manufacturers for unoccupied travel trailers and for four of the five for occupied units, verifying that formaldehyde levels tend to be lower in older units and quantifying the rate of change. Given that the median age of the occupied units at the time of sampling was between 2 and 2.5 years (and 2.9 to 3.8 years for unoccupied units), levels when the units were first occupied may have been considerably greater than the levels evaluated in this report.

In Table 4, I used the decay coefficients from Table 1 in Hewett (2010) to estimate earlier levels, given a measurement of 0.100 ppm collected in a unit 2.5 years after manufacture. (The median level in Figure 2 is close to 0.100, which I will use as a "typical" median level.) The estimates in the table simply suggest what the median level might have been for a manufacturer's travel trailers when the units were younger. For example, using Gulf Stream Models 1, 2, and 3 we can use the table to determine that levels one year earlier would be expected to around 25% to 40% greater than the level measured. The decrease with age varies with manufacturer and which decay model is used (see Hewett, 2010 for more information on the decay models).

**Table 4:** Estimated formaldehyde levels at earlier travel trailer unit ages, given a measurement of 0.100 ppm collected 2.5 years after manufacture. The earlier concentrations were calculated using the model decay coefficient.

| Age | Level | Estimated Formaldehyde Levels | | | | | | |
|-----|-------|------------|------------|------------|------------|------------|------------|------------|
| | | Gulf Stream Coach, Inc. | | | Fleetwood, Inc. | Recreation By Design, LLC | Keystone RV Company | |
| | | Model 1* | Model 2* | Model 3* | Model 1 | Model 1 | Model 1 | Model 2 |
| | | -0.2228 | -0.2822 | -0.3339 | -0.0503 | -0.2748 | -0.0766 | -0.1545 |
| 0 | | 0.175 | 0.202 | 0.230 | 0.113 | 0.199 | 0.121 | 0.147 |
| 0.5 | | 0.156 | 0.176 | 0.195 | 0.111 | 0.173 | 0.117 | 0.136 |
| 1 | | 0.140 | 0.153 | 0.165 | 0.108 | 0.151 | 0.112 | 0.126 |
| 1.5 | | 0.125 | 0.133 | 0.140 | 0.105 | 0.132 | 0.108 | 0.117 |
| 2 | | 0.112 | 0.115 | 0.118 | 0.103 | 0.115 | 0.104 | 0.108 |
| 2.5 | 0.100 | | | | | | | |

In summary, the decay analysis (Hewett, 2010) shows that there is indeed an age related decay or decline in formaldehyde levels, and provides estimates of the rate of decay. These rates can then be used (Table 4) to estimate the formaldehyde levels at points earlier in the life of a travel trailer, given a specific value or a specific measurement, and the age of the unit at the time of testing. Given the levels calculated in Table 4, it is likely that earlier levels were considerably greater than those evaluated in this report.

An indirect validation of the decay models can be derived from a consideration of the measurements collected by Gulf Stream (see Section 2.2.10) in early 2006 from 11 occupied units, each of which was only a few months old. Although the measurements were collected in April and March, with several of the units having open windows at the time of testing, these measurements had a median of 0.380 ppm (and ranged between 0.100 ppm and 0.620 ppm). While this is a small dataset, it certainly suggests that the model predictions in Table 4 are reasonable and perhaps underestimates of the true levels at earlier unit ages.

**5.3    Formaldehyde Concentration Estimation**

  • Estimate the probable formaldehyde levels for residents, such as the plaintiffs, in unmeasured, unevaluated, and untested THU's in general and in a specific model in particular.

The overall purpose of this report was to characterize the available formaldehyde datasets, compare the data to the ATSDR MRS's and other limits, and draw inferences regarding the probable exposures experienced by the occupants of a manufacturer's THU's in general and occupants of a specific model THU in particular.  It appears that the overwhelming majority of the measurements for both THU's in general and the model in question THU's in particular exceeded all three ATSDR limits for population exposures, as well as the NIOSH full-shift exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public  organization, government agency, or occupational health consultancy; the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's - both overall and for most of the data sources - for the percent of measurements exceeding the ATSDR and NIOSH limits strongly suggest that the majority of formaldehyde levels in unmeasured THU's, similar to the THU's used by the plaintiffs, exceeded the ATSDR limits and the NIOSH limit.

Furthermore, it appears that the mean formaldehyde levels for both a manufacturer's THU's in general and a particular model THU exceeded the three ATSDR limits for population exposures, as well as the NIOSH full-shift and ceiling exposure limit for healthy, adult workers.  This was true, regardless of the source of the data (whether or not the measurements were collected by professionals or occupants, public organizations, government agency, or occupational health consultancy); the type of sample used (both passive and active sampling devices were employed), the temperature or relative humidity; the time of year; whether or not the THU was occupied; and so on.  Both the point estimates and the 99%LCL's - both overall and for most of the data sources - for mean formaldehyde levels strongly suggest that the true mean formaldehyde level for each manufacturer's THU's in general and for a specific model in particular exceeded the ATSDR limits for the general population, as well as the WHO ceiling limit, and the NIOSH full-shift and ceiling limits for healthy, adult workers.

Note that for this assessment the statistics for datasets with large samples sizes should be given more weight than those for datasets where the sample size was small; e.g., 5 and fewer.  My personal view, given the results of the comparison tests (Section 4.3) is that the overall statistics in each statistics table (i.e., the statistics for "total") are the best estimates for the characteristics of the overall population of a manufacturer's travel trailers in general, and the specific model travel trailers in particular.

When considered together - the high percentage of measurements that exceeded the three ATSDR population limits (and other limits) and the mean formaldehyde levels that also exceeded the three ATSDR limits (and other limits), as well as the 99%LCL's for these estimates - there is compelling evidence to support the conclusion that formaldehyde levels in unmeasured, occupied THU's, similar to the THU used by the plaintiffs, exceeded the three ATSDR and NIOSH full-shift limits the majority of the days of occupancy.

As a final point, it is worth noting that the above statements are based on a statistical analysis of the *observed data*.  It does not take into account the very real possibility, presented in Section 5.2 and my earlier Appendix 10.3 (Hewett, 2010), that earlier formaldehyde concentrations tended to be greater than the concentrations evaluated here.

## 5.4    Data Interpretation Issues

Based upon both the figures and statistical tables, my conclusion, as a professional industrial hygienist and data analyst, is that formaldehyde levels in travel trailers provided to FEMA by the manufacturers discussed in this report, routinely or more often than not exceeded all three of the ATSDR MRL's (as well as other limits).  As discussed above, the evidence is compelling.  However, defendant experts and representatives have raised various issues that in their view complicate the interpretation of the data.  Furthermore, they advance justifications for rejecting *all or nearly all* of the datasets, regardless of the source.  As I strongly believe the results of my analysis can be generalized to the population of travel trailers provided to FEMA by each of these manufacturers I will address the major concerns, as well as other issues that have arisen.

5.4.1    Formaldehyde levels in urban air exceed the ATSDR chronic exposure limit of 0.008 ppm.

It has been pointed out that there are studies that indicate that the ATSDR limit chronic exposure limit can be exceeded in an urban environment.  The ATSDR, in their 1999 toxicological profile of formaldehyde (pp.299-

---

300), indicated that according to one major study "the average long term background concentration [in the contiguous United States] for formaldehyde was 0.2 ppb [i.e., 0.0002 ppm]".  Another study of "58 different locations" found that the average concentration was 0.0038 ppm in Houston, TX (an urban area with arguably similar characteristics to southern urban areas, New Orleans for example).  More pertinent to this discussion are data collected by the EPA (2010b) at monitoring sites in Kenner, Louisiana (near New Orleans).  Dozens of 24-hour measurements for formaldehyde were collected in late 2005 and during 2006.  The median was less than 0.005 ppm, with a range 0.0006 ppm to 0.0145 ppm).  *(It should be noted that the in this report the EPA used a "1-year screening level" of 40 µg/m³ for formaldehyde, which is equivalent to the ATSDR intermediate MRL of 0.03 ppm, and consistent with the decision in this report to use the ATSDR chronic MRL for exposures late last longer than one year.)*  In summary, no evidence has been presented that the levels *observed* within FEMA-provided THU's are caused by, or substantially influenced, by urban traffic formaldehyde levels.

5.4.2    Given issues with the datasets, the statistical results cannot be generalized to the population of occupants for each manufacturer.

Robbins (2010) and Mayer (2010), both defense experts, have implied that the datasets from the various sources are so flawed as to be virtually useless for purposes of generalizing to the population of occupants for each manufacturer.  They claim that each data source suffers from one or more flaws, which include self-selection bias, non-random sampling, lack of chain-of-custody documentation for all of measurements, lack of sample submission sheets and laboratory results, and lack of field blanks.  Robbins (2010; p.34) declared that "...data used by Dr. Hewett are not reliable and cannot be used to estimate past formaldehyde exposure for FEMA trailer occupants...".  Mayer went so far as to suggest that the professional consultancies retained by the PSC biased the data.  Excuses were found for rejecting all of the datasets, regardless of the source.  According to Robbins, even the CDC (2007) study, which was based on a stratified, random design, was declared to be not truly random and therefore "not reliable".  Mayer rejected all but the CDC study dataset as being subject to "sampling bias", but criticized the CDC study because the investigators *did not permit cooking or smoking* during the sampling period.

The CDC FEMA (CDC, 2007) dataset, given the study design, would at first glance be considered the best dataset from which to generalize.  The next best would most likely be the Bureau Veritas dataset, given that the same consultancy collected the data used an identical or similar protocol for data collection.  These two datasets are remarkably consistent with each other, and similar to the remaining datasets in terms of central tendency and range.  Inspection of Figures 5 and 8 in each appendix does not reveal any substantial difference between the two CDC FEMA and Bureau Veritas datasets and the other datasets.  Slight differences can be attributed to random chance and environmental conditions, time of year for the majority of the sampling, and age of the units at the time of testing.   (See also Section 4.3 where ANOVA was used to compare the datasets.)

Lack of field notes and other documentation does not necessarily render data unreliable.  Historical exposure data going back decades are routinely used in (a) occupational epidemiology for estimating cumulative exposures and (b) by corporate defense teams in toxic tort lawsuits, despite the usual absence of field notes and other documentation for dated exposure data.  In this particular case, both CDC and Bureau Veritas refused to provide field notes and laboratory forms.  In the case of the consultancies retained by the PSC, the database contents have been checked against the field notes and laboratory result forms.

The overall dataset for each of the manufacturers considered here is also robust to any residual transcription errors in the database.  Given both the sample sizes for each manufacturer as well as the magnitude of the observed concentrations, the statistics - e.g., percentages above the various limits, mean levels, and the associated confidence intervals - are highly unlikely to be substantially affected by any residual transcription errors.  Therefore, it is highly unlikely that *any of my conclusions relative to the ATSDR MRL's would change* should any residual transcription errors be identified and corrected.  In other words, I have to disagree with those that wish to maintain that any transcription error in the database renders invalid any conclusions based upon the whole.

The datasets for each manufacturer collectively (and often individually), based upon a reasonable statistical probability, suggest that past exposures far more likely than not exceeded all three of the ATSDR MRL's (and the NIOSH full-shift limit), and routinely exceeded the other occupational limits.

5.4.3    Occupant lifestyle choices etc. are responsible for the formaldehyde levels.

It has been suggested that lifestyle choices, use of typical consumer goods, cooking, and smoking either are responsible for or contribute substantially to the observed formaldehyde levels.  There are several reasons to suspect the opposite:
- Gulf Stream Coach, Inc. in 2006 collected measurements from *never used, unoccupied travel* trailers. Ten units tested over 0.9 ppm with one reaching 2.69 ppm, despite the fact that Gulf Stream ventilated the units prior to testing. (USHR, 2008)
- The 2007 ATSDR study found levels of up to 3.66 ppm, with a mean of 1.04 ppm, in *unused*, unventilated travel trailers.
- The CDC FEMA and Bureau Veritas data were collected using a protocol that forbid cooking and smoking during the 60 minute sampling period, yet these datasets are similar - in terms of range and central tendency - to the datasets from other sources.  (See Section 4.3.)
- In this report the levels in *unoccupied*, unventilated travel trailers were excessive (see Figures 3 and 4, as well as Figures 3, 4, and 7 and Tables 4-6 and 10-12 in each of the appendices).

In summary, the travel trailer appears to be the major source of the formaldehyde.  Other than supposition, no evidence or data has been advanced to indicate that lifestyle choices, cooking, smoking, and/or the use of typical consumer goods -  such as finger nail polish, cosmetics, dishwashing liquids, fabric softeners, etc. - contribute a *substantial percentage* of the observed formaldehyde levels.

5.4.4    Formaldehyde levels are higher in food stuffs.

It has been suggested that formaldehyde levels (presumably in ppm by weight or volume) in "everyday sources of formaldehyde" such as food stuffs are considerably higher than the ambient levels evaluated here.  This may be true, although the *single values* presented cannot be generalized due to a lack of attribution, context or circumstances, and statistical analysis.  For example, it has been presented that formaldehyde in coffee has been reported as high as 6.97 ppm and 28.2 ppm in catfish.  More to the point, however, such formaldehyde concentrations cannot be compared to the levels evaluated in this report as the *route of entry* is entirely different.

For example, consider acetic acid which is found in vinegar.  The OSHA and ACGIH full-shift occupational limits for inhalation exposure are both 10 ppm.  Therefore, if the route of entry is via the respiratory system risk of adverse health effect is minimized or eliminated by maintaining workplace full-shift concentrations below 10 ppm (see Footnote i).  Simple table vinegar contains 4-8% of acetic acid by volume (Wikipedia).  In terms of ppm by volume this represents 40,000 to 80,000 ppm.  So clearly the route entry for acetic acid is critical.  Inhaling such airborne concentrations would be dangerous if not fatal, given that the Immediately Dangerous to Life and Health level for acetic acid is 50 ppm (source: http://www.cdc.gov/niosh/idlh/64197.html).

The typical levels of formaldehyde encountered in foodstuffs are not an issue as the route of entry is the digestive system.  No evidence has been presented to indicate that the ingestion (e.g., such as drinking coffee or eating catfish) of ppm (by weight or volume) quantities of formaldehyde presents a risk to the respiratory system.  It is clear, however, that if the route of entry is the respiratory system far lower inhalation ppm levels evoke irritant and other responses, as well as increase the risk of chronic health effects (ACGIH, 2001; Keim, 2007).

5.4.5    Studies in conventional homes show higher formaldehyde levels than those observed in travel trailers.

The figure below is from Robbins (2010) which summarized twenty-one studies of formaldehyde in "conventional [i.e., stick-built] homes".  The markers indicate the mean of the levels observed in each study.  These means are considerably less than the mean levels for the occupied travel trailers evaluated in this report.  (For the mean levels see Table 3 in each appendix.)  The travel trailer means varied by manufacturer, but for occupied units ranged between from over 0.100 ppm to 0.195 ppm.  And as discussed in Section 5.2, the observed levels evaluated in this report are most likely underestimates of the levels experienced by occupants in newer travel trailers.  In summary, the mean levels in the travel trailers were considerably greater than the mean levels reported in the twenty-one studies summarized by Robbins, most of which had means less than 0.02 ppm.

Robbins did not include the Lemus *et al*. (1998) study of formaldehyde levels in conventional homes in southern

Louisiana in her Figure 2.  Instead, the Lemus *et al.* study was introduced separately and used to suggest that the mean travel trailer levels were less than "what would likely have been experienced in a site built home in southern Louisiana".  Lemus *et al.* reported a mean formaldehyde level of 0.25 ppm and 0.41 ppm for rural and urban homes.  My understanding is that this study was the product of a master thesis.  Apart from the fact that the mean levels reported are clearly inconsistent with the twenty-one other studies in Robbins' Figure 2, there are several reasons for questioning the Lemus *et al.* results.  The paper suggests that the chemical analyses were not performed by an AIHA accredited laboratory, but most likely at the university by the investigators.  Furthermore, the investigators reported that contrary to expectations, they did not observe a relationship between formaldehyde level and the age of the house, temperature, or relative humidity.  They also observed that fall levels were greater than summer levels and that winter levels exceeded spring levels.  The reason for the differences between this study and those in the figure below may be a function of how the study was performed and the samples analyzed.  Regardless of the reason, the Lemus *et al.* study appears to be an outlier compared to the other studies cited by Robbins and should be discarded.



Figure 2 from Robbins (2010) showing the mean level of formaldehyde reported in a range of studies of "conventional homes".

**6      Summary**

*Was the plaintiff exposed to formaldehyde?*

The statistical analysis of the data for each manufacturer paints a clear and compelling picture that residents of the units provided by these manufacturers were exposed to formaldehyde.

*Was the exposure frequent?*

The data analyzed here do not speak to the actual amount of time that each plaintiff spent in the assigned unit. However, since the unit was the plaintiff's place of residence for an extended period frequent exposures can be assumed.

*Were the levels experienced by the plaintiffs likely to have been greater than the ATSDR MRL's (as well as the WHO limit and NIOSH and ACGIH occupational exposure limits)?*

My opinions below are based upon a reasonable statistical probability.

The statistical analysis of the data for each manufacture paints a clear and compelling picture that formaldehyde levels in units similar to that provided to the plaintiff more likely than not exceeded all three of the ATSDR MRL's, the NIOSH full-shift occupational exposure limit, and frequently exceeded the WHO limit and the NIOSH and ACGIH ceiling limits.

For all manufacturers, 84.5% to 100% of the overall measurements from both occupied and unoccupied "travel trailers" exceeded all three of the ATSDR MRL's for chronic, intermediate, and acute exposures (0.008 ppm, 0.03 ppm, and 0.04 ppm), as well as the NIOSH full-shift limit of 0.016 ppm.

For the selected models from all manufacturers, 82.8% to 100% of the overall measurements from both occupied and unoccupied "travel trailers" exceeded all three of the ATSDR MRL's for chronic, intermediate, and acute exposures (0.008 ppm, 0.03 ppm, and 0.04 ppm), as well as the NIOSH full-shift limit of 0.016 ppm.

For all manufacturers, the overall mean or average levels of formaldehyde from both the occupied and unoccupied "travel trailers" exceeded all three of the ATSDR MRL's for chronic, intermediate, and acute exposures (0.008 ppm, 0.03 ppm, and 0.04 ppm), as well as the NIOSH full-shift limit of 0.016 ppm and ceiling limit of 0.1 ppm.

For the selected model from each manufacturer, the overall mean or average levels of formaldehyde from both the occupied and unoccupied "travel trailers" exceeded all three of the ATSDR MRL's for chronic, intermediate, and acute exposures (0.008 ppm, 0.03 ppm, and 0.04 ppm), as well as the NIOSH full-shift limit of 0.016 ppm and ceiling limit of 0.1 ppm.

There is an age-related decline in formaldehyde levels for travel trailers. Given the typical ages of the units analyzed in this report, it is highly likely that the levels analyzed in this report represent underestimates of the levels in occupied units at earlier points of occupancy.

# 7 References

ACGIH (American Conference of Governmental Industrial Hygienists) (2000): 2000 TLVs and BEIs - Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. ACGIH, Cincinnati, Ohio.

ACGIH (American Conference of Governmental Industrial Hygienists) (2001): Formaldehyde [TLV documentation].

ACGIH (American Conference of Governmental Industrial Hygienists) (2009): 2009 TLVs and BEIs - Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. ACGIH, Cincinnati, Ohio.

Aitchison, J. and Brown, J.A.C. (1957): *The Lognormal Distribution with special reference to its uses in economics*. Cambridge University Press.

Armstrong, T.W., Boelter, F.W., and Rasmuson, J.O. (2009): Exposure Reconstruction. Chapter 17 in *Mathematical Models for Estimating Occupational Exposure to Chemicals*. American Industrial Hygiene Association.

ASDTR (1999): Toxicological Profile for Formaldehyde. Agency for Toxic Substances and Disease Registry.

ATSDR (2001): Medical Management Guidelines for Formaldehyde.  ATSDR Managing Hazardous Materials Incidents (MHMIs) (http://www.atsdr.cdc.gov/MHMI/index.html).

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

Bullock, W.H. and Ignacio, J.S.: (editors) (2006): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association.

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

DHS (Department of Homeland Security) (2009): FEMA Response to Formaldehyde in Trailers (Redacted). DHS Office of the Inspector General report OIG-09-83 (June).

EPA (Environmental Protection Agency) (1992): Guidelines for Exposure Assessment. EPA, Washington, DC; EPA/600/Z-92/001.

EPA (2010): http://oaspub.epa.gov/kat_aqsweb/katrina_aqs.web_page?p_facility_key=57.

Esmen, N.A. and Hammad, Y.Y. (1977): Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41.

DeRosa, C.T. (2009): Transcript of the Testimony of Videotaped Deposition of Christopher T. DeRosa M.S., Ph.D. Date taken: July 6, 2009 In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Falk, E.K. (2009): A Short Explanation of Retrospective Exposure Assessment and its Use in Toxic Tort Litigation. Toxic Torts and Environmental Law Committee Newsletter (Winter, 2009).

FJC (Federal Judicial Center) (2000): Reference Manual on Scientific Evidence. Federal Judicial Center; www.fjc.gov.

Gibbons, R.D. and Coleman, D.E.: *Statistical Methods for Detection and Quantification of Environmental Contamination*. John Wiley & Sons Inc, New York (2001).

Gilbert, R.O. (1987): *Statistical Methods for Environmental Pollution Monitoring*. Van Nostrand Reinhold, New York.

Hewett, P. (1997): Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355.

Hewett, P. (2001): Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. Alaimo, R.J. (editor), American Chemical Society; Oxford University Press.  (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Hewett, P. (2008): Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study. Exposure Assessment Solutions, Inc. Technical Report.

Hewett, P. (2009): Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset. Exposure Assessment Solutions, Inc. Technical Report (dated May 18, 2009, revised July 2, 2009).

Hewett, P. (2010): Appendix 10.3 Decay-curve Analysis of the Formaldehyde Dataset. in Analysis of the Gulf Stream Coach, Inc. Formaldehyde Dataset, dated May 3, 2010.

Hewett, P. and Ganser, G.H. (2007): A Comparison of Several Methods for Analyzing Censored Data. *Annals of Occupational Hygiene 51:611*-632.

Hodgson, A.T., Rudd, A.F., Beal, D, and Chandra, S. (2000): Volatile Organic Compound Concentrations and Emission Rates in New Manufactured and Site-Built Homes. *Indoor Air* 10:178-192.

HUD (Housing and Urban Development) (1984): Manufactured Home Construction And Safety Standards, Federal Register 49:31996-32013.

Keim, M. (2007): letter to FEMA Office of Chief Counsel.

Land, C.E. (1975): Tables of Confidence Limits for Linear Functions of the Normal Mean and Variance.  in *Selected Tables in Mathematical Statistics*, Volume III; Harter, H.  and Owen, D.  editors, pp.385-419.

Leidel, N.A., Busch, K.A., Lynch, J.R. (1977): *Occupational Exposure Sampling Strategy Manual*. National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website).

Lemus, R., A. Abdelghani, T. Akers, and W. Horner (1998): Potential Health Risk from Exposure to Indoor Formaldehyde. *Reviews on Environmental Health* 13:91-98.

Mayer, L.S. (2010): Comments on "Analysis of the Gulf Stream Coach, Inc. Formaldehyde Dataset" by Paul Hewett, PhD, CIH".

Nielsen, G.D., Hansen, L.F., and Wolkoff, P. (1997): Chemical and Biological Evaluation of Building Material Emissions. II. Approaches to Setting Indoor Air Standards or Guidelines for Chemicals. *Indoor Air* 7:17-32.

NIOSH (National Institute for Occupational Safety and Health): NIOSH Pocket Guide to Chemical Hazards. DHHS (NIOSH) Publication No. 97-140 (2004).

Paustenbach, D.J.: Occupational Exposure Limits, Pharmacokinetics, and Unusual Work Schedules. in *Patty's Industrial Hygiene and Toxicology, Third Edition, Volume 3, Part A*; Harris, R.L., Cralley, L.J., and Cralley, L.V., editors; John Wiley & Sons, Inc. (1994).

Paustenbach, D.  and Langner, R.: Corporate Occupational Exposure Limits: the current state of affairs.  *American Industrial Hygiene Association Journal* 47:809-818 (1986).

Robbins, C.A. (2010): Veritox Report 20398 - Lewis v. Gulf Stream Coach, Inc. et al.

Suta, B.E. (1980): Population Exposures to Atmospheric Formaldehyde Inside Residences. SRI International, Menlo Park, CA (prepared for the U.S. Environmental Protection Agency, Office of Research and Development).

USHR (2008): Trailer Manufacturers and Elevated Formaldehyde Levels, (U.S. House of Representatives Committee on Oversight and Government Reform.

Watson, T. (2009): cover letter and appendix 3 re. "Formaldehyde Air Sampling - Wright Temporary Housing Unit".

White, E., Armstrong, B.K., and Saracci, R. (2008): Principles of Exposure Measurement in Epidemiology. Oxford University Press.

Versar (1986): Formaldehyde Exposure Model - Description and Demonstration. Versar Inc., Springfield, VA (prepared for the U.S. Environmental Protection Agency, Exposure Evaluation Division, Office of Toxic Substances).

Viet, S.M, Stenzel, M.R., Rennix, C.P., and Armstrong, T.W. (2008): Guideline on Occupational Exposure Reconstruction. American Industrial Hygiene Association, Fairfax, VA.

**8       Appendices**

**8.1     Forest River, Inc.**

**Table 1:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 95 | <0.002 | 0.890 | 0.110 | 0.152 | 0.157 | 0.102 | 2.669 |
| DeVany Industrial Consul | 6 | 0.052 | 0.880 | 0.075 | 0.215 | 0.328 | 0.114 | 2.916 |
| FEMA CDC | 35 | 0.017 | 0.510 | 0.068 | 0.116 | 0.108 | 0.081 | 2.373 |
| Occupant | 30 | 0.006 | 1.000 | 0.109 | 0.211 | 0.227 | 0.123 | 3.115 |
| Sierra Club | 5 | 0.140 | 0.180 | 0.150 | 0.160 | 0.019 | 0.159 | 1.123 |
| TES | 61 | 0.005 | 0.910 | 0.071 | 0.097 | 0.140 | 0.067 | 2.156 |
| Texas Parks & Wildlife D | 4 | 0.092 | 0.432 | 0.136 | 0.199 | 0.158 | 0.163 | 1.986 |
| W. D. Scott Group | 42 | 0.021 | 0.870 | 0.096 | 0.153 | 0.173 | 0.099 | 2.474 |
| Total | 278 | <0.002 | 1.000 | 0.090 | 0.144 | 0.165 | 0.093 | 2.551 |

**Table 2:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc, "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population Minimum Risk Levels | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 95 | 98.9 | 96.8 | 90.5 | 85.3 | 51.6 | 8.4 |
| DeVany Industrial Consul | 6 | 100.0 | 100.0 | 100.0 | 100.0 | 33.3 | 16.7 |
| FEMA CDC | 35 | 100.0 | 100.0 | 85.7 | 80.0 | 40.0 | 5.7 |
| Occupant | 30 | 96.7 | 96.7 | 93.3 | 80.0 | 50.0 | 20.0 |
| Sierra Club | 5 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 61 | 98.4 | 96.7 | 91.8 | 85.2 | 11.5 | 3.3 |
| Texas Parks & Wildlife D | 4 | 100.0 | 100.0 | 100.0 | 100.0 | 75.0 | 25.0 |
| W. D. Scott Group | 42 | 100.0 | 100.0 | 95.2 | 83.3 | 42.9 | 14.3 |
| Total | 278 | 98.9 (96.0, 99.8)[6] | 91.7 (86.8, 95.0) | 84.5 (78.6, 89.1) | 97.8 (94.5, 99.2) | 40.6 | 9.4 |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7 - Occupational ceiling limits are intended to limit exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 3:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc, "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 95 | 0.152 | 0.114 | 0.191 | 0.164 | 0.127 | 0.229 |
| DeVany Industrial Consul | 6 | 0.215 | -0.235 | 0.665 | 0.179 | 0.071 | 24.604 |
| FEMA CDC | 35 | 0.116 | 0.071 | 0.160 | 0.116 | 0.082 | 0.195 |
| Occupant | 30 | 0.211 | 0.109 | 0.313 | 0.226 | 0.138 | 0.550 |
| Sierra Club | 5 | 0.160 | 0.129 | 0.191 | 0.160 | 0.135 | 0.199 |
| TES | 61 | 0.097 | 0.054 | 0.139 | 0.090 | 0.071 | 0.122 |
| Texas Parks & Wildlife D | 4 | 0.199 | -0.160 | 0.557 | 0.194 | 0.082 | 82.686 |
| W. D. Scott Group | 42 | 0.153 | 0.089 | 0.218 | 0.147 | 0.106 | 0.242 |
| Total | 278 | 0.144 | 0.121 | 0.167 | 0.144 | 0.125 | 0.172 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 4:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 28 | 0.065 | 1.600 | 0.250 | 0.435 | 0.420 | 0.298 | 2.395 |
| DeVany Industrial Consul | 477 | 0.012 | 3.400 | 0.740 | 0.837 | 0.546 | 0.646 | 2.289 |
| W. D. Scott Group | 146 | 0.008 | 0.930 | 0.110 | 0.168 | 0.161 | 0.112 | 2.583 |
| Total | 651 | 0.008 | 3.400 | 0.580 | 0.670 | 0.558 | 0.421 | 3.087 |

**Table 5:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc, "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling | Ceiling |
| SOURCE | N | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 28 | 100.0 | 100.0 | 100.0 | 100.0 | 92.9 | 42.9 |
| DeVany Industrial Consul | 477 | 100.0 | 99.6 | 99.2 | 99.0 | 96.4 | 84.5 |
| W. D. Scott Group | 146 | 99.3 | 97.9 | 91.1 | 84.9 | 52.7 | 17.1 |
| Total | 651 | 99.8 | 97.4 | 95.9 | 99.2 | 86.5 | 67.6 |
| | | (98.8, 100.0)[6] | (95.4, 98.6) | (93.5, 97.4) | (97.8, 99.8) | (83.0, 89.4) | (63.1, 71.8) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 6:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc, "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 28 | 0.435 | 0.238 | 0.631 | 0.428 | 0.292 | 0.796 |
| DeVany Industrial Consul | 477 | 0.837 | 0.779 | 0.896 | 0.909 | 0.824 | 1.014 |
| W. D. Scott Group | 146 | 0.168 | 0.137 | 0.199 | 0.174 | 0.143 | 0.224 |
| Total | 651 | 0.670 | 0.619 | 0.721 | 0.794 | 0.700 | 0.915 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

**Table 7:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc, "Wildwood" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 32 | <0.002 | 0.890 | 0.093 | 0.139 | 0.194 | 0.078 | 3.283 |
| DeVany Industrial Consul | 2 | 0.085 | 0.150 | 0.118 | 0.118 | 0.046 | 0.113 | 1.494 |
| FEMA CDC | 16 | 0.029 | 0.510 | 0.085 | 0.123 | 0.120 | 0.090 | 2.142 |
| Occupant | 9 | 0.038 | 0.640 | 0.096 | 0.228 | 0.244 | 0.142 | 2.725 |
| Sierra Club | 3 | 0.150 | 0.180 | 0.150 | 0.160 | 0.017 | 0.159 | 1.111 |
| TES | 11 | 0.016 | 0.089 | 0.074 | 0.065 | 0.025 | 0.057 | 1.862 |
| Texas Parks & Wildlife D | 1 | 0.092 | 0.092 | 0.092 | 0.092 | | 0.092 | |
| W. D. Scott Group | 19 | 0.021 | 0.450 | 0.066 | 0.137 | 0.139 | 0.088 | 2.553 |
| Total | 93 | <0.002 | 0.890 | 0.084 | 0.135 | 0.160 | 0.086 | 2.632 |

**Table 8:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc, "Wildwood" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 32 | 96.9 | 93.8 | 90.6 | 78.1 | 34.4 | 6.3 |
| DeVany Industrial Consul | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 0.0 |
| FEMA CDC | 16 | 100.0 | 100.0 | 93.8 | 87.5 | 37.5 | 6.3 |
| Occupant | 9 | 100.0 | 100.0 | 100.0 | 88.9 | 44.4 | 22.2 |
| Sierra Club | 3 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 11 | 100.0 | 90.9 | 81.8 | 81.8 | 0.0 | 0.0 |
| Texas Parks & Wildlife D | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 0.0 |
| W. D. Scott Group | 19 | 100.0 | 100.0 | 94.7 | 78.9 | 36.8 | 15.8 |
| Total | 93 | 98.9 (93.1, 100.0)[6] | 92.5 (83.6, 97.5) | 82.8 (71.8, 90.9) | 96.8 (89.6, 99.5) | 34.4 | 8.6 |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7 - Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 9:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Forest River, Inc., "Wildwood" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 32 | 0.139 | 0.055 | 0.223 | 0.152 | 0.091 | 0.379 |
| DeVany Industrial Consul | 2 | 0.118 | -0.917 | 1.152 | 0.118 | | |
| FEMA CDC | 16 | 0.123 | 0.045 | 0.201 | 0.118 | 0.077 | 0.257 |
| Occupant | 9 | 0.228 | -0.008 | 0.463 | 0.218 | 0.105 | 2.071 |
| Sierra Club | 3 | 0.160 | 0.090 | 0.230 | 0.160 | | |
| TES | 11 | 0.065 | 0.044 | 0.086 | 0.068 | 0.044 | 0.153 |
| Texas Parks & Wildlife D | 1 | 0.092 | 0.092 | 0.092 | | | |
| W. D. Scott Group | 19 | 0.137 | 0.055 | 0.218 | 0.133 | 0.081 | 0.337 |
| Total | 93 | 0.135 | 0.096 | 0.174 | 0.137 | 0.107 | 0.191 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

Table 10: Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc., "Wildwood" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 15 | 0.110 | 1.600 | 0.510 | 0.616 | 0.503 | 0.429 | 2.530 |
| DeVany Industrial Consul | 157 | 0.012 | 2.800 | 0.700 | 0.816 | 0.524 | 0.658 | 2.115 |
| W. D. Scott Group | 72 | 0.018 | 0.930 | 0.130 | 0.197 | 0.192 | 0.126 | 2.672 |
| Total | 244 | 0.012 | 2.800 | 0.510 | 0.621 | 0.529 | 0.394 | 3.053 |

Table 11: Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc., "Wildwood" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[5] |
| SOURCE | N | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 15 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 60.0 |
| DeVany Industrial Consul | 157 | 100.0 | 98.7 | 98.7 | 98.7 | 98.7 | 88.5 |
| W. D. Scott Group | 72 | 100.0 | 100.0 | 90.3 | 84.7 | 58.3 | 23.6 |
| Total | 244 | 100.0 | 96.3 | 94.7 | 99.2 | 86.9 | 67.6 |
| | | (98.1, 100.0)[6] | (92.4, 98.6) | (90.3, 97.5) | (96.6, 99.9) | (81.0, 91.5) | (60.2, 74.5) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL.
7- Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

Table 12: Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Forest River, Inc., "Wildwood" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 15 | 0.616 | 0.275 | 0.957 | 0.636 | 0.371 | 1.962 |
| DeVany Industrial Consul | 157 | 0.816 | 0.718 | 0.914 | 0.870 | 0.751 | 1.035 |
| W. D. Scott Group | 72 | 0.197 | 0.143 | 0.250 | 0.203 | 0.152 | 0.302 |
| Total | 244 | 0.621 | 0.542 | 0.700 | 0.732 | 0.602 | 0.928 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

**Table 13:** Temperature statistics for occupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 95 | 56.0 | 93.0 | 77.0 |
| DeVany Industrial Consul | 1 | 86.4 | 86.4 | 86.4 |
| FEMA CDC | 33 | 41.0 | 81.3 | 70.0 |
| Occupant | 14 | 75.0 | 96.0 | 83.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 42 | 66.7 | 94.1 | 83.1 |
| Total | 185 | 41.0 | 96.0 | 78.0 |

**Table 14:** Relative Humidity (in %) statistics for occupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 95 | 34.0 | 79.0 | 52.2 |
| DeVany Industrial Consul | 1 | 63.0 | 63.0 | 63.0 |
| FEMA CDC | 33 | 23.0 | 88.0 | 56.0 |
| Occupant | 15 | 41.0 | 95.0 | 80.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 42 | 23.1 | 71.0 | 42.2 |
| Total | 186 | 23.0 | 95.0 | 52.0 |

**Table 15:** Temperature statistics for unoccupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 28 | 44.1 | 85.5 | 77.0 |
| DeVany Industrial Consul | 448 | 64.2 | 111.9 | 86.7 |
| W. D. Scott Group | 146 | 55.9 | 97.5 | 72.7 |
| Total | 622 | 44.1 | 111.9 | 83.8 |

**Table 16:** Relative Humidity (in %) statistics for unoccupied Forest River, Inc, "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 21 | 42.0 | 67.0 | 56.0 |
| DeVany Industrial Consul | 447 | 29.0 | 89.0 | 56.0 |
| W. D. Scott Group | 146 | 21.5 | 75.6 | 49.3 |
| Total | 614 | 21.5 | 89.0 | 55.0 |

**Table 17:** Unit ages (years; at the time of sampling) for occupied Forest River, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 88 | 0.6 | 4.2 | 2.6 |
| DeVany Industrial Consul | 6 | 2.0 | 4.2 | 2.4 |
| FEMA CDC | 0 | | | |
| Occupant | 7 | 1.8 | 2.4 | 2.0 |
| Sierra Club | 3 | 0.8 | 0.8 | 0.8 |
| TES | 55 | 0.1 | 3.3 | 2.2 |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 41 | 1.9 | 3.9 | 2.9 |
| Total | 200 | 0.1 | 4.2 | 2.6 |

**Table 18:** Unit ages (years; at the time of sampling) for unoccupied Forest River, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 27 | 2.8 | 5.2 | 4.0 |
| DeVany Industrial Consul | 463 | 2.6 | 5.2 | 2.9 |
| W. D. Scott Group | 141 | 3.0 | 6.4 | 4.1 |
| Total | 631 | 2.6 | 6.4 | 2.9 |



**Figure 1**: Symmetric dot-density plot for the Forest River, Inc. "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=278) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 2**: Symmetric dot-density plot for the Forest River, Inc. "Wildwood" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=93) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)

Exposure Assessment Solutions, Inc.



**Figure 3**: Symmetric dot-density plot for the Forest River, Inc. "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=651) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 4**: Symmetric dot-density plot for the Forest River, Inc. "Wildwood" model dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=244) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 5**: Symmetric dot-density plot for the Forest River, Inc. "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=278).



**Figure 6**: Symmetric dot-density plot of the Forest River, Inc. occupied "travel trailer" dataset by model (n=278).



**Figure 7**: Symmetric dot-density plot for the Forest River, Inc. "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=651).



**Figure 8**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source. Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 9**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each Forest River, Inc. model. Non-overlapping error bars suggests that the datasets for the two models are significantly different.

**8.2    Gulf Stream Coach, Inc.**

Table 1: Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 9 | 0.027 | 0.260 | 0.111 | 0.126 | 0.076 | 0.103 | 2.065 |
| Bureau Veritas | 445 | 0.001 | 1.100 | 0.100 | 0.148 | 0.160 | 0.096 | 2.637 |
| DeVany Industrial Consul | 8 | 0.009 | 0.450 | 0.076 | 0.137 | 0.152 | 0.074 | 3.599 |
| FEMA CDC | 123 | 0.003 | 0.590 | 0.110 | 0.143 | 0.108 | 0.104 | 2.500 |
| Gulf Stream Coach Inc. | 11 | 0.100 | 0.620 | 0.380 | 0.368 | 0.193 | 0.314 | 1.879 |
| Occupant | 242 | 0.002 | 2.500 | 0.131 | 0.235 | 0.304 | 0.132 | 3.164 |
| Sierra Club | 14 | 0.080 | 0.360 | 0.175 | 0.184 | 0.072 | 0.171 | 1.483 |
| TES | 134 | <0.001 | 0.550 | 0.085 | 0.118 | 0.097 | 0.083 | 2.830 |
| Texas Parks & Wildlife D | 1 | 0.247 | 0.247 | 0.247 | 0.247 | | 0.247 | |
| W. D. Scott Group | 246 | 0.006 | 1.500 | 0.120 | 0.168 | 0.178 | 0.117 | 2.301 |
| Total | 1233 | <0.001 | 2.500 | 0.110 | 0.167 | 0.195 | 0.107 | 2.705 |
| Total (w/o Gulf Stream Coach, Inc.) | 1222 | <0.001 | 2.500 | 0.110 | 0.165 | 0.194 | 0.106 | 2.698 |

Exposure Assessment Solutions, Inc.

**Table 2:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[4] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
|---|---|---|---|---|---|---|---|
| Boston Chemical Data | 9 | 100.0 | 100.0 | 88.9 | 88.9 | 66.7 | 0.0 |
| Bureau Veritas | 445 | 99.1 | 97.1 | 89.0 | 82.2 | 48.5 | 9.9 |
| DeVany Industrial Consul | 8 | 100.0 | 87.5 | 87.5 | 75.0 | 50.0 | 12.5 |
| FEMA CDC | 123 | 97.6 | 95.9 | 90.2 | 88.6 | 53.7 | 8.1 |
| Gulf Stream Coach Inc. | 11 | 100.0 | 100.0 | 100.0 | 100.0 | 90.9 | 63.6 |
| Occupant | 242 | 96.7 | 95.0 | 94.2 | 88.0 | 60.7 | 19.8 |
| Sierra Club | 14 | 100.0 | 100.0 | 100.0 | 100.0 | 85.7 | 7.1 |
| TES | 134 | 97.8 | 97.8 | 91.8 | 86.6 | 36.6 | 6.7 |
| Texas Parks & Wildlife D | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| W. D. Scott Group | 246 | 99.6 | 99.2 | 93.9 | 90.7 | 56.9 | 12.6 |
| Total | 1233 | 98.5 (97.4, 99.1)[6] | 91.6 (89.6, 93.3) | 86.5 (84.1, 88.7) | 97.1 (95.7, 98.0) | 52.8 (49.4, 56.1) | 12.2 |
| Total (w/o Gulf Stream Coach, Inc.) | 1222 | 98.4 (97.3, 99.1)[6] | 91.6 (89.5, 93.3) | 86.4 (83.9, 88.6) | 97.1 (95.7, 98.0) | 52.5 (49.1, 55.8) | 11.8 |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7 - Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 3:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 9 | 0.126 | 0.053 | 0.199 | 0.129 | 0.075 | 0.469 |
| Bureau Veritas | 445 | 0.148 | 0.130 | 0.165 | 0.153 | 0.136 | 0.177 |
| DeVany Industrial Consul | 8 | 0.137 | -0.025 | 0.298 | 0.144 | 0.055 | 9.529 |
| FEMA CDC | 123 | 0.143 | 0.120 | 0.166 | 0.158 | 0.128 | 0.205 |
| Gulf Stream Coach Inc. | 11 | 0.368 | 0.208 | 0.529 | 0.375 | 0.243 | 0.857 |
| Occupant | 242 | 0.235 | 0.189 | 0.280 | 0.256 | 0.209 | 0.329 |
| Sierra Club | 14 | 0.184 | 0.132 | 0.235 | 0.184 | 0.143 | 0.260 |
| TES | 134 | 0.118 | 0.098 | 0.137 | 0.142 | 0.112 | 0.191 |
| Texas Parks & Wildlife D | 1 | 0.247 | | | ** | ** | ** |
| W. D. Scott Group | 246 | 0.168 | 0.141 | 0.194 | 0.166 | 0.145 | 0.194 |
| Total | 1233 | 0.167 | 0.154 | 0.180 | 0.176 | 0.163 | 0.192 |
| Total (w/o Gulf Stream Coach, Inc.) | 1222 | 0.165 | 0.152 | 0.178 | 0.174 | 0.161 | 0.190 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 4:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 89 | 0.024 | 1.300 | 0.280 | 0.380 | 0.303 | 0.262 | 2.579 |
| DeVany Industrial Consul | 395 | 0.010 | 3.200 | 0.920 | 0.977 | 0.615 | 0.719 | 2.579 |
| W. D. Scott Group | 395 | 0.003 | 0.930 | 0.130 | 0.170 | 0.161 | 0.109 | 2.877 |
| Total | 879 | 0.003 | 3.200 | 0.280 | 0.554 | 0.583 | 0.278 | 3.817 |

**Table 5:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | ACGIH TLV[5] | |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | |
| SOURCE | N | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 89 | 100.0 | 100.0 | 98.9 | 95.5 | 83.1 | 48.3 |
| DeVany Industrial Consul | 395 | 100.0 | 99.7 | 99.5 | 98.7 | 94.4 | 84.3 |
| W. D. Scott Group | 395 | 97.0 | 93.7 | 87.6 | 85.3 | 59.2 | 12.7 |
| Total | 879 | 98.6 (97.3, 99.3)[6] | 94.1 (91.9, 95.7) | 92.4 (90.0, 94.3) | 97.0 (95.3, 98.2) | 77.5 (74.0, 80.6) | 48.5 |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 6:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 89 | 0.380 | 0.304 | 0.457 | 0.407 | 0.3 | 0.6 |
| DeVany Industrial Consul | 395 | 0.977 | 0.904 | 1.049 | 1.125 | 1.0 | 1.3 |
| W. D. Scott Group | 395 | 0.170 | 0.151 | 0.188 | 0.190 | 0.2 | 0.2 |
| Total | 879 | 0.554 | 0.508 | 0.599 | 0.681 | 0.593 | 0.797 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 99% LCL and 99% UCL and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 7:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "Cavalier" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 9 | 0.027 | 0.260 | 0.111 | 0.126 | 0.076 | 0.103 | 2.065 |
| Bureau Veritas | 363 | 0.001 | 1.100 | 0.110 | 0.153 | 0.161 | 0.102 | 2.547 |
| DeVany Industrial Consul | 8 | 0.009 | 0.450 | 0.076 | 0.137 | 0.152 | 0.074 | 3.599 |
| Occupant | 220 | 0.002 | 2.500 | 0.133 | 0.231 | 0.298 | 0.131 | 3.185 |
| Sierra Club | 14 | 0.080 | 0.360 | 0.175 | 0.184 | 0.072 | 0.171 | 1.483 |
| TES | 122 | <0.001 | 0.550 | 0.085 | 0.119 | 0.098 | 0.083 | 2.923 |
| W. D. Scott Group | 240 | 0.006 | 1.500 | 0.120 | 0.168 | 0.180 | 0.117 | 2.317 |
| Total | 976 | <0.001 | 2.500 | 0.110 | 0.170 | 0.201 | 0.109 | 2.697 |

**Table 8:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "Cavalier" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 9 | 100.0 | 100.0 | 88.9 | 88.9 | 66.7 | 0.0 |
| Bureau Veritas | 363 | 99.4 | 97.5 | 89.8 | 84.0 | 51.0 | 10.2 |
| DeVany Industrial Consul | 8 | 100.0 | 87.5 | 87.5 | 75.0 | 50.0 | 12.5 |
| Occupant | 220 | 96.4 | 94.5 | 94.1 | 87.7 | 61.8 | 18.6 |
| Sierra Club | 14 | 100.0 | 100.0 | 100.0 | 100.0 | 85.7 | 7.1 |
| TES | 122 | 97.5 | 97.5 | 91.0 | 86.1 | 36.1 | 7.4 |
| W. D. Scott Group | 240 | 99.6 | 99.2 | 93.8 | 90.4 | 56.7 | 12.9 |
| Total | 976 | 98.6 | 92.0 | 86.9 | 97.2 | 53.6 | 12.3 |
| | | (97.3, 99.3)[6] | (89.7, 93.8) | (84.1, 89.2) | (95.7, 98.3) | (49.8, 57.3) | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

Exposure Assessment Solutions, Inc.

**Table 9:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Gulf Stream Coach, Inc. "Cavalier" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 9 | 0.126 | 0.053 | 0.199 | 0.129 | 0.075 | 0.469 |
| Bureau Veritas | 363 | 0.153 | 0.133 | 0.173 | 0.158 | 0.139 | 0.183 |
| DeVany Industrial Consul | 8 | 0.137 | -0.025 | 0.298 | 0.144 | 0.055 | 9.529 |
| Occupant | 220 | 0.231 | 0.183 | 0.278 | 0.255 | 0.206 | 0.332 |
| Sierra Club | 14 | 0.184 | 0.132 | 0.235 | 0.184 | 0.143 | 0.260 |
| TES | 122 | 0.119 | 0.098 | 0.140 | 0.146 | 0.113 | 0.203 |
| W. D. Scott Group | 240 | 0.168 | 0.141 | 0.196 | 0.167 | 0.145 | 0.196 |
| Total | 976 | 0.170 | 0.155 | 0.185 | 0.179 | 0.164 | 0.197 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

51

**Table 10:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "Cavalier" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 85 | 0.024 | 1.300 | 0.290 | 0.388 | 0.305 | 0.271 | 2.513 |
| DeVany Industrial Consul | 303 | 0.010 | 3.200 | 1.000 | 1.079 | 0.592 | 0.853 | 2.325 |
| W. D. Scott Group | 395 | 0.003 | 0.930 | 0.130 | 0.170 | 0.161 | 0.109 | 2.877 |
| Total | 783 | 0.003 | 3.200 | 0.260 | 0.545 | 0.586 | 0.267 | 3.906 |

**Table 11:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "Cavalier" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 85 | 100.0 | 100.0 | 98.8 | 96.5 | 84.7 | 49.4 |
| DeVany Industrial Consul | 303 | 100.0 | 99.7 | 99.7 | 98.7 | 96.7 | 89.4 |
| W. D. Scott Group | 395 | 97.0 | 93.7 | 87.6 | 85.3 | 59.2 | 12.7 |
| Total | 783 | 98.5 (97.0, 99.2)[6] | 93.5 (91.0, 95.3) | 91.7 (89.0, 93.8) | 96.7 (94.8, 97.9) | 76.5 (72.7, 79.9) | 46.4 |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL.
7 - Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 12:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Gulf Stream Coach, Inc. "Cavalier" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 85 | 0.388 | 0.309 | 0.466 | 0.412 | 0.322 | 0.571 |
| DeVany Industrial Consul | 303 | 1.079 | 1.000 | 1.159 | 1.216 | 1.074 | 1.403 |
| W. D. Scott Group | 395 | 0.170 | 0.151 | 0.188 | 0.190 | 0.165 | 0.225 |
| Total | 783 | 0.545 | 0.497 | 0.594 | 0.674 | 0.581 | 0.800 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 13:** Temperature statistics for occupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 9 | 53.5 | 69.1 | 63.4 |
| Bureau Veritas | 440 | 32.0 | 99.0 | 78.0 |
| DeVany Industrial Consul | 1 | 90.0 | 90.0 | 90.0 |
| FEMA CDC | 120 | 53.0 | 91.0 | 72.0 |
| Gulf Stream Coach Inc. | 10 | 75.0 | 86.5 | 80.3 |
| Occupant | 124 | 52.0 | 99.0 | 85.5 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 246 | 52.1 | 95.3 | 82.2 |
| Total | 950 | 32.0 | 99.0 | 79.0 |

**Table 14:** Relative Humidity (in %) statistics for occupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 9 | 41.0 | 51.0 | 48.0 |
| Bureau Veritas | 439 | 10.0 | 99.0 | 50.0 |
| DeVany Industrial Consul | 1 | 79.0 | 79.0 | 79.0 |
| FEMA CDC | 120 | 34.0 | 79.0 | 57.5 |
| Gulf Stream Coach Inc. | 10 | 35.0 | 45.0 | 37.5 |
| Occupant | 108 | 38.0 | 100.0 | 80.5 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 246 | 17.9 | 97.6 | 40.4 |
| Total | 933 | 10.0 | 100.0 | 50.4 |

**Table 15:** Temperature statistics for unoccupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 88 | 42.8 | 96.7 | 77.3 |
| DeVany Industrial Consul | 356 | 63.5 | 106.0 | 87.0 |
| W. D. Scott Group | 395 | 48.3 | 97.1 | 74.8 |
| Total | 839 | 42.8 | 106.0 | 80.4 |

**Table 16:** Relative Humidity (in %) statistics for unoccupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 81 | 35.0 | 68.0 | 50.0 |
| DeVany Industrial Consul | 355 | 25.0 | 88.0 | 56.0 |
| W. D. Scott Group | 395 | 26.0 | 87.6 | 46.6 |
| Total | 831 | 25.0 | 88.0 | 51.0 |