**Table 17:** Unit ages (years; at the time of sampling) for occupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 9 | 2.3 | 3.5 | 2.4 |
| Bureau Veritas | 425 | 0.04 | 4.5 | 2.3 |
| DeVany Industrial Consul | 7 | 1.6 | 2.8 | 1.6 |
| FEMA CDC | 0 | | | |
| Gulf Stream Coach Inc. | 9 | 0.1 | 0.3 | 0.2 |
| Occupant | 34 | 1.5 | 3.2 | 1.7 |
| Sierra Club | 10 | 0.5 | 1.7 | 0.7 |
| TES | 130 | 0.8 | 3.3 | 1.9 |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 240 | 1.8 | 4.3 | 2.4 |
| Total | 864 | 0.04 | 4.5 | 2.3 |

**Table 18:** Unit ages (years; at the time of sampling) for unoccupied Gulf Stream Coach, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 72 | 2.2 | 5.1 | 3.9 |
| DeVany Industrial Consul | 375 | 0.5 | 5.7 | 2.7 |
| W. D. Scott Group | 388 | 2.9 | 5.3 | 4.0 |
| Total | 835 | 0.5 | 5.7 | 3.8 |



**Figure 1**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=1233) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 2**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "Cavalier" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=976) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 3**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=879) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 4**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "Cavalier" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=783) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 5**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=1233).



**Figure 6**: Symmetric dot-density plot of the Gulf Stream Coach, Inc. occupied "travel trailer" dataset by model (n=1222).



**Figure 7**: Symmetric dot-density plot for the Gulf Stream Coach, Inc. "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=879).



**Figure 8**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source. Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 9**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each Gulf Stream Coach, Inc. model. Non-overlapping error bars suggests that the datasets for the two models are significantly different.

**8.3      Jayco, Inc.**

**Table 1:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 32 | 0.019 | 0.950 | 0.140 | 0.205 | 0.231 | 0.122 | 2.856 |
| DeVany Industrial Consul | 3 | 0.053 | 0.240 | 0.120 | 0.138 | 0.095 | 0.115 | 2.130 |
| FEMA CDC | 5 | 0.079 | 0.250 | 0.120 | 0.147 | 0.071 | 0.134 | 1.613 |
| Occupant | 9 | 0.006 | 0.570 | 0.220 | 0.290 | 0.212 | 0.179 | 4.088 |
| Sierra Club | 1 | 0.200 | 0.200 | 0.200 | 0.200 | | 0.200 | |
| TES | 52 | <0.001 | 1.100 | 0.140 | 0.161 | 0.186 | 0.111 | 2.816 |
| Texas Parks & Wildlife D | 2 | 0.093 | 0.127 | 0.110 | 0.110 | 0.024 | 0.109 | 1.246 |
| W. D. Scott Group | 9 | 0.043 | 0.217 | 0.100 | 0.112 | 0.065 | 0.095 | 1.865 |
| Total | 113 | <0.001 | 1.100 | 0.140 | 0.178 | 0.190 | 0.119 | 2.724 |

**Table 2:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | ACGIH TLV[5] | |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 32 | 100.0 | 100.0 | 90.6 | 81.3 | 59.4 | 18.8 |
| DeVany Industrial Consul | 3 | 100.0 | 100.0 | 100.0 | 100.0 | 66.7 | 0.0 |
| FEMA CDC | 5 | 100.0 | 100.0 | 100.0 | 100.0 | 60.0 | 0.0 |
| Occupant | 9 | 88.9 | 88.9 | 88.9 | 88.9 | 77.8 | 33.3 |
| Sierra Club | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 52 | 98.1 | 98.1 | 98.1 | 98.1 | 61.5 | 5.8 |
| Texas Parks & Wildlife D | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 0.0 |
| W. D. Scott Group | 9 | 100.0 | 100.0 | 100.0 | 100.0 | 44.4 | 0.0 |
| Total | 113 | 98.2 | 95.6 | 92.9 | 98.2 | 61.1 | 10.6 |
| | | (92.8, 99.9)[6] | (88.8, 98.9) | (85.2, 97.4) | (92.8, 99.9) | (49.7, 71.6) | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

Exposure Assessment Solutions, Inc.

**Table 3:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | MEAN | Normal Statistics | | MVUE* | Lognormal Statistics | |
|---|---|---|---|---|---|---|---|
| | | | 99%LCL | 99%UCL | | 99%LCL | 99%UCL |
| Bureau Veritas | 32 | 0.205 | 0.105 | 0.305 | 0.207 | 0.133 | 0.437 |
| DeVany Industrial Consul | 3 | 0.138 | -0.243 | 0.519 | 0.138 | 0.084 | 0.764 |
| FEMA CDC | 5 | 0.147 | 0.027 | 0.267 | 0.147 | 0.084 | 0.764 |
| Occupant | 9 | 0.290 | 0.085 | 0.494 | 0.404 | 0.148 | 27.809 |
| Sierra Club | 1 | 0.200 | 0.200 | 0.200 | | | |
| TES | 52 | 0.161 | 0.100 | 0.223 | 0.186 | 0.131 | 0.316 |
| Texas Parks & Wildlife D | 2 | 0.110 | -0.431 | 0.651 | 0.110 | | |
| W. D. Scott Group | 9 | 0.112 | 0.049 | 0.175 | 0.113 | 0.070 | 0.309 |
| Total | 113 | 0.178 | 0.136 | 0.220 | 0.195 | 0.153 | 0.266 |

\* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

\*\* The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

63

**Table 4:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 5 | 0.120 | 0.560 | 0.230 | 0.298 | 0.194 | 0.249 | 1.975 |
| DeVany Industrial Consul | 212 | 0.002 | 3.400 | 1.000 | 1.155 | 0.648 | 0.933 | 2.217 |
| W. D. Scott Group | 26 | 0.006 | 0.630 | 0.165 | 0.190 | 0.153 | 0.130 | 2.775 |
| Total | 243 | 0.002 | 3.400 | 0.970 | 1.034 | 0.686 | 0.736 | 2.806 |

**Table 5:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 5 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 40.0 |
| DeVany Industrial Consul | 212 | 99.5 | 99.5 | 99.5 | 99.5 | 98.6 | 93.9 |
| W. D. Scott Group | 26 | 96.2 | 96.2 | 96.2 | 92.3 | 65.4 | 15.4 |
| Total | 243 | 99.2 | 99.2 | 98.8 | 99.2 | 95.1 | 84.4 |
| | | (96.6, 99.9)[6] | (96.6, 99.9) | (95.9, 99.8) | (96.6, 99.9) | (90.8, 97.8) | (78.2, 89.4) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7 - Occupational ceiling limits are intended to limit peak exposures within a worskshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 6:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 5 | 0.298 | -0.027 | 0.623 | 0.298 | 0.145 | 6.767 |
| DeVany Industrial Consul | 212 | 1.155 | 1.050 | 1.259 | 1.279 | 1.115 | 1.501 |
| W. D. Scott Group | 26 | 0.190 | 0.116 | 0.265 | 0.213 | 0.133 | 0.489 |
| Total | 243 | 1.034 | 0.931 | 1.137 | 1.248 | 1.047 | 1.544 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

**Table 7:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "Jay Flight" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 29 | 0.020 | 0.950 | 0.160 | 0.210 | 0.239 | 0.127 | 2.798 |
| DeVany Industrial Consul | 2 | 0.120 | 0.240 | 0.180 | 0.180 | 0.085 | 0.170 | 1.633 |
| FEMA CDC | 4 | 0.096 | 0.250 | 0.155 | 0.164 | 0.070 | 0.153 | 1.543 |
| Occupant | 8 | 0.006 | 0.570 | 0.230 | 0.313 | 0.214 | 0.192 | 4.425 |
| Sierra Club | 1 | 0.200 | 0.200 | 0.200 | 0.200 | | 0.200 | |
| TES | 47 | <0.001 | 1.100 | 0.140 | 0.171 | 0.193 | 0.116 | 2.943 |
| Texas Parks & Wildlife D | 2 | 0.093 | 0.127 | 0.110 | 0.110 | 0.024 | 0.109 | 1.246 |
| W. D. Scott Group | 9 | 0.043 | 0.217 | 0.100 | 0.112 | 0.065 | 0.095 | 1.865 |
| Total | 102 | <0.001 | 1.100 | 0.150 | 0.187 | 0.197 | 0.124 | 2.782 |

**Table 8:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "Jay Flight" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 29 | 100.0 | 100.0 | 93.1 | 82.8 | 58.6 | 17.2 |
| DeVany Industrial Consul | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| FEMA CDC | 4 | 100.0 | 100.0 | 100.0 | 100.0 | 75.0 | 0.0 |
| Occupant | 8 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 37.5 |
| Sierra Club | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 47 | 97.9 | 97.9 | 97.9 | 97.9 | 68.1 | 6.4 |
| Texas Parks & Wildlife D | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 0.0 |
| W. D. Scott Group | 9 | 100.0 | 100.0 | 100.0 | 100.0 | 44.4 | 0.0 |
| Total | 102 | 98.9 | 96.1 | 93.1 | 98.0 | 65.7 | 10.8 |
| | | (92.0, 99.9)[6] | (89.0, 99.2) | (85.0, 97.7) | (92.0, 99.9) | (53.8, 76.3) | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

66

**Table 9:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Jayco, Inc. "Jay Flight" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | MVUE* | Lognormal Statistics | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | | 99%LCL | 99%UCL |
| Bureau Veritas | 29 | 0.210 | 0.101 | 0.320 | 0.209 | 0.133 | 0.455 |
| DeVany Industrial Consul | 2 | 0.180 | -1.729 | 2.089 | 0.180 | | |
| FEMA CDC | 4 | 0.164 | 0.005 | 0.323 | 0.164 | 0.087 | 2.018 |
| Occupant | 8 | 0.313 | 0.087 | 0.540 | 0.465 | 0.155 | 124.406 |
| Sierra Club | 1 | 0.200 | | | | | |
| TES | 47 | 0.171 | 0.103 | 0.239 | 0.203 | 0.138 | 0.371 |
| Texas Parks & Wildlife D | 2 | 0.110 | -0.431 | 0.651 | 0.110 | | |
| W. D. Scott Group | 9 | 0.112 | 0.049 | 0.175 | 0.113 | 0.070 | 0.309 |
| Total | 102 | 0.187 | 0.141 | 0.233 | 0.208 | 0.161 | 0.293 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 10:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "Jay Flight" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 3 | 0.120 | 0.440 | 0.140 | 0.233 | 0.179 | 0.195 | 2.034 |
| DeVany Industrial Consul | 172 | 0.002 | 3.400 | 1.100 | 1.224 | 0.660 | 0.996 | 2.246 |
| W. D. Scott Group | 19 | 0.006 | 0.630 | 0.150 | 0.174 | 0.138 | 0.122 | 2.780 |
| Total | 194 | 0.002 | 3.400 | 1.000 | 1.105 | 0.705 | 0.791 | 2.861 |

**Table 11:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "Jay Flight" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 3 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 33.3 |
| DeVany Industrial Consul | 172 | 99.4 | 99.4 | 99.4 | 99.4 | 98.3 | 94.8 |
| W. D. Scott Group | 19 | 94.7 | 94.7 | 94.7 | 89.5 | 68.4 | 5.3 |
| Total | 194 | 99.0 | 99.0 | 98.5 | 99.0 | 95.4 | 85.1 |
| | | (95.7, 99.9)[6] | (95.7, 99.9) | (94.9, 99.8) | (95.7, 99.9) | (90.6, 98.2) | (78.1, 90.5) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL.
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 12:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Jayco, Inc. "Jay Flight" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 3 | 0.233 | -0.487 | 0.954 | 0.229 | | |
| DeVany Industrial Consul | 172 | 1.224 | 1.105 | 1.342 | 1.378 | 1.182 | 1.655 |
| W. D. Scott Group | 19 | 0.174 | 0.093 | 0.255 | 0.198 | 0.116 | 0.578 |
| Total | 194 | 1.102 | 0.987 | 1.224 | 1.368 | 1.120 | 1.751 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

67

**Table 13:** Temperature statistics for occupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 32 | 49.0 | 90.0 | 77.0 |
| DeVany Industrial Consul | 0 | | | |
| FEMA CDC | 4 | 64.0 | 80.0 | 72.0 |
| Occupant | 5 | 72.0 | 89.0 | 83.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 9 | 61.5 | 89.9 | 82.9 |
| Total | 50 | 49.0 | 90.0 | 77.0 |

**Table 14:** Relative Humidity (in %) statistics for occupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 32 | 29.0 | 81.0 | 48.6 |
| DeVany Industrial Consul | 0 | | | |
| FEMA CDC | 4 | 51.0 | 73.0 | 67.5 |
| Occupant | 5 | 50.0 | 88.0 | 80.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 9 | 31.2 | 62.3 | 38.4 |
| Total | 50 | 29.0 | 88.0 | 50.0 |

**Table 15:** Temperature statistics for unoccupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 5 | 67.1 | 88.4 | 70.0 |
| DeVany Industrial Consul | 208 | 67.6 | 108.9 | 85.2 |
| W. D. Scott Group | 26 | 60.0 | 96.4 | 73.5 |
| Total | 239 | 60.0 | 108.9 | 84.0 |

**Table 16:** Relative Humidity (in %) statistics for unoccupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 2 | 49.2 | 49.2 | 49.2 |
| DeVany Industrial Consul | 206 | 33.0 | 87.0 | 57.0 |
| W. D. Scott Group | 25 | 22.3 | 89.6 | 46.2 |
| Total | 233 | 22.3 | 89.6 | 57.0 |

**Table 17:** Unit ages (years; at the time of sampling) for occupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 30 | 0.4 | 3.7 | 2.5 |
| DeVany Industrial Consul | 2 | 1.8 | 1.8 | 1.8 |
| FEMA CDC | 0 | | | |
| Occupant | 1 | 2.2 | 2.2 | 2.2 |
| Sierra Club | 1 | 0.7 | 0.7 | 0.7 |
| TES | 49 | 2.0 | 3.2 | 2.3 |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 9 | 2.3 | 4.5 | 2.9 |
| Total | 92 | 0.4 | 4.5 | 2.4 |

**Table 18:** Unit ages (years; at the time of sampling) for unoccupied Jayco, Inc. "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 4 | 2.8 | 3.9 | 3.4 |
| DeVany Industrial Consul | 208 | 2.4 | 4.3 | 2.8 |
| W. D. Scott Group | 25 | 3.8 | 5.1 | 4.0 |
| Total | 237 | 2.4 | 5.1 | 2.9 |



**Figure 1**: Symmetric dot-density plot for the Jayco, Inc., "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=113) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 2**: Symmetric dot-density plot for the Jayco, Inc., "Jay Flight" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=102) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 3**: Symmetric dot-density plot for the Jayco, Inc., "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=243) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 4**: Symmetric dot-density plot for the Jayco, Inc., "Jay Flight" model dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=194) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 5**: Symmetric dot-density plot for the Jayco, Inc., "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=113).



**Figure 6** : Symmetric dot-density plot of the Jayco, Inc., occupied "travel trailer" dataset by model (n=113).



**Figure 7**: Symmetric dot-density plot for the Jayco, Inc., "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=243).



**Figure 8**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source.  Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 9**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each Jayco, Inc. model.  Non-overlapping error bars suggests that the datasets for the two models are significantly different.

**8.4     Keystone RV Company**

**Table 1:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 45 | 0.016 | 0.690 | 0.120 | 0.152 | 0.125 | 0.114 | 2.240 |
| DeVany Industrial Consul | 2 | 0.053 | 1.200 | 0.627 | 0.627 | 0.811 | 0.252 | 9.080 |
| FEMA CDC | 38 | 0.023 | 0.480 | 0.105 | 0.134 | 0.104 | 0.102 | 2.171 |
| Occupant | 17 | 0.042 | 2.400 | 0.160 | 0.370 | 0.577 | 0.196 | 2.846 |
| Sierra Club | 2 | 0.170 | 0.210 | 0.190 | 0.190 | 0.028 | 0.189 | 1.161 |
| TES | 59 | 0.006 | 0.630 | 0.110 | 0.142 | 0.121 | 0.105 | 2.286 |
| Texas Parks & Wildlife D | 1 | 0.165 | 0.165 | 0.165 | 0.165 | | 0.165 | |
| W. D. Scott Group | 18 | 0.056 | 1.200 | 0.155 | 0.276 | 0.288 | 0.193 | 2.260 |
| Total | 182 | 0.006 | 2.400 | 0.120 | 0.183 | 0.243 | 0.122 | 2.381 |

**Table 2:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 45 | 100.0 | 97.8 | 91.1 | 86.7 | 55.6 | 8.9 |
| DeVany Industrial Consul | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 50.0 |
| FEMA CDC | 38 | 100.0 | 100.0 | 94.7 | 86.8 | 50.0 | 10.5 |
| Occupant | 17 | 100.0 | 100.0 | 100.0 | 100.0 | 64.7 | 29.4 |
| Sierra Club | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 59 | 98.3 | 98.3 | 91.5 | 88.1 | 55.9 | 10.2 |
| Texas Parks & Wildlife D | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| W. D. Scott Group | 18 | 100.0 | 100.0 | 100.0 | 100.0 | 77.8 | 27.8 |
| Total | 182 | 99.5 | 94.0 | 90.1 | 98.9 | 58.2 | 13.7 |
| | | (96.4, 100)[6] | (88.5, 97.3) | (83.8, 94.6) | (95.5, 99.9) | (49.3, 66.8) | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 3:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | MVUE* | Lognormal Statistics | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | | 99%LCL | 99%UCL |
| Bureau Veritas | 45 | 0.152 | 0.107 | 0.197 | 0.156 | 0.118 | 0.233 |
| DeVany Industrial Consul | 2 | 0.627 | -17.623 | 18.876 | 0.626 | | |
| FEMA CDC | 38 | 0.134 | 0.093 | 0.175 | 0.136 | 0.101 | 0.207 |
| Occupant | 17 | 0.370 | 0.009 | 0.732 | 0.324 | 0.182 | 1.105 |
| Sierra Club | 2 | 0.190 | -0.446 | 0.826 | 0.190 | | |
| TES | 59 | 0.142 | 0.104 | 0.179 | 0.146 | 0.113 | 0.207 |
| Texas Parks & Wildlife D | 1 | 0.165 | 0.165 | 0.165 | | | |
| W. D. Scott Group | 18 | 0.276 | 0.101 | 0.450 | 0.263 | 0.170 | 0.575 |
| Total | 182 | 0.183 | 0.141 | 0.226 | 0.177 | 0.151 | 0.215 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 4:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 13 | 0.091 | 0.530 | 0.200 | 0.258 | 0.150 | 0.220 | 1.820 |
| DeVany Industrial Consul | 293 | 0.029 | 2.400 | 0.870 | 0.904 | 0.499 | 0.738 | 2.083 |
| W. D. Scott Group | 58 | 0.002 | 1.000 | 0.120 | 0.172 | 0.159 | 0.119 | 2.726 |
| Total | 364 | 0.003 | 2.400 | 0.730 | 0.764 | 0.535 | 0.529 | 2.822 |

**Table 5:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| SOURCE | N | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 13 | 100.0 | 100.0 | 100.0 | 100.0 | 84.6 | 30.8 |
| DeVany Industrial Consul | 293 | 100.0 | 100.0 | 99.7 | 99.3 | 98.0 | 88.7 |
| W. D. Scott Group | 58 | 98.3 | 96.6 | 91.4 | 89.7 | 60.3 | 13.8 |
| Total | 364 | 99.7 | 98.4 | 97.8 | 99.5 | 91.5 | 74.7 |
| | | (97.8, 100.0)[6] | (95.8, 99.4) | (95.0, 99.1) | (97.4, 99.9) | (87.3, 94.4) | (68.9, 79.8) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift. Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes. In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009). Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 6:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 13 | 0.258 | 0.147 | 0.370 | 0.259 | 0.177 | 0.497 |
| DeVany Industrial Consul | 293 | 0.904 | 0.836 | 0.972 | 0.965 | 0.867 | 1.089 |
| W. D. Scott Group | 58 | 0.172 | 0.122 | 0.222 | 0.194 | 0.141 | 0.310 |
| Total | 364 | 0.764 | 0.699 | 0.830 | 0.903 | 0.779 | 1.073 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

78

**Table 7:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "Springdale" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 7 | 0.036 | 0.350 | 0.160 | 0.154 | 0.108 | 0.120 | 2.232 |
| Occupant | 4 | 0.064 | 2.400 | 0.156 | 0.694 | 1.138 | 0.247 | 4.819 |
| Sierra Club | 1 | 0.170 | 0.170 | 0.170 | 0.170 | | 0.170 | |
| TES | 19 | 0.035 | 0.310 | 0.120 | 0.139 | 0.072 | 0.122 | 1.744 |
| W. D. Scott Group | 7 | 0.110 | 1.200 | 0.250 | 0.407 | 0.410 | 0.281 | 2.436 |
| Total | 38 | 0.035 | 2.400 | 0.153 | 0.251 | 0.413 | 0.154 | 2.331 |

**Table 8:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "Springdale" model units.  The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling[7] | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Bureau Veritas | 7 | 100.0 | 100.0 | 100.0 | 85.7 | 57.1 | 14.3 |
| Occupant | 4 | 100.0 | 100.0 | 100.0 | 100.0 | 75.0 | 25.0 |
| Sierra Club | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| TES | 19 | 100.0 | 100.0 | 100.0 | 89.5 | 63.2 | 5.3 |
| W. D. Scott Group | 7 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 28.6 |
| Total | 38 | 100.0 (88.6, 100.0)[6] | 100.0 (88.6, 100.0) | 92.1 (75.9, 98.8) | 100.0 (88.6, 100.0) | 71.1 (51.1, 86.5) | 13.2 |

1 – For exposures of 365 days or more.
2 – For exposures of 15 to 364 days.
3 – For exposures less 14 days.
4 – Recommended Exposure Limit
5 – Threshold Limit Value
6 – non-parametric 98% confidence interval: 99%LCL and 99%UCL
7- Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 9:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied Keystone RV Company "Springdale" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | MVUE* | Lognormal Statistics | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | | 99%LCL | 99%UCL |
| Bureau Veritas | 7 | 0.154 | 0.025 | 0.282 | 0.157 | 0.079 | 1.393 |
| Occupant | 4 | 0.694 | -1.890 | 3.278 | 0.549 | 0.119 | 3.0E+13 |
| Sierra Club | 1 | 0.170 | | | | | |
| TES | 19 | 0.139 | 0.097 | 0.182 | 0.141 | 0.106 | 0.217 |
| W. D. Scott Group | 7 | 0.407 | -0.080 | 0.894 | 0.389 | 0.185 | 5.389 |
| Total | 38 | 0.251 | 0.087 | 0.414 | 0.218 | 0.158 | 0.351 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).

** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 10:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "Springdale" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 4 | 0.180 | 0.530 | 0.345 | 0.350 | 0.163 | 0.320 | 1.648 |
| DeVany Industrial Consul | 79 | 0.029 | 2.300 | 0.940 | 0.983 | 0.534 | 0.810 | 2.070 |
| W. D. Scott Group | 17 | 0.010 | 1.000 | 0.140 | 0.206 | 0.227 | 0.132 | 2.851 |
| Total | 100 | 0.010 | 2.300 | 0.830 | 0.826 | 0.573 | 0.573 | 2.828 |

**Table 11:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "Springdale" model units.  The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | | 
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[5] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling | Ceiling[7] |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.1 ppm | % > 0.3 ppm |
| Boston Chemical Data | 4 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 |
| DeVany Industrial Consul | 79 | 100.0 | 100.0 | 98.7 | 98.7 | 98.7 | 92.4 |
| W. D. Scott Group | 17 | 100.0 | 94.1 | 88.2 | 88.2 | 70.6 | 23.5 |
| Total | 100 | 100.0 | 97.0 | 97.0 | 99.0 | 94.0 | 79.0 |
| | | (95.5, 100.0)[6] | (90.3, 99.6) | (90.3, 99.6) | (93.5, 100.0) | (86.0, 98.2) | (67.9, 87.6) |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL
7 - Occupational ceiling limits are intended to limit peak exposures within a workshift.  Worker exposure should be measured using a direct reading instrument or sampling device where the measurement averaging time is no more than a few minutes.  In principle, no peak exposure within a shift should exceed the ceiling limit (ACGIH, 2009).  Ceiling limits are not appropriate for evaluating long-term exposures.

**Table 12:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied Keystone RV Company "Springdale" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 4 | 0.350 | -0.019 | 0.719 | 0.351 | 0.175 | 9.251 |
| DeVany Industrial Consul | 79 | 0.983 | 0.840 | 1.126 | 1.050 | 0.864 | 1.344 |
| W. D. Scott Group | 17 | 0.206 | 0.064 | 0.348 | 0.218 | 0.123 | 0.747 |
| Total | 100 | 0.826 | 0.690 | 0.961 | 0.976 | 0.749 | 1.391 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 13:** Temperature statistics for occupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 45 | 48.3 | 95.0 | 77.7 |
| DeVany Industrial Consul | 1 | 98.6 | 98.6 | 98.6 |
| FEMA CDC | 38 | 53.0 | 81.0 | 72.0 |
| Occupant | 10 | 66.0 | 93.0 | 79.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 18 | 63.9 | 94.6 | 81.9 |
| Total | 112 | 48.3 | 98.6 | 76.0 |

**Table 14:** Relative Humidity (in %) statistics for occupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 45 | 26.1 | 83.2 | 52.0 |
| DeVany Industrial Consul | 1 | 41.0 | 41.0 | 41.0 |
| FEMA CDC | 38 | 34.0 | 75.0 | 54.0 |
| Occupant | 7 | 66.0 | 93.0 | 86.0 |
| Sierra Club | 0 | | | |
| TES | 0 | | | |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 18 | 27.5 | 86.2 | 47.2 |
| Total | 109 | 26.1 | 93.0 | 54.0 |

**Table 15:** Temperature statistics for unoccupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 13 | 58.1 | 86.1 | 77.8 |
| DeVany Industrial Consul | 281 | 63.0 | 109.4 | 83.3 |
| W. D. Scott Group | 58 | 54.9 | 93.3 | 72.5 |
| Total | 352 | 54.9 | 109.4 | 81.8 |

**Table 16:** Relative Humidity (in %) statistics for unoccupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 12 | 35.0 | 70.0 | 43.0 |
| DeVany Industrial Consul | 278 | 32.0 | 88.0 | 58.0 |
| W. D. Scott Group | 58 | 24.1 | 98.2 | 47.9 |
| Total | 348 | 24.1 | 98.2 | 57.0 |

**Table 17:** Unit ages (years; at the time of sampling) for occupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 40 | 2.2 | 3.9 | 2.6 |
| DeVany Industrial Consul | 1 | 3.0 | 3.0 | 3.0 |
| FEMA CDC | 0 | | | |
| Occupant | 2 | 2.2 | 2.5 | 2.3 |
| Sierra Club | 1 | 1.3 | 1.3 | 1.3 |
| TES | 50 | 2.0 | 3.1 | 2.3 |
| Texas Parks & Wildlife D | 0 | | | |
| W. D. Scott Group | 17 | 2.3 | 4.2 | 2.9 |
| Total | 111 | 1.3 | 4.2 | 2.5 |

**Table 18:** Unit ages (years; at the time of sampling) for unoccupied Keystone RV Company "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 12 | 2.6 | 5.0 | 4.2 |
| DeVany Industrial Consul | 285 | 1.9 | 4.6 | 2.9 |
| W. D. Scott Group | 56 | 3.6 | 5.8 | 4.1 |
| Total | 353 | 1.9 | 5.8 | 3.2 |



**Figure 1**: Symmetric dot-density plot for the Keystone RV Company "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=182) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 2**: Symmetric dot-density plot for the Keystone RV Company "Springdale" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=38) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 3**: Symmetric dot-density plot for the Keystone RV Company "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=364) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 4**: Symmetric dot-density plot for the Keystone RV Company "Springdale" model dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=100) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 5**: Symmetric dot-density plot for the Keystone RV Company "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=182).



**Figure 6**: Symmetric dot-density plot of the Keystone RV Company occupied "travel trailer" dataset by model (n=182).



**Figure 7**: Symmetric dot-density plot for the Keystone RV Company "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=364).



**Figure 8**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source. Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 9** : Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each Keystone RV Company model. Non-overlapping error bars suggests that the datasets for the two models are significantly different.

**8.5     KZRV, LP**

**Table 1:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 15 | 0.046 | 0.460 | 0.100 | 0.135 | 0.104 | 0.113 | 1.765 |
| Occupant | 3 | 0.017 | 0.102 | 0.090 | 0.070 | 0.046 | 0.054 | 2.719 |
| TES | 3 | 0.045 | 0.082 | 0.052 | 0.060 | 0.020 | 0.057 | 1.370 |
| W. D. Scott Group | 2 | 0.086 | 0.240 | 0.163 | 0.163 | 0.109 | 0.144 | 2.066 |
| Total | 23 | 0.017 | 0.460 | 0.100 | 0.119 | 0.094 | 0.096 | 1.947 |

**Table 2:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "travel trailer" units.  The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | | |
|---|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] | |
| SOURCE | N | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling | Ceiling | |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.100 ppm | % > 0.300 ppm | |
| Bureau Veritas | 15 | 100.0 | 100.0 | 100.0 | 100.0 | 40.0 | 6.7 | |
| Occupant | 3 | 100.0 | 100.0 | 66.7 | 66.7 | 33.3 | 0.0 | |
| TES | 3 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 0.0 | |
| W. D. Scott Group | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 0.0 | |
| Total | 23 | 100 (81.9, 100.0)[6] | 95.7 (74.4, 100.0)[6] | 95.7 (74.4, 100.0)[6] | 100 (81.9, 100.0)[6] | 34.8 | 4.3 | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCl and 99%UCL

**Table 3:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 15 | 0.135 | 0.065 | 0.206 | 0.131 | 0.094 | 0.224 |
| Occupant | 3 | 0.070 | -0.115 | 0.255 | 0.073 | 0.019 | $2 \times 10^{20}$ |
| TES | 3 | 0.060 | -0.020 | 0.139 | 0.059 | 0.030 | 7.881 |
| W. D. Scott Group | 2 | 0.163 | -2.287 | 2.613 | 0.163 | | |
| Total | 23 | 0.119 | 0.070 | 0.168 | 0.118 | 0.086 | 0.191 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 4:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 1 | 0.620 | 0.620 | 0.620 | 0.620 | | 0.620 | |
| DeVany Industrial Consultants | 98 | 0.085 | 2.800 | 0.855 | 0.903 | 0.521 | 0.745 | 1.994 |
| W. D. Scott Group | 4 | 0.033 | 0.270 | 0.077 | 0.114 | 0.109 | 0.081 | 2.592 |
| Total | 103 | 0.033 | 2.800 | 0.820 | 0.870 | 0.532 | 0.682 | 2.261 |

**Table 5:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "travel trailer" units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling | Ceiling |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.100 ppm | % > 0.300 ppm |
| Boston Chemical Data | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| DeVany Industrial Consultants | 98 | 100.0 | 100.0 | 100.0 | 100.0 | 96.9 | 88.8 |
| W. D. Scott Group | 4 | 100.0 | 100.0 | 100.0 | 75.0 | 50.0 | 0.0 |
| Total | 103 | 100.0 (95.6, 100.0)[6] | 100.0 (95.6, 100.0)[6] | 99.0 (93.7, 100.0)[6] | 100.0 (95.6, 100.0)[6] | 95.1 (87.8, 98.8)[6] | 85.4 (75.5, 92.5)[6] |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL

**Table 6:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "travel trailer" units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 1 | 0.620 | 0.620 | 0.620 | | | |
| DeVany Industrial Consultants | 98 | 0.903 | 0.779 | 1.028 | 0.942 | 0.798 | 1.154 |
| W. D. Scott Group | 4 | 0.114 | -0.134 | 0.362 | 0.112 | 0.038 | 12302 |
| Total | 103 | 0.870 | 0.746 | 0.994 | 0.947 | 0.778 | 1.212 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

**Table 7:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "Jag" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Bureau Veritas | 10 | 0.046 | 0.460 | 0.105 | 0.156 | 0.124 | 0.126 | 1.928 |
| Occupant | 2 | 0.017 | 0.090 | 0.054 | 0.054 | 0.052 | 0.039 | 3.249 |
| TES | 2 | 0.045 | 0.082 | 0.064 | 0.064 | 0.026 | 0.061 | 1.529 |
| W. D. Scott Group | 2 | 0.086 | 0.240 | 0.163 | 0.163 | 0.109 | 0.144 | 2.066 |
| Total | 16 | 0.017 | 0.460 | 0.095 | 0.132 | 0.110 | 0.101 | 2.172 |

**Table 8:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "Jag" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| SOURCE | N | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| | | Chronic[1] | Intermediate[2] | Acute[3] | 8-10 hours | Ceiling | Ceiling |
| | | % > 0.008 ppm | % > 0.03 ppm | % > 0.04 ppm | % > 0.016 ppm | % > 0.100 ppm | % > 0.300 ppm |
| Bureau Veritas | 10 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 10.0 |
| Occupant | 2 | 100.0 | 100.0 | 50.0 | 50.0 | 0.0 | 0.0 |
| TES | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 0.0 |
| W. D. Scott Group | 2 | 100.0 | 100.0 | 100.0 | 100.0 | 50.0 | 0.0 |
| Total | 16 | 100.0 | 93.8 | 93.8 | 100.0 | 37.5 | 6.3 |
| | | (75.0, 100.0)[6] | (65.1, 99.9)[6] | (65.1, 99.9)[6] | (75.0, 100.0)[6] | | |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL

**Table 9:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in occupied KZRV, LC "Jag" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Bureau Veritas | 10 | 0.156 | 0.046 | 0.266 | 0.152 | 0.095 | 0.402 |
| Occupant | 2 | 0.054 | -1.108 | 1.215 | 0.054 | | |
| TES | 2 | 0.064 | -0.525 | 0.652 | 0.064 | | |
| W. D. Scott Group | 2 | 0.163 | -2.287 | 2.613 | 0.163 | | |
| Total | 16 | 0.132 | 0.061 | 0.204 | 0.133 | 0.086 | 0.296 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 10:** Descriptive statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "Jag" model units.

| SOURCE | N | MIN | MAX | MEDIAN | Normal Distribution Statistics | | Lognormal Distribution Statistics | |
|---|---|---|---|---|---|---|---|---|
| | | | | | MEAN | SD | GM | GSD |
| Boston Chemical Data | 1 | 0.620 | 0.620 | 0.620 | 0.620 | | 0.620 | |
| DeVany Industrial Consultants | 68 | 0.270 | 2.800 | 0.970 | 1.064 | 0.503 | 0.958 | 1.597 |
| W. D. Scott Group | 3 | 0.033 | 0.110 | 0.044 | 0.062 | 0.042 | 0.054 | 1.875 |
| Total | 72 | 0.033 | 2.800 | 0.935 | 1.016 | 0.531 | 0.845 | 2.103 |

**Table 11:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "Jag" model units. The percent of the levels exceeding each limit was calculated using the non-parametric exceedance fraction.

| | | Public or Population | | | Occupational | | |
|---|---|---|---|---|---|---|---|
| | | ATSDR Minimum Risk Levels | | | NIOSH REL[4] | | ACGIH TLV[5] |
| SOURCE | N | Chronic[1] % > 0.008 ppm | Intermediate[2] % > 0.03 ppm | Acute[3] % > 0.04 ppm | 8-10 hours % > 0.016 ppm | Ceiling % > 0.100 ppm | Ceiling % > 0.300 ppm |
| Boston Chemical Data | 1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| DeVany Industrial Consultants | 68 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 98.5 |
| W. D. Scott Group | 3 | 100.0 | 100.0 | 100.0 | 66.7 | 33.3 | 0.0 |
| Total | 72 | 100.0 (93.8, 100.0)[6] | 100.0 (93.8, 100.0)[6] | 98.6 (91.1, 100.0)[6] | 100.0 (93.8, 100.0)[6] | 97.2 (88.8, 99.8)[6] | 94.4 (84.7, 98.8)[6] |

1 - For exposures of 365 days or more.
2 - For exposures of 15 to 364 days.
3 - For exposures less 14 days.
4 - Recommended Exposure Limit
5 - Threshold Limit Value
6 - non-parametric 98% confidence interval: 99%LCL and 99%UCL

**Table 12:** Compliance statistics for the formaldehyde Concentration measurements (in ppm) in unoccupied KZRV, LC "Jag" model units. The sample mean was estimated using both the normal and lognormal distributional models.

| SOURCE | N | Normal Statistics | | | Lognormal Statistics | | |
|---|---|---|---|---|---|---|---|
| | | MEAN | 99%LCL | 99%UCL | MVUE* | 99%LCL | 99%UCL |
| Boston Chemical Data | 1 | 0.620 | 0.620 | 0.620 | | | |
| DeVany Industrial Consultants | 68 | 1.064 | 0.918 | 1.209 | 1.066 | 0.935 | 1.244 |
| W. D. Scott Group | 3 | 0.062 | -0.105 | 0.230 | 0.062 | 0.022 | $2 \times 10^7$ |
| Total | 72 | 1.016 | 0.867 | 1.165 | 1.108 | 0.899 | 1.448 |

* For the lognormal model the true mean was estimated using the Minimum Variance Unbiased Estimator, which is a function of the sample geometric mean (GM), sample geometric standard deviation (GSD), and the sample size (Land, 1975; Bullock and Ignacio, 2006).
** The sample size must be 2 or greater to calculate the MVUE and 3 or greater in order to calculate confidence intervals using Land's method (Land, 1975).

Exposure Assessment Solutions, Inc.

**Table 13:** Temperature statistics for occupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 15 | 64.0 | 93.4 | 81.5 |
| Occupant | 1 | 95.0 | 95.0 | 95.0 |
| TES | 0 | | | |
| W. D. Scott Group | 2 | 78.8 | 79.1 | 79.0 |
| Total | 18 | 64.0 | 95.0 | 80.4 |

**Table 14:** Relative Humidity (in %) statistics for occupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 15 | 36.7 | 77.2 | 55.0 |
| Occupant | 1 | 95.0 | 95.0 | 95.0 |
| TES | 0 | | | |
| W. D. Scott Group | 2 | 39.8 | 83.5 | 61.7 |
| Total | 18 | 36.7 | 95.0 | 58.5 |

**Table 15:** Temperature statistics for unoccupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 1 | 87.3 | 87.3 | 87.3 |
| DeVany Industrial Consultants | 95 | 69.0 | 106.0 | 85.9 |
| W. D. Scott Group | 4 | 66.0 | 87.8 | 72.9 |
| Total | 100 | 66.0 | 106.0 | 85.8 |

**Table 16:** Relative Humidity (in %) statistics for unoccupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 0 | | | |
| DeVany Industrial Consultants | 95 | 28.0 | 87.0 | 56.0 |
| W. D. Scott Group | 4 | 34.4 | 60.8 | 48.2 |
| Total | 99 | 28.0 | 87.0 | 56.0 |

**Table 17:** Unit ages (years; at the time of sampling) for occupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Bureau Veritas | 14 | 2.3 | 2.9 | 2.7 |
| Occupant | 0 | | | |
| TES | 3 | 2.3 | 3.1 | 2.3 |
| W. D. Scott Group | 2 | 2.3 | 3.1 | 2.7 |
| Total | 19 | 2.3 | 3.1 | 2.7 |

**Table 18:** Unit ages (years; at the time of sampling) for unoccupied KZRV, LC "travel trailer" units.

| SOURCE | N | MIN | MAX | MEDIAN |
|---|---|---|---|---|
| Boston Chemical Data | 1 | 2.8 | 2.8 | 2.8 |
| DeVany Industrial Consultants | 94 | 2.7 | 4.0 | 2.9 |
| W. D. Scott Group | 2 | 3.9 | 4.2 | 4.0 |
| Total | 97 | 2.7 | 4.2 | 2.9 |



**Figure 10**: Symmetric dot-density plot for the KZRV, LP, "travel trailer" dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=23) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 11**: Symmetric dot-density plot for the KZRV, LP, "Jag" model dataset (occupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=16) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 12**: Symmetric dot-density plot for the KZRV, LP, "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=103) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 13**: Symmetric dot-density plot for the KZRV, LP, "Jag" model dataset (unoccupied units only), showing the formaldehyde measurements (in PPM) and the year and month the measurements were collected. (n=72) (The horizontal lines indicate the ATSDR chronic and intermediate Minimum Risk Levels of 0.008 ppm and 0.03 ppm.)



**Figure 14**: Symmetric dot-density plot for the KZRV, LP, "travel trailer" dataset (occupied units only), showing the formaldehyde measurements by data source (n=23).



**Figure 15** : Symmetric dot-density plot of the KZRV, LP, occupied "travel trailer" dataset by model (n=23).



**Figure 16**: Symmetric dot-density plot for the KZRV, LP, "travel trailer" dataset (unoccupied units only), showing the formaldehyde measurements by data source (n=103).



**Figure 17**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each data source. Non-overlapping error bars suggests that the datasets for the two data sources are significantly different.



**Figure 18**: Comparison of the means (of the log-transformed formaldehyde ppm concentrations, $\log_{10}$) and errors bars for occupied "travel trailer" data for each KZRV, LP model. Non-overlapping error bars suggests that the datasets for the two models are significantly different.