Transcript of the Testimony of
# Paul Hewett, Ph.D., CIH

## Date taken: November 15, 2010

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT
_C_
tabbies®

1 healthy adult workers and not the general

2 public.

3      Q.    You were asked to look at five

4 specific plaintiffs, correct?

5      A.    Correct.

6      Q.    Did you review medical records for

7 any of those plaintiffs?

8      A.    No, I did not.

9      Q.    Did you review any of those

10 questionnaires for those plaintiffs?

11      A.    No, I did not.

12      Q.    Are any of those plaintiffs health

13 workers?

14      A.    No.   I know nothing about those

15 plaintiffs other than their names and some

16 information regarding move-in and move-out

17 regarding the units to which they were

18 assigned.

19      Q.    Have you told me all of the

20 reasons why you did not apply the OSHA

21 standards?

22      A.    Well, I personally don't think it

23 is appropriate for general public limits and

24 neither do various other organizations, and

25 I have to respect their opinion as well as

1 my own.

2      Q.    I want your opinion, and your

3 opinion is it is inappropriate to use an

4 occupational exposure limit for the general

5 public.  Correct?

6      A.    In general, it is inappropriate to

7 apply an occupational limit, particularly

8 the OSHA limits, as most of them are very

9 well dated.

10      Q.    In general, it is inappropriate to

11 use an occupational limit for a

12 nonoccupational setting.  Is that correct?

13      A.    In general, it is inappropriate,

14 but one can use such limits for illustrative

15 purposes.  For example -- if, for example,

16 20, 30, 40, 50, 100 percent of these data

17 were above the OSHA limit, I would have to

18 point out that, as a professional, say,

19 "Look how high these measurements are

20 relative to this very old OSHA limit" --

21 which was inaccurate at the time it was

22 promulgated -- as a way of illustrating the

23 magnitude of the data.

24           That would not be an indication

25 that I thought the OSHA limit was

1     Q.   For any of the five individuals

2 you were asked to look at or opine on what

3 their trailer level might have been, did you

4 factor in the amount of occupancy they had?

5     A.   No, I did not.

6     Q.   Did you speak to any of the

7 plaintiffs?

8     A.   No, I did not.

9     Q.   Did you ask to speak to any of the

10 plaintiffs?

11    A.   No, I didn't.

12    Q.   Was the way they used their

13 trailers important?

14    A.   It's not relevant to the

15 statistical analysis that I did.

16    Q.   Not relevant to the opinions you

17 have set forth in this report?

18    A.   That's correct.

19    Q.   For example, the way they

20 ventilated their trailer is not relevant?

21    A.   I don't see that it is relevant

22 from the viewpoint they ventilated their

23 trailers as any occupant would.

24    Q.   I understand you are making the

25 assumption that everybody ventilates to some

1 degree, some more, some less, correct?

2      A.    Correct.

3      Q.    But in this instance, there were

4 five specific people and you did not seek to

5 find out how they ventilated their trailers?

6      A.    That's correct.

7      Q.    And the same would be true for how

8 they controlled their atmosphere with

9 air-conditioning or heating, correct?

10      A.    That is correct.

11      Q.    The initial two parameters you

12 used were the ATSDR chronic MRL and the

13 NIOSH MRL, correct?

14      A.    The initial two?

15      Q.    Yes.

16            Let me restate.  When you first

17 began to get involved in this litigation,

18 the original two parameters you measured

19 exposure against or concentration against

20 was the ATSDR chronic MRL and the NIOSH MRL.

21 Is that correct?

22      A.    That is correct.

23      Q.    And those are parameters you

24 reviewed based on the plaintiffs' lawyers'

25 request?

1 name given to that type of model, having

2 Versar being an originator.

3     Q.   What is the difference between

4 exposure and concentration to you?

5     A.   Well, I think we have been through

6 this many, many, many times before.

7          To me, most of the time they are

8 synonymous.  When you talk about

9 concentration, we are talking about

10 exposure.  When I talk about concentration,

11 I am talking about potential exposure.

12     Q.   What about the difference between

13 exposure and dose?

14     A.   Well, you can have an exposure

15 dose, but you can also have dose.  Dose

16 implies, if I am reading you correctly, more

17 information than I have for this report,

18 and, in fact, it would be outside of this

19 report.

20          But calculating dose can be quite

21 involved.  There can be cumulative exposure

22 dose and there can be actual

23 internal-absorbed dose.  Calculating the two

24 can be quite different.  An

25 internal-absorbed dose can be very, very

1 difficult.

2     Q.   You say that is outside your

3 expertise?

4     A.   For internal dose?

5     Q.   Yes.

6     A.   Well, probably in most scenarios,

7 and it certainly wasn't part of my charge

8 with this.

9     Q.   You were not attempting to figure

10 out what dose any individual of these five

11 received, correct?

12     A.   That was not my charge, and I

13 don't think you are going to find any

14 evidence of it in the paper.

15     Q.   We will see.

16          Did you rely on the 1992 EPA

17 guidelines for exposures assessment in

18 formulating your opinions?

19     A.   I referenced that as a basis

20 for -- giving an overview for retrospective

21 exposure assessment.

22     Q.   How do you define a high-quality

23 dataset?

24     A.   A high-quality dataset?  I don't

25 know that there can be a specific

1 on -- as an industrial hygienist recognizing

2 that there are various methods and ways of

3 measuring contaminants that have various

4 degrees of accuracy.  And a low-accuracy

5 method can be entirely adequate to the

6 purpose at hand.")

7       THE WITNESS:

8            Okay.  I'm trying to formulate an

9 answer you won't misconstrue.

10           The measurements were collected

11 using a recognized methodology, an approved

12 methodology, an EPA or NIOSH method, for

13 example.  The samples were analyzed at a

14 high-quality laboratory, typically defined

15 as one that is AIHA, American Industrial

16 Hygiene Association, certified or

17 accredited.  And that the measurements were

18 collected using some agreed-upon and

19 reasonable protocol.

20           Now, datasets sometimes are

21 collected as part of a study where a study

22 goal has been elucidated beforehand, such as

23 in this case, the CDC study of 519 trailers.

24           Other datasets are datasets of

25 convenience -- ones you come across or are

1    Q.   You consider the CDC/FEMA 519 test

2 results and the Bureau Veritas, I think

3 approximately 4,000 overall --

4    A.   I don't think it is 4,000, but I

5 think it is over 3,000.

6    Q.   Okay.  To be high-quality

7 datasets, correct?

8    A.   For various reasons.

9    Q.   Is one of the reasons is that they

10 used an established protocol?

11    A.   The FEMA/CDC dataset was collected

12 using a somewhat randomized or randomized

13 study design.

14    Q.   But the actual test came from a

15 standardized protocol?

16    A.   That is correct.

17    Q.   And that is why you think it is

18 high quality?

19    A.   That is one reason.  And it was

20 collected by a government agency if we can

21 assume that government agencies usually do a

22 pretty good job.

23    Q.   And maybe also that they don't

24 have a potential bias?

25    A.   I have to disagree with the

1    Q.    Does ACGIH have a short-term

2 exposure limit?

3    A.    They have a ceiling limit.

4    Q.    What is that ceiling limit?

5    A.    0.3 parts per million.

6    Q.    Is that the same as the TLV?

7    A.    That is their TLV, yes.  TLV,

8 threshold limit value.

9    Q.    Is the NIOSH REL for an 8- to

10 10-hour workday?

11    A.    Yes, the NIOSH RELs are defined as

12 being applicable to 8-hour days.

13    Q.    Forty-hour workweek?

14    A.    Yes.

15    Q.    Forty-year work life?

16    A.    Forty-year work life.

17    Q.    What about the ACGIH TLV, is

18 that -- or that is not a time weighted

19 average?

20    A.    It is a ceiling limit, so it is

21 interpreted a little differently.  It is a

22 value never to be exceeded, and it is

23 without reference to the 8-hour work shift.

24    Q.    What about the 40-hour workweek?

25    A.    Well, there is no reference to

1 evaluation.  Which is why you do a

2 subjective test as well, to see if the data

3 looked reasonably lognormal or matched

4 whatever distribution model you're applying.

5      Q.   Did you consider any other models

6 besides the lognormal and the normal?

7      A.   No.

8      Q.   Did you graph the data?

9      A.   Yes, I did.

10      Q.   Where is that?

11      A.   Are we referring to the log

12 probability plot?

13      Q.   I am referring to what you graphed

14 to tell you under the subjective goodness of

15 fit that it worked.  Where is the graph?

16 Where is the piece of paper I can look at,

17 that you looked at?

18      A.   Well, the first item you could

19 look at, I think I actually have it

20 referenced, is my very first report.

21      Q.   The histograms from Alexander?

22      A.   No.  "2008 Estimation of Sample

23 Sizes for FEMA Temporary Housing Units

24 Study."

25           That has example log probability

1 plots and histograms showing that the data

2 fit the lognormal distribution, or excuse

3 me, the lognormal distribution fit the data

4 very well.

5            In my folders on statistical

6 analysis for each manufacturer, there is

7 going to be two subfolders.  One is labeled

8 "RTF," which stands for rich text file.  The

9 rich text file is basically -- just simply a

10 different type of document similar to a Word

11 document.

12           In that, I have the log

13 probability plots for the occupied and

14 unoccupied units, and also divided up --

15 excuse me.  And also for the occupied and

16 unoccupied for the major model.  I used

17 those log probability plots to determine

18 whether there were any egregious departures

19 from lognormality.

20           When the datasets get large or

21 they become large -- large sample sizes --

22 you often fail the goodness of fit test,

23 even though the subjective evaluation of the

24 log probability plot looks perfectly fine.

25           There is a reason for that.  I

1 don't know if you want to know the reason,

2 but I am perfectly willing to tell you.

3    Q.    First, I want to know what you are

4 looking for subjectively to see that

5 goodness of fit is met?

6    A.    You look to see if the data follow

7 along a best fit line reasonably well.    A

8 perfect concordance would be every data

9 point falls exactly along the best fit line.

10            You also see departures at the

11 high end and the low end.

12            There are other variations.    If

13 you see a waviness or a systematic departure

14 from the best fit line, you might suspect

15 you have a mixture of distributions.

16            In the majority of the cases, the

17 data fit very well.    In some cases,

18 extraordinarily well, even though they

19 failed a formal goodness of fit test.

20    Q.    What is a best fit line?

21    A.    The best fit line is basically a

22 line that is calculated through the data on

23 a log probability plot.    And it is related

24 to the geometric mean and GSD that you

25 calculate from the analysis data.

1      Q.    And you were going to tell me why

2 it fails the objective test.

3      A.    And there is a very good reason.

4      Q.    You were going to tell me what

5 that was.

6      A.    Yes, I am.  It is because the

7 lognormal model is simply that, a model.

8 Occupational data, exposure data,

9 concentration data, environmental exposure

10 and concentration data are almost always

11 well described by a lognormal model, but are

12 not truly lognormally distributed.

13            I can give you an example of what

14 I mean by that.  So a lognormal distribution

15 is a mathematical model that has an infinite

16 upper boundary.  According to the model,

17 there is some probability of extraordinarily

18 high exposures.  In reality, those

19 extraordinarily high exposures cannot occur.

20            I will give you an example that I

21 think you can understand.  The highest

22 possible concentration of a pure gas is

23 1 million parts per million.  It cannot get

24 anymore concentrated than that.  And yet,

25 you can have a lognormal model fit to data

1 that will predict a probability of a

2 concentration greater than 1 million parts

3 per million.  So there is a disconnect

4 between a mathematical model and the true

5 exposure profile or a true concentration

6 profile.

7          What happens with datasets is that

8 as the dataset becomes larger and larger,

9 the discrepancies between the actual data

10 and the mathematical model become more and

11 more apparent.  At some point, a statistical

12 test is going to fail when you are applying

13 any particular distributional model to any

14 particular dataset.

15          At some point, when the sample

16 size gets large enough, it will fail, even

17 though the data are reasonably well

18 described by that model.

19     Q.   And, therefore, in this particular

20 set, you would expect, based on your model,

21 to see -- the model would predict some

22 trailers had levels as high as 10 parts per

23 million?

24     A.   If you applied the lognormal

25 distributional model in that sense, one

1 could predict what is the probability of a

2 10 part per million exposure.  I haven't

3 done that in this paper.

4      Q.   But if you followed the model that

5 you used to its logical extreme, you would

6 expect to see that result, correct?

7      A.   The model would imply there is a

8 possibility of seeing that.  The probability

9 might be extraordinarily low, but you could

10 calculate the probability.

11      Q.   One in 1,000?

12      A.   I'm not going to say, because I

13 have a feeling it would be extraordinarily

14 low for an unoccupied unit.

15      Q.   But you are not aware of any test

16 result that shows that?

17      A.   I don't think there were any

18 unoccupied units except the ones that were

19 measured by Gulf Stream very early on where

20 the levels were quite high.

21      Q.   Ten parts per million?

22      A.   I didn't say that.  I said quite

23 high.

24      Q.   What is your definition of quite

25 high?

1    A.    They measured unoccupied and

2 occupied.

3    Q.    Let's not change the answer.  I am

4 talking about occupied.  Are you aware of

5 any test results from occupied units as high

6 as 10 parts per million?

7    A.    No.

8    Q.    You expect that your model would

9 predict that such would occur?

10    A.    A lognormal distribution model

11 could be used to predict the probability of

12 a measurement as high as 10 parts per

13 million.  I have not done that, so I don't

14 know what that probability would be.  But my

15 guess is it is going to be very low.

16           That might not be the case had the

17 model been built on data collected from

18 units that were only months old at the time

19 of occupancy, because then there might have

20 been a more than trivial probability of a

21 10 part per million level.  I can't say.

22           But I have not done those

23 calculations in this report.

24    Q.    I have to jump ahead for a second.

25 Can you go to the chart on page 46.

1 the normal distribution to a percent above

2 the limit.

3    Q.   Why not?

4    A.   Because we are not talking

5 about -- we are talking about the percent

6 above a limit.  If you want to invent

7 another statistic, for example, the mean of

8 all percents above a limit, then you have

9 your own statistic, and you can deal with

10 that.  But that's not what I dealt with.

11         I calculated the percent above a

12 limit for each data source and for all the

13 data sources pooled together.

14    Q.   And you did that with the

15 nonparametric?

16    A.   Well, that is a nonparametric

17 calculation.  It can be done two ways, both

18 parametrically and nonparametrically.  I did

19 it nonparametrically, which is simply the

20 number of measurements above a particular

21 limit divided by the total number of

22 measurements.  That gives us a point

23 estimate of the fraction exceeding that

24 limit.

25         You can calculate confidence

1      Q.    You mentioned you are not an

2 expert in that area.  Have you ever used

3 bootstrapping in your work?

4      A.    No, I have not used bootstrapping,

5 but I do run Monte Carlo simulations all the

6 time as a means of designing sampling

7 strategies, corporate sampling strategies

8 for sampling contaminants.

9           So I am familiar with the idea of

10 random sampling from some population or from

11 a set collection of measurements.  But I

12 have never done bootstrap as part of my work

13 with any company.

14     Q.    Do you hold yourself out to be an

15 expert in the field of statistics?

16     A.    I have never held myself out to be

17 an expert in the field of statistics.

18     Q.    And, Dr. Hewett, did you consider

19 whether bootstrapping might be a good tool

20 to use in your work with respect to the

21 analysis of formaldehyde concentrations in

22 this case?

23     A.    No, I have not considered it as a

24 tool to be utilized in this case.  It didn't

25 even cross my mind to use the bootstrap

1 right?

2      A.    Possibly.  Toward what goal?  You

3 would have to give me one.

4      Q.    In fact, your dataset doesn't

5 reflect any variables that attempt to

6 capture anything about the occupant and how

7 the occupant used the trailer, right?

8      A.    No.  My analysis is focused on an

9 analysis of the measurement data.

10     Q.    Simply that concentration as

11 measured at a particular point in time,

12 right?

13     A.    Correct.

14     Q.    Let's go to your report, page 18.

15 Dr. Hewett, in your prior testimony -- I may

16 have misheard you -- I thought I heard you

17 say that the Jayco ANOVA P value was .12.  I

18 see it as .92 in your report.  Is there an

19 error in my copy?

20     A.    It says .92.

21     Q.    Okay.  I thought you said .12

22 earlier.

23     A.    The value I corrected was the

24 Keystone value, not the Jayco.

25     Q.    Right.  I believe you corrected

1 happened with each specific measurement

2 because that information is not available to

3 me or anybody else, but one can infer that

4 nearly the totality of human experience

5 could be measured in these trailers.

6 Measurements that come from trailers with

7 windows shut all day long or shut up for

8 whatever reason.  Temperature in the

9 wintertime; temperature in the summertime;

10 measurements from trailers with families;

11 measurements from trailers with shut-ins.

12          Seeing that, we still see the vast

13 majority of the elements above the relevant

14 ATSDR limit and other limits as well.

15     Q.   So is it fair to say there are

16 lots of other variables that could be

17 considered when modeling formaldehyde

18 concentration in FEMA trailers?

19     A.   Absolutely.

20     Q.   In the field of conducting

21 retroactive exposure assessments, is it wise

22 to include additional variables in your

23 model to see whether they improve your model

24 by raising the R-squared?

25     A.   We are talking about, I gather,