*Environmental Claims Journal, 22(3):221–229, 2010*
Copyright © Taylor & Francis Group, LLC
ISSN: 1040-6026 print / 1547-657X online
DOI: 10.1080/10406026.2010.499755



# Prospective and Retrospective Exposure Assessment

Jason B. Miller
Ranjit J. Machado*

*Though prospective regulatory exposure assessment and retrospective forensic exposure reconstruction rely on the same tools, they have a very different focus, require a distinct approach, and depend on different types of data. Inappropriate application of prospective regulatory exposure assessment methods to forensic exposure reconstruction can result in exposure estimates that differ significantly from actual historical exposures. This article compares prospective exposure assessment and forensic exposure reconstruction, with the goal of describing their distinctive focuses (e.g., population-based versus individual-based) and data needs.*

Downloaded At: 16:37 9 October 2010

## I. INTRODUCTION

A critical component in assessing the risks associated with chemicals in indoor or outdoor environments is developing an accurate understanding of the exposure or dose that individuals experience. Exposure assessment is one of the four steps of the risk assessment process (see Fig. 1), the others being hazard identification, analysis of the dose-response relationship, and risk characterization (National Research Council, 1983). Exposure assessments may be conducted for a variety of purposes (U.S. Environmental Protection Agency, 1992), though almost all are concerned about either what might happen in the future (termed prospective or forward-looking) or what happened at some time in the past when most of the exposure occurred (termed retrospective or reconstructive). In many, though not all, cases prospective assessments are driven

---

*Jason B. Miller is a Principal at ENVIRON with more than fifteen years of varied experience in the analysis of chemical fate and transport, exposure reconstruction, and human health risk assessment; technical support to environmental litigation; environmental regulatory compliance support; the characterization and management of radiological materials and sources; and environmental justice analysis. Ranjit J. Machado is a Principal at ENVIRON with more than twenty years of experience in applying risk assessment principles in developing remediation strategies, in environmental and toxic tort litigation, and in consumer product and facility assessments.
Address correspondence to Jason B. Miller, ENVIRON, 4350 North Fairfax Drive, Suite 300, Arlington, VA 22203. E-mail: jmiller@environcorp.com



Case 2:07-md-01873-KDE-MBN    Document 18283-7    Filed 11/24/10    Page 2 of 9



FIGURE 1. Steps of the risk assessment and exposure assessment process.

Downloaded At: 16:37 9 October 2010

by various environmental or product regulations, while retrospective analyses may be conducted due to concerns or allegations associated with historical exposures. The basic science and procedures underpinning prospective and retrospective exposure assessments are the same, and exposure assessment frameworks developed for use in the regulatory arena (e.g., U.S. Environmental Protection Agency, 1992) are useful in both prospective and retrospective assessments, regardless of whether they are conducted for regulatory purposes. However, prospective and retrospective exposure assessments have a different focus and are commonly conducted with significant differences in available information. Given their similarities and the abundant regulatory guidance available for conducting prospective exposure assessments, exposure assessment practitioners may often be inclined to overlook fundamental differences in prospective and retrospective exposure assessment, resulting in flawed retrospective assessments. In this article, we describe the different focuses of typical prospective and retrospective exposure assessments, as well as common differences in available information that may lead to incorrect evaluations of historical exposures.

## II. EXPOSURE ASSESSMENT FRAMEWORK

As described by the U.S. Environmental Protection Agency (USEPA), exposure assessment involves three primary steps (see Fig. 1):

- Characterization of the exposure setting;
- Identification of exposure pathways; and
- Quantification of exposure (U.S. Environmental Protection Agency, 1989).

Case 2:07-md-01873-KDE-MBN   Document 18283-7   Filed 11/24/10   Page 3 of 9

Downloaded At: 16:37 9 October 2010

In the first step of the assessment, characterization of the exposure setting, the assessor collects and reviews available information on the individual or population whose exposures are under evaluation; the source or extent of potential environmental contamination by the chemicals of concern identified during the hazard identification step of the broader risk assessment; and physical characteristics of the environment that affect the fate and transport of the chemicals under review. Relevant information collected during this stage includes data on the potentially exposed population's activities and locations; the potential presence of "sensitive subpopulations" such as preschools; concentrations of the chemicals of interest in environmental media such as air, soil, and water; the characteristics of any potential contamination source in the area that may contribute to the concentrations of the chemicals of interest in the environment (e.g., discharge rates to surface water or emission rates from facility stacks); and environmental characteristics such as predominant wind directions and speeds, groundwater flow directions, terrain, etc.

In the second step of the exposure assessment, data collected during the first step are used to identify exposure pathways that link contaminated environmental media and chemical sources to the potentially exposed population. Such pathways may include the consumption of contaminated groundwater as a drinking water source, incidental ingestion of and dermal contact with contaminated soil, or the inhalation of airborne emissions transported to the exposure location. During this step, the assessor reviews the fate and transport of the chemicals of concern to determine how chemicals emitted into various environmental media may be transported, transfer from one media to another, persist or degrade, or potentially accumulate in particular plants and animals. At the completion of this step, the assessor identifies those environmental pathways that are complete, connecting a potentially exposed population to a chemical of concern.

In the final step of the exposure assessment, the assessor combines the information from the previous two steps in order to quantify the rates at which chemicals of concern are released into the environment and/or concentrations of the chemicals of concern in various environmental media. These data are then used to estimate the population of interest's actual exposure to these chemicals (e.g., the concentrations of the chemical at the body's surface), and the dose that is taken into the body. The results of these calculations and information from the chemical dose-response evaluation are then used in the risk characterization step of the risk assessment.

In concept, the three steps of exposure assessment are consistent in both prospective and retrospective assessments. In particular, the last two steps, with their reliance on the underlying science of chemical behavior, fate, and transport, remain effectively unchanged in both situations. It is in the first step, characterization of the exposure setting, that significant differences occur, and it is during this step that different procedures should be applied in prospective

Downloaded At: 16:37 9 October 2010

and retrospective exposure assessments to ensure that the results of the assessment adequately reflect actual exposures. As evident, in a prospective exposure assessment information on the present exposure setting is relied on to make inferences about the future. Depending on circumstances, such information may or may not be relevant to the evaluation in a retrospective exposure assessment.

Three broad categories of data are necessary inputs to the exposure assessment process: information on the population whose exposures are under review, the source or extent of environmental contamination, and those aspects of the environment that will affect the fate and transport of the chemicals of concern. In prospective and retrospective exposure assessments, the assessor will likely have access to different types, quantity, and quality of data for each of these steps, as discussed further below.

### III. PROSPECTIVE REGULATORY EXPOSURE ASSESSMENT

Though prospective exposure assessments may be conducted to evaluate a particular individual's exposures, they are more commonly conducted to assess the exposures across a potentially exposed population (U.S. Environmental Protection Agency, 1992). Such population-based prospective assessments may be conducted for a number of reasons, including:

- Determining whether emissions from a planned facility or chemical product comply with appropriate regulations, such as the Clean Air Act or Toxic Substances Control Act;
- Developing generic risk-based concentrations to guide the assessment of potentially contaminated sites;
- Determining site-specific exposures and risks from a particular contaminated site; or
- Evaluating various clean-up options for a contaminated site and quantifying and ranking the residual risks resulting from each clean-up option.

Given the very nature of prospective exposure assessments, the assessor often does not have complete information on the potentially exposed population. For example, when assessing exposures from a planned facility, though current land use in the surrounding area may be well known, future land use is inherently unknown. An exposure pathway that is not complete today cannot necessarily be assumed to be incomplete in the future. Therefore, the assessor cannot know the exact characteristics of a potentially future exposure population. This is also true for prospective product risk assessments, where only the general characteristics of a potentially exposed population may be known (e.g., home cleaning product users), and no information is available on the

Case 2:07-md-01873-KDE-MBN   Document 18283-7   Filed 11/24/10   Page 5 of 9

characteristics of any particular potentially exposed individual. This uncertainty about the characteristics of the potentially exposed individual or population and conditions of exposure is a frequent hallmark of the prospective exposure assessment.

In response to this uncertainty about the potentially exposed population, regulatory agencies have developed extensive guidance for risk assessors. This guidance (e.g., U.S. Environmental Protection Agency, 1989, 1997, 2005, 2008) is designed to ensure that, in the absence of specific information on the potentially exposed population, the results of the assessment reflect the "reasonable maximum" exposures that would likely be experienced by the population. The guidance provides estimates not only for characteristics, such as incidental soil ingestion rates, body weights, and inhalation rates, but also provides data on general activity patterns (e.g., time spent showering, time spent gardening, etc.). These characteristics and activity patterns are designed so that, when properly chosen, the assessor may substitute for population-specific data, while remaining reasonably certain that the results of the assessment will reflect the prospective exposures, and also account for potentially sensitive subpopulations.

Because limited data are available on the prospective, potentially exposed population, exposure assessors must also make certain assumptions about if, when, and where the populations may be exposed. Because in nearly all exposure assessments the chemical concentrations to which a population may be exposed vary by location, these incomplete data on exposure location introduce another source of uncertainty into the assessment. In response to this uncertainty, the assessor may evaluate how concentrations change by location and select a statistical measure that conservatively reflects the average concentrations to which the population may be exposed. However, there is often no scientifically reasonable method to determine whether and by what means an exposure will occur in the future, so regulatory default assumptions are designed to allow for future uses that could result in exposure, irrespective of whether the use is likely, for example, use of a private well that accesses contaminated groundwater when a public water supply is available. As prospective exposure assessments of a regulatory nature are intended to be protective of future populations under conditions that may not be ascertainable, the methodologies for conducting these assessments makes provision for the unknown and provide a framework that is followed consistently.

While data on the characteristics of potentially exposed population are commonly unknown in prospective exposure assessment, much more is generally known about the source or extent of potential exposure. For example, during a prospective assessment to evaluate whether a proposed product may result in unacceptable exposures, the chemical nature of the product and the rate at which chemicals may be released during its use are well known or directly measurable. The same is often true during the assessment of emissions

Downloaded At: 16:37 9 October 2010

from a proposed facility, where engineering drawings and chemical use and emission rates are known.

The third category of necessary data, information on the environmental aspects affecting fate and transport, is also generally knowable in prospective exposure assessment, since it is dependent on basic science and common data sources. Therefore, for prospective exposure assessments, the most common unknown and largest source of uncertainty is typically data pertaining to the population being assessed.

## IV. RETROSPECTIVE FORENSIC EXPOSURE ASSESSMENT

Retrospective forensic exposure assessments are generally conducted due to concerns or allegations associated with historical exposures. Examples include application of retrospective exposure assessments to support the epidemiological assessment of health risks arising from past exposures, to evaluate potential liability arising from a historical product or operation, or to evaluate the scientific issues in a litigation matter. Such retrospective assessments are often, particularly in the litigation arena, based on individual exposures, or the potential exposures to small groups of individuals. Regardless of whether retrospective assessments are for individuals or larger populations, they share a common feature—in most instances the individuals who may have experienced the exposure, and many of their individual characteristics, can be known to the assessor. Unlike the prospective exposure assessment, the assessor need not necessarily rely on prescriptive regulatory guidance to document potential characteristics of the exposed individual or population, activity patterns, or the locations where the exposures occurred. Reliance on available population or individual-specific data obviously reduces uncertainty. Further, the available data on potentially exposed individuals, their locations, and their activities often allow the assessor to better determine exposure pathways of interest.

Counter to the increased information that is often known about the potentially exposed individuals, retrospective exposure assessments may be constrained by the available information relating to contaminant distribution. Operations that may have released the chemical of concern may have long ceased, products may no longer be available, and historical chemical levels in the environment may have been altered by development or remediation efforts. In addition, if sufficient time has passed, the records on past operations and products may be incomplete, yielding only a partial understanding of the potential for chemical release and exposure.

While the assessor can rely on core scientific principles and publicly available data sources to define the environmental characteristics that affect chemical fate and transport, it is often necessary in retrospective exposure

Downloaded At: 16:37 9 October 2010

Case 2:07-md-01873-KDE-MBN   Document 18283-7   Filed 11/24/10   Page 7 of 9

assessment to expend significant effort developing a defensible estimate of the chemical source that ultimately resulted in exposures. This is a defining characteristic of retrospective forensic exposure reconstructions.

## V. DISCUSSION

This, then, is the primary difference between prospective regulatory exposure assessment and retrospective forensic exposure reconstruction: in most cases they are dominated by different sources of uncertainty—incomplete population data for prospective assessments and constraints in available historical data for retrospective assessments. Because of this difference, regulatory exposure assessment methods, which have been developed for prospective assessments to ensure that incomplete population data does not result in underestimates of exposure, may not be suitable for use in retrospective assessments. Applying default regulatory assumptions about populations to a known individual, rather than using available specific data, could result in an over or underestimate of exposure (e.g., by relying on regulatory defaults for exposure duration or frequency of particular activities, rather than relying on data specific to the known individual). Further, prospective regulatory guidelines often protectively assume that a particular exposure pathway may be complete at some point in the future, but, in retrospective assessments, site-specific data may be available to confirm whether or not the pathway was complete for a known individual (e.g., in the simplest form, data may be available to confirm that soils in a particular area were covered by an intact concrete surface throughout the potential exposure period, removing the potential for the individual to incidentally ingest soil from that location). Following prospective assessment guidelines in these situations could result in an assessment that predicts exposures from a pathway that was in fact incomplete.

Similarly, if the assessor fails to understand the characteristics of the chemical source (e.g., historical emission source characteristics or product compositions) and historical chemical concentrations in different environmental media, the results of the retrospective assessment may not accurately reflect exposures. Additionally, in retrospective assessments in the indoor environment, the assessor may also need to account for uncertainties in building characteristics, such as airflow rates through the building. The assessor must develop scientifically valid and defensible procedures to ensure that uncertainties are controlled. Since prospective regulatory assessments are generally conducted with relatively plentiful source and concentration data, relying only on regulatory guidance may not be sufficient to control uncertainties from lack of source data when conducting retrospective exposure assessments.

There are many possible methods that may be used to control for these uncertainties. The use of a particular method depends on the data that are

Downloaded At: 16:37 9 October 2010

available and the goals of the retrospective assessment. Because the available data will vary, no one method can be used across all retrospective exposure reconstructions. For example, if an operation still exists, or a product continues to be manufactured, it is often possible to extrapolate current data on the operation or product to assess past exposures, though some characteristics may require adjustment to account for changes over time (e.g., minor changes in formulation, changed stack gas flow rates, etc.) and care must be taken to ensure that operational consistency is not overstated. In another example, if operations at the subject site have ceased, but data for similar sites and operations are available, it may be possible to extrapolate certain data from those sites to represent the subject site, though care must be taken to ensure that data are representative. Alternatively, if historical product exposures are of interest, and the product formulation is known, it may be possible to recreate the product, simulate its use, and monitor resulting environmental concentrations and exposures.

When reconstructing past exposures, available data may in some instances be limited to incomplete records and interviews with individuals who historically worked at the site or with the product. In some cases, the assessor may not be able to directly verify this information from multiple sources. In these instances, the assessor should evaluate whether other data can be used to verify the questionable information. For example, if only partial data are available to recreate the characteristics of an airborne particulate matter emissions source at a site, the assessor may use these data to develop a fate and transport model for air emissions and then verify that the model adequately predicts soil concentrations in the surrounding area that resulted from particulate deposition. Consistency between the model results and measured soil concentrations can be used to verify the accuracy of the partial emissions source data. Given the potential uncertainties in source data for retrospective exposure assessment, the assessor should verify the sensitivity of predicted exposures to different variables, in an effort to determine whether an uncertain data point has undue influence on the assessment results. If this proves to be the case, the assessor can review the available information to determine if additional data can be found, or can apply common statistical procedures to quantify and bound uncertainties in the assessment.

In conclusion, though regulatory prospective exposure assessments and retrospective forensic exposure reconstructions are based on the same scientific principles and may be conducted using the same assessment framework, they are often characterized by different sources of uncertainty. These different sources of uncertainty require that the assessor apply different data handling procedures to develop a quality assessment result. If regulatory guidance designed to correct for weaknesses in available population-related information during a prospective assessment is applied during a retrospective assessment where more specific population data are available, the results

Downloaded At: 16:37 9 October 2010

Case 2:07-md-01873-KDE-MBN   Document 18283-7   Filed 11/24/10   Page 9 of 9

may inappropriately over or underestimate exposures. Similarly, regulatory guidance often assumes that fairly robust data are available on products or chemical sources. Failing to carefully review and verify the sometimes limited source and product data available for retrospective assessments may result in assessment results that are not robust or predictive.

## REFERENCES

National Research Council (NRC). 1983. *Risk Assessment in the Federal Government: Managing the Process*. Washington, D.C.: National Academy Press.

U.S. Environmental Protection Agency (USEPA). 2008. *Child-Specific Exposure Factors Handbook*. EPA/600/R-06/096F.

———. 2005. *Human Health Risk Assessment Protocol for Hazardous Waste Combustion Facilities*. EPA530-R-05-006.

———. 1997. *Exposure Factors Handbook*.

———. 1992. *Guidelines for Exposure Assessment*. EPA/600/Z-92/001.

———. 1989. *Risk Assessment Guidance for Superfund*. EPA/540/1-89/002.

Downloaded At: 16:37 9 October 2010