UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED<br>TO:<br>*Blackston et al v. Crum & Forster Specialty Insurance Company et al*<br>*No. 09-5429* | JURY DEMANDED |

### PLAINTIFFS NANCY DAVIDSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, Nancy Davidson, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Crum & Forster Specialty Insurance Company, Sentry Insurance a Mutual Company, Fluor Enterprises, Inc., and the United State of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5429, as she already has a claim against the Defendants in another case, 09-cv-8454. Plaintiff's dismissal of her claim in Case No. 09-cv-5429 will not affect her claim in Case No. 09-cv-8454.

By:     /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084

        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/Matthew B. Moreland
        Matthew B. Moreland