AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CAROLYN WILLIAMS, ET AL | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 10-3929 |
| VANGUARD INDUSTRIES OF MICHIGAN, INC.., ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED STATES OF AMERICA through
Eric Holder, US Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__     B. Gregory
Deputy clerk's signature



# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0017 0894**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:09 am on November 16, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.
Go >

### Detailed Results:
- Delivered, November 16, 2010, 11:09 am, WASHINGTON, DC 20530
- Notice Left, November 16, 2010, 10:57 am, WASHINGTON, DC 20530
- Arrival at Unit, November 16, 2010, 6:27 am, WASHINGTON, DC 20022

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.   Go >



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                        11/22/2010