**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**           **SECTION "N-5"**

                                                 **JUDGE ENGELHARDT**
                                                 **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Sampson, et al, v. Gulf Stream Coach, Inc., et al.,* **EDLA 09-3250**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

        New Orleans, Louisiana this 29th day of _____November_____, 2010.

                        _____
                        HONORABLE KURT D. ENGELHARDT