UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Joseph v. Liberty Mutual Insurance Corp., et al., EDLA 09-4958*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

       IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

       New Orleans, Louisiana this 29th day of November, 2010.

                                       _____
                                       HONORABLE KURT D. ENGELHARDT