UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**    **SECTION "N-5"**

                                             **JUDGE ENGELHARDT**
                                             **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Sellers, et al v. Dutchmen Manufacturing, Inc., et al, EDLA 09-4987*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

      IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

      New Orleans, Louisiana this 29th day of November, 2010.

                                        _____
                                        HONORABLE KURT D. ENGELHARDT