UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                                **JUDGE ENGELHARDT**
                                                **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Clark, et al., v. Keystone RV Company, et al., EDLA 09-5002*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

    New Orleans, Louisiana this 29th day of November, 2010.

                                                  _____
                                                HONORABLE KURT D. ENGELHARDT