UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**         **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**         **SECTION "N-5"**

        **JUDGE ENGELHARDT**
        **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Bailey, et al. v. Cavalier Home Builders, LLC, et al., EDLA 09-5003*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

New Orleans, Louisiana this 29th day of November, 2010.

             _____
             HONORABLE KURT D. ENGELHARDT