AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| LOGAN O'NEAL, ET AL <br> *Plaintiff* <br> v. <br> GULF STREAM COACH, INC., ET AL <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 10-3917 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
Eric Holder, US Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__   *B. Gregory*
Deputy clerk's signature



# Track & Confirm

**Search Results**

Label/Receipt Number: **7179 1000 1645 0017 0566**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:09 am on November 16, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

**Detailed Results:**
- Delivered, November 16, 2010, 11:09 am, WASHINGTON, DC 20530
- Notice Left, November 16, 2010, 10:57 am, WASHINGTON, DC 20530
- Arrival at Unit, November 16, 2010, 6:12 am, WASHINGTON, DC 20022

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. [ Go > ]

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Certified Mail Receipt — Sent To: U.S. Dept. of Justice, through Eric Holder, US Atty General, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001. Certified Fee 2.80; Return Receipt Fee 2.30; Restricted Delivery Fee 0.00; Postage 0.44; Total Postage & Fees $5.54. Code2: O'Neal v. Gulf Stream, EDLA 10-3917.