AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| ANGELUS MITCHELL | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 10-3914 |
| LIBERTY MUTUAL INSURANCE CORP. ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
Craig Fugate, Director of FEMA
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__

*B. Gregory*
Deputy clerk's signature



UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: 7179 1000 1645 0017 0528
Service(s): Certified Mail™
Status: **Delivered**

Your item was delivered at 8:30 am on November 16, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Detailed Results:**
- Delivered, November 16, 2010, 8:30 am, WASHINGTON, DC 20472
- Arrival at Unit, November 16, 2010, 6:42 am, WASHINGTON, DC 20022

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

7179 1000 1645 0017 0528

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 0.44 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 5.54 | |

Sent To: USA thru Craig Fugate, Director FEMA
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

Code2: Mitchell v. Liberty Mut., EDLA 10-3914

PS Form 3800, August 2006    See Reverse for Instructions