UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                   **JUDGE ENGELHARDT**
                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Peshek v. DS Corp., d/b/a Crossroads RV, et al.,* **EDLA 09-5245**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

    New Orleans, Louisiana this 29th day of November, 2010.

                                           _____
                                           HONORABLE KURT D. ENGELHARDT