UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Andrew Sylvester v. Cavalier Home Builders, LLC, et al., EDLA 09-5621*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion,

　　IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Petition is GRANTED.

　　New Orleans, Louisiana this 29th day of November, 2010.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT