**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**              **SECTION "N-5"**

                                                   **JUDGE ENGELHARDT**
                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Shepherd, et al., v. Gulf Stream Coach, Inc., et al., EDLA 10-0236*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

        New Orleans, Louisiana this 29th day of ___November___, 2010.


                        _____
                        HONORABLE KURT D. ENGELHARDT