UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION N-5

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*February 22, 2011, Dutchaman Manufacturing, Inc., Summary Jury Trial*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States of America's Unopposed *Ex Parte*/Consent Motion requesting that the Court alter and extend Pretrial Order No. 78, December 1, 2010, deadline for the parties to advise the Court whether and to what extent there are any objection to the the undersigned presiding over the February 22, 2011, Dutchman Manufacturing, Inc. summary jury trial, and good cause having been shown to modify that deadline,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the United States of America shall file may file any objection to the the undersigned presiding over the February 22, 2011, Dutchman Manufacturing, Inc. summary jury trial no later than ten (10) days after Plaintiffs' Steering Committee and Dutchman Manufacturing, Inc., finalize and provide to the government the Dutchman Manufacturing summary jurty trial protocol.

**DONE AND SIGNED** this __29th__ day of __November__, 2010.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA