UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Reset Hearing Date Regarding Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana (Rec. Doc. 18248)** is **DENIED**. This motion is not set for oral argument, so it is of no merit whether counsel will be out of town on the scheduled hearing day.

New Orleans, Louisiana, this 29th day of November, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**