UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Price, et al., v. Jayco Enters., Inc., et al.,* EDLA 09-5010
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs' Original Complaint is GRANTED.

New Orleans, Louisiana this 29th day of November, 2010.

_____
HONORABLE KURT D. ENGELHARDT