## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-5"**

                                                 **JUDGE ENGELHARDT**
                                                 **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Harris v. Coachmen Recreational Vehicle Co. of Ga., LLC., et al., EDLA 09-5242*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

　　　IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

　　　New Orleans, Louisiana this 29th day of November , 2010.

_____
HONORABLE KURT D. ENGELHARDT