**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al., v. Forest River, et al. EDLA 09-3255*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**ORDER**

Considering the foregoing Motion,

        IT IS ORDERED that the Plaintiffs' unopposed Motion for Leave to Amend Plaintiffs'

Original Complaint is GRANTED.

        New Orleans, Louisiana this 29th day of November, 2010.


        _____
        HONORABLE KURT D. ENGELHARDT