## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| Isaiah Chatman, et al v. Forest River, et al | | * | |
| Number 09-6704 | | | MAGISTRATE CHASEZ |

### O R D E R

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Plaintiffs Motion to Sever Matched Plaintiffs From

Original Complaint bearing Civil Action Number 09-6704 is granted.

This the 29th day of _____November_____, 2010, in New Orleans, Louisiana.

_____
J U D G E