UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| *Ausbrooks v. Forest River, Inc., et al*; | * | |
| Docket No. 09-8635 | * | MAGISTRATE: CHASEZ |
| *Early v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8570 | * | |
| *Price v. Jayco, Inc., et al* | * | |
| Docket No. 09-5010 | * | |
| *Clementin v. Keystone RV, Inc., et al* | * | |
| Docket No. 09-8441 | * | |
| *Williams v. KZRV, LP, et al* | * | |
| Docket No. 09-8558 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MANUFACTURING DEFENDANTS' MOTION TO JOIN MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF PAUL HEWETT, PH.D.

**NOW INTO COURT**, come the Manufacturing Defendants, who join in and adopt as their own the Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D. (Rec. Doc. No. 18283) filed in this matter.

**WHEREFORE**, the Manufacturing Defendants respectfully request that this Court allow them to join in and adopt as their own the Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D. (Rec. Doc. No. 18283) filed in this matter.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____

        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Fax: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com
        **LIAISON COUNSEL FOR MANUFACTURING**
        **DEFENDANTS**

## CERTIFICATE

I hereby certify that on the 29th day of November, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

        s/Andrew D. Weinstock
        _____
        ANDREW D. WEINSTOCK #18495
        andreww@duplass.com