UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * | MDL NO. 1873  SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:  Rodenno Dixon, et al v. Dutchmen, et al  Number 09-4232 | | * * * | JUDGE ENGELHARDT  MAGISTRATE CHASEZ |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Plaintiffs Motion to Sever Matched Plaintiffs From Original Complaint bearing Civil Action Number 09-4232 is granted.

This the 29th day of November, 2010, in New Orleans, Louisiana.

_____
JUDGE