UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: Hattie Joseph, et al v. Cavalier Home Builders Number 09-5556 | | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that the Plaintiffs Motion to Sever Matched Plaintiffs From Original Complaint bearing Civil Action Number 09-5556 is granted.

This the  29th  day of    November   , 2010, in New Orleans, Louisiana.

_____
JUDGE