UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
June 20, 2011 Coachmen Recreational Vehicle Company, LLC trial

## ORDER

**IT IS ORDERED** that Anthony Dixon shall serve as the bellwether Plaintiff in the June 20, 2011 Coachmen Recreational Vehicle Company, LLC trial. It is the Court's understanding that this bellwether trial will be a full-length trial as opposed to a summary jury trial.

**IT IS FURTHER ORDERED** that the pre-trial conference in this matter is set for **Thursday, June 9, 2011 at 9:00 a.m.**

**IT IS FINALLY ORDERED** that on or before **Friday, December 10, 2010**, the parties shall submit to the Court via email an agreed-upon proposed scheduling order tied to the above trial and pre-trial conference dates.

New Orleans, Louisiana, this 29th day of November, 2010.

                                                            **KURT D. ENGELHARDT**
                                                            **UNITED STATES DISTRICT JUDGE**