UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*JoAnn Cargo v. Coachmen Industries, Inc., et al.*,
MDL 1873, MDLA 09-493, EDLA 09-5977
*Ashley Bailey, et al. v. Forest River, Inc., et al.*,
MDL 1873, EDLA 09-3588
*Laura Gonzales, et al. v. Crum & Forster Specialty Insurance, et al.*,
MDL 1873, EDLA 10-749
*Sheila Borne, et al. v. DS Corp., et al.*,
MDL 1873, EDLA 09-3729
*April N. Wilson v. Forest River, Inc., et al.*,
MDL 1873, MDLA 09-496, EDLA 09-5978
*Helen Albarado, et al. v. Keystone RV Company, et al.*,
MDL 1873, EDLA 10-512
*James Berndt, et al. v. Dutch Housing, Inc., et al.*,
MDL 1873, EDLA 09-7946
*Chad W. Macalusa, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 09-4666
*Rebecca A. Deroche, et al. v. Keystone RV Company, et al.*,
MDL 1873, EDLA 09-7923
*Belinda Chilton, o/b/o the minor A.F., et al. v. CMH Manufacturing, et al.*,
MDL 1873, EDLA 09-7981
*Linda S. Barcelona, et al. v. R-Vision, Inc., et al.*,
MDL 1873, EDLA 09-3949
*Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*,
MDL 1873, EDLA 09-7985
*Christopher Falgout, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, EDLA 09-4662
*Krissy Gadwaw, ind. and o/b/o the minor AA, et al. v. DS Corp, et al.*,
MDL 1873, EDLA 09-7941
*Betty A. Brignac, et al. v. Hy-Line Enterprises, Inc., et al.*,
MDL 1873, EDLA 09-3736
*Aimee Lee Barrilleaux, et al. v. Coachmen Industries, Inc., et al.*,
MDL 1873, EDLA 09-3726
*Gretchen Schulte Atwood, et al. v. Forest River, Inc., et al.*,
MDL 1873, EDLA 09-7958

*Arlene Anna Marie Blanchard, et al. v. Pilgrim International, Inc., et al.*,
**MDL 1873, MDLA 09-502, EDLA 09-5980**
*Brandon Karcher v. Horton Homes, Inc., et al.*,
**MDL 1873, WDLA 09-1281, EDLA 09-6713**

**O R D E R**

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this 29th day of November, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2