UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                                                   JUDGE ENGELHARDT
                                                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNOPPOSED MOTION BY PSC
TO FILE SUBSTITUTE ORDER

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee herein ("PSC"), which respectfully represents that the PSC previously filed a motion of dismissal pursuant to the Fleetwood settlement, Doc. 16174, which was accompanied by a proposed Order of Dismissal, Doc. 16174-3, and which further represents to the Court that, subsequent to the above filing, it has proven necessary and appropriate to revise the provisions in the proposed Order being submitted to the Court in connection with the aforesaid motion, and which accordingly now requests that the attached, revised Order be substituted in the record for the previous Order, Doc. 16174-3, and considered by the Court as the Order presented for entry in connection with the earlier-filed Motion of Dismissal pursuant to the Fleetwood settlement (Doc. 16174), and which finally represents that opposing counsel have no opposition to this Motion to Substitute.

                                           Respectfully submitted:

                                           FEMA TRAILER FORMALDEHYDE
                                           PRODUCT LIABILITY LITIGATION

BY:	s/Gerald E. Meunier
	GERALD E. MEUNIER, #9471
	**PLAINTIFFS' CO-LIAISON COUNSEL**
	Gainsburgh, Benjamin, David, Meunier &
	Warshauer, L.L.C.
	2800 Energy Centre, 1100 Poydras Street
	New Orleans, Louisiana 70163
	Telephone:	504/522-2304
	Facsimile:	504/528-9973
	gmeunier@gainsben.com

	s/Justin I. Woods
	JUSTIN I. WOODS, #24713
	**PLAINTIFFS' CO-LIAISON COUNSEL**
	Gainsburgh, Benjamin, David, Meunier &
	Warshauer, L.L.C.
	2800 Energy Centre, 1100 Poydras Street
	New Orleans, Louisiana 70163
	Telephone:	504/522-2304
	Facsimile:	504/528-9973
	jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
	ANTHONY BUZBEE, Texas # 24001820
	ROBERT M. BECNEL, #14072
	RAUL BENCOMO, #2932
	FRANK D'AMICO, JR., #17519
	MATT MORELAND, #24567
	LINDA NELSON, #9938
	DENNIS REICH, Texas #16739600
	MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

                                                             s/Gerald E. Meunier
                                                             GERALD E. MEUNIER, #9471