UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

       Considering the foregoing motion,

       IT IS ORDERED that the attached Order be substituted in the record for the previously-filed submitted Order which is Doc. 16174-3.

       THIS DONE the ____ day of _____, 2010, New Orleans, Louisiana.

                                           _____
                                           UNITED STATES DISTRICT JUDGE