AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

In Re: FEMA Trailer Formaldehyde
Products Liability Litigation

Plaintiff

v.

Defendant

)
)
)
)
)
)

Civil Action No. 07-1873

Relates to: Civil Action No. 09-3677
Josephine Seaton vs. Recreation by Design, LLC, et al.

## Summons in a Civil Action

To: *(Defendant's name and address)*

The United States of America through
the Office of the U.S. Attorney for the Eastern District of Louisiana,
Jim Letten, Esq.
500 Poydras Street, Room B-210
New Orleans, Louisiana 70130

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

B. Gregory

Deputy clerk's signature

Date:      Oct 08 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

> (1) personally delivering a copy of each to the individual at this place, _____
> _____ ; or

> (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
>    who resides there and is of suitable age and discretion; or

> (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
> _____ ; or

> (4) returning the summons unexecuted to the court clerk on _____ ; or

> (5) other *(specify)* _____
> _____
> _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address