UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **SECTION "N-5"** |
| THIS DOCUMENT IS RELATED TO: 09-3832 | * | |
| *Angela Patterson vs. Dutchmen Manufacturing, Inc., et al.* | * | **JUDGE ENGELHARDT** |
| | * | |
| | * | **MAG. JUDGE CHASEZ** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### CANDICE C. SIRMON, ESQ.

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiffs in the above-captioned matter; that on November 19, 2010, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint for Damages in the above captioned matter, properly addressed, to defendant, The United States of America. through U.S. Attorney for the Eastern District of Louisiana, Jim Letten, Esq., 500 Poydras Street, Suite B-210, New Orleans, Louisiana 70130, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and First Supplemental and Amending Complaint for

Damages has been received by the addressee; that the affiant herewith makes this affidavit

pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this 30th day of
November, 2010.

CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _T. Santos_ ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* ) C. Date of Delivery <br> T. Santos 11/23/10 |
| 1. Article Addressed to: <br><br> The United States of America <br> Through the U.S. Attorney for the Eastern <br> District of Louisiana <br> Jim Letten, Esq. <br> 500 Poydras Street, Suite B-210 <br> New Orleans, Louisiana 70130 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☒ Certified Mail ☐ Express Mail <br> ☐ Registered ☒ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? ( *Extra Fee* ) ☐ Yes |
| 2. Article Number <br> ( *Transfer from service label* ) 7008 1830 0001 1683 8611 | |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |