UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *Ausbrooks v. Forest River, Inc., et al*; | * | |
| Docket No. 09-8635 | * | MAGISTRATE: CHASEZ |
| *Early v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8570 | * | |
| *Price v. Jayco, Inc., et al* | * | |
| Docket No. 09-5010 | * | |
| *Clementin v. Keystone RV, Inc., et al* | * | |
| Docket No. 09-8441 | * | |
| *Williams v. KZRV, LP, et al* | * | |
| Docket No. 09-8558 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Manufacturing Defendants' Motion to Join Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D.:

**IT IS HEREBY ORDERED** that the Manufacturing Defendants' Motion to Join Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D. is **GRANTED**.

New Orleans, Louisiana  11/30/10

_____
UNITED STATES DISTRICT JUDGE