UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY § | | |
| LITIGATION § | | SECTION N(5) |
| § | | JUDGE ENGELHARDT |
| § | | MAG. JUDGE CHASEZ |
| § | | |
| THIS DOCUMENT IS RELATES TO: § | | |
| ALL CASES § | | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED
SCHEDULING ORDER AND AGREED SUMMARY JURY TRIAL
ORDER FOR THE AUGUST 1, 2011 BELLWETHER TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, through undersigned counsel, come Defendant JAYCO, INC. ("Jayco") and PSC and submit this Joint Motion for Extension of Time to File Proposed Scheduling Order and Agreed Summary Jury Trial Order for the August 1, 2011 Bellwether Trial, and in support thereof would show as follows:

**I.**

Defendant Jayco and PSC request that the Court extend the December 1, 2010 deadline to provide this Court with an agreed proposed scheduling order and agreed summary jury trial order as set out in the Court's order of November 17, 2010 (Rec. Doc. No. 18053).  The parties are

currently working on drafts of these orders; however, the orders cannot be finalized by December 1, 2010 as no trial plaintiff has been agreed to or otherwise selected. Per the Court's November 17, 2010 Order, the deadline to select an agreed upon trial plaintiff or submit bellwether plaintiff reports to the Court is January 10, 2011. The proposed scheduling order and agreed summary jury trial order for the August 1, 2011 bellwether trial cannot be finalized until the bellwether plaintiff is selected.

For the foregoing reasons, Jayco and PSC respectfully request that this Court issue an Order granting an extension of time for the parties to furnish the Court with their proposed scheduling order and agreed summary jury trial order **on or before January 20, 2011**.

    Respectfully submitted,

    **WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

    **Attorneys for Jayco, Inc.**

                                        BENCOMO & ASSOCIATES

                                        s/*Raul Bencomo*
                                        Raul R. Bencomo
                                        639 Loyola Avenue, Suite 2110
                                        New Orleans, LA 70113
                                        (504) 529-2929 - Telephone
                                        (504) 529-2018 – Facsimile

                                        **Plaintiff Steering Committee**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of December, 2010.

                                          s/*Thomas L. Cougill*
                                          THOMAS L. COUGILL