UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bartholomew et al v. Crum & Forster Specialty Insurance Company et al*
No. 09-5428

JURY DEMANDED

## PLAINTIFF PATRICIA HIGGINBOTHAM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, Patricia Higginbotham, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against Defendants, Crum & Forster Specialty Insurance Company, Sentry Insurance a Mutual Company, Fluor Enterprises, Inc., Shaw Environmental, Inc., CH2M Hill Constructors, Inc., and the United State of America through the Federal Emergency Management Agency, in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5328, as she already has a claim against the Defendants in another case, 10-cv-2443, which matches Plaintiff to both a manufacturer and installer. Plaintiff's dismissal of her claim in Case No. 09-cv-5428 will not affect her claim in Case No. 10-2443.

By: ___/s/Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)

BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
