UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. ALMA L. CHASEZ |
| *Member Case No. 09-3251;* | * | |
| *Fifth Circuit Case No. 10-31045* | * | |

## JOINT RECORD DESIGNATIONS FOR FIFTH CIRCUIT APPELLATE REVIEW

NOW INTO COURT, through undersigned counsel, comes plaintiff/Appellant, Earline Castanel and defendant/Appellee, Recreation by Design, LLC who submit the following joint record designations pursuant to direction from the Court of Appeals for the Fifth Circuit on November 3, 2010.

1. Case No. 2:09-cv-3251, R. Doc. 1 - Complaint for Damages with Jury Demand by Earline Castanel

2. Case No. 2:09-cv-03251 Doc.1 - Complaint for Damages, *Castanel et al., v. Recreation by Design, LLC et al.*

3. Case No. 2:09-cv-03251 Doc. 9401 - First Supplemental and Amended Complaint

4. Case No. 2:09-cv-03251 Doc. 14272 - Motion for Entry of Judgment

5. Case No. 2:09-cv-03251 Doc. 14326 - Plaintiffs Opposition to Defendant's Motion for Entry of Judgment

6. Case No. 2:09-cv-03251 Doc. 16209 - Order and Reasons

7. Case No. 2:09-cv-03251 Doc. 16210 – Judgment

8. Case No. 2:09-cv-03251 Doc.1719 - Notice of Appeal

9. Case No. 2:07-MD-1873, R. Doc. 9401 - First Amended Complaint for Damages by Earline Castanel

10. Case No. 2:07-MD-1873, R. Doc. 13848 - Answer to Complaint and First Amended Complaint for Damages with Jury Demand by Defendant, Recreation By Design, LLC

11. Case No. 2:07-MD-1873, R. Doc. 13965 - Pretrial Memorandum by Plaintiff's Liaison Counsel and Defendant, Recreation By Design, LLC

12. Case No. 2:07-MD-1873, R. Doc. 14272 - Motion for Entry of Judgment under Rule 54(b) by Defendant Recreation By Design, LLC

13. Case No. 2:07-MD-1873, R. Doc. 16209 - Order and Reasons granting in Part, denying in part 14272 Motion for Entry of Judgment under Rule 54(b) by Defendant Recreation By Design, LLC

14. Case No. 2:07-MD-1873, R. Doc. 16210 - Judgment entered in favor of Defendant, Recreation By Design, LLC against Plaintiff, Earline Castanel

All exhibits entered into the Record at trial, including the items listed at numbers 8 - 32 of this list as follows:

15. Case No. 2:07-MD-1873 - Trial Exhibit 264, Photographs of the Castanel Unit taken by Stephen Smulski

16. Case No. 2:07-MD-1873 - Trial Exhibit 274, Recreation By Design, LLC Owner's Manual

17. Case No. 2:07-MD-1873 - Trial Exhibit 278, Morgan Buildings & Spas Purchase Order

18. Case No. 2:07-MD-1873 - Trial Exhibit 279, Recreation By Design, LLC 33FH Trailer Specifications

19. Case No. 2:07-MD-1873 - Trial Exhibit 362, BlueLinx Corporation Materials Safety Data Sheet #3

20. Case No. 2:07-MD-1873 - Trial Exhibit 367, Recreation By Design, LLC Website Image "About Recreation by Design"

21. Case No. 2:07-MD-1873 - Trial Exhibit 368, Recreation By Design Website Image "Imagine the Possibilities"

22. Case No. 2:07-MD-1873 - Trial Exhibit 372, Recreation By Design Website Image "RBD's Self-Contained Travel Trailers"

23. Case No. 2:07-MD-1873 - Trial Exhibit 374, Recreation By Design Website Image "Travel Trailer Options & Accessories"

24. Case No. 2:07-MD-1873 - Trial Exhibit 403, Earline Castanel's Plaintiff Fact Sheet with Attachments

25. Case No. 2:07-MD-1873 - Trial Exhibit 405, Earline Castanel's Plaintiff Fact Sheet - Revised, dated November 18, 2009

26. Case No. 2:07-MD-1873 - Trial Exhibit 443, Agreement to Rules of Occupancy

27. Case No. 2:07-MD-1873 - Trial Exhibit 454, RBD (Plant #2) 25294 Morgan 33FH No. 294

28. Case No. 2:07-MD-1873 - Trial Exhibit 455, Trailer Floor Plan

29. Case No. 2:07-MD-1873 - Trial Exhibit 489 (pg. 416), Recreation By Design, LLC Invoice

30. Case No. 2:07-MD-1873 - Trial Exhibit 498, FEMA Model Travel Trailer Procurement Specifications, August 12, 2004

31. Case No. 2:07-MD-1873 - Trial Exhibit  520, FEMA Flyer Distributed 2006

32. Case No. 2:07-MD-1873 - Trial Exhibit 521, FEMA Important Formaldehyde Information for FEMA Housing Occupants Distributed July 2007

33. Case No. 2:07-MD-1873 - Trial Exhibit 628, ATSDR Selected Pages: Cover (628-001), #6 (628-502), #299-300 (628-792 - 628-793), A-1 (628-914), A-7 - A-9 (628-920 - 628-922)

34. Case No. 2:07-MD-1873 - Trial Exhibit 858, Federal Register: Notice of Housing and Urban Development Rule on Manufactured Housing

35. Case No. 2:07-MD-1873 - Trial Exhibit 1000, Summary of Wood Composite Products that Emit Formaldehyde in the Castanel Trailer

36. Case No. 2:07-MD-1873 - Trial Exhibit 1001, Animation Still Shots

37. Case No. 2:07-MD-1873 - Trial Exhibit 1002, 2005 Where to Buy Hardwood Plywood Veneer and Engineering Hardwood Flooring Catalog

38. Case No. 2:07-MD-1873 - Trial Exhibit 1006, 2006 IARC - Selected Pages (Cover Page, 274, 280)

39. Case No. 2:07-MD-1873 - Trial Exhibit 1007, IARC 2009 (Single Page)

40. Case No. 2:07-MD-1873, R. Doc. 14268 - Minute Entry for proceedings held before Judge Kurt D. Engelhardt: Jury Trial complete on 5/24/10. Ordered that verdict be recorded and made judgment of this Court.  Ordered that counsel for defendant shall submit a proposed judgment for the Court's approval

41. Case No. 2:07-MD-1873, R. Doc. 14268-2 - Jury Verdict Form

42. Case No. 2:07-MD-1873, R. Doc. 17791 - Appeal Transcript of Jury Trial (Morning Session) held on May 17, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Cathy Pepper

43. Case No. 2:07-MD-1873, R. Doc. 17792 - Appeal Transcript of Jury Trial (Afternoon Session) held on May 17, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Jodi Simcox

44. Case No. 2:07-MD-1873, R. Doc. 17793 - Appeal Transcript of Jury Trial (Morning Session) held on May 18, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Cathy Pepper

45. Case No. 2:07-MD-1873, R. Doc. 17794 - Appeal Transcript of Jury Trial (Afternoon Session) held on May 18, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Karen Ibos

46. Case No. 2:07-MD-1873, R. Doc. 17795 - Appeal Transcript of Jury Trial (Morning Session) held on May 19, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Cathy Pepper

47. Case No. 2:07-MD-1873, R. Doc. 17796 - Appeal Transcript of Jury Trial (Afternoon Session) held on May 19, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Toni Tusa

48. Case No. 2:07-MD-1873, R. Doc. 17798 - Appeal Transcript of Jury Trial (Morning Session) held on May 20, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Cathy Pepper

49. Case No. 2:07-MD-1873, R. Doc. 17800 - Appeal Transcript of Jury Trial (Afternoon Session) held on May 20, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Karen Ibos

50. Case No. 2:07-MD-1873, R. Doc. 17803 - Appeal Transcript of Jury Trial (Morning Session) held on May 21, 2010 before Judge Kurt D. Engelhardt.   Court Reporter/Recorder Cathy Pepper

51. Case No. 2:07-MD-1873, R. Doc. 17805 - Appeal Transcript of Jury Trial held on May 24, 2010 before Judge Kurt.  Court Reporter/Recorder Cathy Pepper

52. Case No. 2:07-MD-1873, R. Doc. 13241, 13241-1, 13241-2, 13241-3, 13241-4, 13241-5, 13241-6, 13241-7, 13241,8 - Defendant Recreation By Design, LLC's Motion for Partial Summary Judgment as to Plaintiff's Failure to Warn Claim, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

53. Case No. 2:07-MD-1873, R. Doc. 13480 - Defendant Recreation By Design, LLC's Reply to Response to Motion for Partial Summary Judgment as to Plaintiff's Failure to Warn Claim

54. Case No. 2:07-MD-1873, R. Doc. 13327, 13327-1, 13327-2, 13327-3, 13327-4, 13327-5, 13327-6, 13327-7, 13327-8, 13327-9, 13327-10, 13327-11 - Plaintiff's Memorandum in Opposition to Defendant Recreation By Design, LLC's Motion for Partial Summary Judgment as to Plaintiff's Failure to Warn Claim, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

55. Case No. 2:07-MD-1873, R. Doc. 13970 - Order and Reasons denying Defendant Recreation By Design, LLC's Motion for Partial Summary Judgment as to Plaintiff's Failure to Warn Claim

56. Case No. 2:07-MD-1873, R. Doc. 14033 - Proposed Jury Instructions by Plaintiff's Liaison Counsel

57. Case No. 2:07-MD-1873, R. Doc. 14034 - Proposed Voir Dire by Plaintiffs' Liaison Counsel

58. Case No. 2:07-MD-1873, R. Doc. 14037 - Proposed Jury Verdict Form by Defendant Recreation By Design, LLC

59. Case No. 2:07-MD-1873, R. Doc. 14061 - Objections by Defendant Recreation By Design, LLC re 14033 Proposed Jury Instructions and Plaintiff's Proposed Jury Verdict Form

60. Case No. 2:07-MD-1873, R. Doc. 14064 - Objections by Plaintiffs' Liaison Counsel to 14044 Defendant's Proposed Verdict Form

61. Case No. 2:07-MD-1873, R. Doc. 14144 - Minute Entry Proceedings held before Judge Kurt D. Engelhardt:  Jury Charge Conference held on 5/21/2010

62. Case No. 2:07-MD-1873, R. Doc. 9722, 9722-1, 9722-2, 9722-3, 9722-4, 9722-5, 9722-6, 9722-7, 9722-8, 9722-9 - Defendant Recreation By Design, LLC's  Motion for Summary Judgment Regarding Prescription, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

63. Case No. 2:07-MD-1873, R. Doc. 10350, 10350-1 - Plaintiff's Memorandum in Opposition to Defendant Recreation By Design, LLC's Motion for Summary Judgment Regarding Prescription

64. Case No. 2:07-MD-1873, R. Doc. 10827 - Defendant Recreation By Design, LLC's Reply to Response to Motion for Summary Judgment Regarding Prescription

65. Case No. 2:07-MD-1873, R. Doc.13482 - Order and Reasons denying Defendant Recreation By Design, LLC's Motion for Summary Judgment Regarding Prescription

59. Case No. 2:07-MD-1873, R. Doc. 2581, 2581-1, 2581-2, 2581-3, 2581-4, 2581-5, 2581-6, 2581-7, 2581-8, 2581-9 - Shaw Environmental, Inc.'s Motion for Summary Judgment Regarding Prescription, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits filed in the *Wright v. Forest River*, *et al* matter

60. Case No. 2:07-MD-1873, R. Doc. 2803, 2803-1, 2803-2, 2803-3, 2803-4, 2803-5, 2805-6, 2805-7, 2805-8, 2805-9, 2805-10 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 2581 Motion for Summary Judgment by Shaw Environmental, Inc., Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits filed in the *Wright v. Forest River, et al* matter

61. Case No. 2:07-MD-1873, R. Doc. 2972, 2972-1 - Shaw Environmental, Inc.'s Reply to Response to Motion for Summary Judgment Regarding Prescription filed in the *Wright v. Forest River*, *et al* matter

62. Case No. 2:07-MD-1873, R. Doc. 7241 - Order and Reasons denying Shaw Environmental, Inc.'s Motion for Summary Judgment Regarding Prescription filed in The *Wright v. Forest River, et al* matter

63. Case No. 2:07-MD-1873, R. Doc. 14101 - Joint Stipulation of Facts by Plaintiff Earline Castanel and Defendant, Recreation By Design, LLC

64. Case No. 2:07-MD-1873, R. Doc. 14102 - Stipulation by Plaintiffs' Liaison Counsel Joint Stipulation of Evidentiary Facts

65. Case No. 2:07-MD-1873, R. Doc. 14044 - Revised Proposed Jury Verdict Form by Defendant, Recreation By Design, LLC

66. Case No. 2:07-MD-1873, R. Doc. 14137 - Minute Entry for proceedings held before Judge Kurt Engelhardt:  Jury Trial begun on 5/17/2010.  Notice of Removal of exhibits distributed.  Ordered that the Batson Challenge is denied.

67. Motion to Strike Certain Jurors for Cause on Behalf of Defendant Recreation By Design, LLC - This motion was forwarded to the Court and Plaintiff's Counsel via email on May 10, 2010.  This motion was not electronically filed.

68. Plaintiff Earline Castanel's List of Prospective Jurors who should be Excused for

Cause - This motion was forwarded to the Court and Counsel for Defendant Recreation By Design, LLC via email on May 5, 2010.  This motion was not electronically filed.

69. All Jury Questionnaires for the trial of Earline Castanel v. Recreation By Design, LLC

70. Case No. 2:07-MD-1873, R. Doc. 14326 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 14272 Motion for Entry of Judgment under Rule 54(b) by Defendant Recreation By Design, LLC

71. Case No. 2:07-MD-1873, R. Doc. 14445 - Reply to Response to Motion filed by Defendant Recreation By Design, LLC re 14272 Motion for Entry of Judgment Under Rule 54(b)

72. Case No. 2:07-MD-1873, R. Doc. 8629, 8629-1, 8629-2, 8629-3, 8629-4, 8629-5, 8629-6, 8629-7, 8629-8, 8629-9, 8629-10 - Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel's FTCA Claims by United States of America, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

73. Case No. 2:07-MD-1873, R. Doc. 9402, 9402-1 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 8629 Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel's FTCA Claims and Exhibit

74. Case No. 2:07-MD-1873, R. Doc. 9815 - Reply to Response to Motion filed by United States of America re 8629 Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel's FTCA Claims

75.  Case No. 2:07-MD-1873, R. Doc. 10626 - Order and Reasons granting 8629 Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel FTCA Claims filed by United States of America

76. Case No. 2:07-MD-1873, R. Doc. 13235, 13235-1, 13235-2, 13235-3, 13235-4, 13235-5, 13235-6, 13235-7, 13235-8, 13235-9, 13235-10, 13235-11, 13235-12, 13235-13, 13235-14 - Motion for Summary Judgment on Causation by Recreation By Design, LLC, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

77. Case No. 2:07-MD-1873, R. Doc. 13329, 13329-1, 13329-2, 13329-3, 13329-4 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 13235 Motion for Summary Judgment on Causation by Recreation By Design, LLC, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

78. Case No. 2:07-MD-1873, R. Doc. 13479, 13479-1, 13479-2 - Reply to Response to Motion for Summary Judgment on Causation by Recreation By Design, LLC, Memorandum in Support and Exhibits

79. Case No. 2:07-MD-1873, R. Doc. 13969 - Order and Reasons denying 13235 Motion for Summary Judgment on Causation filed by Defendant Recreation By Design, LLC

80. Case No. 2:07-MD-1873, R. Doc. 13233, 13233-1, 13233-2, 13233-3, 13233-4, 13233-5, 13233-6, 13233-7, 13233-8 - Motion for Partial Summary Judgment as to Surgery Related Claims by Recreation By Design, LLC, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

81. Case No. 2:07-MD-1873, R. Doc. 13324, 13324-1, 13324-2, 13324-3, 13324-4, 13324-5, 13324-6 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 13233 Motion for Partial Summary Judgment as to   Surgery   Related Claims by Recreation By Design, LLC, Memorandum in Support, Statement of Contested/Uncontested Facts and Exhibits

82. Case No. 2:07-MD-1873, R. Doc. 13472, 13472-1, 13472-2, 13472-3, 13472-4 - Reply to Response to Motion for Partial Summary Judgment as to Surgery Related Claims by Recreation By Design, LLC, Memorandum in Support and Exhibits

83. Case No. 2:07-MD-1873, R. Doc. 13314, 13314-1, 13314-2, 13314-3, 13314-4, 13314-5, 13314-6, 13314-7 - Motion in Limine to Exclude Evidence and/or Testimony Regarding Surgery Related Claims by Defendant, Recreation By Design, LLC, Memorandum and Exhibits

84. Case No. 2:07-MD-1873, R. Doc.13601, 13601-1, 13601-2, 13601-3, 13601-4, - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 13314 Motion in Limine to Exclude Evidence and/or Testimony Regarding Surgery Related Claims by Defendant, Recreation By Design, LLC, Memorandum and Exhibits

85. Case No. 2:07-MD-1873, R. Doc. 13854 - Reply to Response to Motion in Limine to Exclude Evidence and/or Testimony Regarding Surgery Related Claims by Defendant, Recreation By Design, LLC, Memorandum and Exhibits

86. Case No. 2:07-MD-1873, R. Doc. 14027 Order and Reasons denying 13233 Motion Motion for Partial Summary Judgment as to Surgery Related Claims by Recreation By Design, LLC; denying 13314 Motion in Limine to Exclude Evidence and/or Testimony Regarding Surgery Related Claims by Defendant, Recreation By Design, LLC, Memorandum and Exhibits

87. Case No. 2:07-MD-1873, R. Doc. 13298, 13298-1, 13298-2, 13298-3, 13298-4, 13298-5, 13298-6 - Motion in Limine to Exclude Testimony of Plaintiff's Expert Dr. L. Miller by Recreation By Design, LLC, Memorandum and Exhibits

88. Case No. 2:07-MD-1873, R. Doc. 13602, 13602-1, 13602-2, 13602-3, 13602-4,

13602-5, 13602-6, 13602-7 - Response Memorandum in Opposition filed by Plaintiffs' Liaison Counsel re 13233 Motion in Limine to Exclude Testimony of Plaintiff's Expert Dr. L. Miller by Recreation By Design, LLC, Memorandum and Exhibits

89. Case No. 2:07-MD-1873, R. Doc. 13855 - Reply to Response to Motion in Limine to Exclude Testimony of Plaintiff's Expert Dr. L. Miller by Recreation By Design, LLC, Memorandum

90. Case No. 2:07-MD-1873, R. Doc. 14084 - Order and Reasons denying 13298 Motion in Limine to Exclude Testimony of Plaintiff's Expert Dr. L. Miller by Recreation By Design, LLC

91. Case No. 2:07-MD-1873, Rule 50 Motion Regarding the Sophisticated Purchaser Defense advanced by Plaintiff, Response by Recreation By Design, LLC and Ruling by the Court - This was an oral motion heard on Day 5 of trial.  See Trial Transcript for May 21, 2010, at pages 1325 - 1327, Case No. 2:07-MD-1873 R. Doc. 17803.

92. Case No. 2:09-CV-3251, R. Doc. 3 - Order and Reasons granting Motion to Dismiss for Lack of Jurisdiction Plaintiff Earline Castanel's FTCA Claims filed by United States of America (R. Doc. 8629, filed in master case)

93. Case No. 2:09-CV-3251, R. Doc. 4 - Order granting Motion to Dismiss Party filed by Plaintiff Earline Castanel (R. Doc. 13275)

94. Case No. 2:09-CV-3251, R. Doc. 5 - Judgment entered in favor or Recreation By Design, LLC against Earline Castanel

95. Case No. 2:09-CV-3251, R. Doc. 6 - Notice of Appeal by Earline Castanel as to R. Doc. 5 Judgment

96. Case No. 2:07-MD-1873 - Jury instructions from the trial of plaintiff Earline Castanel

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**
BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304

Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

***/s/ Randall C. Mulcahy***
LYON H. GARRISON, Bar No. 19591
RANDALL C. MULCAHY, Bar No. 26436
KELLY M. MORTON, Bar No. 30645
KEVIN F. TRUXILLO, Bar No. 30769
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com