UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

       The Court has issued an Order granting the Unopposed Motion by PSC to File Substitute Order. (See Rec. Doc. 18415). As a result, a new proposed order has been filed for the PSC Motion of Dismissal Pursuant to Fleetwood Settlement. (See Rec. Doc. 16174). Thus, the Court finds it appropriate to reset this motion for hearing, allowing time for any opposition to the new, substituted order to be filed. Accordingly,

       **IT IS ORDERED** that the hearing on the PSC Motion of Dismissal Pursuant to Fleetwood Settlement (Rec. Doc. 16174), originally set for October 6, 2010, is **RESET** for **Wednesday, December 29, 2010, without oral argument**. Any opposition to this motion, based on the new, substituted order, shall be filed timely and in accordance with the Local Rules of this Court.

       New Orleans, Louisiana, this 1st day of December 2010.

                                                              **KURT D. ENGELHARDT**
                                                               **UNITED STATES DISTRICT JUDGE**