**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Andrews, et al v. Sun Valley, Inc., et al., EDLA 09-5659*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT
PLAINTIFFS' SECOND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiff respectfully moves this Court to allow them to supplement their Second Amended Complaint for Damages (Doc. 17718) to add "Exhibit A" from its caption, listing the Plaintiffs therein, which was inadvertently left off the pleading as filed. Leave should be granted to amend pleadings when justice so requires. Fed. R. Civ. P. 15(b). Here, Plaintiffs' seek to amend only to add "Exhibit A," or the list of Plaintiffs in the above captioned matter, and Exhibits B and C, all of which were inadvertently left off the pleading as filed. The proposed supplementing Exhibits (A, B and C) were properly attached to the First Amended Complaint for Damages in this matter, which was an attachment to the motion for leave to amend the latter (Doc. 17522-7).

Accordingly, Plaintiff respectfully requests that this Honorable Court grant the instant Motion to Supplement Plaintiffs' Second Amended Complaint with "Exhibit A," "Exhibit B" and "Exhibit C" attached to this motion and memorandum.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 2, 2010.

                                        /s/Gerald E. Meunier
                                        GERALD E. MEUNIER