## Exhibit B

**Pretrial Order No. 40 in <u>In Re FEMA Trailer Formaldehyde Products Liability Litigation</u>, MDL 07-1873**

Case 2:07-md-01873-KDE-MBN   Document 18423-3   Filed 12/02/10   Page 2 of 4
Case 2:09-cv-05659-KDE-ALC   Document 1-2   Filed 08/14/09   Page 2 of 4
Case 2:07-md-01873-KDE-ALC   Document 1781   Filed 06/17/2009   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 40

On June 15, 2009, the Hurricane Legal Center filed 172 new complaints related to the above referenced matter. As such, these new complaints are subject to Pretrial Order No. 38 (document #1596) which was issued on May 27, 2009 and requires, in part, that newly filed cases shall contain only plaintiffs who have claims against the same manufacturer, where known. Unmatched plaintiffs were to be included in separate complaints, not to exceed 300 plaintiffs in each case.

While 144 of the complaints filed yesterday do list only one manufacturing defendant (or one or more related manufacturing defendants), there are 28 lawsuits containing up to 300 plaintiffs and 73 separate manufacturing defendants. Allowing such cases to proceed through the regular

1

Case 2:07-md-01873-KDE-MBN   Document 18423-3   Filed 12/02/10   Page 3 of 4
Case 2:09-cv-05659-KDE-ALC   Document 1-2   Filed 08/14/09   Page 3 of 4
Case 2:07-md-01873-KDE-ALC   Document 1781   Filed 06/17/2009   Page 2 of 3

docketing process would place an extreme burden on the court and all counsel in indexing and monitoring the numerous parties, and providing service and summons for each and would make it nearly impossible for the defendants to timely respond to those complaints.

Accordingly, IT IS ORDERED that all unmatched plaintiffs shall be matched with a specific manufacturing defendant within 45 days of the date of the filing of the complaint. This deadline is subject to extension for good cause shown.

Once they are matched to a specific manufacturing defendant, such plaintiffs shall be severed from their original complaint and counsel shall file amended complaints, each containing no more than 300 plaintiffs and naming only one manufacturing defendant as well as any other specific non-manufacturing defendants.

These new complaints will be filed with the Clerk of Court on paper, not electronically, and shall contain a copy of this order and a list of the original complaint(s) from which the plaintiffs in the amended complaint came. There will be no additional filing fee. The Clerk will assign a new civil action number for each amended complaint.

At the end of the 45 day period, counsel for plaintiffs will also notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named. The original claims by any plaintiff who has not filed an amended complaint or who has not notified the court of their continued unmatched status will be subject to dismissal, without prejudice, and without further notice.

Case 2:07-md-01873-KDE-MBN   Document 18423-3   Filed 12/02/10   Page 4 of 4
Case 2:09-cv-05659-KDE-ALC   Document 1-2   Filed 08/14/09   Page 4 of 4
Case 2:07-md-01873-KDE-ALC   Document 1781   Filed 06/17/2009   Page 3 of 3

This order will remain in effect and shall apply to any pending or new complaints containing unmatched plaintiffs, whether filed directly in this court or transferred here by the MDL Panel.

NEW ORLEANS, LOUISIANA, this 17th day of June, 2009.

                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE