UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**             **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                          **JUDGE ENGELHARDT**
                                          **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Andrews, et al v. Sun Valley, Inc., et al., EDLA 09-5659*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion to Supplement Plaintiffs' Second Amended Complaint is GRANTED.

    New Orleans, Louisiana this____day of_____, 2010.

                                          _____
                                          HONORABLE KURT D. ENGELHARDT