UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 79

The Court has reviewed all of the applications for reappointment/appointment to the various committees in this MDL, which were submitted by counsel pursuant to Pretrial Order No. 75 (Rec. Doc. 15822). The Court found each of the candidates to be highly qualified and, after carefully considering which attorneys would best serve the needs of this particular litigation going forward, the Court **ORDERS** the following committee appointments:

**Plaintiffs' Steering Committee -
(headed by liaison co-counsel Gerald E. Meunier and Justin I. Woods):**[1]

-Matthew B. Moreland
-Raúl R. Bencomo
-Frank J. D'Amico, Jr.
-Anthony G. Buzbee
-Mikal C. Watts
-Dennis C. Reich
-Robert M. Becnel
-Robert C. Hilliard[2]

---

[1] The Court notes that, for personal reasons unrelated to this litigation, Linda J. Nelson has withdrawn her request for reappointment to this committee at this time.

[2] Mr. Hilliard is a new addition to this committee.

**Manufacturing Defendants' Steering Committee -
(headed by liaison counsel Andrew D. Weinstock):[3]**

- Ernest P. Gieger, Jr.
-Stewart Tharp
-James C. Percy
-Timothy D. Scandurro
-Joseph G. Glass[4]

**Contractor Defendants' Steering Committee -
(headed by liaison counsel M. David Kurtz)**

-Charles R. Penot, Jr.
-Gerardo R. Barrios
-John J. Hainkel, III
-Karen K. Whitfield[5]

New Orleans, Louisiana, this 2nd day of December, 2010.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

---

[3] The Court notes that, based on the Fleetwood settlement, Jerry Saporito and Richard Hines have requested that they be removed from participating in this committee.

[4] Mr. Glass is a new addition to this committee.

[5] Ms. Whitfield is a new addition to this committee.