UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Friday, December 3, 2010, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference on Friday, December 3, 2010 are:

-Jerry Meunier
-Justin Woods
-Matt Moreland
-Raul Bencomo
-Frank D'Amico, Jr.
-Tony Buzbee
-Mikal Watts
-Dennis Reich
-Robert Becnel
-Robert Hilliard
-Andy Weinstock
-Joe Glass

- Ernie Gieger
- Stewart Tharp
- Jim Percy
- Tim Scandurro
- Dave Kurtz
- Karen Whitfield
- Charlie Penot
- Richard Sherburne
- Gerry Barrios
- John Hainkel
- Henry Miller
- Adam Dinnell
- Tom Thagard
- Lamont Domingue (attending in Thagard's absence)
- Ralph Hubbard
- Charles Leche
- John Perry
- Dan Balhoff
- Randi Ellis
- Tom Cougill
- Brent Maggio

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10 a.m. conference on Friday, December 3, 2010, is open to all.

New Orleans, Louisiana, this 2nd day of December, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**