UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | | MDL NO. 1873 |
| FORMALDEHYDE § | | |
| PRODUCT LIABILITY § | | |
| LITIGATION § | | SECTION N(5) |
| § | | JUDGE ENGELHARDT |
| § | | MAG. JUDGE CHASEZ |
| § | | |
| THIS DOCUMENT IS RELATES TO: § | | |
| ALL CASES § | | |

### ORDER

Considering the Joint Motion for Extension of Time to File Proposed Scheduling Order and Agreed Summary Jury Trial Order for the August 1, 2011 Bellwether Trial,

IT IS HEREBY ORDERED that the Motion it GRANTED, and the Court's November 17, 2010 Order (Rec. Doc. No. 18053) is amended as follows: the December 1, 2010 deadline for the parties to provide the Court with their proposed scheduling order and agreed summary jury trial order is extended to January 20, 2011.

SIGNED this __2nd__ day of ___December___, 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE