UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO: | |
| *Arlene Anna Marie Blanchard, et al., v.* | |
| *Crum & Forster Specialty Insurance, et al.*, | |
| No. 10-3944 | |

**************************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **ARLENE ANNA MARIE BLANCHARD, *ET AL.*** (hereinafter "Plaintiffs"), who supplement and amend their Amending Complaint for Damages filed on October 19, 2010.  Plaintiffs' amending complaint herein is permitted pursuant to Fed. R. Civ. P. 15(a)(1).

Plaintiffs supplement and amend the underlying Amending Complaint to substitute **SHAW ENVIRONMENTAL, INC.** as the No-Bid Contractor Defendant for incorrectly named Fluor Enterprises, Inc. ("Fluor") at each and every occurrence where Fluor is designated in Plaintiffs' Amending Complaint for Damages.  Plaintiffs otherwise reiterate and reaver all of the allegations and prayers for relief contained therein.

1.

Plaintiffs desire to substitute the following paragraph I(6), as follows:

### I. PARTIES

6.  **SHAW ENVIRONMENTAL, INC.** ("No-Bid Contractor Defendant"), a Louisiana corporation, received a No-Bid contract from the Federal Emergency Management Agency ("FEMA") and was tasked with, amongst other things,

performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita. occupancy of the temporary housing units.

WHEREFORE, plaintiffs respectfully supplement and amend their Amending Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

>Respectfully submitted,
>
>LAW OFFICES OF SIDNEY D. TORRES, III,
>*A PROFESSIONAL LAW CORPORATION*
>
>BY:    s/ *Roberta L. Burns*
>       SIDNEY D. TORRES, III, La. Bar No. 12869
>       ROBERTA L. BURNS, La. Bar No. 14945
>       DAVID C. JARRELL, La. Bar No. 30907
>       8301 W. Judge Perez Drive, Suite 303
>       Chalmette, Louisiana 70043
>       Telephone: (504) 271-8421
>       rburns@torres-law.com
>       **Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808
   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

2. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY
   320 SOMERULOS ST.
   BATON ROUGE, LA 70802-6129

        And through its Counsel of Record
        Charles Penot
        Middleberg Riddle and Gianna
        KPMG Centre
        Suite 2400
        717 Harwood
        Dallas, TX 75201

3. **The United States of America**
        Through the United States Attorney General,
        Hon. Eric H. Holder, Jr.
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001
        And
        Through the Office of the U.S. Attorney for the Eastern District of Louisiana
        Through Jim Letten, United States Attorney
        Hale Boggs Federal Building
        500 Poydras Street, Suite B-210
        New Orleans, Louisiana 70130

4. **Federal Emergency Management Agency**
        Through the Office of the Director
        Administrator of the Federal Emergency Management Agency
        500 C Street S.W.
        Washington, D.C. 20472

5. **Crum & Forster Specialty Insurance Company**
        Through the Louisiana Secretary of State
        Legal Services Section
        Post Office Box 94125
        Baton Rouge, Louisiana 70804-9125

6. **Sentry Insurance**
        Through the Louisiana Secretary of State
        Legal Services Section
        Post Office Box 94125
        Baton Rouge, Louisiana 70804-9125

7. **North American Catastrophe Services, Inc.**
        Through its Agent for Service of Process
        Brenda J. Anderson
        620 Dijon Dr.
        Melbourne, FL 32937