OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

December 3, 2010

In re: FEMA Trailer Litigation

<u>MDL 07-1873, as relates to:</u>
*Arlene Anna Marie Blanchard, et al. vs.*
*Crum & Forster Specialty Insurance, et al.,*
**Docket #10-3944, "N"(5)**

Dear Sir:

Please <u>**issue**</u> summons on [DOC 18428, EDLA 07-1873] <u>PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES</u>, to the following:

1. **The United States of America**, through the United States Attorney General, Hon. Eric H. Holder, Jr., U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

2. **The United States of America**, through the Office of the U.S. Attorney for the Eastern District of Louisiana, through Jim Letten, United States Attorney, Hale Boggs Federal Building, 500 Poydras Street, Suite B-210, New Orleans, Louisiana 70130

3. **Federal Emergency Management Agency**, through the Office of the Director Administrator of the Federal Emergency Management Agency, 500 C Street S.W., Washington, D.C. 20472

<u>**Pursuant to Pretrial Order Nos. 55 and 68, I hereby certify that all parties in this matter have been properly matched.**</u>

Sincerely,

s/ *Roberta L. Burns*
ROBERTA L. BURNS, La. Bar No. 14945
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**