IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
SOUTHERN DIVISION

STARLETT M. KING, as wrongful death
Beneficiary and representative of JEFF SHETTERLY,
DECEASED, et al.                                                     PLAINTIFFS

VERSUS                                                             DOCKET NO. 10-2882

CH2M HILL CONSTRUCTORS, INC., ET AL.                        DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW, V. K. Smith, III, of the law firm of Bryan Nelson, P.A., P. O. Drawer 18109, Hattiesburg, Mississippi 39404-8109, and hereby enters his appearance as counsel of record for and on behalf of the Defendant, Doug Boyd Enterprises, LLC, in the above styled and numbered action.

Respectfully submitted, this the 3rd day of December, 2010.

                                                           DOUG BOYD ENTERPRISES, LLC

                                                           */s/ V. K. Smith, III*
                                                           V.K. Smith, III, (MSB#7623)

BRYAN NELSON P.A.
6524 U.S. Highway 98 West
P.O. Drawer 18109
Hattiesburg, Ms 39404-8109
Telephone:    601-261-4100
Facsimile:     601-261-4106
vsmith@vnlawfirm.com

William L. McDonough, Jr. (MSB#2414)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P. O. Box 10
Gulfport, MS 39502
Telephone:    601-863-6101
Facsimile:     601-868-9077
wmcdonough@cctb.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2010 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notice to all counsel of record.

                                                    */s/V. K. Smith, III*
                                                    V. K. Smith, III, MSB #7623