UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Andrews, et al v. Sun Valley, Inc., et al., EDLA 09-5659*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

    IT IS ORDERED that the Plaintiffs' unopposed Motion to Supplement Plaintiffs' Second Amended Complaint is GRANTED.

New Orleans, Louisiana this 3rd day of December, 2010.

_____
HONORABLE KURT D. ENGELHARDT