UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE | * | |
|    PRODUCTS LIABILITY | * | SECTION: N (5) |
|    LITIGATION | * | |
| | | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| | | |
| *This document applies to all cases* | * | MAG. CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO COLONY NATIONAL INSURANCE COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO ENJOIN**

Plaintiffs respectfully move this Honorable Court for leave to file their Reply Memorandum to Colony National Insurance Company's Memorandum in Opposition to Plaintiffs' Motion to Enjoin. This Reply Memorandum is necessary so as to provide the Court with clarification of information stated in Colony National Insurance Company's Memorandum in Opposition.

WHEREFORE, Plaintiffs pray that this Honorable Court permit the filing of the attached Reply Memorandum to Colony National Insurance Company's Memorandum in Opposition to Plaintiffs' Motion to Enjoin.

                        Respectfully submitted:

                        **FEMA TRAILER FORMALDEHYDE**
                        **PRODUCT LIABILITY LITIGATION**

                        BY:    s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600