UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

## **ORDER**

IT IS ORDERED that Plaintiffs are granted leave of court to file the accompanying Reply Memorandum to Colony National Insurance Company's Memorandum in Opposition to Plaintiffs' Motion to Enjoin.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE