# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA ANDREWS | * | DOCKET NO. 2:09-cv-5659 |
| Together with all individuals and entities | * | |
| Whose names appear on the attached | * | SEC. "N" (5) |
| "Exhibit A" | * | |
| | * | |
| Versus | * | JUDGE ENGELHARDT |
| | * | |
| SUN VALLEY, INC., et al | * | MAG. JUDGE CHASEZ |

**************************************************************************

### ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, TO THE SECOND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Westchester Surplus Lines

Insurance Company ("Westchester"), as insurer of Sun Valley, Inc., sought to be made a direct

action defendant in the above-entitled and numbered cause, who, for answer to the Plaintiffs'

Second Amended Complaint for Damages (R. Doc. 17718), respectfully avers that:

### FIRST DEFENSE

The Second Amended Complaint for Damages filed herein fails to state facts which

would support the jurisdiction of this Court or that the Court is the proper venue for the action

filed.

### SECOND DEFENSE

Alternatively, the Second Amended Complaint for Damages filed herein fails to state a

claim upon which relief can be granted.

## THIRD DEFENSE

In the further alternative and subject to the exceptive allegations hereinabove set forth, Westchester denies each and every allegation of the Second Amended Complaint for Damages, except as may be hereafter admitted or modified.  In further responding to the said allegations, Westchester avers as follows:

### I.

The allegations of Paragraph 1 of the Second Amended Complaint for Damages are admitted.

### II.

The allegations of Paragraph 2 of the Second amended Complaint for Damages are admitted.

### III.

The allegations of Paragraph 3 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 3 for lack of sufficient information to justify a belief therein.

### IV.

The allegations of Paragraph 4 of the Second amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 4 for lack of sufficient information to justify a belief therein.

**V.**

The allegations of Paragraph 5 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 5 for lack of sufficient information to justify a belief therein.

**VI.**

In response to the allegations contained in Paragraph 6 of the Second Amended Complaint for Damages, Westchester admits that it is a foreign insurance company doing business in the State of Louisiana.

**VII.**

The allegations of Paragraph 7 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

**VIII.**

The allegations of Paragraph 8 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 8 are denied for lack of sufficient information to justify a belief therein.

**IX.**

The allegations of Paragraph 9 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester;

however, to the extent that a response may be deemed necessary, the allegations of Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

## X.

The allegations of Paragraph 10 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

## XI.

The allegations of Paragraph 11 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

## XII.

The allegations of Paragraph 12 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

## XIII.

The allegations of Paragraph 13 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

**XIV.**

The allegations of Paragraph 14 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

**XV.**

The allegations of Paragraph 15 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 15 are denied for lack of sufficient information to justify a belief therein.

**XVI.**

The allegations of Paragraph 16 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 16 for lack of sufficient information to justify a belief therein.

**XVII.**

The allegations of Paragraph 17 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 17 for lack of sufficient information to justify a belief therein.

## XVIII.

The allegations of Paragraph 18 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 18 for lack of sufficient information to justify a belief therein.

## XIX.

The allegations of Paragraph 19 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 19 for lack of sufficient information to justify a belief therein.

## XX.

The allegations of Paragraph 20 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 20 for lack of sufficient information to justify a belief therein.

## XXI.

The allegations of Paragraph 21 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 21 for lack of sufficient information to justify a belief therein.

## XXII.

The allegations of Paragraph 22 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 22 for lack of sufficient information to justify a belief therein.

## XXIII.

The allegations of Paragraph 23 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 23 for lack of sufficient information to justify a belief therein.

## XXIV.

The allegations of Paragraph 24 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 24 for lack of sufficient information to justify a belief therein.

## XXV.

The allegations of Paragraph 25 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 25 for lack of sufficient information to justify a belief therein.

## XXVI.

The allegations of Paragraph 26 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 26 for lack of sufficient information to justify a belief therein.

## XXVII.

The allegations of Paragraph 287of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 27 for lack of sufficient information to justify a belief therein.

## XXVIII.

The allegations of Paragraph 28 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 28 for lack of sufficient information to justify a belief therein.

## XXIX.

The allegations of Paragraph 29 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 29 for lack of sufficient information to justify a belief therein.

**XXX.**

The allegations of Paragraph 30 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 30 for lack of sufficient information to justify a belief therein.

**XXXI.**

The allegations of Paragraph 31 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 31 for lack of sufficient information to justify a belief therein.

**XXXII.**

The allegations of Paragraph 32 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 32 for lack of sufficient information to justify a belief therein.

**XXXIII.**

The allegations of Paragraph 33 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 33 for lack of sufficient information to justify a belief therein.

**XXXIV.**

The allegations of Paragraph 34 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 34 for lack of sufficient information to justify a belief therein.

**XXXV.**

The allegations of Paragraph 35 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 35 for lack of sufficient information to justify a belief therein.

**XXXVI.**

The allegations of Paragraph 36 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 36 for lack of sufficient information to justify a belief therein.

**XXXVII.**

The allegations of Paragraph 37 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 37 for lack of sufficient information to justify a belief therein.

**XXXVIII.**

The allegations of Paragraph 38 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 38 for lack of sufficient information to justify a belief therein.

**XXIX.**

The allegations of Paragraph 39 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 39 for lack of sufficient information to justify a belief therein.

**XL.**

The allegations of Paragraph 40 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 40 for lack of sufficient information to justify a belief therein.

**XLI.**

The allegations of Paragraph 41 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 41 for lack of sufficient information to justify a belief therein.

**XLII.**

The allegations of Paragraph 42 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 42 for lack of sufficient information to justify a belief therein.

**XLIII.**

The allegations of Paragraph 43 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 43 for lack of sufficient information to justify a belief therein.

**XLIV.**

The allegations of Paragraph 44 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 44 for lack of sufficient information to justify a belief therein.

**XLV.**

The allegations of Paragraph 45 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 45 for lack of sufficient information to justify a belief therein.

**XLVI.**

The allegations of Paragraph 46 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 46 for lack of sufficient information to justify a belief therein.

**XLVII.**

The allegations of Paragraph 47 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 47 for lack of sufficient information to justify a belief therein.

**XLVIII.**

The allegations of Paragraph 48 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 48 for lack of sufficient information to justify a belief therein.

**XLIX.**

The allegations of Paragraph 49 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 49 for lack of sufficient information to justify a belief therein.

**L.**

The allegations of Paragraph 50 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 50 for lack of sufficient information to justify a belief therein.

**LI.**

The allegations of Paragraph 51 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 51 for lack of sufficient information to justify a belief therein.

**LII.**

The allegations of Paragraph 52 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 52 for lack of sufficient information to justify a belief therein.

**LIII.**

The allegations of Paragraph 53 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 53 for lack of sufficient information to justify a belief therein.

**LIV.**

The allegations of Paragraph 54 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 54 for lack of sufficient information to justify a belief therein.

**LV.**

The allegations of Paragraph 55 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 55 for lack of sufficient information to justify a belief therein.

**LVI.**

The allegations of Paragraph 56 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 56 for lack of sufficient information to justify a belief therein.

**LVII.**

The allegations of Paragraph 57 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 57 for lack of sufficient information to justify a belief therein.

**LVIII.**

The allegations of Paragraph 58 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 58 for lack of sufficient information to justify a belief therein.

**LIX.**

The allegations of Paragraph 59 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 59 for lack of sufficient information to justify a belief therein.

**LX.**

The allegations of Paragraph 60 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 60 for lack of sufficient information to justify a belief therein.

**LXI.**

The allegations of Paragraph 61 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 61 for lack of sufficient information to justify a belief therein.

## LXII.

The allegations of Paragraph 62 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 62 for lack of sufficient information to justify a belief therein.

## LXIII.

The allegations of Paragraph 63 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 63 for lack of sufficient information to justify a belief therein.

## LXIV.

The allegations of Paragraph 64 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 64 for lack of sufficient information to justify a belief therein.

## LXV.

The allegations of Paragraph 65 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 65 for lack of sufficient information to justify a belief therein.

## LXVI.

The allegations of Paragraph 66 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 66 for lack of sufficient information to justify a belief therein.

## LXVII.

The allegations of Paragraph 67 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 67 for lack of sufficient information to justify a belief therein.

## LXVIII.

The allegations of Paragraph 68 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 68 for lack of sufficient information to justify a belief therein.

## LXIX.

The allegations of Paragraph 69 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 69 for lack of sufficient information to justify a belief therein.

## LXX.

The allegations of Paragraph 70 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 70 for lack of sufficient information to justify a belief therein.

## LXXI.

The allegations of Paragraph 71 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 71 for lack of sufficient information to justify a belief therein.

## LXXII.

The allegations of Paragraph 72 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 72 for lack of sufficient information to justify a belief therein.

## LXXIII.

The allegations of Paragraph 73 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 73 for lack of sufficient information to justify a belief therein.

**LXXIV.**

The allegations of Paragraph 74 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 74 for lack of sufficient information to justify a belief therein.

**LXXV.**

The allegations of Paragraph 75 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 75 for lack of sufficient information to justify a belief therein.

**LXXVI.**

The allegations of Paragraph 76 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 76 for lack of sufficient information to justify a belief therein.

**LXXVII.**

The allegations of Paragraph 77 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 77 for lack of sufficient information to justify a belief therein.

**LXXVIII.**

The allegations of Paragraph 78 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 78 for lack of sufficient information to justify a belief therein.

**LXXIX.**

The allegations of Paragraph 79 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 79 for lack of sufficient information to justify a belief therein.

**LXXX.**

The allegations of Paragraph 80 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 80 for lack of sufficient information to justify a belief therein.

**LXXXI.**

The allegations of Paragraph 81 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 81 for lack of sufficient information to justify a belief therein.

**LXXXII.**

The allegations of Paragraph 82 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 82 for lack of sufficient information to justify a belief therein.

**LXXXIII.**

The allegations of Paragraph 83 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 83 for lack of sufficient information to justify a belief therein.

**LXXXIV.**

The allegations of Paragraph 84 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 84 for lack of sufficient information to justify a belief therein.

**LXXXV.**

The allegations of Paragraph 85 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 85 for lack of sufficient information to justify a belief therein.

**LXXXVI.**

The allegations of Paragraph 86 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 86 for lack of sufficient information to justify a belief therein.

**LXXXVII.**

The allegations of Paragraph 87 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 87 for lack of sufficient information to justify a belief therein.

**XCVII.**

The allegations of Paragraph 97 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 97 are denied for lack of sufficient information to justify a belief therein.

**XCVIII.**

The allegations of Paragraph 98 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 98 are denied for lack of sufficient information to justify a belief therein.

## XCIX.

The allegations of Paragraph 99 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 99 are denied for lack of sufficient information to justify a belief therein.

## C.

The allegations of Paragraph 100 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 100 are denied for lack of sufficient information to justify a belief therein.

## CI.

The allegations of Paragraph 101 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 101 are denied for lack of sufficient information to justify a belief therein.

## CII.

The allegations of Paragraph 102 of the Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Westchester; however, to the extent that a response may be deemed necessary, the allegations of Paragraph 102 are denied for lack of sufficient information to justify a belief therein.

**CIII.**

The allegations of Paragraph 103 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 103 for lack of sufficient information to justify a belief therein.

**CIV.**

The allegations of Paragraph 104 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 104 for lack of sufficient information to justify a belief therein.

**CV.**

The allegations of Paragraph 105 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 105 for lack of sufficient information to justify a belief therein.

**CVI.**

The allegations of Paragraph 106 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 106 for lack of sufficient information to justify a belief therein.

**CVII.**

The allegations of Paragraph 107 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 107 for lack of sufficient information to justify a belief therein.

**CVIII.**

The allegations of Paragraph 108 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 108 for lack of sufficient information to justify a belief therein.

**CIX.**

The allegations of Paragraph 109 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 109 for lack of sufficient information to justify a belief therein.

**CX.**

The allegations of Paragraph 110 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 110 for lack of sufficient information to justify a belief therein.

## CXI.

The allegations of Paragraph 111 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 111 for lack of sufficient information to justify a belief therein.

## CXII.

The allegations of Paragraph 112 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 112 for lack of sufficient information to justify a belief therein.

## CXIII.

The allegations of Paragraph 113 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 113 for lack of sufficient information to justify a belief therein.

## CXIV.

The allegations of Paragraph 114 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 114 for lack of sufficient information to justify a belief therein.

### CXV.

The allegations of Paragraph 115 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 115 for lack of sufficient information to justify a belief therein.

### CXVI.

The allegations of Paragraph 116 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 116 for lack of sufficient information to justify a belief therein.

### CXVII.

The allegations of Paragraph 117 of the Second Amended Complaint for Damages require neither an affirmative or negative response of Westchester; however, to the extent a response may be deemed necessary, Westchester respectfully denies the allegations of Paragraph 117 for lack of sufficient information to justify a belief therein.

### CXVIII.

The allegations of Paragraph 118 of the Second Amended Complaint for Damages are denied.

### CXIX.

The allegations of Paragraph 119 of the Second Amended Complaint for Damages are denied.

**CXX.**

The allegations of the section of the Second Amended Complaint for Damages entitled "Request for Jury Trial" constitute conclusions of law require neither an affirmative or negative response of Westchester; however, to the extent that same may be deemed necessary, Westchester respectfully denies the allegations for lack of sufficient information to justify a belief therein.

**CXXI.**

The allegations of the section of the Second Amended Complaint for Damages entitled "Prayer for Relief" and any other allegations not expressed is admitted nor denied are hereby denied.

**CXXII.**

Westchester requests a trial by jury.

**<u>FOURTH DEFENSE</u>**

Westchester specifically denies the existence of any defect or defects that would render any product of Sun Valley, Inc. unreasonably dangerous under the Louisiana Products Liability Act, the limited warranty and/or any other applicable law, contract or standard.

**<u>FIFTH DEFENSE</u>**

Any products manufactured by Sun Valley, Inc. that are the subject of the claims in this action were manufactured in conformity with state of the art technology and consistent with all applicable standards, regulations, laws and/or industry standards.

**SIXTH DEFENSE**

The product at issue is not unreasonably dangerous in manufacture, construction or composition and/or not unreasonably dangerous in design and/or not unreasonably dangerous by virtue of failure to warn and/or not dangerous due to non-conformity to express warranty.

**SEVENTH DEFENSE**

The product at issue was at all times reasonably fit and suitable for the purpose for which it was manufactured and sold and was not in any way defective or unreasonably dangerous for the use for which the product was intended.

**EIGHTH DEFENSE**

The product at issue did not deviate in any material respect from the specifications or performance standards for the product or from otherwise identical products and was not substandard in any respect.

**NINTH DEFENSE**

The product at issue was manufactured with the highest degree of skill and care and in conformity with the knowledge and skills available to the industry at the time in question.

**TENTH DEFENSE**

There is no alternative design for the product at issue that was capable of preventing Plaintiffs' alleged damages.

**ELEVENTH DEFENSE**

The warnings or instructions on or accompanying the product at issue were adequate and the adequacy of those warnings are a complete bar to recovery.

## TWELFTH DEFENSE

No express warranties existed or were breached, and the product at issue was at all times reasonably fit and suitable for the purpose for which it was manufactured and sold, and Plaintiffs' injuries and damages do not result from any defects in said product.

## THIRTEENTH DEFENSE

The damage alleged herein occurred as a result of the misuse and/or abuse of the product at issue, including but not limited to failure to follow instructions for use and/or warnings, which is a complete bar to recovery.

## FOURTEENTH DEFENSE

Upon information and belief, all injuries and damages of which Plaintiffs complain were caused by a misuse, abuse, modification and/or alteration of the product in question and serve as a bar to Plaintiffs' recovery.

## FIFTEENTH DEFENSE

Upon information and belief, all risks and damages connected with the incident made the subject of Plaintiffs' Complaint were obvious, apparent and know to Plaintiffs who assumed the risks of their injuries.

## SIXTEENTH DEFENSE

The danger in using the product at issue was open and obvious, and there was no duty to warn of such risk.

## SEVENTEENTH DEFENSE

Westchester avers the product in question was out of Sun Valley, Inc.'s control over a material period of time, and during that time, Sun Valley, Inc. had no control over the

maintenance, use or control of the product.  Westchester avers if there was any defect or deficiency in the product at the time of the accident at issue, such defect or deficiency did not relate to the original design, manufacture or sale of the product or any procedures undertaken by Sun Valley, Inc. but, on the contrary, is the result of misuse, abuse, improper storage, or other actions or omissions on the part of Plaintiffs or others for whom Sun Valley, Inc. is not and cannot be responsible.

### EIGHTEENTH DEFENSE

Westchester denies that it or anyone for whom it may be responsible was guilty of any negligence, gross negligence, strict liability, want of due care or other legal fault constituting a proximate cause of the alleged accident and injuries in question and/or entitling Plaintiffs to recover any damages herein.

### NINETEENTH DEFENSE

Any injuries or damages alleged by Plaintiffs herein were caused solely as a result of the fault and/or negligence of those entities installing the products at issue.

### TWENTIETH DEFENSE

Any injuries or damages alleged by Plaintiffs herein were caused solely as a result of the fault and/or negligence of the Federal Government, United States of America and/or Federal Emergency Management Agency.

### TWENTY-FIRST DEFENSE

While at all times denying liability, Westchester alleges that Plaintiffs were guilty of contributory negligence and/or assumption of the risk, all of which are a bar to Plaintiffs' recovery herein, and in the further alternative, that Plaintiffs were guilty of comparative and/or

contributory fault which said fault contributed to their injuries and that this Court should fix the amount or degree of fault of Plaintiffs in any recovery to which Plaintiffs might otherwise be entitled should be reduced by such percentage of negligence or fault.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims are or may be barred, in whole or in part, by the applicable statutes of limitation and/or prescriptive and/or preemptive periods.

## TWENTY-THIRD DEFENSE

Westchester avers the best evidence of the terms, conditions, provisions, limitations, and exclusions and coverage of its Policy of Insurance are contained in the Policy itself. Westchester denies the allegations which may tend to enlarge, contradict or contravene the terms, conditions, exclusions and limitations of liability as to the amount or otherwise, as therein provided. Westchester specifically pleads the terms of the Policy as if copied herein in full and place Plaintiffs on their full proof of any allegations seeking to confer liability on behalf of any party by virtue of the existence of said Policy of Insurance.

**WHEREFORE,** all premises considered, Defendant, Westchester Surplus Lines Insurance Company, as insurer of Sun Valley, Inc., prays that its Answer to the Second Amended Complaint for Damages be deemed good and sufficient, and that after all legal delays and due proceedings are had, this Honorable Court enter judgment in its favor and against Plaintiffs and grant Defendant, Westchester Surplus Lines Insurance Company, as insurer of Sun Valley, Inc., such other, further and different relief as may be necessary and proper, including attorneys' fees and costs, as the justice of this cause may require and permit, as well as for all

other general and equitable relief as is reasonable under the premises.  Defendant further prays

for a trial by jury.

Respectfully Submitted,

**LARZELERE PICOU WELLS
 SIMPSON LONERO, LLC**
Two Lakeway Center – Suite 1100
3850 North Causeway Boulevard
Metairie, LA  70002
Telephone:    504-834-6400
Facsimile:    504-834-6565

**BY:**        _/s/ G. Benjamin Ward_
        **J. Daniel Picou (#13827)**
        **G. Benjamin Ward (#20403)**

**ATTORNEYS  FOR  DEFENDANT,  WESTCHESTER
SURPLUS LINES INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that on this __3rd____ day of ____December_____, 2010,
I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which
will send a notice of electronic filing to all counsel registered for electronic service.  I further
certify that I have served a copy of the foregoing pleading on all parties to this proceeding not
registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States
mail, properly addressed and first class postage prepaid.

_/s/ G. Benjamin Ward_

34