## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          *     **MDL NO. 1873**
       **FORMALDEHYDE PREODUCTS**     *
       **LIABILITY LITIGATION**        *     **SECTION "N" (5)**
                                      *
                                      *     **JUDGE ENGELHARDT**
                                      *     **MAGISTRATE CHASEZ**
                                      *
**THIS DOCUMENT IS RELATED TO**     *
                                      *
**C.A. No. 10-2590;** *Kenneth Celestine et al*     *
*vs. Arch Specialty Insurance Company et al*        *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED EXHIBIT A TO PLAINTIFFS' AMENDED COMPLAINT
### PURSUANT T PRETRIAL ORDER 53

       In compliance with Pretrial Order 53 (Rec. Doc. 9073), Plaintiffs hereby amend Exhibit A to their Amended Complaint to match the following Plaintiffs to the following contractor/Installer Defendants:

1. Kenneth Celestine – Fluor
2. Kenneth Clestine on behalf of Adrean Clestine – Fluor

Respectfully submitted,

## THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:    (713) 223-5393
Fax.:    (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**

Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that on December 6th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ John Munoz

JOHN MUNOZ, # 9830