# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION

Three Sanctuary Blvd., Third Floor
Mandeville, LA  70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
E-mail: cthomas@gjtbs.com

Please reply to the Mandeville Office

September 1, 2010

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

620 EAST TWIGGS STREET,
SUITE 303
TAMPA, FLORIDA 33602
Telephone (813) 977-1200
Telecopy (813) 977-1288

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-0933

7710 CARONDELET AVENUE,
SUITE 404
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

2520 14th STREET, SUITE 910
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

106 ST. FRANCIS STREET,
SUITE 502
MOBILE, ALABAMA 36602
Telephone (251) 438-7850
Telecopy (251) 438-7875

Cynthia J. Thomas
Special Counsel

**Via Fax: 228-467-4212**
Rose M. Hurder, Esq.
Hawkins, Stracener & Gibson
153 Main Street
Bay St. Louis, MS  39520

RE:  Sheila M. Spiers, individually and on behalf of
their Minor Children, FBS, DMS, JMT and MCT v.
Motex Enterprises, Inc., Keystone Industries, Inc., SunnyBrook RV, Inc.,
Madison Services, Inc., Bechtel National, Inc. and John Doe 1-50
Circuit Court of Pearl River County, MS - Docket No. 2010-0514 H
Our File No.: 611-20

Dear Ms. Hurder:

Per my paralegal's conversation with your receptionist on August 25 and August 26, 2010, I represent SunnyBrook RV, Inc. regarding the above-captioned matter and we have just received the Complaint for Damages which you filed on behalf of Sheila Spiers, et al.

Since we will need additional time to solidify several issues prior to filing a response, I would respectfully request that you grant SunnyBrook RV a 30-day informal extension of time, or until September 24, 2010, to file responsive pleadings in this matter.

If you agree, this will also confirm that you will take no adverse action without prior written notification to our office.

We would appreciate your forwarding to us copies of all pleadings in this matter along with any additional file materials, including plaintiffs' fact sheets, that would assist us in this case.

**EXHIBIT "1"**

## GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

We appreciate your professional courtesies in this matter.

If you would, please sign the bottom of this letter indicating our agreement and fax back to me at 985-674-6681.

Thank you for your assistance in this matter.

Very truly yours,

CYNTHIA J. THOMAS

CJT/msc

_____

Rose M. Hurder, Esq.