**Mary S. Cooper**

| | |
|---|---|
| **From:** | Cynthia Thomas |
| **Sent:** | Thursday, September 02, 2010 1:32 PM |
| **To:** | Mary S. Cooper |
| **Subject:** | Fwd: Spiers v. Sunny Brook RV |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Rose Hurder <rose@hsglawfirm.net>
> **Date:** September 2, 2010 1:14:20 PM CDT
> **To:** Cynthia Thomas <Cthomas@gjtbs.com>
> **Subject: Spiers v. Sunny Brook RV**
>
> Cynthia:
>
> We do not object to a 30 days extension (until September 24th) for you to file your responsive pleading.
>
> Sincerely,
>
> **Rose M. Hurder**
>
> **Hawkins, Stracener & Gibson, PLLC**
>
> 153 Main Street
>
> Bay St. Louis, MS  39520
>
> Ph: (228)469-0785
>
> Fax: (228)467-4212
>
> **rose@hsglawfirm.net**

Regards,

12/3/2010

EXHIBIT

"2"

tabbies®

Cynthia Thomas
Special Counsel
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Phone: 985-674-6680
Fax: 985-674-6681
Email: Cthomas@gjtbs.com