UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 20 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel

("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel

("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a

full reservation of rights and defenses, respectfully submit this Joint Report No. 20.

**I.     REPORT OF CLAIMS AND CASE INVENTORY:**

PLC and MDLC report that an estimated 5,000 actions now have been filed, or

transferred into this MDL.  The attached appendix lists the complaints that were filed or

transferred into the MDL since the last Joint Report.  A number of amending complaints were

filed pursuant to Pre Trial Order No. 40, 53 and 68 by the Court imposed October 15, 2010

deadline.  Those matters are not reflected on the attached appendix because they have not been

processed by the Clerk of Court's office by the time of filing of this report.

**II.     PLAINTIFF FACT SHEETS (PFS)**

The PSC no longer operates a central claims office.  Counsel representing parties are still

obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec.

Doc. 1180) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact

1

Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines).  To date Plaintiffs have produced 21,002 PFS to Plaintiffs' Liaison Counsel.  It appears not all Plaintiff attorneys have forwarded copies to the PSC as required.

## III.   MOTION PRACTICE

The following Motions are pending:

| | |
|---|---|
| Rec. Doc. 10038 | North American Catastrophe Services, Inc. Motion for Partial Summary Judgment on the Duty to Defend. |
| Rec. Doc. 11579 | Northfield Insurance Company Cross-Motion for Summary Judgment Regarding Defense and Indemnity.  Taken under advisement on March 10, 2010. |
| Rec. Doc. 11858 | United States of America's Motion to Strike Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administration Master Complaints |
| Rec. Doc. 11990 | Plaintiffs' Motion to Remand in *Michelle Abrams* |
| Rec. Doc. 11991 | Plaintiffs' Motion to Remand in *Karen Andrews* |
| Rec. Doc. 11992 | Plaintiffs' Motion to Remand in *Pamela Floyd* |
| Rec. Doc. 11993 | Plaintiffs' Motion to Remand in *Pearl Lewis* |
| Rec. Doc. 11994 | Plaintiffs' Motion to Remand in *Eugene Robertson* |
| Rec. Doc. 13422 | Bechtel's and CH2M Hill's Motion to Dismiss Mississippi Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13423 | Fluor's Motion for Partial Judgment on The Pleadings to Dismiss Louisiana Product Liability Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13425 | Contractor Defendants' Joint Motion to Dismiss Louisiana Product Liability Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |

| | |
|---|---|
| Rec. Doc. 13426 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13428 | Contractor Defendants' Joint Motion to Dismiss Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13455 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Mississippi Products Liability Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 14480 | Plaintiffs' Motion for Leave to File Fifth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 16174 | Plaintiffs' Motion to Dismiss Pursuant to Fleetwood Settlement |
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17661 | Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation. |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |
| Rec. Doc. 17754 | Fluor's Motion for Judgment on the Pleadings to Dismiss the third and Fourth Supplemental and Amended Administrative Master Complaints Based on Government Contractor. |
| Rec. Doc. 18283 | Manufacturing Defendants' Motion in Limine to Exclude the Expert Testimony of Paul Hewett, Ph.D. |

**MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed for 180 days; ends on 1/31/11. |
| Fifth Circuit No. 09-31131 | Raymond Bell, III Dismissal |
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue) |
| Fifth Circuit No. 10-30451 | Christopher Cooper FTCA Appeal (involves FTCA statute of limitations) |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense) |
| Fifth Circuit No. 10-41 | Louisiana Plaintiffs' Petition for Permission to Appeal Dismissal of FTCA Simple Negligence Claims Under 28 U.S.C. 1292(b) |
| Fifth Circuit No. 10-31154 | Lyndon Wright Appeal |

## IV.   MANUFACTURED HOUSING NON-LITIGATION "TRACK"

The Court has set deadlines requiring the parties to the prospective Manufactured Housing class settlement negotiations to file a joint motion to certify a settlement class.

By Order dated November 12, 2010 (Rec. Doc. 17926), the Court extended the deadline for filing that motion to, and extended the Non-Litigation Track until, January 11, 2011.  The motion to certify a settlement class is scheduled for hearing on January 26, 2011 without oral argument.

## V.     MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information has not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information is efficiently obtainable from other sources and to provide a date certain by which the matching effort will end.  Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010.  The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010.  Counsel should consult amended PTO 68 to ensure they are aware of the remaining important deadlines under this order.  As stated in the order, the Court intends, with the guidance of liaison counsel, to begin entering dismissal orders for failure to comply with the provisions of amended PTO 68 on November 15, 2010.

Defendants will prepare an omnibus motion to dismiss all holding actions now that they have determined which of the pending actions fall into the classification pursuant to Pretrial Order #68.

## VI.    BELLWETHER AND SUMMARY JURY TRIALS

A.     Bellwether cases set for trial at this time:

1.     A Summary Jury Trial will begin on February 22, 2011 against *Dutchmen Manufacturing, Inc.*  The claims of a "composite" plaintiff will be tried.  PSC and Dutchmen are diligently working towards completing a Summary Jury Trial Protocol for this proceeding.  However, differences remain as to the nature and scope of that proceeding.

2.      A bellwether trial against Sun Valley, Inc. is set for March 28, 2011.[1]

Charles Marshall has been selected as the Bellwether Plaintiff, and in the

event his action is dismissed prior to trial, Sonya Andrews is the

replacement Bellwether Plaintifff, and Demetriace Batiste is the second

replacement Bellwether Plaintiff.  The United States is not a defendant in

any of these three actions.

3.      A bellwether trial has been scheduled in the matter of *Melvin*

*Mackey v. KZRV, LP and Fluor Enterprises, Inc.* and is set for May 16,

2011.   The parties have not agreed to a Summary Jury Trial as of this

time.  The United States is not a defendant in this action.

4.      A trial date for Coachmen Recreational Vehicle Company, LLC is set for

June 20, 2011.  On November 29, 2010, the Court selected Anthony Dixon

as the bellwether plaintiff.  It is the Court's understanding that this

bellwether trial will be a full-length trial as opposed to a summary jury

trial.  The United States is not a defendant in this action.

5.      A trial will begin on August 1, 2011 against *Jayco, Inc.*

The parties are in the process of selecting a bellwether plaintiff.  It is not

known at this time whether this will be a bellwether trial or a summary

---

[1]      There is currently pending in Superior Court in Elkhart County, Indiana a
Complaint for Declaratory Judgment by an insurer of Sun Valley, Inc. d/b/a Sun-
Lite; captioned: *Colony Insurance Company v. Sun Valley, Inc. d/b/a Sun-Lite*,
Action No. 20D02-1010-PL-83.

jury trial.  The parties are attempting to reach agreements on a suitable

trial plaintiff and on rules and procedures for a summary jury trial.


## VII.    CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States are Louisiana Plaintiffs' FTCA

claims for gross negligence and willful and wanton misconduct.  On May 18, 2010, the Court

issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims

brought by Louisiana plaintiffs against the United States.  Since entering that Order, the Court

denied PSC's Motion seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United

States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal

(Rec. Doc. 15976).  PSC has petitioned the Fifth Circuit for permission for interlocutory appeal

and the United States has opposed that motion.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and

entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc.

15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the

government in the following actions:  10-00908; 09-05600; 09-05597; 10-00583; 09-05609; 09-

05602; 09-05606; 09-05568; 09-05575; 09-05608; 09-05601; 09-05607; 10-01396; 09-05559;

09-05579; 10-01397; 09-05593; 09-06886; 10-01360; 10-00579; 10-01401; 09-05545; 10-01373;

09-06899;09-06895; 09-06894; 09-06901; 09-05574; 10-01386; 09-05541; 09-05603; 09-05577;

10-00909; 09-06903; 09-05584; 09-05576; 10-00580; 09-05582; 09-05598; 09-05595;10-01686;

09-03943; 09-06722; 10-01399; 10-00257; 09-06716; 09-05586; 10-01052;09-05565; 10-01371;

09-05590; 09-05580; 10-01359; 09-06017; 09-06211; 09-05587;09-05589; 09-05583; 10-01365;

10-00916; 09-06902; 09-06412; 09-06643; 10-00910;10-01392; 10-00581; 09-05569; 10-01369;

10-01380; 10-01042; 10-01403; 09-05564;10-01393; 10-00265; 10-00571; 10-01400; 10-01685;

10-01041; 10-01050; 10-00917;10-00578; 10-00913; 10-01395; 09-06717; 10-00264; 09-05567;

09-05605; 09-05547; 09-05553; 10-01367; 10-00574; 09-05573; 10-00266; 10-00485; 09-05604;

09-05610; 10-01409; 10-00912; 10-01366; 10-00258; 09-05570; 09-05588; 10-01375; 10-01368;

09-05548; 10-01045; 10-00267; 10-01394; 10-01372; 10-01376; 09-05578; 09-05592; 10-01044;

10-00918; 10-00919; 10-00271; 10-01377; 10-00268; 10-01049; 09-05572; 10-01383; 09-06016;

10-00489; 09-05540; 09-06905; 09-06896; 09-05611; 09-05544;09-05581; 10-00922; 10-01389;

10-01364; 10-00914; 10-00584; 10-00911; 09-06891;10-01388; 09-05539; 10-00572; 10-01384;

10-00272; 10-00577; 10-01374; 09-05538; 09-05542; 09-05556; 10-00269; 09-06888; 10-01402;

09-05557; 09-06890; 09-06721; 09-03944; 09-05552; 10-00573; 10-00484; 09-06907; 09-05585;

10-00482; 10-01404; 09-05566; 10-00486; 10-00473; 10-00273; 10-01406; 10-00481; 10-00260;

10-00575; 10-00261; 09-06887; 10-01362; 09-05558; 09-05555; 09-05561; 09-06897; 10-00576;

10-00920; 10-01043; 09-06908; 09-03942; 10-01363; 10-00488; 10-00259; 10-01391;09-05599;

09-06419; 09-05571; 10-00262; 10-00921; 09-05596; 09-06018; 09-05546;10-00582; 10-01382;

10-01357; 10-00487; 10-00476; 09-06212; 10-01370; 09-05563;10-00478; 10-01398; 10-00263;

10-00270; 10-01687; 10-01381; 10-01385; 10-00906; 09-06904.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions:  09-05970; 09-05971; 09-06144; 09-06145; 09-06146; 09-06147; 09-06494; 09-06495;09-06497; 09-06632; 09-06634; 09-07526; 09-07528; 10-0779.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims. On behalf of Mississippi and Alabama Plaintiffs, PSC has filed with the Fifth Circuit motions to certify a question of unsettled state law to the Supreme Court of Mississippi and Alabama. The United States has or will file oppositions to those motions.

## VIII.   SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

A.      Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

## IX.    MASTER DISCOVERY

A.      The PSC has requested that all defendants served with its Master Set of Discovery on May 1, 2008 and who have not responded to date comply and provide responses.

B.      Insurance Discovery

Primarily through 30(b)(6) depositions, the PSC will conduct discovery of the Manufacturing Defendants and Individual Assistance/Technical Assistance Contractor Defendants' relevant information concerning insurance coverage for the matters at issue in this litigation. The PSC contemplates that such discovery will proceed as a separate "Insurance Coverage Discovery Track" simultaneously with the General Discovery Track. The Insurer Defendants reserve all rights to object to any proposed Insurance Discovery.

## X.     SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

The Court entered Pre Trial Order No. 77 on September 14, 2010 wherein the procedures for participating in the Fleetwood settlement were outlined. Counsel representing any plaintiff/claimant who resided in a Fleetwood unit were responsible for following the procedures

9

set forth in the order, including submitting requested information to the Special Master by October 15, 2010.  The Special Master, the CADA, and the data management consultants are currently reviewing the information.  After the review, the Special Master will make appropriate recommendations to the Court.

Representatives for the Plaintiffs' Steering Committee ("PSC") and Fleetwood Enterprises, Inc. ("Fleetwood") and its liability insurers have reached a full and final settlement. The Motion to Dismiss Pursuant to Fleetwood Settlement Agreement has been filed (Rec. Doc. 16174).

All claimants included in the settlement will participate in a binding process for the allocation of the net settlement proceeds, with the authority to assure a fair and objective allocation.  This allocation process will be the responsibility of Daniel Balhoff, appointed by the Court as Special Master pursuant to FRCP 53 (see Order of June 11, 2010, Rec. Doc. 14400). Certain motion practice, etc. and factual findings may become necessary in this process in order to address and satisfy recent legal requirements related to Medicare reimbursement.

## XI.   MISCELLANEOUS

A.   John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all defendant manufacturers in this MDL (Rec. Doc. 13236).

B.   Palm Harbor filed Chapter 11 Bankruptcy.

BY:     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     504/832-3700
Facsimile:      504/837-3119
andreww@duplass.com

11

s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
MICHELLE BOYLE
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF**
**AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:     202/616-4449
Henry.Miller@usdoj.gov
Michelle.Boyle@usdoj.gov
Adam.Dinnell@usdoj.gov
Jonathan.Waldron@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com

13