## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **CIVIL ACTION NO.:   2:07-MD-01873** |
| **FORMALDEHYDE** | * | |
| **PRODUCE LIABILITY LITIGATION** | * | **JUDGE:** |
| | * | **KURT D. ENGELHARDT** |
| | * | |
| | * | **SECTION "N"** |
| **Pertains to:** | * | |
| **CARPENTER, ET AL** | * | **MAGISTRATE:** |
| **VERSUS** | * | **ALMA L. CHASEZ** |
| **DOUG BOYD ENTERPRISES, LLC, ET AL** | * | |
| | * | **MAG: (5)** |
| **CIVIL ACTION NO.: 10-4118** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### SUPERIOR HOMES' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND AND JOINDER IN GULF STREAMS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Superior Homes, LLC (Superior Homes) opposes plaintiffs' Motion to Remand because plaintiff incorrectly claims that Superior Homes did not timely join in the removal of this case. According to the plaintiffs, Superior Homes was served on August 6, 2010 and 30 days after service was Sunday September 5, 2010.  Pursuant to FRCP 6(a)(1)(C), when computing time and the last day falls on a Sunday, the time period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.  Monday September 6, 2010 was Labor Day.  Pursuant to FRCP 6(a)(6)(A), Labor Day is a federal holiday.

The 30 day time period for Superior Homes to join in the removal of this case, therefore, did not expire until Tuesday September 7, 2010.  Plaintiffs admit that Superior Homes joined in the removal on September 7, 2010.  Therefore, the joinder in the removal filed by Superior Homes was timely.

Otherwise, Superior Homes joins in the *Opposition to Plaintiffs' Motion to Remand* filed by Gulf Stream Coach, Inc., and any other Defendant.

>     **BERNARD, CASSISA, ELLIOTT & DAVIS**
>     A Professional Law Corporation
>
> BY:  *s/Howard B. Kaplan*
>     **HOWARD B. KAPLAN (#14414)**
>     1615 Metairie Road
>     P.O. Box 55490
>     Metairie, LA  70055-5490
>     Telephone:  (504) 834-2612
>
>     **COUNSEL FOR,
>     SUPERIOR HOMES, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 6th day of December, 2010.

>     *s/Howard B. Kaplan*
>     **HOWARD B. KAPLAN (#14414)**