# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 1873

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                 SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Lester Adams, et al. v. Fleetwood, Ltd., et al.*,
**MDL 1873, EDLA 09-4669**
*Charles E. Arbour, et al. v. Recreation by Design, et al.*,
**MDL 1873, EDLA 09-3733**
*Collette Adams, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 09-3562**
*Collette Adams, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
**MDL 1873, EDLA 09-3727**
*Julie Mixon, et al. v. Keystone RV Company, et al.*,
**MDL 1873, SDMS 09-521, EDLA 09-6897**
*Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.*,
**MDL 1873, SDMS 09-520, EDLA 09-6896**
*Warren A. Perez v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDAL 09-742, EDLA 10-770**
*Janet Ann Gabriel, et al. v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, SDMS 09-138, 09-6016**
*Diane Alice Chalaire, et al. v. Forest River, Inc., et al.*,
**MDL 1873, SDMS 09-527, 09-6717**
*Jacob Joseph Borrouso, et al. v. Coachmen Industries, Inc., et al.*,
**MDL 1873, SDMS 09-525, EDLA 09-6902**
*Jacob Joseph Borrouso, et al. v. Forest River, Inc., et al.*
**MDL 1873, NDAL 09-1422, EDLA 09-5971**
*Cheryl Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, SDMS 09-523, EDLA 09-6899**
*Cheryl Andrews, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
**MDL 1873, SDMS 09-519, EDLA 09-6895**
*Steven Weyland Fincher v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, SDAL 09-497, EDLA 10-779**
*Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDAL 09-0666, EDLA 09-5970**
*Brian J. Perera v. Coachmen Industries, Inc., et al.*,
**MDL 1873, NDAL 09-1424, EDLA 09-6146**

*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 09-6904**
*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 10-763**

**PLAINTIFFS' MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

Now into Court, through undersigned counsel, come plaintiffs listed in the attached "Exhibit A, *in globo*" who respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Motion. Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*" attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 West Judge Perez Drive, Suite 303
    Chalmette, LA 70043
    Telephone: (504) 271-8421
    Facsimile: (504) 271-1961
    **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the **6th** day of **December, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                    s/ Roberta L. Burns
                                                                    ROBERTA L. BURNS