UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                   SECTION "N" (4)

THIS DOCUMENT RELATES TO:
THIS DOCUMENT RELATES TO:
*Lester Adams, et al. v. Fleetwood, Ltd., et al.*,
MDL 1873, EDLA 09-4669
*Charles E. Arbour, et al. v. Recreation by Design, et al.*,
MDL 1873, EDLA 09-3733
*Collette Adams, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, EDLA 09-3562
*Collette Adams, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
MDL 1873, EDLA 09-3727
*Julie Mixon, et al. v. Keystone RV Company, et al.*,
MDL 1873, SDMS 09-521, EDLA 09-6897
*Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.*,
MDL 1873, SDMS 09-520, EDLA 09-6896
*Warren A. Perez v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, MDAL 09-742, EDLA 10-770
*Janet Ann Gabriel, et al. v. Fleetwood Canada, Ltd., et al.*,
MDL 1873, SDMS 09-138, 09-6016
*Diane Alice Chalaire, et al. v. Forest River, Inc., et al.*,
MDL 1873, SDMS 09-527, 09-6717
*Jacob Joseph Borrouso, et al. v. Coachmen Industries, Inc., et al.*,
MDL 1873, SDMS 09-525, EDLA 09-6902
*Jacob Joseph Borrouso, et al. v. Forest River, Inc., et al.*
MDL 1873, NDAL 09-1422, EDLA 09-5971
*Cheryl Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
MDL 1873, SDMS 09-523, EDLA 09-6899
*Cheryl Andrews, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
MDL 1873, SDMS 09-519, EDLA 09-6895
*Steven Weyland Fincher v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, SDAL 09-497, EDLA 10-779
*Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*,
MDL 1873, MDAL 09-0666, EDLA 09-5970
*Brian J. Perera v. Coachmen Industries, Inc., et al.*,
MDL 1873, NDAL 09-1424, EDLA 09-6146

*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 09-6904**
*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 10-763**

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINTS FOR DAMAGES**

**MAY IT PLEASE THE COURT**,

Undersigned counsel for plaintiffs listed in the attached "Exhibit A, *in globo*" respectfully request this Honorable Court grant their Motion to Sever plaintiffs from the original "Unmatched" Complaint(s) in which they were named, also referenced in "Exhibit A, *in globo*" and listed in the caption for this Memorandum Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 21, and in compliance with Pretrial Order Nos. 40 (Rec. Doc. 1781) and 68 (Rec. Doc. 14779), now have been matched to a specific manufacturer and/or no-bid contractor, and have filed Amended Complaint(s) which all are indicated in "Exhibit A, *in globo*", attached.

Therefore, plaintiffs move this Honorable Court to grant Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    By:        s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the **6th** day of **December, 2010**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
ROBERTA L. BURNS
