THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961



# *Adams, et al. v. Fleetwood, Ltd., et al.*

### EDLA 09-4669

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Lester  Adams | 10-3989 | Adams v. Fleetwood, et al |
| (2) | Marjorie  Deroche Ament | 10-3990 | Ament v. Fleetwood, et al |
| (3) | Wynette Marie Arias | 10-3691 | Adams v. American International, et al |
| (4) | Johnny Dusty Atkinson | 10-3989 | Adams v. Fleetwood, et al |
| (5) | Karen Lynn Baker | 10-3989 | Adams v. Fleetwood, et al |
| (6) | Rudolph Carl Baker | 10-3989 | Adams v. Fleetwood, et al |
| (7) | Gayle Laris & Russell Baldo, o/b/o C.B | 10-3989 | Adams v. Fleetwood, et al |
| (8) | Debra A Banner | 10-3989 | Adams v. Fleetwood, et al |
| (9) | Dorothy I Banner | 10-3989 | Adams v. Fleetwood, et al |
| (10) | Randolph Joseph Blanchard | 10-3691 | Adams v. American International, et al |
| (11) | Leslie Boudreaux, o/b/o C.B | 10-3989 | Adams v. Fleetwood, et al |
| (12) | Leslie T. Boudreaux | 10-3989 | Adams v. Fleetwood, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (13)  Candy Burkhardt, o/b/o B.B | 10-3989 | Adams v. Fleetwood, et al |
| (14)  Jennifer  Carson | 10-3989 | Adams v. Fleetwood, et al |
| (15)  Randy  Carson | 10-3989 | Adams v. Fleetwood, et al |
| (16)  Jennifer Carson & Randy Carson Sr., o/b/o R.C. | 10-3989 | Adams v. Fleetwood, et al |
| (17)  Darrell & Pearl Caruso, o/b/o B.C | 09-4669 | Adams v. Fleetwood |
| (18)  Darrell & Pearl Caruso, o/b/o D.C | 09-4669 | Adams v. Fleetwood |
| (19)  Pearl B Caruso | 09-4669 | Adams v. Fleetwood |
| (20)  Gracelyn Michelle Casanova | 09-4669 | Adams v. Fleetwood |
| (21)  Adrian  Cazenave | 09-4669 | Adams v. Fleetwood |
| (22)  Crystal Catalano, o/b/o C.C | 10-3989 | Adams v. Fleetwood, et al |
| (23)  Alama A Cordova | 10-3989 | Adams v. Fleetwood, et al |
| (24)  Hlanson J Cosse | 10-3989 | Adams v. Fleetwood, et al |
| (25)  Jane A Cosse | 10-3989 | Adams v. Fleetwood, et al |
| (26)  Gerald  J. Couture | 10-3989 | Adams v. Fleetwood, et al |
| (27)  Constantine  Cruz | 10-3990 | Ament v. Fleetwood, et al |
| (28)  Monica  Romelia Cruz | 10-3990 | Ament v. Fleetwood, et al |
| (29)  Debra  Daquana | 10-3989 | Adams v. Fleetwood, et al |
| (30)  Arlin  Davis | 10-3963 | David v. Fleetwood, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Rebecca A Deroche | 10-3989 | Adams v. Fleetwood, et al |
| (32)  Connie Ann Diaz | 10-3989 | Adams v. Fleetwood, et al |
| (33)  Delmas Joseph Diaz | 10-3989 | Adams v. Fleetwood, et al |
| (34)  Ida  Drewes | 10-3989 | Adams v. Fleetwood, et al |
| (35)  Candy Burkhardt Falgout | 10-3989 | Adams v. Fleetwood, et al |
| (36)  Angelo  Anthony Gagliano | 10-3989 | Adams v. Fleetwood, et al |
| (37)  Angelo  Anthony Gagliano | 10-3989 | Adams v. Fleetwood, et al |
| (38)  Brandy  Elizabeth Gauthier | 09-4669 | Adams v. Fleetwood |
| (39)  Christina  Gerica | 10-3989 | Adams v. Fleetwood, et al |
| (40)  Cornell Macklin Hodges | 09-4669 | Adams v. Fleetwood |
| (41)  Louise Williams Hodges | 10-3989 | Adams v. Fleetwood, et al |
| (42)  Kolby Sean Hood | 10-3989 | Adams v. Fleetwood, et al |
| (43)  Florita Nunez Hyde | 10-3989 | Adams v. Fleetwood, et al |
| (44)  Florita Nunez Hyde | 10-3989 | Adams v. Fleetwood, et al |
| (45)  Florita Nunez Hyde | 10-3989 | Adams v. Fleetwood, et al |
| (46)  Clinton D. Kinkella | 10-3989 | Adams v. Fleetwood, et al |
| (47)  Joseph R. Kinkella | 10-3989 | Adams v. Fleetwood, et al |
| (48)  Katie M. Kinkella | 10-3989 | Adams v. Fleetwood, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Terri  Kinkella | 10-3989 | Adams v. Fleetwood, et al |
| (50)  Kevin  Richard Ladner | 09-4669 | Adams v. Fleetwood |
| (51)  Mike  P. Ladner | 09-4669 | Adams v. Fleetwood |
| (52)  Tiffany Nicole Ladner | 09-4669 | Adams v. Fleetwood |
| (53)  Patricia A Lopez | 10-3989 | Adams v. Fleetwood, et al |
| (54)  Kenneth  A. Martin | 10-3962 | Martin v. Fleetwood, et al |
| (55)  Kenneth  A. Martin | 10-3962 | Martin v. Fleetwood, et al |
| (56)  Linda K. Martin | 10-3962 | Martin v. Fleetwood, et al |
| (57)  Suzette  Meyer | 10-3989 | Adams v. Fleetwood, et al |
| (58)  Mathilda  Miller | 09-4669 | Adams v. Fleetwood |
| (59)  Ethel Lackey, o/b/o B.M | 09-4669 | Adams v. Fleetwood |
| (60)  Cathy Moore, o/b/o M.M | 10-3989 | Adams v. Fleetwood, et al |
| (61)  Russell  Moore | 10-3989 | Adams v. Fleetwood, et al |
| (62)  Michael  D. Morain | 10-3989 | Adams v. Fleetwood, et al |
| (63)  Mary  Mullins | 09-4669 | Adams v. Fleetwood |
| (64)  Sherman  C. Mullins | 09-4669 | Adams v. Fleetwood |
| (65)  Richard Charles Osborne | 10-3989 | Adams v. Fleetwood, et al |
| (66)  Mandi  Lynn Peterson | 10-3989 | Adams v. Fleetwood, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  Theodore  A. Pilet | 09-4669 | Adams v. Fleetwood |
| (68)  Edith Scott, o/b/o P.R | 10-3990 | Ament v. Fleetwood, et al |
| (69)  Eloise  Robin | 10-3989 | Adams v. Fleetwood, et al |
| (70)  Kenneth J. Robin | 10-3989 | Adams v. Fleetwood, et al |
| (71)  Roxanne  Rome Rome-Cutrer | 09-4669 | Adams v. Fleetwood |
| (72)  Kerri Ronquille, o/b/o J.R | 09-4669 | Adams v. Fleetwood |
| (73)  Kristine Roques, o/b/o N.R | 10-3989 | Adams v. Fleetwood, et al |
| (74)  Edith Scott, o/b/o C.S | 10-3990 | Ament v. Fleetwood, et al |
| (75)  Lionel  Serigne | 10-3989 | Adams v. Fleetwood, et al |
| (76)  Estelle S Serignet | 10-3989 | Adams v. Fleetwood, et al |
| (77)  Brandon  Serio | 09-4669 | Adams v. Fleetwood |
| (78)  Ashley  Stephens | 09-4669 | Adams v. Fleetwood |
| (79)  Mary  Ann Stewart | 09-4669 | Adams v. Fleetwood |
| (80)  Donald Glen Topey | 10-3989 | Adams v. Fleetwood, et al |
| (81)  Tanya Topey, o/b/o K.T | 10-3989 | Adams v. Fleetwood, et al |
| (82)  Tanya Ann Topey | 10-3989 | Adams v. Fleetwood, et al |
| (83)  Kerrie Schmid, o/b/o A.T | 09-4669 | Adams v. Fleetwood |
| (84)  Cynthia  Russell Trabeaux | 09-4669 | Adams v. Fleetwood |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Benjamin  Henry Vandenborre | 10-3989 | Adams v. Fleetwood, et al |
| (86)  Henry Vandenborre Jr, o/b/o B.V | 10-3989 | Adams v. Fleetwood, et al |
| (87)  Henry Herbert Vandenborre | 10-3989 | Adams v. Fleetwood, et al |
| (88)  Henry Herbert Vandenborre | 10-3989 | Adams v. Fleetwood, et al |
| (89)  Marina  Dolores Vandenborre | 10-3989 | Adams v. Fleetwood, et al |
| (90)  Henry Vandenborre Jr, o/b/o R.V | 10-3989 | Adams v. Fleetwood, et al |
| (91)  Chad  Victoriana | 10-3958 | Victoriana v. Fleetwood, et al |
| (92)  Chrys E. Wallace | 10-3989 | Adams v. Fleetwood, et al |
| (93)  Clarence E. Wallace | 10-3989 | Adams v. Fleetwood, et al |
| (94)  Pamela Wallace, o/b/o D.W | 10-3989 | Adams v. Fleetwood, et al |
| (95)  Pamela C. Wallace | 10-3989 | Adams v. Fleetwood, et al |
| (96)  Edward  W. Washington | 10-3963 | David v. Fleetwood, et al |
| (97)  Shirley  H. Washington | 10-3963 | David v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Arbour, et al. v. Recreation by Design, et al.*

## EDLA 09-3733

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Charles E. Arbour | 10-3715 | Arbour v. Recreation By Design, et al |
| (2) | Charles Arbour, o/b/o J.A | 10-3715 | Arbour v. Recreation By Design, et al |
| (3) | Alexander Assavedo III, o/b/o A.A | 10-3715 | Arbour v. Recreation By Design, et al |
| (4) | Leico A. Assevedo | 10-3715 | Arbour v. Recreation By Design, et al |
| (5) | Garland Baynes | 10-3715 | Arbour v. Recreation By Design, et al |
| (6) | Patricia T. Baynes | 10-3715 | Arbour v. Recreation By Design, et al |
| (7) | Kenneth Blanchard | 10-3800 | Blanchard v. Recreation By Design, et al |
| (8) | Kenneth Blanchard | 10-3715 | Arbour v. Recreation By Design, et al |
| (9) | Kenneth Blanchard | 10-3795 | Blanchard v. Recreation By Design, et al |
| (10) | Linda Blanchard | 10-3800 | Blanchard v. Recreation By Design, et al |
| (11) | Linda Blanchard | 10-3795 | Blanchard v. Recreation By Design, et al |
| (12) | Linda Blanchard | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Winston  Paul Bordelon | 10-3715 | Arbour v. Recreation By Design, et al |
| (14)  Gladys  S. Brugier | 10-3715 | Arbour v. Recreation By Design, et al |
| (15)  Lester  P. Brugier | 10-3715 | Arbour v. Recreation By Design, et al |
| (16)  Margaret Rhodes Bryant | 10-3715 | Arbour v. Recreation By Design, et al |
| (17)  William Hartam Bryant | 10-3715 | Arbour v. Recreation By Design, et al |
| (18)  Annette Coupel Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (19)  Derek Joseph Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (20)  Emily  Rose Campo | 10-3715 | Arbour v. Recreation By Design, et al |
| (21)  Roy George Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (22)  Carl  Joseph Cook | 10-3715 | Arbour v. Recreation By Design, et al |
| (23)  Priscilla Lucille Cook | 10-3715 | Arbour v. Recreation By Design, et al |
| (24)  Allen  Couvillon | 10-3798 | Campo v. Recreation By Design, et al |
| (25)  Sandra  Lee Couvillon | 10-3798 | Campo v. Recreation By Design, et al |
| (26)  Lena Jacobs Damond | 10-3715 | Arbour v. Recreation By Design, et al |
| (27)  Raymond  L. Deogracias | 10-3715 | Arbour v. Recreation By Design, et al |
| (28)  Cora Leonard Desselle | 10-3715 | Arbour v. Recreation By Design, et al |
| (29)  Rene P. Desselle | 10-3715 | Arbour v. Recreation By Design, et al |
| (30)  Claude  Drewes | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31) Laurie Drewes | 10-3715 | Arbour v. Recreation By Design, et al |
| (32) Deborah Guidroz Ducoing | 10-3715 | Arbour v. Recreation By Design, et al |
| (33) Sean M. Ducoing | 10-3715 | Arbour v. Recreation By Design, et al |
| (34) Ralph Dufour | 10-3715 | Arbour v. Recreation By Design, et al |
| (35) William Joseph Fasone | 10-3715 | Arbour v. Recreation By Design, et al |
| (36) Lloyd R. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (37) Wayne A. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (38) Yvonne M. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (39) Henry Fuselier | 10-3715 | Arbour v. Recreation By Design, et al |
| (40) Pamela Fuselier | 10-3715 | Arbour v. Recreation By Design, et al |
| (41) Carol Lynne Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (42) Gary James Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (43) Jamie Elizabeth Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (44) Hervin Gasper | 10-3715 | Arbour v. Recreation By Design, et al |
| (45) Bobbye Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (46) Bobbye Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (47) Bobbye Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (48) Todd A. Johnson | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (49)  Raymond Patrick Keller | 10-3715 | Arbour v. Recreation By Design, et al |
| (50)  Michael Lagarde | 10-3715 | Arbour v. Recreation By Design, et al |
| (51)  Jolie Lapeyrouse | 10-3715 | Arbour v. Recreation By Design, et al |
| (52)  Raymond Lewis | 10-3715 | Arbour v. Recreation By Design, et al |
| (53)  Howard F. Lockwood | 10-3715 | Arbour v. Recreation By Design, et al |
| (54)  Louis E. Lund | 10-3715 | Arbour v. Recreation By Design, et al |
| (55)  Ora G Lund | 10-3715 | Arbour v. Recreation By Design, et al |
| (56)  Albert J. Mackles | 10-3715 | Arbour v. Recreation By Design, et al |
| (57)  Clara Frances Mackles | 10-3715 | Arbour v. Recreation By Design, et al |
| (58)  Kenneth A. Martin | 10-3715 | Arbour v. Recreation By Design, et al |
| (59)  Linda K. Martin | 10-3715 | Arbour v. Recreation By Design, et al |
| (60)  Judy Mayeux | 10-3715 | Arbour v. Recreation By Design, et al |
| (61)  Paul Mayeux | 10-3715 | Arbour v. Recreation By Design, et al |
| (62)  Ezilda Meyers | 10-3715 | Arbour v. Recreation By Design, et al |
| (63)  Irwin Meyers | 10-3715 | Arbour v. Recreation By Design, et al |
| (64)  Samantha M. Miller | 10-3715 | Arbour v. Recreation By Design, et al |
| (65)  Samantha M. Miller | 10-3715 | Arbour v. Recreation By Design, et al |
| (66)  Henry Moore | 10-3715 | Arbour v. Recreation By Design, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | David S Nuccio | 10-3715 | Arbour v. Recreation By Design, et al |
| (68) | David S Nuccio | 10-3715 | Arbour v. Recreation By Design, et al |
| (69) | David S. Nuccio, o/b/o S.N | 10-3715 | Arbour v. Recreation By Design, et al |
| (70) | Adam Henry Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (71) | Karen C Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (72) | Patricia Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (73) | Yockey Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (74) | David J Quarterman | 10-3715 | Arbour v. Recreation By Design, et al |
| (75) | Susan R. Quarterman | 10-3715 | Arbour v. Recreation By Design, et al |
| (76) | John J. Rodi | 10-3798 | Campo v. Recreation By Design, et al |
| (77) | Karen F. Rodi | 10-3798 | Campo v. Recreation By Design, et al |
| (78) | Linda Rodi | 10-3715 | Arbour v. Recreation By Design, et al |
| (79) | Emma K. Saavedra | 10-3715 | Arbour v. Recreation By Design, et al |
| (80) | Albert Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (81) | Albert Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (82) | Regina Fiorella Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (83) | Regina Fiorella Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (84) | George A Sercovich | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (85)  George A Sercovich | 10-3715 | Arbour v. Recreation By Design, et al |
| (86)  Diana  E. Shanley | 10-3798 | Campo v. Recreation By Design, et al |
| (87)  Florine  S. Shanley | 10-3798 | Campo v. Recreation By Design, et al |
| (88)  Betty Hayes Shipman | 10-3715 | Arbour v. Recreation By Design, et al |
| (89)  Matthew  Shipman | 10-3715 | Arbour v. Recreation By Design, et al |
| (90)  Rita  Sparks | 10-3715 | Arbour v. Recreation By Design, et al |
| (91)  Lorraine  Surtain | 10-3800 | Blanchard v. Recreation By Design, et al |
| (92)  Tammy  Ann Talcott | 10-3715 | Arbour v. Recreation By Design, et al |
| (93)  Albert  Theriot | 10-3715 | Arbour v. Recreation By Design, et al |
| (94)  Patricia  Tranchina | 10-3715 | Arbour v. Recreation By Design, et al |
| (95)  Leah Newman Vinsanau | 10-3715 | Arbour v. Recreation By Design, et al |
| (96)  Michael  Vinsanau | 10-3715 | Arbour v. Recreation By Design, et al |
| (97)  Loukevia Williams, o/b/o J.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (98)  Loukevia Williams, o/b/o J.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (99)  Loukevia Williams, o/b/o K.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (100) Loukevia Williams, o/b/o K.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (101) Loukevia M. Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (102) Loukevia M. Williams | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Vernon  Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (104) Vernon  Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (105) Aaron Leigh Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (106) Alan  Edwin Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (107) Aleasia  Mohr Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (108) Salvador  Anthony Zahn | 10-3715 | Arbour v. Recreation By Design, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Arbour, et al. v. Recreation by Design, et al.*

## EDLA 09-3733

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Charles E. Arbour | 10-3715 | Arbour v. Recreation By Design, et al |
| (2) | Charles Arbour, o/b/o J.A | 10-3715 | Arbour v. Recreation By Design, et al |
| (3) | Alexander Assavedo III, o/b/o A.A | 10-3715 | Arbour v. Recreation By Design, et al |
| (4) | Leico A. Assevedo | 10-3715 | Arbour v. Recreation By Design, et al |
| (5) | Garland Baynes | 10-3715 | Arbour v. Recreation By Design, et al |
| (6) | Patricia T. Baynes | 10-3715 | Arbour v. Recreation By Design, et al |
| (7) | Kenneth Blanchard | 10-3800 | Blanchard v. Recreation By Design, et al |
| (8) | Kenneth Blanchard | 10-3715 | Arbour v. Recreation By Design, et al |
| (9) | Kenneth Blanchard | 10-3795 | Blanchard v. Recreation By Design, et al |
| (10) | Linda Blanchard | 10-3800 | Blanchard v. Recreation By Design, et al |
| (11) | Linda Blanchard | 10-3795 | Blanchard v. Recreation By Design, et al |
| (12) | Linda Blanchard | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Winston  Paul Bordelon | 10-3715 | Arbour v. Recreation By Design, et al |
| (14)  Gladys  S. Brugier | 10-3715 | Arbour v. Recreation By Design, et al |
| (15)  Lester  P. Brugier | 10-3715 | Arbour v. Recreation By Design, et al |
| (16)  Margaret Rhodes Bryant | 10-3715 | Arbour v. Recreation By Design, et al |
| (17)  William Hartam Bryant | 10-3715 | Arbour v. Recreation By Design, et al |
| (18)  Annette Coupel Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (19)  Derek Joseph Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (20)  Emily  Rose Campo | 10-3715 | Arbour v. Recreation By Design, et al |
| (21)  Roy George Campo | 10-3798 | Campo v. Recreation By Design, et al |
| (22)  Carl  Joseph Cook | 10-3715 | Arbour v. Recreation By Design, et al |
| (23)  Priscilla Lucille Cook | 10-3715 | Arbour v. Recreation By Design, et al |
| (24)  Allen  Couvillon | 10-3798 | Campo v. Recreation By Design, et al |
| (25)  Sandra  Lee Couvillon | 10-3798 | Campo v. Recreation By Design, et al |
| (26)  Lena Jacobs Damond | 10-3715 | Arbour v. Recreation By Design, et al |
| (27)  Raymond  L. Deogracias | 10-3715 | Arbour v. Recreation By Design, et al |
| (28)  Cora Leonard Desselle | 10-3715 | Arbour v. Recreation By Design, et al |
| (29)  Rene P. Desselle | 10-3715 | Arbour v. Recreation By Design, et al |
| (30)  Claude  Drewes | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Laurie  Drewes | 10-3715 | Arbour v. Recreation By Design, et al |
| (32)  Deborah Guidroz Ducoing | 10-3715 | Arbour v. Recreation By Design, et al |
| (33)  Sean  M. Ducoing | 10-3715 | Arbour v. Recreation By Design, et al |
| (34)  Ralph  Dufour | 10-3715 | Arbour v. Recreation By Design, et al |
| (35)  William  Joseph Fasone | 10-3715 | Arbour v. Recreation By Design, et al |
| (36)  Lloyd  R. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (37)  Wayne  A. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (38)  Yvonne  M. Freire | 10-3715 | Arbour v. Recreation By Design, et al |
| (39)  Henry  Fuselier | 10-3715 | Arbour v. Recreation By Design, et al |
| (40)  Pamela  Fuselier | 10-3715 | Arbour v. Recreation By Design, et al |
| (41)  Carol Lynne Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (42)  Gary James Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (43)  Jamie Elizabeth Gadwaw | 10-3715 | Arbour v. Recreation By Design, et al |
| (44)  Hervin  Gasper | 10-3715 | Arbour v. Recreation By Design, et al |
| (45)  Bobbye  Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (46)  Bobbye  Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (47)  Bobbye  Greer-Foley | 10-3715 | Arbour v. Recreation By Design, et al |
| (48)  Todd  A. Johnson | 10-3715 | Arbour v. Recreation By Design, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Raymond Patrick Keller | 10-3715 | Arbour v. Recreation By Design, et al |
| (50) | Michael Lagarde | 10-3715 | Arbour v. Recreation By Design, et al |
| (51) | Jolie Lapeyrouse | 10-3715 | Arbour v. Recreation By Design, et al |
| (52) | Raymond Lewis | 10-3715 | Arbour v. Recreation By Design, et al |
| (53) | Howard F. Lockwood | 10-3715 | Arbour v. Recreation By Design, et al |
| (54) | Louis E. Lund | 10-3715 | Arbour v. Recreation By Design, et al |
| (55) | Ora G Lund | 10-3715 | Arbour v. Recreation By Design, et al |
| (56) | Albert J. Mackles | 10-3715 | Arbour v. Recreation By Design, et al |
| (57) | Clara Frances Mackles | 10-3715 | Arbour v. Recreation By Design, et al |
| (58) | Kenneth A. Martin | 10-3715 | Arbour v. Recreation By Design, et al |
| (59) | Linda K. Martin | 10-3715 | Arbour v. Recreation By Design, et al |
| (60) | Judy Mayeux | 10-3715 | Arbour v. Recreation By Design, et al |
| (61) | Paul Mayeux | 10-3715 | Arbour v. Recreation By Design, et al |
| (62) | Ezilda Meyers | 10-3715 | Arbour v. Recreation By Design, et al |
| (63) | Irwin Meyers | 10-3715 | Arbour v. Recreation By Design, et al |
| (64) | Samantha M. Miller | 10-3715 | Arbour v. Recreation By Design, et al |
| (65) | Samantha M. Miller | 10-3715 | Arbour v. Recreation By Design, et al |
| (66) | Henry Moore | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  David S Nuccio | 10-3715 | Arbour v. Recreation By Design, et al |
| (68)  David S Nuccio | 10-3715 | Arbour v. Recreation By Design, et al |
| (69)  David S. Nuccio, o/b/o S.N | 10-3715 | Arbour v. Recreation By Design, et al |
| (70)  Adam Henry Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (71)  Karen C Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (72)  Patricia Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (73)  Yockey Patcheco | 10-3715 | Arbour v. Recreation By Design, et al |
| (74)  David J Quarterman | 10-3715 | Arbour v. Recreation By Design, et al |
| (75)  Susan R. Quarterman | 10-3715 | Arbour v. Recreation By Design, et al |
| (76)  John J. Rodi | 10-3798 | Campo v. Recreation By Design, et al |
| (77)  Karen F. Rodi | 10-3798 | Campo v. Recreation By Design, et al |
| (78)  Linda Rodi | 10-3715 | Arbour v. Recreation By Design, et al |
| (79)  Emma K. Saavedra | 10-3715 | Arbour v. Recreation By Design, et al |
| (80)  Albert Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (81)  Albert Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (82)  Regina Fiorella Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (83)  Regina Fiorella Schmiderer | 10-3715 | Arbour v. Recreation By Design, et al |
| (84)  George A Sercovich | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  George A Sercovich | 10-3715 | Arbour v. Recreation By Design, et al |
| (86)  Diana E. Shanley | 10-3798 | Campo v. Recreation By Design, et al |
| (87)  Florine S. Shanley | 10-3798 | Campo v. Recreation By Design, et al |
| (88)  Betty Hayes Shipman | 10-3715 | Arbour v. Recreation By Design, et al |
| (89)  Matthew Shipman | 10-3715 | Arbour v. Recreation By Design, et al |
| (90)  Rita Sparks | 10-3715 | Arbour v. Recreation By Design, et al |
| (91)  Lorraine Surtain | 10-3800 | Blanchard v. Recreation By Design, et al |
| (92)  Tammy Ann Talcott | 10-3715 | Arbour v. Recreation By Design, et al |
| (93)  Albert Theriot | 10-3715 | Arbour v. Recreation By Design, et al |
| (94)  Patricia Tranchina | 10-3715 | Arbour v. Recreation By Design, et al |
| (95)  Leah Newman Vinsanau | 10-3715 | Arbour v. Recreation By Design, et al |
| (96)  Michael Vinsanau | 10-3715 | Arbour v. Recreation By Design, et al |
| (97)  Loukevia Williams, o/b/o J.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (98)  Loukevia Williams, o/b/o J.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (99)  Loukevia Williams, o/b/o K.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (100) Loukevia Williams, o/b/o K.W | 10-3715 | Arbour v. Recreation By Design, et al |
| (101) Loukevia M. Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (102) Loukevia M. Williams | 10-3715 | Arbour v. Recreation By Design, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Vernon  Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (104) Vernon  Williams | 10-3715 | Arbour v. Recreation By Design, et al |
| (105) Aaron Leigh Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (106) Alan  Edwin Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (107) Aleasia  Mohr Wust | 10-3715 | Arbour v. Recreation By Design, et al |
| (108) Salvador  Anthony Zahn | 10-3715 | Arbour v. Recreation By Design, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Collette Adams, et al. v. Cavalier Home Builders, LLC., et al.*

## EDLA 09-3562

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Collette Ann Adams | 10-3662 | Adams v. Cavalier, et al |
| (2) | Dijae  Adams | 10-3662 | Adams v. Cavalier, et al |
| (3) | Joseph Anthony Alexander | 10-3662 | Adams v. Cavalier, et al |
| (4) | Paul Alexis, o/b/o D.A | 10-3662 | Adams v. Cavalier, et al |
| (5) | Paul Alexis, o/b/o H.A | 10-3662 | Adams v. Cavalier, et al |
| (6) | Mindy  Alexis | 10-3662 | Adams v. Cavalier, et al |
| (7) | Paul  Alexis | 10-3662 | Adams v. Cavalier, et al |
| (8) | Paul  J. Alexis | 10-3662 | Adams v. Cavalier, et al |
| (9) | Debra A Alfonso | 10-3662 | Adams v. Cavalier, et al |
| (10) | Lester  E. Alfonso | 10-3662 | Adams v. Cavalier, et al |
| (11) | Rafat Alkurd, o/b/o A.A | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (12) | Alaa R. Alkurd | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Etaf Alkurd | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (14) | Rafat Alkurd, o/b/o N.A | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (15) | Rafat Alkurd | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (16) | Rafat Alkurd, o/b/o R.A | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (17) | Darlene Blazio Alphonso | 10-3662 | Adams v. Cavalier, et al |
| (18) | Darlene Alphonso, o/b/o K.A | 10-3677 | Alphonso v. Cavalier, et al |
| (19) | Lionel Joseph Alphonso | 10-3677 | Alphonso v. Cavalier, et al |
| (20) | Pamela Brocato Alphonso | 10-3677 | Alphonso v. Cavalier, et al |
| (21) | Victor Alphonso | 10-3662 | Adams v. Cavalier, et al |
| (22) | Marjorie Deroche Ament | 10-3662 | Adams v. Cavalier, et al |
| (23) | Aisha Bernice Anderson | 10-3662 | Adams v. Cavalier, et al |
| (24) | Wallace Phillip Ansardi | 10-3662 | Adams v. Cavalier, et al |
| (25) | Ivan Martinez Antoun | 10-3662 | Adams v. Cavalier, et al |
| (26) | Dennis C Armitage | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (27) | Alexander J. Assavedo | 10-3662 | Adams v. Cavalier, et al |
| (28) | Alexander Assavedo III, o/b/o A.A | 10-3662 | Adams v. Cavalier, et al |
| (29) | Leico A. Assevedo | 10-3662 | Adams v. Cavalier, et al |
| (30) | Christopher Michael Atkinson | 10-3662 | Adams v. Cavalier, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Gina M Aucoin | 10-3662 | Adams v. Cavalier, et al |
| (32) | Leonard William Aucoin | 10-3662 | Adams v. Cavalier, et al |
| (33) | Gina Aucoin, o/b/o T.A | 10-3662 | Adams v. Cavalier, et al |
| (34) | Linda Audibert | 10-3662 | Adams v. Cavalier, et al |
| (35) | Gordon S. Austin | 10-3662 | Adams v. Cavalier, et al |
| (36) | Leo Ayo | 10-3662 | Adams v. Cavalier, et al |
| (37) | Michael Ayo | 10-3662 | Adams v. Cavalier, et al |
| (38) | David Bachemin | 10-3662 | Adams v. Cavalier, et al |
| (39) | Lorrie Karcher Bailey | 10-3662 | Adams v. Cavalier, et al |
| (40) | Lorrie Bailey, o/b/o S.B | 10-3662 | Adams v. Cavalier, et al |
| (41) | Marifar G. Baltazar | 10-3662 | Adams v. Cavalier, et al |
| (42) | Audrey Miller Banks | 10-3662 | Adams v. Cavalier, et al |
| (43) | LaToya Chevelle Banks | 10-3662 | Adams v. Cavalier, et al |
| (44) | Ulysses Ivory Banks | 10-3662 | Adams v. Cavalier, et al |
| (45) | Ulysses Banks | 10-3662 | Adams v. Cavalier, et al |
| (46) | Karen Palmisano Barnes | 10-3677 | Alphonso v. Cavalier, et al |
| (47) | Justin Paul Barras | 10-3662 | Adams v. Cavalier, et al |
| (48) | Lillian Carmen Barras | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (49)  Rusty Lawrence Barras | 10-3662 | Adams v. Cavalier, et al |
| (50)  Aimee Lee Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (51)  Alvin J Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (52)  Lee Smith Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (53)  Diane King Bartholomew | 10-3662 | Adams v. Cavalier, et al |
| (54)  Preston F Bartholomew | 10-3662 | Adams v. Cavalier, et al |
| (55)  Amy Adams Bastoe | 10-3662 | Adams v. Cavalier, et al |
| (56)  Angela  Chimento Bauer | 10-3662 | Adams v. Cavalier, et al |
| (57)  Angela Bauer, o/b/o N.B | 10-3662 | Adams v. Cavalier, et al |
| (58)  Stephen  Philip Bauer | 10-3662 | Adams v. Cavalier, et al |
| (59)  Mary  C. Benfatti | 10-3662 | Adams v. Cavalier, et al |
| (60)  Michael Joseph Benfatti | 10-3662 | Adams v. Cavalier, et al |
| (61)  Nicole Bennett, o/b/o J.B | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (62)  Nicole  Bennett | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (63)  Angela Saragusa Bernard | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (64)  Harold Joseph Bernard | 10-3662 | Adams v. Cavalier, et al |
| (65)  Clara C. Bertacci | 10-3662 | Adams v. Cavalier, et al |
| (66)  Dynel  Bienemy | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (67)  Dexter  M. Bigting | 10-3662 | Adams v. Cavalier, et al |
| (68)  Susan Bigting, o/b/o J.B | 10-3662 | Adams v. Cavalier, et al |
| (69)  Justin B Bigting | 10-3662 | Adams v. Cavalier, et al |
| (70)  Susan Balbon Bigting | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (71)  Clarence  Blagio | 10-3677 | Alphonso v. Cavalier, et al |
| (72)  Clarence  Blagio | 10-3677 | Alphonso v. Cavalier, et al |
| (73)  Rosemary  Blagio | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (74)  Faith  Blasio | 10-3677 | Alphonso v. Cavalier, et al |
| (75)  Lynn Blasio, o/b/o H.B | 10-3677 | Alphonso v. Cavalier, et al |
| (76)  Lynn T Blasio | 10-3677 | Alphonso v. Cavalier, et al |
| (77)  Robin Diaz Goutierez, o/b/o C.B | 10-3662 | Adams v. Cavalier, et al |
| (78)  Barbara Romano Boihem | 10-3662 | Adams v. Cavalier, et al |
| (79)  Burton Ray Boihem | 10-3662 | Adams v. Cavalier, et al |
| (80)  Bret  A. Bonura | 10-3662 | Adams v. Cavalier, et al |
| (81)  Sandra Bonura, o/b/o C.B | 10-3662 | Adams v. Cavalier, et al |
| (82)  Kal  J. Bonura | 10-3662 | Adams v. Cavalier, et al |
| (83)  Brian  C. Boudreaux | 10-3662 | Adams v. Cavalier, et al |
| (84)  Michael  D. Boudreaux | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Stacy L. Boudreaux | 10-3662 | Adams v. Cavalier, et al |
| (86)  Amanda R Bourquard | 10-3662 | Adams v. Cavalier, et al |
| (87)  Keisha  Lynn Boyer | 10-3662 | Adams v. Cavalier, et al |
| (88)  Loretta  Bradley | 10-3662 | Adams v. Cavalier, et al |
| (89)  Wilmont  Bradley | 10-3662 | Adams v. Cavalier, et al |
| (90)  Cynthia  Brancaccio | 10-3662 | Adams v. Cavalier, et al |
| (91)  Robert  Brancaccio | 10-3662 | Adams v. Cavalier, et al |
| (92)  Jonelle Karcher, o/b/o D.B | 10-3662 | Adams v. Cavalier, et al |
| (93)  Lelia  W. Breaux | 10-3662 | Adams v. Cavalier, et al |
| (94)  Bonnie  B. Brennan | 10-3662 | Adams v. Cavalier, et al |
| (95)  Daniel  Brennan | 10-3662 | Adams v. Cavalier, et al |
| (96)  David  Brennan | 10-3662 | Adams v. Cavalier, et al |
| (97)  Brittany L Brightman | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (98)  Sandra Pierre, o/b/o D.B | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (99)  Louise  C. Brulte | 10-3662 | Adams v. Cavalier, et al |
| (100) Mary Edna Bryant | 10-3662 | Adams v. Cavalier, et al |
| (101) Carol B. Buckley | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (102) Stewart  M. Buckley | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (103) Jessica Wetherbee, o/b/o D.B | 10-3662 | Adams v. Cavalier, et al |
| (104) Dale A. Buras | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (105) Diana T. Buras | 10-3662 | Adams v. Cavalier, et al |
| (106) Gail C. Buras | 10-3662 | Adams v. Cavalier, et al |
| (107) Paula  Buras | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (108) Ronald  Buras | 10-3662 | Adams v. Cavalier, et al |
| (109) Irvin J. Burke | 10-3662 | Adams v. Cavalier, et al |
| (110) Lucille  Burke | 10-3662 | Adams v. Cavalier, et al |
| (111) Tebault J. Burton | 10-3662 | Adams v. Cavalier, et al |
| (112) Susan  Domino Bush | 10-3662 | Adams v. Cavalier, et al |
| (113) Christopher Kenneth Butler | 10-3662 | Adams v. Cavalier, et al |
| (114) Linda Lee Callais | 10-3662 | Adams v. Cavalier, et al |
| (115) Linda Lee Callais | 10-3662 | Adams v. Cavalier, et al |
| (116) Brittany Ann Campo | 10-3662 | Adams v. Cavalier, et al |
| (117) George H Canale | 10-3662 | Adams v. Cavalier, et al |
| (118) Shirley M Canale | 10-3662 | Adams v. Cavalier, et al |
| (119) Jerrilee  LeRouge Candebat | 10-3662 | Adams v. Cavalier, et al |
| (120) Thomas  Peter Candebat | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (121) James  Cangelosi | 10-3662 | Adams v. Cavalier, et al |
| (122) Linda Audibert, o/b/o A.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (123) Linda Audibert, o/b/o F.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (124) Barbara  B. Capdepon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (125) Charles  R. Capdepon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (126) Edward  Ceaser | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (127) Louis Bernard Ceaser | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (128) Yolanda Lewis Ceaser | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (129) Darlyn A Champagne | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (130) Jeffrey L Chaupetta | 10-3677 | Alphonso v. Cavalier, et al |
| (131) Dianne Gervais Cheramie | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (132) Tina & Matthew Sr., o/b/o G.C | 10-3662 | Adams v. Cavalier, et al |
| (133) Tina & Matthew Sr., o/b/o M.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (134) Matthew  Joseph Chiasson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (135) Tina Reeves Chiasson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (136) Robin Clark, o/b/o K.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (137) Audrey  B. Clements | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (138) Curtis Joseph Clesi | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (139) Curtis Joseph Clesi | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (140) Stephen Vincent Conran | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (141) Stephen Vincent Conran | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (142) Carl  Joseph Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (143) Carl  Joseph Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (144) Priscilla Lucille Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (145) Priscilla Lucille Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (146) Alama A Cordova | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (147) Agnes Mac Corpus | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (148) Beverly  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (149) Raymond  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (150) Reginald  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (151) Patty Gene Couture | 10-3677 | Alphonso v. Cavalier, et al |
| (152) Allen  Couvillon | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (153) Sandra  Lee Couvillon | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (154) Angela  Crawford | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (155) Angela Crawford, o/b/o C.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (156) Christopher Aloysius Crawford | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (157) Angela Crawford, o/b/o K.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (158) Anthony Croal | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (159) Gloria Culotta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (160) Jennifer A Culotta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (161) Cody Lawrence Cutrer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (162) Roxanne Rome, o/b/o C.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (163) Joseph D. Cutrer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (164) Lester Daggs | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (165) Antoine Damond | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (166) Deborah DAntoni | 10-3551 | Acosta v. Gulf Stream, et al |
| (167) Debra Daquana | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (168) Joseph Daquana | 10-3677 | Alphonso v. Cavalier, et al |
| (169) Anthony Vincent Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (170) Robin James Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (171) Robin James Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (172) Sammi D. Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (173) Scott L Dauterive | 10-3662 | Adams v. Cavalier, et al |
| (174) Ricky & Stacy Davidson, o/b/o C.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (175) Ricky & Stacy Davidson, o/b/o H.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (176) Richard E Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (177) Stacy Ann Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (178) Audrey Davis | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (179) Kristen Clements, o/b/o C.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (180) Vanessa Dean, o/b/o A.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (181) Maris N. Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (182) Vanessa E. Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (183) William G Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (184) Brittany Michel Deano | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (185) Carol J. Deshotel | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (186) Melvin J. Deshotel | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (187) Danielle Lynn Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (188) Elbert Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (189) Kenneth Paul Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (190) Kenneth Michael Desselle | 10-3662 | Adams v. Cavalier, et al |
| (191) Nina Kelly Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (192) Charles Joseph DeWint | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (193) Tina DeWint, o/b/o D.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (194) Tina Dewint, o/b/o S.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (195) Tina  Louise DeWint | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (196) Audrey  DiBetta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (197) Frank  DiBetta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (198) Janet Lori Diecedue | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (199) August  DiFranco | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (200) Patricia L. DiFranco | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (201) Joseph Peter DiMaggio | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (202) Michelle Savoye DiMaggio | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (203) Deborah Ann Dixon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (204) Dorothy M Dixon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (205) Ashton  A. Domingo | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (206) Sophie  A. Dominick | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (207) Thomas  J. Dominick | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (208) Steve  Joseph Domino | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (209) Cynthia, o/b/o A.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (210) Ashley  Ann Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (211) Cynthia Randazzo Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (212) Herbert E. Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (213) Daniel J. Dubose | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (214) Heather Dubose, o/b/o E.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (215) Heather H. Dubose | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (216) Carolyn Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (217) Shaw Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (218) Whitney Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (219) Alison Marie DuBreuil | 10-3677 | Alphonso v. Cavalier, et al |
| (220) Gary Dennis DuBreuil | 10-3677 | Alphonso v. Cavalier, et al |
| (221) Helen Deloris Ducayag | 10-3551 | Acosta v. Gulf Stream, et al |
| (222) Helen Deloris Ducayag | 10-3551 | Acosta v. Gulf Stream, et al |
| (223) April Renee Ducote | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (224) April Ducote, o/b/o C.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (225) Ashley Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (226) David Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (227) David Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (228) Mary Ann Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (229) Stacy  Revolta Dunnam | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (230) Anna Polk Duplessis | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (231) Felton  Duplessis | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (232) Sheila Santiago, o/b/o U.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (233) Ashlynne Lemoine DuSaules | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (234) Ashley Dusaules, o/b/o D.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (235) Charles Robert Egano | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (236) Clifton Joseph Egle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (237) Jeanne Payelle Egle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (238) Beryl Guillot Elmer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (239) Clarence  Encalade | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (240) Danny  Leonce Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (241) Danny  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (242) Danny & Sandra, o/b/o D.E | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (243) Eunice  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (244) Sandra  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (245) Jane Catherine Encardes | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (246) Sumitra Junius, o/b/o L.E | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (247) Michael  C. Ermert | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (248) Tina  M. Ermert | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (249) Rhonda Estave, o/b/o D.E | 10-3677 | Alphonso v. Cavalier, et al |
| (250) Donald  Estave | 10-3677 | Alphonso v. Cavalier, et al |
| (251) Rhonda Estave, o/b/o E.E | 10-3677 | Alphonso v. Cavalier, et al |
| (252) Rhonda Estave, o/b/o K.E | 10-3677 | Alphonso v. Cavalier, et al |
| (253) Rhonda  Estave | 10-3677 | Alphonso v. Cavalier, et al |
| (254) Gina Aucoin, o/b/o A.E | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (255) Peggy  Evans | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (256) Wilkerson  Michael Evans | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (257) Rosemary  A. Farrell | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (258) Nicholas  Faust | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (259) Stacy Braquet, o/b/o B.F | 10-3677 | Alphonso v. Cavalier, et al |
| (260) Stacey Braquet, o/b/o R.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (261) Harris V. Faye | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (262) Joan  Faye | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (263) Joseph  Feraci | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (264) Leah Gaspard Ferret | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (265) Chad  Michael Ferris | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (266) Janet  D. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (267) Matthew  T. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (268) Wayne A. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (269) Alan Joseph Finkelstein | 10-3677 | Alphonso v. Cavalier, et al |
| (270) Nunez, Juanita, o/b/o A.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (271) Rhonda Flynn, o/b/o E.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (272) Rhonda  Flynn | 10-3662 | Adams v. Cavalier, et al |
| (273) Gloria Judy Fontenot | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (274) Sammi Darby, o/b/o B.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (275) Catherine B Forsythe | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (276) Christina  M. Forsythe | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (277) Eric Eugene Forsythe | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (278) Ivory (Ivy)  Forsythe | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (279) Sammi Darby, o/b/o K.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (280) Patricia Ann Forsythe | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (281) Trudy Fraychineaud, o/b/o D.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (282) David  Allen Fraychineaud | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (283) Trudy Fraychineaud, o/b/o D.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (284) Trudy Unbehagen Fraychineaud | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (285) James Frink | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (286) Donna Gabriel Fulton | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (287) Walter Lucien Fulton | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (288) Warren Peter Gabriel | 10-3662 | Adams v. Cavalier, et al |
| (289) Daniel Joseph Gaeta | 10-3662 | Adams v. Cavalier, et al |
| (290) Henry E. Gallardo | 10-3677 | Alphonso v. Cavalier, et al |
| (291) Joseph W. Gallardo | 10-3662 | Adams v. Cavalier, et al |
| (292) Ted A Garrett | 10-3662 | Adams v. Cavalier, et al |
| (293) Gary Rodney Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (294) Joan Schoen Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (295) Myndi Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (296) Hervin Gasper | 10-3662 | Adams v. Cavalier, et al |
| (297) Anthony T. Gauci | 10-3677 | Alphonso v. Cavalier, et al |
| (298) Ricky Gauci | 10-3662 | Adams v. Cavalier, et al |
| (299) Ronald J. Gauci | 10-3662 | Adams v. Cavalier, et al |
| (300) Sarah Y. Gauci | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (301) David  Gauthe | 10-3662 | Adams v. Cavalier, et al |
| (302) Jacklyn  M. Gauthier | 10-3662 | Adams v. Cavalier, et al |
| (303) Brandy Gauthier, o/b/o L.G | 10-3662 | Adams v. Cavalier, et al |
| (304) Brandy Gauthier, o/b/o L.G | 10-3662 | Adams v. Cavalier, et al |
| (305) Michael  V. Gauthier | 10-3662 | Adams v. Cavalier, et al |
| (306) Sharon S. Geeck | 10-3662 | Adams v. Cavalier, et al |
| (307) Sharon S. Geeck | 10-3662 | Adams v. Cavalier, et al |
| (308) Anthony G. Genovese | 10-3662 | Adams v. Cavalier, et al |
| (309) Betty J. Genovese | 10-3838 | Gabriel v. Cavalier, et al |
| (310) Danielle & Edward, o/b/o C.G | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (311) Danielle  Marie Gettys | 10-3838 | Gabriel v. Cavalier, et al |
| (312) Edward Anthony Gettys | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (313) Edward Anthony Gettys | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (314) Patricia Rizzuto Gettys | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (315) Tammy  Rita Gettys | 10-3838 | Gabriel v. Cavalier, et al |
| (316) Joseph R Gioe | 10-3838 | Gabriel v. Cavalier, et al |
| (317) Joseph R Gioe | 10-3838 | Gabriel v. Cavalier, et al |
| (318) Pauline  R. Gioe | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (319) Shirley B. Gioe | 10-3838 | Gabriel v. Cavalier, et al |
| (320) Shirley B. Gioe | 10-3838 | Gabriel v. Cavalier, et al |
| (321) Rusty Golay Sr., o/b/o R.G | 10-3838 | Gabriel v. Cavalier, et al |
| (322) Rusty Thomas Golay | 10-3838 | Gabriel v. Cavalier, et al |
| (323) Samantha Gonzales, o/b/o A.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (324) Huey Gonzales, o/b/o A.G | 10-3838 | Gabriel v. Cavalier, et al |
| (325) Esther  N. Gonzales | 10-3838 | Gabriel v. Cavalier, et al |
| (326) Huey  Peter Gonzales | 10-3838 | Gabriel v. Cavalier, et al |
| (327) Samantha L Gonzales | 10-3664 | Fetter v. Gulf Stream, et al |
| (328) Samantha Gonzales, o/b/o T.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (329) Thomas  Gonzales | 10-3664 | Fetter v. Gulf Stream, et al |
| (330) Samantha Gonzales, o/b/o T.G | 10-3664 | Fetter v. Gulf Stream, et al |
| (331) Robin Diaz Goutierez | 10-3662 | Adams v. Cavalier, et al |
| (332) Guy J. Graci | 10-3838 | Gabriel v. Cavalier, et al |
| (333) Guy J. Graci | 10-3838 | Gabriel v. Cavalier, et al |
| (334) Joseph J. Graci | 10-3838 | Gabriel v. Cavalier, et al |
| (335) Ruston Matthew Graybill | 10-3838 | Gabriel v. Cavalier, et al |
| (336) Sheryl Kaye Green | 10-3838 | Gabriel v. Cavalier, et al |