| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (337) Deborah Ann Griffin | 10-3838 | Gabriel v. Cavalier, et al |
| (338) Dolores M. Griffin | 10-3838 | Gabriel v. Cavalier, et al |
| (339) Dolores M. Griffin | 10-3838 | Gabriel v. Cavalier, et al |
| (340) Norman J. Griffin | 10-3838 | Gabriel v. Cavalier, et al |
| (341) Frances  Guardalabene | 10-3838 | Gabriel v. Cavalier, et al |
| (342) Arthur  Christian Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (343) Betty Harriet Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (344) Charlene  Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (345) Edna  Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (346) Frank  J. Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (347) Maria M Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (348) William  Guerra | 10-3838 | Gabriel v. Cavalier, et al |
| (349) Mary  A. Guglielmo | 10-3838 | Gabriel v. Cavalier, et al |
| (350) Albert E. Guillemet | 10-3838 | Gabriel v. Cavalier, et al |
| (351) Bertha S. Guillemet | 10-3838 | Gabriel v. Cavalier, et al |
| (352) Sandra Pierre, o/b/o D.G | 10-3838 | Gabriel v. Cavalier, et al |
| (353) Natalie  Mary Hahlos | 10-3663 | Falgout v. Gulf Stream, et al |
| (354) Royce Hammer Sr., o/b/o A.H | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (355) Diana Marie Hammer | 10-3838 | Gabriel v. Cavalier, et al |
| (356) Meagan Murla, o/b/o M.H | 10-3838 | Gabriel v. Cavalier, et al |
| (357) Royce A. Hammer | 10-3838 | Gabriel v. Cavalier, et al |
| (358) Royce A. Hammer | 10-3838 | Gabriel v. Cavalier, et al |
| (359) Stephanie Lynn Hammer | 10-3838 | Gabriel v. Cavalier, et al |
| (360) John Haralampopoulos | 10-3838 | Gabriel v. Cavalier, et al |
| (361) Angel Marie Harrington | 10-3838 | Gabriel v. Cavalier, et al |
| (362) Elizabeth Lewis, o/b/o F.H | 10-3838 | Gabriel v. Cavalier, et al |
| (363) Karen D. Harwell | 10-3664 | Fetter v. Gulf Stream, et al |
| (364) Raymond Ivan Heberling | 10-3838 | Gabriel v. Cavalier, et al |
| (365) Gerald J. Hebert | 10-3838 | Gabriel v. Cavalier, et al |
| (366) Diane Maillet Held | 10-3838 | Gabriel v. Cavalier, et al |
| (367) Edward Frank Held | 10-3838 | Gabriel v. Cavalier, et al |
| (368) Rosemary C. Hemelt | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (369) Theodore J. Hemelt | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (370) Charles J. Henry | 10-3838 | Gabriel v. Cavalier, et al |
| (371) Cynthia A. Hernandez | 10-3838 | Gabriel v. Cavalier, et al |
| (372) Henry M. Hernandez | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (373) Shawn Hernandez, o/b/o I.H | 10-3664 | Fetter v. Gulf Stream, et al |
| (374) Lorraine  Hernandez | 10-3838 | Gabriel v. Cavalier, et al |
| (375) Floyd William Herty | 10-3838 | Gabriel v. Cavalier, et al |
| (376) Floyd William Herty | 10-3838 | Gabriel v. Cavalier, et al |
| (377) Floyd William Herty | 10-3664 | Fetter v. Gulf Stream, et al |
| (378) Floyd William Herty | 10-3838 | Gabriel v. Cavalier, et al |
| (379) Reba A Herty | 10-3838 | Gabriel v. Cavalier, et al |
| (380) Reba A Herty | 10-3838 | Gabriel v. Cavalier, et al |
| (381) Robert H Hickox | 10-3838 | Gabriel v. Cavalier, et al |
| (382) Ronald Joseph Hill | 10-3838 | Gabriel v. Cavalier, et al |
| (383) Loretta Bradley, o/b/o D.H | 10-3838 | Gabriel v. Cavalier, et al |
| (384) James  Holmes | 10-3838 | Gabriel v. Cavalier, et al |
| (385) Jimmie Harold Holmes | 10-3838 | Gabriel v. Cavalier, et al |
| (386) Jennifer  M. Honore | 10-3664 | Fetter v. Gulf Stream, et al |
| (387) Moralee  A. Honore | 10-3838 | Gabriel v. Cavalier, et al |
| (388) Ernesto Hontiveros, o/b/o A.H | 10-3838 | Gabriel v. Cavalier, et al |
| (389) Ernesto Ocampo Hontiveros | 10-3838 | Gabriel v. Cavalier, et al |
| (390) Ernesto Hontiveros, o/b/o S.H | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (391) Kolby Sean Hood | 10-3838 | Gabriel v. Cavalier, et al |
| (392) Mary Hookfin, o/b/o A.H | 10-3838 | Gabriel v. Cavalier, et al |
| (393) Mary Hookfin | 10-3838 | Gabriel v. Cavalier, et al |
| (394) Mary Hookfin, o/b/o Y.H | 10-3838 | Gabriel v. Cavalier, et al |
| (395) Azilda Duplechin Hotard | 10-3838 | Gabriel v. Cavalier, et al |
| (396) Neal David Hotard | 10-3838 | Gabriel v. Cavalier, et al |
| (397) John Richard Howard | 10-3838 | Gabriel v. Cavalier, et al |
| (398) Patricia Trosclair, o/b/o S.H | 10-3838 | Gabriel v. Cavalier, et al |
| (399) Darren  M. Imbraguglio | 10-3838 | Gabriel v. Cavalier, et al |
| (400) Debbie  Imbraguglio | 10-3838 | Gabriel v. Cavalier, et al |
| (401) Debbie Imbraguglio, o/b/o P.I | 10-3838 | Gabriel v. Cavalier, et al |
| (402) Debbie Imbraguglio, o/b/o P.I | 10-3838 | Gabriel v. Cavalier, et al |
| (403) Peter  James Imbraguglio | 10-3838 | Gabriel v. Cavalier, et al |
| (404) Federico  Jackson | 10-3838 | Gabriel v. Cavalier, et al |
| (405) Pilar Maria Jackson | 10-3838 | Gabriel v. Cavalier, et al |
| (406) Vanessa  Jackson | 10-3838 | Gabriel v. Cavalier, et al |
| (407) Wayne  Jackson | 10-3838 | Gabriel v. Cavalier, et al |
| (408) Trietha  Chedaphne James | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (409) Lorraine B John | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (410) Denise Johnson, o/b/o A.J | 10-3838 | Gabriel v. Cavalier, et al |
| (411) Denise Johnson, o/b/o A.J | 10-3838 | Gabriel v. Cavalier, et al |
| (412) Denise Atkins Johnson | 10-3838 | Gabriel v. Cavalier, et al |
| (413) Denise Atkins Johnson | 10-3838 | Gabriel v. Cavalier, et al |
| (414) Sean Isaac Johnson | 10-3838 | Gabriel v. Cavalier, et al |
| (415) Sean Isaac Johnson | 10-3838 | Gabriel v. Cavalier, et al |
| (416) Nona Jones, o/b/o L.J | 10-3838 | Gabriel v. Cavalier, et al |
| (417) Lanney  Steger Jones | 10-3550 | Jones v. Gulf Stream, et al |
| (418) Lanney Steger Jones | 10-3838 | Gabriel v. Cavalier, et al |
| (419) Nona Muriel Jones | 10-3838 | Gabriel v. Cavalier, et al |
| (420) Mary Santiago Joseph | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (421) Gloria  S. Juneau | 10-3838 | Gabriel v. Cavalier, et al |
| (422) Robert  J. Juneau | 10-3838 | Gabriel v. Cavalier, et al |
| (423) Barbara Ann Junius | 10-3838 | Gabriel v. Cavalier, et al |
| (424) Contrada Lynn Junius | 10-3838 | Gabriel v. Cavalier, et al |
| (425) Sumitra Junius, o/b/o M.J | 10-3838 | Gabriel v. Cavalier, et al |
| (426) Sumitra Junius, o/b/o R.J | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (427) Sumitra Petal Junius | 10-3838 | Gabriel v. Cavalier, et al |
| (428) Jonelle Karcher, o/b/o A.K | 10-3837 | Karcher v. Cavalier, et al |
| (429) Jonelle Karcher, o/b/o B.K | 10-3837 | Karcher v. Cavalier, et al |
| (430) Branden  Karcher | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (431) Jonell C. Karcher | 10-3837 | Karcher v. Cavalier, et al |
| (432) Jo-Ann  Kastner | 10-3838 | Gabriel v. Cavalier, et al |
| (433) Kim Portie Kelly | 10-3838 | Gabriel v. Cavalier, et al |
| (434) Michelle Kenney, o/b/o D.K | 10-3838 | Gabriel v. Cavalier, et al |
| (435) Michelle Kenney, o/b/o K.K | 10-3838 | Gabriel v. Cavalier, et al |
| (436) Lawerence Paul Kenney | 10-3838 | Gabriel v. Cavalier, et al |
| (437) Mark  Kenney | 10-3838 | Gabriel v. Cavalier, et al |
| (438) Michael Thomas Kenney | 10-3838 | Gabriel v. Cavalier, et al |
| (439) Michelle M Kenney | 10-3550 | Jones v. Gulf Stream, et al |
| (440) Patricia A. Kenney | 10-3838 | Gabriel v. Cavalier, et al |
| (441) Vera E. Kerschner | 10-3838 | Gabriel v. Cavalier, et al |
| (442) Judy  B. Kieff | 10-3550 | Jones v. Gulf Stream, et al |
| (443) Polly  K. King | 10-3838 | Gabriel v. Cavalier, et al |
| (444) Joshua Noah Knight | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (445) Lillian  Labatut | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (446) Vincent  J. LaBruzzo | 10-3838 | Gabriel v. Cavalier, et al |
| (447) Jack  LaCaze | 10-3837 | Karcher v. Cavalier, et al |
| (448) Jason  M. Lachica | 10-3838 | Gabriel v. Cavalier, et al |
| (449) Shanell Smith, o/b/o M.L | 10-3838 | Gabriel v. Cavalier, et al |
| (450) Marlon J. LaFrance | 10-3838 | Gabriel v. Cavalier, et al |
| (451) Shantell Smith, o/b/o S.L | 10-3838 | Gabriel v. Cavalier, et al |
| (452) Eva  LaFuentes | 10-3550 | Jones v. Gulf Stream, et al |
| (453) Sierra  LaFuentes | 10-3838 | Gabriel v. Cavalier, et al |
| (454) Michael  Lagarde | 10-3838 | Gabriel v. Cavalier, et al |
| (455) Janis  M. Lamanette | 10-3838 | Gabriel v. Cavalier, et al |
| (456) Melissa  Aline Lamanette | 10-3838 | Gabriel v. Cavalier, et al |
| (457) Ronald  J. Lamanette | 10-3838 | Gabriel v. Cavalier, et al |
| (458) Raymond  Lambert | 10-3838 | Gabriel v. Cavalier, et al |
| (459) Eddie  Langlois | 10-3838 | Gabriel v. Cavalier, et al |
| (460) Eddie Langlois, o/b/o E.L | 10-3838 | Gabriel v. Cavalier, et al |
| (461) Rene  J. Langlois | 10-3838 | Gabriel v. Cavalier, et al |
| (462) Jolie  Lapeyrouse | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (463) Debra Lawson | 10-3838 | Gabriel v. Cavalier, et al |
| (464) Ethel Bernice Leblanc | 10-3838 | Gabriel v. Cavalier, et al |
| (465) Gerald A Leblanc | 10-3550 | Jones v. Gulf Stream, et al |
| (466) Odile Leblanc | 10-3838 | Gabriel v. Cavalier, et al |
| (467) Ronald LeBlanc | 10-3838 | Gabriel v. Cavalier, et al |
| (468) Wayne Leblanc | 10-3838 | Gabriel v. Cavalier, et al |
| (469) Dorothy R. Lee | 10-3838 | Gabriel v. Cavalier, et al |
| (470) Morris Lee | 10-3838 | Gabriel v. Cavalier, et al |
| (471) Rosalie Hickman Lee | 10-3838 | Gabriel v. Cavalier, et al |
| (472) Rosalie Lee, o/b/o T.L | 10-3838 | Gabriel v. Cavalier, et al |
| (473) Sammi Forsythe Darby, o/b/o S.L | 10-3838 | Gabriel v. Cavalier, et al |
| (474) Dinah L. Letellier | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (475) Darlene Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (476) Derrick Dean Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (477) Elizabeth Lynn Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (478) Gloria S Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (479) Jasmine Lewis | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (480) Mardell Lewis | 10-3549 | Jackson v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (481) Melanie Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (482) Melvin Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (483) Melvin Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (484) Raymond Lewis | 10-3838 | Gabriel v. Cavalier, et al |
| (485) Sabrika Lewis | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (486) Sherman C. Lewis | 10-3549 | Jackson v. Gulf Stream, et al |
| (487) Dorothy C. Lezina | 10-3550 | Jones v. Gulf Stream, et al |
| (488) Kathleen Nye Lind | 10-3838 | Gabriel v. Cavalier, et al |
| (489) William Dale Lind | 10-3550 | Jones v. Gulf Stream, et al |
| (490) Dustin Locascio, o/b/o D.L | 10-3838 | Gabriel v. Cavalier, et al |
| (491) Dustin Joseph Locascio | 10-3838 | Gabriel v. Cavalier, et al |
| (492) Nancy Anita Locascio | 10-3838 | Gabriel v. Cavalier, et al |
| (493) Lawrence Lohr, o/b/o K.L | 10-3838 | Gabriel v. Cavalier, et al |
| (494) Lawrence F. Lohr | 10-3838 | Gabriel v. Cavalier, et al |
| (495) Tina Long, o/b/o A.L | 10-3838 | Gabriel v. Cavalier, et al |
| (496) Chad Long | 10-3838 | Gabriel v. Cavalier, et al |
| (497) Tina Long | 10-3838 | Gabriel v. Cavalier, et al |
| (498) Ronald Sylvan Longo | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (499) Earl Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (500) Joyce C. Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (501) Julio C Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (502) Linda S. Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (503) Lisa Ann Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (504) Patricia A Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (505) Patrick P. Lopez | 10-3838 | Gabriel v. Cavalier, et al |
| (506) Catherine Lubrano | 10-3838 | Gabriel v. Cavalier, et al |
| (507) John Charles Lubrano | 10-3838 | Gabriel v. Cavalier, et al |
| (508) Victor Lubrano | 10-3838 | Gabriel v. Cavalier, et al |
| (509) Shirley Mae Lynam | 10-3838 | Gabriel v. Cavalier, et al |
| (510) Sidney Lynam | 10-3838 | Gabriel v. Cavalier, et al |
| (511) Chad W. Macalusa | 10-3510 | Macalusa v. Gulf Stream, et al |
| (512) Sandra LaFargue Macalusa | 10-3838 | Gabriel v. Cavalier, et al |
| (513) Todd H. Macalusa | 10-3838 | Gabriel v. Cavalier, et al |
| (514) Chad Joseph Mackles | 10-3838 | Gabriel v. Cavalier, et al |
| (515) Louise Mackles | 10-3838 | Gabriel v. Cavalier, et al |
| (516) Lawrence Magruder | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (517) Marylou Magruder | 10-3838 | Gabriel v. Cavalier, et al |
| (518) Clifford J. Maher | 10-3838 | Gabriel v. Cavalier, et al |
| (519) Shirley Maher | 10-3838 | Gabriel v. Cavalier, et al |
| (520) Philip C. Major | 10-3838 | Gabriel v. Cavalier, et al |
| (521) Ethel Leblanc, o/b/o D.M | 10-3838 | Gabriel v. Cavalier, et al |
| (522) Darlene Cole Martello | 10-3838 | Gabriel v. Cavalier, et al |
| (523) Samuel Martello | 10-3838 | Gabriel v. Cavalier, et al |
| (524) Kenneth A. Martin | 10-3838 | Gabriel v. Cavalier, et al |
| (525) Linda K. Martin | 10-3838 | Gabriel v. Cavalier, et al |
| (526) Ovelia G. Martin | 10-3838 | Gabriel v. Cavalier, et al |
| (527) Sidney J. Martin | 10-3838 | Gabriel v. Cavalier, et al |
| (528) Frances S. Mascaro | 10-3838 | Gabriel v. Cavalier, et al |
| (529) Charlene Elizabeth Matheny | 10-3838 | Gabriel v. Cavalier, et al |
| (530) Gregory Joseph May | 10-3838 | Gabriel v. Cavalier, et al |
| (531) Stacie Mazur | 10-3838 | Gabriel v. Cavalier, et al |
| (532) Walter Mazur | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (533) Lawrence Anthony McCall | 10-3838 | Gabriel v. Cavalier, et al |
| (534) Hazel B. McCarthy | 10-3838 | Gabriel v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (535) James Patrick McCarthy | 10-3838 | Gabriel v. Cavalier, et al |
| (536) Bessie  McDonald | 10-3838 | Gabriel v. Cavalier, et al |
| (537) Jeffery Chauppetta, o/b/o H.M | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (538) Jeffery Chauppetta, o/b/o H.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (539) Jeffery Chauppetta, o/b/o K.M | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (540) Jeffery Chauppetta, o/b/o K.M | 10-3510 | Macalusa v. Gulf Stream, et al |
| (541) Amanda  Melancon | 10-3838 | Gabriel v. Cavalier, et al |
| (542) Stacy Braquet, o/b/o J.M | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (543) Walter  Melerine | 10-3838 | Gabriel v. Cavalier, et al |
| (544) Jerilynn Pierce Melton | 10-3510 | Macalusa v. Gulf Stream, et al |
| (545) Charles  Mendoza | 10-3838 | Gabriel v. Cavalier, et al |
| (546) April Ducote, o/b/o E.M | 10-3838 | Gabriel v. Cavalier, et al |
| (547) April Ducote, o/b/o H.M | 10-3838 | Gabriel v. Cavalier, et al |
| (548) April Ducote, o/b/o L.M | 10-3838 | Gabriel v. Cavalier, et al |
| (549) Donna  Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (550) Dorothy  Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (551) Donna Miller, o/b/o E.M | 10-3838 | Gabriel v. Cavalier, et al |
| (552) George G Miller | 10-3728 | Alphonso v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (553) Jacquetta M Miller | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (554) Thomas Miller | 10-3838 | Gabriel v. Cavalier, et al |
| (555) Dona Faust Mills | 10-3838 | Gabriel v. Cavalier, et al |
| (556) James Paul Mills | 10-3838 | Gabriel v. Cavalier, et al |
| (557) Christina S. Misuraca | 10-3838 | Gabriel v. Cavalier, et al |
| (558) Garet Mones | 10-3838 | Gabriel v. Cavalier, et al |
| (559) Gaetano Montana | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (560) Rachel Montana | 10-3510 | Macalusa v. Gulf Stream, et al |
| (561) Timothy Joseph Moody | 10-3838 | Gabriel v. Cavalier, et al |
| (562) Melvin Morgan | 10-3838 | Gabriel v. Cavalier, et al |
| (563) Cornell Morris | 10-3838 | Gabriel v. Cavalier, et al |
| (564) Kelly Morton | 10-3838 | Gabriel v. Cavalier, et al |
| (565) Meagan Murla | 10-3838 | Gabriel v. Cavalier, et al |
| (566) Michael A. Murla | 10-3838 | Gabriel v. Cavalier, et al |
| (567) Hulda M. Najolia | 10-3838 | Gabriel v. Cavalier, et al |
| (568) Robert H. Najolia | 10-3838 | Gabriel v. Cavalier, et al |
| (569) Kenneth James Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (570) Michelle Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (571) Rosalie Nastasi | 10-3510 | Macalusa v. Gulf Stream, et al |
| (572) Rosalie Nastasi | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (573) Patricia Ann Nation | 10-3838 | Gabriel v. Cavalier, et al |
| (574) Sharon Simmons, o/b/o E.N | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (575) Shawn Neumeyer, o/b/o L.N | 10-3838 | Gabriel v. Cavalier, et al |
| (576) Justin G. Nikolaus | 10-3510 | Macalusa v. Gulf Stream, et al |
| (577) Shanda Norton | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (578) Juanita Nunez, o/b/o C.N | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (579) Juanita Adele Nunez | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (580) Pamela Marie Nunez | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (581) Vera Nunez | 10-3838 | Gabriel v. Cavalier, et al |
| (582) Linda Coleman Nuschler | 10-3838 | Gabriel v. Cavalier, et al |
| (583) Richard W. Nye | 10-3838 | Gabriel v. Cavalier, et al |
| (584) Gerald N. Oalmann | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (585) Norma K. Oalmann | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (586) Darren M OConnor | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (587) Olma Oltmann | 10-3836 | Oltmann v. Cavalier, et al |
| (588) Uridell D. Onidas | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (589) Brad R. Oracoy | 10-3836 | Oltmann v. Cavalier, et al |
| (590) Nora Lee Oracoy | 10-3836 | Oltmann v. Cavalier, et al |
| (591) Richard Oracoy | 10-3836 | Oltmann v. Cavalier, et al |
| (592) Richard E. Oracoy | 10-3836 | Oltmann v. Cavalier, et al |
| (593) Atrisha Oster | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (594) Graciella Oster | 10-3836 | Oltmann v. Cavalier, et al |
| (595) Stephanie Purser, o/b/o C.P | 10-3836 | Oltmann v. Cavalier, et al |
| (596) Regina Lynn Padilla | 10-3836 | Oltmann v. Cavalier, et al |
| (597) Robert V. Padilla | 10-3836 | Oltmann v. Cavalier, et al |
| (598) Michael Paul Palmisano | 10-3836 | Oltmann v. Cavalier, et al |
| (599) Angele Marie Papa | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (600) John Michael Papa | 10-3836 | Oltmann v. Cavalier, et al |
| (601) John Papa, o/b/o S.P | 10-3836 | Oltmann v. Cavalier, et al |
| (602) Victor Anthony Papa | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (603) Julia Marie Patino | 10-3836 | Oltmann v. Cavalier, et al |
| (604) Pepito H. Patino | 10-3836 | Oltmann v. Cavalier, et al |
| (605) Anna Payn | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (606) Thomas Payn | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (607) Jamere  Jarron Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (608) Larson J. Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (609) Lawrance Joseph Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (610) Lawrance  Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (611) Lititia  Ann Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (612) Talia M Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (613) Tarena  Troschel Payne | 10-3836 | Oltmann v. Cavalier, et al |
| (614) Gary  J. Pellegrini | 10-3836 | Oltmann v. Cavalier, et al |
| (615) Leisa  A. Pellegrini | 10-3836 | Oltmann v. Cavalier, et al |
| (616) Bernice Nunez Perez | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (617) Brian  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (618) Gary  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (619) Geraldine  M. Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (620) Lee Sylvia Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (621) Manuel  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (622) Royce  Perez | 10-3836 | Oltmann v. Cavalier, et al |
| (623) Danny L Perkins | 10-3836 | Oltmann v. Cavalier, et al |
| (624) John  Perkins | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (625) Joseph & Karen Perry, o/b/o J.P | 10-3836 | Oltmann v. Cavalier, et al |
| (626) Joseph Louis Perry | 10-3836 | Oltmann v. Cavalier, et al |
| (627) Karen Crane Perry | 10-3836 | Oltmann v. Cavalier, et al |
| (628) Joseph & Karen Perry, o/b/o S.P | 10-3836 | Oltmann v. Cavalier, et al |
| (629) Hanson J. Peterson | 10-3836 | Oltmann v. Cavalier, et al |
| (630) Nikki Timothy Pianovich | 10-3836 | Oltmann v. Cavalier, et al |
| (631) Barbara Ann Pichon | 10-3836 | Oltmann v. Cavalier, et al |
| (632) Juliette Picquet | 10-3836 | Oltmann v. Cavalier, et al |
| (633) Joseph Pierre | 10-3836 | Oltmann v. Cavalier, et al |
| (634) Joseph Pierre | 10-3836 | Oltmann v. Cavalier, et al |
| (635) Sandra Broussard Pierre | 10-3836 | Oltmann v. Cavalier, et al |
| (636) Ralph J. Pitre | 10-3836 | Oltmann v. Cavalier, et al |
| (637) William Polk | 10-3836 | Oltmann v. Cavalier, et al |
| (638) Stephanie D. Purser | 10-3836 | Oltmann v. Cavalier, et al |
| (639) Henry Quick | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (640) Judy Quick | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (641) Steven P Rabalais | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (642) Steven P Rabalais | 10-3728 | Alphonso v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (643) Amy  Ragan | 10-3836 | Oltmann v. Cavalier, et al |
| (644) Brent  Reilly | 10-3836 | Oltmann v. Cavalier, et al |
| (645) Frances  Reilly | 10-3836 | Oltmann v. Cavalier, et al |
| (646) Francis  L. Reilly | 10-3836 | Oltmann v. Cavalier, et al |
| (647) Clint E. Reine | 10-3836 | Oltmann v. Cavalier, et al |
| (648) Roland  Reynaud | 10-3836 | Oltmann v. Cavalier, et al |
| (649) Roland  Reynaud | 10-3836 | Oltmann v. Cavalier, et al |
| (650) Deborah  Proctor Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (651) Dwight  Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (652) Dwight  Richard | 10-3836 | Oltmann v. Cavalier, et al |
| (653) Michael Lee Richards | 10-3836 | Oltmann v. Cavalier, et al |
| (654) Edith Scott, o/b/o P.R | 10-3837 | Karcher v. Cavalier, et al |
| (655) Edith Scott, o/b/o P.R | 10-3837 | Karcher v. Cavalier, et al |
| (656) Roland B. Rivers | 10-3836 | Oltmann v. Cavalier, et al |
| (657) Brittany  Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (658) Jenny Roberts, o/b/o J.R | 10-3836 | Oltmann v. Cavalier, et al |
| (659) Martin  Roberts | 10-3836 | Oltmann v. Cavalier, et al |
| (660) John J. Rodi | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (661) Karen F. Rodi | 10-3836 | Oltmann v. Cavalier, et al |
| (662) Karl Jennings Rodosta | 10-3836 | Oltmann v. Cavalier, et al |
| (663) Harry Joseph Rodrigue | 10-3836 | Oltmann v. Cavalier, et al |
| (664) Gregory  Anthony Rollo | 10-3836 | Oltmann v. Cavalier, et al |
| (665) Roxanne  Rome Rome-Cutrer | 10-3836 | Oltmann v. Cavalier, et al |
| (666) L  H. Rooney | 10-3836 | Oltmann v. Cavalier, et al |
| (667) Ryan M.  Roper | 10-3836 | Oltmann v. Cavalier, et al |
| (668) Willie  Mae Rucker | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (669) Elizabeth  A. Ruiz | 10-3836 | Oltmann v. Cavalier, et al |
| (670) Felix  C. Ruiz | 10-3836 | Oltmann v. Cavalier, et al |
| (671) Joy  B. Ruiz | 10-3836 | Oltmann v. Cavalier, et al |
| (672) James S. Sakobie | 10-3836 | Oltmann v. Cavalier, et al |
| (673) James  Salande | 10-3836 | Oltmann v. Cavalier, et al |
| (674) Kevin W Salande | 10-3836 | Oltmann v. Cavalier, et al |
| (675) Teresa Carol Salande | 10-3707 | Chilton v. Gulf Stream, et al |
| (676) Carolyn Wigley Salez | 10-3707 | Chilton v. Gulf Stream, et al |
| (677) Justin  M. Salez | 10-3707 | Chilton v. Gulf Stream, et al |
| (678) Hans  Sandifer | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (679) Deborah  A. Sandoz | 10-3836 | Oltmann v. Cavalier, et al |
| (680) Lakesha  Santiago | 10-3836 | Oltmann v. Cavalier, et al |
| (681) Mary Joseph, o/b/o P.S | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (682) Angela Bernard, o/b/o K.S | 10-3836 | Oltmann v. Cavalier, et al |
| (683) Gayle  B. Saubat | 10-3836 | Oltmann v. Cavalier, et al |
| (684) Leslie  A. Saubat | 10-3836 | Oltmann v. Cavalier, et al |
| (685) Louis  J. Saubat | 10-3836 | Oltmann v. Cavalier, et al |
| (686) Louis J. Saubat | 10-3836 | Oltmann v. Cavalier, et al |
| (687) Joan Schackai, o/b/o H.S | 10-3836 | Oltmann v. Cavalier, et al |
| (688) Joan Ann Schackai | 10-3836 | Oltmann v. Cavalier, et al |
| (689) Albert  Schmiderer | 10-3707 | Chilton v. Gulf Stream, et al |
| (690) Tina Long, o/b/o A.S | 10-3836 | Oltmann v. Cavalier, et al |
| (691) Regina Fiorella Schmiderer | 10-3836 | Oltmann v. Cavalier, et al |
| (692) Jane  Schnell | 10-3836 | Oltmann v. Cavalier, et al |
| (693) Linda Thibodeaux Schultz | 10-3836 | Oltmann v. Cavalier, et al |
| (694) Ray  Schultz | 10-3836 | Oltmann v. Cavalier, et al |
| (695) Angela Bernard, o/b/o P.S | 10-3836 | Oltmann v. Cavalier, et al |
| (696) Brenda  Scott | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (697) Brenda  Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (698) Terri Scott, o/b/o B.S | 10-3836 | Oltmann v. Cavalier, et al |
| (699) Edith Scott, o/b/o C.S | 10-3836 | Oltmann v. Cavalier, et al |
| (700) Edith Scott, o/b/o C.S | 10-3836 | Oltmann v. Cavalier, et al |
| (701) Derrick  Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (702) Derrick  Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (703) Edith  Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (704) Edith  Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (705) Terri Scott, o/b/o L.S | 10-3836 | Oltmann v. Cavalier, et al |
| (706) Michael Charles Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (707) Terri Ann Scott | 10-3836 | Oltmann v. Cavalier, et al |
| (708) David  Joseph Senez | 10-3836 | Oltmann v. Cavalier, et al |
| (709) George A Sercovich | 10-3836 | Oltmann v. Cavalier, et al |
| (710) Estelle S Serignet | 10-3836 | Oltmann v. Cavalier, et al |
| (711) Maria M. Serignet | 10-3836 | Oltmann v. Cavalier, et al |
| (712) Warren J. Serignet | 10-3836 | Oltmann v. Cavalier, et al |
| (713) Betty Hayes Shipman | 10-3836 | Oltmann v. Cavalier, et al |
| (714) Matthew  Shipman | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (715) Joseph  Silva | 10-3836 | Oltmann v. Cavalier, et al |
| (716) Kristie  Silva | 10-3836 | Oltmann v. Cavalier, et al |
| (717) Kristie Leger, o/b/o M.S | 10-3836 | Oltmann v. Cavalier, et al |
| (718) Sharon Simmons, o/b/o E.S | 10-3714 | Chilton v. Gulf Stream, et al |
| (719) Jessica  Simmons | 10-3714 | Chilton v. Gulf Stream, et al |
| (720) Jessica  Simmons | 10-3714 | Chilton v. Gulf Stream, et al |
| (721) Sharon  Simmons | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (722) Sharon  Simmons | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (723) Cecilia Coleman Slayton | 10-3836 | Oltmann v. Cavalier, et al |
| (724) Christian  Slayton | 10-3836 | Oltmann v. Cavalier, et al |
| (725) Shanell Smith, o/b/o A.S | 10-3836 | Oltmann v. Cavalier, et al |
| (726) Catherine  Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (727) Doreen M Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (728) Gerald Daniel Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (729) LaDonna Matheny Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (730) Robert M. Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (731) Shanell Trenese Smith | 10-3836 | Oltmann v. Cavalier, et al |
| (732) Paris W Sommers | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (733) Pearl B Sommers | 10-3836 | Oltmann v. Cavalier, et al |
| (734) Craig M. Spadoni | 10-3836 | Oltmann v. Cavalier, et al |
| (735) Ina D. Spadoni | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (736) Rita Sparks | 10-3836 | Oltmann v. Cavalier, et al |
| (737) Patricia Spicuzza | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (738) Mistie Spisak | 10-3836 | Oltmann v. Cavalier, et al |
| (739) John D Starr | 10-3836 | Oltmann v. Cavalier, et al |
| (740) Carl Steele | 10-3836 | Oltmann v. Cavalier, et al |
| (741) Carl Steele | 10-3836 | Oltmann v. Cavalier, et al |
| (742) Carneisha C. Steele | 10-3836 | Oltmann v. Cavalier, et al |
| (743) Clarvette Steele | 10-3836 | Oltmann v. Cavalier, et al |
| (744) Colby Stephens | 10-3836 | Oltmann v. Cavalier, et al |
| (745) Samantha Stephens, o/b/o F.S | 10-3836 | Oltmann v. Cavalier, et al |
| (746) Joseph Stephens | 10-3836 | Oltmann v. Cavalier, et al |
| (747) Samantha Stephens, o/b/o M.S | 10-3836 | Oltmann v. Cavalier, et al |
| (748) Samantha R. Stephens | 10-3836 | Oltmann v. Cavalier, et al |
| (749) Capprice Strahan | 10-3836 | Oltmann v. Cavalier, et al |
| (750) Paul F. Strahan | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (751) Elizabeth (Betty) Aguilera Stroemple | 10-3836 | Oltmann v. Cavalier, et al |
| (752) Justin Michael Stroemple | 10-3836 | Oltmann v. Cavalier, et al |
| (753) William (Bill) Richard Stroemple | 10-3836 | Oltmann v. Cavalier, et al |
| (754) Tara Galbreth, o/b/o C.S | 10-3836 | Oltmann v. Cavalier, et al |
| (755) Mattie Bean Summers | 10-3836 | Oltmann v. Cavalier, et al |
| (756) Pamela M Nunez, o/b/o C.S | 10-3836 | Oltmann v. Cavalier, et al |
| (757) Andrew  Sylvester | 10-3836 | Oltmann v. Cavalier, et al |
| (758) Bertha Lee Sylvester | 10-3836 | Oltmann v. Cavalier, et al |
| (759) Cyrus  Elijah Sylvester | 10-3860 | Sylvester v. Cavalier, et al |
| (760) Gloria W Tassin | 10-3836 | Oltmann v. Cavalier, et al |
| (761) Amanda  Tatom | 10-3836 | Oltmann v. Cavalier, et al |
| (762) Ariane M. Taylor | 10-3836 | Oltmann v. Cavalier, et al |
| (763) Tiffany Taylor, o/b/o H.T | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (764) Tiffany Taylor, o/b/o H.T | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (765) Jessie J. Taylor | 10-3836 | Oltmann v. Cavalier, et al |
| (766) John Troy  Taylor | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (767) Sharlene  Taylor | 10-3836 | Oltmann v. Cavalier, et al |
| (768) Ariane Taylor, o/b/o T.T | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (769) Tiffany  Taylor | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (770) Joseph  Teoulet | 10-3836 | Oltmann v. Cavalier, et al |
| (771) Nellie  Teoulet | 10-3836 | Oltmann v. Cavalier, et al |
| (772) Joseph Teoulet, o/b/o P.T | 10-3836 | Oltmann v. Cavalier, et al |
| (773) Jane  Terminie | 10-3836 | Oltmann v. Cavalier, et al |
| (774) Robbie  J. Terminie | 10-3836 | Oltmann v. Cavalier, et al |
| (775) Jane M Tetera | 10-3836 | Oltmann v. Cavalier, et al |
| (776) Sharon Thomas, o/b/o K.T | 10-3836 | Oltmann v. Cavalier, et al |
| (777) Melissa Lynn Thomas | 10-3836 | Oltmann v. Cavalier, et al |
| (778) Shyra  Chante Thomas | 10-3836 | Oltmann v. Cavalier, et al |
| (779) Mindy Thornley, o/b/o C.T | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (780) Jessica Lynn Thornley | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (781) Helen D. Ducayag, o/b/o I.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (782) Helen D. Ducayag, o/b/o I.T | 10-3714 | Chilton v. Gulf Stream, et al |
| (783) Misty Gayle Timberlake | 10-3836 | Oltmann v. Cavalier, et al |
| (784) Pattie  Timmons | 10-3836 | Oltmann v. Cavalier, et al |
| (785) Alton  Tinney | 10-3836 | Oltmann v. Cavalier, et al |
| (786) Lois  Tinney | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (787) Catherine  Tircuit | 10-3836 | Oltmann v. Cavalier, et al |
| (788) Raymond  Tircuit | 10-3836 | Oltmann v. Cavalier, et al |
| (789) Tanya Topey, o/b/o C.T | 10-3836 | Oltmann v. Cavalier, et al |
| (790) Donald Glen Topey | 10-3836 | Oltmann v. Cavalier, et al |
| (791) Jerimi  Topey | 10-3836 | Oltmann v. Cavalier, et al |
| (792) Tanya Ann Topey | 10-3836 | Oltmann v. Cavalier, et al |
| (793) Gwendolyn W. Totorico | 10-3836 | Oltmann v. Cavalier, et al |
| (794) Richard J. Totorico | 10-3836 | Oltmann v. Cavalier, et al |
| (795) Patricia P Trapani | 10-3836 | Oltmann v. Cavalier, et al |
| (796) Paul  A. Trapani | 10-3836 | Oltmann v. Cavalier, et al |
| (797) Tiffany  Lynn Treadaway | 10-3836 | Oltmann v. Cavalier, et al |
| (798) Patricia  Trosclair | 10-3836 | Oltmann v. Cavalier, et al |
| (799) Jonathan  L. Umbehagen | 10-3836 | Oltmann v. Cavalier, et al |
| (800) Lisa Umbehagen, o/b/o J.U | 10-3836 | Oltmann v. Cavalier, et al |
| (801) Lisa Stroemple Umbehagen | 10-3836 | Oltmann v. Cavalier, et al |
| (802) Angela  Unbehagen | 10-3836 | Oltmann v. Cavalier, et al |
| (803) Angela Unbehagen, o/b/o E.U | 10-3836 | Oltmann v. Cavalier, et al |
| (804) Emmett  Unbehagen | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (805) Angela Unbehagen, o/b/o T.U | 10-3836 | Oltmann v. Cavalier, et al |
| (806) Daniel Uribe | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (807) Daniel Uribe | 10-3714 | Chilton v. Gulf Stream, et al |
| (808) Christine Vallelungo | 10-3836 | Oltmann v. Cavalier, et al |
| (809) Terrance N Vallelungo | 10-3836 | Oltmann v. Cavalier, et al |
| (810) Benjamin Henry Vandenborre | 10-3836 | Oltmann v. Cavalier, et al |
| (811) Chad Victoriana | 10-3836 | Oltmann v. Cavalier, et al |
| (812) Paul Anthony Vigreux | 10-3836 | Oltmann v. Cavalier, et al |
| (813) Paul Anthony Vigreux | 10-3836 | Oltmann v. Cavalier, et al |
| (814) Bonnie J. Villar | 10-3836 | Oltmann v. Cavalier, et al |
| (815) Patricia Holmes Vitley | 10-3836 | Oltmann v. Cavalier, et al |
| (816) George Vodanovich | 10-3836 | Oltmann v. Cavalier, et al |
| (817) Suzanne Pruitt Vodanovich | 10-3836 | Oltmann v. Cavalier, et al |
| (818) Mark Voebel | 10-3836 | Oltmann v. Cavalier, et al |
| (819) Deborah Elizabeth Walgamotte | 10-3836 | Oltmann v. Cavalier, et al |
| (820) Sheryl Walgamotte | 10-3836 | Oltmann v. Cavalier, et al |
| (821) Bridgette Encalade Walker | 10-3836 | Oltmann v. Cavalier, et al |
| (822) Bridgette Walker, o/b/o L.W | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (823) Lawrence A. Walker | 10-3836 | Oltmann v. Cavalier, et al |
| (824) Bridgette Walker, o/b/o L.W | 10-3836 | Oltmann v. Cavalier, et al |
| (825) Melvin Walker | 10-3836 | Oltmann v. Cavalier, et al |
| (826) Jason Raynard Washington | 10-3836 | Oltmann v. Cavalier, et al |
| (827) Barbara Pichon, o/b/o W.W | 10-3836 | Oltmann v. Cavalier, et al |
| (828) Rodney J. Weiskopf | 10-3836 | Oltmann v. Cavalier, et al |
| (829) Jessica Virene Wetherbee | 10-3836 | Oltmann v. Cavalier, et al |
| (830) Eugene J. White | 10-3836 | Oltmann v. Cavalier, et al |
| (831) Marie Erato White | 10-3836 | Oltmann v. Cavalier, et al |
| (832) Richard Louis White | 10-3836 | Oltmann v. Cavalier, et al |
| (833) Donovan Wilkinson | 10-3836 | Oltmann v. Cavalier, et al |
| (834) Cameron Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (835) Cash Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (836) Gail Mae Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (837) Garland Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (838) Loukevia Williams, o/b/o J.W | 10-3836 | Oltmann v. Cavalier, et al |
| (839) Jasmine Williams | 10-3728 | Alphonso v. Cavalier Home Builders, et al |
| (840) Julian Michael Williams | 10-3728 | Alphonso v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (841) Loukevia Williams, o/b/o K.W | 10-3836 | Oltmann v. Cavalier, et al |
| (842) Loukevia M. Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (843) Marion L. Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (844) Oscar Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (845) Vernon Williams | 10-3836 | Oltmann v. Cavalier, et al |
| (846) Deborah A. Wilson | 10-3836 | Oltmann v. Cavalier, et al |
| (847) Beth Wendling Wood | 10-3836 | Oltmann v. Cavalier, et al |
| (848) Joyce Woods, o/b/o D.W | 10-3836 | Oltmann v. Cavalier, et al |
| (849) Donald Anthony Woods | 10-3836 | Oltmann v. Cavalier, et al |
| (850) Grace L. Woods | 10-3836 | Oltmann v. Cavalier, et al |
| (851) Joyce Dison Woods | 10-3836 | Oltmann v. Cavalier, et al |
| (852) Victor Roland Woods | 10-3836 | Oltmann v. Cavalier, et al |
| (853) Ricky Curtis Wuertz | 10-3836 | Oltmann v. Cavalier, et al |
| (854) Stephanye Jane Wuertz | 10-3836 | Oltmann v. Cavalier, et al |
| (855) Peggy Joyce Wust | 10-3836 | Oltmann v. Cavalier, et al |
| (856) Roberto Zambrano | 10-3836 | Oltmann v. Cavalier, et al |
| (857) Roberto Zambrano | 10-3836 | Oltmann v. Cavalier, et al |
| (858) Anthony V Zanca | 10-3836 | Oltmann v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (859) Louise Johnson Zanca | 10-3836 | Oltmann v. Cavalier, et al |
| (860) Ralph  Paul Zulli | 10-3836 | Oltmann v. Cavalier, et al |
| (861) Ruth  Blanchard Zulli | 10-3836 | Oltmann v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Collette Adams, et al. v. Heartland Recreational Vehicles, LLC., et al.*
## EDLA 09-3727

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Collette Ann Adams | 10-3662 | Adams v. Cavalier, et al |
| (2)  | Dijae  Adams | 10-3662 | Adams v. Cavalier, et al |
| (3)  | Joseph Anthony Alexander | 10-3662 | Adams v. Cavalier, et al |
| (4)  | Paul Alexis, o/b/o D.A | 10-3662 | Adams v. Cavalier, et al |
| (5)  | Paul Alexis, o/b/o H.A | 10-3662 | Adams v. Cavalier, et al |
| (6)  | Mindy  Alexis | 10-3662 | Adams v. Cavalier, et al |
| (7)  | Paul  Alexis | 10-3662 | Adams v. Cavalier, et al |
| (8)  | Paul  J. Alexis | 10-3662 | Adams v. Cavalier, et al |
| (9)  | Debra A Alfonso | 10-3662 | Adams v. Cavalier, et al |
| (10) | Lester  E. Alfonso | 10-3662 | Adams v. Cavalier, et al |
| (11) | Darlene Blazio Alphonso | 10-3662 | Adams v. Cavalier, et al |
| (12) | Darlene Alphonso, o/b/o K.A | 10-3677 | Alphonso v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Lionel Joseph Alphonso | 10-3677 | Alphonso v. Cavalier, et al |
| (14)  Pamela Brocato Alphonso | 10-3677 | Alphonso v. Cavalier, et al |
| (15)  Victor  Alphonso | 10-3662 | Adams v. Cavalier, et al |
| (16)  Marjorie  Deroche Ament | 10-3662 | Adams v. Cavalier, et al |
| (17)  Aisha Bernice Anderson | 10-3662 | Adams v. Cavalier, et al |
| (18)  Wallace Phillip Ansardi | 10-3662 | Adams v. Cavalier, et al |
| (19)  Ivan  Martinez Antoun | 10-3662 | Adams v. Cavalier, et al |
| (20)  Alexander J. Assavedo | 10-3662 | Adams v. Cavalier, et al |
| (21)  Alexander Assavedo III, o/b/o A.A | 10-3662 | Adams v. Cavalier, et al |
| (22)  Leico A. Assevedo | 10-3662 | Adams v. Cavalier, et al |
| (23)  Christopher Michael Atkinson | 10-3662 | Adams v. Cavalier, et al |
| (24)  Gina M Aucoin | 10-3662 | Adams v. Cavalier, et al |
| (25)  Leonard William Aucoin | 10-3662 | Adams v. Cavalier, et al |
| (26)  Gina Aucoin, o/b/o T.A | 10-3662 | Adams v. Cavalier, et al |
| (27)  Linda  Audibert | 10-3662 | Adams v. Cavalier, et al |
| (28)  Gordon S. Austin | 10-3662 | Adams v. Cavalier, et al |
| (29)  Leo  Ayo | 10-3662 | Adams v. Cavalier, et al |
| (30)  Michael  Ayo | 10-3662 | Adams v. Cavalier, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | David  Bachemin | 10-3662 | Adams v. Cavalier, et al |
| (32) | Lorrie Karcher Bailey | 10-3662 | Adams v. Cavalier, et al |
| (33) | Lorrie Bailey, o/b/o S.B | 10-3662 | Adams v. Cavalier, et al |
| (34) | Marifar  G. Baltazar | 10-3662 | Adams v. Cavalier, et al |
| (35) | Audrey Miller Banks | 10-3662 | Adams v. Cavalier, et al |
| (36) | LaToya  Chevelle Banks | 10-3662 | Adams v. Cavalier, et al |
| (37) | Ulysses Ivory Banks | 10-3662 | Adams v. Cavalier, et al |
| (38) | Ulysses  Banks | 10-3662 | Adams v. Cavalier, et al |
| (39) | Karen Palmisano Barnes | 10-3677 | Alphonso v. Cavalier, et al |
| (40) | Justin Paul Barras | 10-3662 | Adams v. Cavalier, et al |
| (41) | Lillian Carmen Barras | 10-3662 | Adams v. Cavalier, et al |
| (42) | Rusty Lawrence Barras | 10-3662 | Adams v. Cavalier, et al |
| (43) | Aimee Lee Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (44) | Alvin J Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (45) | Lee Smith Barrilleaux | 10-3662 | Adams v. Cavalier, et al |
| (46) | Diane King Bartholomew | 10-3662 | Adams v. Cavalier, et al |
| (47) | Preston F Bartholomew | 10-3662 | Adams v. Cavalier, et al |
| (48) | Amy Adams Bastoe | 10-3662 | Adams v. Cavalier, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (49) | Angela  Chimento Bauer | 10-3662 | Adams v. Cavalier, et al |
| (50) | Angela Bauer, o/b/o N.B | 10-3662 | Adams v. Cavalier, et al |
| (51) | Stephen  Philip Bauer | 10-3662 | Adams v. Cavalier, et al |
| (52) | Mary  C. Benfatti | 10-3662 | Adams v. Cavalier, et al |
| (53) | Michael Joseph Benfatti | 10-3662 | Adams v. Cavalier, et al |
| (54) | Angela Saragusa Bernard | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (55) | Harold Joseph Bernard | 10-3662 | Adams v. Cavalier, et al |
| (56) | Clara C. Bertacci | 10-3662 | Adams v. Cavalier, et al |
| (57) | Dynel  Bienemy | 10-3662 | Adams v. Cavalier, et al |
| (58) | Dexter  M. Bigting | 10-3662 | Adams v. Cavalier, et al |
| (59) | Susan Bigting, o/b/o J.B | 10-3662 | Adams v. Cavalier, et al |
| (60) | Justin B Bigting | 10-3662 | Adams v. Cavalier, et al |
| (61) | Susan Balbon Bigting | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (62) | Clarence  Blagio | 10-3677 | Alphonso v. Cavalier, et al |
| (63) | Clarence  Blagio | 10-3677 | Alphonso v. Cavalier, et al |
| (64) | Rosemary  Blagio | 10-3677 | Alphonso v. Cavalier, et al |
| (65) | Faith  Blasio | 10-3677 | Alphonso v. Cavalier, et al |
| (66) | Lynn Blasio, o/b/o H.B | 10-3677 | Alphonso v. Cavalier, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (67) | Lynn T Blasio | 10-3677 | Alphonso v. Cavalier, et al |
| (68) | Robin Diaz Goutierez, o/b/o C.B | 10-3662 | Adams v. Cavalier, et al |
| (69) | Barbara Romano Boihem | 10-3662 | Adams v. Cavalier, et al |
| (70) | Burton Ray Boihem | 10-3662 | Adams v. Cavalier, et al |
| (71) | Bret A. Bonura | 10-3662 | Adams v. Cavalier, et al |
| (72) | Sandra Bonura, o/b/o C.B | 10-3662 | Adams v. Cavalier, et al |
| (73) | Kal J. Bonura | 10-3662 | Adams v. Cavalier, et al |
| (74) | Brian C. Boudreaux | 10-3662 | Adams v. Cavalier, et al |
| (75) | Michael D. Boudreaux | 10-3662 | Adams v. Cavalier, et al |
| (76) | Stacy L. Boudreaux | 10-3662 | Adams v. Cavalier, et al |
| (77) | Amanda R Bourquard | 10-3662 | Adams v. Cavalier, et al |
| (78) | Keisha Lynn Boyer | 10-3662 | Adams v. Cavalier, et al |
| (79) | Loretta Bradley | 10-3662 | Adams v. Cavalier, et al |
| (80) | Wilmont Bradley | 10-3662 | Adams v. Cavalier, et al |
| (81) | Cynthia Brancaccio | 10-3662 | Adams v. Cavalier, et al |
| (82) | Robert Brancaccio | 10-3662 | Adams v. Cavalier, et al |
| (83) | Jonelle Karcher, o/b/o D.B | 10-3662 | Adams v. Cavalier, et al |
| (84) | Lelia W. Breaux | 10-3662 | Adams v. Cavalier, et al |