| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (85)  Bonnie  B. Brennan | 10-3662 | Adams v. Cavalier, et al |
| (86)  Daniel  Brennan | 10-3662 | Adams v. Cavalier, et al |
| (87)  David  Brennan | 10-3662 | Adams v. Cavalier, et al |
| (88)  Sandra Pierre, o/b/o D.B | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (89)  Louise  C. Brulte | 10-3662 | Adams v. Cavalier, et al |
| (90)  Mary Edna Bryant | 10-3662 | Adams v. Cavalier, et al |
| (91)  Carol B. Buckley | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (92)  Stewart  M. Buckley | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (93)  Jessica Wetherbee, o/b/o D.B | 10-3662 | Adams v. Cavalier, et al |
| (94)  Dale A. Buras | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (95)  Diana T. Buras | 10-3662 | Adams v. Cavalier, et al |
| (96)  Gail C. Buras | 10-3662 | Adams v. Cavalier, et al |
| (97)  Paula  Buras | 10-3677 | Alphonso v. Cavalier, et al |
| (98)  Ronald  Buras | 10-3662 | Adams v. Cavalier, et al |
| (99)  Irvin J. Burke | 10-3662 | Adams v. Cavalier, et al |
| (100) Lucille  Burke | 10-3662 | Adams v. Cavalier, et al |
| (101) Tebault J. Burton | 10-3662 | Adams v. Cavalier, et al |
| (102) Susan  Domino Bush | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (103) Christopher Kenneth Butler | 10-3662 | Adams v. Cavalier, et al |
| (104) Linda Lee Callais | 10-3662 | Adams v. Cavalier, et al |
| (105) Linda Lee Callais | 10-3662 | Adams v. Cavalier, et al |
| (106) Brittany Ann Campo | 10-3662 | Adams v. Cavalier, et al |
| (107) George H Canale | 10-3662 | Adams v. Cavalier, et al |
| (108) Shirley M Canale | 10-3662 | Adams v. Cavalier, et al |
| (109) Jerrilee  LeRouge Candebat | 10-3662 | Adams v. Cavalier, et al |
| (110) Thomas  Peter Candebat | 10-3662 | Adams v. Cavalier, et al |
| (111) James  Cangelosi | 10-3662 | Adams v. Cavalier, et al |
| (112) Linda Audibert, o/b/o A.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (113) Linda Audibert, o/b/o F.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (114) Barbara  B. Capdepon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (115) Charles  R. Capdepon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (116) Edward  Ceaser | 10-3677 | Alphonso v. Cavalier, et al |
| (117) Louis Bernard Ceaser | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (118) Yolanda Lewis Ceaser | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (119) Darlyn A Champagne | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (120) Jeffrey L Chaupetta | 10-3677 | Alphonso v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (121) Dianne Gervais Cheramie | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (122) Tina & Matthew Sr., o/b/o G.C | 10-3662 | Adams v. Cavalier, et al |
| (123) Matthew  Joseph Chiasson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (124) Tina & Matthew Sr., o/b/o M.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (125) Tina Reeves Chiasson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (126) Robin Clark, o/b/o K.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (127) Audrey  B. Clements | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (128) Curtis Joseph Clesi | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (129) Curtis Joseph Clesi | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (130) Stephen Vincent Conran | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (131) Stephen Vincent Conran | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (132) Carl  Joseph Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (133) Carl  Joseph Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (134) Priscilla Lucille Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (135) Priscilla Lucille Cook | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (136) Alama A Cordova | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (137) Agnes Mac Corpus | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (138) Beverly  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (139) Raymond  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (140) Reginald  Coster | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (141) Patty Gene Couture | 10-3677 | Alphonso v. Cavalier, et al |
| (142) Angela  Crawford | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (143) Angela Crawford, o/b/o C.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (144) Christopher Aloysius Crawford | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (145) Angela Crawford, o/b/o C.C | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (146) Christopher Aloysius Crawford | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (147) Angela Crawford, o/b/o K.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (148) Anthony  Croal | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (149) Gloria  Culotta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (150) Jennifer A Culotta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (151) Cody  Lawrence Cutrer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (152) Roxanne Rome, o/b/o C.C | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (153) Joseph  D. Cutrer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (154) Lester  Daggs | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (155) Antoine  Damond | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (156) Deborah  DAntoni | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (157) Debra  Daquana | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (158) Joseph  Daquana | 10-3677 | Alphonso v. Cavalier, et al |
| (159) Anthony Vincent Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (160) Robin James Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (161) Robin James Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (162) Sammi D. Darby | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (163) Scott L Dauterive | 10-3662 | Adams v. Cavalier, et al |
| (164) Ricky & Stacy Davidson, o/b/o C.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (165) Ricky & Stacy Davidson, o/b/o H.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (166) Richard E Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (167) Stacy Ann Davidson | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (168) Audrey  Davis | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (169) Kristen Clements, o/b/o C.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (170) Vanessa Dean, o/b/o A.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (171) Maris N. Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (172) Vanessa E. Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (173) William G Dean | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (174) Brittany Michel Deano | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|-----------------|---------------------|
| (175) Carol J. Deshotel | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (176) Melvin J. Deshotel | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (177) Danielle Lynn Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (178) Elbert Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (179) Kenneth Michael Desselle | 10-3662 | Adams v. Cavalier, et al |
| (180) Kenneth Paul Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (181) Nina Kelly Desselle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (182) Charles Joseph DeWint | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (183) Tina DeWint, o/b/o D.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (184) Tina Dewint, o/b/o S.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (185) Tina Louise DeWint | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (186) Audrey DiBetta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (187) Frank DiBetta | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (188) Janet Lori Diecedue | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (189) August DiFranco | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (190) Patricia L. DiFranco | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (191) Joseph Peter DiMaggio | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (192) Michelle Savoye DiMaggio | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|---|---|---|
| (193) Deborah Ann Dixon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (194) Dorothy M Dixon | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (195) Ashton  A. Domingo | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (196) Sophie  A. Dominick | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (197) Thomas  J. Dominick | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (198) Steve  Joseph Domino | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (199) Steve  Joseph Domino | 10-3677 | Alphonso v. Cavalier, et al |
| (200) Cynthia, o/b/o A.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (201) Ashley  Ann Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (202) Cynthia  Randazzo Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (203) Herbert  E. Dotson | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (204) Daniel  J. Dubose | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (205) Heather Dubose, o/b/o E.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (206) Heather  H. Dubose | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (207) Carolyn  Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (208) Shaw  Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (209) Whitney  Dubourg | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (210) Alison Marie DuBreuil | 10-3677 | Alphonso v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|-----------------|---------------------|
| (211) Gary Dennis DuBreuil | 10-3677 | Alphonso v. Cavalier, et al |
| (212) April Renee Ducote | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (213) April Ducote, o/b/o C.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (214) Ashley Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (215) David Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (216) David Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (217) Mary Ann Dudenhefer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (218) Stacy Revolta Dunnam | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (219) Felton Duplessis | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (220) Sheila Santiago, o/b/o U.D | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (221) Ashlynne Lemoine DuSaules | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (222) Ashley Dusaules, o/b/o D.D | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (223) Charles Robert Egano | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (224) Clifton Joseph Egle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (225) Jeanne Payelle Egle | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (226) Beryl Guillot Elmer | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (227) Clarence Encalade | 10-3553 | Alkurd OBO A.A. v. Gulf Stream, et al |
| (228) Danny Leonce Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (229) Danny  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (230) Danny & Sandra, o/b/o D.E | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (231) Eunice  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (232) Sandra  Encalade | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (233) Jane Catherine Encardes | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (234) Sumitra Junius, o/b/o L.E | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (235) Michael  C. Ermert | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (236) Tina  M. Ermert | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (237) Rhonda Estave, o/b/o D.E | 10-3677 | Alphonso v. Cavalier, et al |
| (238) Donald  Estave | 10-3677 | Alphonso v. Cavalier, et al |
| (239) Rhonda Estave, o/b/o E.E | 10-3677 | Alphonso v. Cavalier, et al |
| (240) Rhonda Estave, o/b/o K.E | 10-3677 | Alphonso v. Cavalier, et al |
| (241) Rhonda  Estave | 10-3677 | Alphonso v. Cavalier, et al |
| (242) Gina Aucoin, o/b/o A.E | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (243) Peggy  Evans | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (244) Wilkerson  Michael Evans | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (245) Rosemary  A. Farrell | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (246) Nicholas  Faust | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- |
| (247) Stacy Braquet, o/b/o B.F | 10-3677 | Alphonso v. Cavalier, et al |
| (248) Stacey Braquet, o/b/o R.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (249) Harris V. Faye | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (250) Joan  Faye | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (251) Joseph  Feraci | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (252) Leah Gaspard Ferret | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (253) Chad  Michael Ferris | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (254) Janet  D. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (255) Matthew  T. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (256) Wayne A. Ferry | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (257) Alan Joseph Finkelstein | 10-3677 | Alphonso v. Cavalier, et al |
| (258) Nunez, Juanita, o/b/o A.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (259) Rhonda Flynn, o/b/o E.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (260) Rhonda  Flynn | 10-3662 | Adams v. Cavalier, et al |
| (261) Gloria Judy Fontenot | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (262) Trudy Fraychineaud, o/b/o D.F | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (263) David  Allen Fraychineaud | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (264) Trudy Fraychineaud, o/b/o D.F | 10-3816 | Adams v. Cavalier Home Builders, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|-----------------|----------------------|
| (265) Trudy Unbehagen Fraychineaud | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (266) James Frink | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (267) Donna Gabriel Fulton | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (268) Walter Lucien Fulton | 10-3816 | Adams v. Cavalier Home Builders, et al |
| (269) Warren Peter Gabriel | 10-3662 | Adams v. Cavalier, et al |
| (270) Daniel Joseph Gaeta | 10-3662 | Adams v. Cavalier, et al |
| (271) Henry E. Gallardo | 10-3677 | Alphonso v. Cavalier, et al |
| (272) Joseph W. Gallardo | 10-3662 | Adams v. Cavalier, et al |
| (273) Ted A Garrett | 10-3662 | Adams v. Cavalier, et al |
| (274) Gary Rodney Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (275) Joan Schoen Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (276) Myndi Gaspard | 10-3662 | Adams v. Cavalier, et al |
| (277) Hervin Gasper | 10-3662 | Adams v. Cavalier, et al |
| (278) Anthony T. Gauci | 10-3677 | Alphonso v. Cavalier, et al |
| (279) Ricky Gauci | 10-3662 | Adams v. Cavalier, et al |
| (280) Ronald J. Gauci | 10-3662 | Adams v. Cavalier, et al |
| (281) Sarah Y. Gauci | 10-3662 | Adams v. Cavalier, et al |
| (282) David Gauthe | 10-3662 | Adams v. Cavalier, et al |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (283) Jacklyn  M. Gauthier | 10-3662 | Adams v. Cavalier, et al |
| (284) Brandy Gauthier, o/b/o L.G | 10-3662 | Adams v. Cavalier, et al |
| (285) Brandy Gauthier, o/b/o L.G | 10-3662 | Adams v. Cavalier, et al |
| (286) Michael  V. Gauthier | 10-3662 | Adams v. Cavalier, et al |
| (287) Sharon S. Geeck | 10-3662 | Adams v. Cavalier, et al |
| (288) Sharon S. Geeck | 10-3662 | Adams v. Cavalier, et al |
| (289) Anthony G. Genovese | 10-3662 | Adams v. Cavalier, et al |
| (290) Robin Diaz Goutierez | 10-3662 | Adams v. Cavalier, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Mixon, et al. v. Keystone RV Company, et al.*

## SDMS 09-521 EDLA 09-6897

|      | Name                     | Severed Case No. | Severed Case Caption        |
|------|--------------------------|------------------|-----------------------------|
| (1)  | Julie Mixon, o/b/o B.M   | 10-3826          | Mixon v. Keystone RV, et al |
| (2)  | Julie Cannaliato Mixon   | 10-3826          | Mixon v. Keystone RV, et al |
| (3)  | Sinclair L Mixon         | 10-3826          | Mixon v. Keystone RV, et al |
| (4)  | Julie Mixon, o/b/o S.M   | 10-3826          | Mixon v. Keystone RV, et al |
| (5)  | Joycelyn Corne Portie    | 10-3826          | Mixon v. Keystone RV, et al |
| (6)  | Loren Portie             | 10-3826          | Mixon v. Keystone RV, et al |
| (7)  | Herdie Reed              | 10-3826          | Mixon v. Keystone RV, et al |
| (8)  | Rita K. Reed             | 10-3828          | Reed v. Keystone RV, et al  |
| (9)  | Harold M. Voss           | 10-3828          | Reed v. Keystone RV, et al  |
| (10) | Sylvia Voss              | 10-3828          | Reed v. Keystone RV, et al  |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Greco, et al. v. Jayco Enterprises, Inc., et al.*

## SDMS 09-520 EDLA 09-6896

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Dora Ann Greco | 10-3855 | Greco v. Jayco, et al |
| (2) | Giuseppe (Joseph)  Greco | 10-3855 | Greco v. Jayco, et al |
| (3) | Stacy Guillotte, o/b/o E.G | 10-3859 | Guillote v. Jayco, et al |
| (4) | Stacy Guillotte, o/b/o E.G | 10-3859 | Guillote v. Jayco, et al |
| (5) | James Michael Guillotte | 10-3859 | Guillote v. Jayco, et al |
| (6) | James Michael Guillotte | 10-3859 | Guillote v. Jayco, et al |
| (7) | Stacy Ann Guillotte | 10-3859 | Guillote v. Jayco, et al |
| (8) | Stacy Ann Guillotte | 10-3859 | Guillote v. Jayco, et al |
| (9) | Chanlene E Johnston | 10-3855 | Greco v. Jayco, et al |
| (10) | Stacy Guillotte, o/b/o D.O | 10-3859 | Guillote v. Jayco, et al |
| (11) | Stacy Guillotte, o/b/o D.O | 10-3859 | Guillote v. Jayco, et al |
| (12) | Stacy Guillotte, o/b/o R.O | 10-3859 | Guillote v. Jayco, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Stacy Guillotte, o/b/o R.O | 10-3859 | Guillote v. Jayco, et al |
| (14) | James Shannon Varnado | 10-3855 | Greco v. Jayco, et al |
| (15) | James Shannon Varnado | 10-3855 | Greco v. Jayco, et al |
| (16) | Harold M. Voss | 10-3855 | Greco v. Jayco, et al |
| (17) | Sylvia Voss | 10-3855 | Greco v. Jayco, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Perez, et al. v. Gulf Stream Coach, Inc., et al.*

## MDAL 09-742 EDLA 10-770

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Warren A. Perez | 10-3974 | Perez v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Gabriel, et al. v. Fleetwood Canada, Ltd., et al.*

## SDMS 09-138 EDLA 09-6016

|     | Name | Severed Case No. | Severed Case Caption |
|-----|------|------------------|----------------------|
| (1) | Delator Simmon-Narcisse, o/b/o N.N | 10-3671 | Simmon-Narcisse v. Fleetwood, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Chalaire, et al. v. Forest River, Inc., et al.*

## SDMS 09-527 EDLA 09-6717

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Diane  Alice Chalaire | 10-3975 | Chalaire v. Forest River, et al |
| (2) | Adonis Malcom Daigle | 10-3975 | Chalaire v. Forest River, et al |
| (3) | Louis  Mascaro | 10-3975 | Chalaire v. Forest River, et al |
| (4) | Shari Neumann, o/b/o A.N | 10-4003 | Neumann v. Forest River, et al |
| (5) | Shari Neumann, o/b/o A.N | 10-4003 | Neumann v. Forest River, et al |
| (6) | Shari Neumann, o/b/o A.N | 10-4003 | Neumann v. Forest River, et al |
| (7) | Shari Neumann, o/b/o B.N | 10-4003 | Neumann v. Forest River, et al |
| (8) | Shari Neumann, o/b/o B.N | 10-4003 | Neumann v. Forest River, et al |
| (9) | Shari Neumann, o/b/o B.N | 10-4003 | Neumann v. Forest River, et al |
| (10) | Shari Neumann, o/b/o N.N | 10-4003 | Neumann v. Forest River, et al |
| (11) | Shari Neumann, o/b/o N.N | 10-4003 | Neumann v. Forest River, et al |
| (12) | Shari Neumann, o/b/o N.N | 10-4003 | Neumann v. Forest River, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Shari Coleman Neumann | 10-4003 | Neumann v. Forest River, et al |
| (14) | Shari Coleman Neumann | 10-4003 | Neumann v. Forest River, et al |
| (15) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (16) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (17) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (18) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (19) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (20) | Todd Neumann | 10-4003 | Neumann v. Forest River, et al |
| (21) | John Palmer | 10-3975 | Chalaire v. Forest River, et al |
| (22) | Keith Shally | 10-4003 | Neumann v. Forest River, et al |
| (23) | Martha Shally | 10-4003 | Neumann v. Forest River, et al |
| (24) | Nina Sistrunk, o/b/o D.S | 10-4003 | Neumann v. Forest River, et al |
| (25) | Nina Sistrunk, o/b/o H.S | 10-4003 | Neumann v. Forest River, et al |
| (26) | Mindy Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (27) | Nina Marie Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (28) | Royce Dalton Sistrunk | 10-4003 | Neumann v. Forest River, et al |
| (29) | Brandylynn Thompson | 10-4003 | Neumann v. Forest River, et al |
| (30) | Brandy Thompson, o/b/o B.T | 10-4003 | Neumann v. Forest River, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Brandy Thompson, o/b/o H.T | 10-4003 | Neumann v. Forest River, et al |
| (32) | Jason  Thompson | 10-4003 | Neumann v. Forest River, et al |
| (33) | Betty  Vaccarella | 10-3975 | Chalaire v. Forest River, et al |

THE LAW OFFICES OF
**SIDNEY D. TORRES, III, APLC**
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Borrouso, et al. v. Coachmen Industries, Inc., et al.*

## SDMS 09-525 EDLA 09-6902

|  | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Jacob Joseph Borrouso | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (2) | Angela Kieff Evans | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (3) | Jeffrey Mark Evans | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (4) | Scott John Hughes | 10-3972 | Hughes v. Coachmen Industries, et al |
| (5) | Juanita J. Jayne | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (6) | Lynell  Ann Mumphrey | 10-3972 | Hughes v. Coachmen Industries, et al |
| (7) | Bridgette Ann Pohlmann | 10-3972 | Hughes v. Coachmen Industries, et al |
| (8) | Angela Evans, o/b/o J.R | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (9) | Taryn Sciambra, o/b/o N.S | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (10) | Robert  Joseph Sciambra | 10-4000 | Borrouso v. Coachmen  Industries, et al |
| (11) | Taryn  Daigle Sciambra | 10-3972 | Hughes v. Coachmen Industries, et al |
| (12) | Taryn  Daigle Sciambra | 10-4000 | Borrouso v. Coachmen  Industries, et al |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (13) | Teresa  Spiers | 10-3972 | Hughes v. Coachmen Industries, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Jacob Joseph Borrouso, et al. v. Forest River, Inc., et al.*

### NDAL 09-1422 EDLA 09-5971

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Jacob Joseph Borrouso | 10-3766 | Borrouso v. Forest River, et al |
| (2) | Lynell  Ann Mumphrey | 10-3766 | Borrouso v. Forest River, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421  Fax: (504) 271-1961

# *Andrews, et al. v. Cavalier Home Builders, LLC., et al.*

## SDMS 09-523 EDLA 09-6899

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Cheryl  Andrews | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (2)  | Susan Huy Anglin | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (3)  | Susan Anglin, o/b/o T.A | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (4)  | Travis David Anglin | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (5)  | Mary A.  Brouillette | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (6)  | Abigail  Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (7)  | Sherrie & Ronald, o/b/o A.B | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (8)  | Ronald & Sherrie, o/b/o A.B | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (9)  | Ronald  Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (10) | Sherrie  Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (11) | Melissa Cancienne, o/b/o J.C | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (12) | Melissa  Ann Cancienne | 10-3724 | Andrews v. Heartland Recreational Vehicles |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Lorraine  J. Domingo | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (14)  Jeffrey  Michel Graves | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (15)  Stacy Guillotte, o/b/o E.G | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (16)  James Michael Guillotte | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (17)  Stacy Ann Guillotte | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (18)  Mario  Huy | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (19)  Ruby D. Keaton | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (20)  Louis  Mascaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (21)  Louis  Mascaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (22)  Elizabeth  Melton | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (23)  Jeffery Graves, o/b/o K.M | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (24)  Cayla Jessica Moreau | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (25)  Sherry Pepperman, o/b/o C.M | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (26)  Stacy Guillotte, o/b/o D.O | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (27)  Stacy Guillotte, o/b/o R.O | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (28)  John  Palmer | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (29)  Aaron  Sallean | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (30)  Chantell Hemelt Sallean | 10-3724 | Andrews v. Heartland Recreational Vehicles |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (31)  Chantell Sallean, o/b/o K.S | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (32)  Audie L. Scott | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (33)  Brian  Shields | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (34)  Brian & Mandy Shields, o/b/o C.S | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (35)  Mandy Hemelt Shields | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (36)  Brock  Anthony Tufaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (37)  Rock  Tufaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (38)  Christopher  M. Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (39)  Clayton  R. Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (40)  Redden  Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (41)  Benjamin  Henry Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (42)  Henry Herbert Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (43)  Marina  Dolores Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (44)  Joyanna Mae Zilucca | 10-3724 | Andrews v. Heartland Recreational Vehicles |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Andrews, et al. v. Heartland Recreational Vehicles, LLC., et al.*

## SDMS 09-519 EDLA 09-6895

|      | Name | Severed Case No. | Severed Case Caption |
|------|------|------------------|----------------------|
| (1)  | Cheryl Andrews | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (2)  | Susan Huy Anglin | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (3)  | Susan Anglin, o/b/o T.A | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (4)  | Travis David Anglin | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (5)  | Mary A. Brouillette | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (6)  | Abigail Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (7)  | Sherrie & Ronald, o/b/o A.B | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (8)  | Ronald & Sherrie, o/b/o A.B | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (9)  | Ronald Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (10) | Sherrie Byerley | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (11) | Melissa Cancienne, o/b/o J.C | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (12) | Melissa Ann Cancienne | 10-3724 | Andrews v. Heartland Recreational Vehicles |

| Name | Severed Case No. | Severed Case Caption |
|------|------------------|----------------------|
| (13)  Lorraine J. Domingo | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (14)  Jeffrey Michel Graves | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (15)  Stacy Guillotte, o/b/o E.G | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (16)  James Michael Guillotte | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (17)  Stacy Ann Guillotte | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (18)  Mario Huy | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (19)  Ruby D. Keaton | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (20)  Louis Mascaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (21)  Louis Mascaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (22)  Elizabeth Melton | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (23)  Jeffery Graves, o/b/o K.M | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (24)  Cayla Jessica Moreau | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (25)  Sherry Pepperman, o/b/o C.M | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (26)  Stacy Guillotte, o/b/o D.O | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (27)  Stacy Guillotte, o/b/o R.O | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (28)  John Palmer | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (29)  Aaron Sallean | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (30)  Chantell Hemelt Sallean | 10-3724 | Andrews v. Heartland Recreational Vehicles |

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (31) | Chantell Sallean, o/b/o K.S | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (32) | Audie L. Scott | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (33) | Brian Shields | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (34) | Brian & Mandy Shields, o/b/o C.S | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (35) | Mandy Hemelt Shields | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (36) | Brock Anthony Tufaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (37) | Rock Tufaro | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (38) | Christopher M. Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (39) | Clayton R. Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (40) | Redden Tyler | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (41) | Benjamin Henry Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (42) | Henry Herbert Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (43) | Marina Dolores Vandenborre | 10-3724 | Andrews v. Heartland Recreational Vehicles |
| (44) | Joyanna Mae Zilucca | 10-3724 | Andrews v. Heartland Recreational Vehicles |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

## *Fincher, et al. v. Gulf Stream Coach, Inc., et al.*

### SDAL 09-497 EDLA 10-779

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Steven Weyland Fincher | 10-3794 | Fincher v. Gulf Stream Coach, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*

## MDAL 09-0666 EDLA 09-5970

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Mark Glenn Jackler | 10-3777 | Jackler v. Gulf Stream, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Perera, et al. v. Coachman Industries, Inc., et al.*

### NDAL 09-1424    EDLA 09-6146

| | Name | Severed Case No. | Severed Case Caption |
|---|---|---|---|
| (1) | Jacob Joseph Borrouso | 10-3763 | Borrouso v. Coachmen, et al |
| (2) | Brian  J. Perera | 10-3762 | Perera v. Coachmen, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Wright, et al. v. DS Corp., et al.*

## SDMS 09-528 EDLA 09-6904

|     | Name               | Severed Case No. | Severed Case Caption |
| --- | ------------------ | ---------------- | -------------------- |
| (1) | Joseph  A. Wright  | 10-3858          | Wright v. Thor, et al |
| (2) | Veronica  R. Wright | 10-3858         | Wright v. Thor, et al |

THE LAW OFFICES OF
## SIDNEY D. TORRES, III, APLC
8301 West Judge Perez Dr., Suite 303 • Chalmette, LA 70043
Tel: (504) 271-8421   Fax: (504) 271-1961

# *Wright, et al. v. DS Corp., et al.*

## SDMS 09-528 EDLA 10-763

|     | Name | Severed Case No. | Severed Case Caption |
| --- | --- | --- | --- |
| (1) | Joseph  A. Wright | 10-3858 | Wright v. Thor, et al |