UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                         SECTION "N" (4)

THIS DOCUMENT RELATES TO:
THIS DOCUMENT RELATES TO:
*Lester Adams, et al. v. Fleetwood, Ltd., et al.*,
**MDL 1873, EDLA 09-4669**
*Charles E. Arbour, et al. v. Recreation by Design, et al.*,
**MDL 1873, EDLA 09-3733**
*Collette Adams, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, EDLA 09-3562**
*Collette Adams, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
**MDL 1873, EDLA 09-3727**
*Julie Mixon, et al. v. Keystone RV Company, et al.*,
**MDL 1873, SDMS 09-521, EDLA 09-6897**
*Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al.*,
**MDL 1873, SDMS 09-520, EDLA 09-6896**
*Warren A. Perez v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDAL 09-742, EDLA 10-770**
*Janet Ann Gabriel, et al. v. Fleetwood Canada, Ltd., et al.*,
**MDL 1873, SDMS 09-138, 09-6016**
*Diane Alice Chalaire, et al. v. Forest River, Inc., et al.*,
**MDL 1873, SDMS 09-527, 09-6717**
*Jacob Joseph Borrouso, et al. v. Coachmen Industries, Inc., et al.*,
**MDL 1873, SDMS 09-525, EDLA 09-6902**
*Jacob Joseph Borrouso, et al. v. Forest River, Inc., et al.*
**MDL 1873, NDAL 09-1422, EDLA 09-5971**
*Cheryl Andrews, et al. v. Cavalier Home Builders, LLC, et al.*,
**MDL 1873, SDMS 09-523, EDLA 09-6899**
*Cheryl Andrews, et al. v. Heartland Recreational Vehicles, LLC, et al.*,
**MDL 1873, SDMS 09-519, EDLA 09-6895**
*Steven Weyland Fincher v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, SDAL 09-497, EDLA 10-779**
*Mark Glenn Jackler, et al. v. Gulf Stream Coach, Inc., et al.*,
**MDL 1873, MDAL 09-0666, EDLA 09-5970**
*Brian J. Perera v. Coachmen Industries, Inc., et al.*,
**MDL 1873, NDAL 09-1424, EDLA 09-6146**

*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 09-6904**
*Joseph A. Wright, et al. v. DS Corp., et al.*,
**MDL 1873, SDMS 09-528, EDLA 10-763**

## O R D E R

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages,

**IT IS ORDERED** that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint(s) for Damages is **GRANTED**.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2