UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 80

On December 3, 2010, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Matt Moreland, Jim Percy, Stewart Tharp, Robert Becnel, Dave Kurtz, Karen Whitfield, Dennis Reich, John J. Hainkel, Charles Penot, Lamont Domingue, Jerry Meunier, Gerry Barrios, Raul Bencomo, Tony Buzbee, Tom Cougill, Frank D'Amico, Ernie Gieger, Brent Maggio, Andy Weinstock, Joe Glass, Robert Hilliard, Ralph Hubbard, Henry Miller, Mikal Watts, and Tim Scandurro. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) **On Friday, February 4, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, February 4, 2011, at 10:00 a.m.**

New Orleans, Louisiana, this 3rd day of December 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE