PTO Received: _____

Trial Set: _____

Jury/Non-Jury

PLAINTIFF(S) _____

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

versus

Magistrate: _____

DEFENDANT(S) **FEMA MDL CONFERENCE**

CONFERENCE:  PRE-TRIAL ____  STATUS ✓  SETTLEMENT ____

DATE: **12-3-10**   TIME: **10AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Raul R. Bencomo | Bencomo & Associates | PSC |
| Dennis Reich | Reich & Binstock | PSC |
| Gregory O. Currier | Adam, Hooder | Arch Ins Co |
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Glenn Adams | Porteous | Forest Rivers (?) |
| Janet MacDonell | same | SRS, Agbayani |
| Anne Briard | Lugenbuhl, Wheaton Peck, Rankin and Hubbard | Liberty Mutual |
| Cynthia Thomas | Galloway, Johnson | Sunnybrook RV |
| Eric Berger | Lobman, Carnahan | Crum+Forster Specialty Ins. |
| Lyon Garrison | Garrison Yount | RBD |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
**07-1873**

versus

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MDL CONFERENCE**
*********************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **12-3-10**   TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Brent Maggio | Allen & Gooch | Sun Valley |
| Mikal Watts | Watts, Guerra & Craft | TT |
| Bob Hilliard | Hilliard, Munoz & Gonzalez | TT |
| Lamont P. Domingue | Voorhies & Labbe | Cavalier, et al |
| Tom Cougill | W.E.&C. | Jayco & Starcraft |
| Henry T. Miller | USDOJ | USA |
| Charles R. Penot, Jr. | MRG | Fluor Enterprises, Inc. |
| Andy Weinstock | D2 | GSCI |
| Joe Glass | Duplass | GSCI |
| David Kurtz | Baker Donelson | Shaw |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
**07-1873**

VERSUS

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MDL CONFERENCE**

CONFERENCE: ___ PRE-TRIAL  ✓ STATUS  ___ SETTLEMENT

DATE: **12-3-10**        TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jim Perry | Jones, Walker | Dutchmen |
| Karen Whitfield | Baker Donelson | Shaw |
| Robert M. Becnel | Becnel | PSC |
| A.J. Krouse | Frilot | Bechtel |
| Matt Moreland | Becnel | PSC |
| Jerry Meunier | Gainsburgh | PSC |
| R.J. Smif | Becnel | PSC |
| Joe Rawn | Jim Hall | tt |
| Stewart Thorp | Taylor Porter | Coachmen |
| Ralph Hubbard | Lungenbuhl | Insurer Co-Liaison |

PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

_____          CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)                    07-1873

VERSUS

_____          Magistrate: _____
DEFENDANT(S)

Fema Mdl Conference

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: 12-3-10          TIME: 10am

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| AJ Rose | Frilot | Bean |
| John A. Stewart, Jr. | Baldwin | Jacquet |
| Query Onshut | Various McCranie | Various |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
PLAINTIFF(S)

VERSUS

Magistrate: _____

_____
DEFENDANT(S)

## FEMA MDL CONFERENCE

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **12-3-10**    TIME: **10 AM**

### PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Reed Bowman | Frank D'Amico | Wright, Lyndon |
| Delbert Miller | KZRV | KZRV |
| Justin Woods | Gainsburgh | PSC |
| Gerald Meunier | Gainsburgh | PSC |
| Hugh P. Lambert | L&W, PLC | π |