MINUTE ENTRY
ENGELHARDT, J.
December 3, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

   A status conference was conducted on Friday, December 3, 2010, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government. Participating were Gerald E. Meunier, Justin I. Woods, Matthew B. Moreland, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Dennis C. Reich, Robert M. Becnel, Karen Whitfield, Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Anthony G. Buzbee, Thomas L. Cougill, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio, Andrew D. Weinstock, Joe Glass, Robert C. Hilliard, Ralph S. Hubbard, III, Henry T. Miller, Mikal C. Watts and Timothy D. Scandurro.

**Court Reporter: Susan Zielie**

JS10(0:60)