**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *ALL CASES (LOUISIANA PLAINTIFFS)* | * | **MAG. JUDGE CHASEZ** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE/CONSENT MOTION TO CONTINUE THE HEARING
### OF UNITED STATES' MOTION TO DISMISS THE REMAINING
### FTCA CLAIMS OF ALL LOUISIANA PLAINTIFFS (DOC. 16598)

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering

Committee ("PSC"), which respectfully requests that this Honorable Court continue the hearing

on the United States' Motion to Dismiss the Remaining FTCA Claims of All Louisiana Plaintiffs

(Doc. 16598), which is presently set for December 15, 2010, until the special hearing date of

January 20, 2010.  This hearing would be without oral argument.  Counsel for the United States

has advised that they do not oppose the continuance of the matter and have agreed with PSC that

PSC's opposition to the motion will be due December 17, 2010, and any reply will be due

January 19, 2010.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304

Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471