Case 1:10-cv-00454-[illegible]O-JMR Document 1-2 Filed 09/1[illegible]/10 Page 1 of 112

# AWARD/CONTRACT

1. THIS CONTRACT IS RATED ORDER UNDER DPAS (15 CFR 350) — RATING: N/A — PAGE 1 OF PAGES

2. CONTRACT NO. (Proc. Inst. Ident.): HSFEHQ-06-D-0434

3. EFFECTIVE DATE: See Block 20c

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY — CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Flood, Fire & Mitigation Branch
500 C Street, S.W., Room 350
Washington DC 20472

6. ADMINISTERED BY (If other than Item 5) — CODE
Nancy Costello

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
Madison Services, Inc.
P.O. Box 1639
Madison, MS 39130-1639

CODE — FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM Section G.1

11. SHIP TO/MARK FOR — CODE

12. PAYMENT WILL BE MADE BY — CODE
Federal Emergency Management Agency
Disaster Finance Division
Attn: Vendor Payments
PO BOX 800
Berryville VA 22611

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
Not Applicable

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | This is an Indefinite Delivery Indefinite Quantity, Fixed Price type contract for Maintenance and Deactivation of Manufactured Homes and Travel Trailers.<br><br>The guaranteed minimum of $50,000 will be met by issuance of the first task order simultaneously with this contract. | | | | |

15G. TOTAL AMOUNT OF CONTRACT

## 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | | | |
| X | F | DELIVERIES OR PERFORMANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

**CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE**

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number HSFEHQ-06-R-SBHS, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
JOHN W. LANGE, PRESIDENT

19B. NAME OF CONTRACTOR
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED
05.15.06

20A. NAME OF CONTRACTING OFFICER
Chandra G. Lewis
Contracting Officer

20B. UNITED STATES OF AMERICA
BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED
5/18/06

STANDARD FORM 26 REV. (4-85)

EXHIBIT
tabbles
"B"

Table of Contents

**PART I - THE SCHEDULE** ..... A-1

**SECTION A - SOLICITATION/CONTRACT FORM** ..... A-1

SF 26 AWARD/CONTRACT ..... A-1

**PART I - THE SCHEDULE** ..... B-1

**SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS** ..... B-1

B.1 ITEMS TO BE ACQUIRED ..... B-1
B.2 MAXIMUM AND MINIMUM FUNDING LIMITATION ..... B-1
B.3 CONSIDERATION -- FIXED-PRICE ..... B-1
B.4 FIXED RATES FOR SERVICES -- INDEFINITE DELIVERY/INDEFINITE QUANTITY CONTRACT ..... B-2

**SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK** ..... C-1

C.1 STATEMENT OF WORK ..... C-1

**SECTION D - PACKAGING AND MARKING** ..... D-1

D.1 PRESERVATION, PACKING AND PACKAGING -- COMMERCIAL ..... D-1

**SECTION E - INSPECTION AND ACCEPTANCE** ..... E-1

E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ..... E-1
E.2 INSPECTION AND ACCEPTANCE ..... E-1
E.3 PERFORMANCE INCENTIVE ..... E-1
E.4 PERFORMANCE EVALUATION ..... E-1
E.5 PERFORMANCE INCENTIVES ..... E-2
E.6 GOVERNMENT QUALITY ASSURANCE PLAN AND SURVEILLANCE ..... E-2
E.7 METHODS OF SURVEILLANCE ..... E-2

**SECTION F - DELIVERIES OR PERFORMANCE** ..... F-1

F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ..... F-1
F.2 TERM OF CONTRACT ..... F-1
F.3 PRINCIPAL PLACE OF PERFORMANCE ..... F-1
F.4 NOTICE OF DELAY ..... F-1
F.5 DELIVERY SCHEDULE ..... F-2
F.6 REPORTS OF WORK ..... F-2

**SECTION G - CONTRACT ADMINISTRATION DATA** ..... G-1

G.1 MANDATORY PARTICIPATION IN ELECTRONIC INVOICE PROCESS ..... G-1
G.2 INVOICES ..... G-1
G.3 DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE ..... G-3
G.4 PROJECT MONITOR ..... G-3
G.5 TECHNICAL DIRECTION AND SURVEILLANCE ..... G-3
G.6 TASK ORDER PROCEDURES ..... G-4

**SECTION H - SPECIAL CONTRACT REQUIREMENTS** ..... H-1

H.1 REPRODUCTION OF REPORTS ..... H-1
H.2 COORDINATION OF FEDERAL REPORTING SERVICES ..... H-1
H.3 PUBLICATION ..... H-1
H.4 GOVERNMENT-FURNISHED PROPERTY ..... H-3

H.5 HSAR 3052.245-70 GOVERNMENT PROPERTY REPORTS (DEC 2003) ..... H-3
H.6 CONFIDENTIALITY OF INFORMATION ..... H-3
H.7 KEY PERSONNEL ..... H-4
H.8 SECURITY REQUIREMENTS ..... H-4
H.9 PERFORMANCE-BASED SERVICES CONTRACTING (PBSC) ..... H-5
H.10 WAGE DETERMINATION ..... H-5
H.11 INSURANCE ..... H-6
H.12 LOCAL PREFERENCE ..... H-7

**PART II - CONTRACT CLAUSES ..... I-1**

**SECTION I - CONTRACT CLAUSES ..... I-1**

I.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE ..... I-1
I.2 52.216-18 ORDERING (OCT 1995) ..... I-3
I.3 52.216-19 ORDER LIMITATIONS (OCT 1995) ..... I-3
I.4 52.216-22 INDEFINITE QUANTITY (OCT 1995) ..... I-4
I.5 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999) ..... I-4
I.6 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999) ..... I-4
I.7 52.222-41 SERVICE CONTRACT ACT OF 1965, AS AMENDED (JUL 2005) ..... I-5
I.8 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989) ..... I-10
I.9 52.222-47 SERVICE CONTRACT ACT (SCA) MINIMUM WAGES AND FRINGE BENEFITS (MAY 1989) ..... I-10
I.10 52.222-43 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT - PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (MAY 1989) ..... I-11
I.11 52.227-23 RIGHTS TO PROPOSAL DATA (TECHNICAL) (JUN 1987) ..... I-12
I.12 52.232-25 PROMPT PAYMENT (OCT 2003) ..... I-12
I.13 52.246-20 WARRANTY OF SERVICES (MAY 2001) ..... I-15
I.14 52.244-2 SUBCONTRACTS (AUG 1998) ..... I-16
I.15 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) ..... I-18
I.16 HSAR 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003) ..... I-18
I.17 HSAR 3052.242-72 CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (DEC 2003) ..... I-20

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS ..... J-1**

**SECTION J - LIST OF ATTACHMENTS ..... J-1**

# PART I - THE SCHEDULE

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COSTS

### B.1 ITEMS TO BE ACQUIRED

The Contractor shall furnish all personnel, facilities, equipment, material, supplies, and services (except as may be expressly set forth in this contract as furnished by the Government) and otherwise do all things necessary to, or incident to, performing and providing the following items of work:

Specified in the Performance Work Statement, Attachment A, listed in Part III, Section J.

### B.2 MAXIMUM AND MINIMUM FUNDING LIMITATION

The maximum funding limitation for this contract (inclusive of the aggregate price of all task orders issued) is $100,000,000. The guaranteed minimum under this contract is $50,000.

### B.3 CONSIDERATION -- FIXED-PRICE

The total fixed price will be established for each task order using the fixed unit rates (fully burdened including profit/fee) established under this contract.

## B.4 FIXED RATES FOR SERVICES -- INDEFINITE DELIVERY/INDEFINITE QUANTITY CONTRACT

The following fixed rates shall apply for payment purposes for the duration of the contract.

YEAR 1 (Date of Award through end of first 12 months)

| Contract Line Item Number (CLIN) | Description | Unit | Fixed Rate/ $ |
|---|---|---|---|
| 1000 | Phase-In | Each | 23,220.00 |
| 1001 | MH/PM Maintenance (per assigned unit) | Month | 182.00 |
| 1002 | TT Maintenance (per assigned unit) | Month | 168.00 |
| 1003 | Staging Maintenance | Each | 290.00 |
| 1004* | TT Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 1005* | MH/PM Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 1006 | TT Power Pole and Meter Loop 30 Amp Service | Each | 585.00 |
| 1007 | TT Power Pole and Meter Loop 50 Amp Service | Each | 615.00 |
| 1008 | MH/PM Power Pole and Meter Loop 100 Amp Service | Each | 690.00 |
| 1009 | MH/PM Power Pole and Meter Loop 200 Amp Service | Each | 735.00 |
| 1010 | MH/PM Refurbish | Each | 2,575.00 |
| 1011 | TT Refurbish | Each | 1,995.00 |
| 1012 | Septic Bladder-Pump up to 210 Gallons | Each | 96.50 |
| 1013 | Septic Bladder-Pump | Each | 112.50 |

| | | | |
|---|---|---|---|
| | up to 260 Gallons | | |
| 1014* | Septic Bladder-Pump-Dump Station Fee | Each | (FP to be determined at time of task order award.) |
| 1015* | Major Material Item Replacement or Materials over $250 | Each | (FP to be determined at time of task order award.) |
| 1016 | TT Unit Cleaning | Each | 80.00 |
| 1017 | MH/PM Unit Cleaning | Each | 115.00 |
| 1018 | TT Basic Deactivation | Each | 670.00 |
| 1019 | TT Emergency Deactivation | Each | 740.00 |
| 1020 | TT Emergency Re-installation | Each | 945.00 |
| 1021 | TT Reposition | Each | 1,175.00 |
| 1022 | TT Relocation | Mile | 1,735.00 |
| 1023 | MH/PM Basic Deactivation | Each | 1,270.00 |
| 1024 | MH/PM Emergency Deactivation | Each | 1,455.00 |
| 1025 | MH/PM Emergency Deactivation and Installation | Each | 3,800.00 |
| 1026 | TT Difficult Site (Hard Tow) | Each | 250.00 |
| 1027 | Difficult Site (Hard Tow)(MH/PM) | Each | 315.00 |
| 1028 | MH/PM Additional Mile for Deactivation (Each towing mile over 150 miles) | Mile | 4.65 |
| 1029 | TT additional mile for Deactivation (Each towing mile over 150) | Mile | 4.25 |
| 1030 | MH/PM Reposition | Each | 2,950.00 |
| 1031 | MH/PM Relocation | Each | 4,700.00 |

| | | | |
|---|---|---|---|
| 1032 | Emergency Maintenance Service Call (After Hours) | Each | 126.00 |
| 1033 | Additional Mile for Maintenance (Each site over 150 miles) | Mile | 4.30 |
| 1034* | Fuel | Gallon | FP to be determined at time of task order award. |
| 1035* | Permits | Each | FP to be determined at time of task order award. |
| 1036 | Monthly and Final Reports | | Not Separately Priced. |

Descriptive Notes:

MH means Manufactured Home
TT means Travel Trailer
PM means Park Model
FP means Fixed Price

YEAR 2 (12 months)

| Contract Line Item Number (CLIN) | Description | Unit | Fixed Rate $ |
|---|---|---|---|
| 2001 | MH/PM Maintenance (per assigned unit) | Month | 182.00 |
| 2002 | TT Maintenance (per assigned unit) | Month | 168.00 |
| 2003 | Staging Maintenance | Each | 290.00 |
| 2004* | TT Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 2005* | MH/PM Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 2006 | TT Power Pole and Meter Loop 30 Amp Service | Each | 585.00 |
| 2007 | TT Power Pole and Meter Loop 50 Amp Service | Each | 615.00 |
| 2008 | MH/PM Power Pole and Meter Loop 100 Amp Service | Each | 690.00 |
| 2009 | MH/PM Power Pole and Meter Loop 200 Amp Service | Each | 735.00 |
| 2010 | MH/PM Refurbish | Each | 2,575.00 |
| 2011 | TT Refurbish | Each | 1,995.00 |
| 2012 | Septic Bladder-Pump up to 210 Gallons | Each | 96.50 |
| 2013 | Septic Bladder-Pump up to 260 Gallons | Each | 112.50 |
| 2014* | Septic Bladder-Pump-Dump Station Fee | Each | (FP to be determined at time of task order award.) |
| 2015* | Major Material Item Replacement or Materials over $250 | Each | (FP to be determined at time of task order award.) |

| | | | |
|---|---|---|---|
| 2016 | TT Unit Cleaning | Each | 80.00 |
| 2017 | MH/PM Unit Cleaning | Each | 115.00 |
| 2018 | TT Basic Deactivation | Each | 670.00 |
| 2019 | TT Emergency Deactivation | Each | 740.00 |
| 2020 | TT Emergency Re-installation | Each | 945.00 |
| 2021 | TT Reposition | Each | 1,175.00 |
| 2022 | TT Relocation | Mile | 1,735.00 |
| 2023 | MH/PM Basic Deactivation | Each | 1,270.00 |
| 2024 | MH/PM Emergency Deactivation | Each | 1,455.00 |
| 2025 | MH/PM Emergency Deactivation and Installation | Each | 3,800.00 |
| 2026 | TT Difficult Site (Hard Tow) | Each | 250.00 |
| 2027 | Difficult Site (Hard Tow)(MH/PM) | Each | 315.00 |
| 2028 | MH/PM Additional Mile for Deactivation (Each towing mile over 150 miles) | Mile | 4.65 |
| 2029 | TT additional mile for Deactivation (Each towing mile over 150) | Mile | 4.25 |
| 2030 | MH/PM Reposition | Each | 2,950.00 |
| 2031 | MH/PM Relocation | Each | 4,700.00 |
| 2032 | Emergency Maintenance Service Call (After Hours) | Each | 126.00 |
| 2033 | Additional Mile for Maintenance (Each site over 150 miles) | Mile | 4.30 |
| 2034* | Fuel | Gallon | FP to be determined at time of task order award. |

| | | | |
|---|---|---|---|
| 2035* | Permits | Each | FP to be determined at time of task order award. |
| 2036 | Monthly and Final Reports | | Not Separately Priced. |

Descriptive Notes:

MH means Manufactured Home
TT means Travel Trailer
PM means Park Model
FP means Fixed Price

YEAR 3 (12 months)

| Contract Line Item Number (CLIN) | Description | Unit | Fixed Rate $ |
|---|---|---|---|
| 3001 | MH/PM Maintenance (per assigned unit) | Month | 182.00 |
| 3002 | TT Maintenance (per assigned unit) | Month | 168.00 |
| 3003 | Staging Maintenance | Each | 290.00 |
| 3004* | TT Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 3005* | MH/PM Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 3006 | TT Power Pole and Meter Loop 30 Amp Service | Each | 585.00 |
| 3007 | TT Power Pole and Meter Loop 50 Amp Service | Each | 615.00 |
| 3008 | MH/PM Power Pole and Meter Loop 100 Amp Service | Each | 690.00 |
| 3009 | MH/PM Power Pole and Meter Loop 200 Amp Service | Each | 735.00 |
| 3010 | MH/PM Refurbish | Each | 2,575.00 |
| 3011 | TT Refurbish | Each | 1,995.00 |
| 3012 | Septic Bladder-Pump up to 210 Gallons | Each | 96.50 |
| 3013 | Septic Bladder-Pump up to 260 Gallons | Each | 112.50 |
| 3014* | Septic Bladder-Pump-Dump Station Fee | Each | (FP to be determined at time of task order award.) |
| 3015* | Major Material Item Replacement or Materials over $250 | Each | (FP to be determined at time of task order award.) |

| | | | |
|---|---|---|---|
| 3016 | TT Unit Cleaning | Each | 80.00 |
| 3017 | MH/PM Unit Cleaning | Each | 115.00 |
| 3018 | TT Basic Deactivation | Each | 670.00 |
| 3019 | TT Emergency Deactivation | Each | 740.00 |
| 3020 | TT Emergency Re-installation | Each | 945.00 |
| 3021 | TT Reposition | Each | 1,175.00 |
| 3022 | TT Relocation | Mile | 1,735.00 |
| 3023 | MH/PM Basic Deactivation | Each | 1,270.00 |
| 3024 | MH/PM Emergency Deactivation | Each | 1,455.00 |
| 3025 | MH/PM Emergency Deactivation and Installation | Each | 3,800.00 |
| 3026 | TT Difficult Site (Hard Tow) | Each | 250.00 |
| 3027 | Difficult Site (Hard Tow)(MH/PM) | Each | 315.00 |
| 3028 | MH/PM Additional Mile for Deactivation (Each towing mile over 150 miles) | Mile | 4.65 |
| 3029 | TT additional mile for Deactivation (Each towing mile over 150) | Mile | 4.25 |
| 3030 | MH/PM Reposition | Each | 2,950.00 |
| 3031 | MH/PM Relocation | Each | 4,700.00 |
| 3032 | Emergency Maintenance Service Call (After Hours) | Each | 126.00 |
| 3033 | Additional Mile for Maintenance (Each site over 150 miles) | Mile | 4.30 |
| 3034* | Fuel | Gallon | FP to be determined at time of task order award. |

HSFEHQ-06-D-0434 SECTION B

| | | | |
|---|---|---|---|
| 3035* | Permits | Each | FP to be determined at time of task order award. |
| 3036 | Monthly and Final Reports | | Not Separately Priced. |

Descriptive Notes:

MH means Manufactured Home
TT means Travel Trailer
PM means Park Model
FP means Fixed Price

B-10

YEAR 4 (12 months)

| Contract Line Item Number (CLIN) | Description | Unit | Fixed Rate $ |
|---|---|---|---|
| 4001 | MH/PM Maintenance (per assigned unit) | Month | 180.18 |
| 4002 | TT Maintenance (per assigned unit) | Month | 166.32 |
| 4003 | Staging Maintenance | Each | 287.10 |
| 4004* | TT Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 4005* | MH/PM Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 4006 | TT Power Pole and Meter Loop 30 Amp Service | Each | 579.15 |
| 4007 | TT Power Pole and Meter Loop 50 Amp Service | Each | 608.85 |
| 4008 | MH/PM Power Pole and Meter Loop 100 Amp Service | Each | 683.10 |
| 4009 | MH/PM Power Pole and Meter Loop 200 Amp Service | Each | 727.65 |
| 4010 | MH/PM Refurbish | Each | 2,549.25 |
| 4011 | TT Refurbish | Each | 1,975.05 |
| 4012 | Septic Bladder-Pump up to 210 Gallons | Each | 95.54 |
| 4013 | Septic Bladder-Pump up to 260 Gallons | Each | 111.38 |
| 4014* | Septic Bladder-Pump-Dump Station Fee | Each | (FP to be determined at time of task order award.) |
| 4015* | Major Material Item Replacement or Materials over $250 | Each | (FP to be determined at time of task order award.) |

| | | | |
|---|---|---|---|
| 4016 | TT Unit Cleaning | Each | 79.20 |
| 4017 | MH/PM Unit Cleaning | Each | 113.85 |
| 4018 | TT Basic Deactivation | Each | 663.30 |
| 4019 | TT Emergency Deactivation | Each | 732.60 |
| 4020 | TT Emergency Re-installation | Each | 935.55 |
| 4021 | TT Reposition | Each | 1,163.25 |
| 4022 | TT Relocation | Mile | 1,717.65 |
| 4023 | MH/PM Basic Deactivation | Each | 1,257.30 |
| 4024 | MH/PM Emergency Deactivation | Each | 1,440.45 |
| 4025 | MH/PM Emergency Deactivation and Installation | Each | 3,762.00 |
| 4026 | TT Difficult Site (Hard Tow) | Each | 247.50 |
| 4027 | Difficult Site (Hard Tow)(MH/PM) | Each | 311.85 |
| 4028 | MH/PM Additional Mile for Deactivation (Each towing mile over 150 miles) | Mile | 4.60 |
| 4029 | TT additional mile for Deactivation (Each towing mile over 150) | Mile | 4.21 |
| 4030 | MH/PM Reposition | Each | 2,920.50 |
| 4031 | MH/PM Relocation | Each | 4,653.00 |
| 4032 | Emergency Maintenance Service Call (After Hours) | Each | 124.74 |
| 4033 | Additional Mile for Maintenance (Each site over 150 miles) | Mile | 4.26 |
| 4034* | Fuel | Gallon | FP to be determined at time of task order award. |

HSFEHQ-06-D-0434 SECTION B

| | | | |
|---|---|---|---|
| 4035* | Permits | Each | FP to be determined at time of task order award. |
| 4036 | Monthly and Final Reports | | Not Separately Priced. |

Descriptive Notes:

MH means Manufactured Home
TT means Travel Trailer
PM means Park Model
FP means Fixed Price

B-13

YEAR 5 (12 months)

| Contract Line Item Number (CLIN) | Description | Unit | Fixed Rate $ |
|---|---|---|---|
| 5001 | MH/PM Maintenance (per assigned unit) | Month | 176.58 |
| 5002 | TT Maintenance (per assigned unit) | Month | 162.99 |
| 5003 | Staging Maintenance | Each | 281.36 |
| 5004* | TT Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 5005* | MH/PM Miscellaneous | Each | (FP to be determined at time of task order award.) |
| 5006 | TT Power Pole and Meter Loop 30 Amp Service | Each | 567.57 |
| 5007 | TT Power Pole and Meter Loop 50 Amp Service | Each | 596.67 |
| 5008 | MH/PM Power Pole and Meter Loop 100 Amp Service | Each | 669.44 |
| 5009 | MH/PM Power Pole and Meter Loop 200 Amp Service | Each | 713.10 |
| 5010 | MH/PM Refurbish | Each | 2,498.27 |
| 5011 | TT Refurbish | Each | 1,935.55 |
| 5012 | Septic Bladder-Pump up to 210 Gallons | Each | 93.63 |
| 5013 | Septic Bladder-Pump up to 260 Gallons | Each | 109.15 |
| 5014* | Septic Bladder-Pump-Dump Station Fee | Each | (FP to be determined at time of task order award.) |
| 5015* | Major Material Item Replacement or Materials over $250 | Each | (FP to be determined at time of task order award.) |

| | | | |
|---|---|---|---|
| 5016 | TT Unit Cleaning | Each | 77.62 |
| 5017 | MH/PM Unit Cleaning | Each | 111.57 |
| 5018 | TT Basic Deactivation | Each | 650.03 |
| 5019 | TT Emergency Deactivation | Each | 717.95 |
| 5020 | TT Emergency Re-installation | Each | 916.84 |
| 5021 | TT Reposition | Each | 1,139.99 |
| 5022 | TT Relocation | Mile | 1,683.30 |
| 5023 | MH/PM Basic Deactivation | Each | 1,232.15 |
| 5024 | MH/PM Emergency Deactivation | Each | 1,411.64 |
| 5025 | MH/PM Emergency Deactivation and Installation | Each | 3,686.76 |
| 5026 | TT Difficult Site (Hard Tow) | Each | 242.55 |
| 5027 | Difficult Site (Hard Tow)(MH/PM) | Each | 305.61 |
| 5028 | MH/PM Additional Mile for Deactivation (Each towing mile over 150 miles) | Mile | 4.51 |
| 5029 | TT additional mile for Deactivation (Each towing mile over 150) | Mile | 4.13 |
| 5030 | MH/PM Reposition | Each | 2,862.09 |
| 5031 | MH/PM Relocation | Each | 4,559.94 |
| 5032 | Emergency Maintenance Service Call (After Hours) | Each | 122.25 |
| 5033 | Additional Mile for Maintenance (Each site over 150 miles) | Mile | 4.17 |
| 5034* | Fuel | Gallon | FP to be determined at time of task order award. |

| | | | |
|---|---|---|---|
| 5035* | Permits | Each | FP to be determined at time of task order award. |
| 5036 | Monthly and Final Reports | | Not Separately Priced. |

Descriptive Notes:
MH means Manufactured Home
TT means Travel Trailer
PM means Park Model
FP means Fixed Price

* Note: These CLINs are for unpriced items that cannot be defined prior to contract award. A Fixed Price will be negotiated on an as needed basis for items falling within the CLIN description above and as specified in the Performance Work Statement.

# SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

## C.1 STATEMENT OF WORK

The Performance Work Statement is set forth in Attachment A to this contract and is listed in Section J of Part III.

# SECTION D - PACKAGING AND MARKING

## D.1 PRESERVATION, PACKING AND PACKAGING -- COMMERCIAL

Preservation, packing, and packaging for shipment of all items ordered hereunder shall be in accordance with commercial practice and adequate to insure both acceptance by common carrier and safe transportation at the most economical rate(s).

# SECTION E - INSPECTION AND ACCEPTANCE

## E.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE | AUG 1996 |
| 52.246-10 | INSPECTION OF FACILITIES | APR 1984 |

## E.2 INSPECTION AND ACCEPTANCE

Final inspection and acceptance shall be by the Contracting Officer or his/her duly authorized representative at:

Inspection: (To be determined on an individual task order basis.)

Acceptance: (To be determined on an individual task order basis.)

For the purpose of this clause, the Contracting Officer's Technical Representative named in the Designation of Contracting Officer's Technical Representative clause in this contract is the representative of the Contracting Officer. The Contracting Officer reserves the right to unilaterally designate other Government agents as authorized representatives. Should such other designations occur, the Contractor will be notified by written notice.

## E.3 PERFORMANCE INCENTIVE

Performance based incentives/disincentives will be applicable to this contract as specified in the Quality Assurance Surveillance Plan in Attachment B, under Section J of Part III of this contract.

## E.4 PERFORMANCE EVALUATION

The Government reserves the right, at all reasonable times, and upon reasonable notice to the Contractor or Subcontractor, to inspect or otherwise evaluate the work performed or being performed at the location at which it is being performed. Pursuant thereto, the Government reserves the right to maintain representatives on the premises of the Contractor. If any inspection or evaluation is made by the Government on the premises of the Contractor, or a Subcontractor, the Contractor shall provide and shall require the Subcontractor to provide all reasonable facilities and assistance for the safety and convenience of the Governments representatives in the performance of their duties. All inspections and evaluations by the Governments representatives shall be performed in such a manner as will not unduly delay work. The Government will endeavor to conduct all audits, inspections and evaluations in accordance with the

highest levels of established professional auditing practices and standards. If a written report of such inspection or evaluation is prepared which reflects deficiencies or proposed corrective actions to be taken by the Contractor, or Subcontractor, a copy of those deficiencies and/or proposed corrective actions shall be furnished to the Contractor. Any corrective action proposed to be taken as a result of such inspection(s) shall be discussed with the Government prior to implementation. The Government representatives are extended to include agents i.e., auditors, and/or other contractors.

## E.5 PERFORMANCE INCENTIVES

During performance of this contract, the Contracting Officer's Technical Representative, or other designated FEMA or government personnel, shall evaluate the Contractor's performance in accordance with its the overall level of compliance with the contract terms and conditions and the demonstrated quality and timeliness of the services provided under the contract. The Performance Requirement Summary (PRS)(Section J, Attachment B) lists the performance requirements by Selected Service Performance Areas (SSPA) for which Contractor performance will be measured when performing work under this contract. The PRS supplements, but does not replace, the performance requirements stated in Section C. The Government and the Contractor may mutually adjust these standards and/or identify additional performance elements as may be necessary to ensure that the performance standards for work specified in the contract reflect the requirements.

## E.6 GOVERNMENT QUALITY ASSURANCE PLAN AND SURVEILLANCE

The Government will perform those quality assurance procedures that may be necessary to verify that the Contractor's performance is in accordance with the terms of the contract. The Contracting Officer's Technical Representative will perform government quality assurance routinely; however other activities may be called upon to support this effort as required. For those tasks listed in the PRS, the Contracting Officer's Technical Representative or designated Project Monitor will follow the methods of surveillance specified in this contract. The Contracting Officer's Technical Representative or designated Project Monitor will record all surveillance observations and will maintain a file of all inspection results.

Government surveillance of tasks not listed in the PRS may occur during the performance of this contract. Such surveillance will be done according to standard inspection procedures or other contract provisions. Successive months of unsatisfactory performance for any SSPA may result in other appropriate action(s) by the Contracting Officer in accordance with the Inspection of Services clause, including Termination for Default.

## E.7 METHODS OF SURVEILLANCE

The Government may use a variety of surveillance methods to evaluate the Contractors performance. These include, but are not limited to, 100% inspection, random sampling, and review of customer complaints.

# SECTION F - DELIVERIES OR PERFORMANCE

## F.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.242-16 | STOP-WORK ORDER--FACILITIES | AUG 1989 |
| 52.247-34 | F.O.B. DESTINATION | NOV 1991 |
| 52.247-48 | F.O.B. DESTINATION--EVIDENCE OF SHIPMENT | FEB 1999 |
| 52.247-55 | F.O.B. POINT FOR DELIVERY OF GOVERNMENT-FURNISHED PROPERTY | JUN 2003 |

## F.2 TERM OF CONTRACT

The contract shall be effective as of date of award and shall continue through 60 consecutive months, except that delivery/task orders placed prior to the expiration date of the contract shall remain in full force and effect until deliveries have been completed and payments, therefore, have been made.

## F.3 PRINCIPAL PLACE OF PERFORMANCE

The effort required under this contract shall be performed at:

Various sites as specified under individual task orders.

## F.4 NOTICE OF DELAY

If the Contractor becomes unable to complete the contract work at the time specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the Contractor shall give the Contracting Officer written notice of the anticipated delay and the reasons therefore. Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay becomes known to the Contractor but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer. When notice is so required, the Contracting Officer may extend the time specified in the delivery or other Schedule for such period as deemed advisable.

## F.5 DELIVERY SCHEDULE

Delivery of items specified below shall be shipped F.O.B. destination in accordance with the following schedule:

As specified under individual task orders.

## F.6 REPORTS OF WORK

Reports are not separately priced; the cost of reports shall be included in the fixed rates for services. A sample report format is contained at Attachment C under Part III, Section J of the contract.

The Contractor shall have the capability to develop and provide various databases, spreadsheets and reports. The Contractor shall have the capability and flexibility to tailor the reports from these sources that fit the specific declared disaster and FEMA requirements.

Note: Unless otherwise stated, reports shall be provided in both electronic and hard copies.

MONTHLY CONTRACT STATUS REPORT

The Contractor shall submit a Monthly Contract Status Report to the COTR and Contracting Officer by the 15th day after the end of each calendar month. This report shall contain a summary of the overall contract performance status, including the current and cumulative hours worked by skill type. For each open Task Order Assignment, the report shall list the Task Order Assignment number, work location, a brief description of work and the number of personnel onsite. The report shall also provide the total number of personnel working on all Task Order Assignments; the start date(s) for the periods when personnel are deployed; the contract totals for dollars obligated and status; and estimated hours expended for the current month and overall contract to date by skill/skill levels usage. The Contractor will provide a summary of deliverables submitted, a list of planned activities for the next month and describe any performance problems and proposed corrective actions for them. The Contractor will include a summary of pending actions and those actions expected in the next 30/60/90 day periods after the current monthly report period.

FINAL REPORT

The Contractor shall submit a final report that documents and summarizes the results of the entire contractual effort, including recommendations and conclusions. The final report shall include such tables, graphs, and other visual aids, as may be necessary to comprehensively explain the results achieved under the contract. The final report shall be submitted to the Government no later than five (5) calendar days prior to expiration of the contract.

SUBMISSION

One final copy of each report specified above shall be submitted to the COTR. In addition, one copy shall be submitted to the Contracting Officer at:

Federal Emergency Management Agency
Financial and Acquisitions Management Div
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington DC 20472

# SECTION G - CONTRACT ADMINISTRATION DATA

## G.1 MANDATORY PARTICIPATION IN ELECTRONIC INVOICE PROCESS

a. Invoice Submission to the FEMA Disaster Finance Center (DFC): The contractor shall send each invoice separately in PDF format as a file attachment in an e-mail to Terry Ritenour (terry.ritenour@dhs.gov) and to FEMA-Disaster-Vendor-Payments@dhs.gov at the Disaster Financial Center (DFC). The contractor should submit the actual invoice (only) to DFC without any of the back-up documentation.

b. The contractor shall also send this invoice separately in PDF format as a file attachment in an email to the IA-TAC Program Management Office (PMO) Invoice Monitor (FEMA IATACIO@dhs.gov). Submit the complete invoice (along with all back-up documentation) on a CD ROM in PDF format to:

Invoice Monitor
IA-TAC Program Office
Federal Emergency Management Division
FEMA
500 C Street, S.W.
Washington, DC 20472

c. Invoice Submission to Contracting Officer (CO): The contractor shall simultaneously submit the invoice with back-up documentation (as required by the CO) to the CO on a CD-ROM in PDF format to the address listed below. Only one invoice with all back-up documentation per CD-ROM.

Nancy Costello
Federal Emergency Management Division
Financial & Acquisition Management Division
Flood, Fire & Mitigation Branch
500 C Street, SW, Room 350
Washington, DC 20472

d. Invoice Submission to the Contracting Officerâ€™s Technical Representative (COTR): The contractor shall simultaneously submit the invoice with all back-up documentation to COTR (1) on a CD-ROM in PDF format and (2) in hard copy to the address listed below. Only one invoice with all back-up documentation per CD-ROM.

David Porter
Federal Emergency Management Division
Financial & Acquisition Management Division
Flood, Fire & Mitigation Branch
500 C Street, SW, Room 613
Washington, DC 20472

## G.2 INVOICES

Payment shall be made on a task order basis in monthly installments based on Contract Line Item quantities accepted.

An invoice is a written request for payment under this contract for supplies delivered or for services rendered. Payment of invoices submitted under this contract shall be made in accordance with the terms and conditions of the Prompt Payment clause and in accordance with the provisions of other clauses in this contract. Failure or refusal to provide the following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with the Prompt Payment clause. In order to be proper, an invoice must include, as applicable, the following:

a. GENERAL INFORMATION

1. Name of Contractor

2. Invoice date

3. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

4. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

5. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

6. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

7. Invoices shall be prepared and submitted as stated above in the clause entitled, Mandatory Participation in Electronic Invoice Process.

b. ELECTRONIC FUNDS TRANSFER (EFT) INFORMATION

The contractor should include the EFT information set forth below on all invoices submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information may result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract. The following EFT information should be submitted on each invoice:

(a) Routing Transit Number - The contractor shall provide the current 9-digit RTN of the payee's bank

(b) Payee's account number

(c) Contractor's Tax Identification Number (TIN)

(The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

To avoid delays in processing invoices, the contractor must also submit written notification of EFT information changes to the office designated in this award document as soon as the new information is known to the contractor. This notification must be in writing and signed by the individual authorized by the contractor to make such changes.

## G.3 DESIGNATION OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE

For the purpose of this contract the Contracting Officer's technical representative shall be: David Porter (202-646-3883)

## G.4 PROJECT MONITOR

A Project Monitor (PM) will be designated under each task order. The PM is responsible for individual project management and task assignment administration in the field. This responsibility may involve daily oversight to ensure work is performed in accordance with the Task Order terms and conditions and the Performance Work Statement. The PM may evaluate the contractor's performance in accordance with the Quality Assurance Surveillance Plan. The PM may provide any necessary technical guidance to the contractor. A PM does not have authority to authorize work to be performed outside the scope of the Task Order. The PM will work in conjunction with the COTR; however, if any discrepancies exist between the direction given to a contractor by a COTR and a PM, the COTR's direction shall take precedence. If the contractor is unclear as to the direction provided by a PM or believes the direction to be outside of the scope of the contract or task order, the contractor shall contact either the COTR or the Contracting Officer, as appropriate.

## G.5 TECHNICAL DIRECTION AND SURVEILLANCE

(a) Performance of the work under this contract shall be subject to the surveillance and written technical direction of the Contracting Officer's Technical Representative (COTR) who shall be specifically appointed by the Contracting Officer in writing. Technical direction is defined as a directive to the Contractor which approves approaches, solutions, designs, or refinements; fills in details or otherwise completes the general description of work of documentation items; shifts emphasis among work areas or tasks; or otherwise furnishes guidance to the Contractor. Technical direction includes the process of conducting inquiries, requesting studies, or transmitting information or advice as directed by the COTR regarding matters within the general tasks and requirements in Section C of this contract.

(b) The COTR does not have the authority to, and shall not, issue any technical direction which:

(1) Constitutes an assignment of additional work outside the Statement of Work;

(2) Constitutes a change as defined in the contract clause entitled "Changes";

(3) In any manner causes an increase or decrease in the total estimated contract cost, the fixed fee (if any), or the time required for contract performance;

(4) Changes any of the expressed terms, conditions, or specifications of the contract; or

(5) Interferes with the Contractor's right to perform the specifications of the contract.

(c) All technical directions shall be issued in writing by the COTR.

(d) The Contractor shall proceed promptly with the performance of technical directions duly issued by the COTR in the manner prescribed by this clause and within his/her authority under the provisions of this clause. Any instruction or direction by the COTR which falls within one, or more, of the categories defined in (b)(1) through (5) above, shall cause the Contractor to notify the Contracting Officer in writing within five (5) working days after receipt of any such instruction or direction and to request the Contracting Officer to modify the contract accordingly. Upon receiving the notification from the Contractor, the Contracting Officer shall either issue an appropriate contract modification within a

reasonable time or advise the Contractor in writing within thirty (30) calendar days after receipt of the Contractor's Letter that:

(1) the technical direction is rescinded in its entirety; or

(2) the technical direction is within the scope of the contract, does not constitute a change under the "Changes" clause of the contract and that the Contractor should continue with the performance of the technical direction.

(e) A failure of the Contractor and Contracting Officer to agree that the technical direction is within scope of the contract, or a failure to agree upon the contract action to be taken with respect thereto shall be subject to the provisions of the "Disputes" clause of this contract.

(f) Any action(s) taken by the Contractor in response to any direction given by any person other than the Contracting Officer or the COTR whom the Contracting Officer shall appoint shall be at the Contractor's risk.

## G.6 TASK ORDER PROCEDURES

A. Task Order Pricing. The government anticipates issuing Fixed Price type task orders under this contract based on the established unit rates specified by performance year in Section B of this contract. Task orders will be issued unilaterally, in writing, by the Contracting Officer on an as needed basis. The quantity of each item ordered will be multiplied by the rate listed in the schedule or as negotiated for the specific task, and the cumulative extended total of all items ordered will define the FP for the particular task order.

Unpriced Contract Line Item Numbers marked with an asterisk in Section B of the contract will be negotiated and ordered on an as needed basis. When unpriced items are required, the contractor will notify the COTR and provide a proposal for the fixed price of the item(s). The COTR will coordinate with FEMA Logistics or the Contracting Officer, as appropriate, and determine if a task order will be issued to fulfill the requirement. The Contracting Officer may provide verbal authorization to proceed pending issuance of a formal task order.

B. Task Order Authorization. Upon signature by the Contracting Officer, each Task Order is considered fully executed, binding and ready for implementation. Each Task Order will be forwarded promptly to the Contractor and shall conform to all terms and conditions of the contract. Orders may be issued by the Contracting Officer orally, electronically, or by facsimile methods. If issued orally, a hardcopy will follow. At a minimum, each Task Order shall include the following: contractor's name, contract number, task order number, contract task number and description of task, performance period, disaster number and location, and applicable accounting and appropriations data. Pursuant to FAR 16.505 the Contractor will have a fair opportunity to be considered for each order exceeding $2,500 unless an exception applies. If the Contractor is concerned that the government did not provide a fair opportunity to be considered for any order, the Contractor may contact Mike Howard, the Ombudsman at: michaelf.howard@dhs.gov or 202-646-4070. The Ombudsman will review each complaint and ensure that the award of each order is in accordance with the terms of the contract and that the Contractor was fairly considered for award or that an exception applied.

C. Performance. The Contractor shall perform in accordance with the terms and conditions of this contract and the Performance Work Statement, Attachment A. Work orders will be generated and maintained by the Contractor as a record of work actually accomplished under a task order. (Work orders shall not obligate the government in excess of the amount authorized under the task order.) Work orders may also be generated by FEMA and forwarded to the contractor for action. The Work Order Form (FEMA Form 90-38) is provided as Attachment D under Section J of Part III of this contract.

C. Completion of Task Orders. Within ninety (90) days of physical completion of work under each Task Order, the Contractor shall submit a Final Voucher. The final voucher shall include a payment history and government property and classified materials certification. If additional time is needed, the Contractor shall submit a written request for a time extension that explains the extenuating circumstances.

D. Payment for Task Orders. If the Contractor is performing more than one Task Order simultaneously, separate invoices are required for each Task Order.

E. Closeout of Task Orders. All task orders issued under this contract shall be closed out in accordance with FAR 4.805 and established FEMA policy. Upon completion of each Task Order and the receipt of the final voucher, the Government will begin closeout procedures.

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

### H.1 REPRODUCTION OF REPORTS

Reproduction of reports, data, or other written material, if required herein, is authorized provided that the material produced does not exceed 5,000 production units of any page and that items consisting of multiple pages do not exceed 25,000 production units in aggregate. The aggregate number of production units is to be determined by multiplying pages times copies. A production unit is one sheet, size 8 1/2x11 inches or less, printed on one side only, and in one color. All copy preparation to produce camera-ready copy for reproduction must be set by methods other than hot metal typesetting. The reports should be produced by methods employing stencils, masters, and plates which are to be used on single-unit duplicating equipment no larger than 11 by 17 inches with a maximum image of 10 3/4 by 14 1/4 inches and are prepared by methods or devices that do not utilize reusable contact negatives and/or positives prepared with a camera requiring a darkroom. All reproducibles (camera-ready copies for reproduction by photo offset methods) shall become the property of the Government and shall be delivered to the Government with the report, data, or other written material.

### H.2 COORDINATION OF FEDERAL REPORTING SERVICES

In the event that it is a contractual requirement to collect information from 10 or more public respondents, the provisions of 44 U.S.C. chapter 35 (Coordination of Federal Reporting Requirements), shall apply to this contract. The contractor shall obtain through the project Officer the required Office of Management and Budget clearance before making public contacts for the collection of data or expending any funds for such collection. The authority to proceed with the collection of data from public respondents and the expenditure of funds therefore shall be in writing signed by the Contracting Officer.

### H.3 PUBLICATION

(a) Definition. For the purpose of this clause ``publication" includes (1) any document containing information intended for public consumption or (2) the act of, or any act which may result in, disclosing information to the public.

(b) General. The results of the research and development and studies conducted under this contract are to be made available to the public through dedication, assignment to the Government, or other such means as the Director of the Federal Emergency Management Agency shall determine.

(c) Reports furnished the Government. All intermediate and final reports of the research and development and studies conducted hereunder shall indicate on the cover or other initial page that the research and development and studies forming the basis for the report were conducted pursuant to a contract with the Federal Emergency Management Agency. Such reports are official Government property and may not be published or reproduced (in toto, in verbatim excerpt, or in a form approximating either of these) as an unofficial paper or article. The contractor or technical personnel (each employee or consultant working under the administrative direction of the contractor or any subcontractor hereunder) may publish such reports in whole or in part in a non-Government publication only in accordance with this paragraph (c) and paragraph (e)(1) of this clause.

(d) Publication by Government. The Government shall have full right to publish all information, data, and findings developed as a result of the research and development and studies conducted hereunder.

(e) Publication by contractor or technical personnel.

(1) Publication in whole or in part of contractor's reports furnished the Government. Unless such reports have been placed in the public domain by Government publication, the contractor or technical personnel (each employee or consultant working under the administrative direction of the contractor or any subcontractor hereunder) may publish a report furnished the Government, in toto or in verbatim excerpt, but consistent with paragraph (c) of this clause may not secure copyright therein, subject to the following conditions and the conditions in paragraph (e)(4) and paragraph (f).

(i) During the first six months after submission of the full final report, if written permission to publish is obtained from the contracting officer.

(ii) After six months following submission of the full report, and if paragraph (e)(3) is inapplicable, if a foreword or footnote in the non-Government publication indicates the source of the verbatim material.

(2) Publication, except vebatim excerpts, concerning or based in whole or in part on results of research and development and studies hereunder. The contractor or technical personnel may issue a publication concerning or based in whole or in part on the results of the research and development and studies conducted under this contract and may secure copyright therein, but in so publishing is not authorized thereby to inhibit the unrestricted right of the Director of the Federal Emergency Management Agency to disclose or publish, in such manner as he may deem to be in the public interest, the results of such research and development and studies to the following conditions and the requirement in paragraph (e)(4):

(i) During the first six months after submission of the full final report, and if paragraph (e)(3) is inapplicable, if written waiver of the waiting period is obtained from the contracting officer.

(ii) After six months following submission of the full final report, and if paragraph (e)(3) is inapplicable, subject to Government exercise of an option that the publication contain a foreword or initial footnote substantially as follows: The (research) (development) (studies) forming (part of) the basis for this publication were conducted pursuant to a contract with the Federal Emergency Management Agency. The substance of such (research) (development) (studies) is dedicated to the public. The author and publisher are solely responsible for the accuracy of statements or interpretations contained therein.

(3) General conditions if FEMA determines that contractor's final report contains patentable subject matter developed in contract performance. If the contracting officer determines that the contractor's full final report contains patentable subject matter developed in the performance of this contract and so notifies the contractor in writing prior to six months from date of submission of such report, no publication of verbatim excerpts from contractor's reports or publication concerning or based in whole or in part on the results of the research and development and studies hereunder shall be made without the written consent of the contracting officer.

(4) Copies of contractor and technical personnel publications to be furnished the Government. The contractor or technical personnel will furnish the contracting officer six copies of any publications which are based in whole or in part on the results of the research and development and studies conducted under this contract.

(f) Administratively confidential information. The contractor shall not publish or otherwise disclose, except to the Government and except matters of public record any information or data obtained hereunder from private individuals, organizations, or public agencies in a publication whereby the information or data furnished by any particular person or establishment can be identified, except with the consent of such person or establishment.

(g) Inclusion of provisions in contractor's agreements. The contractor shall include provisions appropriate to effectuate the purposes of this clause in all contracts of employment with persons who perform any part of the research or

development or study under this contract and in any consultant's agreements or subcontracts involving research or development or study thereunder.

## H.4 GOVERNMENT-FURNISHED PROPERTY

In accordance with the Government Property clause of this contract, the Government shall provide, for performance of the effort required, the following:

| Item No. | Item Description | Quantity | Availability Date |
|---|---|---|---|
| [to be specified on an individual task order basis.] | | | |

## H.5 HSAR 3052.245-70 GOVERNMENT PROPERTY REPORTS (DEC 2003)

(a) The Contractor shall prepare an annual report of Government property in its possession and the possession of its subcontractors.

(b) The report shall be submitted to the Contracting Officer not later than September 15 of each calendar year on Form DHS Form 700-5, Contractor Report of Government Property, which is Attachment E under Section J of Part III of this contract.

## H.6 CONFIDENTIALITY OF INFORMATION

(a) To the extent that the work under this contract requires that the Contractor be given access to sensitive or proprietary business, technical, or financial information belonging to the Government or other companies, the Contractor shall, after receipt thereof, treat such information as confidential and not appropriate such information to its own use or disclose such information to third parties unless specifically authorized by the Contracting Officer in writing. The foregoing obligations, however, shall not apply to information that--

(1) At the time of receipt by the Contractor, is in the public domain

(2) Is published by others after receipt thereof by the Contractor or otherwise becomes part of the public domain through no fault of the Contractor

(3) The Contractor can demonstrate was already in its possession at the time of receipt thereof and was not acquired directly or indirectly from the Government or other companies

(4) The Contractor can demonstrate was received by it from a third party that did not require the Contractor to hold it in confidence.

(b) The Contractor shall obtain from each employee permitted access a DHS Form 11000-6, Non-Disclosure Agreement, stating that he/she will not discuss, divulge or disclose any such information or data to any person or entity except those persons within the Contractor's organization or the Government directly concerned with the performance of the contract. The DHS Form 11000-6 is provided as Attachment F under Section J of Part III of the contract

## H.7 KEY PERSONNEL

The personnel and/or facilities listed below (or as specified in the Schedule of this contract) are considered essential to the work being performed hereunder. Prior to removing, replacing, or diverting any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer reasonably in advance (but not less than 30 days) and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on this contract. No diversion shall be made by the Contractor without the written consent of the Contracting Officer.

The following individuals are considered essential to the work to be performed under this contract:

| Individual | Position/Title |
|---|---|
| Frank Wayne Esposito | Program Manager |
| Robert M. Praski | Quality Control/Safety Manager |
| Jerry L Barrett | Work Control Manager |
| William Albert Bley, Sr. | Construction Manager |
| Karen Randall | Contract Admin/Human Resources Manager |
| Sam Westbrook | Maintenance Manager/Service Call Lead |
| Paul Rachal | Purchasing/Stock Manager |

## H.8 SECURITY REQUIREMENTS

a. Contractor employees working on this contract must complete such forms and supply such information, as may be determined by the agency, to be necessary for security or other reasons, including the conduct of background investigations to determine suitability or eligibility. High and Moderate Risk positions require that an applicant fingerprint card (FD-258), United States of American Authorization to Obtain Consumer (Credit) Report, a Questionnaire for Public Trust Positions (SF 85P), and a Non-Disclosure Agreement Statement shall be completed, submitted, and processed as directed by the Contracting Officer for each contractor employee working on this contract. Low Risk positions require only the FD-258 and the SF 85P.

b. The scope of the suitability screening (as determined by the COTR) will depend on the risk level of the contractor position as delineated in DHS Management Directive ll055 (Attachment G), Suitability Screening Requirements Form Contractors. The DHS FEMA Safety & Security Branch, Personnel & Information Security Section shall adjudicate information received as a result of the fingerprint check and OPM background investigation; unless same has been previously adjudicated by the DHS Office of Security or other authorized security office.

c. Access to DHS FEMA facilities, personnel, assets, resources, clients, emergency partners, and sensitive information including proprietary data or resources, requires that contractor employees be in possession of an approved current DHS FEMA identification badge. No contractor employee shall be allowed unescorted access to a DHS FEMA facility or other area subject to security regulations without a favorable suitability determination by DHS FEMA Safety & Security Branch, Personnel & Information Security Section, the DHS Office of Security or other authorized security office.

d. Contractor employees awaiting completion of their background investigations may commence work, in an escorted capacity, after a favorable fingerprint check, as authorized by the Contracting Officer.

e. Issuance of a DHS FEMA-approved identification badge (unescorted access) is contingent upon obtaining a favorable background investigation.

f. The Contracting Officer may direct the contractor to exclude, from working on this contract, any employee found or deemed to be unsuitable or whose continued employment on the contract is deemed contrary to the public interest or inconsistent with the best interest of national security.

g. The Contractor shall arrange with its employees for return, to the COTR, of any DHS or FEMA-issued identification badges that have either expired or have been collected from terminated or departing contractor employees.

h. DHS FEMA shall exercise full control over granting, denying, withholding or terminating unescorted access to all DHS FEMA facilities, assets, systems, and information based upon the results of a background investigation/check.

i. Contractor employees in High Risk positions shall be investigated every five years. Contractor employees in Moderate or Low Risk positions are not required to be reinvestigated unless specific derogatory information is received that would warrant reinvestigation. The DHS FEMA Safety & Security Branch, Personnel & Information Security Section, will initiate reinvestigations.

j. Each employee of the contractor shall be a citizen of the United States of America.

k. The contractor shall include the substance of this language in all subcontracts at any tier where the subcontractor requires access to government facilities, IT systems, sensitive information or resources.

l. The scope of this clause does not extend to classified contracts or contractor employees who require a security clearance.

## H.9 PERFORMANCE-BASED SERVICES CONTRACTING (PBSC)

Through the direction of the Office of Management and Budget (OMB) Office of Federal Procurement Policy (OFPP), performance-based contracting techniques will be applied to task orders issued under this contractor to the maximum extent practicable. For information about PBSC, refer to OFPP's Best Practices Handbook located at http://www.arnet.gov/Library/ OFPP/Best Practices/.

PBSC task orders must include at a minimum:

a. Performance requirements that define the work in measurable, mission-related terms;

b. Performance Standards (i.e. quality, quantity, timeliness) tied to the performance requirements;

c. A Government Quality Assurance Surveillance Plan (QASP) or other suitable plan that describes the contractor's performance standards or service level agreements (SLA); and

d. If the acquisition is either critical to agency mission accomplishment or requires relatively large expenditures of funds, positive and/or negative incentives tied to the performance standards/SLAs.

## H.10 WAGE DETERMINATION

In the performance of this contract the Contractor shall comply with the requirements of U.S. Department of Labor Wage Determination Number (See Below), dated (See below). Wage determinations are available on line at www.wdol.gov. The following Wage Determinations are provided under Section J; Attachment H.

Wage Determinations are required for all counties in the State of Mississippi, as follows:

1994-2297, Rev. 26, dated 5-23-2005
1994-2295, Rev. 25, dated 5-23-2005
1994-2495, Rev. 29, dated 5-23-2005
1994-2299, Rev. 26, dated 5-23-2005
1994-2301, Rev. 28, dated 6-21-2005

## H.11 INSURANCE

A. Notwithstanding the provisions of the clause entitled "Insurance-Liability to Third Persons" listed in Section I of this Contract, the Contractor is responsible for errors and omissions committed by it during the term of this Contract as provided for in this Section.

B. The type of errors and omissions covered under this Section include but are not limited to those:

(1) resulting from ADP, data entry and clerical portions of work;

(2) resulting in duplicate payments, excess payments, and payments made in error;

(3) resulting from failure to adhere to written policy directives of the Administrator;

Nothing in this Section shall limit any rights of the Government for breach of contract by the Contractor or any other claims by the Government against the Contractor.

C. The limits of the Contractor's liability under this Section shall be two hundred fifty thousand dollars ($250,000) per claim. In this context, a claim shall be deemed to severally pertain to each incident, each building, contents of each building, or each coverage. The aforestated liability limits shall cover actual damages and all expenses incidental to such liabiities (including costs and reasonable attorney's fees).

D. The Contractor shall not be liable for:

(1) any neglient conduct or omission by FEMA which materially and directly contributes to such liability;

(2) liabilities which result from the Contractor acting prudently in accordance with this Contract and within it's scope; or as a result of following any instruction, guidelines or information issued by any FEMA employee or agent who was authorized in writing under this contract to issue such instructions, guidelines, or information;

(3) any liability in excess of the dollar limits set forth within this Section, except as provided in E below;

E. In any event, the Contractor shall be liable for all liabilities which result from willful misconduct, gross negligence, or lack of good faith on the part of any of the Contractor's directors or officers, or on the part of any of the it's managers, superintendents, agents, servants or employees. Such liability is not limited to any dollar limitations set forth in this Section or elsewhere.

F. (1) The Contractor shall be reimbursed for the reasonable cost of investigation of errors and omissions claims, in any event. Investigation, as used herein, includes those steps required to examine and inquire into, with care and accuracy, those circumstances surrounding the alleged error or omission in order for the Government to make an initial determination as to whether the Contractor is liable for the error or omission. It shall be the primary responsibility of the Contractor to conduct, in an efficient and timely manner, such investigation and to present all pertinent documents, papers, reports and information pertaining to the investigation to the Government for an initial determination of liability. The Government may at its option investigate the matter in conjunction with, in addition to, or instead of the Contractor. The Contractor shall within thirty (30) days after discovery of the potential error or ommission deliver all the aforestated

information and documentation to the Government. The Government shall within sixty (60) days after receipt of all necessary information and documentation from the Contractor make an initial determination of liability.

(2) The Contractor shall be reimbursed for the reasonable costs (including attorney's fees) of settlement and litigation for claims which are successfully defended, or where the Contractor is dismissed as a party, provided:

(a) Such settlements or judgements are approved in writing by the appropriate Contracting Officer; and

(b) Such costs are not covered by insurance.

G. Any liability of the Government to the Contractor or to third parties as a result of this Section shall be subject to the availability of funds.

H. The Contractor may elect, at its option, to acquire errors and omissions insurance. Reimbursement for the costs of such insurance may be an allowable cost, but shall not be a direct cost under this contract.

## H.12 LOCAL PREFERENCE

Following contract award, the contractor shall use local subcontractors, consultants, and partners to the maximum extent practicable. Local means within the states geographical boundaries. Use of a non-local firm may be authorized only on an exception basis by the Contracting Officer, and the contractor must furnish adequate justification that shows or demonstrates that a local firm cannot be utilized or is unavailable.

# PART II - CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

### I.1 NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract. See FAR 52.252-2 for an internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.202-1 | DEFINITIONS | JUL 2004 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | JAN 1997 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | SEP 2005 |
| 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER | AUG 2000 |
| 52.204-7 | CENTRAL CONTRACTOR REGISTRATION (OCT 2003) | OCT 2003 |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | JAN 2005 |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION ALTERNATE I (JUN 1999) | JAN 1997 |
| 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT | OCT 1997 |
| 52.216-14 | ALLOWABLE COST AND PAYMENT-FACILITIES USE | APR 1984 |
| 52.219-6 | NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE | JUN 2003 |
| 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS | MAY 2004 |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES | FEB 1997 |
| 52.222-3 | CONVICT LABOR | JUN 2003 |
| 52.222-19 | CHILD LABOR - COOPERATION WITH AUTHORITIES AND REMEDIES | JUN 2004 |

| | | |
|---|---|---|
| 52.222-26 | EQUAL OPPORTUNITY | APR 2002 |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | DEC 2001 |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES | JUN 1998 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS | DEC 2001 |
| 52.223-6 | DRUG-FREE WORKPLACE | MAY 2001 |
| 52.223-10 | WASTE REDUCTION PROGRAM | AUG 2000 |
| 52.223-12 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS | MAY 1995 |
| 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING | AUG 2003 |
| 52.224-1 | PRIVACY ACT NOTIFICATION | APR 1984 |
| 52.224-2 | PRIVACY ACT | APR 1984 |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | MAR 2005 |
| 52.227-1 | AUTHORIZATION AND CONSENT | JUL 1995 |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | AUG 1996 |
| 52.227-14 | RIGHTS IN DATA--GENERAL | JUN 1987 |
| 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION | JAN 1997 |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES | APR 2003 |
| 52.232-1 | PAYMENTS | APR 1984 |
| 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | FEB 2002 |
| 52.232-11 | EXTRAS | APR 1984 |
| 52.232-17 | INTEREST | JUN 1996 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.232-33 | PAYMENT BY ELECTRONIC FUNDS--CENTRAL CONTRACTOR REGISTRATION | OCT 2003 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1996 |
| 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM | OCT 2004 |
| 52.237-3 | CONTINUITY OF SERVICES | JAN 1991 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-1 | CHANGES--FIXED PRICE ALTERNATE I (APR 1984) | AUG 1987 |
| 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS | DEC 2004 |
| 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) | MAY 2004 |
| 52.245-8 | LIABILITY FOR THE FACILITIES | JAN 1997 |
| 52.245-9 | USE AND CHARGES | AUG 2005 |
| 52.245-11 | GOVERNMENT PROPERTY (FACILITIES USE) | APR 1984 |
| 52.246-25 | LIMITATION OF LIABILITY--SERVICES | FEB 1997 |
| 52.248-1 | VALUE ENGINEERING | FEB 2000 |
| 52.249-4 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) | APR 1984 |
| 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR 1984 |
| 52.249-13 | FAILURE TO PERFORM | APR 1984 |
| 52.253-1 | COMPUTER GENERATED FORMS | JAN 1991 |
| 3052.222-70 | STRIKES OR PICKETING AFFECTING TIMELY | DEC 2003 |

| | | |
|---|---|---|
| | COMPLETION OF THE CONTRACT WORK | |
| 3052.222-71 | STRIKES OR PICKETING AFFECTING ACCESS TO A DHS FACILITY | DEC 2003 |
| 3052.223-70 | REMOVAL OR DISPOSAL OF HAZARDOUS SUBSTANCES -- APPLICABLE LICENSES AND PERMITS | DEC 2003 |
| 3052.237-70 | QUALIFICATIONS OF CONTRACTOR EMPLOYEES (DEV) | NOV 2004 |
| 3052.242-71 | DISSEMINATION OF CONTRACT INFORMATION | DEC 2003 |

## I.2 52.216-18 ORDERING (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through 60 months.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

## I.3 52.216-19 ORDER LIMITATIONS (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $2,500, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order for a single item in excess of $1,000,000;

(2) Any order for a combination of items in excess of $10,000,000;

(3) A series of orders from the same ordering office within 3 (three) days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

## I.4 52.216-22 INDEFINITE QUANTITY (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after expiration of each task order.

## I.5 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of contract expiration.

## I.6 52.222-21 PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

(a) Segregated facilities, as used in this clause, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

I.7 52.222-41 SERVICE CONTRACT ACT OF 1965, AS AMENDED (JUL 2005)

(a) Definitions. "Act," as used in this clause, means the Service Contract Act of 1965, as amended (41 U.S.C. 351, et seq.).

"Contractor," as used in this clause or in any subcontract, shall be deemed to refer to the subcontractor, except in the term "Government Prime Contractor."

"Service employee," as used in this clause, means any person engaged in the performance of this contract other than any person employed in a bona fide executive, administrative, or professional capacity, as these terms are defined in Part 541 of Title 29, Code of Federal Regulations, as revised. It includes all such persons regardless of any contractual relationship that may be alleged to exist between a Contractor or subcontractor and such persons.

(b) Applicability. This contract is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor (29 CFR Part 4). This clause does not apply to contracts or subcontracts administratively exempted by the Secretary of Labor or exempted by 41 U.S.C. 356, as interpreted in Subpart C of 29 CFR Part 4.

(c) Compensation. (1) Each service employee employed in the performance of this contract by the Contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor, or authorized representative, as specified in any wage determination attached to this contract.

(2)(i) If a wage determination is attached to this contract, the Contractor shall classify any class of service employee which is not listed therein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination) so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed class of employees shall be paid the monetary wages and furnished the fringe benefits as are determined pursuant to the procedures in this paragraph (c).

(ii) This conforming procedure shall be initiated by the Contractor prior to the performance of contract work by the unlisted class of employee. The Contractor shall submit Standard Form (SF) 1444, Request for Authorization of Additional Classification and Rate, to the Contracting Officer no later than 30 days after the unlisted class of employee performs any contract work. The Contracting Officer shall review the proposed classification and rate and promptly submit the completed SF 1444 (which must include information regarding the agreement or disagreement of the employees' authorized representatives or the employees themselves together with the agency recommendation), and all pertinent information to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor. The Wage and Hour Division will approve, modify, or disapprove the action or render a final determination in the event of disagreement within 30 days of receipt or will notify the Contracting Officer within 30 days of receipt that additional time is necessary.

(iii) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the Contracting Officer who shall promptly notify the Contractor of the action taken. Each affected employee shall be furnished by the Contractor with a written copy of such determination or it shall be posted as a part of the wage determination.

(iv)(A) The process of establishing wage and fringe benefit rates that bear a reasonable relationship to those listed in a wage determination cannot be reduced to any single formula. The approach used may vary from wage determination to wage determination depending on the circumstances. Standard wage and salary administration practices which rank various job classifications by pay grade pursuant to point schemes or other job factors may, for example, be relied upon. Guidance may also be obtained from the way different jobs are rated under Federal pay systems (Federal Wage Board Pay System and the General Schedule) or from other wage determinations issued in the same locality. Basic to the

establishment of any conformable wage rate(s) is the concept that a pay relationship should be maintained between job classifications based on the skill required and the duties performed.

(B) In the case of a contract modification, an exercise of an option, or extension of an existing contract, or in any other case where a Contractor succeeds a contract under which the classification in question was previously conformed pursuant to paragraph (c) of this clause, a new conformed wage rate and fringe benefits may be assigned to the conformed classification by indexing (i.e., adjusting) the previous conformed rate and fringe benefits by an amount equal to the average (mean) percentage increase (or decrease, where appropriate) between the wages and fringe benefits specified for all classifications to be used on the contract which are listed in the current wage determination, and those specified for the corresponding classifications in the previously applicable wage determination. Where conforming actions are accomplished in accordance with this paragraph prior to the performance of contract work by the unlisted class of employees, the Contractor shall advise the Contracting Officer of the action taken but the other procedures in subdivision (c)(2)(ii) of this clause need not be followed.

(C) No employee engaged in performing work on this contract shall in any event be paid less than the currently applicable minimum wage specified under section (6)(a)(1) of the Fair Labor Standards Act of 1938, as amended.

(v) The wage rate and fringe benefits finally determined under this subparagraph (c)(2) of this clause shall be paid to all employees performing in the classification from the first day on which contract work is performed by them in the classification. Failure to pay the unlisted employees the compensation agreed upon by the interested parties and/or finally determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.

(vi) Upon discovery of failure to comply with subparagraph (c)(2) of this clause, the Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be retroactive to the date such class or classes of employees commenced contract work.

(3) Adjustment of Compensation. If the term of this contract is more than 1 year, the minimum monetary wages and fringe benefits required to be paid or furnished thereunder to service employees under this contract shall be subject to adjustment after 1 year and not less often than once every 2 years, under wage determinations issued by the Wage and Hour Division.

(d) Obligation to Furnish Fringe Benefits. The Contractor or subcontractor may discharge the obligation to furnish fringe benefits specified in the attachment or determined under subparagraph (c)(2) of this clause by furnishing equivalent combinations of bona fide fringe benefits, or by making equivalent or differential cash payments, only in accordance with Subpart D of 29 CFR Part 4.

(e) Minimum Wage. In the absence of a minimum wage attachment for this contract, neither the Contractor nor any subcontractor under this contract shall pay any person performing work under this contract (regardless of whether the person is a service employee) less than the minimum wage specified by section 6(a)(1) of the Fair Labor Standards Act of 1938. Nothing in this clause shall relieve the Contractor or any subcontractor of any other obligation under law or contract for payment of a higher wage to any employee.

(f) Successor Contracts. If this contract succeeds a contract subject to the Act under which substantially the same services were furnished in the same locality and service employees were paid wages and fringe benefits provided for in a collective bargaining agreement, in the absence of the minimum wage attachment for this contract setting forth such collectively bargained wage rates and fringe benefits, neither the Contractor nor any subcontractor under this contract shall pay any service employee performing any of the contract work (regardless of whether or not such employee was employed under the predecessor contract), less than the wages and fringe benefits provided for in such collective bargaining agreement, to which such employee would have been entitled if employed under the predecessor contract, including accrued wages and fringe benefits and any prospective increases in wages and fringe benefits provided for under such agreement. No Contractor or subcontractor under this contract may be relieved of the foregoing obligation unless the limitations of 29 CFR 4.1b(b) apply or unless the Secretary of Labor or the Secretary's authorized representative finds, after a hearing as provided in 29 CFR 4.10 that the wages and/or fringe benefits provided for in such agreement are

substantially at variance with those which prevail for services of a character similar in the locality, or determines, as provided in 29 CFR 4.11, that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into as a result of arm's length negotiations. Where it is found in accordance with the review procedures provided in 29 CFR 4.10 and/or 4.11 and Parts 6 and 8 that some or all of the wages and/or fringe benefits contained in a predecessor Contractor's collective bargaining agreement are substantially at variance with those which prevail for services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor contract was not entered into as a result of arm's length negotiations, the Department will issue a new or revised wage determination setting forth the applicable wage rates and fringe benefits. Such determination shall be made part of the contract or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Board of Service Contract Appeals, as the case may be, irrespective of whether such issuance occurs prior to or after the award of a contract or subcontract (53 Comp. Gen. 401 (1973)). In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as of the date of the final administrative decision.

(g) Notification to Employees. The Contractor and any subcontractor under this contract shall notify each service employee commencing work on this contract of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor (Publication WH 1313) shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a)(4) of the Act and of this contract.

(h) Safe and Sanitary Working Conditions. The Contractor or subcontractor shall not permit any part of the services called for by this contract to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the Contractor or subcontractor which are unsanitary, hazardous, or dangerous to the health or safety of the service employees. The Contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR Part 1925.

(i) Records. (1) The Contractor and each subcontractor performing work subject to the Act shall make and maintain for 3 years from the completion of the work, and make them available for inspection and transcription by authorized representatives of the Wage and Hour Division, Employment Standards Administration, a record of the following:

(i) For each employee subject to the Act -

(A) Name and address and social security number;

(B) Correct work classification or classifications, rate or rates of monetary wages paid and fringe benefits provided, rate or rates of payments in lieu of fringe benefits, and total daily and weekly compensation;

(C) Daily and weekly hours worked by each employee; and

(D) Any deductions, rebates, or refunds from the total daily or weekly compensation of each employee.

(ii) For those classes of service employees not included in any wage determination attached to this contract, wage rates or fringe benefits determined by the interested parties or by the Administrator or authorized representative under the terms of paragraph (c) of this clause. A copy of the report required by subdivision (c)(2)(ii) of this clause will fulfill this requirement.

(iii) Any list of the predecessor Contractor's employees which had been furnished to the Contractor as prescribed by paragraph (n) of this clause.

(2) The Contractor shall also make available a copy of this contract for inspection or transcription by authorized representatives of the Wage and Hour Division.

(3) Failure to make and maintain or to make available these records for inspection and transcription shall be a violation of the regulations and this contract, and in the case of failure to produce these records, the Contracting Officer,

upon direction of the Department of Labor and notification to the Contractor, shall take action to cause suspension of any further payment or advance of funds until the violation ceases.

(4) The Contractor shall permit authorized representatives of the Wage and Hour Division to conduct interviews with employees at the worksite during normal working hours.

(j) Pay Periods. The Contractor shall unconditionally pay to each employee subject to the Act all wages due free and clear and without subsequent deduction (except as otherwise provided by law or Regulations, 29 CFR Part 4), rebate, or kickback on any account. These payments shall be made no later than one pay period following the end of the regular pay period in which the wages were earned or accrued. A pay period under this Act may not be of any duration longer than semi-monthly.

(k) Withholding of Payments and Termination of Contract. The Contracting Officer shall withhold or cause to be withheld from the Government Prime Contractor under this or any other Government contract with the Prime Contractor such sums as an appropriate official of the Department of Labor requests or such sums as the Contracting Officer decides may be necessary to pay underpaid employees employed by the Contractor or subcontractor. In the event of failure to pay any employees subject to the Act all or part of the wages or fringe benefits due under the Act, the Contracting Officer may, after authorization or by direction of the Department of Labor and written notification to the Contractor, take action to cause suspension of any further payment or advance of funds until such violations have ceased. Additionally, any failure to comply with the requirements of this clause may be grounds for termination of the right to proceed with the contract work. In such event, the Government may enter into other contracts or arrangements for completion of the work, charging the Contractor in default with any additional cost.

(l) Subcontracts. The Contractor agrees to insert this clause in all subcontracts subject to the Act.

(m) Collective Bargaining Agreements Applicable to Service Employees. If wages to be paid or fringe benefits to be furnished any service employees employed by the Government Prime Contractor or any subcontractor under the contract are provided for in a collective bargaining agreement which is or will be effective during any period in which the contract is being performed, the Government Prime Contractor shall report such fact to the Contracting Officer, together with full information as to the application and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of contract performance such agreements shall be reported promptly after negotiation thereof.

(n) Seniority List. Not less than 10 days prior to completion of any contract being performed at a Federal facility where service employees may be retained in the performance of the succeeding contract and subject to a wage determination which contains vacation or other benefit provisions based upon length of service with a Contractor (predecessor) or successor (29 CFR 4.173), the incumbent Prime Contractor shall furnish the Contracting Officer a certified list of the names of all service employees on the Contractor's or subcontractor's payroll during the last month of contract performance. Such list shall also contain anniversary dates of employment on the contract either with the current or predecessor Contractors of each such service employee. The Contracting Officer shall turn over such list to the successor Contractor at the commencement of the succeeding contract.

(o) Rulings and Interpretations. Rulings and interpretations of the Act are contained in Regulations, 29 CFR Part 4.

(p) Contractor's Certification. (1) By entering into this contract, the Contractor (and officials thereof) certifies that neither it (nor he or she) nor any person or firm who has a substantial interest in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of the sanctions imposed under section 5 of the Act.

(2) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract under section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

(q) Variations, Tolerances, and Exemptions Involving Employment. Notwithstanding any of the provisions in paragraphs (b) through (o) of this clause, the following employees may be employed in accordance with the following variations, tolerances, and exemptions, which the Secretary of Labor, pursuant to section 4(b) of the Act prior to its amendment by Pub. L. 92-473, found to be necessary and proper in the public interest or to avoid serious impairment of the conduct of Government business.

(1) Apprentices, student-learners, and workers whose earning capacity is impaired by age, physical or mental deficiency or injury may be employed at wages lower than the minimum wages otherwise required by section 2(a)(1) or 2(b)(1) of the Act without diminishing any fringe benefits or cash payments in lieu thereof required under section 2(a)(2) of the Act, in accordance with the conditions and procedures prescribed for the employment of apprentices, student-learners, handicapped persons, and handicapped clients of sheltered workshops under section 14 of the Fair Labor Standards Act of 1938, in the regulations issued by the Administrator (29 CFR Parts 520, 521, 524, and 525).

(2) The Administrator will issue certificates under the Act for the employment of apprentices, student-learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Labor Standards Act of 1938, or subject to different minimum rates of pay under the two acts, authorizing appropriate rates of minimum wages (but without changing requirements concerning fringe benefits or supplementary cash payments in lieu thereof), applying procedures prescribed by the applicable regulations issued under the Fair Labor Standards Act of 1938 (29 CFR Parts 520, 521, 524, and 525).

(3) The Administrator will also withdraw, annul, or cancel such certificates in accordance with the regulations in 29 CFR Parts 525 and 528.

(r) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Office of Apprenticeship Training, Employer, and Labor Services (OATELS), U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set forth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeymen employed on the contract work in any craft classification shall not be greater than the ratio permitted to the Contractor as to his entire work force under the registered program.

(s) Tips. An employee engaged in an occupation in which the employee customarily and regularly receives more than $30 a month in tips may have the amount of these tips credited by the employer against the minimum wage required by section 2(a)(1) or section 2(b)(1) of the Act, in accordance with section 3(m) of the Fair Labor Standards Act and Regulations 29 CFR Part 531. However, the amount of credit shall not exceed $1.34 per hour beginning January 1, 1981. To use this provision -

(1) The employer must inform tipped employees about this tip credit allowance before the credit is utilized;

(2) The employees must be allowed to retain all tips (individually or through a pooling arrangement and regardless of whether the employer elects to take a credit for tips received);

(3) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit; and

(4) The use of such tip credit must have been permitted under any predecessor collective bargaining agreement applicable by virtue of section 4(c) of the Act.

(t) Disputes Concerning Labor Standards. The U.S. Department of Labor has set forth in 29 CFR Parts 4, 6, and 8 procedures for resolving disputes concerning labor standards requirements. Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract. Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

## I.8 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

This Statement is for Information Only: It is not a Wage Determination.

| Employee Class | Monetary Wage - Fringe Benefits |
|---|---|
| Plumber, Maintenance | $15.33 |
| Electrician, Maintenance | $14.15 |
| Carpenter, Maintenance | $12.94 |
| Appliance Repairperson | $14.61 |
| Heavy Equipment Operator | $15.73 |
| Drivers, Heavy | $16.06 |
| Drivers, Medium | $15.00 |
| Drivers, Light | $11.81 |

## I.9 52.222-47 SERVICE CONTRACT ACT (SCA) MINIMUM WAGES AND FRINGE BENEFITS (MAY 1989)

An SCA wage determination applicable to this work has been requested from the U.S. Department of Labor. If an SCA wage determination is not incorporated herein, the bidders/offerors shall consider the economic terms of the collective bargaining agreement (CBA) between the incumbent Contractor and the (union). If the economic terms of the collective bargaining agreement or the collective bargaining agreement itself is not attached to the solicitation, copies can be obtained from the Contracting Officer. Pursuant to Department of Labor Regulation, 29 CFR 4.1b and paragraph (g) of the clause at 52.222-41, Service Contract Act of 1965, as amended, the economic terms of that agreement will apply to the contract resulting from this solicitation, notwithstanding the absence of a wage determination reflecting such terms, unless

it is determined that the agreement was not the result of arm's length negotiations or that after a hearing pursuant to section 4(c) of the Act, the economic terms of the agreement are substantially at variance with the wages prevailing in the area.

## I.10 52.222-43 FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT - PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS) (MAY 1989)

(a) This clause applies to both contracts subject to area prevailing wage determinations and contracts subject to collective bargaining agreements.

(b) The Contractor warrants that the prices in this contract do not include any allowance for any contingency to cover increased costs for which adjustment is provided under this clause.

(c) The wage determination, issued under the Service Contract Act of 1965, as amended, (41 U.S.C. 351, et seq.), by the Administrator, Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, current on the anniversary date of a multiple year contract or the beginning of each renewal option period, shall apply to this contract. If no such determination has been made applicable to this contract, then the Federal minimum wage as established by section 6(a)(1) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. 206) current on the anniversary date of a multiple year contract or the beginning of each renewal option period, shall apply to this contract.

(d) The contract price or contract unit price labor rates will be adjusted to reflect the Contractor's actual increase or decrease in applicable wages and fringe benefits to the extent that the increase is made to comply with or the decrease is voluntarily made by the Contractor as a result of:

(1) The Department of Labor wage determination applicable on the anniversary date of the multiple year contract, or at the beginning of the renewal option period. For example, the prior year wage determination required a minimum wage rate of $4.00 per hour. The Contractor chose to pay $4.10. The new wage determination increases the minimum rate to $4.50 per hour. Even if the Contractor voluntarily increases the rate to $4.75 per hour, the allowable price adjustment is $.40 per hour;

(2) An increased or decreased wage determination otherwise applied to the contract by operation of law; or

(3) An amendment to the Fair Labor Standards Act of 1938 that is enacted after award of this contract, affects the minimum wage, and becomes applicable to this contract under law.

(e) Any adjustment will be limited to increases or decreases in wages and fringe benefits as described in paragraph (c) of this clause, and the accompanying increases or decreases in social security and unemployment taxes and workers' compensation insurance, but shall not otherwise include any amount for general and administrative costs, overhead, or profit.

(f) The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days after receiving a new wage determination unless this notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause, but nothing in the clause shall preclude the Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any relevant supporting data, including payroll records, that the Contracting Officer may reasonably require. Upon agreement of the parties, the contract price or contract unit price labor rates shall be modified in writing. The Contractor shall continue performance pending agreement on or determination of any such adjustment and its effective date.

(g) The Contracting Officer or an authorized representative shall have access to and the right to examine any directly pertinent books, documents, papers and records of the Contractor until the expiration of 3 years after final payment under the contract.

## I.11 52.227-23 RIGHTS TO PROPOSAL DATA (TECHNICAL) (JUN 1987)

Except for data contained on pages (none), it is agreed that as a condition of award of this contract, and notwithstanding the conditions of any notice appearing thereon, the Government shall have unlimited rights (as defined in the "Rights in Data--General" clause contained in this contract) in and to the technical data contained in the proposal dated upon which this contract is based.

## I.12 52.232-25 PROMPT PAYMENT (OCT 2003)

Notwithstanding any other payment clause in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer (EFT). Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(4) of this clause concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--

(1) Due date.

(i) Except as indicated in paragraphs (a)(2) and (c) of this clause, the due date for making invoice payments by the designated payment office is the later of the following two events:

(A) The 30th day after the designated billing office receives a proper invoice from the Contractor (except as provided in paragraph (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed. For a final invoice, when the payment amount is subject to contract settlement actions, acceptance is deemed to occur on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments.

(i) Due dates on Contractor invoices for meat, meat food products , or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are--

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable

poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is upon the Contractor making the representation.

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(3)(i) through (a)(3)(x) of this clause. If the invoice does not comply with these requirements, the designated billing office will return it within 7 days after receipt (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. The Government will take into account untimely notification when computing any interest penalty owed the Contractor.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(ix) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232- 38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(x) Any other information or documentation required by the contract (e.g., evidence of shipment).

(4) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(4)(i) through (a)(4)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance is deemed to occur constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivers the supplies or performs the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. If actual acceptance occurs within the constructive acceptance period, the Government will base the determination of an interest penalty on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(6) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(7) Additional interest penalty.

(i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest is due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt, provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(iii) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payment. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(d) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

## I.13 52.246-20 WARRANTY OF SERVICES (MAY 2001)

(a) Definition. "Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor . This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

## I.14 52.244-2 SUBCONTRACTS (AUG 1998)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) This clause does not apply to subcontracts for special test equipment when the contract contains the clause at FAR 52.245-18, Special Test Equipment.

(c) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (d) or (e) of this clause.

(d) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that--

(1) Is of the cost-reimbursement, time-and-materials, or labor- hour type; or

(2) Is fixed-price and exceeds--

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(e) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

---

---

---

---

(f)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (c), (d), or (e) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting--

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(g) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination--

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(h) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of- cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404- 4(c)(4)(i).

(i) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(j) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(k) Paragraphs (d) and (f) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

## I.15 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far

## I.16 HSAR 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003)

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity after November 25, 2002, which is treated as an inverted domestic corporation as defined in this clause.