RECEIVED AUG 0 6 2010

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI



| | | |
|---|---|---|
| MELISSA SOMMERVILLE, on Behalf of Her Minor Child CR | | PLAINTIFF |
| V. | | DOCKET NO: A2401-2010-175 |
| GULF STREAM COACH, INC., CH2M HILL CONSTRUCTORS, INC., and JOHN DOE 1-50 | | DEFENDANTS |

FILED JUN - 1 2010
GAYLE PARKER
CIRCUIT CLERK
BY_____ DC

## COMPLAINT FOR DAMAGES
(jury trial requested)

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1.  Plaintiff, MELISSA SOMMERVILLE, on behalf of her minor child, is a resident citizen of Gulfport, Harrison County, Mississippi.

2.  GULF STREAM COACH, INC. (hereinafter Gulf Stream) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3.  CH2M HILL CONSTRUCTORS, INC. (hereinafter "CH2M"), a Delaware corporation with its principal place of business in Colorado, licensed to do business in the State of Mississippi and in good standing, received a No-Bid contract from FEMA and was tasked with, among other things, performing significant functions in the transportation, delivery, installation,

Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

RETURN RECEIPT REQUESTED

RECEIVED AUG 06 2010

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappannee, IN 46550

RECEIVED AUG 0 6 2010



7010 0290 0002 2008 3651

CERTIFIED MAIL