UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER <br>     FORMALDEHYDE <br>     PRODUCTS LIABILITY <br>     LITIGATION | * <br> * <br> * <br> <br> * | MDL NO. 1873 <br> <br> SECTION: N (5) <br> <br> JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

## ORDER

IT IS ORDERED that Plaintiffs are granted leave of court to file the accompanying Reply Memorandum to Colony National Insurance Company's Memorandum in Opposition to Plaintiffs' Motion to Enjoin.

New Orleans, Louisiana, this __6th__ day of ____December__, 2010.

_____
UNITED STATES DISTRICT JUDGE