AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| HENRY GURLEY<br><br>*Plaintiff*<br><br>v.<br><br>CRUM & FORSTER SPECIALTY INS. CO., ET AL<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  10-3909<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
Craig Fugate, Director of FEMA
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<u>Loretta G. Whyte</u>
Name of clerk of court

Date: __Nov 03 2010__            *B. Gregory*
Deputy clerk's signature



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 9867**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:30 am on November 16, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Detailed Results:**
- Delivered, November 16, 2010, 8:30 am, WASHINGTON, DC 20472
- Arrival at Unit, November 16, 2010, 6:43 am, WASHINGTON, DC 20022

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    12/7/2010

LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

November 12, 2010

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Federal Emergency Management Agency (FEMA)
Through Craig Fugate, Director
500 C Street S.W.
Washington, DC 20472

    Re:    In Re: FEMA Trailer Formaldehyde
            Product Liability Litigation
            MDL No. 1873, Section "N-5"
            USDC, Eastern District of Louisiana

Dear Sir:

    In accordance with the pertinent Federal Rule, I enclose herewith a certified copy of the Complaint filed in the United States District Court for the Eastern District of Louisiana, as well as a summons from the Clerk of Court. Pursuant to the summons issued by the Court, you must comply with plaintiffs' demand or file an answer to this lawsuit within the delays set forth by this court.

                                                          Sincerely,

                                                          Justin I. Woods

JIW/cd
Enclosures:    Gurley v. Crum & Forster, EDLA 10-3909