RECEIVED AUG 0 6 2010

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**KEVIN AMMENTORP and**
**MADELEINE AMMENTORP**
**Individually and on Behalf of Their Minor Children**
**ECA, IRA and ELA**                                          **PLAINTIFFS**

V.                                                                    DOCKET NO: 10-0338

**GULF STREAM COACH, INC.,**
**BECHTEL NATIONAL, INC.**
**and JOHN DOE 1-50**                                          **DEFENDANTS**

FILED

### COMPLAINT FOR DAMAGES
(jury trial requested)

JUN 0 1 2010

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiffs, KEVIN AMMENTORP and MADELEINE AMMENTORP, along with their minor children, are resident citizens of Bay St. Louis, Hancock County, Mississippi.

2. GULF STREAM COACH, INC. (hereinafter Gulf Stream) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3. BECHTEL NATIONAL INC, (hereinafter "Bechtel"), a Nevada corporation with its principal place of business in California, licensed to do business in the State of Mississippi and in good standing, received a No-Bid contract from FEMA and was tasked with, among other things,

Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

RETURN RECEIPT REQUESTED

RECEIVED AUG 0 6 2010
By

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

RECEIVED AUG 0 6 2010

7008 1300 0001 3975 6095

CERTIFIED MAIL

C2 1P
000292578T  AUG 03 2
MAILED FROM ZIP CODE 39
$006.6
UNITED STATES POSTAGE
PITNEY BOW