UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KEVIN AMMENTORP AND MADELEINE
AMMENTORP, Individually and on Behalf
of their Minor Children, ECA, IRA and ELA          PLAINTIFFS

versus                                             DOCKET NO. 1-10-CV-426-HSO-JMR

GULF STREAM COACH, INC.,
BECHTEL NATIONAL, INC. and
JOHN DOE 1-50                                      DEFENDANTS

**UNOPPOSED JOINDER OF BECHTEL NATIONAL, INC. TO
GULF STREAM COACH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes defendant Bechtel National, Inc., which, with a full reservation of rights, including without limitation all defenses permitted under Rule 12 of the Federal Rules of Civil Procedure and otherwise, and appearing for the limited purposes herein, files this unopposed joinder to defendant Gulf Stream Coach, Inc.'s Unopposed Motion for Extension of Time to File Opposition (Doc.#22) to Plaintiffs' Motion to Remand (Doc.# 7/8) hereby adopting and incorporating the same. The plaintiffs do not oppose the joinder of Bechtel National, Inc.

WHEREFORE, defendant Bechtel National, Inc. joins defendant Gulf Stream Coach, Inc.'s Motion for Extension of Time to File Opposition (Doc.#22) to Plaintiffs' Motion to Remand (Doc.# 7/8), and prays that this Honorable Court will grant the requested additional time for briefing, setting Bechtel National, Inc.'s Opposition to Plaintiffs' Motion to Remand due fourteen (14) days from today, October 20, 2010.

1

Dated: October 20, 2010

        Respectfully submitted:

        **FRILOT L.L.C.**

        */s/ David P. Curtis*
        **DAVID P. CURTIS (MS Bar No. 102092)**
        E-Mail: dcurtis@frilot.com
        3700 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-3700
        T: (504) 599-8000; F: (504) 599-8100
        **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on October 20, 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

        */s/ David P. Curtis*

2