Transcript of the Testimony of

# PHILIP SARVARI

Date: July 24, 2008

FEMA Trailer Formaldehyde Products Liability Litigation
v.

```
 1    Q   Did you negotiate with them or did you just tell
 2        them what the price was?
 3    A   We sent them a letter, sent -- explaining what the
 4        price of the product was.
 5    Q   Was there ever any negotiation with the Government
 6        about the price?
 7    A   Not to my knowledge.
 8    Q   In other words, the way it worked was, you told
 9        them the price and they accepted it.  Right?
10    A   Yes.
11    Q   They never said to you, Give us a volume discount,
12        can't you shave a little bit off, anything like
13        that, did they?
14    A   Not that I can recall.
15    Q   Did you speak with the Government about the
16        specifications of the trailers?  In other words,
17        what you were actually going to be providing?
18    A   Yes.
19    Q   Tell me about those discussions and who they were
20        with.
21    A   That discussion was on Sunday with Kaz.
22    Q   That was over the phone as well.
23    A   Yes.
24    Q   Tell me what -- tell me about that discussion.
25            MR. MILLER:  Objection.  Narrative.  Vague.
```

1829d2f5-b5e1-49d7-aab0-93d777347869