# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30 (b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

1    counsel; our technical vice president, Scott

2    Pullin.

3         MR. PERCY:  I'm sorry, what was that last

4    name?

5         THE WITNESS:  Scott Pullin.

6  A  Those are the individuals that come to mind.

7  Q  Those are the people that first learned about this

8    problem or this supposed problem with indoor air

9    quality in March of '06, those individuals?

10 A  Correct.

11 Q  Okay.  And prior to that time you at Gulf Stream

12   had never had an issue with formaldehyde or indoor

13   air quality?

14 A  We went back and researched our production records

15   and various records relating to our production of

16   units for FEMA over the last -- since 1992.  We

17   couldn't find anything.  And this had not been a

18   general problem for the RV industry as it was for

19   the manufactured housing industry in the '80s.

20 Q  Okay.  So you said --

21 A  That's our framework.

22 Q  You said several things there.  Let me make sure I

23   flesh those out because they may become important.

24        First off, you said with regard to trailers

25   purchased by FEMA, until March of 2006, as far as

ed9d0b1c-b882-45e1-a538-67fc9fb94b6a

1    A   We have a quality control inspector at each

2        production line -- for each production line, yes.

3    Q   So there's no quality control supervisor, or is

4        that the same thing?

5    A   You know, I can't recall that we have a title of

6        that nature.

7    Q   Okay.  On your production lines building these

8        trailers, do your workers wear any sort of masks?

9    A   There's some people that may wear masks when

10       they're using insulation, but it's not required.

11   Q   Any of the workers who place the subflooring, the

12       ceiling materials, or the wall coverings use masks?

13   A   No.  I don't -- I don't believe that any of them

14       use masks, unless it was of their own election

15       because they had a cold or an allergy or something.

16       I don't know.  But there was no regular -- there

17       was no regular requirement for such masks by the

18       company.

19   Q   Were you aware that FEMA would come to the factory

20       and inspect the trailers?

21   A   Yes.  Well, FEMA came to the factory and inspected

22       trailers in the 2005 and 2006 period when we

23       produced them for Katrina disaster relief.

24   Q   But they did not do so in 2004?

25   A   Not to my knowledge.  They may have but -- I'm sure

ed9d0b1c-b882-45e1-a538-67fc9fb94b6a

1   A   Yeah.  That was the first circumstance where we

2       provided units to be used by FEMA.

3   Q   Okay.  And between that time period and Hurricane

4       Katrina time period, even though you went through

5       dealers, would you have contact or communications

6       with FEMA?

7   A   Yes.

8   Q   What were the subject of those contacts?

9   A   There would be -- my recollection is there would be

10      contacts on scheduling.  And we normally had

11      personnel in the field that would do another

12      inspection and receive the unit when it came into

13      the marshaling area, and so those people would --

14      if there was damage to the unit or something, we

15      would usually take care of it.  And our people

16      would work with dealer -- the dealer and FEMA to

17      just ensure a steady flow of units.

18  Q   Would FEMA come to you for specific technical

19      advice regarding your units?

20  A   I'm sure that we at times had a technical inquiry

21      related to, okay, why doesn't an air conditioner

22      work or something like that, and we would have one

23      of our representatives maybe go to that -- FEMA

24      would provide us with the location of the unit, and

25      we'd go to it and see what the problem was.  And so

ed9d0b1c-b882-45e1-a538-67fc9fb94b6a