UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN CARPENTER and | * | PLAINTIFFS |
| HOLLIE CARPENTER | * | |
| Individually and on behalf of their minor | * | |
| Children JCH, JTC, and JDC | * | CIVIL DOCKET NO.: |
| | * | |
| VERSUS | * | 1:10-CV-424-HSO-JMR |
| | * | |
| DOUG BOYD ENTERPRISES, LLC, | * | DEFENDANTS |
| GULF STREAM COACH, INC., | * | |
| DUTCHMEN MANUFACTURING, INC. | * | |
| SUPERIOR HOMES, LLC, | * | |
| BECHTEL NATIONAL, INC., | * | |
| CH2M HILL CONSTRUCTORS, INC., AND | * | |
| JOHN DOE 1-50 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Unopposed Motion for Extension of Time in which to Respond to Plaintiffs' Motion to Remand.

**IT IS HEREBY ORDERED** that the Defendant, Gulf Stream Coach, Inc., is hereby granted a fourteen (14) day extension of time in which to respond to Plaintiffs' Motion to Remand.

Jackson, Mississippi, this _____ day of _____, 2010.

_____
J U D G E