UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRIAN CARPENTER and HOLLIE
CARPENTER, Individually and on behalf
of their Minor Children, JCH, JTC and
JDC,

          Plaintiffs

vs.                                       CIVIL DOCKET #. 1:10-cv-424-HSO-JMR

DOUG BOYD ENTERPRISES, LLC,
GULF STREAM COACH, INC.,
DUTCHMEN MANUFACTURING,
INC., SUPERIOR
HOMES, LLC, BECHTEL NATIONAL,
INC., CH2M HILL CONSTRUCTORS,
INC., AND JOHN DOE 1-50,

          Defendants

## DUTCHMEN'S JOINDER IN GULF STREAM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REMAND

      Defendant Dutchmen Manufacturing, Inc., ("Dutchmen"), with a full reservation of rights, including all defenses permitted under Federal Rule 12, files this joinder of defendant Gulf Stream Coach's Unopposed Motion for Extension of Time in Which to Respond (Rec. Doc. No. 39) to Plaintiff's Motion to Remand (Rec. Doc. No. 13).

      Dutchmen adopts and incorporates the arguments set forth by Gulf Stream in its motion and likewise requests a short extension of time to respond to the pending Motion to Remand.

{B0691263.1}

Dutchmen suggests that the requested extension is appropriate in light of the MDL Panel's October 19, 2010 Conditional Transfer Order, transferring this action to the Eastern District of Louisiana.

Counsel for Dutchmen has consulted with Ms. Rose Hurder, counsel for plaintiffs, and Ms. Hurder indicated that her clients have no opposition to Dutchmen's request for extension.

**WHEREFORE**, for the reasons set forth in this joinder and in the motion filed by defendant Gulf Stream Coach, which is adopted herein (Rec. Doc. No. 31), defendant Dutchmen Manufacturing, Inc., requests that the Court grant its motion and extend its deadline for filing a response to the pending Motion to Remand, Rec. Doc. No. 13, for a period of 14 days, through and including November 6, 2010.

Respectfully submitted:

*s/H. Mark Adams*

_____
H. Mark Adams (Ms. Bar Roll No. 1127)
**Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208
madams@joneswalker.com

*Attorneys for defendant,
Dutchmen Manufacturing, Inc.*

Dated:  October 21, 2010

{B0691263.1}

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed a copy of the foregoing pleading through the Court's EM/ECF system and that all counsel of record will receive service through that system.

New Orleans, Louisiana this 21st day of October, 2010.

*s/H. Mark Adams*
_____
H. Mark Adams

{B0691263.1}