UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN CARPENTER and HOLLIE CARPENTER, Individually and on Behalf of Their Minor Children, JCH, JTC, and JDC<br><br>Plaintiffs,<br>vs.<br><br>DOUG BOYD ENTERPRISES, LLC, GULF STREAM COACH, INC. DUTCHMEN MANUFACTURING, INC. SUPERIOR HOMES, LLC, BECHTEL NATIONAL, INC., CH2M HILL CONSTRUCTORS, INC., AND JOHN DOE 1-50<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* CIVIL DOCKET NO. 1:10cv424HS0-JMR<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CH2M HILL'S JOINDER TO GULF STREAM'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), which, with a full reservation of rights, including without limitation, all defenses permitted under Rule 12 of the Federal Rules of Civil Procedure and otherwise, and appearing for the limited purposes herein, files this joinder to defendant Gulf Stream Coach, Inc.'s Unopposed Motion for Extension of Time in Which to Respond (Rec. Doc. 39) to Plaintiffs' Motion to Remand (Rec. Doc. 13) hereby adopting and incorporating the same.

- 1 -

WHEREFORE, defendant CH2M HILL joins defendant Gulf Stream Coach, Inc.'s Unopposed Motion for Extension of Time in Which to Respond (Rec. Doc. 39) to Plaintiffs' Motion to Remand (Rec. Doc. 13), and respectfully prays that this Honorable Court will grant the requested additional time for responding, particularly in light of the October 19, 2010 Conditional Transfer Order No. 33 (CTO-33) by the U.S. Judicial Panel on Multidistrict Litigation transferring this case to the U.S. District Court for the Eastern District of Louisiana for consolidation in MDL 07-1873, *In re: FEMA Trailer Formaldehyde Products Liability Litigation.*[1]

This, the 21st day of October, 2010.

Respectfully submitted,

s/ *Sheryl Bey*
Sheryl Bey, Esq. (MSB No. #9484)
4268 I-55 North
Meadowbrook Office Park
P. O. Box 14167
Jackson, Mississippi 39236
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

---

[1] A copy of CTO-33 is attached as Exhibit "A" to Gulf Stream's Unopposed Motion for Extension of Time in Which to Respond to Plaintiffs' Motion to Remand (Rec. Doc. 39-1).

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

C. Edward Gibson, IV, Esq.
John Hawkins, Esq.
Hawkins, Stracener & Gibson, PLLC
egibson@hsglawfirm.net
john@hsglawfirm.net
Counsel for Plaintiffs

William Trey Jones, III, Esq.
Taylor B. McNeel, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
tjones@brunini.com
tmcneel@brunini.com
Counsel for Gulf Stream, Inc.

Joseph G. Glass, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
jglass@duplass.com
Counsel for Gulf Stream, Inc.

David P. Curtis, Esq.
Frilot L.L.C.
dcurtis@frilot.com
Counsel for Bechtel National, Inc.

H. Mark Adams, Esq.
Jones Walker
madams@joneswalker.com
Counsel for Dutchmen Manufacturing, Inc.

This 21st day of October, 2010.

                                               s/ *Sheryl Bey*
                                               Sheryl Bey

GRB 48614 v1
2900305-000004 10/07/2010