1

1                 UNITED STATES DISTRICT COURT

2                    DISTRICT OF LOUISIANA

3                     NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer      )

5    Formaldehyde Products      ) MDL No. 1873

6    Liability Litigation       )

7

8                                    Washington, D.C.

9                                    Wednesday, July 8, 2009

10   Videotape Deposition of DAVID LAWRENCE PORTER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:17 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

1   with that mail.
2       A.   M-hm.
3       Q.   -- that you were not involved with and
4   have no information about new specs that went into
5   effect regarding travel trailers for Katrina victims,
6   specifically on the subject of testing for
7   formaldehyde?
8       A.   For this email, I did not write the specs.
9       Q.   My question was broader than that.
10           Whether you wrote them or not, were you
11  aware of new specs being put into place specifically
12  to allow for testing for formaldehyde levels?
13      A.   I do not recall those specs.  I don't
14  remember them.
15      Q.   You see, then, Garratt responds to Ryan
16  Buras, and again, he copies you on the email, and
17  because Buras has been talking about HUD standards --
18      A.   M-hm.
19      Q.   -- which you know that HUD standards for
20  formaldehyde emissions at this point in time were
21  only applied to manufactured housing and not to
22  travel trailers?

David Lawrence Porter                                    July 8, 2009
Washington, DC

116

1           Were you aware of that?
2      A.   The HUD standards?
3      Q.   HUD standards for -- for formaldehyde.
4      A.   I know the HUD regulations here?
5      Q.   Yes.
6      A.   HUD regulates anything related to the
7   manufactured homes.
8      Q.   Right.
9           But not travel trailers?
10     A.   Not travel trailers and not park models.
11     Q.   Okay.  So Garratt in this email response
12  to Buras copied to you says:  So did any TT, slash,
13  PM -- and we can assume that refers to travel
14  trailer, park model -- manufacturers voluntarily
15  comply with HUD standards?
16          Let me stop there.
17          Were you aware of there ever being an
18  occasion on which travel trailer or park model
19  manufacturers voluntarily set out to comply with HUD
20  formaldehyde emission standards even though those
21  standards did not apply to travel trailers and park
22  models?

161

1   represent Fleetwood Enterprises in this lawsuit.
2         You were asked earlier today about an
3   exhibit 7 that was an email stream that included some
4   information from somebody named Ryan Buras asking,
5   has any manufacturer voluntarily constructed travel
6   trailers to the HUD standards relating to
7   formaldehyde.
8         Do you remember that discussion this
9   morning?
10    A.   I don't think they asked did anybody do
11  that.  It said -- it asked, did anybody voluntarily
12  comply with the HUD standards.
13    Q.   Okay.  And your answer this morning was
14  that you were not aware of a manufacturer that had
15  voluntarily complied with the HUD standards relative
16  to formaldehyde?
17    A.   I didn't remember the discussion.  I don't
18  remember anybody that complied -- I don't remember
19  that stuff.
20    Q.   Okay.  So my next question is, do you have
21  any information that no manufacturers in fact did
22  comply with HUD standards for formaldehyde emissions

162

1   for travel trailers?

2       A.   That no manufacturers did comply.

3       Q.   In other words, do you have any
4   information that you can give us that you believe
5   confirms that any given manufacturer failed to comply
6   with HUD standards for formaldehyde in the
7   construction of their travel trailers that were used
8   in Katrina?

9       A.   They wasn't required to go by the HUD, so
10  I don't see how they could fail it when they wasn't
11  required to do that.

12      Q.   Okay.  And my ques- --

13      A.   I don't have any information regarding
14  that.

15      Q.   You don't have any information one way or
16  the other --

17      A.   I don't --

18      Q.   -- about whether they complied or didn't
19  comply?

20      A.   I don't recall any of that information.

21      Q.   All right.

22      A.   I don't remember it.