UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Brian Carpenter, et al v Doug Boyd Enterprises,* | * | |
| *LLC, et al., Case No. 10-4118* | * | MAG: CHASEZ |

***************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limits Pursuant to L.R. 7.8.1E;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file the attached Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
J U D G E