AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| IRMA MILLER, ET AL | ) |
| *Plaintiff* | ) ) |
| v. | )   Civil Action No. 09-5658   "N" |
| SUN VALLEY, INC., ET AL | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sun Valley, Inc.,
Through its counsel of record
Brent M. Maggio
Allen & Gooch
3900 N. Causeway Blvd., Ste. 1450
Metairie, LA 70002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Nov 08 2010__

*Deputy clerk's signature*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Signature<br>X D. Auarren | ☐ Agent<br>☐ Addressee |
| 7179 1000 1645 0017 2447 | B. Received by (Printed Name) | C. Date of Delivery<br>DEC 06 2010 |
| 1. Article Addressed to:<br><br>Sun Valley, Inc., thru<br>Brent M. Maggio<br>Allen & Gooch<br>3900 N. Causeway Blvd., Suite 1450<br>Metairie, LA 70002 | D. Is delivery address different from item 1? ☐ Yes<br>If YES enter delivery address below: ☐ No | |
| | 3. Service Type  ☒ Certified | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| Code2: Miller v. Sun Valley, EDLA 09-09-5658 | | |

PS Form 3811    Domestic Return Receipt