AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| BRYCE DOTY | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-3722 "N" (5) |
| SUN VALLEY, INC., ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sun Valley, Inc.,
Through its counsel of record
Brent M. Maggio
Allen & Gooch
3900 N. Causeway Blvd., Ste. 1450
Metairie, LA 70002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 08 2010

Deputy clerk's signature



Home | Help | Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0017 2461**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:56 am on December 06, 2010 in METAIRIE, LA 70002.

### Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.  Go >



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

7179 1000 1645 0017 2461

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 0.00 |

Postmark Here

Sent To: 7.17 Sun Valley, Inc., thru Brent M. Maggio
Street, Apt. No.; or PO Box No.: Allen & Gooch
City, State, Zip+4: 3900 N. Causeway Blvd., Suite 1450
Metairie, LA 70002

PS Form 3800, August 2006    See Reverse for Instructions

Code2: Doty v. Sun Valley, EDLA 09-09-3722

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        12/7/2010