HSFEHQ-05-D-0592    P00004

CONTINUATION PAGE

The purpose of this modification is to appoint Government Property Administrators in support of the CH2M Hill IA-TAC Contract. Accordingly,

1. Section H.12 GOVERNMENT FURNISHED PROPERTY (GFP), is hereby modified to list the following individuals as Government Property Administrators for the aforementioned IA-TAC Contract, in accordance with (IAW) Government Property Clauses 52.245-2 -- Government Property (Fixed-Price Contracts) and 52.245-5 -- Government Property (Cost-Reimbursement, Time-and-Material, or Labor-Hour Contracts.

   a. Stephen Miller, Baton Rouge, LA; 703-946-2334
   b. Robert Hoban, HQ, DC; 703-254-9757
   c. Clint Hindman, MWEAC DISC; 540-542-2111 (IT Only)
   d. William Sheehan, MS and AL
   e. Andrew Boyce, LA and TX
   f. Jimmy Noplis, FL

2. The above listed individuals will be responsible for arranging all dispositions of equipment and supplies in IAW FEMA Personal Property Management Program document 650.1, which can be viewed at http://cio.fema.net/rm/dm/im/6150-1m-070096.pdf.

   All equipment listings shall be consolidated and issued to an inventory team that will conduct 100% inventories at all of the contractor sites. Arrangements shall be made to provide documentation and hands-on visual inspection and bar-coding of all GFP. The Government Property Administrators shall provide the necessary accommodations, transportation, guidance and personnel required to accomplish this mission.

3. The Logistics Closeout Assistance Team shall be responsible for all bar-coding and entry into the Logistics Information Management System (LIMS) to establish accountability.

4. CH2M Hill's Government Property Administrator will work in concert with the aforementioned Government Property Administrators and provide the necessary documentation, titles, and inventory lists to them and the Contracting Officer, of all equipment charged to FEMA under this contract.

END OF MODIFICATION NO. P00004 TO CONTRACT NO. HSFEHQ-05-D-0592

CH2M-FEMA(Sub2)-000560

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | | 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 5 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|---|
| P00005 | SEE BLOCK 16C | N/A | | | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

6. ISSUED BY    CODE    5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
FINANCIAL & ACQUISITION MANAGEMENT
FLOOD FIRE & MITIGATION BRANCH
500 C. STREET, SW, ROOM #350
WASHINGTON DC 20472

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 80112-5946 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0592 |
| CODE     FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)    Pursuant FAR 42.202 Assignment of Contract Administration |

E. IMPORTANT:    Contractor [X] is not, [ ] is required to sign this document and return ___-3-___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE PURPOSE OF THIS MODIFICATION IS TO DELEGATE CONTRACT ADMINISTRATION AUTHORITY TO THE DEFENSE CONTRACT MANAGEMENT AGENCY (DCMA), AS DESCRIBED IN FURTHER DETAIL ON PAGES 2 THROUGH 5.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | ANTOINETTE C. PASQUARELLA<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | JUN 1 2 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000561

MOD P00005 - CONTINUATION PAGE                                    HSFEHQ-05-D-0592


a. In accordance with 42.202(a)(1) – Assignment of Contract Administration, the name and address of the Contract Administration Officer (CAO) is as follows:


       Mr. John Cebular

       DCMA Carson

       18901 Wilmington Avenue, DH-2

       Carson, CA  90746-2856

       Phone:  310/900-6528

       Fax:  310/900-6593

       E-Mail address:  **John.Cebular@dcma.mil**


b. Pursuant to FAR 42.302.(a) I hereby delegate the following contract administration functions to the CAO, as follows:


(1) Review the contractor's compensation structure.

(2) Review the contractor's insurance plans.

(3) Conduct post-award orientation conferences.

(4) Review and evaluate contractors' proposals under Subpart 15.4 and, when negotiation will be accomplished by the contracting officer, furnish comments and recommendations to that officer.

(5) Negotiate forward pricing rate agreements (see 15.407-3).

(6) Negotiate advance agreements applicable to treatment of costs under contracts currently assigned for administration (see 31.109).

(7) Determine the allow ability of costs suspended or disapproved as required (see Subpart 42.8), direct the suspension or disapproval of costs when there is reason to believe they should be suspended or disapproved, and approve final vouchers.

(8) Issue Notices of Intent to Disallow or not Recognize Costs (see Subpart 42.8).

(9) Establish final indirect cost rates and billing rates for those contractors meeting the criteria for contracting officer determination in Subpart 42.7.

(10) Attempt to resolve issues in controversy, using ADR procedures when appropriate (see Subpart 33.2); prepare findings of fact and issue decisions under the Disputes clause on matters in which the administrative contracting officer (ACO) has the authority to take definitive action.

(11) In connection with Cost Accounting Standards (see 30.601 and 48 CFR Chapter 99 (FAR Appendix))—

    (i) Determine the adequacy of the contractor's disclosure statements;

    (ii) Determine whether disclosure statements are in compliance with Cost Accounting Standards and Part 31;

    (iii) Determine the contractor's compliance with Cost Accounting Standards and disclosure statements, if applicable; and

CH2M-FEMA(Sub2)-000562

MOD P00005 - CONTINUATION PAGE                                        HSFEHQ-05-D-0592

(iv) Negotiate price adjustments and execute supplemental agreements under the Cost Accounting Standards clauses at 52.230-2, 52.230-3, 52.230-4, 52.230-5, and 52.230-6.

(12) Review and approve or disapprove the contractor's requests for payments under the progress payments or performance-based payments clauses.

(15) Ensure timely notification by the contractor of any anticipated overrun or underrun of the estimated cost under cost-reimbursement contracts.

(16) Monitor the contractor's financial condition and advise the contracting officer when it jeopardizes contract performance.

(17) Analyze quarterly limitation on payments statements and recover overpayments from the contractor.

(18) Issue tax exemption forms.

(19) Ensure processing and execution of duty-free entry certificates.

(22) Negotiate prices and execute supplemental agreements for spare parts and other items selected through provisioning procedures when prescribed by agency acquisition regulations.

(23) Negotiate and execute contractual documents for settlement of partial and complete contract terminations for convenience, except as otherwise prescribed by Part 49.

(27) Approve contractor acquisition or fabrication of special test equipment under the clause at 52.245-18, Special Test Equipment.

(31) Perform production support, surveillance, and status reporting, including timely reporting of potential and actual slippages in contract delivery schedules.

(32) Perform preaward surveys (see Subpart 9.1).

(33) Advise and assist contractors regarding their priorities and allocations responsibilities and assist contracting offices in processing requests for special assistance and for priority ratings for privately owned capital equipment.

(34) Monitor contractor industrial labor relations matters under the contract; apprise the contracting officer and, if designated by the agency, the cognizant labor relations advisor, of actual or potential labor disputes; and coordinate the removal of urgently required material from the strikebound contractor's plant upon instruction from, and authorization of, the contracting officer.

(37) Review and evaluate preservation, packaging, and packing.

(38) Ensure contractor compliance with contractual quality assurance requirements (see Part 46).

(39) Ensure contractor compliance with contractual safety requirements.

(40) Perform engineering surveillance to assess compliance with contractual terms for schedule, cost, and technical performance in the areas of design, development, and production.

(41) Evaluate for adequacy and perform surveillance of contractor engineering efforts and management systems that relate to design, development, production, engineering changes, subcontractors, tests, management of engineering resources, reliability and maintainability, data control systems, configuration management, and independent research and development.

(42) Review and evaluate for technical adequacy the contractor's logistics support, maintenance, and modification programs.

(43) Report to the contracting office any inadequacies noted in specifications.

(44) Perform engineering analyses of contractor cost proposals.

(45) Review and analyze contractor-proposed engineering and design studies and submit comments and recommendations to the contracting office, as required.

(46) Review engineering change proposals for proper classification, and when required, for need, technical adequacy of design, producibility, and impact on quality, reliability, schedule, and cost; submit comments to the contracting office.

(47) Assist in evaluating and make recommendations for acceptance or rejection of waivers and deviations.

(48) Evaluate and monitor the contractor's procedures for complying with procedures regarding restrictive markings on data.

(49) Monitor the contractor's value engineering program.

(50) Review, approve or disapprove, and maintain surveillance of the contractor's purchasing system (see Part 44).

CH2M-FEMA(Sub2)-000563

MOD P00005 - CONTINUATION PAGE                                          HSFEHQ-05-D-0592

(51) Consent to the placement of subcontracts.

(52) Review, evaluate, and approve plant or division-wide small, small disadvantaged, women-owned, veteran-owned, HUBZone, and service-disabled veteran-owned small business master subcontracting plans.

(53) Obtain the contractor's currently approved company- or division-wide plans for small, small disadvantaged, women-owned, veteran-owned, HUBZone, and service-disabled veteran-owned small business subcontracting for its commercial products, or, if there is no currently approved plan, assist the contracting officer in evaluating the plans for those products.

(54) Assist the contracting officer, upon request, in evaluating an offeror's proposed small, small disadvantaged women-owned, veteran-owned, HUBZone, and service-disabled veteran-owned small business subcontracting plans, including documentation of compliance with similar plans under prior contracts.

(55) By periodic surveillance, ensure the contractor's compliance with small, small disadvantaged, women-owned, veteran-owned, HUBZone, and service-disabled veteran-owned small business subcontracting plans and any labor surplus area contractual requirements; maintain documentation of the contractor's performance under and compliance with these plans and requirements; and provide advice and assistance to the firms involved, as appropriate.

(57) Assign and perform supporting contract administration.

(58) Ensure timely submission of required reports.

(59) Issue administrative changes, correcting errors or omissions in typing, contractor address, facility or activity code, remittance address, computations which do not require additional contract funds, and other such changes (see 43.101).

(60) Cause release of shipments from contractor's plants according to the shipping instructions. When applicable, the order of assigned priority shall be followed; shipments within the same priority shall be determined by date of the instruction.

(61) Obtain contractor proposals for any contract price adjustments resulting from amended shipping instructions. Review all amended shipping instructions on a periodic, consolidated basis to ensure that adjustments are timely made. Except when the ACO has settlement authority, the ACO shall forward the proposal to the contracting officer for contract modification. The ACO shall not delay shipments pending completion and formalization of negotiations of revised shipping instructions.

(62) Negotiate and/or execute supplemental agreements, as required, making changes in packaging subcontractors or contract shipping points.

(63) Cancel unilateral purchase orders when notified of nonacceptance by the contractor. The CAO shall notify the contracting officer when the purchase order is canceled.

(64) Negotiate and execute one-time supplemental agreements providing for the extension of contract delivery schedules up to 90 days on contracts with an assigned Criticality Designator of C (see 42.1105). Notification that the contract delivery schedule is being extended shall be provided to the contracting office. Subsequent extensions on any individual contract shall be authorized only upon concurrence of the contracting office.

(65) Accomplish administrative closeout procedures (see 4.804-5).

(66) Determine that the contractor has a drug-free workplace program and drug-free awareness program (see Subpart 23.5).

(67) Support the program, product, and project offices regarding program reviews, program status, program performance and actual or anticipated program problems.

(68) Monitor the contractor's environmental practices for adverse impact on contract performance or contract cost, and for compliance with environmental requirements specified in the contract. ACO responsibilities include—

(i) Requesting environmental technical assistance, if needed;

(ii) Monitoring contractor compliance with specifications requiring the use of environmentally preferable products, energy-efficient products, and materials or delivery of end products with specified recovered material content. This must occur as part of the quality assurance procedures set forth in Part 46; and

(iii) As required in the contract, ensuring that the contractor complies with the reporting requirements relating to recovered material content utilized in contract performance (see Subpart 23.4).

CH2M-FEMA(Sub2)-000564

MOD P00005 - CONTINUATION PAGE                                HSFEHQ-05-D-0592

(69) Administer commercial financing provisions and monitor contractor security to ensure its continued adequacy to cover outstanding payments, when on-site review is required.

(70) Deobligate excess funds after final price determination.


c. Pursuant to FAR 42.302(b), I hereby authorize the ACO to perform the following functions:


(1) Negotiate or negotiate and execute supplemental agreements incorporating contractor proposals resulting from change orders issued under the Changes clause. Before completing negotiations, coordinate any delivery schedule change with the contracting office.

(2) Negotiate prices and execute priced exhibits for unpriced orders issued by the contracting officer under basic ordering agreements.

(3) Negotiate or negotiate and execute supplemental agreements changing contract delivery schedules.

(4) Negotiate or negotiate and execute supplemental agreements providing for the deobligation of unexpended dollar balances considered excess to known contract requirements.

(5) Issue amended shipping instructions and, when necessary, negotiate and execute supplemental agreements incorporating contractor proposals resulting from these instructions.

(6) Negotiate changes to interim billing prices.

(7) Negotiate and definitize adjustments to contract prices resulting from exercise of an economic price adjustment clause (see Subpart 16.2).

(11) Prepare evaluations of contractor performance in accordance with Subpart 42.15.


d. Any additional contract administration functions not listed in 42.302(a) and (b), or not otherwise delegated, remain the responsibility of the FEMA contracting office.

END OF MODIFICATION NO. P00005 TO CONTRACT NO. HSFEHQ-05-D-0592

CH2M-FEMA(Sub2)-000565

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
MT. WEATHER EMERGENCY OPERATIONS CENTER
ATTN: JAY COHEN
19844 BLUE RIDGE MOUNTAIN ROAD
MT. WEATHER VA 20135

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET

ENGLEWOOD CO 801125946

**9B. DATED (SEE ITEM 11)**

**10A. MODIFICATION OF CONTRACT/ORDER NO.**
HSFEHQ-05-D-0592

| CODE | FACILITY CODE | X | **10B. DATED (SEE ITEM 13)** 09-30-2005 |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return ___-0-___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to transfer all FEMA Administrative functions under Contract No. HSFEHQ-05-D-0592 to the Gulf Coast Recovery Office, as follows:

FROM: Antoinette C. Pasquarella, MW Acquisition Section
TO:   Tiarnna Hamilton-Sanchez, Acquisitions - Gulf Coast Recovery Office, 1800 South Bell Street, Room 608, Arlington, VA 22202-3558, Phone (202) 646-4154, Fax (202) 646-3755/2880

The transfer of functions will commence the week of July 17, 2005.
END OF MODIFICATION NO. P00006 TO CONTRACT NO. HSFEHQ-05-D-0592

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | JUL 1 0 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000566

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | SEE BLOCK 16C | N/A | |

**6. ISSUED BY** CODE 5845

FEDERAL EMERGENCY MANAGEMENT AGENCY
MT. WEATHER EMERGENCY OPERATIONS CENTER
ATTN: JAY COHEN
19844 BLUE RIDGE MOUNTAIN ROAD
BLUEMONT VA 20135

**7. ADMINISTERED BY (If other than Item 6)** CODE

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC

9191 SOUTH JAMAICA STREET
ENGLEWOOD CO 801125946

(X)

| 9A. AMENDMENT OF SOLICITATION NO. |
|---|

| 9B. DATED (SEE ITEM 11) |
|---|

| 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|
| HSFEHQ-05-D-0592 |

X | 10B. DATED (SEE ITEM 13) |
|---|
| 09-30-2005 |

CODE | FACILITY CODE |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC- KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)** N/A

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) MUTUAL AGREEMENT OF THE PARTIES |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return _3_ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to extend the term of the contract for a period of four and a half months.

    a.  The contract term is hereby extended from July 15, 2006 to now read July 16, 2006 through November 30, 2006.

END OF MODIFICATION NO. P00007 TO CONTRACT NO. HSFEHQ-05-D-0592

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Kenneth J. Melchiorre Deputy PM | ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
| **15B. CONTRACTOR/OFFEROR** Kenneth Melchiow (Signature of person authorized to sign) | **15C. DATE SIGNED** 7.12.06 | **16B. UNITED STATES OF AMERICA** BY Antoinette C Pasquarella (Signature of Contracting Officer) | **16C. DATE SIGNED** JUL 1 2 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000567

SF 30
01/01

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00008 | 06/07/24 | N/A | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY ACQUISITION - GULF COAST RECOVERY 1800 SOUTH BELL STREET, ROOM 608 ARLINGTON, VA 22202 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| CH2M HILL CONSTRUCTORS, INC. 9191 SOUTH JAMAICA STREET ENGLEWOOD, CO 80012-5946 | | (X) | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | X | HSFEHQ-05-D-0592 |
| | | | 10B. DATED (SEE ITEM 11) |
| CODE | FACILITY CODE | | 05/09/30 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. | OTHER (Specify type of modification and authority) Pursuant to FAR 42.202, Assignment of Contract Administration |

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to modify Paragraph a. on Page 2 of Modification P00005. Delete Paragraph a. in its entirety and substitute the following therefor.

In accordance with 42.202(a)(1) - Assignment of Contract Administration, the name and address of the Contract Administration Office is as follows:

DCMA Cleveland, 555 East 88th Street, Cleveland, OH 44108
E-Mail addresses: Robert.Frieden@dcma.mil and Charles.McManus@dcma.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | TIARNNA SANCHEZ CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 7/25/06 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

CH2M-FEMA(Sub2)-000568

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE 08-21-2006 | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Flood, Fire & Mitigation Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 801125946 | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) N/A |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) MUTUAL AGREEMENT OF PARTIES |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return __2__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to increase the Basic Contract Funding Ceiling. The contract funding ceiling has been increased at the direction of the Head of the Contracting Activity (HCA).

Contract Section B, subparagraph B.2 Maximum and Minimum Funding Limitation, is changed to read as follows: The maximum funding limitation for this contract (inclusive of the aggregate price of all Task Orders issued shall not exceed ▮▮▮▮▮▮▮▮.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) FRED BRUNE, PRESIDENT | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ROBBY B. JOYNER CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR _Fred M Brune_ (Signature of person authorized to sign) | 15C. DATE SIGNED 23 AUG 2006 | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 23 Aug 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000569