Case 2:07-md-01873-KDE-MBN Document 18487-12 Filed 12/07/10 Page 1 of 20
Case 2:09-cv-06265-LEG-LEG-WD Document 5-47 Filed 08/10/2009 Page 2 of 27

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

4) The first sentence of the third paragraph in Section B.5 of the contract is hereby changed,

FROM: Management and Administration (M&A) will be awarded by Time and Material or Labor Hour Task Order.
TO: Management and Administration (M&A) will be awarded by Cost Plus Fixed Fee Task Order.

5) The Contractor's DCAA approved indirect rates as follows, are hereby incorporated into Section B.6, NEGOTIATED INDIRECT COST RATES to be utilized until such time as DCAA amends or establishes final approved rates:

INC

### INDIRECT COST RATE SCHEDULE

| Indirect Cost Pool | 2005 | 2006 | 2007 and Future Years |
|---|---|---|---|
| **General Indirect Cost Rates:** | | | |
| Fringe Benefits | 35.6% | 36.4% | 37.4% |
| Overhead | 48.5% | 48.6% | 48.8% |
| G&A Expense | 62.8% | 63.1% | 63.4% |
| **Total General Indirect Rate** | 146.9% | 148.1% | 149.6% |

CCI

| Indirect Category | Proposed/Accepted Forward Pricing Indirect Rates | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| Fringe Benefits | 32.3% | 32.8% | 33.4% |
| G&A | 13.7% | 13.7% | 13.7% |

\* The fringe rates are applied as a percent of direct labor costs.
\*\* The G&A Expense rate is applied as a percent of direct labor costs plus allocated fringe costs plus direct material costs, plus subcontract costs and other direct costs.

6) The Contractor's DCAA approved Forward Pricing Rate Agreements, as stated above, are hereby incorporated into Section B.7, LIMITATION OF INDIRECT COSTS, and will be utilized until such time as DCAA amends or establishes final approved rates.

CH2M-FEMA(Sub2)-000540

MOD P00001 - CONTINUATION PAGE				HSFEHQ-05-D-0592

7) The first sentence in Section B.8 is hereby changed as follows:

> FROM: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed $18,000,000...
> TO: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed the amount as specified in each Task Order...

8) The following is hereby deleted from Section E.1,

> "52.246-6        INSPECTION--TIME-AND-MATERIALS AND        MAY 2001
> LABOR-HOUR"

9) Section F.2 is changed to read as follows: "The contract shall be effective through January 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

10) The special character after (RTN) in G.3.b.2 (a) is hereby deleted.

11) Section G.4 shall be changed in its' entirety to read as follows:

**G.4 SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT**

(a) Payments of invoices or vouchers submitted under this contract shall be made in accordance with FAR clause 52.232-1 "Payments" (APR 1984), and in accordance with provisions of other clauses in this contract. The Contractor shall submit vouchers once each month (or more frequent intervals, if approved by the Contracting Officer), to the offices designated below. When requested by the COTR, the contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer.

(b) Invoices or vouchers, and any required supporting documentation, must be properly identifiable with the Name of contractor, date of the invoice/voucher, contract number, task order number, name and address or EFT information that payment is to be sent to, and the name, title and phone number of the point of contact at the contractor's facility in case of a defective invoice/voucher. Invoices/vouchers shall be submitted as follows:

Original and 2 Copies:		Federal Emergency Management Agency
					MWEOC
					Disaster Finance Center
					Accounts Payable/Bldg 708

Page 5 of 19

CH2M-FEMA(Sub2)-000541

MOD P00001 - CONTINUATION PAGE        HSFEHQ-05-D-0592

PO Box 800<br>Berryville, VA 22611

One Copy:         Federal Emergency Management Agency
                  MWEOC
                  Attn: Antoinette C. Pasquarella
                  Bldg # 413, Office 310
                  19844 Blue Ridge Mountain Road
                  Bluemont, VA 20135

PDF copy:         E-mail to Contracting Officer and Contract
                  Specialist.

(c) Payments of invoices or vouchers shall be subject to the withholding provisions of FAR clause 52.232-1 "Payments" (APR 1984). In the event that the amounts are withheld from payment in accordance with provisions of this contract, a separate invoice for the amount withheld will be required before payment for that amount may be made.

12) The sentence is Section G.5 is hereby changed as follows:

FROM: For the purpose of this contract the Contracting Officer's Technical representative shall be: David Porter.
TO: The Contracting Officer's Technical Representative will be appointed by letter, and a copy of the letter will be provided to the Contractor.

13) The following sentence is hereby added to Section H.11 (a): "The property threshold amount is $300.00." The following sentence is added to Section H.11 (b): "The due date for the annual Contract Report of Government Property for 2005 has been extended by 60 days from October 15, 2005, to December 15, 2005."

14) Section H.13, ACQUISITION OF GOVERNMENT PROPERTY is hereby deleted in its entirety.

15) Section I.1 shall be changed in its' entirety to read as follows:

**I.1 NOTICE OF HYBRID CONTRACT**

This is a Fixed Price/Cost type contract.

See the listing below for applicable contract types:

FFP = Firm Fixed Price
CPFF = Cost Plus Fixed Fee

CH2M-FEMA(Sub2)-000542

When applicable, the following symbols will appear next to the applicable clauses and provisions through out this document.

$ = applicable to FIXED-PRICE line items only.

@ = applicable to COST-REIMBURSEMENT line items only.

16) The following clauses are hereby added to the contract:

| | |
|---|---|
| 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sept 2005) |
| 52.204-5 | Women-Owned Business (Other Than Small Business) (May 1999) |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data (Oct 1997) |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data—Modifications (Oct 1997) |
| 52.215-12 | Subcontractor Cost or Pricing Data (Oct 1997) |
| 52.215-13 | Subcontractor Cost or Pricing Data—Modifications (Oct 1997) |
| 52.215-14 | Integrity of Unit Prices *Alternate I (Oct 1997)* |
| 52.215-17 | Waiver of Facilities Capital Cost of Money (Oct 1997) |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data—Modifications (Oct 1997) |

52.216-21 Requirements. (Oct 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the

CH2M-FEMA(Sub2)-000543

MOD P00001 - CONTINUATION PAGE    HSFEHQ-05-D-0592

Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; *provided*, that the Contractor shall not be required to make any deliveries under this contract after the termination of individual task order(s); and no task orders(s) shall be awarded upon expiration of the contract period.

| | |
|---|---|
| 52.219-25 | Small Disadvantaged Business Participation Program—Disadvantaged Status and Reporting (Oct 1999) |
| 52.222-1 | Notice to the Government of Labor Disputes (Feb 1997) |
| 52.222-2 | Payment for Overtime Premiums (July 1990) |
| 52.222-44 | Fair Labor Standards Act and Service Contract Act—Price Adjustment (Feb 2002) |
| 52.223-12 | Refrigeration Equipment and Air Conditioners (May 1995) |
| 52.223-13 | Toxic Chemical Release Reporting (Aug 2003) |
| 52.224-1 | Privacy Act Notification (Apr 1984) |
| 52.224-2 | Privacy Act (Apr 1984) |

CH2M-FEMA(Sub2)-000544

MOD P00001 - CONTINUATION PAGE     HSFEHQ-05-D-0592

| | |
|---|---|
| 52.226-1 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises (June 2000) |
| 52.228-5 | Insurance—Work on a Government Installation (Jan 1997) |
| 52.229-3 | Federal, State, and Local Taxes (Apr 2003) |
| 52.232-1 | Payments (Apr 1984) |
| 52.232-8 | Discounts for Prompt Payment (Feb 2002) |
| 52.233-1 | Disputes *Alternate I (Dec 1991)* |
| 52.236-7 | Permits and Responsibilities (Nov 1991) |
| 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation (Apr 1984) |
| 52.242-2 | Production Progress Reports (Apr 1991) |
| 52.242-3 | Certification of Final Indirect Costs (Jan 1997) |
| 52.243-1 | Changes—Fixed-Price *Alternate I (Apr 1984)* |
| 52.245-1 | Property Records (Apr 1984) |
| 52.246-20 | Warranty of Services (May 2001) |
| 52.246-21 | Warranty of Construction (Mar 1994) |
| 52.246-25 | Limitation of Liability - Services (Feb 1997) |
| 52.249-2 | Termination for Convenience of the Government (Fixed-Price) (May 2004) |
| 52.249-8 | Default (Fixed-Price Supply and Service) (Apr 1984) |
| 52.249-9 | Default (Fixed-Price Construction) (Apr 1984) |

17) The following clauses are hereby deleted from the contract:

| | |
|---|---|
| 52.222-17 | Labor Standards for Construction Work—Facilities Contracts (Feb 1988) |
| 52.232-7 | Payments under Time-and-Materials and Labor-Hour Contracts |

Page 9 of 19

CH2M-FEMA(Sub2)-000545

MOD P00001 - CONTINUATION PAGE         HSFEHQ-05-D-0592

*Alternate II (Feb 2002)*

52.243-2    Changes—Time-and-Materials or Labor-Hours (Sept 2000)

52.246-22   Limitation of Liability (Feb 1997)

3052.242.70 Dissemination of information--educational institutions *(Dec 2003)*

18) The following figures are hereby inserted in Section I.5 (a), (b) and (d):

   (a) $10,000
   (b)(1) $500,000,000
   (b)(2) $500,000,000
   (d) 5 days

19) The following phrase is added to the last sentence in Section I.6(d), "…periods of performance set forth in task orders.

20) The following phrase is added to the last sentence in Section I.7, "…the term of the contract."

21) FAR 52.225-9, BUY AMERICAN ACT—CONSTRUCTION MATERIALS (JAN 2005) in Section I.12 is hereby deleted and replaced with FAR 52.225-11, BUY AMERICAN ACT—CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (JAN 2005).


**52.225-11 Buy American Act—Construction Materials under Trade Agreements (Jan 2005)**
   (a) *Definitions*. As used in this clause—
   "Caribbean Basin country construction material" means a construction material that—
      (1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or
      (2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.
   "Component" means an article, material, or supply incorporated directly into a construction material.
   "Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life

Page 10 of 19

CH2M-FEMA(Sub2)-000546

Case 2:07-md-01873-KDE-MBN Document 18487-12 Filed 12/07/10 Page 8 of 20
Case 2:09-cv-02265-KDE-ALC-KWR Document 5-47 Filed 05/08/2009 Page 9 of 27

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means—

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

"Designated country" means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement country (Aruba, Austria, Belgium, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, or United Kingdom);

(2) A Free Trade Agreement country (Australia, Canada, Chile, Mexico, Morocco, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Cape Verde, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guatemala, Guyana, Haiti, Honduras, Jamaica, Montserrat, Netherlands Antilles, Nicaragua, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, or Trinidad and Tobago).

CH2M-FEMA(Sub2)-000547

"Designated country construction material" means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

"Domestic construction material" means—

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"WTO GPA country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

CH2M-FEMA(Sub2)-000548

(b) Construction materials.

(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic, designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows:
___NONE___

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that—

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including—

(A) A description of the foreign and domestic construction materials;
(B) Unit of measure;
(C) Quantity;
(D) Price;
(E) Time of delivery or availability;
(F) Location of the construction project;
(G) Name and address of the proposed supplier; and
(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

CH2M-FEMA(Sub2)-000549

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) *Data.* To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

FOREIGN AND DOMESTIC CONSTRUCTION MATERIALS PRICE COMPARISON

| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material | | | |
| Domestic construction material | | | |
| Item 2: | | | |
| Foreign construction material | | | |
| Domestic construction material | | | |

[List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.]
[Include other applicable supporting information.]
[* Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).]


22) FAR 52.225-10, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS (MAY 2002) in Section I.13 is hereby deleted and replaced with FAR 52.225-12, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS UNDER THE TRADE AGREEMENTS (JAN 2005).

Page 14 of 19

CH2M-FEMA(Sub2)-000550

Case 2:07-md-01873-KDE-MBN Document 18487-12 Filed 12/07/10 Page 12 of 20
Case 2:09-cv-02533-LG-MLR Document 5-7 Filed 09/08/2009 Page 16 of 29

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

**52.225-12 Notice of Buy American Act Requirement—Construction Materials under Trade Agreements (Jan 2005)**

(a) *Definitions.* "Construction material," "designated country construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act—Construction Materials Under Trade Agreements" (Federal Acquisition Regulation (FAR) clause 52.225-11).

(b) *Requests for determination of inapplicability.* An offeror requesting a determination regarding the inapplicability of the Buy American Act should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of FAR clause 52.225-11 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers.

(1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act, based on claimed unreasonable cost of domestic construction materials, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(4)(i) of FAR clause 52.225-11.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers.

(1) When an offer includes foreign construction material, other than designated country construction material, that is not listed by the Government in this solicitation in paragraph (b)(3) of FAR clause 52.225-11, the offeror also may submit an alternate offer based on use of equivalent domestic or designated country construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of FAR clause 52.225-11 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

CH2M-FEMA(Sub2)-000551

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of FAR clause 52.225-11 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic or designated country construction material, and the offeror shall be required to furnish such domestic or designated country construction material. An offer based on use of the foreign construction material for which an exception was requested—

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

23) The following phrase is inserted in Section I.16 (e): "Cost Reimbursement subcontracts. Effective for procurement actions as of October 1, 2005, notification of consent to subcontract will be provided by the Contractor for any subcontract $1,000,000.00 or greater."

24) The first sentence in the PWS, Section 2.5.2 is hereby changed as follows:

FROM: The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. TO: The contractor shall develop a work plan specific to each task order that will identify temporary disaster housing and the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available.

25) Section 2.9 of the PWS is hereby corrected to read as follows:

"INSTALLATION OF TEMPORARY MOBILE STRUCTURES."

26) Section 2.12.1 of the PWS shall be changed in its' entirety to read as follows:

**2.12 GROUP SITE design (exhibit 12)**

Design Services. The contractor shall when required by FEMA, present detailed design drawings which are certified and approved by qualified professionals and local governing boards. Delivery of a design product may or may not result in follow-on construction service.

27) The following sentence is hereby added as a second sentence to the PWS, Section 2.12.2: "The Contractor's requests for technical variances from the standards, as specified herein, shall be submitted, in writing, to the COTR,

CH2M-FEMA(Sub2)-000552

Program Office and CO for review and approval."

28) The following sentence in Section 2.13.9.2 of the PWS is hereby changed as follows:

   FROM: The contractor shall provide individual private shower stalls too include a private changing area.
   TO: The contractor shall provide individual private shower stalls <u>to</u> include a private changing area.

29) The word "for" is hereby deleted from the first sentence in Section 2.15.6 of the PWS.

30) The PVC sewer pipe listed in Exhibit 7, Section 2.1.4(1) is hereby changed as follows:

   FROM: ASTM D-2727
   TO: ASTM D-2729

31) Section 2.1.18 of Exhibit 7 is hereby changed as follows:

   FROM: Aboveground Electrical Excess
   TO: Above-Ground Electrical Excess

32) Section 2.1.21 of Exhibit 7 is hereby changed as follows:

   FROM: Provide and Install 5KW Generator
   TO: Provide and Install Appropriate Generator for the Installation as determined by FEMA.

33) Section 2.1.23 of Exhibit 7 is hereby changed as follows:

   FROM: Refill both tanks and inspect connections.
   TO: Refill tank(s) as required by FEMA.

34) Section 6.1 of Exhibit 10 is hereby changed in its' entirety to read as follows:

**6.1 MH / TT Maintenance Specifications**
   **Task**          THM-01

   **Task Title**    MH / TT Maintenance Specifications

CH2M-FEMA(Sub2)-000553

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

| | |
|---|---|
| **Task Description** | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, <u>and livable, condition.</u> The contractor shall perform only those corrective actions that require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA. |
| **Response Time** | The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| **Unit of Issue** | Per Assigned Unit Per Month |

35) Section 6.5 of Exhibit 10 is hereby changed in its' entirety to read as follows:

**6.5 Install power pole and meter loop 50 AMP service**

| | |
|---|---|
| **Task** | TTM-07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. <br><br> <u>The contractor must have all appropriate permits and licenses.</u> |
| **Compensation** | Direct wiring of a 50 AMP RV outlet and disconnect will be invoiced as Cost Plus Fixed Fee. The contractor will be compensated for power pole and 50 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

36) Section 6.6.4 of Exhibit 10 is hereby changed in its' entirety to read as follows:

Page 18 of 19

CH2M-FEMA(Sub2)-000554

MOD P00001 - CONTINUATION PAGE        HSFEHQ-05-D-0592

### 6.6.4 Install power pole and meter loop 200 AMP service

| | |
|---|---|
| **Task** | MHM- 07B |
| **Task Title** | Install power pole and meter loop 200 AMP service |
| **Task Description** | Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of the mobile home will be invoiced Cost Plus Fixed Fee. The contractor will be compensated for power pole and 200 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

37) Fifth paragraph of Exhibit 11 (page 1) is hereby changed as follows:

FROM: Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.
TO: Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the COTR prior to entering the temporary housing unit. If contact with the COTR can not be reasonably obtained, the next point of contact for this type of emergency situation shall be the Contracting Officer. Notifying commercial site management or Operations and Management personnel when performing duties within their properties is required.

38) All references to Time and Materials (T&M) in the PWS and all Exhibits are hereby deleted.

39) All references to "Project Monitor" or "PM" in the PWS and all Exhibits shall now read Contracting Officer's Technical Representative (COTR).

Page 19 of 19

CH2M-FEMA(Sub2)-000555

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | SEE BLOCK 16C | N/A | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
MT. WEATHER EMERGENCY OPERATIONS CENTER
ATTN: JAY COHEN
19844 BLUE RIDGE MOUNTAIN ROAD
BLUEMONT VA 20135

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC | | 9B. DATED (SEE ITEM 11) |
| 9191 SOUTH JAMAICA STREET | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 |
| ENGLEWOOD CO 801125946 | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 52.217-8 OPTION TO EXTEND SERVICES |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Modification is issued to extend the term of the contract for a period of six-months.

    a. The contract term is hereby extended from January 15, 2006 to now read January 16, 2006 through July 15, 2006.

END OF MODIFICATION NO. P00002 TO CONTRACT NO. HSFEHQ-05-D-0592

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED JAN - 6 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000556

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | SPA NO | 1 CONTRACT ID CODE | PAGE 1 | OF PAG 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5. PROJECT NO (if applicable) |
|---|---|---|---|
| P00003 | SEE BLOCK 16C | N/A | |

| 6. ISSUED BY | CODE | 5845 | 7 ADMINISTERED BY (if other than Item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>FINANCIAL & ACQUISITION MANAGEMENT<br>FLOOD FIRE & MITIGATION BRANCH<br>500 C. STREET, SW, ROOM #350<br>WASHINGTON DC 20472 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC<br><br>9191 SOUTH JAMAICA STREET<br><br>ENGLEWOOD CO 80112-5946 | | 9B. DATED (SEE ITEM 11)<br><br>10A. MODIFICATION OF CONTRACT/ORDER NO<br>HSFEHQ-05-D-0592<br><br>10B. DATED (SEE ITEM 13)<br>09-30-2005 |
| CODE | FACILITY CODE | X |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required) N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-2 CHANGES-COST-REIMBURSEMENT |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not ☒ is required to sign this document and return ___3___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| GARY CRAFT SVP, PM | ANTOINETTE C. PASQUARELLA<br>CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>1/17/06 | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>JAN 2 0 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000557

MOD P00003 - CONTINUATION PAGE                                      HSFEHQ-05-D-0592

The purpose of this no-cost modification is to make changes to the Performance Work Statement(PWS) and Sections B through J.

Accordingly:

1. Exhibit 3, Section 3.5 of the Performance Work Statement is revised

   FROM: Group sites will not be constructed within special flood hazard areas. Sites identified within SFHA are considered infeasible.

   TO: Manufactured Homes shall not be installed in Flood Zones. Travel Trailers and Park Models may be installed in SFHAs if written direction is provided by the COTR. Prior to providing such direction, the COTR will work with appropriate FEMA staff in the JFO to ensure that eight (8) step process, required under Presidential Executive Order 11988 – Floodplain Management, is followed. The contractor shall provide technical assistance to FEMA during the eight step process. This assistance may include, but it is not limited to hydraulic and hydrologic flood analysis, developing maps and exhibits that illustrate the proposed development I the SFHA. The contractor is responsible for securing all necessary floodplain management permits that may be required by state and local Floodplain Management officials.

2. All references to "HSFEHQ-05-D-0573" in Sections B, C, D, E, F, G, H, I & J are hereby deleted and replaced with "HSFEHQ-05-D-0592".

   All other terms and conditions remain unchanged and in full force and effect.

CH2M-FEMA(Sub2)-000558

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00004 | SEE BLOCK 16C | N/A | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (if other than item 6) | CODE |
|---|---|---|---|---|

FEDERAL EMERGENCY MANAGEMENT AGENCY
MT. WEATHER EMERGENCY OPERATIONS CENTER
ATTN: JAY COHEN
19844 BLUE RIDGE MOUNTAIN ROAD
MT. WEATHER VA 20135

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CH2M HILL CONSTRUCTORS, INC
9191 SOUTH JAMAICA STREET
ENGLEWOOD CO 801125946

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0592
10B. DATED (SEE ITEM 13)
X 09-30-2005

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

( ) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

(X) B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

( ) C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

( ) D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return -0- copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA By _(Signature of Contracting Officer)_ | 16C. DATE SIGNED 5/25/06 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000559