IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHEILA M. SPIERS, Individually and on
Behalf of Their Minor Children FBS, DMS
and MCT                                                                                PLAINTIFFS

V.                                                                        CIVIL ACTION NO.: 1:10 cv 449

MOTEX ENTERPRISES, INC.,
KEYSTONE INDUSTRIES, INC.,
SUNNYBROOK RV, INC., MADISON
SERVICES, INC., BECHTEL NATIONAL,
INC., and JOHN DOE 1-50                                                                DEFENDANTS

## JOINDER IN NOTICE OF REMOVAL

COMES NOW Madison Services, Inc., by and through its attorneys and hereby consents to and joins in the Notice of Removal of the above-styled matter from the Circuit Court of Pearl River County, Mississippi, to the United States District Court for the Southern District, Southern Division of Mississippi, filed by Defendant Bechtel National, Inc., on or about September 17, 2010, and adopts the legal arguments contained therein and the relief requested thereby.

This the 17th day of September, 2010.

                              Respectfully submitted,

                              MADISON SERVICES, INC.

        BY:    _s/ Kristi D. Kennedy_
                    EDWARD J. CURRIE, JR. (MSB #5546)
                    REBECCA C. COWAN (MSB#7735)
                    KRISTI D. KENNEDY (MSB 10658)


EXHIBIT "A"

OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
Jackson, MS 39232
Post Office Box 750
Jackson, MS 39205-0750
Telephone: 601/969-1010
Facsimile: 601/969-5120

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the clerk of the Court using the ECF system which sent notification of such filing to the following:

John F. Hawkins, Esq.
HAWKINS, STRACENER & GIBSON, PLLC
628 North State Street
Post Office Box 24627
Jackson, MS 39202
    *Counsel for Plaintiffs*

Edward Gibson, Esq.
Rose M. Hurder, Esq.
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
    *Counsel for Plaintiffs*

John J. Hainkel, III, Esq.
A. J. Krouse, Esq.
David P. Curtis, Esq.
Carolyn B. Hennesy, Esq.
Peter R. Tafaro, Esq.
FRILOT, L.L.C.
3700 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
    *Counsel for Defendant, Bechtel National, Inc.*

Richard G. Duplantier, Jr., Esq.
Cynthia J. Thomas, Esq.
Mark E. Seamster, Esq.
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH, APLC
3 Sanctuary Boulevard, Suite 301
Mandeville, LA 70471
    *Counsel for Defendant, SunnyBrook RV, Inc.*

James C. Percy, Esq.
Ryan E. Johnson, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, L.L.P
8555 United Plaza Blvd., 5th Floor
Building Four
Baton Rouge, LA 70809
    *Counsel for Defendant Keystone RV Company*

Madeleine Fischer, Esq.
Nan Roberts Eitel, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
    CARRÈRE & DENÈGRE, L.L.P
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170
    *Counsel for Defendant Keystone RV Company*

SO CERTIFIED this the 17th day of September, 2010.

          *s/ Kristi D. Kennedy*
          EDWARD J. CURRIE, JR. (MSB #5546)
          REBECCA C. COWAN (MSB#7735)
          KRISTI D. KENNEDY (MSB 10658)