HSFEHQ-05-D-0573                    SECTION J

## PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J - LIST OF ATTACHMENTS

| ATTACHMENT NUMBER | TITLE |
| --- | --- |
| A | Scope of Work |
| B | Pricing Sheets-Time and Material Rates (TO BE NEGOTIATED) |
| C | U.S. Department of Labor Wage Determination |
| D | Small Business Subcontracting Plan (TO BE NEGOTIATED) |
| E | DHS Form 0700-05, Contractor Report of Government Property |

J-1

CH2M-FEMA(Sub2)-000140

# PERFORMANCE WORK STATEMENT

## Individual Assistance-Technical Assistance Contract

## 1 BACKGROUND

**1.1** *FEMA is authorized pursuant to the Disaster Relief and Emergency Assistance Act to provide assistance to disaster victims under a Presidential declaration of a disaster and emergency. This contract will facilitate the implementation of the Individual Assistance (IA) program by providing project management resources, expertise and technical assistance.*

**1.2** *When the President of the United States declares a disaster, a Joint Field Office (JFO) is established by FEMA near or within the disaster-impacted area. This office has representatives from Federal, State, and voluntary Agencies that are responsible for the coordination and monitoring of applicable disaster assistance programs. The JFO is established for management purposes only and has no direct interaction with disaster applicants.*

## 2 SCOPE OF WORK

### 2.1 General

**2.1.1** The contractor shall provide support to the Federal Emergency Management Agency (FEMA) Recovery Division and its ten (10) Regional Counterparts. This contract is designed to provide technical assistance in the management of Individual Assistance (IA) and related portions of the Disaster Relief Act of 1974, and Robert T. Stafford Relief and Emergency Assistance Act ("Stafford Act"), as amended by Public Law.

Attachment A

CH2M-FEMA(Sub2)-000141

**2.1.2** The contractor shall assist in administering the IA program related aspects of the statutory authority of the Stafford Act.

**2.1.3** The contractor shall be capable of maintaining at least one adequately staffed office near each Joint Field Office (JFO). An adequate staffed office is defined as one that is capable of satisfactorily performing the necessary operational and administrative tasks to sustain the TAC's field representatives as required by the disaster.

**2.1.4** The contractor has the overall responsibility of ensuring all Tasks are performed satisfactory as dictated by individual Task Orders. For tasks not performed in a satisfactory manner, the contractor will be required to correct deficiencies at no additional costs to the Government.

**2.1.5** The contractor shall be available for pre-planning operations briefings.

**2.1.6** This is a high visibility program, which includes coordination with Federal, State and local governments as well as in the public media. This effort requires knowledge of FEMA's mission and applicable Federal, State and local regulations.

**2.1.7** The contractor shall have the ability to support and perform all tasks. This includes but is not limited to: supporting staging area for units, installation of units, maintenance and upkeep, site inspections, site preparations, site restorations, group site design, group site construction, site assessments, property and facility management, and unit deactivation and removal.

## *2.2  MANAGEMENT AND ADMINISTRATION*

Attachment A

CH2M-FEMA(Sub2)-000142

### 2.2.1 Program Management

**2.2.1.1** The program management responsibilities include, but are not limited to the following:

**2.2.1.2** Monitor and coordinate all Task Order Assignments to ensure achievement of the technical and financial project objectives and adherence to the statutory authorities.

**2.2.1.3** Monitor and coordinate all Task Order Assignment activities and information with federal, state, and local governments; certain private non-profit organizations; and individuals as directed by FEMA.

**2.2.1.4** Coordinate with designated individual at FEMA Headquarters, FEMA Regions, FEMA Joint Field Offices or other offices designated to provide a full understanding of all tasks, in coordination with the Contracting Officer Technical Representative (COTR).

### 2.2.2 Project Management.

**2.2.2.1** Contractor shall support FEMA on a project-by-project basis with sound project management and resources to achieve the best value for the work being performed. Contractor must have an understanding of the FEMA recovery division's mission, principles, and procedures. The contractor shall act in the best interest of FEMA.

### 2.2.3 SERVICES.

**2.2.3.1** The Contractor shall provide and coordinate comprehensive project management services to include: all phases of design, project planning, identification and adherence to project time

Attachment A

CH2M-FEMA(Sub2)-000143

constraints, budget adherence and cost control, scheduling construction, implementation, operation, destruction, restoration, and removal from project beginning through project completion and closeout.

**2.2.3.2** The Contractor shall monitor and coordinate all project work activities and information with FEMA, and other designated organizations that have a mutual or legal interest in the project.

**2.2.4** Staffing. Contractor shall provide qualified professional, technical (subject matter experts), administrative, clerical, and/or linguistic personnel needed to perform requirements in an expeditious and efficient manner consistent with the best interest of the government. The contractor-provided staff shall meet FEMA's established security background checks requirements. Contractor and its staff shall adhere to federal privacy laws, including the privacy act.

**2.2.5** Working Environment. Contractor's personnel shall be capable of performing requirements over long hours and in physically demanding environments and under critical constraints.

**2.2.6** Requirements. The contractor personnel shall perform professional, technical, clerical, and field work as assigned by the task order.

**2.2.7** Equipment. Contractor shall be responsible for providing appropriate equipment for the respective work environment and requirements.

**2.2.8** Training.

**2.2.8.1** Contractor shall be responsible for providing training to its staff. All training shall meet FEMA specified requirements.

Attachment A

CH2M-FEMA(Sub2)-000144

Contractor's trainers shall be required to attend yearly training session conducted at location designated by FEMA. Additional training session(s) or updates may be required; the contractor's trainers shall attend these session(s).

2.2.8.2 Training shall entail guidance on policies and procedures related to FEMA's programs. The trained Contractor staff members shall provide subsequent training to Contractor personnel based on a Training Plan for its staff, including temporary and subcontract employees, that will ensure that all deployed contractor personnel are adequately trained in their field of expertise and relevant FEMA programs, policies, and procedures. The contractor shall use the most cost effective methods of delivering training (e.g. computer-based training methods).

2.2.9 Contractor "Draft" Plans. The draft plans will be incorporated into the contract upon its approval. The plans are considered to be a living document and shall be subject to annual updates and submitted for COTR approval. These plans include: operations plan; task order performance plan; and quality control plan.

*2.3 Phase-IN (Not Applicable To Hurricane Katrina) The government will evaluate the offeror's draft phase-in plan. The successful offeror will have 90 days from date of contract award to complete phase-in requirements and achieve readiness for task order activation. Upon completion of phase-in the contractor shall be capable of meeting all readiness requirements.*

Attachment A

CH2M-FEMA(Sub2)-000145

**2.4 READINESS (Exhibit 1). The contractor shall maintain a constant state of readiness to meet the demands created by presidential declarations. This is to include all tasks and subtasks listed in the performance work statement. Readiness includes the establishment of organizational, management and technical capability.**

**2.5 Pre-Deployment Meetings – Work plans (Exhibit 2)**

**2.5.1** The contractor shall meet with FEMA representatives to plan and coordinate disaster specific response, deployment, and implementation activities. These meetings will allow the contractor to become familiar and adjusted to FEMA requirements, methods, policies and procedures.

**2.5.2** The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. This plan shall be completed within 7 days from identification of mission or as soon as mission priorities require.

**2.6 Site Assessment & Feasibility ANALYSIS (Exhibit 3 – Preliminary Land or Property Identification and Usage Assessment). The contractor shall be responsible for site identification and performing site feasibility analysis of commercial, public, and private properties in areas designated by FEMA. The analysis shall be based upon criteria furnished by FEMA. Contractor shall also identify any local or state code requirements and applicable laws or ordinances pertaining to the property sites and expected uses. The contractor shall incorporate identified code requirements and laws or ordinances into the site feasibility analysis.**

Attachment A

CH2M-FEMA(Sub2)-000146

**2.7 SITE INSPECTION (Exhibit 4).** *The contractor shall inspect individual lots, areas, or locations (private and commercial) identified by FEMA for properly and safely installing temporary housing units on that location. Site inspections will be performed within the mission requirement and priorities. The site inspection includes the identification of the flood zone, sources of and appropriate operational utilities (water, electric, sewer/sanitation), accessibility and directions to the site, site placement, special needs (as identified by FEMA), and if necessary site preparation required prior to installation.*

**2.8 STAGING (EXHIBIT 5)** *The contractor shall, when requested, operate and manage staging area. The staging area shall be used to receive units from FEMA Logistics and coordinate the dispatching of the IA assets to their intended destination.*

**2.8.1 SUPPLY CHAIN OPERATION & MANAGEMENT. The Contractor shall design, build and operate a supply chain management system. The system shall track government property upon receipt from logistics until their return to logistics. The system shall provide information in or near "real time". The system will integrate the following components into the system, which will allow decision makers to control the supply chain: order service management, demand management, fulfillment, redirect shipments reroute, shipping and supplier management. The components shall be further specified in each Task Order.**

**2.9 INSTALLATION  TEMPORARY OE MOBILE STRUCTURES (exhibits 6, 7, 8, & 9)**

**2.9.1 The Contractor shall transport and install mobile/temporary structures to be ready to occupy in a safe and sanitary condition. A Task order may require the contractor to transport and install mobile or temporary structure(s) at**

Attachment A

CH2M-FEMA(Sub2)-000147

designated locations. The Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities as specified in the Task Orders. NOTE: The Exhibits that are provided are an example of installation requirements, manufacture recommendations should be followed when ever possible. Additional Exhibits may be provided in accordance with disaster specific requirements.

2.9.2 **Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in task orders. The contractor shall be responsible for meeting manufacture recommended installation specifications.

2.9.3 **Special Needs.** The contractor is responsible for accommodating individuals with special needs; this includes as a minimum the Americans with Disabilities act and any other federal, state and local codes.

2.9.4 **Miscellaneous.** Contractor shall, upon the request of FEMA, provide additional rigging and secure temporary/mobile structures to FEMA requirements.

2.10 *MAINTENANCE (exhibit 10). The contractor shall resolve maintenance issues and needs relating to the structures. The contractor shall have the technical capability to make necessary repairs to the mobile/temporary structure as specified in each task order. If multiple sites are clustered together, and with FEMA approval, the contractor may share specialized maintenance personnel among clustered facilities.*

2.10.1 Cleaning, Sanitation, & Reconditioning. The contractor shall provide adequate personnel to clean and sanitize structures as required by FEMA to re-occupy the unit. Contractor shall provide structural or other refurbishment as

Attachment A

CH2M-FEMA(Sub2)-000148

required by FEMA. "refurbishment" means restoration of structure to "like new" condition (reasonable wear and tear excepted) and shall include but not be limited to replacement of broken or faulty equipment, systems contained within or on the structure (i.e., carpet, trim, etc.).

**2.10.2**   Maintenance Contact Number 24/7. The contractors shall set-up and operate a toll free maintenance telephone number for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order.  The contractor shall provide to FEMA, monthly or earlier upon request with a copy of their maintenance log.  The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

**2.10.3**   Miscellaneous. Contractor shall, upon the request provide additional rigging and secure temporary mobile structures.

**2.11 DEACTIVATION, Removal and transport (exhibit 11). The contractor shall deactivate and provide transportation services of mobile structures from facilities designated by FEMA to other locations as designated by FEMA.**

**2.12 GROUP SITE design (exhibit 12)**

**2.12.1**   Design Services. The contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards.  Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies. Delivery of a design product may not result in follow-on construction service.

Attachment A

CH2M-FEMA(Sub2)-000149

2.12.2   Code Adherence. The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws.  Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

2.12.3   Special Needs. The contractor is responsible for accommodating individuals with special needs; this includes but is not limited to compliance with the Americans With Disabilities Act, other Federal, State and local codes or regulations.

2.12.4   Construction Services. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary).  Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.

2.12.4.1  Construction Materials. Contractor shall be responsible for obtaining all required construction materials.

2.12.4.2  Lighting & Facility Illumination. Contractor, when directed by FEMA, shall construct/install necessary lighting and illumination devices.  These devices shall be connected to the existing electrical system, and provide adequate illumination when desired.  Contractor shall design, construct, and install these devices in accordance with specifications or standards established by FEMA.

2.12.4.3  Fences and Barriers. Contractor shall construct fences and barriers at the site specified in the task order.  Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and

Attachment A

CH2M-FEMA(Sub2)-000150

regulations, as well as any applicable FEMA security requirements will be provided by the Joint Field Office. All fences or barriers shall comply with any requirements imposed by the Americans With Disabilities Act or similar statutes.

**2.12.4.4 Signs and identification.** The contractor shall provide and install signs at sites specified in task orders. Signs and signposts shall comply with local, state, and/or Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

**2.12.5 SAFETY & SECURITY MANAGEMENT.** Contractor shall assess safety and security risks provide as part of Group Site Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.12.5.1 Civil/Sanitary services.** Contractor shall provide, clean, maintain, and remove the following as specified per task order.

**2.12.5.2 Restrooms.** Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control. Portable wash-stations shall also be provided when latrines are provided.

Attachment A

CH2M-FEMA(Sub2)-000151

2.12.5.3 **Showers.** Contractor shall provide individual private shower stalls to include a private changing area. Contractor shall have HVAC to provide temperature and venting of the shower facilities.

2.12.5.4 **Refuse/Waste Disposal & Debris.** Contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste. Collections shall be once a week unless otherwise specified. In those instances where the amount of refuse requires additional services, the Contractor shall provide an additional collection. Contractor shall be responsible for collection, removal and the appropriate disposal of debris from sites specified under the Task Order.

**2.13** *GENERAL CONSTRUCTION SERVICES. Task orders may require minor or major renovation or construction work having varying degrees of complexity. Orders may consist of single or multiple disciplines (e.g.; Architectural, Structural, Mechanical, Electrical, and Civil/Sanitary). Requirements may include the development of detailed shop drawings for various disciplines, and these may require Professional Engineer seals and signatures.*

2.13.1 **Design Services.** The Contractor shall when required by FEMA, present detail design drawings which are certified and approved by qualified professionals and local governing boards. Unless otherwise specified by FEMA the design service shall include, but not limited to environment and traffic studies.

2.13.2 **Contruction Materials.** Contractor shall be responsible for obtaining all required construction materials.

2.13.3 **Lighting & Facility Illumination.** Contractor, shall design, construct and install necessary lighting and illumination

Attachment A

CH2M-FEMA(Sub2)-000152

devices in accordance with specifications or standards established by FEMA. These devices shall be connected to the existing electrical system, and provide adequate illumination.

**2.13.4   Fences and Barriers.** Contractor shall construct fences and barriers at the site specified in the task order. Fences, barriers, and implemented separation mechanisms shall comply with all local, state, and applicable building codes and regulations, as well as any applicable FEMA security requirements as defined by the Joint Field Office. All fences or barriers shall comply as a minimum with requirements imposed by the Americans With Disabilities Act or other Federal, State and local requirements.

**2.13.5   Signs and Identification.** Contractor shall provide and install signs at sites specified in the task order. Signs and signposts shall comply with local, state, and Federal Sign standards, laws, and building codes. Signs shall utilize current reflection standards for use at night.

**2.13.6   Safety & Security Management.** Contractor shall assess safety and security risks as part of the Design process. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.

**2.13.7   Code Adherence.** The contractor is responsible for adherence to applicable local, state, and federal building regulations and laws. Contractor shall be responsible for acquiring all permits and approvals for items identified in the scope of work for facilities and structures as specified in the task order.

Attachment A

CH2M-FEMA(Sub2)-000153

**2.13.8** **Special Needs. Contractor is responsible for accommodating individuals with special needs; this includes as a minimum compliance with the Americans With Disabilities Act and any other Federal, State and local codes.**

**2.13.9** **CIVIL/SANITARY SERVICES. Contractor shall provide, clean, maintain, and remove the following as specified per task order.**

**2.13.9.1 Restrooms. The Contractor shall provide temporary toilets and washroom facilities. The facilities shall be segmented for the two sexes and have HVAC to provide temperature control.**

**2.13.9.2 Showers. The contractor shall provide individual private showers stalls too include a private changing area. Contractor shall have HVAC to provide temperature and venting of the shower facilities.**

***2.14 FACILITY MANAGEMENT (EXHIBIT 13). Contractor shall manage facilities specified by the task order. The contractor shall be responsible for coordinating all activities related to facility management with FEMA, GSA, and/or the property owner or management.***

**2.14.1** **Cleaning. The contractor shall provide personnel to ensure the operation of clean facility. This includes regular cleaning of areas designated by the task order.**

**2.14.2** **Maintenance.**

**2.14.2.1 The contractor shall set-up and operate a maintenance phone number (preferably toll free telephone number) for occupants of facility(s) to call and report maintenance problems. Contractor shall provide a remedy to these**

Attachment A

CH2M-FEMA(Sub2)-000154

maintenance issues within a reasonable time (generally not to exceed 2 calendar days). Contractor shall establish and maintain maintenance records for every facility identified in the task order. The Contractor shall provide to FEMA monthly or earlier upon request, with a maintenance log. The log should address such topics as issues identified, time of call, how and if issue was remedied, cost, time to repair and final disposition.

**2.14.2.2** The contractor shall resolve maintenance issues relating to the facility, as specified in the task order. The team shall have the technical capability to make all necessary repairs to the individual units. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

**2.14.3**    **Building Access.** The contractor shall provide access to the facility as specified in the Task Order.

**2.14.4**    **Safety & Security Management.** Contractor shall assess safety and security risks provided as part of the Design. Implement recommended mitigation measures approved by FEMA. Contractor shall provide adequate security to ensure the safety and security of persons at facilities designated by FEMA. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. The contractor shall coordinate and conform with all FEMA safety, security and site access restriction requirements.

**2.14.5**    **Refuse/Waste Disposal & Debris.** The contractor shall provide solid waste collection service by means of a dumpster(s), waste receptacles, and/or trash cans for the collection of refuse and waste. Collections shall be not less frequently than once a week unless otherwise specified. In those instances where the amount of refuse requires additional services, the contractor shall provide an additional collection. The contractor shall be responsible for

Attachment A

CH2M-FEMA(Sub2)-000155

collection and removal of debris and appropriate disposal from sites specified by FEMA.

## 2.15 DISASTER RECOVERY (DR) CENTER (exhibit 14)

2.15.1   Telecommunication.  Task orders may include the need to provide telecommunication infrastructure and service to specified facilities.  This may require the contractor to install a point-to-point or point-to-multipoint terrestrial wireless networks, satellite network, or other technology that enables telecommunication at remote sites.  Telecommunication implies but is not limited to Internet, telephone, and fax service.  FEMA may require the contractor to link the facility connection to a specified location. In addition contractor shall have the capability to:

2.15.2   Install and administer local "TCP/IP" wired network; provide, install, and administer computers that meet task order specifications; provide, install and administer copier and other office equipment; provide install and administer computer and information systems; install and administer telephones and fax lines.  All installations (networks) shall be coordination with and conform to FEMA's Information Technology standards.

2.15.3   Cleaning & Maintaining. The contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.

Attachment A

CH2M-FEMA(Sub2)-000156

**2.15.4** **Temporary Utilities. The contractor shall provide as necessary, install, maintain, and remove temporary utilities as required for facilities. Contractor shall maintain and service these temporary utilities. Temporary utility services include but are not limited to potable and waste water bladders, pumps, and generators. Contractor shall be responsible for ensuring these temporary services are in constant readiness as specified by FEMA.**

**2.15.5** **Permanent Utilities. The contractor shall be responsible for all permanent utility hookups, as may be specified by FEMA**

**2.15.6** **Facility/Structure Access. The contractor shall provide secure for access to the facility/structure as specified in the Task Order. The contractor shall erect a gate (with access control, see security) to limit access to authorized individuals/companies (as authorized by FEMA).**

**2.15.7** **Safety & Security Management. The contractor shall assess safety and security risks as part of the Design process and implement recommended mitigation measures approved by FEMA. The contractor shall provide adequate security to ensure the safety and security of persons at DR centers. Security measures may include cameras, alarms, locks/gates, card access systems, and guards. Contractor shall coordinate with FEMA security, and meet and conform to all FEMA requirements for safety and security or any restrictions on site access.**

**2.15.8** **Fixed Disaster Recovery (DR) Center**

Attachment A

CH2M-FEMA(Sub2)-000157

2.15.8.1   **Facility Management. Contractor shall provide a facility management team during time periods specified by the task order. Contactor shall appoint a site project manager (SPM). The SPM shall be the main point of contact for the facility.**

2.15.8.2   **Cleaning  & Maintaining. Contractor shall provide personnel to ensure operation of a clean facility.  The contractor shall also perform all landscaping requirements. This service includes regular cleaning of areas designated by the Task Order.   The SPM shall be the main point of contact for this function.**

2.15.8.3   **Maintenance.  Contractor shall resolve maintenance issues relating to the facility.  The team shall have the technical capability to make all necessary repairs to systems specified in the task order.  If multiple sites are clustered together, with FEMA approval, Contractor may share specialized maintenance personnel among clustered facilities. Maintenance shall include but not be limited to plumbing, electrical, and infrastructure items in or associated with the facility, as specified in the Task Order.**

2.15.9   **Mobile  Disaster Recovery (DR) Center**

2.15.9.1   **Maintenance.  Contractor shall establish and operate a maintenance contact number (preferably toll free telephone number) for occupants of structures to call and report maintenance problems.  Contractor shall provide a remedy to these maintenance issues within a reasonable time (generally not to exceed 2 calendar days).  Contractor shall establish and maintain maintenance records for every structure identified in the task order. The Contractor shall provide to FEMA, upon request, with a maintenance log (specifying issues identified & time, issue remedy, cost, time and disposition).**

Attachment A

CH2M-FEMA(Sub2)-000158

2.15.9.2   Mobile structures.  A Task order may require the contractor to transport and install mobile and/or temporary structure(s) at designated locations.  Contractor shall be responsible for returning mobile and temporary structures to FEMA-designated facilities.  Contractor will transport and install structures to meet FEMA requirements as specified in the Task Order.

**2.16   Miscellaneous Support Staff (Exhibit 15) The contractor shall provide staffing in support not previously addressed in other tasks listed herein. Staffing to be provided will be in support of the recovery division mission.  Contractor shall provide personnel to assist in the fulfillment of the recovery mission and will be further defined upon issuance of task order.**

**2.17   Housing Strategy Support Services.  Contractor shall provide housing strategy support services.  This includes, but is not limited to, identify and assess commercial sites, research and assess housing alternatives, research and identify available resources. The area of consideration should include any surrounding major metropolitan areas.**

**2.18   Support Services.  The contractor shall provide technical assistance on an as needed basis.  Technical assistance shall be performed in support of disaster activities and the Recovery Division mission, and shall include, but is not limited to, Pre-Placement Interviews, Preliminary Damage Assessments, information analysis, and collection, analysis and reporting of data.**

## 3   Applicable Federal Laws & Regulations

**3.1   Contractor shall comply with the following laws, regulations, program policies, and/or subsequent**

Page 19 of 20

Attachment A

CH2M-FEMA(Sub2)-000159

material developed unless otherwise specified in Task
Order Assignments:

3.1.1  Title 36, Code of Federal Regulations (CFR)—Parks, Forests, and Public Property

3.1.2  CFR, Parts 1500-1508 — Protection of Environment

3.1.3  CFR, Part 301 — Public Contracts and Property Management

3.1.4  CFR, Parts 8, 9, 10, 13, 14, 206--Emergency Management and Assistance

3.1.5  Public Law 93-288, Disaster Relief and Emergency Assistance Act

3.1.6  48 CFR — Federal Acquisition Regulations System

3.1.7  50 CFR, Part 402, Wildlife and Fisheries

3.1.8  Public Law 101-336, Americans with Disabilities Act


3.2  The above documents are available through:
http://www.fema.gov/ or http://www.gpo.gov/

Attachment A

CH2M-FEMA(Sub2)-000160

EXHIBIT 1
HISTORICAL

## History of Disasters



**# of Major Disasters**

## History of Concurrent Disasters

**Simultaneous Disasters**

Error! Not a valid link.

Exhibit 1 - Page 1 of 1

CH2M-FEMA(Sub2)-000001

Exhibit 2
WORK PLAN

## 1. General

The contractor will provide a work plan identifying the various factors that could impact the temporary disaster housing mission and what it would take to perform each required task in the most effective, expedited, and efficient manner available. This plan shall be completed within 7 days from identification of mission requirements or soon as mission priorities require. FEMA may use this plan as necessary to include possibility incorporating into the overall housing strategy, and/or sharing with others. This plan shall become the property of FEMA to use as it sees fit.

## 2. Important Components

The work plan shall describe the contractor's understanding of the disaster specific mission and contract requirements and should not contain proprietary information or content. This plan will from the disaster perspective:

   a) Explain and describe in detail how the contractor will manage and perform all tasks.
   b) Describe in detail concepts, procedures, timelines, management and organization, and how planning documents will be used to assure adherence to mission priorities and include elements that will be required for satisfactory contract performance.
   c) Explain how the contractor will establish systems for planning and control of all activities.
   d) Explain how contract deliverables will be tracked monitored, and information passed to necessary elements and prioritization of work.
   e) Include clear operating procedures for assigning, recording, and tracking activities and tasks.

## 3. Priorities

The plan must match the priorities identified by FEMA and shall include researching appropriate federal, State and local codes and ordinances governing associated activities. The plan shall address the following factors and include implementation procedures and other pertinent disaster specific information.

## 4. Background

Type of damage and geographical spread of impacted area. This may affect unit placement on sites. There may be debris that could affect unit transportation, unit placement; property inclines may be to steep to place the unit on the site and water tables may be contaminated. Weather, bridges, and road conditions through areas where units travel must be considered

### 4.1 Road conditions through area where units must travel;

   1) Identify possible land or areas to support staging areas, group sites, or disaster specific uses and what is needed to obtain the location.
   2) Points of Contact. Identify and contact points of contact (POC) for State and local officials with jurisdiction over use of temporary disaster housing in affected areas.

Exhibit 2 – Page 1 of 2

CH2M-FEMA(Sub2)-000002

Exhibit 2
WORK PLAN

a) State and local requirements.  Identify State and local requirements or restrictions, or and process for obtaining permits within the identified counties such as:
b) Placement (zoning) restrictions for temporary disaster housing;
c) Lot boundary (setback from road) restrictions;
d) Contractor licensing requirements;
e) Permit requirements to place or install temporary disaster housing;
f) State or local inspection requirements;
g) Utility companies' requirements for inspection, transfer of service, and deposits;
h) Septic tank release and permits,
i) Requirements for and cost of utility system tap fees; and
j) State or local government and utility company installation specifications.
3) Other requirements.  Any other State or local requirement that may affect the timely, efficient, and cost-effective installation and occupancy of temporary disaster housing shall be reported to the COTR.  Once normal State and local requirements are identified and a determination is made as to those which would negatively impact the temporary disaster-housing program, FEMA will be responsible for determining, negotiating and obtaining a waiver if required; however, a waiver is not guaranteed.
4) Material shortages.  Identify any shortage of materials required to install temporary disaster housing units such as concrete blocks, gas tanks, or heat cable, exterior grade plywood, etc.
5) Organization of information.  Develop a resource list of commercial mobile home parks and travel trailer pads in the area.  Gather the following information:  point of contact (POC), pads available, pad rental cost, size of the pads, rental properties, utility services, and utility connections information.
6) Towing Information.  Identify accessible transportation routes in the planning process.  Areas may be flooded, and debris could hamper transportation through the disaster area.  Identify information on towing units within the disaster area, such as:
a) Days and time of travel;
b) Commuter pattern information,
c) Permit requirements;
d) Contractor licensing requirements; and
e) Escort requirements.
f) Reporting and record-keeping.

## 4.2  Tasks (Disaster Specific)

The plan will address each task and how the contractor intends to address, perform, and staff or subcontract each task.

Exhibit 2 – Page 2 of 2

CH2M-FEMA(Sub2)-000003

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

# 1. General Assessment Information

The contractor shall identify various types of sites to be used for varying purposes. These sites may be needed for group parks, staging locations, base camps, or other disaster related requirement. The contractor shall capture the information. The assessment at a minimum must address the following categories for all potential sites.

| Categories | Information |
|---|---|
| Potential Land or Property Usage. | Identify all the potential land or property usage such as group parks, staging locations, shelter, base camps, or other disaster related requirement. Address what the site is able to accommodate and the feasibility or potential ability to design the site to make efficient use of all available space and not interfere with the proposed usage. The land or property may be acreages of land, or other housing resources such as hotels, strip malls, ball fields, commercial parks, warehouses, etc. |
| Location | The site being identified for use shall be within or near the disaster area. The location information shall include major access roadways. When possible the site should be in close proximity to the original neighborhood in an effort to reestablish normal or routine patterns for disaster victims. The site should be close to shopping areas, public transportation, employment, schools, medical facilities, and other recreational areas. |
| Accessibility. | Address the accessibility of the site to support the projected land usage housing units. Low lying cables and towing restrictions should also be factors in accessibility. Site should have adequate roadway clearance this includes considering highway and roads accessibility, property ingress-egress, and relevancy to the reasonable commuting distance of the impacted area. |
| Flood Zone Considerations. | The assessment must identify the flood zone. |
| Utility Availability. | The assessment must identify the sources and accessibility for approved electric, running water, sewerage, and communication system. |
| Projected Capacity: | Identify the projected capacity of the site as related to the projected land usage. |
| Site Characteristics: | The assessment must address the site characteristics. This includes identifying whether the area is fairly level and has a hard or compacted surface with adequate drainage facilities, trees, shrubs, debris, and other obstructions that may impact efficient maneuverability or site preparation activities. |

**Exhibit 3– Page 1 of 4**

CH2M-FEMA(Sub2)-000004

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

| Categories | Information |
|---|---|
| Security: | The assessment shall identify projected security measures for the location. This includes the illumination at or within proximity to the site, fencing capacity, ability to construct perimeter roadway for security patrols, and the distance of fire protection facilities. |
| Other Factors: | The assessment must identify potential other disaster related and specific considerations such as areas that may be obtained at no cost to the government (i.e., state, county, or local government property), areas that are immediately available and require only minor improvements, and areas that will be available long-term approximately 18-24 months, if possible. |

## 2. Information Reporting

Contractor shall provide information in industry open source standards. Such standards that are acceptable include but are not limited to Microsoft's SQL, Access, FoxPro, Excel, and/or Oracle, and/or open source XML, SQL.

Contractor shall provide an online, near real time means to access the information. Information shall be available to FEMA as soon as it is collected by the contractor (near real time).

## 3. Group Site Assessment Criteria

The following information is considered when identifying potential group sites and staging locations.

### 3.1 Proximity of the Disaster Area

The site being used for the disaster must be within or near the disaster area or to support the housing disaster applicants.

### 3.2 Roadway Clearance

Site should have adequate roadway clearance.

### 3.3 Proximity to Original Neighborhood

When possible the site should be in close proximity to the original neighborhood in an effort to reestablish normal or routine patterns for disaster victims.

The site should be close to shopping areas, public transportation, employment, schools, medical facilities, and other recreational areas.

Exhibit 3– Page 2 of 4

CH2M-FEMA(Sub2)-000005

EXHIBIT 3
PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

### 3.4  Accessibility

The sites must be accessible. This includes considering highway and roads accessibility, property ingress-egress, and must be located within a reasonable commuting distance of the impacted area.

### 3.5  Flood Zone Considerations

Group sites will not be constructed within special flood hazard areas. Sites identified within SFHA are considered infeasible.

### 3.6  Utility Availability

The proposed site must have reasonable sources and accessibility for approved electric, running water, sewerage system. The State is expected to provide the most current and accurate site surveys and existing utility information.

Note: Existing local water line adjacent to the site with adequate pressure to serve the number of units will be required.

Existing local sewer lines adjacent to the site with adequate capacity to serve the total number of units will be required.

Existing electric service adjacent to the site that can accommodate the type and number of units for the site.

## 4.  Staging Location Assessment Criteria

The following information is considered when identifying potential group sites and staging locations.

### 4.1  Location:

The location must be centralized with respect to major access roadways, disaster area to be served, and the Joint Field Office. The location needs to be accessible to both Mobile Homes and Travel Trailers, and allow for the creation of access roads. The location and access roads should have room to accommodate a large turning radius, especially for the 14'X60' mobile homes carrying tow equipment, which adds an additional 15 to 20' to the overall length. Low lying cables and towing restrictions should also be factors in location choice.

### 4.2  Site Characteristics:

The area selected needs to be fairly level and have a hard or compacted surface with adequate drainage facilities. The area shall be reasonably clear of trees, shrubs, debris, and other obstructions that may be a hindrance to efficient maneuverability with the staging area.

### 4.3  Security:

Priority consideration will be afforded sites that are well illuminated or fenced. If secured sites are not available, consideration will given to an existing or easily constructed perimeter

Exhibit 3– Page 3 of 4

CH2M-FEMA(Sub2)-000006

EXHIBIT 3
# PRELIMINARY LAND OR PROPERTY IDENTIFICATION AND USAGE ASSESSMENT

roadway for security patrols. A secure area will deter theft and vandalism to government property. The area selected will be within reasonable distance of fire protection facilities.

## 4.4  Utilities:

Water, sewer, electric, and communications services need to be readily available or available with a minimum amount of construction.

## 4.5  Other Factors:

Priority consideration will be given to areas that may be obtained at no cost to the government (i.e., state, county, or local government property), areas that are immediately available and require only minor improvements, and areas that will be available long-term approximately 18-24 months, if possible.

## 4.6  Design/Layout:

The staging area must be able to accommodate and be designed to make efficient use of all available space and not interfere with the constant flow of units being received and dispatched.

### 4.6.1    Access:

Points of control must be established for incoming and outgoing units in one of two ways. The first is by providing one gateway large enough for two-way mobile home or travel trailer traffic, as applicable. The second is by providing separate receiving and dispatching gates at opposite ends of the staging area. Wherever possible, communications equipment will be provided between the office and all point of access to the staging area.

### 4.6.2    Office Information:

Office facilities will be located at or near the main entrance in an area not interruptive to traffic flow. Employee and government vehicle parking will also be restricted to this area. The staging office must have telephones, fax capability, and computer access.

### 4.6.3    Unit Parking:

The location must allow ease of maneuverability, and provide sufficient space for performing inspections of units and making repairs.

### 4.6.4    Multiple Locations:

If more than one staging area is to be used, it must be clearly identified to reduce the confusion during delivery

Exhibit 3– Page 4 of 4

CH2M-FEMA(Sub2)-000007

## EXHIBIT 4
## SITE INSPECTION

**Summary**    Site Feasibility is defined as determining whether a site is feasible for installing the temporary housing unit. The site inspection process uses an organized, standardized method of operation that is tailored to the disaster situation to determine site feasibility. The site inspection is to be completed within 3 work days of issuance of inspection request.

**Objectives**    The objective is to inspect the site for feasibility, within 3 days, for proper installation of the temporary housing in a safe, secure, and sanitary manner.

# 1. GENERAL

As tasked, the Contractor shall perform site inspections in accordance with this contract. FEMA reserves the right to perform "in-house" inspections, as appropriate. Sites may be located in commercial parks, on private sites or in group parks. Site inspections shall be performed on a first-in, first-out basis; this is especially true for the sites in remote areas. All staff shall be sensitive to the issues facing disaster applicants.

# 2. Priority of Site Inspections

## 2.1 Routine Site Inspections

The Contractor shall complete site inspections within an average of 3 work days (work days established by the Joint Field Office) after issuance of inspection request. The Contractor accepts responsibility for the timeliness of the inspections at the time of assignment.

## 2.2 Priority Cases

Identified by the PM, these site inspections shall be completed and returned within 12 hours after the Contractor is notified of such priority. The Contractor shall include a report of all priority cases in its Weekly Operational Report. It is anticipated that priority cases will comprise less than 25% of the inspections issued per disaster.

# 3. Site Inspection Schedule

## 3.1 Appointments

The Contractor's inspectors shall make every possible effort to schedule appointments with applicants in advance, rather than making unscheduled visits.

## 3.2 Withdrawal

If the applicant is no longer interested in FEMA housing assistance at the time of the site inspection, the inspector shall indicate in writing the applicant's decision to Withdraw, the name of the person, and the phone number. This information will be forwarded to DHOPS. (FEMA reserves the right to contact the applicant to verify and confirm status and identify potential trends).

Exhibit 4– Page 1 of 3

CH2M-FEMA(Sub2)-000008

EXHIBIT 4
SITE INSPECTION

## 3.3  No Contact

The Contractor shall make every effort to contact applicants and conduct on-site inspections. If the inspector is unable to make contact with the occupant, the site inspection shall be processed in accordance with the Contractor's approved "No Contact" procedure. The Contractor shall contact applicants who have remained in the disaster area (or nearby), and schedule appointments.   The Contractor shall only return as "un-inspected", those inspections for which the applicant could not be located after exhaustion of all aggressive efforts within 2 work days.   The contractor shall document all efforts to contact applicant.  These efforts include, but are not limited to, phone calls at different times of the day; repeated site visits; contact neighbors and contact postal workers.    FEMA will provide the applicant's current address and telephone number (provided that a telephone number is given) to assist the inspector in locating the applicant. FEMA reserves the right to contact the applicant to verify and confirm status, and identify potential trends.

## 3.4  Process

FEMA will initiate a Request for Site Inspection, and assign a site control number.  The contractor will perform site inspection using the following criteria:

### 3.4.1 Flood Zone

The contractor will identify the flood zone of the proposed site, and the flood map.

### 3.4.2 Electric Service

Identify the source for electricity.  The contractor will identify whether the site has electricity and when will the electric be available for the site (if there is no electric), the source and amperage of the electricity (30A, 50A, 100A, or 200A).  Also the contractor will identify whether a temporary power pole is needed. (NOTE: Electricity will not be connected to damage dwellings),   Wires must not be placed directly over the temporary disaster-housing unit or any other dwellings between primary pole and temporary disaster housing unit.

### 3.4.3 Potable Water Service

The contractor will identify the water source and provide information related to the water pump, pressure tank, and electrical service to the well to insure the system is operational. The contractor will also identify whether the well has been flooded and if the well has to be tested and approved by the Health Department.

### 3.4.4 Sanitary (septic or public sewer)

The contractor must identify whether the site is on a septic or public sanitation.  The contractor must identify whether the septic has to be inspected/permitted, and the operable status.

#### 3.4.4.1 Accessible Route

The site must be accessible to include the route to be taken to deliver the unit.  The contractor must identify the most direct accessible route to be taken to deliver.

Exhibit 4– Page 2 of 3

CH2M-FEMA(Sub2)-000009

EXHIBIT 4
SITE INSPECTION

### 3.4.4.2 Zoning Requirements

The site must have the proper zoning requirement; and the site must be the proper size in accordance with the lot boundary zoning requirements.

### 3.4.4.3 Site information

The contractor must also capture the site information such as the point-of-contact, phone number, and park rules for identified by FEMA as "commercial sites"; and the landowner information and phone number for sites identified by FEMA as "private sites".

### 3.4.4.4 Recommended installation

Identify what is required to perform the installation. This includes what type of installation, special needs such as a ramp, unit placement drawing identifying the utilities, the unit location related to the property lines and other items such as the damaged home, etc.

### 3.4.4.5 Relevant Information

If the site is not feasible the contractor shall identify what is needed to make the system ready to accommodate.

*Note: Returns all paperwork to DHOPS management. The inspection is not considered to be completed if there is not enough information for FEMA to determine the feasibility of the site. FEMA request additional information, if so this will not count as an additional site inspection.*

**Exhibit 4– Page 3 of 3**

CH2M-FEMA(Sub2)-000010

EXHIBIT 5
STAGING OPERATIONS SUPPORT

# 1. Procedures for Receiving Units

Receiving Temporary Housing Units consists of disaster specific activities that may include, but is not limited to:

  a) Designating where the units are parked. Optimum utilization of available land area for purposes of staging units will be achieved with the herringbone parking system or other methods to maximize land use. The parking design should incorporate simplicity, ease of maneuverability, minimize unit damage, and provide sufficient space for performing inspections and making repairs.
  b) Inform drivers where to park the units within the designated location and check the unit information with the transportation documentation.
  c) Receive and inspect units for damage. Any damages must be annotated and provided to FEMA designated representative prior to FEMA signing acceptance of the unit.
  d) Forward documentation to the FEMA designated representative for acceptance
  e) Update and maintain the receiving logs. Copies of the receiving reports (logs) and documentation will be provided to the FEMA designated representative on a daily basis.

# 2. Procedures for Dispatching Units

Dispatching temporary housing units consists of disaster specific activities that may include, but is not limited to:

  a) Assisting with identification and preparation necessary for performing expedited and accurate unit dispatch activities to meet operational priorities.
  b) Verifying the dispatch documentation and escorting the driver to the appropriate unit.
  c) Verifying the appropriate unit is assigned and retain a copy of the paperwork with a printed name and signed by the driver for the unit folder

# 3. Performing an inspection with the driver

  a) Updating and maintaining the dispatch log daily. Ensure all units dispatched are annotated on the appropriate logs.
  b) Forwarding documentation and reports (logs) to the FEMA designated representative on a daily basis.

Exhibit 5– Page 1 of 1

CH2M-FEMA(Sub2)-000011

EXHIBIT 6
MANUFACTURED HOME

# 1. INSTALLATION SPECIFICATIONS

## 1.1 General

This specification establishes the minimum requirements for the transportation and installation of manufactured homes (MHs) to support FEMA disaster operations. The minimum requirements may be changed by FEMA to address the needs of the current mission. Specifically included are the Contractors' responsibilities for the permitting, transportation, labor, and materials to accomplish the following tasks:

### 1.1.1

The units will be picked up from the closest appropriate designated staging area or location and delivered to the installation site identified by FEMA. The unit must be picked up by the close of business of the next work day from the date of the of the work order.

Site preparation includes state and local permitting requirements, and readying the site for foundation piers and anchoring systems. Also included are locating and exposing water, sewer, electrical, and natural or LP gas lines and connections whereby they can be hooked up and made serviceable for the MHs. *State and local permits shall be properly applied and obtained within 3 working days of Work Order issuance.*

### 1.1.2

Unit installation includes placement of manufactured homes on the designated lots, installing foundation piers, anchoring the units, and hooking up the utilities. Also, an air conditioning system must be installed, the units winterized and skirted, and steps or handicap ramps, as specified. Inside the units, furniture and appliances shall be unpacked, set-up and made ready for use. Units will be cleaned and inspected by the Contractor to ensure occupancy readiness. Contract performance will be determined by a final acceptance inspection of each unit by FEMA. *Installations shall be complete within 5 calendar days of receipt of state and / or local permits.*

## 1.2 Technical Specifications

This addresses the technical requirements that govern the transport and installation of manufactured homes. Technical specifications include the "Manufacturer's Installation Guidelines", "FEMA Guidelines", and "State and Local Codes and Regulations". As a rule of thumb, if the State and Local entities have no problems with the following, contractors will utilize the manufacturer's guidance to preclude the potential void of the unit manufacturer's guarantees and/or warranties. *The Contractor is responsible for notifying the FEMA Contracting Officer's Technical Representative (COTR) of any conflict between the various technical requirements and request appropriate direction.*

## 1.3 Site Preparation

Site preparation is limited to the work required to ready the individual lots for installation of the manufactured homes. MH pads may be located on private, group or commercial MH

Exhibit 6– Page 1 of 10

CH2M-FEMA(Sub2)-000012

EXHIBIT 6
MANUFACTURED HOME

Park sites. Commercial and group sites rarely present any logistical problems for placement and set-up as they are constructed for this purpose. Prior to approval of private sites, a close inspection of each one is required. *First, reassure that the site is not located in a floodplain (A or V zoned). Also, ascertain that the site has developed roadways and is accessible with no obstructions or debris hampering the placement or positioning of the unit on the proposed site.* The utilities located on each lot should have plumbing risers and electrical distribution boxes etc. ready for unit hook-up or points (within a reasonable distance) on the primary utility systems that can be readily tapped and extended to the unit's utility connecting points.

## 1.4    Site Inspection

The unit must be installed as identified by the site inspections. The site inspection will provide a layout of installation areas to include site locations and areas for the placement of each manufactured home. The contractor is responsible for verifying the layout prior to unit placement. Distance between units and overall positioning will be in accordance with local setback, fire and other installation codes. Directions and plat details may be provided by FEMA as available to the contractor as required for planning of site preparation and set-up of the manufactured homes. FEMA will also identify any special requirements (e.g., handicap ramps, and handicap modifications) for specific lots. The contractor is responsible for coordination with local code authorities to determine and ensure that specific installation code requirements are met.

## 1.5    Licensed Technicians

The contractor must be, or have employed, registered/licensed technicians (plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units.

## 1.6    Materials & Supplies

The contractor is responsible for supplying all materials and supplies needed to perform the assigned tasks and make the MHs ready for occupancy (RFO). The exceptions are the unit's furnishing, appliances, water heater, furnace, A/C and other items that are provided with the unit.

# 2.  Base Items

The installation of the manufactured home consists of items as necessary.

## 2.1    Codes, Regulations and Standards

Work performed under the contract shall be in accordance with applicable Federal, State and local codes and regulations. The contractor for installation of manufactured homes will follow the manufacturer's installation instructions and guidelines unless overridden by a State or local code. As a supplement to the manufacturer's guidance, the American National Standard for Manufactured Home Installations (NCSBCS/ANSI A225.1) provides additional installation details and standards and shall be followed for work not covered by the manufacturer or FEMA specifications. Precedent for applying codes and

Exhibit 6– Page 2 of 10

CH2M-FEMA(Sub2)-000013

## EXHIBIT 6
## MANUFACTURED HOME

regulations are HUD and federal requirements first, State and local second, manufacturers third, and NCSBCS/ANSI A 225.1, last.

### 2.2 Lot Preparations

All trenches shall be backfilled in accordance with applicable codes. All wood used on site (blocking, steps, ramps, etc.) shall be exterior grade lumber or construction grade lumber. All lumber must be treated.

### 2.3 Transport

The manufactured home shall be properly placed, positioned and aligned on the site as laid out and staked by the Site Inspector. If the unit is improperly positioned, the Contractor must reposition the unit by the end of the day following delivery to site. If this is not accomplished as stated, FEMA reserves the rights to reassign the unit to another set-up contractor or have the unit repositioned by another party and back charge the original contractor the cost of the repositioning. The towing operator must be properly licensed and insured to protect the Government's interest.

### 2.4 Manufactured Home Set-Up

#### 2.4.1 Blocking and Leveling

Manufactured home piers shall be installed in accordance with the manufacturer's installation instructions and based on the soil bearing capacity of 1000 psf. *The number and location of piers shall be in accordance with HUD and the manufacturer's instructions unless local codes provide for differing specifications. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost.* The Contractor will be responsible for all necessary re-leveling and re-blocking of the manufactured home for a period of 90 days after final inspection

#### 2.4.2 Anchor and Strap (Tie-Downs)

Anchoring and strapping for tie-down of manufactured homes shall be based on the wind zone III and the soil bearing capacity of 1000 psf. *The units will be anchored to resist floatation, collapse, and lateral movement.* The HUD Part 3280 Manufactured Home Construction and Safety Standards determine the wind zone. The manufacturer's installation instructions will be followed in determining the location and number of unit tie-down connecting points and method of securing the anchors. *The Contractor is responsible for determining the specific type anchors to be used and the method of securing the anchors based on the anchor manufacturer's instructions and local soil conditions.* The Contractor will determine soil conditions pertinent to anchor pullout resistance through contact with local building officials, soils engineers or other methods acceptable to local authorities.

Exhibit 6– Page 3 of 10

CH2M-FEMA(Sub2)-000014

EXHIBIT 6
MANUFACTURED HOME

### 2.4.3   Sewer Line Installation to Manufactured Home

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the manufactured home. At sites with sewer riser already installed, the Contractor will make the connection between the manufactured home connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the manufactured home shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the manufactured home has multiple sewer drop points, they will be interconnected to a single unit drop point.

### 2.4.4   Water Line Installation to Manufactured Home

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the manufactured home pad. At sites with water service riser already installed, the Contractor will make the connection between the manufactured home connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 6– Page 4 of 10

CH2M-FEMA(Sub2)-000015

EXHIBIT 6
MANUFACTURED HOME

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the manufactured home shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.4.5 Direct Wiring of Manufactured Home

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the manufactured home interior electrical distribution panel or manufactured home junction box.

All electrical service to include entrance cables shall be in accordance with the National Electrical Code (NEC) and State and Local requirements. The service must have an underground rating of 200 AMPS. Direct burial cable is to be buried at least twenty-four inches (24") below the grade. (Note: This includes the A/C breaker and burial cable) All service entrance cable, which cannot be buried twenty-four inches (24") below ground, shall be encased in rigid or intermediate metal conduit. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards. Sweeps shall be used at the manufactured home junction box and meter loop assembly. If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection. The AC hook-up is included in the set-up.

The air conditioner hook-up will be in accordance with the manufacturer specifications and installed by a certified heating and cooling technician. The AC unit must be within an eye's view of the A/C electrical breaker. The contractor will be required to get the appropriate permits and meet all local codes and ordinances pertaining to the installation of the A/C unit. The A/C electrical installation with includes burial cable and 30 Amp breakers (switch) are part of the installation. The installation contractor is responsible for supplying all the appropriate materials for this installation, with exception to the A/C unit. The A/C unit is provided with the unit.

Exhibit 6– Page 5 of 10

CH2M-FEMA(Sub2)-000016

EXHIBIT 6
MANUFACTURED HOME

### 2.4.6   Steps

The Contractor shall install steps at each manufactured home entrance in accordance with local codes. As a minimum, steps will be constructed of wood or metal. The steps must be forty-eight inches (48") wide between the two (2) sanded and painted with one coat of white paint handrails. The top step shall be constructed with a level platform such that the platform is centered on the door of principal entry into the manufactured home and flush with the doorsill. The handrails shall be constructed with 2" x 4" safety edge lumber shall be provided on all steps. All material requirements shall be in accordance with the applicable guidelines. Steps shall have a stable foundation, be level in both directions and anchored. The platform shall have a non-skid surface using materials that are State and Industrial approved (sand added to paint is unacceptable). Other materials for steps that are approved by the state and local code enforcement jurisdiction may be substituted with the COTR's approval.

### 2.4.7   Making the Manufactured Home Ready for Occupancy

a) Assemble Accessories and Arrange for Use:
    1) Arrange all furniture for occupancy;
    2) Clean and mount storm window panels;
    3) Install drawers;
    4) Remove window clips; travel blocking and protective taping;
    5) Hang fire extinguisher (report low charge to FEMA inspector);
    6) Mount exterior light fixtures, and install bulbs;
    7) Install interior light globes and covers;
    8) Install unmounted screens;
    9) Re-install any fallen curtains;
    10) Install cabinet door panels and other knockout panels;
    11) Install commode tank lid; and
    12) Repair, if necessary, cabinet/door/drawer hardware.
b) Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)
    1) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
    2) Verify hot/cold water lines, reverse if required;
    3) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
    4) Replace commode wax ring and tank gaskets, as needed;
    5) Tighten loose connections in electrical system; and
    6) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.
c) Test Appliances and Appurtenances:
    1) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
    2) Test smoke detectors and replace if faulty. Smoke detector provided by FEMA upon receipt of damaged one; and
    3) Test exhaust fans for proper operation, repair as needed.

Exhibit 6– Page 6 of 10

CH2M-FEMA(Sub2)-000017

EXHIBIT 6
MANUFACTURED HOME

d) Final Clean-Up and Readiness:

    1) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;

    2) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);

    3) Remove unit packing debris and excess set-up material from premises and dispose of properly; and

    4) Report major discrepancies or missing items to FEMA inspector.

## 2.5 Municipal Sewer Tap-Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the manufactured home and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.6 Municipal Water Tap-Install Water Tap

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the manufactured home and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.7 Electric Assembly for Manufactured Homes

Furnish and install manufactured home electric power pole and meter loop 200 AMP.

The Contractor shall install an overhead electric assembly. The assembly shall be 200 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 200 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be watertight. Pole shall have a minimum top diameter of six inches (6") and meet all code requirements.

Exhibit 6– Page 7 of 10

CH2M-FEMA(Sub2)-000018

EXHIBIT 6
MANUFACTURED HOME

## 2.8    *Winterized Water Line Installation-Winterized water lines*

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the manufactured home).  Minimum requirements include:

a)  The heat cable shall be UL listed Commercial Pipe Heating Cable and be rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding.  The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

b)  The heat cable shall be installed in compliance with the cable manufacturer's instructions and securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser into the manufactured home water heater compartment for a minimum of two inches (2").  The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape.  Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser

c)  Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape.  The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered.  Riser shall be filled an appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.9    *Direct Wiring of Well Pump.*

Direct wiring to well pump must be buried and installed in accordance with State and local codes.  All cable less than 24" below grade shall be encased in approved metal conduit; all sweeps shall used at the points where the buried cable makes a 90-degree turn toward the meter loop assembly and well pump.  Must meet NEC requirements

## 2.10    *Wiring 30 AMP Well Pump Switch.*

A 30 Amp weatherproof over current protective and disconnect device for the well pump shall be installed at the electric service entrance. Must meet NEC requirements

## 2.11    *Manufactured Home Ramp*

The Contractor shall prepare the grade and construct a wooden ramp with level platform, such that the platform is centered on the door of principal entry into the manufactured home and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements as well as the safety of the occupant.  If there are required changes the contractor needs to inform FEMA in writing for approval.   The contractor shall provide all supplies and materials.

Exhibit 6– Page 8 of 10

CH2M-FEMA(Sub2)-000019

EXHIBIT 6
MANUFACTURED HOME

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the manufactured home sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum). The platform must allow for a turning radius of 36 inches (T-shape space) within a 60 inch by 60 inch square.

The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are Industrial approved (sand added to paint is unacceptable).

## 2.12 Install Complete Petroleum (LP) Gas System

### 2.12.1 Install LP gas system

The Contractor shall have installed a complete LP gas system. The installation must be made so that convenient recovery of the tank is possible. The installation shall be in accordance with State and local codes. .

The terms shall include the contractor securing a one-year rental of a minimum 100-gallon tank and 100 gallons of gas at time of installation.

The entire system must be checked for leaks and repaired if any are found. The furnace orifice shall be converted to LP gas if necessary, pilot lit, unit cycled, and adjustments made.

## 2.13 Natural Gas Connections

a) Furnish and install natural gas hook-up from existing riser to manufactured home
b) Furnish and install underground gas line extension and riser from gas meter

The Contractor shall furnish and install natural gas service to the manufactured home. Connection shall be from the natural gas inlet on the manufactured home to the natural gas riser and/or extension (underground) from gas meter terminating with a riser in accordance with these specifications, State and local regulations.

The supply connection shall be as required by State and local codes.

As necessitated, extend main gas line from gas meter with approved pipe, underground, to terminate in a riser eighteen inches (18") to twenty-four inches (24") from side wall of pipe from the exterior wall gas inlet of the unit to the natural gas riser. The gas line shall be tested and accepted in accordance with local regulations. Pressure shall not be less that six inches (6") mercury column or 3-psi for 10 minutes without any drop. The pilot shall be

Exhibit 6– Page 9 of 10

CH2M-FEMA(Sub2)-000020

## EXHIBIT 6
## MANUFACTURED HOME

lit, unit cycled, and any adjustments made. Minor repairs to the furnace may be required and will be the responsibility of the Contractor.

## 2.14 Skirting-Furnish and install skirting

The Contractor shall furnish and install matching vinyl skirting on entire perimeter of manufactured home in accordance with manufacturer's recommendations and normal standards of industry. Material shall be self-ventilating and have a top rail to conceal top fasteners. An access panel or equivalent shall be provided adjacent to the manufactured home water inlet location. The skirting shall be securely fastened to the manufactured home and ground using accepted fastening methods. The contractor must supply all materials.

## 2.15 Handicap Modifications for handicap accessibility

As identified by FEMA the contractor may have to perform modifications a designated unit. FEMA will identify what modifications are needed. The contractor is responsible for ensuring these modifications are within Federal, State, and local codes and ordinances and the current American Disability Act (refer to the Uniform Federal Accessibility Standards: FED–STD 795; also available on website http://www.access-board.gov/). The contractor must also furnish all supplies and materials to perform the designated tasks. FEMA reserves the right to assign these tasks to a contractor other the contractor installing the unit, if required.

## 2.16 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Unit shall be ready to occupy within 7 calendar days of work order issuance. Receipt required for permits. The permits shall be reimbursed on actual costs only.

## 2.17 Miscellaneous for MH Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or Designee that are not addressed by the above descriptions and line items.

Exhibit 6– Page 10 of 10

CH2M-FEMA(Sub2)-000021

Case 3:07-cv-01873-KDE-ALC Document 48-39 Filed 09/16/2009 Page 23 of 74

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations. The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

## 2.1.1 Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest.

## 2.1.2 Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

**Exhibit 7– Page 1 of 10**

CH2M-FEMA(Sub2)-000022

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3 Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4 Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2 of 10

CH2M-FEMA(Sub2)-000023

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet. This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5 Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet. This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3 of 10

CH2M-FEMA(Sub2)-000024

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.6   Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet. The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

## 2.1.7   Fill Propane Tanks.

Fill both tanks and inspect connections.

## 2.1.8   Steps

If required, the Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform. The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

## 2.1.9   Make Travel Trailer Ready For Occupancy (RFO).

i)   **Assemble Accessories and Arrange for Use:**
 (a) Arrange all furniture for occupancy;
 (b) Clean and mount storm window panels;
 (c) Install drawers;
 (d) Remove window clips; travel blocking and protective taping;
 (e) Hang fire extinguisher (report low charge to FEMA inspector);
 (f) Mount exterior light fixtures, and install bulbs;
 (g) Install interior light globes and covers;

Exhibit 7– Page 4 of 10

CH2M-FEMA(Sub2)-000025

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

      (h) Install screens;
      (i) Re-install any fallen curtains;
      (j) Install cabinet door panels and other knockout panels;
      (k) Install commode tank lid; and
      (l) Repair, if necessary, cabinet/door/drawer hardware.

**ii) Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
      (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
      (b) Verify hot/cold water lines, reverse if required;
      (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
      (d) Replace commode wax ring and tank gaskets, as needed;
      (e) Tighten loose connections in electrical system; and
      (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

**iii) Test Appliances and Appurtenances:**
      (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
      (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
      (c) Test exhaust fans for proper operation, repair as needed.

**iv) Final Clean-Up and Readiness:**
      (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
      (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
      (c) Remove unit packing debris and excess set-up material from premises; and
      (d) Report major discrepancies or missing items to FEMA inspector.

## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5 of 10

CH2M-FEMA(Sub2)-000026