## EXHIBIT 7
## TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

## 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad. At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6 of 10

CH2M-FEMA(Sub2)-000027

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter. Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly. The assembly shall be at least 50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections on the meter pole must be watertight. Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer). Minimum requirements include:

Exhibit 7– Page 7 of 10

CH2M-FEMA(Sub2)-000028

**EXHIBIT 7**
**TRAVEL TRAILER INSTALLATION**

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8 of 10

CH2M-FEMA(Sub2)-000029

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

## 2.1.18  Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the basic set-up.  All components shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements.

## 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.  FEMA will reimburse the contractor the actual permit fees. Receipt required.

## 2.1.20 Provide additional 25' Potable Water Hose

## 2.1.21 Provide and Install 5KW Generator

## 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes.  All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards.  Sweeps shall be used at the unit and meter loop assembly.  If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

## 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

## 2.1.24  Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If the task was performed by others, a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

## 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9 of 10

CH2M-FEMA(Sub2)-000030

## EXHIBIT 7
### TRAVEL TRAILER INSTALLATION

and flush with the doorsill. Contractor shall coordinate platform design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform surfaces, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The platform heights shall be between seven and one half-inch (7 1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The platforms shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

**Exhibit 7– Page 10 of 10**

CH2M-FEMA(Sub2)-000031

EXHIBIT 8
Park Model

# 1. INSTALLATION SPECIFICATIONS

## 1.1 General

This establishes the minimum requirements for the transportation and installation of park models (MHs) to support FEMA disaster operations. The minimum requirements may be changed by FEMA to address the needs of the current mission. Specifically included are the Contractors' responsibilities for the permitting, transportation, labor, and materials to accomplish the following tasks:

### 1.1.1

The units will be picked up from the closest appropriate designated staging area or location and delivered to the installation site identified by FEMA. The unit must be picked up by the close of business of the next work day from the date of the of the work order.

Site preparation includes state and local permitting requirements, and readying the site for foundation piers and anchoring systems. Also included are locating and exposing water, sewer, electrical, and natural or LP gas lines and connections whereby they can be hooked up and made serviceable for the MHs. *State and local permits shall be properly applied and obtained within 3 working days of Work Order issuance.*

### 1.1.2

Unit installation includes placement of park models on the designated lots, installing foundation piers, anchoring the units, and hooking up the utilities. Also, an air conditioning system must be installed, the units winterized and skirted, and steps or handicap ramps, as specified. Inside the units, furniture and appliances shall be unpacked, set-up and made ready for use. Units will be cleaned and inspected by the Contractor to ensure occupancy readiness. Contract performance will be determined by a final acceptance inspection of each unit by FEMA. *Installations shall be complete within 5 calendar days of receipt of state and / or local permits.*

## 1.2 Technical Specifications

This addresses the technical requirements that govern the transport and installation of park models. Technical specifications include the "Manufacturer's Installation Guidelines", "FEMA Guidelines", and "State and Local Codes and Regulations". As a rule of thumb, if the State and Local entities have no problems with the following, contractors will utilize the manufacturer's guidance to preclude the potential void of the unit manufacturer's guarantees and/or warranties. *The Contractor is responsible for notifying the FEMA Contracting Officer's Technical Representative (COTR) of any conflict between the various technical requirements and request appropriate direction.*

## 1.3 Site Preparation

Site preparation is limited to the work required to ready the individual lots for installation of the park models. MH pads may be located on private, group or commercial MH Park

Exhibit 8 – Page 1 of 10

CH2M-FEMA(Sub2)-000032

**EXHIBIT 8**
**Park Model**

sites. Commercial and group sites rarely present any logistical problems for placement and set-up as they are constructed for this purpose. Prior to approval of private sites, a close inspection of each one is required. *First, reassure that the site is not located in a floodplain (A or V zoned). Also, ascertain that the site has developed roadways and is accessible with no obstructions or debris hampering the placement or positioning of the unit on the proposed site.* The utilities located on each lot should have plumbing risers and electrical distribution boxes etc. ready for unit hook-up or points (within a reasonable distance) on the primary utility systems that can be readily tapped and extended to the unit's utility connecting points.

### 1.4 Site Inspection

The unit must be installed as identified by the site inspections. The site inspection will provide a layout of installation areas to include site locations and areas for the placement of each park model. The contractor is responsible for verifying the layout prior to unit placement. Distance between units and overall positioning will be in accordance with local setback, fire and other installation codes. Directions and plat details may be provided by FEMA as available to the contractor as required for planning of site preparation and set-up of the park models. FEMA will also identify any special requirements (e.g., handicap ramps, and handicap modifications) for specific lots. The contractor is responsible for coordination with local code authorities to determine and ensure that specific installation code requirements are met.

### 1.5 Licensed Technicians

The contractor must be, or have employed, registered/licensed technicians (plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units.

### 1.6 Materials & Supplies

The contractor is responsible for supplying all materials and supplies needed to perform the assigned tasks and make the MHs ready for occupancy (RFO). The exceptions are the unit's furnishing, appliances, water heater, furnace, A/C and other items that are provided with the unit.

## 2. Base Items

The installation of the park model consists of items as necessary.

### 2.1 Codes, Regulations and Standards

Work performed under the contract shall be in accordance with applicable Federal, State and local codes and regulations. The contractor for installation of park models will follow the manufacturer's installation instructions and guidelines unless overridden by a State or local code. As a supplement to the manufacturer's guidance, the American National Standard for Park model Installations (NCSBCS/ANSI A225.1) provides additional installation details and standards and shall be followed for work not covered by the manufacturer or FEMA specifications. Precedent for applying codes and regulations are

Exhibit 8 – Page 2 of 10

CH2M-FEMA(Sub2)-000033

EXHIBIT 8
Park Model

HUD and federal requirements first, State and local second, manufacturers third, and
NCSBCS/ANSI A 225.1, last.


## 2.2   Lot Preparations

All trenches shall be backfilled in accordance with applicable codes.  All wood used on site
(blocking, steps, ramps, etc.) shall be exterior grade lumber or construction grade lumber.
All lumber must be treated.


## 2.3   Transport

The park model shall be properly placed, positioned and aligned on the site as laid out and
staked by the Site Inspector.  If the unit is improperly positioned, the Contractor must
reposition the unit by the end of the day following delivery to site.  If this is not
accomplished as stated, FEMA reserves the rights to reassign the unit to another set-up
contractor or have the unit repositioned by another party and back charge the original
contractor the cost of the repositioning.  The towing operator must be properly licensed
and insured to protect the Government's interest.


## 2.4   Park model Set-Up

### 2.4.1   Blocking and Leveling

Park model piers shall be installed in accordance with the manufacturer's installation
instructions and based on the soil bearing capacity of 1000 psf.  *The number and location
of piers shall be in accordance with HUD and the manufacturer's instructions unless local
codes provide for differing specifications.  If the piers are not vertical at the time of final
inspection, they shall be removed and reinstalled by the Contractor at no additional cost.*
The Contractor will be responsible for all necessary re-leveling and re-blocking of the park
model for a period of 90 days after final inspection


### 2.4.2   Anchor and Strap (Tie-Downs)

Anchoring and strapping for tie-down of park models shall be based on the wind zone III
and the soil bearing capacity of 1000 psf.  *The units will be anchored to resist floatation,
collapse, and lateral movement.*  The HUD Part 3280 Manufactured Home Construction
and Safety Standards determine the wind zone.  The manufacturer's installation
instructions will be followed in determining the location and number of unit tie-down
connecting points and method of securing the anchors.  *The Contractor is responsible for
determining the specific type anchors to be used and the method of securing the anchors
based on the anchor manufacturer's instructions and local soil conditions.*  The Contractor
will determine soil conditions pertinent to anchor pullout resistance through contact with
local building officials, soils engineers or other methods acceptable to local authorities.


Exhibit 8 – Page 3 of 10

CH2M-FEMA(Sub2)-000034

**EXHIBIT 8**
Park Model

### 2.4.3    Sewer Line Installation to Park model

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the park model.  At sites with sewer riser already installed, the Contractor will make the connection between the park model connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line.  The pipefitting that attaches the sewer connection to the drain outlet of the park model shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The line shall be of the shortest practical length and include a clean-out wye.  The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code.  This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.*  If the park model has multiple sewer drop points, they will be interconnected to a single unit drop point.

### 2.4.4    Water Line Installation to Park model

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the park model pad.  At sites with water service riser already installed, the Contractor will make the connection between the park model connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line.  The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.  A back flow preventer valve will be properly installed. Backfill materials

Exhibit 8 – Page 4 of 10

CH2M-FEMA(Sub2)-000035

**EXHIBIT 8**
Park Model

shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the park model shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

### 2.4.5 Direct Wiring of Park model

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the park model interior electrical distribution panel or park model junction box.

All electrical service to include entrance cables shall be in accordance with the National Electrical Code (NEC) and State and Local requirements. The service must have an underground rating of 100 AMPS. Direct burial cable is to be buried at least twenty-four inches (24") below the grade. (Note: This includes the A/C breaker and burial cable) All service entrance cable, which cannot be buried twenty-four inches (24") below ground, shall be encased in rigid or intermediate metal conduit. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards. Sweeps shall be used at the park model junction box and meter loop assembly. If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection. The AC hook-up is included in the set-up.

The air conditioner hook-up will be in accordance with the manufacturer specifications and installed by a certified heating and cooling technician. The AC unit must be within an eye's view of the A/C electrical breaker. The contractor will be required to get the appropriate permits and meet all local codes and ordinances pertaining to the installation of the A/C unit. The A/C electrical installation with includes burial cable and 30 Amp breakers (switch) are part of the installation. The installation contractor is responsible for supplying all the appropriate materials for this installation, with exception to the A/C unit. The A/C unit is provided with the unit.

### 2.4.6 Steps

The Contractor shall install steps at each park model entrance in accordance with local codes. As a minimum, steps will be constructed of wood or metal. The steps must be

Exhibit 8 – Page 5 of 10

CH2M-FEMA(Sub2)-000036

EXHIBIT 8
Park Model

forty-eight inches (48") wide between the two (2) sanded and painted with one coat of white paint handrails. The top step shall be constructed with a level platform such that the platform is centered on the door of principal entry into the park model and flush with the doorsill. The handrails shall be constructed with 2" x 4" safety edge lumber shall be provided on all steps. All material requirements shall be in accordance with the applicable guidelines. Steps shall have a stable foundation, be level in both directions and anchored. The platform shall have a non-skid surface using materials that are State and Industrial approved (sand added to paint is unacceptable). Other materials for steps that are approved by the state and local code enforcement jurisdiction may be substituted with the COTR's approval.

### 2.4.7  Making the Park model Ready for Occupancy

a) Assemble Accessories and Arrange for Use:
   1) Arrange all furniture for occupancy;
   2) Clean and mount storm window panels;
   3) Install drawers;
   4) Remove window clips; travel blocking and protective taping;
   5) Hang fire extinguisher (report low charge to FEMA inspector);
   6) Mount exterior light fixtures, and install bulbs;
   7) Install interior light globes and covers;
   8) Install unmounted screens;
   9) Re-install any fallen curtains;
   10) Install cabinet door panels and other knockout panels;
   11) Install commode tank lid; and
   12) Repair, if necessary, cabinet/door/drawer hardware.
b) Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)
   1) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
   2) Verify hot/cold water lines, reverse if required;
   3) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
   4) Replace commode wax ring and tank gaskets, as needed;
   5) Tighten loose connections in electrical system; and
   6) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.
c) Test Appliances and Appurtenances:
   1) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
   2) Test smoke detectors and replace if faulty. Smoke detector provided by FEMA upon receipt of damaged one; and
   3) Test exhaust fans for proper operation, repair as needed.
d) Final Clean-Up and Readiness:
   1) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;

Exhibit 8 – Page 6 of 10

CH2M-FEMA(Sub2)-000037

**EXHIBIT 8**
**Park Model**

2) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);

3) Remove unit packing debris and excess set-up material from premises and dispose of properly; and

4) Report major discrepancies or missing items to FEMA inspector.

## 2.5 Municipal Sewer Tap-Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the park model and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.6 Municipal Water Tap-Install Water Tap

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the park model and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.7 Electric Assembly for Park models

Furnish and install park model electric power pole and meter loop 100 AMP.

The Contractor shall install an overhead electric assembly. The assembly shall be 100 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 100 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be watertight. Pole shall have a minimum top diameter of six inches (6") and meet all code requirements.

## 2.8 Winterized Water Line Installation-Winterized water lines

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the park model). Minimum requirements include:

Exhibit 8 – Page 7 of 10

CH2M-FEMA(Sub2)-000038

EXHIBIT 8
Park Model

a) The heat cable shall be UL listed Commercial Pipe Heating Cable and be rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

b) The heat cable shall be installed in compliance with the cable manufacturer's instructions and securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser into the park model water heater compartment for a minimum of two inches (2"). The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser

c) Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered. Riser shall be filled an appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.9  Direct Wiring of Well Pump.

Direct wiring to well pump must be buried and installed in accordance with State and local codes. All cable less than 24" below grade shall be encased in approved metal conduit; all sweeps shall used at the points where the buried cable makes a 90-degree turn toward the meter loop assembly and well pump. Must meet NEC requirements

## 2.10  Wiring 30 AMP Well Pump Switch.

A 30 Amp weatherproof over current protective and disconnect device for the well pump shall be installed at the electric service entrance. Must meet NEC requirements

## 2.11  Park model Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform, such that the platform is centered on the door of principal entry into the park model and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements as well as the safety of the occupant. If there are required changes the contractor needs to inform FEMA in writing for approval. The contractor shall provide all supplies and materials.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

Exhibit 8 – Page 8 of 10

CH2M-FEMA(Sub2)-000039

EXHIBIT 8
Park Model

industry. Material shall be self-ventilating and have a top rail to conceal top fasteners. An access panel or equivalent shall be provided adjacent to the park model water inlet location. The skirting shall be securely fastened to the park model and ground using accepted fastening methods. The contractor must supply all materials.

## 2.15 Handicap Modifications for handicap accessibility

As identified by FEMA the contractor may have to perform modifications a designated unit. FEMA will identify what modifications are needed. The contractor is responsible for ensuring these modifications are within Federal, State, and local codes and ordinances and the current American Disability Act (refer to the Uniform Federal Accessibility Standards: FED–STD 795; also available on website http://www.access-board.gov/). The contractor must also furnish all supplies and materials to perform the designated tasks. FEMA reserves the right to assign these tasks to a contractor other the contractor installing the unit, if required.

## 2.16 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Unit shall be ready to occupy within 7 calendar days of work order issuance. Receipt required for permits. The permits shall be reimbursed on actual costs only.

## 2.17 Miscellaneous for MH Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or Designee that are not addressed by the above descriptions and line items.

Exhibit 8 – Page 10 of 10

CH2M-FEMA(Sub2)-000040

EXHIBIT 9
UNIT MAKE READY ONLY

# 1. General

This consists of getting units ready to occupy only.  FEMA will identify those units that are required to be prepared to occupancy only.  This includes cleaning, checking, and fumigating the unit. The make ready includes, but is not limited to:

# 2. Accessory Assembly

Assembling accessories and arranging for use includes, but is not limited:

- o   Arrange all furniture for occupancy.
- o   Clean and mount storm window panels.
- o   Install drawers.
- o   Remove window clips; travel blocking and protective taping.
- o   Hang fire extinguisher (report low charge to FEMA inspector).
- o   Mount exterior light fixtures, and install bulbs.
- o   Install interior light globes and covers.
- o   Install unmounted screens.
- o   Re-install any fallen curtains.
- o   Install cabinet door panels and other knockout panels.
- o   Install commode tank lid; and Repair, if necessary, cabinet/door/drawer hardware.
- o   Cleaning or changing mattresses, as necessary.

# 3. Testing

## 3.1 Utility Systems

Testing Utility Systems and Making Minor Repairs. (All parts changed must be of same quality.)

- o   Testing water system and making minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.).
- o   Checking hot/cold water lines, reverse if required.
- o   Tightening or replace loose drain line connections (traps, strainer assemblies, etc.).Replace commode wax ring and tank gaskets, as needed.
- o   Tightening loose connections in electrical system; and
- o   Testing electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.

## 3.2 Appliances & Appurtenances

Testing appliances and appurtenances and Making Minor Repairs. (All parts changed must be of same quality.)

- o   Testing and making any necessary minor repairs to the refrigerator, range, furnace, air conditioner, microwave, and water heater for proper operations.
- o   Adjusting pilots and burners, change orifices, water heater elements, etc., as needed.
- o   Testing smoke detectors and replace if faulty.
- o   Testing exhaust fans for proper operation and repair as needed.

Exhibit 9 – Page 1 of 2

CH2M-FEMA(Sub2)-000041

EXHIBIT 9
UNIT MAKE READY ONLY

## 4. Final Clean-Up and Readiness.

o  Cleaning floors, counters, kitchen equipment, bath fixtures, and windows.
o  Perform any other minor work required to prepare the unit for occupancy (i.e., door and paneling adjustments, etc.).
o  Removing unit packing debris and material from premises.
o  Reporting major discrepancies or missing items to FEMA inspector.

Exhibit 9 – Page 2 of 2

CH2M-FEMA(Sub2)-000042

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

# 1. General

This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

This contractor at a minimum will:

a) Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls and making repairs as required for units assigned to the contractor and/or identified by FEMA.

b) Maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, routine and emergency maintenance and will make those records available for review upon request by FEMA. The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records will be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is terminated.

c) Perform other tasks as required by the COTR and / or the COTR's designee, and as described in the Additional Cost Line Items portion of this document. FEMA will notify the contractor of the requirement for these tasks.

d) Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

e) The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

f) Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.

g) Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

h) Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, or appliance repairman.

i) Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.

j) Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

Exhibit 10 – Page 1 of 15

CH2M-FEMA(Sub2)-000043

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

k) Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2. Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

### 2.1 Plumbing System

Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

### 2.2 Electrical System

Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

### 2.3 Heating and Cooling System

This includes all major components to include wiring and associated parts

### 2.4 Replacement of Components

Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

### 2.5 Entrance/Exit components

This includes all panels, sidings, windows, screens and doors.

## 3. Function (tasks) Descriptions.

### 3.1 Maintenance – Emergency

Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

The Contractor shall initiate repairs to eliminate these healths, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work as soon as possible. This may include temporary repairs, in which

Exhibit 10 – Page 2 of 15

CH2M-FEMA(Sub2)-000044

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

Emergency maintenance is typically required in response to, but not limited to, one of the following problems:
a) Gas leak
b) Major water leak, where a shut off valve cannot be located
c) Actual sewage leak (Health concern)
d) No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit)
e) No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit)
f) No electricity (excluding local power company failure), or major electrical malfunction.

### 3.2 Maintenance – Routine

Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement. When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250. **For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.** It is the contractor's responsibility to obtain the name of the person and the time of the decision.

<u>Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment</u>. If payment has been made the amount may be deducted from subsequent payments.

Priority shall be given during routine maintenance to:
a) Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition
b) Problems that could be a health concern, such as stopped-up sewer or water lines
c) Permanent correction of temporary repairs that were performed under emergency maintenance; and
d) Other such tasks where earlier correction could lessen the extent of the problem.

### 3.3 Maintenance – Staging

This is related to the units located at the staging areas or other designated areas identified by FEMA. This function includes performing maintenance of units identified by FEMA. Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

Exhibit 10 – Page 3 of 15

CH2M-FEMA(Sub2)-000045

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

### 3.4 *Major Material Item Replacement*

The Contractor shall provide all necessary replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The Contractor may replace these items only after prior inspection and approval by the COTR or CO.

If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report. This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

*Note: This is for the actual item costs. Labor costs are covered under the monthly maintenance fee. Any additional labor cost must be itemized and approved by the COTR prior to performing the work. The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item*

Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested. Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs

The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government. If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices. Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250. The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant. The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over. Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational

Exhibit 10 – Page 4 of 15

CH2M-FEMA(Sub2)-000046

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

## 4. Issuance of Work.

FEMA reserves the right to issue work to staff and other resources to perform the mission. The contractor will be assigned units after the units have been installed. The contractor will perform monthly maintenance service visits for each unit assigned. These visits must be at least 14 days apart.

The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled.

The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met. The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month.

The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit. The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit. A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

Routine, emergency, and staging work may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall:
   a) Complete the work order prior to requesting the occupant's signature (excluding cost).
   b) Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA. The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy. The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval. If it is determined that these items need to be replaced for the

Exhibit 10 – Page 5 of 15

CH2M-FEMA(Sub2)-000047

# MAINTENANCE-TEMPORARY HOUSING UNITS

unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

For billing purposes the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

## 5. Contractor Responsibilities

### 5.1 Work Hours

Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

### 5.2 Phone Service

The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants.

### 5.3 Facilities

The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements. Identification
The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff.

### 5.4 Resources

The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

### 5.5 Contractor Expectations

All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism,

Exhibit 10 – Page 6 of 15

CH2M-FEMA(Sub2)-000048

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

and behavior. The contractor must be able to provide a background check of employees as requested.

## 5.6  Qualification of Personnel

Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, and/or plumbing repairs.

a) The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

b) For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair. Utilization of licensed/certified personnel shall be at no additional cost to FEMA. Availability of licensed technicians shall be (a) on a 24-hour basis, if needed, (b) maintained throughout the period of this contract, and (c) the contractor may be required to provide documentation to the COTR that substantiates that licensed/certified technicians are being used.

c) The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

## 5.7  Warranty

All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form

## 5.8  Problem Reporting

Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.

# 6.  Tasks

## 6.1  MH / TT Maintenance Specifications

| | |
|---|---|
| **Task** | THM-01 |
| **Task Title** | MH / TT Maintenance Specifications |
| **Task Description** | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that |

Exhibit 10 – Page 7 of 15

CH2M-FEMA(Sub2)-000049

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

require the effort of skilled technicians or labors.  FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

**Response Time**     The contractor will provide maintenance services of units assigned and identified by FEMA.  Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor.

**Compensation**     Monthly Maintenance – For each FEMA temporary housing unit still assigned (RFO) as of close of business (COB) of the last day of the month the contractor will be compensated a flat fee that covers: any repairs, labor, parts and emergency service, re-leveling, and monthly preventive maintenance inspections.

This includes the move-out inspection and clean and make ready of the unit when the unit is vacant.

If there are excessive emergency service calls the contractor shall inform the COTR of the trend and provide a log of events during the billing cycle.

**Unit of Issue**     Per Assigned Unit Per Month

## 6.2 Staging Maintenance

**Task**     THM-02

**Task Title**     Staging Maintenance

**Task Description**     This is for maintaining units in staging locations, as identified by the COTR or designee.

**Response Time**     48 hours after the issuance of the work order.

**Compensation**     A work order will be issued for the unit needing the maintenance work. Compensation is by time and materials

**Unit of Issue**     Per unit

## 6.3 Miscellaneous for TT Maintenance

**Task**     TTM-05

**Task Title**     Miscellaneous for TT Maintenance

Exhibit 10 – Page 8 of 15

CH2M-FEMA(Sub2)-000050

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

**Task Description**   Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy.

Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys.

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**   As appropriate

**Compensation**   Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**   Each

Exhibit 10 – Page 9 of 15

CH2M-FEMA(Sub2)-000051

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

## 6.4 *Install power pole and meter loop 30 AMP service*

| | |
|---|---|
| **Task** | TTM- 07A |
| **Task Title** | Install power pole and meter loop 30 AMP service |
| **Task Description** | Furnish and install temporary power pole and 30AMP meter-base. Contractor will meet all local and State codes. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.5 *Install power pole and meter loop 50 AMP service*

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |
| **Compensation** | Direct wiring of a 30 AMP RV outlet and disconnect will be invoiced as time and materials. The contractor will be compensated for power pole and 30 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 10 of 15

CH2M-FEMA(Sub2)-000052

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 6.6  Manufactured Homes Tasks

### 6.6.1      Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05A |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |
| | This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities. |
| **Response Time** | As appropriate |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement. |
| **Unit of Issue** | Each |

### 6.6.2      Miscellaneous for MH Maintenance

| | |
|---|---|
| **Task** | MHM-05B |
| **Task Title** | Miscellaneous for MH Maintenance |
| **Task Description** | Miscellaneous tasks associated with the on-site unit maintenance of installed mobile home units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. Includes key replacement and associated locksmith tasks when there are no keys available when unit is Ready For Occupancy. |
| | Excludes key replacement and associated locksmith tasks for occupied units due to occupant loss of keys or requests for additional keys. |

Exhibit 10 – Page 11 of 15

CH2M-FEMA(Sub2)-000053

## EXHIBIT 10
## MAINTENANCE-TEMPORARY HOUSING UNITS

This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

**Response Time**    As appropriate

**Compensation**    Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If others performed the task a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

**Unit of Issue**    Each

### 6.6.3    Install power pole and meter loop 100 AMP service

**Task**    MHM- 07A

**Task Title**    Install power pole and meter loop 100 AMP service

**Task Description**    Furnish and install temporary power pole and 100AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

**Response Time**    As appropriate

**Compensation**    Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required.

**Unit of Issue**    Each

### 6.6.4    Install power pole and meter loop 200 AMP service

**Task**    MHM- 07B

**Task Title**    Install power pole and meter loop 200 AMP service

**Task Description**    Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes.

The contractor must have all appropriate permits and licenses.

Exhibit 10 – Page 12 of 15

CH2M-FEMA(Sub2)-000054

**EXHIBIT 10**
**MAINTENANCE-TEMPORARY HOUSING UNITS**

| | |
|---|---|
| **Compensation** | Direct wiring of the mobile home will be invoiced as time and materials. The contractor will be compensated for power pole and 100 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

## 6.6.5    Refurbish MH

| | |
|---|---|
| **Task** | RMHR-01A |
| **Task Title** | Refurbish MH |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment manufactured home or park model (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

## 6.6.6    Refurbish TT

| | |
|---|---|
| **Task** | RTTR-01B |
| **Task Title** | Refurbish TT |
| **Task Description** | Refurbishment tasks associated with the repair and refurbishment travel trailer (installed or staging) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. |
| | Include mattress replacement, and key replacement. |
| **Response Time** | As defined by the COTR or designee |
| **Compensation** | Time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. |
| **Unit of Issue** | Each |

Exhibit 10 – Page 13 of 15

CH2M-FEMA(Sub2)-000055

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7. Septic Bladder

### 7.1 Pump Septic Bladder up to 210 gallon

(Line Item PU-1)

Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.2 Pump Septic Bladder up to 260 gallon

(Line Item PU-2)

Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local and state regulations while performing this service. Requests for bladder pumping service may be initiated by the unit occupant, assigned maintenance contractor, FEMA DHOPs field staff, FEMA DHOPs Maintenance staff, or septic pumping contractor personnel.

### 7.3 Transport and Dispose of Pumped Septic Waste up to 210 gallon

(Line Item PU-3)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

### 7.4 Transport and Dispose of Pumped Septic Waste up to 260 gallon

(Line Item PU-4)

The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPs unit site equipped with two-hundred-sixty (260) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

Exhibit 10 – Page 14 of 15

CH2M-FEMA(Sub2)-000056

EXHIBIT 10
MAINTENANCE-TEMPORARY HOUSING UNITS

## 7.5 *Dump Station Fees*

(Line Item PU-5)

The contractor shall be compensated for dump station fees. The contractor must submit the date performed, site addresses pumped, capacity of the pump truck in gallons, and dated receipt for dump station fees. In instances where the capacity of the pump truck is greater than the combined capacity of the pumped septic bladders serviced by the pump truck the receipt must be document.

Exhibit 10 – Page 15 of 15

CH2M-FEMA(Sub2)-000057

Exhibit 11
Deactivation Task

General.

This establishes the minimum requirements for disaster area deactivation of temporary housing units. FEMA reserves the right to assign any task, part or work between its Permanent Full-Time Employees, Stafford Act Employees, other temporary employees, personnel from Other Federal Agencies and Contractors, etc. to include those in place and those to be selected, based on its operational and mission requirements.

The contracting officer's technical representative (COTR) is assigned by the contracting officer (CO) and has the responsibility of monitoring performance, evaluating work, exercising appropriate technical assistance, inspecting and accepting completed work for the government and assisting the contracting officer with the contractor's performance evaluation.

In instances where the resolution of a specific issue may have a widespread effect, the resources of more than one Contractor, to include previously procured contractors, may be combined to address a solution. The division of work allows FEMA greater flexibility and surge capability to respond to the potential of multiple catastrophic events.

This contractor at a minimum will:

> Provide unit deactivation and removal services assigned by FEMA. Deactivate temporary housing units identified by FEMA. Deactivation includes performing site and unit preparation, unit removal and transport to the designated area, and returning site to pre-placement condition. NOTE: Deactivations will be on an as required by FEMA basis. FEMA will notify the contractor for unit deactivations.

> Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

> The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

> Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

> Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

EXHIBIT 11 - Page 1 of 17

CH2M-FEMA(Sub2)-000058

Exhibit 11
Deactivation Task

Deactivation

The following procedures shall be utilized in the performance of all deactivation activities. The tasks described herein do not indicate the method or priority the action may be performed in as long as the integrity of the unit is intact and steps are taken to ensure the process is completed safely and sanitarily.

Pull the steps away from the unit and remove the step anchors from the steps and ground, as appropriate

Disconnect the power source at the service entrance box and at the unit junction box. The service entrance cable is to be cut off a minimum of six (6) inches below grade, as appropriate. Also disconnect the phone line and cable, prior to moving the unit if applicable.

Shut off the fuel service at the source. Disconnect the service line at the entrance to temporary housing unit and securely cap temporary housing unit supply line, as appropriate.

Notify the LP gas supplier in writing (if applicable) that services are no longer required.

Ensure that the commode, sanitary line, and holding tank (if applicable) are free of sewage. Holding tanks shall be rinsed, the contents dumped until the liquid runs clear and free of any solids, and the valve shall be closed during transport. The valve shall be opened at the Staging site to ensure compliance with the above requirements. The contractor shall have a suitable container to catch any liquid that may escape from the tank during the valve opening procedure. The contractor shall properly dispose of any material that escapes into the contractor provided container.

Cut the temporary housing unit drain line beneath the unit leaving 4" to 6" of pipe protruding from the unit. The cut should be made in such a manner as not to adversely affect a future connection. Units provided with a threaded end on the sanitary drain line shall have the service disconnected at this point rather than by cutting the line. The drain line shall also be removed from the sewer stub-up and the sewer stub-up capped with a threaded cap to prevent foreign objects from entering the sanitary sewer line. The septic/sewer system should be returned to pre-installation condition.

Locate the water service box and shut off the water supply. Disconnect and remove the heater cable (if applicable) and insulation, and disconnect the water connection pipe from the unit supply pipe. Disconnect the water connection from the water supply.

Locate the cable and telephone and appropriately disconnect if applicable.

Remove all anchors, straps, clamps, and tie down bolts, backfill all holes resulting from installation.

EXHIBIT 11 - Page 2 of 17

CH2M-FEMA(Sub2)-000059

Case 3:07-md-01873-KDE-ALC-MBN Document 18489-13 Filed 12/07/10 Page 34 of 50
Case 3:09-cv-02752-KDE-ALC-MBN Document #46-3 Filed 09/13/09 Page 35 of 450

Exhibit 11
Deactivation Task

Inflate tires to proper pressure and replace damaged or missing tires. Check all wheel lugs and rim clamps for tightness. Check brake wires and install and/or reconnect as necessary

Inspect axle assemblies, springs, spring hangers, and equalizers for missing parts or cracked welds. Repair and/or replace as necessary.

Inspect drawbar for significant bends that could affect transportability, and ensure that all welds are free of cracks. Repair as required.

Inspect coupler assembly and screw jack to ensure proper functioning. Lubricate and /or repair or replace as required.

Remove pier blocking or stabilizer jacks. Care should be taken to avoid excessive sinking of the unit when it is lowered. During the lowering process, the unit drawbar shall be blocked in such a manner as to prevent the weight of the unit from resting on the screw jack.

The Contractor shall remove obstructions existing under the unit that will interfere with the movement of the unit.

Due to the safety and sanitary issues and concerns, the area immediately surrounding the unit shall be cleared of all set-up material within eight (8) hours of unit deactivation. No hazards associated with the deactivation will be left overnight unless steps are taken to secure the site. At the time of deactivation, the Government shall consider this material scrap. The Contractor shall take the title to this material. The material shall be removed for disposing with all debris and trash. All site holes shall be properly filled and tamped immediately

The interior fixtures, equipment, and furnishings of the unit shall be secured as follows

- All electrical fixtures shall be disassembled so that no glass domes/reflectors are left on the fixtures. These shall be wrapped in paper and placed inside drawers to prevent breakage.

- The refrigerator and range shall be bracket mounted to the floor and wall stud of the unit.
- The furnace access door shall be properly secured, but not taped.

- The fire extinguisher shall be placed under the kitchen sink cabinet and properly secured.
- The smoke detector shall be left in place

- Drawers shall be removed and placed inverted on the floor against the front wall of each room. (Drawers with RV latches should be left in the cabinet; drawers left in place will be properly secured for shipment.

EXHIBIT 11 - Page 3 of 17

CH2M-FEMA(Sub2)-000060

Exhibit 11
Deactivation Task

---

- At the time of shipment, the bedding should be placed in a normal position

- The kitchen table shall be placed standing upright against the front wall

- Curtains and drapes are to be left hanging

- No tape nails, screws, or clamps shall be used to secure any furnishings or any part of the unit, unless specifically stated in this procedure

- As applicable, the A/C shall be placed in the living room area and secured in the MH unit to prevent movement and damage to the A/C itself, other furnishing, and the unit (i.e. walls, floor, doors, etc...) during transport. The A/C must also be drained.

The exterior of the unit shall be secured. This includes removing exterior electrical fixtures, properly wrapping them and placing them in the kitchen sink. The fixture junction box shall be covered.

- The kitchen exhaust fan cover plate shall be securely closed and fastened to prevent damage and to ensure proper protection to the exhaust fan, motor, and control

- Supply and drainpipes beneath the unit shall be properly secured

- Functional anchor straps shall be coiled and secured with reinforced tape

Cleaning and Fumigating. The temporary housing unit shall be cleaned and fumigated.

The interior of the unit shall have all trash and rubbish removed. Abandoned personal effects shall be neatly tagged and bagged for identification. The neatly tagged bags shall be delivered to Staging within the unit's main bedroom closet.

In order to prevent deterioration all appliances and cabinets shall be cleaned and free from foodstuffs and other items. The counters, cabinets, stovetop, countertops, and other surfaces shall be wiped clean. All loose food particles shall be removed from the refrigerator and other surfaces and cabinets. The cabinets shall be empty. The refrigerator door shall be blocked and taped open to allow air circulation. The blocking shall not be placed against the door gasket seal. The refrigerator's interior shall be wiped clean. The complete interior of the unit, including baseboards and areas under cabinets, in closets, in compartments, furnace, A/C and water heater compartments, shall be fumigated with environmentally friendly pesticides to kill any insects that may be present

The unit shall be broom cleaned and the carpet (if any) shall be vacuumed.

Secure the doors and deliver unit to staging or holding area (within the Disaster area, or designated area vicinity or FEMA designated site), if applicable

Winterization: All water shall be removed from the system. This includes putting air pressure to the lines to clean out the water lines.

EXHIBIT 11 - Page 4 of 17

CH2M-FEMA(Sub2)-000061

Exhibit 11
Deactivation Task

Open the system's low-point drain valves, all inside water faucets, water closet valves, clothes washer valves, water heater drain valve, and shower diverter to drain the entire plumbing system

Each water faucet shall be momentarily opened while the lines are under pressure to release any trapped water, including the washing machine connections and the shower diverter

All water shall be flushed from the commode and water closet. The small amount of water remaining in the tank shall be sponged out. Note: All of the interior water faucets shall be left in an open position for additional evaporation when all visible water is removed

Approximately ½ gallon of anti-freeze shall be distributed between the commode and all P-traps on each unit, including the washing machine P-trap.

The water inlet gate valve shall be left down (one turn)

**Issuance of Work.**

FEMA reserves the right to issue work to staff and other resources to perform the mission. .

The contractor may also be tasked to perform service calls for emergency deactivations outside of normal duty hours.

Routine, and emergency, deactivations may be issued to the contractor via maintenance work orders. Maintenance work orders will be used for documenting all maintenance calls regardless of the nature. Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation. At the completion of the work the contractor shall list the deactivation towing mileage over 150 miles from the site to the staging area or designated locations, if applicable.

**Contractor Responsibilities**

Work Hours.               Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays. Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days. The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

EXHIBIT 11 - Page 5 of 17

CH2M-FEMA(Sub2)-000062

Exhibit 11
Deactivation Task

| | |
|---|---|
| **Phone Service.** | The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award. The telephone number(s) will be provided to the unit occupants. |
| **Facilities.** | The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's deactivation requirements. |
| **Identification** | The contractor personnel must wear an identification badge. The badge must include a contractor identification number, name, company name, and phone number. This badge must be visible when the contractor is working. The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc.. The contractor is responsible for monitoring their staff. |
| **Resources.** | The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance, deactivation and transport services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed. |
| **Contractor Expectations** | All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism, and behavior. The contractor must be able to provide a background check of employees as requested. |
| **Warranty.** | All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form |

EXHIBIT 11 - Page 6 of 17

Exhibit 11
Deactivation Task

Tasks

| | |
|---|---|
| Task Title | **Basic TT Deactivation** |
| Task Description | See Deactivation Process Above. |
| Response Time | Routine deactivations shall be completed within three (3) workdays after work order issuance. All set-up materials must be removed from the site within eight (8) hours of the unit being moved. If the set-up materials are not removed within this timeframe the contractor will be required to do so prior to payment for deactivation. If the contractor gives the set-up materials to the landowner, park manager, or anyone else it is still the contractor's responsibility to ensure the materials are removed. This includes filling and tampering holes and ditches as well as correcting any other possible safety and sanitary hazards and health concerns that could be associated with the deactivation of the unit. |

| | |
|---|---|
| Task Title | **Emergency TT Deactivation** |
| Task Description | When an emergency deactivation is required, the COTR/designee may issue a verbal order. A work order will follow the verbal order. At minimum the contractor shall complete the following, when being issued a verbal for emergency deactivation: |
| | The TT will be unlocked utilizing the most expeditious and safest method available. |
| | Remove all blocking and debris associated with the unit installation and deactivation, and disconnects anchoring. If time and safety permits, cut anchors six inches below grade. |
| | All utility, electric, water, sewer, gas, and any other connections which inhibit the unit's movement shall be de-energized or shut-off at the source and disconnected. |
| | The TT will be moved to the designated FEMA approved holding location. |
| | While removal of the TT from the area must be completed expeditiously, |

EXHIBIT 11 - Page 7 of 17

CH2M-FEMA(Sub2)-000064

Exhibit 11
Deactivation Task

the site shall still be left in a safe condition

Response Time        Under this task the unit will be deactivated within one day after issuing the
                     emergency deactivation work-order.

Task Title           **Emergency TT Re-Installation**
Task Description     The contractor will be compensated on a per-unit basis for emergency
                     deactivation and installation of a different unit. Additional towing charges
                     apply beyond 150 miles.

                     The per-unit emergency deactivation and installation charge includes all
                     labor, service call charges, towing within 150 miles to or from the location
                     the unit was picked up to the designated location except additional towing
                     vehicle charges beyond 150 miles. Towing charges beyond 150 miles will
                     be paid only for the towing vehicle.

                     Note: The contractor must use the same material used in the original
                     installation to re-install the different TT unit, as long as the material is in
                     good condition.

                     Mileage from installation site to or from staging or designated holding
                     area shall be determined by the most direct, legal route, taking into
                     consideration state transportation regulations.  FEMA reserves the right to
                     assign emergency deactivation-and installation to any contractor or other
                     resource to accomplish the mission.

Response Time        Within six (6) hours of being issued in a verbal order, except in cases as a
                     longer completion the PO authorizes time.  Complete deactivation and
                     installation of the TT shall be completed within twelve (12) hours of being
                     issued a work order

Task                 TTM –06

Task Title           **Reposition travel trailer**

Task Description     Reposition the installed travel trailer on the site.
                     Note: The contractor must use the same material used in the original
                     installation to re-install the TT, as long as the material is in good
                     condition.

EXHIBIT 11 - Page 8 of 17

CH2M-FEMA(Sub2)-000065

Exhibit 11
Deactivation Task

| | |
|---|---|
| **Response Time** | Within three (3) days of work order issuance. Complete deactivation and reinstallation of the TT shall be completed within twelve (12) hours. The applicant shall not be displaced overnight. |
| **Compensation** | The contractor will be compensated for repositions on a per-unit basis separate from the maintenance portion of the contract, after reposition is complete. |
| | The **per-unit charge** includes all labor, materials, and service call charges, with the exception of installing temporary power pole, if required. |
| | The contractor must have all appropriate permits and licenses. |
| **Unit of Issue** | Each |

EXHIBIT 11 - Page 9 of 17

CH2M-FEMA(Sub2)-000066

Exhibit 11
Deactivation Task

Task                    TTM-08

Task Title              Relocate Travel Trailer

Task Description        Relocate the installed travel trailer from one site to another. NOTE: The
                        contractor shall use the same material used in the original installation to
                        re-install the TT, as long as the material is in good condition.

Response Time           Within three (3) days of work order issuance. Complete deactivation and
                        reinstallation of the TT shall be completed within twelve (12) hours. The
                        applicant shall not be displaced overnight.

Compensation            The contractor will be compensated for relocations on a per-unit basis
                        separate form the maintenance portion of the contract, after relocation is
                        complete.

                        The **per-unit charge** includes all labor, materials, service call charges and
                        towing charges within 150 miles. Towing charges beyond 150 miles will
                        be paid only for the towing vehicle.

                        <u>The contractor must have all appropriate permits and licenses.</u>

Unit of Issue           Each

**EXHIBIT 11 - Page 10 of 17**

CH2M-FEMA(Sub2)-000067

Exhibit 11
Deactivation Task

Manufactured Homes Tasks

| | |
|---|---|
| Task | MHD-01 |
| Task Title | **MH Deactivation** |
| Task Description | See Deactivation Process Above. |
| Response Time | Routine deactivations shall be completed within five (5) workdays after work order issuance. . All set-up materials must be removed from the site within eight (8) hours of the unit being moved. If the set-up materials are not removed within this timeframe the contractor will be required to do so prior to payment for deactivation. If the contractor gives the set-up materials to the landowner, park manager, or anyone else it is still the contractor's responsibility to ensure the materials are removed. This includes filling and tampering holes and ditches as well as any other possible safety and sanitary hazards or and health concerns that could be associated with the deactivation of the unit. |
| Compensation | The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete. |
| | The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location within 150 miles except additional towing miles outside 150 miles as outlined above. |
| | The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |
| Task | MHD-02 |
| Task Title | **MH Emergency Deactivation** |
| Task Description | When an emergency deactivation is required, the COTR or designee may issue a verbal order. A work order will follow the verbal order. At minimum the contractor shall complete the following, when being issued a verbal for emergency deactivation: |
| | The MH will be unlocked utilizing the most expeditious and safest method available. |

EXHIBIT 11 - Page 11 of 17

CH2M-FEMA(Sub2)-000068

Exhibit 11
Deactivation Task

---

Remove all blocking and debris associated with the unit installation and deactivation, and disconnects anchoring. If time and safety permits, cut anchors six inches below grade.

All utility, electric, water, sewer, gas, and any other connections which inhibit the unit's movement shall be de-energized or shut-off at the source and disconnected.

The MH will be moved to the designated FEMA approved holding location.

While removal of the MH from the area must be completed expeditiously, the site shall still be left in a safe condition

**Response Time**     Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order.

**Compensation**     The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete.

The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location within 150 miles except additional towing miles outside 150 miles as outlined above.

The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses.

**Unit of Issue**     Per emergency deactivation for MH

EXHIBIT 11 - Page 12 of 17

CH2M-FEMA(Sub2)-000069

| | |
|---|---|
| Task | MHE-03 |
| Task Title | **MH Emergency Deactivation and Installation** |

Task Description      The contractor will be compensated on a per-unit basis for emergency deactivation and installation, in addition to additional towing charges beyond 150 miles.

The per-unit emergency deactivation and installation charge includes all labor, service call charges, towing within 150 miles from the location the unit was picked up to the designated location except additional towing vehicle charges beyond 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle.

Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition.

Mileage from installation site to staging or designated holding area shall be determined by the most direct, legal route, taking into consideration state transportation regulations.

FEMA reserves the right to assign emergency deactivation and installation to any contractor or other resource to accomplish the mission. The contractor shall install the unit in accordance with the MH Installation Specifications.

Response Time      Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order and the installation will be complete within 3 days of the deactivation.

Compensation      The contractor will be compensated for deactivations on a per-unit basis separate from the maintenance portion of the contract, after deactivation is complete plus the actual fair market installation cost for the unit, which determined by the standard FEMA installation cost for the disaster.

The **per-unit deactivation charge** includes all labor, service call charges, towing to staging area or designated location and installed within 150 miles except additional towing miles outside 150 miles as outlined above.

The most direct, legal route, considering State transportation regulations, shall determine mileage from set-up site to staging/holding area. The contractor must have all appropriate permits and licenses

Unit of Issue      Per emergency deactivation-installation for MH

EXHIBIT 11 - Page 13 of 17

CH2M-FEMA(Sub2)-000070

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHD-04 |
| Task Title | **Additional Mileage for MH Tow (each towing mile over 150 miles)** |
| Task Description | Distances beyond a 150-mile haul for temporary housing units; are additive contract costs |
| Response Time | As appropriate |
| Compensation | For each mile the MH deactivation to the designated location that is beyond 150 miles from where the unit was deactivated from. The contractor will be paid for each mile beyond 150-mile. |
| Unit of Issue | Per Mile beyond 150 miles, |

EXHIBIT 11 - Page 14 of 17

CH2M-FEMA(Sub2)-000071

Exhibit 11
Deactivation Task

| | |
|---|---|
| Task | MHM –06 |
| Task Title | **Reposition mobile home** |
| Task Description | Reposition the installed mobile home on the site.<br>Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. |
| Response Time | The task will be complete and the unit RFO within three (3) days of work order issuance. |
| Compensation | The contractor will be compensated for repositions on a per-unit basis separate from the maintenance portion of the contract, after reposition is complete.<br><br>The **per-unit charge** includes all labor, materials, and service call charges, with the exception of installing temporary power pole, if required.<br><br>The contractor must have all appropriate permits and licenses. |
| Unit of Issue | Each |

EXHIBIT 11 - Page 15 of 17

CH2M-FEMA(Sub2)-000072

Exhibit 11
Deactivation Task

| | |
|---|---|
| **Task** | MHM-08 |
| **Task Title** | Relocate Mobile Home |
| **Task Description** | Relocate the installed mobile home from one site to another. NOTE: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. |
| **Response Time** | The task will be complete and the unit RFO within three (3) days of permit issuance. Permitting applications must be completed before movement of the unit. |
| **Compensation** | The contractor will be compensated for relocations on a per-unit basis separate from the maintenance portion of the contract, after relocation is complete. |
| | The **per-unit charge** includes all labor, materials, service call charges and towing charges within 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle. |
| | <u>The contractor must have all appropriate permits and licenses.</u> |
| **Unit of Issue** | Each |

EXHIBIT 11 - Page 16 of 17

CH2M-FEMA(Sub2)-000073

Exhibit 11
Deactivation Task

1. **Difficult Site (Hard Tow): Furnish heavy equipment to reposition or remove Travel Trailer.**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the travel trailer or remove the travel trailer from the designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

2. **Difficult Site Units (Furnish heavy equipment to reposition or remove manufactured home).**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the manufactured home or remove the manufactured home from the designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

3. **Difficult Site Units (Furnish heavy equipment to reposition or remove park model).**

   The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the park model or remove the park model on designated site. Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector. Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

EXHIBIT 11 - Page 17 of 17

CH2M-FEMA(Sub2)-000074

EXHIBIT 12
Group Site Design

# 1. General

When Ordered, the Contractor shall design the site identified by FEMA. This design shall include infrastructure, site layout, construction strategy (timelines), and itemized materials list that include supplies, equipment, and projected staffing by position.

# 2. Requirements

## 2.1 Stakeholder

The Contractor shall address and abide by all federal, State, and local requirements to include but is not limited to environmental and historical preservation requirements.

## 2.2 Construction

The group site needs to be constructed in the most timely and efficient manner possible under the circumstances and priorities identified by FEMA. The task should establish a team comprised of experienced personnel representing the diverse technical and management disciplines to function in a unified effort to design a group site for temporary housing units as defined by FEMA. FEMA will identify the following:

- Location
- Type of units
- Projected Completion Date
- Other disaster specific and/or relevant information

## 2.3 Permits, Codes, & Applicable Laws

The Group Site Design will include and incorporation of the obtaining the necessary permits, appropriate federal, State, and local codes and ordinances; projected completion date, projected staffing, construction strategy, projected development budget, projected group site services, staffing and budget (security, associated fees, sanitation and trash, etc); projected restoration strategy and staffing; and other disaster specific relevant information.

# 3. Design & documentation

The contractor shall provide the Group Site Design and Plan to the FEMA designated representative within ten days upon notification. The FEMA designated representative will discuss the plan within seven days. The contractor will submit the final approved version within two (2) days.

Exhibit 12 – Page 1 of 1

CH2M-FEMA(Sub2)-000075

# EXHIBIT 13
## SITE MAINTENANCE

## 1. General.

The minimum group site maintenance activities include but are not limited to:

### 1.1 Park Area

Park Area Maintenance shall cover any construction, repairs, and upkeep that may be necessary for keeping the site safety. This includes road grading and fill, lawn service (includes site clean up including litter), signage and fence repair/replace. This also includes repair/replacement of protective devices.

#### 1.1.1 Road Grading

This will include machine time, wages and fill if needed.

#### 1.1.2 Mowing

This will include cutting of grasses inside retention pond systems, any grasses/growth that are along fences and any weed eating that needs to be done.

#### 1.1.3 Trash/site clean up

This task does not include household garbage collection, which is a totally separate function. This task will include removal of "discarded white goods", debris in park, and removal of debris/trash in the retention pond system.

### 1.2 Other Priorities

Other as required my by the mission priorities.

#### 1.2.1 Engineering

Provides professional engineering capability within civil, mechanical, plumbing, electrical fields.

#### 1.2.2 Functional Structure Analysis

Develops performs functional analyses, and formulates requirements for the maintenance, repair, and modification of:
a) Buildings,
b) structures,
c) roads, streets, right-of-ways, walkways, and traffic control devices,
d) ground facilities and storm drainage systems,

#### 1.2.3 Functional System Analysis

Performs functional analysis, and formulates requirements for the operations, maintenance, repair and modifications of:
a) Water and sewage systems.
b) All related distribution and collection systems plus electrical distribution systems.
c) Emergency power plants and systems.
d) Refuse collection and disposal systems.

Exhibit 13 – Page 1 of 3

CH2M-FEMA(Sub2)-000076