SITE MAINTENANCE

### 1.2.4 Project Reviews

Performs and develops engineering reviews of project plans, specifications, and designs to ensure:

    a) Technical feasibility.
    b) Engineering solution alternative and adequacy.
    c) Compatibility with operations and maintenance requirements.

### 1.2.5 Custodial and General Services

Provides custodial services and insects, rodents, fungi, and plant disease control services.

### 1.2.6 Technical Assistance and Maintenance of utilities

Provides technical assistance and maintenance services for utility operations within functional area.

### 1.2.7 Identifying priorities and operational improvements

Provides technical assistance for identifying priority requirements within the facilities and grounds maintenance and utility operations area.

Analyzes facility and grounds cost reports and operation studies on utility systems to ensure the most economic and efficient operation.

## 1.3 Plumbing Service

Plumbing Service includes all water and sewer lines external from the unit's meter to the utility main connection. This includes lift station services

## 1.4 Electrical Service

Electrical Services includes all wiring from the meter base to the Power Company's connection. This includes security, street, and emergency lighting.

# 2. Types Maintenance

## 2.1 Monthly Maintenance

This is maintenance services not defined as emergency maintenance and is performed on a monthly basis as identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement.

## 2.2 Routine Maintenance

Maintenance not defined as Emergency Maintenance is defined as Routine Maintenance, unless otherwise identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement. When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

Exhibit 13 – Page 2 of 3

Case 3:07-md-01873-KDE-ALC Document 19189-14 Filed 12/07/10 Page 2 of 25
Case 2:09-cv-02575-KDE-ALC Document 1-4 Filed 09/18/09 Page 3 of 25
SITE MAINTENANCE

### 2.3 Emergency Maintenance

Emergency Maintenance is required when a condition exists that threatens the health and safety of the residents. This includes but is not limited to: Gas leaks, major water leaks, sewage leaks and interruption of electrical power or water supply. Response to emergency maintenance conditions shall be within six (6) hours, seven days a week, of notification of the requirement.

## 3. Major Material Item Repair or Replacement

All major repair or replacement activities that may exceed $2,500 must be approved by FEMA prior to commencement of the activity. FEMA shall investigate and determine the practicality of repair versus replacement, and provide approval prior to proceeding with repairs.

Exhibit 13 – Page 3 of 3

CH2M-FEMA(Sub2)-000078

Case 3:07-md-01873-KDE-ALN-R Document 19489-14 Filed 12/07/10 Page 3 of 25
Case 2:09-cv-00276-KDE-DMR Document 19-1 Filed 09/03/09 Page 3 of 25
Disaster Recovery Center Support

# 1. Activities

The contractor may be tasked to support DRC activities.  This includes but is not limited to:

    a) Working with the DRC Coordinator and Manager to identify critical tasks associated with the DRC identification, location, equipment, supplies, set-up and closing.

    b) Working with FEMA DRC Coordinator, Manager, Security and Safety to ensure the facility (fixed and mobile) have be examined and determine if it meets all the safety and security requirements.

    c) Working with FEMA DRC Coordinator, and Manager to confirm the site has all needed materials and connections such as phones, computers, fax machines, copiers, courier service, schedules, and building maintenance.

    d) Testing web-based registration stations and work stations.

    e) Supporting DRC reports.

    f) Coordinating procedures for visits from media or government officials.

    g) Coordinating and assist with DRC set-up activities.

    h) Assisting with the planning and coordination and development of building access information.

    i) Assisting in arranging the DRC for the most efficient flow for visitors.

    j) Assisting in maintaining the telecommunications, and communications equipment.

    k) Posting and removing interior and exterior signs, information, and bulletins.

    l) Providing Security and facility maintenance services.

    m) During the closing of the DRC making arrangements and supporting the removal of all FEMA property.

    n) During the closing of the DRC restoring the facility to the pre-DRC condition and returning keys to the appropriate individuals.

**Exhibit 14 – Page 1 of 1**

CH2M-FEMA(Sub2)-000079

Case 3:07-md-01873-KDE-ALN Document 19489-14 Filed 12/07/10 Page 4 of 25
Case 2:09-cv-02975-KDE-ALN Document 309-1 Filed 06/30/09 Page 6 of 27
TECHNICAL SUPPORT

# 1. Task Force

## 1.1 State/County/Local

### 1.1.1 Communitywide Information

Identify and contact points of contact (POC) of local officials with jurisdiction over use of manufactured homes and travel trailers in affected areas;
a) Type of damage and geographical spread of impacted area;
b) Road conditions through area where units must travel;
c) Identify possible staging areas and what is needed to obtain the location;

### 1.1.2 Requirements

Identify State and local requirements or restrictions which may require additional cost, time, or a request for waivers, such as:
a) Placement (zoning) restrictions for temporary disaster housing;
b) Lot boundary (setback from road) restrictions;
c) Contractors licensing requirements;
d) Permit requirements to place and/or install temporary disaster housing;
e) State/local building officials inspection requirements;
f) Utility companies requirements for inspection, transfer of service, and deposits;
g) Requirements for and cost of utility system tap fees;
h) State or local government and utility company set-up specifications;
i) Any other State or local requirement, which may affect the timely, efficient, and cost-effective set-up and occupancy of temporary disaster housing. Once normal State and local requirements are identified and a determination is made as to those, which could impact the temporary disaster-housing mission.

### 1.1.3 Shortfalls & Needs Assessment

Identify any shortage of materials required to set-up such as concrete blocks, gas tanks, or heat cable, exterior grade plywood, etc.;

### 1.1.4 Disaster Information

Obtain following information from County/local officials:
a) Red Tag lists (hard copy and electronic files in database format, if feasible, allows comparison with Major Damaged and Destroyed database)
b) Lists of mobile home parks and owners contact information
c) Lists of damaged subdivisions, congregate care and/or housing facilities and contact information
d) Lists of commercial properties for potential use and contact information
e) Other potential sources for housing and contact information
f) Codes and standards, permit requirements
g) Capabilities to release mass information, e.g., "reverse 911"
h) Support capabilities from local Voluntary Agencies, Chamber of Commerce, etc.

Exhibit 15 – Page 1 of 3

TECHNICAL SUPPORT

i) Key Points of Contact Information (County Administrator, County Emergency Manager, Supervisory Building Inspector, Health Officials, local Voluntary Agency Representatives, etc.)

## 1.2 Information Aggregation

Obtain the following information:
  a) Overall Situation Report for the State *(obtain Preliminary Damage Assessment (PDA) or Rapids Needs Assessment (RNA) information, as appropriate)*
  b) Situation Reports for assigned Counties/localities (Shelters)
  c) Information/perspectives from FEMA Agency Representatives (FARs), External Affairs and Community Relations
  d) Information on Major Damaged and Destroyed Homes (Lists and Maps, both hard copy and electronic)
  e) State emergency authorities that may affect housing situations
  f) Obtain list of Points of Contact for field counterparts with assigned county/locality, FAR and Community Relations.

## 1.3 Information Analysis

By analyze the information from the various resources and assist in developing a consolidated operational picture to identify potential gaps, duplications of effort, preparation of field operations, and the hardest hit areas

## 1.4 Housing Resources

Develop a resource list of commercial mobile home parks and travel trailer pads in the area. Gather the following information: pads available, pad rental cost, size of the pads, utility services, and utility connections information;

## 1.5 Identify Restrictions

Identify restrictions on towing units within the disaster area, such as:
  a) Days and time of travel;
  b) Permit requirements; and
  c) Contractor licensing and escort requirements.

## 1.6 Floodplain Maps

Obtain State, county, city road maps, and floodplain maps for declared and adjacent counties.

# 2. PDA Support

The contractor shall support PDA teams to survey the impacted areas, compile the information, and forward to the FEMA designate representative. *The contractor will assist in capturing and analyzing information and projections gathered. This includes but is not limited to the following as tasked:*
  a) Gather the data and submit it to the IA PDA Team Coordinator for review and concurrence.
  b) Support all program activities and assisting in preparing the write-ups.
  c) Support the IA Officer/Recovery Branch with the following functions outlined below:

Exhibit 15 – Page 2 of 3

CH2M-FEMA(Sub2)-000081

## EXHIBIT 15
## TECHNICAL SUPPORT

    i)   Team assignments

    ii)  Collection of data and survey reports

    iii) Reconciliation of survey findings

    iv) Obtaining concurrence with State counterparts

    v)  Dissemination of survey findings to appropriate persons (SBA and State)

    vi) Collections of other reports (e.g., SBA, Unemployment, Red Cross, etc.)

    vii) Collection of rental rates, home repair averages, available resources

    viii)    Program analysis to determine needs

    ix) Coordination with SBA and other Federal agencies.

d)  Serve as central collection point for field reports.

e)  Coordinate with other Federal, State, and voluntary agencies about disaster impacts and response activities of the respective agencies.

f)  Research U.S. Census for general demographics, special populations, and develop jurisdictional profiles and maps**

g)  Collect "Other" demographics (e.g., special populations)

h)  Conduct research to find available rental housing in affected areas

i)  Research response activities and provide support to the Voluntary Agency Liaison (VAL)

Exhibit 15 – Page 3 of 3

CH2M-FEMA(Sub2)-000082

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 19 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE JAN - 6 2006 | 4. REQUISITION/PURCHASE REQ. NO. N/A | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | 5845 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MANAGEMENT AGENCY FINANCIAL & ACQUISITION MANAGEMENT FLOOD FIRE & MITIGATION BRANCH 500 C. STREET, SW, ROOM #350 WASHINGTON DC 20472 | | | ANTOINETTE C. PASQUARELLA | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| CH2M HILL CONSTRUCTORS, INC 9191 SOUTH JAMAICA STREET ENGLEWOOD CO 80112-5946 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0592 |
| | X | 10B. DATED (SEE ITEM 13) 09-30-2005 |

| CODE | | FACILITY CODE | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | SEE INDIVIDUAL TASK ORDERS |
|---|---|

## 13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.216-25, CONTRACT DEFINITIZATION |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ~3~ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE ATTACHED.

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) RONALD CAMPBELL, PRESIDENT | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANTOINETTE C. PASQUARELLA CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR *R M Campbell* (Signature of person authorized to sign) | 15C. DATE SIGNED 1/5/06 | 16B. UNITED STATES OF AMERICA *Antoinette C. Pasquarella* (Signature of Contracting Officer) | 16C. DATE SIGNED JAN - 6 2006 |

STANDARD FORM 30 (REV. 10-83)

CH2M-FEMA(Sub2)-000537

Pursuant to FAR 52.216-25, Contract Definitization, this modification definitizes letter contract HSFEHQ-05-D-0592 as provided herein. The following mutually agreeable terms and conditions supersede the letter contract.

1) Under Section 3 of page 4 of the letter contract, the following clarification is provided in response to the Presidential Declaration and Applicability of Davis-Bacon and Related Act Regulations. The contract is unaffected by Presidential Proclamation issued on November 3, 2005 revoking Proclamation No. 7924. Pursuant to applicability of Davis Bacon as found under Presidential Declaration http://www.whitehouse.gov/news/releases/2005/09/20050908-5.html unless and until the suspension is lifted, the following clauses remain suspended. These clauses are listed in addition to the language provided in the proclamation …" which provisions are dependent upon determinations by the Secretary of Labor under section 3142 of title 40, United States Code; "The Davis Bacon Act requirements are not applicable to the task orders associated with Hurricane Katrina, which includes the application of the following clauses unless and until the suspension as described above is lifted and affects the following: (I.2 52.222-6 Davis Bacon Act; I.2 52.222-7 Withholding of Funds; I.2 52.222-8 Payrolls and Basic Records; I.2 52.222-9 Apprentices and Trainees; I.2 52.222-10 Compliance with Copeland Act Requirements; I.2 52.222-11 Subcontracts (Labor Standards); I.2 52.222-12 Contract Termination - Debarment; I.2 52.222-13 Compliance with Davis-Bacon and Related Act Regulations; I.2 52.222-14 Disputes Concerning Labor Standards; I.2 52.222-15 Certification of Eligibility; I.2 52.222-16 Approval of Wage Rates; and I.2 52.222.17 Labor Standards for Construction Work - Facilities Contracts). Note that this suspension still only applies to the applicable counties and parishes in the States of Louisiana, Mississippi, Alabama, and Florida.

2) Contract Section B.3, paragraph (c) is changed to read as follows:

"The following average direct labor rates shall apply to this contract for the purposes of estimating only:

CH2M-FEMA(Sub2)-000538

Case 2:07-cv-01873-KDE-MBN Document 18489-14 Filed 04/07/10 Page 9 of 25
Case 2:07-cv-01873-KDE-ALC Document 1-80-1 Filed 09/02/09 Page 18 of 27

MOD P00001 - CONTINUATION PAGE                    HSFEHQ-05-D-0592

Direct Labor will be estimated in accordance with the following rate tables for CCI and INC (however, billings will be at actuals):

| CH2M HILL Constructors, Inc. (CCI) Construction Weighted Average Direct (Raw) Labor Rates | 2005 Raw Hrly Rate | 2006 Raw Hrly Rate | 2007 Raw Hrly Rate |
|---|---|---|---|
| E- 8 - Construction Professional | $78.79 | $82.02 | $85.46 |
| E- 7 - Construction Professional | $63.62 | $66.23 | $69.01 |
| E- 6 - Construction Professional | $51.84 | $53.96 | $56.23 |
| E- 5 - Construction Professional | $44.33 | $46.15 | $48.08 |
| E- 4 - Construction Professional | $38.26 | $39.83 | $41.50 |
| E- 3 - Construction Professional | $32.05 | $33.10 | $34.20 |
| E- 2 - Construction Professional | $26.87 | $27.75 | $28.67 |
| E- 1 - Construction Professional | $22.90 | $23.66 | $24.43 |
| E- 0 - Construction Professional | $17.20 | $17.77 | $18.35 |
| T- 5 - Construction Tech | $30.74 | $31.75 | $32.81 |
| T- 4 - Construction Tech | $26.49 | $27.37 | $28.27 |
| T- 3 - Construction Tech | $24.79 | $25.60 | $26.46 |
| T- 2 - Construction Tech | $18.55 | $19.16 | $19.79 |
| T- 1 - Construction Tech | $15.99 | $16.51 | $17.06 |
| TA - Construction Tech Aid | $14.47 | $14.95 | $15.44 |
| Office | $18.89 | $19.51 | $20.16 |

| CH2M HILL, INC. FPRA "Geographic" Weighted Average Direct (Raw) Labor Rat All Other Offices Area - 2005 With Escalation | 2005 Raw Hrly Rate | 2006 Raw Hrly Rate | 2007 Raw Hrly Rate |
|---|---|---|---|
| Engineer 8 | $74.85 | $77.92 | $80.88 |
| Engineer 7 | $58.38 | $60.77 | $63.08 |
| Engineer 6 | $48.92 | $50.93 | $52.87 |
| Engineer 5 | $42.74 | $44.49 | $46.18 |
| Engineer 4 | $36.05 | $37.53 | $38.96 |
| Engineer 3 | $29.77 | $30.66 | $31.70 |
| Engineer 2 | $25.74 | $26.51 | $27.41 |
| Engineer 1 | $22.21 | $22.88 | $23.66 |
| Engineer 0 | $18.66 | $19.22 | $19.87 |
| Technician 5 | $32.07 | $33.03 | $34.15 |
| Technician 4 | $25.94 | $26.72 | $27.63 |
| Technician 3 | $22.50 | $23.18 | $23.97 |
| Technician 2 | $19.27 | $19.85 | $20.52 |
| Technician 1 | $16.20 | $16.69 | $17.26 |
| Office | $18.76 | $19.32 | $19.98 |

*Notes on Average Raw Labor Rates:*
1) Direct labor rates for the engineer 9 (per Diem 1) classification are priced using the actual labor rates of the employees assigned to this classification.
2) CH2M HILL has an "E" grade designation system for classifying its staff into professional (E-grade) and technical (T-grade) classifications. CH2M HILL correlates all job position descriptions, job codes and salary grades to these standard codes and classifications. The firm-wide average rates for these classifications are used for forward pricing direct labor and represent average direct salary labor rates developed using actual salaries of staff within the company's resource pool and job codes.

Additional labor categories and rates may be added by modification of the contract."

3) The first sentence of the first paragraph in Section B.4 of the contract is hereby changed,

FROM: Fixed price/Cost Reimbursable/Time and Material or Labor Hour type Task Orders may be issued under this contract within the established contract ceiling limitation.
TO: Fixed price/Cost Reimbursable type Task Orders may be issued under this contract within the established contract ceiling limitation.

CH2M-FEMA(Sub2)-000539

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

4)  The first sentence of the third paragraph in Section B.5 of the contract is hereby changed,

    FROM:  Management and Administration (M&A) will be awarded by Time and Material or Labor Hour Task Order.
    TO:  Management and Administration (M&A) will be awarded by Cost Plus Fixed Fee Task Order.

5)  The Contractor's DCAA approved indirect rates as follows, are hereby incorporated into Section B.6, NEGOTIATED INDIRECT COST RATES to be utilized until such time as DCAA amends or establishes final approved rates:

INC

### INDIRECT COST RATE SCHEDULE

| Indirect Cost Pool | 2005 | 2006 | 2007 and Future Years |
|---|---|---|---|
| **General Indirect Cost Rates:** | | | |
| Fringe Benefits | 35.6% | 36.4% | 37.4% |
| Overhead | 48.5% | 48.6% | 48.8% |
| G&A Expense | 62.8% | 63.1% | 63.4% |
| **Total General Indirect Rate** | **146.9%** | **148.1%** | **149.6%** |

CCI

| Indirect Category | Proposed/Accepted Forward Pricing Indirect Rates | | |
|---|---|---|---|
| | 2005 | 2006 | 2007 |
| Fringe Benefits | 32.3% | 32.8% | 33.4% |
| G&A | 13.7% | 13.7% | 13.7% |

   * The fringe rates are applied as a percent of direct labor costs.
   ** The G&A Expense rate is applied as a percent of direct labor costs plus allocated fringe costs plus direct material costs, plus subcontract costs and other direct costs.

6)  The Contractor's DCAA approved Forward Pricing Rate Agreements, as stated above, are hereby incorporated into Section B.7, LIMITATION OF INDIRECT COSTS, and will be utilized until such time as DCAA amends or establishes final approved rates.

CH2M-FEMA(Sub2)-000540

7) The first sentence in Section B.8 is hereby changed as follows:

> FROM: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed $18,000,000…
> TO: The Contractor shall be entitled to reimbursement for costs incurred in an amount not to exceed the amount as specified in each Task Order...

8) The following is hereby deleted from Section E.1,

"52.246-6      INSPECTION--TIME-AND-MATERIALS AND      MAY 2001
              LABOR-HOUR"

9) Section F.2 is changed to read as follows: "The contract shall be effective through January 15, 2006, except that task orders placed prior to the expiration date shall remain in full force and effect until performance has been completed or the term of the task order expires and payments therefore have been made."

10) The special character after (RTN) in G.3.b.2 (a) is hereby deleted.

11) Section G.4 shall be changed in its' entirety to read as follows:

## G.4 SUBMISSION OF INVOICES OR VOUCHERS FOR PAYMENT

(a) Payments of invoices or vouchers submitted under this contract shall be made in accordance with FAR clause 52.232-1 "Payments" (APR 1984), and in accordance with provisions of other clauses in this contract. The Contractor shall submit vouchers once each month (or more frequent intervals, if approved by the Contracting Officer), to the offices designated below. When requested by the COTR, the contractor shall substantiate vouchers by evidence of actual payment and by individual daily job timecards, or other substantiation approved by the Contracting Officer.

(b) Invoices or vouchers, and any required supporting documentation, must be properly identifiable with the Name of contractor, date of the invoice/voucher, contract number, task order number, name and address or EFT information that payment is to be sent to, and the name, title and phone number of the point of contact at the contractor's facility in case of a defective invoice/voucher. Invoices/vouchers shall be submitted as follows:

Original and 2 Copies:          Federal Emergency Management Agency
                                MWEOC
                                Disaster Finance Center
                                Accounts Payable/Bldg 708

CH2M-FEMA(Sub2)-000541

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

PO Box 800
Berryville, VA 22611

One Copy:          Federal Emergency Management Agency
                   MWEOC
                   Attn: Antoinette C. Pasquarella
                   Bldg # 413, Office 310
                   19844 Blue Ridge Mountain Road
                   Bluemont, VA 20135

PDF copy:          E-mail to Contracting Officer and Contract
                   Specialist.

(c) Payments of invoices or vouchers shall be subject to the withholding provisions of FAR clause 52.232-1 "Payments" (APR 1984). In the event that the amounts are withheld from payment in accordance with provisions of this contract, a separate invoice for the amount withheld will be required before payment for that amount may be made.

12) The sentence is Section G.5 is hereby changed as follows:

FROM: For the purpose of this contract the Contracting Officer's Technical representative shall be: David Porter.
TO: The Contracting Officer's Technical Representative will be appointed by letter, and a copy of the letter will be provided to the Contractor.

13) The following sentence is hereby added to Section H.11 (a): "The property threshold amount is $300.00." The following sentence is added to Section H.11 (b): "The due date for the annual Contract Report of Government Property for 2005 has been extended by 60 days from October 15, 2005, to December 15, 2005."

14) Section H.13, ACQUISITION OF GOVERNMENT PROPERTY is hereby deleted in its entirety.

15) Section I.1 shall be changed in its' entirety to read as follows:

**I.1 NOTICE OF HYBRID CONTRACT**

This is a Fixed Price/Cost type contract.

See the listing below for applicable contract types:

FFP  = Firm Fixed Price
CPFF = Cost Plus Fixed Fee

CH2M-FEMA(Sub2)-000542

MOD P00001 – CONTINUATION PAGE                    HSFEHQ-05-D-0592

When applicable, the following symbols will appear next to the applicable clauses and provisions through out this document.

$ = applicable to FIXED-PRICE line items only.

@ = applicable to COST-REIMBURSEMENT line items only.

16) The following clauses are hereby added to the contract:

52.203-11    Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (Sept 2005)

52.204-5     Women-Owned Business (Other Than Small Business) (May 1999)

52.215-10    Price Reduction for Defective Cost or Pricing Data (Oct 1997)

52.215-11    Price Reduction for Defective Cost or Pricing Data—Modifications (Oct 1997)

52.215-12    Subcontractor Cost or Pricing Data (Oct 1997)

52.215-13    Subcontractor Cost or Pricing Data—Modifications (Oct 1997)

52.215-14    Integrity of Unit Prices *Alternate I (Oct 1997)*

52.215-17    Waiver of Facilities Capital Cost of Money (Oct 1997)

52.215-21    Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data—Modifications (Oct 1997)


52.216-21 Requirements. (Oct 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the

Page 7 of 19

CH2M-FEMA(Sub2)-000543

MOD P00001 - CONTINUATION PAGE        HSFEHQ-05-D-0592

Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; *provided*, that the Contractor shall not be required to make any deliveries under this contract after the termination of individual task order(s); and no task orders(s) shall be awarded upon expiration of the contract period.

| | |
|---|---|
| 52.219-25 | Small Disadvantaged Business Participation Program— Disadvantaged Status and Reporting (Oct 1999) |
| 52.222-1 | Notice to the Government of Labor Disputes (Feb 1997) |
| 52.222-2 | Payment for Overtime Premiums (July 1990) |
| 52.222-44 | Fair Labor Standards Act and Service Contract Act—Price Adjustment (Feb 2002) |
| 52.223-12 | Refrigeration Equipment and Air Conditioners (May 1995) |
| 52.223-13 | Toxic Chemical Release Reporting (Aug 2003) |
| 52.224-1 | Privacy Act Notification (Apr 1984) |
| 52.224-2 | Privacy Act (Apr 1984) |

CH2M-FEMA(Sub2)-000544

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

52.226-1     Utilization of Indian Organizations and Indian-Owned Economic
             Enterprises (June 2000)

52.228-5     Insurance—Work on a Government Installation (Jan 1997)

52.229-3     Federal, State, and Local Taxes (Apr 2003)

52.232-1     Payments (Apr 1984)

52.232-8     Discounts for Prompt Payment (Feb 2002)

52.233-1     Disputes *Alternate I (Dec 1991)*

52.236-7     Permits and Responsibilities (Nov 1991)

52.237-2     Protection of Government Buildings, Equipment, and Vegetation
             (Apr 1984)

52.242-2     Production Progress Reports (Apr 1991)

52.242-3     Certification of Final Indirect Costs (Jan 1997)

52.243-1     Changes—Fixed-Price *Alternate I (Apr 1984)*

52.245-1     Property Records (Apr 1984)

52.246-20    Warranty of Services (May 2001)

52.246-21    Warranty of Construction (Mar 1994)

52.246-25    Limitation of Liability - Services (Feb 1997)

52.249-2     Termination for Convenience of the Government (Fixed-Price)
             (May 2004)

52.249-8     Default (Fixed-Price Supply and Service) (Apr 1984)

52.249-9     Default (Fixed-Price Construction) (Apr 1984)


17) The following clauses are hereby deleted from the contract:

52.222-17    Labor Standards for Construction Work---Facilities Contracts
             (Feb 1988)

52.232-7     Payments under Time-and-Materials and Labor-Hour Contracts

CH2M-FEMA(Sub2)-000545

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

          *Alternate II (Feb 2002)*

52.243-2          Changes—Time-and-Materials or Labor-Hours (Sept 2000)

52.246-22          Limitation of Liability (Feb 1997)

3052.242.70 Dissemination of information--educational institutions *(Dec 2003)*

18) The following figures are hereby inserted in Section I.5 (a), (b) and (d):

          (a) $10,000
          (b)(1) $500,000,000
          (b)(2) $500,000,000
          (d) 5 days

19) The following phrase is added to the last sentence in Section I.6(d), "…
          periods of performance set forth in task orders.

20) The following phrase is added to the last sentence in Section I.7, "…the term
          of the contract."

21) FAR 52.225-9, BUY AMERICAN ACT—CONSTRUCTION MATERIALS (JAN
          2005) in Section I.12 is hereby deleted and replaced with FAR 52.225-11,
          BUY AMERICAN ACT—CONSTRUCTION MATERIALS UNDER TRADE
          AGREEMENTS (JAN 2005).


**52.225-11  Buy American Act—Construction Materials under Trade Agreements
(Jan 2005)**

          (a) *Definitions.* As used in this clause—

          "Caribbean Basin country construction material" means a construction material
that—

          (1) Is wholly the growth, product, or manufacture of a Caribbean Basin
country; or

          (2) In the case of a construction material that consists in whole or in part of
materials from another country, has been substantially transformed in a
Caribbean Basin country into a new and different construction material distinct
from the materials from which it was transformed.

          "Component" means an article, material, or supply incorporated directly into a
construction material.

          "Construction material" means an article, material, or supply brought to the
construction site by the Contractor or subcontractor for incorporation into the
building or work. The term also includes an item brought to the site
preassembled from articles, materials, or supplies. However, emergency life

Page 10 of 19

CH2M-FEMA(Sub2)-000546

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means—

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

"Designated country" means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement country (Aruba, Austria, Belgium, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, or United Kingdom);

(2) A Free Trade Agreement country (Australia, Canada, Chile, Mexico, Morocco, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Cape Verde, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Costa Rica, Dominica, Dominican Republic, El Salvador, Grenada, Guatemala, Guyana, Haiti, Honduras, Jamaica, Montserrat, Netherlands Antilles, Nicaragua, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, or Trinidad and Tobago).

CH2M-FEMA(Sub2)-000547

"Designated country construction material" means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction material, or a Caribbean Basin country construction material.

"Domestic construction material" means—

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"WTO GPA country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction material distinct from the materials from which it was transformed.

CH2M-FEMA(Sub2)-000548

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

(b) Construction materials.

(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic, designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows:

____NONE____

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that—

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including—

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

Page 13 of 19

CH2M-FEMA(Sub2)-000549

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

   (ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

   (iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

   (iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

  (2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

  (3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

  (d) *Data.* To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

FOREIGN AND DOMESTIC CONSTRUCTION MATERIALS PRICE COMPARISON

| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
|---|---|---|---|
| *Item 1:* | | | |
| Foreign construction material | _____ | _____ | _____ |
| Domestic construction material | _____ | _____ | _____ |
| *Item 2:* | | | |
| Foreign construction material | _____ | _____ | _____ |
| Domestic construction material | _____ | _____ | _____ |

[*List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.*]
[*Include other applicable supporting information.*]
[* *Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).*]

22) FAR 52.225-10, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS (MAY 2002) in Section I.13 is hereby deleted and replaced with FAR 52.225-12, NOTICE OF BUY AMERICAN ACT REQUIREMENT—CONSTRUCTION MATERIALS UNDER THE TRADE AGREEMENTS (JAN 2005).

CH2M-FEMA(Sub2)-000550

Case 2:07-md-01873-KDE-ALNR Document 56-4 Filed 09/03/09 Page 23 of 25

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

**52.225-12  Notice of Buy American Act Requirement—Construction Materials under Trade Agreements (Jan 2005)**

(a) *Definitions.* "Construction material," "designated country construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act—Construction Materials Under Trade Agreements" (Federal Acquisition Regulation (FAR) clause 52.225-11).

(b) *Requests for determination of inapplicability.* An offeror requesting a determination regarding the inapplicability of the Buy American Act should submit the request to the Contracting Officer in time to allow a determination before submission of offers. The offeror shall include the information and applicable supporting data required by paragraphs (c) and (d) of FAR clause 52.225-11 in the request. If an offeror has not requested a determination regarding the inapplicability of the Buy American Act before submitting its offer, or has not received a response to a previous request, the offeror shall include the information and supporting data in the offer.

(c) Evaluation of offers.

(1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act, based on claimed unreasonable cost of domestic construction materials, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(4)(i) of FAR clause 52.225-11.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers.

(1) When an offer includes foreign construction material, other than designated country construction material, that is not listed by the Government in this solicitation in paragraph (b)(3) of FAR clause 52.225-11, the offeror also may submit an alternate offer based on use of equivalent domestic or designated country construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of FAR clause 52.225-11 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

Page 15 of 19

CH2M-FEMA(Sub2)-000551

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of FAR clause 52.225-11 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic or designated country construction material, and the offeror shall be required to furnish such domestic or designated country construction material. An offer based on use of the foreign construction material for which an exception was requested—

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

23) The following phrase is inserted in Section I.16 (e): "Cost Reimbursement subcontracts. Effective for procurement actions as of October 1, 2005, notification of consent to subcontract will be provided by the Contractor for any subcontract $1,000,000.00 or greater."

24) The first sentence in the PWS, Section 2.5.2 is hereby changed as follows:

FROM: The contractor shall develop a work plan specific to temporary disaster housing that will identify the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available. TO: The contractor shall develop a work plan specific to each task order that will identify temporary disaster housing and the various factors which could impact the temporary disaster housing mission and what it would take to perform each task in the most effective, efficient and expeditious manner available.

25) Section 2.9 of the PWS is hereby corrected to read as follows:

"INSTALLATION OF TEMPORARY MOBILE STRUCTURES."

26) Section 2.12.1 of the PWS shall be changed in its' entirety to read as follows:

**2.12 GROUP SITE design (exhibit 12)**

Design Services. The contractor shall when required by FEMA, present detailed design drawings which are certified and approved by qualified professionals and local governing boards. Delivery of a design product may or may not result in follow-on construction service.

27) The following sentence is hereby added as a second sentence to the PWS, Section 2.12.2: "The Contractor's requests for technical variances from the standards, as specified herein, shall be submitted, in writing, to the COTR,

Page 16 of 19

CH2M-FEMA(Sub2)-000552

MOD P00001 - CONTINUATION PAGE     HSFEHQ-05-D-0592

Program Office and CO for review and approval."

28) The following sentence in Section 2.13.9.2 of the PWS is hereby changed as
follows:

FROM:  The contractor shall provide individual private shower stalls too
include a private changing area.
TO:  The contractor shall provide individual private shower stalls to include a
private changing area.

29) The word "for" is hereby deleted from the first sentence in Section 2.15.6 of
the PWS.

30) The PVC sewer pipe listed in Exhibit 7, Section 2.1.4(1) is hereby changed
as follows:

FROM:  ASTM D-2727
TO:  ASTM D-2729

31) Section 2.1.18 of Exhibit 7 is hereby changed as follows:

FROM:  Aboveground Electrical Excess
TO:  Above-Ground Electrical Excess

32) Section 2.1.21 of Exhibit 7 is hereby changed as follows:

FROM:  Provide and Install 5KW Generator
TO:  Provide and Install Appropriate Generator for the Installation as
determined by FEMA.

33) Section 2.1.23 of Exhibit 7 is hereby changed as follows:

FROM:  Refill both tanks and inspect connections.
TO:  Refill tank(s) as required by FEMA.

34) Section 6.1 of Exhibit 10 is hereby changed in its' entirety to read as follows:

**6.1 MH / TT Maintenance Specifications**
Task                    THM-01

Task Title              MH / TT Maintenance Specifications

Page 17 of 19

CH2M-FEMA(Sub2)-000553

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

| | |
|---|---|
| **Task Description** | The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition. The contractor shall perform only those corrective actions that require the effort of skilled technicians or labors. FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA. |
| **Response Time** | The contractor will provide maintenance services of units assigned and identified by FEMA. Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor. |
| **Unit of Issue** | Per Assigned Unit Per Month |

35) Section 6.5 of Exhibit 10 is hereby changed in its' entirety to read as follows:

**6.5 Install power pole and meter loop 50 AMP service**

| | |
|---|---|
| **Task** | TTM- 07B |
| **Task Title** | Install power pole and meter loop 50 AMP service |
| **Task Description** | Furnish and install temporary power pole and 50AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of a 50 AMP RV outlet and disconnect will be invoiced as Cost Plus Fixed Fee. The contractor will be compensated for power pole and 50 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

36) Section 6.6.4 of Exhibit 10 is hereby changed in its' entirety to read as follows:

CH2M-FEMA(Sub2)-000554

MOD P00001 - CONTINUATION PAGE          HSFEHQ-05-D-0592

### 6.6.4 Install power pole and meter loop 200 AMP service

| | |
|---|---|
| **Task** | MHM- 07B |
| **Task Title** | Install power pole and meter loop 200 AMP service |
| **Task Description** | Furnish and install temporary power pole and 200AMP meter-base. Contractor will meet all local and State codes. |
| | The contractor must have all appropriate permits and licenses. |
| **Compensation** | Direct wiring of the mobile home will be invoiced Cost Plus Fixed Fee. The contractor will be compensated for power pole and 200 AMP meter-bases on a per-unit basis separate from the maintenance portion of the contract, after installation and inspection is complete. Permits are invoiced for the cost of the permit only. Receipt required. |
| **Unit of Issue** | Each |

37) Fifth paragraph of Exhibit 11 (page 1) is hereby changed as follows:

FROM: Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

TO: Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the COTR prior to entering the temporary housing unit. If contact with the COTR can not be reasonably obtained, the next point of contact for this type of emergency situation shall be the Contracting Officer. Notifying commercial site management or Operations and Management personnel when performing duties within their properties is required.

38) All references to Time and Materials (T&M) in the PWS and all Exhibits are hereby deleted.

39) All references to "Project Monitor" or "PM" in the PWS and all Exhibits shall now read Contracting Officer's Technical Representative (COTR).

CH2M-FEMA(Sub2)-000555