IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JESSICA HAMMONS, ON BEHALF OF HER MINOR
CHILDREN, B.H.H., A MINOR AND S.E.H., A MINOR                    PLAINTIFFS

V.                                          CIVIL ACTION NO.: 3:10-cv-00529-HSO-JMR

VANGUARD INDUSTRIES OF MICHIGAN
A/K/A PALOMINO RV, BECHTEL NATIONAL,
INC., MADISON SERVICES, INC.                                     DEFENDANTS

## JOINDER IN NOTICE OF REMOVAL

COMES NOW Madison Services, Inc., by and through its attorneys and hereby consents to and joins in the Notice of Removal of the above-styled matter from the Circuit Court of Madison County, Mississippi, to the United States District Court for the Southern District of Mississippi, Jackson Division, filed by Defendant Bechtel National, Inc., on or about September 24, 2010, and adopts the legal arguments contained therein and the relief requested thereby.

This the 30th day of September, 2010.

Respectfully submitted,

MADISON SERVICES, INC.

BY:   s/ Kristi D. Kennedy
      EDWARD J. CURRIE, JR. (MSB #5546)
      REBECCA C. COWAN (MSB#7735)
      KRISTI D. KENNEDY (MSB 10658)



OF COUNSEL:

CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
Jackson, MS 39232
Post Office Box 750
Jackson, MS 39205-0750
Telephone: 601/969-1010
Facsimile: 601/969-5120

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

**C. Edward Gibson, IV, Esq.**
egibson@hsglawfirm.net, twise@hsglawfirm.net

**Rose M. Hurder, Esq.**
Rose@hsglawfirm.net, bridget@hsglawfirm.net, chante@hsglawfirm.net, chante@msfemaclaims.com

**John F. Hawkins, Esq.**
john@hsglawfirm.net, bridget@hsglawfirm.net

**David P. Curtis, Esq.**
Dcurtis@frilot.com, akrouse@frilot.com, jhainkel@frilot.com, jjohnston@frilot.com, kstover@frilot.com, lbrotherton@frilot.com, ptafaro@frilot.com

and certify that there are no non-ECF participants.

This the 30th day of September, 2010.

/s/ Kristi D. Kennedy
Kristi D. Kennedy