Exhibit 1
Maintenance – Temporary Housing Units

## 1. General

1.1  This specification establishes the minimum requirements for disaster area maintenance of temporary housing units.

1.2  FEMA will:

Provide occupant information to the contractor through the COTR

Provide information on which units are assigned to the contractor, the units reassigned to another contractor, the units that need to be deactivated, the units that require refurbishment, cleaning and staging maintenance. This information will come from the COTR.

Provide orientation to the tenants and explain the rules and regulations regarding use of the units

Be responsible for vandalism, domestic problems, disruptive tenants, and tenants refusing service at each site

1.3  The contractor shall at a minimum:

1.3.1  Provide maintenance services of units assigned by FEMA. This maintenance services contract includes performing monthly preventative maintenance inspections, responding to routine and emergency maintenance calls, making repairs, and providing pest control services as required for units assigned to the contractor and/or identified by FEMA.

1.3.2  Maintain records. The contactor shall maintain records pertaining to tasks assigned to include monthly preventative maintenance inspection, and routine and emergency maintenance in a database or system compatible with Microsoft Access or Excel. The contractor needs to be prepared to provide detailed reports and summaries which shall address daily, monthly, and cumulative information as well as County, zip codes, unit type, unit site, preventative, routine, emergency, maintenance and deactivation. The contractor shall be able to provide reports for the types of calls, and response times and individual and cumulative unit information as to what was done and/or replaced. The contractor will also maintain occupant information provided by the COTR for applicants they service and at minimum maintain data which includes all fields in the work order.

1.3.3  The records shall be saved and provided to FEMA when the units are deactivated, and/or upon request by FEMA. All records shall be saved and provided on a CD-ROM in Microsoft Word or Excel and provided to FEMA. The contractor will maintain a back-up copy for three years after the contract is completed.

1.3.4  Perform other tasks as required by the Contracting Officer Technical Representative (COTR), and as described in the Additional Cost Line Items

EXHIBIT 1 - Page 1 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

portion of this document. FEMA will notify the contractor of the requirement for these tasks.

1.3.5    Demonstrate professionalism when performing contract-associated tasks. The Contractor must have approval from the occupant or, in case of an emergency, the project monitor (PM) prior to entering the temporary housing unit. This shall include notifying commercial site management or Operations and Management personnel when performing duties within their properties.

1.3.6    Maintain a safe working environment. The Contractor at no time shall leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

1.3.7    Contact the manufacturer, dealer or temporary housing unit source for warranty maintenance issues as approved by FEMA. Regardless of warranty coverage, the contractor is responsible for making the repairs under the terms and conditions of the contract at no additional cost. Parts over $250 have to be approved by the COTR. For parts over $250 the contractor will be reimbursed the actual amount minus $250. FEMA will not pay any co-payment or deductions if they are required. If the contractor is paid by the manufacturer, dealer, or temporary housing unit source to perform warranty maintenance, the contractor shall reimburse FEMA of the amount received.

1.3.8    Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

1.3.9    Make repairs identified by FEMA. Generally the Contractor will be expected to correct problems that the occupants are not expected to correct. These problems are not limited to tasks that require the professional services of an experienced electrician, carpenter, plumber, pest control specialist or appliance repairman. The contractor is not required to service calls for issues that occupants are generally responsible for such as maid service, washing windows, changing curtains, and/or changing linen for occupied units. The contractor will not be responsible for picking up trash in the units or emptying the unit trash cans, etc.

1.3.10   Obtain approval from the COTR prior to performing any miscellaneous or unusual requirements. Written documentation must be submitted for reimbursement.

1.3.11   Inform FEMA of any trends associated with the upkeep and maintenance of the unit such as excessive service calls.

EXHIBIT 1 - Page 2 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

1.3.12   Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 2.   Maintenance Areas of Responsibility

The Contractor's area of responsibility is for all interior and exterior components of the unit which includes the:

2.1   Plumbing System:  Plumbing includes all water and sewer lines and tanks inside the temporary housing unit and all external lines from the temporary housing unit to the utility main or the park owner's connection.

2.2   Electrical System:  Electrical includes all wiring and associated parts from the Power Company's connection on the meter loop pole or pedestal, to and throughout the manufactured unit, including underground entrance cable. When connecting to an approved power source the responsibility shall include all installed components up to the approved power source.

2.3   Heating and Cooling System:  This includes all major components to include wiring and associated parts.

2.4   Replacement of Components:  Unless it is associated with the repair and/or replacement of a related component the Contractor is not responsible for replacing such items as light bulbs, stoppers, drain baskets, extra door keys, light covers, etc.

2.5   Entrance/Exit components.  This includes all panels, sidings, windows, screens and doors.

## 3.   Function (Task) Descriptions

### 3.1 Maintenance –

3.1.1   Emergency Repairs that are authorized under Emergency Maintenance may be requested by the temporary housing unit occupant (the contractor needs to report this to FEMA immediately) and are defined as those necessary to eliminate a serious health, safety, or security hazard.

3.1.2   All emergency work orders received after hours, weekends, or holidays from the occupant shall be reported to the COTR by 10:00 a.m. on the following normal workday.

3.1.3   The Contractor shall initiate repairs to eliminate this health, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request

EXHIBIT 1 - Page 3 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

and complete the work as soon as possible. This may include temporary repairs, to fix the emergency to the point it is no longer an emergency, in which case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

3.1.4    Emergency maintenance is typically required in response to, but not limited to, one of the following problems:

    3.1.4.1    Gas leak.

    3.1.4.2    Major water leak, where a shut off valve cannot be located.

    3.1.4.3    Actual sewage leak (Health concern)

    3.1.4.4    No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit).

    3.1.4.5    No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit).

    3.1.4.6    No electricity (excluding local power company failure), or major electrical malfunction.

3.1.5    Maintenance – Routine / Preventive

3.1.6    Maintenance not defined as emergency maintenance is defined as routine maintenance, unless identified by FEMA. All routine repairs shall be completed within 48 hours after receipt of the requirement.

3.1.7    When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

3.1.8    The Contractor shall complete routine maintenance items requested by the occupant that were not listed on the work order when performing a service call or preventive maintenance visit, as long as the total cost of material does not exceed $250.

    3.1.8.1    For items and materials considered as Major Material Items the contractor must notify and obtain approval from the COTR prior to performing the work.

    3.1.8.2    It is the contractor's responsibility to obtain the name of the person and the time of the decision.

    3.1.8.3    The $250 covers parts individually and collectively per work order or preventative maintenance call. If the parts are going to exceed the $250 amount, the contractor needs to inform the COTR. Based upon the COTR's approval the contractor must provide the receipts of the cost.

3.1.9    Failure of the Contractor to contact FEMA for authority to proceed could result in the deduction of such costs from the work order prior to payment.

ATTACHMENT A

EXHIBIT 1 - Page 4 of 15

Exhibit 1
Maintenance – Temporary Housing Units

3.1.10      If payment has been made the amount may be deducted from subsequent payments.

3.1.11      Priority shall be given during routine maintenance to:

    3.1.11.1   Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition

    3.1.11.2   Problems that could be a health concern, such as stopped-up sewer or water lines

    3.1.11.3   Permanent correction of temporary repairs that were performed under emergency maintenance

    3.1.11.4   Other such tasks where earlier correction could lessen the extent of the problem

3.1.12      Maintenance – Staging

    3.1.12.1   This is related to the units located at the staging areas or other designated areas identified by FEMA

    3.1.12.2   This function includes performing maintenance of units identified by FEMA.

    3.1.12.3   Maintenance tasks on these units will by identified and assigned by the COTR or his designee.

3.1.13      Major Material Item Replacement

    3.1.13.1   The Contractor shall provide all necessary supplies, replacement parts and materials to repair manufactured units under this Contract, except those identified as Major Material Items.

    3.1.13.2   Major Material Items are identified as, but not limited to, refrigerators, water heaters, ranges, axles, exterior doors, temporary housing unit tires, complete furnace, complete A/C, or any other component valued at over $250. The contractor needs to have the ability to obtain the temporary appliances as appropriate.  The cost of the temporary appliances is a part of the $250 total. FEMA will reimburse the cost of parts that exceed the $250 parts threshold.

    3.1.13.3   The Contractor may replace these items only after prior inspection and approval by the COTR in coordination with the program office for any component valued above $250 but not to exceed $2500.  Note:  For components that exceed $2500 the Contractor may replace these items only after prior inspection and approval by the COTR in coordination with the program office and approval by the CO.

    3.1.13.4   If the Contractor determines, after an inspection by a certified mechanic, that repair of a Major Material Item(s) is impractical, the Contractor shall promptly provide the COTR with a written report.

        3.1.13.4.1   This written report needs to address identifying the item(s) by make, model number, part number, identification number and location, condition of the item, and itemized material cost to replace the item(s).

EXHIBIT 1 - Page 5 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

3.1.13.4.2   Note: This is for the actual item costs.

3.1.13.5   Labor costs are covered under the monthly maintenance fee.

3.1.13.6   The COTR shall investigate and determine the practicality of repair versus replacement, and then shall instruct the Contractor to proceed with repairs, provide the Contractor with the Major Material Item for replacement, or authorize the Contractor to purchase and replace the item.

3.1.13.7   Any parts valued at over $250 each that are replaced by the Contractor shall be returned with the completed work order to the COTR, if requested.  Replaced parts shall be individually identified with a wire-on tag that contains the work order number, unit number, replacement date, and description of defect. Unit components replaced as defective and later determined by the COTR to have been repairable at a reasonable cost shall result in a back-charge to the Contractor for any associated material costs.

3.1.13.8   The Contractor shall, at all times, make a reasonable effort to acquire all parts at prices favorable to the Government.  If the COTR determines that the Contractor could have reasonably obtained the materials at significantly lower prices, the COTR may authorize payment based on the lower prices.  Purchase receipts shall be provided to the COTR with the completed work order for all (each) parts costing over $250 but not exceeding $2500.  NOTE: Any amount above $2500 shall be approved by the CO prior to work performance.  The Contractor will be compensated for the actual purchase costs of materials used, as documented on the receipt.

3.1.13.9   When the Contractor must backorder repair parts for the furnace, A/C, refrigerator, or range, or is otherwise unable to repair these appliances within 48 hours of receiving the work request (within 6 hours for the furnace (winter) and A/C (summer)), the Contractor shall provide a temporary appliance for the occupant.  The temporary heating appliance shall be equipped with an automatic shut-off that activates if the heater is accidentally tipped over.  Such temporary appliances shall be provided, at no additional cost to the Government or the occupant, until such time as the permanent appliances are fully operational. In coordination with the COTR if a substitute is needed, FEMA will try to obtain the item from Logistics.  The Contractor is not required to keep these items on hand, but if FEMA does not have any available, the Contractor must have the means of acquiring them quickly to address emergency maintenance.

3.1.13.10 All parts replaced shall be new and shall be of a quality equal to or better than the part being replaced.

4      Issuance of Work

EXHIBIT 1 - Page 6 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

4.1     FEMA reserves the right to issue work to staff and other resources to perform the mission. Maintenance work will come with a 90 day warranty by the Contractor performing the work. The contractor will be assigned units after the units have been installed. It is anticipated that prior to the contractor being responsible for maintenance of a unit that a joint inspection will be performed between the set-up contractor, FEMA and maintenance contractor to ensure work performed during set-up of the unit is acceptable prior to maintenance contractor taking over the responsibility for maintenance requirements. Any deficiency in the set-up of the unit will be corrected prior to the maintenance contractor assuming responsibility for that unit. The contractor will perform monthly maintenance service visits for each unit assigned. These visits must be at least 14 days apart.

4.2     The contractor may also be tasked to perform service calls for routine, emergency, staging maintenance and other tasks during normal duty hours. All service calls will have a follow-up visit scheduled. Whether a call is determined to be emergency or routine is based on the contractors' assessment of the information in relationship to the Exhibit 1, safety and well being of the occupant.

4.3     The follow-up to a service call may serve as a monthly maintenance service visit if it is performed in the next month and the 14-day spread is met. The purpose of the maintenance service visit is to see if there were any maintenance issues related to the unit that need to be addressed and to make repairs as needed.

4.4     The contractor must provide the COTR a monthly schedule of planned visits on the first duty day of the month and a summary of findings for the units assigned at the end of the month. Contractors should be able to track, monitor, report, and manage work activity and incorporate capturing this information during their phase-in.

4.5     The contractor will contact the applicant at least 24 hours prior to the scheduled maintenance visit. The contractor will also leave the occupant a summary of the findings and work performed for all visits and service calls.

4.6     The summary will include the unit information, date of the visit, the summary of findings and work performed, and the tentative date for the next scheduled maintenance service visit. A copy of the summary of each unit assigned shall be forwarded to FEMA on a monthly basis.

4.7     Routine, emergency, and staging work may be issued to the contractor via maintenance work orders.

4.7.1   Maintenance work orders will be used for documenting all maintenance calls regardless of the nature.

4.7.2   Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation.

EXHIBIT 1 - Page 7 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

4.7.3   At the completion of the work the contractor shall:

4.7.3.1 Complete the work order prior to requesting the occupant's signature (excluding cost).

4.7.3.2 Attach a signed statement explaining the omission of occupant's signature when the occupant is unavailable to sign the completed work order.

4.7.4   When the unit is identified by FEMA as currently vacant the maintenance service visit will include inspecting the unit for safety hazards, damages and reporting the condition of the unit.

4.7.5   The contractor will perform a unit cleaning to prepare the unit for occupancy as assigned by FEMA.

4.7.6   The LP tank of the mobile home or the travel trailer's LP bottles shall be filled for re-occupancy.

4.7.7   The contractor will not replace appliances, furnishing, furnace, A/C, or water heater prior to COTR approval. If it is determined that these items need to be replaced for the unit to be ready to occupy the contractor will submit in writing the items that need to be replaced and the estimated amount of replacement cost. The COTR must concur prior to items being replaced.

4.7.8   For billing purposes for items which exceed $250.00, the contractor must submit the actual receipts for items replaced with the Work Order. Based on the concurrence or approval of the COTR, FEMA will reimburse the contractor the actual cost of the replacement items not to exceed the fair market value of the item.

5   **Contractor Responsibilities**

5.1   Work Hours.  Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays.  Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days.  The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate

5.2   Phone Service:  The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award.  The telephone number(s) will be provided to the unit occupants. Phone and cable installation if done is not considered part of this requirement.

5.3   Facilities:  The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's maintenance obligation and requirements.

5.4   Identification:  The contractor personnel must wear an identification badge.  The badge must include a contractor identification number, name, company name, and phone

Exhibit 1
Maintenance – Temporary Housing Units

number. This badge must be visible when the contractor is working. The government is responsible for obtaining badges for all the employees working the tasks associated with this contract. This includes temporary, sub-contractors, etc. The contractor is responsible for monitoring their staff.

5.5   Resources: The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance services up to 150 miles from the contractor's office of record identified on the State License or the Joint Field Office (JFO) for companies from outside the State. The monthly preventative maintenance covers labor for the inspection, repairs, additional trips (follow-up), and travel. It also covers up to $250 for parts, materials, and supplies. If additional parts are required and exceeds parts criteria the contractor must request and obtain the COTR's approval. The contractor will be reimbursed for the costs for the additional minus $250.   The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed (i.e. plumber, electrician, heating and air).

5.6   Contractor Expectations: All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism, and behavior. The contractor must be able to provide a background check of employees as requested.

5.7   Qualification of Personnel.  Work performed under this task shall be completed by professionally certified mechanics with expertise in heating and air conditioning (HVAC), refrigeration, range, electrical, travel trailers, and/or plumbing repairs. If it is appropriate under State and local requirements Journeyman employees supervised by Licensed Technicians may perform work.  However, the Contractor is required to provide a copy of the regulation.

5.7.1   The Contractor must be able to provide documentation of each mechanic's professional certification (such as certificates of training course completion, letters from previous employers certifying experience, resumes, membership affiliations to professional organizations, or other such documentation), if requested by FEMA, which, in the COTR's opinion, attests to the mechanic's qualifications.

5.7.2   For unusually complex maintenance problems, the Contractor must have access to licensed/certified technicians in the areas of electrical, plumbing, furnace, air condition, and appliance repair.  Utilization of licensed/certified personnel shall be at no additional cost to FEMA. The Contractor must be able to provide documentation of each Travel Trailer Technician.  Travel Trailer Technicians are defined as technicians who inspect, analyze, and repair travel trailers, including familiarity with maintaining the unit's gas, electrical, plumbing, and chassis/towing systems as well as repairing interior components, and appliances.

5.7.3   Availability of licensed technicians shall be:

ATTACHMENT A

EXHIBIT 1 - Page 9 of 15

Exhibit 1
Maintenance – Temporary Housing Units

| | | |
|---|---|---|
| 5.7.3.1 | On a 24-hour basis, if needed | |
| 5.7.3.2 | Maintained throughout the period of this contract, and | |
| 5.7.3.3 | The contractor may be required to provide documentation to the COTR at substantiates that licensed/certified technicians are being used. | |

5.7.4    The contractor will identify a primary and alternate point-of-contact within 48 hours of contract award.

5.8    Warranty:  All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form, regardless of warranty coverage, the contractor is responsible for making the repairs under the terms and conditions of the contract at no additional cost.   Parts over $250 have to be approved by the COTR.  For parts over $250 the contractor will be reimbursed the actual amount minus $250.

5.9    Problem Reporting: Any maintenance problems, which in the Contractor's opinion were manufacturer warranty issues, or caused by the installation Contractor (particularly towing damage which will affect removal) and/or negligence or abuse by the occupant shall be reported to the COTR (in writing) with the completed work order.  For work orders that can not be completed due to no shows, bad phone numbers, addresses, failure to be home for appointments etc. the contractor should inform the COTR in writing as soon as possible.

6    **Task Descriptions**

6.1    **Temporary Housing Unit Maintenance Specifications - CLINS 1001;2001;3001;4001;5001;1002;2002;3002;4002;5002**

6.1.1    The contractor will do maintenance necessary to maintain the temporary housing units in a safe, working, and livable, condition.

6.1.1.1 The contractor shall perform only those corrective actions that require the effort of skilled technicians or labors.  FEMA will identify to the contractor all units that belong to and / or are maintained by FEMA.

6.1.1.2 The contractor will provide maintenance services of units assigned and identified by FEMA.  Maintenance service includes performing monthly preventative maintenance inspections, routine and emergency maintenance and repairs for units assigned to the contractor.

6.1.1.3 The unit of issue shall be per assigned unit per month.

6.2    **Staging Maintenance - CLINS 1003; 2003; 3003; 4003; 5003**

6.2.1    This is for maintaining units in staging locations, as identified by the COTR or designee.

ATTACHMENT A

EXHIBIT 1 - Page 10 of 15

Exhibit 1
Maintenance – Temporary Housing Units

48 hours after the issuance of the work order.

6.2.2   The unit of issue shall be per unit issued by work order.

**6.3   Miscellaneous of TT Maintenance - CLINS 1004; 2004; 3004; 4004; 5005**

6.3.1   Miscellaneous tasks associated with the on-site unit maintenance of installed travel trailer units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. This includes key replacement and associated locksmith tasks when there are no keys available when unit is ready for Occupancy. This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

6.3.2   As appropriate for Emergency and Routine: As defined by the COTR and the contractor must provide pricing information prior to performing work. This does not guarantee the contractor will be assigned this work. FEMA reserves the right to use other sources to complete the work.

6.3.3   The unit of issue shall be each at actual cost. The COTR will define the situation and the task. The Contractor will provide their recommendation for addressing the situation and provide the COTR an estimate for doing the work. If the COTR approves, the contractor will do the work. The price of this CLIN will be negotiated at the time of task order award.

**6.4   Miscellaneous of MH Maintenance - CLINS 1005;2005;3005;4005;5005**

6.4.1   Miscellaneous tasks associated with the on-site unit maintenance of installed manufactured home (park model and other prefabricated homes or structures) units as assigned by the COTR or designee that are not addressed by the other descriptions and line items. This includes key replacement and associated locksmith tasks when there are no keys available when unit is ready for Occupancy. This line item also excludes tasks that are associated with refurbishment of units at Staging or other FEMA facilities.

6.4.2   As appropriate for Emergency and Routine: As defined by the COTR and the contractor must provide pricing information prior to performing work. This does not guarantee the contractor will be assigned this work. FEMA reserves the right to use other sources to complete the work.

6.4.3   Of six inches (6") and meet all code. The unit of issue shall be each at actual cost. The COTR will define the situation and the task. The Contractor will provide their recommendation for addressing the situation and provide the COTR an estimate for doing the work. If the COTR approves, the contractor will do the work. The price of this CLIN will be negotiated at the time of task order award.

**6.5   Miscellaneous: Install power pole and meter loop 30 AMP service - CLINS 1006;2006;3006;4006;5005**

6.5.1   Furnish and install temporary power pole and 30AMP meter-base. The contractor shall install an overhead electric assembly. The assembly shall be the appropriate AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing the

EXHIBIT 1 - Page 11 of 15

ATTACHMENT A

Exhibit 1
Maintenance – Temporary Housing Units

appropriate circuit breakers. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be water-tight. Power pole shall have minimum top diameter requirements.

6.5.2   Contractor will meet all local and State codes. The contractor must have all appropriate permits and licenses.

6.5.3   As defined by the COTR.

6.5.4   This does not guarantee the contractor will be assigned this work. FEMA reserves the right to use other sources to complete the work.

6.5.5   The unit of issue is each.

**6.6   Miscellaneous: Install power pole and meter loop 50 AMP service - CLINS 1007;2007;3007;4007;5007**

6.6.1   Furnish and install temporary power pole and 50AMP meter-base. The contractor shall install an overhead electric assembly. The assembly shall be the appropriate AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing the appropriate circuit breakers. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be water-tight. Power pole shall have a minimum top diameter of six inches (6") and meet all code requirements.

6.6.2   Contractor will meet all local and State codes. The contractor must have all appropriate permits and licenses.

6.6.3   As defined by the COTR.

6.6.4   This does not guarantee the contractor will be assigned this work. FEMA reserves the right to use other sources to complete the work.

6.6.5   The unit of issue is each.

**6.7   Miscellaneous: Install power pole and meter loop 100 AMP service - CLINS 1008; 2008; 3008; 4008; 5008**

6.7.1   Furnish and install temporary power pole and 100AMP meter-base. The contractor shall install an overhead electric assembly. The assembly shall be the appropriate AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing the appropriate circuit breakers. All components shall be installed in accordance with the National Electric Code (NEC). All conduit connections on the meter pole must be water-tight. Power pole shall have a minimum top diameter of six inches (6") and meet all code requirements.

6.7.2   Contractor will meet all local and State codes. The contractor must have all appropriate permits and licenses.

6.7.3   As defined by the COTR.

EXHIBIT 1 - Page 12 of 15

ATTACHMENT A

6.7.4    This does not guarantee the contractor will be assigned this work. FEMA reserves the
right to use other sources to complete the work.

6.7.5    The unit of issue is each.

**6.8    Miscellaneous:  Install power pole and meter loop 200 AMP service - CLINS 1009; 2009;
3009; 4009; 5009**

6.8.1    Furnish and install temporary power pole and 200AMP meter-base. .  The contractor
shall install an overhead electric assembly.  The assembly shall be the appropriate AMP
(120/240-volt service) with a weatherproof, rain-tight meter box containing the
appropriate circuit breakers.  All components shall be installed in accordance with the
National Electric Code (NEC).  All conduit connections on the meter pole must be water-
tight.  Power pole shall have a minimum top diameter of six inches (6") and meet all code
requirements.

6.8.2    Contractor will meet all local and State codes. The contractor must have all appropriate
permits and licenses.

6.8.3    As defined by the COTR.

6.8.4    This does not guarantee the contractor will be assigned this work. FEMA reserves the
right to use other sources to complete the work.

6.8.5    The unit of issue is each.

**6.9    Miscellaneous: Refurbish Manufactured Home (MH) - CLINS
1010;2010;3010;4010;5010**

6.9.1    Refurbishment tasks associated with the repair and refurbishment manufactured home or
park model (installed or staging) units as assigned by the COTR or designee that are not
addressed by the other descriptions and line items. Refurbishment includes mattress
replacement, and key replacement.  Generally, the refurbishment will be performed at
one of the staging areas.  The staging areas often have limited resources.  The contractor
shall have generators, tools, equipment and supplies necessary to perform the work.

6.9.2    This does not guarantee the contractor will be assigned this work. FEMA reserves the
right to use other sources to complete the work.

6.9.3    The unit of issue is each.

**6.10    Miscellaneous: Refurbish Travel Trailer (TT) - CLINS 1011;2011;3011;4011;5011**

6.10.1    Refurbishment tasks associated with the repair and refurbishment TT (installed or
staging) units as assigned by the COTR or designee that are not addressed by the other
descriptions and line items. Refurbishment includes mattress replacement, and key
replacement.  Generally, the refurbishment will be performed at one of the staging areas.
The staging areas often have limited resources.  The contractor shall have generators,
tools, equipment and supplies necessary to perform the work.

ATTACHMENT A

EXHIBIT 1 - Page 13 of 15

Exhibit 1
Maintenance – Temporary Housing Units

6.10.2   This does not guarantee the contractor will be assigned this work.  FEMA reserves the right to use other sources to complete the work.

6.10.3   The unit of issue is each.

**6.11   Miscellaneous:  Pump Septic Bladder up to 210 gallon - CLINS 1012; 2012; 3012; 4012; 5012**

6.11.1   Pump septic waste from two-hundred-ten (210) gallon septic bladder as required. The Septic Bladder Pump is the pumping services for the holding tank, septic tank, or bladder connected to the unit.  The septic tank, holding tank and/or bladder connected to the unit must be cleaned or "pumped" periodically to remove the waste, solids and/or liquid contents that accumulate.  Some areas require that a licensed septic contractor do the pumping services.  The pumping services include proper cleaning, and the actual proper pumping, removal, and disposal of solids and liquefied contents from the septic tank, holding tank, or bladder to the truck.

6.11.2   The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service.

6.11.3   Requests for the unit occupant may initiate bladder pumping service, assigned maintenance contractor; FEMA DHOPS field staff, FEMA DHOPS Maintenance staff, or septic pumping contractor personnel. The contractor shall properly transport and dispose of septic waste collected from assigned FEMA DHOPS unit site equipped with two-hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and federal regulations while performing this service.

6.11.4   The contractor must have all appropriate permits and licenses.

6.11.5   As defined by the COTR.  This does not guarantee the contractor will be assigned this work.  FEMA reserves the right to use other sources to complete the work.

6.11.6   The unit of issue is each.

**6.12   Miscellaneous:  Pump Septic Bladder up to 260 gallon - CLINS 1013; 2013; 3013; 4013; 5013**

6.12.1   Pump septic waste from two-hundred-sixty (260) gallon septic bladder as required. . The Septic Bladder Pump is the pumping services for the holding tank, septic tank, or bladder connected to the unit.  The septic tank, holding tank and/or bladder connected to the unit must be cleaned or "pumped" periodically to remove the waste, solids and/or liquid contents that accumulate.  Some areas require that a licensed septic contractor do the pumping services.  The pumping services include proper cleaning, and the actual proper pumping, removal, and disposal of solids and liquefied contents from the septic tank, holding tank, or bladder to the truck.

6.12.2   The septic bladder shall be pumped when the bladder contents are at ninety to ninety five percent of capacity, except when the unit is deactivated. The contractor will observe all local, state, and federal regulations while performing this service.

ATTACHMENT A

EXHIBIT 1 - Page 14 of 15

Exhibit 1
Maintenance – Temporary Housing Units

6.12.3   Requests for the unit occupant may initiate bladder pumping service, assigned
maintenance contractor; FEMA DHOPS field staff, FEMA DHOPS Maintenance staff, or
septic pumping contractor personnel. The contractor shall properly transport and dispose
of septic waste collected from assigned FEMA DHOPS unit site equipped with two-
hundred-ten (210) gallon septic bladder. The contractor will observe all local, state, and
federal regulations while performing this service.

6.12.4   The contractor must have all appropriate permits and licenses.

6.12.5   As defined by the COTR.  This does not guarantee the contractor will be assigned this
work.  FEMA reserves the right to use other sources to complete the work.

6.12.6   The unit of issue is each.

**6.13    Miscellaneous: Dump Station Fees - CLINS 1014;2014;3014;4014;5014**

6.13.1   The contractor shall be compensated for dump station fees. The contractor must submit
the date performed, site addresses pumped, capacity of the pump truck in gallons, and
dated receipt for dump station fees.

6.13.2   In instances where the capacity of the pump truck is greater than the combined capacity
of the pumped septic bladders serviced by the pump truck the receipt must be
documented on the appropriate trucking company letterhead. The contractor must have
all appropriate permits and licenses.

6.13.3   As defined by the COTR or designee and the contractor must provide pricing
information.  This does not guarantee the contractor will be assigned this work.  FEMA
reserves the right to use other sources to complete the work.

6.13.4   The unit of issue is each at actual cost.

**6.14 Miscellaneous:  Major Item Replacement - CLINS 1015;2015;3015;4015;5015**

The Contractor shall be compensated for major items expenses which exceed $250.00 in
accordance with PWS Section 3.1.8

**6.15 Permits and Fees: CLINS 1016, 2016, 3016, 4016, 5016**

The Contractor will be reimbursed for permits and fees associated with the work.  The
Contractor must provide copies of the actual receipts when invoicing.

ATTACHMENT A
EXHIBIT 1 - Page 15 of 15

Exhibit 2
Deactivation– Temporary Housing Units

1.0.    Deactivation, removal, and transportation of Temporary Housing Units:  The contractor
        shall deactivate and provide removal and transportation services of temporary housing
        units from facilities designated by FEMA to other locations under individually issued
        task orders.

2.0    **General**.

        2.1    This establishes the minimum requirements for disaster area deactivation of
               temporary housing units.  FEMA reserves the right to assign any task, part or
               work between its Permanent Full-Time Employees, Stafford Act Employees,
               other temporary employees, personnel from Other Federal Agencies and
               Contractors, etc. to include those in place and those to be selected, based on its
               operational and mission requirements.

        2.2    The contracting officer's technical representative (COTR) is assigned by the
               contracting officer (CO) and has the responsibility of monitoring performance,
               evaluating work, exercising appropriate technical assistance, inspecting and
               accepting completed work for the government and assisting the contracting officer
               with the contractor's performance evaluation.  The COTR shall coordinate all
               activities with the program office.

        2.3    In instances where the resolution of a specific issue may have a widespread effect,
               the resources of more than one Contractor, to include previously procured
               contractors, may be combined to address a solution.  The division of work allows
               FEMA greater flexibility and surge capability to respond to the potential of
               multiple catastrophic events.

        2.4    This contractor at a minimum will:

               2.4.1    Provide unit deactivation and removal services assigned by FEMA.
                        Deactivate temporary housing units identified by FEMA.  Deactivation
                        includes performing site and unit preparation, unit removal and transport
                        to the designated area, and returning site to pre-placement condition.
                        NOTE:  Deactivations will be on an as required by FEMA basis. FEMA
                        will notify the contractor for unit deactivations. Deactivations occurring
                        for time periods for less than a month will be paid a prorated amount.  The
                        cut-off date is the date the unit should have been deactivated.

               2.4.2    Demonstrate professionalism when performing contract-associated tasks.
                        The Contractor must have approval from the occupant or, in case of an
                        emergency, the COTR prior to entering the temporary housing unit. This
                        shall include notifying commercial site management or Operations and

Exhibit 2
Deactivation– Temporary Housing Units

Management personnel when performing duties within their properties.

2.4.3   The Contractor at no time will leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person. Access to and from all exterior doors shall be maintained at all times.

2.4.4   Have resources (including staff) available or on-call for 24 hours a day, 7 days a week (24/7), to include having a toll-free number available within 48 hours upon contract award to report emergency (day and after-hours), and routine issues.

2.4.5   Respect applicant privacy and protect their information. The applicant information must not be used for any reasons other than the intended purpose. No applicant information will be provided to other entities without FEMA and the applicant's approval.

## 3.0   Function (Tasks) Descriptions.

### 3.1   Deactivation – Emergency.   Deactivation activities that are authorized under emergency conditions shall be approved by FEMA via the FEMA designated representative (COTR). If the occupant the unit requests an emergency deactivation the contractor shall report this to FEMA immediately. Emergency deactivation activities are defined as those necessary to eliminate a serious health, safety, or security hazard. All emergency work orders for deactivation activities received after hours, weekends, or holidays shall be reported to the COTR by 10:00 a.m. on the following normal workday. When units are deactivated the cleaning and/or repairs may be performed at the site where the unit was installed or at a contractor staging area.

3.1.1   The Contractor shall initiate emergency deactivation activities to eliminate or reduce health, safety, or security hazards within six (6) hours of receipt (7 days per week) of an emergency request and complete the work the same day the work order is issued.

3.1.2   This may include temporary repairs, in which case the Contractor shall notify the COTR or designee. Permanent repairs must be completed within the routine repair time frame.

3.1.3   Emergency deactivations is typically required in response to, but not limited to, one of the following problems:

3.1.3.1 Gas leak

3.1.3.2 Major water leak, where a shut off valve cannot be located.

EXHIBIT 2 - Page 2 of 14

ATTACHMENT A

Exhibit 2
Deactivation– Temporary Housing Units

3.1.3.3 Actual sewage leak (Health concern).No heat (when outside temperature is, or is expected to go below 50 degrees Fahrenheit).

3.1.3.4 No A/C (when outside temperature is, or is expected to go above 85 degrees Fahrenheit).

3.1.3.5 No electricity (excluding local power company failure), or major electrical malfunction.

3.1.3.6 Perceived imminent health, danger or safety hazards such as mudslides, flooding, fires, etc.

3.2     **Deactivation – Routine.**  Deactivation activities not defined as emergency is defined as routine deactivation activities unless identified by FEMA.  When units are deactivated the cleaning and/or repairs may be performed at the site where the unit was installed or at a contractor staging area.  All routine deactivation activities shall determined by FEMA and be completed within the following:

3.2.1   Manufactured homes (and park model) deactivations shall be completed within seven days of work issuance.

3.2.2   Travel trailer deactivations shall be completed within three days of work issuance.

3.2.3   Deactivations associated activities shall be completed within 48 hours after receipt of the requirement as defined by the COTR and FEMA defined mission.

3.2.4   When such 48-hour completion time would expire on Saturdays, Sundays, or holidays, the 48-hour time period shall extend to the following Monday or Tuesday, as appropriate.

3.2.5   Priority shall be given during routine deactivation activities to:

3.2.5.1 Units on commercial parks.

3.2.5.2 Units on private sites where the homeowner needs the unit moved to continue repairs.

3.2.5.3 Heating (winter) and cooling (summer) problems not corrected under the emergency maintenance definition.

3.2.5.4 Problems that could be a health concern, such as stopped-up sewer or water lines.

ATTACHMENT A

EXHIBIT 2 - Page 3 of 14

Exhibit 2
Deactivation– Temporary Housing Units

3.3    **Deactivation Activities.** This may be unit re-installation, repositioning, or relocate activities of the units identified by FEMA as defined by FEMA. This includes deactivation, transportation and removal services. Basic deactivation is within 150 miles from the site to the designated locations. Any miles outside of 150 miles are additive. The COTR will identify the staging or designated location.  All work must be performed in accordance with applicable federal, State, county/Parrish, and local guidance, laws, ordinances, and requirements. If the contractor is tasked with a relocate, reposition, or re-installation the contractor is responsible for locating, marking, and connecting to existing utilities and obtaining the appropriate permits. Cleaning and fumigating is a part of deactivation and refurbishment. It is also a separate line item that can be issued for non-occupied or non-installed units identified by FEMA.

3.4    **Task Description Breakdown.**

   3.4.1    **Basic TT Deactivation - CLINS  1016;2016;3016;4016;5016**
   Routine deactivations shall be completed within three (3) workdays after work order issuance. All set-up materials must be removed from the site within eight (8) hours of the unit being moved. If the set-up materials are not removed within this timeframe the contractor will be required to do so prior to payment for deactivation. If the contractor gives the set-up materials to the landowner, park manager, or anyone else it is still the contractor's responsibility to ensure the materials are removed. This includes filling and tampering holes and ditches as well as correcting any other possible safety and sanitary hazards and health concerns that could be associated with the deactivation of the unit.

   3.4.2    **Emergency TT Deactivation - CLINS 1017;2017;3017;4017;5017.**
   When an emergency deactivation is required, the COTR/designee may issue a verbal order.  A work order will follow the verbal order.  At minimum the contractor shall complete the following, when being issued a verbal for emergency deactivation:

      3.4.2.1 The TT will be unlocked utilizing the most expeditious and safest method available.

      3.4.2.2 Remove all blocking and debris associated with the unit installation and deactivation, and disconnects anchoring.  If a temporary pole was set by FEMA and the requirement is for the pole to be removed as well, the contractor is responsible for removing the pole. If time and safety permits, cut anchors six inches below grade.

      3.4.2.3 All utility, electric, water, sewer, gas, and any other connections which inhibit the unit's movement shall be de-energized or shut-

EXHIBIT 2 - Page 4 of 14                                    ATTACHMENT A

Exhibit 2
Deactivation– Temporary Housing Units

off at the source and disconnected.

3.4.2.4 The TT will be moved to the designated FEMA approved holding
location.

3.4.2.5 While removal of the TT from the area must be completed
expeditiously, the site shall still be left in a safe condition.

3.4.2.6 Under this task the unit will be deactivated within one day after
issuing the emergency deactivation work-order.

3.4.3   **Emergency TT Re-Installation - CLINS 1018;2018;3018;4018;5018**
The contractor will be compensated on a per-unit basis for emergency
deactivation and installation of a different unit. Additional towing charges
apply beyond 150 miles.

3.4.3.1 The per-unit emergency deactivation and installation charge
includes all labor, service call charges, towing within 150 miles to
or from the location the unit was picked up to the designated
location except additional towing vehicle charges beyond 150
miles. Towing charges beyond 150 miles will be paid only for the
towing vehicle.  Note: The contractor must use the same material
used in the original installation to re-install the different TT unit, as
long as the material is in good condition.

3.4.3.2 Mileage from installation site to or from staging or designated
holding area shall be determined by the most direct, legal route,
taking into consideration state transportation regulations.  FEMA
reserves the right to assign emergency deactivation-and installation
to any contractor or other resource to accomplish the mission.
Within six (6) hours of being issued in a verbal order, except in
cases as a longer completion the PO authorizes time.

3.4.3.3 Complete deactivation and installation of the TT shall be
completed within twelve (12) hours of being issued a work order.

3.4.4   **Reposition Travel Trailer - CLINS 1019;2019;3019;4019;5019**
Reposition the installed travel trailer on the site. Note: The contractor must
use the same material used in the original installation to re-install the TT,
as long as the material is in good condition. Re-position is on the same
site, while relocation is moving the unit to another site.

3.4.4.1 The contractor must have all appropriate permits and licenses.
Within three (3) days of work order issuance.

ATTACHMENT A

EXHIBIT 2 - Page 5 of 14

Exhibit 2
Deactivation– Temporary Housing Units

3.4.4.2 Complete deactivation and reinstallation of the TT shall be
completed within twelve (12) hours.

3.4.4.3 The applicant shall not be displaced overnight.

3.4.5 **Relocate Travel Trailer - CLINS 1020; 2020.3020;4020;5020**
Relocate the installed travel trailer from one site to another. NOTE: The
contractor shall use the same material used in the original installation to
re-install the TT, as long as the material is in good condition.

3.4.5.1 The contractor must have all appropriate permits and licenses.
Within three (3) days of work order issuance.

3.4.5.2 Complete deactivation and reinstallation of the TT shall be
completed within twelve (12) hours.

3.4.5.3 The applicant shall not be displaced overnight.

3.4.6 **MH Deactivation - CLINS 1021;2021;3021;4021;5021**
Routine deactivations shall be completed within seven (7) workdays after
work order issuance.  .  All set-up materials must be removed from the site
within eight (8) hours of the unit being moved.   If the set-up materials are
not removed within this timeframe the contractor will be required to do so
prior to payment for deactivation.  If the contractor gives the set-up
materials to the landowner, park manager, or anyone else it is still the
contractor's responsibility to ensure the materials are removed.  This
includes filling and tampering holes and ditches as well as any other
possible safety and sanitary hazards or and health concerns that could be
associated with the deactivation of the unit.

3.4.7 **MH Emergency Deactivation- CLINS 1022;2022;3022;4022;5022**
When an emergency deactivation is required, the COTR or designee may
issue a verbal order.  A work order will follow the verbal order.  At
minimum the contractor shall complete the following, when being issued a
verbal for emergency deactivation:

3.4.7.1 The MH will be unlocked utilizing the most expeditious and safest
method available.

3.4.7.2 Remove all blocking and debris associated with the unit
installation and deactivation, and disconnects anchoring.  If time
and safety permits, cut anchors six inches below grade.

3.4.7.3 All utility, electric, water, sewer, gas, and any other connections
which inhibit the unit's movement shall be de-energized or shut-

ATTACHMENT A

EXHIBIT 2 - Page 6 of 14

Exhibit 2
Deactivation– Temporary Housing Units

off at the source and disconnected.

3.4.7.4 The MH will be moved to the designated FEMA approved holding location.

3.4.7.5 While removal of the MH from the area must be completed expeditiously, the site shall still be left in a safe condition.

3.4.7.6 Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order.

### 3.4.8   MH Emergency Deactivation and Installation - CLINS 1023;2023;3023;4023;5023

The contractor will be compensated on a per-unit basis for emergency deactivation and installation, in addition to additional towing charges beyond 150 miles.

3.4.8.1 The per-unit emergency deactivation and installation charge includes all labor, service call charges, towing within 150 miles from the location the unit was picked up to the designated location except additional towing vehicle charges beyond 150 miles. Towing charges beyond 150 miles will be paid only for the towing vehicle. Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition.

3.4.8.2 Mileage from installation site to staging or designated holding area shall be determined by the most direct, legal route, taking into consideration state transportation regulations.

3.4.8.3 FEMA reserves the right to assign emergency deactivation-and installation to any contractor or other resource to accomplish the mission. The contractor shall install the unit in accordance with the MH Installation Specifications.

3.4.8.4 The contractor must have all appropriate permits and licenses Under this task the unit will be deactivated within one day after issuing the emergency deactivation work-order and the installation will be complete within 3 days of the deactivation.

### 3.4.9   Difficult Site (Hard Tow): Furnish heavy equipment for Travel Trailer -  CLINS  1024;2024;3024;4024;5024

_The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar

Exhibit 2
Deactivation– Temporary Housing Units

equipment to reposition the travel trailer or remove the travel trailer from the designated site.  Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector.  Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

3.4.10  **Difficult Site Units (Furnish heavy equipment for manufactured home model, or other prefabricated units) - CLINS 1025;2025;3025;4025;5025**

The Contractor shall furnish and provide bulldozer, wrecker, crane, or similar equipment to reposition the manufactured home or remove the manufactured home from the designated site.  Requirement for necessity of heavy equipment is at the discretion of the FEMA Inspector.  Light equipment such as a farm tractor or any similar equipment used for the convenience of the Contractor shall be at the Contractor's expense and not reimbursable.

3.4.11  **Additional Mileage for MH/PM Tow (each towing mile over 150 miles)   CLINSs - 1027;2027;3027;4027;5027**

Distances beyond a 150-mile haul for temporary housing units; are additive contract costs. Per Mile beyond 150 miles.

3.4.12  **Additional Mileage for TT Tow (each towing mile over 150 miles) CLINS  1028;2028;3028;4028;5028**

Distances beyond a 150-mile haul for temporary housing units; are additive contract costs. Per Mile beyond 150 miles.

3.4.13  **Reposition mobile home - CLINS  1029;2029;3029;4029;5029**

Reposition the installed mobile home on the site.  Note: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. The contractor must have all appropriate permits and licenses. The task will be complete and the unit RFO within three (3) days of work order issuance.

3.4.14  **Relocate Mobile Home - CLINS 1030; 2030;3030;3030;4030;5030**

Relocate the installed mobile home from one site to another. NOTE: The contractor must use the same material used in the original installation to re-install the MH, as long as the material is in good condition. The task will be complete and the unit RFO within three (3) days of permit issuance. Permitting applications must be completed before movement of the unit

EXHIBIT 2 - Page 8 of 14

ATTACHMENT A

Exhibit 2
Deactivation– Temporary Housing Units

4.0     Deactivation.  The following procedures shall be utilized in the performance of all deactivation activities. The tasks described herein do not indicate the method or priority the action may be performed in as long as the integrity of the unit is intact and steps are taken to ensure the process is completed safely and sanitarily.

    4.1     Deactivation Preparation:

        4.1.1   Pull the steps away from the unit and remove the step anchors from the steps and ground, as appropriate.

        4.1.2   Disconnect the power source at the service entrance box and at the unit junction box.  The service entrance cable is to be cut off a minimum of six (6) inches below grade, as appropriate.  Also disconnect the phone line and cable, prior to moving the unit if applicable.

        4.1.3   Shut off the fuel service at the source.  Disconnect the service line at the entrance to temporary housing unit and securely cap temporary housing unit supply line, as appropriate.

        4.1.4   Notify the LP gas supplier in writing (if applicable) that services are no longer required.

        4.1.5   Ensure that the commode, sanitary line, and holding tank (if applicable) are free of sewage. Holding tanks shall be rinsed, the contents dumped until the liquid runs clear and free of any solids, and the valve shall be closed during transport. The valve shall be opened at the Staging site to ensure compliance with the above requirements. The contractor shall have a suitable container to catch any liquid that may escape from the tank during the valve opening procedure. The contractor shall properly dispose of any material that escapes into the contractor provided container.

        4.1.6   Cut the temporary housing unit drain line beneath the unit leaving 4" to 6" of pipe protruding from the unit.  The cut should be made in such a manner as not to adversely affect a future connection.  Units provided with a threaded end on the sanitary drain line shall have the service disconnected at this point rather than by cutting the line.  The drain line shall also be removed from the sewer stub-up and the sewer stub-up capped with a threaded cap to prevent foreign objects from entering the sanitary sewer line. The septic/sewer system should be returned to pre-installation condition.

        4.1.7   Locate the water service box and shut off the water supply.  Disconnect and remove the heater cable (if applicable) and insulation, and disconnect the water connection pipe from the unit supply pipe.  Disconnect the

ATTACHMENT A

EXHIBIT 2 - Page 9 of 14

Exhibit 2
Deactivation– Temporary Housing Units

water connection from the water supply.

4.1.8   Locate the cable and telephone and appropriately disconnect if applicable.

4.1.9   Remove all anchors, poles where necessary, straps, clamps, and tie down bolts, backfill all holes resulting from installation.

4.1.10   Inflate tires to proper pressure and replace damaged or missing tires. Check all wheel lugs and rim clamps for tightness. Check brake wires and install and/or reconnect as necessary.

4.1.11   Inspect axle assemblies, springs, spring hangers, and equalizers for missing parts or cracked welds. Repair and/or replace as necessary.

4.1.12   Inspect drawbar for significant bends that could affect transportability, and ensure that all welds are free of cracks. Repair as required.

4.1.13   Inspect coupler assembly and screw jack to ensure proper functioning. Lubricate and /or repair or replace as required.

4.1.14   Remove pier blocking or stabilizer jacks. Care should be taken to avoid excessive sinking of the unit when it is lowered. During the lowering process, the unit drawbar shall be blocked in such a manner as to prevent the weight of the unit from resting on the screw jack.

4.1.15   The Contractor shall remove obstructions existing under the unit that will interfere with the movement of the unit.

4.1.16   Due to the safety and sanitary issues and concerns, the area immediately surrounding the unit shall be cleared of all set-up material within eight (8) hours of unit deactivation. No hazards associated with the deactivation will be left overnight unless steps are taken to secure the site. At the time of deactivation, the Government shall consider this material scrap. The Contractor shall take the title to this material. The material shall be removed for disposing with all debris and trash. All site holes shall be properly filled and tamped immediately.

4.2   Interior. The interior fixtures, equipment, and furnishings of the unit shall be secured as follows:

4.2.1   All electrical fixtures shall be disassembled so that no glass domes/reflectors are left on the fixtures. These shall be wrapped in paper and placed inside drawers to prevent breakage.

4.2.2   The refrigerator and range shall be bracket mounted to the floor and wall

ATTACHMENT A

EXHIBIT 2 - Page 10 of 14

Exhibit 2
Deactivation– Temporary Housing Units

stud of the unit.

4.2.3   The furnace access door shall be properly secured, but not taped.

4.2.4   The fire extinguisher shall be placed under the kitchen sink cabinet and properly secured.

4.2.5   The smoke detector shall be left in place.

4.2.6   Drawers shall be removed and placed inverted on the floor against the front wall of each room.  (Drawers with RV latches should be left in the cabinet; drawers left in place will be properly secured for shipment.

4.2.7   At the time of shipment, the bedding should be placed in a normal position.

4.2.8   The kitchen table shall be placed standing upright against the front wall.

4.2.9   Curtains and drapes are to be left hanging.

4.2.10  No tape nails, screws, or clamps shall be used to secure any furnishings or any part of the unit, unless specifically stated in this procedure.

4.2.11  As applicable, the A/C shall be placed in the living room area and secured in the MH unit to prevent movement and damage to the A/C itself, other furnishing, and the unit (i.e. walls, floor, doors, etc…) during transport. The A/C must also be drained.

4.3   Exterior.  The exterior of the unit shall be secured.  This includes the following:

4.3.1   Removing exterior electrical fixtures, properly wrapping them and placing them in the kitchen sink.  The fixture junction box shall be covered.

4.3.2   The kitchen exhaust fan cover plate shall be securely closed and fastened to prevent damage and to ensure proper protection to the exhaust fan, motor, and control.

4.3.3   Supply and drainpipes beneath the unit shall be properly secured.

4.3.4   Functional anchor straps shall be coiled and secured with reinforced tape.

4.4   Cleaning and Fumigating.   The temporary housing unit shall be cleaned and fumigated on an as needed basis as determined by FEMA.

4.4.1   The interior of the unit shall have all trash and rubbish removed.

ATTACHMENT A

EXHIBIT 2 - Page 11 of 14

Exhibit 2
Deactivation– Temporary Housing Units

Abandoned personal effects shall be neatly tagged and bagged for identification. The neatly tagged bags shall be delivered to Staging within the unit's main bedroom closet.

4.4.2    In order to prevent deterioration all appliances and cabinets shall be cleaned and free from foodstuffs and other items. The counters, cabinets, stovetop, countertops, and other surfaces shall be wiped clean. All loose food particles shall be removed from the refrigerator and other surfaces and cabinets. The cabinets shall be empty. The refrigerator door shall be blocked and taped open to allow air circulation. The blocking shall not be placed against the door gasket seal. The refrigerator's interior shall be wiped clean.

4.4.3    The complete interior of the unit, including baseboards and areas under cabinets, in closets, in compartments, furnace, A/C and water heater compartments, shall be fumigated with environmentally friendly pesticides to kill any insects that may be present.

4.4.4    The unit shall be broom cleaned and the carpet (if any) shall be vacuumed.

4.4.5    Secure the doors and deliver unit to staging or holding area (within the Disaster area, or designated area vicinity or FEMA designated site), if applicable.

4.5    Winterization: All water shall be removed from the system. This includes:

4.5.1    Putting air pressure to the lines to clean out the water lines.

4.5.2    Open the system's low-point drain valves, all inside water faucets, water closet valves, clothes washer valves, water heater drain valve, and shower diverter to drain the entire plumbing system.

4.5.3    Each water faucet shall be momentarily opened while the lines are under pressure to release any trapped water, including the washing machine connections and the shower diverter.

4.5.4    All water shall be flushed from the commode and water closet. The small amount of water remaining in the tank shall be sponged out. Note: All of the interior water faucets shall be left in an open position for additional evaporation when all visible water is removed.

4.5.5    Approximately ½ gallon of anti-freeze shall be distributed between the commode and all P-traps on each unit, including the washing machine P-trap.

ATTACHMENT A

EXHIBIT 2 - Page 12 of 14

   4.5.6 The water inlet gate valve shall be left down (one turn).

5.0 Issuance of Work.  FEMA reserves the right to issue work to staff and other resources to perform the mission.

  5.1 The contractor may also be tasked to perform service calls for emergency deactivations outside of normal duty hours.

  5.2 Routine, and emergency, deactivations may be issued to the contractor via maintenance work orders.

  5.3 Maintenance work orders will be used for documenting all deactivation activities regardless of the nature.  Generally FEMA will use a FEMA Form 90-38, "Mobile Home Maintenance Work Order" or other appropriate documentation.

  5.4 At the completion of the work the contractor shall list the deactivation towing mileage over 150 miles from the site to the staging area or designated locations, if applicable.

6.0 Contractor Responsibilities

  6.1 Work Hours.  Normal work (duty) hours are from 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding holidays.  Emergency after-hours calls are considered as emergencies that occur anytime outside the above-mentioned hours and days.  The completion time of service calls that would expire on Saturdays, Sundays, or holidays, shall extend to the following duty day, as appropriate.

  6.2 Phone Service.  The 24-hour telephone numbers(s) shall be a toll-free number and shall be provided to the Contracting Officer and FEMA COTR within 48 hours of contract award.  The telephone number(s) will be provided to the unit occupants.

  6.3 Facilities.  The Contractor shall maintain an office and adequate storage and shop facilities to efficiently provide for the Government's deactivation requirements.

  6.4 Identification.  Any contractor personnel (staff and subcontractor) requiring access to DHS FEMA facilities (such as JFO, AFO, DRC, and staging), personnel, assets (temporary housing units), clients (Such as unit occupants), need FEMA contractor badges for accessibility.  Contractor personnel (including support staff, such as haulers, janitorial, dispatchers, cleaners, and workers having no direct contact with unit occupants and sensitive information must wear a company identification badge.  The badge must include a contractor identification number, name, company name, and phone number.  This badge must be visible when the contractor is working.  The contractor is responsible for obtaining badges for all the employees working the tasks associated with this contract.  This includes temporary, sub-contractors, etc.  The contractor is

Exhibit 2
Deactivation– Temporary Housing Units

responsible for monitoring their staff. All contractors' staff and subcontractors will be identified by the prime contract.

6.5     Resources. The Contractor shall furnish all necessary labor, tools, equipment, and materials to perform temporary housing unit maintenance, deactivation and transport services. The contractor must obtain all appropriate permits and licenses needed to fulfill the tasks of this contract. The contractor must use certified and licensed personnel to perform the work needed.

6.6     Contractor Expectations. All contractor staff is expected to carry themselves in a professional manner. It is the contractor's responsibility to monitor and supervise their staff work, professionalism, and behavior. The contractor must be able to provide a background check of employees as requested.

6.7     Warranty. All work performed under this contract shall be warranted for a period of 90 days from the acceptance of the work, as indicated by the Contracting Officer's Technical Representative's (COTR's) signature and date on the work order form.

ATTACHMENT A

EXHIBIT 2 - Page 14 of 14

# ATTACHMENT B

# Quality Assurance Surveillance Plan and Performance Requirements Summary

**Federal Emergency Management Agency**

# MAINTENANCE AND DEACTIVATION OF MANUFACTURED HOMES AND TRAVEL TRAILERS

## *Quality Assurance Surveillance Plan*

November 2005

1                    ATTACHMENT B

**Quality Assurance Surveillance Plan (QASP)**

## TABLE OF CONTENTS

I.   INTRODUCTION.................................................................................................................3

II.   SCOPE...............................................................................................................................3

III.   PERFORMANCE CRITERIA............................................................................................4

   A.   TIMELINESS (SSPA #1) ..............................................................................................4
   B.   CUSTOMER SATISFACTION (SSPA #2).....................................................................5
   C.   QUALITY (SSPA #3).....................................................................................................6

IV.   PERFORMANCE REQUIREMENTS SUMMARY............................................................7

   EXHIBITS:

   1. Customer Satisfaction Survey

   2. Maintenance Quality Survey

   3. Deactivation Quality Survey

ATTACHMENT B

**Quality Assurance Surveillance Plan (QASP)**

## I.   INTRODUCTION

A.     Contractor performance shall be in accordance with requirements set forth in the Performance Work Statement, Section C, and will be actively monitored by authorized Government personnel to insure full compliance with the contract terms and conditions.  The Contracting Officer's Technical Representative (COTR), with assistance from the Project Monitor, will evaluate the contractor's performance on a monthly basis.  This Quality Assurance Surveillance Plan (QASP) outlines the procedures that will be used in assessing the quality of performance achieved under the contract.  This plan shall be used as the basis for evaluating and measuring contractor performance.

B.     The COTR is responsible for monitoring Contractor performance on a task order basis.  The COTR, with the Project Monitor's assistance, will provide overall technical management, and monitor contractor performance.  The Project Monitor will document Contractor progress and performance, and inform the COTR immediately regarding any potential problems and recommended courses of action.  Problems of a contractual nature (as opposed to technical) will be reported to the Contracting Officer immediately.

C.     The method of surveillance will be random sampling, 100 % inspections and validated customer comments to monitor the contractor's performance on a task order basis.

D.     Selected Service Performance Areas (SSPAs) are scored on the basis of achievement under individual task orders (See para. IV below).

E.     The Contractor,  Project Monitor, and COTR will Partner throughout the life of each task order and discuss the quality of performance during weekly conference calls, or more frequently if necessary.  Performance results will be documented by the Project Monitor.  The Contractor and Project Monitor will affix their signatures to indicate agreement.  If the Contractor and Project Monitor are unable to reach agreement on the evaluation results, then the matter shall be elevated to the COTR.  If the Contractor and COTR are unable to reach agreement on the evaluation results, then the matter shall be elevated to the Contracting Officer.  The Contracting Officer will consider any discrepancies between the Contractor and the COTR, and issue a final decision.   There is no provision for the Contractor to appeal the Contracting Officer's final decision.  The original evaluation shall be forwarded to the Contracting Officer for retention in the Official Contract File, and one copy each shall be provided to the Contractor and the COTR.  The evaluation results will only be used internally by the government.

## II.   SCOPE

A.     The Selected Service Performance Areas (SSPAs) include the following categories:

- Timeliness
- Customer Satisfaction
- Quality

ATTACHMENT B

**Quality Assurance Surveillance Plan (QASP)**

III.   PERFORMANCE CRITERIA

A.   **Timeliness (SSPA #1)**

1.   Timeliness will be evaluated for Routine and Emergency Maintenance and Deactivation.

a.   Pursuant to the Performance Work Statement (PWS) Exhibit 1, Section 3.1.3, the contractor shall initiate and complete emergency repairs within 6 hours of receipt of the emergency request.  Pursuant to PWS Exhibit 1, Section 3.2.1 the contractor shall initiate and complete routine maintenance repairs within forty-eight (48) hours after receipt of the request or monthly scheduled maintenance. Pursuant to PWS Exhibit 2, Section 2.2.1.1, the contractor shall initiate and complete routine deactivation requests for manufactured homes and park models within seven (7) workdays after receipt of the work order.  Routine deactivation for travel trailers shall be completed within 3 days of work order pursuant to PWS, Exhibit 2, Section 2.2.1.2.

b.   During each calendar month, the COTR or Project Monitor will randomly select approximately 10% of the work orders issued in each of the following three areas of performance:  (1) emergency maintenance, (2) routine maintenance, and (3) deactivation.  If fewer than twenty (20) work orders have been issued in a given month for any one of the three areas, then 100 % inspection will be performed instead of random sampling.  Scores will be percentage scores will be calculated for each of the three areas.  For instance, if 10 work orders are evaluated for "routine maintenance" and it is found that 9 out of 10 were on time, the contractor would receive a score of 90% in that area.  Percentage scores will be recorded for each of the three areas then averaged to arrive at one percentage amount applicable to SSPA #1.

c.   Failure to meet this requirement at least 80% of the time will result in a financial disincentive.   Success in meeting the requirement 90% or more of the time will result in a financial incentive, as follows:

60% and below of the maintenance calls and deactivation requests were responded to within the timeframe. ***Unsatisfactory: Disincentive -5% of monthly invoice amount.***

61% - 79% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. ***Marginal: Disincentive: -2.5% of monthly invoice amount.***

80% - 89% of the maintenance calls and deactivation requests were responded to in the appropriate time frame. ***Satisfactory:  Full Payment.***

ATTACHMENT B

4

**Quality Assurance Surveillance Plan (QASP)**

90% - 94% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Excellent: Incentive +2.5% of monthly invoice amount.*

95% and above of the maintenance calls, and deactivation requests were responded to in the appropriate timeframe. *Outstanding: Incentive +5% of monthly invoice amount.*

**B.   Customer Satisfaction (SSPA #2)**

1.   Customer Satisfaction be evaluated for Routine and Emergency Maintenance and Deactivation.

   a.   Pursuant to the Performance Work Statement (PWS), Section IV, the contractor shall provide maintenance and deactivations services and activities in a professional manner and incorporating valuable customer service, performance and quality assurance measures into the task ensure disaster impacted individuals and households occupying the temporary housing units are treated and served with courteous and timely services.

   b.   During each calendar month, the COTR or Project Monitor (PM) will randomly select approximately 10% of the work orders issued in each of the following three areas of performance:  (1) emergency maintenance, (2) routine maintenance, and (3) deactivation.  If fewer than twenty (20) work orders have been issued in a given month for any one of the three areas, then 100 % inspection will be performed instead of random sampling.  Using the Customer Satisfaction Survey, Exhibit 1, the COTR or PM, will survey customers to determine the level of customer satisfaction.  Scores will be calculated for each work order, then averaged together by performance area.  For instance, if 10 work orders are evaluated for "routine maintenance," and the contractor receives the following scores: 90%, 80%, 70%, 90%, 80%, 70%, 90%, 80%, 70%, 90%, then the average score for the 10 surveys would be 81%.  Percentage scores will be recorded for each of the three areas then averaged to arrive at one percentage amount applicable to SSPA #2.

   c.   Failure to meet this requirement at least 80% of the time will result in a financial disincentive.   Success in meeting the requirement 90% or more of the time will result in a financial incentive, as follows.

60% and below of the maintenance calls and deactivation requests were responded to within the timeframe. *Unsatisfactory: Disincentive -5% of monthly invoice amount.*

61% - 79% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Marginal: Disincentive: -2.5% of monthly invoice amount.*

ATTACHMENT B

Quality Assurance Surveillance Plan (QASP)

80% - 89% of the maintenance calls and deactivation requests were responded to in the appropriate time frame. *Satisfactory: Full Payment.*

90% - 94% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Excellent: Incentive +2.5% of monthly invoice amount.*

95% and above of the maintenance calls, and deactivation requests were responded to in the appropriate timeframe. *Outstanding: Incentive +5% of monthly invoice amount.*

**C.     Quality (SSPA #3)**

1.     Quality will be evaluated for Routine and Emergency Maintenance and Deactivation.

   a.   Pursuant to the standards listed in the Performance Work Statement (PWS), Exhibit 1, Sections 6, Task Description, and Exhibit 2, Sections 2.4, Task Description, the contractor shall ensure that work is performed in a high quality manner.

   b.   During each calendar month, the COTR or Project Monitor (PM) will randomly select approximately 10% of the work orders issued in each of the following three areas of performance:  (1) emergency maintenance, (2) routine maintenance, and (3) deactivation.  If fewer than twenty (20) work orders have been issued in a given month for any one of the three areas, then 100 % inspection will be performed instead of random sampling.  Exhibit 2, Maintenance Quality Survey will be used to evaluate Emergency and Routine Maintenance, and Exhibit 3, Deactivation Quality Survey will be used to evaluate Deactivation.  Scores will be calculated for each work order, then averaged together by performance area.  For instance, if 10 work orders are evaluated for "routine maintenance," and the contractor receives the following scores: 90%, 80%, 70%, 90%, 80%, 70%, 90%, 80%, 70%, 90%, then the average score for the 10 surveys would be 81%.  Percentage scores will be recorded for each of the three areas then averaged to arrive at one percentage amount applicable to SSPA #3.

   c.   Failure to meet this requirement at least 80% of the time will result in a financial disincentive.   Success in meeting the requirement 90% or more of the time will result in a financial incentive, as follows.

        60% and below of the maintenance calls and deactivation requests were responded to within the timeframe. *Unsatisfactory: Disincentive -5% of monthly invoice amount.*

        61% - 79% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Marginal: Disincentive: -2.5% of monthly invoice amount.*

ATTACHMENT B

6

**Quality Assurance Surveillance Plan (QASP)**

80% - 89% of the maintenance calls and deactivation requests were responded to in the appropriate time frame. *Satisfactory: Full Payment.*

90% - 94% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Excellent: Incentive +2.5% of monthly invoice amount.*

95% and above of the maintenance calls, and deactivation requests were responded to in the appropriate timeframe. *Outstanding:  Incentive +5% of monthly invoice amount.*

## IV.    PERFORMANCE REQUIREMENTS SUMMARY

The Performance Requirements Summary (PRS), which follows, summarizes (in chart form) (1) the Selected Service Performance Areas (SSPAs) critical to successful performance, (2) the minimum "Standard" required, (3) the paragraph cite in the Performance Work Statement where a description of the exact  requirement can be found, (4) the method of surveillance, and (5) the scoring and incentive/disincentive measurement system to be applied  to each SSPA.

ATTACHMENT B

PERFORMANCE REQUIREMENTS SUMMARY   (PRS)

ATTACHMENT B

| Selected Served Performance Area (SSPA) | PERFORMANCE REQUIREMENT | STANDARD | METHOD OF SURVEILLANCE | PERFORMANCE MEASUREMENT AND CALCULATION |
|---|---|---|---|---|
| **SSPA#1 Timeliness** | | | | |
| a. Emergency Maintenance PWS Exhibit 1 Section 3.1.3 | a. Initiate and complete emergency repair requests within six (6) hours of receipt of emergency request. | 1a. 60% and below of the maintenance calls and deactivation requests were responded to within the timeframe. *Unsatisfactory* | Random Sampling of appropriate performance check | 1a. Unsatisfactory. 5% of Unit Rate is to be deducted from the monthly invoice. |
| | | 1b. 61% - 79% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Marginal* | A few validated complaints will be used as a secondary method of surveillance. | 1b.Marginal.  2.5% of Unit Rate is to be deducted from the monthly invoice. |
| b. Routine Maintenance PWS Exhibit 1 Section 3.2.1 | b. Initiate and complete routine maintenance repairs within forty-eight (48) hours receipt of the request and the monthly scheduled maintenance | 1c. 80% - 89% of the maintenance calls and deactivation requests were responded to in the appropriate time frame. *Satisfactory* | 100% Inspection | 1c. Satisfactory.  0 Invoice changes will not be required. |
| | | 1d. 90% - 94% of the maintenance calls and deactivation requests were responded to in the appropriate timeframe. *Excellent* | | 1d.  Excellent.  2.5% of Unit Rate is to be added to the monthly invoice. |
| c. Deactivation (MH/PM) PWS, Exhibit 2, Section  2.2.1.1 | c. Initiate and complete routine deactivation requests within  seven (7) workdays after receipt of the work order. | 1e. 95% and above of the maintenance calls, and deactivation requests were responded to in the appropriate timeframe. *Outstanding* | | 1e. Outstanding.  5% of Unit Rate is to be added to the monthly invoice. |

8

ATTACHMENT B

PERFORMANCE REQUIREMENTS SUMMARY   (PRS)

| Selected Served Performance Area (SSPA) | PERFORMANCE OF REQUIREMENT | STANDARD | METHOD OF SURVEILLANCE | PERFORMANCE MEASUREMENT AND CALCULATION |
|---|---|---|---|---|
| d. Deactivation (TT) PWS, Exhibit 2, Section 2.2.1.2 | c. Initiate and complete routine deactivation requests within three (3) workdays after receipt of the work order. | | | |

9

PERFORMANCE REQUIREMENTS SUMMARY   (PRS)

ATTACHMENT B

| Selected Served Performance Area (SSPA) | PERFORMANCE REQUIREMENT | STANDARD | METHOD OF SURVEILLANCE | PERFORMANCE MEASUREMENT AND CALCULATION |
|---|---|---|---|---|
| **SSPA #2 Customer Satisfaction**<br><br>Routine and Emergency Maintenance Customer Satisfaction.<br><br>Deactivation Customer Satisfaction.<br><br>PWS Section IV | The Contractor will be determined to have met the requirements for customer satisfaction when a survey of 80% to 89% is achieved. (Exhibit 1)<br><br>Less than 80% will result in a disincentive, more than 89% will result in an incentive. | 1a. 60% or below of the customers surveyed provided a favorable rating of 60% or higher. *Unsatisfactory*<br><br>1b. 61% - 79% of the customers surveyed provided a favorable rating of 60% or higher. *Marginal*<br><br>1c. 80% - 89% of the customers surveyed provided a favorable rating of 60% or higher. *Satisfactory*<br><br>1d. 90% - 94% of the customers surveyed provided a favorable rating of 60% or higher. *Excellent*<br><br>1e. 95% and above of the customers surveyed provided a favorable rating of 60% or higher. *Outstanding* | Random Sampling<br><br>100% Inspection | 1a. Unsatisfactory. 5% of Unit Rate is to be deducted from the monthly invoice.<br><br>1b. Marginal. 2.5% of Unit Rate is to be deducted from the monthly invoice.<br><br>1c. Satisfactory. 0 Invoice changes will not be required.<br><br>1d. Excellent. 2.5% of Unit Rate is to be added to the monthly invoice.<br><br>1e. Outstanding. 5% of Unit Rate is to be added to the monthly invoice. |

10

# PERFORMANCE REQUIREMENTS SUMMARY  (PRS)

| Selected Sserveh Performance Area (SSPA) | PERFORMANCE REQUIREMENT | STANDARD | METHOD OF SURVEILLANCE | PERFORMANCE MEASUREMENT AND CALCULATION |
|---|---|---|---|---|
| **SSPA#3 Quality**<br><br>a. Routine and Emergency Maintenance Quality: P.W.S. and QASP, Exhibit 2<br><br>b. Deactivations Quality: P.W.S. and QASP, Exhibit 3 | The Contractor will be determined to have met the requirements for quality when a survey of 80% - 89% is achieved.  (Exhibits 2 and 3)<br><br>Less than 80% will result in a disincentive, more than 89% will result in an incentive. | 1a. 60% or below of the work inspected provided a favorable rating of 80% or higher. *Unsatisfactory*<br><br>1b. 61% - 79% of the work inspected provided a favorable rating of 80% or higher. *Marginal*<br><br>1c. 80% - 89% of the work inspected provided a favorable rating of 80% or higher. *Satisfactory*<br><br>1d. 90% - 94% of the work inspected provided a favorable rating of 80% or higher. *Excellent*<br><br>1e. 95% and above of the work inspected provided a favorable rating of 80% or higher. *Outstanding* | Random Sampling<br><br>100% Inspection | 1a. Unsatisfactory. 5% of Unit Rate is to be deducted from the monthly invoice.<br><br>1b.Marginal.  2.5% of Unit Rate is to be deducted from the monthly invoice.<br><br>1c. Satisfactory.  0 Invoice changes will not be required.<br><br>1d.  Excellent.  2.5% of Unit Rate is to be added to the monthly invoice.<br><br>1e. Outstanding.  5% of Unit Rate is to be added to the monthly invoice.. |

ATTACHMENT B

11

**PERFORMANCE REQUIREMENTS SUMMARY   (PRS)**

## Exhibit 1

Customer Satisfaction Survey

FEMA-DR-_____-___

Use the following scale to answer the satisfaction questions.

1 = Completely Inappropriate          4 = Very Appropriate (Very Good)

2 = Somewhat Inappropriate          5 = Completely Appropriate (Outstanding)

3= Appropriate (Minimum Requirement)

| | | |
|---|---|---|
| 1 | Did the contractor perform in a acceptable manner (attitude, professional attire, badge display, professionalism) ? | |
| 2 | Did the contractor respond in a timely manner? | |
| 3 | Did the contractor address (examine and repair) the unit? | |
| 4 | Did contractor arrive match the scheduled time and provide information for future monthly maintenance? | |
| 5 | Did contractor restore the site and did not leave any safety hazards? | |
| | Observation Score Total | |
| | Total the score, and divide by 25% to determine the Customer Satisfaction Rating. | |
| | Customer Satisfaction Rating | |
| | | |

| | |
|---|---|
| Registration # or ID | |
| Address | |
| Phone | |
| Date | |
| Interview | |

Remarks

ATTACHMENT B

**PERFORMANCE REQUIREMENTS SUMMARY   (PRS)**

EXHIBIT 2

MAINTENANCE QUALITY SURVEY

| Description of Standard | Compliant | Non-Compliant |
|---|---|---|
| Maintenance (100 Points) | | |
| 1.  Contractor scheduled and met monthly maintenance schedule. (10 points) | | |
| 2.  Contractor provided appropriate FEMA reports and schedules to FEMA in a timely manner as required?   . (10 points) | | |
| 3.  Did contractor perform scheduled maintenance visit and leave the occupant a summary of the findings and work performed for all visits and service calls. . (10 points) | | |
| 4.  Did contractor perform service calls for routine, emergency, staging maintenance and any maintenance issues related to the unit that need to be addressed and to make repairs as needed. . (10 points) | | |
| 5.  Did contractor perform contractor responsibilities according to the P.W.S?  To include phone service, hours of operations, facilities, identification, **Resources, Warranty, and reporting Problems?** (10 points) | | |
| 6.  Contractor reported maintenance problems covered by warranty. . (10 points) | | |
| 7.  Qualified Contractor personnel performed the maintenance work. . (10 points) | | |
| 8.  Contractor did all things necessary to maintain/repair the unit to a safe, working, livable and comfortable condition, with the exception of those things that the occupants could reasonably maintain/repair. . (10 points) | | |
| 9.  The Contractor used new materials of a quality equal to or better than the materials that were replaced. . (10 points) | | |
| 10. Did contractor completed work for the contractors' areas of responsibility for emergency, routine, and staging maintenance and major material item replacement. . (10 points) | | |

ATTACHMENT B

PERFORMANCE REQUIREMENTS SUMMARY   (PRS)

EXHIBIT 3

DEACTIVATION QUALITY SURVEY

| Deactivation (100 points) | | |
|---|---|---|
| 1.  Did contractor perform Deactivation Preparation according to the P.W.S? (10 point) | | |
| 2.  Did the contractor secure the interior fixtures, equipment, and furnishings of the unit according to the P.W.S? (10 point) | | |
| 3.  Did the contractor secure the exterior according to the P.W.S? (10 point) | | |
| 4.  Did contractor perform the cleaning and fumigating according to the P.W.S.? (10 point) | | |
| 5.  Did contractor perform the winterization according to the P.W.S.? (10 point) | | |
| 6.  Did contractor remove the debris associated with the deactivation in accordance with the P.W.S.? (20 points) | | |
| 7.  Did the contractor use the appropriate equipment resources to perform deactivation? (10 points) | | |
| 8.  Did contractor perform deactivation and at no time leave unattended, or otherwise unprotected, any excavation or safety hazard that might cause injury to any person.  (20 points) | | |

ATTACHMENT B

# ATTACHMENT C

# Sample Report Format

Example Only

Contractor

|  | | Port Storm | | Reporting Period | Start Date 1-Dec-04 | End Date 31-Dec-04 | |
| County | State | Unit Type | Assigned | Monthly Performed | Routine WO | Emergency WO | Deactivation |
|---|---|---|---|---|---|---|---|
| Hillsborough | FL | MH | 230 | 230 | 25 | 5 | 7 |
| Hillsborough | FL | TT | 736 | 523 | 149 | 16 | 4 |
| Pinellas | FL | TT | 125 | 125 | 4 | 12 | 4 |
| Escambia | FL | MH | 359 | 359 | 0 | 0 | 0 |
| Santa Rosa | FL | TT | 1256 | 1256 | 46 | 18 | 22 |
| | | | | | | | |
| Total | FL | TT | 2117 | 1904 | 199 | 46 | 30 |
| Total | FL | MH | 589 | 589 | 25 | 5 | 7 |
| Overall Total | FL | | 2706 | 2493 | 224 | 51 | 37 |

# ATTACHMENT D

# FEMA Form 90-38
# Work Order

| U.S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**TEMPORARY HOUSING UNIT MAINTENANCE WORK ORDER** | 1. UNIT No. | 2. CONTRACTOR | 3. WORKORDER |
|---|---|---|---|

### 4. OCCUPANT INFORMATION / MAINTENANCE REQUEST INFORMATION

| NAME | PHONE No. | RECEIVED | | RECEIVED BY: |
|---|---|---|---|---|

ADDRESS (House No. & Street Name, or Pad & Park)

Date | Time | ☐ a.m. ☐ p.m.

OCCUPANT AVAILABLE | PERMISSION TO ENTER:

| CITY AND STATE | COUNTY | Date | Time | ☐ a.m. ☐ p.m. | ☐ Yes  ☐ No |

5. DESCRIPTION OF MAINTENANCE PROBLEM(S)

PROBLEM PREVIOUSLY REPORTED?    ☐ Yes (Give Details)    ☐ No

### 6. WORK ORDER ISSUE INFORMATION

| ISSUED TO CONTRACTOR (Contractor or DHS/FEMA Technician) | ISSUED | DATE | TIME | ☐ a.m. ☐ p.m. | ISSUED BY |
|---|---|---|---|---|---|

| 7. DESCRIPTION OF WORK COMPLETED | DATE COMPLETED |
|---|---|

### 8. SIGNATURES (Certification that the above described work has been completed and inspected)  Note: Provide copies to Occupant

| MAINTENANCE TECHNICIAN(S) | | DATE |
|---|---|---|
| SIGNATURE OF OCCUPANT | DATE | SIGNATURE OF CONTRACTOR'S PROJECT OFFICER | DATE |

| 9. MATERIALS | COST | 10. WORK ORDER COST | |
|---|---|---|---|
| | | Service Call | $ |
| | | Maint. Labor    ( _____ @ $ _____ /hr.) | |
| | | Maint. Mileage    ( _____ @ $ _____ /mi.) | 0.00 |
| | | Materials | |
| | | Deactivation | |
| | | Tow Mileage    ( _____ @ $ _____ /mi) | |
| TOTAL ➡ | $ 0.00 | TOTAL ➡ | $ 0.00 |

| 11.<br>LABOR | WORK BEGAN | DATE | TIME | ☐ a.m. ☐ p.m. | TOTAL HOURS (1/4 Hr. Increments) |
|---|---|---|---|---|---|
| | WORK COMPLETED | DATE | TIME | ☐ a.m. ☐ p.m. | |

12. VERIFICATION AND SIGNATURES - The above described work has been verified by.    ☐ phone or    ☐ inspection & complies with contract

| SIGNATURE OF MAINTENANCE COORDINATOR | DATE | SIGNATURE OF PROJECT OFFICER | DATE |
|---|---|---|---|

13. CHARGE WORK ORDER TO:
☐ Maintenance   ☐ Manufacturer   ☐ Setup Contractor   ☐ Maintenance Contractor   ☐ Occupant   ☐ Other

FEMA Form  90-38, JUL 05

**GENERAL INFORMATION**

PURPOSE:   The Temporary Housing Unit Maintenance Work Order is to document maintenance requested and performed on units at the Disaster Joint Office.

RESPONSIBILITY:  The occupant, DHS/FEMA Inspector or other responsible contacts Direct Housing Operations (DHOPs) which completes items 1 through 6. Items 7 through 9 and 11 are the responsibility of the contractor or the DHS/FEMA Technician completing the work. Item 10 is completed by the Contractor or by DHOPs in the case of DHS/FEMA Technician completed maintenance. Item 12 and 13 are checked and signed by the Maintenance Coordinator and Project Officer.

**DISTRIBUTION.**

> Original and 3 copies to Contractor or Technician
> Copy - Unit File.

Upon completion of all maintenance work, completion of all items on the form, and review and signatures by Project Officer:

> Original & 2 copies - Held temporarily in DHOPs
> Copy  No. 3 - Contractor
> Copy - Staging Area Unit home file

Upon receipt of Contractor invoice, with Copy No. 3 attached, the DHOPs verifies cost information and distributes:

> Original - Fiscal
> Copy No. 1 - Staging Area Maintenance Contractor File
> Copy No. 2 - Storage
> Copy No. 3 - Contractor
> Copy - Utilized for computer data entry

**INSTRUCTIONS**

**ITEM NO.**

3.   <u>Work Order Number</u>. Consist of contract number plus a sequential number for each work order issue.  Work issued to a DHS/FEMA Technician would have a separated sequential number preceded by the disaster's DR number.

5.   <u>Description of Maintenance Problem(s).</u> Record in sufficient detail to determine priority, responsibility (if any) for problem and specifically what is malfunctioning. Note if problem has been previously reported to avoid duplication and assist in determining if warranty work in involved.

7.   <u>Description of  Work Completed.</u> Record in detail to support labor hours and materials utilized.

8.   <u>Certification and Signatures.</u> The Maintenance Technician(s) signs, dates and acquires signature and date from occupant.  If the occupant is unavailable or signature, note on signature line.  The Contractor's Project Officer reviews and signs work order before submission.

9.   <u>Materials</u>. Completed by Maintenance Technician(s).

10.  <u>Work Order Cost</u>. Completed from costs shown in contract or, work is completed by DHS/FEMS Maintenance Technician, completed from actual operations costs.

11.  <u>Labor.</u> Completed by Maintenance Tunisian(s).

13.  <u>Charge Work Order To</u>. Determined by Project Officer. Charges to manufacturer, setup or maintenance contractor, or to the occupant will require follow-up initiation of backcharge procedures.

All other items are self-explanatory.

# ATTACHMENT E

# DHS Form 700-5
# Contractor Report
# of Government Property

DEPARTMENT OF HOMELAND SECURITY

# CONTRACTOR REPORT OF GOVERNMENT PROPERTY

OMB Control No. 1600-0002
Expiration Date 09/30/2007

OMB STATEMENT: This collection of information is mandatory and will be used to fulfill the requirements of the Homeland Security Acquisition Regulation (HSAR). Public reporting burden is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Information and Regulatory Offices, 725 17th Street, NW, Washington, DC 20503. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this collection is 1600-0002.

| 1. Contract Number: | 2. Report Period Ending: |
|---|---|
| 3. Contractor (Name and Address) | 4. Contracting Office (Name and Address) |

5. Name and location of Government owned, Contractor-Operated Plant (if applicable)

6. Any Government property located at a subcontractor's plant? ☐ YES ☐ NO  If yes, give the name and address of the subcontractor(s) on an attached sheet to this report.

| 7. Date contractor's property control system approved? | 8. Approved by whom? |
|---|---|

| 9. | | Starting Balance | | | | Ending Balance | |
|---|---|---|---|---|---|---|---|
| | Property Class (see Far 45.5) | Total Acquisition Cost (in dollars) | Total Quantity (in acres or units) | Items Added (in dollars) | Items Deleted (in dollars) | Total Acquisition Cost (in dollars) | Total Quantity (in acres or units) |
| a. | Land & Rights therein | | | | | | |
| b. | Other Real Property | | | | | | |
| c. | Plant Equipment | | | | | | |
| d. | Special Test Equipment | | | | | | |
| e. | Special Tooling | | | | | | |
| f. | Materials in Stock (when total value exceeds $50,000) | | | | | | |

NOTE: This report shall include all Government Property (i.e. property furnished by the Government, or acquired or fabricated by the contractor or subcontractor). By signature hereon, the contractor's property administrator declares that the report was prepared from the contractor's records that are required by FAR 45.5.

10. Contractor Property Administrator ( Type name)

| 11. Signature | Date |
|---|---|

DHS Form 700-5 (7/03)                                                            Authorized for Local Reproduction

# ATTACHMENT F


# DHS Form 11000-6
# Non-Disclosure Agreement

DEPARTMENT OF HOMELAND SECURITY

# NON-DISCLOSURE AGREEMENT

I, _____, an individual official, employee, consultant, or subcontractor of or to _____ (the Authorized Entity), intending to be legally bound, hereby consent to the terms in this Agreement in consideration of my being granted conditional access to certain information, specified below, that is owned by, produced by, or in the possession of the United States Government.

(Signer will acknowledge the category or categories of information that he or she may have access to, and the signer's willingness to comply with the standards for protection by placing his or her initials in front of the applicable category or categories.)

Initials: _____ | **Protected Critical Infrastructure Information (PCII)**

I attest that I am familiar with, and I will comply with all requirements of the PCII program set out in the Critical Infrastructure Information Act of 2002 (CII Act) (Title II, Subtitle B, of the Homeland Security Act of 2002, Public Law 107-296, 196 Stat. 2135, 6 USC 101 et seq.), as amended, the implementing regulations thereto (6 CFR Part 29), as amended, and the applicable PCII Procedures Manual, as amended, and with any such requirements that may be officially communicated to me by the PCII Program Manager or the PCII Program Manager's designee.

Initials: _____ | **Sensitive Security Information (SSI)**

I attest that I am familiar with, and I will comply with the standards for access, dissemination, handling, and safeguarding of SSI information as cited in this Agreement and in accordance with 49 CFR Part 1520, "Protection of Sensitive Security Information," "Policies and Procedures for Safeguarding and Control of SSI," as amended, and any supplementary guidance issued by an authorized official of the Department of Homeland Security.

Initials: _____ | **Other Sensitive but Unclassified (SBU)**

As used in this Agreement, sensitive but unclassified information is an over-arching term that covers any information, not otherwise indicated above, which the loss of, misuse of, or unauthorized access to or modification of could adversely affect the national interest or the conduct of Federal programs, or the privacy to which individuals are entitled under Section 552a of Title 5, as amended, but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense or foreign policy. This includes information categorized by DHS or other government agencies as: For Official Use Only (FOUO); Official Use Only (OUO); Sensitive Homeland Security Information (SHSI); Limited Official Use (LOU); Law Enforcement Sensitive (LES); Safeguarding Information (SGI); Unclassified Controlled Nuclear Information (UCNI); and any other identifier used by other government agencies to categorize information as sensitive but unclassified.

I attest that I am familiar with, and I will comply with the standards for access, dissemination, handling, and safeguarding of the information to which I am granted access as cited in this Agreement and in accordance with the guidance provided to me relative to the specific category of information.

I understand and agree to the following terms and conditions of my access to the information indicated above:

1. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of information to which I have been provided conditional access, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

2. By being granted conditional access to the information indicated above, the United States Government has placed special confidence and trust in me and I am obligated to protect this information from unauthorized disclosure, in accordance with the terms of this Agreement and the laws, regulations, and directives applicable to the specific categories of information to which I am granted access.

3. I attest that I understand my responsibilities and that I am familiar with and will comply with the standards for protecting such information that I may have access to in accordance with the terms of this Agreement and the laws, regulations, and/or directives applicable to the specific categories of information to which I am granted access. I understand that the United States Government may conduct inspections, at any time or place, for the purpose of ensuring compliance with the conditions for access, dissemination, handling and safeguarding information under this Agreement.

4. I will not disclose or release any information provided to me pursuant to this Agreement without proper authority or authorization. Should situations arise that warrant the disclosure or release of such information I will do so only under approved circumstances and in accordance with the laws, regulations, or directives applicable to the specific categories of information. I will honor and comply with any and all dissemination restrictions cited or verbally relayed to me by the proper authority.

5. (a) For PCII - (1) Upon the completion of my engagement as an employee, consultant, or subcontractor under the contract, or the completion of my work on the PCII Program, whichever occurs first, I will surrender promptly to the PCII Program Manager or his designee, or to the appropriate PCII officer, PCII of any type whatsoever that is in my possession.
(2) If the Authorized Entity is a United States Government contractor performing services in support of the PCII Program, I will not request, obtain, maintain, or use PCII unless the PCII Program Manager or Program Manager's designee has first made in writing, with respect to the contractor, the certification as provided for in Section 29.8(c) of the implementing regulations to the CII Act, as amended.
(b) For SSI and SBU - I hereby agree that material which I have in my possession and containing information covered by this Agreement, will be handled and safeguarded in a manner that affords sufficient protection to prevent the unauthorized disclosure of or inadvertent access to such information, consistent with the laws, regulations, or directives applicable to the specific categories of information. I agree that I shall return all information to which I have had access or which is in my possession 1) upon demand by an authorized individual; and/or 2) upon the conclusion of my duties, association, or support to DHS; and/or 3) upon the determination that my official duties do not require further access to such information.

6. I hereby agree that I will not alter or remove markings, which indicate a category of information or require specific handling instructions, from any material I may come in contact with, in the case of SSI or SBU, unless such alteration or removal is consistent with the requirements set forth in the laws, regulations, or directives applicable to the specific category of information or, in the case of PCII, unless such alteration or removal is authorized by the PCII Program Manager or the PCII Program Manager's designee. I agree that if I use information from a sensitive document or other medium, I will carry forward any markings or other required restrictions to derivative products, and will protect them in the same matter as the original.

7. I hereby agree that I shall promptly report to the appropriate official, in accordance with the guidance issued for the applicable category of information, any loss, theft, misuse, misplacement, unauthorized disclosure, or other security violation, I have knowledge of and whether or not I am personally involved. I also understand that my anonymity will be kept to the extent possible when reporting security violations.

8. If I violate the terms and conditions of this Agreement, such violation may result in the cancellation of my conditional access to the information covered by this Agreement. This may serve as a basis for denying me conditional access to other types of information, to include classified national security information.

9. (a) With respect to SSI and SBU, I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result, or may result from any disclosure, publication, or revelation of the information not consistent with the terms of this Agreement.
(b) With respect to PCII I hereby assign to the entity owning the PCII and the United States Government, all royalties, remunerations, and emoluments that have resulted, will result, or may result from any disclosure, publication, or revelation of PCII not consistent with the terms of this Agreement.

10. This Agreement is made and intended for the benefit of the United States Government and may be enforced by the United States Government or the Authorized Entity. By granting me conditional access to information in this context, the United States Government and, with respect to PCII, the Authorized Entity, may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement. I understand that if I violate the terms and conditions of this Agreement, I could be subjected to administrative, disciplinary, civil, or criminal action, as appropriate, under the laws, regulations, or directives applicable to the category of information involved and neither the United States Government nor the Authorized Entity have waived any statutory or common law evidentiary privileges or protections that they may assert in any administrative or court proceeding to protect any sensitive information to which I have been given conditional access under the terms of this Agreement.

11. Unless and until I am released in writing by an authorized representative of the Department of Homeland Security (if permissible for the particular category of information), I understand that all conditions and obligations imposed upon me by this Agreement apply during the time that I am granted conditional access, and at all times thereafter.

12. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions shall remain in full force and effect.

13. My execution of this Agreement shall not nullify or affect in any manner any other secrecy or non-disclosure Agreement which I have executed or may execute with the United States Government or any of its departments or agencies.

14. These restrictions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by Executive Order No. 12958, as amended; Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosures of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 USC 421 et seq.) (governing disclosures that could expose confidential Government agents); and the statutes which protect against disclosure that may compromise the national security, including Sections 641, 793, 794, 798, and 952 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Act of 1950 (50 USC 783(b)). The definitions, requirements, obligations, rights, sanctions, and liabilities created by said Executive Order and listed statutes are incorporated into this agreement and are controlling.

15. Signing this Agreement does not bar disclosures to Congress or to an authorized official of an executive agency or the Department of Justice that are essential to reporting a substantial violation of law.

16. I represent and warrant that I have the authority to enter into this Agreement.

17. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me any laws, regulations, or directives referenced in this document so that I may read them at this time, if I so choose.

DEPARTMENT OF HOMELAND SECURITY
## NON-DISCLOSURE AGREEMENT
Acknowledgement

| Typed/Printed Name: | Government/Department/Agency/Business Address | Telephone Number: |
|---|---|---|
| | | |

I make this Agreement in good faith, without mental reservation or purpose of evasion.

Signature:

## WITNESS:

| Typed/Printed Name: | Government/Department/Agency/Business Address | Telephone Number: |
|---|---|---|
| | | |

Signature:

This form is not subject to the requirements of P.L. 104-13, "Paperwork Reduction Act of 1995" 44 USC, Chapter 35.