# ATTACHMENT G

# MD 11055 (DRAFT)



Department of Homeland Security
Management Directive System
MD Number: 11055
Issue Date:

# SUITABILITY SCREENING REQUIREMENTS FOR CONTRACTORS

## I.   Purpose

This Management Directive (MD) establishes Department of Homeland Security (DHS) policy regarding Contractor Suitability Screening.

## II.   Scope

This MD applies to DHS Headquarters and all DHS Components.  The provisions of this MD define the suitability screening standards for contractor personnel requiring regular, ongoing, and unescorted ("staff-like") access To DHS-owned or DHS-controlled facilities; access to DHS's information technology (IT) systems and the systems' data; or access to Sensitive Information (as defined herein).

## III.   Authorities and References

A.   5 U.S.C., § 3301, "Civil service; generally."

B.   5 CFR Part 731, "Suitability," Part 736, "Personnel Investigations."

C.   Office of Personnel Management, Investigations Service, Investigator's Handbook, February 1999.

D.   Office of Management and Budget Circular No. A-130, Security of Federal Automated Information Resources, November 28, 2000.

E.   DHS Sensitive Systems Handbook 4300A, Version 3.1, July 29, 2005.

F.   DHS Sensitive Systems Policy Directive 4300A, Version 3.1, July 29, 2005.

G.   DHS Management Directive 0010.1, Management Directives System and DHS Announcements (undated).

H.   DHS Management Directive 11042.1, Safeguarding Sensitive but Unclassified (For Official Use Only) Information, January 6, 2005.

I.   DHS Acquisition Regulation (HSAR), Sections 3052.237-70 & 3052.237-71 (codified at 48 C.F.R. 3052.237-70 & 3052.237-71).

- 1 -

DRAFT

MD # 11055

**DRAFT**

J.    Memorandum from Chief Procurement Officer, "Qualifications of Contractor Employees and Information Technology System Access for Contractors," dated November 12, 2004.

## IV.  Definitions

A.    **_Allied Nations_**:  Those countries allied with the United States in a current defense effort.  A list of these countries can be found at Appendix 6.

B.    **_Component_**:  As used in this MD, the term DHS Component shall have the meaning given to the former term "Organizational Element" in DHS MD 0010.1, Management Directives System and DHS Announcements.

C.    **_Contractor_**:  A person providing services to DHS pursuant to a contract or subcontract.  Where the party to the contract with DHS is a business entity rather than an individual, "contractor" refers to any employee of such entity who provides services to DHS under the contract.

D.    **_DHS IT Systems_**:  Information technology systems that are (1) owned, leased, or operated by a Component; (2) operated by a contractor on behalf of DHS; or (3) operated by another federal, state, or local government agency on behalf of DHS.

E.    **_Information Technology (IT)_**:  As defined by 40 U.S.C. § 11101(6) ("Clinger-Cohen Act"), any equipment, interconnected system or subsystem of equipment that is used in the automatic acquisition, storage, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by an executive agency.

F.    **_Lawful Permanent Resident_**:  Any person not a citizen of the United States who is residing in the U.S. under legally recognized and lawfully recorded permanent residence as an immigrant. Also known as "Permanent Resident Alien," "Resident Alien Permit Holder," or "Green Card Holder."

G.    **_National Agency Check (NAC)_**:  Consists of records searches in the Office of Personnel Management (OPM) Security/Suitability Investigations Index; FBI Identification Division/Headquarters investigation files; FBI National Criminal History Fingerprint File; Defense Clearance and Investigations Index; and other sources, as necessary, to cover specific areas of a subject's background.

H.    **_National Agency Check with Inquiries and Credit (NACIC)_**:  Consists of a National Agency Check, credit checks, education checks, employment checks, law enforcement agency checks, and personal interviews with the individual and other references.

**DRAFT**

- 2 -

MD # 11055

**DRAFT**

I. <u>**Sensitive Information**</u>:  Information that is:

1.    Protected Critical Infrastructure Information (PCII) as described in the Critical Infrastructure Information Act of 2002, 6 U.S.C. section 211-224; its implementing regulations, 6 C.F.R. Part 29; or the applicable PCII Procedures Manual; or

2.    Sensitive Security Information (SSI), as described in 49 C.F.R. Part 1520; or

3.    Sensitive but Unclassified Information (SBU), which consists of any other *information which*:

      a.    If lost, misused, modified, or accessed without authorization, could adversely affect the national interest, propriety rights, the conduct of Federal programs, or individual privacy under 5 U.S.C. 552a; and,

      b.    If provided by the government to the contractor, is marked in such a way to place a reasonable person on notice of its sensitive nature.

Note:  This definition of "Sensitive Information" is derived from the November 12, 2004, class deviation made by Reference H above to Sections 3052.237-70 and 3052.237-71 of the Homeland Security Acquisition Regulation (HSAR) and is subject to change as amendments are made to the HSAR.  Users of this MD should review the latest version of the aforementioned HSAR sections for the most current definition of "Sensitive Information."

J.    <u>**Suitability**</u>.  Identifiable character traits and past conduct which are sufficient to determine whether or not a given individual is likely to carry out the duties of a job with appropriate efficiency and integrity.

K.    <u>**Suitability screening**</u>.  The process of determining a person's suitability for employment with, by, or for the Federal Government or to work or provide services as a contractor to the Federal Government.

# V.    Responsibilities

A.    The <u>**Chief of Personnel Security Division, Office of Security**</u>, under the direction of the Chief Security Officer (CSO), has responsibility for the oversight of DHS Contractor Suitability Screening Program, including the issuance and implementation of policies and procedures.



- 3 -

MD # 11055



B.   The **_Personnel Security Office_** of each DHS Component is responsible for implementing and complying with the minimum standards required by this MD and for conducting and adjudicating suitability screening investigations. Components may exceed these requirements as deemed necessary and appropriate.

C.   The **_Chief Procurement Officer_** is responsible for ensuring that DHS contracting officers implement this MD.

D.   The **_Chief Information Officer_** is responsible for establishing and implementing IT security requirements.

# VI.   Policy & Procedures

A.   **_General_**.

1.   To ensure the protection of DHS facilities, sensitive information, and resources, contractor employees must undergo screening to determine their suitability to work under contract with DHS.  DHS reserves the right to restrict access to DHS facilities, sensitive information, or resources by any contractor.  DHS does not control whom a contractor may employ.

2.   A determination of a contractor employee's fitness for access to DHS facilities, sensitive information, or resources is known as a suitability determination and is made by DHS personnel security specialists. Suitability determinations are different from security determinations (i.e., the determination of whether an individual should be eligible for access to classified information).

3.   DHS will afford fair, impartial, and equitable treatment to all contractor employees and applicants through the consistent application of contractor security standards, criteria, and procedures as specified in applicable laws, regulations, and orders.

B.   **_Risk Assessment_**:

1.   Contractors having access, comparable to that of DHS employees, to DHS facilities, IT systems, or Sensitive Information will receive an appropriate suitability screening, based on the risk level of their positions.

2.   The DHS program official within each OE with sufficient authority, responsibility, and knowledge of the acquisition is responsible for determining the risk level for each contractor position.  The risk level must be based on an overall assessment of the damage that an untrustworthy contractor could cause to the efficiency or the integrity of DHS's

- 4 -



MD # 11055

**DRAFT**

operations. When determining risk levels, supervising officials should compare the contractor's duties, responsibilities, and access with those of Department employees in similar positions.

3.    The following OPM criteria should be used to determine the risk levels for each position occupied by a contractor:

a.    <u>High Risk</u>:  High Risk positions have the potential for exceptionally serious impact on the integrity and efficiency of the service.  These positions involve duties that are especially critical to the agency or the program mission with a broad scope of responsibility and authority.

b.    <u>Moderate Risk</u>:  Moderate Risk positions have the potential for moderate to serious impact on the integrity and efficiency of the service.  These positions involve duties that are considerably important to the agency or program mission with significant program responsibility or delivery of service.

c.    <u>Low Risk (Non-sensitive)</u>:  Non-sensitive/Low Risk positions that have the potential for limited impact on the integrity and efficiency of the service.  These positions involve duties and responsibilities of limited relation to the agency or program mission.

4.    Appendix 1 outlines the security forms, background investigations, and waiver checks required for DHS contractors.

C.    ***Adjudicative Criteria***:  Contractor suitability determinations are to be made in accordance with the criteria outlined in 5 C.F.R. Part 731.202.

D.    ***Entry on Duty Determinations***:  A favorable entry-on-duty (EOD) determination allows the contractor to commence work before the required background investigation is completed.  The EOD determination does not substitute for the required background investigation.  If a contractor for a High Risk IT position (for example, system administrator, programmer, hardware technician, or firewall manager) receives a favorable EOD determination, the contractor may only perform duties equivalent to Moderate Risk level positions until the required background investigation is completed.

E.    **Citizenship & Residency Requirements**:

1.    Only U.S. citizens are eligible for employment on contracts requiring accessing DHS IT systems or assisting in the development, operation, management, or maintenance of DHS IT systems, unless a waiver is granted in accordance with paragraph K.1 below.  Lawful Permanent Residents are not U.S. citizens.

- 5 -    **DRAFT**    MD # 11055

**DRAFT**

2.      Only U.S. citizens and Lawful Permanent Residents are eligible for employment on contracts requiring access to Sensitive Information unless a waiver is granted in accordance with paragraph K.2 below.

3.      For contractors who have resided outside of the United States for more than two of the last five years preceding DHS employment, U.S. citizen sources must verify the contractor's reportable activities (for example, places of residence, educational institutions attended, etc.) outside the United States within this five year period. Such an investigation must be conducted to the same standard as would be required if the contractor had resided within the United States. Otherwise, the contractor will be ineligible for the contract.

F.      *Retroactive Effect*:

1.      Contractors who have been investigated and approved by Components prior to the issuance of this MD to work on unclassified contracts are eligible to remain on the contract even though they may not have the investigation commensurate with the risk level indicated in Appendix 1. Such contractors cannot perform work under a different contract or at a different risk level until the investigative requirements in Appendix 1 are met.

2.      Contractors currently working on a DHS contract who have not been investigated prior to the issuance of this MD must meet the investigative standard reflected in Appendix 1. The required background investigation on these individuals must be initiated not later than six months after issuance of this MD.

3.      Lawful Permanent Residents who have been investigated and approved by Components prior to the issuance of this MD to work on unclassified contracts that involve access to or assisting in the development, operation, management or maintenance of DHS IT systems may remain in the present position. However, they are not eligible (1) to transfer between contracts; (2) for an upgrade to another position; or (3) to remain on a contract after a re-compete and award.

G.      *Reinvestigations*: Contractors in High Risk positions will be reinvestigated every five years. Contractors in Moderate or Low Risk positions are not required to be reinvestigated unless specific derogatory information is received that would warrant reinvestigation.

H.      *Fingerprinting of Contractors*:

**DRAFT**

- 6 -

MD # 11055

**DRAFT**

1.    Fingerprints can be taken by DHS security personnel; Federal, state, or local law enforcement personnel; or contractor company security staff.

2.    The Fingerprint Card (FD-258) will be used and require the signature of the person fingerprinted and the signature of the person who took the fingerprints. Component security office personnel will review all FD-258s to ensure that this requirement is met and that the signature on the FD-258 of the person being fingerprinted matches the signature on the "Questionnaire for Public Trust Positions" (Standard Form 85P).

3.    DHS personnel who take fingerprints will obtain a government-issued identification from the person fingerprinted and confirm identity by comparing it to the information on the FD-258. Acceptable identification documents must contain a photograph of the individual and must be one of the documents listed in Appendix 5.

I.    _**Safeguarding Requirements**_: Background investigations must be stored in a combination-locked cabinet or safe or equally secure area. Disclosures of information from background investigation files must be made in accordance with appropriate laws, regulations, and Privacy Act system of records notice.

J.    _**Procurement Actions**_: Components must ensure that contractor suitability screening requirements are included in solicitations and contracts, as required by this MD and Reference I in "Authorities" section above, and that potential offerors, bidders, and contractors are aware of all suitability screening requirements at the earliest stages of the acquisition.

K.    _**Standards for Using Previous Investigations**_: Some contractors may have already been investigated by another federal agency. Components will use these investigations whenever practicable to reduce the number of investigation requests, associated costs, and unnecessary delays. Except where there is substantial information indicating that an individual may not meet suitability standards, such an investigation will be accepted by DHS. The following standards for use of these investigations will apply.

1.    Any investigation conducted by or for another federal agency on a contractor that is of the _same or higher type and scope_ as the one required for the position is sufficient to meet the investigative requirements provided it was conducted within the past five years.

2.    Any investigation conducted by or for another federal agency on a contractor whose scope is _less_ than that required for the position can be upgraded as provided for by OPM to meet the investigative requirements of the position if it was conducted within the past five years.

**DRAFT**

MD # 11055

**DRAFT**

L.    _Waivers_:

1.    Waivers to the U.S. citizen requirement for DHS IT systems in paragraph 6.E.1 above may only be granted by the Head of the Component or designee, with the concurrence of both DHS's CSO and CIO or their designees.  At the Headquarters level, the waiver may be granted only with the approval of both the CSO and the CIO or their designees.  In order for a waiver to be granted:

    a.    The individual must be either a Lawful Permanent Resident of the United States or a citizen of Ireland, Israel, or any nation on the Allied Nations List maintained by the Department of State.

    b.    All required security forms specified by DHS and any necessary background check must be satisfactorily completed.

    c.    There must be a compelling reason for using this individual as opposed to a U.S. citizen.

    d.    The waiver must be in the interest of DHS.

2.    Requests for waivers to any other requirement set forth herein must be submitted in writing to DHS Office of Security, Chief Security Officer.  Waiver requests should include a justification and will be considered on a case-by-case basis.

**DRAFT**

MD # 11055

**Appendix 1**



| RISK LEVEL | SECURITY FORMS REQUIRED | TYPE OF INVESTIGATION REQUIRED[1] | | PRELIMINARY CHECKS REQUIRED FOR EOD DETERMINATION | |
|---|---|---|---|---|---|
| | | IT Positions | Non-IT Positions | IT Positions | Non-IT Positions |
| HIGH | -SF 85P<br><br>-FD 258<br><br>-Credit Release Form<br><br>-Non-Disclosure Agreement Statement<br><br>-SF 85P-S[2] | Background Investigation (BI) | Limited Background Investigation (LBI) | Favorable Review of Forms<br><br>Favorable NAC & credit<br><br>Scheduling of the BI<br><br>(*Eligible for access only to the Moderate Risk Level*) | Favorable Review of Forms<br><br>Favorable NAC &credit<br><br>Submission of the LBI |
| MODERATE | | Minimum Background Investigation (MBI) | Minimum Background Investigation (MBI) | Favorable Review of Forms<br><br>Favorable NAC & credit<br><br>Scheduling of the MBI | Favorable Review of Forms<br><br>Favorable NAC & credit |
| LOW[3] | -SF-85P<br><br>-FD-258 | (Not applicable – no IT positions are "Low Risk") | Favorable Review of Forms<br><br>Fingerprint and Name Check | (Not applicable – no IT positions are "Low Risk") | Not applicable |

---

[1] See Appendixs 2, 3, and 4 for specific investigative requirements.
[2] Only Weapons-Carrying Contract Guards must complete the SF 85P-S in addition to SF 8
[3] NACI must be initiated and a favorable fingerprint check completed prior to the issuance o
DHS Personal Identity Verification (PIV) Card

Appendix 1-1

MD # 11055

**Appendix 2**

<u>BACKGROUND INVESTIGATION - BI</u>



- BASIC COVERAGE PERIOD:  5 Years
- PERSONAL COVERAGE PERIOD:  5 Years

| ACTIVITY | | ITEM COVERAGE PERIOD |
|---|---|---|
| **PERSONAL SUBJECT INTERVIEW (PRSI)** | | |
| **EMPLOYMENT** | 4 months or more | 5 Years |
| **EDUCATION** | Primary activity, 4 months or more | 5 Years |
| | Non-primary activity, 4 months or more | 2 Years |
| | All | Years 3 thru 5 |
| | Highest Degree | Outside 5 Years |
| **RESIDENCE** | 4 months or more | 3 Years |
| **LAW ENFORCEMENT** Case Paper issue locations | All locations over 4 months | 5 Years 5 Years |
| **NAC** | Subject | |
| **COURT RECORDS** Bankruptcies, financial delinquencies, other public record information | | 5 Years |



Appendix 2-1

MD # 11055

**Appendix 3**

<u>LIMITED BACKGROUND INVESTIGATION - LBI</u>



- BASIC COVERAGE PERIOD:  5 Years
- PERSONAL COVERAGE PERIOD:  3 Years

| ACTIVITY | | ITEM COVERAGE PERIOD |
|---|---|---|
| **PERSONAL SUBJECT INTERVIEW (PRSI)** | | |
| **EMPLOYMENT** | 4 months or more | 3 Years |
| **EDUCATION** | Primary activity, 4 months or more | 3 Years |
| | Non-primary activity, 4 months or more | 1 Year |
| All Highest Degree | | Years 2 and 3 |
| | | Outside 3 Years |
| **RESIDENCE** | 4 months or more | 1 Year |
| **LAW ENFORCEMENT** Case Paper Issue locations | All locations over 4 months | 5 Years 5 Years |
| **NAC** | Subject | |
| **COURT RECORDS** | Bankruptcies, financial delinquencies and other public-record information | 3 Years |



Appendix 3-1

MD # 11055

**Appendix 4**

## MINIMUM BACKGROUND INVESTIGATION - MBI



- BASIC COVERAGE PERIOD:  5 Years
- PERSONAL COVERAGE PERIOD:  PRSI Only

| ACTIVITY | | ITEM COVERAGE PERIOD |
|---|---|---|
| **PERSONAL SUBJECT INTERVIEW (PRSI)** | | |
| **EMPLOYMENT** | All | 5 Years |
| **EDUCATION** | All | 5 Years |
| | Highest Degree | Outside Period |
| **RESIDENCE** | All | 3 years |
| **REFERENCES** | Listed on case papers | |
| **LAW ENFORCEMENT** | All locations | 5 Years |
| | Case Paper issue locations | 5 Years |
| **NAC** | Subject | |



MD # 11055

**Appendix 5**



<u>DOCUMENTS THAT ESTABLISH IDENTITY</u>

1. U.S. Passport (unexpired or expired)

2. Certificate of U.S. Citizenship (Form N-560 or N-561)

3. Certificate of Naturalization (Form N-550 or N-570)

4. Unexpired foreign passport, with I-551 stamp or attached Form I-94 indicating unexpired employment authorization

5. Permanent Resident Card or Alien Registration Card with photograph (Form I-151 or I-551)

6. Unexpired Temporary Resident Card (Form I-688)

7. Unexpired Employment Authorization Card (Form I-668A)

8. Unexpired Reentry Permit (Form I-327)

9. Unexpired Refugee Travel Document (Form I-571)

10. Unexpired Employment Authorization Document issued by DHS that contains a photograph (Form I-688B)

11. Driver's license or ID card issued by a state or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address.

12. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color and address.

13. School ID with a photograph.

14. Voter's registration card

15. U.S. military card or draft record

16. Military dependent's ID card

17. U.S. Coast Guard or Merchant Mariner Card

18. Native American tribal document

19. Driver's license issued by a Canadian government authority.



MD # 11055

**Appendix 6**

DRAFT

## COUNTRIES ALLIED WITH THE UNITED STATES IN A CURRENT DEFENSE EFFORT IN 2005

1. Argentina
2. Australia
3. Bahamas
4. Belgium
5. Bolivia
6. Brazil
7. Bulgaria
8. Canada
9. Chile
10. Colombia
11. Costa Rica
12. Cuba
13. Czech Republic
14. Denmark
15. Dominican Republic
16. Ecuador
17. El Salvador
18. Estonia
19. France
20. Germany
21. Greece
22. Guatemala
23. Haiti
24. Honduras
25. Hungary
26. Iceland
27. Italy

28. Japan
29. Korea (Republic of)
30. Latvia
31. Lithuania
32. Luxembourg
33. Netherlands
34. New Zealand
35. Nicaragua
36. Norway
37. Panama
38. Paraguay
39. Peru
40. Philippines
41. Poland
42. Portugal
43. Romania
44. Slovak Republic
45. Slovenia
46. Spain
47. Thailand
48. Trinidad
49. Tobago
50. Turkey
51. United Kingdom
52. Uruguay
53. Venezuela



Appendix 6-1

MD # 11055

**DRAFT**

**QUESTION:** I am an immigrant alien in the United States and my work may require me to visit some defense contractor sites. Is it possible for me to get a security clearance?

**ANSWER:** Only U.S. citizens are eligible for a security clearance. However, if compelling reasons exist to grant access to classified information to an immigrant alien or a foreign national, such persons may be granted a "Limited Access Authorization" (LAA). LAAs may be granted at only the Confidential and Secret level (higher levels of access are prohibited) and are limited to individuals whose special skills or technical expertise are essential to the fulfillment of a DOD requirement which cannot reasonably be performed by a cleared or clearable U.S. citizen.

If a LAA is granted, the classified information to which the non-U.S. citizen may have access must be approved for release to the person's country or countries of citizenship. Access shall be limited or related to a specific program or project, and the LAA shall be canceled upon completion of the program or project for which it was approved, or rejustified.

All potentially cleared individuals must be employed in a job which requires access to classified information and must be nominated for clearance by their employer. The employer must submit a request for investigation, and the completed investigation must be reviewed by an adjudicative body which has the power to grant or deny clearances. The employing agency or company will then be sent a letter of clearance informing them that the nominated employee has been cleared for access (to whatever level is appropriate).

**QUESTION:** I am interested in finding out if being married to a foreign national will automatically disqualify me from receiving a security clearance in the future. I am not currently in the process of obtaining a clearance, however I am interested in a career path that will likely require one. I am also engaged to be married to a woman who is a national of a foreign country. How will this effect my ability to obtain a clearance in the future? Will it make a difference if she opts to become a U.S. citizen?

**ANSWER:** The Defense Security Service conducts background investigations on persons whose employment requires them to be cleared as eligible to have access to Confidential, Secret, Top Secret (TS) and/or Special Compartmented Information (SCI). DSS does not make the decision whether a person meets the eligibility requirements and should be given access. This decision is made by various adjudicative bodies, depending on the applicant's employer (i.e., DoD contractor, Army, Navy, Air Force, etc.). Each adjudicative body follows uniform regulatory guidelines in making clearance eligibility determinations, however, and these guidelines do not necessarily disqualify an individual based on their having



DRAFT

a foreign national spouse. Each case is investigated and evaluated on its own merits. If it is determined that the spouse would not constitute a security risk, a clearance will be granted assuming no other disqualifying factors. It should be noted, however, that anyone requiring SCI eligibility is also subject to some additional requirements beyond those for Confidential, Secret and TS.


**QUESTION:** DSS had previously advised me that it would be unable to process an individual for a security clearance, as she is not a U.S. citizen. The individual is now applying to become a U.S. citizen. To my knowledge, even if the individual applies for, and obtains, U.S. citizenship, she would still not be eligible for a clearance and could only obtain an Limited Access Authorization (LAA), if she qualified. Am I right?

**ANSWER:** No. Any United States citizen is eligible to be processed for a security clearance. This includes naturalized citizens.
back

DRAFT

# ATTACHMENT H

# Wage Determinations

94-2297 MS,JACKSON

WAGE DETERMINATION NO: 94-2297 REV (26)     AREA: MS,JACKSON

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2298

*******************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

| William W.Gross          Division of | Wage Determination No.: 1994-2297 |
| Director            Wage Determinations | Revision No.: 26 |
| | Date Of Revision: 05/23/2005 |

State: Mississippi

Area: Mississippi Counties of Adams, Amite, Attala, Claiborne, Copiah, Covington,
Franklin, Hinds, Holmes, Humphreys, Issaquena, Jefferson, Jefferson Davis, Lamar,
Lawrence, Leake, Lincoln, Madison, Marion, Pike, Rankin, Scott, Sharkey, Simpson,
Smith, Walthall, Warren, Wilkinson, Yazoo

_____

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE

MINIMUM WAGE RATE

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 8.84 |
| 01012 - Accounting Clerk II | 10.71 |
| 01013 - Accounting Clerk III | 14.00 |
| 01014 - Accounting Clerk IV | 16.68 |
| 01030 - Court Reporter | 12.66 |
| 01050 - Dispatcher, Motor Vehicle | 13.99 |
| 01060 - Document Preparation Clerk | 9.38 |
| 01070 - Messenger  (Courier) | 8.26 |
| 01090 - Duplicating Machine Operator | 10.27 |
| 01110 - Film/Tape Librarian | 10.03 |
| 01115 - General Clerk I | 8.86 |
| 01116 - General Clerk II | 10.04 |
| 01117 - General Clerk III | 10.94 |
| 01118 - General Clerk IV | 12.27 |
| 01120 - Housing Referral Assistant | 16.44 |
| 01131 - Key Entry Operator I | 9.96 |
| 01132 - Key Entry Operator II | 10.81 |
| 01191 - Order Clerk I | 10.66 |
| 01192 - Order Clerk II | 12.92 |
| 01261 - Personnel Assistant (Employment) I | 10.57 |
| 01262 - Personnel Assistant (Employment) II | 13.48 |
| 01263 - Personnel Assistant (Employment) III | 14.43 |
| 01264 - Personnel Assistant (Employment) IV | 16.20 |
| 01270 - Production Control Clerk | 14.51 |
| 01290 - Rental Clerk | 9.94 |
| 01300 - Scheduler, Maintenance | 11.41 |
| 01311 - Secretary I | 11.41 |
| 01312 - Secretary II | 12.66 |
| 01313 - Secretary III | 16.44 |

| | | |
|---|---|---|
| 09110 - Furniture Repairer, Minor | | 13.56 |
| 09130 - Upholsterer | | 15.33 |
| 11030 - General Services and Support Occupations | | |
| 11030 - Cleaner, Vehicles | | 9.09 |
| 11060 - Elevator Operator | | 7.62 |
| 11090 - Gardener | | 12.90 |
| 11121 - House Keeping Aid I | | 6.85 |
| 11122 - House Keeping Aid II | | 7.62 |
| 11150 - Janitor | | 7.80 |
| 11210 - Laborer, Grounds Maintenance | | 8.79 |
| 11240 - Maid or Houseman | | 6.85 |
| 11270 - Pest Controller | | 11.19 |
| 11300 - Refuse Collector | | 7.72 |
| 11330 - Tractor Operator | | 11.93 |
| 11360 - Window Cleaner | | 8.72 |
| 12000 - Health Occupations | | |
| 12020 - Dental Assistant | | 14.54 |
| 12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | | 12.04 |
| 12071 - Licensed Practical Nurse I | | 11.33 |
| 12072 - Licensed Practical Nurse II | | 12.71 |
| 12073 - Licensed Practical Nurse III | | 14.20 |
| 12100 - Medical Assistant | | 11.07 |
| 12130 - Medical Laboratory Technician | | 12.73 |
| 12160 - Medical Record Clerk | | 10.55 |
| 12190 - Medical Record Technician | | 13.54 |
| 12221 - Nursing Assistant I | | 8.08 |
| 12222 - Nursing Assistant II | | 9.08 |
| 12223 - Nursing Assistant III | | 9.91 |
| 12224 - Nursing Assistant IV | | 11.12 |
| 12250 - Pharmacy Technician | | 12.19 |
| 12280 - Phlebotomist | | 11.34 |
| 12311 - Registered Nurse I | | 18.16 |
| 12312 - Registered Nurse II | | 22.23 |
| 12313 - Registered Nurse II, Specialist | | 22.23 |
| 12314 - Registered Nurse III | | 26.91 |
| 12315 - Registered Nurse III, Anesthetist | | 26.91 |
| 12316 - Registered Nurse IV | | 32.22 |
| 13000 - Information and Arts Occupations | | |
| 13002 - Audiovisual Librarian | | 16.34 |
| 13011 - Exhibits Specialist I | | 12.99 |
| 13012 - Exhibits Specialist II | | 14.95 |
| 13013 - Exhibits Specialist III | | 18.30 |
| 13041 - Illustrator I | | 12.99 |
| 13042 - Illustrator II | | 14.95 |
| 13043 - Illustrator III | | 18.30 |
| 13047 - Librarian | | 16.56 |
| 13050 - Library Technician | | 10.38 |
| 13071 - Photographer I | | 12.42 |
| 13072 - Photographer II | | 14.01 |
| 13073 - Photographer III | | 16.88 |
| 13074 - Photographer IV | | 21.41 |
| 13075 - Photographer V | | 25.89 |
| 15000 - Laundry, Dry Cleaning, Pressing and Related Occupations | | |
| 15010 - Assembler | | 7.05 |
| 15030 - Counter Attendant | | 7.05 |
| 15040 - Dry Cleaner | | 8.14 |
| 15070 - Finisher, Flatwork, Machine | | 7.05 |
| 15090 - Presser, Hand | | 7.05 |
| 15100 - Presser, Machine, Drycleaning | | 7.05 |
| 15130 - Presser, Machine, Shirts | | 6.96 |

| | |
|---|---|
| 15160 – Presser, Machine, Wearing Apparel, Laundry | 6.96 |
| 15190 – Sewing Machine Operator | 8.69 |
| 15220 – Tailor | 9.10 |
| 15250 – Washer, Machine | 7.46 |
| 19000 – Machine Tool Operation and Repair Occupations | |
| 19010 – Machine-Tool Operator (Toolroom) | 15.32 |
| 19040 – Tool and Die Maker | 18.56 |
| 21000 – Material Handling and Packing Occupations | |
| 21010 – Fuel Distribution System Operator | 13.99 |
| 21020 – Material Coordinator | 14.51 |
| 21030 – Material Expediter | 14.51 |
| 21040 – Material Handling Laborer | 10.42 |
| 21050 – Order Filler | 9.34 |
| 21071 – Forklift Operator | 11.30 |
| 21080 – Production Line Worker (Food Processing) | 11.30 |
| 21100 – Shipping/Receiving Clerk | 10.85 |
| 21130 – Shipping Packer | 11.70 |
| 21140 – Store Worker I | 8.07 |
| 21150 – Stock Clerk (Shelf Stocker; Store Worker II) | 11.96 |
| 21210 – Tools and Parts Attendant | 13.37 |
| 21400 – Warehouse Specialist | 11.30 |
| 23000 – Mechanics and Maintenance and Repair Occupations | |
| 23010 – Aircraft Mechanic | 16.87 |
| 23040 – Aircraft Mechanic Helper | 12.31 |
| 23050 – Aircraft Quality Control Inspector | 17.71 |
| 23060 – Aircraft Servicer | 14.17 |
| 23070 – Aircraft Worker | 15.18 |
| 23100 – Appliance Mechanic | 15.98 |
| 23120 – Bicycle Repairer | 12.32 |
| 23125 – Cable Splicer | 17.75 |
| 23130 – Carpenter, Maintenance | 15.33 |
| 23140 – Carpet Layer | 14.80 |
| 23160 – Electrician, Maintenance | 22.67 |
| 23181 – Electronics Technician, Maintenance I | 16.50 |
| 23182 – Electronics Technician, Maintenance II | 17.35 |
| 23183 – Electronics Technician, Maintenance III | 18.30 |
| 23260 – Fabric Worker | 13.56 |
| 23290 – Fire Alarm System Mechanic | 16.14 |
| 23310 – Fire Extinguisher Repairer | 13.18 |
| 23340 – Fuel Distribution System Mechanic | 16.14 |
| 23370 – General Maintenance Worker | 14.93 |
| 23400 – Heating, Refrigeration and Air Conditioning Mechanic | 17.19 |
| 23430 – Heavy Equipment Mechanic | 16.14 |
| 23440 – Heavy Equipment Operator | 16.14 |
| 23460 – Instrument Mechanic | 16.14 |
| 23470 – Laborer | 9.32 |
| 23500 – Locksmith | 15.33 |
| 23530 – Machinery Maintenance Mechanic | 17.75 |
| 23550 – Machinist, Maintenance | 16.14 |
| 23580 – Maintenance Trades Helper | 11.78 |
| 23640 – Millwright | 16.14 |
| 23700 – Office Appliance Repairer | 15.33 |
| 23740 – Painter, Aircraft | 15.33 |
| 23760 – Painter, Maintenance | 15.33 |
| 23790 – Pipefitter, Maintenance | 16.42 |
| 23800 – Plumber, Maintenance | 15.60 |
| 23820 – Pneudraulic Systems Mechanic | 16.14 |
| 23850 – Rigger | 16.14 |
| 23870 – Scale Mechanic | 14.52 |
| 23890 – Sheet-Metal Worker, Maintenance | 16.14 |

```
    23910 - Small Engine Mechanic                                    14.52
    23930 - Telecommunication Mechanic I                             17.99
    23931 - Telecommunication Mechanic II                            18.88
    23950 - Telephone Lineman                                        17.99
    23960 - Welder, Combination, Maintenance                         16.14
    23965 - Well Driller                                             16.14
    23970 - Woodcraft Worker                                         16.14
    23980 - Woodworker                                               13.97
  24000 - Personal Needs Occupations
    24570 - Child Care Attendant                                      7.31
    24580 - Child Care Center Clerk                                   9.15
    24600 - Chore Aid                                                 7.60
    24630 - Homemaker                                                11.16
  25000 - Plant and System Operation Occupations
    25010 - Boiler Tender                                            16.14
    25040 - Sewage Plant Operator                                    15.33
    25070 - Stationary Engineer                                      16.14
    25190 - Ventilation Equipment Tender                             11.78
    25210 - Water Treatment Plant Operator                           15.33
  27000 - Protective Service Occupations
    (not set) - Police Officer                                       16.23
    27004 - Alarm Monitor                                            11.58
    27006 - Corrections Officer                                      12.60
    27010 - Court Security Officer                                   14.00
    27040 - Detention Officer                                        12.60
    27070 - Firefighter                                              15.01
    27101 - Guard I                                                   7.58
    27102 - Guard II                                                 11.14
  28000 - Stevedoring/Longshoremen Occupations
    28010 - Blocker and Bracer                                       13.33
    28020 - Hatch Tender                                             13.33
    28030 - Line Handler                                             13.33
    28040 - Stevedore I                                              11.72
    28050 - Stevedore II                                             14.51
  29000 - Technical Occupations
    21150 - Graphic Artist                                           16.29
    29010 - Air Traffic Control Specialist, Center (2)               31.48
    29011 - Air Traffic Control Specialist, Station (2)              21.74
    29012 - Air Traffic Control Specialist, Terminal (2)             23.91
    29023 - Archeological Technician I                               11.07
    29024 - Archeological Technician II                              12.20
    29025 - Archeological Technician III                             16.62
    29030 - Cartographic Technician                                  15.11
    29035 - Computer Based Training (CBT) Specialist/ Instructor     25.54
    29040 - Civil Engineering Technician                             16.36
    29061 - Drafter I                                                13.58
    29062 - Drafter II                                               15.25
    29063 - Drafter III                                              19.14
    29064 - Drafter IV                                               23.69
    29081 - Engineering Technician I                                 10.29
    29082 - Engineering Technician II                                11.55
    29083 - Engineering Technician III                               12.91
    29084 - Engineering Technician IV                                15.99
    29085 - Engineering Technician V                                 23.08
    29086 - Engineering Technician VI                                25.40
    29090 - Environmental Technician                                 18.11
    29100 - Flight Simulator/Instructor (Pilot)                      30.38
    29160 - Instructor                                               20.21
    29210 - Laboratory Technician                                    13.50
    29240 - Mathematical Technician                                  14.47
```

| | |
|---|---|
| 29361 - Paralegal/Legal Assistant I | 14.19 |
| 29362 - Paralegal/Legal Assistant II | 19.12 |
| 29363 - Paralegal/Legal Assistant III | 23.40 |
| 29364 - Paralegal/Legal Assistant IV | 28.30 |
| 29390 - Photooptics Technician | 16.73 |
| 29480 - Technical Writer | 25.40 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 20.02 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 24.22 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 29.03 |
| 29494 - Unexploded (UXO) Safety Escort | 20.02 |
| 29495 - Unexploded (UXO) Sweep Personnel | 20.02 |
| 29620 - Weather Observer, Senior  (3) | 18.53 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 16.33 |
| 29622 - Weather Observer, Upper Air (3) | 16.33 |
| 31000 - Transportation/ Mobile Equipment Operation Occupations | |
| 31030 - Bus Driver | 12.10 |
| 31260 - Parking and Lot Attendant | 8.10 |
| 31290 - Shuttle Bus Driver | 10.74 |
| 31300 - Taxi Driver | 9.33 |
| 31361 - Truckdriver, Light Truck | 11.15 |
| 31362 - Truckdriver, Medium Truck | 13.13 |
| 31363 - Truckdriver, Heavy Truck | 14.99 |
| 31364 - Truckdriver, Tractor-Trailer | 14.99 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Animal Caretaker | 7.78 |
| 99030 - Cashier | 7.19 |
| 99041 - Carnival Equipment Operator | 9.58 |
| 99042 - Carnival Equipment Repairer | 10.35 |
| 99043 - Carnival Worker | 7.05 |
| 99050 - Desk Clerk | 8.12 |
| 99095 - Embalmer | 20.02 |
| 99300 - Lifeguard | 10.52 |
| 99310 - Mortician | 20.02 |
| 99350 - Park Attendant (Aide) | 13.21 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9.00 |
| 99500 - Recreation Specialist | 10.89 |
| 99510 - Recycling Worker | 9.53 |
| 99610 - Sales Clerk | 10.60 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 8.47 |
| 99630 - Sport Official | 9.21 |
| 99658 - Survey Party Chief (Chief of Party) | 12.90 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 11.73 |
| 99660 - Surveying Aide | 9.39 |
| 99690 - Swimming Pool Operator | 12.90 |
| 99720 - Vending Machine Attendant | 10.50 |
| 99730 - Vending Machine Repairer | 12.90 |
| 99740 - Vending Machine Repairer Helper | 10.50 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 20 years.  Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1)  Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541.  (See CFR 4.156)

2)  APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL:  An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3)  WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  Al operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.


** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc."  (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations.  This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated.  This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.  Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination.  Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined.  Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees.  The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

94-2295 MS, COLUMBUS

WAGE DETERMINATION NO: 94-2295 REV (25)     AREA: MS, COLUMBUS

HEALTH AND WELFARE LEVEL -- INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2296

*********************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.   20210 |

| | |
|---|---|
| William W.Gross          Division of | Wage Determination No.: 1994-2295 |
| Director            Wage Determinations | Revision No.: 25 |
| | Date Of Revision: 05/23/2005 |

State: Mississippi

Area: Mississippi Counties of Alcorn, Bolivar, Calhoun, Carroll, Chickasaw, Choctaw, Clay, Coahoma, Grenada, Itawamba, Lafayette, Lee, Leflore, Lowndes, Monroe, Montgomery, Noxubee, Oktibbeha, Panola, Pontotoc, Prentiss, Quitman, Sunflower, Tallahatchie, Tate, Tishomingo, Tunica, Union, Washington, Webster, Winston, Yalobusha

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 10.48 |
| 01012 - Accounting Clerk II | 11.77 |
| 01013 - Accounting Clerk III | 13.21 |
| 01014 - Accounting Clerk IV | 14.78 |
| 01030 - Court Reporter | 13.46 |
| 01050 - Dispatcher, Motor Vehicle | 13.46 |
| 01060 - Document Preparation Clerk | 9.69 |
| 01070 - Messenger (Courier) | 9.25 |
| 01090 - Duplicating Machine Operator | 9.69 |
| 01110 - Film/Tape Librarian | 10.19 |
| 01115 - General Clerk I | 9.88 |
| 01116 - General Clerk II | 11.11 |
| 01117 - General Clerk III | 11.80 |
| 01118 - General Clerk IV | 13.57 |
| 01120 - Housing Referral Assistant | 12.94 |
| 01131 - Key Entry Operator I | 9.71 |
| 01132 - Key Entry Operator II | 11.50 |
| 01191 - Order Clerk I | 11.38 |
| 01192 - Order Clerk II | 13.40 |
| 01261 - Personnel Assistant (Employment) I | 11.31 |
| 01262 - Personnel Assistant (Employment) II | 12.54 |
| 01263 - Personnel Assistant (Employment) III | 13.33 |
| 01264 - Personnel Assistant (Employment) IV | 15.50 |
| 01270 - Production Control Clerk | 14.11 |
| 01290 - Rental Clerk | 11.72 |
| 01300 - Scheduler, Maintenance | 11.72 |
| 01311 - Secretary I | 10.37 |
| 01312 - Secretary II | 11.15 |

| | |
|---|---|
| 01313 – Secretary III | 12.94 |
| 01314 – Secretary IV | 14.38 |
| 01315 – Secretary V | 15.92 |
| 01320 – Service Order Dispatcher | 12.31 |
| 01341 – Stenographer I | 13.14 |
| 01342 – Stenographer II | 13.16 |
| 01400 – Supply Technician | 16.25 |
| 01420 – Survey Worker (Interviewer) | 11.05 |
| 01460 – Switchboard Operator-Receptionist | 9.15 |
| 01510 – Test Examiner | 11.15 |
| 01520 – Test Proctor | 11.15 |
| 01531 – Travel Clerk I | 9.71 |
| 01532 – Travel Clerk II | 10.21 |
| 01533 – Travel Clerk III | 10.75 |
| 01611 – Word Processor I | 9.94 |
| 01612 – Word Processor II | 11.15 |
| 01613 – Word Processor III | 12.46 |
| 03000 – Automatic Data Processing Occupations | |
| 03010 – Computer Data Librarian | 11.94 |
| 03041 – Computer Operator I | 11.94 |
| 03042 – Computer Operator II | 14.01 |
| 03043 – Computer Operator III | 15.91 |
| 03044 – Computer Operator IV | 17.68 |
| 03045 – Computer Operator V | 19.60 |
| 03071 – Computer Programmer I (1) | 14.14 |
| 03072 – Computer Programmer II (1) | 17.37 |
| 03073 – Computer Programmer III (1) | 24.48 |
| 03074 – Computer Programmer IV (1) | 26.83 |
| 03101 – Computer Systems Analyst I (1) | 23.43 |
| 03102 – Computer Systems Analyst II (1) | 27.62 |
| 03103 – Computer Systems Analyst III (1) | 27.62 |
| 03160 – Peripheral Equipment Operator | 11.94 |
| 05000 – Automotive Service Occupations | |
| 05005 – Automotive Body Repairer, Fiberglass | 15.60 |
| 05010 – Automotive Glass Installer | 14.30 |
| 05040 – Automotive Worker | 14.30 |
| 05070 – Electrician, Automotive | 14.95 |
| 05100 – Mobile Equipment Servicer | 12.96 |
| 05130 – Motor Equipment Metal Mechanic | 15.60 |
| 05160 – Motor Equipment Metal Worker | 14.30 |
| 05190 – Motor Vehicle Mechanic | 15.60 |
| 05220 – Motor Vehicle Mechanic Helper | 12.27 |
| 05250 – Motor Vehicle Upholstery Worker | 13.59 |
| 05280 – Motor Vehicle Wrecker | 14.30 |
| 05310 – Painter, Automotive | 14.95 |
| 05340 – Radiator Repair Specialist | 14.30 |
| 05370 – Tire Repairer | 12.52 |
| 05400 – Transmission Repair Specialist | 15.60 |
| 07000 – Food Preparation and Service Occupations | |
| (not set) – Food Service Worker | 7.40 |
| 07010 – Baker | 10.37 |
| 07041 – Cook I | 9.35 |
| 07042 – Cook II | 10.37 |
| 07070 – Dishwasher | 7.40 |
| 07130 – Meat Cutter | 10.37 |
| 07250 – Waiter/Waitress | 7.91 |
| 09000 – Furniture Maintenance and Repair Occupations | |
| 09010 – Electrostatic Spray Painter | 14.95 |
| 09040 – Furniture Handler | 10.91 |
| 09070 – Furniture Refinisher | 14.95 |

```
   09100 - Furniture Refinisher Helper
   09110 - Furniture Repairer, Minor                              12.27
   09130 - Upholsterer                                            13.59
11030 - General Services and Support Occupations                 14.95
   11030 - Cleaner, Vehicles
   11060 - Elevator Operator                                       8.96
   11090 - Gardener                                                9.67
   11121 - House Keeping Aid I                                    11.66
   11122 - House Keeping Aid II                                    7.40
   11150 - Janitor                                                 8.99
   11210 - Laborer, Grounds Maintenance                           8.41
   11240 - Maid or Houseman                                       8.73
   11270 - Pest Controller                                         7.08
   11300 - Refuse Collector                                       12.31
   11330 - Tractor Operator                                        9.53
   11360 - Window Cleaner                                         10.92
12000 - Health Occupations                                       10.34
   12020 - Dental Assistant
   12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver   11.48
   12071 - Licensed Practical Nurse I                             11.95
   12072 - Licensed Practical Nurse II                            11.38
   12073 - Licensed Practical Nurse III                           12.78
   12100 - Medical Assistant                                      14.29
   12130 - Medical Laboratory Technician                           9.75
   12160 - Medical Record Clerk                                   14.07
   12190 - Medical Record Technician                              10.27
   12221 - Nursing Assistant I                                    14.22
   12222 - Nursing Assistant II                                    7.72
   12223 - Nursing Assistant III                                   8.68
   12224 - Nursing Assistant IV                                    9.46
   12250 - Pharmacy Technician                                    10.64
   12280 - Phlebotomist                                           12.79
   12311 - Registered Nurse I                                     10.64
   12312 - Registered Nurse II                                    17.74
   12313 - Registered Nurse II, Specialist                        21.71
   12314 - Registered Nurse III                                   21.71
   12315 - Registered Nurse III, Anesthetist                      26.26
   12316 - Registered Nurse IV                                    26.26
13000 - Information and Arts Occupations                          31.48
   13002 - Audiovisual Librarian
   13011 - Exhibits Specialist I                                  14.20
   13012 - Exhibits Specialist II                                 13.27
   13013 - Exhibits Specialist III                                16.20
   13041 - Illustrator I                                          20.61
   13042 - Illustrator II                                         11.06
   13043 - Illustrator III                                        14.06
   13047 - Librarian                                              17.19
   13050 - Library Technician                                     15.04
   13071 - Photographer I                                         11.51
   13072 - Photographer II                                        11.28
   13073 - Photographer III                                       12.95
   13074 - Photographer IV                                        16.04
   13075 - Photographer V                                         19.63
15000 - Laundry, Dry Cleaning, Pressing and Related Occupations  23.75
   15010 - Assembler
   15030 - Counter Attendant                                       6.99
   15040 - Dry Cleaner                                             6.99
   15070 - Finisher, Flatwork, Machine                            8.15
   15090 - Presser, Hand                                           6.99
   15100 - Presser, Machine, Drycleaning                          6.99
                                                                  6.99
```

| | |
|---|---|
| 15130 - Presser, Machine, Shirts | 6.99 |
| 15160 - Presser, Machine, Wearing Apparel, Laundry | 6.99 |
| 15190 - Sewing Machine Operator | 8.54 |
| 15220 - Tailor | 8.93 |
| 15250 - Washer, Machine | 7.37 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 14.95 |
| 19040 - Tool and Die Maker | 17.66 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 13.24 |
| 21020 - Material Coordinator | 14.42 |
| 21030 - Material Expediter | 14.42 |
| 21040 - Material Handling Laborer | 11.13 |
| 21050 - Order Filler | 9.58 |
| 21071 - Forklift Operator | 10.92 |
| 21080 - Production Line Worker (Food Processing) | 12.27 |
| 21100 - Shipping/Receiving Clerk | 10.69 |
| 21130 - Shipping Packer | 10.69 |
| 21140 - Store Worker I | 9.45 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 11.80 |
| 21210 - Tools and Parts Attendant | 13.07 |
| 21400 - Warehouse Specialist | 13.07 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 17.42 |
| 23040 - Aircraft Mechanic Helper | 13.70 |
| 23050 - Aircraft Quality Control Inspector | 18.97 |
| 23060 - Aircraft Servicer | 15.18 |
| 23070 - Aircraft Worker | 15.96 |
| 23100 - Appliance Mechanic | 14.95 |
| 23120 - Bicycle Repairer | 12.52 |
| 23125 - Cable Splicer | 17.12 |
| 23130 - Carpenter, Maintenance | 14.95 |
| 23140 - Carpet Layer | 14.30 |
| 23160 - Electrician, Maintenance | 16.47 |
| 23181 - Electronics Technician, Maintenance I | 16.58 |
| 23182 - Electronics Technician, Maintenance II | 17.36 |
| 23183 - Electronics Technician, Maintenance III | 18.15 |
| 23260 - Fabric Worker | 13.59 |
| 23290 - Fire Alarm System Mechanic | 15.60 |
| 23310 - Fire Extinguisher Repairer | 12.96 |
| 23340 - Fuel Distribution System Mechanic | 15.60 |
| 23370 - General Maintenance Worker | 14.30 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 15.60 |
| 23430 - Heavy Equipment Mechanic | 15.60 |
| 23440 - Heavy Equipment Operator | 13.51 |
| 23460 - Instrument Mechanic | 17.65 |
| 23470 - Laborer | 8.65 |
| 23500 - Locksmith | 14.95 |
| 23530 - Machinery Maintenance Mechanic | 15.96 |
| 23550 - Machinist, Maintenance | 15.60 |
| 23580 - Maintenance Trades Helper | 12.27 |
| 23640 - Millwright | 16.92 |
| 23700 - Office Appliance Repairer | 14.95 |
| 23740 - Painter, Aircraft | 14.95 |
| 23760 - Painter, Maintenance | 14.95 |
| 23790 - Pipefitter, Maintenance | 15.60 |
| 23800 - Plumber, Maintenance | 14.95 |
| 23820 - Pneudraulic Systems Mechanic | 15.60 |
| 23850 - Rigger | 16.50 |
| 23870 - Scale Mechanic | 14.30 |

| | |
|---|---|
| 23890 - Sheet-Metal Worker, Maintenance | 15.60 |
| 23910 - Small Engine Mechanic | 14.30 |
| 23930 - Telecommunication Mechanic I | 16.00 |
| 23931 - Telecommunication Mechanic II | 18.65 |
| 23950 - Telephone Lineman | 15.60 |
| 23960 - Welder, Combination, Maintenance | 15.60 |
| 23965 - Well Driller | 17.16 |
| 23970 - Woodcraft Worker | 17.16 |
| 23980 - Woodworker | 12.96 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 9.15 |
| 24580 - Child Care Center Clerk | 12.91 |
| 24600 - Chore Aid | 8.45 |
| 24630 - Homemaker | 14.95 |
| 25000 - Plant and System Operation Occupations | |
| 25010 - Boiler Tender | 16.91 |
| 25040 - Sewage Plant Operator | 14.95 |
| 25070 - Stationary Engineer | 16.91 |
| 25190 - Ventilation Equipment Tender | 12.27 |
| 25210 - Water Treatment Plant Operator | 14.95 |
| 27000 - Protective Service Occupations | |
| (not set) - Police Officer | 16.01 |
| 27004 - Alarm Monitor | 11.59 |
| 27006 - Corrections Officer | 13.92 |
| 27010 - Court Security Officer | 14.37 |
| 27040 - Detention Officer | 13.92 |
| 27070 - Firefighter | 13.17 |
| 27101 - Guard I | 8.80 |
| 27102 - Guard II | 13.10 |
| 28000 - Stevedoring/Longshoremen Occupations | |
| 28010 - Blocker and Bracer | 16.96 |
| 28020 - Hatch Tender | 15.73 |
| 28030 - Line Handler | 15.73 |
| 28040 - Stevedore I | 15.25 |
| 28050 - Stevedore II | 16.79 |
| 29000 - Technical Occupations | |
| 21150 - Graphic Artist | 18.44 |
| 29010 - Air Traffic Control Specialist, Center (2) | 31.49 |
| 29011 - Air Traffic Control Specialist, Station (2) | 21.71 |
| 29012 - Air Traffic Control Specialist, Terminal (2) | 23.92 |
| 29023 - Archeological Technician I | 11.98 |
| 29024 - Archeological Technician II | 13.28 |
| 29025 - Archeological Technician III | 16.68 |
| 29030 - Cartographic Technician | 17.41 |
| 29035 - Computer Based Training (CBT) Specialist/ Instructor | 23.43 |
| 29040 - Civil Engineering Technician | 15.29 |
| 29061 - Drafter I | 10.62 |
| 29062 - Drafter II | 11.98 |
| 29063 - Drafter III | 14.06 |
| 29064 - Drafter IV | 17.41 |
| 29081 - Engineering Technician I | 10.92 |
| 29082 - Engineering Technician II | 12.26 |
| 29083 - Engineering Technician III | 14.33 |
| 29084 - Engineering Technician IV | 17.51 |
| 29085 - Engineering Technician V | 21.41 |
| 29086 - Engineering Technician VI | 25.88 |
| 29090 - Environmental Technician | 17.81 |
| 29100 - Flight Simulator/Instructor (Pilot) | 27.62 |
| 29160 - Instructor | 18.66 |
| 29210 - Laboratory Technician | 16.74 |

```
29240 - Mathematical Technician                                    17.41
29361 - Paralegal/Legal Assistant I                                12.53
29362 - Paralegal/Legal Assistant II                               14.73
29363 - Paralegal/Legal Assistant III                              16.71
29364 - Paralegal/Legal Assistant IV                               21.81
29390 - Photooptics Technician                                     17.41
29480 - Technical Writer                                           19.23
29491 - Unexploded Ordnance (UXO) Technician I                     20.02
29492 - Unexploded Ordnance (UXO) Technician II                    24.22
29493 - Unexploded Ordnance (UXO) Technician III                   29.03
29494 - Unexploded (UXO) Safety Escort                             20.02
29495 - Unexploded (UXO) Sweep Personnel                           20.02
29620 - Weather Observer, Senior  (3)                              18.59
29621 - Weather Observer, Combined Upper Air and Surface Programs (3)  16.72
29622 - Weather Observer, Upper Air (3)                            16.72
31000 - Transportation/ Mobile Equipment Operation Occupations
31030 - Bus Driver                                                 10.86
31260 - Parking and Lot Attendant                                   7.40
31290 - Shuttle Bus Driver                                         11.57
31300 - Taxi Driver                                                 8.77
31361 - Truckdriver, Light Truck                                   11.57
31362 - Truckdriver, Medium Truck                                  12.09
31363 - Truckdriver, Heavy Truck                                   16.15
31364 - Truckdriver, Tractor-Trailer                               16.15
99000 - Miscellaneous Occupations
99020 - Animal Caretaker                                            8.35
99030 - Cashier                                                     7.35
99041 - Carnival Equipment Operator                                10.57
99042 - Carnival Equipment Repairer                                11.17
99043 - Carnival Worker                                             8.14
99050 - Desk Clerk                                                  9.00
99095 - Embalmer                                                   17.93
99300 - Lifeguard                                                  10.52
99310 - Mortician                                                  20.02
99350 - Park Attendant (Aide)                                      13.21
99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech)     10.75
99500 - Recreation Specialist                                      13.73
99510 - Recycling Worker                                           12.37
99610 - Sales Clerk                                                 9.06
99620 - School Crossing Guard (Crosswalk Attendant)                 7.40
99630 - Sport Official                                             10.52
99658 - Survey Party Chief (Chief of Party)                        13.65
99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.)  12.59
99660 - Surveying Aide                                              9.19
99690 - Swimming Pool Operator                                     12.76
99720 - Vending Machine Attendant                                  12.10
99730 - Vending Machine Repairer                                   14.67
99740 - Vending Machine Repairer Helper                            12.10
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 10 years.  Length of service includes the whole span of
continuous service with the present contractor or successor, wherever employed, and
with the predecessor contractors in the performance of similar work at the same

Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as
numbered):

1)  Does not apply to employees employed in a bona fide executive, administrative,
or professional capacity as defined and delineated in 29 CFR 541.  (See CFR 4.156)

2)  APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY – NIGHT DIFFERENTIAL:  An employee is
entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M.
at the rate of basic pay plus a night pay differential amounting to 10 percent of
the rate of basic pay.

3)  WEATHER OBSERVERS – NIGHT PAY & SUNDAY PAY:  If you work at night as part of a
regular tour of duty, you will earn a night differential and receive an additional
10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time
employed (40 hours a week) and Sunday is part of your regularly scheduled workweek,
you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic
rate for each hour of Sunday work which is not overtime (i.e. occasional work on
Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or
explosives.  Demilitarization, modification, renovation, demolition, and maintenance
operations on sensitive ordnance, explosives and incendiary materials.  All
operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.  Al
operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

http://www.wdol.gov/wdol/scafiles/std/94-2295.txt                    12/2/2005

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves.  This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination.  Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

94-2495 TN, MEMPHIS

WAGE DETERMINATION NO: 94-2495 REV (29)   AREA: TN, MEMPHIS

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD: 94-2496

*****************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C.  20210 |
|---|---|
| William W. Gross      Division of<br>Director        Wage Determinations | Wage Determination No.: 1994-2495<br>Revision No.: 29<br>Date Of Revision: 05/23/2005 |

States: Arkansas, Kentucky, Mississippi, Tennessee

Area: Arkansas Counties of Craighead, Crittenden, Cross, Lee, Mississippi, Poinsett, St Francis
Kentucky Counties of Ballard, Calloway, Carlisle, Fulton, Graves, Hickman, Marshall, McCracken
Mississippi Counties of Benton, De Soto, Marshall, Tippah
Tennessee Counties of Benton, Carroll, Chester, Crockett, Decatur, Dyer, Fayette, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Lake, Lauderdale, Madison, McNairy, Obion, Shelby, Tipton, Weakley

---

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support and Clerical Occupations | |
| 01011 - Accounting Clerk I | 9.84 |
| 01012 - Accounting Clerk II | 11.94 |
| 01013 - Accounting Clerk III | 13.41 |
| 01014 - Accounting Clerk IV | 14.87 |
| 01030 - Court Reporter | 16.54 |
| 01050 - Dispatcher, Motor Vehicle | 15.13 |
| 01060 - Document Preparation Clerk | 11.52 |
| 01070 - Messenger  (Courier) | 9.64 |
| 01090 - Duplicating Machine Operator | 11.38 |
| 01110 - Film/Tape Librarian | 12.11 |
| 01115 - General Clerk I | 9.19 |
| 01116 - General Clerk II | 10.28 |
| 01117 - General Clerk III | 11.81 |
| 01118 - General Clerk IV | 13.96 |
| 01120 - Housing Referral Assistant | 19.00 |
| 01131 - Key Entry Operator I | 10.73 |
| 01132 - Key Entry Operator II | 11.38 |
| 01191 - Order Clerk I | 10.73 |
| 01192 - Order Clerk II | 13.16 |
| 01261 - Personnel Assistant (Employment) I | 12.00 |
| 01262 - Personnel Assistant (Employment) II | 14.18 |
| 01263 - Personnel Assistant (Employment) III | 15.94 |
| 01264 - Personnel Assistant (Employment) IV | 16.91 |
| 01270 - Production Control Clerk | 14.59 |
| 01290 - Rental Clerk | 13.69 |

Case 2:07-md-01873-KDE-MBN   Document 18490-5   Filed 12/07/10   Page 37 of 62

Case 1:10-cv-00454-HSO -JMR   Document 1-3 .   Filed 09/17/10   Page 41 of 66.

Page 2 of 9

```
01300 - Scheduler, Maintenance
01311 - Secretary I                                        13.69
01312 - Secretary II                                       14.74
01313 - Secretary III                                      16.64
01314 - Secretary IV                                       19.51
01315 - Secretary V                                        21.69
01320 - Service Order Dispatcher                           24.01
01341 - Stenographer I                                     13.69
01342 - Stenographer II                                    12.38
01400 - Supply Technician                                  14.56
01420 - Survey Worker (Interviewer)                        15.47
01460 - Switchboard Operator-Receptionist                  16.54
01510 - Test Examiner                                      11.38
01520 - Test Proctor                                       16.54
01531 - Travel Clerk I                                     16.54
01532 - Travel Clerk II                                    11.15
01533 - Travel Clerk III                                   11.87
01611 - Word Processor I                                   12.78
01612 - Word Processor II                                  12.01
01613 - Word Processor III                                 13.87
03000 - Automatic Data Processing Occupations              16.54
  03010 - Computer Data Librarian
  03041 - Computer Operator I                              12.49
  03042 - Computer Operator II                             13.64
  03043 - Computer Operator III                            16.28
  03044 - Computer Operator IV                             18.88
  03045 - Computer Operator V                              20.99
  03071 - Computer Programmer I (1)                        23.23
  03072 - Computer Programmer II (1)                       17.92
  03073 - Computer Programmer III (1)                      23.68
  03074 - Computer Programmer IV (1)                       27.62
  03101 - Computer Systems Analyst I (1)                   27.62
  03102 - Computer Systems Analyst II  (1)                 25.85
  03103 - Computer Systems Analyst III (1)                 27.62
  03160 - Peripheral Equipment Operator                    27.62
05000 - Automotive Service Occupations                     13.64
  05005 - Automotive Body Repairer, Fiberglass
  05010 - Automotive Glass Installer                       19.00
  05040 - Automotive Worker                                14.13
  05070 - Electrician, Automotive                          14.16
  05100 - Mobile Equipment Servicer                        15.82
  05130 - Motor Equipment Metal Mechanic                   12.40
  05160 - Motor Equipment Metal Worker                     15.82
  05190 - Motor Vehicle Mechanic                           14.16
  05220 - Motor Vehicle Mechanic Helper                    15.82
  05250 - Motor Vehicle Upholstery Worker                  11.49
  05280 - Motor Vehicle Wrecker                            14.16
  05310 - Painter, Automotive                              14.16
  05340 - Radiator Repair Specialist                       15.00
  05370 - Tire Repairer                                    14.16
  05400 - Transmission Repair Specialist                   11.65
07000 - Food Preparation and Service Occupations           15.62
  (not set) - Food Service Worker
  07010 - Baker                                             8.43
  07041 - Cook I                                           10.68
  07042 - Cook II                                           8.94
  07070 - Dishwasher                                       10.50
  07130 - Meat Cutter                                       7.43
  07250 - Waiter/Waitress                                  13.65
09000 - Furniture Maintenance and Repair Occupations        7.44
```

| | |
|---|---|
| 09010 – Electrostatic Spray Painter | 15.48 |
| 09040 – Furniture Handler | 10.26 |
| 09070 – Furniture Refinisher | 15.48 |
| 09100 – Furniture Refinisher Helper | 11.91 |
| 09110 – Furniture Repairer, Minor | 13.71 |
| 09130 – Upholsterer | 15.94 |
| 11030 – General Services and Support Occupations | |
| 11030 – Cleaner, Vehicles | 9.63 |
| 11060 – Elevator Operator | 9.13 |
| 11090 – Gardener | 12.62 |
| 11121 – House Keeping Aid I | 7.42 |
| 11122 – House Keeping Aid II | 8.37 |
| 11150 – Janitor | 9.56 |
| 11210 – Laborer, Grounds Maintenance | 10.13 |
| 11240 – Maid or Houseman | 7.56 |
| 11270 – Pest Controller | 12.35 |
| 11300 – Refuse Collector | 11.40 |
| 11330 – Tractor Operator | 12.66 |
| 11360 – Window Cleaner | 9.90 |
| 12000 – Health Occupations | |
| 12020 – Dental Assistant | 14.14 |
| 12040 – Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver | 14.10 |
| 12071 – Licensed Practical Nurse I | 12.17 |
| 12072 – Licensed Practical Nurse II | 13.64 |
| 12073 – Licensed Practical Nurse III | 15.26 |
| 12100 – Medical Assistant | 11.53 |
| 12130 – Medical Laboratory Technician | 13.73 |
| 12160 – Medical Record Clerk | 11.24 |
| 12190 – Medical Record Technician | 13.54 |
| 12221 – Nursing Assistant I | 8.38 |
| 12222 – Nursing Assistant II | 9.43 |
| 12223 – Nursing Assistant III | 10.34 |
| 12224 – Nursing Assistant IV | 11.60 |
| 12250 – Pharmacy Technician | 12.48 |
| 12280 – Phlebotomist | 11.95 |
| 12311 – Registered Nurse I | 18.96 |
| 12312 – Registered Nurse II | 22.34 |
| 12313 – Registered Nurse II, Specialist | 22.34 |
| 12314 – Registered Nurse III | 27.02 |
| 12315 – Registered Nurse III, Anesthetist | 27.02 |
| 12316 – Registered Nurse IV | 32.38 |
| 13000 – Information and Arts Occupations | |
| 13002 – Audiovisual Librarian | 18.52 |
| 13011 – Exhibits Specialist I | 16.04 |
| 13012 – Exhibits Specialist II | 18.80 |
| 13013 – Exhibits Specialist III | 22.99 |
| 13041 – Illustrator I | 16.04 |
| 13042 – Illustrator II | 18.80 |
| 13043 – Illustrator III | 22.99 |
| 13047 – Librarian | 20.51 |
| 13050 – Library Technician | 10.80 |
| 13071 – Photographer I | 13.61 |
| 13072 – Photographer II | 16.55 |
| 13073 – Photographer III | 19.17 |
| 13074 – Photographer IV | 21.25 |
| 13075 – Photographer V | 24.04 |
| 15000 – Laundry, Dry Cleaning, Pressing and Related Occupations | |
| 15010 – Assembler | 8.03 |
| 15030 – Counter Attendant | 8.03 |
| 15040 – Dry Cleaner | 10.45 |

```
15070 - Finisher, Flatwork, Machine                              8.03
15090 - Presser, Hand                                            8.03
15100 - Presser, Machine, Drycleaning                            8.03
15130 - Presser, Machine, Shirts                                 8.03
15160 - Presser, Machine, Wearing Apparel, Laundry               8.03
15190 - Sewing Machine Operator                                 11.18
15220 - Tailor                                                  11.90
15250 - Washer, Machine                                          8.88
19000 - Machine Tool Operation and Repair Occupations
19010 - Machine-Tool Operator (Toolroom)                        15.48
19040 - Tool and Die Maker                                      18.95
21000 - Material Handling and Packing Occupations
21010 - Fuel Distribution System Operator                       14.18
21020 - Material Coordinator                                    16.82
21030 - Material Expediter                                      16.82
21040 - Material Handling Laborer                               11.33
21050 - Order Filler                                            10.36
21071 - Forklift Operator                                       13.10
21080 - Production Line Worker (Food Processing)                13.10
21100 - Shipping/Receiving Clerk                                11.59
21130 - Shipping Packer                                         11.59
21140 - Store Worker I                                           9.16
21150 - Stock Clerk (Shelf Stocker; Store Worker II)            12.97
21210 - Tools and Parts Attendant                               13.35
21400 - Warehouse Specialist                                    13.35
23000 - Mechanics and Maintenance and Repair Occupations
23010 - Aircraft Mechanic                                       19.81
23040 - Aircraft Mechanic Helper                                12.90
23050 - Aircraft Quality Control Inspector                      18.61
23060 - Aircraft Servicer                                       14.85
23070 - Aircraft Worker                                         15.82
23100 - Appliance Mechanic                                      16.90
23120 - Bicycle Repairer                                        11.39
23125 - Cable Splicer                                           18.99
23130 - Carpenter, Maintenance                                  16.39
23140 - Carpet Layer                                            15.79
23160 - Electrician, Maintenance                                18.62
23181 - Electronics Technician, Maintenance I                   17.16
23182 - Electronics Technician, Maintenance II                  22.01
23183 - Electronics Technician, Maintenance III                 23.80
23260 - Fabric Worker                                           14.68
23290 - Fire Alarm System Mechanic                              17.46
23310 - Fire Extinguisher Repairer                              13.56
23340 - Fuel Distribution System Mechanic                       18.00
23370 - General Maintenance Worker                              15.36
23400 - Heating, Refrigeration and Air Conditioning Mechanic    19.82
23430 - Heavy Equipment Mechanic                                16.82
23440 - Heavy Equipment Operator                                16.36
23460 - Instrument Mechanic                                     17.99
23470 - Laborer                                                 11.33
23500 - Locksmith                                               16.90
23530 - Machinery Maintenance Mechanic                          20.41
23550 - Machinist, Maintenance                                  18.35
23580 - Maintenance Trades Helper                               12.25
23640 - Millwright                                              18.65
23700 - Office Appliance Repairer                               16.90
23740 - Painter, Aircraft                                       18.73
23760 - Painter, Maintenance                                    15.48
23790 - Pipefitter, Maintenance                                 18.78
23800 - Plumber, Maintenance                                    17.99
```

| | |
|---|---|
| 23820 – Pneudraulic Systems Mechanic | 17.99 |
| 23850 – Rigger | 17.99 |
| 23870 – Scale Mechanic | 15.79 |
| 23890 – Sheet-Metal Worker, Maintenance | 17.37 |
| 23910 – Small Engine Mechanic | 14.60 |
| 23930 – Telecommunication Mechanic I | 18.96 |
| 23931 – Telecommunication Mechanic II | 19.99 |
| 23950 – Telephone Lineman | 18.96 |
| 23960 – Welder, Combination, Maintenance | 16.36 |
| 23965 – Well Driller | 17.99 |
| 23970 – Woodcraft Worker | 17.99 |
| 23980 – Woodworker | 13.76 |
| 24000 – Personal Needs Occupations | |
| 24570 – Child Care Attendant | 10.60 |
| 24580 – Child Care Center Clerk | 13.33 |
| 24600 – Chore Aid | 7.60 |
| 24630 – Homemaker | 15.70 |
| 25000 – Plant and System Operation Occupations | |
| 25010 – Boiler Tender | 18.47 |
| 25040 – Sewage Plant Operator | 16.76 |
| 25070 – Stationary Engineer | 18.47 |
| 25190 – Ventilation Equipment Tender | 12.80 |
| 25210 – Water Treatment Plant Operator | 16.76 |
| 27000 – Protective Service Occupations | |
| (not set) – Police Officer | 21.51 |
| 27004 – Alarm Monitor | 9.77 |
| 27006 – Corrections Officer | 15.25 |
| 27010 – Court Security Officer | 17.33 |
| 27040 – Detention Officer | 15.37 |
| 27070 – Firefighter | 15.25 |
| 27101 – Guard I | 9.55 |
| 27102 – Guard II | 11.23 |
| 28000 – Stevedoring/Longshoremen Occupations | |
| 28010 – Blocker and Bracer | 16.14 |
| 28020 – Hatch Tender | 16.14 |
| 28030 – Line Handler | 16.14 |
| 28040 – Stevedore I | 15.30 |
| 28050 – Stevedore II | 17.28 |
| 29000 – Technical Occupations | |
| 21150 – Graphic Artist | 18.91 |
| 29010 – Air Traffic Control Specialist, Center (2) | 31.49 |
| 29011 – Air Traffic Control Specialist, Station (2) | 21.71 |
| 29012 – Air Traffic Control Specialist, Terminal (2) | 23.30 |
| 29023 – Archeological Technician I | 15.79 |
| 29024 – Archeological Technician II | 17.66 |
| 29025 – Archeological Technician III | 21.87 |
| 29030 – Cartographic Technician | 21.88 |
| 29035 – Computer Based Training (CBT) Specialist/ Instructor | 25.85 |
| 29040 – Civil Engineering Technician | 18.51 |
| 29061 – Drafter I | 13.89 |
| 29062 – Drafter II | 15.52 |
| 29063 – Drafter III | 18.67 |
| 29064 – Drafter IV | 21.88 |
| 29081 – Engineering Technician I | 16.18 |
| 29082 – Engineering Technician II | 16.24 |
| 29083 – Engineering Technician III | 19.76 |
| 29084 – Engineering Technician IV | 22.89 |
| 29085 – Engineering Technician V | 25.36 |
| 29086 – Engineering Technician VI | 28.69 |
| 29090 – Environmental Technician | 19.74 |

```
29100 - Flight Simulator/Instructor (Pilot)                              30.38
29160 - Instructor                                                       24.22
29210 - Laboratory Technician                                            18.29
29240 - Mathematical Technician                                          21.88
29361 - Paralegal/Legal Assistant I                                      18.81
29362 - Paralegal/Legal Assistant II                                     22.31
29363 - Paralegal/Legal Assistant III                                    27.20
29364 - Paralegal/Legal Assistant IV                                     33.01
29390 - Photooptics Technician                                           21.88
29480 - Technical Writer                                                 24.92
29491 - Unexploded Ordnance (UXO) Technician I                           20.02
29492 - Unexploded Ordnance (UXO) Technician II                          24.22
29493 - Unexploded Ordnance (UXO) Technician III                         29.03
29494 - Unexploded (UXO) Safety Escort                                   20.02
29495 - Unexploded (UXO) Sweep Personnel                                 20.02
29620 - Weather Observer, Senior  (3)                                    19.32
29621 - Weather Observer, Combined Upper Air and Surface Programs (3)    14.72
29622 - Weather Observer, Upper Air (3)                                  14.72
31000 - Transportation/ Mobile Equipment Operation Occupations
31030 - Bus Driver                                                       16.73
31260 - Parking and Lot Attendant                                         7.83
31290 - Shuttle Bus Driver                                               13.20
31300 - Taxi Driver                                                       9.34
31361 - Truckdriver, Light Truck                                         13.20
31362 - Truckdriver, Medium Truck                                        13.68
31363 - Truckdriver, Heavy Truck                                         16.38
31364 - Truckdriver, Tractor-Trailer                                     16.38
99000 - Miscellaneous Occupations
99020 - Animal Caretaker                                                  9.87
99030 - Cashier                                                           8.20
99041 - Carnival Equipment Operator                                      10.24
99042 - Carnival Equipment Repairer                                      11.04
99043 - Carnival Worker                                                   7.87
99050 - Desk Clerk                                                        8.74
99095 - Embalmer                                                         18.23
99300 - Lifeguard                                                        10.53
99310 - Mortician                                                        18.23
99350 - Park Attendant (Aide)                                            13.51
99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech)           11.67
99500 - Recreation Specialist                                            10.18
99510 - Recycling Worker                                                 12.89
99610 - Sales Clerk                                                      11.81
99620 - School Crossing Guard (Crosswalk Attendant)                       9.83
99630 - Sport Official                                                   10.52
99658 - Survey Party Chief (Chief of Party)                              16.18
99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.)       14.52
99660 - Surveying Aide                                                   10.60
99690 - Swimming Pool Operator                                            9.58
99720 - Vending Machine Attendant                                         9.93
99730 - Vending Machine Repairer                                         12.35
99740 - Vending Machine Repairer Helper                                   9.83
```

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or

successor; 3 weeks after 8 years, and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1)  Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541.  (See CFR 4.156)

2)  APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL:  An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3)  WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.


A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  Al operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms is an expense that may not be borne by an

employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.


                 ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc."  (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations.  This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated.  This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.  Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination.  Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined.  Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees.  The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a separate SF 1444

should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

94-2299 MS,MERIDIAN

WAGE DETERMINATION NO: 94-2299 REV (26)     AREA: MS,MERIDIAN

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2300

*****************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

| | |
|---|---|
| William W.Gross          Division of | Wage Determination No.: 1994-2299 |
| Director          Wage Determinations | Revision No.: 26 |
| | Date Of Revision: 05/23/2005 |

States: Alabama, Mississippi

Area: Alabama County of Sumter
Mississippi Counties of Clarke, Forrest, Greene, Jasper, Jones, Kemper, Lauderdale,
Neshoba, Newton, Perry, Wayne

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE

                                                  MINIMUM WAGE RATE

01000 - Administrative Support and Clerical Occupations
 01011 - Accounting Clerk I                              9.20
 01012 - Accounting Clerk II                            10.11
 01013 - Accounting Clerk III                           11.51
 01014 - Accounting Clerk IV                            13.89
 01030 - Court Reporter                                 13.17
 01050 - Dispatcher, Motor Vehicle                      13.62
 01060 - Document Preparation Clerk                      9.27
 01070 - Messenger  (Courier)                            7.99
 01090 - Duplicating Machine Operator                    9.27
 01110 - Film/Tape Librarian                            11.57
 01115 - General Clerk I                                 8.01
 01116 - General Clerk II                                9.00
 01117 - General Clerk III                              10.37
 01118 - General Clerk IV                               11.64
 01120 - Housing Referral Assistant                     12.89
 01131 - Key Entry Operator I                            9.31
 01132 - Key Entry Operator II                          11.03
 01191 - Order Clerk I                                   9.33
 01192 - Order Clerk II                                 10.66
 01261 - Personnel Assistant (Employment) I              9.02
 01262 - Personnel Assistant (Employment) II            10.73
 01263 - Personnel Assistant (Employment) III           12.35
 01264 - Personnel Assistant (Employment| IV            13.88
 01270 - Production Control Clerk                       14.69
 01290 - Rental Clerk                                    9.56
 01300 - Scheduler, Maintenance                         10.15
 01311 - Secretary I                                    10.15
 01312 - Secretary II                                   11.55
 01313 - Secretary III                                  12.89
 01314 - Secretary IV                                   14.79

```
01315 - Secretary V                                    16.39
01320 - Service Order Dispatcher                       13.22
01341 - Stenographer I                                 10.24
01342 - Stenographer II                                10.97
01400 - Supply Technician                              11.70
01420 - Survey Worker (Interviewer)                    10.88
01460 - Switchboard Operator-Receptionist               9.03
01510 - Test Examiner                                  11.55
01520 - Test Proctor                                   11.55
01531 - Travel Clerk I                                  9.50
01532 - Travel Clerk II                                 9.99
01533 - Travel Clerk III                               10.48
01611 - Word Processor I                                9.21
01612 - Word Processor II                              10.15
01613 - Word Processor III                             11.55
03000 - Automatic Data Processing Occupations
03010 - Computer Data Librarian                        10.18
03041 - Computer Operator I                            10.18
03042 - Computer Operator II                           12.29
03043 - Computer Operator III                          14.73
03044 - Computer Operator IV                           16.90
03045 - Computer Operator V                            18.85
03071 - Computer Programmer I (1)                       14.83
03072 - Computer Programmer II (1)                      18.33
03073 - Computer Programmer III (1)                     22.10
03074 - Computer Programmer IV (1)                      26.70
03101 - Computer Systems Analyst I (1)                  21.89
03102 - Computer Systems Analyst II  (1)                25.98
03103 - Computer Systems Analyst III (1)                27.62
03160 - Peripheral Equipment Operator                  10.35
05000 - Automotive Service Occupations
05005 - Automotive Body Repairer, Fiberglass           16.99
05010 - Automotive Glass Installer                     15.18
05040 - Automotive Worker                              15.18
05070 - Electrician, Automotive                        16.08
05100 - Mobile Equipment Servicer                      13.34
05130 - Motor Equipment Metal Mechanic                 16.99
05160 - Motor Equipment Metal Worker                   15.18
05190 - Motor Vehicle Mechanic                         16.99
05220 - Motor Vehicle Mechanic Helper                  12.49
05250 - Motor Vehicle Upholstery Worker                14.25
05280 - Motor Vehicle Wrecker                          15.18
05310 - Painter, Automotive                            16.08
05340 - Radiator Repair Specialist                     15.18
05370 - Tire Repairer                                  12.89
05400 - Transmission Repair Specialist                 16.99
07000 - Food Preparation and Service Occupations
(not set) - Food Service Worker                         6.82
07010 - Baker                                           9.76
07041 - Cook I                                          8.05
07042 - Cook II                                         9.76
07070 - Dishwasher                                      6.36
07130 - Meat Cutter                                    11.32
07250 - Waiter/Waitress                                 6.70
09000 - Furniture Maintenance and Repair Occupations
09010 - Electrostatic Spray Painter                    16.08
09040 - Furniture Handler                              11.14
09070 - Furniture Refinisher                           16.08
09100 - Furniture Refinisher Helper                    12.49
09110 - Furniture Repairer, Minor                      14.25
```

```
       09130 - Upholsterer                                               16.08
     11030 - General Services and Support Occupations
       11030 - Cleaner, Vehicles                                          8.29
       11060 - Elevator Operator                                         7.54
       11090 - Gardener                                                 10.24
       11121 - House Keeping Aid I                                       6.75
       11122 - House Keeping Aid II                                      7.62
       11150 - Janitor                                                  7.54
       11210 - Laborer, Grounds Maintenance                             8.56
       11240 - Maid or Houseman                                         6.85
       11270 - Pest Controller                                         10.78
       11300 - Refuse Collector                                         8.29
       11330 - Tractor Operator                                         9.22
       11360 - Window Cleaner                                           8.22
     12000 - Health Occupations
       12020 - Dental Assistant                                        11.84
       12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver  12.34
       12071 - Licensed Practical Nurse I                              10.51
       12072 - Licensed Practical Nurse II                             11.79
       12073 - Licensed Practical Nurse III                            13.20
       12100 - Medical Assistant                                        9.77
       12130 - Medical Laboratory Technician                           12.62
       12160 - Medical Record Clerk                                     9.79
       12190 - Medical Record Technician                               13.54
       12221 - Nursing Assistant I                                      7.53
       12222 - Nursing Assistant II                                     8.46
       12223 - Nursing Assistant III                                    9.24
       12224 - Nursing Assistant IV                                    10.36
       12250 - Pharmacy Technician                                     12.19
       12280 - Phlebotomist                                            11.58
       12311 - Registered Nurse I                                      16.22
       12312 - Registered Nurse II                                     19.85
       12313 - Registered Nurse II, Specialist                         19.85
       12314 - Registered Nurse III                                    24.02
       12315 - Registered Nurse III, Anesthetist                       24.02
       12316 - Registered Nurse IV                                     28.77
     13000 - Information and Arts Occupations
       13002 - Audiovisual Librarian                                   15.33
       13011 - Exhibits Specialist I                                   13.45
       13012 - Exhibits Specialist II                                  16.66
       13013 - Exhibits Specialist III                                 20.39
       13041 - Illustrator I                                           13.45
       13042 - Illustrator II                                          16.66
       13043 - Illustrator III                                         20.39
       13047 - Librarian                                               18.68
       13050 - Library Technician                                      12.25
       13071 - Photographer I                                          11.94
       13072 - Photographer II                                         13.45
       13073 - Photographer III                                        16.66
       13074 - Photographer IV                                         20.21
       13075 - Photographer V                                          24.44
     15000 - Laundry, Dry Cleaning, Pressing and Related Occupations
       15010 - Assembler                                                7.00
       15030 - Counter Attendant                                        7.00
       15040 - Dry Cleaner                                              8.14
       15070 - Finisher, Flatwork, Machine                              7.00
       15090 - Presser, Hand                                            7.00
       15100 - Presser, Machine, Drycleaning                            7.00
       15130 - Presser, Machine, Shirts                                 7.00
       15160 - Presser, Machine, Wearing Apparel, Laundry               7.00
```

```
     15190 - Sewing Machine Operator                                 8.68
     15220 - Tailor                                                  9.09
     15250 - Washer, Machine                                         7.39
19000 - Machine Tool Operation and Repair Occupations
     19010 - Machine-Tool Operator (Toolroom)                       16.08
     19040 - Tool and Die Maker                                     19.17
21000 - Material Handling and Packing Occupations
     21010 - Fuel Distribution System Operator                      13.34
     21020 - Material Coordinator                                   14.95
     21030 - Material Expediter                                     14.95
     21040 - Material Handling Laborer                              10.22
     21050 - Order Filler                                            9.56
     21071 - Forklift Operator                                     12.49
     21080 - Production Line Worker (Food Processing)              12.49
     21100 - Shipping/Receiving Clerk                              11.84
     21130 - Shipping Packer                                       11.84
     21140 - Store Worker I                                         9.03
     21150 - Stock Clerk (Shelf Stocker; Store Worker II)          12.42
     21210 - Tools and Parts Attendant                             12.49
     21400 - Warehouse Specialist                                  12.49
23000 - Mechanics and Maintenance and Repair Occupations
     23010 - Aircraft Mechanic                                     17.95
     23040 - Aircraft Mechanic Helper                              13.20
     23050 - Aircraft Quality Control Inspector                    18.74
     23060 - Aircraft Servicer                                     15.06
     23070 - Aircraft Worker                                       16.04
     23100 - Appliance Mechanic                                    16.08
     23120 - Bicycle Repairer                                      12.89
     23125 - Cable Splicer                                         18.27
     23130 - Carpenter, Maintenance                                16.08
     23140 - Carpet Layer                                          15.18
     23160 - Electrician, Maintenance                              16.99
     23181 - Electronics Technician, Maintenance I                 14.67
     23182 - Electronics Technician, Maintenance II                17.93
     23183 - Electronics Technician, Maintenance III               21.69
     23260 - Fabric Worker                                         14.25
     23290 - Fire Alarm System Mechanic                            16.99
     23310 - Fire Extinguisher Repairer                            13.34
     23340 - Fuel Distribution System Mechanic                     16.99
     23370 - General Maintenance Worker                            15.18
     23400 - Heating, Refrigeration and Air Conditioning Mechanic  16.99
     23430 - Heavy Equipment Mechanic                              16.99
     23440 - Heavy Equipment Operator                              16.99
     23460 - Instrument Mechanic                                   16.99
     23470 - Laborer                                               10.22
     23500 - Locksmith                                             16.08
     23530 - Machinery Maintenance Mechanic                        17.04
     23550 - Machinist, Maintenance                                16.99
     23580 - Maintenance Trades Helper                             12.49
     23640 - Millwright                                            17.30
     23700 - Office Appliance Repairer                             16.08
     23740 - Painter, Aircraft                                     16.08
     23760 - Painter, Maintenance                                  16.08
     23790 - Pipefitter, Maintenance                               16.99
     23800 - Plumber, Maintenance                                  16.08
     23820 - Pneudraulic Systems Mechanic                          16.99
     23850 - Rigger                                                16.99
     23870 - Scale Mechanic                                        15.18
     23890 - Sheet-Metal Worker, Maintenance                       16.99
     23910 - Small Engine Mechanic                                 15.18
```

```
      23930 - Telecommunication Mechanic I                          16.99
      23931 - Telecommunication Mechanic II                         17.34
      23950 - Telephone Lineman                                     16.99
      23960 - Welder, Combination, Maintenance                      16.99
      23965 - Well Driller                                          16.99
      23970 - Woodcraft Worker                                      16.99
      23980 - Woodworker                                            13.34
   24000 - Personal Needs Occupations
      24570 - Child Care Attendant                                   6.86
      24580 - Child Care Center Clerk                                8.54
      24600 - Chore Aid                                              7.76
      24630 - Homemaker                                             10.43
   25000 - Plant and System Operation Occupations
      25010 - Boiler Tender                                         19.38
      25040 - Sewage Plant Operator                                 16.08
      25070 - Stationary Engineer                                   19.38
      25190 - Ventilation Equipment Tender                          12.49
      25210 - Water Treatment Plant Operator                        16.08
   27000 - Protective Service Occupations
      (not set) - Police Officer                                    14.75
      27004 - Alarm Monitor                                         10.18
      27006 - Corrections Officer                                   12.43
      27010 - Court Security Officer                                12.43
      27040 - Detention Officer                                     12.43
      27070 - Firefighter                                           12.43
      27101 - Guard I                                                8.74
      27102 - Guard II                                              10.18
   28000 - Stevedoring/Longshoremen Occupations
      28010 - Blocker and Bracer                                    15.00
      28020 - Hatch Tender                                          15.00
      28030 - Line Handler                                          15.00
      28040 - Stevedore I                                           14.74
      28050 - Stevedore II                                          16.47
   29000 - Technical Occupations
      21150 - Graphic Artist                                        14.87
      29010 - Air Traffic Control Specialist, Center (2)            31.48
      29011 - Air Traffic Control Specialist, Station (2)           21.71
      29012 - Air Traffic Control Specialist, Terminal (2)          23.91
      29023 - Archeological Technician I                            12.17
      29024 - Archeological Technician II                           14.95
      29025 - Archeological Technician III                          16.85
      29030 - Cartographic Technician                               17.92
      29035 - Computer Based Training (CBT) Specialist/ Instructor  21.89
      29040 - Civil Engineering Technician                          15.32
      29061 - Drafter I                                             10.13
      29062 - Drafter II                                            12.10
      29063 - Drafter III                                           14.47
      29064 - Drafter IV                                            18.54
      29081 - Engineering Technician I                              10.13
      29082 - Engineering Technician II                             12.10
      29083 - Engineering Technician III                            14.47
      29084 - Engineering Technician IV                             18.54
      29085 - Engineering Technician V                              19.68
      29086 - Engineering Technician VI                             23.80
      29090 - Environmental Technician                              16.85
      29100 - Flight Simulator/Instructor (Pilot)                   25.98
      29160 - Instructor                                            19.00
      29210 - Laboratory Technician                                 14.69
      29240 - Mathematical Technician                               18.54
      29361 - Paralegal/Legal Assistant I                           14.47
```

```
       29362 - Paralegal/Legal Assistant II                              18.54
       29363 - Paralegal/Legal Assistant III                             19.68
       29364 - Paralegal/Legal Assistant IV                              23.11
       29390 - Photooptics Technician                                    18.28
       29480 - Technical Writer                                          19.80
       29491 - Unexploded Ordnance (UXO) Technician I                    20.02
       29492 - Unexploded Ordnance (UXO) Technician II                   24.22
       29493 - Unexploded Ordnance (UXO) Technician III                  29.03
       29494 - Unexploded (UXO) Safety Escort                            20.02
       29495 - Unexploded (UXO) Sweep Personnel                          20.02
       29620 - Weather Observer, Senior  (3)                             16.86
       29621 - Weather Observer, Combined Upper Air and Surface Programs (3)   14.72
       29622 - Weather Observer, Upper Air (3)                           14.72
    31000 - Transportation/ Mobile Equipment Operation Occupations
       31030 - Bus Driver                                                12.49
       31260 - Parking and Lot Attendant                                  7.31
       31290 - Shuttle Bus Driver                                        12.06
       31300 - Taxi Driver                                                9.49
       31361 - Truckdriver, Light Truck                                  12.67
       31362 - Truckdriver, Medium Truck                                 14.04
       31363 - Truckdriver, Heavy Truck                                  15.01
       31364 - Truckdriver, Tractor-Trailer                              15.01
    99000 - Miscellaneous Occupations
       99020 - Animal Caretaker                                           8.00
       99030 - Cashier                                                    7.57
       99041 - Carnival Equipment Operator                                9.66
       99042 - Carnival Equipment Repairer                               10.74
       99043 - Carnival Worker                                            7.47
       99050 - Desk Clerk                                                 7.92
       99095 - Embalmer                                                  20.02
       99300 - Lifeguard                                                  8.97
       99310 - Mortician                                                 20.02
       99350 - Park Attendant (Aide)                                     10.45
       99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech)     7.81
       99500 - Recreation Specialist                                      8.91
       99510 - Recycling Worker                                           9.75
       99610 - Sales Clerk                                                8.97
       99620 - School Crossing Guard (Crosswalk Attendant)               10.03
       99630 - Sport Official                                             7.69
       99658 - Survey Party Chief (Chief of Party)                       12.82
       99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) 11.65
       99660 - Surveying Aide                                             8.97
       99690 - Swimming Pool Operator                                    14.29
       99720 - Vending Machine Attendant                                 11.80
       99730 - Vending Machine Repairer                                  14.29
       99740 - Vending Machine Repairer Helper                           11.80
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 10 years.  Length of service includes the whole span of
continuous service with the present contractor or successor, wherever employed, and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  Al operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an

adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.


                     ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage
and Hour Division does not recognize, for section 4(c) purposes, prospective wage
rates and fringe benefit provisions that are effective only upon such contingencies
as "approval of Wage and Hour, issuance of a wage determination, incorporation of
the wage determination in the contract, adjusting the contract price, etc."  (The
relevant CBA section) in the collective bargaining agreement between (the parties)
contains contingency language that Wage and Hour does not recognize as reflecting
"arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a)
of the regulations.  This wage determination therefore reflects the actual CBA wage
rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as
amended by the Third Supplement, dated March 1997, unless otherwise indicated.  This
publication may be obtained from the Superintendent of Documents, at 202-783-3238,
or by writing to the Superintendent of Documents, U.S. Government Printing Office,
Washington, D.C. 20402.  Copies of specific job descriptions may also be obtained
from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form
1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined.  Such conforming process shall be initiated by
the contractor prior to the performance of contract work by such unlisted class(es)
of employees.  The conformed classification, wage rate, and/or fringe benefits shall
be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi))
When multiple wage determinations are included in a contract, a separate SF 1444
should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves.  This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination.  Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

94-2301 MS, PASCAGOULA

WAGE DETERMINATION NO: 94-2301 REV (28)     AREA: MS, PASCAGOULA

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:94-2302

*******************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.   20210 |

| | |
|---|---|
| William W.Gross          Division of | Wage Determination No.: 1994-2301 |
| Director          Wage Determinations | Revision No.: 28 |
| | Date Of Revision: 06/21/2005 |

State: Mississippi

Area: Mississippi Counties of George, Hancock, Harrison, Jackson, Pearl River, Stone

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                                MINIMUM WAGE RATE

| 01000 - Administrative Support and Clerical Occupations | |
|---|---|
| 01011 - Accounting Clerk I | 9.41 |
| 01012 - Accounting Clerk II | 11.36 |
| 01013 - Accounting Clerk III | 13.71 |
| 01014 - Accounting Clerk IV | 16.77 |
| 01030 - Court Reporter | 13.72 |
| 01050 - Dispatcher, Motor Vehicle | 12.27 |
| 01060 - Document Preparation Clerk | 10.19 |
| 01070 - Messenger  (Courier) | 8.62 |
| 01090 - Duplicating Machine Operator | 9.84 |
| 01110 - Film/Tape Librarian | 8.80 |
| 01115 - General Clerk I | 8.91 |
| 01116 - General Clerk II | 10.03 |
| 01117 - General Clerk III | 10.94 |
| 01118 - General Clerk IV | 13.67 |
| 01120 - Housing Referral Assistant | 15.44 |
| 01131 - Key Entry Operator I | 9.78 |
| 01132 - Key Entry Operator II | 10.98 |
| 01191 - Order Clerk I | 10.99 |
| 01192 - Order Clerk II | 14.67 |
| 01261 - Personnel Assistant (Employment) I | 11.88 |
| 01262 - Personnel Assistant (Employment) II | 13.36 |
| 01263 - Personnel Assistant (Employment) III | 14.17 |
| 01264 - Personnel Assistant (Employment) IV | 15.76 |
| 01270 - Production Control Clerk | 15.44 |
| 01290 - Rental Clerk | 9.29 |
| 01300 - Scheduler, Maintenance | 10.96 |
| 01311 - Secretary I | 10.96 |
| 01312 - Secretary II | 13.72 |
| 01313 - Secretary III | 15.44 |
| 01314 - Secretary IV | 16.80 |
| 01315 - Secretary V | 18.61 |
| 01320 - Service Order Dispatcher | 9.81 |

```
01341 - Stenographer I                                    9.65
01342 - Stenographer II                                  10.96
01400 - Supply Technician                                16.80
01420 - Survey Worker (Interviewer)                      12.10
01460 - Switchboard Operator-Receptionist                 9.06
01510 - Test Examiner                                    13.72
01520 - Test Proctor                                     13.72
01531 - Travel Clerk I                                   10.01
01532 - Travel Clerk II                                  10.62
01533 - Travel Clerk III                                 11.14
01611 - Word Processor I                                 10.99
01612 - Word Processor II                                12.35
01613 - Word Processor III                               13.79
03000 - Automatic Data Processing Occupations
03010 - Computer Data Librarian                          11.12
03041 - Computer Operator I                              12.15
03042 - Computer Operator II                             14.91
03043 - Computer Operator III                            17.40
03044 - Computer Operator IV                             18.51
03045 - Computer Operator V                              20.44
03071 - Computer Programmer I (1)                        17.82
03072 - Computer Programmer II (1)                       22.02
03073 - Computer Programmer III (1)                      26.47
03074 - Computer Programmer IV (1)                       27.62
03101 - Computer Systems Analyst I (1)                   25.01
03102 - Computer Systems Analyst II  (1)                 27.41
03103 - Computer Systems Analyst III (1)                 27.62
03160 - Peripheral Equipment Operator                    12.15
05000 - Automotive Service Occupations
05005 - Automotive Body Repairer, Fiberglass             18.95
05010 - Automotive Glass Installer                       13.96
05040 - Automotive Worker                                13.96
05070 - Electrician, Automotive                          14.52
05100 - Mobile Equipment Servicer                        12.79
05130 - Motor Equipment Metal Mechanic                   15.09
05160 - Motor Equipment Metal Worker                     13.96
05190 - Motor Vehicle Mechanic                           16.10
05220 - Motor Vehicle Mechanic Helper                    12.26
05250 - Motor Vehicle Upholstery Worker                  13.38
05280 - Motor Vehicle Wrecker                            13.96
05310 - Painter, Automotive                              14.52
05340 - Radiator Repair Specialist                       13.96
05370 - Tire Repairer                                    12.36
05400 - Transmission Repair Specialist                   15.09
07000 - Food Preparation and Service Occupations
(not set) - Food Service Worker                           8.41
07010 - Baker                                            11.09
07041 - Cook I                                           10.17
07042 - Cook II                                          11.09
07070 - Dishwasher                                        8.41
07130 - Meat Cutter                                      11.42
07250 - Waiter/Waitress                                   8.83
09000 - Furniture Maintenance and Repair Occupations
09010 - Electrostatic Spray Painter                      15.00
09040 - Furniture Handler                                11.53
09070 - Furniture Refinisher                             14.52
09100 - Furniture Refinisher Helper                      12.26
09110 - Furniture Repairer, Minor                        13.38
09130 - Upholsterer                                      14.52
11030 - General Services and Support Occupations
```

```
11030 - Cleaner, Vehicles                                              8.41
11060 - Elevator Operator                                              8.41
11090 - Gardener                                                      10.41
11121 - House Keeping Aid I                                            8.41
11122 - House Keeping Aid II                                           8.86
11150 - Janitor                                                        8.86
11210 - Laborer, Grounds Maintenance                                   9.04
11240 - Maid or Houseman                                               7.94
11270 - Pest Controller                                               12.79
11300 - Refuse Collector                                              11.13
11330 - Tractor Operator                                              10.52
11360 - Window Cleaner                                                 8.83
12000 - Health Occupations
12020 - Dental Assistant                                              11.15
12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver 13.21
12071 - Licensed Practical Nurse I                                    11.84
12072 - Licensed Practical Nurse II                                   13.30
12073 - Licensed Practical Nurse III                                  14.87
12100 - Medical Assistant                                             10.38
12130 - Medical Laboratory Technician                                 13.84
12160 - Medical Record Clerk                                          11.36
12190 - Medical Record Technician                                     12.93
12221 - Nursing Assistant I                                            8.72
12222 - Nursing Assistant II                                           8.93
12223 - Nursing Assistant III                                         10.81
12224 - Nursing Assistant IV                                          12.15
12250 - Pharmacy Technician                                           11.63
12280 - Phlebotomist                                                  12.98
12311 - Registered Nurse I                                            17.87
12312 - Registered Nurse II                                           21.85
12313 - Registered Nurse II, Specialist                               21.85
12314 - Registered Nurse III                                          23.17
12315 - Registered Nurse III, Anesthetist                             26.45
12316 - Registered Nurse IV                                           31.70
13000 - Information and Arts Occupations
13002 - Audiovisual Librarian                                         19.32
13011 - Exhibits Specialist I                                         16.53
13012 - Exhibits Specialist II                                        20.10
13013 - Exhibits Specialist III                                       25.61
13041 - Illustrator I                                                 16.46
13042 - Illustrator II                                                20.10
13043 - Illustrator III                                               25.61
13047 - Librarian                                                     19.72
13050 - Library Technician                                            11.00
13071 - Photographer I                                                11.36
13072 - Photographer II                                               13.07
13073 - Photographer III                                              15.89
13074 - Photographer IV                                               20.24
13075 - Photographer V                                                22.31
15000 - Laundry, Dry Cleaning, Pressing and Related Occupations
15010 - Assembler                                                      7.71
15030 - Counter Attendant                                             7.71
15040 - Dry Cleaner                                                    8.92
15070 - Finisher, Flatwork, Machine                                   7.71
15090 - Presser, Hand                                                  7.71
15100 - Presser, Machine, Drycleaning                                 7.71
15130 - Presser, Machine, Shirts                                      7.71
15160 - Presser, Machine, Wearing Apparel, Laundry                    7.71
15190 - Sewing Machine Operator                                       9.46
15220 - Tailor                                                        10.01
```

| | |
|---|---|
| 15250 - Washer, Machine | 8.05 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 15.97 |
| 19040 - Tool and Die Maker | 18.39 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 14.45 |
| 21020 - Material Coordinator | 13.69 |
| 21030 - Material Expediter | 13.69 |
| 21040 - Material Handling Laborer | 10.11 |
| 21050 - Order Filler | 10.73 |
| 21071 - Forklift Operator | 12.18 |
| 21080 - Production Line Worker (Food Processing) | 12.42 |
| 21100 - Shipping/Receiving Clerk | 11.34 |
| 21130 - Shipping Packer | 11.95 |
| 21140 - Store Worker I | 12.20 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 14.22 |
| 21210 - Tools and Parts Attendant | 12.58 |
| 21400 - Warehouse Specialist | 12.58 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 19.03 |
| 23040 - Aircraft Mechanic Helper | 15.46 |
| 23050 - Aircraft Quality Control Inspector | 19.69 |
| 23060 - Aircraft Servicer | 16.87 |
| 23070 - Aircraft Worker | 17.61 |
| 23100 - Appliance Mechanic | 14.52 |
| 23120 - Bicycle Repairer | 12.36 |
| 23125 - Cable Splicer | 20.17 |
| 23130 - Carpenter, Maintenance | 14.52 |
| 23140 - Carpet Layer | 14.15 |
| 23160 - Electrician, Maintenance | 18.11 |
| 23181 - Electronics Technician, Maintenance I | 16.52 |
| 23182 - Electronics Technician, Maintenance II | 17.43 |
| 23183 - Electronics Technician, Maintenance III | 18.94 |
| 23260 - Fabric Worker | 15.02 |
| 23290 - Fire Alarm System Mechanic | 16.68 |
| 23310 - Fire Extinguisher Repairer | 14.44 |
| 23340 - Fuel Distribution System Mechanic | 17.01 |
| 23370 - General Maintenance Worker | 13.96 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 15.84 |
| 23430 - Heavy Equipment Mechanic | 16.79 |
| 23440 - Heavy Equipment Operator | 15.09 |
| 23460 - Instrument Mechanic | 17.35 |
| 23470 - Laborer | 10.21 |
| 23500 - Locksmith | 16.05 |
| 23530 - Machinery Maintenance Mechanic | 16.89 |
| 23550 - Machinist, Maintenance | 16.68 |
| 23580 - Maintenance Trades Helper | 13.84 |
| 23640 - Millwright | 18.02 |
| 23700 - Office Appliance Repairer | 16.13 |
| 23740 - Painter, Aircraft | 16.13 |
| 23760 - Painter, Maintenance | 14.52 |
| 23790 - Pipefitter, Maintenance | 17.59 |
| 23800 - Plumber, Maintenance | 16.57 |
| 23820 - Pneudraulic Systems Mechanic | 16.68 |
| 23850 - Rigger | 16.61 |
| 23870 - Scale Mechanic | 15.57 |
| 23890 - Sheet-Metal Worker, Maintenance | 16.61 |
| 23910 - Small Engine Mechanic | 13.96 |
| 23930 - Telecommunication Mechanic I | 17.89 |
| 23931 - Telecommunication Mechanic II | 20.65 |

| Code | Occupation | Rate |
|---|---|---|
| 23950 | Telephone Lineman | 17.93 |
| 23960 | Welder, Combination, Maintenance | 16.82 |
| 23965 | Well Driller | 16.68 |
| 23970 | Woodcraft Worker | 16.68 |
| 23980 | Woodworker | 14.16 |
| 24000 | Personal Needs Occupations | |
| 24570 | Child Care Attendant | 7.52 |
| 24580 | Child Care Center Clerk | 9.95 |
| 24600 | Chore Aid | 7.94 |
| 24630 | Homemaker | 11.08 |
| 25000 | Plant and System Operation Occupations | |
| 25010 | Boiler Tender | 18.70 |
| 25040 | Sewage Plant Operator | 14.66 |
| 25070 | Stationary Engineer | 18.70 |
| 25190 | Ventilation Equipment Tender | 13.84 |
| 25210 | Water Treatment Plant Operator | 14.52 |
| 27000 | Protective Service Occupations | |
| (not set) | Police Officer | 14.75 |
| 27004 | Alarm Monitor | 12.35 |
| 27006 | Corrections Officer | 11.87 |
| 27010 | Court Security Officer | 13.23 |
| 27040 | Detention Officer | 12.79 |
| 27070 | Firefighter | 14.48 |
| 27101 | Guard I | 9.05 |
| 27102 | Guard II | 13.94 |
| 28000 | Stevedoring/Longshoremen Occupations | |
| 28010 | Blocker and Bracer | 16.99 |
| 28020 | Hatch Tender | 15.88 |
| 28030 | Line Handler | 15.88 |
| 28040 | Stevedore I | 16.28 |
| 28050 | Stevedore II | 17.65 |
| 29000 | Technical Occupations | |
| 21150 | Graphic Artist | 19.07 |
| 29010 | Air Traffic Control Specialist, Center (2) | 31.49 |
| 29011 | Air Traffic Control Specialist, Station (2) | 21.71 |
| 29012 | Air Traffic Control Specialist, Terminal (2) | 23.92 |
| 29023 | Archeological Technician I | 15.11 |
| 29024 | Archeological Technician II | 16.94 |
| 29025 | Archeological Technician III | 20.94 |
| 29030 | Cartographic Technician | 24.35 |
| 29035 | Computer Based Training (CBT) Specialist/ Instructor | 25.01 |
| 29040 | Civil Engineering Technician | 14.65 |
| 29061 | Drafter I | 14.64 |
| 29062 | Drafter II | 15.72 |
| 29063 | Drafter III | 19.12 |
| 29064 | Drafter IV | 24.35 |
| 29081 | Engineering Technician I | 13.93 |
| 29082 | Engineering Technician II | 16.16 |
| 29083 | Engineering Technician III | 18.58 |
| 29084 | Engineering Technician IV | 22.62 |
| 29085 | Engineering Technician V | 28.80 |
| 29086 | Engineering Technician VI | 31.74 |
| 29090 | Environmental Technician | 22.04 |
| 29100 | Flight Simulator/Instructor (Pilot) | 27.41 |
| 29160 | Instructor | 20.92 |
| 29210 | Laboratory Technician | 18.70 |
| 29240 | Mathematical Technician | 20.28 |
| 29361 | Paralegal/Legal Assistant I | 15.09 |
| 29362 | Paralegal/Legal Assistant II | 18.49 |
| 29363 | Paralegal/Legal Assistant III | 22.64 |

| | |
|---|---|
| 29364 - Paralegal/Legal Assistant IV | 27.37 |
| 29390 - Photooptics Technician | 20.04 |
| 29480 - Technical Writer | 25.79 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 20.02 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 24.22 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 29.03 |
| 29494 - Unexploded (UXO) Safety Escort | 20.02 |
| 29495 - Unexploded (UXO) Sweep Personnel | 20.02 |
| 29620 - Weather Observer, Senior   (3) | 19.04 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 17.17 |
| 29622 - Weather Observer, Upper Air (3) | 17.17 |
| 31000 - Transportation/ Mobile Equipment Operation Occupations | |
| 31030 - Bus Driver | 12.64 |
| 31260 - Parking and Lot Attendant | 7.06 |
| 31290 - Shuttle Bus Driver | 10.99 |
| 31300 - Taxi Driver | 9.49 |
| 31361 - Truckdriver, Light Truck | 10.99 |
| 31362 - Truckdriver, Medium Truck | 15.01 |
| 31363 - Truckdriver, Heavy Truck | 14.38 |
| 31364 - Truckdriver, Tractor-Trailer | 14.38 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Animal Caretaker | 9.26 |
| 99030 - Cashier | 7.31 |
| 99041 - Carnival Equipment Operator | 9.75 |
| 99042 - Carnival Equipment Repairer | 11.17 |
| 99043 - Carnival Worker | 8.41 |
| 99050 - Desk Clerk | 8.40 |
| 99095 - Embalmer | 20.02 |
| 99300 - Lifeguard | 10.52 |
| 99310 - Mortician | 20.02 |
| 99350 - Park Attendant (Aide) | 13.21 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 9.24 |
| 99500 - Recreation Specialist | 14.74 |
| 99510 - Recycling Worker | 12.96 |
| 99610 - Sales Clerk | 9.48 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 11.72 |
| 99630 - Sport Official | 10.52 |
| 99658 - Survey Party Chief (Chief of Party) | 13.44 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 12.21 |
| 99660 - Surveying Aide | 8.90 |
| 99690 - Swimming Pool Operator | 12.21 |
| 99720 - Vending Machine Attendant | 12.35 |
| 99730 - Vending Machine Repairer | 14.04 |
| 99740 - Vending Machine Repairer Helper | 12.35 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 1 week paid vacation after 1 year of service with a contractor or
successor; 2 weeks after 2 years; 3 weeks after 5 years; and 4 weeks after 15 years.
Length of service includes the whole span of continuous service with the present
contractor or successor, wherever employed, and with the predecessor contractor in
the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,

Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1)  Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541.  (See CFR 4.156)

2)  APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL:  An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3)  WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  Al operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made

the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

## ** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations.  This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated.  This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.  Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination.  Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined.  Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees.  The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process th request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.