Exhibit A

# In The Matter Of:

*In Re: FEMA Trailer Formaldehyde Products*

---

*Bechtel Int'l 30(B)(6) Jack Hume*
*August 21, 2008*

---

*Behmke Reporting & Video Services*
*Serving San Francisco and the Bay Area*
*160 Spear Street, Suite 300*
*San Francisco, CA 94105*
*(415) 597-5600    FAX: (415) 597-5606*

Original File HumeJ1.v1, Pages 1-143

**Word Index included with this Min-U-Script®**

This Page Intentionally Left Blank

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

**Page 1**

[1]                UNITED STATES DISTRICT COURT

[2]                EASTERN DISTRICT OF LOUISIANA

[3]

[4]     - - - - - - - - - - - - - - - - - -

[5]   IN RE:                    )   MDL NUMBER 1873

[6]   FEMA TRAILER FORMALDEHYDE    )   SECTION "N" (4)

[7]   PRODUCTS LIABILITY LITIGATION )   JUDGE ENGELHARDT

[8]     - - - - - - - - - - - - - - - - - -

[9]

[10]       VIDEOTAPED DEPOSITION OF BECHTEL NATIONAL, INC.

[11]            30(B)(6) DEPONENT JACK HUME

[12]             THURSDAY, AUGUST 21, 2008

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]              BEHMKE REPORTING & VIDEO SERVICES

[22]      BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR

[23]              160 SPEAR STREET, SUITE 300

[24]              SAN FRANCISCO, CALIFORNIA 94105

[25]                  (415) 597-5600

---

**Page 2**

            BEHMKE REPORTING & VIDEO SERVICES
                  (415) 597-5600

[1]

[2]

[3]

[4]

[5]

[6]

[7]

[8]

[9]       Videotaped deposition of BECHTEL NATIONAL, INC., BY

[10]  DEPONENT JACK HUME, taken on behalf of PLAINTIFF'S

[11]  STEERING COMMITTEE, at Three Embarcadero Center, 28th

[12]  Floor, San Francisco, California, commencing at 8:58 A.M.,

[13]  THURSDAY, AUGUST 21, 2008, before Christine L. Jordan,

[14]  Certified Shorthand Reporter No. 12262, pursuant to

[15]  Federal Rule 30(b)(6) Notice of Deposition of Bechtel

[16]  National, Inc.

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

---

**Page 3**

            BEHMKE REPORTING & VIDEO SERVICES
                  (415) 597-5600

[1]   APPEARANCES OF COUNSEL:

[2]   FOR PLAINTIFF'S STEERING COMMITTEE:

[3]       LAW OFFICES OF RONNIE G. PENTON

[4]       BY:  RONNIE G. PENTON, ATTORNEY AT LAW

[5]       209 Hoppen Place

[6]       Bogalusa, Louisiana 70427

[7]       Telephone: (985) 732-5651

[8]

[9]   FOR PLAINTIFF'S STEERING COMMITTEE:

[10]      LAMBERT & NELSON, A PROFESSIONAL LAW CORPORATION

[11]      BY:  HUGH PALMER LAMBERT, ATTORNEY AT LAW

[12]      701 Magazine Street

[13]      New Orleans, Louisiana 70130

[14]      Telephone: (504) 581-1750

[15]

[16]  FOR PLAINTIFF'S STEERING COMMITTEE (telephonically):

[17]      BECNEL LAW FIRM, LLC

[18]      BY:  DANIEL BECNEL, ATTORNEY AT LAW

[19]      P.O. Drawer H

[20]      106 W. Seventh Street

[21]      Reserve, Louisiana 70084

[22]      Telephone: (985) 536-1186

[23]

[24]

[25]

---

**Page 4**

            BEHMKE REPORTING & VIDEO SERVICES
                  (415) 597-5600

[1]   APPEARANCES OF COUNSEL (CONTINUED):

[2]   FOR PLAINTIFF'S STEERING COMMITTEE (telephonically):

[3]       BENCOMO & ASSOCIATES

[4]       BY:  RAUL R. BENCOMO, ATTORNEY AT LAW

[5]       639 Loyola Avenue, Suite 2110

[6]       New Orleans, Louisiana 70113

[7]       Telephone:  (504) 529-2929

[8]

[9]   FOR DEFENDANT UNITED STATES OF AMERICA:

[10]      UNITED STATES DEPARTMENT OF JUSTICE

[11]      CIVIL DIVISION

[12]      BY:  HENRY T. MILLER, SENIOR TRIAL COUNSEL

[13]      1331 Pennsylvania Avenue, N.W.

[14]      Room 8006-S

[15]      Washington, DC 20004

[16]      Telephone: (202) 616-4223

[17]

[18]  FOR BECHTEL INTERNATIONAL, INC. and THE WITNESS:

[19]      FRILOT, LLC

[20]      BY:  JOHN J. HAINKEL, III, ATTORNEY AT LAW

[21]      1100 Poydras Street, Suite 3600

[22]      New Orleans, Louisiana 70163

[23]      Telephone: (504) 599-8021

[24]

[25]

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 5

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

[1]   APPEARANCES OF COUNSEL (CONTINUED):
[2]   FOR DEFENDANT FOREST RIVER:
[3]       GIEGER, LABORDE & LAPEROUSE, LLC
[4]       BY:  JASON D. BONE, ATTORNEY AT LAW
[5]       One Shell Square, 48th Floor
[6]       701 Poydras Street
[7]       New Orleans, Louisiana 70139-4800
[8]       Telephone:  (504) 654-1325
[9]
[10]  FOR DEFENDANTS PILGRIM INTERNATIONAL, MONACO COACH
[11]  CORPORATION, R-VISION, INC., DUTCHMEN MANUFACTURING, KZ
[12]  RV, LP, KEYSTONE RV COMPANY, THOR CALIFORNIA, DS
[13]  CORPORATION D/B/A CROSS ROADS RV (telephonically):
[14]      JONES WALKER WAECHTER POITEVENT CARRERE & DENEGRE LLP
[15]      BY:  JEFFREY S. EVANS, ATTORNEY AT LAW
[16]      8555 United Plaza Boulevard
[17]      Baton Rouge, Louisiana 70809-7000
[18]      Telephone:  (225) 248-2058
[19]
[20]  FOR DEFENDANT GULF STREAM COACH, INC. (telephonically):
[21]      DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
[22]      BY:  RYAN M. MALONE, ATTORNEY AT LAW
[23]      3838 North Causeway Boulevard, Suite 2900
[24]      Metairie, Louisiana 70002
[25]      Telephone:  (504) 832-3700

---

Page 6

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

[1]   APPEARANCES OF COUNSEL (CONTINUED):
[2]   FOR DEFENDANTS DESTINY INDUSTRIES and RIVER BIRCH HOMES
[3]   (telephonically):
[4]       DEUTSCH, KERRIGAN & STILES, L.L.P.
[5]       BY:  JOSHUA G. KELLER, ATTORNEY AT LAW
[6]       755 Magazine Street
[7]       New Orleans, Louisiana 70130
[8]       Telephone:  (504) 593-0735
[9]
[10]  FOR DEFENDANTS AMERICAN HOMESTAR CORPORATION and OAK CREEK
[11]  HOMES (telephonically):
[12]      HAILEY MCNAMARA HALL LARMAN & PAPALE
[13]      BY:  DAVID C. BACH, ATTORNEY AT LAW
[14]      10725 Perkins Road, Second Floor
[15]      Baton Rouge, Louisiana 70810
[16]      Telephone:  (225) 766-5567
[17]
[18]  FOR DEFENDANTS RECREATION BY DESIGN, LLC, TL INDUSTRIES,
[19]  INC., FRONTIER RV, INC. (telephonically):
[20]      GARRISON, YOUNT, LORMAND, FORTE & MULCAHY, L.L.C.
[21]      BY:  KELLY M. MORTON, ATTORNEY AT LAW
[22]      909 Poydras Street, Suite 1800
[23]      New Orleans, Louisiana 70112
[24]      Telephone:  (504) 527-0680
[25]

---

Page 7

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

[1]   APPEARANCES OF COUNSEL (CONTINUED):
[2]   FOR DEFENDANTS FLEETWOOD ENTERPRISES, FLEETWOOD CANADA,
[3]   FLEETWOOD HOMES OF NORTH CAROLINA (telephonically):
[4]       LEAKE & ANDERSSON
[5]       BY:  AMANDA VONDEREAAR, ATTORNEY AT LAW
[6]       1100 Poydras Street, Suite 1700
[7]       New Orleans, Louisiana 70163
[8]       Telephone:  (504) 585-7500
[9]
[10]  FOR DEFENDANTS JAYCO, INC. and STARCRAFT RV, INC.
[11]  (telephonically):
[12]      WILLINGHAM, FULTZ & COUGILL LLP
[13]      BY:  HAL L. ROACH, JR., ATTORNEY AT LAW
[14]      Niels Esperson Building
[15]      808 Travis, Suite 1608
[16]      Houston, Texas 77002
[17]      Telephone:  (713) 333-7600
[18]
[19]  ALSO PRESENT:
[20]  BOB BEHMKE, VIDEO OPERATOR
[21]  AMY BAGHDADI, BECHTEL CORPORATION
[22]
[23]
[24]
[25]

---

Page 8

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

[1]                        INDEX
[2]   FRIDAY, AUGUST 21, 2008
[3]   BECHTEL INTERNATIONAL, INC. BY JACK HUME        Page
[4]       Examination by MR. PENTON                    11
[5]       Examination by MR. LAMBERT                   86
[6]       Examination by MR. BONE                     114
[7]       Examination by MR. MILLER                   137
[8]
[9]                       --oOo--
[10]
[11]       QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
[12]                   PAGE      LINE
[13]                   127        22
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 9

```
            BEHMKE REPORTING & VIDEO SERVICES
                    (415) 597-5600
 [1]                    EXHIBITS
 [2]              BECHTEL NATIONAL, INC.
 [3]              BY DEPONENT JACK HUME
 [4]  Number         Description              Page
 [5]  Exhibit 1A   Letter dated July 17, 2008, to
 [6]               Ronnie Penton from John Hainkel, III
 [7]                - 2 pages                    12
 [8]
 [9]  Exhibit 1B   Letter dated August 12, 2008, to
[10]               Ronnie Penton from John Hainkel, III
[11]                - 2 pages                    12
[12]
[13]  Exhibit 2    List of vendors - 2 pages     119
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]
```

---

Page 11

[1] **MR. HAINKEL:** John Hainkel on behalf of Bechtel
[2] National, Inc.
[3] **THE VIDEOGRAPHER:** And via telephone?
[4] **MR. PENTON:** Well, they're going to be -- there
[5] are people on the phone, as I explained, and they
[6] will be on the record through the -- through the
[7] e-mail.
[8] **THE VIDEOGRAPHER:** Thank you.
[9] The court reporter today is Christine
[10] Jordan, Certified Shorthand Reporter, contracted by
[11] Behmke Reporting & Video Services.
[12] Would the reporter please swear in the
[13] witness.
[14]
[15] JACK HUME,
[16] having been first duly sworn, testified as follows:
[17] **THE WITNESS:** I do.
[18] **THE VIDEOGRAPHER:** Please begin.
[19] EXAMINATION
[20] **BY MR. PENTON:**
[21] **Q.** State your name and address.
[22] **A.** Jack Hume. My --
[23] **Q.** Mr. --
[24] **A.** My address is 8114 Amethyst Drive, McLean,
[25] Virginia.

---

Page 10

[1] THURSDAY, AUGUST 21, 2008; 8:58 A.M.
[2]
[3] **THE VIDEOGRAPHER:** Here begins DVD Number 1 in
[4] the deposition of Bechtel National, Inc., 30(b)(6),
[5] the deponent being Jack Hume, in the FEMA Trailer
[6] Formaldehyde Products Liability Litigation in the
[7] United States District Court, Eastern District of
[8] Louisiana, MDL Number 1873.
[9] Today's date is August 21st, 2008. The time
[10] on the video monitor is 8:58. The video operator
[11] today is Bob Behmke, a CLVS and notary public, of
[12] Behmke Reporting & Video Services, 160 Spear Street,
[13] Suite 300, San Francisco, California.
[14] This video deposition is taking place at
[15] Three Embarcadero Center, 28th Floor, San Francisco,
[16] California, and was noticed by Hugh Lambert, Esquire,
[17] of Bingham McCutchen, LLP.
[18] Counsel, please voice identify yourselves
[19] and state whom you represent.
[20] **MR. PENTON:** Ronnie Penton on behalf of the PSC.
[21] **MR. LAMBERT:** Hugh Lambert on behalf of the PSC.
[22] **MR. MILLER:** Henry Miller on behalf of the
[23] defendant, the United States of America.
[24] **MS. BAGHDADI:** Amy Baghdadi, Bechtel Corporation.
[25] **MR. BONE:** Jason Bone on behalf of Forest River.

---

Page 12

[1] **Q.** I was going to tell you your -- your work
[2] address would have been fine. Why don't you give us your
[3] work address.
[4] **A.** 8180 Greensboro Drive, McLean, Virginia.
[5] **Q.** McLean. Same town?
[6] **A.** Right next door to each other.
[7] **MR. PENTON:** First thing I'll do is introduce two
[8] letters from John Hainkel July 17, '08, and
[9] August 12, '08, which basically defines the scope of
[10] these depositions, generally speaking, to the
[11] contracts and associated task orders and statements
[12] of work and the scopes of those contracts.
[13] We've also received documents in support of
[14] the scope of this deposition. Okay? So that would
[15] be Exhibit 1A -- we'll call it 1A and 1B.
[16] (Hume Exhibits 1A and 1B were marked for
[17] identification.)
[18] **BY MR. PENTON:**
[19] **Q.** Mr. Hume, how long have you worked for Bechtel?
[20] **A.** A little over 32 years.
[21] **Q.** All right. And that would have been starting in
[22] about what year?
[23] **A.** I joined Bechtel out of college in '74.
[24] **Q.** 1974?
[25] **A.** I left for a couple of years.

---

Bechtel Int'l 30(B)(6) Jack Hume                                    In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

| Page 13 | Page 15 |
|---|---|

**Page 13**

[1]   **Q.** All right.
[2]   **A.** Came back.
[3]   **Q.** What is your education?
[4]   **A.** Bachelor of Science, Civil Engineering.
[5]   **Q.** All right. Any -- any other degrees, other than
[6]   civil engineering?
[7]   **A.** No.
[8]   **Q.** Okay. And just if you could, briefly review
[9]   your work history with Bechtel over those years.
[10]  **A.** Oh, over the course of the past 32 years,
[11]  I've worked in cost engineering, scheduling, fuel
[12]  engineering, field supervision -- mostly
[13]  construction.
[14]  **Q.** Okay.
[15]  **A.** Site management, project management,
[16]  operations management. And I'm currently a project
[17]  manager.
[18]  **Q.** All righty. Could -- could I take just the --
[19]  the area of business that I -- I call "disaster
[20]  response." I don't know what you -- you may have a
[21]  better name for it.
[22]       But over the years, has Bechtel been
[23]  involved in disaster response and related projects in
[24]  connection with disasters?
[25]  **A.** Yes, we have.

**Page 15**

[1]   **MR. PENTON:** Go to mute, please.
[2]       It's been a problem. It totally destroys
[3]   your train of thought, too.
[4]       Deposition started at 9:00 o'clock, folks,
[5]   so ...
[6]   **BY MR. PENTON:**
[7]   **Q.** I want to get more specific than -- than
[8]   hurricanes now.
[9]       Temporary housing units. To your knowledge,
[10]  has Bechtel been involved in disaster response as it
[11]  relates to the subject of temporary housing units
[12]  other than in Hurricane Katrina?
[13]  **A.** Not that I'm aware of.
[14]  **Q.** Not in Iraq?
[15]  **A.** No. We didn't do housing in Iraq.
[16]  **Q.** Okay.
[17]  **A.** We were rebuilding infrastructure.
[18]  **Q.** All right. What was your position with Bechtel
[19]  in August of 2005?
[20]  **A.** In August of 2005, I was in Baghdad.
[21]  **Q.** Okay. What were you doing there?
[22]  **A.** I was the water sector manager. I looked
[23]  after all of our water -- waste water, bridge
[24]  reconstruction efforts.
[25]  **Q.** Is Bechtel still on-site in Iraq?

| Page 14 | Page 16 |
|---|---|

**Page 14**

[1]   **Q.** Okay. Can you give me the brief history of
[2]   that?
[3]   **A.** Well, like putting out the Kuwait oil fires
[4]   is an example.
[5]   **Q.** Okay.
[6]   **A.** And I don't know how you'd classify Iraq
[7]   reconstruction, but reconstruction in Iraq. And
[8]   Katrina, then, is the only other one that comes to
[9]   mind.
[10]  **Q.** All right. So would Katrina have been the only
[11]  hurricane project that Bechtel had ever been involved in?
[12]  **A.** As far as I know.
[13]  **Q.** Okay.
[14]  **A.** But there could have been something before
[15]  my 32 years that I'm --
[16]  **Q.** All right.
[17]  **A.** -- that I'm not aware of.
[18]  **Q.** Can you -- can you tell me this: About how many
[19]  years would you have been working for Bechtel -- let's
[20]  move back from August of 2005 when Katrina occurred.
[21]       How many of those years would you have been
[22]  in a position to know if Bechtel had been in another
[23]  hurricane other than Katrina?
[24]  **A.** Oh, probably ten.
[25]       (Sound from the phone.)

**Page 16**

[1]   **A.** No.
[2]   **Q.** How long were you there?
[3]   **A.** I was there almost 29 months.
[4]   **Q.** You did no temporary housing unit work there?
[5]   **A.** No.
[6]   **Q.** Okay.
[7]   **A.** I lived in a camp. I lived in a trailer.
[8]   **Q.** I understand.
[9]       But in terms of providing temporary housing
[10]  units for --
[11]  **A.** No.
[12]  **Q.** -- whether it be contractors, residents, or
[13]  whatever, you don't -- you know of no other project other
[14]  than Katrina where that particular work task was
[15]  performed by Bechtel in relation to some disaster
[16]  response?
[17]  **A.** Right. Katrina is --
[18]  **Q.** What --
[19]  **A.** -- Katrina is the only one I know of.
[20]  **Q.** Okay. All right.
[21]       (Sotto voce conference between Mr. Lambert and
[22]  Mr. Penton.)
[23]  **BY MR. PENTON:**
[24]  **Q.** What type of trailer or mobile home did you live
[25]  in in Baghdad?

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

Page 17

[1]  A.  It was a modular camp kind of trailer.
[2]  Q.  Modular camp?
[3]  A.  Yeah.
[4]  Q.  Who was it made by?
[5]  A.  I don't know.
[6]  Q.  You don't know.
[7]      Who was it provided by?
[8]  A.  I don't know that either.
[9]  A.  All right.
[10]  A.  I just lived in it.
[11]  Q.  Okay.
[12]      (Reporter interrupts.)
[13]  THE WITNESS:  If you can't hear me, just ask me
[14]  to repeat.
[15]  BY MR. PENTON:
[16]  Q.  The contract documents produced to us was about
[17]  450.  I only -- I only have maybe, you know, 30 or 40
[18]  here.  And while they are Bates-numbered chronological,
[19]  some of the -- some of the letters are not exactly
[20]  chronological.
[21]      But there was a document -- let me see if I
[22]  can find it -- well, here it is.  It's Bates 35.
[23]  MR. PENTON:  I've got a copy, John, here.
[24]  MR. HAINKEL:  Okay.  And they're in Bates order,
[25]  too.

Page 18

[1]  BY MR. PENTON:
[2]  Q.  If you take a look at Bates 35, this is Bechtel
[3]  Task Order No. 1.  And the statement of -- or the -- the
[4]  overall task description is "field management."  And
[5]  you'll note that the period of performance for this
[6]  particular task order is August 28th, 2005, through
[7]  June 29th, 2006.
[8]      Do you see that?
[9]  A.  Uh-huh.  Yes.
[10]  Q.  Well, I may need some help because I was flying
[11]  in from the Bahamas in the middle of Katrina on Sunday
[12]  night, and I can't remem- -- is it the 28th or 29th
[13]  that -- Monday is the 28th or 29th?
[14]  MR. LAMBERT:  29th.
[15]  MR. PENTON:  29th.
[16]  MR. BONE:  29th.
[17]  BY MR. PENTON:
[18]  Q.  So it appears that the performance of work
[19]  started on Sunday before Katrina made landfall.
[20]      Can you speak to that?  Do you know anything
[21]  about that?
[22]  A.  What I can speak to is I've had discussions
[23]  with our prime contract's manager in preparation for
[24]  the deposition.
[25]  Q.  Who was that?

Page 19

[1]  A.  Ron Wessel.
[2]  Q.  Ron Wessel?
[3]  A.  Yeah.
[4]  Q.  Okay.
[5]  A.  And he related to me, as was related to me
[6]  earlier, that FEMA contacted our business devel --
[7]  business development manager on a Sunday while he was
[8]  on a golf course --
[9]  Q.  Okay.
[10]  A.  -- and asked for help relative to Katrina.
[11]  Q.  All right.
[12]  A.  And then, of course, that hit -- Katrina hit
[13]  land on August 29th.
[14]  Q.  I'm with you.
[15]      So that's why it was so early, was because
[16]  they were contacted before landfall?
[17]  A.  Uh-huh.
[18]  Q.  Okay.
[19]      And if you could take a look at this task
[20]  order, this is Task Order No. 1.  It's a field
[21]  management assignment, correct?
[22]  A.  That's what it says.
[23]  Q.  Yeah.  If you read that first paragraph there,
[24]  it a-- it indicates that Bechtel will work with the JFO
[25]  in Mississippi, I believe; although, it doesn't say here.

Page 20

[1]      Do you know if this was a JFO in Louisiana
[2]  and Mississippi?
[3]  A.  This very first task order was four or five
[4]  guys, and I don't remember how many we actually sent
[5]  to New Orleans, to the JFO in New Orleans initially.
[6]  Q.  Take a look at it.  It says Mississippi.
[7]  A.  Uh-huh.
[8]  Q.  I thought you did go to New Orleans.  It was my
[9]  information.  But if you'll take a look at the Remarks
[10]  section, it says, "the JFO in Mississippi."
[11]  A.  Uh-huh.
[12]  Q.  But you know that it was -- they went to New
[13]  Orleans?
[14]  A.  I believe so.
[15]  Q.  Okay.
[16]  A.  And then --
[17]  Q.  And --
[18]  A.  -- and then subsequently to Mississippi.
[19]  Q.  And then subsequently to Mississippi.
[20]      And as we look at some of these task orders,
[21]  you'll see like the very next one at Bates 55, you
[22]  just -- I'll just point that out to you.  The housing
[23]  area command, the joint field office there was for
[24]  Baton Rouge which was -- but it still says the state
[25]  of Mississippi, you see, in terms of the information.

Bechtel Int'l 30(B)(6) Jack Hume                                    In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

| Page 21 |
| --- |

[1]   A.  It might have been Baton Rouge instead of
[2] New Orleans, but I thought it was New Orleans.
[3]   Q.  All right.  Well, let's talk about Bates 35, if
[4] we could.  I want you to tell me what you know about the
[5] scope of this task order as identified both in the
[6] paragraph above the chart there as well as in the
[7] description on the Remarks section of the task order.
[8]   A.  From -- this was before my time on the
[9] project.  From what I understand, it was -- we sent
[10] our operations manager and --
[11]   Q.  Who was he?
[12]   A.  His name was Phil Schuetz.
[13]   Q.  Phil Schuetz?
[14]   A.  Uh-huh.
[15]   Q.  Okay.  All right.
[16]   A.  And I don't know who else went with him.
[17]   Q.  All right.
[18]   A.  And they were working with FEMA at the very
[19] onset of the recovery effort to try to figure out
[20] what to do and how to do it.
[21]   Q.  That's what I want to know.
[22]       And you said that it was before your time.
[23] Now, you know that you're a corporate witness here
[24] speaking for Bechtel?
[25]   A.  I do.

| Page 22 |
| --- |

[1]   Q.  Have you spoken to Phil Schuetz about the
[2] startup facts?
[3]   A.  Yes, I did, before he left the project.
[4]   Q.  Before he left -- oh, before he left the Katrina
[5] project?
[6]   A.  Right.
[7]   Q.  Okay.  So you have personal knowledge, based
[8] upon your working with Phil, after you came on board on
[9] the project?
[10]   A.  At a superficial level, not in detail.
[11]   Q.  Okay.  Does Phil have greater knowledge of the
[12] true scope of the contracts, sir, than you?
[13]   A.  Of the effort that he did in New Orleans?
[14]   Q.  Yes.
[15]   A.  Yes.
[16]   Q.  Okay.  Well, I tell you what, I may have to talk
[17] to him.  But for now, I need you to really get as
[18] specific as you can.  I -- I want to know what Bec--
[19] the type of tasks that Bechtel did and the scope of work
[20] to manage, monitor, and coordinate IATAC.
[21]       What does that acronym I-A-T-A-C mean?
[22]   A.  If my memory is correct, it is Individual
[23] Assistance, slash, Technical Assistance Contractor.
[24]   Q.  I've -- I've called -- I've heard it called
[25] "IATAC"; is that right?

| Page 23 |
| --- |

[1]   A.  Yeah.
[2]   Q.  Okay.  So tell me as specifically as you can
[3] what Bechtel did in terms of the scope of the work that
[4] they actually did for -- to manage, monitor, and
[5] coordinate IATAC activities which were, I guess,
[6] contractor activities, correct?
[7]   A.  Well, we were the contractor --
[8]   MR. MILLER:  Hold on.  Hold on.
[9]       Objection; vague, narrative, compound.
[10] BY MR. PENTON:
[11]   Q.  Have you caught all that?  I didn't.
[12]       But in any event, you were the contractor.
[13] You were going to manage -- coordinate and manage,
[14] yourself?
[15]   A.  The effort at the beginning of the project,
[16] which is what this was, was relative to deployment,
[17] where we were going to send people and how we were
[18] going to start providing disaster recovery
[19] assistance.
[20]   Q.  It was a startup?
[21]   A.  Yes.
[22]   Q.  Okay.  Your prime contract here was to do what?
[23]   A.  The prime contract was to provide assistance
[24] to FEMA for the disaster recovery.
[25]   Q.  Okay.

| Page 24 |
| --- |

[1]   A.  And it was -- the prime contract itself, I
[2] don't recall the scope of the prime contract because
[3] the scope is all contained in task orders.
[4]   Q.  Right.  I mean, it's a -- it's a pretty
[5] generic -- if it's like others, it's a pretty generic
[6] prime contract and the task orders define each task,
[7] correct?
[8]   A.  Yes.
[9]   Q.  And it also gives it a time.  And many times it
[10] gives it a quantity of performance and then you do
[11] another task order that renews it, I guess?
[12]   A.  Yes.
[13]   Q.  Okay.
[14]       What I'm trying to determine is:  What role
[15] did Bechtel play in the -- in the design, creation,
[16] definition, whatever you want to call it, of putting
[17] together an implementation plan in order to get this
[18] response going?
[19]   MR. HAINKEL:  I'm going to object to that
[20] question.  You asked him about five different
[21] questions.
[22]   MR. PENTON:  You're --
[23]   MR. HAINKEL:  I object to the form of the
[24] question.
[25]   MR. PENTON:  You're right.  I mean, it is.  But

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

**Page 25**

[1] it's -- I mean, I did all that so you can see where
[2] I'm going.
[3] BY MR. PENTON:
[4]    Q. I'm interested in the scope, okay, as described
[5] in the Remarks section.
[6]    A. Uh-huh.
[7]    Q. But that's my narrative that is compound. It's
[8] kind of all the elements I'm interested in, and I only
[9] want you to answer one question. And that is: I need
[10] you to tell me everything you know about the specific
[11] scope of the Field Management Task Order No. 1.
[12]    MR. MILLER: Objection; narrative.
[13]    MR. HAINKEL: Are you able to answer the last
[14] question he asked regarding the scope of the task?
[15]    THE WITNESS: The work that was done under this
[16] Task Order 1 was related to setting up how we're
[17] going to provide housing assistance to the displaced
[18] residents.
[19]    (Sneeze.)
[20]    MR. PENTON: Someone needs to put their phone on
[21] mute, please.
[22]    I'm sorry, Mr. Hume. Go ahead.
[23]    THE WITNESS: Well, it was relative to the
[24] strategies of how we would implement getting
[25] housing -- getting the trailers to where they needed

---

**Page 26**

[1] to go.
[2]    So the discussion was relative to the
[3] logistics of where the staging area is and how we go
[4] from the staging area and -- so it was a -- it was
[5] much a planning -- very much a planning effort.
[6] BY MR. PENTON:
[7]    Q. Assuming that this Task Order No. 1 was the
[8] first task that Bechtel was tasked to perform, is that
[9] fair for me to assume?
[10]    A. No, I don't believe so.
[11]    Q. Okay.
[12]    A. I believe that while we were undertaking
[13] this coordination in New Orleans, might have been
[14] Baton Rouge --
[15]    Q. Okay.
[16]    A. -- we were also in Mississippi starting to
[17] haul trailers. So Task Order 3 was als- -- we went
[18] almost simultaneously.
[19]    Q. Okay. Well, then what I need to do is in time I
[20] need to back up to the time that the storm made landfall
[21] and Bechtel came on-site. I'm assuming very shortly
[22] after the storm passed, correct?
[23]    A. Yes.
[24]    Q. In any of the contracts, whether we're looking
[25] at it here at -- at Document No. 35 or not -- and I have

---

**Page 27**

[1] Task Order No. 2 if you want to look at it, 55, and we
[2] can kind of consider them together, which is, again,
[3] field management.
[4]    You see that?
[5]    (The witness reviews the document.)
[6] BY MR. PENTON:
[7]    Q. Task Order No. 2?
[8]    A. Uh-huh.
[9]    Q. It's very -- if you look at it, correct me if
[10] I'm wrong, but it's -- it's very similar, if not -- I
[11] think there's a change from five individuals to four
[12] individuals.
[13]    Do you see that in the Remarks?
[14]    A. As I recall, this was a task order to cover
[15] our team that initially went to -- the HAC was the --
[16] it was a JFO in Jackson at the time, Jackson --
[17] Jackson --
[18]    (Simultaneous speaking.)
[19] BY MR. PENTON:
[20]    Q. The housing area command in Jackson, correct?
[21]    A. Uh-huh.
[22]    Q. And that's Document 56, if we didn't identify
[23] it.
[24]    So four -- four people from Bechtel would
[25] have went to the housing command in Jackson, correct?

---

**Page 28**

[1]    A. Uh-huh.
[2]    Q. And then if we go ahead and -- let's see if I
[3] have 3, since you mentioned 3. Yeah. If you look at 66
[4] and 67 and 68, even 69, we'll talk about all of these.
[5]    Task Order 3 is a big one, isn't it,
[6] Mr. Hume?
[7]    A. Task Order 3 was the biggest of all the task
[8] orders.
[9]    Q. Okay. I tell you what. It goes -- just for the
[10] record, it goes -- Task Order 3 that we'll look at is 66,
[11] 67, 68, 69, 81, 83, 84. We may have to -- and feel free
[12] to refer to them so that you can help me reconstruct the
[13] scope of these contracts.
[14]    But it just appears that Bechtel was on the
[15] ground floor here, both in -- at the Jackson area
[16] housing command as well as in Baton Rouge, putting
[17] together the field management teams in order to try
[18] to implement the overall response; is that a real
[19] general description of what you were doing?
[20]    A. Yes.
[21]    Q. Okay. What role in the scope did Bechtel play,
[22] if any, on the selection -- the selection of the type of
[23] housing that would be distributed to the evacuees?
[24]    A. None.
[25]    Q. Okay. Do you know where that came from, those

---

Bechtel Int'l 30(B)(6) Jack Hume                                        In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

| Page 29 | Page 31 |
|---|---|

**Page 29**

[1] decisions to use certain types of housing?
[2]     MR. MILLER: Objection; foundation.
[3]     THE WITNESS: Excuse me?
[4]     MR. PENTON: Don't worry about it.
[5]     MR. MILLER: Don't worry about me.
[6]     MR. LAMBERT: When he makes an objection, it goes
[7] on the record. And a judge at a later point in time
[8] will decide if it's appropriate or not. But the
[9] answer needs to be there anyway, in case -- in case
[10] of that. That goes for all of us, not just him.
[11]     MR. MILLER: That's correct.
[12]     MR. LAMBERT: All of us lawyers will do that from
[13] time to time.
[14]     MR. PENTON: Except your lawyer. And you should
[15] just stop dead in your tracks and wait for mine, okay?
[16]     MR. LAMBERT: If he tells you not to answer a
[17] question.
[18]     MR. PENTON: Okay. Well, let's get to it.
[19]     MR. LAMBERT: All right.
[20]     MR. PENTON: I don't want to waste my time. All
[21] right.
[22] **BY MR. PENTON:**
[23]     Q. So in any event --
[24]     A. FEMA did.
[25]     Q. FEMA did. Okay.

**Page 30**

[1]     Who would have been the person in Bechtel
[2] that would have interfaced with FEMA in terms of --
[3] of the type of housing that would be distributed?
[4]     A. There were a number people. Our staff grew
[5] rapidly after we mobilized. And our field
[6] construction people, our operations management,
[7] project management all interfaced with FEMA, and FEMA
[8] told us what to do.
[9]     Q. And who in FEMA would have been the person who
[10] was telling you what the scope of your work was?
[11]     A. The --
[12]     MR. MILLER: Foundation.
[13]     THE WITNESS: The primary contact throughout not
[14] only my tenure but from the beginning of the contract
[15] was a gentleman by the name of Sid Melton.
[16] **BY MR. PENTON:**
[17]     Q. Sid Melton?
[18]     A. Uh-huh.
[19]     And he was the -- FEMA's housing
[20] coordinator. I don't remember his exact title.
[21]     Q. All right.
[22]     A. And we also interfaced with the COTRs. You
[23] know what the COTRs are?
[24]     Q. Yes. Now --
[25]     (Sound from the phone.)

**Page 31**

[1]     MR. PENTON: Someone -- someone has -- is not
[2] putting their phone on mute, and we're going to have
[3] to do something. We're going to have to cut you off
[4] or something because we hear all kind of things in
[5] the background. If you don't mind, everyone put
[6] their phone on mute.
[7]     MR. BECNEL: Ronnie, mine's on mute. I'm going
[8] to get back off.
[9]     MR. PENTON: Just put it on mute.
[10]     MR. BECNEL: All right.
[11]     THE REPORTER: Who is that --
[12]     MR. BECNEL: Danny Becnel.
[13]     MR. PENTON: You'll get it.
[14]     MR. MILLER: Danny Becnel.
[15]     THE REPORTER: Thank you.
[16]     MR. PENTON: You'll get it.
[17] **BY MR. PENTON:**
[18]     Q. Okay. So you have two teams now going into the
[19] first week of September, it looks like, based upon Task
[20] Order 1 and Task Order 2.
[21]     A. I think there is -- there is three teams.
[22] We had mobilized people to Jackson, mobilized people
[23] to Louisiana --
[24]     Q. All right.
[25]     A. -- and mobilized people to Mississippi.

**Page 32**

[1]     Q. All right.
[2]     A. Okay.
[3]     Q. Other than housing and those two task orders,
[4] were there other tasks that Bechtel was requested to
[5] coordinate, other than the housing itself?
[6]     A. Yes.
[7]     Q. Okay. What other tasks? And we're just talking
[8] about 1 and 2 right now.
[9]     A. There were other task orders, outside of 1
[10] and 2.
[11]     Q. Right, there are other task orders but not
[12] within 1 and 2, correct?
[13]     A. No.
[14]     Q. 1 and 2 doesn't mention -- what it had men- --
[15] what it mentions, if you'll look at Document 56, it -- it
[16] says, "Overall implementation of individual systems
[17] programs." Was that broader than the housing?
[18]     (The witness reviews the document.)
[19]     THE WITNESS: The other two tasks that we
[20] undertook for FEMA were manning of disaster recovery
[21] centers.
[22] **BY MR. PENTON:**
[23]     Q. What was that?
[24]     A. It was a registration hall. It was to get
[25] displaced residents registered into a FEMA system.

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

**Page 33**

[1]    Q.   I see.  All right.  That was the -- part of the
[2] implementation of the Individual System Program?
[3]    A.   Yeah.  Because the Individual System
[4] Program, really, is -- broadly covered everything we
[5] did.
[6]    Q.   Right.  If you look at 55, the Operational
[7] Objective does identify housing solutions, correct?
[8]    A.   Yes.  That's what it says.
[9]    Q.   Well, tell me what that means.  What was the
[10] scope of what you were tasked to do to identify potential
[11] temporary housing solutions?  You say that you believe
[12] that FEMA defined the type of housing to be used,
[13] correct?
[14]    A.   Uh-huh, they did.
[15]    Q.   All right.  What other housing solutions did
[16] Bechtel participate in or coordinate?
[17]    A.   There were primarily three types of housing
[18] that was provided.  One was on private residence.
[19] One was we evaluated -- found and evaluated all the
[20] existing RV parks or existing commercial trailer
[21] parks to see if there was room to put trailers or if
[22] there were trailers available.  And we built sites,
[23] emergency group sites and greenfield group sites.
[24]       We also evaluated early, looking at maybe
[25] renovating some apartment complexes and the like.

---

**Page 34**

[1]    And -- and that stopped very early in the campaign.
[2]    Q.   Okay.  Did the scope of the work, either the --
[3] the literal contractual scope of the work or the actual
[4] work performed by Bechtel, did it have anything
[5] whatsoever to do with the methodology with which the
[6] various types of temporary housing would be installed at
[7] the ultimate site that was selected and accepted by FEMA?
[8]    A.   Ask that question again.
[9]    MR. PENTON:  Okay.  I'll let her read it back.
[10] And let's see --
[11]    THE WITNESS:  Okay.
[12]    MR. PENTON:  -- if it made sense to me and you,
[13] once you hear it again.  If not, we'll try it again.
[14]       (Record read as follows:
[15]       "QUESTION:  Did the scope of the work, either
[16]       the -- the literal contractual scope of the
[17]       work or the actual work performed by Bechtel,
[18]       did it have anything whatsoever to do with the
[19]       methodology with which the various types of
[20]       temporary housing would be installed at the
[21]       ultimate site that was selected and accepted
[22]       by FEMA?")
[23]    THE WITNESS:  Yes.
[24]    MR. MILLER:  Vague.
[25]

---

**Page 35**

[1] BY MR. PENTON:
[2]    Q.   It did?
[3]    A.   Insofar as installing them?
[4]    Q.   Yes.
[5]    A.   Yes.
[6]    Q.   Tell me in -- and would that have been basically
[7] in Task Order 1 and 2?
[8]    A.   No.  I think that that is all contained
[9] in -- it was called the project work statement, PWS,
[10] I believe --
[11]    Q.   Yeah.
[12]    A.   -- was the name of it.
[13]    Q.   Right.
[14]    A.   Or however --
[15]    Q.   You were asked --
[16]    A.   -- you refer to it as a specification.
[17]    Q.   Right.
[18]       Bechtel was asked to prepare a PWS, correct,
[19] on the front end?
[20]    A.   We were asked to prepare a work plan.
[21]    Q.   A work plan?
[22]    A.   Uh-huh.
[23]    Q.   Which is different than a performance work
[24] statement?
[25]    A.   Yes.

---

**Page 36**

[1]    Q.   Okay.
[2]    A.   The performance work statements were FEMA
[3] statements.
[4]    Q.   The PWSs were FEMA work statements?
[5]    A.   Yes.
[6]    Q.   Okay.  Tell me -- okay.  Tell me if Bechtel in
[7] fact provided a work plan for the installation of
[8] temporary housing.
[9]    A.   Yes, we did.  And the work plan was along
[10] the lines of describing the logistics and how we
[11] would handle relocating, hauling the temporary
[12] housing units, and how they would be deployed and how
[13] we would -- how would -- what resources we would use.
[14]    Q.   Okay.  So the -- the movement, right, the
[15] movement and placement of the housing units from one site
[16] to the other?
[17]    A.   Uh-huh.
[18]    Q.   The transportation of them, is that --
[19]    A.   Hauling of them.
[20]    Q.   Is that fair to say?
[21]    A.   Yeah, we hauled them, yes.
[22]    Q.   In other words, you were involved in deciding
[23] where you -- how you -- where you get them staged, how
[24] you picked them up, how you get them ultimately to where
[25] they're going, generally speaking?

---

Page 37

[1] **A.** Well, the way it -- the way it worked was
[2] FEMA had all of the temporary housing units delivered
[3] to a staging area in Purvis. And then we established
[4] three intermediate staging areas, one in each,
[5] Jackson, Harrison, and Hancock County.
[6] **Q.** Okay.
[7] **A.** So we would retrieve the trailers from
[8] Purvis, stage them in one of our intermediate stage
[9] yards. And then as the locations were prepared or
[10] identified by FEMA -- prepared by us after
[11] identification by FEMA, then we would haul the
[12] trailers to the sites.
[13] **Q.** So this work plan, would it set out procedures
[14] in order to implement the contract to get the trailers
[15] moved from the Purvis site to the other sites?
[16] I don't have it -- I don't believe that's
[17] been produced, so that's why I don't know.
[18] **A.** I don't -- I don't think there's any
[19] procedures in there. More of a -- just a work plan
[20] on how we're going to execute.
[21] **Q.** I see.
[22] Tell me this: Was Bechtel the primary
[23] contractor who was coordinating between the JFO and
[24] FEMA?
[25] **A.** Well, the JFO was FEMA.

Page 38

[1] **Q.** Well, I understand that.
[2] But it -- it was a field office, and then
[3] you had headquarters, correct?
[4] **A.** We interfaced very, very little with
[5] headquarters.
[6] **Q.** Okay. Well, that's what it says. But I --
[7] **A.** The --
[8] **Q.** -- I appreciate you telling me that.
[9] **A.** The predominance in interfacing was with the
[10] JFO because FEMA moved from their office in Jackson.
[11] **Q.** Yes.
[12] **A.** They closed it, except a small
[13] administrative-type people, and moved everybody down
[14] to JFO in Biloxi.
[15] **Q.** In Biloxi.
[16] And my understanding, generally in all these
[17] contracts you have JFOs, field offices, in various
[18] places and then you have these housing area commands,
[19] right, also, which is a separate -- kind of a
[20] separate division?
[21] **A.** They were all in --
[22] MR. MILLER: Hold on.
[23] Objection; foundation.
[24] BY MR. PENTON:
[25] **Q.** Well, I'm trying to find -- I'm just -- all I'm

Page 39

[1] trying to do, okay, with the government's objections
[2] here, I'm just trying to determine in all these
[3] contracts -- they call it HAC, which is housing area
[4] command --
[5] **A.** Uh-huh.
[6] **Q.** -- that's kind of a section, right? That's a
[7] department or whatever?
[8] **A.** Uh-huh.
[9] **Q.** Right? Correct?
[10] **A.** I think so.
[11] MR. HAINKEL: Let me ask you to say "yes" or
[12] "no" --
[13] MR. PENTON: Right.
[14] MR. HAINKEL: -- instead of "uh-huh" --
[15] THE WITNESS: Okay.
[16] MR. HAINKEL: -- because she's taking down what
[17] you're saying.
[18] THE WITNESS: You told me that yesterday, too.
[19] BY MR. PENTON:
[20] **Q.** The housing area command has a certain function
[21] at the JFO, correct?
[22] **A.** Yes, I think they did.
[23] **Q.** All right. But you're saying that, really, FEMA
[24] headquarters, Bechtel didn't interface that much with
[25] them --

Page 40

[1] **A.** No.
[2] **Q.** -- in this project? All right.
[3] **A.** And the HAC and the JFO were all in the
[4] coliseum.
[5] **Q.** I understand.
[6] Would Bechtel have been involved in the
[7] strategies, if you just look at it, for the
[8] development and identification of strategies, plans,
[9] and concepts related to the overall implem- --
[10] implementation of the programs?
[11] Would Bechtel have been involved in the
[12] definition of the methods of installation of these
[13] trailers once they were taken from the staging area,
[14] transported to their next distribution site, and then
[15] ultimately from the distribution site to the -- to
[16] the resident's location?
[17] **A.** So what's the question?
[18] MR. HAINKEL: Yeah, I'm going to --
[19] MR. PENTON: Ques- --
[20] MR. HAINKEL: -- object.
[21] BY MR. PENTON:
[22] **Q.** I -- I'm giving you the chain of the
[23] transportation. Once the trailer gets to the resident's
[24] location, was Bechtel involved in any of these contracts
[25] with the definition of -- and the -- and the creation of

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

Page 41

[1] the types of installation that should go on with the
[2] various types of units?
[3]     A.  If you're referring to installation
[4] specifications --
[5]     Q.  Yes.
[6]     A.  -- those were a combination of FEMA, the
[7] FEMA spec --
[8]     Q.  Yes.
[9]     A.  -- the Mississippi Trailer Code and
[10] manufacturers' --
[11]     Q.  Okay.
[12]     A.  -- recommendations.
[13]     Q.  All right.  And was -- but was Bechtel involved
[14] in that specification in putting together all those three
[15] things in order to provide a specification for
[16] installation?
[17]     A.  I don't know how you would describe
[18] "involved."  We took the specifications we were
[19] given, and we implemented them.
[20]     Q.  Okay.  Now, who gave you the specifications?
[21]     A.  The specifications from FEMA were part of
[22] the prime contract.  The -- we, when we got to
[23] Mississippi, obtained the Mississippi State codes
[24] relative to temporary housing.
[25]     Q.  Okay.

Page 42

[1]     A.  And we got the manufacturers' installation
[2] recommendations.
[3]     Q.  Okay.  So who -- who at Bechtel went to the
[4] manufacturers to get their specifications?
[5]     A.  I don't know.  And I don't think we went to
[6] them.  I don't know if the installation manuals were
[7] brought with the trailers or if we contacted them or
[8] got them through FEMA.  I don't know.
[9]     Q.  Okay.  But you know that part of the process was
[10] to integrate the FEMA specifications in the prime
[11] contract, correct?
[12]     A.  Yes.
[13]     Q.  Correct?
[14]     The state, local codes for trailers,
[15] correct?
[16]     A.  Yes.
[17]     Q.  And finally, the manufacturers' specifications,
[18] correct?
[19]     A.  Yes.
[20]     Q.  All of those were integrated together in order
[21] to install the various homes, correct?
[22]     A.  Yes.
[23]     Q.  Now, Bechtel was involved in that integration
[24] process?
[25]     MR. HAINKEL:  Was that a question?

Page 43

[1]     MR. PENTON:  Yeah.
[2] BY MR. PENTON:
[3]     Q.  I mean, was Bechtel involved in that
[4] integration?
[5]     I thought -- my partner says I didn't make
[6] it clear.
[7]     But the three areas -- FEMA specs, local
[8] state codes, and manufacturer specs -- those three
[9] sources were integrated for the installation
[10] procedures?
[11]     A.  Those three sources were put into
[12] subcontracts by Bechtel --
[13]     Q.  Okay.
[14]     A.  -- for the individuals that did the
[15] predominance of the hauling and installing.
[16]     Q.  I'm with you.
[17]     It was a combination of all three of those,
[18] correct?
[19]     A.  Yes.
[20]     Q.  Okay.  Now, take a look at the following
[21] documents; they're right there.  It's 373, 375, 383, 384,
[22] 393, 404, and 410.
[23]     MR. MILLER:  Which page did you start with,
[24] Ronnie?
[25]     MR. PENTON:  I'm sorry?

Page 44

[1]     MR. MILLER:  Which was the first page?
[2]     MR. PENTON:  373 is the first one.
[3]     MR. MILLER:  Thank you.
[4]     MR. PENTON:  Just take a second if you want to
[5] just kind of look through them, and then we'll talk
[6] about them.  Let's go off the record.
[7]     THE VIDEOGRAPHER:  Going off the record.  The
[8] time is 9:33.
[9]     (Off the record.)
[10]     THE VIDEOGRAPHER:  We're back on the record.  The
[11] time is 9:36.
[12]     Please begin.
[13] BY MR. PENTON:
[14]     Q.  Okay.  Take a look at 373.  This appears to be
[15] Exhibit 6 of the manufactured home type of temporary
[16] housing, correct?
[17]     A.  Yes.
[18]     Q.  From where did Exhibit 6 come?
[19]     A.  Oh, this was a -- the -- the FEMA, what I
[20] called, specification.
[21]     Q.  Okay.  All right.  And take a look at Section
[22] 1.2.  Do you see that the -- the technical specifications
[23] required just the three things we just said -- the
[24] manufacturer's installation guidelines, the FEMA
[25] guidelines, and state and local codes, correct?

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 45

[1]   A.  Correct.
[2]   Q.  And was -- did Bechtel implement the
[3]   contract within the scope of that work utilizing those
[4]   guidelines as specified by FEMA, Exhibit 6?
[5]   A.  Yes, we did.
[6]   Q.  Okay.  Do you know how many manufactured homes
[7]   Bechtel would have been responsible for during this
[8]   project?
[9]   A.  We, when it was all said and done, hauled
[10]  and installed -- there were right around 36,000
[11]  trailers -- temporary housing units.
[12]  Q.  Temporary housing units.  And I guess they're
[13]  made up of manufactured homes, correct, travel trailers?
[14]  A.  Uh-huh.
[15]  Q.  Okay.
[16]  A.  Yes.
[17]  Q.  And that's where I'm trying to get at.
[18]       How many travel trailers versus manufactured
[19]  homes?
[20]  A.  Oh, there was -- of the 36,000 there was
[21]  about 13-, 1400 manufactured homes.
[22]  Q.  So the great majority were travel trailers?
[23]  A.  Yes.
[24]  Q.  Okay.  Do you know a company by the name of
[25]  CH2M HILL?

---

Page 46

[1]   A.  Yes, I do.  I know of them.
[2]   Q.  You know of them.
[3]       Because we've just taken their deposition
[4]   and looked in their contract documents, and they had
[5]   contracts for haul, install, and maintenance.
[6]       Did they interface with Bechtel within their
[7]   contract?  Within their contract or within your
[8]   contract, did you guys interface?
[9]   A.  No.  The only interface we had with
[10]  CH2M HILL was at weekly meetings that FEMA called for
[11]  with all the contractors --
[12]  Q.  Right.
[13]  A.  -- and the Corps of Engineers.  And we did
[14]  interface with them when there was some confusion
[15]  relative to ramps and stairs.  But insofar as housing
[16]  units/maintenance, no, we didn't.
[17]  Q.  Were they separate from Bechtel --
[18]  A.  Yes.
[19]  Q.  -- in terms -- so they had their own separate
[20]  contracts, correct?
[21]  A.  Yes.
[22]  Q.  But they were drawing from the same housing
[23]  source as Bechtel, correct?
[24]  A.  The "housing source," meaning?
[25]  Q.  Meaning -- I'm talking about the Purvis yard was

---

Page 47

[1]   the -- wasn't that the original staging area for the
[2]   trailers?
[3]   A.  Yes.
[4]   Q.  And then you told me you established -- Bechtel
[5]   established a couple others, Harrison and Hancock
[6]   Counties?
[7]   A.  Yes.
[8]   Q.  I'm just asking:  Did CHM2 HILL (sic) or any
[9]   other contractor at that level draw upon the housing at
[10]  the Purvis yard?
[11]  MR. MILLER:  Objection; foundation.
[12]  MR. BONE:  Object to form.
[13]  MR. LAMBERT:  Go ahead and answer.
[14]  THE WITNESS:  The Purvis yard is the only yard
[15]  I'm aware of.  So I would -- the answer to that I
[16]  think has to be yes.
[17]  BY MR. PENTON:
[18]  Q.  Well, who coordinated and ran or supervised the
[19]  Purvis yard?
[20]  A.  FEMA.
[21]  Q.  FEMA.  Okay.
[22]       Where was Bechtel staged?
[23]  A.  Where were we staged?
[24]  Q.  Yes.
[25]  MR. HAINKEL:  I'm going to object; broad.  The

---

Page 48

[1]   crews?
[2]   MR. PENTON:  Yeah, I mean, I don't know.
[3]   BY MR. PENTON:
[4]   Q.  You talked about Jackson and New Orleans or
[5]   Baton Rouge.
[6]   A.  You mean where were our yards?  Where were
[7]   our staging yards?
[8]   Q.  Yes.
[9]   A.  In Hancock County, it was a -- it was a farm
[10]  that we leased.
[11]  Q.  Okay.
[12]  A.  And it was out in the country.
[13]  Q.  All right.
[14]  A.  Quite far north up in the county because the
[15]  south was so washed away.
[16]  Q.  I'm with you.
[17]  A.  In Harrison County, we were at an RV park in
[18]  Pass Christian.
[19]  Q.  Okay.
[20]  A.  And in Jackson County, we were at a city
[21]  park in Pascagoula.  I think it was Pascagoula.
[22]  Q.  Okay.  And -- and I take it some of your -- your
[23]  teams were also at the JFOs themselves?
[24]  A.  Well, the JF- -- the JFO was all at the
[25]  coliseum and Biloxi.

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

Page 49

[1]  Q. Right.
[2]  A. And so we had -- in addition to the staging
[3] areas, we had small camps set up where we had some of
[4] our employees living at the staging areas.
[5]  Q. I see. Okay.
[6]    Mr. Lambert will go into some of the other
[7] scope of the contract with respect to these exhibits.
[8] I just want to just address the same issue I've been
[9] addressing with you, the travel trailer installation
[10] at 363, Exhibit 7.
[11]  A. You mean 383?
[12]  Q. I'm sorry. 383 and 384.
[13]  A. Uh-huh. Yes.
[14]  Q. You see that?
[15]  A. (Nodding head.)
[16]  Q. If you compare -- if you compare the travel
[17] trailer installation to the manufactured home
[18] installation with respect to technical specifications, I
[19] don't see where the manufacturer's installation
[20] procedures were defined to be used in integration with
[21] the FEMA specifications and the local codes and
[22] standards, at least in this exhibit.
[23]    Was it part of the scope of the work for
[24] travel trailer installation, was the same as
[25] manufactured home or would it be different?

Page 50

[1]  A. From a practical perspective, we looked at
[2] the Mississippi codes, the FEMA specifications, and
[3] manufacturers' installation requirements.
[4]    The requirements for travel trailers is --
[5] was almost silent. So it was much less than for the
[6] manufactured homes. So we just used predominantly
[7] the FEMA specification; guidance for leveling,
[8] locking, and strapping.
[9]  Q. Who in Bechtel would have been responsible for
[10] implementing the -- the part of the contract that had to
[11] do with the integration of the various standards and
[12] guidelines for travel trailer installation?
[13]  A. The way we were organized, we have an
[14] engineering department, an engineering group.
[15]  Q. Okay.
[16]  A. And the engineering group is -- has primary
[17] responsibility for collection of specifications or
[18] production specifications.
[19]  Q. Is there a particular person that you believe
[20] would have been over that engineering group for this
[21] task?
[22]  A. The engineering manager for I believe the
[23] whole project -- very nearly the whole project; it
[24] wasn't the whole project -- was Sam Garde.
[25]  Q. Sam Garde?

Page 51

[1]  A. Garde, G-A-R-D-E.
[2]  Q. And where is he from?
[3]  A. He's officed in Frederick, Maryland.
[4]  Q. All right.
[5]  A. And there was a second engineering manager
[6] after Sam.
[7]  Q. But do you see 383 and 384, there's no reference
[8] to manufacturer specifications in this exhibit?
[9]  A. Yes, I see that.
[10]  Q. All right. Have you ever seen a document that
[11] integrated the manufacturer specifications for the setup
[12] of travel trailers and installation of travel trailers?
[13]  A. The subcontracts that we issued included the
[14] installation of both manufactured homes and travel
[15] trailers, and so it was a common specification where
[16] we combined the requirements that were stated in --
[17] for the manufactured homes in that subcontract.
[18]  Q. I don't -- I don't have those documents here
[19] because they were delivered late. But my understanding,
[20] correct me if I'm wrong -- my understanding is that --
[21] that your subcontracts for travel trailer installation
[22] contained a requirement to utilize the manufacturer's
[23] guidelines with these other standards.
[24]    MR. MILLER: Objection; mischaracterizes the
[25] witness's testimony.

Page 52

[1] BY MR. PENTON:
[2]  Q. Is that true?
[3]  A. Yes.
[4]  Q. Okay. Now -- and Mr. Garde and people, I guess,
[5] in engineering below him would have been responsible,
[6] basically, for that?
[7]  A. The engineering group is responsible for the
[8] development of the specification, technical
[9] requirements in a subcontract. The actual
[10] implementation of the installation is handled by our
[11] construction organization.
[12]  Q. Do you know -- do you know whether the scope of
[13] that work that was specified to your subcontractors --
[14] and I believe that you guys gave me a vendor list.
[15] Mr. Hume, are you aware of that?
[16]  A. I'm not aware of what we provided.
[17]  Q. Okay. I understand.
[18]    MR. PENTON: I tell you, John, I didn't get a
[19] Bates number on it, so we can just on the --
[20]    MR. HAINKEL: I might have a copy if you want to
[21] attach it.
[22]    MR. PENTON: No, I got them. I got them. But
[23] what I'm saying is there's no Bates number. So I'm
[24] going to call it the vendor list that Mr. Hainkel
[25] provided for me.

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

Page 53

BY MR. PENTON:

[2] Q. My question is -- you know, and I didn't -- I
[3] don't think I gave --
[4] Do you have a copy for him to take a look
[5] at?
[6] Let's take a look at this vendor list. And
[7] help me identify the people who would have been
[8] involved in the installation of travel trailers.
[9] Would it be the people that is described -- the
[10] description is "Temporary Buildings, Buildings and
[11] Trailers"?
[12] (The witness reviews the document.)
[13] THE WITNESS: Yes, that's what it looks like.
[14] BY MR. PENTON:
[15] Q. Okay. And -- and you're familiar with those
[16] subcontracts?
[17] A. Yes, I am.
[18] Q. And those subcontracts required for travel
[19] trailer installation to utilize the manufacturer
[20] specifications in addition to the other things we
[21] discussed?
[22] A. Like I said earlier, the -- since the
[23] subcontracts were for a combination of manufactured
[24] homes and travel trailers, in other words, just a
[25] singular set of technical requirements that included

Page 54

[1] these two documents --
[2] Q. Okay.
[3] A. -- and this document (indicating).
[4] Q. All right. And -- and those -- those -- those
[5] three sources were used for all of the homes?
[6] A. Yes.
[7] Q. Okay. Do you know if they were actually used
[8] for the travel trailer installation, the manufacturer
[9] specifications?
[10] A. No, I --
[11] Q. See, that's where I --
[12] A. No, I don't.
[13] Q. You don't know that.
[14] Who would be the person at Bechtel that
[15] would actually know?
[16] A. Sam would probably be the best guy to ask.
[17] Q. Okay.
[18] MR. LAMBERT: That's Sam Garde?
[19] MR. PENTON: Sam Garde.
[20] THE WITNESS: Sam Garde, yes.
[21] MR. PENTON: Uh-huh.
[22] BY MR. PENTON:
[23] Q. Take a look at 67, Document 67.
[24] A. Okay.
[25] Q. 3.3, Housing Strategies Support Services, Sub

Page 55

[1] Task 3 to Task Order No. 3, do you see that?
[2] A. Yes.
[3] Q. Notice that next to last sentence says, "The
[4] contractor shall track and monitor the disaster action
[5] plans pertaining to housing and shelter and operations,"
[6] do you see that?
[7] A. Yes.
[8] Q. Did the scope of that work as defined there
[9] include the monitoring of the installation or did some
[10] other task order require Bechtel within their contract to
[11] monitor the method of installation?
[12] A. All aspects of the installation were part of
[13] Task Order No. 3.
[14] Q. Part of number three.
[15] And would the inspection and the sign-off of
[16] it by Bechtel be involved in Task Order No. 3?
[17] MR. HAINKEL: Object; lack of foundation.
[18] MR. LAMBERT: I'm sorry? What was it?
[19] MR. HAINKEL: That's assuming Bechtel --
[20] MR. PENTON: All right. Let me try again.
[21] MR. HAINKEL: -- inspected and signed off.
[22] BY MR. PENTON:
[23] Q. Let me -- let me ask you the question.
[24] Mr. Hume, in addition to monitoring as --
[25] I'm using the words used in the contract here -- in

Page 56

[1] addition to monitoring the operations of
[2] installation, did the scope of work and the actual
[3] performance of work by Bechtel include inspection of
[4] the travel trailers after they were installed?
[5] A. It included inspection of the installation
[6] of the travel trailers.
[7] Q. While it was in progress?
[8] A. While it was in progress and when it was
[9] finish.
[10] Q. And when it was finished.
[11] And then did you -- did Bechtel have to do
[12] something administratively, say, to check it off,
[13] sign it off, approve it or anything of that sort for
[14] the subcontractor?
[15] A. Yes.
[16] Q. And once -- I'm assuming Bechtel did an
[17] inspection of it when it was final and the -- and once
[18] the contractor finished the completion, says: Look,
[19] trailer number X is ready to inspect, and then Bechtel
[20] would inspect it and, I guess, if something's wrong have
[21] the subcontractor correct it, correct?
[22] A. Correct.
[23] Q. And if it was not, Bechtel would accept it from
[24] the subcontractor and then tender it to FEMA?
[25] A. If it was not ...

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

**Page 57**

[1] **Q.** If it was in conformance with the manufacturer
[2] specifications, the FEMA specifications and local codes
[3] and standards and it was okay to Bechtel, would they hand
[4] it over administratively to FEMA or what was the process
[5] at that point?
[6] **A.** The process at that point after it was
[7] installed is with FEMA, FEMA would identify the
[8] resident or, if it was a personal residence, they
[9] knew who that was, and went through a ready for
[10] occupancy process.
[11] **Q.** Okay.
[12] **A.** It was a checklist joint inspection.
[13] **Q.** Okay. And Bechtel was involved in that?
[14] **A.** Yes.
[15] **Q.** Okay. And FEMA, too, correct?
[16] **A.** Yes.
[17] **Q.** And then once that was complete and it was ready
[18] for occupancy, then FEMA would place the resident in it?
[19] **A.** Correct. And they would go through that
[20] same process with the resident.
[21] **Q.** With the resident.
[22] Now, there -- there was responsibility of
[23] Bechtel after that occupancy, correct, in terms of a
[24] maintenance task order?
[25] **A.** That's correct.

---

**Page 58**

[1] **Q.** Okay. We'll get to that in a second.
[2] Let's just hold it -- let's hold it right
[3] where we've got it right now with Bechtel
[4] inspecting -- doing a final inspection before the
[5] joint inspection with FEMA.
[6] Was there -- would Mr. Garde be the person
[7] to talk to us about any -- any installations of
[8] travel trailers that were not in keeping with the
[9] manufacturer specifications and FEMA specifications
[10] and codes and standards?
[11] **A.** No.
[12] **Q.** Okay. In other words, every one of the
[13] 36,000 -- or I know there wasn't 36,000 travel trailers
[14] but almost -- ultimately were approved by Bechtel and
[15] turned over to FEMA?
[16] **A.** Yes, they were.
[17] **Q.** Okay. Were there any travel trailers in the 34-
[18] or 35,000 that Bechtel was -- had responsibility for that
[19] were retired from service within the contract?
[20] **MR. MILLER:** Objection; vague.
[21] **BY MR. PENTON:**
[22] **Q.** In other words, not used.
[23] **A.** I don't know.
[24] **Q.** Was Bechtel -- did Bechtel have any
[25] participation in any of the environmental testing at the

---

**Page 59**

[1] kill site as a result of their installation processes?
[2] **A.** No.
[3] **Q.** Was Bechtel aware of environmental testing in --
[4] sometime in October of 2005, testing for formaldehyde?
[5] **A.** That was before my time, but I am aware of
[6] that occurrence when OSHA did take some readings.
[7] **Q.** Okay. Was that one of the Bech- -- I'm calling
[8] it a Bechtel trailer. Was that one of the trailers
[9] Bechtel had responsibility for?
[10] **MR. HAINKEL:** I'm going to object to the term
[11] "responsibility for."
[12] **MR. PENTON:** Well, I -- you know, I -- I
[13] understand.
[14] **MR. LAMBERT:** Just --
[15] **MR. PENTON:** Hold on.
[16] (Simultaneous speaking.)
[17] **MR. PENTON:** Hold on.
[18] **BY MR. PENTON:**
[19] **Q.** I'm not trying to say that you're responsible
[20] for the trailer in any other aspects than is defined in
[21] the contract, okay? But in the contracts they use the
[22] word "responsibility," but I don't mind using another
[23] term.
[24] Was -- were the trailers tested by OSHA part
[25] of the trailers that Bechtel mobilized, transported

---

**Page 60**

[1] and had subcontractors install?
[2] **A.** The trailers that were tested were tested in
[3] our staging area.
[4] **Q.** In the kill?
[5] **A.** No, in Pass Christiana, I thought.
[6] **Q.** Pass Christiana?
[7] **A.** I thought.
[8] **Q.** Okay. Can you tell me about that? How did --
[9] how did that come up?
[10] **A.** As I understand it, we had one of our
[11] employees living in a FEMA trailer --
[12] **Q.** All right.
[13] **A.** -- and he had comments about the smell and
[14] raised that out to our safety department who took it
[15] to FEMA, and FEMA enlisted OSHA --
[16] **Q.** Okay.
[17] **A.** -- to go do the readings.
[18] **Q.** All right. And who at Bechtel would have been
[19] involved in that process?
[20] **A.** Our safety manager at the time, who was an
[21] individual by the name of Norm Black.
[22] **Q.** Norm Black.
[23] Is he still with the company?
[24] **A.** Yes, he is.
[25] **Q.** All right. He's a safety director?

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 61

[1]  A.  Safety manager, yes.
[2]  Q.  Safety manager for that project.  Norm Black.
[3]  Where is he officed now?
[4]  A.  I don't have any idea.
[5]  Q.  But he's with the company?
[6]  A.  Yes.
[7]  Q.  Okay.
[8]  A.  And Chris Smith.
[9]  Q.  Chris Smith.
[10]  Is he also with the safety department?
[11]  A.  He -- he is part of our environmental group.
[12]  Q.  All right.  Do you know where he's at now?
[13]  A.  He is in Frederick, Maryland.
[14]  Q.  All right.  Chris Smith.  Okay.
[15]  Were there any documents generated by
[16]  Bechtel as a result of this -- a report, any type of
[17]  document whatsoever, whether elec--- electronic or
[18]  hard copy document?
[19]  A.  I don't know.
[20]  Q.  So if I wanted to talk about that at some point,
[21]  Norm Black and Chris Smith would be the two people in
[22]  Bechtel that you believe would have probably the best
[23]  knowledge about that?
[24]  A.  Yes.
[25]  Q.  All right.

---

Page 62

[1]  How about the employee, who was that?
[2]  A.  John Simms.
[3]  Q.  John Simms.
[4]  Is John still with Bechtel?
[5]  A.  No.
[6]  Q.  Okay.  Where is he from?
[7]  A.  I don't have any idea.
[8]  Q.  All right.
[9]  Now, do you know of any other environmental
[10]  testing that OSHA or any federal agency or department
[11]  conducted other than for this one?
[12]  A.  No.
[13]  Q.  Do you know anything after OSHA took these
[14]  readings that occurred within Bechtel that changed the
[15]  way they were implementing the scope of their work and
[16]  the statement of their work and their task orders?
[17]  A.  The only thing that changed is we were told
[18]  by FEMA to open the trailers and ventilate them if we
[19]  thought -- if there was a smell.
[20]  Q.  Now, are we talking about opening trailers that
[21]  were in the staging area yet to be distributed and -- and
[22]  installed?
[23]  A.  Yes.
[24]  Q.  Okay.  How about those that were installed that
[25]  were not occupied yet at a site?  Or did they stay ahead

---

Page 63

[1]  of you guys?  You know what I'm saying?  You had people
[2]  in a waiting line, I know.
[3]  A.  Yes.  I'm not --
[4]  Q.  So --
[5]  A.  I don't know how long any of the trailers
[6]  might have sat ready to be occupied before they were
[7]  occupied.
[8]  Q.  I guess my question --
[9]  A.  Because it was pretty quick.
[10]  Q.  That's what I understand.
[11]  And my question was:  Internally, Bechtel
[12]  was -- implemented what FEMA said do, go and open up
[13]  the trailers, correct?
[14]  A.  In the staging yards.
[15]  Q.  In the staging yards.
[16]  And what did you do, open the doors and the
[17]  windows, or what did you do?
[18]  A.  We opened the doors and the windows.
[19]  Q.  Did the safety department or environmental group
[20]  write any special protocols for Bechtel employees in
[21]  terms of respiratory protection or using of any kind of
[22]  sensors before they entered the trailer, anything of that
[23]  sort from a safety standpoint?
[24]  A.  No, I don't think so.
[25]  Q.  Have you seen a job -- do you know what a Job

---

Page 64

[1]  Safety Analysis is?
[2]  A.  Yes, I do.
[3]  Q.  A JSA?
[4]  Does Bechtel use the JSA program?
[5]  A.  Yes, we do.
[6]  Q.  Have you seen a JSA on entering these trailers
[7]  in the Gulf Coast reason -- region during that era?  Have
[8]  you ever seen one from Bechtel?
[9]  A.  No, I haven't.
[10]  Q.  Have you seen one from FEMA?
[11]  A.  No.
[12]  Q.  Okay.  Take a look at 68, Installation Sub
[13]  Test 5 of Task Order 3.  The bottom, 3.5, "The contractor
[14]  shall install travel trailers, mobile homes, and modular
[15]  homes or other temporary residential structures as
[16]  expeditiously as possible," and then it goes over to the
[17]  next page, 69, and tells you what you should do.
[18]  "Number one, install the units in according
[19]  (sic) with the manufacturer's installation
[20]  specifications and other requirements."
[21]  Do you see that?
[22]  A.  Yes, I do.
[23]  Q.  All right.  And that is -- that's the language
[24]  or something similar to that that was used with your
[25]  subcontractors?

---

Min-U-Script®        BEHMKE REPORTING & VIDEO SERVICES

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 65

[1]   A.  Yes.
[2]   Q.  All right.  Let's go to Bates 100 and 101 and
[3] 102.
[4]      MR. HAINKEL:  I'm sorry, 101 --
[5]      MR. PENTON:  100, 101, 102.
[6]      Task Order No. 4, October the 3rd, 2005.
[7] BY MR. PENTON:
[8]   Q.  As you said, Mr. Hume, these things come very
[9] quickly consecutively, so -- this is a maintenance task
[10] order; is that correct?
[11]   A.  Yes, that's correct.
[12]   Q.  And that task order basically would take up
[13] after the housing was issued to the evacuee, correct?
[14]   A.  Yes.
[15]   Q.  So did you do maintenance through the Task
[16] Orders 1 through 3 --
[17]   A.  No --
[18]   Q.  -- before --
[19]   A.  No, I believe --
[20]      (Simultaneous speaking.)
[21]      (Reporter interrupts.)
[22]      MR. HAINKEL:  Wait.
[23] BY MR. PENTON:
[24]   Q.  -- before the resident -- I'm sorry for
[25] pausing -- before the resident was issued the trailer?

Page 66

[1]   A.  No, I don't believe so.
[2]   Q.  At any time during the entire project -- let me
[3] take you back to the testing that they did you think at
[4] Pass Christian -- at any time -- after that event with
[5] OSHA testing that trailer, at any time did -- did you get
[6] tasked to go and -- and inspect or measure the air
[7] quality or do anything of that sort other than open the
[8] trailers at these staging areas?
[9]   A.  FEMA asked us to, and we told them it wasn't
[10] part of our scope of work.
[11]   Q.  They asked you to go measure the air quality?
[12]   A.  Yes.
[13]   Q.  When did they do that?
[14]   A.  Well -- I don't know.
[15]   Q.  To your knowledge, did FEMA ever task and
[16] contract with an environmental group to come to your
[17] staging areas to test the air quality of those homes?
[18]   A.  Not to my knowledge.
[19]   Q.  Who would have been in the line of -- of
[20] participation there from Bechtel's side that FEMA would
[21] have talked to about that air quality testing?
[22]   A.  I would say Phil Schuetz.
[23]   Q.  Okay.  You've already identified --
[24]   A.  Since he was the operations manager.
[25]      (Reporter clarifies.)

Page 67

[1]      THE WITNESS:  He was the operations manager.
[2]      MR. PENTON:  Okay.  I got Phil on here.
[3]      MR. BECNEL:  Ronnie, would you give that name
[4] again, Schultz?
[5]      MR. PENTON:  Phil Schuetz.  I've got him written
[6] down.
[7]      MR. BECNEL:  Okay.
[8]      MR. HAINKEL:  That's one of yours, isn't it?
[9]      (Reporter interrupts.)
[10]      MR. BECNEL:  Daniel Becnel.
[11]      MR. PENTON:  Danny, e-mail us.  The judge doesn't
[12] want any participation on the phone, but that's cool.
[13] Just -- just e-mail us.  We got our computers on.
[14] Anything you need us to do.
[15] BY MR. PENTON:
[16]   Q.  Okay.  Let's look at Task Order No. 4.  "Resolve
[17] maintenance issues relating to the structures."
[18]      MR. PENTON:  And there they say -- John, they
[19] say, "placed under control."  So they've used -- they
[20] use "responsibility" -- it doesn't matter to me.
[21] "Placed under Bechtel's control."
[22] BY MR. PENTON:
[23]   Q.  The overall mission was to resolve maintenance
[24] issues; is that right, Mr. Hume?
[25]   A.  Yes, it was.

Page 68

[1]   Q.  All right.  And if we look over at 101, we see
[2] that: 35,000 units estimated to provide maintenance
[3] services for travel trailers and mobile homes identified
[4] by FEMA; is that correct?
[5]   A.  Yes.
[6]   Q.  All right.  Now, it also requires the
[7] maintenance of a toll-free 24-hour call-in number,
[8] correct?
[9]   A.  Correct.
[10]   Q.  And if you look at your vendor list, it appears
[11] that -- that Bechtel subcontracted with a company to take
[12] those 24-hour calls; is that correct?
[13]   A.  We initially did it ourselves in our
[14] Frederick office until we had that subcontract in
[15] place.
[16]   Q.  Okay.  But Systems Integration/Modeling &
[17] Simulation, Incorporated, is the company that operated
[18] the 800 call center after Bechtel quit doing it in-house?
[19]   A.  Correct.
[20]   Q.  Does Bechtel have the documents or the
[21] electronic files for these calls?
[22]   A.  Yes, we do.  And we turned them over to
[23] FEMA.
[24]   Q.  And you turned them over to FEMA.
[25]      Do you have copies of them?

---

Bechtel Int'l 30(B)(6) Jack Hume                    In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

---

Page 69

[1]     A.  Yes, we do.
[2]     Q.  Okay.  Has FEMA since this litigation started
[3] sent any kind of -- letter or communication to Bechtel
[4] telling you not to turn those over to anybody, that
[5] they're privileged or protected or do you know anything
[6] about that?
[7]     A.  If I can answer from my perspective, no,
[8] they haven't.
[9]     Q.  Okay.  But you still have a copy of those,
[10] correct?
[11]     A.  Yes, we do.
[12]     Q.  And is it a form that each person taking the
[13] call would fill out, like the name of the person, what
[14] the maintenance problem is or whatever, where they're
[15] located and things like that?
[16]         What does it look like, in other words?
[17]     A.  It's a very large spreadsheet.
[18]     Q.  Okay.
[19]     A.  It --
[20]     Q.  You got a spreadsheet with every call?
[21]     A.  Yes.
[22]     Q.  Did you -- did you -- Bechtel go back and put
[23] the calls from the in-house Bechtel days of taking those
[24] calls on this spreadsheet?
[25]     A.  We maintained a similar spreadsheet when we

---

Page 70

[1] did it ourselves --
[2]     Q.  Okay.
[3]     A.  -- at the very beginning.
[4]     Q.  So if I requested it, I'd get a -- I'd get a --
[5] I'd get an in-house Bechtel spreadsheet and I'd get a
[6] third-party subcontract spreadsheet?
[7]     A.  If I recall correctly, what we did is we
[8] tried to combine the two into one.
[9]     Q.  Yeah, that's what I was asking.  Okay.
[10]         Had -- had -- do you know who would have
[11] been over the maintenance for Bechtel?  In other
[12] words, when this call would come in on the Gulf
[13] Coast, who is the person at Bechtel that would take
[14] those calls from this contractor?  Or during the
[15] Bechtel days of taking them, who would they dispatch
[16] the maintenance to, primarily?
[17]     A.  Well, we have a task order manager for the
[18] maintenance task order.
[19]     Q.  Is that the person who would get it?
[20]     A.  And -- no, because we had a separate process
[21] where the call center would identify to -- what were
[22] our Mississippi locals.  Because we had a
[23] organization set up that the calls were issued to
[24] points of contact because we had teams, several
[25] teams.

---

Page 71

[1]         And then those teams would either -- we
[2] would either identify a subcontractor to go do the
[3] maintenance or if it was emergency maintenance, some
[4] of it we'd do ourselves.
[5]     Q.  Okay.  Tell me this, who would have been the
[6] person working for Bechtel, though, that would have been
[7] primarily responsible for deciding:  I got a call, who
[8] I'm going to send to do it.  Is there a person or two --
[9] two people or who would that be?
[10]     A.  There were in the organization, and I don't
[11] recall who they were.
[12]     Q.  Would Phil Schuetz as the operations man- --
[13] manager probably be involved in that?
[14]     A.  Not very much.
[15]     Q.  Okay.
[16]     A.  The task order manager there is -- was Ann
[17] Vranesh.
[18]     Q.  Ann Franish?
[19]     A.  Vranesh, V-R-A --
[20]     Q.  V-R-A --
[21]     A.  -- N-E-S-H.
[22]     Q.  -- N-E-S-H.
[23]         Was she on-site?
[24]     A.  Yes.
[25]     Q.  And what -- what do you call her?

---

Page 72

[1]     A.  She was the maintenance task order manager.
[2]     Q.  Maintenance task order manager.
[3]         Is she still with Bechtel?
[4]     A.  Yes, she is.
[5]     Q.  Is she in Virginia?
[6]     A.  Yes, she is.
[7]     Q.  All right.  Look at 102.
[8]         Your maintenance spreadsheet or your call-in
[9] spreadsheet, is it stored electronically?
[10]     A.  Yes.
[11]     Q.  Okay.  You know, I don't know if I have the
[12] document here, but I am a- -- I am aware that FEMA
[13] required that the contractors maintain a CD ROM on the
[14] maintenance.  You know what I'm talking about?
[15]     A.  The maintenance records we have?
[16]     A.  Yes.
[17]     A.  I think it's -- there's a separate database
[18] on that.
[19]     Q.  Right.
[20]         In other words, it is true, is it not, that
[21] you have a maintenance database that, for the
[22] maintenance pulled on each individual trailer, if it
[23] was pulled on it, you have a record of that
[24] maintenance?
[25]     A.  Yes, we do.

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 73

[1]     MR. PENTON: Okay. Mr. Lambert just showed me
[2] Bates No. 404. That's the -- you see that, in 1B in
[3] 404? You could see that, Mr. Hume, that it does
[4] provide a CD ROM to be kept for three years.
[5]     We would ask, John, that Bechtel maintain
[6] that beyond that three-year requirement -- this is
[7] '08 right now -- because that's evidence, and we had
[8] requested that from -- in fact, I'd requested that
[9] very CD ROM. And since it shouldn't be a burden,
[10] we'd like you to produce it, if you could, to us.
[11]     MR. HAINKEL: We have a litigation --
[12]     MR. PENTON: We've asked --
[13]     MR. HAINKEL: -- hold on it. We're not going to
[14] do anything with the information. And, you know,
[15] really, that's not -- it's probably a privacy act.
[16] Whatever you guys work out, we're going to follow
[17] whatever the court tells us to do.
[18]     MR. PENTON: All right. Well, I think I had
[19] requested it in -- in production is what I'm saying,
[20] and I just want to try to work that out, if I need to
[21] request it again so we can tee it up for the judge --
[22]     MR. HAINKEL: You don't need to request it again.
[23]     MR. PENTON: Okay.
[24]     MR. HAINKEL: It's there.
[25]     MR. PENTON: All right.

---

Page 74

[1]     MR. HAINKEL: Your request is there.
[2]     MR. PENTON: I'll request it, and we'll do what
[3] we got to do, okay?
[4]     MR. HAINKEL: Okay.
[5] BY MR. PENTON:
[6]     Q.  If you take a look at 102 under the remarks of
[7] the task chart there, it says, "The contractor shall
[8] establish and maintain maintenance log (sic) for every
[9] structure installed as a result of Task Order 3."
[10]     Do you see that?
[11]     A.  Yes.
[12]     Q.  And you see that it says, "This log will include
[13] all maintenance calls; example, issues identified and
[14] time and status of remedy"?
[15]     Do you see that?
[16]     A.  Yes.
[17]     Q.  So I'm assuming that all of that data is
[18] supposed to be on this CD ROM; is that your
[19] understanding?
[20]     A.  Yes.
[21]     Q.  Okay. Good. Let's look at Bates No. 140.
[22]     What type of document is this? It looks a
[23] little bit different than some of the others I've
[24] looked at.
[25]     (The witness reviews the document.)

---

Page 75

[1]     THE WITNESS: This looks like a continuation
[2] sheet to a mod, a contract modification.
[3] BY MR. PENTON:
[4]     Q.  Okay. You see right there where it starts in --
[5] in -- about 25 percent down, "Perform initial management
[6] mobilization not included in other task orders"?
[7]     Do you see that?
[8]     A.  Yes.
[9]     Q.  "Provide a program management organization
[10] including engineering, construction, project controls,
[11] procurement, subcontracts, human resources" -- is that
[12] "OA&S's"?
[13]     A.  OA&S.
[14]     Q.  What does that mean?
[15]     A.  Office Administration & Services.
[16]     Q.  And "IS&T," what is that acronym?
[17]     A.  That is --
[18]     Q.  Information --
[19]     A.  Information --
[20]     (Simultaneous speaking.)
[21]     (Reporter interrupts.)
[22] BY MR. PENTON:
[23]     Q.  IS&T, Information Systems & Technology.
[24]     "Public affairs."
[25]     What's "ES&R"?

---

Page 76

[1]     A.  That's ES&H.
[2]     Q.  "ES&H."
[3]     A.  Environmental Safety & Health.
[4]     Q.  Okay, Environmental Safety & Health.
[5]     "Security, project specific controller,"
[6] correct? "Craft payroll and expenses reports.
[7] Contract."
[8]     The next sentence says, "This management
[9] organization will provide overall project management,
[10] project tracking, and reporting, development of draft
[11] work plans and business proposals, administration of
[12] government property, and development of a temporary
[13] housing unit database."
[14]     Do you see that?
[15]     A.  Yes.
[16]     Q.  Do -- does Bechtel have in its possession a
[17] temporary housing unit database?
[18]     A.  Yes.
[19]     Q.  And is it electronic?
[20]     A.  Yes, it is.
[21]     Q.  And do you have a litigation hold on that
[22] database also?
[23]     MR. HAINKEL: The answer is correct, yes.
[24]     MR. PENTON: Yeah.
[25]

---

Bechtel Int'l 30(B)(6) Jack Hume                          In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

---

Page 77

BY MR. PENTON:

[2]   Q.   There's a litigation hold on all Bechtel
[3]   documents related to this project?
[4]       MR. HAINKEL:  We would like to talk to you about
[5]   that, but you are correct.
[6]       MR. PENTON:  All right.
[7]   BY MR. PENTON:
[8]   Q.   What is contained in that temporary housing unit
[9]   database?
[10]  A.   That's the database of the 36,000 THUs.
[11]  Q.   Let me ask you something.  In that database, do
[12]  you have the name of the resident?  Is that one of the
[13]  elements you have in it?
[14]  A.   Yes.
[15]  Q.   Do you have, like, the number -- identifying
[16]  number of the trailer?
[17]  A.   Yes.
[18]  Q.   Do you have the location where it was installed
[19]  and accepted by FEMA?
[20]  A.   Yes.
[21]  Q.   Do you have -- you don't have anything on
[22]  maintenance because that's in a separate database,
[23]  correct?
[24]  A.   Correct.
[25]  Q.   What other data is in this database?

---

Page 78

[1]   A.   The FEMA bar code which is a -- the THU
[2]   identifier --
[3]   Q.   Right.
[4]   A.   -- the location, county.  And I can't
[5]   remember everything off the top of my head; it's been
[6]   a while since I've seen it, but it's --
[7]       MR. LAMBERT:  Length of occupancy, obviously.
[8]       THE WITNESS:  No.
[9]       MR. LAMBERT:  No?
[10]  BY MR. PENTON:
[11]  Q.   All right.  And so --
[12]      MR. LAMBERT:  Date of implementation?
[13]      MR. PENTON:  Hold on, Skip.
[14]      MR. LAMBERT:  I'm sorry.
[15]      MR. PENTON:  Hold on.  Hold on.
[16]      THE WITNESS:  Date of RFO.
[17]      MR. LAMBERT:  Okay.
[18]  BY MR. PENTON:
[19]  Q.   All right.  Now let me ask you this:  If I --
[20]  if -- if -- if I was -- if I were one of your people
[21]  working with Bechtel, and I said:  Mr. Hume, I've got a
[22]  man who was living in a mobile home and it got blown
[23]  away.  His name was Danny Becnel.  He's living in a
[24]  mobile home and I want to know, you know, if he was in a
[25]  FEMA trailer and I want to know where it was located,

---

Page 79

[1]   where it was issued to him, and when.  And I want to know
[2]   the bar code number and I want to know what kind of
[3]   trailer that was, will that database tell me that?
[4]   A.   That database will tell you that.
[5]   Q.   Okay.  And it's like an electronic search, like
[6]   instant, correct?
[7]   A.   As I recall, it's an Excel spreadsheet.
[8]   Q.   All right.
[9]   A.   So I don't know if it's an instantaneous
[10]  search.  You may have to do some --
[11]  Q.   Okay.
[12]  A.   -- scrolling.
[13]  Q.   All right.  No problem.
[14]  A.   Sort it alphabetically or by address or
[15]  something.
[16]  Q.   All right.  Good.
[17]      So basically, this -- this looks like a
[18]  modification to a contract that all it does,
[19]  basically, is it looks like it identifies all the
[20]  resources of Bechtel that's coming to bear on this
[21]  project in various departments and --
[22]  A.   What this task order covered was the project
[23]  management organization.  This was the follow-up to
[24]  Task Order 1 and 2.
[25]  Q.   I see.

---

Page 80

[1]   A.   Subsumed them.  And so this covered
[2]   non-task-order-specific personnel, people that worked
[3]   on everything.
[4]   Q.   All right.  Let's look at Bates No. 190, "Report
[5]   Administration, Task Order" -- I don't know -- "16,
[6]   revision 1," maybe.
[7]       Do you see that?
[8]   A.   Yes.
[9]       (Sotto voce conference between Mr. Lambert and
[10]  Mr. Penton.)
[11]  BY MR. PENTON:
[12]  Q.   "Report Administration."
[13]      Do you see under the Remarks, "The
[14]  contractor shall develop, design, run, administer,
[15]  maintain, and provide a technical staff to support a
[16]  comprehensive database to capture information
[17]  obtained from approximately 200 -- 2,000 shelter
[18]  occupants," do you see that?
[19]  A.   Yes.
[20]  Q.   Can you tell me what the scope of this task was
[21]  and why is it 2,000?  I mean, you guys did 35,000 travel
[22]  trailers.
[23]  A.   This was very early in the campaign.  What
[24]  this task order had us do was create a Web-based
[25]  database for FEMA to keep track of applicants and

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume<br/>August 21, 2008

---

Page 81

[1] occupants. So our task here was to develop the
[2] database, which we did. We initially -- we did some
[3] initial loading of it, and then it was turned over to
[4] FEMA.
[5]     Q.  And you didn't maintain it?
[6]     A.  No.
[7]     Q.  Okay. Well, you say it was early -- well, I
[8] note that the performance is September 13th, '05, to
[9] May 31st, '06, correct?  Correct?
[10]     A.  Yes.
[11]     Q.  And it says Task Order 16. So that's -- that's
[12] way up there, I mean, in terms of number -- the numbers.
[13] But you think it was earlier?
[14]     (Sotto voce conference between Mr. Lambert and
[15]     Mr. Penton.)
[16]     MR. LAMBERT:  That's what I think this is a part
[17] of.
[18]     MR. PENTON:  Okay.
[19] BY MR. PENTON:
[20]     Q.  But you turned -- that was turned over and --
[21] after the database was designed, correct?
[22]     A.  Yes.
[23]     Q.  All right.
[24]     A.  I think we might have maintained it on the
[25] Web. It was on our server until we got it off.  But

---

Page 82

[1] I don't recall those details.
[2]     Q.  Okay. Take a look at Bates No. 210, Task Order
[3] 18, revised September 30th, 2005.
[4]     Got it?
[5]     A.  Uh-huh.
[6]     Q.  Look under the Project Funding, "The contractor
[7] will design, develop, construct group -- group sites and
[8] EGS as determined by FEMA."
[9]     This is basically a group site task?
[10]     A.  Typical trailer park.
[11]     Q.  Okay. Take a look at the top paragraph. It
[12] says, "The contractor shall provide any air quality,
[13] water quality, water discharge, environmental impact, and
[14] other related environmental monitoring requested by
[15] resource agency as a condition to developing the site."
[16] And it goes on and on and talks about wetland and
[17] environmental phase studies.
[18]     Tell me within this scope of work what air
[19] quality task that Bechtel performed in connection
[20] with this task in the development of group sites.
[21]     A.  The -- for each of the group sites, there
[22] was like a mini- -- a small environmental impact
[23] assessment performed. And we didn't do any testing.
[24] But what we had to do was for our group site, we had
[25] to identify what part of the ultimately constructed

---

Page 83

[1] site would cause an impact on air quality or
[2] environmental impact of nature.
[3]     Q.  Okay. Was that air quality outside or inside?
[4]     A.  This is referring to the sites itself.
[5]     Q.  The site itself?
[6]     A.  The site itself.
[7]     Q.  Did Bechtel as a part of any contract or task
[8] order ever perform any work whatsoever or any task that
[9] had anything to do with the measurement or the -- the
[10] measurement or the curing or the correction or the
[11] evaluation of indoor air quality of these travel
[12] trailers?
[13]     MR. MILLER:  Objection; compound.
[14] BY MR. PENTON:
[15]     Q.  It is compound, but it's all really the same
[16] question. You okay with it?
[17]     A.  Is the question, is did we do any interior
[18] air monitoring?
[19]     Q.  You got it.
[20]     A.  No, we did not.
[21]     Q.  In fact, after the OSHA test you were asked to
[22] do that and you told -- you told FEMA that that wasn't
[23] within your scope of work, correct?
[24]     A.  Correct.
[25]     Q.  And this -- that -- the scope of work -- I know

---

Page 84

[1] you told me this. I want to remind myself.
[2]     Who did you tell me probably would have
[3] interfaced with FEMA on that, Phil Schuetz?
[4]     A.  That was Phil, yes.
[5]     Q.  That was Phil Schuetz.
[6]     And then you -- then you testified after
[7] that that, to your knowledge, no one ever came to
[8] your staging sites where your trailers were to
[9] perform indoor air monitoring or testing?
[10]     A.  Correct.
[11]     Q.  Okay. Your --
[12]     MR. PENTON:  Write it down, Skip.
[13]     MR. LAMBERT:  Okay.
[14] BY MR. PENTON:
[15]     Q.  Your employee, John Simms, did he -- did he
[16] continue to live in that trailer and what kind of trailer
[17] was it?
[18]     A.  As I understand, he did continue to live in
[19] that trailer.
[20]     Q.  Okay.
[21]     A.  And I don't know what kind it was.
[22]     Q.  All right. Do you know who provided it?
[23]     A.  FEMA.
[24]     Q.  FEMA provided it?
[25]     A.  (Nodding head.)

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 85

[1] Q. So the Bechtel employees actually were living in
[2] the trailers also?
[3] A. Yes.
[4] MR. HAINKEL: Do you need to take a break or are
[5] you all right?
[6] THE WITNESS: I'm fine.
[7] MR. PENTON: Yeah, we can take a break anytime
[8] you want to.
[9] MR. HAINKEL: Well, we need -- we want to push
[10] through because he's --
[11] MR. PENTON: Okay.
[12] MR. HAINKEL: -- got a ...
[13] THE WITNESS: It could be a Georgian emergency.
[14] But if it is, they'll call back.
[15] MR. HAINKEL: Just off the record real quick.
[16] He's got a contract --
[17] (Reporter interrupts.)
[18] MR. HAINKEL: -- in Georgia.
[19] (Reporter interrupts.)
[20] MR. HAINKEL: Okay.
[21] MR. PENTON: Let's go off the record.
[22] THE VIDEOGRAPHER: We're going off the record.
[23] The time is 10:23.
[24] (Recess taken.)
[25] THE VIDEOGRAPHER: We're back on the record. The

---

Page 86

[1] time is 10:35.
[2] Please begin.
[3]     EXAMINATION
[4] BY MR. LAMBERT:
[5] Q. Mr. Hume, my name is Hugh Lambert. I introduced
[6] myself earlier on the record. I've got a few follow-up
[7] questions for you.
[8]     You've told us basically about Bechtel's
[9] function. I'd like to direct your attention, if I
[10] could, please, to the documents that have to do with
[11] the setup. Begins with Exhibit 4, Site Inspection.
[12] And then Exhibit 6 is Manufactured Homes, Bates No.
[13] Exhibit 373.
[14]     On 375, in Manufactured Homes, there is a --
[15] under Blocking and Leveling, paragraph 2.4.1, there's
[16] a soil-bearing capacity requirement which is
[17] 1,000 pounds per square foot.
[18]     Do you know where that comes from? Is that
[19] a manufacturer specification, do you know?
[20] A. No, this is -- this is a FEMA specification.
[21] Q. Okay.
[22] A. FEMA-provided specification. And I don't
[23] know where they got it from.
[24] Q. Okay. It also discusses the piers that -- that
[25] these manufacturing homes, they would be placed on. Now,

---

Page 87

[1] this would be with regard to the 1,400 units that you
[2] told us about, right, approximately?
[3] A. About 1400 units.
[4] Q. 1400 units, right?
[5] A. Yeah, about.
[6] Q. So with regard to the remainder of the 36,000,
[7] those would have been travel trailers, correct?
[8] A. There was a third model called a park
[9] model --
[10] Q. Okay.
[11] A. -- which is like a little bit bigger --
[12] Q. Right.
[13] A. -- travel trailer.
[14] Q. Has a slide-out or something like that?
[15] A. (Nodding head.)
[16] Q. What -- what breakdown do you think there was of
[17] travel trailers versus park models?
[18] A. There were just a couple hundred park
[19] models.
[20] Q. Okay. So we're still in the 35,000 range travel
[21] trailers, great majority, correct?
[22] A. Pretty close.
[23] Q. Okay. So what I'm -- when I look at the travel
[24] trailer installation, Exhibit 7, there's -- there's
[25] really no -- under Blocking and Leveling, which is 2.1.2,

---

Page 88

[1] there's no soil specification in there I suppose because
[2] HUDD -- is that -- that's standard -- the
[3] 1,000-pounds-per-square-foot standard obviously doesn't
[4] apply, or maybe it doesn't apply to travel trailers; is
[5] that something that your engineering department would
[6] have determined?
[7] A. No. In -- from a practical perspective, we
[8] applied the HUDD standards to all the THUs --
[9] Q. Okay.
[10] A. -- that we installed.
[11] Q. So what I'm -- what I'm asking you is: The
[12] soil-bearing capacity issue isn't in the document which
[13] is Exhibit 383 having to do with travel trailers?
[14] A. Correct.
[15] Q. So what are you telling me, that -- that you use
[16] the 1,000-pounds-per-square-foot soil-bearing capacity
[17] number for travel trailers?
[18] A. Well, you have to understand what you use
[19] that soil-bearing capacity for.
[20] Q. I understand. Tell me.
[21] A. And that was for the tie-downs, not the
[22] blocking.
[23] Q. Okay.
[24] A. And the tie-downs for travel trailers were
[25] dictated by FEMA.

---

Min-U-Script®

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

Page 89

[1] **Q.** Well, that -- that's in a separate paragraph
[2] here. 2.1.3 is Anchoring and Straps.
[3] **A.** Uh-huh.
[4] **Q.** That -- that's not where we are right now. This
[5] just talks about putting the trailer on piers, which is
[6] blocking and leveling.
[7]     And I'm asking you: Do you know whether or
[8] not the soil-bearing capacity was an issue with
[9] regard to the travel trailers because it's not in
[10] there?
[11] **A.** I don't believe it was an issue.
[12] **Q.** Okay. So, now, what it does say is that there's
[13] going to be a piece of plywood put down, a
[14] three-quarter-inch plywood, 24 by 24, to support the
[15] piers.
[16]     Do you know where that came from?
[17] **A.** This is all FEMA specification.
[18] **Q.** Okay. What did Bechtel have to do with the
[19] creation of this exhibit?
[20] **A.** Nothing.
[21] **Q.** This came directly from FEMA?
[22] **A.** Yes.
[23] **Q.** Do you know who or where this document -- let me
[24] back up a second.
[25]     You said earlier that there was a document

Page 90

[1] that was a combination of man- -- of manufacturers'
[2] requirements, local codes and standards and -- what
[3] was the third?
[4] **MR. MILLER:** FEMA.
[5] **MR. LAMBERT:** Yeah, FEMA requirements.
[6] **BY MR. LAMBERT:**
[7] **Q.** Where did -- and -- and I think you said that
[8] you thought Bechtel put those things together. Is this
[9] the document that describes the integration of those
[10] three?
[11] **A.** No.
[12] **Q.** Okay. Where is that --
[13] **A.** The document I referred to are the
[14] subcontracts --
[15] **Q.** Okay.
[16] **A.** -- that we issued.
[17] **Q.** Uh-huh.
[18] **A.** And as a part of the subcontracts, we have a
[19] technical specifications section.
[20] **Q.** Right.
[21] **A.** And in that section we included exactly the
[22] FEMA specifications.
[23] **Q.** Which is what I'm looking at?
[24] **A.** Which is what we're looking at.
[25] **Q.** Okay.

Page 91

[1] **A.** And added reference to the Mississippi
[2] code -- codes and standards --
[3] **Q.** Right.
[4] **A.** -- and manufacturers' installation
[5] requirements.
[6] **Q.** Okay. And so far in the documents that we've
[7] looked at, you don't see one of those subcontracts; is
[8] that fair?
[9] **A.** In nothing that we've looked at this
[10] morning.
[11] **Q.** Yeah. Okay.
[12] **MR. LAMBERT:** Do you have a copy of one of those
[13] subcontracts?
[14] **MR. HAINKEL:** I don't, no.
[15] **MR. LAMBERT:** Okay.
[16] **MR. HAINKEL:** I mean, yeah, I have a copy but not
[17] with me.
[18] **MR. LAMBERT:** Not with you. Okay.
[19] **BY MR. LAMBERT:**
[20] **Q.** Now, obviously, these travel trailers are
[21] originally designed to be hooked up and towed behind a
[22] truck or a car or whatever, correct?
[23] **A.** Yeah, I think so.
[24] **Q.** All right. And in this application, they're
[25] being put on piers in a semi-permanent or stable -- more

Page 92

[1] stable condition, I guess, you'd say. And there are
[2] steps being constructed for ingress and egress, correct?
[3] **MR. BONE:** Object to form.
[4] **THE WITNESS:** Yes.
[5] **BY MR. LAMBERT:**
[6] **Q.** And there's plumbing that's hooked up that goes
[7] to some form of -- I guess in the -- in the sites that
[8] are constructed, some sorm of -- some form of waste water
[9] treatment, correct?
[10] **A.** Mostly -- on the sites, mostly septic
[11] systems.
[12] **Q.** Right. And then there's provisions for
[13] connecting electricity and so on, correct?
[14] **A.** Yes.
[15] **Q.** And that kind of converts this travel trailer
[16] into a temporary housing unit, correct?
[17] **MR. BONE:** Object to form.
[18] **THE WITNESS:** Yes.
[19] **BY MR. LAMBERT:**
[20] **Q.** Did Bechtel -- I guess Bechtel's subcontract,
[21] which you've told us about, we don't have a copy of right
[22] now, is what outlines the steps that need to be done to
[23] do that? In other words, to -- to take this travel
[24] trailer and -- and sort of convert it to a temporary
[25] housing unit, correct?

Bechtel Int'l 30(B)(6) Jack Hume                                    In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

---

Page 93

[1]   A.  The subcontract is to -- our instructions to
[2]  subcontractors on how to install --
[3]   Q.  Okay.
[4]   A.  -- the travel trailers or the manufactured
[5]  homes.
[6]   Q.  Okay.  Well, we're going to stick with the
[7]  travel trailers because that's -- that's what -- that's
[8]  what the great majority of this 36,000 units was for the
[9]  purposes of these questions, okay?
[10]   A.  Okay.
[11]   Q.  And the manufactured home, just for reference,
[12]  when we dispose of it very quickly, that's the way
[13]  they're generally set up.  In other words, manufactured
[14]  homes go to a place and they get blocked and leveled in
[15]  the normal course of their use, correct?
[16]   MR. BONE:  Object to form.
[17]   MR. MILLER:  Objection.
[18]   (Simultaneous speaking.)
[19]  BY MR. LAMBERT:
[20]   Q.  Go ahead and answer.
[21]   MR. MILLER:  Foundation.
[22]   THE WITNESS:  Yes.
[23]  BY MR. LAMBERT:
[24]   Q.  All right.  The travel trailer is being used
[25]  that way in this instance, meaning, it's being blocked

Page 94

[1]  and leveled with steps installed and so on, which is, you
[2]  agree with me, is different than its normal use?
[3]   A.  I'm not a --
[4]   MR. MILLER:  Object to foundation.
[5]   THE WITNESS:  -- travel trailer expert.
[6]  BY MR. LAMBERT:
[7]   Q.  No, I understand you're not.  But, I mean, you
[8]  see them; they're all out there.  They got a trailer
[9]  hitch on them and wheels, and they're pulled behind a
[10]  car, correct?
[11]   A.  Yep.
[12]   Q.  Now, in addition to Bechtel's specifications to
[13]  the subcontractors, did Bechtel also inspect the
[14]  installations once they were done to see if they'd been
[15]  done consistent with the subcontract?
[16]   A.  Yes, we did.
[17]   Q.  Okay.  And how many people did you have doing
[18]  that?  And I know it changed.  Give me a general number.
[19]   A.  Oh, I don't know the number.  We had 400
[20]  people at peak on staff.
[21]   Q.  Okay.
[22]   A.  And I don't know how many of them were
[23]  directly associated with inspections.
[24]   Q.  Most of the people that Bechtel had on staff in
[25]  connection with this project were in a, I call it,

---

Page 95

[1]  quality control, QA/QC mode.  In other words, they
[2]  weren't actually doing the physical work; they were
[3]  making sure the work was done pursuant to these
[4]  subcontracts, correct?
[5]   A.  They actually did some of the work
[6]  themselves --
[7]   MR. MILLER:  Objection.  Hold on.  Hold on.
[8]   (Reporter interrupts.)
[9]   MR. MILLER:  Let me object.
[10]   Objection; assumes facts not in evidence.
[11]  BY MR. LAMBERT:
[12]   Q.  Go ahead.  Go ahead and answer.
[13]   A.  I need to hesitate longer.
[14]   MR. HAINKEL:  Go ahead.
[15]  BY MR. LAMBERT:
[16]   Q.  No, you know what, I should have given -- let me
[17]  just change the question just so it's a little bit
[18]  better.
[19]   Of the 3- or 400 people that were on staff,
[20]  what percentage of those people -- and I'm asking for
[21]  general numbers, just to get an idea of Bechtel's
[22]  role -- what percentage of those people were involved
[23]  in, you know, direct maintenance activities or setup
[24]  activities versus -- and I'm ask-- and I'm talking
[25]  about once the project sort of got running -- and

Page 96

[1]  what percentage were making sure that the
[2]  subcontractors were performing the tasks
[3]  appropriately with regard to these subcontracts?
[4]   A.  I couldn't hazard a guess at that percentage
[5]  either.
[6]   Q.  Okay.
[7]   A.  I don't know I mean.
[8]   Q.  All right.  But you do know, and we've already
[9]  looked at -- at these documents that the -- one of the --
[10]  one of the tasks that Bechtel had was to make sure that
[11]  the travel trailer was properly installed -- is a fair
[12]  word, I think -- in its -- in its location, whether it
[13]  was in a -- in a -- in a site that was prepared by
[14]  Bechtel or whether it was on an individual site, but it
[15]  was -- it was done the way it was supposed to be done
[16]  from a contract standpoint, correct?
[17]   A.  That's correct.
[18]   Q.  Okay.  Now, the engineering department that you
[19]  told us about, I think you said was in Maryland; is that
[20]  right?
[21]   A.  No.
[22]   Q.  Okay.  Sam Garde --
[23]   A.  Sam is currently in Maryland.
[24]   Q.  Okay, currently in Maryland.
[25]   Where was he when the engineering was being

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 97

[1] done for the travel trailer setups?
[2] A. Initially in the Jackson office.
[3] Q. Okay.
[4] A. And subsequently with me at Pass Christian.
[5] Q. Okay. And --
[6] A. Christian.
[7] Q. Pass Christian.
[8]     Do you know if he used the travel trailers'
[9] manufacturer specifications in terms of designing the
[10] blocking and leveling?
[11]     MR. HAINKEL: Well, I'm going to object lack of
[12] foundation. I mean --
[13] BY MR. LAMBERT:
[14] Q. Go ahead and answer it.
[15] A. Can I answer?
[16] Q. You can answer.
[17] A. We didn't design it. The instructions --
[18] the FEMA instructions are pretty clear on how to
[19] block the trailers. The only design we did was for
[20] group sites.
[21] Q. Okay. No, I understand.
[22]     But in the beginning of the questioning
[23] today, you mentioned that the manufacturer
[24] specifications in terms of travel trailers were -- I
[25] don't remember your exact words, but they were sort

---

Page 98

[1] of lacking, thin, maybe nonexistent in some
[2] instances. Go ahead.
[3]     MR. BONE: Object to form.
[4] BY MR. LAMBERT:
[5] Q. My question -- my question to you is: Where did
[6] the manufacturer specifications for blocking, leveling,
[7] jacking, however you want to put it, come from?
[8]     MR. MILLER: Objection; foundation.
[9]     THE WITNESS: The manufacturers' manuals,
[10] instructions, were received from a large number of
[11] manufacturers. And I haven't looked at any of those
[12] personally so I don't know what the contents of them
[13] are.
[14] BY MR. LAMBERT:
[15] Q. Okay. Is it your guess that the engineering
[16] department which Sam -- is it Garde?
[17] A. Garde.
[18] Q. Garde. That he -- that he would be the one who
[19] likely looked at those?
[20]     MR. HAINKEL: I'm going to object and ask the
[21] witness not to guess. But if he knows the answer to
[22] that question --
[23]     MR. LAMBERT: Okay.
[24]     THE WITNESS: Yeah, no, I -- I don't know.
[25]

---

Page 99

[1] BY MR. LAMBERT:
[2] Q. Okay. Well --
[3] A. I would have to -- if I said, I would be
[4] guessing.
[5] Q. Okay. So is there anybody else you can think of
[6] that is likely to have looked at those manufacturer
[7] specifications for travel trailers other than him? Was
[8] it maybe somebody who worked for him?
[9] A. I would suspect a large number of people
[10] did.
[11] Q. Okay.
[12] A. But I couldn't surmise who they'd be.
[13] Q. Okay. Do you know of any distinctions between
[14] travel trailer manufacturers insofar as the subcontracts
[15] were concerned for blocking and leveling?
[16] A. You got two questions there.
[17] Q. All right. Let me -- let me break it down
[18] because maybe I'm confused.
[19]     We know that there's a bunch of different
[20] manufacturers of travel trailers, correct?
[21] A. Yes.
[22] Q. And you men-- you mentioned a minute ago that
[23] you had operator manuals or whatever title the particular
[24] book has -- owners manuals -- manufacturers'
[25] specifications for these -- different ones for these

---

Page 100

[1] different trailers, correct?
[2] A. I know -- I know we had several --
[3]     MR. BONE: Objection; compound.
[4] BY MR. LAMBERT:
[5] Q. Go ahead.
[6] A. I know we had several manufacturers'
[7] manuals, yes.
[8] Q. Yes. Okay.
[9]     And but in the -- in the subcontracts, are
[10] there distinctions between different travel trailer
[11] models for the way that they are leveled or blocked?
[12] A. No, I don't believe so.
[13] Q. So they -- it's uniform, correct?
[14] A. Yes.
[15] Q. Okay. So if one -- one manufacturer -- or
[16] scratch that.
[17]     Do you know of any prohibition against
[18] lifting the weight of a travel trailer off of its
[19] wheels in the process of setting it up?
[20]     MR. MILLER: Objection; vague.
[21]     THE WITNESS: I'm really not a travel trailer
[22] expert.
[23] BY MR. LAMBERT:
[24] Q. I know you're not. But you're a guy that did
[25] the construction work in terms of setting up these

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

**Page 101**

[1] 36,000, 35,000 plus or minus travel trailers, correct?
[2]     MR. MILLER: Objection; mischaracterizing the
[3] witness's testimony --
[4]     THE WITNESS: Correct.
[5]     MR. MILLER: -- compound.
[6]     THE WITNESS: Yes, I was.
[7] BY MR. LAMBERT:
[8]     Q. Okay. So my question to you is: Do you know --
[9] are you aware of any prohibition against lifting the
[10] weight off of the wheels of a travel trailer?
[11]     MR. MILLER: Objection; foundation.
[12]     THE WITNESS: No, I'm not.
[13]     (Simultaneous speaking.)
[14]     (Reporter interrupts.)
[15]     MR. HAINKEL: Okay. Go ahead and answer.
[16] BY MR. LAMBERT:
[17]     Q. No, you're not?
[18]     A. No, I'm not.
[19]     Q. Okay. And you know that in fact that was done,
[20] correct?
[21]     A. Yes, I do.
[22]     Q. Okay. If there were any -- or scratch that.
[23]     Were you generally familiar with maintenance
[24] issues of travel trailers?
[25]     A. Generally?

---

**Page 103**

[1]     A. Correct.
[2]     Q. Okay. Do you recall any complaints with regard
[3] to leaking of travel trailers?
[4]     A. Leaking?
[5]     Q. Water leaks from rain outside, environmental.
[6]     Let me make sure the question is clear
[7] because you're struggling with it, and I don't want
[8] you to.
[9]     A. No, I'm trying to think.
[10]     Q. Oh, okay. Maybe it's -- maybe it's a good
[11] question, and you just took a while to --
[12]     MR. HAINKEL: Do you remember any complaints
[13] about water leaking inside the trailers?
[14] BY MR. LAMBERT:
[15]     Q. Yeah, you know --
[16]     A. Yeah.
[17]     Q. -- from rain?
[18]     A. And I do recall one.
[19]     Q. Okay. Do you recall, other than the person that
[20] you told us about, the employee that you told us about
[21] that complained about the smell, do you recall any other
[22] complaints other than his one?
[23]     MR. HAINKEL: I'm going to object to the form of
[24] the question. I don't think he characterized it that
[25] way.

---

**Page 102**

[1]     Q. Uh-huh.
[2]     A. Yeah, I'd say generally, yes.
[3]     Q. Okay. Did you ever or do you recall -- and of
[4] course the records are going to -- once we get them and
[5] look at them, we'll be able to see what was recorded in
[6] the maintenance records.
[7]     Would those maintenance records include
[8] complaints like, for example, of leaking doors or
[9] windows and stuff like that?
[10]     A. Yes.
[11]     Q. Hard to close or open --
[12]     A. Stuck.
[13]     Q. -- doors or windows?
[14]     Stuck, right.
[15]     Did you ever attribute any of the stuck
[16] doors or windows to distortion of the shell of the
[17] travel trailer?
[18]     A. Not that I'm aware of.
[19]     Q. Okay. You're unaware of an issue regarding
[20] lifting the weight of the wheels of the tra- -- the
[21] weight off of the wheels of the travel trailer creating a
[22] shell distortion which could cause binding of doors or
[23] windows? You're unaware of that?
[24]     A. I am unaware of that.
[25]     Q. Unaware, correct?

---

**Page 104**

[1] BY MR. LAMBERT:
[2]     Q. Do you know what that means?
[3]     MR. HAINKEL: Go ahead. You can answer.
[4] BY MR. LAMBERT:
[5]     Q. Just means he objects. You can answer the
[6] question.
[7]     A. What he said is he doesn't think you said
[8] what I said --
[9]     Q. Right.
[10]     A. -- earlier.
[11]     Q. That's what he said, but I think I did.
[12]     A. There were -- there were calls received by
[13] the call center relative to smells.
[14]     Q. Okay. And so those calls came from more than
[15] just the one person that you identified as an employee of
[16] Bechtel, correct?
[17]     A. Oh, yeah. He didn't make a call.
[18]     Q. Oh, he just talked to you?
[19]     A. Yeah.
[20]     Q. Now, we -- we heard from a fella yesterday who
[21] has done testing of travel trailers for formaldehyde in
[22] the Mississippi area who was ready, willing, and able to
[23] do that and apparently had the qualifications to do so.
[24]     Did FEMA ever discuss with you that there
[25] was someone who had already tested trailers and --

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 105

[1] when they asked you if you'd do it?
[2]    MR. BONE: Object to the narrative.
[3]    THE WITNESS: Not that I'm aware of.
[4] BY MR. LAMBERT:
[5]    Q. Okay. Is it your testimony that Bechtel doesn't
[6] have the capacity to test for formaldehyde inside travel
[7] trailers?
[8]    A. I don't think I said that.
[9]    Q. You said it wasn't part of your --
[10]    A. Scope of work.
[11]    Q. -- scope of work?
[12]    A. Correct.
[13]    Q. Well, the government could change the scope of
[14] work, correct?
[15]    A. They could have.
[16]    Q. Okay. So they could have said: Okay, we want
[17] you, Bechtel, to do this work. And so since you don't
[18] have a work order that covers testing inside,
[19] here's a new one.
[20]    MR. MILLER: Objection --
[21] BY MR. LAMBERT:
[22]    Q. Right?
[23]    MR. MILLER: -- foundation, speculation.
[24]    THE WITNESS: They could have, yes.
[25]

---

Page 106

[1] BY MR. LAMBERT:
[2]    Q. Right. And you, Bechtel, meaning you're
[3] speaking for the corporation, clearly have the capability
[4] to do that testing for formaldehyde --
[5]    MR. MILLER: Objection --
[6] BY MR. LAMBERT:
[7]    Q. -- or any other gas, correct?
[8]    MR. MILLER: -- foundation.
[9]    THE WITNESS: We have air monitoring
[10] capabilities, yes.
[11] BY MR. LAMBERT:
[12]    Q. Okay. Do you know if the complaints that are
[13] recorded in the maintenance records from occupants of
[14] travel trailers were ever addressed, to your knowledge,
[15] by anyone other than Bechtel? Because you said Bechtel
[16] didn't do it.
[17]    A. The direction we had from FEMA -- because
[18] we're dancing around "the smells"; we're talking
[19] about formaldehyde -- is they gave us a script that
[20] we read to the occupant to establish that it was a
[21] formaldehyde-related call, and then we turned those
[22] over to FEMA for their direct handling.
[23]    Q. Okay. And what was the script?
[24]    A. I don't recall what it was.
[25]    Q. Well, give me the best recollection you have.

---

Page 107

[1] Was it one page?
[2]    A. Yeah. It was like three bullets.
[3]    Q. Three bullet points?
[4]    A. Three, four bullets. Yeah.
[5]    Q. Okay. And it would ask questions that were
[6] designed apparently to determine whether or not it was a
[7] formaldehyde-related smell?
[8]    A. Yes, I think so.
[9]    Q. Okay.
[10]    (Reporter clarifies.)
[11]    THE WITNESS: Yes, I think so.
[12] BY MR. LAMBERT:
[13]    Q. And how many of those calls do you think that --
[14] well, first of all, when did your contract end with FEMA?
[15] So when is the end of the maintenance records that would
[16] have included these kind of calls?
[17]    A. July of '06.
[18]    Q. July of '06?
[19]    A. Right off the top of my head, for
[20] maintenance.
[21]    Q. Okay. Now we're sitting here in '08 right now,
[22] August. So two years later, right?
[23]    A. (Nodding head.)
[24]    Q. You got to say it out loud.
[25]    A. Yes.

---

Page 108

[1]    Q. Okay. And so obviously -- who is doing this
[2] maintenance work -- who -- scratch that.
[3]    Who took over in July of '06 the maintenance
[4] function that Bechtel had?
[5]    MR. MILLER: Objection; foundation.
[6]    THE WITNESS: Ten contractors under direct
[7] contract to FEMA.
[8] BY MR. LAMBERT:
[9]    Q. They were your subs?
[10]    A. No.
[11]    Q. Okay. Who are those ten contractors?
[12]    A. I don't remember.
[13]    Q. Is there a list of them someplace?
[14]    A. No, because their -- didn't have anything to
[15] do with us. We handed off maintenance to them, and
[16] they took it --
[17]    Q. Okay.
[18]    A. -- working directly for FEMA.
[19]    Q. Did you ever have any discussions with any of
[20] those ten contractors, meaning a contact person with any
[21] of them?
[22]    A. Yes. We had to transition our work to them.
[23]    Q. Okay.
[24]    A. So we had contacts with all of them.
[25]    Q. All right. And were there records of those

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

**Page 109**

[1] contacts?

[2]　　**A.** Meeting minutes --

[3]　　**Q.** All right.

[4]　　**A.** -- were produced by FEMA, and we have

[5] records of -- we had to turn our information over to

[6] them --

[7]　　**Q.** Okay.

[8]　　**A.** -- individually. So we have transmittals of

[9] that transfer of information.

[10]　　**Q.** All right. Did they get a -- did they get a

[11] copy of the database that you told us about, the

[12] maintenance database?

[13]　　**A.** I don't remember.

[14]　　**Q.** All right.

[15]　　**A.** They did not get it from us.

[16]　　**Q.** All right.

[17]　　**A.** They might have gotten it from FEMA.

[18]　　**Q.** All right. The storm was obviously in August of

[19] '05. So Bechtel's total involvement was just shy of a

[20] year?

[21]　　**A.** Physically on the ground in Mississippi was

[22] just slightly over a year because we did our final

[23] demobilization mid-September, 2006.

[24]　　**Q.** All right. At that point in time, can you give

[25] me your best estimate of how many formaldehyde-related

---

**Page 110**

[1] complaints Bechtel was aware of?

[2]　　**A.** It was 95, 96, something like that.

[3]　　**Q.** Are you aware of any communication by FEMA

[4] wherein a notification was given to the people in the

[5] database that you told us about where you could identify

[6] the individual who lived in a trailer, a particular

[7] trailer, and where their location was, to -- to provide

[8] them with any sort of opportunity to answer those bullet

[9] points that FEMA had provided to you to determine if

[10] there was a formaldehyde issue in their unit?

[11]　　**MR. MILLER:** Objection.

[12]　　**MR. LAMBERT:** Let me do the question again.

[13]　　**MR. HAINKEL:** Yeah.

[14]　　**MR. LAMBERT:** Okay. Start again.

[15]　　**THE WITNESS:** I think I know what you said, but

[16] give it another shot.

[17]　　**MR. LAMBERT:** I think I do too, but let's see if

[18] I can make it clear on the record.

[19] BY MR. LAMBERT:

[20]　　**Q.** There's a database that's got everybody's name

[21] in it and the trailer they live in, right?

[22]　　**A.** Yes, there is.

[23]　　**Q.** Okay. Did FEMA ever ask Bechtel to notify those

[24] individuals of this issue of formaldehyde and possibly by

[25] sending them those -- that one-page bullet point thing

---

**Page 111**

[1] that said --

[2]　　**A.** No.

[3]　　**Q.** -- are you -- they didn't.

[4]　　So there -- there was a one-way street going

[5] on here. In other words, if the person complained

[6] and there was an attempt to determine if there was a

[7] formaldehyde in their unit but there was no attempt,

[8] that you're aware of, to go in the other direction

[9] where the occupants were actually asked whether or

[10] not they were experiencing issues with formaldehyde?

[11]　　**MR. HAINKEL:** Let me -- wait. I'm going to

[12] object to the form of the question because --

[13]　　**MR. LAMBERT:** That's fine.

[14]　　**MR. HAINKEL:** -- I don't think that's at all what

[15] the testimony was. I think he knows what you're

[16] trying to get to.

[17]　　**MR. MILLER:** Compound, vague.

[18]　　**MR. HAINKEL:** I don't under- -- I don't

[19] understand the question.

[20] BY MR. LAMBERT:

[21]　　**Q.** I do. Do you?

[22]　　**A.** Restate it.

[23]　　**Q.** It's a two-way street as far as information. In

[24] other words, in one direction the occupant says: I'm

[25] smelling something.

---

**Page 112**

[1]　　And then FEMA says: Answer these questions.

[2] And if it's -- if you answer the bullet points right,

[3] then it's a FEMA -- then it's a formaldehyde-related

[4] issue.

[5]　　And you know of about 100 of those, 90 or

[6] something, right? So far I'm right?

[7]　　**A.** So far you're right.

[8]　　**Q.** Okay.

[9]　　Now, since there is a smell issue related to

[10] formaldehyde, at least with 95 people within this

[11] year, was -- my question was: Are you aware of any

[12] request from the other direction, meaning FEMA

[13] saying: All y'all people that live in these

[14] temporary housing units, have you experienced any of

[15] these symptoms?

[16]　　**A.** I am aware of that.

[17]　　**Q.** Okay. They did ask?

[18]　　**A.** It was on TV.

[19]　　**Q.** Oh. The TV assumes that a person that lived in

[20] the trailer watched the TV and saw that.

[21]　　**A.** Yeah.

[22]　　**Q.** My question is: The database that you have

[23] identifies the individuals that live in the -- in the

[24] trailer, correct --

[25]　　**A.** That's correct.

---

　　　Min-U-Script®　　　**BEHMKE REPORTING & VIDEO SERVICES**

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 113

[1]  **Q.** -- in the temporary housing unit by that point.
[2]      Are you aware of any attempt to notify those
[3]  individuals through that database?
[4]  **A.** No, I'm not.
[5]  **Q.** Okay.
[6]  **MR. LAMBERT:** We can go ahead and change it now.
[7]  We're going to change the tape.
[8]  **THE VIDEOGRAPHER:** This marks the end of DVD
[9]  Number 1 in the deposition of Bechtel National,
[10]  Inc.'s 30(b)(6) deponent, Jack Hume.
[11]      We're going off the record. The time is
[12]  11:07.
[13]      (Off the record.)
[14]  **THE VIDEOGRAPHER:** We're back on the record.
[15]  Here marks the beginning of DVD Number 2 in the
[16]  deposition of Jack Hume. The time is 11:10.
[17]      Please begin.
[18]  **MR. LAMBERT:** Mr. Hume, thank you very much. I'm
[19]  going to pass you to the next questioner and hope
[20]  that we all make our flight. Thank you.
[21]  **MR. BONE:** I need a microphone.
[22]  **MR. HAINKEL:** Why don't -- can you switch places
[23]  with him?
[24]  **MR. BONE:** Is that all right? Yeah.
[25]  **MR. HAINKEL:** I think that would be easier for

---

Page 114

[1]  Jack and the camera. Otherwise, he's going to be
[2]  looking over him.
[3]  **THE VIDEOGRAPHER:** Do we want to go off the
[4]  record or just wait for him to come over here?
[5]  **MR. HAINKEL:** I think we can just wait.
[6]  **THE VIDEOGRAPHER:** Okay.
[7]  **MR. HAINKEL:** I'm sure you can edit all that out
[8]  if it ever needs to be used.
[9]  **MR. BONE:** Henry, would you pass me my computer.
[10]  **MR. LAMBERT:** Yeah, sure. Do you want to stay
[11]  plugged in or can I --
[12]  **MR. BONE:** It's unplugged.
[13]  **MR. LAMBERT:** Oh.
[14]      **EXAMINATION**
[15]  **BY MR. BONE:**
[16]  **Q.** Mr. Hume, my name is Jason Bone. We met briefly
[17]  before we got started this morning. I have just a few
[18]  follow-up questions based upon what you've already been
[19]  asked.
[20]      Do you have a copy of the documents that
[21]  your counsel has produced with you here today?
[22]  **A.** I don't know what I have with me here today.
[23]  **Q.** All right, sir.
[24]  **A.** I don't have all of them, no, if that's what
[25]  you're asking.

---

Page 115

[1]  **Q.** There was a letter from FEMA that was contained
[2]  in the documents. It's Bates-numbered 223 from Marcus
[3]  Tikotsky --
[4]      (Reporter clarifies.)
[5]  **MR. BONE:** T-I-K-O-T-S-K-Y.
[6]  **BY MR. BONE:**
[7]  **Q.** -- of September 3rd, 2005, to Scott Williamson
[8]  at Bechtel.
[9]      Who is Mr. Williamson?
[10]  **A.** Mr. Williamson was -- was one of our
[11]  business development managers.
[12]  **Q.** The -- I'll represent to you the letter, which
[13]  I'll hand to you --
[14]  **MR. MILLER:** Jason.
[15]      (Document handed to Mr. Bone.)
[16]  **MR. BONE:** Thanks.
[17]  **BY MR. BONE:**
[18]  **Q.** -- requests that Bechtel submit a technical
[19]  proposal in the form of a work plan essentially to
[20]  describe how it intends to implement what's being
[21]  requested of it by FEMA.
[22]      Is that your understanding of what was
[23]  requested of Bechtel by FEMA?
[24]  **MR. LAMBERT:** Bates number again?
[25]  **MR. BONE:** 223.

---

Page 116

[1]  **THE WITNESS:** Yes, that's my understanding.
[2]  **BY MR. BONE:**
[3]  **Q.** Was a work plan in fact submitted by Bechtel to
[4]  FEMA describing how Bechtel intended to implement what it
[5]  was being asked to do by FEMA?
[6]  **A.** Yes, it was.
[7]  **Q.** Do you have a copy of that work plan available?
[8]  **A.** Not today, I don't.
[9]  **Q.** Is it something that you would keep in the
[10]  ordinary course of your business?
[11]  **A.** Yes.
[12]  **Q.** Are you aware of other contractors such as the
[13]  Shaw Group or CH2M HILL or Fluor, who had similar
[14]  requests made upon them by FEMA?
[15]  **A.** What's your question?
[16]  **Q.** Are you aware that there were other contractors
[17]  who were performing similar duties under contracts with
[18]  FEMA as those performed by Bechtel?
[19]  **A.** Yes.
[20]  **Q.** Was there any steps taken by Bechtel when
[21]  providing FEMA with its work order or work plan to
[22]  coordinate with Shaw, CH2M HILL, or Fluor to ensure that
[23]  the tasks which were being asked to be discharged were
[24]  performed in a uniform manner regardless of who the
[25]  contractor was performing?

---

Bechtel Int'l 30(B)(6) Jack Hume                                    In Re: FEMA Trailer Formaldehyde Products
August 21, 2008

---

Page 117

[1]   A.  No.  We don't do that.  They're competitors.
[2]  They're on their own.
[3]   Q.  And so I take it from your response that there
[4]  was no communication amongst the three other contractors
[5]  I named and Bechtel with respect to the work performed
[6]  under this contract with FEMA, correct?
[7]   A.  Not relative to the work plan.
[8]   Q.  And I think you testified earlier you may have
[9]  had some group meetings with FEMA.  Did those group
[10]  meetings discuss the technical details of how each
[11]  contractor was going to be performing their scope of
[12]  work?
[13]   A.  Generally not.  The meetings with Corps of
[14]  Engineers led by the FEMA COTR were more issue
[15]  like -- issue-related meetings and
[16]  coordination-related meetings.
[17]   Q.  Essentially --
[18]   A.  And that was with just CH2 HILL (sic).
[19]   Q.  Right.  And so I take it that from that that
[20]  Shaw and Fluor were not parties to those meetings with
[21]  FEMA?
[22]   A.  Well, Fluor and Shaw were working in
[23]  Louisiana.  CH2 and ourselves were working in
[24]  Mississippi.
[25]   Q.  So the meetings you took part in only dealt with

---

Page 118

[1]  the status of the work being performed in Mississippi,
[2]  correct?
[3]   A.  Correct.  That was our scope.
[4]   Q.  When you submitted the initial work plan, was
[5]  the initial work plan to be limited to the state of
[6]  Mississippi or did you do it for the entire Gulf Coast
[7]  and then you were told by FEMA you would only be working
[8]  in Mississippi?
[9]   A.  I don't know the juxtaposition of time
[10]  between the submission of the work plan and the
[11]  determination for our work to be in Mississippi only.
[12]   Q.  The only work performed by Bechtel with respect
[13]  to the contract we're here for today, which is the
[14]  contract with FEMA to support the Temporary Housing
[15]  Assistance Program was performed by Bechtel in
[16]  Mississippi, correct?
[17]   A.  Correct.
[18]   Q.  And you had three staging areas -- in Jackson,
[19]  Harrison, and Hancock Counties?
[20]   A.  That's correct.
[21]   Q.  And those were the only staging areas that
[22]  Bechtel either oversaw or was involved with on a
[23]  day-to-day basis, correct?
[24]   A.  I'm saying yes, but I'm trying to think
[25]  because we worked in the northern nine counties a

---

Page 119

[1]  little bit.  There might have been a small temporary
[2]  staging area that we got set up.  But the three main
[3]  staging areas were the three you mentioned.
[4]   Q.  Of the work that was performed by Bechtel, what
[5]  percentage of it -- under the terms of this contract,
[6]  what percentage of it was subcontracted to third parties?
[7]   A.  I don't know that empirically.  But
[8]  approximately, better than 80 percent of it.
[9]   Q.  And your counsel was kind enough to furnish a
[10]  list in advance of the deposition of some subcontractors.
[11]  And I'd like to mark that as -- for identification
[12]  purposes as Exhibit 2.
[13]   And, sir, if you could refer to that list.
[14]   (Hume Exhibit 2 was marked for
[15]   identification.)
[16]   (The witness reviews the document.)
[17]  BY MR. BONE:
[18]   Q.  Is that a complete list of the subcontractors
[19]  that Bechtel was using in terms of the work performed
[20]  under the contract with FEMA?
[21]   A.  If this adds up to 74, yes.
[22]   Q.  Okay.  The total number of contractors you used
[23]  in the state of Mississippi was 74; is that correct?
[24]   A.  Seventy-four subcontracts.  Less
[25]  subcontractors.  Some subcontractors had more than

---

Page 120

[1]  one subcontract.
[2]   Q.  Do you know if there were third-tier
[3]  contractors?  In other words, were you aware that your
[4]  subcontractors were actually subcontracting out portions
[5]  of their work under the terms of their subcontracts with
[6]  Bechtel?
[7]   A.  Yes, that circumstance -- circumstance did
[8]  exist.
[9]   Q.  Do you know what -- how many third-tier
[10]  contractors were involved?
[11]   A.  No, I don't.
[12]   Q.  With respect to the three staging facilities
[13]  that Bechtel actually ran in Mississippi, were there
[14]  subcontractors who worked on one and then other
[15]  subcontractors who worked on another or did all of your
[16]  subcontractors work on all three staging areas?
[17]   A.  The primary interface with the
[18]  subcontractors in the staging areas was retrieval of
[19]  the THUs.  And I'm not aware of any delineation of
[20]  particular subcontractors to particular staging
[21]  yards.  But logistical common sense would say that
[22]  for the most part subcontractors would be hauling in
[23]  given counties to get it done in a timely manner.
[24]   Q.  Right.  So from your experience doing this in
[25]  other contexts, you would assume that certain contractors

---

Min-U-Script®

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 121

[1] worked in certain geographic locations which meant that
[2] they picked up from one or two of your staging areas and
[3] didn't work at all three at all periods of time, correct?
[4]     A.  Well, this is my first time doing this so
[5] I'm not relying on any other experience doing this.
[6] But that would -- seemed to make logical sense.
[7]         The maintenance subcontractors were defined
[8] by geographical area.
[9]         (Reporter clarifies.)
[10]     THE WITNESS:  Geographical area.
[11] BY MR. BONE:
[12]     Q.  Was it your understanding that the manner in
[13] which your subcontractors were performing their work was
[14] left to their discretion in terms of following the scope
[15] of work provided to them by Bechtel?
[16]     A.  Would you say that again before I answer
[17] that, make sure you said what I think you said?
[18]     Q.  Absolutely.
[19]         Was it Bechtel's intent that the work to be
[20] performed by its subcontractors under the terms of
[21] those subcontracts was going to be left to the
[22] discretion of the subcontractors?
[23]     A.  No.
[24]     Q.  Okay.  What was Bechtel's intent with respect to
[25] how the work was to be performed by the subcontractors?

---

Page 122

[1]     A.  Bechtel's intent was for the subcontractors
[2] to perform the work in accordance with their
[3] subcontracts.
[4]     Q.  But insofar as it was done in accordance with
[5] the subcontracts, the subcontractors had -- it was left
[6] to their discretion to implement what was being requested
[7] of them; is that correct?
[8]     A.  I'm not really sure what you're trying to
[9] ask.
[10]     Q.  Well, for example, did Bechtel produce
[11] checklists, documents that would ensure that one
[12] subcontractor would perform the work in a uniform manner
[13] with another subcontractor?
[14]     A.  Yes, we did.
[15]     Q.  Okay.  What types of documents were produced in
[16] subcontractors in that respect?
[17]     A.  They were installation checklists.
[18]     Q.  Were those documents produced by Bechtel or were
[19] they furnished by other sources?
[20]     A.  The RFO checklist was a FEMA-originated
[21] form.  And part of the contents of the RFO checklist
[22] were part of the installation checklist.  I believe
[23] that we developed the checklist stemming from FEMA
[24] specifications.  I don't FEMA -- I don't believe FEMA
[25] provided those to us.

---

Page 123

[1]     Q.  So there were certain documents that were
[2] actually generated by Bechtel to ensure there was some
[3] degree of consistency among the subcontractors?
[4]     A.  There were administrative documents produced
[5] to manage the project, yes.
[6]     Q.  Of the 35- -- 32,000 -- let's see, 36,000 total
[7] units, were all of those delivered to either park sites
[8] or home sites by Bechtel or its subcontractors?
[9]     A.  All of them delivered to either park sites
[10] or home sites?  Yes.  That's what that number
[11] represents.
[12]     Q.  And when Bechtel's contract ended and the ten
[13] subcontractors or ten other contractors were reawarded
[14] the work that Bechtel formerly had, do you know how many
[15] of those units were still at home sites or group sites?
[16]     A.  No, I don't.
[17]     Q.  Do you know how many units Bechtel, while it
[18] still maintained its contract with FEMA, was able to
[19] retrieve?
[20]     A.  What do you mean, "retrieve"?
[21]     Q.  Demobilize.  In other words, decommission or
[22] remove from the home sites or group sites.
[23]     A.  Or what they call deactivate.
[24]     Q.  Deactivate.
[25]     A.  We deactivated during the period of

---

Page 124

[1] performance about 1200 trailers.
[2]     Q.  During the time that FEMA -- that Bechtel had
[3] its contract with FEMA, how many units were you
[4] delivering to home sites or group sites on a monthly
[5] basis?
[6]     A.  At our peak installation, we prepared
[7] something over 580 trailers for occupancy in one day.
[8] I don't know what we averaged on a monthly basis.
[9]     Q.  And how long were you operating at peak output?
[10]     A.  Relatively short time frame.  October,
[11] November.
[12]     Q.  So there were a number of units delivered in
[13] each month to the various occupants, correct?
[14]     A.  Various counties?
[15]     Q.  Yes.
[16]     A.  Yes.
[17]     Q.  And they weren't all delivered in one specific
[18] window of time, correct?
[19]     A.  No.
[20]     Q.  They were delivered over the course of more than
[21] a year?
[22]     A.  They were delivered -- the contract was over
[23] the course of a year.  The last group site that we
[24] completed was completed in June, June-ish of 2006.
[25] So but the group sites only had a couple thousand

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 125

[1] trailers. The bulk of the trailers were delivered by
[2] Christmas 2005.
[3]    Q.  And when did you begin collection or
[4] deactivation of the units?
[5]    A.  The deactivations that we did were specific
[6] deactivations for circumstances that FEMA dictated.
[7] I don't recall the exact time of performance of the
[8] deactivations.
[9]    Q.  You've mentioned three different types of
[10] units -- mobile homes, park models, and travel trailers.
[11] With respect to mobile homes, did Bechtel do any work to
[12] install or prepare the air conditioning systems on those
[13] units?  In other words, were some units delivered with
[14] air conditioning not installed and ready to be activated?
[15]    A.  Not that I'm aware of.
[16]    Q.  To your knowledge, Bechtel was not installing
[17] the air conditioning units on mobile home units?
[18]    A.  Not that I'm aware of.  We were replacing
[19] them if they broke under our maintenance task order.
[20]    Q.  But that was -- was that when they were already
[21] at the home site or was that if they were damaged when
[22] they arrived at your staging site?
[23]    A.  For the most part at the home site.  But I
[24] can't say that there wasn't one fixed before it was
[25] sent out to the home site.

---

Page 126

[1]    Q.  You've discussed a number of different databases
[2] that Bechtel maintained.  Do you keep a unit file for
[3] each unit with documents other than those discussed?  I
[4] know we talked about maintenance records, and we talked
[5] about a log of individuals that you might have had
[6] correspondence with.
[7]       Was there a -- a unit file that followed
[8] each of these units that you handled that you either
[9] produced to FEMA or presently maintain?
[10]    A.  For each trailer --
[11]    Q.  Yes.
[12]    A.  -- you're talking about?  There was a file.
[13] And -- but the best file is the -- is the maintenance
[14] records so we can identify what happened at each
[15] trailer.
[16]    Q.  You said there was a file.  What documents would
[17] be in that file that we haven't discussed with respect to
[18] the database?
[19]    A.  As a part of the process, we had to start
[20] with a right-of-entry approval from the land owner.
[21] I don't recall exactly how the contents -- the right
[22] of entry, the RFO documents.  There were several --
[23] there were a couple intermediate checklists in
[24] between getting on the property and finalizing the
[25] installation.

---

Page 127

[1]    Q.  I've heard a term described as "leasing in an
[2] occupant."  Have you -- are you familiar with that term?
[3]    A.  No, I don't think I am.
[4]    Q.  Familiarizing an occupant with the unit they
[5] were going to be occupying, was that something that
[6] Bechtel did or was that something that some other entity
[7] did?
[8]    A.  No.  We -- oftentimes, when a resident was
[9] put in the trailer, they'd call us to say:  How do I
[10] operate the unit?  How do I operate the stove?
[11] Because they had our number.
[12]    Q.  But when the actual keys to a particular unit
[13] were turned over to an occupant, was that done by Bechtel
[14] or its subcontractors or was that done by another entity?
[15]    A.  The key turning, that task was done by FEMA,
[16] one of our representatives and the occupant at the
[17] same time.
[18]    Q.  Do you know if at that time it was Bechtel's
[19] policy that the occupant of the unit be provided with the
[20] owner's manual for the unit they were being provided?
[21]    A.  Not -- I'm not sure.  I'd surmise.
[22]  * Q.  What's your best, I suppose, educated guess
[23] on that?
[24]       MR. HAINKEL:  I'm going to object.  I'm going to
[25] object and instruct him not to answer unless he

---

Page 128

[1] knows.
[2]       THE WITNESS:  Yeah.
[3] BY MR. BONE:
[4]    Q.  Let me ask you:  Does your ready for occupancy
[5] checklist include verifying that the owner's manual comes
[6] with the unit in question?
[7]    A.  No, it doesn't.  No, it doesn't.
[8]    Q.  Were there any steps taken by Bechtel to ensure
[9] that the owner's manuals moved with the units?
[10]    A.  Not that I'm aware of.
[11]    Q.  Let's talk about the testing that you were
[12] questioned about.  I believe it took place in October of
[13] 2005; is that correct?
[14]    A.  As I recall.
[15]    Q.  After October 2005, is it a fair statement that
[16] all units that passed through Bechtel's staging lots were
[17] ventilated?
[18]    A.  No.
[19]    Q.  Well, at some point is it a true statement that
[20] Bechtel was ventilating units on its staging lots before
[21] it was transferring them to home sites?
[22]    A.  Sometimes.  Not all of them.  It wasn't a
[23] matter of -- of course.
[24]    Q.  Okay.  Can you give me a percentage of units
[25] that you were ventilating after October, 2005?

---

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 129

[1]   **A.**   No, I can't.
[2]   **Q.**   Did you have any direct communication or did
[3]   Bechtel, to your knowledge, have any direct communication
[4]   with any of the manufacturers of the units that you were
[5]   handling with respect to any issues concerning indoor air
[6]   quality?
[7]   **A.**   Not that I'm aware of.
[8]   **Q.**   Did you have any -- Bechtel have any
[9]   communications directly with any of the other
[10]  contractors -- be it Fluor, CH2M HILL, or Shaw -- with
[11]  respect to indoor air qualities in THUs?
[12]  **A.**   Not that I'm aware of. We didn't do a lot
[13]  of talking amongst us.
[14]  **Q.**   In the deactivation process, was it your
[15]  understanding that FEMA requested that some of these
[16]  units be fumigated?
[17]  **A.**   Yes.
[18]  **Q.**   Was fumigation performed by Bechtel of units
[19]  under its contract with FEMA?
[20]  **A.**   I don't recall if we did it or had a
[21]  subcontractor do it.
[22]  **Q.**   Do you recall that it was done?
[23]  **A.**   I recall hearing that it was done, yes.
[24]  **Q.**   By reference to Exhibit 2, could you tell us
[25]  which subcontractor might have been responsible for

---

Page 130

[1]   fumigation of units?
[2]   **A.**   No, I can't.
[3]   **Q.**   Couldn't tell us?
[4]   **A.**   No.
[5]   **Q.**   Do you have any of the material safety data
[6]   sheets on any of the fumigants used on these units?
[7]   **A.**   If we used fumigants, I'm sure we do have
[8]   the MSDS.
[9]   **Q.**   Okay. If one of your subcontractors was using a
[10]  fumigant, is it course of practice that they would be
[11]  required to produce an MSDS to Bechtel before they used
[12]  such a fumigant?
[13]  **A.**   Yes.
[14]  **Q.**   Was fumigation on these units, on any of the
[15]  THUs, under your contract with FEMA performed before the
[16]  THUs were actually delivered to an occupant?
[17]  **A.**   I'm not aware of any specific fumigation
[18]  taking place. I'm aware of it raising as a topic but
[19]  in our deac yard.
[20]  **Q.**   Okay. And what are you aware of in that regard?
[21]  **A.**   I just recall it coming up.
[22]  **Q.**   In what context?
[23]  **A.**   I believe that we had to fumigate a trailer
[24]  or two. Very minimal number.
[25]  **Q.**   If you were fumigating units, did you keep a

---

Page 131

[1]   record of which units you were fumigating?
[2]   **A.**   Yes.
[3]   **Q.**   And where would I find the information telling
[4]   me whether a unit was fumigated or not?
[5]   **A.**   That would be in the deactivation database
[6]   that was also turned over to FEMA.
[7]   **Q.**   So there's a separate deactivation database
[8]   which is apart from the maintenance database?
[9]   **A.**   Yes.
[10]  **Q.**   If --
[11]  **A.**   If fumigated, that's where I would expect
[12]  it to be.
[13]  **Q.**   Sure.
[14]        If Bechtel had a question regarding --
[15]  whether it be technical or administrative regarding
[16]  its scope of work under its contract with FEMA, is
[17]  there a formal document that would reflect Bechtel
[18]  asking FEMA for clarification as to what its scope of
[19]  work was?
[20]  **A.**   The prime contract enabled e-mail
[21]  correspondence to be recognized as formal
[22]  correspondence, and the predominance of the
[23]  correspondence with FEMA was via e-mail.
[24]  **Q.**   So it was of an electronic nature rather than,
[25]  for example, a request for information you might see in a

---

Page 132

[1]   construction setting, correct?
[2]   **A.**   Correct.
[3]   **Q.**   Were the units that Bechtel employees resided
[4]   in, were those part of the units supplied to FEMA through
[5]   the Temporary Housing Assistance Program or were those
[6]   separately procured by Bechtel?
[7]   **A.**   No. There -- there -- we had five leased
[8]   RVs and the balance of our housing were FEMA
[9]   trailers.
[10]  **Q.**   How many -- you said the balance of your
[11]  housing. Can you tell me how many units Bechtel
[12]  employees were actually living in?
[13]  **A.**   I don't know exactly, but it's in the
[14]  neighborhood of 100.
[15]  **Q.**   And of the 100 units, the only complaint you had
[16]  was one from a Mr. John Simms?
[17]  **MR. HAINKEL:**   I'm going to object to the
[18]  characterization of the testimony.
[19]        Go ahead. You can answer.
[20]  **THE WITNESS:**   The only one that I'm aware of.
[21]  **BY MR. BONE:**
[22]  **Q.**   Was there someone at Bechtel tasked with
[23]  reviewing the manuals of the various travel trailer
[24]  manufacturers to determine what those manuals said with
[25]  regard to technical specifications pertaining to the

---

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

**Page 133**

[1] units?

[2]   A.  I'm sure there was.

[3]   Q.  Do you -- do you know who that person is or what

[4] department they would reside in or what position they

[5] might hold?

[6]   A.  It would -- I would anticipate it being part

[7] of the maintenance group or the construction group or

[8] the engineering group.

[9]   Q.  So it would be likely more than one person who

[10] would review these materials?

[11]   A.  Or looked at them.

[12]   Q.  Do you know, of the roughly 34,000 travel

[13] trailers you installed, how many different manufacturers

[14] were represented?

[15]   A.  No, I don't.

[16]   Q.  Do you know how many different floor plans were

[17] represented?

[18]   A.  No, I don't.

[19]   Q.  Do you know how many different square footages

[20] were represented?

[21]   A.  No, I don't.

[22]   Q.  Would you agree with me that there were

[23] variances in floor plans amongst the various THUs that

[24] you installed?

[25]   A.  I don't know that, but I'm sure there was.

---

**Page 134**

[1]   Q.  For example, did you install units that had

[2] slide-outs as opposed to those that did not?

[3]   A.  There were a couple slide-outs.  I think

[4] those were the park models.

[5]   Q.  Did you install units that had a variant number

[6] of windows from one another?

[7]   A.  I don't know.

[8]   Q.  To your knowledge, were there differences in the

[9] way a park model would be prepared for occupancy as

[10] opposed to a manufactured home or travel trailer?

[11]   A.  As I recall, a park model was like a hybrid

[12] between a travel trailer and a mobile home.

[13]   Q.  From Bechtel's perspective was there a -- were

[14] there differences in the manner in which you were

[15] preparing these units for occupancy, whether they were a

[16] park model, manufactured home, or travel trailer?

[17]   A.  Only insofar as the difference in the

[18] installation requirements dictated by FEMA.

[19]   Q.  I noted a requirement in one of your contracts

[20] that -- or one of your task orders that status reports

[21] were to be periodically submitted to FEMA.

[22]   A.  Yes.

[23]   Q.  What -- what information is -- was typically

[24] contained in the status report as it related to the

[25] installation and delivery of THUs?

---

**Page 135**

[1]   A.  Status reporting to FEMA took a couple of

[2] different shapes.

[3]   Q.  Tell me about that.

[4]   A.  FEMA was routinely advised of how many of --

[5] of the status of THUs, how many were installed, how

[6] many were ready for occupancy, how many were

[7] deactivated.  And there was a more formal, what I

[8] would call formal, monthly report that was submitted

[9] to FEMA every month.

[10]   Q.  The less formal reports, were they submitted on

[11] a weekly basis?

[12]   A.  Varying time frames.

[13]   Q.  Would those typically be done by e-mail as well?

[14]   A.  Yes.

[15]   Q.  And the formal report, was -- would that take

[16] the form of a memorandum to FEMA from Bechtel?

[17]   A.  The formal report was physically transmitted

[18] to them.

[19]   Q.  By mail or actually handed over to the FEMA

[20] contact or liaison?

[21]   A.  As I recall, both.

[22]   Q.  Do you recall if the issue of formaldehyde ever

[23] made it into either of one of the informal or more formal

[24] reports?

[25]   A.  I wouldn't be able to say.  It's too many of

---

**Page 136**

[1] them, too long.

[2]   Q.  You still maintain the formal reports that you

[3] were submitting on a monthly basis?

[4]   A.  Do we have them?

[5]   Q.  Yes.

[6]   A.  Yes, we do.

[7]   Q.  Was there a requirement that units and the THUs

[8] be winterized?

[9]   A.  Yes.

[10]   Q.  And how did Bechtel, for example, go about

[11] winterizing units?

[12]   A.  We hired subcontractors to go put insulation

[13] around the pipes --

[14]   Q.  And --

[15]   A.  -- water lines.

[16]   Q.  And were the units also skirted?

[17]   A.  The only skirting I recall is of the

[18] manufactured homes.

[19]   Q.  So your recollection is the travel trailers or

[20] park models were typically not skirted by Bechtel or its

[21] subcontractors?

[22]   A.  Typically not.

[23]   MR. BONE:  I think that's all I have.

[24]   MR. PENTON:  Can we take a short break, just a

[25] short couple minutes?

---

Min-U-Script®    BEHMKE REPORTING & VIDEO SERVICES

In Re: FEMA Trailer Formaldehyde Products

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

---

Page 137

[1]     MR. HAINKEL:  Sure.

[2]     MR. MILLER:  Sure.

[3]     THE VIDEOGRAPHER:  Going off the record.  The

[4] time is 11:38.

[5]     (Off the record.)

[6]     THE VIDEOGRAPHER:  We're back on the record.  The

[7] time is 11:46.

[8]     Please begin.

[9]     MR. BECNEL:  Ms. Reporter, this -- or

[10] Mr. Reporter, this is Daniel Becnel.  I will be

[11] standing in for Mr. Penton and Mr. Lambert during the

[12] remainder of the deposition by phone.  I will put my

[13] phone on mute and only enter an objection should I

[14] hear one, and I'll take it off of mute.

[15]     MR. MILLER:  Thank you very much.

[16]     EXAMINATION

[17] BY MR. MILLER:

[18]     Q.  Sir, my name is Henry Miller.  I represent the

[19] defendant, the United States of America.  I introduced

[20] myself earlier this morning.  I have a couple of

[21] follow-up questions.

[22]     First of all, you indicated that Bechtel,

[23] when it was retrieving units for installation,

[24] retrieved all the units from a FEMA facility in

[25] Purvis, Mississippi; is that correct?

---

Page 138

[1]     A.  Yes, at least the vast majority.  There was

[2] some came out of Selma, but we just went to Purvis

[3] for the most part.

[4]     Q.  And that's what I was getting at.  Were you

[5] aware that there were other FEMA facilities where FEMA

[6] stored temporary housing units that contractors such as

[7] yourself or CH2M HILL or Fluor or Shaw was picking up

[8] from?

[9]     A.  I was aware that there were, but I was only

[10] aware of the Selma yard and the Purvis yard by name.

[11]     Q.  And those were the only two yards that Bechtel

[12] was picking up from?

[13]     A.  Yes.  With the -- with almost all of them

[14] from Purvis, though.

[15]     Q.  There's been some testimony offered by other

[16] witnesses in this case that indicated that the

[17] manufacturers would put the owner's manuals and

[18] associated documents with the units inside the unit when

[19] it was transferred by FEMA, to FEMA, that FEMA would

[20] leave those documents in the units.

[21]     What actions would Bechtel take if such

[22] documents were in the unit at the time it received

[23] it, such as owner's manuals, any other documents that

[24] the manufacturers may have provided with the unit?

[25]     A.  I don't know that answer firsthand.

---

Page 139

[1]     Q.  Do you have any reason to believe that Bechtel

[2] would have removed any of those documents from the unit

[3] prior to tra- -- handing the units over to the occupants?

[4]     A.  No reason to believe we would have.

[5]     Q.  Mr. Lambert asked you some questions about the

[6] give and take of information on formaldehyde and how you

[7] may have received some complaints -- approximately 94, 95

[8] I think complaints you indicated -- on your call in line,

[9] maintenance call in line.  And you indicated that there

[10] was some information that was distributed on the

[11] television relating to formaldehyde?

[12]     A.  Yes.

[13]     Q.  What is your recollection of that, sir?

[14]     A.  My recollection of that, since I was in an

[15] RV in Pass Christian at the time, was that there was

[16] a toll-free number that people were told to call and

[17] that it was -- it was on the news quite regularly for

[18] a period of time.

[19]     Q.  Do you recall what time period this was?

[20]     A.  Spring.

[21]     Q.  And by that do you mean spring 2006?

[22]     A.  Spring 2006, yes.

[23]     Q.  And as you sit here today, your best

[24] recollection is between August 29th, when you started

[25] this contract, and when your contract ended in about

---

Page 140

[1] July -- actually, ended around September 2006, you

[2] received approximately 94, 95 complaints about odors that

[3] were attributed to formaldehyde?

[4]     A.  And I think the actual count is 96.

[5]     Q.  Ninety-six.

[6]     Were you aware that in Ju- --

[7]     A.  That was 96 out of over 207,000, just for

[8] point of reference.

[9]     Q.  Where do you get the 207,000 number from?

[10]     A.  From the call log.

[11]     Q.  So the call log has a total of 207,000 call-ins?

[12]     A.  Correct.

[13]     Q.  And only 96 of those related to formaldehyde?

[14]     A.  Correct.

[15]     Q.  What was the major complaint that was fielded by

[16] the call log?

[17]     A.  I don't know what the major complaint was.

[18]     Q.  Okay.  What were the major complaints that were

[19] received, generally?

[20]     A.  Inoperable air conditioning, refrigerator

[21] stopped, blocked toilets.

[22]     Q.  Were you aware that in approximately July 2006,

[23] August 2006 time frame, FEMA issued a pamphlet to all

[24] occupants of travel trailers relating to formaldehyde?

[25]     A.  No, I wasn't aware of that.

---

BEHMKE REPORTING & VIDEO SERVICES          Min-U-Script®          (35) Page 137 - Page 140

Bechtel Int'l 30(B)(6) Jack Hume
August 21, 2008

In Re: FEMA Trailer Formaldehyde Products

---

Page 141

[1] **Q.** Were you aware that some of the manufacturers'
[2] owner's manuals provided instructions that if
[3] formaldehyde odors were smelled or identified, that the
[4] action to take was to ventilate the unit?
[5] **A.** I had understood that that was a
[6] recommendation. I didn't know it was in the
[7] manufacturers' manuals.
[8] **Q.** And I don't say it was in all the manufacturers'
[9] manuals. I just know it was one, sir.
[10] **A.** Okay.
[11] **Q.** It may have been in more; I just don't know.
[12] Sir, finally, that ends my substantive
[13] questioning. I would ask you -- pursuant to the
[14] Federal Rules of Civil Procedure, I request that you
[15] read and sign the deposition. The court reporter
[16] will transcribe it. That transcript will be provided
[17] to your counsel. You'll have 30 days upon receipt to
[18] read, review, and make any changes you believe
[19] necessary or appropriate to make sure that your
[20] testimony is truthful and accurate.
[21] However, I admonish you that if you make any
[22] changes that are substantive in nature, the United
[23] States reserves the right to ask you questions about
[24] those changes, why those changes were made, either if
[25] you're redeposed at a later date or should you

---

Page 142

[1] testify at trial.
[2] Do you understand that?
[3] **A.** I do.
[4] **MR. MILLER:** Thank you. I have no further
[5] questions.
[6] So ends the deposition?
[7] **MR. BONE:** Yes.
[8] **THE VIDEOGRAPHER:** This con- --
[9] **MR. HAINKEL:** Okay. Thank you, guys.
[10] **THE VIDEOGRAPHER:** This concludes the deposition
[11] of Bechtel National, Inc.'s 30(b)(6) deponent, Jack
[12] Hume. The number of DVDs used was two. The original
[13] DVDs will be retained at Behmke Reporting & Video
[14] Services at 1320 -- excuse me -- at 160 Spear Street,
[15] Suite 300, San Francisco, California.
[16] Going off the record. The time is 11:53.
[17] (At 11:53 a.m., the proceedings were
[18] adjourned.)
[19]
[20]
[21]
[22] _____
[23] JACK HUME
[24]
[25]

---

Page 143

[1]                CERTIFICATE OF REPORTER
[2]
[3]        I hereby certify that the witness in the
[4] foregoing deposition, JACK HUME, was by me duly sworn
[5] to testify to the truth, the whole truth and nothing
[6] but the truth, in the within-entitled cause; that
[7] said deposition was taken at the time and place
[8] herein named; that the deposition is a true record of
[9] the witness's testimony as reported by me, a duly
[10] certified shorthand reporter and a disinterested
[11] person, and was thereafter transcribed into
[12] typewriting by computer.
[13]        I further certify that I am not interested
[14] in the outcome of the said action, nor connected with
[15] nor related to any of the parties in said action, nor
[16] to their respective counsel.
[17]        IN WITNESS WHEREOF, I have hereunto set my
[18] hand this 3rd day of September, 2008.
[19]
[20]
[21]
[22]
[23]        _____
[24]        CHRISTINE L. JORDAN, CSR #12262
[25]        STATE OF CALIFORNIA

---