

**Exhibit A**

**Service of Process Transmittal**
08/19/2010
CT Log Number 517142985

**TO:** Richard Pugliese
Bechtel Corporation
50/04/D86, 50 Beale Street
50 Beale Street
San Francisco, CA 94105-

**RE:** **Process Served in Mississippi**

**FOR:** Bechtel National, Inc. (Domestic State: NV)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mary Crawford and Keith Crawford, Sr., Individually and on Behalf of their Minor Children KC and EC, Pltfs. vs. Forest River, Inc., et al. including Bechtel National, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint and Jury Demand |
| **COURT/AGENCY:** | Jackson County Circuit Court, MS<br>Case # 2010-00131 |
| **NATURE OF ACTION:** | Property Damage Litigation - Personal Injuries - Failure to act reasonably in the provision, installation, inspection, maintenance, repair, refurbishment, reconditioning and restoration of the temporary housing units -Failure of the subject housing units to be safely habitable without exposure to formaldehyde causing damages and injuries to the named plaintiffs |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/19/2010 at 13:45 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from date of delivery |
| **ATTORNEY(S) / SENDER(S):** | Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>153 Main Street<br>Bay St. Louis, MS 39520<br>601-969-9692 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/19/2010, Expected Purge Date: 09/18/2010<br>Image SOP<br>Email Notification, Richard Pugliese rapuglie@bechtel.com<br>Email Notification, DeeDee Schroeder msschroe@bechtel.com<br>Email Notification, Masae Higaki mhigaki@bechtel.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / CE

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.