Case 2:07-md-01873-KDE-MBN   Document 18495-4   Filed 12/07/10   Page 1 of 1

Case 2:07-md-01873-KDE-ALC   Document 2428-15   Filed 08/24/09   Page 34 of 34
Case 2:07-md-01873-KDE-ALC   Document 1545-22   Filed 05/18/2009   Page 2 of 2

From: Payne, Clyde - OSHA
Sent: Wednesday, March 18, 2009 3:26 PM
To: Payne, Clyde - OSHA
Subject: FW: Air sampling in new travel trailers

**Exhibit D**

---

**From:** Smith, Christopher [mailto:chsmith@bechtel.com]
**Sent:** Wednesday, October 05, 2005 3:24 PM
**To:** Payne, Clyde - OSHA
**Cc:** Overton, Steven; Sims, John
**Subject:** Air sampling in new travel trailers

Mr. Payne,

Per our discussion this morning, there is a concern about material off-gasing (possibly formaldehyde) in newly delivered travel trailers. The location is:

RV at the A-1 RV park exit 24 I-10. The contact there would be Steve Overton at A-1 (865-607-5048). The alternate contact is John Sims (865-368-7820).

Your assistance is greatly appreciated in checking this out.

Chris

*Christopher H. Smith*
*Project Environmental Lead*
*Bechtel Corporation*
*FEMA – TAC Project*
*Jackson, MS*
*Tel 865.368.2083*
*Fax 301.360.0298*
*e-mail chsmith@bechtel.com*