UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (Rec. Doc. 18467)** is **DENIED** because the motion fails to state the unmatched case numbers from which the plaintiffs are to be severed.

New Orleans, Louisiana, this 7th day of December, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**