MINUTE ENTRY
ENGELHARDT, J.
December 3, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Friday, December 3, 2010, at 10:00 a.m. Participating

were Gerald E. Meunier, Justin I. Woods, Matthew B. Moreland, James C. Percy, John Stewart

Tharp, John J. Hainkel, M. David Kurtz, Dennis C. Reich, Robert M. Becnel, Karen Whitfield,

Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Anthony G.

Buzbee, Thomas L. Cougill, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio, Andrew

D. Weinstock, Joe Glass, Robert C. Hilliard, Ralph S. Hubbard, III, Henry T. Miller, Mikal C. Watts

and Timothy D. Scandurro.

A complete list of attendees is attached as a supplement to the Court's Pretrial Order #80

dated December 3, 2010 (Rec. Doc. No. 18462).

**Court Reporter: Susan Zielie**

JS10(0:35)