UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *ALL CASES (LOUISIANA PLAINTIFFS)* | * | MAG. JUDGE CHASEZ |
| | * | |

************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing presently scheduled for December 15, 2010 on Defendant United States' Motion to Dismiss the Remaining FTCA Claims of All Louisiana Plaintiffs is hereby continued to the special hearing date of January 20, 2010, at 9:30 A.M., without oral argument. Plaintiffs' opposition will be due on December 17, 2010, with any reply due on January 19, 2010.

New Orleans, Louisiana, this __7th__ day of December, 2010.

_____
JUDGE KURT D. ENGELHARDT

-1-