OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11/08/2010

Demitri Ray, et al

vs.

KZRV, LP, et al

Case No. 10-2478   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Shaw Environmental, Inc. through its Registered Agent for Service, CT Corporation System
   (address) 5615 Corporate Blvd, Ste. 400B, Baton Rouge, LA 70808
2. (name) KZRV, LP, through its Agent for Service of Process, Daryl Zook
   (address) 9270 W US 20, Shipshewana, IN 46565
3. (name) USA through US Attorney's Office, Eastern District of Louisiana
   (address) 500 Poydras St, Rm B210, New Orleans, LA 70130
4. (name) USA through Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

5. USA through FEMA, Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.