OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11/8/10

Joan Riley, et al

vs.

Gulfstream Coach, Inc, et al

Case No. 10-3634 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC., THROUGH ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD, STE. 400B, BATON ROUGE, LA 70808
2. (name) GULFSTREAM COACH, INC. THROUGH ITS REGISTERED AGENT FOR SERVICE, KENNETH C. BRINKER
   (address) 503 SOUTH OAKLAND, NAPPANEE, IN 46550
3. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS ST, RM B210, NEW ORLEANS, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

5. USA THROUGH FEMA
Office of the Director,
Office of the General Counsel
500 C Street SW
Washington, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119