OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Dorothy Sparks, et al

vs.

Liberty Homes, Inc, et al

Case No. 10-3632 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Liberty Homes, Inc through its Chief Executive Officer by Long Arm Services
   (address) 1101 Eisenhower Dr N Goshen IN 46527
2. (name) Fluor Enterprises, Inc through its Registered Agent for service Corporation Service Company
   (address) 320 Somerulos St Baton Rouge, LA 70802-6129
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA, Office of the Director
Office of the General Council
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
        Frank J D'Amico Jr
Address 4731 Canal St
        New Orleans, LA 70130

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.