OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Shameka Ceazar, et al

vs.

Destiny Industries, Inc, et al

Case No. 10-4083 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (  ✓  amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Destiny Industries, Inc, through its Agent for Service of Process, Lester M. Castellow
   (address) 100 South Main St., Moultrie, GA 31768
2. (name) USA through U.S. Attorney's Office Eastern District of Louisiana
   (address) 500 Poydras St., Rm B210, New Orleans, LA 70130
3. (name) USA through Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001
4. (name) USA through FEMA Office of the Director Office of the General Counsel
   (address) 500 C Street, SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119

I certify that all Parties listed in the Complaint referenced above, have Been matched Pursuant to PTO-55.