OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/08/2010

Laura Blanchard, et al

vs.

Dutchman Manufacturing, Inc, et al

Case No. 10-2513   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Dutchman Manufacturing, Inc. - Through its Agent for Service of Process, CT Corporation System
   (address) 251 E. Ohio St, Ste 1100, Indianapolis, IN 46204
2. (name) Fluor Enterprises, Inc Through its Registered Agent for Service, Corporation Service Company
   (address) 320 Somerulos St, Baton Rouge, LA 70802-6129
3. (name) USA Through U.S. Attorney's Office, Eastern District of Louisiana
   (address) 500 Poydras St, Rm B210, New Orleans, LA 70130
4. (name) USA Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001

5. USA Through FEMA, Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO-55.

Very truly yours,

_____
"Signature"

Attorney for Plaintiff
Frank J. D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119