OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __11/8/10__

__Larry Gibson, et al__

vs.

__Skyline Corporation, et al__

Case No. __10-3615__ Section __N-5__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( __L__ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Skyline Corporation through its Agent for Service of Process, Linda Philippsen__
   (address) __2520 By-Pass Road, Elkhart, IN 46514__
2. (name) __USA through U.S. Attorney's Office, Eastern District of Louisiana__
   (address) __500 Poydras St, Rm B210, New Orleans, LA 70130__
3. (name) __USA through Attorney General of the United States, U.S. Department of Justice__
   (address) __950 Pennsylvania Ave, NW Washington DC 20530-0001__
4. (name) __USA through FEMA, Office of the Director, Office of the General Counsel__
   (address) __500 C Street, SW, Washington DC 20472__

Very truly yours,

__/s/__
"Signature"

Attorney for __Plaintiffs__
         __Frank J. D'Amico, Jr.__
Address __4731 Canal Street__
        __New Orleans, LA 70119__

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.