OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Jason Douglas, et al

vs.

Palm Harbor Homes, Inc, et al

Case No. 10-3613  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Fluor Enterprises, Inc, through its Registered Agent for Service, Corporation Service Company
   (address) 320 Somerulos St, Baton Rouge, LA 70802-6129
2. (name) Palm Harbor Homes, Inc, through its Agent for Service of Process, CT Corporation System
   (address) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
3. (name) USA through US Attorney's Office, Eastern District of Louisiana
   (address) 500 Poydras St, Rm B210, New Orleans, LA 70130
4. (name) USA through Attorney General of the United States, US Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
5. USA through FEMA, Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr.
Address 4731 Canal Street
New Orleans, LA 70119