OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Deborah Johnson, et al

vs.

Coachmen Industries, Inc., et al

Case No. 10-3621   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) SHAW ENVIRONMENTAL, INC, THROUGH ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD, Ste.400B, BATON ROUGE, LA 70808
2. (name) COACHMEN INDUSTRIES INC, THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
   (address) 251 EAST OHIO St, Ste 500, INDIANAPOLIS, IN 46204
3. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS St, Rm B210, NEW ORLEANS, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, US DEPARTMENT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON, DC 20530-0001

5. USA THROUGH FEMA, OFFICE OF THE DIRECTOR, Office of the General Counsel, 500 C Street, SW WASHINGTON, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Address  FRANK J. D'AMICO, JR.
4731 CANAL Street
NEW ORLEANS, LA 70119