OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Monica Hall, et al.

vs.

Insureco Agency and Insurance Company, et al.

Case No. 10-4101 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FEMA, Office of the Director
   (address) 500 C Street SW, Washington DC 20472
2. (name) Honorable Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave, N.W. Washington DC 20530
3. (name) U.S.A. through the Office of the U.S. Atty for the Eastern District of Louisiana
   (address) 500 Poydras St, Ste B210 New Orleans, LA 70130
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55.

Attorney for Plaintiffs
Address Frank J D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119