OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/2010

CHARLES WILLIAMS, et al

vs.

THOR INDUSTRIES, Inc, et al

Case No. 10-2476   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC, THROUGH ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD STE 400B, BATON ROUGE, LA 70808
2. (name) THOR INDUSTRIES, THROUGH ITS AGENT FOR SERVICE OF PROCESS, CT CORPORATION SYSTEMS
   (address) 1300 E. 9th St. Cleveland, OH 44114
3. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 Poydras St, Rm B210, New Orleans, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, US DEPARTMENT OF JUSTICE
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

5. USA THROUGH FEMA, office of THE DIRECTOR, office of the General Counsel 500 C Street, SW WASHINGTON, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
FRANK J. D'AMICO, JR.
Address 4731 CANAL Street
NEW ORLEANS, LA 70119