OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/2010

Margie Brooks, et. al.

vs.

Frontier RJ, Inc., et al.

Case No. 10-2508 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Frontier RV, Inc. Through its Agent for Service of Process, Lawyer's Aid Service, Inc.
   (address) 408 W. 17th Street, Suite 101, Austin, TX 78701
2. (name) Fluor Enterprises, Inc. through its registered agent for Service: Corp Service Company
   (address) 320 Somerules St, Baton Rouge, LA 70802-6129
3. (name) U.S.A through U.S. Atty's Office, E.D.LA
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130
4. (name) USA through: Atty General of the US; U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
5. FEMA Office of the Director, Office of the General Counsel
   500 C Street, S.W.
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff's
Address Frank J D'Amico Jr. A.P.L.C
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55