OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _11/8/10_

_Michelle Williams, et al_

vs.

_Starcraft RV, Inc, et al_

Case No. _10-2545_   Section _N_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2ⁿᵈ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) _Shaw Environmental, Inc. through its Agent for Service of Process: CT Corporation_
   (address) _5616 Corporate Blvd Ste 400B Baton Rouge, LA 70808_
2. (name) _Starcraft RV Inc. through its Agent for Service of Process: Glenn E. Killoren_
   (address) _121 W. Franklin St Ste 200 Elkhart, IN 46516_
3. (name) _USA through US Attorney's Office, EDLA_
   (address) _500 Poydras St Rm B210 New Orleans, LA 70130_
4. (name) _USA through Attorney General of US, US Dept of Justice_
   (address) _950 Pennsylvania Ave, NW Washington, DC 20530-0001_

5. FEMA Office of the Director,
Office of General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

_[Signature]_
"Signature"

Attorney for _Plaintiffs_
         _Frank J D'Amico Jr_
Address  _4731 Canal St_
         _New Orleans, LA 70119_

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.