OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Darlene James, et al.

vs.

Crum & Forster Specialty Insurance Co.,

Case No. 10-3612 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Crum & Forster Specialty Insurance Company through The Louisiana Secretary of State
   (address) 8585 Archives Ave, Baton Rouge, LA 70809
2. (name) Fluor Enterprises, Inc. through its Agent for Service of Process: Corporation Service Co.
   (address) 320 Somerulos St, Baton Rouge, LA 70802-6129
3. (name) USA - through FEMA through U.S. Atty General, Hon. Eric Holder
   (address) U.S. Dept. of Justice, 950 Pennsylvania Ave, N.W., Washington DC 20530-0001
4. (name) USA - through the Office of the U.S. Atty for EDLA, Jim Letten, U.S. Atty, Hale Boggs Federal Building
   (address) 500 Poydras St, Suite B-210, New Orleans, LA 70130
5. FEMA, through Craig Fugate, Director
   500 C. Street S.W.
   Washington, D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to P.T.O. 55.