OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11/8/10

Gerald Evans, et al

vs.

Keystone Industries, Inc, et al

Case No. 10-2480 Section N

Dear Sir:

Please (issue) ~~(re-issue)~~ summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Fluor Enterprises, Inc through its Registered Agent for Service
   (address) 320 Somerulos St, Baton Rouge, LA 70808-6129
2. (name) Keystone Industries through its Registered Agent for Service - HB Green
   (address) 6801 Lake Plaza Dr, Indianapolis, IN 46220
3. (name) USA, US Attorney's Office, EDLA
   (address) 500 Poydras St, Ste B210, New Orleans, LA 70130
4. (name) USA through Attorney General of the United States: US Dept of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
5. FEMA
   Office of the Director
   Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
             Frank J D'Amico Jr
Address   4731 Canal St.
          New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO #55.