OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __11/8/10__

Joseph Brumfield, et al

vs

Timberland RV company d/b/a Adventure Manufacturing, et al

Case No. 10-2620  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Timberland RV Co. d/b/a Adventure Manufacturing through its Agent for Service of Process: Kean MacOwan
   (address) PO Box 1210  Peru, IN 46970
2. (name) Fluor Enterprises, Inc through its Registered Agent for Service: Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge, LA 70802-6129
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St  Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA, Office of the Director
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
           Frank J D'Amico Jr
Address    4731 Canal St
           New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.