OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Darius Walker, et al

vs.

Forest River, Inc, et al

Case No. 10-4005  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC., THROUGH ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM
   (address) 5615 CORPORATE BLVD, STE 400B, BATON ROUGE, LA 70808
2. (name) FOREST RIVER, INC., THROUGH ITS AGENT FOR SERVICE OF PROCESS, J. RICHARD RANSEL
   (address) 228 W. High St, Elkhart, IN 46516
3. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 Poydras St., Rm B210, New Orleans, LA 70130
4. (name) USA THROUGH ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

5. USA THROUGH FEMA, Office of the Director, Office of The General Counsel, 500 C Street SW, Washington DC 20472

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO 55.

Very truly yours,

"Signature"

Attorney for Plaintiffs
FRANK J. D'AMICO, JR.
Address 4731 Canal Street
New Orleans, LA 70119