OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Ruby Mingo, et al

vs.

Crum & Forster Specialty Insurance Co, et al

Case No. 10-4099   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FEMA, Office of the Director
   (address) 500 C Street, SW Washington, DC 20472
2. (name) Hon. Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St, Ste B210 New Orleans, LA 70130
4. (name) Sentry Agency and Insurance Services through its Registered Agent for Service of Process, LA Secretary of State
   (address) 8549 United Plaza Blvd Baton Rouge, LA 70809

5. Crum & Forster Specialty Ins. Co through its Registered Agent for Service of Process, LA Secretary of State 8549 United Plaza Blvd Baton Rouge, LA 70809

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.