OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11/08/2010

Valerie Thornton, et al

vs.

Lexington Homes, et al

Case No. 10-2490   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (2 amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Lexington Homes, through its Agent for Service of Process, John W. Barrett
   (address) P.O. Box 927, Lexington, MS 39095
2. (name) Fluor Enterprises, Inc., through its Registered Agent for Service, Corporation Service Company
   (address) 320 Somerulos St, Baton Rouge, LA 70802-6129
3. (name) USA through U.S. Attorney's Office, Eastern District of Louisiana
   (address) 500 Poydras Street, Rm B210, New Orleans, LA 70130
4. (name) USA through Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

5. USA through FEMA, Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO-55.

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J. D'Amico Jr.
Address 4731 Canal Street
New Orleans, LA 70119