OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _____11/08/2010_____

Sterling White, Jr., et al

vs.

Forest River, Inc, et al

Case No. 10-2546  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (~~amended complaint~~) (third party complaint)

(other : _____ ) to the following:

1. (name) Forest River, Inc., through its Agent for Service of Process, J. Richard Ransel
   (address) 228 W. High St, Elkhart, IN 46516
2. (name) Fluor Enterprises Inc through its Registered Agent for Service, Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge, LA 70802-6129
3. (name) USA through U.S Attorney's Office Eastern District of Louisiana
   (address) 500 Poydras St, RmB210, New Orleans, LA 70130
4. (name) USA through Attorney General of the United States U.S Department of Justice
   (address) 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

5. USA through FEMA Office of the
   Director office of the General
   Counsel
   500 C Street, SW
   Washington, DC 20472

I certify that all parties listed
in the referenced Above, have
Been Matched Pursuant to
PTO - 55.

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Frank J D'Amico, Jr.
Address  4731 Canal Street
New Orleans, LA 70119