OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Troy Scott, et al.

vs.

Giles Family Holdings, Inc., et al.

Case No. 10-2488   Section "N"

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Giles Family Holding, Inc. Through its Agent for Service of Process: Alan C. Neely
   (address) 405 S. Broad St., New Tazewell TN 37825
2. (name) Fluor Enterprises, Inc. through its registered agent for Service: Corporation Service Co.
   (address) 320 Somerulos St, Baton Rouge, LA 70802-6129
3. (name) U.S.A. through: U.S. Attorney's Office, E.D.L.A.
   (address) 500 Poydras St, Room B 210, New Orleans, LA 70130
4. (name) U.S.A. through: Atty. General of the U.S.; U.S. Dept of Justice
   (address) 950 Pennsylvania Ave, N.W., Washington, D.C. 20530-0001
5. F.E.M.A. Office of the Director; Office of the General Counsel
   500 C. Street, S.W.
   Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiff's
Address Frank J. D'Amico Jr. A.P.L.C.
4731 Canal St
New Orleans, LA 70119

I certify that all the parties listed in the complaint referenced above, have been matched pursuant to P.T.O #55.