OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Dwight Nicholson, et al

vs.

Forest River, Inc, et al

Case No. 10-3607   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Forest River, Inc through its Agent for Service of Process: J Richard Ransel
   (address) 228 W. High St Elkhart, IN 46516
2. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
3. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
4. (name) FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.

Attorney for Plaintiff
Frank J D'Amico Jr
Address 4731 Canal St.
New Orleans, LA 70119