OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Derrick Felton, et al.

vs.

Cavalier Home Builders, L.L.C., et al.

Case No. 10-4079   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) U.S.A. through the U.S. Atty. General Hon. Michael Mukasey, U.S. Dept of Justice,
   (address) 950 Pennsylvania Ave, N.W., Washington DC 20530-0001
2. (name) U.S.A through the Office of the U.S. Atty for EDLA through Jim Letten, U.S. Atty.
   (address) 500 Poydras St, Suite B-210, New Orleans, LA 70130
3. (name) U.S.A through FEMA Office of the Director, Office of the General Counsel
   (address) 500 C Street, S.W., Washington DC 20472
4. (name) Cavalier Home Builders, LLC, through its Agent for Service of Process: The Corporation Company
   (address) 2000 Interstate Park Drive, Ste 204, Montgomery, AL 36109

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55.