OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Crystal Estes, et al

vs.

Crum & Forster Specialty Insurance, Co, et al

Case No. 10-3610   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Crum & Forster Specialty Insurance Co through: The Louisiana Secretary of State
   (address) 8585 Archives Ave Baton Rouge, LA 70809
2. (name) Shaw Environmental Inc through its agent for Service of Process: CT Corporation
   (address) 5616 Corporate Blvd Ste 400B Baton Rouge, LA 70808
3. (name) USA Through US Attorney General Hon Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
4. (name) USA through US Attorneys office for EDLA Jim Letten, US Attorney
   (address) Hale Boggs Federal Bldg 500 Poydras St Ste B210 New Orleans, LA 70130

5. FEMA through Craig Fugate, Director
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.