OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Barbara Lamothe, et. al.

vs.

Jayco Enterprises, Inc., et al.

Case No. 10-2531  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Shaw Environmental, Inc. through its Registered Agent for Service: CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
2. (name) Jayco Enterprises, Inc through its Agent for Service of Process: Kennard R. Weaver
   (address) 317 W. Franklin St. Elkhart, IN 46516
3. (name) USA through US Atty's Office, E.D.L.A.
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130
4. (name) USA through Atty General of the U.S.; U.S. Dept of Justice
   (address) 950 Pennsylvania Ave, N.W. Washington DC 20530
5. FEMA Office of the Director, Office of the General Counsel
   500 C Street, S.W.
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico, Jr. A.P.L.C
4731 Canal St.
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55