OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Jim Krause, et al.

vs.

Thor Industries, Inc. et al.

Case No. 10-2489  Section "4H4"

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Thor Industries, Inc. Through its Agent for Service of Process
   (address) 100 S. Main Ave, Suite 300, Sidney, OH 45365
2. (name) Fluor Enterprises, Inc through its registered agent for Service Corporation Service Co
   (address) 320 Somerulos St., Baton Rouge, Louisiana 70802
3. (name) U.S.A THROUGH U.S. ATTORNEY'S OFFICE, E.D.L.A.
   (address) 500 POYDRAS ST., Room B210, NEW ORLEANS, LA 70130
4. (name) U.S.A THROUGH ATTY GENERAL OF THE U.S, U.S. DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, N.W. WASHINGTON D.C. 20530-0001

5. F.E.M.A. -OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL
500 C STREET, SW.
WASHINGTON, DC. 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J. D'AMICO Jr. A.P.L.C
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.