OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _11/8/10_

CHERYL WATKINS, et Al

vs.

Heartland Recreational
Vehicles, et Al

Case No. 10-2537 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) SHAW ENVIRONMENTAL, INC., THROUGH ITS Registered Agent For Service, CT Corporation System

(address) 5615 CORPORATE BLVD, STE 400B, BATON ROUGE, LA 70808

2. (name) HEARTLAND RECREATIONAL VEHICLES, LLC, THROUGH ITS AGENT FOR SERVICE OF PROCESS, DOUGLAS LANTZ

(address) 1001 ALL PRO DRIVE, ELKHART, IN 46514

3. (name) USA THROUGH U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA

(address) 500 POYDRAS St, Rm B210, NEW ORLEANS, LA 70130

4. (name) USA THROUGH ATTORNEY GENERAL of the United States, U.S. DEPARTMENT of JUSTICE

(address) 950 Pennsylvania Ave, NW, WASHINGTON, DC 20530-0001

5. USA THROUGH FEMA, Office of
the Director, Office of the
General Counsel
500 C Street, SW
WASHINGTON, DC 20472

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE
BEEN MATCHED PURSUANT
to PTO-55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address FRANK J D'AMICO, JR.
4731 CANAL Street
NEW ORLEANS, LA 70119