OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Anthony Morgan, et al

vs.

Gulfstream Coach, Inc., et al

Case No. 10-3616 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel Corporation through its Registered Agent for Service: CT Corporation System
   (address) 5615 Corporate Blvd Ste 400B Baton Rouge, LA 70808
2. (name) Gulfstream Coach Inc., through its Registered Agent for Service: Kenneth C Brinker
   (address) 503 South Oakland Nappanee, IN 46550
3. (name) USA through US Attorney's office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, nw Washington, DC 20530-0001

5. FEMA, Office of the Director,
   Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
         Frank J D'Amico Jr
Address  4731 Canal St.
         New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.