OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Burnell Williams, Jr., et al.

vs.

Keystone Industries, Inc, et al.

Case No. 10-3598 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) CH2M Hill Constructors, Inc. through its registered agent for service: C.T. Corporation System
   (address) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
2. (name) Keystone Industries, Inc. through its registered agent for service: H.B. Green
   (address) 6801 Lake Plaza Drive, Indianapolis, IN 46220
3. (name) U.S.A through U.S. Atty's Office EDLA
   (address) 500 Poydras St, Room B 210, New Orleans, LA 70130
4. (name) U.S.A. through Atty General of the U.S.; US Dept of Justice
   (address) 950 Pennsylvania Ave N.W., Washington DC 20530-0001
5. U.S.A through FEMA; Office of the Director, Office of the General Counsel
   500 C Street S.W.
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO 55.