OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _11/8/10_

_Yolanda Lewis, et al_

vs.

_Jayco Enterprises, Inc., et al_

Case No. _10-3604_ Section _N_

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) _Bechtel Corporation through its Registered Agent for Service_ _CT Corporation System_
   (address) _5615 Corporate Blvd Ste 400B Baton Rouge, LA 70808_
2. (name) _Jayco Enterprises, Inc through its Agent for Service of Process: Kennard R Waver_
   (address) _317 W. Franklin St Elkhart, IN 46516_
3. (name) _USA through US Attorney's office, EDLA_
   (address) _500 Poydras St Rm B210 New Orleans, LA 70130_
4. (name) _USA through Attorney General of US, US Dept of Justice_
   (address) _950 Pennsylvania Ave, NW Washington, DC 20530-0001_

5. FEMA, Office of the Director,
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

_[signature]_
"Signature"

Attorney for _Plaintiffs_
_Frank J D'Amico Jr_
Address _4731 Canal St_
_New Orleans, LA 70119_

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.