OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Cassandra Miller, et al

vs.

River Birch Homes, Inc, et al

Case No. 10-4068 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) River Birch Homes, Inc through its Agent for Service of Process: Delmo Payne
   (address) 5400 Bexar Ave E Hamilton, AL 35570
2. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
3. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
4. (name) FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.