OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 11/8/10

Louis Ussin, et al

vs.

Forest River Inc, et al

Case No. 10-3624 Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Shaw Environmental Inc through its Registered Agent for Service: CT Corporation
   (address) 5616 Corporate Blvd Ste 400B Baton Rouge, LA 70808
2. (name) Forest River Inc through its Agent for Service of Process: J. Richard Ransel
   (address) 228 W. High St Elkhart, IN 46516
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA Office of the Director
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs,
             Frank J D'Amico Jr
Address    4731 Canal St
           New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.