OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Charlene Price, et al.

vs.

Coachmen Industries, Inc. et al.

Case No. 10-3636   Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Coachmen Industries Inc. through its Agent for Service of Process Corp Service Co.
   (address) 251 East Ohio St., Suite 500 Indianapolis, IN. 46204
2. (name) U.S.A through U.S. Atty Office EDLA
   (address) 500 Poydras St Room B210 New Orleans LA 70130
3. (name) U.S.A through Atty General of the U.S., U.S. Dept of Justice
   (address) 950 Pennsylvania Ave, N.W. Washington DC 20530-0001
4. (name) U.S.A through FEMA, Office of the Director, Office of the General Counsel
   (address) 500 C Street, S.W., Washington, D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55.