OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/8/10

Kendell Cain, Sr., et al.

vs.

Hy-line Enterprises, Inc., et al

Case No. 10-3603  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Shaw Environmental, Inc., through its Registered Agent for Service: CT Corporation System
   (address) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
2. (name) Hy-line Enterprises Inc through its Agent for Svc of Process: Margaret Flager
   (address) 522 (S) Delta St., Elkhart, IN 46514
3. (name) USA, through US Atty's Office, EDLA
   (address) 500 Poydras St, Room B 210, New Orleans, LA 70130
4. (name) USA through Atty General of the U.S., US Dept of Justice
   (address) 950 Pennsylvania Ave, N.W., Washington DC 20530-0001
5. USA through FEMA, Office of the Director, Office of the General Counsel
   500 C Street, S.W.
   Washington DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO 55