OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Cavon Pittman, et al

vs.

American International Specialty Lines Insurance, Co, et al

Case No. 10-3605 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (amended complaint) (third party complaint) (other: _____) to the following:

1. (name) American International Specialty Lines Insurance Co through Secretary of State, State of Louisiana
   (address) 8585 Archives Ave Baton Rouge, LA 70809
2. (name) Gibraltar Insurance Co, LTD through Secretary of State, State of LA
   (address) 8585 Archives Ave Baton Rouge, LA 70809
3. (name) Fluor Enterprises Inc through its agent for Service of Process: Corporation Service Company
   (address) 320 Somerulos St Baton Rouge, LA 70802-6129
4. (name) USA through US Attorney General Hon Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. USA through the Office of US Attorney for EDLA through Jim Letten, US Attorney, Hale Boggs Federal Bldg, 500 Poydras St, Ste B210, New Orleans, LA 70130

6. FEMA through R. David Paulison, Administrator of FEMA, 500 C Street, SW, Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.