OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Anwar Griffin, et al

vs.

Redman Homes, Inc
(F/K/A Dutch Homes), et al

Case No. 10-2482  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____ ) to the following:

1. (name) Redman Homes, Inc (f/k/a Dutch Homes) through its agent for Service of Process: CT Corporation System
   (address) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
2. (name) Fluor Enterprises, Inc through its Registered Agent for Service Corporation Service Company
   (address) 320 Somerulos St Baton Rouge, LA 70802-6129
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St, Ste B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA, Office of the Director
Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.