OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Benny Newell, et al.

vs.

Lakeside Park Homes, Inc. et al.

Case No. 10-3609  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Lakeside Park Homes, Inc through its Agent for Service of Process Ben C. Jarvis
   (address) 70 Peachstate Dr., Adel, GA 31620
2. (name) Fluor Enterprises, Inc through its registered agent for service, Corporation Service Company
   (address) 320 Somerulos St., Baton Rouge, LA 70802-6129
3. (name) USA through U.S. Atty's Office, EDLA
   (address) 500 Poydras St, Room B210, New Orleans, LA 70130
4. (name) USA through Atty General of the US, US Dept of Justice
   (address) 950 Pennsylvania Ave, N.W, Washington DC 20530
5. USA through FEMA Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
       4731 Canal St
       New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above have been matched pursuant to PTO 55