OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Neitia White, et al

vs.

American International Specialty Lines Insurance Co, et al

Case No. 10-2517   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) American International Specialty Lines Insurance Co. through Secretary of State, State of LA
   (address) 8585 Archives Ave Baton Rouge, LA 70809
2. (name) Gibraltar Insurance Co, LTD through Secretary of State, State of LA
   (address) 8585 Archives Ave Baton Rouge, LA 70809
3. (name) USA through the US Attorney General, Hon Eric Holder, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington DC 20530-0001
4. (name) USA through Office of US Attorney for EDLA through Jim Letten, US Attorney, Hale Boggs Federal Bldg
   (address) 500 Poydras St, Ste B210 New Orleans, LA 70130

5. FEMA through R. David Paulison
Administrator of FEMA
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs, Frank J D'Amico Jr
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.