OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Andre Mitten, et al.

vs.

Travellers Property Casualty Comp., et al.

Case No. 10-4080 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (1st amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Travellers Insurance A Mutual Company Through Louisiana Secretary of State
   (address) 8585 Archives Ave, Baton Rouge, LA 70809
2. (name) Fluor Enterprises Inc, through its agent for service of Process, Corporation Service Company
   (address) 320 Somerulos St, Baton Rouge, LA 70802
3. (name) USA through FEMA, through the U.S. Atty General, Hon. Eric Holder, U.S. Dept of Justice
   (address) 950 Pennsylvania Ave NW, Washington DC 20530-0001
4. (name) USA through the Office of the U.S. Atty for the EDLA, Jim Letten, U.S. Atty
   (address) 500 Poydras St, Ste B-210, New Orleans, LA 70130
5. FEMA through Craig Fugate, Director
   500 C Street, SW
   Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J D'Amico Jr, APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55