OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11/8/10

Brandon Fountain, et al.

vs.

Stewart Park Homes, Inc et al

Case No. 10-3617  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (C amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Shaw Environmental Inc through its agent for Service of Process: CT Corporation
   (address) 5616 Corporate Blvd Ste 400B Baton Rouge, LA 70808
2. (name) Stewart Park Homes, Inc through the agent for Service of Process: A Lucas Stewart III
   (address) 219 Industrial Blvd Thomasville, GA 31792
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA, Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
              Frank J D'Amico Jr
Address   4731 Canal St
          New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.