OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11-08-10

Cyntrell Armstead, et al.

vs.

Cavalier Home Builders, LLC. et al.

Case No. 10-4070  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Fluor Enterprises, Inc. through its registered agent for Service of Corporation Service Company
   (address) 320 Somerulos St. Baton Rouge, LA 70802
2. (name) USA through the U.S. Attorney General, Hon. Michael Mukasey, U.S. Dept of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530
3. (name) USA through the Office of the US Atty for EDLA through Jim Letten
   (address) 500 Poydras St, Ste B-210, New Orleans, LA 70130
4. (name) USA through FEMA Office of the Director, Office of the General Counsel
   (address) 500 C Street, S.W. Washington DC 20472
5. Cavalier Home Builders, LLC; through its Agent for Service of Process: The Corporation Company
   2000 Interstate Park Dr.
   Ste 204
   Montgomery, AL 36109

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address Frank J. D'Amico Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55