OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11·05·10

Larry Ayo, et al

vs.

Gulfstream Coach, Inc., et al

Case No. 10-2570  Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) (____ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. (name)  Fluor Enterprises, Inc
   through its Registered Agent for Service: Corporation Service Company
   (address) 320 Somerulos St Baton Rouge LA 70802-6129

2. (name)  Gulfstream Coach, Inc through its Registered agent
   for service: Kenneth C. Brinker
   (address) 503 South Oakland Nappanee, IN 46550

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Plaintiffs
            Frank J D'Amico Jr
Address  4731 Canal St
         New Orleans, LA 70119

I certify that all parties listed in the
complaint referenced above, have been
matched pursuant to PTO #55.