UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member case no. 10-4120

## ORDER

It has come to the Court's attention that the Motion to Remand (Rec. Doc. 17825) was not properly noticed for hearing. Because the Court has already received oppositions to this motion (See Rec. Docs. 18480, 18494),

**IT IS ORDERED** that the Motion to Remand (Rec. Doc. 17825) is **SET** for hearing on **December 15, 2010, without oral argument**. **Counsel for the movant is reminded to be mindful of the Local Rules of this Court when filing any future motions, including those that require noticing opposed motions for hearing.**

New Orleans, Louisiana, this 8th day of December, 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE