OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11.08.2010

Tequila Hobson, et al.

vs.

Crum & Forster Specialty Insurance Co., et al.

Case No. 10-2525 Section M

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Crum & Forster Insurance Company through The Louisiana Secretary of State
   (address) 8585 Archives Ave, Baton Rouge, LA 70809
2. (name) Shaw Environmental, Inc. through its Agent for service of process: C.T. Corporation
   (address) 5616 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
3. (name) USA through the U.S. Attorney General, Honorable Eric Holder, U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave, N.W., Washington, DC 20530-0001
4. (name) USA through the Office of the U.S. Atty for ED LA, Jim Letten, U.S. Attorney
   (address) Hale Boggs Federal Building, 500 Poydras St, Ste B-210, New Orleans, LA 70130

5. FEMA Through Craig Fugate, Director
   500 C Street, S.W.
   Washington, D.C. 20472

Very truly yours,

_____
"Signature"

Attorney for Plaintiff's
Address Frank J. D'Amico, Jr. APLC
4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO 55