OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 11-08-10

Daisha Allen, et al

vs.

Gulfstream Coach, Inc, et al

Case No. 10-3599 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc through its Registered Agent for Service: Corporation Service Company
   (address) 320 Somerulos St Baton Rouge, LA 70802-6129
2. (name) Gulfstream Coach Inc through its Registered Agent for Service: Kenneth C Brinker
   (address) 503 South Oakland Nappanee, IN 46550
3. (name) USA through US Attorney's Office, EDLA
   (address) 500 Poydras St Rm B210 New Orleans, LA 70130
4. (name) USA through Attorney General of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001

5. FEMA, Office of the Director, Office of General Counsel
500 C Street, SW
Washington, DC 20472

Very truly yours,

"Signature"

Attorney for Plaintiffs
Frank J D'Amico Jr
Address 4731 Canal St.
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.