IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAKAYLA BROWN** | * | **DOCKET NO. 09-5248** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **FLUOR ENTERPRISES, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL NO. 07-1873** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs request leave to amend the complaint in the above-referenced case to add causes of action against two additional insurance company defendants pursuant to Louisiana's Direct Action Statute. The entities to be added are Colony National Insurance Company and Westchester Surplus Lines Insurance Company, both of which are insurers of Defendant Sun Valley, Inc.; and would show as follows:

I.  INTRODUCTION

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs may directly sue these insurance companies for the damages caused by their insured, Sun Valley, Inc. The amendment to the complaint proposed by Plaintiffs adds the direct causes of action against Sun Valley, Inc.'s insurers. Sun Valley, Inc.'s insurers have filed declaratory judgment actions

against their insured in the State of Indiana, and Plaintiffs in the above-referenced case seek to protect their interests by preserving claims against the insurers of Defendant Sun Valley, Inc.

II. ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL plaintiffs, justice requires leave to file their amended complaint to preserve the insurance coverage available to the Defendant Sun Valley, Inc. Leave to amend Plaintiffs' complaint should therefore be granted. *See Id.*

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiffs, therefore have the right to sue Sun Valley, Inc.'s insurers directly. The proposed amended complaint adds direct causes of action against Colony National Insurance Company and Westchester Surplus Lines Insurance Company, Sun Valley Inc.'s insurers. *See* proposed First Supplemental and Amended Complaint for Damages, attached as Exhibit B. Because the added causes of action are necessary to assert Plaintiffs' right of direct action against Defendant Sun Valley Inc.'s insurers, leave should be granted to file the proposed amended complaint. *Foman*, 371 U.S. at 182.

III. CONCLUSION

For all of the above reasons, Plaintiffs respectfully request this Court grant their Unopposed Motion for Leave to File Amended Complaint.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

|    |    |
|----|----|
| BY: | s/Justin I. Woods |
|     | GERALD E. MEUNIER, #9471 |
|     | JUSTIN I. WOODS, #24713 |
|     | **PLAINTIFFS' CO-LIAISON COUNSEL** |
|     | Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. |
|     | 2800 Energy Centre, 1100 Poydras Street |
|     | New Orleans, Louisiana 70163 |
|     | Telephone: 504/522-2304 |
|     | Facsimile: 504/528-9973 |
|     | gmeunier@gainsben.com |
|     | jwoods@gainsben.com |

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas # 16739600
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAKAYLA BROWN** | * | **DOCKET NO. 09-5248** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **FLUOR ENTERPRISES, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL NO. 07-1873** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

Trinity Henry

Lamar Henry

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MAKAYLA BROWN** | * | **DOCKET NO. 09-5248** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **FLUOR ENTERPRISES, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL NO. 07-1873** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT B

## (PROPOSED FIRST SUPPLEMENTAL AND AMENDED COMPLAINT)