IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNIE MAE BARNES** | * | **DOCKET NO. 09-4829** |
| | * | |
| versus | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff moves this Court for leave to amend the complaint in the above-referenced case. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiff seeks to add to the complaint direct causes of action against Sun Valley, Inc.'s two (2) insurance carriers: Colony National Insurance Company and Westchester Surplus Lines Insurance Company for the damages caused by their insured. Plaintiff has contacted counsel for defendants, and has been notified that defendants will file no opposition.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David,
         Meunier & Warshauer, L.L.C.
         2800 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana 70163

                Telephone: 504/522-2304
                Facsimile: 504/528-9973
                jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Justin I. Woods
                JUSTIN I. WOODS, #24713