IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNIE MAE BARNES** | * | **DOCKET NO. 09-4829** |
| | * | |
| **versus** | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiff requests leave to amend the complaint in the above-referenced case to add causes of action against two additional insurance company defendants pursuant to Louisiana's Direct Action Statute. The entities to be added are Colony National Insurance Company and Westchester Surplus Lines Insurance Company, both of which are insurers of Defendant Sun Valley, Inc.; and would show as follows:

I.    INTRODUCTION

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiff may directly sue these insurance companies for the damages caused by their insured, Sun Valley, Inc. The amendment to the complaint proposed by Plaintiff adds the direct causes of action against Sun Valley, Inc.'s insurers. Sun Valley, Inc.'s insurers have filed declaratory judgment actions against their insured in the State of Indiana, and Plaintiff in the above-referenced case seeks to protect her interests by preserving claims against the insurers of Defendant Sun Valley, Inc.

II. ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL plaintiff, justice requires leave to file her amended complaint to preserve the insurance coverage available to the Defendant Sun Valley, Inc. Leave to amend Plaintiff's complaint should therefore be granted. *See Id.*

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiff therefore has the right to sue Sun Valley, Inc.'s insurers directly. The proposed amended complaint adds direct causes of action against Colony National Insurance Company and Westchester Surplus Lines Insurance Company, Sun Valley Inc.'s insurers. *See* proposed First Supplemental and Amended Complaint for Damages, attached as Exhibit A. Because the added causes of action are necessary to assert Plaintiff's right of direct action against Defendant Sun Valley Inc.'s insurers, leave should be granted to file the proposed amended complaint. *Foman*, 371 U.S. at 182.

III. CONCLUSION

For all of the above reasons, Plaintiff respectfully requests this Court grant her Unopposed Motion for Leave to File Amended Complaint.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY: s/Justin I. Woods
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713

                                                          Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods
                                                JUSTIN I. WOODS, #24713

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNIE MAE BARNES** | * | **DOCKET NO. 09-4829** |
| | * | |
| **versus** | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT A

# (PROPOSED FIRST SUPPLEMENTAL AND AMENDED COMPLAINT)