IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNIE MAE BARNES** | * | **DOCKET NO. 09-4829** |
| | * | |
| versus | * | |
| | * | |
| **SUN VALLEY, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this____day of_____, 2010.

_____
HONORABLE KURT D. ENGELHARDT