UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(4) |
| This Document Relates to: *Brian Carpenter, et al v Doug Boyd Enterprises, LLC, et al., Case No. 10-4118* | * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limits Pursuant to L.R. 7.8.1E;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file the attached Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this __8th__ day of ____December____, 2010.

_____
J U D G E