Case 2:07-md-01873-KDE-MBN Document 18601-2 Filed 12/08/10 Page 1 of 2
Case 2:10-cv-00423-KDE-ALC Document 1-2 Filed 08/25/10 Page 2 of 56

RECEIVED AUG 0 6 2010

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

BRIAN CARPENTER and HOLLIE CARPENTER,
Individually and on Behalf of Their Minor Children
JCH, JTC and JDC

PLAINTIFFS

V.

DOCKET NO: 10-0337

FILED

DOUG BOYD ENTERPRISES, LLC,
GULF STREAM COACH, INC., DUTCHMEN
MANUFACTURING, INC., SUPERIOR HOMES, LLC,
BECHTEL NATIONAL, INC., CH2M HILL
CONSTRUCTORS, INC., and JOHN DOE 1-50

JUN 01 2010

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK
BY_____D.C.

DEFENDANTS

## COMPLAINT FOR DAMAGES
(jury trial requested)

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiffs, HOLLIE CARPENTER and BRIAN CARPENTER, along with their minor children, are resident citizens of Bay St. Louis, Hancock County, Mississippi.

2. Defendant DOUG BOYD ENTERPRISES, LLC, (hereinafter DBE) is a North Carolina licensed to do business in Mississippi. Defendant DOUG BOYD ENTERPRISES, LLC was the maintenance company required to perform maintenance for the trailer in question.

3. GULF STREAM COACH, INC. (hereinafter Gulf Stream) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below

Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

RETURN RECEIPT REQUESTED

RECEIVED AUG 0 6 2010
By

Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kenneth C. Brniker
503 South Oakland
Nappannee, IN 46550

RECEIVED AUG 0 6 2010



7008 1300 0001 3974 7000

CERTIFIED MAIL