| | | | | | | PAGE 1 OF |
|---|---|---|---|---|---|---|
| **SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS** OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | | 1. REQUISITION NO. HSFEHQ291Y2005T | | BPA NO. |
| CONTRACT NO. HSFEHQ-05-C-4000 | 3. AWARD/EFFECTIVE DATE 09-02-2005 | 4. ORDER NO. | MODIFICATION NO. | 5. SOLICITATION NO. N/A | | 6. SOLICITATION ISSUE DATE 08-29-2005 |
| FOR SOLICITATION INFORMATION CALL: | 8. NAME Phillip Sarveri | | | A. TELEPHONE NO. (No Collect Calls) (800) 289-9787 x-3259 | | B. OFFER DUE DATE/LOCAL TIME A.S.A.P |

ISSUED BY: Department of Homeland Security/FEMA
NETC Acquisition Section
Building E
16825 South Seton Avenue
Emmitsburg MD 21727

10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: % FOR:
[ ] SMALL BUSINESS
[ ] EMERGING SMALL BUS BUSINESS
[ ] HUBZONE SMALL BUSINESS
NAICS: 332120
SIZE STANDARD: 336214
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS [ ] 8(A)

DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS
Net 30 Days

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING N/A
14. METHOD OF SOLICITATION
[ ] RFQ [X] IFB [ ] RFP

DELIVER TO:
Elkhart, Indiana
ATTN: DHS/FEMA

MD 21727

15. ADMINISTERED BY:
Department of Homeland Security/FEMA
NETC Acquisition Section
Building E
16825 South Seton Avenue
Emmitsburg MD 21727

17a. CONTRACTOR/OFFEROR CODE

GULF STREAM COACH INC

503 S. OAKLAND

NAPPANEE IN 465502326

18a. PAYMENT WILL BE MADE BY
Department of Homeland Security/FEMA
Disaster Finance Center
Attn: Vendor Payments
P.O. Box 900
Berryville VA 22611

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See CONTINUATION Page | | | | |
| 0001 | Gulfstream CVDH Travel Trailers 2005 | 100 | EA | 9,275.00 | 927,500.0 |
| 0002 | Gulfstream CVDH Travel Trailers 2006 | 24,900 | EA | 9,875.00 | 9245,887,500.0 |
| 0003 | Delivery to Elkhort Indiana | 25,000 | EA | 125.00 | $3,125,000.0 |
| 0004 | Delivery Beyond Elkhart Indiana As Required | | MILE | 1.60 | |

(Use Reverse and/or Attach Additional Sheets as Necessary)
ACCOUNTING AND APPROPRIATION DATA: See CONTINUATION Page

25. TOTAL AWARD AMOUNT (For Govt. Use Only) 5250,440,000.00

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [X] ARE NOT ATTACHED.
27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [X] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
Brynn S. McCreary
Contracting Officer
31c. DATE SIGNED 9/2/05

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE
STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212


Exhibit 4
Witness Gulf Stream
Date 7/24/08 PEM

GULF0002203

**CONFIDENTIAL**

| ITEM NO. | SCHED. OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

1. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 22b. DATE | 22d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 22f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 22g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| AIR ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE RECD (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 3/2005) BACK

GULF0002204

CONFIDENTIAL

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE OF |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| 0001 | 03-29-2006 | WND10SBY2006T | |

**6. ISSUED BY** CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

**7. ADMINISTERED BY** (if other than item 6) CODE
Department of Homeland Security/FEMA
Federal Emergency Management Agency
Financial & Acquisition Management
500 C Street, SW, Room 350
Washington DC 20472

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

GULF STREAM COACH INC

503 S. OAKLAND

NAPPANEE IN 465503238

| | |
|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| 10A. MODIFICATION OF CONTRACT/ORDER NO. | HSFEHQ-06-C-0600 |
| 10B. DATED (SEE ITEM 13) | X 03-29-2006 |

CODE        FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (if required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

( ) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)   Mutual Agreement of Both Parties

**E. IMPORTANT:** Contractor ☐ is not, ☒ is required to sign this document and return __1__ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to add funding to the original contract and to obligate additional funds in the amount of $26,319,725.00 for delivery charges (CLIN 4000) incurred by the contractor.
Accordingly:

1. Block 26 is changed from: $250,440,000.00 to: $276,759,725.00 and funds are hereby obligated.

****************END OF MODIFICATION P00001

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Phil S. Sarvari | Bryan S. McCreary |
| Executive.V.P, Gulf Stream Coach, INC. | Contracting Officer |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 3/28/06 | (Signature of Contracting Officer) | 3/28/06 |

STANDARD FORM 30 (REV. 10-83)

GULF0002220

**CONFIDENTIAL**

SEP-10-2005 09:21      FEMA AR-FA-GM                                    202 646 4156      P.01

PAGE 1 OF 16

## SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
### OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30

1. REQUISITION NO. NN0025212005  BPA NO. NN0036612005P

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NO. | MODIFICATION NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|
| HSFEHQ-05-C-4041 | | | | N/A | 06-29-2005 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Phillip Sarvari | b. TELEPHONE NO. (no collect calls) (800) 289-8782 x-3259 | 8. OFFER DUE DATE/LOCAL TIME ASAP |

9. ISSUED BY  CODE
Department of Homeland Security/FEMA
Federal Emergency Management Agency
Financial & Acquisition Management
500 C Street, SW, Room 350
Washington DC 20472

10. THIS ACQUISITION IS
[X] UNRESTRICTED OR [ ] SET ASIDE: __% FOR
[ ] SMALL BUSINESS
[ ] EMERGING SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE DISABLED VETERAN OWNED SMALL BUSINESS
[ ] 8(A)

NAICS: 336214
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS
Net 30 Days

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING N/A
14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO  CODE
TBD

16. ADMINISTERED BY  CODE
Department of Homeland Security/FEMA
Federal Emergency Management Agency
Financial & Acquisition Management
500 C Street, SW, Room 350
Washington DC 20472

17a. CONTRACTOR/OFFEROR  CODE  FACILITY CODE
GULF STREAM COACH INC
503 S. OAKLAND
NAPPANEE IN 465502328
TELEPHONE NO.

18a. PAYMENT WILL BE MADE BY  CODE
Department of Homeland Security/FEMA
Disaster Finance Center
Attn: Vendor Payments
P.O. Box 800
Berryville VA 22611

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED
[ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Gulfstream CVDS Travel Trailers 2006 | 25,000 | EA | 9,875.00 | $246,875,000.00 |
| 0002 | Shipping To Elkhart Indiana | 12,500 | EA | 125.00 | $1,562,500.00 |
| 0003 | Shipping Estimated Not To Exceed NTE & To Be Determined TBD Based On $12.5 Mil. Est. Rd. Miles x $1.80 Per Mile Per Unit NTE $22,500,000.00 | | MILE | 1.80 | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

25. ACCOUNTING AND APPROPRIATION DATA  See CONTINUATION Page

26. TOTAL AWARD AMOUNT (For Govt. Use Only)
$270,937,500.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED.
[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA  [ ] ARE  [X] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR
31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
30c. DATE SIGNED
31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Bryan S. McCreary Contracting Officer
31c. DATE SIGNED 9/9/05

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit 5
Witness Gulf Stream
Date 7/29/08  PEM

GULF0001617

**CONFIDENTIAL**