# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | counsel; our technical vice president, Scott                 |
| 2  |   | Pullin.                                                      |
| 3  |   | MR. PERCY: I'm sorry, what was that last                     |
| 4  |   | name?                                                        |
| 5  |   | THE WITNESS: Scott Pullin.                                   |
| 6  | A | Those are the individuals that come to mind.                 |
| 7  | Q | Those are the people that first learned about this           |
| 8  |   | problem or this supposed problem with indoor air             |
| 9  |   | quality in March of '06, those individuals?                  |
| 10 | A | Correct.                                                     |
| 11 | Q | Okay. And prior to that time you at Gulf Stream              |
| 12 |   | had never had an issue with formaldehyde or indoor           |
| 13 |   | air quality?                                                 |
| 14 | A | We went back and researched our production records           |
| 15 |   | and various records relating to our production of            |
| 16 |   | units for FEMA over the last -- since 1992. We               |
| 17 |   | couldn't find anything. And this had not been a              |
| 18 |   | general problem for the RV industry as it was for            |
| 19 |   | the manufactured housing industry in the '80s.               |
| 20 | Q | Okay. So you said --                                         |
| 21 | A | That's our framework.                                        |
| 22 | Q | You said several things there. Let me make sure I            |
| 23 |   | flesh those out because they may become important.           |
| 24 |   | First off, you said with regard to trailers                  |
| 25 |   | purchased by FEMA, until March of 2006, as far as            |

ed9d0b1c-b882-45e1-a538-67fc9fb94b6a

1  A  We have a quality control inspector at each
2     production line -- for each production line, yes.
3  Q  So there's no quality control supervisor, or is
4     that the same thing?
5  A  You know, I can't recall that we have a title of
6     that nature.
7  Q  Okay.  On your production lines building these
8     trailers, do your workers wear any sort of masks?
9  A  There's some people that may wear masks when
10    they're using insulation, but it's not required.
11 Q  Any of the workers who place the subflooring, the
12    ceiling materials, or the wall coverings use masks?
13 A  No.  I don't -- I don't believe that any of them
14    use masks, unless it was of their own election
15    because they had a cold or an allergy or something.
16    I don't know.  But there was no regular -- there
17    was no regular requirement for such masks by the
18    company.
19 Q  Were you aware that FEMA would come to the factory
20    and inspect the trailers?
21 A  Yes.  Well, FEMA came to the factory and inspected
22    trailers in the 2005 and 2006 period when we
23    produced them for Katrina disaster relief.
24 Q  But they did not do so in 2004?
25 A  Not to my knowledge.  They may have but -- I'm sure

ed9d0b1c-b882-45e1-a538-67fc9fb94b6a

1  A  Yeah. That was the first circumstance where we
2     provided units to be used by FEMA.
3  Q  Okay. And between that time period and Hurricane
4     Katrina time period, even though you went through
5     dealers, would you have contact or communications
6     with FEMA?
7  A  Yes.
8  Q  What were the subject of those contacts?
9  A  There would be -- my recollection is there would be
10    contacts on scheduling. And we normally had
11    personnel in the field that would do another
12    inspection and receive the unit when it came into
13    the marshaling area, and so those people would --
14    if there was damage to the unit or something, we
15    would usually take care of it. And our people
16    would work with dealer -- the dealer and FEMA to
17    just ensure a steady flow of units.
18 Q  Would FEMA come to you for specific technical
19    advice regarding your units?
20 A  I'm sure that we at times had a technical inquiry
21    related to, okay, why doesn't an air conditioner
22    work or something like that, and we would have one
23    of our representatives maybe go to that -- FEMA
24    would provide us with the location of the unit, and
25    we'd go to it and see what the problem was. And so