Stephen Carl Miller                                                  July 9, 2009
                              Washington, DC

                                                                            1

1                    UNITED STATES DISTRICT COURT

2                        DISTRICT OF LOUISIANA

3                         NEW ORLEANS DIVISION

4    In Re:  FEMA Trailer      )

5    Formaldehyde Products     ) MDL No. 1873

6    Liability Litigation      )

7

8                                  Washington, D.C.

9                                  Thursday, July 9, 2009

10   Videotape Deposition of STEPHEN CARL MILLER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:18 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

184

1   about here are the contractors who are actually
2   installing the units on-site?
3       A.   That is correct.
4       Q.   It would not be a manufacturer like Gulf
5   Stream?
6       A.   No, sir.
7       Q.   When you worked the Florida hurricanes in
8   2004, did you actually go to Florida at any -- for
9   any of those 4 storms you described earlier?
10      A.   I was in Florida.
11      Q.   So you were in Florida at the end of 2004?
12      A.   Yes, sir.
13      Q.   Okay.  Were you made aware of any
14  formaldehyde claims by residents of the THUs in
15  Florida?
16      A.   I do not recall any formaldehyde claims
17  out of Florida --
18      Q.   Okay.
19      A.   -- that I'm aware of.
20      Q.   Are you aware of the fact that Gulf Stream
21  sold approximately 7,000 travel trailers to FEMA on
22  the Florida disaster?

1    A.    I'm not sure of the number, but I do know
2    that they did sell -- we had quite a number of the
3    spec models.
4    Q.    And as far as your experience in Florida
5    was concerned, there was no formaldehyde problem or
6    issue with any of those Gulf Stream travel trailers
7    in 2004?
8    A.    That is correct.
9    Q.    I'm going to show you a document I'm going
10   to mark Miller number 23.
11                    (Miller Exhibit No. 23
12                     was marked for
13                     identification.)
14         BY MR. SCANDURRO:
15   Q.    I've handed you what appears to be a
16   chronology.  It may be a draft chronology.  And I
17   just wanted to ask you -- on the first page at the
18   top, it says, travel trailers, formaldehyde
19   chronology, draft modified 5-23-07, 9 AM Eastern.
20         Do you see that?
21   A.    Yes, sir, I do see that.
22   Q.    Do you recognize this document?