U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC -3 2010

LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-41

MD 07-1873 - N

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Motion for Leave to Appeal
from an Interlocutory Order

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, New Orleans, entered on October 25, 2010, is DENIED.

MOT20

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Gina R. Martin

New Orleans, Louisiana       DEC 2010

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 02, 2010

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-41,   In Re: FEMA Trailer
    USDC No. 2:07-MD-1873

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Gina Randazzo Martin, Deputy Clerk
                        504-310-7687

cc w/encl:
    Mr. Adam Michael Dinnell
    Mr. Gerald Edward Meunier
    Mr. Henry Thomas Miller
    Mr. Andrew D. Weinstock
    Mr. Justin I Woods

MDT-1