# EXHIBIT "A"

**Plaintiff:** Shalena Corley, on behalf of Minor, Iyana Corley
**Address:** 4508 America Street, New Orleans, Louisiana 70126
**Defendants:** Sun Valley, Inc.
Fluor Enterprises, Inc.