UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br>SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO THE FOLLOWING CASES:** | | * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

*Alphonse, et al. v. Sunline Acquisition Company, Ltd., et al.*
Civil Action No.: 09-8655

**ORDER**

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this _____ day of _______________________, 20____ in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE