# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Glenn E. Alphonse |
| Address: | 1005 Harrison Court, Slidell, Louisiana 70461 |
| Defendants: | Sunline Acquisition Company, Ltd. |
| | Flour Enterprises, Inc. |

| | |
|---|---|
| Plaintiff: | Glenn Alphonse, on behalf of Minor, Zion C. Alphonse |
| Address: | 1005 Harrison Court, Slidell, Louisiana 70461 |
| Defendants: | Sunline Acquisition Company, Ltd. |
| | Flour Enterprises, Inc. |