UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:   FEMA TRAILER           *   MDL NO. 1873
         FORMALDEHYDE PRODUCTS  *
         LIABILITY LITIGATION   *   SECTION "N" (5)
                                *
**THIS DOCUMENT RELATES**       *   JUDGE ENGELHARDT
**TO THE FOLLOWING CASES:**     *   MAGISTRATE CHASEZ
*Louis, et al. v. Vanguard Industries of Michigan, Inc., et al.*
Civil Action No.: 09-8673

### ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this _____ day of _____, 20____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE