# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Alicia Harry |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

| | |
|---|---|
| Plaintiff: | Gary Harry |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

| | |
|---|---|
| Plaintiff: | Winter M. Thomas |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

| | |
|---|---|
| Plaintiff: | Winter Thomas, on behalf of minor, Ebony M. Thomas |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

| | |
|---|---|
| Plaintiff: | Winter Thomas, on behalf of minor, Amber L. Harry |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |