AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| JANELLE DENNIS, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> CAVALIER HOME BUILDERS, LLC., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-3915 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA through
Craig Fugate, Director of FEMA
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Nov 03 2010

B. Gregory
Deputy clerk's signature



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 9805**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:03 am on November 18, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.
Go >

Detailed Results:
- **Delivered, November 18, 2010, 9:03 am, WASHINGTON, DC 20472**
- **Arrival at Unit, November 18, 2010, 6:16 am, WASHINGTON, DC 20022**

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

Return Receipt (Electronic)
Verify who signed for your item by email.   Go >

Site Map  Customer Service  Forms  Gov't Services  Careers  Privacy Policy  Terms of Use  Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    12/9/2010