AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| HERMAN BARARD, ET AL <br><br> *Plaintiff* <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  10-3925

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
Craig Fugate, Director of FEMA
500 C Street SW
Washington DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304; Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<u>Loretta G. Whyte</u>
Name of clerk of court

Date: ___**Nov 03 2010**___

*B. Gregory*
Deputy clerk's signature



Home | Help |
Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0016 9492**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:15 am on November 22, 2010 in
WASHINGTON, DC 20472.

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Detailed Results:

- Delivered, November 22, 2010, 8:15 am, WASHINGTON, DC 20472
- Notice Left, November 21, 2010, 1:08 pm, WASHINGTON, DC 20472
- Arrival at Unit, November 21, 2010, 12:46 pm, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Return Receipt (Electronic)

Verify who signed for your item by email.    *Go >*

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

### U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | 7179100016450016 9492 | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

Code2: Barard v. Am. Int. Grp., EDLA 10-3925

7.17

*Sent To*  **FEMA through**
**Craig Fugate, Director**
*Street, Apt. No.; or PO Box No.*  **500 C Street S.W.**
*City, State, Zip+4*  **Washington, DC 20472**

**PS Form 3800, August 2006          See Reverse for Instructions**