AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| HERMAN BARARD, ET AL | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 10-3925 |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA through
Eric Holder, US Attorney General
950 Pennsylvania Avenue NW
Washington DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Nov 03 2010__      *B. Gregory*
Deputy clerk's signature


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm　　FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0016 9508**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 4:55 am on November 22, 2010 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Detailed Results:**
- Delivered, November 22, 2010, 4:55 am, WASHINGTON, DC 20530
- Notice Left, November 21, 2010, 10:44 am, WASHINGTON, DC 20530
- Arrival at Unit, November 21, 2010, 7:48 am, WASHINGTON, DC 20022

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.　Go >

---

Site Map　Customer Service　Forms　Gov't Services　Careers　Privacy Policy　Terms of Use　Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.　No FEAR Act EEO Data　FOIA 

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | 7179100016450016950 8 | |
| Certified Fee | 2.07 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 0.00 | |

Sent To: 7.17
U.S. Dept. of Justice, through
Eric Holder, US Atty General
Street, Apt. No.; or PO Box No. 950 Pennysylvania Ave. NW
City, State, Zip+4 Washington, DC 20530-0001

Code2: Barard v. Am. Int. Grp., EDLA 10-3925

**PS Form 3800, August 2006**　See Reverse for Instructions


**UNITED STATES POSTAL SERVICE**

Date: 12/09/2010

Cheryl Danos:

The following is in response to your 12/09/2010 request for delivery information on your Certified Mail(TM) item number 7179 1000 1645 0016 9508. The delivery record shows that this item was delivered on 11/22/2010 at 04:55 AM in WASHINGTON, DC 20530 to M POWER. The scanned image of the recipient information is provided below.

Signature of Recipient: *M.O... Marcus Power*

Address of Recipient: *...ton 20530*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service