# EXHIBIT "A"

**Plaintiff:** Mary I. Arthur
**Address:** 7831 Darlene Court, New Orleans, Louisiana 70128
**Defendants:** Thor Industries, Inc.
Fluor Enterprises, Inc.

**Plaintiff:** Vance P. LaFrance, Sr.
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
Shaw Enviornmental

**Plaintiff:** Gwendolyn A. LaFrance
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
Shaw Enviornmental

**Plaintiff:** Tyrone Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.

**Plaintiff:** Gwendolyn LaFrance, on behalf of minor, DeShawn DeGruy
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
CH2M Hill Constructors, Inc.

1

**Plaintiff:** Gwendolyn LaFrance, on behalf of minor, RaShawn DeGruy
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
CH2M Hill Constructors, Inc.

**Plaintiff:** Nicole Jordan, on behalf of minor, Coriandrae' S. Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.

**Plaintiff:** Nicole Jordan, on behalf of minor, Tyraine T. Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.

**Plaintiff:** Nicole Jordan, on behalf of minor, Torran T. Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.

**Plaintiff:** Nicole Jordan, on behalf of minor, Dijanay N. Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.