# EXHIBIT "B"

Plaintiff:      Donald J. Bernard
Address:        843 Lawrence Drive, Gretna, Louisiana 70056
Defendants:     Thor Industries, Inc.
                Fluor Enterprises, Inc.

Plaintiff:      Deborah V. Perniciaro
Address:        3860 E. Judge Perez Boulevard, Meraux, Louisiana 70075
Defendants:     Thor Industries, Inc.
                Flour Enterprises, Inc.