UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT RELATES** | | * | JUDGE ENGELHARDT |
| **TO THE FOLLOWING CASES:** | | * | MAGISTRATE CHASEZ |

*Adams, et al. v. Stewart Park Homes, Inc., et al.*
Civil Action No.: 09-8669

## ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this _____ day of _____, 20____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE