# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Yvonne Smith, on behalf of Minor, Eriyell D. Smith |
| Address: | 7731 Chef Menteur Highway, New Orleans, Louisiana 70125 |
| Defendants: | Stewart Park Homes, Inc. |
| | Fluor Enterprises, Inc. |