# EXHIBIT "A"

Plaintiff:   Joseph G. Perkins
Address:    113 Dove Street, Laplace, Louisiana 70068
Defendants: Starcraft RV, Inc.
            Fluor Enterprises, Inc.