# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Edd Jimerson |
| Address: | 450390 Highway 17, Ward, Louisiana 36922 |
| Defendants: | Recreation by Design, LLC |
| | CH2M Hill Constructors, Inc. |

| | |
|---|---|
| Plaintiff: | Nicole Jimerson |
| Address: | 450390 Highway 17, Ward, Louisiana 36922 |
| Defendants: | Recreation by Design, LLC |
| | CH2M Hill Constructors, Inc. |