UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Kevin Ammentorp, et al. v. Gulf Stream* | * | |
| *Coach, Inc., et al., Case No. 10-4120* | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS

**NOW INTO COURT**, comes Gulf Stream Coach, Inc., who respectfully requests an Order from this Honorable Court accepting the filing of its Opposition to plaintiffs' Motion for Remand (Rec. Doc. 18480) in excess of the page limit provided by L.R. 7.8.1(E). Gulf Stream submits that there are myriad bases for federal jurisdiction. In its attempt to give each argument its proper due, Gulf Stream exceeded the Court's page limit by 8 pages. Gulf Stream requests this Honorable court accept its filing of the brief with these additional pages included.

Additionally, Gulf Stream directs the Court's attention to the deadline for filing an Opposition to the plaintiffs' Motion for Remand, which is October 8, 2010. Because of this imminent deadline, Gulf Stream respectfully requests expedited consideration of this Motion to exceed page limitations.

00030028-1

Finally, counsel for Gulf Stream has contacted opposing counsel to determine whether there is any objection to the filing of this Motion, but opposing counsel did not respond.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

/s/ Andrew Weinstock
_____

**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2010, a copy of the foregoing Motion for Leave to file Brief in Excess of Page Limits was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Andrew Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**

00030028-1