UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Kevin Ammentorp, et al. v. Gulf Stream* | * | |
| *Coach, Inc., et al., Case No. 10-4120* | * | MAG: CHASEZ |

*************************************************************************

## **ORDER**

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limits pursuant to L.U.Civ.R. 7(b)(5);

**IT IS HEREBY ORDERED** that the Defendant, Gulf Stream Coach, Inc., is hereby granted acceptance of the filing of its Opposition to Plaintiffs' Motion for Remand (Rec. Doc. 18480) in excess of the page limitation set forth in L.U.Civ.R. 7(b)(5).

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
J U D G E