UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO:<br>*Bastoe v. Dutchmen Manufacturing, Inc, et al.*,<br>EDLA No. 10-3716 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE
### AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" attached hereto, who respectfully move this Court for leave to file the attached Amended Complaint for Damages.

On or about October 13, 2010, undersigned counsel filed an amending complaint pursuant to Pre-Trial Order Number 68. Although the caption and exhibits to the Amending Complaint correctly referenced Dutchmen Manufacturing, Inc., the body of the complaint erroneously referenced Dutch Housing, Inc. Plaintiffs further aver that no answer has been filed in the above-captioned case by any defendant. Plaintiffs now request that they be given leave of court to file the attached Amended Complaint to correctly identify Dutchmen Manufacturing, Inc. as the manufacturing defendant in the above-captioned case.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:  s/David C. Jarrell
SIDNEY D. TORRES, III, La. Bar No. 12869

>ROBERTA L. BURNS, La. Bar No. 14945
>DAVID C. JARRELL, La. Bar No. 30907
>8301 W. Judge Perez Drive
>Suite 303
>Chalmette, Louisiana 70043
>Telephone: (504) 271-8421
>*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to Liaison Counsel for the PSC, the Untied States of America, the Manufacturing Defendants, the Government Contractors, and Defendant Insurance Companies, all as directed in Pretrial Order No. 68.

>s/David C. Jarrell, Esq.
>DAVID C. JARRELL, La. Bar No. 30907