UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Bastoe v. Dutchmen Manufacturing, Inc, et al.*,
EDLA No. 10-3716

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

PROPOSED PLEADING

NOW INTO COURT, through undersigned counsel, comes the Law Offices of Sidney D. Torres, III, *A.P.L.C.,* counsel for the potential claimants listed in Exhibit "A" attached to the Amending Complaint filed pursuant to Pre-Trial Order No. 68, who respectfully amends the complaint as following:

1.

Plaintiffs hereby amend Paragraph 3 to read as follows:

"Defendant, **DUTCHMEN MANUFACTURING, INC.** ("Manufacturer"), is upon information and belief a Michigan corporate entity which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

WHEREFORE after all due proceedings, plaintiffs respectfully pray that this amended complaint be deemed good and sufficient and that Judgment be granted as prayed for in the

1

Original Complaint.

                          Respectfully submitted,

                          LAW OFFICES OF SIDNEY D. TORRES, III,
                          *A PROFESSIONAL LAW CORPORATION*

                          BY:      s/David C. Jarrell
                                  SIDNEY D. TORRES, III, La. Bar No. 12869
                                  ROBERTA L. BURNS, La. Bar No. 14945
                                  DAVID C. JARRELL, La. Bar No. 30907
                                  8301 W. Judge Perez Drive
                                  Suite 303
                                  Chalmette, Louisiana 70043
                                  Telephone: (504) 271-8421
                                  *Counsel for plaintiffs*

**SERVICE OF PROCESS INFORMATION**

1.     **The United States of America**
       Through the United States Attorney General,
       Hon. Eric H. Holder, Jr.
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001
       And
       Through the Office of the U.S. Attorney for the Eastern District of Louisiana
       Through Jim Letten, United States Attorney
       Hale Boggs Federal Building
       500 Poydras Street, Suite B-210
       New Orleans, Louisiana 70130

2.     **Federal Emergency Management Agency**
       Through the Office of the Director
       Administrator of the Federal Emergency Management Agency
       500 C Street S.W.
       Washington, D.C. 20472

3.     **Dutchmen Manufacturing, Inc.**
       Through its Agent for Service of Process
       CT Corporation System
       251 E. Ohio Street Suite 1100
       Indianapolis, IN 46204

4.  **North American Catastrophe Services, Inc.**
    Through its Agent for Service of Process
    Brenda J. Anderson
    620 Dijon Dr.
    Melbourne, FL 32937