UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |

THIS DOCUMENT RELATES TO:

*Bastoe v. Dutchmen Manufacturing, Inc, et al.*,
EDLA No. 10-3716

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above-numbered case be granted leave of Court to file the amended complaint for damages to correctly identify Dutchmen Manufacturing, Inc. as the manufacturing defendant.

Signed this ____day of _____, 20____, in New Orleans, Louisiana.

J U D G E