# EXHIBIT "A"

---

Plaintiff:     Karen A. Groetsch-Landry
Address:       1372 Choctaw Avenue, Metairie, Louisiana 70005
Defendants:    Monaco Coach Corporation
               Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff:     Andre' A. Blair
Address:       1230 Alvar Street, New Orleans, Louisiana 70117
Defendants:    Monaco Coach Corporation
               Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff:     Edward E. Cherrie
Address:       1897 Gentilly Boulevard, New Orleans, Louisiana 70119
Defendants:    Monaco Coach Corporation
               CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

| | |
|---|---|
| Plaintiff: | James Armour, Jr., on behalf of Minor, James S. Armour |
| Address: | 5402 Chartres Street, New Orleans, Louisiana 70117 |
| Defendants: | Monaco Coach Corporation |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Jerome Blanchard, Jr. |
| Address: | 7629 Burke Road, New Orleans, Louisiana 70127 |
| Defendants: | Monaco Coach Corporation |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Janet Bracy |
| Address: | 1900 Desire Street, New Orleans, Louisiana 70117 |
| Defendants: | Monaco Coach Corporation |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Sierra Bright |
| Address: | 1900 Desire Street, New Orleans, Louisiana 70117 |
| Defendants: | Monaco Coach Corporation |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

Plaintiff: Lonnie Young
Address: 6019 Chartres Street, New Orleans, Louisiana 70117
Defendants: Monaco Coach Corporation
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282