# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Joseph Gilliam |
| Address: | 15205 Perry Road, Independence, Louisiana 70443 |
| Defendants: | Layton Homes Corporation |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Valerie Chriss, on behalf of Minor, Kelejawan Le Flore |
| Address: | 15205 Perry Road, Independence, Louisiana 70443 |
| Defendants: | Layton Homes Corporation |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282