UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT RELATES** | | * | JUDGE ENGELHARDT |
| **TO THE FOLLOWING CASES:** | | * | MAGISTRATE CHASEZ |

*Hendrix, et al. v. Lakeside Park Homes, et al.*
Civil Action No.: 09-8654

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL ANDAMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their prior pleadings in the underlying action. Plaintiff(s) file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15, 20 and 21. Federal Rule of Civil Procedure 15 states filings in the above captioned action to add _____ additional plaintiffs:

| Claimants | Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Nathaniel Waker | 09-5282 |
| Shelia Banks | 09-5282 |

Who, upon information and belief, resided in the same FEMA-supplied emergency housing unit(s) manufactured by the defendant, _____ herein.

No undue prejudice will result in allowing this Supplemental and Amending pleading to be filed since the trial date has not yet been scheduled. Morever, allowing Plaintiffs' motion will assist counsel for defendant(s) in effectively and efficiently defending claims against their clients by focusing resources to defend properly claimed actions.

Plaintiffs assert that pursuant to this Honorable Court's Pretrial Order 38, (Rec. Doc No. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing (prior) Amended Complaint for Damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO** (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this ___ day of _____, 20___.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**