# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Nathaniel Waker |
| Address: | 4627 Rosalia Drive, New Orleans, Louisiana 70127 |
| Defendants: | Lakeside Park Homes, Inc. |
| | RAZZ Electrical Services |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Shelia Banks |
| Address: | 3131 Spain Street, New Orleans, Louisiana 70122 |
| Defendants: | Lakeside Park Homes, Inc. |
| | RAZZ Electrical Services |
| | CH2M Hill Constructors, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282