# EXHIBIT "A"

Plaintiff: Jerilyn Hines, on behalf of Minor, Kayla M. Landry Fred T. Wallace
Address: 5439 Saint Ferdinand Drive, New Orleans, Louisiana 70126
Defendants: Frontier RV, Inc.
RAZZ Electrical Services
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282