# EXHIBIT "A"

Plaintiff: Antoinette Dickerson-Tate, on behalf of Minor, Dominique J. Dickerson
Address: 724 Turtle Creek Lane, Saint Rose, Louisiana 70087
Defendants: Dutchmen Manufacturing, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282