# EXHIBIT "A"

Plaintiff: Cabrenthia Rolling, on behalf of Minor, Anthony M. Phillips
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Damon Motor Coach
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282