# EXHIBIT "A"

Plaintiff: Alicia Williams, on behalf of Minor, Omarion T. Williams
Address: 650 N. Bolten Avenue, Alexandria, Louisiana 71303
Defendants: Clayton Homes of Lafayette, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282