# EXHIBIT "A"

---

Plaintiff:     Edd Jimerson
Address:    450390 Highway 17, Ward, Louisiana 36922
Defendants: Recreation by Design, LLC
           CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff:     Nicole Jimerson
Address:    450390 Highway 17, Ward, Louisiana 36922
Defendants: Recreation by Design, LLC
           CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---