# EXHIBIT "A"

Plaintiff:   Yvonne Smith, on behalf of Minor, Eriyell D. Smith
Address:     7731 Chef Menteur Highway, New Orleans, Louisiana 70125
Defendants:  Stewart Park Homes, Inc.
             Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282