# EXHIBIT "A"

Plaintiff:      Fred T. Wallace
Address:      7431 Camberley Drive, New Orleans, Louisiana 70128
Defendants:   Skyline Corporation
              Fluor Enterprises

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282