# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Alicia Harry |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Gary Harry |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Winter M. Thomas |
| Address: | 7931 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | Vanguard Industries of Michigan, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Winter Thomas, on behalf of minor, Ebony M. Thomas
Address:       7931 Chef Mentuer Highway, New Orleans, Louisiana 70126
Defendants:    Vanguard Industries of Michigan, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282


Plaintiff:     Winter Thomas, on behalf of minor, Amber L. Harry
Address:       7931 Chef Mentuer Highway, New Orleans, Louisiana 70126
Defendants:    Vanguard Industries of Michigan, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282