# EXHIBIT "A"

Plaintiff:      Joseph G. Perkins
Address:        113 Dove Street, Laplace, Louisiana 70068
Defendants:     Starcraft RV, Inc.
                Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282