# EXHIBIT "A"

Plaintiff:     Glenn E. Alphonse
Address:       1005 Harrison Court, Slidell, Louisiana 70461
Defendants:    Sunline Acquisition Company, Ltd.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff:     Glenn E. Alphonse, on behalf of Minor, Zion C. Alphonse
Address:       1005 Harrison Court, Slidell, Louisiana 70461
Defendants:    Sunline Acquisition Company, Ltd.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282