# EXHIBIT "A"

Plaintiff:     Oscar Jiles
Address:       2625 Arts Street, New Orleans, Louisiana 70117
Defendants:    R-Vision, Inc.
               Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Frank, et al. v. R-Vision, Inc., et al.*

---

Plaintiff:     Shelia M. Hyde
Address:       517 Warrington Drive, New Orleans, Louisiana 70122
Defendants:    R-Vision, Inc.
               Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Frank, et al. v. R-Vision, Inc., et al.*