# EXHIBIT "A"

---

**Plaintiff:** Veronica M. Johnson
**Address:** 2700 Lasalle at Washington at 3rd, New Orleans, Louisiana 70113
**Defendants:** Pilgrim International, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Anthony H. Crosby
**Address:** 1545 Shylock Drive, Slidell, Louisiana 70461
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Joan Houston, on behalf of Minor, Ennis D. Houston
**Address:** 1545 Shylock Drive, Slidell, Louisiana 70461
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Alcee Turner, on behalf of Minor, Alcee Jones, III
**Address:** 1106 Clipper Street, Slidell, Louisiana 70458
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Milton Cross, Jr., on behalf of Minor, Brittany L. Robinson
**Address:** 1433 Live Oak Street, Slidell, Louisiana 70460
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Owen Scott, on behalf of Minor, Latasha M. Scott
**Address:** 122 Mt. Moriah Road, Tylertown, Mississippi 39667
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Jessie W. Darden
**Address:** 408 S. Locus Street, McComb, Mississippi 39645
**Defendants:** Pilgrim International, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**     Owen M. Scott
**Address:**     122 Mt. Moriah Road, Tylertown, Mississippi 39667
**Defendants:**  Pilgrim International, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**     Margaret Chopin
**Address:**     2000 Groom Road, Baker, Louisiana 70714
**Defendants:**  Pilgrim International, Inc.
                Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**     Owen Scott, on behalf of Minor, Jada R. Scott
**Address:**     122 Mt. Moriah Road, Tylertown, Mississippi 39667
**Defendants:**  Pilgrim International, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: David L. McNeil
Address: 7711 Allison Road, New Orleans, Louisiana 70126
Defendants: Pilgrim International, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Bernice B. McNeil
Address: 7711 Allison Road, New Orleans, Louisiana 70126
Defendants: Pilgrim International, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Benfus Warren
Address: 1724 Sere Street, New Orleans, Louisiana 70122
Defendants: Pilgrim International, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Kimberly A. Warren
Address: 1724 Sere Street, New Orleans, Louisiana 70122
Defendants: Pilgrim International, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282