# EXHIBIT "A"

Plaintiff:     Shalena Corley, on behalf of Minor, Iyana Corley
Address:       4508 America Street, New Orleans, Louisiana 70126
Defendants:    Sun Valley, Inc.
               Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282