# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Melvin J. McWilliams |
| Address: | 6001/6027 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | River Birch Homes, Inc. |
| | Fluor Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Dorothy M. McWilliams |
| Address: | 6001/6027 Chef Mentuer Highway, New Orleans, Louisiana 70126 |
| Defendants: | River Birch Homes, Inc. |
| | Fluor Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282