UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER          *    MDL NO. 1873
            FORMALDEHYDE PRODUCTS  *
            LIABILITY LITIGATION      *    SECTION "N" (5)
                                      *
**THIS DOCUMENT RELATES**     *    JUDGE ENGELHARDT
**TO THE FOLLOWING CASES:**   *    MAGISTRATE CHASEZ
Bernard, et al. v. Thor Industries, Inc., et al.
Civil Action No.: 09-8681

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff, through undersigned counsel, will bring

on for hearing the attached Motion on the 26th day of January, 2011 at 9:00 a.m. before

the Honorable Kurt D. Engelhardt.

Respectfully submitted,

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO** (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this ___ day of _____, 20___.


/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**