# EXHIBIT "A"

---

**Plaintiff:** Mary I. Arthur
**Address:** 7831 Darlene Court, New Orleans, Louisiana 70128
**Defendants:** Thor Industries, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Vance P. LaFrance, Sr.
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
Shaw Enviornmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Gwendolyn A. LaFrance
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
Shaw Enviornmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

**Plaintiff:** Tyrone Jordan
**Address:** 135 Millet Road, Reserve, Louisiana 70084
**Defendants:** Thor Industries, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Gwendolyn LaFrance, on behalf of minor, DeShawn DeGruy
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Gwendolyn LaFrance, on behalf of minor, RaShawn DeGruy
**Address:** 2049 Armstrong Drive, Marrero, Louisiana 70072
**Defendants:** Thor Industries, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**      Nicole Jordan, on behalf of minor,    Coriandrae' S. Jordan
**Address:**      135 Millet Road, Reserve, Louisiana 70084
**Defendants:**   Thor Industries, Inc.
                  Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**      Nicole Jordan, on behalf of minor,    Tyraine T. Jordan
**Address:**      135 Millet Road, Reserve, Louisiana 70084
**Defendants:**   Thor Industries, Inc.
                  Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**      Nicole Jordan, on behalf of minor,    Torran T. Jordan
**Address:**      135 Millet Road, Reserve, Louisiana 70084
**Defendants:**   Thor Industries, Inc.
                  Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:**     Nicole Jordan, on behalf of minor,    Dijanay N. Jordan
**Address:**      135 Millet Road, Reserve, Louisiana 70084
**Defendants:**  Thor Industries, Inc.
                 Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282


**Plaintiff:**     Donald J. Bernard
**Address:**      843 Lawrence Drive, Gretna, Louisiana 70056
**Defendants:**  Thor Industries, Inc.
                 Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282


**Plaintiff:**     Deborah V. Perniciaro
**Address:**      3860 E. Judge Perez Boulevard, Meraux, Louisiana 70075
**Defendants:**  Thor Industries, Inc.
                 Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282