UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Alfred Lewis obo Sage Lewis, et al. v. Crum & Forster Specialty Insurance Co., et al.,*<br>*Case No. 09-5739* | *  MAGISTRATE CHASEZ<br>* |

***********************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Crum & Foster Specialty Insurance Company and Sentry Insurance Company have been contacted regarding Plaintiffs' Second Supplemental and Amending Complaint for Damages, with full reservation of rights of all defenses, but not limited to, Statute of Limitation.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                    Lawrence J. Centola, Jr.