# EXHIBIT "A"

**Plaintiff:** Michelle Augustine
**Address:** 50000 Groom Road, Baker, Louisiana 70714
**Defendants:** Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Terri L. St. Cyr
**Address:** 5101 Paris Avenue, New Orleans, Louisiana 70122
**Defendants:** Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Hilda Venson-Markey
**Address:** 4713 W. Adams Court, New Orleans, Louisiana 70128
**Defendants:** Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     George Brown
Address:       2531 Sage Street, New Orleans, Louisiana 70122
Defendants:    Jayco, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Rickey J. Bolton, Jr.
Address:       7230 Pinebrook Drive, New Orleans, Louisiana 70128
Defendants:    Jayco, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Jeremiah Shields
Address:       1335 Alvar Street, New Orleans, Louisiana 70117
Defendants:    Jayco, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Lawrence Robertson, Sr.
Address: Highway 3127, Killona, Louisiana 70066
Defendants: Jayco, Inc.
Smith Research Development & Support Corporation
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Claudia A. Robertson
Address: Highway 3127, Killona, Louisiana 70066
Defendants: Jayco, Inc.
Smith Research Development & Support Corporation
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Ura D. Jackson
Address: 3915 Clermont Drive, New Orleans, Louisiana 70122
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Michele Jackson
Address: 3915 Clermont Drive, New Orleans, Louisiana 70122
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Jason C. Freeman
Address: 2409 Guerra Drive, Violet, Louisiana 70092
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Tramayme W. Santiago
Address: 2409 Guerra Drive   Violet  Louisiana   70092
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282