UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT RELATES** | | * | JUDGE ENGELHARDT |
| **TO THE FOLLOWING CASES:** | | * | MAGISTRATE CHASEZ |

*Serpas, et al. v. Keystone RV Company, et al.*
Civil Action No.: 09-8696

### PLAINTIFFS' SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs who respectfully supplement and amend the above entitled Original Complaint in the following respects:

**I.**

By adding all individuals listed on Exhibit "A"; who were previously unmatched cases, and now desire to proceed against the above referenced manufacturer and contractor and incorporates and adopts all allegations of the Original Complaint as if copied therein, in extenso.

**WHEREFORE**, Plaintiffs pray that their Supplemental and Amending Complaint be filed and amended thereby and their claims proceed hereinafter in the above entitled and numbered cause.

1

Respectfully submitted,

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO** (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this ___ day of _____, 20___.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**

2