# EXHIBIT "A"

Plaintiff: Kenneth Henderson, Jr.
Address: 10300 Almonaster Road, New Orleans, Louisiana 70112
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

Plaintiff: Edward V. Johnson
Address: 2238 Clouet Street, New Orleans, Louisiana 70117
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

Plaintiff: Keyon M. Reddick
Address: 3317 Spain Street, New Orleans, Louisiana 70122
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Darlene M. Reddick-Henderson
Address:       3317 Spain Street, New Orleans, Louisiana 70122
Defendants:    Keystone RV Company
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Shonda Howard
Address:       1010 Jessie Lane, Magnolia, Mississippi 39652
Defendants:    Keystone RV Company
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Denzel J. Walker
Address:       2675 Jasmine Street, New Orleans, Louisiana 70122
Defendants:    Keystone RV Company
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Chantell A. Harris
Address: 4958 Painters Street, New Orleans, Louisiana 70122
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Lori A. Heim
Address: 5507 Warrington Drive, New Orleans Louisiana 70122
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Roderick L. Martinez
Address: 5507 Warrington Drive, New Orleans, Louisiana 70122
Defendants: Keystone RV Company
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Luther C. Davis
Address: 119 Soniat Street, Slidell, Louisiana 70461
Defendants: Keystone RV Company
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

Plaintiff: Sandra V. Davis
Address: 119 Soniat Street, Slidell, Louisiana 70461
Defendants: Keystone RV Company
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

Plaintiff: James Faulkner, Sr.
Address: 237 County Road 39, Vossburg, Louisiana 39366
Defendants: Keystone RV Company
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282