UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER              *   MDL NO. 1873
        FORMALDEHYDE PRODUCTS     *
        LIABILITY LITIGATION      *   SECTION "N" (5)
                                  *
**THIS DOCUMENT RELATES**         *   JUDGE ENGELHARDT
**TO THE FOLLOWING CASES:**       *   MAGISTRATE CHASEZ
*Davis, et al. v. Cavalier Home Builders, LLC, et al.*
Civil Action No.: 09-8656

## ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this _____ day of _____, 20____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE