# EXHIBIT "A"

Plaintiff: Willie L. Horn
Address: 3400 Blount Road and Liberty, Baton Rouge, Louisiana 70815
Defendants: Cavalier Home Builders, LLC
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Evelyn B. Duhon
Address: 7701 Chef Menteur Highway, New Orleans, Louisiana 70126
Defendants: Cavalier Home Builders, LLC
DC Recovery Services

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Sterling Addison, Jr.
Address: 7191 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants: Cavalier Home Builders, LLC
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Sandra A. Williams
Address: 30544 Strawberry Lane, Albany, Louisiana 70403
Defendants: Cavalier Home Builders, LLC
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Kyva M. Washington
Address: 30544 Strawberry Lane, Albany, Louisiana 70403
Defendants: Cavalier Home Builders, LLC
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nicholas J. Hillard
Address: 38259 Hwy. 621 Lot 31, Gonzales, Louisiana 70737
Defendants: Cavalier Home Builders, LLC
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:    Barry C. Vincent
Address:      2201 Farmsite Road, Violet, Louisiana 70092
Defendants:   Cavalier Home Builders, LLC
              Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:    Kyva Washington, on behalf of Minor, Kyla J. Jackson
Address:      30544 Strawberry Lane, Albany, Louisiana 70403
Defendants:   Cavalier Home Builders, LLC
              Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:    Gary Carpenter, on behalf of Minor, Joshua D. Carpenter
Address:      881 Highway 106, Bunkie, Louisiana 71322
Defendants:   Cavalier Home Builders, LLC
              Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nicholas Hillard, on behalf of Minor, Shari J. Hillard
Address: 38259 Hwy. 621 Lot 31, Gonzales, Louisiana 70737
Defendants: Cavalier Home Builders, LLC
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282