UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER     *     MDL NO. 1873
            FORMALDEHYDE PRODUCTS    *
            LIABILITY LITIGATION     *     SECTION "N" (5)
                *
**THIS DOCUMENT RELATES**     *     JUDGE ENGELHARDT
**TO THE FOLLOWING CASES:**     *     MAGISTRATE CHASEZ
*Payton, et al. v. Coachman Industries, Inc., et al.*
Civil Action No.: 09-8666

## ORDER

Considering the foregoing Motion for Leave to file this First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE THEIR First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion:

DATED this _____ day of _____, 20____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE