# EXHIBIT "A"

**Plaintiff:** Billy Waters
**Address:** 501 N. Claiborne Street, New Orleans, Louisiana  70119
**Defendants:** Coachmen Industries, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Paul T. Hanson
**Address:** 2511 Athis Street, New Orleans, Louisiana 70122
**Defendants:** Coachmen Industries, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Dormella K. Carraby
**Address:** 2593 New Orleans Street, New Orleans, Louisiana  70119
**Defendants:** Coachmen Industries, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Mikeia K. Blouin
Address:        1700 Groom Road, Baker, Louisiana 70714
Defendants:     Coachmen Industries, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Cleveland W. Wells
Address:        1595 Gates Road, Columbia, Louisiana 39429
Defendants:     Coachmen Industries, Inc.
                CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Gail Davis, on behalf of Minor, Errol M. Blouin
Address:        1700 Groom Road, Baker, Louisiana  70714
Defendants:     Coachmen Industries, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Gail Davis, on behalf of Minor, Essence Blouin
Address: 1700 Groom Road, Baker, Louisiana 70714
Defendants: Coachmen Industries, Inc.

Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Larry Cager
Address: 550 N. Claiborne, New Orleans, Louisiana 70119
Defendants: Coachmen Industries, Inc.

Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*