EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Edward Kattengell |
| Address: | 40649 Hwy 445, N. Robert, Louisiana 70455 |
| Defendants: | Champion Enterprises, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Shelly Kattengell |
| Address: | 40649 Hwy 445, N. Robert, Louisiana 70455 |
| Defendants: | Champion Enterprises, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282