# EXHIBIT "A"

Plaintiff: Jude T. Barriere
Address: 136 Redmond Road, Osyka, Mississippi 39657
Defendants: Forest River, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

Plaintiff: Roosevelt Ward, Jr.
Address: 4628 Francisco Verrett Drive, New Orleans, Louisiana 70126
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

Plaintiff: Dwann Winfield
Address: 2018 Columbus Street, New Orleans, Louisiana 70116
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Jeffery Rivers
Address: 4611 Camelot Drive, New Orleans, Louisiana 70127
Defendants: Forest River, Inc.
Smith Research Development & Support Corporation

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Lenell Young, on behalf of Minor, Darnell Brooks
Address: 6019 Chartres Street, New Orleans, Louisiana 70117
Defendants: Forest River, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Lawsel Carriere, on behalf of Minor, Chante E. Carriere
Address: 5906 Airway Street, New Orleans, Louisiana 70126
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Angela Slater
Address:       2052 Carver Drive, Marrero, Louisiana 70072
Defendants:    Forest River, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Trabaza Billew
Address:       3625 Eagle Street, New Orleans, Louisiana 70118
Defendants:    Forest River, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Keithen W. Billew
Address:       3625 Eagle Street, New Orleans, Louisiana 70118
Defendants:    Forest River, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nicole M. Carriere
Address: 5906 Airway Street, New Orleans, Louisiana 70126
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Kayron K. Billew
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Shavon Billew
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Travon Billew
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Chevelle A. Carriere
Address: 5906 Airway Street, New Orleans, Louisiana 70126
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Lawsel D. Carriere
Address: 5906 Airway Street, New Orleans, Louisiana 70126
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Frank J. Brooks, Jr.
Address: 7415 N. Peter Street, Arabi, Louisiana 70032
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Jacqueline Bates
Address: 344 Metairie Road, Metairie, Louisiana 70001
Defendants: Forest River, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Arlena Mack, on behalf of Minor, Autumn K. Mack
Address: 7140 Gentry Road, Marrero, Louisiana 70072
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Shavon Billew, on behalf of Minor, Wayne Z. Journee, III
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Jude Barriere, on behalf of Minor, Kayla G. Roche
Address: 136 Redmond Road, Osyka, Louisiana 39657
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Cabrenthia Rolling, on behalf of Minor, Keyria P. Billew
Address: 3625 Eagle Street, New Orleans, Louisiana 70118
Defendants: Forest River, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Lawsel Carriere, on behalf of Minor, Chantel A. Carriere |
| Address: | 5906 Airway Street, New Orleans, Louisiana 70126 |
| Defendants: | Forest River, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282