# EXHIBIT "A"

Plaintiff: Louise B. Joseph
Address: 1030 Elmo Young Road, Summit, Mississippi 39666
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Margie C. Marrow
Address: 2816 Marquez Drive, Meraux, Louisiana 70075
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: JoAnn H. Brown
Address: 2033 Mazant Street, New Orleans, Louisiana 70117
Defendants: Fleetwood
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Glen A. Edwards
Address: 3108 Mandeville Street    New Orleans  Louisiana    70122
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Angela A. Edwards-Campbell
Address: 3108 Mandeville Street, New Orleans, Louisiana 70122
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: L. S. Newsome, Jr.
Address: 8700 S. Claiborne Avenue    New Orleans  Louisiana    70118
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Edward F. Johnson
Address: 4237 Alfred Street, New Orleans, Louisiana 70122
Defendants: Fleetwood
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Elizabeth Clark, on behalf of Minor, Sydney E. Clark
Address: 427 Duncan Street, Kenner, Louisiana 70062
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Natasha Dixon, on behalf of Minor, Phillip D. Joseph
Address: 1507 N. Robertson Street, New Orleans, Louisiana 70116
Defendants: Fleetwood
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Natasha Dixon, on behalf of Minor, Tremon T. Joseph
Address: 1507 N. Robertson Street, New Orleans, Louisiana 70116
Defendants: Fleetwood
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: JoAnn Brown, on behalf of Minor, JoVaun A. Brown
Address: 2033 Mazant Street, New Orleans, Louisiana 70117
Defendants: Fleetwood
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282