UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to PSC Motion for Reimbursement of Certain Common Benefit Expenses from Fleetwood Settlement Fund (Rec. Doc. 17922), set for hearing on December 15, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the PSC Motion for Reimbursement of Certain Common Benefit Expenses from Fleetwood Settlement Fund (Rec. Doc. 17922) is hereby **GRANTED**. Accordingly, the Court-Appointed Disbursing Agent in connection with the Fleetwood settlement, i.e., Postlethwaite & Netterville, disburse from the Fleetwood settlement fund to the Plaintiffs' Steering Committee, through Plaintiffs Co-Liaison Counsel Gerald Meunier and Justin Woods of Gainsburgh Benjamin, et al, the total amount of $996,693.57 in reimbursement of certain common benefit

expenses incurred by the PSC in connection with plaintiffs' claims against Fleetwood and its insurers.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 15th day of December 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**