UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 81

**IT IS ORDERED** that the February 22, 2011 Dutchmen summary jury bellwether trial is **CANCELLED** and **RESET** for <u>**Monday, March 28, 2011.**</u>  The pre-trial conference, currently set for February 10, 2011, is **CANCELLED** and **RESET** for <u>**Thursday, March 17, 2011, at 9:00 a.m.**</u>  On or before <u>**Wednesday, December 22, 2010**</u>, the parties shall submit via email to the Court an agreed-upon, proposed Trial Scheduling Order tied to the above trial and pre-trial conference dates.

New Orleans, Louisiana, this 15th day of December 2010.

                                                       **KURT D. ENGELHARDT**
                                                       **UNITED STATES DISTRICT JUDGE**