UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 82

**IT IS ORDERED** that March 28, 2011 Sun Valley, Inc. bellwether trial is **CANCELLED** and **RESET** for <u>**Monday, October 17, 2011.**</u> A pre-trial conference in this matter is **SET** for **Thursday, October 6, 2011, at 9:30 a.m.** On or before <u>**Friday, January 14, 2011**</u>, the parties shall submit via email to the Court an agreed-upon, proposed Trial Scheduling Order tied to the above trial and pre-trial conference dates.

**IT IS FURTHER ORDERED** that Charles Marshall shall serve as the bellwether Plaintiff in the October 17, 2011 Sun Valley, Inc. trial.

**IT IS FURTHER ORDERED** that, in the event that Marshall is rendered unable to serve in his capacity as bellwether plaintiff in this trial, Sonya Andrews shall be the substitute bellwether plaintiff.

**IT IS FURTHER ORDERED** that, in the event that Andrews is also rendered unable to serve in her capacity as bellwether plaintiff in this trial, Sonya Andrews

Demetriace Batiste shall be the substitute bellwether plaintiff.

**IT IS FINALLY ORDERED** that the parties shall engage in pre-trial discovery and trailer testing on all three of these selections (Marshall and his substitutes, Andrews and Batiste) and be ready to proceed to trial on October 17, 2011 on any of these selections.

New Orleans, Louisiana, this 15th day of December 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE