# EXHIBIT "A"

Plaintiff: Theresa M. Schlosser
Address: 70394 J Street, Covington, Louisiana 70433
Defendants: Sunnybrook RV, Inc.
Flour Enterprises

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282