EXHIBIT "A"

Plaintiff: Cheryl Slack
Address: 4415 Victoria Drive, Baton Rouge, Louisiana 70812
Defendants: Silver Creek Homes, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282