UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5)<br><br>JUDGE: ENGELHARDT |
| **This Document Relates to:** **ALL CASES** | * * | MAG: CHASEZ |

********************************************************************

## JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

NOW INTO COURT, through undersigned liaison counsel, comes the **Manufacturing Defendants**, who seek to dismiss all actions found in the attached Exhibit "A" for reasons cited in the accompanying Memorandum in Support.

WHEREFORE, the Manufacturing Defendants pray that this Court dismiss all actions found in Exhibit "A," with prejudice, at plaintiffs' cost.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

**C E R T I F I C A T E**

I hereby certify that on the 15th day of December, 2010, a copy of the foregoing Opposition to Motion of Plaintiff for Leave to Amend Petitions was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com