UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| **ALL CASES** | * | MAG: CHASEZ |

******************************************************************************

### MEMORANDUM IN SUPPORT OF MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

MAY IT PLEASE THE COURT:

On May 27, 2009, this Court issued Pretrial Order #38 (Rec. Doc. #1596) which placed on each plaintiff the burden of identifying and naming the sole manufacture responsible for erecting the travel-trailer in which he or she was housed through the Federal Emergency Management Agency ("FEMA"). Likewise, on December 14, 2009, this Court issued Pretrial Order #53 (Rec. Doc. #10228) which again placed upon each plaintiff the burden of identifying and naming only those government-contractors involved with his or her unit.

On May 26, 2010, this Court issued Pretrial Order #68 (Rec. Doc. #14200) which ordered that all matching requests by plaintiffs should be received by FEMA by June 15, 2010. FEMA would be under no obligation to honor any requests received after this date. This order required all plaintiffs receiving responses to comply with all other Pretrial Orders - namely Orders #38 and #53 concerning the individual matching of manufacturer and contractor defendants to the correct plaintiff parties – by August 02, 2010.[1]

---

[1] Pretrial Order #68 also allowed plaintiffs a narrow exception identified as the "last chance" process by which he or she could receive matching data after the June 15, 2010, so long as strict protocol was followed. However, motions requesting access to the "last chance" must be received by August 02, 2010.

Pretrial Order #68 (Rec. Doc. #14200) further declared November 01, 2010, as the date by which both manufacturer and contractor defendants could seek dismissal of all actions which failed to comply with Pretrial Orders #38, #56, and/or #68. Attached to this Memorandum is Manufacturer Defendants' Exhibit "A," which lists, by docket number, each case currently in the MDL that has failed to comply with these Pretrial Orders. As such, the Manufacturer Defendants seek dismissal of all cases found in Exhibit "A," with prejudice, at plaintiffs' costs.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

## C E R T I F I C A T E

I hereby certify that on the 15th day of December, 2010, a copy of the foregoing Opposition to Motion of Plaintiff for Leave to Amend Petitions was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com