## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5)* |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Claims for Failure to Comply

with Order and Reasons Concerning Deadlines for Matching and Filing filed by the Manufacturing

Defendants is hereby set for the 12th day of January, 2011, at 9:00 a.m.

                    Respectfully submitted,

                    **DUPLASS, ZWAIN, BOURGEOIS,**
                    **PFISTER, & WEINSTOCK**

                    s/Andrew D. Weinstock

                    _____

                    **ANDREW D. WEINSTOCK #18495**
                    **JOSEPH G. GLASS #25397**
                    3838 N. Causeway Boulevard, Suite 2900
                    Metairie, Louisiana 70002
                    Telephone: (504) 832-3700
                    Fax: (504) 837-3119
                    andreww@duplass.com
                    jglass@duplass.com
                    **MANUFACTURING DEFENDANTS LIAISON COUNSEL**

00041012-1

**C E R T I F I C A T E**

I hereby certify that on the 15th day of December, 2010, a copy of the foregoing Notice of

Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this

file will be sent to liaison counsel by operation of the court's electronic filing system and all other

counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00041012-1