# EXHIBIT "A"

**Plaintiff:** Willie L. Smith
**Address:** 76 Booth Road, Seminary, Mississippi 39479
**Defendants:** Hearland Recreational Vehicles, LLC
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282