UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE CHASEZ |
| *John Graf, Jr., et al, v. Gulf Stream Coach,* | * | |
| *Inc. Case No. 09-3874* | * | |

**************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-3874 to include the following named Plaintiffs:

Jalicia Byrd[1]
Kenyan Byrd
Phillip Byrd
Michael Mark[2]

Plaintiffs respectfully move this Honorable Court for leave in the interest of justice in correcting clerical error which could, if not corrected, produce the inequitable result of denying the aggrieved Plaintiffs from having their claims heard.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

---

[1] VIN is 1NL1GTR2461017094.   Should have been filed with Dawn Monroe Byrd in Case No. 0-4938
[2] VIN is 1NL1GTR2461015314

In the instant, Plaintiff Dawn Monroe Byrd was properly moved from a complaint containing unmatched Plaintiffs to Case No. 04-4938. Through a merging error, the above named claimants Jalicia Byrd, Kenyan Byrd, Phillip Byrd, and Michael Mark were inadvertently not incorporated into this filing and remained as unmatched Plaintiffs. This mistake was just recently discovered and this motion brought. This motion is solely intended to correct a clerical oversight and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, these Plaintiffs resided in the same type of FEMA-supplied emergency housing unit manufactured by Gulf Stream as the existing Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendant's next trial date has not yet been scheduled.

To prevent the injustice of having a clerical oversight bar the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to add the above named Plaintiffs to an existing complaint and remove their names from their Place-Holder Complaints. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY: /s/ *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.
        Lawrence J. Centola, Jr., LA Bar #3962
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.