# EXHIBIT "A"

Plaintiff: Keith Brown
Address: 41 Needyarborough Road, Tylertown, Mississippi 39667
Defendants: Patriot Homes, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282