# EXHIBIT "A"

---

Plaintiff: Darlene Hunter
Address: 7500 Chef Menteur Highway, New Orleans, Louisiana 70126
Defendants: Redman Homes, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Glenn K. Hunter
Address: 7500 Chef Menteur Highway, New Orleans, Louisiana 70126
Defendants: Redman Homes, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---

Plaintiff: Sumone A. Hunter
Address: 7500 Chef Menteur Highway, New Orleans, Louisiana 70126
Defendants: Redman Homes, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

---