# EXHIBIT "A"

Plaintiff: Ciara Taylor
Address: 4220 Cadiz Street, New Orleans, Louisiana 70125
Defendants: Superior Homes, LLC
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282