# EXHIBIT "A"

Plaintiff:     Tammy M. Bell
Address:    2216 Marietta Street, Chalmette, Louisiana 70043
Defendants: Timberland RV Company d/b/a Adventure Manufacturing
                    Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282