UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5) |
| **THIS DOCUMENT RELATES**<br>**TO THE FOLLOWING CASES:** | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

*Adams, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No.: 09-8644

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff(s) in the above captioned matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their prior filings in the above captioned action to add _one hundred ninety-one (191)_ additional plaintiffs who, on information and belief, resided in the same type of emergency housing unit(s) manufactured by Gulf Stream Coach, Inc. as other existing plaintiffs named in this action. Each Plaintiff(s) inhabited trailers manufactured by Gulf Stream Coach, Inc..

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the above captioned matter.

Respectfully submitted,

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO** (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this 11 day of December, 2010.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**