UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE PRODUCTS | * | |
|    LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| **THIS DOCUMENT RELATES** | * | JUDGE ENGELHARDT |
| **TO THE FOLLOWING CASES:** | * | MAGISTRATE CHASEZ |

*Adams, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No.: 09-8644

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL ANDAMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their prior pleadings in the underlying action. Plaintiff(s) file this amendment pursuant to Fed. Rules Civ. Proc. Rule 15, 20 and 21. Federal Rule of Civil Procedure 15 states filings in the above captioned action to add one hundred ninety-one (191) additional plaintiffs:

| Claimants | Original Complaints from which Plaintiffs in this Amended Complaint Came |
|---|---|
| Cherylyn R. Adams | 09-5282 |
| Elizabeth Clark | 09-5282 |
| Sylvia Davis | 09-5282 |
| Burnedett Gaines | 09-5282 |
| Hilda Guidry | 09-5282 |
| Orenta J. Jarreau | 09-5282 |
| Gail E. Kelly | 09-5282 |

| Name | Case |
|---|---|
| Alice King | 09-5282 |
| Brenda K. Lewis | 09-5282 |
| Jerry Louis | 09-5282 |
| Betty Lundy | 09-5282 |
| Denise M. Marrero | 09-5282 |
| Glenn J. Marshall | 09-5282 |
| Willie Martin | 09-5282 |
| Rosie L. McGowan | 09-5282 |
| Thomas McMillian, Jr. | 09-5282 |
| Percy Morris | 09-5282 |
| Janice Murray | 09-5282 |
| Ada R. Nelson | 09-5282 |
| Yolanda V. Perkins | 09-5282 |
| Dionne J. Raymond | 09-5282 |
| Jonathan W. Raymond | 09-5282 |
| Kenyon Robair | 09-5282 |
| Jeremiah Shields | 09-5282 |
| Betty Sue Smith | 09-5282 |
| Samuel A. Smith, Jr. | 09-5282 |
| August A. Theodore, III | 09-5282 |
| Glory C. Thomas | 09-5282 |
| Craig J. Toney | 09-5282 |
| Edward J. Vaughn | 09-5282 |
| Ike E. Byrd, Jr. | 09-5282 |
| Marva J. Johnson | 09-5282 |
| Raquel J. Johnson | 09-5282 |
| Joanne K. Williams | 09-5282 |
| Barbara B. Tervalon | 09-5282 |
| Shaquille S. Magee | 09-5282 |
| Michael A. Adams | 09-5282 |
| Duane Ruffin | 09-5282 |
| Anna M. Votano | 09-5282 |
| Francis X. Barrett | 09-5282 |
| Theresa P. Held | 09-5282 |
| Johnnie E. Hooper | 09-5282 |
| Donna M. Hooper | 09-5282 |
| Karena Y. Carson | 09-5282 |
| Durand J. Sumler | 09-5282 |
| Rosalie Ambrose | 09-5282 |
| David Ambrose | 09-5282 |
| Debra Curtis | 09-5282 |
| Rodney Slaughter | 09-5282 |
| Monique S. Thompson | 09-5282 |
| Mildred Drummer | 09-5282 |

| | |
|---|---|
| Tyrone S. Barrow | 09-5282 |
| Nedra C. Price | 09-5282 |
| Andree' Summers | 09-5282 |
| Brittini Summers | 09-5282 |
| Alberta Floyd-Brooks | 09-5282 |
| Arton E. Floyd | 09-5282 |
| Clayton T. Floyd | 09-5282 |
| Carnell J. Thomas | 09-5282 |
| Keenan G. Jackson | 09-5282 |
| Carolyn Topping | 09-5282 |
| Bonnie S. James | 09-5282 |
| Caldon Bruno | 09-5282 |
| Megan M. Hales | 09-5282 |
| Aquanetta G. Randolph | 09-5282 |
| Percy J. Barard, Jr. | 09-5282 |
| Tomaris Q. Rhea | 09-5282 |
| Nicole D. Bridges | 09-5282 |
| Larry J. Berzat, Sr. | 09-5282 |
| Ronald G. Johnson, Sr. | 09-5282 |
| Katrina Lewis | 09-5282 |
| Kira Lewis | 09-5282 |
| Charles Brown, Sr. | 09-5282 |
| Janet E. Baquet | 09-5282 |
| Tess G. Lassai | 09-5282 |
| Charles Cheneau | 09-5282 |
| Shawn Cheneau | 09-5282 |
| Pearline E. Jackson | 09-5282 |
| Jeffery P. Augillard | 09-5282 |
| Dalva T. Augillard | 09-5282 |
| Dana R. Augillard | 09-5282 |
| Juan Williams | 09-5282 |
| Alfreda A. Harris | 09-5282 |
| Donald Moore, Jr. | 09-5282 |
| Sharon L. Moore | 09-5282 |
| Karen J. Todd | 09-5282 |
| Patricia Payton | 09-5282 |
| Lisa Payton | 09-5282 |
| Farah Wilson, Jr. | 09-5282 |
| Odile Taylor | 09-5282 |
| Herbert Brown | 09-5282 |
| Rhonda M. King | 09-5282 |
| Keyora G. Pryor | 09-5282 |
| Glenda Williams | 09-5282 |
| Ashley M. Ritche | 09-5282 |

| Name | Case |
|---|---|
| Keioka Ford | 09-5282 |
| Eddie McKinney | 09-5282 |
| Monica B. Cornelius | 09-5282 |
| Paula A. Williams | 09-5282 |
| Theodore L. Edinburgh | 09-5282 |
| Da'Shana N. Edinburgh | 09-5282 |
| Latonya M. Adams | 09-5282 |
| Latasha M. Adams | 09-5282 |
| Nathaniel Brown, Sr. | 09-5282 |
| Jawanda N. Brown | 09-5282 |
| Nathaniel Brown, Jr. | 09-5282 |
| Ireane M. Brown | 09-5282 |
| Mary A. Ross | 09-5282 |
| Conan Webster | 09-5282 |
| Lintrell M. Carter | 09-5282 |
| Kenneth D. Moore | 09-5282 |
| Eric A. Miller | 09-5282 |
| Linda Thornabar | 09-5282 |
| Amaris R. Hines | 09-5282 |
| Frederick Youngblood, III | 09-5282 |
| Brittany A. Richard | 09-5282 |
| Kirk J. Jennings | 09-5282 |
| Rodger McFarland | 09-5282 |
| Patricia P. Parker | 09-5282 |
| Regina M. Karriem | 09-5282 |
| Everall Jackson | 09-5282 |
| Barry J. Johnson, Jr. | 09-5282 |
| Manual McCrainey | 09-5282 |
| Stephen M. Felder | 09-5282 |
| Eula Fulton | 09-5282 |
| Ameretha Honor | 09-5282 |
| Shepard A. Washington | 09-5282 |
| Daniel J. Angelo | 09-5282 |
| Chriselle Lawrence | 09-5282 |
| Kendra A. Jenkins | 09-5282 |
| Owen M. Scott | 09-5282 |
| Kevin L. Spears | 09-5282 |
| Nicole Jimerson, on behalf of Minor, Duane Ruffin, Jr. | 09-5282 |
| Karena Carson, on behalf of Minor, Tehya B. Franklin | 09-5282 |
| Steve Buddington, on behalf of Minor, Dominique Buddington | 09-5282 |
| Keshia Caldwell, on behalf of Minor, Keisha M. Caldwell | 09-5282 |
| Andree Summers, on behalf of Minor, Alexia D. Cohea | 09-5282 |
| Trina Adams, on behalf of Minor, Nicholas R. Adams | 09-5282 |
| Mark J. Green, on behalf of Minor, Destyni M. Green | 09-5282 |

| | |
|---|---|
| Don A. Palmer, Sr., on behalf of Minor, Tanaria Palmer | 09-5282 |
| Don A. Palmer, Sr., on behalf of Minor, Don'Jay T. Jones | 09-5282 |
| Jill Robertson, on behalf of Minor, Aja T. Johnson | 09-5282 |
| Jill Robertson, on behalf of Minor, Reynell E. Jackson | 09-5282 |
| Tomaris Rhea, on behalf of Minor, Anayah Bethely | 09-5282 |
| Derrick Green, on behalf of Minor, Derione D. Green | 09-5282 |
| Derrick Green, on behalf of Minor, Gabrielle Green | 09-5282 |
| Charles Stevens, Jr., on behalf of Minor, Armand Boyd | 09-5282 |
| Albert Jennings, on behalf of Minor, Kirk Williams | 09-5282 |
| Leo C. Green III, on behalf of Minor, Javon R. Green | 09-5282 |
| Leo C. Green, III, on behalf of Minor, Kiaeem A. Green | 09-5282 |
| Veronica Curry-Farve, on behalf of Minor, Extell A. Farve | 09-5282 |
| Katherine Boykin, on behalf of Minor, Jada M. Bates | 09-5282 |
| Shelia Cheneau, on behalf of Minor, Makhi Cheneau | 09-5282 |
| George Bowie, on behalf of Minor, Victoria M. Barnes | 09-5282 |
| Roosevelt Jackson, on behalf of Minor, Soniyah K. Barnes | 09-5282 |
| Dana Augillard, on behalf of Minor, Blair A. Aguillard | 09-5282 |
| Maple Storey, on behalf of Minor, Paris Carter | 09-5282 |
| Sharon Moore, on behalf of Minor, Madison V. Moore | 09-5282 |
| Elton Carney, Jr., on behalf of Minor, Reynard Carter | 09-5282 |
| Lisa Pyaton, on behalf of Minor, Teaona Grayson | 09-5282 |
| Jacklean Davis, on behalf of Minor, Collin J. Davis | 09-5282 |
| Denise Garibaldi, on behalf of Minor, Austin M. Garibaldi | 09-5282 |
| Patricia A. Bickham, on behalf of Minor, Lloydaisa Pryor | 09-5282 |
| Glenda Williams, on behalf of Minor, Nasir Lacroix | 09-5282 |
| Glenda Williams, on behalf of Minor, Anaya K. Adam | 09-5282 |
| Richard Gorden, Sr., on behalf of Minor, Jarvis Gorden | 09-5282 |
| Jerome Edwards, on behalf of Minor, Jerin M. Edwards | 09-5282 |
| Bernadette Butler, on behalf of Minor, Jalen J. Rainey | 09-5282 |
| Joanne Hunter-Brooks, on behalf of Minor, Allen K. Howard | 09-5282 |
| Latasha Adams, on behalf of Minor, Ariel Baham | 09-5282 |
| Latasha Adams, on behalf of Minor, Jared Adams | 09-5282 |
| Latasha Adams, on behalf of Minor, Dale J. Baham | 09-5282 |
| Anita Felder, on behalf of Minor, Amanda M. Felder | 09-5282 |
| Lendrell Harrison, Sr., on behalf of Minor, Lendell L. Harrison, Jr. | 09-5282 |
| Stephanie Pizani | 07-9248 |
| Karen Stockman, on behalf of Minor, Justin C. Stockman | 09-5282 |
| Willie Brown, on behalf of Minor, Richard J. Taggart, Jr. | 09-5282 |
| Deidra Thomas, on behalf of Minor, Meghan Thomas | 09-5282 |
| Virginia Janeau, on behalf of Minor, Keyerra T. Janeau | 09-5282 |
| Virginia Janeau, on behalf of Minor, Geonne Janeau | 09-5282 |
| Kimberley Stewart, on behalf of Minor, Kennedy Stewart | 09-5282 |
| Frederick Youngblood, on behalf of Minor, Victoria R. Youngblood | 09-5282 |
| Brenda Johnson, on behalf of Minor, Robert L. Brown | 09-5282 |

| | |
|---|---|
| Nedra Bell, on behalf of Minor, Paige M. Travis | 09-5282 |
| Nedra Bell, on behalf of Minor, Armani N. Travis | 09-5282 |
| Kennedy M. Reddick | 09-5282 |
| Deborah A. Carson | 09-5282 |
| Leola Bland | 09-5282 |
| Rosie Bartholomew | 09-5282 |
| Michael Bartholomew | 09-5282 |
| Deidre Johnson | 09-5282 |

Who, upon information and belief, resided in the same FEMA-supplied emergency housing unit(s) manufactured by the defendant, Gulf Stream Coach, Inc. herein.

No undue prejudice will result in allowing this Supplemental and Amending pleading to be filed since the trial date has not yet been scheduled. Morever, allowing Plaintiffs' motion will assist counsel for defendant(s) in effectively and efficiently defending claims against their clients by focusing resources to defend properly claimed actions.

Plaintiffs assert that pursuant to this Honorable Court's Pretrial Order 38, (Rec. Doc No. 1596) it is necessary, appropriate and just to add the additional Plaintiffs to their existing (prior) Amended Complaint for Damages against the manufacturer defendant and contractor defendant involved in the emergency housing unit in which each plaintiff resided.

Respectfully submitted,

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO** (LA Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this 11th day of December, 2010.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**