UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| **THIS DOCUMENT RELATES** | | * | JUDGE ENGELHARDT |
| **TO THE FOLLOWING CASES:** | | * | MAGISTRATE CHASEZ |

Adams, et al. v. Gulf Stream Coach, Inc., et al.
Civil Action No.: 09-8644

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff, through undersigned counsel, will bring on for hearing the attached Motion on the 26th day of January, 2011 at 9:00 a.m. before the Honorable Kurt D. Engelhardt.

           Respectfully submitted,

           /s/ Joseph M. Bruno
           **JOSEPH M. BRUNO** (LA Bar No. 3604)
           BRUNO & BRUNO, L.L.P.
           855 Baronne Street
           New Orleans, Louisiana 70113
           Telephone: (504) 525-1335
           Facsimile: (504) 561-6775
           Email: jbruno@brunobrunolaw.com
           *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana on this _11_ day of _December_ 20_10_.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**