# EXHIBIT "A"

Plaintiff:     Cherylyn R. Adams
Address:       45283 Hwy. 17, Ward, Alabama 36922
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Elizabeth Clark
Address:       427 Duncan Street, Kenner, Louisiana 70062
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Sylvia Davis
Address:       1630 Simon Bolivar Avenue, New Orleans, Louisiana 70113
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Burnedett Gaines
**Address:** 5218 Wentworth Drive, New Orleans, Louisiana  70126
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Hilda Guidry
**Address:** 2021 Octavia Drive, Chalmette, Louisiana 70043
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Orenta J. Jarreau
**Address:** 3225 River Road, Bridge City, Louisiana 70094
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Gail E. Kelly
**Address:** 3436 Louisa Street, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Alice King
**Address:** 41662 Highway 190 East, Slidell, Louisiana 70461
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

**Plaintiff:** Brenda K. Lewis
**Address:** 2068 Ames Boulevard at LaPalco Blvd., Marrero, Louisiana 70072
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

**Plaintiff:** Jerry Louis
**Address:** 3700 Blount Road at S. Gibbons, Baton Rouge, Louisiana 70815
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

---

**Plaintiff:** Betty Lundy
**Address:** 2334 Painters Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Denise M. Marrero
**Address:** 2401 North Roman Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Glenn J. Marshall
**Address:** 264 White Chapel Road, Carriere, Mississippi 39426
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Willie Martin
**Address:** 220 Laitram Lane, Harahan, Louisiana 70123
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Rosie L. McGowan
**Address:** 330 St. George Street, Bay St. Louis, Mississippi 39520
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Thomas McMillian, Jr.
Address: 3811 N. Prieur Street, New Orleans, Louisiana 70117
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Percy Morris
Address: 3113 Deers Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Janice Murray
Address: 3970 Highway 14, Lake Charles, Louisiana 70602
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Ada R. Nelson
Address: 3225 River Road, Bridge City, Louisiana 70094
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Yolanda V. Perkins
Address:      5501 Jefferson Highway Harahan, Louisiana 70123
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Dionne J. Raymond
Address:      2405 Athis Street, New Orleans, Louisiana 70122
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Jonathan W. Raymond
Address:      4721 Stephen Girard Avenue, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Kenyon Robair
Address:      4300 St. Claude Avenue, New Orleans, Louisiana  70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Jeremiah Shields
**Address:** 4126 Blount Road, Baton Rouge, Louisiana 70815
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Betty Sue Smith
**Address:** 2601 Franklin Avenue, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Samuel A. Smith, Jr.
**Address:** 4305 Touro Street, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** August A. Theodore, III
**Address:** 2433 Touro Street, New Orleans, Louisiana 70119
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Glory C. Thomas |
| Address: | 2603 Saint Bernard Avenue, New Orleans, Louisiana 70119 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Shaw Environmental |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Craig J. Toney |
| Address: | 1209 St. Roch Avenue, New Orleans, Louisiana 70117 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Shaw Environmental |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Edward J. Vaughn |
| Address: | 3700 Blount Road at S. Gibbons, Baton Rouge, Louisiana 70815 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Fluor Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Ike E. Byrd, Jr.
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Marva J. Johnson
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Raquel J. Johnson
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Joanne K. Williams
**Address:** 2304 Spain Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Barabara B. Tervalon
Address:      5730 Vermillion Boulevard, New Orleans, Louisiana 70122
Defendants:   Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Shaquille S. Magee
Address:      4870 Montegut Drive, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No: 09-5282*

Plaintiff:    Michael A. Adams
Address:      45283 Highway 17, Ward, Alabama 36922
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Duane Ruffin
Address:      45390 Highway 17, Ward, Alabama 36922
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Anna M. Votano
**Address:** 536 Mail Route Road, Columbia, Mississippi 39429
**Defendants:** Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Francis X. Barrett
**Address:** 152 Pinecrest Drive, Pass Christian, Mississippi 39571
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Theresa P. Held
**Address:** 1813 Mehle Avenue, Chalmette, Louisiana 70032
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Donna M. Hooper
**Address:** 2302 Liccardi Lane, Violet, Louisiana 70042
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Karena Y. Carson
**Address:** 41 Perry Street Wharf, Gretna, Louisiana 70053
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Durand J. Sumler
**Address:** 41 Perry Street Wharf, Gretna, Louisiana 70053
**Defendants:** Gulf Stream Coach, Inc.
Shaw Enviormental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Rosalie Ambrose
**Address:** 3885 Nathan Kornman Drive, Harvey, Louisiana 70058
**Defendants:** Gulf Stream Coach, Inc.
Flour Enteprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** David Ambrose
**Address:** 3885 Nathan Kornman Drive, Harvey, Louisiana 70058
**Defendants:** Gulf Stream Coach, Inc.
Flour Enteprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Debra Curtis
Address: 2225 Piedmont Street, Kenner, Louisiana   70062
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Rodney Slaughter
Address: 201  Senate Drive    Avondale     Louisiana      70094
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Monique S. Thompson
Address: 201 Senate Drive, Avondale, Louisiana 70094
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Mildred Drummer
Address: 1927 Martin Luther King Boulevard, New Orleans, Louisiana 70113
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Tyrone S. Barrow
Address: 1025 Casa Calvo Street, New Orleans, Louisiana 70114
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nedra C. Price
Address: 2444 Gladiolus Street, New Orleans, Louisiana 70114
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Andree' Summers
Address: 1828-30 O'Reilly Street, New Orleans, Louisiana  70116
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Brittini Summers
Address: 1828-30 O'Reilly Street, New Orleans, Louisiana 70116
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Alberta Floyd-Brooks
Address: 1305 Delery Street, New Orleans, Louisiana 70117
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Arton E. Floyd
Address: 1305 Delery Street, New Orleans, Louisiana 70117
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Clayton T. Floyd
Address: 1305 Delery Street, New Orleans, Louisiana 70117
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Carnell J. Thomas
Address:       2344 Alvar Street, New Orleans, Louisiana 70117
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Keenan G. Jackson
Address:       11129 Jefferson Highway, New Orleans, Louisiana 70118
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Carolyn Topping
Address:       3020 Hamilton Street, New Orleans, Louisiana 70118
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Bonnie S. James
Address:       4300 Holleygrove Street, New Orleans, Louisiana 70118
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Caldon Bruno
Address:        8439 Palm Street, New Orleans, Louisiana 70118
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Megan M. Hales
Address:        9420 Stroelitz Street, New Orleans, Louisiana 70118
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Aquanetta G. Randolph
Address:        1933 Duels Street, New Orleans, Louisiana 70119
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Percy J. Barard, Jr.
Address:        3219 Pauger Street, New Orleans, Louisiana 70119
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Tomaris Q. Rhea
Address:       2902 Westbury Street, Lot 21, Jefferson, Louisiana 70121
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Nicole D. Bridges
Address:       1504 Gardena Drive, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Larry J. Berzat, Sr.
Address:       2103 Stephen Girard Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Ronald G. Johnson, Sr.
Address:       3712 Pauger Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Katrina Lewis
Address:        3719 Cadillac Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kira Lewis
Address:        3719 Cadillac Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Charles Brown, Sr.
Address:        3800 Havana Place, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Janet E. Baquet
Address:        6901 Franklin Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| Plaintiff: | Tess G. Lassai |
|---|---|
| Address: | 2630 S. Miro Street, New Orleans, Louisiana 70125 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| Plaintiff: | Charles Cheneau |
|---|---|
| Address: | 225 Simmons Drive, New Orleans, Louisiana 70126 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| Plaintiff: | Shawn Cheneau |
|---|---|
| Address: | 225 Simmons Drive, New Orleans, Louisiana 70126 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| Plaintiff: | Pearline E. Jackson |
|---|---|
| Address: | 4826 Maid Marion Street, New Orleans, Louisiana 70126 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Jeffery P. Augillard
**Address:** 4910 Pauline Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Dalva T. Augillard
**Address:** 4910 Pauline Drive,  New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Dana R. Augillard
**Address:** 4910 Pauline Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Juan Williams
**Address:** 6701 W. Laverne Street, New Orleans, Louisiana  70126
**Defendants:** Gulf Stream Coach, Inc.
SRS, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Alfreda A. Harris
**Address:** 6801 Press Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Donald Moore, Jr.
**Address:** 6820 Rugby Court, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Sharon L. Moore
**Address:** 6820 Rugby Court, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Karen J. Todd
**Address:** 7309 Ebbide Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Patricia Payton
Address:      8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Lisa Payton
Address:      8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Odile Taylor
Address:      10218 Dreux Avenue, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Farah Wilson, Jr.
Address:      10122 Hammond Street, New Orleans, Louisiana  70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:    Herbert Brown
Address:      4611 Camelot Drive, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Rhonda M. King
Address:      4905 Crowder Boulevard, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Keyora G. Pryor
Address:      7330 Symmes Avenue, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Glenda Williams
Address:      7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Ashley M. Ritche
Address:         7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Keioka Ford
Address:         7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Eddie McKinney
Address:         8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants:      Gulf Stream Coach, Inc.
                 Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Monica B. Cornelius
Address:         8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Paula A. Williams
**Address:** 2417 Almonaster Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

**Plaintiff:** Theodore L. Edinburgh
**Address:** 4723 Robin Hood Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

**Plaintiff:** Da'Shana N. Edinburgh
**Address:** 4723 Robin Hood Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

**Plaintiff:** Latonya M. Adams
**Address:** 6996 Ridgefield Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:      Latasha M. Adams
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Nathaniel Brown, Sr.
Address:        7111 Edgefield Drive, New Orleans,Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Mary A. Ross
Address:        7153 W. Tamaron Boulevard, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises,

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jawanda N. Brown
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Nathaniel Brown, Jr.
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Ireane M. Brown
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Conan Webster
Address:        7556 Forum Boulevard, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Lintrell M. Carter
Address:        525 St. Charles Avenue, New Orleans, Louisiana 70130
Defendants:     Gulf Stream Coach, Inc.
                Smith Research Development & Support Corporation

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kenneth D. Moore
Address:       1665 St. Francis Lane, Saint Gabriel, Louisiana 70776
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Eric A. Miller
Address:       2128 Livaccari Drive, Violet, Louisiana 70092
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Frederick Youngblood, III
Address:       1606 Mirabeau Avenue, New Orleans, Louisiana  70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Linda Thornabar
Address:       1603 Pauline Street, New Orleans, Louisiana 70117
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Amaris R. Hines
Address:        1618 Desire Street, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kirk J. Jennings
Address:        4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Brittany A. Richard
Address:        1606 Mirabeau Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kirk J. Jennings
Address:        4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:   Rodger McFarland
Address:   4709 Haydel Street, New Orleans, Louisiana 70126
Defendants:  Gulf Stream Coach, Inc.
          Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:   Patricia P. Parker
Address:   4918 Mendez Street, New Orleans, Louisiana 70126
Defendants:  Gulf Stream Coach, Inc.
          Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:   Regina M. Karriem
Address:   7850 N. Coronet Court, New Orleans, Louisiana 70126
Defendants:  Gulf Stream Coach, Inc.
          Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:   Everall Jackson
Address:   7142 Parkside Court, New Orleans, Louisiana 70127
Defendants:  Gulf Stream Coach, Inc.
          Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Barry J. Johnson, Jr.
**Address:** 9000 Hayne Boulevard, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Manual McCrainey
**Address:** 4754 E. Adams Court, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Stephen M. Felder
**Address:** 7352 Strathmore Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Eula Fulton
**Address:** 7800 Branch Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Ameretha Honor
Address: 3400 Blount Road And Liberty, Baton Rouge, Louisiana   70815
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Shepard A. Washington
Address: 3031 St Roch Avenue, New Orleans, Louisiana
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Chriselle Lawrence
Address: 4731 Pauline Drive, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Daniel J. Angelo
Address: 2912 Lloyds Avenue, Chalmette, Louisiana 70043
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Kendra A. Jenkins
**Address:** 4726 Marque Drive, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Owen M. Scott
**Address:** 7507 Scottwood Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
SRS, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Kevin L. Spears
**Address:** 1511 Lesseps Street   New Orleans  Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Nicole Jimerson, on behalf of Minor, Duane Ruffin, Jr.
**Address:** 45390 Highway 17, Ward, Alabama 36922
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Karena Carson, on behalf of Minor, Tehya B. Franklin
Address: 41 Perry Street Wharf, Gretna, Louisiana 70053
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

**Original Complaint from which Plaintiff in this Amended Complaint Came:**
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Steve Buddington, on behalf of Minor, Dominique Buddington
Address: 184 Nicolle Boulevard, Avondale, Louisiana 70094
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

**Original Complaint from which Plaintiff in this Amended Complaint Came:**
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Keshia Caldwell, on behalf of Minor, Keisha M. Caldwell
Address: 4117-19 Lasalle Street, New Orleans, Louisiana 70115
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

**Original Complaint from which Plaintiff in this Amended Complaint Came:**
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Andree Summers, on behalf of Minor, Alexia D. Cohea
Address: 1828-30 O'Reilly Street, New Orleans, Louisiana 70116
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

**Original Complaint from which Plaintiff in this Amended Complaint Came:**
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Trina Adams, on behalf of Minor, Nicholas R. Adams
Address:      2110 Eads Street, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Mark J. Green, on behalf of Minor, Destyni M. Green
Address:      2415 Alvar Street, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Don A. Palmer, Sr., on behalf of Minor, Don'Jay T. Jones
Address:      4015 N Claiborne Avenue, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Don A. Palmer, Sr., on behalf of Minor, Tanaria Palmer
Address:      4015 N Claiborne Avenue, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Jill Robertson, on behalf of Minor, Aja T. Johnson
Address:       1620 Leonidas Street, New Orleans, Louisiana, 70118
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Jill Robertson, on behalf of Minor, Reynell E. Jackson
Address:       1620 Leonidas Street, New Orleans, Louisiana 70118
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Tomaris Rhea, on behalf of Minor, Anayah Bethely
Address:       2902 Westbury Street, Lot 21, Jefferson, Louisiana 70121
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Derrick Green, on behalf of Minor, Derione D. Green
Address:       2622 Wisteria Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Derrick Green, on behalf of Minor, Gabrielle Green
Address:       2622 Wisteria Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Charles Stevens, Jr., on behalf of Minor, Armand Boyd
Address:       3719 Cadillac Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Leo C. Green III, on behalf of Minor, Javon R. Green
Address:       4821 Allen Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:     Albert Jennings, on behalf of Minor, Kirk Williams
Address:       4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff:      Leo C. Green, III, on behalf of Minor, Kiaeem A. Green
Address:        4821 Allen Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Veronica Curry-Farve, on behalf of Minor, Extell A. Farve
Address:        3615 Short Street, New Orleans, Louisiana 70125
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Katherine Boykin, on behalf of Minor, Jada M. Bates
Address:        4111 Elba Street, New Orleans, Louisiana  70125
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Shelia Cheneau, on behalf of Minor, Makhi Cheneau
Address:        225 Simmons Drive, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Roosevelt Jackson, on behalf of Minor, Soniyah K. Barnes
Address: 4843 Stemway Drive, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: George Bowie, on behalf of Minor, Victoria M. Barnes
Address: 3418 St. Ferdinand Street, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Dana Augillard, on behalf of Minor, Blair A. Aguillard
Address: 4910 Pauline Drive, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Maple Storey, on behalf of Minor, Paris Carter
Address: 6701 W. Laverne Street, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
SRS, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Sharon Moore, on behalf of Minor, Madison V. Moore
Address:        6820 Rugby Court, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Elton Carney, Jr., on behalf of Minor, Reynard Carter
Address:        7711 Mullet Street, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Bechtel National, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Lisa Pyaton, on behalf of Minor, Teaona Grayson
Address:        8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jacklean Davis, on behalf of Minor, Collin J. Davis
Address:        4743 Knight Drive, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Denise Garibaldi, on behalf of Minor, Austin M. Garibaldi
Address:       7142 Parkside Court, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Patricia A. Bickham, on behalf of Minor, Lloydaisa Pryor
Address:       7330 Symmes Avenue, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Glenda Williams, on behalf of Minor, Nasir Lacroix
Address:       7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Glenda Williams, on behalf of Minor, Anaya K. Adam
Address:       7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Richard Gorden, Sr., on behalf of Minor, Jarvis Gorden
Address:        7800 Shubrick Street, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jerome Edwards, on behalf of Minor, Jerin M. Edwards
Address:        8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Bernadette Butler, on behalf of Minor, Jalen J. Rainey
Address:        11259 Waverley Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Joanne Hunter-Brooks, on behalf of Minor, Allen K. Howard
Address:        12531 N. Lake Carmel Drove, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Ariel Baham
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Jared Adams
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Dale J. Baham
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Anita Felder, on behalf of Minor, Amanda M. Felder
Address:        7352 Strathmore Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Lendrell Harrison, Sr., on behalf of Minor, Lendell L. Harrison, Jr.
Address:      525 St. Charles Avenue        New Orleans  Louisiana      70130
Defendants:   Gulf Stream Coach, Inc.
              Smith Research Development & Support Corporation

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Stephanie Pizani
Address:      5127 George Street, Lafitte, Louisiana 70072
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 07-9248*

Plaintiff:    Karen Stockman, on behalf of Minor, Justin C. Stockman
Address:      3501 Rue Delphine, New Orleans, Louisiana 70131
Defendants:   Gulf Stream Coach, Inc.
              CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Willie Brown, on behalf of Minor, Richard J. Taggart, Jr.
Address:      105 Anita Place, Slidell, Louisiana   70458
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Deidra Thomas, on behalf of Minor, Meghan Thomas
Address:        300 Tiffany Street, Slidell, Louisiana 70461
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Virginia Janeau, on behalf of Minor, Keyerra T. Janeau
Address:        5908 Becker Street, Marrero, Louisiana 70072
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Virginia Janeau, on behalf of Minor, Geonne Janeau
Address:        5908 Becker Street, Marrero, Louisiana 70072
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kimberley Stewart, on behalf of Minor, Kennedy Stewart
Address:        1507 Columbus Street, New Orleans, Louisiana 70116
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Frederick Youngblood, on behalf of Minor, Victoria R. Youngblood
Address: 1606 Mirabeau Avenue, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Brenda Johnson, on behalf of Minor, Robert L. Brown
Address: 3800 Havana Place, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nedra Bell, on behalf of Minor, Paige M. Travis
Address: 4317 Annette Street, New Orleans, Louisiana, 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nedra Bell, on behalf of Minor, Armani N. Travis
Address: 4317 Annette Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Kennedy M. Reddick
Address:        3317 Spain Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Deidre Johnson
Address:        16441 S. Harrel's Ferry Rd., Apt. 516, Baton Rouge, Louisiana 70186
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Michael Bartholomew
Address:        3122 Tyla Court, Harvey, Louisiana 70058
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Rosie Bartholomew
Address:        3122 Tyla Court, Harvey, Louisiana 70058
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Leola Bland
Address:        2836 Glenbrook Drive, Gretna, Louisiana 70056
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Deborah A. Carson
Address:        41 Perry Street Wharf, Gretna, Louisiana 70052
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*