UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Berndt, et al v. Dutch Housing, Inc., et al, E.D.La. No. 10-3723
   Berndt, et al v. Dutch Housing, Inc., et al, E.D.La. No. 10-3746

*PROPOSED ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of plaintiffs' claims in the above-captioned cases against Dutch Housing, Inc. d/b/a Champion Home Builders Co. are hereby dismissed without prejudice, reserving all rights of plaintiffs against all other parties.

**Signed this _____ day of _____, 20\_\_ in New Orleans, Louisiana.**

**JUDGE**