UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

*****************************************************************************

**COLONY NATIONAL INSURANCE COMPANY'S EX PARTE MOTION TO SUPPLEMENT ITS MEMORANDUM IN OPPOSITION TO "PLAINTIFFS' MOTION TO ENJOIN CONFLICTING COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA THAT INTERFERE WITH THIS COURT'S <u>CONTINUING JURISDICTION OVER THIS LITIGATION</u>"**

NOW COMES Colony National Insurance Company ("Colony"), and moves this Honorable Court for leave to supplement its recently filed Memorandum in Opposition to Plaintiffs' Motion to Enjoin Conflicting Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation. Colony seeks to supplement its Opposition Memorandum to add reference to an Order recently issued by the Judicial Panel on Multidistrict Litigation which it believes will assist the Court in rendering its decision on plaintiffs' Motion.

1

The Order was issued almost simultaneously with Colony's submission of its Opposition Memorandum, and came to the attention of Colony several days after its Opposition Memorandum was filed.

Plaintiffs' Co-Liaison Counsel has been contacted and does not oppose the granting of this Motion.

WHEREFORE, Colony National Insurance Company requests this Honorable Court grant its Motion for Leave to Supplement its Opposition Memorandum.

                Respectfully Submitted,

Of Counsel:

| Sutterfield and Webb, L.L.C. | /s/ James R. Sutterfield |
|---|---|
| | James R. Sutterfield, T.A. #12597 |
| | jsutterfield@swslaw.com |
| | 650 Poydras Street, Suite 2715 |
| | New Orleans, Louisiana 70130 |
| | Telephone: (504) 598-2715 |
| | Facsimile: (504) 529-7197 |

Of Counsel:

| Gramovot & Takacs, P.L. | /s/ Larry I. Gramovot |
|---|---|
| | Larry I. Gramovot |
| | 1400 Village Square Blvd., No. 3-405 |
| | Tallahassee, Florida 32312-1231 |
| | Telephone: (850) 325-1914 |
| | Facsimile: (850) 866-386-6321 |

**COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of December, 2010, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James R. Sutterfield