UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION  N (5) |
| THIS DOCUMENT RELATES TO *Anthony L. Sturpica, et al. v. Crum & Forster Specialty Ins. Co. and Sentry Ins. a Mutual Co.*    Case No. 09-5320 | * * * * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFF UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned Counsel, come Plaintiffs[1] Willie Trotter, Joyce Collins obo V.T., Joyce Collins, Willie Strickland and Dorothy Strickland, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims against all Defendants in the above captioned matter as it relates to their claims only.

This dismissal is without prejudice and Plaintiffs reserve all rights and allegations in *Louis Higginbotham, et al, v. Crum & Forster Specialty Ins. Co. and Sentry Insurance A Mutual Company,*  2:09-cv-5308 (E.D. La 2009).

The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

---

[1] Plaintiffs resided together as a family in two separate Pilgrim trailers at 4216 N. Villere St., New Orleans, LA.  The first Pilgrim VIN is 5L4TF332063014653 and the second VIN is 5L4TF332X63014935.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:   /s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.