# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| **ALL CASES** | * | **MAG. JUDGE CHASEZ** |

**********************************************************************

## PRE-TRIAL ORDER NO. 83

IT IS ORDERED that Section III. of Amended Pretrial Order No. 68 Concerning Deadlines for Matching and Filing (Doc. 14779) is amended as follows:

### III. INVENTORY OF REMAINING CASES

*On or before January 31, 2011*, PSC liaison counsel are ordered to provide the Court, and to the Court's court-appointed master, data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant government contractor and against the USA. The Court will then conduct a status conference as to how to proceed forward concerning resolving, litigating or dismissing such cases, as may be appropriate.

New Orleans, Louisiana this 16th day of December, 2010.

_____
HONORABLE KURT D. ENGELHARDT