# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * | MAG. JUDGE ALMA CHASEZ |

*************************************

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant KZRV, LP, and moves this Honorable Court for entry of an Order enrolling Elizabeth Haecker Ryan (La. Bar No. 6404) of the law firm of Lemle & Kelleher, L.L.P., 601 Poydras Street, Suite 2100, New Orleans, Louisiana 70130, as local counsel of record for KZRV, LP in the above-captioned matter.

LEMLE & KELLEHER, L.L.P.

/s/ *Elizabeth Haecker Ryan*
ELIZABETH HAECKER RYAN (# 6404)
2100 Pan-American Life Center
601 Poydras Street
New Orleans, LA  70130
Telephone:  (504) 586-1241
FAX:  (504) 584-9142
E-mail: eryan@lemle.com
*Attorney for Defendant, KZRV, LP*

1

748032

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Motion to Enroll as Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 16th day of December, 2010.

/s/ *Elizabeth Haecker Ryan*
ELIZABETH HAECKER RYAN (# 6404)