UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | | |
| **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **JUDGE KURT D. ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO** | * | |
| **ALL CASES** | * | **MAG. JUDGE KAREN WELLS ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING** Motion to Enroll As Counsel Of Record filed by KZRV, LP;

**IT IS HEREBY ORDERED** that Elizabeth Haecker Ryan, La. Bar No. 6404, of the law firm of Lemle & Kelleher, LLP, be and is hereby enrolled as local counsel of record for KZRV, LP.

New Orleans, Louisiana, this _____ day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

748034