UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMO IN SUPPORT OF MOTION FOR ENTRY OF ORDER CONCERNING SUMMARY JURY TRIAL INVOLVING DUTCHMEN MANUFACTURING, INC.

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, respectfully move the Court to enter the attached order which reflects the agreement between Plaintiffs' Counsel and Counsel for Dutchmen regarding the scope of the forthcoming summary jury trial. This summary jury trial is set for March 28, 2011, consistent with the Court's Pretrial Order No. 73, which contemplated a Spring 2011 bellwether trial involving one of the three following defendants: Thor California, Inc., Dutchmen Manufacturing, Inc., and DS Corp, d/b/a CrossRoads RV. *See* Rec. Doc. No. 15059. The parties have conferred and, after substantial effort, have agreed on modifications to certain provisions in Pretrial Order No. 63 (Rec. Doc. 13871), relating to pre-trial and discovery procedures, and in Pretrial Order No. 64 (Rec. Doc. 13872), relating to the procedures for the summary jury trial itself. Both Plaintiffs' Counsel and Counsel for Dutchmen believe that the modifications are necessary and appropriate in terms of narrowing the scope of the summary jury trial to incorporate only the evidence and issues that will best promote ultimate resolution of claims against Dutchmen in this MDL litigation.

For all of these reasons, the PSC respectfully requests that this Court grant the instant motion and enter the attached Order Concerning Summary Jury Trial Invovling Dutchmen Manufacturing, Inc.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 16, 2010.

s/Justin I. Woods
JUSTIN I. WOODS, #24713
