UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

TO:     ALL COUNSEL OF RECORD

      **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. is hereby set for the 12th day of January, 2011, at 9:30 a.m.

                                   Respectfully submitted:

                                   **FORMALDEHYDE TRAILER FORMALDEHYDE**
                                   **PRODUCT LIABILITY LITIGATION**

                      BY:     s/Gerald E. Meunier
                                   GERALD E. MEUNIER, #9471
                                   **PLAINTIFFS' CO-LIAISON COUNSEL**
                                   Gainsburgh, Benjamin, David, Meunier &
                                   Warshauer, L.L.C.
                                   2800 Energy Centre, 1100 Poydras Street
                                   New Orleans, Louisiana 70163
                                   Telephone:     504/522-2304
                                   Facsimile:     504/528-9973
                                   gmeunier@gainsben.com

> s/Justin I. Woods
> JUSTIN I. WOODS, #24713
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:     504/522-2304
> Facsimile:       504/528-9973
> jwoods@gainsben.com
>
>
> **COURT-APPOINTED PLAINTIFFS'
> STEERING COMMITTEE**
>   ANTHONY BUZBEE, Texas # 24001820
>   ROBERT M. BECNEL, #14072
>   RAUL BENCOMO, #2932
>   FRANK D'AMICO, JR., #17519
>   MATT MORELAND, #24567
>   LINDA NELSON, #9938
>   DENNIS REICH, Texas #16739600
>   MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

> s/Justin I. Woods
> JUSTIN I. WOODS, #24713