UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING</u>

MAY IT PLEASE THE COURT:

  Plaintiffs respectfully request that the Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. be heard on an expedited basis. Although the motion is presently set for January 12, 2011, the circumstances justify an expedited hearing because of the proposed pre-trial deadlines concerning the Dutchmen summary jury trial, which is currently set for March 28, 2011. For timely consideration of the subject motion, an expedited hearing is required in advance of the Court's next regularly scheduled hearing date. Plaintiffs further aver, that finality regarding the agreed upon modifications is necessary in order to preserve the trial date and summary jury trial status of the Dutchmen bellwether trial. Accordingly, Plaintiffs respectfully request that this Motion for Expedited Hearing be granted.

       Respectfully submitted:

       **FEMA TRAILER FORMALDEHYDE
       PRODUCT LIABILITY LITIGATION**

       BY: <u>s/Gerald E. Meunier</u>
          GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 16, 2010.

s/Justin I. Woods
JUSTIN I. WOODS, #24713