UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

    IT IS ORDERED that Plaintiff's Motion for Expedited Hearing on its Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. is hereby GRANTED. Plaintiff's Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. will be heard on the _____ day of December, 2010.

    New Orleans, Louisiana, this _____ day of December, 2010.

    _____
    KURT D. ENGELHARDT
    UNITED STATES DISTRICT JUDGE