UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Alfred Lewis obo Sage Lewis, et al. v. Crum*<br>*& Forster Specialty Insurance Co., et al.,*<br>*Case No. 09-5739* | *<br>* |

*************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on August 14, 2009.

1.

This First Supplemental and Amending Complaint for Damages names

Lillie Robinson
Louis Robinson, Jr.
Sharon Hyde
Shirley Robinson
Shirley Robinson obo Tyrone Hutton
Bobbi Cameron
Latasha Cameron
Deshawn Thornton
Robert Cameron, Sr.
Robert Cameron, Jr. Geneva Nelson[1]
Robert J. Nelson obo Robert Nelson
Robert Nelson

---

[1] The Nelson's were originally filed in Mississippi place holder Mop Up case no. MSS 2:09-cv-112. It subsequently transferred to Louisiana and was assigned a new case no 9-5612. When the Plaintiffs were matched they were placed on a new complaint 9-7159 naming "Pilgrim" as the defendant.

1

Robert Nelson obo Ulysses Nelson

as previously identified Plaintiffs (hereinafter referred to as "Previously Identified Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiffs be added to Exhibit A.

3.

Upon information and belief, the Named Plaintiffs resided in the same type of emergency housing unit manufactured by Pilgrim International as the existing Plaintiffs. This Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiffs to the complaint for damages against the insurers of Pilgrim International. The insurers are Crum and Forster Specialty Insurance Company; and Sentry Insurance a Mutual Company.

4.

Previously Identified Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the Complaint for Damages filed with this Court on August 14, 2009 (Civ. Action No. 09-5739).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
         Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
     Lawrence J. Centola, Jr.

3