UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     *   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION,           *
                                                           *
                                                           *   JUDGE ENGELHARDT
                                                           *
                                                           *   MAGISTRATE CHASEZ
                                                           *

THIS DOCUMENT RELATES TO:

*Wynette Marie Akrias, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-1002; *James H. Aldridge, et al. v. Gulf Stream, et al*, E.D.La. No. 07-9228; *Paul Alexis, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-506; *Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-742; *Brittany Nicole Annis v. Am. Int'l Group, et al.*, E.D.La. No. 10-997; *Charles Arbour, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-1001; *Lucille Margaret Arcement, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-739; *Linda Audibert v. Coachmen Industries, Inc., et al.*, E.D.La. No. 10-998; *Sunshine Augustine v. Am. Int'l Group, et al.*, E.D.La. No. 10-995; *Kerry Collins Fernandez, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-751; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779; *Stephanie Gagliano v. Southern Energy Homes, Inc., et al.*, E.D.La. No. 10-999; *Kimberly Nelson, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 07-7494; *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-513; *Jean Adams, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-508; *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D.La. No. 09-7985; *Thais Joyce Augustine, et al. v. Am. Int'l Group*, et al., E.D.La. No. 10-746; *Linda Ellen Authement v. TL Industries, Inc. et al.*, E.D.La. No. 10-994; *Somaya Bader et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-511; *Jennifer Ann Kieff, et al. v. DS Corp., et al.*, E.D.La. No. 10-738; *Warren A. Perez v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-770; *Diana Ranton v. Am. Int'l Group, et al.*, E.D.La. No. 10-776; *Sidney C. Sigur v. Am. Int'l Group, et al.*, E.D.La. No. 10-927; *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-514; *Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-7162; *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-6907; *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-1000; *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D.La. No. 08-5031; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc.*, E.D.La. No. 10-779
**************************************************

## MOTION TO DISMISS CLAIMS AGAINST MORGAN FOR FAILURE TO COMPLY WITH ORDERS AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

Morgan Building & Spas, Inc. (Morgan Buildings), Morgan Building Systems, Inc.[1] (Morgan Systems) and Morgan Manufacturing Corporation[2] (Morgan Manufacturing and collectively with Morgan Buildings and Morgan Systems, Morgan) move this court to dismiss the claims against Morgan in the above referenced cased for failure to comply with the matching requirements set forth in Pretrial Order Nos. 40, 49 and 68 and failure to meet constitutional subject matter jurisdiction requirements.[3]

1.

The plaintiffs in the suits listed in attached Exhibit A named Morgan as a "procurement defendant" along with defendant North American Catastrophe Services (NACS). The plaintiffs, however, failed to specify which procurement defendant, Morgan or NACS, procured their individual trailers. As a result, this Court does not have subject matter jurisdiction over Morgan and Morgan should be dismissed with prejudice from these proceedings with prejudice.

2.

The plaintiffs in the suits listed in attached Exhibit B likewise named Morgan as a "procurement defendant" along with NACS, failing to specify which procurement defendant procured their individual trailers. These plaintiffs have, however, filed motions to sever their

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

[2] At times, incorrectly named as Morgan Building & Spas Manufacturing Corporation.

[3] In Pretrial Order No. 74 (R. Doc. 15060), the court directed defense liaison counsel to file a motion to dismiss "unmatched complaints" once all applicable deadlines have expired. Defense liaison counsel will be filing such a motion and Morgan will be impacted by that motion because Morgan has been named in several "unmatched complaints." This motion, however, addresses cases which are *sui generis*. The cases are "matched complaints" insofar as the plaintiffs have matched themselves to a manufacturer and, in some instances, also a "no bid contractor." However, the plaintiffs have failed to match to a specific "procurer"; instead filing suit against both Morgan and NACS. In other cases, all plaintiffs have been dismissed from the suits leaving a "shell" suit against Morgan and other defendants. Finally, in one suit, *Belinda Bauer*, all plaintiffs who brought claims against Morgan have been severed, but Morgan was not dismissed from the suit.

368646.1

claims, which were granted by this Court. While the plaintiffs were severed from the suits listed in Exhibit B, the suits were not dismissed, leaving a "shell" case against Morgan and other defendants, without any plaintiff. In accordance with Pretrial Order Nos. 40, 49 and 68, these "shell" suits should likewise be dismissed with prejudice.

3.

The plaintiffs in the suits listed in attached Exhibit C also named Morgan as a manufacturing defendant. The suits listed in Exhibit C are properly classified as "matched complaints," as the term is sometime used, in these proceedings. The plaintiffs in the suits listed in Exhibit C have, however, filed motions to sever their claims, which were granted by this Court. While the plaintiffs were severed from these suits listed in Exhibit C, the suits were not dismissed, leaving a "shell" case against Morgan and other defendants, without any plaintiff. In accordance with Pretrial Order Nos. 40, 49 and 68, these "shell" suits should likewise be dismissed with prejudice.

4.

In *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D. La. suit no. 10-1000, the plaintiffs alleged that Morgan manufactured their emergency housing units. The plaintiffs also named Morgan as a "procurement defendant" along with NACS, failing to specify which procurement defendant procured their individual trailers. As a result, the claims against Morgan as a "procurement defendant" should be dismissed with prejudice from this suit in accordance with Pretrial Order Nos. 40, 49 and 68.

5.

In *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D. La. suit no. 08-5031, Morgan was named as a manufacturer and specifically matched to 23 of the 300 plus plaintiffs. Like the

368646.1

suits listed in Exhibit C, *Bauer* is properly classified as a "matched complaint," as the term is sometimes used. However, the 23 *Bauer* plaintiffs who made claims against Morgan have now filed motions to sever their claims, which were granted by this Court. While the plaintiffs were severed from the *Bauer* suit, Morgan was not dismissed from the suit, and no other plaintiff in *Bauer* has asserted a cause of action against Morgan. For this reason, the claims against Morgan in *Bauer* should be dismissed with prejudice.

WHEREFORE, Morgan Building & Spas, Inc., Morgan Building Systems, Inc. and Morgan Manufacturing Corporation move for an order dismissing the claims against them in the above referenced cases, with prejudice, and at the plaintiffs' costs.

Respectfully submitted,

/s/ Christine Lipsey
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC., MORGAN BUILDING SYSTEMS, INC. AND MORGAN MANAGEMENT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that, on the 17th day of December, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

/s/ Christine Lipsey
Christine Lipsey

368646.1

4