## Exhibit A

| No. | Full Case Name | Original Case No. | Original Court | EDLA Case Number |
|---|---|---|---|---|
| 1 | Wynette Marie Akrias, et al. vs. American International Group, et al. | 10-1002 | EDLA | 10-1002 |
| 2 | James H. Aldridge, et al. vs. Gulfstream, et al. | 07-9228 | EDLA | 07-9228 |
| 3 | Paul Alexis, et al. vs. American International, et al. | 10-506 | EDLA | 10-506 |
| 4 | Ashley Allen, et al. vs. Gulf Stream Coach, Inc., et al. | 10-742 | EDLA | 10-742 |
| 5 | Brittany Nicole Annis vs. American International Group, et al. | 10-997 | EDLA | 10-997 |
| 6 | Charles Arbour, et al. vs. Recreation by Design, LLC, et al. | 10-1001 | EDLA | 10-1001 |
| 7 | Lucille Margaret Arcement, et al. vs. American International Group, et al. | 10-739 | EDLA | 10-739 |
| 8 | Linda Audibert vs. Coachmen Industries, Inc., et al. | 10-998 | EDLA | 10-998 |
| 9 | Sunshine Augustine vs. American International Group, et al. | 10-995 | EDLA | 10-995 |
| 10 | Kerry Collins Fernandez, et al. vs. Recreation by Design, LLC, et al. | 10-751 | EDLA | 10-751 |
| 11 | Steven Weyland Fincher, et al. vs. Gulf Stream Coach, Inc., et al. | 10-779 | EDLA | 10-779 |
| 12 | Stephanie Gagliano vs. Southern Energy Homes, Inc., et al. | 10-999 | EDLA | 10-999 |
| 13 | Kimberly Nelson, et al. vs. Gulf Stream Coach, Inc., et al. | 07-921 | WDLA | 07-7494 |