## Exhibit B

| No. | Full Case Name | Original Case No. | Original Court | EDLA Case Number |
|---|---|---|---|---|
| 1 | Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al. | 10-513 | EDLA | 10-513 |
| 2 | Jean Adams, et al. vs. American International, et al. | 10-508 | EDLA | 10-508 |
| 3 | Jacklyn Aguilar, et al. vs. Morgan Buildings and Spas, Inc., et al. | 09-7985 | EDLA | 09-7985 |
| 4 | Thais Joyce Augustine, et al. vs. American International Group, et al. | 10-746 | EDLA | 10-746 |
| 5 | Linda Authement vs. TL Industries, Inc., et al. | 10-994 | EDLA | 10-994 |
| 6 | Somaya Bader, et al. vs. Gulf Stream Coach, Inc., et al. | 10-511 | EDLA | 10-511 |
| 7 | Jennifer Ann Kieff, et al. vs. DS Corp, et al. | 10-738 | EDLA | 10-738 |
| 8 | Warren A. Perez, et al. vs. Gulf Stream Coach, Inc., et al. | 10-770 | EDLA | 10-770 |
| 9 | Diana Ranton vs. American International Group, et al. | 10-776 | EDLA | 10-776 |
| 10 | Sidney C. Sigur vs. American International Group, et al. | 10-927 | EDLA | 10-927 |
| 11 | Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.**** | 10-514 | EDLA | 10-514 |
| 12 | Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc. | 10-779 | EDLA | 10-779 |

**** Morgan was named as the sole manufacturer, and, with NACS, as a procurement defendant.