## Exhibit C

| No. | Full Case Name | Original Case No. | Original Court | EDLA Case Number |
|---|---|---|---|---|
| 1 | Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-1290 | WDLA | 09-7162 |
| 2 | Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-530 | SDMS | 09-6907 |