UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE        *   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION,          *
                                        *
                                        *   JUDGE ENGELHARDT
                                        *
                                        *   MAGISTRATE CHASEZ
                                        *

THIS DOCUMENT RELATES TO:

*Wynette Marie Akrias, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-1002; *James H. Aldridge, et al. v. Gulf Stream, et al*, E.D.La. No. 07-9228; *Paul Alexis, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-506; *Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-742; *Brittany Nicole Annis v. Am. Int'l Group, et al.*, E.D.La. No. 10-997; *Charles Arbour, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-1001; *Lucille Margaret Arcement, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-739; *Linda Audibert v. Coachmen Industries, Inc., et al.*, E.D.La. No. 10-998; *Sunshine Augustine v. Am. Int'l Group, et al.*, E.D.La. No. 10-995; *Kerry Collins Fernandez, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-751; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779; *Stephanie Gagliano v. Southern Energy Homes, Inc., et al.*, E.D.La. No. 10-999; *Kimberly Nelson, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 07-7494; *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-513; *Jean Adams, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-508; *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D.La. No. 09-7985; *Thais Joyce Augustine, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-746; *Linda Ellen Authement v. TL Industries, Inc. et al.*, E.D.La. No. 10-994; *Somaya Bader et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-511; *Jennifer Ann Kieff, et al. v. DS Corp., et al.*, E.D.La. No. 10-738; *Warren A. Perez v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-770; *Diana Ranton v. Am. Int'l Group, et al.*, E.D.La. No. 10-776; *Sidney C. Sigur v. Am. Int'l Group, et al.*, E.D.La. No. 10-927; *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-514; *Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-7162; *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-6907; *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No.. 10-1000; *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D.La. No. 08-5031; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779
**********************************************

## NOTICE OF HEARING

369370.1

**PLEASE TAKE NOTICE**, that Defendants Morgan Building & Spas, Inc., Morgan Building Systems, Inc. and Morgan Manufacturing Corporation (collectively Morgan)'s Motion to Dismiss Claims Against Morgan for Failure to Comply with Orders and Reasons Concerning Deadlines for Matching and Filing will be brought for hearing on the 12th day of January, 2011, at 9:30 a.m., or at such other time as the Court may order.

Respectfully submitted,

/s/ Christine Lipsey
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC., MORGAN BUILDING SYSTEMS, INC. AND MORGAN MANAGEMENT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that, on the 17th day of December, 2010, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

/s/ Christine Lipsey
Christine Lipsey

369370.1