UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  * MDL NO. 1873
PRODUCTS LIABILITY LITIGATION  *
   *
   * JUDGE ENGELHARDT
   *
   * MAGISTRATE CHASEZ
   *

THIS DOCUMENT RELATES TO:

*Wynette Marie Akrias, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-1002; *James H. Aldridge, et al. v. Gulf Stream, et al*, E.D.La. No. 07-9228; *Paul Alexis, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-506; *Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-742; *Brittany Nicole Annis v. Am. Int'l Group, et al.*, E.D.La. No. 10-997; *Charles Arbour, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-1001; *Lucille Margaret Arcement, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-739; *Linda Audibert v. Coachmen Industries, Inc., et al.*, E.D.La. No. 10-998; *Sunshine Augustine v. Am. Int'l Group, et al.*, E.D.La. No. 10-995; *Kerry Collins Fernandez, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-751; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779; *Stephanie Gagliano v. Southern Energy Homes, Inc., et al.*, E.D.La. No. 10-999; *Kimberly Nelson, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 07-7494; *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-513; *Jean Adams, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-508; *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D.La. No. 09-7985; *Thais Joyce Augustine, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-746; *Linda Ellen Authement v. TL Industries, Inc. et al.*, E.D.La. No. 10-994; *Somaya Bader et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-511; *Jennifer Ann Kieff, et al. v. DS Corp., et al.*, E.D.La. No. 10-738; *Warren A. Perez v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-770; *Diana Ranton v. Am. Int'l Group, et al.*, E.D.La. No. 10-776; *Sidney C. Sigur v. Am. Int'l Group, et al.*, E.D.La. No. 10-927; *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-514; *Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-7162; *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-6907; *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No.. 10-1000; *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D.La. No. 08-5031; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779

*******************************************

## JUDGMENT

368648.1

1

Considering the Motion to Dismiss Claims Against Morgan for Failure to Comply with Orders and Reasons Concerning Deadlines for Matching and Filing filed by Morgan Building & Spas, Inc., Morgan Building Systems, Inc. and Morgan Manufacturing Corporation (collectively Morgan) and Pretrial Order Nos. 40, 49 and 68, as amended,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Morgan's Motion to Dismiss is GRANTED and the plaintiffs' claims against Morgan Building & Spas, Inc., Morgan Building Systems, Inc. and/or Morgan Manufacturing Corporation,[1] in the following cases are dismissed WITH PREJUDICE and at the plaintiffs' costs:

1. *Wynette Marie Akrias, et al. v. American International Group, et al.*, E.D. La. No. 10-1002;

2. *James H. Aldridge, et al. v. Gulf Stream Coach, Inc., et al*, E.D. La. No. 07-9228;

3. *Paul Alexis, et al. v. American International Group, et al.*, E.D. La. No. 10-506;

4. *Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.*, E.D. La. No. 10-742;

5. *Brittany Nicole Annis v. American International Group, et al.*, E.D. La. No. 10-997;

6. *Charles Arbour, et al. v. Recreation by Design, LLC, et al.*, E.D. La. No. 10-1001;

7. *Lucille Margaret Arcement, et al. v. American International Group, et al.*, E.D. La. No. 10-739;

8. *Linda Audibert v. Coachmen Industries, Inc., et al.*, E.D. La. No. 10-998;

9. *Sunshine Augustine v. American International Group, et al.*, E.D. La. No. 10-995;

10. *Kerry Collins Fernandez, et al. v. Recreation by Design, LLC, et al.*, E.D. La. No. 10-751;

11. *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D. La. No. 10-779;

---

[1] At times, incorrectly identified as Morgan Buildings & Spas Manufacturing Corporation.

368648.1

12. *Stephanie Gagliano v. Southern Energy Homes, Inc., et al.*, E.D. La. No. 10-999; and

13. *Kimberly Nelson, et al. v. Gulf Stream Coach, Inc., et al.*, E.D. La. No. 07-7494, originally pending in the Western District of Louisiana bearing suit number 07-921.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that inasmuch as all of the plaintiffs in the following cases have been severed by orders of this Court and the cases no longer contain any plaintiffs, the following cases are dismissed WITH PREJUDICE at the plaintiffs' costs.

1. *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc. et al.*, E.D. La. No. 10-513;

2. *Jean Adams, et al. v. American International Group, et al.*, E.D. La. No. 10-508;

3. *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. No. 09-7985;

4. *Thais Joyce Augustine, et al. v. American International Group, et al.*, E.D. La. No. 10-746;

5. *Linda Ellen Authement v. TL Industries, Inc. et al.*, E.D. La. No. 10-994;

6. *Somaya Bader, et a. v. Gulf Stream Coach, Inc., et al*, E.D. La. No. 10-511;

7. *Jennifer Ann Kieff, et al. v. DS Corp., et al.*, E.D. La. No. 10-738;

8. *Warren A. Perez v. Gulf Stream Coach, Inc., et al.*, E.D. La. No. 10-770;

9. *Diana Ranton v. American International Group, et al.*, E.D. La. No. 10-776;

10. *Sidney C. Sigur v. American International Group, et al.*, E.D. La. No. 10-927;

11. *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D. La. No. 10-514;

12. *Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D. La. No. 09-7162. All plaintiffs were severed by Order at R. Doc. 17812;

13. *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D. La. No. 09-6907. All plaintiffs were severed by Order at R. Doc. 17891; and

368648.1

14. *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D. La. No. 10-79. The only plaintiff was severed by Order at R. Doc. 18472.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all causes of action against Morgan based on its status as a "procurement" defendant in the case of *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D. La. No. 10-1000, are dismissed WITH PREJUDICE pursuant to Pre-trial Order Nos. 40, 49 and 68, as amended.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all causes of action against Morgan in the case of *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D. La. No. 08-5031 are dismissed WITH PREJUDICE inasmuch as all of the plaintiffs who asserted claims against Morgan have been severed by an Order of this Court, R. Doc. 17617 and the case no longer contains any plaintiff asserting a cause of action against Morgan,

THUS DONE AND SIGNED in New Orleans, Louisiana, this _____ day of _____, 20____,

_____
Hon. Kurt D. Engelhardt
Judge, U.S. District Court
Eastern District of Louisiana