UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | * | |
| CIVIL CASE NO. 09-6402 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel come all plaintiff(s) in the above referenced litigation who upon suggesting to the Court that plaintiffs wish to voluntarily dismiss their claims against the defendant Superior Homes L.L.C., without prejudice.

**WHEREFORE,** plaintiff(s) prays the Court allow plaintiff to voluntarily dismiss their claim against defendant Superior Homes L.L.C. in the above captioned matters only, without prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

LAW OFFICES OF JOSEPH M. BRUNO

 /s/ Joseph M. Bruno
**Joseph M. Bruno (3604)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 17th day of December 2010.