UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 18702)** is **GRANTED.** Any opposition to the Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. (Rec. Doc. 18701) is due **on or before Tuesday, December 21, 2010, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 17th day of December 2010.

                                                          **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**