UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | | |
| FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | * | MAG. JUDGE KAREN WELLS ROBY |

**************************************

### ORDER

**CONSIDERING THE FOREGOING** Motion to Enroll As Counsel Of Record filed by KZRV, LP;

**IT IS HEREBY ORDERED** that Elizabeth Haecker Ryan, La. Bar No. 6404, of the law firm of Lemle & Kelleher, LLP, be and is hereby enrolled as local counsel of record for KZRV, LP.

New Orleans, Louisiana, this 17th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

748034