UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
|    FORMALDEHYDE | * | |
|    PRODUCTS LIABILITY | * | SECTION: N(5) |
|    LITIGATION | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | MAG: CHASEZ |
| | * | |
| 07-7018 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN OPPOSITION TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

**NOW INTO COURT** through undersigned counsel comes Luca Devlin, Robert Devlin and Johnny Speers who respond to the Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons for Matching and Filing as follows:

**I.**  **BACKGROUND**

Plaintiff's Luca Devlin, Robert Devlin, and Johnnie Speers filed their Original Complaint on October 18, 2007(Rec. Doc # 1). Luca and Robert Devlin identified Fleetwood Enterprises, Inc. as the manufacturer of the FEMA trailer along with the VIN # of the trailer that they were provided with by FEMA. Johnnie Speer identified Gulfstream Coach, Inc. as the manufacturer of the FEMA trailer along with the VIN # of the trailer that he was provided with by FEMA.

On July 24, 2009, the Court issued an Order (Rec. Doc. # 2486) granting plaintiff's Second Amended Complaint(Rec.Doc. # 2487) which identified Fleetwood Enterprises, Inc. as the manufacturer of the travel trailer delivered to Luca and Robert Devlin for occupancy at 2517 Belmont Place, installed by Shaw Environmental, Inc. and FEMA bearing VIN # 1EB1F322864011864. The Amended Petition further identified Gulfstream Coach, Inc. as the manufacturer of the travel trailer delivered to Johnnie Speer for occupancy at 6494 Ponchartrain,

1

New Orleans, Louisiana, installed by Fluor Enterprises and FEMA bearing VIN # 1NL1GTR2761029687. (See Exhibit A, Second Supplemental and Amending Petition, ¶ 5,7,8)

On August, 13, 2009, the Court issued an Order (Rec. Doc. # 2695) granting the filing of Plaintiff's Third Amended Complaint( Rec. Doc. # 2696) which once again identified plaintiff Luca and Robert Devlin and Johnnie Speer and their respective travel trailer manufacturer and the FEMA contractor that installed the trailers. In addition, the plaintiff's have provided the required information to FEMA and the PSC in the requested spreadsheet form on several occasions. (See Exhibit B, in globo, letter and spreadsheets)

## II.    ARGUMENT

The plaintiff's have complied with Pretrial Order 38, 53, and 68. On May 27, 2009, the Court issued Pretrial Order # 38(Rec. Doc. # 1596) which applied to **prospectively** to future cases filed in the EDLA or transferred by the MDL Panel. The Devlin and Speer Original Complaint was filed on October 18, 2007 and the manufacturers were identified at that time.

On December 14, 2009, the Court issued Pretrial Order # 53(Rec. Doc. # 9073)[1] which required the plaintiff  to match all defendants, including manufacturers and contract installers. The Devlin and Speer Complaint identified all manufacturers and contract installers in the Second and Third Amended Complaints, <u>which were filed four and five months prior to Pretrial Order # 53.</u>

On May 26, 2010, the Court issued Pretrial Order # 68(Rec. Doc. # 14200) which was entered to (1) assist those potential claimants for **<u>whom matching information has not yet been obtained</u>** from the USA by providing a "last chance" process for them to obtain whatever other

---

[1] The Motion to Dismiss erroneously cites Pretrial Order # 53 as document 10228 which is actually Pretrial Order # 55. The correct document # for Pretrial Order # 53 is document 9073.

information is efficiently obtainable from other sources; (2) to provide a date certain by which the matching effort will end.

Information linking the Devlin and Speer plaintiffs with their respective trailer manufactures and installer was provided to the defendants repeatedly, and months before this court ordered such information. The Devlin and Speer plaintiff's have complied with all orders concerning the matching of plaintiff's and manufacturer and installation defendants and the Motion to Dismiss is without merit and in bad faith.

Apparently the Manufacturing Defendants have either misread the pleadings and discovery in this case, or they simply failed to read the material. Regardless, Defendant manufactures have failed to raise any information to support their allegations that they have not received the information from Devlin and Speers. Plaintiffs request the cost of responding to Defendant Manufactures unfounded Motion to Dismiss Devlin and Speer be paid by Defendant Manufactures.

**WHEREFORE**, the Devlin and Speer plaintiffs request that the Court deny the Motion to dismiss all Claims of Civil Action No.07-7018.

Respectfully submitted:

Williams Law Office, LLC

*/s/L. Eric Williams, Jr.*
L. Eric Williams, Jr.
3000 W. Esplanade Ave., Ste.200
Metairie, Louisiana 70002
Telephone: (504) 832-9898
Facsimile:  (504) 834-1511
eric@amlbenzene.net