

**U.S. Department of Justice**

Civil Division
Environmental Torts Section

---

Jonathan R. Waldron
Trial Attorney

Ben Franklin Station, P.O. Box 340
Washington, DC 20044

April 27, 2009

**VIA FEDERAL EXPRESS**

Justin Woods
Gerald E. Meunier
Denise Martin – Legal Assistant
Gainsburgh, Benjamin, David,
   Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

Andrew D. Weinstock
Joe Glass
Carmen Motes – Legal Assistant
Duplass, Zwain, Bourgeois, Morton,
   Pfister & Wein
Three Lakeway Center, 3838 N.
Causeway Blvd, Suite 2900
   Metairie, Louisiana 70002
(504) 832-3700

David Kurtz
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
201 St. Charles Ave, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5259



Exhibit B

    Re:   **In re: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION, MDL No. 07-1873 (E.D. La)**

Dear Counsel:

    Pursuant to the formal discovery requests received by FEMA March 27, 2009, and April 3, 2009, enclosed is a CD containing the results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database, which correspond to the client lists provided to FEMA by Plaintiffs' Liaison Counsel (Exhibits L,O,S,T,U,D,V,W). The CD contains eight files that appear in portable document format ("pdf"), are bates' labeled, and constitute the official version of this information:

| PLC Exhibit | Matching File Description | Bates' Range of Matching File |
|---|---|---|
| L | Waltzer Associates Client List Matches | FEMA10-001782 -- FEMA10-001784 |
| O | Pius Obioha Client List Matches | FEMA10-001785 |
| S | Jermaine Williams Client List Matches | FEMA10-001786 |
| T | Young & Usain Client List Matches | FEMA10-001787 |

| U | Gill, Ladner & Priest Additional Clients | FEMA10-001788 |
|---|---|---|
| D | Sidney Torres Client List Matches | FEMA10-001680 -- FEMA10-001781 |
| V | Williams Law Office, LLC Client List Matches | FEMA10-001789 -- FEMA10-001790 |
| W | Buzbee Law Firm Client List Matches | FEMA10-001791 -- FEMA10-001821 |

The CD also contains eight files that appear in Excel format, which reflect the same information contained in the pdf documents and are being provided solely for your convenience.

The United States' ability to produce information in response to Plaintiffs' discovery requests is contingent upon Plaintiff's ability to provide the requested information describing each client. This includes, at a minimum, the first and last names, the state the EHU was located, the FEMA ID number, and the date of birth of the individual. Further, Plaintiffs should also provide, to the extent the information is available, the claimant's social security number, address where the unit was installed, and the FEMA bar code number for their EHU. To the extent matching information is not provided for any of the listed clients, it is because FEMA was unable to locate these persons in their system based upon the information provided. For Exhibits D and W, please refer to my letter dated April 8, 2009, as searches were only performed on the individuals listed with a state and FEMA ID number as explained therein.

FEMA searched the FRRATS database using the information provided to produce the matches. Each requestor provided a list of names and addresses (labeled with the prefix "Client" or similar designation atop each appropriate column). FEMA matched the data against leased applicants and corresponding household member information contained within FRRATS.

Exhibits O, S, T, and U include a single tab with the matching data added to the submitted spreadsheet. Exhibits V includes two tabs, labeled "Data Sent," and "LA Match Data." Exhibit L contains the same tabs as Exhibit V, but adds a tab labeled "MS Match Data." Exhibit D contains the same tabs as Exhibit L, but adds a tab labeled "AL Match Data." Exhibit W contains the same tabs as Exhibit D, but adds a tab labeled "TX Match Data." The "List Sent" tab is the list submitted by Plaintiffs, or otherwise modified pursuant to my April 8, 2009 letter (Exhibits D, W). The matched tabs provide matching information on those applicants that could be matched for the tab's respective states.

Records were first matched for using the State ID and FEMA registration number, and then additional filtering to identify matches was made using the last and first name. Only records with a reported lease date (either past or present) were matched; no records were provided for applicants that either withdrew or had infeasible sites. If an applicant had multiple units, FEMA added columns to include this information. If FEMA was unable to match the applicant then the corresponding "FEMA" fields were left blank. For those names listed where FEMA was unable to list the manufacturer, I understand you have the ability to match the manufacturer based solely on the vehicle identification number provided. For each match with a reported lease date, FEMA returned the following fields (corresponding "FEMA" fields as noted in the spreadsheet columns):

   o   Manufacturer (1,2,3 if necessary)

- o    Model / Barcode (1,2,3 if necessary)
- o    Unit Type (1,2,3 if necessary)
- o    VIN (1,2,3 if necessary)
- o    Installer (contractor) (1,2,3 if necessary)

If you have any questions regarding this production, please contact me.

Regards,

s/Jonathan R. Waldron
Jonathan R. Waldron
Civil Division, Torts Branch
Office of Environmental Torts
1331 Pennsylvania Ave NW
Washington, DC 20004
(202) 307-2091

Exhibit V - Williams Law Office, LLC Client List
Sent to FEMA April 3, 2009

| Head of Household Name | Client Last Name | Client First Name | Client | Suffix | DOB | SSN | FEMA ID # | FEMA Unit | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Devlin, Robert A. | Devlin | Robert | A | | 12/22/1946 | 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 | 864-2 | 1181208 | 2517 Belmont Place | Metairie | LA | 70001 | E. Williams |
| Devlin, Robert A. | Devlin | Luca | Aime | | 10/15/1943 | Last4=4313 | 864-2 | 1181208 | 2517 Belmont Place | Metairie | LA | 70001 | E. Williams |
| Gautreaux, Henry on Behalf | Gautreaux | Raymond | J | Sr. | 6/4/1919 | 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 | | 1125018 | 26041 Running Bear | LaCombe | LA | 70445 | E. Williams |
| Johnson, Quinnon | Johnson | Quinnon | | | 5/21/1944 | 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 | 92153359 | | 116 Phoenix Lane | LaPlace | LA | 70068 | E. Williams |
| Johnson, Quinnon | Johnson | Joy | | | 5/18/1944 | 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 | 92153359 | | 116 Phoenix Lane | LaPlace | LA | 70068 | E. Williams |
| Speer, Johnnie T. | Speer | Johnnie | Thomas | | 4/10/1947 | Last4=4913 | 4026-07029 | 136094 | 6494 Ponchartrain | New Orleans | LA | 70124 | E. Williams |

| Head of Household Name Last, First, M | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | FEMA Unit Bar Code | Address of THU | City | State | Zip | Attorney | Manufacturer | UnitType | VIN | Contractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Devlin, Robert A. | Devlin | Robert | A |  | 12/22/1946 | 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 | 864-2 | 1181208 | 2517 Belmont Place | Metairie | LA | 70001 | E. Williams | Fleetwood | TT - Regular | 1EB1F3328640118GA | Shaw |
| Devlin, Robert A. | Devlin | Luca | Aime |  | 10/15/1943 | Last4=4313 | 864-2 | 1181208 | 2517 Belmont Place | Metairie | LA | 70001 | E. Williams | Fleetwood | TT - Regular | 1EB1F3328640118G4 | Shaw |
| Gautreaux, Henry Raymond on Behalf of Gaudreaux, Sr. | Gautreaux | Raymond | J | Sr. | 6/4/1919 | 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 |  | 11250187 | 26041 Running Bear Road | LaCombe | LA | 70445 | E. Williams | Gulfstream | TT - Morgan Friendly | 1n6gtr216105ja45 | Fluor |
| Johnson, Quinnon | Johnson | Quinnon |  |  | 5/21/1944 | 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 | 9215339516-03 |  | 116 Phoenix Lane | LaPlace | LA | 70068 | E. Williams | R-Vision | TT - Regular | 4VWY7343P206140499 | Fluor |
| Johnson, Quinnon | Johnson | Joy |  |  | 5/18/1944 | 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 | 9215339516-03 |  | 116 Phoenix Lane | LaPlace | LA | 70068 | E. Williams | R-Vision | TT - Regular | 4VWY7343P206140499 | Fluor |
| Speer, Johnnie T. | Speer | Johnnie | Thomas |  | 4/10/1947 | Last4=4913 | 4026-07029 | 136094 | 6494 Ponchartrain | New Orleans | LA | 70124 | E. Williams | Gulfstream | TT - Regular | 1NL1GTR276102SJ637 | Fluor |