EXHIBIT "A"

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4    - - - - - - - - - - - - - - - - -
 5    IN RE:                           )    MDL NUMBER 1873
 6    FEMA TRAILER FORMALDEHYDE        )    SECTION "N" (4)
 7    PRODUCTS LIABILITY LITIGATION    )    JUDGE ENGELHARDT
 8    - - - - - - - - - - - - - - - - -
 9
10         VIDEOTAPED DEPOSITION OF BECHTEL NATIONAL, INC.
11                  30(B)(6) DEPONENT JACK HUME
12                   THURSDAY, AUGUST 21, 2008
13
...
21                       BEHMKE REPORTING & VIDEO SERVICES
22         BY: CHRISTINE L. JORDAN, CSR NO. 12262, RPR, CCRR
23                             160 SPEAR STREET, SUITE 300
24                             SAN FRANCISCO, CALIFORNIA 94105
25                                          (415) 597-5600
```

1  kill site as a result of their installation processes?
2      A.   No.
3      Q.   Was Bechtel aware of environmental testing in --
4  sometime in October of 2005, testing for formaldehyde?
5      A.   That was before my time, but I am aware of
6  that occurrence when OSHA did take some readings.
7      Q.   Okay.  Was that one of the Bech- -- I'm calling
8  it a Bechtel trailer.  Was that one of the trailers
9  Bechtel had responsibility for?
10     MR. HAINKEL:  I'm going to object to the term
11 "responsibility for."
12     MR. PENTON:  Well, I -- you know, I -- I
13 understand.
14     MR. LAMBERT:  Just --
15     MR. PENTON:  Hold on.
16         (Simultaneous speaking.)
17     MR. PENTON:  Hold on.
18 BY MR. PENTON:
19     Q.   I'm not trying to say that you're responsible
20 for the trailer in any other aspects than is defined in
21 the contract, okay?  But in the contracts they use the
22 word "responsibility," but I don't mind using another
23 term.
24          Was -- were the trailers tested by OSHA part
25 of the trailers that Bechtel mobilized, transported

```
 1  and had subcontractors install?
 2      A.   The trailers that were tested were tested in
 3  our staging area.
 4      Q.   In the kill?
 5      A.   No, in Pass Christiana, I thought.
 6      Q.   Pass Christiana?
 7      A.   I thought.
 8      Q.   Okay.  Can you tell me about that?  How did --
 9  how did that come up?
10      A.   As I understand it, we had one of our
11  employees living in a FEMA trailer --
12      Q.   All right.
13      A.   -- and he had comments about the smell and
14  raised that out to our safety department who took it
15  to FEMA, and FEMA enlisted OSHA --
16      Q.   Okay.
17      A.   -- to go do the readings.
18      Q.   All right.  And who at Bechtel would have been
19  involved in that process?
20      A.   Our safety manager at the time, who was an
21  individual by the name of Norm Black.
22      Q.   Norm Black.
23           Is he still with the company?
24      A.   Yes, he is.
25      Q.   All right.  He's a safety director?
```