**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Sandra Davenport | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Julien Dennis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Alphonse Fontenot | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 4. | Carolyn B Jones | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 5. | Derell Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 6. | Edward Ballet IV | Hardin et al v. Thor California Inc et al | 09-08385 |
| 7. | Egypt Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 8. | Dunteja Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 9. | Tykema Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 10. | Rosaline McDonald | Hardin et al v. Thor California Inc et al | 09-08385 |
| 11. | Tevin Clark | Hardin et al v. Thor California Inc et al | 09-08385 |
| 12. | Lynette Alexcee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Errol Alexander | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Horace Alexander | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Christopher Alexcee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Latoya Brown | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Brian Clayton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Donte Clayton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Daniel Coleman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Keith Heechung Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Keoka Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Arthur Lawrence | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Arthur Parker | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Eisabella Heechung | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 25. | Andre Colar | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Jacqueline Cornelius | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Charles W. Davis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | Charles Davis III | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Pamela Davis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 30. | Sonia Dixon | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 31. | Karen Fefie | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 32. | Latrice Fefie | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 33. | Andre Givens | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 34. | Charles Givens | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 35. | Nellie Givens | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 36. | Kerwin Givens | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 37. | Leonard Hamilton | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 38. | Hollis Banks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 39. | Jean Barney | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 40. | Willie Bell Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 41. | Briana Darby | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 42. | Brishon Darby | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 43. | Brian Darby Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 44. | Brian Darby Sr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 45. | Leishon Darby | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 46. | Darrielle Foster | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 47. | Gwendolyn Foster | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 48. | Margaret Geagan | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 49. | Sylvia Jones | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 50. | Clothilde Mack | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 51. | Elliot Marigny III | Hood et al v. Recreation By Design, LLC et al | 09-08406 |

| | | | |
|---|---|---|---|
| 52. | Lisa Panks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 53. | Skye Panks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 54. | Korey James | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 55. | Arielle Jarreau | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 56. | Derek Jarreau | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 57. | Peter Alexander III | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | De'Quanna Alexander | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Shemica Archie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Taylor Archie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 61. | Tiara Archie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 62. | Terrence Archie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 63. | David Arcuri | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 64. | Shae Lynn Smith | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 65. | Taylor Smith | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 66. | Major Battle | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 67. | Rhonda Beasley | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 68. | Sean Bell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 69. | Thomas Benoit Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 70. | Otis Black Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 71. | Susan Bracht | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 72. | Portia Bradford | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 73. | Randy Bradford | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 74. | Joey Breland | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 75. | Earlean Brooks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 76. | Dorothy Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 77. | Roosevelt Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 78. | Jazmine Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 79. | Rocquel Caesar | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 80. | Amani Caesar | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 81. | Amari Caesar | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 82. | Claudia Celestand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 83. | Lucretia Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 84. | Jacquline Cockerham | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 85. | James Crain III | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 86. | Daniel Reyes | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 87. | Carolyn Jones | Burns et al v. Frontier RV, Inc. et al | 10-02337 |
| 88. | Glen Butler | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 89. | Jamar Cornelius | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 90. | Shirley Davis | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 91. | Carolyn Doss | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 92. | Iesha Hasan | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 93. | Mizani Hasan | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 94. | Louis Evans | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 95. | Webster Feliciana Jr. | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 96. | Salim Hasan | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 97. | Dorothy Lenoir | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 98. | Dobby Pichon | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 99. | Jesse Brown, Jr. | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 100. | Latoya Brown | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 101. | Trina Brown | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 102. | Tiesha Brown | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 103. | De'Quanna Alexander | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |

| # | Name | Case | Number |
|---|---|---|---|
| 104. | Saul Bickham | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 105. | Candice Bickham | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 106. | Hakeem Bickham | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 107. | Allan Fogelquist | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 108. | Marsha Fogelquist | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 109. | Betty Adams | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 110. | Earl Adams | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 111. | John Adams | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 112. | Taylor Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 113. | Korey Jackson | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 114. | Shae Lynn Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 115. | Derrick Remble | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 116. | Cori Rice | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 117. | Janice Rice | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 118. | Christopher Rice Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 119. | Joe'l Henry | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 120. | Tasheika Porter | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 121. | Angela Richardson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 122. | Henri Bax | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 123. | Nevaeh Bax | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 124. | Tichawana Conrad | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 125. | Tamia Conrad | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 126. | Kim Davis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 127. | Julien Dennis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 128. | Kennis Hagan | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 129. | Esmy LaFrance | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 130. | Julia LaFrance | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 131. | Tatyana Washington | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 132. | Edwin Narcisse | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 133. | Doris Palmer | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 134. | Carrie Palmer | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 135. | Brian Keith Darby, Sr. | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 136. | Briana Darby | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 137. | Brishon Darby | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 138. | Brian Keith Darby, Jr. | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 139. | Leishon Darby | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 140. | Joyce Porter | Porter et al v. Clearspring Conversions Inc. et al | 09-08378 |
| 141. | Willie L. Porter | Porter et al v. Clearspring Conversions Inc. et al | 09-08378 |
| 142. | Rene Darby Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 143. | Anthony L Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 144. | Latyana Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 145. | Tameca Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 146. | Jordan Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 147. | Grant Dellihoue | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 148. | Joseph Dillon Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 149. | Oliver Dison | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 150. | Rosemary Dison | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 151. | Lawrence Dugay | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 152. | Roland Ferrand | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 153. | Bo Field | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 154. | Marvin Field | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 155. | Monicker Field | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 156. | Glenda Foley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 157. | Keosha Gettridge | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 158. | Gilda Damond | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 159. | Charles Givens | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 160. | Eric Givens | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 161. | Nellie Givens | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 162. | Kerwin Givens | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 163. | Nikia Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 164. | Marcia Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 165. | Michael J Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 166. | Michelle Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 167. | Denise H Henry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 168. | John Hezeau | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 169. | Christina Hezeau | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 170. | Lorna Bennett | Bass et al v. KZRV, LP et al | 09-08393 |
| 171. | Adrina McCray | Bass et al v. KZRV, LP et al | 09-08393 |
| 172. | Kody Wood | Bass et al v. KZRV, LP et al | 09-08393 |
| 173. | Salvador Peters Sr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 174. | Korey James | Bass et al v. KZRV, LP et al | 09-08393 |
| 175. | Ashley Peters | Bass et al v. KZRV, LP et al | 09-08393 |
| 176. | Kam'Ren Zeno | Bass et al v. KZRV, LP et al | 09-08393 |
| 177. | Joyce Peters | Bass et al v. KZRV, LP et al | 09-08393 |
| 178. | Frances Nell Alexcee | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 179. | Errol Alexander | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 180. | Horace Alexander | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 181. | Christopher Alexcee | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 182. | Lynette R Alexcee | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 183. | Beverly Armand | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 184. | Paul Barbarin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 185. | Michael A. Barnes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 186. | Ann Bernard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 187. | Joseph Donald Brion | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 188. | Lucille Dear | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 189. | Latrice Fefie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 190. | Angel Marie Green | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 191. | Elnora M. Hasberry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 192. | Blair Alexander | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 193. | Jhirey Ducre | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 194. | Kay'Jha Shorty | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 195. | Jhiy Hinton | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 196. | Debra Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 197. | Corey Buckley | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 198. | Barney Bynum | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 199. | Alvin Carter | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 200. | Deborah Carter | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 201. | Lois Dugay | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 202. | Bernard Hingle | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 203. | Arthur Lawrence | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 204. | Myrtle Lawrence | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 205. | Earl Reine Sr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 206. | Katie Reine | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 207. | Van P. Johnson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 208. | Briana Darby | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 209. | Brishon Darby | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 210. | Brian Darby Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 211. | Brian Darby Sr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 212. | Joe Gifford | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 213. | Artis Harris | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 214. | Mary Harris | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 215. | Flora Morrison | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 216. | Walter Powell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 217. | Daniel Reyes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 218. | Mija Davis | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 219. | Wanda Davis | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 220. | Dorryl Houillon | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 221. | Annie Howard | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 222. | Constance Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 223. | Markell Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 224. | Keoka Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 225. | Delicia Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 226. | Ronald Joseph Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 227. | Louise Joseph | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 228. | Natiya Joseph | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 229. | Basher Khalil | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 230. | Tamer Khalil | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 231. | Emma King | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 232. | Jessica King | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 233. | Jimmie King | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 234. | Joan Lumbi | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 235. | Sandy Meyer | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 236. | Altheia Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 237. | Danielle Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 238. | Dionne Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 239. | Denetreal Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 240. | Gregory Hence | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 241. | Troy Morrison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 242. | Tyrone Moye | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 243. | Derell Ballet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 244. | Egypt Ballet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 245. | Edward Ballet IV | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 246. | Dunteja Walker | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 247. | Tykema Walker | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 248. | Tanya Ball | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 249. | Gregory Ball | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 250. | Jamal Ball | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 251. | Dasia Ball | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 252. | Geván Ball | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 253. | Michael Barnes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 254. | Jesse Brown Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 255. | Tobias Calvey | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 256. | David Henderson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 257. | Korey Jackson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 258. | Saul Bickham | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 259. | Candice Bickham | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |

| | | | |
|---|---|---|---|
| 260. | Hakeem Bickham | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 261. | Mary Harris | Harris et al v. Sunray RV, LLC et al | 09-07665 |
| 262. | Artis Harris | Harris et al v. Sunray RV, LLC et al | 09-07665 |
| 263. | Webster Davis | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 264. | Damian Givens | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 265. | DeAnna Givens | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 266. | Tempestt Givens | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 267. | Denise Kennedy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 268. | Deuel Kennedy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 269. | Sarah Baham | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 270. | Jazzie Clarkston | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 271. | Beverly Armand | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 272. | Paul Barbarin | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 273. | Ann Bernard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 274. | Joseph Brion | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 275. | Lucille Dear | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 276. | Louis Evans | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 277. | Johnellen Richardson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 278. | Latoya Brown | Darby et al v. Keystone RV Company et al | 09-08372 |
| 279. | Cynthia Clayborne | Darby et al v. Keystone RV Company et al | 09-08372 |
| 280. | Brent Riggins | Darby et al v. Keystone RV Company et al | 09-08372 |
| 281. | Dwayne Davenport | Darby et al v. Keystone RV Company et al | 09-08372 |