**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Louis Davenport IV | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Mercedes Davenport | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | William Enines Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Stephanie Enines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | George Burns | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 6. | Kara Crayton | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 7. | Willie Delancey | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 8. | Lorraine Autman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Eric Ballard Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Corey Barbarin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Brittney Barbarin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Helen Battie | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Miracle Stepter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Bobbie Carter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Geraldine Chattman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Angiela Green | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Charley Jackson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Beatrice Jones | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Beverly Kzirian | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Bennie Pendleton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Benisha Wallace | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Leslie Sims III | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Dianne Thornton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Gloria S. Williams | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 25. | Velma Berry | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Dianne Coates | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Alvirda Cook | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | Martina Diolulu | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Napoleon Foster | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 30. | Elizabeth Collins | Mayon et al v. DS Corp. et al | 09-08388 |
| 31. | Dianne Ambo | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 32. | Michael Childs | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 33. | Clausell Thompson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 34. | Tiyonna J. Joseph | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 35. | Valencia Kelly | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 36. | Travis C. Thomas Jr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 37. | Tramia A. Thomas-Kelly | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 38. | Kei'mon Green | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 39. | Keithron Green Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 40. | Tiffany Jackson | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 41. | Ty'asia Jackson | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 42. | Percill Williams Sr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 43. | Kenneth Holland | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 44. | Shelly Williams | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | Percill Williams Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | Victoria Atkinson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Ella Boss | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Willie Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Carlos Caston | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Derrick Coates | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Geraldine Craig | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Carla Campo | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 53. | Willie Delancey | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 54. | Debra Delone | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 55. | Donovan Delone | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 56. | Joseph Frederick Jr. | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 57. | Margaret Gaskin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 58. | Arthur Gaskin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 59. | Julia Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 60. | Leroy Gray | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 61. | Keithron Green Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 62. | Tiffany Jackson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 63. | Ty'asia Jackson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Napoleon Foster | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 65. | George Burns | Burns et al v. Frontier RV, Inc. et al | 10-02337 |
| 66. | Ericka Fobbs | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 67. | Margia Fobbs | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 68. | Edbony London | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 69. | Mary London | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 70. | Darrell Madison | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 71. | Darren Madison | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 72. | Derrell Madison | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 73. | Sierra Richardson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 74. | LaTonya London | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 75. | Thelma Guerin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 76. | Lisa Adams | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 77. | Kenneth Norris | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 78. | Darlene Parker | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 79. | Cajet Potter | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 80. | Adolph Randall | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 81. | Lisa St. Hill | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 82. | Brenda Sullivan | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 83. | Albert Allen | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 84. | Donna Azeez | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 85. | Trinity Williams | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 86. | Jerryal Baham | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 87. | Velma Baham | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 88. | Kendra Battie | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 89. | D'Asia Battie | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 90. | Glenassey Battie | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 91. | Joycelyn Beasley | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 92. | Heavenly Beasley | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 93. | Steven Beasley | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 94. | Walter Black Sr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 95. | Walter Black Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 96. | Annise Bray | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 97. | Shakre' Bray | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 98. | Evageline Cojoe | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 99. | Jonique Leone | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 100. | Emage Stanley | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 101. | Bryan Crayton Sr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 102. | Arcenia Crayton | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 103. | Terrell Crayton | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 104. | Raymond Davis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 105. | Oliver Ducre Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 106. | Shirley Ducre | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 107. | Henry Dunn III | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 108. | Sherlita Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 109. | Sheryl Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 110. | Ta'sha Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 111. | Zaire Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 112. | Anester Gaines | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 113. | Patricia Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 114. | Wanda Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 115. | Lauryn Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 116. | Lawrence Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 117. | Joseph Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 118. | Leonard Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 119. | Lorenzo Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 120. | Timothy Galmon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 121. | Kendria Gilmore | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 122. | Callie Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 123. | Catherine Leonard | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 124. | Laverne Murthil | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 125. | Viola Jones | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 126. | Albert Allen | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 127. | Kei'mon Green | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 128. | Cayla Matthews | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 129. | Chrisshelle Matthews | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |

| | | | |
|---|---|---|---|
| 130. | Christopher Matthews | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 131. | Latacha Matthews | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 132. | Edward Dorsey | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 133. | Oliver Ducre Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 134. | Clifton Duncan | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 135. | Ursula Edwards | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 136. | Dae'ron Stewart | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 137. | Robert Ford | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 138. | Spencer Foster | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 139. | Robert Gross | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 140. | Ronnie Guidry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 141. | Junius Hartford Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 142. | Valerie Hartford | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 143. | Kathy Hillard | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 144. | Charles Hillard Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 145. | Alvirda Cook | Bass et al v. KZRV, LP et al | 09-08393 |
| 146. | Herbert Davis | Bass et al v. KZRV, LP et al | 09-08393 |
| 147. | Eddie James Beloney | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 148. | Gregory Campbell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 149. | David J. Fayard III | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 150. | Napoleon Foster | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 151. | Ronnie Anthony Guidry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 152. | Ivory L. Hartford | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 153. | Dorothy Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 154. | Larry Jackson | Jackson v. Hy-Line Enterprises, Inc. et al | 09-08368 |
| 155. | Kasetdra Beene | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |

| | | | |
|---|---|---|---|
| 156. | Shashauna Beene | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |
| 157. | Moses Bouie, Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 158. | Jerry Belton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 159. | Deon Bouie | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 160. | Renee Burrell | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 161. | Carl Coleman | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 162. | Angiela Green | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 163. | Valerie Hartford | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 164. | Roman Smith | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 165. | Beatrice Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 166. | Calvin Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 167. | Kenneth Norris | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 168. | Anthony Oliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 169. | Carrie B. Richardson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 170. | Cheryl A. Washington | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 171. | Julia Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 172. | Leroy Gray | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 173. | Natalie Price | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 174. | Antea Price | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 175. | Jonathan Price-Smith | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 176. | Clemon Jacquet Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 177. | Angela Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 178. | Thomas Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 179. | Viola Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 180. | James Kelly | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 181. | Leland Morton | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 182. | Johnnie Moss Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 183. | Duran Battie, Sr. | Brent et al v. Timberland RV Company et al | 09-08400 |
| 184. | Diamond Battie | Brent et al v. Timberland RV Company et al | 09-08400 |
| 185. | Duran Michael Battie, Jr. | Brent et al v. Timberland RV Company et al | 09-08400 |
| 186. | Duronte Battie | Brent et al v. Timberland RV Company et al | 09-08400 |
| 187. | Harry Taylor Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 188. | Kiva Casborn | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 189. | Lisa Casborn | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 190. | Leonard Casborn | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 191. | Percill Williams Jr. | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 192. | Kenneth Holland | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 193. | Shelly Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 194. | Angela Jones | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 195. | Olen Barthelemy | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 196. | Paulette West | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 197. | Herbert Davis | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 198. | Cajet Potter | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 199. | Jiray Richardson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 200. | Jiray Richardson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 201. | Ranada Richardson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 202. | Sierra Richardson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 203. | Dianne Thornton | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 204. | Paulette Ward | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 205. | Cheryl Washington | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 206. | Annie Richardson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 207. | John Aguillard Jr. | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |

| | | | |
|---|---|---|---|
| 208. | Arnold Ray Basquine | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 209. | Diamond Battie | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 210. | Duronte Battie | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 211. | Duran Michael Battie Jr. | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 212. | Duran Michael Battie Sr. | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 213. | Jezmine M. Battie | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 214. | Morrow Battie | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 215. | Tranace Alicia Battie | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 216. | Bruce Daniel Brown | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 217. | Christopher J Brown | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 218. | Donna Lin Brown | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 219. | A'Donna Richardson | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 220. | Donna Lin Richardson | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 221. | Gladys Brown | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 222. | Leonard R. Craig | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 223. | Johnny Lee George | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 224. | Sheryl Diane Gilbert | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 225. | Dorothy Johnson | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 226. | William E. Johnson | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 227. | Bruce Lee Jordan | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 228. | Brunica Leah Jordan | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 229. | Constance Jordan | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 230. | Timothy Ray Leonard | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 231. | Cheryl A. Washington | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 232. | Paulette S. West | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 233. | LaTonya London | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |

| | | | |
|---|---|---|---|
| 234. | Edbony London | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 235. | Mary London | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 236. | Darrell Madison | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 237. | Darren Madison | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 238. | Derrell Madison | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 239. | Gregory Campbell | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 240. | Clausell Thompson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 241. | Eric Ballard Sr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 242. | Janyoko Bridges | Darby et al v. Keystone RV Company et al | 09-08372 |
| 243. | Elizabeth Collins | Darby et al v. Keystone RV Company et al | 09-08372 |
| 244. | Kayla Crump | Darby et al v. Keystone RV Company et al | 09-08372 |
| 245. | Nakyra Crump | Darby et al v. Keystone RV Company et al | 09-08372 |
| 246. | Eliska Davis | Darby et al v. Keystone RV Company et al | 09-08372 |
| 247. | Larry Dixon | Darby et al v. Keystone RV Company et al | 09-08372 |
| 248. | Ollie Dixon | Darby et al v. Keystone RV Company et al | 09-08372 |
| 249. | Richard Gabriel | Darby et al v. Keystone RV Company et al | 09-08372 |
| 250. | Keonda Garrison | Darby et al v. Keystone RV Company et al | 09-08372 |
| 251. | Brushawn Hartford | Darby et al v. Keystone RV Company et al | 09-08372 |
| 252. | Charley Jackson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 253. | Laura Jackson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 254. | Thomas Jones | Darby et al v. Keystone RV Company et al | 09-08372 |
| 255. | Erionne Jordan | Darby et al v. Keystone RV Company et al | 09-08372 |
| 256. | Carrie LeBeau | Darby et al v. Keystone RV Company et al | 09-08372 |
| 257. | James Lowery | Darby et al v. Keystone RV Company et al | 09-08372 |
| 258. | Victoria Lucien | Darby et al v. Keystone RV Company et al | 09-08372 |
| 259. | Antoinette Morton | Darby et al v. Keystone RV Company et al | 09-08372 |

| | | | |
|---|---|---|---|
| 260. | Briane Morton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 261. | Samuel Morton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 262. | Tatyana Morton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 263. | Terriane Morton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 264. | Darlene Parker | Darby et al v. Keystone RV Company et al | 09-08372 |
| 265. | George Richardson Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 266. | Samuel Smothers | Darby et al v. Keystone RV Company et al | 09-08372 |
| 267. | Theresa White-Scott | Darby et al v. Keystone RV Company et al | 09-08372 |
| 268. | Keith Williams | Darby et al v. Keystone RV Company et al | 09-08372 |