UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Adams et al v. Gulf Stream Coach, Inc. et al*
E.D. La. Case No. 09-6398

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

　　　Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint.

　　　IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit A) is hereby Granted.

　　　THIS DONE the ___ day of _____, 2010, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE KURT ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE