## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Sommer McWeen | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 2. | Terrance Washington | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 3. | Linda Trueblood | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 4. | Edward Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 5. | TayKuan Ballet | Hardin et al v. Thor California Inc et al | 09-08385 |
| 6. | Wanda Ally | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Irma Casnaw | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Pierre Clark | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Shonda Clark | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Eartha Harris | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | LeRoy Harris | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Ron Peterson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Lawrence Bell | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 14. | Leonard Dorsey | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 15. | Alma Francis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 16. | Wayne Galle | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 17. | Sharon Jester | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 18. | Joseph Jones Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 19. | Adam LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Branden LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Edward LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Nicole LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Tanya McKinnis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Barry Dominguez | Mayon et al v. DS Corp. et al | 09-08388 |
| 25. | Tiffany Johnson | Mayon et al v. DS Corp. et al | 09-08388 |

| | | | |
|---|---|---|---|
| 26. | Trina Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 27. | Patrice Nickelson | Mayon et al v. DS Corp. et al | 09-08388 |
| 28. | James Parker | Mayon et al v. DS Corp. et al | 09-08388 |
| 29. | Lecia Smith | Mayon et al v. DS Corp. et al | 09-08388 |
| 30. | Alicia Marie Smith | Mayon et al v. DS Corp. et al | 09-08388 |
| 31. | Artemus Scott | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 32. | Erica Marie Jarreau | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 33. | Jack McNeal | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 34. | Paul Williams Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 35. | Angelis Alexander | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 36. | Eloise Bacchus | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 37. | Penny Bijou | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 38. | Torccare Brealy | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 39. | Irma Casnaw | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 40. | Larry Celestand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 41. | Pierre Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 42. | Shonda Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 43. | Keith Coleman | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 44. | Kantell Crawford | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 45. | Gwendolyn Dabney | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 46. | Joyce Aguillard | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 47. | Antoinette Taylor | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 48. | Barbara Hamilton | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 49. | Elber Jourdan | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 50. | Darlann Lindolph | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 51. | Joshua Miller | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |

| | | | |
|---|---|---|---|
| 52. | Natasha Minor | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 53. | Wilford Roberts Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 54. | Sherlethia Smith | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 55. | Latasha Spencer | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 56. | Wanda Ally | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 57. | Carol Brown | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 58. | Wayne Galle | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 59. | Gwendolyn Howard | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 60. | Lakiba Joseph | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 61. | Archie McCoy | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 62. | Daniel Smith | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 63. | Barbara Taylor | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 64. | Ruby Thomas | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 65. | Wetahanna Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 66. | Bresha Anderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 67. | Germaine Anderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 68. | Vonda Anderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 69. | Anthony Jones | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 70. | Particia Martin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 71. | Katrina Portis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 72. | Johnny McGill | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 73. | Sam Nelson III | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 74. | Melvin Perkins Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 75. | Melvin Perkins | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 76. | Transia Perry | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 77. | Lois Peters-Murphy | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 78. | Cynthia Randall | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 79. | Bryna Robinson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 80. | Krystal Rogers | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 81. | Pamela Rogers | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 82. | Chad Roque | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 83. | Kendall Sansom | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 84. | Jimmie Slugher | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 85. | Kevin Slugher | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 86. | Donald R Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 87. | Dorothy Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 88. | Judy Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 89. | Lecia Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 90. | Gregory Stokes | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | Carolyn Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | John Tennessee | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Melissa Tennessee | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 94. | Anthony Thomas Sr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 95. | Estravion Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 96. | Malcolm Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 97. | Kenisha Frederick | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 98. | Corey Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 99. | Valencia Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 100. | James Lemann | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 101. | Joyce Lewis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 102. | Leatrice Roberts | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 103. | Lionel Thomas Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 104. | Jessie Harris | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 105. | Yuvanca Grant | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 106. | Dorothy Smith | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 107. | Tamara Toomer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 108. | Cheryl Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 109. | Lehman Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Krystle Ferbos | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | Frank Foster | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Marcus Francis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 113. | Amy Lee Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 114. | Sian Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 115. | Gary Grimes Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 116. | Pamlynn Hardy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 117. | Rogie Hardy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 118. | Shavonda Hawkins | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 119. | Arnette Hill | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 120. | Lloyd Thomas Jr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 121. | Sylvia Ann Bauer | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Norwood J. Bienaime | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 123. | Penny Michelle Bijou | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 124. | Edward S. Deal | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 125. | Alicia Nicole Dover | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 126. | Leonard Guy | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 127. | Roland Hampton | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 128. | Cathy Marie Howard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 129. | Betty Doherty | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 130. | Corey Jackson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 131. | Gaynell Clanton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 132. | Kevin Legier | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 133. | Ralston Johnson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Felma J. Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Jaunifert McKinney | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | Russell Mercadel | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Vanessa Ann Miller | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Anjel LaBeaud Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Debra Anne Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Jorge L. Perez | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Maria Perez | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Felix Anthony Ramos | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 143. | Derrick A Robertson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 144. | Letitia L. Rollins | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 145. | Daniel Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 146. | Joyce Aguillard | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 147. | Antoinette Taylor | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 148. | Electa Gaines | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 149. | Barbara Hamilton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 150. | Thomas Hilliard | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 151. | Elber Jourdan | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 152. | Darlann Lindolph | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 153. | Joshua Miller | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 154. | Natasha Minor | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 155. | Wilford Roberts Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 156. | Sherlethia Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 157. | Latasha Spencer | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 158. | Wilma Thomas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 159. | Nicole Stewart | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08398 |
| 160. | Otha Sartin | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 161. | Willie Schexnayder | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 162. | Nia Carter | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 163. | Kaitlyn Curtis | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 164. | Juinella James | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 165. | Elaine Jefferson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 166. | Percy Jefferson III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 167. | Jeannette Jiles | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 168. | Jacquelyn Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 169. | Nathasha Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 170. | Terrance Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 171. | William L Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 172. | Joyce Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 173. | LaKeisha Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 174. | Derrick Lewis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 175. | Willie Medious | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 176. | Brent Mickens | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 177. | Joyce Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 178. | Edward Ballet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 179. | TayKuan Walker | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 180. | Mary Jackson | Jackson v. Sunray RV, LLC et al | 09-07666 |
| 181. | Aurora Jackson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |

| | | | |
|---|---|---|---|
| 182. | Milton Sumlin | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 183. | Norwood Bienaime | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 184. | Edward Deal | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 185. | Lois Jones | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 186. | Torolyn Jones | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 187. | Paul Williams Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 188. | Lecia Smith | Darby et al v. Keystone RV Company et al | 09-08372 |