# Exhibit A

| | | | |
|---|---|---|---|
| 1. | Shannon Davenport | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Jacqueline LeFrere | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 3. | Clyde Wilson | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 4. | Ja'Larius Valentine | Hardin et al v. Thor California Inc et al | 09-08385 |
| 5. | Bettie West | Hardin et al v. Thor California Inc et al | 09-08385 |
| 6. | Antoine Turner | Turner et al v. Sunline Acquisition Company Ltd. et al | 09-08382 |
| 7. | Eugene Bibbins | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | David Calloway | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Glenda Fulton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Gregory McCrary | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Michelle Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Denise Lampkin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Helena Parish | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Gary Richard Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Terry Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Kanisha Pitts | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Jada Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | O'Neisha Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Jada Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Curissa Davis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Keldrin James | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Kavondre James | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Bryan Spears | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Kortavious Spears | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 25. | Elsa Mejia | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Georgia Musacchia | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Troy Musacchia Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | Shelia Rainey | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Betty Robertson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 30. | Ella Sanchez | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 31. | Charles Toussaint | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 32. | Tah'Janoe Rowe | Mayon et al v. DS Corp. et al | 09-08388 |
| 33. | Shirley Thomas | Mayon et al v. DS Corp. et al | 09-08388 |
| 34. | Eugene Bibbins | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 35. | David Calloway | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 36. | Harold Fontenot | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 37. | Vera Marigny | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 38. | Joseph Robinson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 39. | Marylee Robinson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 40. | Keith Robinson Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 41. | Tamaya Thomas | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 42. | Tamia Thomas | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 43. | Tyrania Thomas | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 44. | Clyde Wilson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 45. | Robert Christmas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 46. | Sedric Daniels | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 47. | Sedric White | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 48. | Linda F. Davis | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 49. | Shirley Thomas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 50. | Raymond Townsend | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 51. | Chermaine Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |

| | | | |
|---|---|---|---|
| 52. | Mary J Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 53. | Paul Williams | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 54. | Lynn Thompson | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 55. | Stacy Bell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Floyd Brooks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 57. | Thelma Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | Ivory Chopin III | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Lameika Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Lamonde Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 61. | Tomei Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 62. | Byron Coleman | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 63. | Ryan Cotton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 64. | Kendrick Crain | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 65. | Teresa Crawford | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 66. | Jeremiah Solomon | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Jamiren Morrison | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Schernia Morrison | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 69. | Shermese Morrison | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 70. | Ka'Mize Ruiz | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 71. | Thames Solomon | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 72. | Mary Willis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 73. | Kaitlyn Pitts | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 74. | Quintrell Thompson | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 75. | Joseph Aguillard | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 76. | Charles Davis | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 77. | Mark Smith | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| # | Name | Case | Number |
|---|------|------|--------|
| 78. | Walisa Sears | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 79. | Darrin Cook Sr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Monique Cook | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Daran Cook | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Darrin Cook Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Tama DangerfieldSimms | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Joyce Jackson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Debra Rolling | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 86. | David Washington | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 87. | John Curtis | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 88. | Eric Montegue | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 89. | Sylvia Velasquez | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 90. | Antonia Villa | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 91. | Pauphine Nelson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | Ruby Nelson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Peter Nero | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 94. | Kendrick Phillips | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 95. | Bobby Raiford | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 96. | Nakeeb Johnson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 97. | Ladaisha Netterville | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 98. | Perry Ramsey | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 99. | Carrie Ramsey | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 100. | Latrell Grant | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 101. | Sandrell Richard | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 102. | Sandy Richard Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 103. | Gloria Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 104. | Kimberly Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 105. | Seth Ruiz | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 106. | Bunah Rutledge | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 107. | Matthew Rutledge | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 108. | Ella Sanchez | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 109. | Kentrice Schexnayder | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 110. | Brittany Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 111. | Dedrick Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 112. | Michelle Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 113. | Whittany Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 114. | Bennie Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 115. | Payge Lee | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 116. | Myles Sylve | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 117. | Myquel Sylve | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 118. | Alice Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 119. | Antoine Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 120. | Anton Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 121. | Merry Teal | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 122. | Chastity Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 123. | Chelse Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 124. | Kimberly Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 125. | Lynn Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 126. | Elsa C. Hill | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 127. | Pamela Preston | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 128. | Henry Robertson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 129. | Rashee K. Clark | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |

| | | | |
|---|---|---|---|
| 130. | Dawona Powell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 131. | Jamien Powell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 132. | Kerin Powell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 133. | Bobbie Powell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 134. | Jasmin Powell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 135. | Joseph Robinson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 136. | Marylee Robinson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 137. | Keith Robinson Jr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 138. | Tamaya Thomas | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 139. | Tamia Thomas | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 140. | Tyrania Thomas | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 141. | Albert Williams III | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 142. | Jordan Simms | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 143. | Sierra Simms | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 144. | Michelle Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 145. | LaDonnis Evans | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 146. | Kirby Mickle | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 147. | Koreem Mickle | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 148. | Damien Griffin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 149. | Damien Womack | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 150. | Angela Guttuso | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 151. | Haydyn Guttuso | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 152. | Kevin Guttuso | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 153. | Sidney Guttuso | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 154. | Tiffany Hill | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 155. | Lorraine Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 156. | Kasondra Musacchia | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-08361 |
| 157. | Salvador Peters Jr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 158. | Dawn L. Atlow | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 159. | Dawn Atlow | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 160. | Tara Coleman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 161. | Charles Collins Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 162. | Kizzy Cowart | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 163. | Leroy Dabney III | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 164. | Khiri Daniels | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 165. | Tori Daniels | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 166. | Cierra Henry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 167. | Lea Hinton | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 168. | Jeanette Houston | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 169. | Marella Hughes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 170. | Mario Hughes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 171. | Monica M. Hughes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 172. | Carole Jarrell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 173. | Otis Jimcoily | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 174. | Michelle Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 175. | O'Neisha Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 176. | Jada Allysia Robinson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 177. | Howard Allen | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 178. | Shamecka Clark | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 179. | Gary Richard Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 180. | Gary Richard Sr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 181. | Loren Richard | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 182. | Olga Richard | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 183. | Ija Ritter House | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 184. | Rose Taylor | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 185. | Albert McKay Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 186. | Alice Poiroux | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 187. | Bobbie Powell | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 188. | Jeanette Preston | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 189. | Shelia Rainey | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 190. | Jada Robinson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 191. | Terry Geno Robinson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 192. | Payge Lee | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 193. | Fred Selvage III | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 194. | Anitar Ann Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 195. | Elizabeth K. Ware | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 196. | Eric J. Watley | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 197. | Delisa Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 198. | Ese Carter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 199. | Nelbort Carter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 200. | Queshonda Carter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 201. | Quevonda Carter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 202. | Noah Leo | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 203. | Byron Hunter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 204. | Janessa Hunter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 205. | Malcom Jr. Hunter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 206. | Bobby Isaac | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 207. | Michelle Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 208. | O'Neisha Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 209. | Jada Robinson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 210. | Bernell Martin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 211. | Jeremiah Solomon | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 212. | Jamiren Morrison | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 213. | Schernia Morrison | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 214. | Shermese Morrison | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 215. | Ashley Price | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 216. | Daniya Paul | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 217. | Da'Niya Paul | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 218. | Devin Paul | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 219. | Denon Shaw | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 220. | Devion Shaw | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 221. | Brad Smothers | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 222. | Blaise Smothers Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 223. | Thames Solomon | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 224. | Antoine Turner | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 225. | Kasondra Musacchia | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 226. | Lois Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 227. | Patricia Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 228. | Anastasia Jeansonne | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 229. | Katherine Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 230. | Regina Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 231. | Isaac Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 232. | Katherine Lang | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 233. | Anthony Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 234. | Beverly McIntyre | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 235. | Annie Morgan | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 236. | Adriana Moss | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 237. | Jardon Franklin | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 238. | Howard Allen | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 239. | Darrell Darby | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 240. | Desman Darby | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 241. | Elton Davis Sr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 242. | Dawona Powell | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 243. | Jamien Powell | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 244. | Kerin Powell | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 245. | Bobbie Powell | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 246. | Jasmin Powell | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 247. | Ali Robinson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 248. | Delores Taylor | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 249. | Latoya Taylor | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 250. | Carrie Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 251. | Freddie Young Jr. | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 252. | Jerome Young | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 253. | Tyannah Shelly | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 254. | JoAnn Henry | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 255. | Brittney Howard | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 256. | Jasmine Peters | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 257. | Tykia Bullock | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 258. | Tyjah Cowart | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 259. | Tyrese Cowart | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |

| | | | |
|---|---|---|---|
| 260. | Cornelia Prejean | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 261. | Barbara Vaughn | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 262. | Leonard Vaughn | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 263. | Teresa Vanderhoff | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 264. | Crystie Verneuil | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 265. | Michelle Verneuil | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 266. | Michael Verneuil | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 267. | Leila Wachtel | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 268. | Theodore Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 269. | Rebecca Weathersby | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 270. | Bernadette Wilkerson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 271. | Everlyn Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 272. | Lionel Williams Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 273. | Schavonda Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 274. | Sylvia Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 275. | Mary Willis | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 276. | Angela Guttuso | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 277. | Haydyn Guttuso | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 278. | Kevin Guttuso | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 279. | Sidney Guttuso | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 280. | Quintrell Thompson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 281. | Dawn Atlow | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 282. | Jacaquita Davis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 283. | Tykia Bullock | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 284. | Tyjah Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 285. | Tyrese Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 286. | Kizzy Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 287. | Leroy Dabney III | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 288. | Khiri Daniels | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 289. | D'Andre Shelly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 290. | Davon Howard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 291. | Centrell Rainey | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 292. | Jamia Rainey | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 293. | Jarrin Rainey | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 294. | Shelton Alexander | Darby et al v. Keystone RV Company et al | 09-08372 |
| 295. | Tammy Craig | Darby et al v. Keystone RV Company et al | 09-08372 |
| 296. | Chermaine Jones | Darby et al v. Keystone RV Company et al | 09-08372 |
| 297. | Mary J Jones | Darby et al v. Keystone RV Company et al | 09-08372 |
| 298. | Paul Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 299. | Willie Smith | Darby et al v. Keystone RV Company et al | 09-08372 |
| 300. | Shelton Alexander | Alexander et al v. Keystone RV Company et al | 10-02333 |