**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Shan Arkle | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Neff Gomez | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Perry Green | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Belinda Lacey | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Alia Shabazz | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Quintin Luster | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Quintrell Luster | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Tessie Richardson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Christine Mason | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 10. | Willie Celestine | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 11. | Stone Johnson Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 12. | Joyce Johnson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 13. | Leslie LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 14. | Emanuel Nicholas | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 15. | Nicholas II | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 16. | Anthony Pierce Sr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 17. | Damion Jefferson | Mayon et al v. DS Corp. et al | 09-08388 |
| 18. | Effie Jefferson | Mayon et al v. DS Corp. et al | 09-08388 |
| 19. | Tiara Jefferson | Mayon et al v. DS Corp. et al | 09-08388 |
| 20. | Delphia Kennedy | Mayon et al v. DS Corp. et al | 09-08388 |
| 21. | Carrie Ballard | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 22. | Bonnie Evans | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 23. | Michael Evans | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 24. | Jacqueline Washington | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 25. | Bonnie Allen | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 26. | Kenisha Anderson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 27. | Tsai'Rich Anderson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 28. | Natasha Angelin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 29. | Odelean Ball | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 30. | Gwendolyn Barnes | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 31. | Henry Barnes | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 32. | David Belseth | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 33. | Barry Bourgeois | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 34. | Sheila Burns | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 35. | Willie Celestine | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 36. | Bryon Craft | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 37. | Skylar McKinney | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 38. | Erica Dangerfield | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 39. | Amy Colson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 40. | Kaitelyn Colson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 41. | Shawn Colson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 42. | Derrick Lewis Sr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 43. | Shirley Martin | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 44. | Saxon Powe | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 45. | Natasha Angelin | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 46. | Angela Craig | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 47. | Damien Dixon | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 48. | Demi Dixon | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 49. | Kennedy Dixon | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 50. | Evelyn Evans | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 51. | Lance Green | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| 52. | Darlene Pichon | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 53. | Roland Veal Sr. | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 54. | Agnes Veal | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 55. | Jared Veal | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 56. | Leonard Alexander | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 57. | Bonnie Allen | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 58. | Sherell Bennett | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 59. | Sharon Hardison | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 60. | Chanel Mack | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 61. | Jada Mack | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 62. | Jasmyne Mack | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 63. | Christopher Mack | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 64. | Bevelyn McGill | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 65. | Simpson Nelson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 66. | Betty Nicholson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 67. | Eugene Nicholson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 68. | Leona Parker | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 69. | Herman Pichon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 70. | Junius Prejean | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 71. | Rosalind Randall | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 72. | Debra Reed | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 73. | Keith Sims | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 74. | Katrin Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 75. | Kevin Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 76. | Susie Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 77. | Vicki Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 78. | Charley Steward | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 79. | Corey Sylve | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 80. | Lesley Sylve | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 81. | Dionne Robinson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 82. | Glenn Martin Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 83. | Arnold Washington | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 84. | Gwendolyn Bannister | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 85. | Kendrell Bannister | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 86. | Kenneth Bannister | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 87. | Sameka Bannister | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 88. | Samuel Bannister | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 89. | Jerdean M. James | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 90. | Michael Mason Jr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 91. | Hannah Whitney | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 92. | Victoria Whitney | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 93. | Cynthia Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 94. | Deveon Winston | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 95. | Kenneth Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 96. | Bonnie Evans | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 97. | Michael Evans | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 98. | Dorothy Ferrand | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 99. | Daulphine Galloway | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 100. | Terrance Giles | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 101. | John Heim Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 102. | Erick Henry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 103. | James Henry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| 104. | Bryon Craft | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 105. | Angela Denise Craig | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 106. | Jamel Dear | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 107. | Harold Giles III | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 108. | Viola Hall | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 109. | Frank James Harden | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 110. | Gedaliah Hasberry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 111. | Cornel Martin Henry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 112. | Thomas Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 113. | Posey James Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 114. | Helen Courtney James | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Jerdean M. James | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Damion Jefferson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | Effie Jefferson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Tiara Jefferson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Alberta A. Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Gwendolyn Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 121. | Bonnie Miller | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 122. | Gregory Perryman | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 123. | Curtis Washington | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 124. | Gwendolyn Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 125. | Kendrell Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 126. | Kenneth Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 127. | Sameka Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 128. | Samuel Bannister | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 129. | Christine Mason | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 130. | Christine Mason | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 131. | Michael Mason Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 132. | Hannah Whitney | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 133. | Victoria Whitney | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Michael Mason | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Semaj Bush | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | Daynel Eunice Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Keri Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Doris P. Preston | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Rickey Walker Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Willie Washington Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Patricia Washington | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Herbert Banks III | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 143. | Torran Bennett | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 144. | Amy Colson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 145. | Kaitelyn Colson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 146. | Shawn Colson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 147. | Frank Harden | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 148. | Derrick Lewis Sr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 149. | Shirley Martin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 150. | Lynnell Miles | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 151. | Johnny Miller Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 152. | Gavin Mitchell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 153. | Sean Mitchell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 154. | Saxon Powe | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 155. | Betty Walker | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 156. | Willie Ford III | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 157. | Joyce Ison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 158. | Kassidy Ison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 159. | Rahsaan Ison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 160. | Rahsaana Ison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 161. | Richwell Ison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 162. | David Jefferson Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 163. | Lee Ester Jefferson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 164. | Robert Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 165. | Valerie M Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 166. | Alisha Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 167. | Kali White | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 168. | Desiree Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 169. | Elbert Jourdan | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 170. | Roland Labat | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 171. | David Lawson Sr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 172. | JoAnn Lawson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 173. | David Lawson Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 174. | Linda Lecoq | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 175. | Mattie Lecoq | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 176. | Dorothy Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 177. | Quintin Luster | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 178. | Quintrell Luster | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 179. | Jerome Lyons | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 180. | Willie Mack III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 181. | Regina Marshall | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 182. | Anderson Martin Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 183. | Mary Mason | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 184. | Tyrone McKinney | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 185. | Freddie Morgan | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 186. | Rose Morris | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 187. | Troy Colson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 188. | Joseph Gardner | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 189. | Arnell Henderson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 190. | Byroente Henderson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 191. | Rita Gardner | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 192. | Viva Henderson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 193. | Avian Gray | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 194. | Melvin Jones | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 195. | Louis Recurt III | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 196. | Elton Davis Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 197. | Robin Williams-Davis | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 198. | Floyd A. Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 199. | Jasmine Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 200. | Freddie Young | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 201. | Frank Harden | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 202. | Yvonne Vaughn | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 203. | James Washington Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 204. | Ronald Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 205. | Desmond Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 206. | Robert Williams Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 207. | Tyronne Williams Sr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |

| | | | |
|---|---|---|---|
| 208. | Derrick Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 209. | Donna'e  Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 210. | Annie Willis | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 211. | Willie Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 212. | Cheryl Wren | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 213. | Mildred Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 214. | Thomas Jackson | Harris et al v. Sunray RV, LLC et al | 09-07665 |
| 215. | Thomas Jackson, Jr. | Harris et al v. Sunray RV, LLC et al | 09-07665 |
| 216. | Alia Shabazz | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 217. | Belinda Lacey | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 218. | Jamel Dear | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 219. | Evelyn Evans | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 220. | Frank Harden | Darby et al v. Keystone RV Company et al | 09-08372 |
| 221. | Gregory McKinney | Darby et al v. Keystone RV Company et al | 09-08372 |
| 222. | Roosevelt Patterson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 223. | Wanda Patterson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 224. | Rosalind Randall | Darby et al v. Keystone RV Company et al | 09-08372 |
| 225. | Terry Ricks | Darby et al v. Keystone RV Company et al | 09-08372 |
| 226. | Barbara Williams | Darby et al v. Keystone RV Company et al | 09-08372 |