## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Louis Davenport | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Anthony Davis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Frederick Williams | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 4. | Vera Hawkins | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 5. | Derrick Gaines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Louis Kelly | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | John Kissanis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Floyd Moon Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | RLinda Robesten | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Gertrude Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Bettie Whitfield | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Emmett Whitfield | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Johnnie Williams | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | April Wilson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Jaden Wilson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Monette Romich | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Daniel Chaney Sr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 18. | Brittney McGruder | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 19. | Nekeia McGruder | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Tyra McGruder | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Beyonica Peterson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Donovan Peterson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Ellen Peterson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Joel Price | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 25. | Marilyn Robinson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Patricia F Smith | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | David Williams Sr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | Jacquelyn Williams | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Michael Phoenix | Mayon et al v. DS Corp. et al | 09-08388 |
| 30. | Reginald Robinson | Mayon et al v. DS Corp. et al | 09-08388 |
| 31. | Darryl Hood | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 32. | Brian Lewis | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 33. | Wanda Martin | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 34. | Johnnie Red Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 35. | Lorraine Hartford | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 36. | Trinity Thomas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 37. | Derrick Celius | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 38. | Clarence Jackson | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 39. | Eugeika Jacobs | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 40. | Enos Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 41. | Keionna Jacobs | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 42. | Edward Joseph | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 43. | Brian McFarland | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 44. | Cynthia McFarland | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | Rory McFarland | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | Brandon McKinney | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 47. | Lisa McKinney | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 48. | Kenneth Toomer | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 49. | Tracy Toomer | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 50. | Kia Brown | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 51. | Jeremiah Joseph | Celius et al v. Insurco, Ltd. et al | 09-08380 |

| | | | |
|---|---|---|---|
| 52. | Donald Washington | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 53. | Louise Webb | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 54. | Wayne Young | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 55. | Bernice Beraud | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Joseph Frederick III | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 57. | Helen Reddick | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 58. | Sherleen Reddick | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 59. | Karent Hansell | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 60. | Ametris Hatcher | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 61. | Deon Hatcher | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 62. | Da'Andrea Hatcher | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 63. | Vera Hawkins | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 64. | Kendell Sampson | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 65. | Allegra Williams | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 66. | Maggie Franklin | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Derek Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Tre'von Brundy | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 69. | Mar'kel Jones | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 70. | Marla Jones | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 71. | Ro'Shanea Jones | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 72. | Geraldine Matthews | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 73. | Wentrell Price | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 74. | Cardez White | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 75. | Arva Danielle Lewis | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 76. | Demita Miller | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 77. | Deonte Miller | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |

| | | | |
|---|---|---|---|
| 78. | Deyonte Miller | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 79. | Terrione Booker | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Norbert Henry III | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Glenda Patton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 82. | Brenda Singleton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 83. | Kaya Reed | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 84. | Janaya Slan | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 85. | Precious Slan | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 86. | Keela Brumfield | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 87. | Keishone Sylvester | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 88. | Gwendolyn Allen | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 89. | Granson Owney | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 90. | Margaret Gibbs | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 91. | Lorensel Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 92. | Bart Jones | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 93. | Andre Murthil Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 94. | Marilyn Robinson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 95. | Leo Sherman | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 96. | Patricia Wilson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 97. | Louis Evans, Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 98. | Chanae Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 99. | Chanaya Evans | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 100. | Gwendolyn Allen | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 101. | Granson Owney | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 102. | Sally King | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 103. | Sherman Dimes Sr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 104. | Deidra Dorsey | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 105. | Dwane Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 106. | Patricia Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 107. | Joseph Fredrick | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 108. | Anthony Gottschalk | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 109. | Fay Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Karen Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | Samuel Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Nathan Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 113. | Anita Martin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 114. | Shirley Delancy | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Louis B. Evans Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Joseph Fredrick | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | Patricia Ann Green | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Joseph Griffin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Carla Marquis Hartford | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Darryl Hood | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Steven Hughes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Simone Frank | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 123. | Darriel Frank | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 124. | Darrion Wiley | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 125. | Anthony Chatman | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 126. | Corey Harris | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 127. | Etta Harris | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 128. | Leonard Hilton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 129. | Raymond Montgomery | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 130. | Raymond Robinson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 131. | Wilbert Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 132. | Joyce Stewart | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 133. | Marla Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Diana Louise Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Wanda Martin | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | Deyonica Peterson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Jonathan Joseph Scott | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Jonero Jaylon Scott | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Keotha Jovan Robinson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Korey Robinson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Gary Smothers Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Marilyn B. Tucker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 143. | Wynaen R. Walker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 144. | Maggie Franklin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 145. | Ernest Jack | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 146. | Vernon Cooper | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 147. | Anthony Price | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 148. | William Holmes | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 149. | Patricia James | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 150. | Purvis Jarvis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 151. | Raymond Jefferson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 152. | Jerome Merricks | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 153. | Chance Morua | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 154. | Janet Morua | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 155. | Savannah Pascual | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 156. | Lawrence Fraise | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 157. | Janet Hooker | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 158. | Brian Lewis | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 159. | Diana Lewis | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 160. | John Nazareth Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 161. | Gertrude Robinson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 162. | Stacie Williams | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 163. | Kai Brown | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 164. | Treshon Devons | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 165. | Freesha Williams | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 166. | Leonard Harris | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 167. | Corielle Mutin | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 168. | Courtny Mutin | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 169. | Natasha Thornton | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 170. | Johnathan Watts | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 171. | Latoya Watts | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 172. | Carl Williams Jr. | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 173. | Norma Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 174. | Kai Brown | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 175. | Treshon Devons | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 176. | Freesha Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 177. | Stacie Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 178. | Tre'von Brundy | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 179. | Mar'kel Jones | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 180. | Ro'Shanea Jones | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 181. | Stacy Hankton | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |

| # | Name | Case | Number |
|---|---|---|---|
| 182. | Daniel Hankton | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 183. | Desham Hankton | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 184. | Troynika Hankton | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 185. | Isiah James | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 186. | Daniel Hankton | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 187. | Stacy Hankton | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 188. | Desham Hankton | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 189. | Troynika King | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 190. | Loretta Walker | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 191. | Jawah Wells | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 192. | Alphonse Young Sr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 193. | Derek Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 194. | Louvenia Yarbrough | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 195. | David Hawkins | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 196. | Carl Williams, Jr. | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 197. | Norma Williams | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 198. | Sherman Dimes Sr. | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 199. | Joshua Dimes | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 200. | Sherman Dimes | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 201. | Fay Green | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 202. | Samuel Green | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 203. | Nathan Hamilton Jr. | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 204. | Wynaen Walker | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 205. | Corey Ward | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 206. | Lacoria Ward | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 207. | Lionel Blakes | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |

| | | | |
|---|---|---|---|
| 208. | Sandra Marie Goodman | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 209. | Levon Jones | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 210. | Naomi M. Jones | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 211. | Consuella Jordan | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 212. | Bobbie Kirk | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 213. | Carrie Kirk | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 214. | Joshua Smith | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 215. | Avis Payne | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 216. | Charles J. Picot III | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 217. | Shikerian Mason | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 218. | Nakia C.K. Picot | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 219. | Nicole Denise Riley | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 220. | Isis Simone Speights | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 221. | Loretta G. Walker | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 222. | Bryant Williams | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 223. | Warneshia Williams | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 224. | Charles Winston | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 225. | Jonathan Carter | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 226. | Shirley Delancy | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 227. | Dimitrisus Bethley | Darby et al v. Keystone RV Company et al | 09-08372 |
| 228. | Donald Crayton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 229. | Dontrice Crayton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 230. | Izella Crayton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 231. | Gail Duncan | Darby et al v. Keystone RV Company et al | 09-08372 |
| 232. | Joseph Griffin | Darby et al v. Keystone RV Company et al | 09-08372 |
| 233. | Ervin Hartford | Darby et al v. Keystone RV Company et al | 09-08372 |

| | | | |
|---|---|---|---|
| 234. | Gloria Hartford | Darby et al v. Keystone RV Company et al | 09-08372 |
| 235. | Lorraine Hartford | Darby et al v. Keystone RV Company et al | 09-08372 |
| 236. | Bobby James | Darby et al v. Keystone RV Company et al | 09-08372 |
| 237. | Darrell James | Darby et al v. Keystone RV Company et al | 09-08372 |
| 238. | Erica Jordan | Darby et al v. Keystone RV Company et al | 09-08372 |
| 239. | Wendell Matthews | Darby et al v. Keystone RV Company et al | 09-08372 |
| 240. | Dedriett McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 241. | Richard Register | Darby et al v. Keystone RV Company et al | 09-08372 |
| 242. | Janiya Wells | Darby et al v. Keystone RV Company et al | 09-08372 |
| 243. | Lashawn Wells | Darby et al v. Keystone RV Company et al | 09-08372 |
| 244. | Markiya Wells | Darby et al v. Keystone RV Company et al | 09-08372 |
| 245. | Rogdrick Wells | Darby et al v. Keystone RV Company et al | 09-08372 |
| 246. | Trellis Wells | Darby et al v. Keystone RV Company et al | 09-08372 |
| 247. | Yanna Wells | Darby et al v. Keystone RV Company et al | 09-08372 |