## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Karim Elliott | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Kobe Elliott | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Kyren Elliott | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Kayla Herbert | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Brian Casse | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 6. | Travis Stuart | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Diane Green | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Ashley Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Michael Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Gerald Lampkin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Dolly Leo-Carter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Sedonia Perry | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Ashia Green | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Jasmine Perry | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Velvette Graber | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 16. | Ariana Jefferson | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 17. | Miranda Maas | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 18. | Jeffery Stewart | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 19. | Geranika Cobbins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Gerard Cobbins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Gernaro Cobbins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Jeremiah Cobbins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Jernay Cobbins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Gerald Guy Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 25. | Gerald Guy Sr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Daunte James | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Devin James | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | JoAnn Henderson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Jimmeica Beachamp | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 30. | Kaishaira James | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 31. | Marilyn LaCour | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 32. | Curtis Scott | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 33. | Cheryl Ambrose | Mayon et al v. DS Corp. et al | 09-08388 |
| 34. | Deborah Ford | Mayon et al v. DS Corp. et al | 09-08388 |
| 35. | Stephanie Ford | Mayon et al v. DS Corp. et al | 09-08388 |
| 36. | Marvin Jones | Mayon et al v. DS Corp. et al | 09-08388 |
| 37. | Chante' Leblanc | Mayon et al v. DS Corp. et al | 09-08388 |
| 38. | Kevin Williams | Mayon et al v. DS Corp. et al | 09-08388 |
| 39. | Carrie Brown-Hargrove | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 40. | John Russell | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 41. | Terrell Russell | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 42. | Dustin Koenig | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 43. | Darrin Anderson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 44. | Brenton Aucoin Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 45. | Archie Augustus | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 46. | Terry Ballon | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Herbert Banks Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Brooklyn Robertson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Brandon Bauer | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Dennis Bergeron Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Dayton Bergeron | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Dianna Bergeron | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 53. | Dennis Bergeron III | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 54. | Jenequia Bickham | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 55. | Willie Brown Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Della Brumfield | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 57. | Chad Byrd | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | Michelle Cheatteam | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Micsah Cheatteam | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Marshell Davis | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 61. | Eurica Craft | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 62. | Prentiss Craft | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 63. | Aviance Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Jermaine Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 65. | Desiree Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 66. | Brandi Fobbs | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Merage Fobbs | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Cynthia Jefferson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 69. | Kendrell Holmes | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 70. | Korey Lee | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 71. | Charlie Payne | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 72. | Erica Payne | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 73. | Eugene Barnes | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 74. | Annie Dupree | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 75. | Miljeanee Cowley | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 76. | Greggionte Jones | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 77. | Edward Smith | Albert et al v. Forest River, Inc. et al | 10-02336 |

| | | | |
|---|---|---|---|
| 78. | Pattie Bennett | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 79. | Walter Burns | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Kenneth Francis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Velvette Graber | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Ariana Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Da'Seana Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Desean Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Sean Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 86. | Ja'nai Lazard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 87. | Thomas Lund | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 88. | Kiara Flut | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 89. | Marion Thornton | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 90. | Jimmie Neyland | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | Irvin Randall Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | Ashley Smothers | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Carlene Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 94. | Carlos Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 95. | James Harrison | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 96. | Chad Byrd | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 97. | Antionette Toomer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 98. | Barbara Ricard | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 99. | Tashera Gabriel | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 100. | Abrienne Gabriel | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 101. | Kevin Galloway | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 102. | Melvina Gordon | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 103. | Cleveland Gordon | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| # | Name | Case | Number |
|---|------|------|--------|
| 104. | Kentrell Greely | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 105. | Gloria Handy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 106. | Brenda Harrison | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 107. | Harold Harrison | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 108. | James Hawkins Sr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 109. | Alvin Hayes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Paul J. Barbarin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 111. | Houston Broglin Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 112. | Elenora Brown | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 113. | Brian Lawrence Casse | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 114. | Kimberly Dominique | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Desmond Fusilier | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Darrenronte Ross | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | Brandy Terry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Brittney Terry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Da'Seana Jefferson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Ashley Terrilyn Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Michael F. Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Trinity Cossich | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 123. | Pamela Boudin-Johnson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 124. | Nikki Bradford | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 125. | Dekoth Jackson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 126. | Brinishia Devall | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 127. | Floyd Devall | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 128. | Rickeshia Devall | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 129. | Joycelyn Hayes | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| # | Name | Case | Number |
|---|---|---|---|
| 130. | Stanley Jordan Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 131. | Stanley Jordan Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 132. | Kevin Lee | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 133. | Carla Legard | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Carolyn Legard | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Clinton O. Luke | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | Larry Modica | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Willie Brown Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 138. | Aviance Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 139. | Jermaine Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 140. | Desiree Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 141. | Rodtrell Mitt | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 142. | Brandi Fobbs | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 143. | Merage Fobbs | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 144. | Lucille Gallese | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 145. | Cynthia Jefferson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 146. | Michael Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 147. | Kendrell Holmes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 148. | Korey Lee | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 149. | Charlie Payne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 150. | Erica Payne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 151. | Darius Lee | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 152. | Brian McKinney | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 153. | Mervle LaBranch | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 154. | Lucien Jacob | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 155. | Kimberly Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| # | Name | Case | Number |
|---|---|---|---|
| 156. | Gregory Pitmann | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 157. | Irmmer Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 158. | Marvin Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 159. | Kevin Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 160. | Dolly Leo-Carter | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 161. | Weldon Antoine III | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 162. | Don Brooks | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 163. | Wallace Butler | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 164. | Baron Rollins | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 165. | Desean Jefferson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 166. | Sean Jefferson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 167. | Shandin Burke | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 168. | Thomas Dozier | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 169. | Rolanda Dozier | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 170. | Donna Gibson | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 171. | Terrelle Brooks | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 172. | Washie Brooks | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 173. | Mary Hunter | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 174. | Melvin Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 175. | Johnnie Davenport | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 176. | Linda Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 177. | Desmond Fusilier | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 178. | Darrenronte Ross | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 179. | Brandy Terry | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 180. | Brittney Terry | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 181. | Frances Gilmore | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |

| | | | |
|---|---|---|---|
| 182. | Elbrisha Mathidu | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 183. | Herbert Gilmore | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 184. | Donna Aubert | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 185. | Tyralyn Aubert | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 186. | Jalen Aubert | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 187. | Justin Aubert | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 188. | Paul Barbarin | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 189. | Houston Broglin Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 190. | Terrelle Brooks | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 191. | Washie Brooks | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 192. | Elenora Brown | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 193. | Kiara Flut | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 194. | Jamila Darby | Darby et al v. Keystone RV Company et al | 09-08372 |
| 195. | Kahya Darby | Darby et al v. Keystone RV Company et al | 09-08372 |
| 196. | Tahnee Darby | Darby et al v. Keystone RV Company et al | 09-08372 |
| 197. | Keyon Bickham | Darby et al v. Keystone RV Company et al | 09-08372 |
| 198. | Rontrell Johnson | Darby et al v. Keystone RV Company et al | 09-08372 |