**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION              SECTION "N-5"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Ambrose et al v. Gulf Stream Coach, Inc. et al*
*E.D. La. Case No. 09-5354*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

        NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below,

who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs

from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and

this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779).

Previously unmatched Plaintiffs in the above captioned matter have now been matched to the

proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with

the civil action numbers listed in Exhibit A.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:    (713) 223-5393
Fax.:    (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:    (504) 581-7070
Fax.:    (504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

*/s/   John Munoz*
JOHN MUNOZ, # 9830