## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Ambrose et al v. Gulf Stream Coach, Inc. et al*
*E.D. La. Case No. 09-5354*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint.

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit A) is hereby Granted.

THIS DONE the ___ day of _____, 2010, New Orleans, Louisiana.


                             _____
                             HONORABLE KURT ENGELHARDT
                             UNITED STATES DISTRICT JUDGE