## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Kenneth Dimery | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Sylvia Dimery | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Lisa Benoit | Benoit et al v. Timberland RV Company et al | 10-02322 |
| 4. | Kenneth Dimery | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 5. | Sylvia Dimery | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 6. | Kirby Alfred Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Marcie Beverly | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Georgia Brooks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Shelia Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Barry Carter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Shannon Copeland | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | James Goodwin Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | James Goodwin III | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Meagan Goodwin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Moriah Goodwin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Adrienne Lewis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Kainan Anderson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Patsy Ryan | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Michelle Chretien | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Nichelle Chretien | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Jamarus Ryan | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Spencer Vitto Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Joshua Vitto | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Spencer Vitto Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 25. | Larry Walker | Albert et al v. Forest River, Inc. et al | 09-08374 |

| | | | |
|---|---|---|---|
| 26. | Kristopher Papillion | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Lacie Papillion | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 28. | Leslie Papillion | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 29. | Savon Price | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 30. | Ephriam Price III | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 31. | Isabelle Kobe | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 32. | Shanaundra Alexander | Mayon et al v. DS Corp. et al | 09-08388 |
| 33. | Mary August | Mayon et al v. DS Corp. et al | 09-08388 |
| 34. | Da'Lana Mouton | Mayon et al v. DS Corp. et al | 09-08388 |
| 35. | Michael Barber | Mayon et al v. DS Corp. et al | 09-08388 |
| 36. | Thomas Chargois | Mayon et al v. DS Corp. et al | 09-08388 |
| 37. | Adam Geyen | Mayon et al v. DS Corp. et al | 09-08388 |
| 38. | Kendrick Geyen | Mayon et al v. DS Corp. et al | 09-08388 |
| 39. | Zola Geyen | Mayon et al v. DS Corp. et al | 09-08388 |
| 40. | Dedrick Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 41. | D'Monta Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 42. | Kalyn Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 43. | Rose Jack | Mayon et al v. DS Corp. et al | 09-08388 |
| 44. | Bridget Roberson | Mayon et al v. DS Corp. et al | 09-08388 |
| 45. | Darian Roberson | Mayon et al v. DS Corp. et al | 09-08388 |
| 46. | Kiani Roberson | Mayon et al v. DS Corp. et al | 09-08388 |
| 47. | Brittanica Arvie | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 48. | Orlando Arvie | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 49. | Debra Bowlin | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 50. | Elizabeth Miller | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 51. | Kanytta Miller | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |

| | | | |
|---|---|---|---|
| 52. | Raven Miller | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 53. | Travis Davis, Jr. | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 54. | Shanaundra Alexander | Alexander et al v. DS Corp. et al | 10-02328 |
| 55. | Elizabeth Miller | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 56. | Kanytta Miller | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 57. | Raven Miller | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 58. | Travis Davis, Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 59. | Michael Jacobs | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 60. | Harold Fontenot Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 61. | Carolyn Latigue | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 62. | Willie Mae Provost | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 63. | Brad Savoy | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 64. | Kirby Alfred Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 65. | Tammie Alfred | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 66. | Edward Anthony Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 67. | Edward Anthony Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 68. | Francis Anthony | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 69. | Billy Arceneaux Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 70. | Clarence Braxter Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 71. | Demetric Brailey Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 72. | Demetria Briggs | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 73. | Rae'ondria Briggs | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 74. | Latanya Bushnell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 75. | Daryl Celestie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 76. | Anthony Cole | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 77. | Chelsea Cole | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| # | Name | Case | Number |
|---|---|---|---|
| 78. | Anthony Cole Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 79. | Rita Cole | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 80. | Dorothy Cormier | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 81. | Monieke Cormier | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 82. | Rodney Cormier | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 83. | Garren Dalton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 84. | Myrtle Latigue | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 85. | Tameren Campbell | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 86. | Amelia Lavergne | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 87. | Leon Wilson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 88. | Shannon Copeland | Sylvester et al v. Alliance Homes, Inc. et al | 09-08390 |
| 89. | Beverly Marcie | Sylvester et al v. Alliance Homes, Inc. et al | 09-08390 |
| 90. | Sarah Johnson | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 91. | German Harrison | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 92. | Louis Harrison | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 93. | Jennifer Richard | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 94. | Amya Freeman | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 95. | Alijah Harrison | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 96. | Armani Harrison | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 97. | Curtis Chenier | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 98. | Jessica Ceasar | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 99. | Cydne Ceasar | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 100. | Clarence Ceasar, IV | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 101. | Catherine Offord | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 102. | Christopher Offord | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 103. | AnnaStaysha Anderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |

| | | | |
|---|---|---|---|
| 104. | Donna Boyd | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 105. | Trevon Broussard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 106. | Diante Jack | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 107. | Patricia Broussard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 108. | Andrew Bryant | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 109. | Ron Fowlkes Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 110. | Mark Guillory | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 111. | Pamela Guillory | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 112. | Jer'Reeka Williams | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 113. | Troy McBride | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 114. | Bernard Statum | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 115. | Hester Wilson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 116. | Kenneth Petty | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 117. | Jessica Schlesinger | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 118. | Jeffery Simien | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 119. | Ronald Simien | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 120. | Michaela Alexander | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 121. | Hope Simmons | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 122. | Brandan Goodly | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 123. | James Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 124. | A'Ziriah Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 125. | Tommy Thomas Sr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 126. | Adriana England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 127. | Brianna England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 128. | Damon England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 129. | Nakitta England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |

| | | | |
|---|---|---|---|
| 130. | Schawanna England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 131. | Zachary England | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 132. | Delbert Jackson | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 133. | Domenique Bryant | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 134. | Freddie Bryant | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 135. | Lawrence Bryant | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 136. | Malachi Bryant | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 137. | Mary Bryant | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 138. | Colton Campbell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 139. | Keith Campbell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 140. | Patricia Hall | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 141. | Calvin Reynaud | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 142. | Rosa Reynaud | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 143. | Shawana Reynaud | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 144. | Wanda Reynaud | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 145. | James Schwoerer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 146. | Katelyn Schwoerer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 147. | Rachael Schwoerer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 148. | Stanley Dix | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 149. | Darrell Dugas | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 150. | Shelly Dugas | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 151. | Gabrielle Dugas | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 152. | LaiKyn Dugas | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 153. | Trinity Dugas | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 154. | Lori Faulk | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 155. | Angela French | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 156. | Billie Garcia | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 157. | Nikki Melanson | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 158. | Mickey Garcia | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 159. | Sean Grant | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 160. | Anna Guillory | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 161. | Sherry Guillory | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 162. | Zena Guillory | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 163. | Landon Guillory | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 164. | Damien Pierce | Bass et al v. KZRV, LP et al | 09-08393 |
| 165. | William Pierce Jr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 166. | Lillie M. Arceneaux | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 167. | Michael Barber | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 168. | Latanya Faye Bushnell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 169. | Lisa Campbell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 170. | Tameren Campbell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 171. | Thomas Chargois | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 172. | Tirekia S. Garrick | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 173. | Jada Landor | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 174. | Jamie Landor | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 175. | Terica Landor | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 176. | Kathleen Smith Greer | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 177. | Shaniceya Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 178. | Shawdreika Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 179. | Jayvier Moore | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 180. | John A. Allemond Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 181. | Paula Herbert | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 182. | Delbert Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 183. | Cody Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 184. | Cody Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 185. | Lisa D. Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 186. | Nicholas Jackson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 187. | Pauline Manuel | Guillory et al v. Lexington Homes, Inc. et al | 10-02330 |
| 188. | Barbara Cook | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 189. | James Garrick | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 190. | Sharon Garrick | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 191. | Alexander Schlesinger | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 192. | Damien Pierce | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 193. | William Pierce Jr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 194. | Bryan Richard | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 195. | Junior Schlesinger III | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 196. | J'Vonnata Taylor | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 197. | La'Myia Milton | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 198. | Na Tavia Taylor | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 199. | Yvonne Taylor | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 200. | Jacqueline Vickers | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 201. | Kiara Vickers | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 202. | Rhianna Taylor | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 203. | Megan Vickers | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 204. | Riland Vickers | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 205. | Freda Dicks | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 206. | Lance Jacobs | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 207. | Wanda Prestley | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 208. | Debra Simmons | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 209. | James Landor | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 210. | James Lavergne | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 211. | Mary Levine | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 212. | Jessica Ceasar | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 213. | Barry Meyer | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 214. | Martha Mitchell | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 215. | Stephen James Moore | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 216. | Kathleen Mosely | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 217. | Patrice A. Reed | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 218. | Jonathan Isaiah Ruffin I | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 219. | Verna M. Ruffin | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 220. | Damon Ryan | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 221. | Oscar Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 222. | Ruthie Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 223. | Lloyd Thomas Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 224. | Travaylon West | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 225. | Joshua J. Vitto | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 226. | Spencer E. Vitto Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 227. | Spencer E. Vitto Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 228. | Desiree Anderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 229. | Dorleona Anderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 230. | Nathaniel Anderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 231. | Tatyana Jason | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 232. | Henry Davis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 233. | Sameuel Fowlkes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 234. | Ron Fowlkes Sr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 235. | Evalina Jeanisse | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 236. | Brian Jeanisse | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 237. | Amelia Lavergne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 238. | Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 239. | Jamareo Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 240. | Tyrell Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 241. | Sylvia King | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 242. | Amanda Langley | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 243. | Charles Petty | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 244. | Maddison Petty | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 245. | Myrtle Latigue | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 246. | Haley Davis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 247. | Harley Davis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 248. | LaSandra LeBleu | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 249. | Ayla McGallion | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 250. | Macey McGallion | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 251. | Milan Lockett | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 252. | Milique Lockett | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 253. | Derrick Lockett Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 254. | Ernestine Moore | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 255. | Kristiana Ryan | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 256. | Maurice Jones | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 257. | Phillip Jones | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 258. | Sandra Wilson-Jones | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 259. | Barbara Goodwin | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |

| # | Name | Case | Number |
|---|---|---|---|
| 260. | Alma Harmon | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 261. | Michael Barber | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 262. | Darrell Jones, Jr. | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 263. | Keeyon Jones | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 264. | Dianne Jones | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 265. | Ayla McGallion | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 266. | Macey McGallion | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 267. | Schawanna England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 268. | Adriana England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 269. | Brianna England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 270. | Damon England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 271. | Nakitta England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 272. | Zachary England | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 273. | Cydne Ceasar | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 274. | Clarence Ceasar, IV | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 275. | William Washington II | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 276. | Tessie McNabb | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 277. | Stella Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 278. | Tyree Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 279. | Jermaine Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 280. | Alton DeBoest | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 281. | Hester Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 282. | Leon Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 283. | Albert Riggs | Riggs v. Sunnybrook R V, Inc. et al | 10-02312 |
| 284. | Jennifer Richard | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 285. | Amya Freeman | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |

| | | | |
|---|---|---|---|
| 286. | Alijah Harrison | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 287. | Armani Harrison | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 288. | Kelvin Prestley | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 289. | Janet Smith | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 290. | AnnaStaysha Anderson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 291. | Lillie Arceneaux | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 292. | Frederick Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 293. | Lisa Campbell | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 294. | Thomas Campbell | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 295. | Tirekia Garrick | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 296. | Jada Landor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 297. | Jamie Landor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 298. | Terica Landor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 299. | Geralyn Lewis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 300. | Cydne Ceasar | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 301. | Clarence Ceasar IV | Anderson et al v American International Specialty Lines Ins. Co. et al. | 10-02342 |
| 302. | Damien Pierce | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 303. | William Pierce Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 304. | Daniell Babineaux | Darby et al v. Keystone RV Company et al | 09-08372 |
| 305. | Alyxzandria Sarver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 306. | of Qamrhan Sarver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 307. | Garren Dalton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 308. | Larry Harrison | Darby et al v. Keystone RV Company et al | 09-08372 |
| 309. | Joshua Johnson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 310. | Lee Lemons Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 311. | Ian Norton | Darby et al v. Keystone RV Company et al | 09-08372 |

| | | | |
|---|---|---|---|
| 312. | Lillian Norton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 313. | Paul Norton | Darby et al v. Keystone RV Company et al | 09-08372 |
| 314. | Harold Skipper | Darby et al v. Keystone RV Company et al | 09-08372 |
| 315. | Gary Hanney | Alexander et al v. Keystone RV Company et al | 10-02333 |