## Exhibit A

| | | | |
|---|---|---|---|
| 1. | David Fontenot | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Shontay Fontenot | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Hailey Fontenot | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Justin Fontenot | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Mervin Barthelemy | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 6. | Shannon Bell Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Sandra Fulk | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Stephanie Gobert | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Coquise Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Ja'Myreia Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Ja'Quise Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Ja'Tavien Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Ja'Zyreia Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Gloria Williams | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Mercy Johnson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 16. | Sylvester Barrett | Mayon et al v. DS Corp. et al | 09-08388 |
| 17. | Arlene Braxton | Mayon et al v. DS Corp. et al | 09-08388 |
| 18. | Brandon Cannon | Mayon et al v. DS Corp. et al | 09-08388 |
| 19. | Susan Cannon | Mayon et al v. DS Corp. et al | 09-08388 |
| 20. | Nancy Shepard | Mayon et al v. DS Corp. et al | 09-08388 |
| 21. | Roman Sias | Mayon et al v. DS Corp. et al | 09-08388 |
| 22. | Charles Sias | Mayon et al v. DS Corp. et al | 09-08388 |
| 23. | Rose Sias | Mayon et al v. DS Corp. et al | 09-08388 |
| 24. | Oscar Thomas | Mayon et al v. DS Corp. et al | 09-08388 |
| 25. | Tracy Arvie-Prater | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |

| | | | |
|---|---|---|---|
| 26. | Sabrina Shepard | Alexander et al v. DS Corp. et al | 10-02328 |
| 27. | Gabe Thibodeaux | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 28. | Connie Thibodeaux | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 29. | Raymond Thibodeaux | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 30. | Diane Van Dyke | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 31. | Lawrence Van Dyke | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 32. | Eliza Varner | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 33. | JoAnna Bonin | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 34. | Alayna Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 35. | Braden Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 36. | Chasidy Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 37. | Gavan Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 38. | Lamont Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 39. | LaToya LeBlanc | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 40. | Anita Walker | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 41. | Benjamin LeBlanc | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 42. | Isiaha Walker | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 43. | Jadon Walker | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 44. | Raylon Walker | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | Zacchaeus Walker | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | Victoria Bennett | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Richard Bertrand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Sherry Bertrand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Roy Bradley | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Rochelle Briggs | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Wanda Broussard | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Melvin Cain | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 53. | Aretha Carrington | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 54. | Sherell Carrington | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 55. | Marie Castillo | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Annie Hodge | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 57. | Benjamin Corsey Sr. | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 58. | Shontay Fontenot | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 59. | Hailey Fontenot | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 60. | Justin Fontenot | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 61. | Varica Coleman | Coleman et al v. Giles Industries, Inc. et al | 10-02341 |
| 62. | J'uhary Coleman | Coleman et al v. Giles Industries, Inc. et al | 10-02341 |
| 63. | Jacqueline Celestine | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 64. | Le Jawn Celestine | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 65. | Ashley Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 66. | Harriet Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 67. | Angie McBride | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 68. | Glenn Nash | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 69. | Walter III Payne | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 70. | James Shay Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 71. | Eva Steele | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 72. | Dieter Steinmaier | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 73. | Ashlee Stockwell | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 74. | Tony Tezeno | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 75. | Rose Bias | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 76. | Janquella Bias | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 77. | Barbara Praylor | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| # | Name | Case | Number |
|---|---|---|---|
| 78. | Rockel Bias | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 79. | Elijah Bias | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 80. | Jamesha Bias | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 81. | Trandy Bias | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 82. | Shannon Bell Sr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 83. | Tammy Price | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 84. | Charles Redding Sr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 85. | Tony Tezeno | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 86. | Gerroy Toca | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 87. | Jamaya Toca | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 88. | Jarius Toca | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 89. | Lynette Toca | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 90. | Diane Van Dyke | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 91. | Lawrence Van Dyke | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 92. | Eliza Varner | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 93. | Daniel Dover | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 94. | Helen Duriseau | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 95. | Jaqueline Edwards | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 96. | Chardell Edwards | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 97. | Laura Fontenot | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 98. | Terrance Gibson | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 99. | Joey Gordon | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 100. | Marcus Gordon | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 101. | Betty Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 102. | Sharika Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 103. | Angel Allen | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| # | Name | Case | Number |
|---|---|---|---|
| 104. | Devin Allen | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 105. | Cedric Allen Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 106. | Dee Antre Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 107. | Darren Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 108. | Regina Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 109. | Tiffany Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | T'mia Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | Vila Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Dustin Hebert | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 113. | William Pierce Sr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 114. | Sylvester D. Barrett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Margaret W. Blake | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Jacqueline L. Bryant | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | Rostina Lewis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Marva Charles | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | J' uhary Coleman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Varica M. Coleman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Daniel Dover | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Alayna Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 123. | Braden Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 124. | Chasidy Deloris Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 125. | Gavan Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 126. | Mary Howard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 127. | Undria Henry | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 128. | William Pierce Sr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 129. | Asialay Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |

| | | | |
|---|---|---|---|
| 130. | Gabrielle Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 131. | Patrick Harrison | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 132. | Gloria Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 133. | Marguerite T. Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Sheridan Mayo | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Tyler Nunnery | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | William K. Pierce Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Terrin Joseph Rougeau | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Stanley Rougeau Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Angelina C. St. Blanc | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Laim St. Blanc | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Lori Ana St. Blanc | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Fannie Carolyn Sterling | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 143. | Adriene J. Stevens | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 144. | Asialay J. Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 145. | Gabrielle Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 146. | Oscar C. Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 147. | Carol Faye Tolliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 148. | Roley Joseph Tolliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 149. | Tommy R. Vital | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 150. | Luke Chance | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 151. | Erika Chance | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 152. | Jacob Chance | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 153. | Annie Hodge | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 154. | Helen Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 155. | Sydney Sundy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 156. | Simon Sundy Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 157. | Rufus Victorian | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 158. | Jayla Armstead | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 159. | Ronald Houston | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 160. | Jameelah Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 161. | Elijah Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 162. | Sheereen Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 163. | Wilbert Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 164. | Sherry Laughlin | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 165. | John Brooks | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 166. | Denzell Hoover | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 167. | Joyce Hoover | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 168. | Paul Vincent | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 169. | Paris Albert | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 170. | Alyce Morris | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 171. | Kenneth Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 172. | Vanessa Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 173. | Kimberly Francis | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 174. | Latron Francis | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 175. | Edwin Williams III | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 176. | Edwin Williams | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 177. | JoAnna Bonin | Bonin et al v. TL Industries, Inc. et al | 10-02317 |
| 178. | John Benoit Jr. | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 179. | Christopher Benoit | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 180. | Pamela Benoit | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 181. | Aaliyah Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |

| | | | |
|---|---|---|---|
| 182. | Caroline Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 183. | Gloria Mouton | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 184. | Antaja Jones | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 185. | Ruby Savoy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 186. | Trevon Savoy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 187. | Shontay Laray Fontenot | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 188. | Karen R. Gardiner | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 189. | Margaret Blake | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 190. | Jacqueline Bryant | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 191. | Rostina Lewis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 192. | Marva Charles | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 193. | Ira Celestine | Darby et al v. Keystone RV Company et al | 09-08372 |
| 194. | D'lsha Hayes | Darby et al v. Keystone RV Company et al | 09-08372 |
| 195. | TiQua Hayes | Darby et al v. Keystone RV Company et al | 09-08372 |
| 196. | MeGan Price | Darby et al v. Keystone RV Company et al | 09-08372 |
| 197. | Monte Price Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 198. | Denisha Kelly | Darby et al v. Keystone RV Company et al | 09-08372 |
| 199. | Tra'evion Kelly | Darby et al v. Keystone RV Company et al | 09-08372 |
| 200. | Tra'maine Kelly | Darby et al v. Keystone RV Company et al | 09-08372 |
| 201. | Jermaine Washington Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |