UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Barrett et al v. Gulf Stream Coach, Inc. et al*
E.D. La. Case No. 09-7356

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint.

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit A) is hereby Granted.

THIS DONE the ___ day of _____, 2010, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE