**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Francis Lewis III | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 2. | Dalin Dupre | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 3. | Daron Dupre | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 4. | Danachole Williams | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 5. | Brenda Albert | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Tina Banks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Kerriell Banks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Kerrione Banks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Shamani Banks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Travis Banks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Ruth Bartie | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Fred Harris | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Delisa Thornton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Theresa Baldwin | Mayon et al v. DS Corp. et al | 09-08388 |
| 15. | De'Vontae Lede | Mayon et al v. DS Corp. et al | 09-08388 |
| 16. | Linda Barber | Mayon et al v. DS Corp. et al | 09-08388 |
| 17. | Azell Barber | Mayon et al v. DS Corp. et al | 09-08388 |
| 18. | Brittany Arvie | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 19. | Gildrake Brown | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 20. | Linda Davis-Lutcher | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 21. | Wilford Jackson | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 22. | Heather Martin | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 23. | Tina Robertson | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 24. | Demetris Antoine | Alexander et al v. DS Corp. et al | 10-02328 |
| 25. | Linda Davis-Lutcher | Hood et al v. Recreation By Design, LLC et al | 09-08406 |

| | | | |
|---|---|---|---|
| 26. | Jennifer Davis | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 27. | Shalonda Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 28. | Desmond Bellard | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 29. | Alayna Joseph | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 30. | Charles Joseph | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 31. | Sandra Savant | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 32. | Ernest Moses | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 33. | Michael Alexander Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 34. | Kevin Bartie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 35. | John Carter | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 36. | Justin Coney | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 37. | Alexis Ashworth | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 38. | Heather Heath | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 39. | Cedric Allen Sr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 40. | Brenda Albert | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 41. | Lois Perkinson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 42. | Cindy Alsdurf-Breaux | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 43. | Mauro Lopez | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 44. | Latasha Anderson | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 45. | Eumaika Alfred | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 46. | Christopher Thomas | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 47. | Frank Alfred | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 48. | Gloria Alfred | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 49. | Ronald Alfred Jr. | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 50. | Jeremiah Alfred | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 51. | Tina Peloquin | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 52. | Theresa Johnson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 53. | Selena Batson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 54. | Joey Plaster | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 55. | Ardellia R Hawkins | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 56. | Joshua Alex | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 57. | Victor Alex | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 58. | David Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 59. | KrisJuana Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 60. | Malcolm Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 61. | Jeanette Bellow-Ecter | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 62. | Gerald Reado | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 63. | Kyeria Thomas | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 64. | Shaquetta Thomas | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 65. | Sheffield Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 66. | Edwina Bushnell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 67. | MarKenzy Bushnell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 68. | Marshelle Bushnell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 69. | Taylor Harmon | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 70. | Christian Hendricks | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 71. | Monica Hill | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 72. | Yolanda Moshay | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 73. | Mark Doucett | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 74. | Shawntell George | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 75. | Devlin Gims | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 76. | Shalonda Gims | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 77. | Devin Gims | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 78. | Elijah Gims | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 79. | Hannah Gims | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 80. | Ronald Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 81. | Ardellia Hawkins | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 82. | Monica Hill | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 83. | Kevin Ray Achane | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 84. | Rayvan Achane | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 85. | Karen A. Adkins | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 86. | Geneva Albert | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 87. | Amanda Baker | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 88. | Ja Bokey Beverly | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 89. | Kaled Beverly | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 90. | Linda M. Barber | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 91. | Stephanie E. Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 92. | Kadar Beverly | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 93. | Phebe Beverly | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 94. | Rosalind Beverly | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 95. | Anthony Peter Bruno Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 96. | Eric Captain | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 97. | Rhonda Renee Castille | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 98. | Micheal Castille Sr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 99. | Latrice Danielle Collins | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 100. | Shalaman Curtis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 101. | Mark Wayne Doucett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 102. | Mark Wayne Doucett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 103. | Ruby P. Freeman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 104. | Fred Harris | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 105. | Donny W. Hasty | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 106. | Jernigan J. Hastying | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 107. | Linda Bilbo | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 108. | Eric Anderson | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 109. | Ericka Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 110. | Lakeitha Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 111. | Shayla Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 112. | Michael Anderson | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 113. | Daja Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 114. | Rose Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 115. | Tobias Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 116. | Trevonte Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 117. | Tyrese Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 118. | Tyrinn Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 119. | Stephanie Bartie | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 120. | Beverly Bradley | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 121. | Frances Griffin | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 122. | Crystal Gumm | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 123. | Joseph Jack Jr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 124. | Courtney Jenkins | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 125. | Shalonda Jones | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 126. | Charmon Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 127. | D'Andre Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 128. | Mairon Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 129. | Timothy Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |

| # | Name | Case | Number |
|---|---|---|---|
| 130. | Darrion Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 131. | Lyela Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 132. | George LeCompt | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 133. | Mauro Lopez | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 134. | Marcus Celestine Jr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 135. | Khrisanthia Rosette | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 136. | Sam Rosette | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 137. | Samantha Rosette | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 138. | Samantha Budwine | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 139. | Samantha Budwine | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 140. | Ebony Skinner | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 141. | Cyrilla Thomas | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 142. | Dalin Dupre | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 143. | Daron Dupre | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 144. | Danachole Williams | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 145. | Geneva Albert | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 146. | Joey Plaster | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 147. | Elaine Jeanette Leday | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 148. | Nancy Pitre | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 149. | Antonio Hasty | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 150. | Rhonda G. Sinegal | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 151. | Mekhi Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 152. | Ron C. Thomas Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 153. | Cherokee Singleton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 154. | Ronald C Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 155. | Delisa Faye Thornton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| # | Name | Case | Number |
|---|---|---|---|
| 156. | Carol Faye Tolliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 157. | Kimberly Trahan | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 158. | Sidnesha Ward | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 159. | Sindasha Ward | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 160. | Charles January | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 161. | Jimmy LeBlanc | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 162. | Judy Lowery | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 163. | Neal Lowery | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 164. | Amaris McGallion | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 165. | Lonnie McGallion | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 166. | Rose Andrews | Brent et al v. Timberland RV Company et al | 09-08400 |
| 167. | Daja Andrews | Brent et al v. Timberland RV Company et al | 09-08400 |
| 168. | Tobias Andrews | Brent et al v. Timberland RV Company et al | 09-08400 |
| 169. | Trevonte Andrews | Brent et al v. Timberland RV Company et al | 09-08400 |
| 170. | Tyrese Andrews | Brent et al v. Timberland RV Company et al | 09-08400 |
| 171. | Raymond Ange | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 172. | Azell Barber | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 173. | Clifford August | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 174. | Stella August | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 175. | Sandra Semien | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 176. | Danielle Semien | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 177. | David Semien, Sr. | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 178. | David Semien, Jr. | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 179. | Margaret C Thomas | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 180. | Amaris McGallion | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 181. | Lonnie McGallion | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |

| | | | |
|---|---|---|---|
| 182. | Selena Batson | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 183. | Theresa Johnson | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 184. | Corey Vital | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 185. | Jeremiah Alfred | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 186. | Ronald Alfred Jr. | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 187. | Eumaika Alfred | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 188. | Christopher Thomas | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 189. | Frank Alfred | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 190. | Gloria Alfred | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 191. | John Youngblood | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 192. | Matthew Pacheco | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 193. | Nathaniel Pacheco | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 194. | Christopher Youngblood | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 195. | Mary Youngblood | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 196. | Clifford August | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 197. | Stella August | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 198. | Amanda Baker | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 199. | Ja Bokey Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 200. | Kaled Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 201. | Kadar Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 202. | Phebe Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 203. | Rosalind Beverly | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 204. | Anthony Bruno Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 205. | Eric Captain | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 206. | Rhonda Castille | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 207. | Micheal Castille Sr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 208. | Shalaman Curtis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 209. | Selena Batson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 210. | Theresa Johnson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 211. | Charles Joseph | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 212. | Desmond Bellard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 213. | Anayna Joseph | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 214. | Jamaral Perrodin | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 215. | Lindsey Tibodeaux | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 216. | Courtney Bellard | Darby et al v. Keystone RV Company et al | 09-08372 |
| 217. | Tammy Bellard | Darby et al v. Keystone RV Company et al | 09-08372 |