# Exhibit A

| | | | |
|---|---|---|---|
| 1. | Lee Williams | Benoit et al v. Timberland RV Company et al | 10-02322 |
| 2. | Bertha Jones | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 3. | Alvin Hardin | Hardin et al v. Thor California Inc et al | 09-08385 |
| 4. | Herman Bailey Sr. | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 5. | Mark Jones | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 6. | Mark Jones Jr. | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 7. | Connie McGee | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 8. | Keiondriah McGee | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 9. | Keionnie McGee | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 10. | Keiontae McGee | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 11. | Kensay McGee | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 12. | Herman Plummer | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 13. | JoAnne Plummer | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 14. | Kenya Plummer | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 15. | Tiffany Plummer | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 16. | Osmond Bolden | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Bobby Burch | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Nyriel Davis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Victoria Jackson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Laterrian Jackson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Dedrick MaGee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Shamika MaGee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Jalisha Magee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Jaliyah Magee | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 25. | Jaterion MaGee | Albert et al v. Forest River, Inc. et al | 09-08374 |

| # | Name | Case | Number |
|---|---|---|---|
| 26. | Ranardia Newman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 27. | Xavier Shabazz | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 28. | Diamond White | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 29. | Ashley Peck | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 30. | Stephen Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 31. | Gary Rodney | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 32. | Raymond Hillard | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 33. | Jasmine Rodney | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 34. | Earnest Russell | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 35. | Cleveland Stampley | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 36. | Deborah Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 37. | Brittany Snow | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 38. | Jervis Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 39. | Cedric Cushenberry | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 40. | Ashley Brooks-Robinson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 41. | Bryan Hebert | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 42. | Delores Moss | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 43. | Chaster Nelson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 44. | Donovan Deloney | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 45. | Alexis Johnson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 46. | Amyri Johnson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 47. | Kechia Johnson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 48. | Kevonne Johnson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 49. | James Salters Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 50. | Dedrick R. MaGee | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 51. | Naisha Katrell Minor | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |

| | | | |
|---|---|---|---|
| 52. | Annie Ruth Smith | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 53. | Travis Thomas Sr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 54. | Bonnie Sue Vernon | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 55. | Eddie Lee Watson | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 56. | Darryl Markell Wilson | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 57. | Linda Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 58. | Mark Jones Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 59. | Connie McGee | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 60. | Keiondriah McGee | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 61. | Keionnie McGee | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 62. | Keiontae McGee | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 63. | Kensay McGee | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 64. | Tytana Meggs | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 65. | Vyshonn Meggs | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 66. | Mary White | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 67. | Kenyontia Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 68. | Chastity Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 69. | Cody Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 70. | Quinton Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 71. | Terrell Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 72. | Tyrese Hunter | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 73. | Gabriel Angelety Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 74. | James Angelo | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 75. | Nikki Armstrong | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 76. | Brian Banks Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 77. | Ciara Banks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 78. | Jalen Banks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 79. | Brian Banks Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 80. | Gerard Campbell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 81. | Sandra Carter | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 82. | Melony Collins | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 83. | Shenitha Cox | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 84. | Dajakiea Cox | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 85. | Rantrell Harris | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 86. | Zaylan Monroe | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 87. | Charles Craft | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 88. | Kiona Riley | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 89. | Michelle Riley | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 90. | Carmen Holmes | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 91. | Cynthia Jackson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 92. | Pierre Poledore | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 93. | James Jackson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 94. | Adrian Besser | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 95. | Justin Overmeyer | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 96. | Carl Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 97. | Kim Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 98. | La'Ronyea Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 99. | Michael Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 100. | Mikishawa Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 101. | Charles Montgomery | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 102. | Gustavuve Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 103. | Michael Braud | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| # | Name | Case | Number |
|---|---|---|---|
| 104. | James Henderson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 105. | Andrew Hutcherson Jr. | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 106. | Miaya Hansell | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 107. | Amir Hansell | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 108. | Beatrice Neville | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 109. | Briecia Neville | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 110. | Robert Neville | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 111. | Milton Scott | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 112. | Andrew Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 113. | Charlie Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 114. | Roger Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 115. | Kenny Anderson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 116. | Vilche Brooks | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 117. | Tyrese Davis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 118. | Vilche Davis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 119. | Anthony, Jr. Jones | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 120. | Andrea Gilmore | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 121. | Reginald Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 122. | Shannon Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 123. | Brenton Johnson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 124. | Sherna Lumar | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 125. | Troy Noble, Sr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 126. | Troydell Jones | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 127. | Troy Noble Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 128. | Jasmine Ruth | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 129. | Ernestine Saul | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 130. | Joseph Saul III | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 131. | David Sayles | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 132. | Sidney Simon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 133. | Kearra Tobias | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 134. | Timphony Tobias | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 135. | Jesse Williams | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 136. | Donald Jones | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 137. | Peter Bridges III | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 138. | LeBoe Bridges | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 139. | Paris Bridges | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 140. | Cheryl Clark | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 141. | Devon Clark | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 142. | Dominique Clark | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 143. | Holly Kennedy | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 144. | Carl Lewis | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 145. | Milashay Lewis | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 146. | T'Quaii Lewis | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 147. | Jemerian Babino | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 148. | Omarion Babino | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 149. | Randisha Babino | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 150. | DeVante Dewey | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 151. | Michelle Dewey | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 152. | Ta'Tahrieah Favors | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 153. | Carolyn Haley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 154. | Caleb Haley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 155. | Charles Haley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 156. | Ashley Brooks-Robinson | Bass et al v. KZRV, LP et al | 09-08393 |
| 157. | Chaster Nelson | Bass et al v. KZRV, LP et al | 09-08393 |
| 158. | LeBoe Bridges | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 159. | Paris Bridges | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 160. | Peter Bridges III | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 161. | Nyriel Nicole Davis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 162. | Kent C. Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 163. | Nelson Encalade | Price et al v. KZRV, LP et al | 10-02332 |
| 164. | Steve Crowell | Crowell et al v. Lakeside Park Homes, Inc. et al | 10-02331 |
| 165. | Cedric Barnett Jr. | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 166. | Tiffany Dixon | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 167. | Donald L Smith | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 168. | Evan Dixon | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 169. | Morris Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 170. | Kiria Lawson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 171. | Carrie Watson Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 172. | Johnny Morris | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 173. | Lilie Mae Oliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 174. | James Salters Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 175. | August Joseph Sayles | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 176. | Kent Brooks | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 177. | Donell Cendtrise Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 178. | Ryann Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 179. | Zelbony Taylor | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 180. | Arthur W. Washington | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 181. | Isaiah Washington | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 182. | Carmen Holmes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 183. | Cynthia Jackson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 184. | Pierre Poledore | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 185. | James Jackson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 186. | Demetrail Jone | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 187. | Holly Kennedy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 188. | Carl Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 189. | Kim Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 190. | La'Ronyea Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 191. | Michael Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 192. | Mikishawa Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 193. | Carl Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 194. | Charles Montgomery | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 195. | Ivan Holmes | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 196. | Ivory Holmes | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 197. | Ivory Holmes Jr. | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 198. | Javonte Brooks | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 199. | Nyriel Davis | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 200. | Burnell Kelly | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 201. | Adrian Besser | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 202. | Holly Kennedy | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 203. | Justin Overmeyer | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 204. | James Levy | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 205. | Jessie Melton | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 206. | Richard Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 207. | Felton Overstreet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |

| | | | |
|---|---|---|---|
| 208. | Victor Stewart, Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 209. | Robert Earl White | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 210. | Dalon Torregano | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 211. | Kenny Walker | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 212. | JW West | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 213. | Gustavuve Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 214. | Evan Dixon | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 215. | Derrius Scott | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 216. | Lisa Scott | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 217. | Melony Scott | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 218. | Traveon Scott | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 219. | Tromel Scott | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 220. | Tanzania Thomas | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 221. | Derry Thomas | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 222. | Arthur Washington | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 223. | Isaiah Washington | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 224. | Betty Chester | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 225. | Lian Chester | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 226. | Lion Chester | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 227. | Chaundell Goodman | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 228. | Dennis Goodman | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 229. | Dennisha Goodman | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 230. | Joseph Williams | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 231. | Jerron Jozy Henry | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 232. | Carrie Watson Lewis | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 233. | Keyanna London | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |

| | | | |
|---|---|---|---|
| 234. | Rasheka London | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 235. | Deborah Thomas | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 236. | Deborah Thomas | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 237. | LaTasha R. Travis | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 238. | Christopher R. Waller | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 239. | James C. Waller | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 240. | Jeanne F. Waller | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 241. | Arthur Washington | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 242. | Isaiah Washington | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 243. | Brittany Snow | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 244. | Janero Bridges | Darby et al v. Keystone RV Company et al | 09-08372 |
| 245. | Trashawn McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 246. | Tre'man McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 247. | Jerron Henry | Darby et al v. Keystone RV Company et al | 09-08372 |
| 248. | Laterrian Jackson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 249. | Victoria Jackson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 250. | James Levy | Darby et al v. Keystone RV Company et al | 09-08372 |
| 251. | Arthur Lewis | Darby et al v. Keystone RV Company et al | 09-08372 |
| 252. | Inez Lewis | Darby et al v. Keystone RV Company et al | 09-08372 |
| 253. | SomeDemetrail White | Darby et al v. Keystone RV Company et al | 09-08372 |
| 254. | Tiffany McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 255. | Jonas Moore | Darby et al v. Keystone RV Company et al | 09-08372 |
| 256. | Donald Myers | Darby et al v. Keystone RV Company et al | 09-08372 |
| 257. | Ernestine Saul | Darby et al v. Keystone RV Company et al | 09-08372 |
| 258. | Joseph Saul III | Darby et al v. Keystone RV Company et al | 09-08372 |
| 259. | Janae Fields | Darby et al v. Keystone RV Company et al | 09-08372 |

| # | Name | Case | Number |
|---|---|---|---|
| 260. | Johnika Fields | Darby et al v. Keystone RV Company et al | 09-08372 |
| 261. | Renee Sims | Darby et al v. Keystone RV Company et al | 09-08372 |
| 262. | Charles Smothers | Darby et al v. Keystone RV Company et al | 09-08372 |
| 263. | Cleveland Stampley | Darby et al v. Keystone RV Company et al | 09-08372 |
| 264. | Jervis Thomas | Darby et al v. Keystone RV Company et al | 09-08372 |
| 265. | Darryl Wilson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 266. | Zounda Lee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 267. | Lilie Oliver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 268. | Tiffany McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 269. | Trashaun McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 270. | Tremall McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 271. | Trifonda McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 272. | Wilhelmeina Davis | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 273. | Darren Kennedy | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 274. | Vernon Morris Sr. | Alexander et al v. Keystone RV Company et al | 10-02333 |