## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Adam Landry Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Rubbin Tucker | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 3. | Jamia Anita LaFrance | Hardin et al v. Thor California Inc et al | 09-08385 |
| 4. | Sandra Lee Smith | Hardin et al v. Thor California Inc et al | 09-08385 |
| 5. | Yondra Smith | Hardin et al v. Thor California Inc et al | 09-08385 |
| 6. | Yoneisha Smith | Hardin et al v. Thor California Inc et al | 09-08385 |
| 7. | Joseph Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Glenda Lampkin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Cheryl Richardson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Angela Slater | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Harold Slater | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Lorenzo Slater | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Willie Slater | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Patricia Womack | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Sean Johnson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Bobbie Hardy | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 17. | Kenandez Henry | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 18. | Shaneka Stubbs | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 19. | Josephine Alexander | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Bobby Solomon | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Gavin Solomon | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Charles E. Henderson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 23. | Gwendolyn Leblanc | Mayon et al v. DS Corp. et al | 09-08388 |
| 24. | David Thomas | Mayon et al v. DS Corp. et al | 09-08388 |
| 25. | Wesley Winston | Mayon et al v. DS Corp. et al | 09-08388 |

| | | | |
|---|---|---|---|
| 26. | Brian Harrell | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 27. | Madison Harrell | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 28. | Maisha Harrell | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 29. | Sandra Harrell | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 30. | Joyce A Jackson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 31. | Gwendolyn Epps | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 32. | Ruby Taylor | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 33. | Jordan Streety | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 34. | Justin Streety | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 35. | Toshiba Taylor | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 36. | Aushanta Wilson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 37. | Lekisha Wilson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 38. | Shawn Harrell | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 39. | Deborah A. Martin | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 40. | Emile Theard Sr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 41. | Elsie M. R. Theard | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 42. | Rose Marie Vantress | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 43. | Brianna Smith | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 44. | Christopher Smith | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | William A Smith | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | William R Smith | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 47. | Kenneth Griffin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 48. | Steven Westbrooks | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 49. | Alvin Graber | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 50. | Zena Hardy | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 51. | Charlie Johnson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |

| | | | |
|---|---|---|---|
| 52. | Johnnie Mack Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 53. | Jimmie McGee | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 54. | Shakeitra Ruiz | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 55. | Kathleen Schackai | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 56. | Rachel Schackai-Ward | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 57. | Stanley Smith | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 58. | Claudine Townsend | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 59. | Connie Weeden | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 60. | Karen Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 61. | Anthony Wilson | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 62. | Anthony Mumphrey | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 63. | Frank Mumphrey | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 64. | Marita Sims | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 65. | Mattie Watts-Hicks | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 66. | Kendaul Bailey | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 67. | Kenidee Bailey | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 68. | Paris Bailey | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 69. | Bobbie Hardy | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 70. | Sabrina Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 71. | Lorraine Martin | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 72. | Aubrey Nelson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 73. | Tyrone Nelson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 74. | Tanisha Gaspard | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 75. | Polly Noble | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 76. | Gloria Phillips | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 77. | Jonas Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| # | Name | Case | Number |
|---|---|---|---|
| 78. | Jorel Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 79. | Daniel Santos Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 80. | Jeanlyn Sawyer | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 81. | Peter Shelvin | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 82. | Sheila Sims | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 83. | Dae'Jenea Day | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 84. | Ke'on Sinegal | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 85. | Kimberly Sinegal | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 86. | Jada Powell | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 87. | Jason Powell Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 88. | Avolena Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 89. | Melvin Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 90. | Chelsey Solomon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | Lucretia Solomon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | Shantrell Hunter | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Brittany Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 94. | Shantell Stewart | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 95. | Odile Gordon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 96. | Janice Herron | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 97. | Aunjell Burbank-Heron | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 98. | Rondell Burbank-Heron | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 99. | Donnie Joseph | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 100. | Sarah Stewart | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 101. | Amanda Roy | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 102. | Gail Steib | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 103. | Lloyd Galatas Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 104. | Paul George Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 105. | Derry Gilmore Sr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 106. | Gerald Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 107. | Pamela Hayes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 108. | Kerry Hemsteter | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 109. | Karen Henry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Steven Hester | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | Samuel Holden | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Lanus Holmes III | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 113. | Perneita Price-Sylve | Bass et al v. KZRV, LP et al | 09-08393 |
| 114. | Journee Fusilier | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Ramaiha Gregoire | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Audrey Fusilier | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | Lorraine Fusilier | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Mattie Gholor | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Sandra D. Harrell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Sabrina Jefferson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Carmalena Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Ida Wright | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 123. | Gwendolyn Tally | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 124. | Damian Taylor | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 125. | Adolph Vortisch Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 126. | Miriam Vortisch | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 127. | William Vortisch | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 128. | Darren Walker | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 129. | Sage Walker | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 130. | Michael Russ King | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 131. | Stephen Larroque | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 132. | Donnie Anthony Lorio | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 133. | Lorraine Marie Martin | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Drondia Lynn Myers | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Suzanne L. Penton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | Cheryl Ann Richardson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Sheila Sims | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Chelsey Solomon | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Lucretia Solomon | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Carolyn J. Spencer | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Angela Elizabeth Talamo | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Damian Paul Taylor | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 143. | Joshua Bowman | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 144. | Demetrias L. Temple | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 145. | Ronald L L. Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 146. | Walter Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 147. | Tina Thompson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 148. | James E. Turner | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 149. | Myrtle Varnado | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 150. | Tyronne Gillin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 151. | Alvin Graber | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 152. | Zena Hardy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 153. | Malcolm Hunter Sr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 154. | Lakisha Hunter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 155. | Charlie Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 156. | Bettie Lucien-Antonio | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 157. | Johnnie Mack Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 158. | Anissa McDonald | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 159. | Daniel McDonald | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 160. | Taj McDonald | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 161. | Jimmie McGee | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 162. | Lambros Randis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 163. | Mihail Rantis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 164. | Mamie Robinson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 165. | Coralee Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 166. | Gwendolyn Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 167. | Stanley Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 168. | Angela Sundy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 169. | Shawn Sundy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 170. | Brian Jackson Sr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 171. | Whitney Houston | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 172. | Nancy Jaeger | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 173. | Irma Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 174. | Diamond Kelson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 175. | Domonique Kelson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 176. | Janice King | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 177. | James Lang | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 178. | Ruby Larce | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 179. | Willie Lewis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 180. | Kendall London | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 181. | Georgiana Mackie | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 182. | Donisha Marco | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 183. | Picola McClain | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 184. | Earl McConnell III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 185. | Earl McConnell Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 186. | Janice McConnell | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 187. | Morris Miller III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 188. | Bonita Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 189. | Jacqueline Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 190. | Jakia Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 191. | Kiawana Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 192. | Ariele Nash | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 193. | Danny Nash | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 194. | Ja'shadi Farve | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 195. | Robert Thomas | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 196. | Terrasina Thomas | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 197. | Latanya Jones | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 198. | Damia Franklin | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 199. | Tamia Franklin | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 200. | Derry Jones Jr. | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 201. | Daniel Weber | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 202. | Calvin Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 203. | Aushanta Wilson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 204. | Lekisha M. Wilson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 205. | Annie Johnson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 206. | James Johnson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 207. | Jasmine Johnson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |

| | | | |
|---|---|---|---|
| 208. | Deaven Talamo | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 209. | Ryan Talamo | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 210. | Millie Landry | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 211. | William Landry | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 212. | Emma Stuart | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 213. | Derriondria Stuart | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 214. | Barbara Toups | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 215. | William Vortisch | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 216. | Gary Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 217. | Darryl Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 218. | Caleb Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 219. | Learner Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 220. | Tommie Wimberly | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 221. | Myra Spencer | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 222. | Myrica Spencer | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 223. | Brandy Stanton | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 224. | Monica Winston | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 225. | Jerry LeBleu | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 226. | Connie Weeden | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 227. | Karen Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 228. | Regina Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 229. | Tenneka Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 230. | Journee Fusilier | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 231. | Ramaiha Gregoire | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 232. | Audrey Fusilier | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 233. | Lorraine Fusilier | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |

| | | | |
|---|---|---|---|
| 234. | Joyce Matthews | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 235. | James Robinson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 236. | Yvonne A. Lazard | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 237. | Deborah McCracken | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 238. | Tabitha Riley | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 239. | Jordan Streety | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 240. | Justin Streety | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 241. | Toshiba Taylor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 242. | Aliska Gaudin | Darby et al v. Keystone RV Company et al | 09-08372 |
| 243. | Dalton Gaudin | Darby et al v. Keystone RV Company et al | 09-08372 |
| 244. | Edith Gaudin | Darby et al v. Keystone RV Company et al | 09-08372 |
| 245. | Dwan Green | Darby et al v. Keystone RV Company et al | 09-08372 |
| 246. | Raquel Green | Darby et al v. Keystone RV Company et al | 09-08372 |
| 247. | Janice Johnson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 248. | Thaddeus Joseph | Darby et al v. Keystone RV Company et al | 09-08372 |
| 249. | Therese Scott | Darby et al v. Keystone RV Company et al | 09-08372 |
| 250. | Tina Thompson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 251. | Deon Westbrooks | Darby et al v. Keystone RV Company et al | 09-08372 |
| 252. | Steven Westbrooks | Darby et al v. Keystone RV Company et al | 09-08372 |