**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Beth Isaac | Hardin et al v. Thor California Inc et al | 09-08385 |
| 2. | Amber Bentel | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Kaswana Isaac | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Jan Kinkella | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Blake Rizzuto | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Leon Ledet III | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Larry Moore Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Donna Palmer | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Michael Netto | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Danielle Hurst | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Maleek Guy | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 12. | Wendel Guy | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 13. | Nia Carter | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 14. | Catherine Moore | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 15. | Elveria Morgan-Branch | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 16. | Vilna Peters | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 17. | Edward Price | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 18. | Vivian Johnson | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 19. | Dai'Shneek Jackson | Mayon et al v. DS Corp. et al | 09-08388 |
| 20. | Jonisha Jackson | Mayon et al v. DS Corp. et al | 09-08388 |
| 21. | Tyran Mitchell Jr. | Mayon et al v. DS Corp. et al | 09-08388 |
| 22. | Shirley Nichols | Mayon et al v. DS Corp. et al | 09-08388 |
| 23. | Zebedee Perdue Jr. | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 24. | Melvin Gains Jr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 25. | Oliver W. Meagher | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |

| | | | |
|---|---|---|---|
| 26. | Barbara Oates | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 27. | Nadia Oates | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 28. | Gregory Oates | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 29. | Rinda Matherne | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 30. | Henry Matherne Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 31. | Shahana Matherne | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 32. | Tyler Matherne | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 33. | Deborah Gaudin | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 34. | Darryl Johnson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 35. | Louis Johnson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 36. | Mea Johnson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 37. | Doretha Kitchens | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 38. | Sylvia Knight | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 39. | Antonio Lyons | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 40. | Henry Maas | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 41. | Jan Menville | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 42. | Kenya Noel | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 43. | Emma Jones | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 44. | Latasha Jones-Dillon | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 45. | Kevin Jones | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 46. | Louis Jordan | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 47. | Kevin Jones | Coleman et al v. Giles Industries, Inc. et al | 10-02341 |
| 48. | Dominique Marco | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 49. | Donald Marco | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 50. | Donita Marco | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 51. | Jack Massey | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| | | | |
|---|---|---|---|
| 52. | Julia Massey | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 53. | Anne Mayeux | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 54. | Clint Mayeux | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 55. | Michael Mayeux | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 56. | Stacie Mitchell | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 57. | Daniel Mitchell III | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 58. | Joseph Garrett | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 59. | Alex Hebert Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 60. | Rayford Johnson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 61. | Alma Lazard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 62. | Lois Lazard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 63. | Sharon Lee | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 64. | Sadie Lewis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 65. | Calvin McGee | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 66. | Ronald Miller | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 67. | Lawrence O'Neal | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 68. | Nadine Osborne | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 69. | Alaysia Osborne | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 70. | Risshawn Patterson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 71. | Gerald Prejeant Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 72. | Jan Kinkella | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 73. | Blake Rizzuto | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 74. | Darrione Myles | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 75. | Jessika Myles | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 76. | Colleen Nikolaidis | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 77. | Gabrielle Nikolaidis | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 78. | Donnie Norris | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 79. | Mark O'Neal | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 80. | Addison Penn Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 81. | Brittany Penn | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 82. | Yolanda Penn | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 83. | Keith Perriatt | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 84. | Brooke Perriatt | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 85. | Blairre Perriatt | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 86. | Sigrid Petit | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 87. | Kim Phillips | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 88. | Carol Phoenix | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 89. | Charles Pond | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 90. | Norma Pond | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | Denver Populis | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | Myrielle Alexander | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Myra Price | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 94. | Sheryl James | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 95. | Louella Johnson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 96. | Charlene Myles | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 97. | Jia'Mona Myles | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 98. | Vernell Myles | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 99. | Tammy Nolan | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 100. | Nolan Spencer | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 101. | Denise Jackson | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 102. | Dai'Shneek Jackson | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 103. | Jonisha L. Jackson | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |

| # | Name | Case | Number |
|---|------|------|--------|
| 104. | Tyran Mitchell Jr. | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 105. | Jeanette James | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 106. | Gerard Keeler | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 107. | Vernon Patrick, Sr. | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 108. | Diana Joseph | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 109. | Clyde Gatlin Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Arletia Gatlin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | Jokeitha Powell | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Darrin Bryer | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 113. | Damien Henry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 114. | Davin Matthews | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 115. | Devontae Matthews | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 116. | Joseph Garrett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | David Howard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Issac Jimcoily Sr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Lena Jimcoily | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Darryl Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Louis Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Mea M. Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 123. | James Price | Price et al v. KZRV, LP et al | 10-02332 |
| 124. | John King | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 125. | David Johnson Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 126. | Murphy Knightshead | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 127. | Mary L. Knightshead | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 128. | Reitha Johnson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 129. | Terrica Arlene Johnson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 130. | Jesse Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 131. | Diana B. Joseph | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 132. | Patrick O'Keefe Ledet | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 133. | Walter O. Ledet | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 134. | Carlyn Legard | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 135. | Gail M. Legard | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 136. | India Pertrice Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 137. | Thaddelisha Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 138. | Tyrin Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 139. | Felix Mulder III | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 140. | Ivan Francis Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 141. | Rinda Matherne | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 142. | Shahana Matherne | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 143. | Tyler Matherne | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 144. | Henry P. Matherne Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 145. | Celestine G. Matthews | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 146. | Cindy Mcguire | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 147. | Maxine Meade | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 148. | Joseph Lee Merritt Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 149. | Deshante Epps | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 150. | Winifred Morgan-Epps | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 151. | Reather M. Nelson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 152. | Barbara Ann Neville | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 153. | Royal Namm Neville | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 154. | Florene H. Perry | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 155. | Marchelle Rainwater | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| # | Name | Case | Number |
|---|---|---|---|
| 156. | Richard E. Pittman | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 157. | Brenda Brown Poche | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 158. | Deborah Gaudin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 159. | Milton Johnson Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 160. | Kendrick Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 161. | Kevin Johnson Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 162. | Valerie Johnson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 163. | Doretha Kitchens | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 164. | Sylvia Knight | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 165. | Jarrod Brooks | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 166. | Aali'yah Lee | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 167. | Deon Lee | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 168. | Antonio Lyons | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 169. | Henry Maas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 170. | Mattie Mack | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 171. | Bambi Martin-Delancey | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 172. | Jan Menville | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 173. | Tracy Miller | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 174. | Derek Cooper | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 175. | Brenda Morrow-Copping | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 176. | Earl Murphy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 177. | Kenya Noel | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 178. | Leroy Payne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 179. | Tiera Bailey | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 180. | Audrey Dangerfield | Dangerfield et al v. Insurco, Ltd. et al | 10-02319 |
| 181. | Anthony Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 182. | Judy Jackson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 183. | Audrey Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 184. | Bruce Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 185. | Damon Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 186. | Kaylen Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 187. | Greg Pittman | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 188. | Rudolph Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 189. | Theodore Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 190. | Susan Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 191. | Thomas Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 192. | Karon Joseph | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 193. | Keiwanna Joseph | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 194. | Richard Kelson Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 195. | Lois Kelson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 196. | Nicholas E. Carbo | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 197. | Richard Lakatos | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 198. | Ginamarie Lakatos | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 199. | Rose Lawson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 200. | Harry Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 201. | Camille Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 202. | Dejeanta Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 203. | James Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 204. | Richard Lee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 205. | Clemon Lindsey Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 206. | Roger Mack | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 207. | Jamad Magee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 208. | Floyd Malley | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 209. | Tamara Martin | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 210. | Edna Mathieu | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 211. | Josie Matthews | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 212. | Norbert Matthews | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 213. | Jennifer Mayo | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 214. | Caylin McCastle | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 215. | Charlene McCastle | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 216. | Barry McClain Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 217. | Dominic Bischone | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 218. | Nicole Bischone | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 219. | Mary McDonough | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 220. | Douglas McGee Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 221. | Denise McGee | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 222. | Lawrence Michel III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 223. | Faye Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 224. | Shawn Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 225. | Robert Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 226. | Catherine Moore | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 227. | Joell Moore | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 228. | Michael Joseph | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 229. | Patrick Ledet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 230. | Walter Ledet | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 231. | Acacia Magee | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 232. | Achim Magee | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 233. | Acshad Magee | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |

| | | | |
|---|---|---|---|
| 234. | Pearlie Magee | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 235. | James Manshack | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 236. | Virginia Manshack | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 237. | Lena McClellan | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 238. | Joycelyn Galloway | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 239. | Janay Jones | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 240. | De'Majh Alexander | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 241. | Isaac Miller | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 242. | Jaynell Jones | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 243. | John Lacy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 244. | Danielle Hurst | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 245. | Joseph Garrett | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 246. | Joycelyn Galloway | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 247. | Charles Matthews | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 248. | Erick Matthews | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 249. | Mark Matthews | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 250. | Terrance Handy | Darby et al v. Keystone RV Company et al | 09-08372 |
| 251. | Johnathan Bickham | Darby et al v. Keystone RV Company et al | 09-08372 |
| 252. | Clarence Hebert Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 253. | Thomas Jones | Darby et al v. Keystone RV Company et al | 09-08372 |
| 254. | Patrick Ledet | Darby et al v. Keystone RV Company et al | 09-08372 |
| 255. | Seymour Love | Darby et al v. Keystone RV Company et al | 09-08372 |
| 256. | Gregory McMorris | Darby et al v. Keystone RV Company et al | 09-08372 |
| 257. | Rose Moore | Darby et al v. Keystone RV Company et al | 09-08372 |
| 258. | Edward Johnson | Alexander et al v. Keystone RV Company et al | 10-02333 |