## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Pamelia Villa | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Curley Reed, Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 3. | Quintin Thomas | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 4. | Jessica Nevils | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 5. | Corey Borel | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 6. | Megan Borel | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 7. | Daryl Wright | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 8. | Dranika Johnson | Alexander et al v. DS Corp. et al | 10-02328 |
| 9. | Anitra Joseph | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 10. | Donald Lewis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 11. | Shiyla Pradia | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 12. | Partrick Rankin | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 13. | Carl Hardy | Sylvester et al v. Alliance Homes, Inc. et al | 09-08390 |
| 14. | Gloria McCall | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 15. | Tracey Meador | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 16. | David Potts | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 17. | Bridgette Reeves | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 18. | Jarrell Malone | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 19. | Gabrielle Mayne | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 20. | Latoya Mayne | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 21. | Brenden Oliver | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 22. | Shelton Rigmaiden | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 23. | Jennifer Thibodeaux | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 24. | Dorotha West | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 25. | Chasidy Oliver | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 26. | Melissa Oliver | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 27. | Linda Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 28. | Kathy Reed | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 29. | Jason James | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 30. | Alfred Minor | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 31. | Jason James | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 32. | Derrick Ross | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 33. | Rosa Guy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 34. | Jacoby Guy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 35. | Jaymia Guy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 36. | Shaquille Guy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 37. | Michael J. Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 38. | Peter J. Guillory | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 39. | Beverly Jack | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 40. | Eddie Hardman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 41. | Callern Jack | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 42. | Dariona Griffin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 43. | Margie Jack | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 44. | Santana Harrison | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 45. | Jacqueline Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 46. | Shirley Jackson | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 47. | Joseph January | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 48. | Maryana January | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 49. | Sharika January | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 50. | Melissa Joubert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 51. | Bobby Richey Jr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |

| | | | |
|---|---|---|---|
| 52. | Gloria Richey | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 53. | Dale Rogers | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 54. | Jarrell K. Malone | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 55. | Marquette Nicholson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 56. | Marilyn Reed | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 57. | Melissa Ann Stewart | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 58. | Derrick Guy | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 59. | Virginia Hunter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 60. | Donald Lewis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 61. | David Mayne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 62. | Jonas Mayne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 63. | Raymond Mayne | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 64. | Virginia Mouton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 65. | Sean Oliver | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 66. | Shiyla Pradia | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 67. | Partrick Rankin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 68. | Zekia Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 69. | Chaundalyn Warren | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 70. | Stephanie Houston | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 71. | Walter Houston | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 72. | Joseph January | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 73. | Maryana January | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 74. | Sharika January | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 75. | Pannee Keene | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 76. | Anissa Frields | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 77. | Katreana Frields | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 78. | Frances Lewis III | Lewis et al v. River Birch Homes, Inc. et al | 10-02306 |
| 79. | Tawanna Y. White | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 80. | Dianna Jack | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 81. | Johnny Hadnot | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 82. | Malarie Hadnot | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 83. | Merenceale Jakhar | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 84. | David Kennerson | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 85. | Tomisha Mitchell | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 86. | Lacey Romero | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 87. | Herbert Simmons | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 88. | Idycias Thomas | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 89. | Leland Thomas | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 90. | Synthia Thomas | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 91. | Dora Taylor | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 92. | Anissa Frields | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 93. | Katreana Frields | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 94. | Willie West | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 95. | Eric Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 96. | Michael Tillis | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 97. | Anthony Ross | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 98. | Phillip Guillory | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 99. | Madison Guillory | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 100. | Paulette Jack | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 101. | Anita Joseph | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 102. | Anissa Frields | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 103. | Katreana Frields | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 104. | Manette Papillion | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 105. | Takisha Perry | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 106. | Alvin Pullam | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 107. | Shonika Reado | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 108. | Antoinette Robinson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 109. | Patrina Rougeau | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 110. | Stanley Rougeau Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 111. | Henry Spillman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 112. | Joyce Spillman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 113. | Thomas Taylor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 114. | Vivian Taylor | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 115. | Ron Thomas | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 116. | Parris Vital | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 117. | Alexis White | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 118. | Britany White | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 119. | JaMarcus White | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 120. | Kawana White | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 121. | Shunareka White | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |