## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Charles Slack | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 2. | Laila Andrews | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 3. | Brandi Thomas | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 4. | Jamie Washington | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Larry Mitchell | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 6. | Quincy Lindsey | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 7. | Loriel Mitchell | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 8. | Dianne Lee | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 9. | Kasonka Lee | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 10. | Kawaski Lee | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 11. | Geneva Hunter | Hunter v. Insurco, Ltd. et al | 10-02344 |
| 12. | Dayln Belvin | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 13. | Denzel Belvin | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 14. | Dayln Belvin | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 15. | Dylan Bush | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 16. | Laura Washington | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 17. | Daina Caston | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 18. | Kemore Caston | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 19. | Lavern Caston | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 20. | Charles Slack | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 21. | Marion Turk | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 22. | Deann Turk | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 23. | Elijah Turk | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 24. | Joshua Turk | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 25. | Patricia Sanders | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 26. | Jesse James | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 27. | Carol Cook | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 28. | Onzie Cook | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 29. | Terrance Robinson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 30. | Tanya Ruth | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 31. | David Sayles Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 32. | Kurtrell Wallace | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 33. | Jimmie Breshears Jr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 34. | Conner King | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 35. | Albert Williams | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 36. | Da'Juan Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 37. | Ja'Quil Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 38. | Quanica Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 39. | Stanley Franklin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 40. | Joshua Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 41. | Dezoray Spears | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 42. | James Allen Tucker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 43. | Larry Mitchell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 44. | Quincy Lindsey | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 45. | Loriel Mitchell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 46. | Gregory Dawson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 47. | Marion Turk | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 48. | Deann Turk | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 49. | Elijah Turk | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 50. | Joshua Turk | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 51. | Cornelius Jones | Celestine et al v. Vanguard Industries of Michigan, Inc. et al | 10-02304 |

| | | | |
|---|---|---|---|
| 52. | Libby Lynn Sylve | Brent et al v. Timberland RV Company et al | 09-08400 |
| 53. | Ashante' Sylve | Brent et al v. Timberland RV Company et al | 09-08400 |
| 54. | Hailey Sylve | Brent et al v. Timberland RV Company et al | 09-08400 |
| 55. | Ashley Arceneaux | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 56. | Angel Nazareth | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 57. | John Nazareth | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 58. | Libby Sylve | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 59. | Royal Brooks Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |