## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Edward Baker | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 2. | Dorothy Price | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 3. | Nelda Thomas | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 4. | Mary Vanderhoff | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 5. | Darryl White | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 6. | Delmoriya Dioxon | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 7. | Demoz Dioxon | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 8. | Debra Williams | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 9. | Henry Matherne | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 10. | Willie Williams Sr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 11. | Causey Mitchell | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 12. | Alexis Varnado | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 13. | Dijon Campbell | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 14. | Markita Weary | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 15. | Shamienka Weary | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 16. | Rockell West | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 17. | Demi Youngblood | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 18. | Diamond Youngblood | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 19. | Latoya Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 20. | Jarie Woods | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 21. | Rashad Woods | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 22. | Tycal Woods | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 23. | Ashley Cinquemano | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 24. | Wendy Mumphrey | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 25. | Georgia Mitchell | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| | | | |
|---|---|---|---|
| 26. | Delta Cheatteam | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 27. | Byron Henderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 28. | Roland Mayeux Sr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 29. | Sheron Mayeux | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 30. | Courtney Taylor | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 31. | Chariee Thomas-Gillin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 32. | Markita Weary | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 33. | Shamienka Weary | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 34. | Nicholas Wells | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 35. | Louis Thornton | Thornton v. Heartland Recreational Vehicles, LLC et al | 10-02340 |
| 36. | Jessie Myles-Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 37. | Sharde Myles | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 38. | Loleita Ordan | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 39. | Joseph Stanton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 40. | Gene Stumbo | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 41. | Gwendolyn Robertson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 42. | Diamond Robertson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 43. | Deantwain Page | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 44. | Shalon Patrick | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 45. | Vernon Patrick, Jr. | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 46. | Demonk Baham | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 47. | Willie Williams Sr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 48. | Dorothy Joseph | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 49. | Welton Lawrence Sr. | Bass et al v. KZRV, LP et al | 09-08393 |
| 50. | Phillip Randall Magee | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 51. | Tracy Magee | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| # | Name | Case | Number |
|---|---|---|---|
| 52. | Trenity L. Magee | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 53. | Henry Paul Matherne | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 54. | Kentrell Dabney Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 55. | Dennetta Matthews | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 56. | Eugene Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 57. | Sedric Stewart | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 58. | Arsenio Jeffery Turk | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 59. | Terese Marie Turk | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 60. | Lashaun Henderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 61. | Causey Mitchell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 62. | Daria Mouton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 63. | Dymen Slaughter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 64. | Alexis Varnado | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 65. | Dijon Campbell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 66. | Mark Thomas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 67. | Kenneth Verdon | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 68. | Rose Mammelli | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 69. | Kenyatta Mathieu | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 70. | Cedric McCastle Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 71. | Steve McIntyre | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 72. | Donald Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 73. | Louise Mitchell | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 74. | Theresa Mitchell | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 75. | Benny Swanagan | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 76. | Tony Mitchell | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 77. | Willie Morris Sr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 78. | Andrea D. Moss | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 79. | Christopher Green | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 80. | Valarie Taylor | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 81. | Paul Mason | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 82. | Paulette Westbrooks | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 83. | Chakena Whitmore | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 84. | Julius Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 85. | Allan Thompson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 86. | Toni Verdon | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 87. | Samuel Washington Sr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 88. | Joyce Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 89. | Summer Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 90. | Markita Weary | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 91. | Shamienka Weary | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 92. | Rockell West | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 93. | Demi Youngblood | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 94. | Diamond Youngblood | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 95. | Latoya Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 96. | Nyla Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 97. | Ta'shawn Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 98. | Jarie Woods | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 99. | Rashad Woods | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 100. | Tycal Woods | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 101. | Joseph Matherne | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 102. | Delmoriya Dioxon | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 103. | Demoz Dioxon | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 104. | Cornell Darby | Darby et al v. Keystone RV Company et al | 09-08372 |
| 105. | Jaelyn Doyle | Darby et al v. Keystone RV Company et al | 09-08372 |
| 106. | Darren Gray | Darby et al v. Keystone RV Company et al | 09-08372 |
| 107. | Darryl Gray | Darby et al v. Keystone RV Company et al | 09-08372 |
| 108. | Gaynell Mosby | Darby et al v. Keystone RV Company et al | 09-08372 |
| 109. | Alex Thompson Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 110. | Allan Thompson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 111. | Jennifer Ware-Cuevas | Darby et al v. Keystone RV Company et al | 09-08372 |
| 112. | Paulette Westbrooks | Darby et al v. Keystone RV Company et al | 09-08372 |
| 113. | Barbara Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 114. | Keturah Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 115. | Sahaheen Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 116. | Quola Magee | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 117. | Tracy Magee | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 118. | Phillip Magee | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 119. | Trenity Magee | Alexander et al v. Keystone RV Company et al | 10-02333 |