## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Davien Moore | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 2. | Selina Blanchard | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Britlyn Hargrave | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Lisa Smith | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Kelsey Smith | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Mariah Harris | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Averist Francis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 8. | Cynthia Bargeman | Mayon et al v. DS Corp. et al | 09-08388 |
| 9. | Ronasha Chargois | Mayon et al v. DS Corp. et al | 09-08388 |
| 10. | Alyssa Ceasar | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 11. | Andrea Martin | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 12. | Rayven Malbrough | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 13. | Joseph Vallean Jr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 14. | Drusallar Davis | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 15. | Ebony Davis | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 16. | JaJuan Davis | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 17. | Wayne Harvey | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 18. | D'Amaria Mason | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 19. | D'Laysia Mason | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 20. | Mary Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 21. | Jowana Jones | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 22. | Benita Batey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 23. | Joshua Batey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 24. | Tiffany Batey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 25. | Gary Batey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| # | Name | Case | Number |
|---|---|---|---|
| 26. | Aleja Jason | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 27. | Tatyana Jason | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 28. | Laken Baily | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 29. | James Brooks | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 30. | Preston Hawkins | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 31. | Howard Oliver | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 32. | Darrell Ryans Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 33. | Charmaine Johnson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 34. | Jasmine Guillory | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 35. | Raymond Young Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 36. | Alvin Rideaux | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 37. | John Stewart | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 38. | Cindy Oliver | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 39. | Brigitte Reed | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 40. | Jeremy A Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 41. | Alexis Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 42. | Eric Anderson II | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 43. | Kamin Black | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 44. | Armani Landry | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 45. | Elexis Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 46. | Rebecca Guilbeau | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 47. | Cedric Jackson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 48. | Lincoln Clark | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 49. | Dorian Jackson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 50. | Paula Jackson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 51. | Qualyn Benoit | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |

| | | | |
|---|---|---|---|
| 52. | Joseph Manuel | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 53. | Brenda Manuel | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 54. | Christopher Murphy | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 55. | Colleen Murphy | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 56. | Leneil Murphy | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 57. | Dominique Reynaud | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 58. | Keegan George | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 59. | Keiranee George | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 60. | K'Ijah George | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 61. | Rose Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 62. | Da'janae Blue | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 63. | Da'Mond Blue | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 64. | Destiny Blue | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 65. | Desmon Gray | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 66. | Dale Hawkins | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 67. | Deborah Hilliard | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 68. | Kenneth Hilliard I | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 69. | Kenneth Hilliard II | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 70. | De'Arricka S. Arceneaux | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 71. | Darrick J. Arceneaux Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 72. | Cynthia A. Bargeman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 73. | Selina Blanchard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 74. | Britlyn Payge Hargrave | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 75. | Ronasha D'Nae Chargois | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 76. | Destiny Casey | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 77. | Marion Casey | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 78. | Jacore Y. Collins | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 79. | Kayla Collins | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 80. | Marionia Collins | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 81. | Lakia Offord | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 82. | Brad Ramon | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 83. | Senima Teresa Craven | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 84. | Landon Ellis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 85. | Shauna Ellis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 86. | Charmaine R. Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 87. | Natalie Manuel | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |
| 88. | Samantha Northcutt | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |
| 89. | Stephanie Northcutt | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |
| 90. | Stephen Northcutt | Beene et al v. Liberty Homes, Inc. et al | 10-02301 |
| 91. | Tyler Gumm | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 92. | Arianna Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 93. | Jayden Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 94. | Kayla Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 95. | Jowana Jones | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 96. | D'Amaria Mason | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 97. | D'Laysia Mason | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 98. | Devonte Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 99. | Kaevin Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 100. | Keuin Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 101. | Leonard Lambert | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 102. | Frederick Mathews Jr. | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 103. | Phillip Landry | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |

| # | Name | Case | Number |
|---|---|---|---|
| 104. | Jaziah Skinner | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 105. | Davien Moore | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 106. | Nai Brent | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 107. | Navonta Brent | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 108. | Pamela Brent | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 109. | Eddie Jones Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 110. | Asjhai Levine | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 111. | Ontavia Levine | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 112. | Cody Jackson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 113. | Lisa Jackson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 114. | Darnisha Moore | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 115. | Chermaine Mosely | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 116. | Cory Mosely | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 117. | Clarence Mosely II | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 118. | Clarence Mosely III | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 119. | Donovane Reed | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 120. | Erick Reed | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 121. | Tabitha Reed | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 122. | McKenzie Barthamew | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 123. | Kaleb Singleton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 124. | Kelsey Marie Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 125. | Lisa A. Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 126. | Mariah Harris | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 127. | Kendrick James Albert | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 128. | Tasha Rosette Albert | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 129. | Raylon Gaines | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 130. | Malasia N McCarver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 131. | Boley James Tolliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 132. | James Brooks | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 133. | Diamond Doucette | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 134. | Ross Duncan | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 135. | Preston Hawkins | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 136. | Howard Oliver | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 137. | Eric Sam Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 138. | Nikki Reed | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 139. | Patricia Ryan | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 140. | Darrell Ryans Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 141. | Henry House | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 142. | Larry Miller | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 143. | Quinton Brent | Brent et al v. Timberland RV Company et al | 09-08400 |
| 144. | Carolyn Brent | Brent et al v. Timberland RV Company et al | 09-08400 |
| 145. | Shawn Brent | Brent et al v. Timberland RV Company et al | 09-08400 |
| 146. | Lisa Smith | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 147. | Kaye Johnwell | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 148. | Donald Johnwell, Sr. | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 149. | Kaci Johnwell | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 150. | Donald Johnwell, Jr. | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 151. | Katie Thompson | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 152. | Christopher Murphy | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 153. | Colleen Murphy | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 154. | Leneil Murphy | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |
| 155. | Charles Patterson | Johnwell et al v. Southern Energy Homes, Inc. et al | 09-07661 |

| | | | |
|---|---|---|---|
| 156. | Germarick Lambert | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 157. | Julius Lambert | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 158. | Justice Lambert | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 159. | Barbara Raney | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 160. | Harold Raney | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 161. | De'Arricka Arceneaux | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 162. | Darrick Arceneaux Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 163. | Henry Harrison | Darby et al v. Keystone RV Company et al | 09-08372 |
| 164. | Mary Jones | Darby et al v. Keystone RV Company et al | 09-08372 |