

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Price et al v. Gulf Stream Coach, Inc. et al*
E.D. La. Case No. 09-5357

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint.

IT IS ORDERED that the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit A) is hereby Granted.

THIS DONE the ___ day of _____, 2010, New Orleans, Louisiana.

                                   _____
                                   HONORABLE KURT ENGELHARDT
                                   UNITED STATES DISTRICT JUDGE