**Exhibit A**

| 1. | Paul Driebe | Albert et al v. Forest River, Inc. et al | 09-08374 |
|----|-------------|------------------------------------------|----------|
| 2. | Trinice Dyer | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Lair Elliott | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Charles Finch | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Toinette Walker | Hardin et al v. Thor California Inc et al | 09-08385 |
| 6. | Angela Burse | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 7. | Valerie Barnes | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Bradford Brooks | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Carolyn Carter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Leroy Clofer | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Andre Coleman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Andre Coleman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Sabrina Thompson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Jean Whitfield | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Brittany Whitfield | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Cantrell Woods | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | LaToya Dennis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Sanai Deniss | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Calvin Jacob | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Jasmine Thompson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Quintrice Thompson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Tia Thompson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Gloria Bennett | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Joan Clayton | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 25. | Kealon Williams | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| 26. | Clarence Barley Jr. | Mayon et al v. DS Corp. et al | 09-08388 |
| 27. | Angela Barley | Mayon et al v. DS Corp. et al | 09-08388 |
| 28. | Mariko Barley | Mayon et al v. DS Corp. et al | 09-08388 |
| 29. | Edna Alverez | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 30. | Julius Alverez | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 31. | Ellis Carr | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 32. | Miracle Carr | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 33. | Tami Carr | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 34. | Paul Francois | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 35. | Izish Epps Sr. | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 36. | Johnny Francois | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 37. | Marie Siener | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 38. | Jeremy Simmons | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 39. | Margaret Thompson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 40. | Johnny White | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 41. | Kendra Vason | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 42. | Terrill Vason | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 43. | Trevor Vason | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 44. | Leroy Alexander | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 45. | Deborah J. Anderson | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 46. | Gregory Thomas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 47. | Ingrid Marie Anderson | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 48. | Melinda M. Brown | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 49. | Ronika Linda Brown | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 50. | Judy Butler | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 51. | Judy Ann Butler | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |

| | | | |
|---|---|---|---|
| 52. | Hattie Christmas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 53. | Hattie G. Christmas | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 54. | Allen James Domangue | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 55. | Kerri Lorraine Elgin | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 56. | Cathy Allridge | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 57. | Jameshia Allridge | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 58. | Louise Allridge | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 59. | Candy Caine | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 60. | Sade Caine | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 61. | Jeffery Allridge | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 62. | Bruce Dave | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 63. | Joann Anderson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 64. | Jennifer Aucoin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 65. | Gianno Aucoin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 66. | Jolie Aucoin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 67. | Kandis Aucoin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 68. | Dylan Aucoin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 69. | Devon Lodriguss | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 70. | Justin Lodriguss | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 71. | Patience Pugh | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 72. | Joyce Bailey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 73. | Carolyn Banks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 74. | John Barnes | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 75. | Penny Beauford | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 76. | Louis Benitez | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 77. | Mickey Bentley | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 78. | Cheryl Bergeron | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 79. | Jalisa Keller | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 80. | Melody Billiot | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 81. | Warren Billiot | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 82. | Allison Bowens | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 83. | Karen Boykin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 84. | Yolande Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 85. | Diamond Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 86. | Davon Jackson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 87. | Mary Burton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 88. | Gloria Byrd | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 89. | Jacece Sandolph | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 90. | Jaela Sandolph | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 91. | Sabrina Causey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 92. | Samaaz Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 93. | Aaron Causey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 94. | Matthew Causey | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 95. | Michael Cheatteam | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 96. | Ivory Chopin Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 97. | Corey Chopin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 98. | Imari Chopin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 99. | Shirley Chopin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 100. | Charles Christiana | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 101. | Mildred Christiana | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 102. | Daphne Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 103. | Kueyanna Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 104. | Julia Contrenchis | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 105. | Roxanne Contrenchis | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 106. | Brenda Cotton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 107. | Gilbert Cotton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 108. | Trenisha Cotton | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 109. | Earline Craft | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 110. | Angel Griffin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 111. | Nathaniel Griffin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 112. | Ryan Griffin | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 113. | Susan Adams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 114. | Jesse Ambrose | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 115. | Albert Bernard | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 116. | Naomi Brooks | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 117. | Todd Young | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 118. | Scherita Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 119. | Carmella Crosby | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 120. | Albert Bernard | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 121. | Kelvin Burnett | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 122. | Gwendolyn Duhe | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 123. | Alzina Dunn | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 124. | Justin Siener | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 125. | Patsy Siener | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 126. | Richard Siener | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 127. | Stephen Siener | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 128. | Lillian Ann Foley | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 129. | Samuel Foley | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |

| | | |
|---|---|---|
| 130. | Ja'Vae Anderson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 131. | Ronette Bailey | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 132. | Lucille Burke | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 133. | Bridgette Dave | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 134. | Jacqueline Eursin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 135. | Jamaar Eursin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 136. | Clayton Faggin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 137. | Linda Faggin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 138. | Byron Thomas Sr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 139. | Sidney Williams Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 140. | Ciera Barnes | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 141. | Daville Barnes | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 142. | Patricia Barnes | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 143. | Shaquille Barnes | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 144. | Patricia Curtis | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 145. | Joshua Bell | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 146. | Abelina Rodriguez | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 147. | Maria Rodriguez | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 148. | Precious Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 149. | Ryheim Ross | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 150. | Randi Ruffin | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 151. | Nettie Sansom | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 152. | Rutherford Sansom Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 153. | Blaise Smothers Sr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 154. | Ernest Gordon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 155. | Jasmine Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 156. | Quintrice Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 157. | Sabrina Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 158. | Tia Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 159. | Jamel Adams | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 160. | Sheila Black | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 161. | Sheena Black | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 162. | Delaine Bush | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 163. | Gregory Bush | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 164. | Kristine Dauzat | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 165. | Mia Jackson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 166. | Brian Jackson, Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 167. | Cathy Allridge | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 168. | Jameshia Allridge | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 169. | Louise Allridge | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 170. | Candy Caine | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 171. | Sade Caine | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 172. | Jeffery Allridge | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 173. | Betty Bickham | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 174. | Cherine Brown | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 175. | Bruce Dave | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 176. | Daniel Dardar | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 177. | Patricia Dardar | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 178. | Mia Jackson | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 179. | Mia Jackson | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 180. | Brian Jackson Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 181. | Brian Jackson Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| 182. | Dale Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 183. | Lionel Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 184. | Clifford Disney | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 185. | Reginald Duncan | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 186. | Stewart Eames | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 187. | Andrea Earnest | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 188. | Ayala Expose' | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 189. | Jerolyn Expose | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 190. | Joyce Farlough | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 191. | Charles Finch | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 192. | Jacqueline Firven | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 193. | Deborah Flemings | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 194. | Anjanae Flemings | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 195. | Dabrielle Flemings | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 196. | Randall Flemings Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 197. | Devin Floyd | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 198. | Kevin Bass | Bass et al v. KZRV, LP et al | 09-08393 |
| 199. | Patrick Adams Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 200. | Linda S. Adams | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 201. | Wyiesha Alfred | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 202. | Glenn Michael Allen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 203. | Arlisa Batiste | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 204. | Mitzi Dianne Beeson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 205. | John Joseph Bernard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 206. | Howard Edward Bode III | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 207. | Howard Edward Bode Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 208. | Larry Thomas Bouie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 209. | Roy Dean Bowman Jr | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 210. | Bradford Carl Brooks | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 211. | Roosevelt Brooks | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 212. | Tommy L. Brooks | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 213. | Monroe Clark | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 214. | Peggy Nell Creel | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 215. | Pearl M.J. Darby | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 216. | LaToya K. Dennis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 217. | Randy Allen Easter | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 218. | Peggy L. Fayard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 219. | Pamela Jean Fontenot | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 220. | Ashleigh Francis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 221. | Bajai Bradford | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 222. | Shanna Clark-Garcia | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 223. | Takeia Garcia | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 224. | Oscar Garcia Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 225. | Albeyan Heidelberg | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 226. | Fred Selvage Jr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 227. | Fred Selvage Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 228. | Lakedra Selvage | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 229. | Marie B. Siener | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 230. | Justin Siener | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 231. | Patsy Siener | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 232. | Richard F. Siener | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 233. | Stephen Siener | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| 234. | Geagan Thompson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 235. | Naomi Brooks | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 236. | Jesse Ambrose | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 237. | Linda Ashley | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 238. | Albert Bernard | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 239. | Cathy Bosarge | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 240. | Gavin Hamilton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 241. | Preston Hamilton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 242. | Scherita Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 243. | Carmella Crosby | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 244. | Kristine Dauzat | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 245. | Brianna Douglas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 246. | Christina Douglas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 247. | Samantha Douglas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 248. | Elaine Foley | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 249. | Pamela Ford | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 250. | Princess Thomas | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 251. | Sherri Thomas | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 252. | Remus Bowman | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 253. | Weldon Antoine Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 254. | Glenn Brown | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 255. | Vicki Butler | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 256. | Joyce Ceaser | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 257. | Joseph Darby Jr. | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 258. | Lawrence Robertson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 259. | Gavan Robertson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |

| | | | |
|---|---|---|---|
| 260. | Jack Robertson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 261. | Mercedes Robertson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 262. | Penny Robertson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 263. | Kenya Stewart | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 264. | Toinette Walker | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 265. | Edna Alverez | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 266. | Julius Alverez | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 267. | Patricia Barnes | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 268. | Ciera Barnes | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 269. | Daville Barnes | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 270. | Shaquille Barnes | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 271. | Tyriel Battle | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 272. | Brionne R. Wright | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 273. | Carolyn Wright-Smith | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 274. | Ida Francis | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 275. | Joseph Francis | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 276. | Joseph Francis Jr. | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 277. | LaToya Dennis | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 278. | Sanai Dennis | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 279. | Calvin Jacob | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 280. | Ladell Bazley | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 281. | Sidney Bazley Jr. | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 282. | Kelvin Burnett | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 283. | Sabrina Causey | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 284. | Samaaz Brown | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 285. | Aaron Causey | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |

| 286. | Matthew Causey | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 287. | Tyriel  Battle | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 288. | Tyrone  Battle | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 289. | Kendra  Vason | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 290. | Terrill  Vason | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 291. | Trevor  Vason | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 292. | Robert Wallace | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 293. | Ashaquaye Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 294. | Willie Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 295. | Kharree Woodridge | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 296. | Nikesha Woodridge | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 297. | Clementine Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 298. | Sabrina Thompson | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 299. | Jasmine Thompson | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 300. | Quintrice Thompson | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 301. | Tia Thompson | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 302. | Carolyn Carter | Bonin et al v. TL Industries, Inc. et al | 10-02317 |
| 303. | Sadie Cook | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 304. | Milford J Smith | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 305. | Rickell Montrell Smith | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 306. | Brionne R. Wright | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 307. | Carolyn Wright-Smith | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 308. | Tiffany Beeson | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 309. | John Bernard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 310. | Howard Bode III | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 311. | Howard Bode Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| 312. | Larry Bouie | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 313. | Roy Bowman Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 314. | Roosevelt Brooks | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 315. | Tommy Brooks | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 316. | Monroe Clark | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 317. | Peggy Creel | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 318. | Pearl Darby | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 319. | Jonathan Bazley | Alexander et al v. Keystone RV Company et al | 10-02333 |
| 320. | Sidney Bazley III | Alexander et al v. Keystone RV Company et al | 10-02333 |