**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Forest River, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #, Sent ,  Received .  Registered Agent:  J.
Richard Ransel 228 W. High St.  Elkhart, IN 46516</u>



My fees are $_____ for travel and $ _____ for services, for a total of $_____.


Date: <u>9/16/2010</u>                                    _____
                                                              Server's signature

                                            _____
                                              Wynter Lee – Mass Tort Coordinator
                                                      Printed name and title


                                            _____
                                              2506 N. Port Ave. Corpus Christi, TX 78401
                                                          Server's address

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@femtrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

RE:   Service for Bernell Clements, et al. v. Forest River, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2184, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Forest River, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

Bernell Clements, et al.

| | )
| Plaintiff | )
| v. | ) Civil Action No.
| Forest River, Inc. | )
| Defendant | )

**RETURN**

**10-2184**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Aug 2 2010___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0000 6759 3663
Class: Priority Mail®
Service(s): Certified Mail™
              Return Receipt
Status: Delivered

Your item was delivered at 10:46 am on August 23, 2010 in ELKHART,
IN 46516.

Detailed Results:

• Delivered, August 23, 2010, 10:46 am, ELKHART, IN 46516
• Notice Left, August 21, 2010, 7:35 am, ELKHART, IN 46516
• Arrival at Unit, August 20, 2010, 8:59 am, ELKHART, IN 46515
• Acceptance, August 18, 2010, 1:40 pm, CORPUS CHRISTI, TX 78469

**Notification Options**

Track & Confirm by email

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )