# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free     2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Liberty Homes Inc.
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

RE:   Service for Dominica Jones, et al. v. Liberty Homes Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2263, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Liberty Homes Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Dominica Jones, et al.  )
Plaintiff  )
v.  )  Civil Action No. 10-2263
Liberty Homes Inc.  )
Defendant  )

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Liberty Homes Inc.
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0000 6759 1003**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
   **Return Receipt**
Status: **Delivered**

Your item was delivered at 1:52 pm on August 30, 2010 in CORPUS CHRISTI, TX 78401.

Detailed Results:

- **Delivered, August 30, 2010, 1:52 pm, CORPUS CHRISTI, TX 78401**
- **Undeliverable as Addressed, August 20, 2010, 8:34 am, GOSHEN, IN 46526**
- **Arrival at Unit, August 20, 2010, 7:07 am, GOSHEN, IN 46526**
- **Acceptance, August 18, 2010, 12:58 pm, CORPUS CHRISTI, TX 78469**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.
( Go > )

---

Site Map  Customer Service  Forms  Gov't Services  Careers  Privacy Policy  Terms of Use  Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

# Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Liberty Homes Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #, Sent , Received . Registered Agent: Edward J. Hussey 1101 Eisenhower Dr. North  Goshen, IN 46527</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 9/16/2010

    *Wynter Lee* (signature)
    Server's signature

    Wynter Lee – Mass Tort Coordinator
    Printed name and title

    2506 N. Port Ave. Corpus Christi, TX 78401
    Server's address