# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

RE:  Service for Gregory Spears, et al. v. Stewart Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2269, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Stewart Park Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Gregory Spears, et al.

Plaintiff

v.

Stewart Park Homes, Inc.

Defendant

Civil Action No. 10-2269

SECT.N MAG 5

RETURN

### Summons in a Civil Action

To: *(Defendant's name and address)*

Stewart Park Homes, Inc.
A. Lucas Stewart, III
1207 Sunset Blvd
Thomasville, GA 31792

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of Court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0000 6759 1126**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
         **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:06 am on August 27, 2010 in CORPUS CHRISTI, TX 78401.

Detailed Results:

- **Delivered, August 27, 2010, 11:06 am, CORPUS CHRISTI, TX 78401**
- **Acceptance, August 18, 2010, 1:31 pm, CORPUS CHRISTI, TX 78469**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.
( Go > )

---

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Stewart Park Homes, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #, Sent , Received . Registered Agent: A. Lucas Stewart, III 1207 Sunset Blvd  Thomasville, GA 31792</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

Date: <u>9/16/2010</u>

                                                                                 *[signature: Wynter Lee]*
                                                                                    Server's signature

                                                                Wynter Lee - Mass Tort Coordinator
                                                                            Printed name and title

                                                               2506 N. Port Ave. Corpus Christi, TX 78401
                                                                                 Server's address