# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

RE: Service for Jonique Brown, as Next Friend of J.B, a minor, et al. v. Patriot Homes of Texas, L.P., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2216, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Jonique Brown, as Next Friend of J.B, a minor, et al.

           Plaintiff  )
           v.  )  Civil Action No. **10-2216**
    Patriot Homes of Texas, L.P.  )
          Defendant  )  **SECT. N MAG. 5**



### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #, Sent , Received . Registered Agent:   1585 Hanover Rd. Lewistown, MT 59457</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

_____
Server's signature

<u>Wynter Lee - Mass Tort Coordinator</u>
Printed name and title

<u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
Server's address