# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482

RE: Service for Agnes Wells, et al. v. Liberty Homes Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2224, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Liberty RV & Marine, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Agnes Wells, et al.

          Plaintiff )
             v. )  Civil Action No. **10-2224**
    Liberty Homes Inc. )  **SECT.N MAG5**
         Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Liberty RV & Marine, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #, Sent , Received . Registered Agent: Wayne A. Spear 7500 NW 42 Ave Rd. Ocala, FL 34482</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 9/16/2010

                                                           *Wynter Lee*
                                                        Server's signature

                                       Wynter Lee - Mass Tort Coordinator
                                                    Printed name and title

                                       2506 N. Port Ave. Corpus Christi, TX 78401
                                                        Server's address