# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

RE: Service for Ashley Pierce, et al. v. American Camper Manufacturing, LLC d/b/a AMERI-CAMP, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2177, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to American Camper Manufacturing, LLC d/b/a AMERI-CAMP. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

**RETURN**

Ashley Pierce, et al.

           Plaintiff )
              v. )   Civil Action No. **10-2177**
American Camper Manufacturing, LLC d/b/a AMERI-CAMP )
           Defendant )

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

American Camper Manufacturing, LLC d/b/a AMERI-CAMP
Peter J. Recchio
1406 Greenleaf Blvd.
Elkhart, IN 46514

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>American Camper Manufacturing, LLC d/b/a AMERI-CAMP</u> by:

 (1) personally delivering a copy of each to the individual at this place, _____ _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other (specify) <u>Certified mail return receipt requested #, Sent , Received . Registered Agent: Peter J. Recchio 1406 Greenleaf Blvd. Elkhart, IN 46514</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 9/15/2010

*(signature)*
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address