UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | CIVIL ACTION NO.:  2:07-MD-01873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | JUDGE: |
| | * | KURT D. ENGELHARDT |
| | * | |
| | * | SECTION "N" |
| | * | |
| This Documents Pertains to | * | MAGISTRATE: |
| Eva Mead, etl al. V. Superior Homes, LLC, et al. | * | |
| USDC Eastern Dist., No.: 09-4601, Sect. "N", Mag. (5) | * | MAG: (5) |

************************************

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff's in the above-captioned matter who respectfully move this Court to dismiss all of the claims asserted in the above-captioned case against **SUPERIOR HOMES, LLC.**

**WHEREFORE,** plaintiffs pray that this Court dismiss all of the claims asserted in the above-captioned case against **SUPERIOR HOMES, LLC,** without prejudice and with each party to bear their own costs.

Respectfully Submitted:

**LAW OFFICE OF JIM S. HALL & ASSOCIATES, LLC**

BY: _____

**JIM S. HALL (#21644)**
**JOSEPH W. RAUSCH (#11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA  70001
Telephone:     (504) 832-3000
Facsimile:     (504) 832-1799

**ATTORNEY FOR:**
**PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this _____ day of December, 2010.

JOSEPH W. RAUSCH (#11394)