## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | CIVIL ACTION NO.: 2:07-MD-01873 JUDGE: KURT D. ENGELHARDT |
| | * * * | SECTION "N" |
| **This Documents Pertains to** | * | MAGISTRATE: |
| Eva Mead, etl al. V. Superior Homes, LLC, et al. | * | |
| USDC Eastern Dist., No.: 09-4601, Sect. "N", Mag. (5) | * | MAG: (5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the foregoing Unopposed Motion to Dismiss:

**IT IS HEREBY ORDERED** that all of the claims asserted herein against **SUPERIOR HOMES, LLC** are hereby dismissed without prejudice with each party to bear their own costs.

Signed this _____ day of December, 2010, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\Wanda\Local Settings\Temporary Internet Files\Content.Outlook\Q1F9EZYL\unopposed motion to dismiss - order 12 15 10 (F).wpd

1