# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

**_Via Certified Mail – Return Receipt Requested & Regular Mail_**
Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

RE:    Service for Bernell Clements, et al. v. Forest River, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2184, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |

Bechtel National, Inc
C T Corporation System
6100 Neil Road
Suite 500
Reno, NV 89511
ID#1737

PS Form 3800, August 2006

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Bernell Clements, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Forest River, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**RETURN**

# 10-2184
## SECT. N MAG. 5

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
6100 Neil Road Suite 500
Reno, NV 89511

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Aug 2 2010

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X C Rowley   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

C Bowler   8/26/10

1. Article Addre

CTCO100* 895111033 1110 01 08/24/10
NOTIFY SENDER OF NEW ADDRESS
CT CORPORATION
311 S DIVISION ST
CARSON CITY NV 89703-4202

Bechtel
C T Co
6100 N
Suite 5
Reno, N
ID#1737

D. Is delivery address different from item 1?   ☐ Yes

☐ Insured Mail   ☐ C.O.D.

andise

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0000 6759 3700

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0000 6759 3700
Class: **Priority Mail**®
Service(s): **Certified Mail**™
          **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:09 am on August 26, 2010 in CARSON CITY, NV 89703.

Detailed Results:

- **Delivered, August 26, 2010, 11:09 am, CARSON CITY, NV 89703**
- **Arrival at Unit, August 20, 2010, 6:31 am, RENO, NV 89511**
- **Acceptance, August 18, 2010, 1:39 pm, CORPUS CHRISTI, TX 78469**

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Copyright© 2010 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100780000067593700, Sent , Received
8/26/2010. Registered Agent: C T Corporation System 311 S. Division St. Carson City, NV 89703
-4202</u>


My fees are $_____ for travel and $ _____ for services, for a total of $_____.


Date:  <u>9/16/2010</u>

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
_____
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
_____
Server's address