## Exhibit A

| #   | Name | Case | Number |
|-----|------|------|--------|
| 1.  | Jeannette Melton     | Bailey et al v. Cavalier Home Builders, LLC et al      | 10-02338 |
| 2.  | Terrell Hardwell     | Bailey et al v. Cavalier Home Builders, LLC et al      | 10-02338 |
| 3.  | Trinesha Melton      | Bailey et al v. Cavalier Home Builders, LLC et al      | 10-02338 |
| 4.  | Molly Mulhern        | Bailey et al v. Cavalier Home Builders, LLC et al      | 10-02338 |
| 5.  | Patrick Mulhern      | Bailey et al v. Cavalier Home Builders, LLC et al      | 10-02338 |
| 6.  | Jaden Jennings       | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 7.  | Jaela Lee            | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 8.  | Monique Lee          | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 9.  | Rakeia Lee           | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 10. | Dianne Abadie        | Abadie et al v. Gulf Stream Coach, Inc. et al          | 09-08000 |
| 11. | Natale Locascio      | Abadie et al v. Gulf Stream Coach, Inc. et al          | 09-08000 |
| 12. | Wardell Ard          | Abadie et al v. Gulf Stream Coach, Inc. et al          | 09-08000 |
| 13. | James Thompson III   | Cuevas et al v. Cavalier Home Builders, LLC et al      | 09-08362 |
| 14. | Anthony Butler       | Albert et al v. Forest River, Inc. et al               | 10-02336 |
| 15. | Mary Butler          | Albert et al v. Forest River, Inc. et al               | 10-02336 |
| 16. | Betty Landry         | Albert et al v. Forest River, Inc. et al               | 10-02336 |
| 17. | Lauren Landry        | Albert et al v. Forest River, Inc. et al               | 10-02336 |
| 18. | Benjamin Anderson    | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 19. | Sarah Anderson       | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 20. | James Crain Jr.      | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 21. | Sandy Gavin          | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 22. | Jeannette Melton     | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 23. | Trinesha Melton      | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 24. | Terrell Hardwell     | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |
| 25. | Patrick Mulhern      | Alexander et al v. Gulf Stream Coach, Inc. et al       | 10-02335 |

| | | | |
|---|---|---|---|
| 26. | Molly Mulhern | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 27. | Catherine Osborne | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 28. | Donte Greene | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 29. | Melaya Rayford | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 30. | Melissa Rayford | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 31. | Melony Rayford | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 32. | Melvin Rayford | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 33. | Melvin Rayford Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 34. | Alfred Cousin | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 35. | Cheryl Gavin | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 36. | LaToya Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 37. | Monique Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 38. | Christopher Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 39. | Jakyle Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 40. | Emani Ruffin | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-08361 |
| 41. | Emile Ruffin | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-08361 |
| 42. | Kriste Ruffin | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-08361 |
| 43. | Ronald Eugene | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 44. | Elijiah Benett | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 45. | Eric Bennett III | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 46. | Sheena Masters | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 47. | Fred Riley | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 48. | Benjamin Anderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 49. | Sarah Anderson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 50. | Rickelle Rayford | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 51. | James Thompson III | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 52. | Kriste Ruffin | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 53. | Emani Ruffin | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 54. | Emile Ruffin | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 55. | Quadrick Holmes | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 56. | Larry Locascio | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 57. | Wardell Ard | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 58. | Kayla Curley | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 59. | Chandra Eugene | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 60. | LaToya Holmes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 61. | Christopher Holmes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 62. | Jakyle Holmes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 63. | Monique Holmes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 64. | Quadrick Holmes | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 65. | Zahier Eugene | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 66. | Roy Birdsong Jr. | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 67. | Christopher Birdsong | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 68. | Roy Birdsong III | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 69. | Roseann Daroca | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 70. | Dinetrea Louis | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 71. | Leonard Peart | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 72. | Cameron Blocker | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 73. | Elia Blocker | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 74. | Donte Greene | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 75. | Savannah Greene | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 76. | Roseann Daroca | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 77. | Dinetrea Louis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

78. Leonard Peart	Anderson et al v American International Specialty Lines Ins. Co. et al	10-02342