## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Johnathan Fontenot Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Frederick Lewis | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 3. | Sheila Broussard | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Elton Moore Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Brittany Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Jaylin Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Kithen Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Shaundrica Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Shannon D'Bell Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Seleste GoBert | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | D'Tizhana Landry | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Malijah Lewis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Jonathan Sonnier | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Virginia Brignac | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 15. | Mamie Brignac | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 16. | Mary Brignac | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 17. | Presium Gene | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 18. | Alexis Anderson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 19. | Felicia Anderson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Renaldo Anderson Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Felisa Francis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Keoni Francis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Malik Francis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | D'Asia Barber | Mayon et al v. DS Corp. et al | 09-08388 |
| 25. | Deborah Matjan | Mayon et al v. DS Corp. et al | 09-08388 |

| | | | |
|---|---|---|---|
| 26. | Theresa Barrett | Mayon et al v. DS Corp. et al | 09-08388 |
| 27. | Kristen Medeiros | Mayon et al v. DS Corp. et al | 09-08388 |
| 28. | Harold Roberson | Mayon et al v. DS Corp. et al | 09-08388 |
| 29. | Tiffany Adams | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 30. | Francine Galentine | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 31. | James Bowlin | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 32. | Ryan Bowlin | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 33. | Travis Davis | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 34. | Paul Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 35. | Delise Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 36. | Felicia Bartie | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 37. | J'myrick Banks | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 38. | Daryl Bigelow | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 39. | Daryl Bigelow Jr. | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 40. | Denise Bigelow | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 41. | Malcolm Bigelow | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 42. | Theresa Barrett | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 43. | Travis Davis | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 44. | Michael LeBlanc | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | Morris Williams Sr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | Paedra Andrus | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Bailey Andrus | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Tara Bartie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Jerrica Bartie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Alexis Malone | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Keyonta Malone | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Demetric Brailey Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 53. | Dianna Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 54. | Terry Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 55. | Marshadee Bushnell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Adrianna Simmons | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 57. | John Captain | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | April Carter | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Tyra Chargois-Bartie | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Keondria Gray | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 61. | Joshua Ashworth | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 62. | Irene Bellard | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 63. | Helen Galentino | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Taunja Gene | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 65. | Melasia McCarver | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 66. | Howard Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Nicole Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Johnathan Fontenot, Jr. | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 69. | Jasmine Bigelow | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 70. | Keiwanna Bigelow | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 71. | Joshua Arceneaux | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 72. | Brianna Robinson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 73. | Gerald Bargeman | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 74. | Angeline Bartie | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 75. | Justin Bellard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 76. | Malian Dorman | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 77. | Timmie Epps | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |

| | | | |
|---|---|---|---|
| 78. | Delise Gauthier | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 79. | Presium Gene | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | David Guerra | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Jalen Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Lisa Jefferson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Lance Lewis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Elton Meche Jr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Elaine Pichon | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 86. | Courtney Alfred | Alfred et al v. Horton Homes, Inc. et al | 10-02339 |
| 87. | David Palmer | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 88. | Tena Pete | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 89. | Phillip W. Simon Sr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 90. | Lorraine Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | DeAnte J. Morton | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 92. | Precious Jewel Morton | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 93. | Jamond R. Polk | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 94. | Jamod Polk Jr. | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 95. | Kizzy Marie Morton | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 96. | Brittany Duhon | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 97. | Calvin Peco Jr. | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 98. | Artholia Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 99. | Desmond Bellow | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 100. | Samira Scott | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 101. | Donald Charles | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 102. | Karen Charles | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 103. | Xavier Charles | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |

| | | | |
|---|---|---|---|
| 104. | Albertha Garrett | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 105. | Ladarian Green | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 106. | Lanndin Green | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 107. | Sasha Green | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 108. | K'Mohne Young | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 109. | Ambreya Darmond | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 110. | Alfred Doucette Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 111. | William Edwards | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 112. | Eugene Bargeman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 113. | Theresa Conway Barrett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 114. | Katrina Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 115. | Tara R. Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 116. | Tina Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 117. | James Bowlin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 118. | Adrianna Simmons | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 119. | Trayvon Bailey | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 120. | Karissa Captain | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 121. | Kendrick Captain | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 122. | Dedrick Cunningham | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 123. | Charles Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 124. | Jeffery Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 125. | Jennifer M. Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 126. | Jessica M. Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 127. | Linda Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 128. | Michelle M. Celestine | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 129. | Dedrick Cunningham | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 130. | Eugene V. Fontenot | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 131. | Felisa Francis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 132. | Sharon Griffin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 133. | Lillie Andrews | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 134. | Evelyn Bellard | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 135. | Larry Bellard | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 136. | Patrick Breaux | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 137. | Annetta Clayton | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 138. | Isiah Clayton | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 139. | Victoria Griffin | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 140. | Mitchell Sapp | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 141. | Sandra Jones | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 142. | Jovanta Harrison | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 143. | Roxane Harrison | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 144. | Kizzy Morton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 145. | Kizzy Morton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 146. | DeAnte Morton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 147. | Precious Morton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 148. | Jamond Polk | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 149. | Jamod Polk, Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 150. | Charles Mitchell | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 151. | Ezola Nash | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 152. | Edward O'Quain | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 153. | Braxton Wishart | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 154. | Clinton Wishart | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 155. | Dillon Wishart | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 156. | Donald Pitre | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 157. | William Charles Sterling | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 158. | Clifford Bargeman | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 159. | Irma Bargeman | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 160. | Irene Bellard | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 161. | Kyleisha Cook | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 162. | Shontrella Cook | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 163. | Adrian Cook | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 164. | Helen Galentino | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 165. | Taunja Gene | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 166. | Jadous Guillory | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 167. | Rebecca Cipriano | Cincore et al v. OAK CREEK HOMES, LP et al | 10-02303 |
| 168. | Betty Celestine | Celestine et al v. Vanguard Industries of Michigan, Inc. et al | 10-02304 |
| 169. | Helen Doise | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 170. | Justin Laughlin | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 171. | Carolyn Morris | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 172. | Dorothy Biddle | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 173. | Caleb Orphy | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 174. | Dorian Biddle | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 175. | Johnny Biddle | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 176. | Lillie Biddle | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 177. | Belinda Cox | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 178. | D'Asia Barber | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 179. | Deborah Matjan | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 180. | Marshadee Bushnell | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 181. | Karissa Captain | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |

| # | Name | Case | Number |
|---|---|---|---|
| 182. | Krevin Guidry | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 183. | Danielle Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 184. | Belinda Cox | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 185. | Gwendolyn Bellard | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 186. | Sabrina Bellard | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 187. | Jermaine Glodd | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 188. | Candice Green | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 189. | Jallesa Green | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 190. | Lorita Green | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 191. | D'Shonda Jones | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 192. | Brandon Bargeman | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 193. | Lucindy Bargeman | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 194. | Stacy Bargeman | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 195. | Jerrica Bartie | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 196. | Alexis Malone | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 197. | Keyonta Malone | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 198. | Kemonta Celestine | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 199. | Neosha Celestine | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 200. | Teosha Celestine | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 201. | Daleonte Pullam | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 202. | Ebony Fontenot | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 203. | Kiyami Thomas | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 204. | Saisha Thomas | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 205. | Elnora Guillory | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 206. | Keoni Francis | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 207. | Malik Francis | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |

| | | | |
|---|---|---|---|
| 208. | Jackie Weston | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 209. | Danielle Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 210. | Collin Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 211. | Dafford Wilson Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 212. | Melasia McCarver | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 213. | Howard Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 214. | Nicole Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 215. | Temeka Harmon | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 216. | Virginia Brignac | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 217. | Mamie Brignac | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 218. | Mary Brignac | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 219. | Michael Fourcha | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 220. | Miracle Fourcha | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 221. | Kimberly Golightly | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 222. | Courtney Alfred | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 223. | John A. Benoit Sr. | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 224. | Aaron Gentry | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 225. | Adyiah Gentry | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 226. | Collin Gentry | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 227. | Malik Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 228. | Marquis Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 229. | Maria Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 230. | Mary Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 231. | Brinda Fobbs | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 232. | Dawn Fobbs | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 233. | Wade Francis | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |

| | | | |
|---|---|---|---|
| 234. | Brandon Bargeman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 235. | Lucindy Bargeman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 236. | Stacy Bargeman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 237. | Jerrica Bartie | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 238. | Alexis Malone | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 239. | Keyonta Malone | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 240. | Ashley Broussard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 241. | Trayvon Bailey | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 242. | Kendrick Captain | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 243. | Karissa Captain | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 244. | Dedrick Cunningham | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 245. | Charles Celestine | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 246. | Kemonta Celestine | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 247. | Neosha Celestine | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 248. | Teosha Celestine | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 249. | Daleonte Pullam | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 250. | Rebecca Celestine | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 251. | Jermaine Smith Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 252. | Meosha Smith | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 253. | Mykeisha Smith | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 254. | Sharmaine Smith | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 255. | Dedrick Cunningham | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 256. | Brandon Dicks | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 257. | Edna Docette | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 258. | Timmie Epps | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 259. | Ebony Fontenot | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 260. | Keoni Francis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 261. | Malik Francis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 262. | Kiyami Thomas | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 263. | Saisha Thomas | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 264. | Elnora Guillory | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 265. | Jerome Guillory | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 266. | Kathy Vital | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 267. | Amar Evans | Darby et al v. Keystone RV Company et al | 09-08372 |
| 268. | Lamar Evans | Darby et al v. Keystone RV Company et al | 09-08372 |
| 269. | Adam Foreman | Darby et al v. Keystone RV Company et al | 09-08372 |
| 270. | Samuel Hayes Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 271. | Karen Hayes | Darby et al v. Keystone RV Company et al | 09-08372 |