# Exhibit A

| | | | |
|---|---|---|---|
| 1. | Clarence Davis III | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Angela Davis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Clarence Scott | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Rodney Diggs | Benoit et al v. Timberland RV Company et al | 10-02322 |
| 5. | Jennifer Kelly | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 6. | Zoria Foster | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 7. | Thomas Hayes | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 8. | Taima Hayes | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 9. | Janaya Hawkins | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 10. | Ronald Thomas | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 11. | Ronald Thomas | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 12. | Simone Thomas | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 13. | Taylor Thomas | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 14. | Sean Autman | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Ernest Coston | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Charmaine Gaines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Arthurnisha Gaines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Eroger Gaines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | My'cal Gaines | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | Thomas Irza | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Eddie McKenzie | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Floyd Moon Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Rodney Robinson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Jennifer Romich | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 25. | Wyatt Romich | Albert et al v. Forest River, Inc. et al | 09-08374 |

| | | | |
|---|---|---|---|
| 26. | Alvin Smith | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 27. | Paula Smith | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 28. | Zhane Reddick | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 29. | Carey Stepter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 30. | Paul Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 31. | Stacy Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 32. | Alvin Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 33. | Jamar Washington | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 34. | James Washington | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 35. | Linda Washington | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 36. | Derrick Williams | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 37. | Gen'tel Allen | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 38. | Golden Allen | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 39. | Gerald Brundy | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 40. | Patricia Smith | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 41. | Shanuja Grimes | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 42. | Anna Mae Barnes | Henderson et al v. Sun Valley, Inc. et al | 09-08394 |
| 43. | Kendell Williams | Mayon et al v. DS Corp. et al | 09-08388 |
| 44. | Larry Evans | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 45. | Montrell Martin | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 46. | Likiva Moore | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 47. | Marshall Moore | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 48. | Shonal Moore | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 49. | Shrontrell L Moore | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 50. | Kim Jacobs | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 51. | Tonisha Jacobs | Celius et al v. Insurco, Ltd. et al | 09-08380 |

| | | | |
|---|---|---|---|
| 52. | Jazmyne Kelly | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 53. | Keshawn Kelly | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 54. | Mary Kelly | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 55. | Sarelius Lathers | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 56. | Edward McKinney | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 57. | Michael Overmeyer | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 58. | Barbara Washington | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 59. | Elaine Rush | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 60. | Janaya Hawkins | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 61. | Ja'Mia Hines | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 62. | Darrell Williams Jr. | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 63. | Eric Fobbs | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 64. | Terrence Williams | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 65. | Judith Hutton | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 66. | Timothy Oliver | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 67. | Brielle Angelety | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 68. | Yasmin Angelety | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 69. | Yonica Peterson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 70. | Mildred Porter | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 71. | Cynthia Taylor | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 72. | Willie Tenner | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 73. | Gen'tel Allen | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 74. | Golden Allen | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 75. | Shanuja Grimes | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 76. | Daphne Brooks | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 77. | Frank Williams | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 78. | Troy Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 79. | Juanika Collins | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 80. | Betty Donatto | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 81. | James Lewis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 82. | Trina McKinney | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 83. | Walter Miles | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 84. | Corey Patterson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 85. | Allen Prouty | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 86. | April Smith | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 87. | Rosa Lee Tobias | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 88. | Edward Washington | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 89. | Louis White Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 90. | Peter Bridges Jr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 91. | Jazmyne Kelly | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 92. | Keshawn Kelly | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 93. | Mary Kelly Mary Kelly | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 94. | Sarelius Lathers | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 95. | Michael Overmeyer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 96. | Cynthia Williams | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 97. | Jabarie Williams | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 98. | Jawain Williams | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 99. | Christopher Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 100. | Kyron Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 101. | Karistian Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 102. | Charles Hillard Sr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 103. | Delores Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| | | | |
|---|---|---|---|
| 104. | Jonay Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 105. | Jonay Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 106. | Marha Holmes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 107. | Peter M. Bridges Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 108. | Brielle Angelety | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 109. | Yasmin Angelety | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 110. | Yonica Peterson | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 111. | Barbara McKine | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 112. | Joycelyn Robinson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 113. | Jonquell Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 114. | Monquell Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 115. | Shalisha Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 116. | Shaqreisha Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 117. | Sunday Ross | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 118. | Curtis Westbrook | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 119. | Floyd S. Moon Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 120. | Bianca Dejanae Oliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 121. | Kelvin James Oliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 122. | Tonya Kotina Oliver | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 123. | Gina Bonita Swift | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 124. | Stacy Lolita Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 125. | Diane N. Thompson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 126. | Jarvin Buggage | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 127. | Jeremy Buggage | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 128. | Justin Buggage | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 129. | Kenyatta Buggage | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |

| # | Name | Case | Number |
|---|---|---|---|
| 130. | Cornelius Jones Jr. | Celestine et al v. Vanguard Industries of Michigan, Inc. et al | 10-02304 |
| 131. | Cedric Roger | Celestine et al v. Vanguard Industries of Michigan, Inc. et al | 10-02304 |
| 132. | Herman Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 133. | Thomas Jones Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 134. | Albert Mercadel | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 135. | Gloria Richardson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 136. | Donald Wells | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 137. | Larry Woods | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 138. | Alvin Thomas | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 139. | Darryl Edwards | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 140. | Joyce James | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 141. | Adella Brown | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 142. | Genesis Brown | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 143. | Isiah Brown | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 144. | Lakendra Brown | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 145. | Zechariah Brown | Hankton et al v. Southern Energy Homes, Inc. et al | 09-07663 |
| 146. | Addie Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 147. | Connie Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 148. | Gregory Nogess | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 149. | Arneshia Basquine | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 150. | Arnold Greene | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 151. | Roy Lee | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 152. | Paulette S. Edward | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 153. | Cynthia Marie Haynes | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 154. | LeRoy Richardson III | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 155. | George Hilton | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |

| # | Name | Case | Number |
|---|---|---|---|
| 156. | Roy Hilton | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 157. | Miranda Payne | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 158. | Edison Smith | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 159. | Johnny Alvin Thomas | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 160. | Nadjah Garrison | Darby et al v. Keystone RV Company et al | 09-08372 |
| 161. | Thomas Jones Jr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 162. | Charlette McGee | Darby et al v. Keystone RV Company et al | 09-08372 |
| 163. | Bianca Oliver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 164. | Robert Randall | Darby et al v. Keystone RV Company et al | 09-08372 |
| 165. | Richard Randall | Darby et al v. Keystone RV Company et al | 09-08372 |
| 166. | Terecita Randall | Darby et al v. Keystone RV Company et al | 09-08372 |
| 167. | George Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 168. | Dell (D) Scott | Darby et al v. Keystone RV Company et al | 09-08372 |
| 169. | Ronnell Scott | Darby et al v. Keystone RV Company et al | 09-08372 |
| 170. | Bragemon Smothers | Darby et al v. Keystone RV Company et al | 09-08372 |
| 171. | Alvin Thomas | Darby et al v. Keystone RV Company et al | 09-08372 |
| 172. | Stacy Thomas | Darby et al v. Keystone RV Company et al | 09-08372 |
| 173. | James White | Darby et al v. Keystone RV Company et al | 09-08372 |
| 174. | Casey Scott | Darby et al v. Keystone RV Company et al | 09-08372 |
| 175. | Joanette Williams | Darby et al v. Keystone RV Company et al | 09-08372 |
| 176. | Kelvin Oliver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 177. | Tonya Oliver | Darby et al v. Keystone RV Company et al | 09-08372 |
| 178. | Isiah Smothers | Alexander et al v. Keystone RV Company et al | 10-02333 |