## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Aaliyah Richardson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Herman Brown | Hardin et al v. Thor California Inc et al | 09-08385 |
| 3. | Tamika Davis | Turner et al v. Sunline Acquisition Company Ltd. et al | 09-08382 |
| 4. | Verna Davis | Turner et al v. Sunline Acquisition Company Ltd. et al | 09-08382 |
| 5. | Bertha Charleston | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 6. | Henry Bentel IV | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Kathleen Carbo | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Carey Carter | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Rose D'Aunoy | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Deborah Fox | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Latasha Green | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Deborah Holmes | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Terry Hurst | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Troy Jacobs | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Corey Hurst | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | Amika Perkins | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 17. | Willie Cuevas | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 18. | Wayne Gayden | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 19. | Velvette Graber | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 20. | Willie Guy | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Constance Holden | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 22. | Tonisha Moore | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 23. | Danielle Taylor | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 24. | Trevor Taylor | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 25. | Rowena Leggins | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |

| | | | |
|---|---|---|---|
| 26. | Celina Pierce | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 27. | Deirdra Clark | Clark et al v. Travelers Property Casualty Company of America TIL et al | 10-02343 |
| 28. | Aaron Dunn | Mayon et al v. DS Corp. et al | 09-08388 |
| 29. | Eneel Green | Mayon et al v. DS Corp. et al | 09-08388 |
| 30. | Georzett Bowman | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 31. | Ha'Juan Bowman | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 32. | Ky'Lil Wilson | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 33. | Louis Hargrove | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 34. | Robert Dixson | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 35. | Floyd Holden Jr. | Alexander et al v. DS Corp. et al | 10-02328 |
| 36. | Essie Charles | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 37. | Darlene Cooper | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 38. | Calvin Hamilton | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 39. | Sarah Richmond | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 40. | Deborah Harbor | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 41. | Shantell M. Bush | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 42. | Donnie W. Haywood | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 43. | Barbara Barnes | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 44. | Ronald Bauer | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 45. | Lora Buckler | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 46. | Robin Buckler | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Loriell Ellis | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Quandell Bunch | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Daja Bunch | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Quentin Bunch | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Walter Burns | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Jovan Ross | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 53. | Debrah Calloway | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 54. | Richard T. Carbo Jr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 55. | Jayden Chopin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Monique Chopin | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 57. | Tomeika Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | Maylois Conerly-Bacot | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Erica Conner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Alaysia Conner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 61. | Ashanti Conner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 62. | Mark Conner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 63. | Enjoli Cuevas | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Ricky Brown Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 65. | Geneva Brown | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 66. | Kenneth Cooper Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Belinda Davis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Shedrick Davis | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 69. | Joseph Ferdinand | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 70. | Michael Greenberry | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 71. | Angela Harbison | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 72. | Alvin Hayes Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 73. | Debora Jeanmarie | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 74. | Christopher Labert | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 75. | Charlie Lee Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 76. | Damien Dillon | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 77. | Bryan Callaway | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| | | | |
|---|---|---|---|
| 78. | David Sims | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 79. | Ilena Bernard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Leon Bernard | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Amika Perkins | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Geneva Brown | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Willie Cuevas | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Wayne Gayden | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Earnest Dixon Sr. | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 86. | Jourdan Ferdinand | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 87. | Tina Francois | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 88. | Robernique Francois | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 89. | Bonnie Gianakis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 90. | Nicholas Gianakis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 91. | Alvin Graber | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 92. | Allen Hall | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 93. | Denise Hall | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 94. | Nidia Hill | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 95. | Sophie Smith | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 96. | Dorothy Watson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 97. | Denise Flut | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 98. | Adela Ruiz | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 99. | Brandon McCue | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 100. | Diedra Peterson-McCue | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 101. | Karen Rotondi | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 102. | Mary Sawyer | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 103. | Patricia Scuderi | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| # | Name | Case | Number |
|---|---|---|---|
| 104. | Burnell Stewart | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 105. | Tina Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 106. | Carl Brown Sr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 107. | Carl Brown Jr. | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 108. | Marlene Brown | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 109. | Marvin Doleman | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 110. | Lorne Duncan | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 111. | Alice Marie Clark | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 112. | Kenneth Bryant | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 113. | Betty Harrison | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 114. | Jerica Clark | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 115. | Connie Holmes | Clark et al v. TL Industries, Inc. et al | 09-08373 |
| 116. | Yolanda Stubbs | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 117. | Rhonda Weary | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 118. | Jesse Dardar | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 119. | Rose D'Aunoy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 120. | Celestine Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 121. | Tonisha Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 122. | Dalton Day | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 123. | Dalton Stone | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 124. | Crystal Durosseau | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 125. | Harris Farlough | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 126. | Sherry Favis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 127. | Patricia Fobbs | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 128. | Nicole Giles | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 129. | Erin Giles | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |

| # | Name | Case | Number |
|---|------|------|--------|
| 130. | Essence Giles | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 131. | Terrance Giles Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 132. | Robert Goudy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 133. | Dameion Greenberry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 134. | John Green | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 135. | Corlee Guidry | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 136. | Naraca Guillard | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 137. | Leroy Hargrave Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 138. | Chasady Hargrave | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 139. | Nathaniel Hargrave | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 140. | Bernadette Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 141. | Tina Hartman | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 142. | Tammy Hill | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 143. | Timothy Hill | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 144. | Relester Marie Cain | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 145. | Richard T. Carbo Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 146. | Johnnie Chatman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 147. | Frank Coleman Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 148. | Sharon Coleman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 149. | Sonthia Coleman | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 150. | Malik Cook | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 151. | Norman J. Cook | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 152. | E'Niya Cowart | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 153. | O'Marian Cowart | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 154. | Betty Daniels-Cowart | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 155. | Denise Flut | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |

| | | | |
|---|---|---|---|
| 156. | Cherelle Hall | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 157. | Calvin Hamilton | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 158. | Denise J Junior Henry | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 159. | Tanesha Kawanna Hill | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 160. | Ty'Anna Peters | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 161. | Quenton Peters Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 162. | Nathaniel Flowers | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 163. | Derrick L. Holmes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 164. | D'Ruan Holmes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 165. | Lucy Denise Holmes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 166. | Donald M. Horn | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 167. | Marlene Hughes | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 168. | Keener L. Humphrey | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 169. | Albert A. Jarrell | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 170. | David Aufrecht | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 171. | Charissa Gagliano | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 172. | Elnathan Thornton | Crowell et al v. Lakeside Park Homes, Inc. et al | 10-02331 |
| 173. | Darlene Antoine | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 174. | Charles Butler Jr. | Allen et al v. American International Specialty Lines Ins. Co. et al | 10-02302 |
| 175. | Isabell Cook | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 176. | Dekotha Devall | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 177. | Alvin Cole, Jr. | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 178. | Nancy Ann Rivers | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 179. | Thomas Earl Saylor | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 180. | Shirley Mae Selvage | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 181. | Ricky Brown Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 182. | Geneva Brown | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 183. | Randell Calloway | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 184. | Steven Carter | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 185. | Kenneth Cooper Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 186. | Alan Copping | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 187. | Enjoli Cuevas | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 188. | Belinda Davis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 189. | Shedrick Davis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 190. | Earl Dorsey | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 191. | Don Dufrene | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 192. | Joseph Ferdinand | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 193. | Ma'Likiara Hatcher | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 194. | Betty Fox | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 195. | Brianna Francis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 196. | Elizabeth Francis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 197. | Nanette Francis | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 198. | Nicole Garnett | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 199. | Emma Hartley | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 200. | Tyrone Hartley | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 201. | Alvin Hayes Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 202. | Melvin Holmes Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 203. | Lucy Holmes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 204. | Debora Jeanmarie | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 205. | Charlie Lee Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 206. | Damoz Folse | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 207. | Sharda Folse | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| # | Name | Case | Number |
|---|---|---|---|
| 208. | Honesty Polly | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 209. | Gareyonta Sharper | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 210. | Leslie Sharper | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 211. | Joyce Cincore | Cincore et al v. Oak Creek Homes, L.P. et al | 10-02303 |
| 212. | Yolanda Gibson | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 213. | Mallory Morgan | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 214. | Matthew Morgan | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 215. | Dulice Howard | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 216. | La' Wonisha Howard | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 217. | Dwayne Jacobs | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 218. | Jermaine Jacobs | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 219. | Elmo Humphrey III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 220. | David Aufrecht | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 221. | Charissa Gagliano | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 222. | Dorothy E Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 223. | Julia Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 224. | Tanisha Jones | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 225. | Jada Watts | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 226. | De'Shawnia Tircuit | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 227. | Milton (ROE) Lundy | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 228. | Marian Madison | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 229. | Michael McKinney | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 230. | Charles Broome III | Brent et al v. Timberland RV Company et al | 09-08400 |
| 231. | Lisa Rena Broome | Brent et al v. Timberland RV Company et al | 09-08400 |
| 232. | Albert Fletcher | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 233. | Derrick Fletcher | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |

| # | Name | Case | Number |
|---|---|---|---|
| 234. | Ricky Fletcher | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 235. | Chelsea Wilson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 236. | Ann Warren | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 237. | Jayshonda T. White | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 238. | Ann Deloris Warren | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 239. | Chelsea Ann Wilson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 240. | Tori Daniels | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 241. | Akita Collins | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 242. | Murphy Noel | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 243. | Tatyana Noel | Bazley et al v. Arch Specialty Insurance Company et al | 10-02307 |
| 244. | Shelinda Gray | Gray v. Northwood Manufacturing, Inc. et al | 09-08397 |
| 245. | Tyrique Gray | Gray v. Northwood Manufacturing, Inc. et al | 09-08397 |
| 246. | Yolanda Dozier | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 247. | Norman Cook | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 248. | Malik Cook | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 249. | Samantha Elliott | Cook et al v. Starcraft RV, Inc. et al | 10-02314 |
| 250. | James Acy | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 251. | Martin Watkins Sr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 252. | David Wren | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 253. | Everline Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 254. | Joseph Coleman | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 255. | Vera Palmer | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 256. | Kenyatta Allen | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 257. | Micah Palmer | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 258. | Yolanda Stubbs | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 259. | Walter Cook Jr. | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |

| | | | |
|---|---|---|---|
| 260. | Sandra Dumas | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 261. | Terry Hurst | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 262. | Corey Hurst | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 263. | Johnnie Chatman | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 264. | Charles Chick | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 265. | Frank Coleman Jr. | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 266. | E'Niya Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 267. | O'Marian Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 268. | Betty Daniels-Cowart | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 269. | Lawrence Falgout | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 270. | Joyce Brown | Darby et al v. Keystone RV Company et al | 09-08372 |
| 271. | Janeeka Ingram | Darby et al v. Keystone RV Company et al | 09-08372 |
| 272. | Jantrell Johnson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 273. | Samantha Elliott | Alexander et al v. Keystone RV Company et al | 10-02333 |