## Exhibit A

| # | Name | Case | Number |
|---|------|------|--------|
| 1. | Johnathan Fontenot Sr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Boun Pheng Inthavong | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 3. | Andy Inthavong | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 4. | Raffy Inthavong | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 5. | Vilay Phone Inthavong | Burse et al v. Starcraft RV, Inc. et al | 09-08396 |
| 6. | Arthur Lewis Jr. | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 7. | Arthur Lewis | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 8. | Dora Lewis | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 9. | Eudora Lewis | Charleston et al v. River Birch Homes, Inc. et al | 09-08392 |
| 10. | Shalonda Captain | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Javion Garrett | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Dania Horton | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Gilda Jones | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Jamie Jones | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Courtney Landry | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 16. | William Lewis Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 17. | Mary Lewis | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 18. | Darlene Richmond | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 19. | Jennifer White | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 20. | John C. White | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 21. | Laura White | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 22. | Shawna White | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 23. | Beverly LeDay | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 24. | Davyn Gardner | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 25. | Claudette Mayon | Mayon et al v. DS Corp. et al | 09-08388 |

| | | | |
|---|---|---|---|
| 26. | Rachel Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 27. | Jessica Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 28. | Mona Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 29. | Zachary Gauthier | Ambo et al v. CMH Manufacturing, Inc. et al | 09-07662 |
| 30. | Brad Thibodeaux | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 31. | Tina Bacon | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 32. | Jeremiah Butler | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 33. | Taranisha Griffin | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 34. | Terianna Griffin | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 35. | Debra A. Jones | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 36. | George Leonard Sealy | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 37. | Clark Butler | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 38. | Dwight Butler | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 39. | Destony Guidry | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 40. | Darrien Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 41. | D'Marrick Guillory | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 42. | Derrick Guillory Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 43. | Anika Nelson | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 44. | Lisa Williams | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 45. | Morris Williams Jr. | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 46. | Anothony Winn | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 47. | Dennis Bennett | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Latineua Bertrand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 49. | Brittany Bertrand | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 50. | Willie Blue Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 51. | Jacqueline Bonner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 52. | Austin Bonner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 53. | Dakota Bonner | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 54. | Myra Brouchet | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 55. | Jalisa Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 56. | Shayla Captville-Payne | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 57. | Adrian Cooks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 58. | Kyleisha Cooks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 59. | Shontellra Cooks | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 60. | Andrea Mckinley | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 61. | D'Andre Mckinley | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 62. | Clarelda Williams | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 63. | William Cannon | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Shirley Olivier | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 65. | Shikira Shavers | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 66. | Ema Tezeno | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 67. | Winnifred Villery | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 68. | Carlette Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 69. | Florence Sylvester | Sylvester et al v. Alliance Homes, Inc. et al | 09-08390 |
| 70. | Kayla Captain | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 71. | Kaleb Fontenot | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 72. | Randy Fontenot | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 73. | Laura Herbert | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 74. | Beverly Leday | Albert et al v. Forest River, Inc. et al | 10-02336 |
| 75. | Johnathan Fontenot, Sr. | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 76. | Nicholas Perrodin | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |
| 77. | Nickia Frazier | Angelin et al v. Giles Industries, Inc. et al | 09-07660 |

| | | | |
|---|---|---|---|
| 78. | Trinity Fontenot | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 79. | Nevaeh Fontenot | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Hollis Jackson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Shirley Olivier | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Ron Prudhomme | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Davyn Gardner | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Peggy Toby | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Gwaine Luno | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 86. | Victor Martzall | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 87. | Paula Terry | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 88. | Rose Palmer | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 89. | Irvin Pete | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 90. | Suzanne Ponthieux | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 91. | Patricia Riley | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 92. | Jameka Rougeau | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 93. | Charlotte Savant | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 94. | Betty Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 95. | Brenda Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 96. | Valarie Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 97. | Lois Stevens | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 98. | William Stevens | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 99. | Nakeydra Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 100. | Sherman Callaway | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 101. | Dillan Duhon | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 102. | Yurgeodsur Belcher | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |
| 103. | Jerry Jackson | James et al v. Travelers Property Casualty Company of America TIL et al | 09-08379 |

| # | Name | Case | Number |
|---|------|------|--------|
| 104. | Lisa Landry | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 105. | Rachele Plaster | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 106. | Sheilda Weston | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 107. | Chad Arabie | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 108. | Savannah Arabie | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 109. | Shirley Arabie | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 110. | Dakota Barber | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 111. | Mistee Campbell | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 112. | Michael J. Schwoerer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 113. | Konnie Young | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 114. | Kimberly Dantley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 115. | Charlene Dantley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 116. | Keeyanna Dantley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 117. | Michael Dantley | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 118. | Debbie East | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 119. | Norman East | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 120. | Charlie Fontenot | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 121. | John Guillory | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 122. | James Guynes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 123. | Amor Handy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 124. | Margaret Hayes | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 125. | Paul Hebert | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 126. | Tammy Hebert | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 127. | DaLaiah L. Lazaro | Bass et al v. KZRV, LP et al | 09-08393 |
| 128. | Dwayne Lazaro | Bass et al v. KZRV, LP et al | 09-08393 |
| 129. | Dwayne Lazaro | Bass et al v. KZRV, LP et al | 09-08393 |

| # | Name | Case | Number |
|---|------|------|--------|
| 130. | Jamie Rochelle Alfred | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 131. | Reaonna Alfred | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 132. | Renee Alfred | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 133. | Alaira Brown | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 134. | Ledonna Brown | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 135. | Skyler Brown | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 136. | Esther Bush | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 137. | Marquesha L. Bush | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 138. | Antoinette RBush | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 139. | Raegan Mott | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 140. | Rogers J. Desormeaux | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 141. | Justin Dunagan | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 142. | Michelle Dunagan | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 143. | Javion O. Garrett | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 144. | James Clayton Greer | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 145. | Tisha Greer | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 146. | Trenton Pirtle | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 147. | Victoria Wilt | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 148. | Amor Shamel Handy | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 149. | Anthony G Harvey | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 150. | James L. Howard | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 151. | Demonta Brighac | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 152. | Dekenya Y Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 153. | Kevin Johnson | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 154. | Dorothy Martzall | Crowell et al v. Lakeside Park Homes, Inc. et al | 10-02331 |
| 155. | Donna Guillory | Guillory et al v. Lexington Homes, Inc. et al | 10-02330 |

| | | | |
|---|---|---|---|
| 156. | David Guillory Jr. | Guillory et al v. Lexington Homes, Inc. et al | 10-02330 |
| 157. | Austin Bonner | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 158. | Dakota Bonner | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 159. | Jacqueline Bonner | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 160. | Darius Green | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 161. | Dynesha Green | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 162. | Keisha Green | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 163. | Jaqueline B. Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 164. | Raymond Jack | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 165. | Courien Miller | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 166. | Courtney Miller | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 167. | Laila Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 168. | Nyla Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 169. | Raymond Stewart | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 170. | Kelis Davis | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 171. | Keele Vital | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 172. | Keyshawn Vital | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 173. | Shatara Vital | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 174. | Chris Golightly | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 175. | Sheila Harrison | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 176. | Darrell LeBlanc | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 177. | Darrellmon Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 178. | Jaylon Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 179. | Jennifer Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 180. | Gilda M. Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 181. | Jamie L. Jones | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| # | Name | Case | Number |
|---|---|---|---|
| 182. | Benjamin Frank LeBouef | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 183. | Bryan LeBouef | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 184. | Reginald LeBouef | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 185. | Mary J. Lewis | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 186. | Marie A. Manego | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 187. | Cynthia Bonffine | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 188. | Bobby Bonffine III | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 189. | Amanda Denise Marshall | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 190. | Claudette Marie Mayon | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 191. | Leshia Moss | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 192. | Alisha A. Nicholson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 193. | Marquette S. Nicholson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 194. | Danielle Nunnery | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 195. | Amanda O'Quian | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 196. | Frank Price | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 197. | Ron Steven Prudhomme | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 198. | Isaac Remo | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 199. | Marylon B. Remo | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 200. | Jacoby Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 201. | Dedrick Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 202. | Donovan Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 203. | Mary Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 204. | Tekesa Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 205. | Urania Richmond | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 206. | Johnathan I. Ruffin | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 207. | William Cannon | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 208. | Melena Miles | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 209. | Phillip Ned Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 210. | Shirley Olivier | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 211. | Lashawn Peco | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 212. | Shikira Shavers | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 213. | Clifton Sims Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 214. | Ema Tezeno | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 215. | Cameron Victorian | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 216. | Claudtaja Brown | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 217. | Nathaniel Johnson Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 218. | Natara Johnson | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 219. | Nathaniel Johnson III | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 220. | Shirley Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 221. | Shirley Landry | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 222. | Darrell LeBlanc | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 223. | Dianne Lewis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 224. | Michele Martell | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 225. | Bessie Medlow | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 226. | Faye Medlow | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 227. | Evelyn Milburn | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 228. | Leshia Moss | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 229. | Chantell Brumfield | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 230. | Mario Hoover | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 231. | Vicki Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 232. | Mistee Campbell | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 233. | Michelle Guidry | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |

| # | Name | Case | Number |
|---|---|---|---|
| 234. | Danyel Rigmaeden | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 235. | D'Juan Rigmaeden | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 236. | Claudette Mayon | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 237. | Marqusha Bush | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 238. | Leslie O'Quain | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 239. | Mack McCain | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 240. | Steven Tilley | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 241. | Vicki Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 242. | Joseph Willis Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 243. | Dafford Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 244. | Edward Wimberly | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 245. | Olivia Wimberly | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 246. | Carlette Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 247. | Larry Patterson | Brignac et al v. Stewart Park Homes, Inc. et al | 10-02315 |
| 248. | Tamber Marie Williams | Williams et al v. Liberty Homes, Inc. et al | 09-08403 |
| 249. | Wanda Randle-Henry | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 250. | Lisa Strahan | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 251. | Betty Thomas | Randle-Henry et al v. Horton Homes, Inc. et al | 09-08371 |
| 252. | Gwaine Luno | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 253. | Tressa Ryan | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 254. | Esther Bush | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 255. | Marquesha Bush | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 256. | Antoinette Bush | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 257. | Raegan Mott | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 258. | Rogers J. Desormeaux | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 259. | Michael Lowe | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |

| | | | |
|---|---|---|---|
| 260. | Courien Miller | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 261. | Courtney Miller | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 262. | Laila Young | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 263. | Nyla Young | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 264. | Brittany Guidry | Darby et al v. Keystone RV Company et al | 09-08372 |
| 265. | Yurgeodsur Belcher | Darby et al v. Keystone RV Company et al | 09-08372 |
| 266. | Jerry Jackson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 267. | Brenda Wright | Darby et al v. Keystone RV Company et al | 09-08372 |
| 268. | David Wright | Darby et al v. Keystone RV Company et al | 09-08372 |