UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION: N (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

*********************************************************************

### ORDER GRANTING COLONY NATIONAL INSURANCE COMPANY'S EX PARTE MOTION TO SUPPLEMENT ITS MEMORANDUM IN OPPOSITION TO "PLAINTIFFS' MOTION TO ENJOIN CONFLICTING COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA THAT INTERFERE WITH THIS COURT'S CONTINUING JURISDICTION OVER THIS LITIGATION"

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Colony National Insurance Company's Ex Parte Motion for Leave to Supplement its Memorandum in Opposition to Plaintiffs' Motion to Enjoin Conflicting Court Proceedings in Elkhart County, Indiana that Interfere with This Court's Continuing Jurisdiction Over This Litigation is hereby GRANTED.

New Orleans, Louisiana, this 20th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE