UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COLONY NATIONAL INSURANCE COMPANY'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO "PLAINTIFFS' MOTION TO ENJOIN CONFLICTINGCOURT PROCEEDINGS IN ELKHART COUNTY, INDIANA THAT INTERFERE WITH THIS COURT'SCONTINUING JURISDICTION OVER THIS LITIGATION"**

**MAY IT PLEASE THE COURT:**

On November 29, 2010, the Judicial Panel on Multidistrict Litigation ("JPML") issued the Order attached as Exhibit "A," denying transfer of an insurance coverage case pending in the Southern District of Florida to the Chinese Drywall MDL pending in this District before Judge Fallon. This latest decision follows earlier decisions of the JPML that refused to send insurance coverage declaratory judgment actions to the Chinese Drywall MDL, and withdrew the one insurance coverage case it had earlier sent.

It is only common sense that if such coverage case should not be transferred to the MDL, the Court should not enjoin its prosecution in its forum court.

                Respectfully submitted,

Of Counsel:

| | |
|---|---|
| Sutterfield and Webb, L.L.C. | /s/ James R. Sutterfield |
| | James R. Sutterfield, T.A. #12597 |
| | jsutterfield@swslaw.com |
| | 650 Poydras Street, Suite 2715 |
| | New Orleans, Louisiana 70130 |
| | Telephone:     (504) 598-2715 |
| | Facsimile:      (504) 529-7197 |

Of Counsel:

| | |
|---|---|
| Gramovot & Takacs, P.L. | /s/ Larry I. Gramovot |
| | Larry I. Gramovot |
| | 1400 Village Square Blvd., No. 3-405 |
| | Tallahassee, Florida 32312-1231 |
| | Telephone: (850) 325-1914 |
| | Facsimile: (850) 866-386-6321 |

**COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2010, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ James R. Sutterfield