UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **CIVIL ACTION NO.: 2:07-MD-01873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **JUDGE:** |
| | * | **KURT D. ENGELHARDT** |
| | * | |
| | * | **SECTION "N"** |
| | * | |
| **This Documents Pertains to** | * | **MAGISTRATE:** |
| Eva Mead, etl al. V. Superior Homes, LLC, et al. | * | |
| USDC Eastern Dist., No.: 09-4601, Sect. "N", Mag. (5) | * | **MAG: (5)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the foregoing Unopposed Motion to Dismiss:

**IT IS HEREBY ORDERED** that all of the claims asserted herein against **SUPERIOR HOMES, LLC** are hereby dismissed without prejudice with each party to bear their own costs.

Signed this ____21st____ day of December, 2010, in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT JUDGE