UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3630 | | * | |
| *Van Parker vs. Coachmen Industries, Inc. Et al.* | | * * | JUDGE ENGELHARDT |
| | | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiffs in the above-captioned matter; that on December 8, 2010, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint for Damages in the above captioned matter, properly addressed, to defendant, The United States of America. through U.S. Attorney General, Eric H. Holder, Jr., Esq., 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and First Supplemental and Amending Complaint for Damages has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

CANDICE C. SIRMON, ESQ.

Sworn to and subscribed
before me, this ___ day of
December, 2010.

CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>The United States of America<br>Through the United States Attorney General,<br>Honorable Eric Holder<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>DEC 06 2010<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 1683 8574 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540