# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

In Re: FEMA Trailer Formaldehyde
Products Liability Litigation                      )
               Plaintiff               )
                    v.                   )    Civil Action No. 07-1873
                                       )
               Defendant         )    Relates to: Civil Action No. 09-4448
                                                 Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc., et al.

## Summons in a Civil Action

To: *(Defendant's name and address)*

    The United States of America, Department of Justice
    through U.S. Attorney General, Honorable Eric Holder
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

A lawsuit has been filed against you.

    Within **60** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Hugh P. Lambert, Esq.
        Lambert & Nelson, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                           **Loretta G. Whyte**
                                                                      Name of clerk of court

Date:    **Oct 08 2010**                                                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address