AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

In Re: FEMA Trailer Formaldehyde
Products Liability Litigation )
        Plaintiff )
        v. ) Civil Action No. 07-1873
)
        Defendant ) Relates to: Civil Action No. 09-4455
) Bridget Scott, et al. vs. Lakeside Park Homes, Inc., et al.

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    The United States of America, Department of Justice
    through U.S. Attorney General, Honorable Eric Holder
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Hugh P. Lambert, Esq.
        Lambert & Nelson, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Oct 08 2010__

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                           Server's signature

                                                                          Printed name and title

                                                                          Server's address