UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Davis et al v. Crum & Forster Specialty Insurance Company et al*
No. 10-2443

JURY DEMANDED

### PLAINTIFF RASHANNA JASMINE ON BEHALF OF D.J.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, Rashanna Jasmine on behalf of D.J., who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against Defendants, Crum & Forster Specialty Insurance Company, Sentry Insurance a Mutual Company, Shaw Environmental, Inc., and the United State of America through the Federal Emergency Management Agency, in the Complaint previously filed in these proceedings on August 2, 2010, Case No. 10-cv-2443, as this Plaintiff was erroneously added twice to Exhibit "A" (Plaintiff #7) which lists all Plaintiffs included in the Complaint and was filed with the Complaint. Plaintiff's dismissal of this duplicate claim will not affect her claim as Plaintiff #6.

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street

P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland