# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free　　　　　　2506 N. Port Avenue　　　　　　Mikal C. Watts, P.C.
info@fematrailerlitigation.com　　Corpus Christi, TX 78401　　　Robert Hilliard, L.L.P.

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
R-Vision, Inc.
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

RE: Service for Elica Allen, as Next Friend of I.A, a minor, et al. v. R-Vision, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2201, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to R-Vision, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Elica Allen, as Next Friend of I.A, a minor, et al.
)
Plaintiff )
v. ) Civil Action No. 10-2201
R-Vision, Inc. )
Defendant )

SECT. N MAG 5

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*

R-Vision, Inc.
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   8/23/10

1. Article Addressed to:

R-Vision, Inc.
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

ID#1756

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

   Fema Amend Service
   7/28/2010

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7010 0290 0003 1092 6165

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>R-Vision, Inc.</u> by:

   (1) personally delivering a copy of each to the individual at this place, _____
_____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other (specify) <u>Certified mail return receipt requested #70100290000310926165, Sent , Received 8/23/2010. Registered Agent: Michael Pangburn 606 Nelson's Parkway Wakarusa, IN 46573</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

                                                     */s/ Wynter Lee*
                                                     Server's signature

                               Wynter Lee - Mass Tort Coordinator
                                              Printed name and title

                               2506 N. Port Ave. Corpus Christi, TX 78401
                                                    Server's address