# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGLEHARDT |
| | * | |
| *CASE NO.: 2:09-CV-3722* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |
| *    *    *    *    *    *   | * | |

---

## COLONY NATIONAL INSURANCE COMPANY'S ANSWER AND DEFENSES TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES

---

Defendant, Colony National Insurance Company ("Colony"), pursuant to Pre-Trial No. 36, answers and asserts the following defenses[1] to the Plaintiffs' Second Amended Complaint for Damages (Rec. Doc. 17716), as follows:

### 1.

The allegations of paragraph 1 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

---

[1] Pursuant to the Court's Pre-Trial Order No. 36, this answer "…shall constitute an answer in each action now pending or subsequently added to this proceeding." See Rec. Doc. 1386, p. 4.

2.

The allegations of paragraph 2 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

3.

The allegations contained in paragraph 3 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in paragraph 4 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations of paragraph 5 of Plaintiffs' Second Amended Complaint for Damages are admitted.

6.

The allegations contained in paragraph 6 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 6 are denied for lack of sufficient information to justify a belief therein.

7.

The allegations contained in paragraph 7 of Plaintiffs' Second Amended Complaint for

Damages are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 7 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations contained in paragraph 8 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony admits the jurisdictional requirements of this Court are satisfied.

9.

The allegations contained in paragraph 9 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 9 are denied.

10.

The allegations contained in paragraph 10 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 10 are denied.

11.

The allegations contained in paragraph 11 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 11 are denied.

12.

The allegations contained in paragraph 12 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the

extent a response is required, Colony denies the allegations of paragraph 12 for lack of sufficient information to justify a belief therein.

13.

The allegations contained in paragraph 13 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony denies the allegations of paragraph 13 for lack of sufficient information to justify a belief therein.

14.

The allegations contained in paragraph 14 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, the allegations contained in paragraph 14 are denied.

15.

The allegations contained in paragraph 15 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony denies the allegations of paragraph 15 for lack of sufficient information to justify a belief therein.

16.

The allegations contained in paragraph 16 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony denies that venue is proper as to those plaintiffs not residing in the State of Louisiana at the time the alleged "injury" was sustained.

17.

The allegations contained in paragraph 17 of Plaintiffs' Second Amended Complaint for

Damages are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in paragraph 18 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in paragraph 19 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

20.

The allegations contained in paragraph 20 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

21.

The allegations contained in paragraph 21 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

22.

The allegations contained in paragraph 22 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

23.

To allegations contained in paragraphs 23 of Plaintiffs' Second Amended Complaint for Damages are denied.

24.

The allegations contained in paragraph 24 of Plaintiffs' Second Amended Complaint for Damages are denied.

25.

The allegations contained in paragraph 25 of Plaintiffs' Second Amended Complaint for Damages are denied.

26.

The allegations contained in paragraph 26 of Plaintiffs' Second Amended Complaint for Damages are denied.

27.

The allegations contained in paragraph 27 of Plaintiffs' Second Amended Complaint for Damages are denied.

28.

The allegations contained in paragraph 28 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

29.

The allegations contained in paragraph 29 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; thus no response is required of Colony.  However, to the extent a response is required, Colony submits that 24 C.F.R.§3280.309 is its own best evidence.

30.

The allegations contained in paragraph 30 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

31.

The allegations contained in paragraph 31 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in paragraph 32 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony submits that 24 C.F.R. §3280.308 is its own best evidence.

33.

The allegations contained in paragraph 33 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony submits that 44 C.F.R. §206.110(e) is its own best evidence.

34.

The allegations contained in paragraph 34 of Plaintiffs' Second Amended Complaint for Damages are denied.

35.

The allegations contained in paragraph 35 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  However, to the extent a response is required, Colony submits that 42 U.S.C. §  4121, et seq; Public Law 93-288, Title IV, § 408 (1988); and 42 U.S.C.A. §5174 are their own best evidence.

36.

The allegations contained in paragraph 36 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

37.

The allegations contained in paragraph 37 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

38.

The allegations contained in paragraph 38 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

39.

The allegations contained in paragraph 39 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

40.

The allegations contained in paragraph 40 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

41.

The allegations contained in paragraph 41 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

42.

The allegations contained in paragraph 42 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

43.

The allegations contained in paragraph 43 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

44.

The allegations contained in paragraph 44 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

45.

The allegations contained in paragraph 45 of Plaintiffs' Second Amended Complaint for

Damages are not addressed to Colony and thus no response is required of Colony.

46.

The allegations contained in paragraph 46 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

47.

The allegations contained in paragraph 47 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

48.

The allegations contained in paragraph 48 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

49.

The allegations contained in paragraph 49 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

50.

The allegations contained in paragraph 50 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

51.

The allegations contained in paragraph 51 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

52.

The allegations contained in paragraph 52 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

53.

The allegations contained in paragraph 53 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

54.

The allegations contained in paragraph 54 of Plaintiffs Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

55.

The allegations contained in paragraph 55 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

56.

The allegations contained in paragraph 56 of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

57.

The allegations contained in paragraph 57 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

58.

The allegations contained in paragraph 58 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

59.

The allegations contained in paragraph 59 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

60.

The allegations contained in paragraph 60 of Plaintiffs' Second Amended Complaint for

Damages are denied for lack of sufficient information to justify a belief therein.

61.

The allegations contained in paragraph 60 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

62.

The allegations contained in paragraph 62 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

63.

The allegations contained in paragraph 63 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

64.

The allegations contained in paragraph 64 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

65.

The allegations contained in paragraph 65 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

66.

The allegations contained in paragraph 66 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

67.

The allegations contained in paragraph 67 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

68.

The allegations contained in paragraph 68 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

69.

The allegations contained in paragraph 69 of Plaintiffs Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

70.

The allegations contained in paragraph 70 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

71.

The allegations contained in paragraph 71 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

72.

The allegations contained in paragraph 72 of Plaintiffs' Second Amended Complaint for Damages are denied as written.

73.

The allegations contained in paragraph 73 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

74.

The allegations contained in paragraph 74 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

75.

The allegations contained in paragraph 75 of Plaintiffs' Second Amended Complaint for

Damages are denied for lack of sufficient information to justify a belief therein.

76.

The allegations contained in paragraph 76 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

77.

The allegations contained in paragraph 77 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

78.

The allegations contained in paragraph 78 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

79.

The allegations contained in paragraph 79 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

80.

The allegations contained in paragraph 80 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

81.

The allegations contained in paragraph 81 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

82.

The allegations contained in paragraph 82 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

83.

The allegations contained in paragraph 83 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.   Further, the allegations contained in paragraph 83 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 83 are denied for lack of sufficient information to justify a belief therein.

84.

The allegations contained in paragraph 84 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.   Further, the allegations contained in paragraph 84 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 84 are denied for lack of sufficient information to justify a belief therein.

85.

The allegations contained in paragraph 85 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.   Further, the allegations contained in paragraph 85 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 85 are denied for lack of sufficient information to justify a belief therein.

86.

The allegations contained in paragraph 86 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.   Further, the allegations contained in paragraph 86 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph

86 are denied for lack of sufficient information to justify a belief therein.

87.

The allegations contained in paragraph 87 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  Further, the allegations contained in paragraph 87 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 87 are denied for lack of sufficient information to justify a belief therein.

88.

The allegations contained in paragraph 88 of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony.  Further, the allegations contained in paragraph 88 are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 88 are denied for lack of sufficient information to justify a belief therein.

97. [sic]

The allegations contained in paragraph 97 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusion; therefore, no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 97 [sic] are denied for lack of sufficient information to justify a belief therein.  (Plaintiffs' Second Amended Complaint for Damages does not contain paragraphs 89 through 96.  For the sake of clarity, Colony shall number its responses to match those contained in Plaintiffs' Second Amended Complaint for Damages.)

98. [sic]

The allegations contained in paragraph 98 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. However, to the extent a response is required, the allegations of paragraph 98 [sic] are denied for lack of sufficient information to justify a belief therein.

99. [sic]

The allegations contained in paragraph 99 [sic] of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

100. [sic]

The allegations contained in paragraph 100 [sic] of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

101. [sic]

The allegations contained in paragraph 101 [sic] of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

102. [sic]

The allegations contained in paragraph 102 [sic] of Plaintiffs' Second Amended Complaint for Damages are denied.

103. [sic]

In response to the allegations contained in paragraph 103 [sic] of Plaintiffs' Second Amended Complaint for Damages, Colony re-avers and re-asserts its answers and defenses contained in paragraph numbers 1-102 [sic] set forth above, as if copied herein, *in extenso*.

104. [sic]

The allegations contained in paragraph 104 [sic] of Plaintiffs' Second Amended

Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 104 [sic] are not addressed to Colony and thus no response is required of Colony.

## 105. [sic]

The allegations contained in paragraph 105 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 105 [sic] are not addressed to Colony and thus no response is required of Colony.

## 106. [sic]

The allegations contained in paragraph 106 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 106 [sic] are not addressed to Colony and thus no response is required of Colony.

## 107. [sic]

The allegations contained in paragraph 107 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 107 [sic] are not addressed to Colony and thus no response is required of Colony.

## 108. [sic]

The allegations contained in paragraph 108 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 108 [sic] are not addressed to Colony and thus no response is required of Colony.

109. [sic]

The allegations contained in paragraph 109 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 109 [sic] are not addressed to Colony and thus no response is required of Colony.

110. [sic]

In response to the allegations contained in paragraph 110 [sic] of Plaintiffs' Second Amended Complaint for Damages, Colony re-avers and re-asserts its answers and defenses contained in paragraph numbers 1-109 [sic] set forth above, as if copied herein, *in extenso.*

111. [sic]

The allegations contained in paragraph 111 [sic] of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony.

112. [sic]

The allegations contained in paragraph 112 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 112 [sic] are not addressed to Colony and thus no response is required of Colony.

113. [sic]

The allegations contained in paragraph 113 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 113 [sic] are not addressed to Colony and thus no response is required of Colony.

114. [sic]

The allegations contained in paragraph 114 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 114 [sic] are not addressed to Colony and thus no response is required of Colony.

115. [sic]

The allegations contained in paragraph 115 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 115 [sic] are not addressed to Colony and thus no response is required of Colony.

116. [sic]

The allegations contained in paragraph 116 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 116 [sic] are not addressed to Colony and thus no response is required of Colony.

117. [sic]

The allegations contained in paragraph 117 [sic] of Plaintiffs' Second Amended Complaint for Damages are legal conclusions; therefore, no response is required of Colony. However, to the extent a response is required, the allegations of paragraph 117 [sic] are denied. Further answering, the Louisiana Direct Action Statute has no applicability to the claims of any and all plaintiffs occupying housing units in states other than Louisiana.

118. [sic]

The allegations contained in paragraph 118 [sic] of Plaintiffs' Second Amended

Complaint for Damages are legal conclusions; therefore, no response is required of Colony. Further, the allegations contained in paragraph 118 [sic] are not addressed to Colony and thus no response is required of Colony.  However, to the extent a response is required, the allegations of paragraph 118 [sic] are denied for lack of sufficient information to justify a belief therein.

119. [sic]

The allegations contained in paragraph 119 [sic] of Plaintiffs' Second Amended Complaint for Damages are not addressed to Colony and thus no response is required of Colony. However, to the extent a response is required, the allegations of paragraph 119 [sic] are denied for lack of sufficient information to justify a belief therein.

The allegations contained in the "WHEREFORE" Paragraph of Plaintiffs' Second Amended Complaint for Damages do not require a response on the part of Colony.  However, to the extent that an answer is required, Colony submits that Plaintiffs are not entitled to the relief requested.  Moreover, Colony re-avers and re-asserts its answers contained in all paragraphs set forth above, as if copied herein, *in extenso*.

**ADDITIONAL MOTIONS AND AFFIRMATIVE DEFENSES**

Now further answering, Colony respectfully pleads herein, *in extenso*, any and all affirmative defenses and motions which were previously plead by it in Rec. Doc. 18699 of this matter.

**WHEREFORE,** Colony respectfully prays that the above Answer and Defenses to the Second Amended Complaint for Damages be deemed good and sufficient and that after due proceedings are had, there be judgment rendered in favor of Colony against Plaintiffs, dismissing their claims and requests for damages at their cost and with prejudice and that Colony be awarded all other general, special and equitable relief as the nature of this case may permit and all costs of these proceedings.

20

Respectfully submitted,


  /s/ JAMES R. SUTTERFIELD
James R. Sutterfield, T.A. (La. Bar No. 12597)
jsutterfield@swslaw.com
Candace R. LeBlanc (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:      (504) 598-2715
Facsimile:      (504)529-7197


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 21st day of December, 2010, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ JAMES R. SUTTERFIELD