# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Superior Homes, LLC
Bernard, Cassisa, Elliott & Davis
PO Box 55490 1615 Metairie Road,
Metairie, LA 70055

RE:  Service for Massie Womack, et al. v. Superior Homes, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2181, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Superior Homes, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Massie Womack, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 10-2181 |
| Superior Homes, LLC ) | |
| Defendant ) | SECT. N MAG. 5 |

**RETURN**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Superior Homes, LLC
Bernard, Cassisa, Elliott & Davis
PO Box 55490 1615 Metairie Road,
Metairie, LA 70055

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of Court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  L. Muller   ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>L. Mullen    8-30-10 |
| 1. Article Addressed to:<br><br>Superior Homes, LLC<br>Bernard, Cassisa, Elliott & Davis<br>PO Box 55490<br>1615 Metairie Road,<br>Metairie, LA 70055<br>ID#1763 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Fema Amend Service<br>7/28/2010<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0290 0003 1092 3942 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Superior Homes, LLC</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000310923942, Sent , Received 8/20/2010. Registered Agent: Bernard, Cassisa, Elliott & Davis PO Box 55490 1615 Metairie Road, Metairie, LA 70055</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 9/16/2010

                                                                      *Wynter Lee*
                                                                    Server's signature

                                             Wynter Lee - Mass Tort Coordinator
                                                        Printed name and title

                                         2506 N. Port Ave. Corpus Christi, TX 78401
                                                           Server's address