# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

RE:    Service for Sibbonai Williams, et al. v. Homes of Merit, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in
Cause No. 10-2212, in the USDC Eastern District of Louisiana. This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Travelers Property Casualty
Company of America TIL. Your signature on the Return Receipt serves as your proof of
service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### USDC Eastern District of Louisiana

Sibbonai Williams, et al.

|                          |     |
|--------------------------|-----|
| Plaintiff                | )   |
| v.                       | )   |
| Homes of Merit, Inc.     | )   |
| Defendant                | )   |

Civil Action No. **10-2212**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Travelers Property Casualty Company of America TIL
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

     Within  _20_  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:   Aug 2 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Travelers Property Casualty Company o
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

ID#1774

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *[signature]*   ☐ Agent   ☑ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
**Kiyana Patton**

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Fema Amend Service
7/28/2010

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   7010 0780 0000 6759 0563

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

 **UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0000 6759 0563
Class: **Priority Mail**®
Service(s): **Certified Mail**™
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:27 am on August 20, 2010 in BATON ROUGE, LA 70809.

Detailed Results:

- **Delivered, August 20, 2010, 11:27 am, BATON ROUGE, LA 70809**
- **Acceptance, August 18, 2010, 11:37 am, CORPUS CHRISTI, TX 78469**

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( *Go* > )

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |

( *Go* > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Travelers Property Casualty Company of America TIL</u> by:

     (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

     (4) returning the summons unexecuted to the court clerk on _____ ; or

     (5) other (specify) <u>Certified mail return receipt requested #70100780000067590563, Sent , Received 8/20/2010. Registered Agent:  Louisiana Secretary of State 8585 Archives Avenue  Baton Rouge, LA 70809</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

                                 _____
                                      Server's signature

                         Wynter Lee - Mass Tort Coordinator
                              Printed name and title

                      2506 N. Port Ave. Corpus Christi, TX 78401
                                  Server's address