UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Berndt, et al v. Dutch Housing, Inc., et al, E.D.La. No. 10-3723
   Berndt, et al v. Dutch Housing, Inc., et al, E.D.La. No. 10-3746

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of plaintiffs' claims in the above-captioned cases against Dutch Housing, Inc. d/b/a Champion Home Builders Co. are hereby dismissed without prejudice, reserving all rights of plaintiffs against all other parties.

**Signed this**  21st  **day of**  December , 20 10 **in New Orleans, Louisiana.**

_____
**JUDGE**