# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free                2506 N. Port Avenue                Mikal C. Watts, P.C.
info@fematrailerlitigation.com        Corpus Christi, TX 78401           Robert Hilliard, L.L.P.

August 16, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
TL Industries, Inc.
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

RE:   Service for Trang Nguyen, as Next Friend of K.N, a minor, et al. v. TL
      Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in
Cause No. 10-2187, in the USDC Eastern District of Louisiana. This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to TL Industries, Inc.. Your signature
on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Eastern District of Louisiana

Trang Nguyen, as Next Friend of K.N, a minor, et al.

| | |
|---|---|
| Plaintiff | ) |
| v. | ) |
| TL Industries, Inc. | ) |
| Defendant | ) |

Civil Action No. **10-2187**

**SECT. N MAG. 5**

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*

TL Industries, Inc.
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

A lawsuit has been filed against you.

        Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte
Name of Clerk of court

Date:    Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TL Industries, Inc.
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

ID#1765

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _VA Greenlee_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

VA GREENLEE   8-20

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Fema Amend Service
7/28/2010

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0290 0003 1092 4031

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>TL Industries, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000310924031, Sent , Received</u>
<u>8/20/2010.  Registered Agent:  Rebecca Butler Power 221 W. Lexington Ave.  Elkhart, IN 46516</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

                                                                     Server's signature

                                 Wynter Lee - Mass Tort Coordinator
                                          Printed name and title

                              2506 N. Port Ave. Corpus Christi, TX 78401
                                          Server's address