# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Oak Creek Homes, Inc.
Texas Secretary of State
2450 South Shore Boulevard Ste. 300
League City, TX 77573

RE:     Service for Sheryl Landry, as Next Friend of D.L, a minor, et al. v. Oak Creek
        Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on August 2, 2010 in
Cause No. 10-2326, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Oak Creek Homes, Inc.. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
## USDC Eastern District of Louisiana

Sheryl Landry, as Next Friend of D.L, a minor, et al.

|  |
|---|
| Plaintiff |
| v. |
| Oak Creek Homes, Inc. |
| Defendant |

)
)
)
)
)

Civil Action No. **10-2326**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Oak Creek Homes, Inc.
Texas Secretary of State
2450 South Shore Boulevard Ste. 300
League City, TX 77573

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:     Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oak Creek Homes, Inc.
Texas Secretary of State
2450 South Shore Boulevard
Ste. 300
League City, TX 77573
ID#1849

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _D. Graham_  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)  G GRAHAM  C. Date of Delivery  8/19/10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Fema Amend Service
7/28/2010

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7010 0780 0000 6759 1423

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Oak Creek Homes, Inc.</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____ _____ _____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

      (4) returning the summons unexecuted to the court clerk on _____ ; or

      (5) other (specify) <u>Certified mail return receipt requested #70100780000067591423, Sent , Received 8/19/2010.  Registered Agent:  Texas Secretary of State 2450 South Shore Boulevard Ste. 300 League City, TX 77573</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>9/16/2010</u>

                                    _____
                                          Server's signature

                          Wynter Lee - Mass Tort Coordinator
                                     Printed name and title

                        2506 N. Port Ave. Corpus Christi, TX 78401
                                         Server's address