# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free     2506 N. Port Avenue     Mikal C. Watts, P.C.
info@fematrailerlitigation.com     Corpus Christi, TX 78401     Robert Hilliard, L.L.P.

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Cavalier Homes Inc.
The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109

RE:    Service for James Glaude, et al. v. Cavalier Homes Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2280, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Cavalier Homes Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

| James Glaude, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. **10-2280** |
| Cavalier Homes Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

**RETURN**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Cavalier Homes Inc.

The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug 2 2010

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Cavalier Homes Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100780000067591362, Sent , Received 8/23/2010. Registered Agent: The Corporation Company 2000 Interstate Pk Dr. Suite 204 Montgomery, AL 36109</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 9/16/2010

*Wynter Lee*

Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/23/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address:

CORP000*   361092015 1310 20 08/21/10
NOTIFY SENDER OF NEW ADDRESS
THE CORPORATION COMPANY
2 N JACKSON ST STE 605
MONTGOMERY AL 36104-3821

1. Article Addressed to:

   Cavalier Homes Inc.
   The Corporation Company
   2000 Interstate Pk D
   Suite 204
   Montgomery, A
   ID#1841

2. Article Number (Transfer from service label)

   7010 0780 0000 6759 1362

   Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540