# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Integrity Midwest Inc. d/b/a US Adventure RV
David A. Dettmann
Lane & Waterman 220 N. Main St. Ste 600
Davenport, IA 52801

RE:  Service for Lisa Lavigne, as Next Friend of J.L, a minor, et al. v. Integrity Midwest Inc. d/b/a US Adventure RV, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2273, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Integrity Midwest Inc. d/b/a US Adventure RV. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Lisa Lavigne, as Next Friend of J.L, a minor, et al.

                Plaintiff
                    v.
Integrity Midwest Inc. d/b/a US Adventure RV
               Defendant

Civil Action No. 10-2273

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Integrity Midwest Inc. d/b/a US Adventure RV
David A. Dettmann
Lane & Waterman 220 N. Main St. Ste 600
Davenport, IA 52801

A lawsuit has been filed against you.

      Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Integrity Midwest Inc. d/b/a US Adven,
    David A. Dettmann
    Lane & Waterman
    220 N. Main St. Ste 600
    Davenport, IA 52801
    ID#1834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☒ Addressee

B. Received by (Printed Name)  Jenny Gustaf
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   Fema Amend Service
   7/28/2010

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 0780 0000 6759 1294

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0000 6759 1294**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 8:04 am on August 24, 2010 in DAVENPORT, IA 52801.

Detailed Results:

- Delivered, August 24, 2010, 8:04 am, DAVENPORT, IA 52801
- Arrival at Unit, August 23, 2010, 4:02 am, DAVENPORT, IA 52802
- Acceptance, August 18, 2010, 1:51 pm, CORPUS CHRISTI, TX 78469

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Integrity Midwest Inc. d/b/a US Adventure RV</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100780000067591294, Sent , Received 8/24/2010. Registered Agent:  David A. Dettmann Lane & Waterman 220 N. Main St. Ste 600 Davenport, IA 52801</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address