# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@femartrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Morgan Building Systems, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE:  Service for Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2279, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Morgan Building Systems, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Leanderous McClendon, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 10-2279 |
| Morgan Building Systems, Inc. | ) | |
| Defendant | ) | SECT N MAG. 5 |

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Morgan Building Systems, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Morgan Building Systems, Inc.<br>C T Corporation System<br>5615 Corporate Blvd.<br>Ste. 400B<br>Baton Rouge, LA 70808<br>ID#1836 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, ~~enter delivery address below~~ ☐ No<br>Fema Amend Service<br>7/28/2010 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0780 0000 6759 1317 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1640 |



Home | Help | Sign In



Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0000 6759 1317**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 10:40 am on August 20, 2010 in BATON ROUGE, LA 70898.

Detailed Results:

- **Delivered, August 20, 2010, 10:40 am, BATON ROUGE, LA 70898**
- **Arrival at Unit, August 20, 2010, 8:59 am, BATON ROUGE, LA 70808**
- **Acceptance, August 18, 2010, 1:52 pm, CORPUS CHRISTI, TX 78469**

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Track & Confirm**
Enter Label/Receipt Number.



---

| Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway |

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Morgan Building Systems, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100780000067591317, Sent , Received 8/20/2010. Registered Agent:  C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>9/16/2010</u>

_____
Server's signature

<u>Wynter Lee - Mass Tort Coordinator</u>
Printed name and title

<u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
Server's address