# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

August 16, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

RE: Service for Santonia Brooks, as Next Friend of J.B, a minor, et al. v. CMH Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2268, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CMH Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Santonia Brooks, as Next Friend of J.B, a minor, et al.

| Plaintiff | ) |
| v. | ) Civil Action No. **10-2268** |
| CMH Manufacturing, Inc. | ) |
| Defendant | ) |

Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Aug 2 2010

Date: _____

Loretta G. Whyte
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Ericka Fry*  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) AUG 2 0 2010   C. Date of Delivery |
| 1. Article Addressed to:<br><br>CMH Manufacturing, Inc.<br>C T Corporation System<br>800 Gay Street<br>Ste. 2021<br>Knoxville, TX 37929<br>ID#1831 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>Fema Amend Service<br>7/28/2010 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0780 0000 6759 1263 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0780 0000 6759 1263**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
**Return Receipt**
Status: **Delivered**

Your item was delivered at 12:35 pm on August 20, 2010 in KNOXVILLE, TN 37929.

Detailed Results:

- **Delivered, August 20, 2010, 12:35 pm, KNOXVILLE, TN 37929**
- **Arrival at Unit, August 20, 2010, 9:04 am, KNOXVILLE, TN 37902**
- **Acceptance, August 18, 2010, 1:42 pm, CORPUS CHRISTI, TX 78469**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

---

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    Page 1 of 1

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CMH Manufacturing, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100780000067591263, Sent , Received 8/20/2010. Registered Agent:  C T Corporation System 800 Gay Street Ste. 2021 Knoxville, TX 37929</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.


Date: 9/16/2010

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address