# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 16, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

RE:     Service for Angela Mackey, et al. v. Patriot Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2247, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Patriot Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
## USDC Eastern District of Louisiana

Angela Mackey, et al.

|                         |   |
|-------------------------|---|
| Plaintiff               | ) |
| v.                      | ) |
| Patriot Homes, Inc.     | ) |
| Defendant               | ) |

Civil Action No.

**RETURN**

**10 - 2247**

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Aug  2 2010

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patriot Homes, Inc.
1585 Hanover Rd.
Lewistown, MT 59457

ID #1807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☑ Addressee

B. Received by (Printed Name)        C. Date of Delivery

Fema Amend Service
7/28/2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7010 0780 0000 6759 1027

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

 **UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0000 6759 1027
Class: **Priority Mail**®
Service(s): **Certified Mail**™
              **Return Receipt**
Status: **Delivered**

Your item was delivered at 1:34 pm on September 07, 2010 in CORPUS CHRISTI, TX 78401.

Detailed Results:

- **Delivered, September 07, 2010, 1:34 pm, CORPUS CHRISTI, TX 78401**
- **Refused, August 26, 2010, 11:51 am, LEWISTOWN, MT 59457**
- **Notice Left, August 20, 2010, 9:32 am, LEWISTOWN, MT 59457**
- **Arrival at Unit, August 20, 2010, 8:33 am, LEWISTOWN, MT 59457**
- **Acceptance, August 18, 2010, 12:00 pm, CORPUS CHRISTI, TX 78469**

| Track & Confirm |
| --- |
| Enter Label/Receipt Number. |
| |
| _Go >_ |

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  _Go >_

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Patriot Homes, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____
_____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #7010 0780 0000 6759 1027, Sent , Received</u>
<u>9/7/2010. Registered Agent:  1585 Hanover Rd. Lewistown, MT 59457</u>

My fees are $_____ for travel and S _____ for services, for a total of $_____ .

Date: <u>9/16/2010</u>      _____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address