UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *ALL CASES* | * | MAG. JUDGE CHASEZ |
| | * | |

**********************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing presently scheduled for January 12, 2011 on Fluor Enterprises, Inc.'s Motion to Dismiss Based on Government Contractor Defense (Doc. 17754) is hereby continued to the 26th day of January, 2011 at 9:30 A.M.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE KURT D. ENGELHARDT

-1-