UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Price et al v. Gulf Stream Coach, Inc. et al*
*E.D. La. Case No. 09-5357*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed in Exhibit A, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching Plaintiffs have filed Amended Complaints with the civil action numbers, which are listed in Exhibit A.

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

                                Respectfully submitted,

                                **THE BUZBEE LAW FIRM**

                                */s/ Anthony G. Buzbee*
                                Anthony G. Buzbee
                                Texas Bar No. 24001820
                                JPMorgan Chase Tower
                                600 Travis Street, Suite 7300
                                Houston, Texas 77002
                                Tel.:  (713) 223-5393
                                Fax.: (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.: (504) 581-7083

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                */s/   John Munoz*
                                JOHN MUNOZ, # 9830