**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Jason LeFrere | Fontenot et al v. Frontier RV, Inc. et al | 09-08364 |
| 2. | Robert Stone | Hardin et al v. Thor California Inc et al | 09-08385 |
| 3. | Alberta Thomas | Hardin et al v. Thor California Inc et al | 09-08385 |
| 4. | Gregory Bradley | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Marguerite Reed | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Chadneisha Reed | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 7. | Cherish Reed | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 8. | Chelsea Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 9. | Lula Schexnayder | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 10. | Alberta Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 11. | Paul Thomas | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 12. | Jamarius Valentine | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 13. | Marion Weber | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 14. | Regina Woodridge | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 15. | Robson De Moura | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 16. | Sheila Lewis Ford | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 17. | Robson Mattos Jr. | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 18. | Valentine Mattos | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 19. | Johnny Vanderhoff | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 20. | Doris Robinson | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 21. | Glenisha Rowe | Mayon et al v. DS Corp. et al | 09-08388 |
| 22. | Eva Winston | Mayon et al v. DS Corp. et al | 09-08388 |
| 23. | Delmaleisa Smith | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 24. | Byan Smith | Adams et al v. CMH Manufacturing, Inc. et al | 10-02300 |
| 25. | Oscar Reed | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |

| | | | |
|---|---|---|---|
| 26. | Merna Smith | Bartie et al v. Coachmen Industries, Inc. et al | 10-02329 |
| 27. | Tririce Collins | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 28. | Tyrone Harris | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 29. | Miranda Robinson | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 30. | Lillie Sartin | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 31. | Gordon Serigny | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 32. | Barry Anthony Smith Sr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 33. | Ricky P. Templet | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 34. | Sky Templet | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 35. | Ty Templet | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 36. | Jeanne A. Turlich | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 37. | Bertha White | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 38. | Keishia White | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 39. | Jessie M. Williams | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 40. | Adrienna Seals | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 41. | Mary Seals | Celius et al v. Insurco, Ltd. et al | 09-08380 |
| 42. | Yvonne Alexander | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 43. | Thomas Barnes III | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 44. | Jermaine Brealy Sr. | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 45. | Jaylin Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 46. | Tririce Collins | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 47. | Nancy Roach | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 48. | Jeanne Turlich | Rush et al v. Lexington Homes, Inc. et al | 09-08386 |
| 49. | Corey Holmes | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 50. | Kenneth Robinson | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 51. | Elois Stemley | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |

| | | | |
|---|---|---|---|
| 52. | Claudia Sumlin | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 53. | Sean Trosclair | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 54. | Sherri Turner | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 55. | John Turner | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 56. | Oliver Watts | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 57. | Tracey Weary | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 58. | Calvin Webb | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 59. | Tyrone Williams Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 60. | Isaac Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 61. | Leslie Woodcox | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 62. | Geraldine Woodridge | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 63. | Shelita Woods | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 64. | Curtis Rounds | Burns et al v. Frontier RV, Inc. et al | 10-02337 |
| 65. | Tony Williams | Burns et al v. Frontier RV, Inc. et al | 10-02337 |
| 66. | Calhoun Moultrie Jr. | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 67. | Robert Smith | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 68. | Dianne Swanson | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 69. | Gage Zigler | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 70. | Robert Zigler III | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 71. | Denita Prout | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 72. | Aleigha Turner | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 73. | Essence Turner | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 74. | Gregory Bradley | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-08401 |
| 75. | Jacqueline Robinson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 76. | Richard Russell | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 77. | Arbor Smith | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |

| 78. | Precious Rodny | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
|---|---|---|---|
| 79. | Raymond Rodny | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 80. | Shaquill Smith | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 81. | Cheryl Stevenson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 82. | Tramaine Stevenson | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 83. | Robert Stewart | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 84. | Marilyn Taylor | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 85. | Willie Taylor | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 86. | Tracey Weary | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 87. | Angela Williams | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 88. | Dionka Williams | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 89. | Damaije Williams | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 90. | Ronald Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 91. | Taylor A Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 92. | Ronald Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 93. | Sabrina Smith | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 94. | Janiyah Jones | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 95. | Andre' Sparks | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 96. | Davon Sparks | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 97. | Gabrielle Sparks | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 98. | Tajon Sparks | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 99. | Jesus Velasquez | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 100. | Adela Villa | Luno et al v. Lakeside Park Homes, Inc. et al | 09-08387 |
| 101. | Beverly Pugh | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 102. | Gerald Crocklen | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 103. | Kevante Crocklen | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| 104. | Keva Ramsey | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
|------|-------------|-----------------------------------------------------|----------|
| 105. | Kirana Ramsey | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 106. | Harold Richards | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 107. | Shelia Richard | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 108. | Brittany Richardson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 109. | Elouise Richardson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 110. | Carolyn Robinson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 111. | William Rogers | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 112. | Aaden Ruffin | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 113. | Triniti Ruiz | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 114. | Leah Rutledge | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 115. | Jamelia Scott | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 116. | Rachael Shaw | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 117. | Joel Sider | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 118. | Logan Sider | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 119. | Justine Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 120. | Shandrell Simpson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 121. | Dewiane Singleton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 122. | Geraldine Singleton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 123. | Glenn Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 124. | Christy Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 125. | Nora Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 126. | Latrisha Spain | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 127. | Carey Tanks | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 128. | Kiara Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 129. | Michael Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |

| | | | |
|---|---|---|---|
| 130. | Tyronne Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 131. | James Thompson III | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 132. | Bonita Thornton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 133. | Markeitha Robertson | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 134. | Francisco Valerio | Allen et al v. Jayco Enterprises, Inc. et al | 10-02334 |
| 135. | Miranda Robinson | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 136. | Richard Weary Jr. | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 137. | Janice Weary | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 138. | Tomeca Dozier | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 139. | Trae Dozier | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 140. | Willie Ferbos | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 141. | Serena Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 142. | Tyrone Harris | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 143. | Cornelia Hart | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 144. | Olivia Price | Bass et al v. KZRV, LP et al | 09-08393 |
| 145. | Jeanne Turlich | Bass et al v. KZRV, LP et al | 09-08393 |
| 146. | Almenia Alexis | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 147. | Harrielle Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 148. | Harrika Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 149. | Harrineka Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 150. | Harrione Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 151. | Michelene Ongel Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 152. | Nelda L. Hingle | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 153. | John Smith | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 154. | Roger Johnson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 155. | Lorraine Robinson | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |

| | | | |
|---|---|---|---|
| 156. | Jessie Taylor | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 157. | Beverly Marie Pugh | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 158. | Gedra P. Robinson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 159. | Lillie Mae Sartin | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 160. | Eugene Baron Schwing | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 161. | Mary Schwing | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 162. | Adrienna Seals | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 163. | Mary Esther Seals | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 164. | Dwayne Singleton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 165. | Geraldine Singleton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 166. | John Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 167. | Dianne Judith Swanson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 168. | Erna Terrell | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 169. | Bonita Jennifer Thornton | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 170. | Amelia Turk | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 171. | Monique Varnado | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 172. | Corey Holmes | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 173. | Roderick Pyatt | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 174. | Sheryl Pye | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 175. | Kenneth Robinson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 176. | Rachel Shaw | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 177. | Barbara Singleton | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 178. | Quantrelle Jackson | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 179. | Troy Rickard Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 180. | Fatrell Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 181. | Germar Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |

| | | | |
|---|---|---|---|
| 182. | Gernuyra Smith | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 183. | Elois Stemley | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 184. | Claudia Sumlin | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 185. | Sean Trosclair | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 186. | Sherri Turner | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 187. | John  Turner | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 188. | Cynthia Viola | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 189. | Oliver Watts | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 190. | Calvin Webb | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 191. | Ellistine Webb | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 192. | Gail S Stewart | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 193. | Lydia M. Victor | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 194. | Ann Wilson | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 195. | Jalita Robinson | Alverez et al v. Recreation By Design, LLC et al | 10-02305 |
| 196. | Ferdinand Rochon III | Lewis  et al v. River Birch Homes, Inc. et al | 10-02306 |
| 197. | Ronald Wright | Lewis  et al v. River Birch Homes, Inc. et al | 10-02306 |
| 198. | Jean E. Webb | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 199. | Marion Weber | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 200. | Jason Anthony White | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 201. | Bama L. Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 202. | Elouise Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 203. | Kenisha Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 204. | Raymond Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 205. | Ann P. Wilson | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 206. | Dewiane Singleton | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 207. | Gage Zigler | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |

| 208. | Ronald Smith | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
|------|--------------|----------------------------------------------------------|----------|
| 209. | Troy Torregano | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 210. | Allison Varnardo | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 211. | Donna Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 212. | Florence Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 213. | Samuel Washington Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 214. | Melvin Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 215. | Rosa Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 216. | Dorothy Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 217. | James West Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 218. | Renatta LaFargue | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 219. | Alicia Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 220. | Katherine Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 221. | Nyrah Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 222. | Terry Spears | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 223. | Tyneisha Spears | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 224. | Robert Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 225. | Shantrice Blatcher | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 226. | Shannon Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 227. | Derrick Williams Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 228. | Ether Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 229. | Tracey Weary | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 230. | Tyrone Williams Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 231. | Isaac Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 232. | Leslie Woodcox | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 233. | Geraldine Woodridge | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |

| | | | |
|---|---|---|---|
| 234. | Shelita Woods | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 235. | Derrick Richardson, Sr. | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 236. | Kennetha Richardson | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 237. | Jada Richardson | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 238. | Derrick Richardson, Jr. | Palmer et al v. Superior Homes, LLC et al | 09-08395 |
| 239. | Aleph Kennedy | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 240. | Ruth Robinson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 241. | Dianna Spears | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 242. | Laura Ann Hilton | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 243. | Regina E. Woodridge | Lazard et al v. Vanguard Industries of Michigan, Inc. et al | 09-08375 |
| 244. | Oscar Reed | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 245. | Orean Richard | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 246. | Byan Smith | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 247. | Delmaleisa Smith | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 248. | Allison Varnardo | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 249. | Marquise Varnado | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 250. | Inez Victoriana | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 251. | Cedra Robinson | Darby et al v. Keystone RV Company et al | 09-08372 |
| 252. | Dennis Scott Sr. | Darby et al v. Keystone RV Company et al | 09-08372 |
| 253. | Robert Smith | Darby et al v. Keystone RV Company et al | 09-08372 |
| 254. | Medardo Velasquez | Darby et al v. Keystone RV Company et al | 09-08372 |
| 255. | Edgar Woodridge | Darby et al v. Keystone RV Company et al | 09-08372 |