## Exhibit A

| | | | |
|---|---|---|---|
| 1. | Melvin Franklin Jr. | Franklin v. American Camper Manufacturing, LLC et al | 10-02299 |
| 2. | Harmony Davis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 3. | Rachel Davis | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 4. | Karen Stevenson | Clark et al v. Travelers Property Casualty Company of America TIL et al | 10-02343 |
| 5. | Mary Jacobs | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 6. | Deja Latigue | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 7. | Jovan Avery | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 8. | Zadhyn Ezell | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 9. | Caleb Jamal | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 10. | Brenda Simien | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 11. | Jada Simon | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 12. | Jennifer Singleton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 13. | Jeremy Singleton | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 14. | Darlene Stagg | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 15. | Don-Dre Stagg | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 16. | Shamire Stagg | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 17. | Daniel Rodasti | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 18. | Karen Stevenson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 19. | Corlandra Thibodeaux | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 20. | Lolita Thibodeaux | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 21. | Kevin Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 22. | Addrella Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 23. | Dawterious Bartie | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 24. | John Smith | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 25. | Veronica Smith | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |

| | | | |
|---|---|---|---|
| 26. | Abreana Melsanson | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 27. | Mark Thibodeaux | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 28. | Ahmad Armstead | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 29. | Royce Thibodeaux | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 30. | Sabrina Thibodeaux | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-08370 |
| 31. | Mary Charles | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 32. | Marcus Charles | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 33. | Clarence Stephen | Charles et al v. SUNNYBROOK RV, INC. et al | 09-08383 |
| 34. | Lawrence Morrow | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 35. | John Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 36. | Veronica Smith | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 37. | Gwendolyn Thomas | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 38. | Lawrence Morrow | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 39. | Glenn Goodwin | Ange et al v. American International Specialty Lines Ins. Co. et al | 09-08405 |
| 40. | Calvin Bartie | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 41. | Edwina Walker | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 42. | Melina Walker | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 43. | Sheila Walker | Semien et al v. American Camper Manufacturing, LLC et al | 09-08369 |
| 44. | Andrea Guillory | Bellard et al v. CMH Manufacturing, Inc. et al | 10-02311 |
| 45. | D'Andre Jones | United States of America et al v. Southern Energy Homes, Inc. et al | 09-07664 |
| 46. | D'Andre Jones | Barthelemy et al v. Southern Energy Homes, Inc. et al | 10-02313 |
| 47. | Henry Davis | Bargeman et al v. American International Specialty Lines Ins. Co. et al | 09-08360 |
| 48. | Hamey Toussaint | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 49. | Irma Toussaint | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 50. | Linda Toussaint | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 51. | Grady Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |

| | | | |
|---|---|---|---|
| 52. | Dorothy Wright | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 53. | Gregory Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 54. | Gill Whitney | Coleman et al v. Thor California, Inc. et al | 10-02316 |
| 55. | Calvin Bartie | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 56. | Henry Davis | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |