UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | |
| *All Cases* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF MAYER MATERIALS

Plaintiffs respectfully submit the following Memorandum in Support of Plaintiffs' Motion to Compel Production of Mayer Materials and hereto state:

Defendants have designated Lawrence Mayer, Ph.D. as an expert to testify on their behalf.  Dr. Mayer, has prepared a report entitled '"Analysis of Formaldehyde Dataset for Forest River, Inc.; Gulf Stream Coach, Inc.; Jayco, Inc.; Keystone RV Company; and KZRV, LP" dated October 4, 2010 by Paul Hewett, Ph.D., CIH', (hereinafter "Mayer Report").

Under the Federal Rules of Civil Procedure, the parties are entitled to receive all the reliance materials and work products of experts.  The parties are to produce these materials prior to the noticed depositions.  Dr. Mayer's deposition is scheduled for January 7, 2011, therefore this matter is of an urgent nature.  Among other things, the

Mayer Report provides analysis of Spearman Correlation Coefficients. This was an analysis Dr. Mayer conducted using one or more computer programs. By Defense counsel's own admission, Dr. Mayer entered data into an Interactive Statistical Program which is "freeware on the "web" and also used a "SPSS Program". See email string, Email from Andy Weinstock, of December 19, 2010 at 6:45AM, Exhibit A. Despite repeated requests for reliance materials, Defendants have refused to provide the following materials (See requests from Chris Pinedo contained in Exhibit "A"):

1. The data input files for the Spearman Correlation Coefficient analysis Dr. Mayer conducted in his Report;

2. The data output files for the Spearman Correlation Coefficient analysis Dr. Mayer conducted;

3. Dr. Mayer's data analysis logs;

4. A copy or an identification of the "SPSS" program Dr. Mayer used to do his analysis;

5. The data input for the SPSS analysis Dr. Mayer conducted;

6. The data output for the SPSS analysis Dr. Mayer conducted;

7. A copy or an identification of the "freeware" Interactive Statistical Programs that Dr. Mayer used;

8. The input data for the Interactive Statistical Programs that Dr. Mayer used; and

9. The output data for the Interactive Statistical Programs that Dr. Mayer used;

Plaintiff would show that there has been an attempt to resolve this matter without Court intervention, but to no avail. Exhibit "A". Wherefore, Plaintiff makes this Motion to compel the production of these materials seven days before the deposition which is set for January 7, 2011.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    /s/*Gerald E. Meunier*
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:  504/522-2304
       Facsimile:  504/528-9973
       gmeunier@gainsben.com

       /s/*Justin I. Woods*
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:  504/522-2304

Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL, #14072
DENNIS REICH, Texas #16739600
BOB HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I electronically mailed the foregoing Notice of Deposition upon all counsel of record.

  /s/T. Christopher Pinedo
T. CHRISTOPHER PINEDO, (TX Bar # 00788935)