UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT RELATES TO *ALL CASES* | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing presently scheduled for January 12, 2011 on Shaw Environmental, Inc. and CH2M Hill Constructors, Inc.'s Joint Motion to Dismiss Failure to Warns Claims Set Forth in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Doc. 17753) is hereby continued to the 26th day of January, 2011 at 9:30 A.M. WITHOUT ORAL ARGUMENT.

New Orleans, Louisiana, this 23rd day of December, 2010.

_____
JUDGE KURT D. ENGELHARDT

-1-