**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Jaleel Richardson | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 2. | Bill Papalin | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 3. | Arthur Whitfield | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 4. | Chiquita Woods | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 5. | Vernon Gerdes, Jr. | Albert et al v. Forest River, Inc. et al | 09-08374 |
| 6. | Jaequa Makson | Bailey et al v. Cavalier Home Builders, LLC et al | 10-02338 |
| 7. | Tahj Painia | Cushenberry et al v. Crum & Forster Specialty Insurance Company et al | 09-08381 |
| 8. | Letisha Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 9. | Michelle Johnson | Mayon et al v. DS Corp. et al | 09-08388 |
| 10. | Max Johnson Jr. | Mayon et al v. DS Corp. et al | 09-08388 |
| 11. | Alivia Nickelson | Mayon et al v. DS Corp. et al | 09-08388 |
| 12. | Abriana Smith | Mayon et al v. DS Corp. et al | 09-08388 |
| 13. | Ja'Vonte Smith | Mayon et al v. DS Corp. et al | 09-08388 |
| 14. | Orlando Smith | Mayon et al v. DS Corp. et al | 09-08388 |
| 15. | Akeya Wricks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 16. | Altima Wricks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 17. | Artemus Wricks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 18. | Tracy Wricks | Hood et al v. Recreation By Design, LLC et al | 09-08406 |
| 19. | Demond Sampson, Jr. | Harbor et al v. Arch Speciality Insurance Company et al | 09-08404 |
| 20. | Marquis Andry | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 21. | Sean Brown | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 22. | Norell Bernard | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 23. | Jernyz Hucthinson | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 24. | Brittney Clark | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |
| 25. | Khalil Jones | Abadie et al v. Gulf Stream Coach, Inc. et al | 09-08000 |

| | | | |
|---|---|---|---|
| 26. | Reylnn Lindolph | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 27. | Michael Lindolph II | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 28. | Rachel Londolph | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 29. | Ronald Smith Jr. | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 30. | Jada Spencer | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 31. | Jamar Spencer | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 32. | Joshua Spencer | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 33. | Adrian Smith | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 34. | David Williams | Cuevas et al v. Cavalier Home Builders, LLC et al | 09-08362 |
| 35. | Virnell Brown | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 36. | Vernisha Jones | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 37. | Verquisha Jones | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 38. | Jamie Joseph | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 39. | Patrick Joseph | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 40. | Shona Joseph | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 41. | Cierra Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 42. | Devon Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 43. | Devonte Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 44. | Carrie Taylor | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 45. | Cornell Taylor | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 46. | Ebony Butler | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 47. | Cierra Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 48. | De'Von Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 49. | DeVonte Trask | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 50. | Mason Siener | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 51. | Stephanie Turner | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |

| | | | |
|---|---|---|---|
| 52. | Alex Wilkins | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 53. | Isiah Williams III | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 54. | Vera Williams | Butler et al v. Coachmen Industries, Inc. et al | 09-08384 |
| 55. | Steve Martin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 56. | Trishell Martin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 57. | Trishona Martin | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 58. | Kedrick Portis | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 59. | Jasmine Thomas | Alexander et al v. Gulf Stream Coach, Inc. et al | 10-02335 |
| 60. | Dewitt Peters | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 61. | Diamond Peters | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 62. | Gloria Randall | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 63. | Jade Randall | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 64. | Kevin Grinstead Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 65. | Jordan Bell | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 66. | Bryant Smith | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 67. | Asia Arvie | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 68. | Shawn Arvie | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 69. | Deneshia Sidney | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 70. | Justin Thomas | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 71. | Anthony Thomas Jr. | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 72. | Jazzmin Tennessee | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 73. | Chloe Thompson | Myles-Taylor et al v. Gulf Stream Coach, Inc. et al | 09-08001 |
| 74. | Kia Hagan | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 75. | Jasmin Youngblood | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 76. | Gabrielle Lewis | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 77. | India Thomas | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |

| | | | |
|---|---|---|---|
| 78. | Annie White | Adams et al v. Jayco Enterprises, Inc. et al | 09-08407 |
| 79. | Zariya Toomer | Alex et al v. Cavalier Home Builders, LLC et al | 09-08359 |
| 80. | Marquise Brown | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 81. | Ora Davis | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 82. | Ternell Fisher | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 83. | Terrence Howard Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 84. | Joseph Patterson Jr. | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 85. | Peyton Gandy | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 86. | Kylin Johnson | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 87. | Nadia Lambert | Dantley et al v. Gulf Stream Coach, Inc et al | 09-07998 |
| 88. | Frank Harvey | Bass et al v. KZRV, LP et al | 09-08393 |
| 89. | Sani Woodfin | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 90. | Christopher Esteen | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 91. | Vernon Gerdes Jr. | Achane et al v. American International Specialty Lines Ins. Co. et al | 09-08376 |
| 92. | Janaya Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 93. | Jaree Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 94. | Jareion Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 95. | Karla Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 96. | Kendall Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 97. | Zuinnika Williams | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-08391 |
| 98. | Rosalind Johnson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 99. | Alivia G. Nickelson | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 100. | Brittney Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 101. | Junius Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 102. | Terry Parker | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 103. | Selina Rollins | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |

| | | | |
|---|---|---|---|
| 104. | Rickey Walker Sr. | Knightshead et al v. American International Specialty Lines Ins. Co. et al | 09-08377 |
| 105. | Kayla Belfield | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 106. | Nicholas Bijou | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 107. | Imari Hill | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 108. | Reylnn Lindolph | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 109. | Michael Lindolph II | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 110. | Rachel Londolph | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 111. | Shanel Powell | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 112. | Ronald Smith Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 113. | Jada Spencer | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 114. | Jamar Spencer | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 115. | Joshua Spencer | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 116. | James Washington Jr. | Brooks et al v. Gulf Stream Coach, Inc. et al | 09-08367 |
| 117. | Alexander Narcisse Jr. | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 118. | Eugene Thomas | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 119. | William Thomas | Sartin et al v. Oak Creek Homes, L.P. et al | 09-08365 |
| 120. | Joseph Woods | Bowman et al v. Crum & Forster Specialty Insurance Company et al | 10-02318 |
| 121. | Shamonique Crawford | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 122. | Dashanik Hopkins | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 123. | Ishanik Hopkins | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 124. | Eddijah Bridges | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 125. | Endia Bridges | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 126. | Enjoi Bridges | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 127. | Eddie Bridges Jr. | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 128. | Asyah Lewis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 129. | Micheal Lewis | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |

| | | | |
|---|---|---|---|
| 130. | Deshawn Matthews | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 131. | Kylah Mickens | Holmes et al v. Gulf Stream Coach, Inc. et al | 09-07999 |
| 132. | Amber Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 133. | Jessica K. Williams | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 134. | George Victoriana | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 135. | Melba Smith | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 136. | George Victoriana | White et al v. American International Specialty Lines Ins. Co. et al | 09-08363 |
| 137. | Wilson Williams | Dozier et al v. Skyline Corporation et al | 10-02308 |
| 138. | Patricia Ward | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 139. | Diane Washington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 140. | Quentynia Watson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 141. | Lawrence Watts | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 142. | Louis Webster | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 143. | Kiersten Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 144. | Vincent Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 145. | Bobbie Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 146. | Lois Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 147. | Sidney Wilson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 148. | Dewonn Young | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 149. | Gail Young | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 150. | Adrian Smith | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 151. | David Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 152. | Steve Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-08366 |
| 153. | Melba Smith | Harris et al v. Sunray RV, LLC et al | 09-07665 |
| 154. | Tameka Jackson | Jackson v. Sunray RV, LLC et al | 09-07666 |
| 155. | Keisha Warren | Coleman et al v. Thor California, Inc. et al | 10-02316 |

| | | | |
|---|---|---|---|
| 156. | Aunika Hawkins | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 157. | Leeland Hawkins | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 158. | Kendielle Jackson | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 159. | Shanel Powell | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-08389 |
| 160. | Cierra Trask | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 161. | Devon Trask | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |
| 162. | Devonte Trask | Anderson et al v American International Specialty Lines Ins. Co. et al | 10-02342 |