UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who, for the reasons set forth in the attached memorandum in support, respectfully request that the Motion to Compel Production of Mayer Materials (Doc. 19026) be heard on an expedited basis.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
　　　GERALD E. MEUNIER, #9471
　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　Gainsburgh, Benjamin, David, Meunier &
　　　Warshauer, L.L.C.
　　　2800 Energy Centre, 1100 Poydras Street
　　　New Orleans, Louisiana 70163
　　　Telephone:　　504/522-2304
　　　Facsimile:　　504/528-9973
　　　gmeunier@gainsben.com

　　　s/Justin I. Woods
　　　JUSTIN I. WOODS, #24713
　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　Gainsburgh, Benjamin, David, Meunier &
　　　Warshauer, L.L.C.
　　　2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 23, 2010.

s/Justin I. Woods
JUSTIN I. WOODS, #24713