**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING**</u>

MAY IT PLEASE THE COURT:

         Plaintiffs respectfully request that the Motion to Compel Production of Mayer Materials be

heard on an expedited basis. Although the motion is presently set for January 12, 2011, the

circumstances justify an expedited hearing because the deposition of Lawrence Mayer is currently set

for January 7, 2011. Defendants have designated Lawrence Mayer, Ph.D. as an expert to testify on

their behalf. Dr. Mayer, has prepared a report entitled '"Analysis of Formaldehyde Dataset for Forest

River, Inc.; Gulf Stream Coach, Inc.; Jayco, Inc.; Keystone RV Company; and KZRV, LP" dated

October 4, 2010 by Paul Hewett, Ph.D., CIH'.

         Under the Federal Rules of Civil Procedure, the parties are entitled to receive all the reliance

materials and work products of experts. The parties are to produce these materials prior to the noticed

depositions. As Dr. Mayer's deposition is scheduled for January 7, 2011, this matter is of an urgent

nature. Plaintiffs have requested the above-mentioned materials and attempted to resolve this matter

without Court intervention, but to no avail. *See* Rec. Doc. 19026-2. For timely consideration of the

subject motion, an expedited hearing is required in advance of the Court's next regularly scheduled

hearing date. Accordingly, Plaintiffs respectfully request that this Motion for Expedited Hearing be

granted.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**

       ROBERT M. BECNEL #14072
       RAUL BENCOMO, #2932
       ANTHONY BUZBEE, Texas #24001820
       FRANK D'AMICO, JR., #17519
       ROBERT C. HILLIARD, Texas #09677700
       MATT MORELAND, #24567
       DENNIS C. REICH Texas #16739600
       MIKAL C. WATTS, Texas #20981820

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 23, 2010.

s/Justin I. Woods
JUSTIN I. WOODS, #24713