**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the above and foregoing,

        IT IS ORDERED that Plaintiff's Motion for Expedited Hearing on its Motion to Compel

Production of Mayer Materials is hereby GRANTED. Plaintiff's Motion to Compel Production

of Mayer Materials will be heard on the _____ day of December, 2010.

        New Orleans, Louisiana, this _____ day of December, 2010.

                                _____
                                ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE