UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE | * | MDL NO: 07-1873 |
| TRAILER PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE: ENGELHARDT |
| *Massey, et al v. American Homes, et al, 09-6884,* | * | MAG. CHASEZ |
| *Fourth Supplemental and Amended* | * | |
| *Administrative Master Complaint (Doc. 7688)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for Superior Homes, LLC, as well as the defendant profile form submitted by Superior Homes, LLC, that this Defendant has never manufactured, brokered, sold or supplied mobile homes and/or travel trailers, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of all claims asserted within the Eastern District of Louisiana against Superior Homes, LLC, in the above entitled suits, previously filed in these proceedings. Plaintiffs have since learned that Mitchell County Industries, LLC f/k/a Superior Park Model Homes manufactures the Superior model, which was represented to Plaintiffs in matching responses as simply "Superior" in the manufacturer column with Vehicle Identification Numbers (VINs) beginning with 5SYBB.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

1

BY:    s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713

2