IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MILLER** | * | **DOCKET NO. 10-2398** |
| | * | |
| | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIOR HOMES, LLC,** | * | |
| **CH2M HILL CONSTRUCTORS, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of Named Plaintiff's voluntary dismissal without prejudice of claims asserted herein against Superior Homes, LLC, CH2M Hill Constructors, Inc., and the United States in the above entitled suit, previously filed in these proceedings. This dismissal in no way affects Plaintiff's claims in *Miller v. Superior Homes, LLC, et al*, No. 10-2397.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.

2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:     504/522-2304  
Facsimile:      504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

 I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

         s/Justin I. Woods  
         JUSTIN I. WOODS, #24713