UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE PRODUCTS                  SECTION N MAG. 5
LIABILITY LITIGATION


                                       JUDGE ENGELHARDT
                                       MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Austin v. Superior Homes, LLC, et al,*     JURY DEMANDED
*No. 09-8728*
*Buras v. Superior Homes, LLC, et al*
*No. 09-8719*
*Stermer, et al v. Superior Homes, LLC, et al*
*No. 09-7266*
*Williams v. Superior Homes, LLC, et al*
*No. 09-6341*
*Acklin, et al v. Alliance Homes, Inc., et al*
*No. 09-5343*
*Aaron, et al v. Alliance Homes, Inc., et al*
*No. 09-7167*
*Ball, et al v. Alliance Homes, Inc., et al*
*No. 09-6193*
*Grillier, et al v. Alliance Homes, Inc., et al*
*No. 09-5340*
*Burl, et al v. Alliance Homes, Inc., et al*
*No. 09-7940*
*Defelice, et al v. Alliance Homes, Inc., et al*
*No. 09-5341*


## <u>UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matters who respectfully move this Court to dismiss all of the claims asserted in the

above captioned cases against SUPERIOR HOMES, L.L.C., without prejudice and with each

party to bear their own costs.

By:   /s/Matthew B. Moreland
        Daniel E. Becnel, Jr. (La. Bar #2926)
        Matthew B. Moreland  (La. Bar No. 24567)
        **BECNEL LAW FIRM, LLC**
        106 W. Seventh Street
        P. O. Drawer H
        Reserve, Louisiana  70084
        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**


I hereby certify that on December 27, 2010, a true and correct copy of the foregoing

pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to

all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland