UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Austin v. Superior Homes, LLC, et al,* No. 09-8728<br>*Buras v. Superior Homes, LLC, et al* No. 09-8719<br>*Stermer, et al v. Superior Homes, LLC, et al* No. 09-7266<br>*Williams v. Superior Homes, LLC, et al* No. 09-6341<br>*Acklin, et al v. Alliance Homes, Inc., et al* No. 09-5343<br>*Aaron, et al v. Alliance Homes, Inc., et al* No. 09-7167<br>*Ball, et al v. Alliance Homes, Inc., et al* No. 09-6193<br>*Grillier, et al v. Alliance Homes, Inc., et al* No. 09-5340<br>*Burl, et al v. Alliance Homes, Inc., et al* No. 09-7940<br>*Defelice, et al v. Alliance Homes, Inc., et al* No. 09-5341 | JURY DEMANDED |

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims asserted herein against SUPERIOR HOMES, L.L.C. are hereby dismissed without prejudice with each party to bear their own costs.

Signed this _____ day of _____, 20_____ in New Orleans, Louisiana.

_____

**JUDGE**