UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
10-4543; 10-4544; 10-4545; 10-4546;
10-4547; 10-4548; 10-4549; 10-4550;
10-4551; 10-4552; 10-4554; 10-4557;
10-4558; 10-4559; 10-4560

## ORDER

     **IT IS ORDERED** that the Amended Complaints in the above-referenced member cases are **STRICKEN** from the record. These are untimely and leave of Court was not requested prior to their filings.

     New Orleans, Louisiana, this 23rd day of December, 2010.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**