UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC REPLY TO UNITED STATES' MEMORANDUM IN RESPONSE AND
OPPOSITION TO PSC'S MOTION FOR ENTRY OF ORDER CONCERNING
SUMMARY JURY TRIAL INVOLVING DUTCHMEN MANUFACTURING, INC.**

MAY IT PLEASE THE COURT:

The Plaintiffs' Steering Committee ("PSC"), itself, would agree to a stipulation not to recuse the Honorable Judge Engelhardt as the finder of fact in any action in this litigation involving the United States as a result of the Alternative Dispute Resolution ("ADR") Summary Jury Trial ("SJT").[1] However, there are a number of plaintiffs' firms representing the claimants herein, who cannot and should not be bound by the PSC's position in this regard.

It will be incumbent upon any of these plaintiffs' counsel to justify any potential recusal requests in the future. The PSC's position herein does not in any way suggest that such possible future requests have merit. However, the opportunity for those plaintiffs' counsel to seek recusal at some point in the future should not be foreclosed by the PSC's agreement at this time.

Furthermore, the SJT is an ADR device, and it can and should be used for the purposes of resolving all claims against Dutchmen Manufacturing, Inc. ("Dutchmen") in this MDL. None of the arguments interposed by the United States warrants departure from the current SJT plan of

---

[1] *See* United States' Opposition Memorandum (Rec. Doc. 18833) at 1 n.1.

action. The terms of the "Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc." were negotiated at arm's length, and agreed upon by the parties to the SJT, namely Dutchmen and the PSC.[2] It is of no moment that the United States, a non-party to this SJT, believes there should be different terms to the SJT.

Accordingly, for the reasons set forth herein and in the PSC's Motion (Rec. Doc. 18701) and Memorandum in Support (Rec. Doc. 18701-1), the PSC respectfully requests that this Honorable Court grant its Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Gerald E. Meunier*
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      */s/Justin I. Woods*
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

---

[2]   The proposed Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. modifies the language in Pretrial Order No. 63 and 64, pertaining to SJTs, primarily to reflect the agreed-upon composite plaintiff-inhabitants.

                      **COURT-APPOINTED PLAINTIFFS'**
                      **STEERING COMMITTEE**
                      ROBERT M. BECNEL #14072
                      RAUL BENCOMO, #2932
                      ANTHONY BUZBEE, Texas #24001820
                      FRANK D'AMICO, JR., #17519
                      ROBERT C. HILLIARD, Texas #09677700
                      MATT MORELAND, #24567
                      DENNIS C. REICH Texas #16739600
                      MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                      */s/Gerald E. Meunier*
                      GERALD E. MEUNIER, #9471