UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION            SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
  Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

*OPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT*

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" attached hereto, who respectfully move this Court for leave to file the attached Amended Complaint for Damages.

On or about October 13, 2010, undersigned counsel filed an amending complaint pursuant to Pre-Trial Order Number 68. Although the caption and exhibits to the Amending Complaint correctly referenced Dutchmen Manufacturing, Inc., the body of the complaint erroneously referenced Dutch Housing, Inc. Plaintiffs now request that they be given leave of court to file the attached Amended Complaint to correctly identify Dutchmen Manufacturing, Inc. as the manufacturing defendant in the above-captioned case.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/David C. Jarrell
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

          s/David C. Jarrell, Esq.
DAVID C. JARRELL, La. Bar No. 30907

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER               MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION              SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
  Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have been unable to obtain the consent of all of the defendants to the above-captioned case.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:   /s/David C. Jarrell
          SIDNEY D. TORRES, III, La. Bar No. 12869
          ROBERTA L. BURNS, La. Bar No. 14945
          DAVID C. JARRELL, La. Bar No. 30907
          8301 W. Judge Perez Drive
          Suite 303
          Chalmette, Louisiana 70043
          Telephone: (504) 271-8421
          ***Counsel for plaintiffs***