**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                 **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**                **SECTION "N" (5)**

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

---

*AMENDED COMPLAINT*

---

NOW INTO COURT, through undersigned counsel, comes undersigned for The Law Offices of Sidney D. III, *A.P.L.C.,* and as counsel for the potential claimants listed in Exhibit "A" attached to the Amending Complaint filed pursuant to Pre-Trial Order No. 68 who respectfully amends the complaint as following:

**1.**

Plaintiffs hereby amend Paragraph 3 to read as follows:

"Defendant **DUTCHMEN MANUFACTURING, INC.** ("Manufacturer") is upon information and belief a Michigan corporate entity which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

WHEREFORE after all due proceeding, plaintiffs respectfully pray that this amended complaint be deemed good and sufficient and that Judgment be granted as prayed for in the

Original Complaint.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:  /s/David C. Jarrell
 SIDNEY D. TORRES, III, La. Bar No. 12869
 ROBERTA L. BURNS, La. Bar No. 14945
 DAVID C. JARRELL, La. Bar No. 30907
 8301 W. Judge Perez Drive
 Suite 303
 Chalmette, Louisiana 70043
 Telephone: (504) 271-8421
 ***Counsel for plaintiffs***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 28, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

/s/David C. Jarrell, Esq.
DAVID C. JARRELL, La. Bar No. 30907