UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted leave of Court to file the amended complaint for damages to correctly identify Dutchmen Manufacturing, Inc. as the manufacturing defendant.

**Signed this _____ day of _____, 20___ in New Orleans, Louisiana.**

**JUDGE**