UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
 Bastoe, et al v. Dutchmen Manufacturing, Inc., et al, No. 10-3716

## *NOTICE OF HEARING*

TO:   CLERK OF COURT
      U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

   PLEASE TAKE NOTICE that upon the pleadings and proceedings heretofore had and upon plaintiffs' Motion for Leave and accompanying memorandum in support thereof, counsel for the plaintiff will move the Court, on the **9th day of February, 2011, at 9:00 o'clock a.m.,** or as soon thereafter as counsel may be heard, for the relief sought in the said motion and memorandum.

[ 1 / 1 ]