UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
　　Lemoine, et al v. Superior Homes, et al, E.D.La. No. 10-3799
　　Khan, et al v. Superior Homes, et al, E.D.La. No. 10-3717

---

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

---

NOW INTO COURT, through undersigned counsel, come plaintiffs who respectfully moves this Court to dismiss all of their claims against Superior Homes, LLC without prejudice and specifically requesting that all rights against all other parties are reserved.

WHEREFORE, plaintiffs pray that all of their claims against Superior Homes, L.L.C. without prejudice, specifically reserving all rights against all other parties.

　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　**LAW OFFICES OF SIDNEY D. TORRES, III**
　　　　　　　　　　　　　　　**A PROFESSIONAL LAW CORPORATION**


　　　　　　　　　　　　　　　BY:　/s/ David C. Jarrell

SIDNEY D. TORRES, III (Bar No. 12869)
ROBERTA L. BURNS (Bar No. 14945)
**DAVID C. JARRELL** (Bar No. 30907)
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, Louisiana 70043
Tel:  (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of December, 2010, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL