UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION         SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Lemoine, et al v. Superior Homes, et al, E.D.La. No. 10-3799
   Khan, et al v. Superior Homes, et al, E.D.La. No. 10-3717

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of plaintiffs' claims in the above-captioned cases against SUPERIOR HOMES, L.L.C. only are hereby dismissed without prejudice.

**Signed this _____ day of _____, 20__ in New Orleans, Louisiana.**

**JUDGE**