UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Grillier, et al v. Alliance Homes, Inc., et al*
No. 09-5340

JURY DEMANDED

**PLAINTIFFS CHARLON HENDERSON-SCOTT, DEVAN HIGH, DEBORAH KOTRABA, SARAH MCGOWAN, AND NIESHA MONTGOMERY'S NOTICE OF <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)</u>**

NOW INTO COURT, through undersigned counsel, comes the following Plaintiffs herein, Charlon Henderson-Scott, Devan High, Deborah Kotraba, Sarah McGowan, and Niesha Montgomery, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against all Defendants in the Complaint previously filed in these proceedings on August 4, 2009.

By:   /s/Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
