IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION: N(4) |
| THIS DOCUMENT RELATES TO:<br>*Barbara J. Carbo, et al., v Superior Homes, LLC, et al.; Case No. 2:09-cv-07861 and 02:09-cv-5292,* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

**COME NOW PLAINTIFFS**, through undersigned counsel, to move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint due to a scrivener's error to correct the name of the Defendant Manufacturer as follows:

1. Defendant Superior Homes, LLC was improperly named as the Defendant Manufacturer. The correct name of the Defendant Manufacturer is Mitchell County Investments, LLC f/k/a Superior Park Model Homes. In addition thereto, the Plaintiffs seek to amend the caption hereto to correctly identify the Defendant Manufacturer.

2. To correctly substitute "the State of Indiana" for "the State of Georgia" in paragraph 3 of the Complaint concerning Mitchell County Investments, LLC f/k/a Superior Park Model Homes.

As no answer has been filed in the above-captioned matter, the named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 28th day of December, 2010.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
 (843) 577-9440
 (843) 720-1777

J. DOUGLAS SUNSERI (#19173)
EDWARD J. VOCKE, IV (#22882)
NICAUD & SUNSERI, LLC
A Group of Professional Law Corporations
3000 18th Street
Metairie, LA 70002
(504) 837-1304

/s/ J. Douglas Sunseri

2