## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | SECTION: **N(4)** |
| **LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** *Barbara J. Carbo, et al., v Mitchell County Investments, LLC f/k/a Superior Park Model Homes, et al.; Case No. 2:09-cv-07861 and 02:09-cv-5292,* | **JUDGE ENGELHARDT** **MAG. JUDGE ROBY** |

### FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Barbara J. Carbo and the Estate of Elizabeth M. Carbo, who hereby supplement and amend their original Complaint Barbara J. Carbo and the Estate of Elizabeth M. Carbo *v. Superior Homes, LLC; United States Of America Through The Federal Emergency Management Agency; and Shaw Environmental, Inc.; Case No. 2:09-cv-07861 and 02:09-cv-5292* filed on December 28, 2009.  Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraph 3 of the Complaint by replacing "State of Indiana" each time it appears with "State of Georgia".

2.

Defendant Superior Homes, LLC was improperly named as the Defendant Manufacturer. The correct name of the Defendant Manufacturer is Mitchell County Investments, LLC f/k/a Superior Park Model Homes.

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
 (843) 577-9440
 (843) 720-1777

J. DOUGLAS SUNSERI (#19173)
EDWARD J. VOCKE, IV (#22882)
NICAUD & SUNSERI, LLC
A Group of Professional Law Corporations
3000 18th Street
Metairie, LA 70002
(504) 837-1304

/s/ J. Douglas Sunseri