# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO: *Barbara J. Carbo, et al., v Superior Homes, LLC, et al.; Case No. 2:09-cv-07861 and 02:09-cv-5292,* | MDL NO. 1873  SECTION: N(4)  JUDGE ENGELHARDT MAG. JUDGE ROBY |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Amended Complaint for Damages.

THIS DONE the ____ day of _____, _____, New Orleans, Louisiana.

_____
JUDGE