MINUTE ENTRY
ENGELHARDT, J.
December 28, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER					MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
						SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Tuesday, December 28, 2010, at 9:30 a.m. Participating were Gerardo R. Barrios, M. David Kurtz, Dennis C. Reich, Andrew D. Weinstock, Ralph S. Hubbard, III, Brent M. Maggio, Charles E. Leche, and Cynthia Thomas.

JS10(00:18)