UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE PRODUCTS                    SECTION N MAG. 5
LIABILITY LITIGATION


                                         JUDGE ENGELHARDT
                                         MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Austin v. Superior Homes, LLC, et al,*     JURY DEMANDED
*No. 09-8728*
*Buras v. Superior Homes, LLC, et al*
*No. 09-8719*
*Stermer, et al v. Superior Homes, LLC, et al*
*No. 09-7266*
*Williams v. Superior Homes, LLC, et al*
*No. 09-6341*
*Acklin, et al v. Alliance Homes, Inc., et al*
*No. 09-5343*
*Aaron, et al v. Alliance Homes, Inc., et al*
*No. 09-7167*
*Ball, et al v. Alliance Homes, Inc., et al*
*No. 09-6193*
*Grillier, et al v. Alliance Homes, Inc., et al*
*No. 09-5340*
*Burl, et al v. Alliance Homes, Inc., et al*
*No. 09-7940*
*Defelice, et al v. Alliance Homes, Inc., et al*
*No. 09-5341*


**ORDER**

Considering the foregoing Unopposed Motion to Dismiss:


IT IS HEREBY ORDERED that all of the claims asserted herein against SUPERIOR

HOMES, L.L.C. are hereby dismissed without prejudice with each party to bear their own costs.

Signed this _____28th_____ day of _____December_____, 2010_____ in New Orleans,

Louisiana.

_____
United States District Judge