## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MILLER** | * | **DOCKET NO. 10-2397** |
| | * | |
| | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIOR HOMES, LLC,** | * | |
| **FLUOR ENTERPRISES, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
## FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

MAY IT PLEASE THE COURT:

Plaintiff respectfully requests that this Court grant Plaintiff's Motion and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC. A review of documents and materials available to Plaintiff indicates that the original naming of Superior Homes, LLC as a defendant was erroneous.

1.

The *Miller* suit, in its First Supplemental and Amending Complaint, matching Plaintiff to the proper defendants, filed on August 2, 2010, inadvertently misidentified Superior Homes, LLC as the manufacturer in the above-captioned matter. Matching information provided by defendants listed "Superior" as the manufacturer; however, Plaintiff now understands that the Superior park model with VIN beginning with "5SYBB" was manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model Homes.

2.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

3.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Superior Homes, LLC from this litigation without prejudice, and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes in its place.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:     /s Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2010, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713
