# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL DANIELS,** | * | **DOCKET NO. 10-2387** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIOR HOMES, LLC,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |
| | * | |

**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO
## AMEND COMPLAINT AND SUBSTITUTE A PARTY

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the *Daniels* matter who, for the reasons set forth in the attached memorandum, respectfully submit to this Honorable Court this Motion to Amend Complaint and Substitute a Party and request that this Court substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC in the above-captioned matter.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713

Gainsburgh, Benjamin, David,<br>
Meunier & Warshauer, L.L.C.<br>
2800 Energy Centre<br>
1100 Poydras Street<br>
New Orleans, Louisiana  70163<br>
Telephone:     504/522-2304<br>
Facsimile:      504/528-9973<br>
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713