IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL DANIELS** | * | **DOCKET NO. 10-2387** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIORHOMES, LLC,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
### FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiffs' Motion and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC. A review of documents and materials available to Plaintiffs indicates that the original naming of Superior Homes, LLC as a defendant was erroneous.

1.

The *Daniels* suit, in its First Supplemental and Amending Complaint, matching Plaintiffs to the proper defendants, filed on August 2, 2010, inadvertently misidentified Superior Homes, LLC as the manufacturer in the above-captioned matter. Matching information provided by defendants listed "Superior" as the manufacturer; however, Plaintiffs now understand that the

Superior park model with VIN beginning with "5SYBB" was manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model Homes.

2.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

3.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Superior Homes, LLC from this litigation without prejudice, and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes in its place.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   /s Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

Case 2:07-md-01873-KDE-MBN   Document 19059-1   Filed 12/29/10   Page 3 of 3

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                  s/Justin I. Woods
                                  JUSTIN I. WOODS, #24713