UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *Devlin, et al v. Fleetwood Enterprises, et al*; | * | |
| Docket No. 07-7018 | * | MAGISTRATE: CHASEZ |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Manufacturing Defendants Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing is GRANTED.

New Orleans, Louisiana, this 29th day of December, 2010.

_____
JUDGE

00062871-1