UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                       SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Lemoine, et al v. Superior Homes, et al, E.D.La. No. 10-3799
   Khan, et al v. Superior Homes, et al, E.D.La. No. 10-3717

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of plaintiffs' claims in the above-captioned cases against SUPERIOR HOMES, L.L.C. only are hereby dismissed without prejudice.

**Signed this**  29th  **day of**  December  , 20 10   **in New Orleans, Louisiana.**

                                  **JUDGE**