UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. (Rec. Doc. 18701). This motion is opposed by the Government (See Rec. Doc. 18833), to the extent that it calls for the undersigned to preside over the summary jury trial. After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Entry of Order Concerning Summary Jury Trial Involving Dutchmen Manufacturing, Inc. (Rec. Doc. 18701)** is **DENIED**. If the parties still wish to proceed with a summary jury trial, an amended order should be submitted to the Court on or before Monday, January 3, 2011. The amended, agreed-upon proposed order shall allow for another district judge or a magistrate judge to preside over the summary jury trial. (The parties will be notified by the undersigned at a later date of the particular judge who will preside over the summary jury trial).

New Orleans, Louisiana, this 29th day of December, 2010.

                                                   **KURT D. ENGELHARDT**
                                                   **United States District Court**