# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION: N(5) |
| LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: *Barbara J. Carbo, et al., v Superior Homes, LLC, et al.; Case No. 2:09-cv-07861 and 02:09-cv-5292,* | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff be granted leave to file the First Amended Complaint for Damages.

THIS DONE the 29th day of December, 2010, New Orleans, Louisiana.

_____
JUDGE