UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION: N(4) |
| THIS DOCUMENT RELATES TO:<br>*Barbara J. Carbo, et al., v Mitchell County Investments, LLC f/k/a Superior Park Model Homes, et al.; Case No. 2:09-cv-07861 and 02:09-cv-5292,* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## FIRST AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, Barbara J. Carbo and the Estate of Elizabeth M. Carbo, who hereby supplement and amend their original Complaint Barbara J. Carbo and the Estate of Elizabeth M. Carbo *v. Superior Homes, LLC; United States Of America Through The Federal Emergency Management Agency; and Shaw Environmental, Inc.; Case No. 2:09-cv-07861 and 02:09-cv-5292* filed on December 28, 2009. Plaintiffs seek to supplement and amend their original Complaint in the following respects:

1.

Named Plaintiffs seek to correct a scrivener's error in paragraph 3 of the Complaint by replacing "State of Indiana" each time it appears with "State of Georgia".

2.

Defendant Superior Homes, LLC was improperly named as the Defendant Manufacturer. The correct name of the Defendant Manufacturer is Mitchell County Investments, LLC f/k/a Superior Park Model Homes.

WHEREFORE, Plaintiffs herein respectfully amend the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

        J. MICHAEL VERON (#7570)
        J. ROCK PALERMO (#21793)
        BICE, PALERMO & VERON, L.L.C.
        P. O. BOX 2125
        LAKE CHARLES, LA  70602
        (337) 310-1600
        (337) 310-1601 (FAX)

        PAUL A. DOMINICK
        RICHARD L. TAPP, JR
        DENNIS J. LYNCH
        NEXSEN PRUET, L.L.C.
        P. O. BOX 486
        CHARLESTON, SC  29402
        (843) 577-9440
        (843) 720-1777

        J. DOUGLAS SUNSERI (#19173)
        EDWARD J. VOCKE, IV (#22882)
        NICAUD & SUNSERI, LLC
        A Group of Professional Law Corporations
        3000 18th Street
        Metairie, LA 70002
        (504) 837-1304

        /s/ J. Douglas Sunseri