UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>Grillier, et al v. Alliance Homes, Inc., et al<br>No. 09-5340 | JURY DEMANDED |

**PLAINTIFFS FLORENCE HINCHEY, DANESHA ISAAC, LORENZO ISAAC, NICOLE ISAAC, CHARLOTTE KELLY, JESSIE KELLY, MELISSA MASON-OLIVO, AND ANDREW OLIVO'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)</u>**

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Florence Hinchey, Danesha Isaac, Lorenzo Isaac, Nicole Isaac, Charlotte Kelly, Jessie Kelly, Melissa Mason-Olivo, and Andrew Olivo who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against all Defendants in the Complaint previously filed in these proceedings on August 4, 2009.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                /s/Matthew B. Moreland
                                                Matthew B. Moreland