UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>Clark et al v. American International Group, Inc. et al<br>No. 09-5380 | JURY DEMANDED |

**PLAINTIFFS MARTHA GUTHRIE, MELISSA PATTERSON, AND MEGAN TAYLOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Marha Guthrie, Melissa Patterson, and Megan Taylor, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, without prejudice, of their claims asserted against American International Group, Inc., American International Specialty Lines Insurance Company, Gibraltar Insurance Company, Ltd., Starr Excess Liability Insurance Company, Ltd., Shaw Environmental, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street

                                                                P. O. Drawer H  
                                                          Reserve, Louisiana  70084  
                                                          Telephone: (985) 536-1186  
                                                          Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

     I hereby certify that on December 29, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                           <u>/s/Matthew B. Moreland</u>  
                                                            Matthew B. Moreland