UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>Acklin, et al v. Alliance Homes, Inc., et al<br>No. 09-5343 | JURY DEMANDED |

### PLAINTIFFS DEMETRIC ANTOINE, DOMINIQUE ANTOINE, IVY BENOIT, JEANETTE BLANCHARD, TA'KEILIA CHAPMAN, TATYANA CHAPMAN, JAELA CHILDERS, SHELLEY DAVIS, AND JOANN FOSTER' WHEATS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Demetric Antoine, Dominique Antoine, Ivy Benoit, Jeanette Blanchard, Ta'Keilia Chapman, Tatyana Chapman, Jaela Childers, Shelley Davis, and Joann Foster, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, without prejudice, of their claims asserted all Defendants in the Complaint previously filed in these proceedings on August 3, 2009.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland