**From:** ANDREW WEINSTOCK
**Sent:** Wednesday, December 22, 2010 8:53 AM
**To:** 'Chris Pinedo'
**Cc:** 'Mikal C. Watts'; 'Bob Hilliard'; 'egieger@glllaw.com'; 'cstrickland@glllaw.com'; 'Percy, James'; 'Johnson, Ryan'; 'Tom Cougill'; 'Maggio, Brent'; 'loribarker@allengooch.com'; dkurtz@bakerdonelson.com; Whitfield, Karen; 'Tim Scandurro'
**Subject:** RE: Mayer Reliance Materials

Chris,

I have a call in to Dr. Mayer to discuss your request. I think we can get you several of the requested items quickly. Nevertheless, as you keep asking for the "show me your work" type of material, which Dr. Hewett has never produced in the past, it may be a good time to get the court involved. If the court determines you are entitled to such material, at least we would have sufficient ground rules for future requests to Dr. Hewett. I know that you were not involved in his deposition, but we were required to ask these questions of him at the deposition and even with his explanation, it was difficult to determine what exactly he had done. I think Dr. Mayer's work product is much clearer but apparently you disagree. In any event, please present your request in the form of a written motion rather than simply asking for a phone call so we can all agree about what is in dispute. Further, should the Judge refer this to the Magistrate, we may need to take up any ruling with him, therefore, a paper trail for the court is necessary.

Andy

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Tuesday, December 21, 2010 4:44 PM
**To:** ANDREW WEINSTOCK
**Cc:** 'Mikal C. Watts'; 'Bob Hilliard'
**Subject:** Mayer Reliance Materials

Andy: We have a problem. You have still not produced the materials I was asking for. Please let me know if you will produce it or if I have to get the Court involved. We need the following:

1. We need the data analysis logs from Dr. Mayer. Where are they? There are none in the reliance files. If he did not create any data analysis logs, let us know.

2. You say that Dr. Mayer used SPSS which is on his laptop. What version did he use and produce a copy of it.

3. Since Dr. Mayer used SPSS which is on his laptop, where is the output to the SPSS program he used? Likewise, where are the spreadsheets etc. indicating what he input into the SPSS program and where is the output to this program?

4. You also say that Dr. Mayer used Interactive Statistical Programs which is freeware on the web. What program are you referring to. I have searched the web and I cannot find it.



5. You say, Dr. Mayer used Interactive Statistical Programs which is freeware on the web. Where is the output to this program and where is the input to the same? We have not received this.

6. There are no excel files to support the analysis Mayer Table 4. Where are they? We need the input data and output that were calculated and were associated with these Spearman Rank Correlation Coefficients.

7. Any other files, e.g. text files, Excel and other data storage files used by Mayer to support his analysis.

Chris Pinedo
Attorney At Law
4550 Jericho Road
Corpus Christi, Texas 78413
(361) 946-1474
(361) 244-2278 (Cell)
(361) 288-8028 (Fax)

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Sunday, December 19, 2010 6:45 AM
**To:** 'Chris Pinedo'
**Cc:** 'egieger@glllaw.com'; 'Carson Strickland'; 'Tom Cougill'; 'Percy, James'; 'Johnson, Ryan'; 'Maggio, Brent'; 'loribarker@allengooch.com'; CARMEN MOTES
**Subject:** FW: Revised response

Chris,

All of the spreadseets Dr. Mayer used were created by Dr. Hewett and can be found in that reliance file.

Dr. Mayer used Interactive Statistical Programs which is freeware on the web. He also used SPSS on his laptop. He also used the Spearman Rank Order Correlation, which Dr. Hewett himself has used it in his reports.

Andy


-----Original Message-----

From: Chris Pinedo [mailto:cpinedo@cpinedolaw.com]

Sent: Tuesday, December 14, 2010 3:02 PM

To: ANDREW WEINSTOCK

Cc: CARMEN MOTES

Subject: FW: Mayer's missing reliance materials

Andy: thank you for sending Appendix A to the Mayer Report today. Now that I have received Appendix A, and it does not answer many questions, I am writing to let you know there are several things I need before we conduct the Mayer deposition. Mayer does a statistical analysis on page 4 of his Nov 14, 2010 report, calculating Spearman correlation coefficients for each pair of manufacturers. However, you provided nothing in his reliance files regarding this analysis. I need the backup data and materials so I can determine if he did it appropriately. As it is, I cannot replicate his analysis.

Specifically, I am requesting the following:

2

1. Information on the parameter(s) that was calculated for each data source since the parameter estimate that was ranked was not mentioned in the text;

2. The parameter estimates - for each manufacturer and data source combination - that were used to calculate the Spearman Correlation Coefficients;

3. Information on the statistics program used or the means used to generate the table on page 4;

4. Information on whether the parameter estimates were calculated using data from occupied units, unoccupied units, or both;

5. All manufacturer datasets, as Excel spreadsheets, used to estimate the parameter that was correlated;

6. All statistical analysis files associated with the calculation of the Spearman Correlation Coefficients: e.g., statistical program data files, statistical program code, and the result or output files;

7. Any notes, annotations, or separate reports regarding the analysis on page 4; and

8. Any other computer files used to develop or support his analysis.

Please provide this information by next Tuesday, December 21. If we do not get the information in a timely manner, we may need to delay the deposition.

I would assume that neither you nor I would like to see that happen.

Chris Pinedo

Attorney At Law

4550 Jericho Road

Corpus Christi, Texas 78413

(361) 946-1474

(361) 244-2278 (Cell)

(361) 288-8028 (Fax)