**From:** ANDREW WEINSTOCK
**Sent:** Monday, December 27, 2010 1:58 PM
**To:** Chris Pinedo; 'Mikal C. Watts'; 'Bob Hilliard'; 'Justin Woods'; 'Jennifer Minden'; 'Gerald Meunier'; 'Denise Martin'
**Cc:** egieger@glllaw.com; cstrickland@glllaw.com; 'Percy, James'; 'Johnson, Ryan'; 'Tom Cougill'; 'Maggio, Brent'; loribarker@allengooch.com; 'Tim Scandurro'; Ryan Malone
**Subject:** Mayer "reliance" materials request

Chris,

Your hearing is set for January 12. I suggest you file a motion for expedited hearing so we can get this resolved before the January 7 deposition. In response to your revised e-mail request, Dr. Mayer used (1) SPSS Statistics 18 and (2) Interactive Statistical Programs (statpages.org).

Andy



1