# Transcript of the Testimony of
# Paul Hewett, Ph.D., CIH

## Date taken: November 15, 2010

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS           SECTION N(4)

LIABILITY LITIGATION            JUDGE ENGELHARDT


* * *


     DEPOSITION OF PAUL HEWETT, Ph.D., CIH, 1270 KINGS ROAD, MORGANTOWN, WEST VIRGINIA 26508, TAKEN AT THE OFFICES OF GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, 2800 ENERGY CENTRE, 1100 POYDRAS STREET, NEW ORLEANS, LOUISIANA  70163, ON THE 15TH DAY OF NOVEMBER, 2010.

REPORTED BY:

    CATHY RENEE' POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

ALSO PRESENT:

    DR. LAWRENCE S. MAYER, M.D., Ph.D.

```
 1    data as it becomes available.
 2         Q.   Did Boston Chemical send you a FTP
 3    file link or something like that to allow
 4    you to download this?
 5         A.   In essence, that is correct.  They
 6    have a Web site that is, of course, password
 7    protected, and I can download a database
 8    whenever I want to.
 9         Q.   When you have given depositions in
10    the past, Dr. Hewett, about individual cases
11    within this MDL, you have been provided the
12    ability to download similar spreadsheets,
13    correct?
14         A.   Correct.
15         Q.   Did you simply filter the
16    manufacturer column in the past cases in
17    order to sort out the data that were
18    relevant for the compliance statistics
19    portion of your report?
20         A.   Well, there is a yes and a no to
21    that.  I start off with the database, and
22    when it says "working," it means I have
23    taken the original, which is also included
24    in the files that you received, and did a
25    few things.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                          Paul Hewett, Ph.D., CIH

Page 154

1          One, I moved several columns from
2    one location to another, and that would be
3    Columns B and C that you see there.  I moved
4    them from the original location to an
5    earlier location in the database.  And I
6    added an extra column called the Index
7    Column on Column A.
8          Other than that, it is identical
9    to the original version.
10         Now, this is my starting point,
11   and using this database, I then consolidate
12   or make uniform the manufacturer and model
13   names.  We have different data sources here.
14   As the dataset has evolved over time, the
15   manufacturer names become more consistent.
16   In the early days of the database, every
17   possible way you could spell Gulf Stream was
18   used and every possible way you could spell
19   any of the other manufacturers' names were
20   in there as well.
21         So one of the tasks prior to data
22   analysis is to make sure that all model and
23   manufacturer names, where they can be
24   identified, are uniform.
25         I also extract from this database

1   those datasets that are not needed, and
2   those that I am going to replace with my own
3   extractions from the original files.  And I
4   am referring to the CDC/FEMA dataset and the
5   Bureau Veritas data, which come from or I
6   extracted from the original files provided
7   by Bureau Veritas.
8           Now, with these three datasets,
9   that is, the remainder of the PSC database
10  after I have removed all of the other
11  datasets, the CDC and the Bureau Veritas, I
12  run them through filters, codes that I have
13  written, which I provided to you, that
14  results in uniform manufacturer and model
15  names so that I end up with a dataset, which
16  you have probably seen, called the Combined
17  Database 2010-09-17.  That is my final
18  dataset for starting on the individual
19  manufacturer analysis.
20          Am I going too long on this?  Too
21  rhapsodic, too much information?
22     Q.   No, sir.  I think you are doing
23  fine.
24          Is the combined database in an
25  Excel format?

1    A.   Yes, it is.  You would probably
2  find that in the folder labeled "SYSTAT
3  Files."
4    Q.   Your reliance files were produced
5  to us in a format with a title entitled
6  SYSTAT Decay Analysis 20100401.
7         Is that the right spot?
8    A.   That would be for decay analysis.
9    Q.   In that is a Combined Database
10 File 20100421.  Is that what you were just
11 referring to?
12   A.   Let me have the dates again,
13 because it should be 0917.
14   Q.   Well, that's why I am confused,
15 Dr. Hewett, because the files which we were
16 provided as part of your reliance files for
17 this exercise contained a combined database
18 of 2010 April 21; it is Bates labeled PSC
19 HEWETT 001057.
20   A.   Well, that was used for the decay
21 analysis.  There was another folder labeled
22 SYSTAT Files with all of the files I talked
23 about and the files I used for the main
24 report, not the decay analysis.
25   Q.   I see that one.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Paul Hewett, Ph.D., CIH

Page 157

1      A.    If you want to let me peek at your
2   computer, I can probably help you.
3      Q.    I think I have it.  I was looking
4   in the wrong spot.
5            Just for the record, the April 21
6   version of the combined database is what you
7   used for the decay curve?
8      A.    Correct.
9      Q.    And the SYSTAT Files Combined
10  Database 20100917 is PSC HEWETT 001264.
11           Do you know whether any data were
12  added to what Boston Chemical provided to
13  you for downloading purposes in September of
14  this year as compared to what you used in
15  the earlier bellwether cases?
16     A.    The dataset that I downloaded in
17  September was different than the earlier
18  datasets in that it had the Gulf Stream
19  measurements that had been collected by Gulf
20  Stream in early 2006.
21     Q.    Were any other data added to the
22  September version of what you downloaded as
23  compared to the earlier versions?
24     A.    There may have been, David, but as
25  we sit here, I cannot tell you.  I would

1   Do you know why there would be a
2   discrepancy?
3           (Discussion off the record.)
4       MR. KURTZ:
5               I have asked the witness to look
6   at a file called Combined Database
7   2010-09-17, which bears Bates label PSC
8   HEWETT 001264.
9   EXAMINATION BY MR. KURTZ:
10      Q.   Have you pulled up that file?
11      A.   Yes, I want to pull up another
12  file.
13      Q.   Before you do, filter that file
14  for Forest River travel trailers and
15  occupied and tell me how many records that
16  file shows.
17      A.   222.  That's what you got?
18      Q.   Same as mine.  Do you know why
19  there would be a difference between the 278
20  or even the 281 versus the 222?
21      A.   Well, I'm going to try to figure
22  that out.
23              That probably has a lot to do
24  with -- I am going to pull up one other
25  dataset.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                                   Paul Hewett, Ph.D., CIH

Page 299

1      Q.     Okay.  Would you mind telling me
2   what you are pulling up so I can follow
3   along?
4      A.     Okay.  This would be the dataset
5   in the Forest River folder, and it is named
6   Concentration underscore 3 underscore Forest
7   River.
8      Q.     And that bears Bates label 1322.
9      A.     And these are all Forest River.
10  And with this, when I look at only Forest
11  River -- and that is the only thing in this
12  particular Excel spreadsheet -- I get 278
13  travel trailers, occupied travel trailers.
14           Now, the difference is probably
15  coming from the fact that I then have taken
16  the Forest River data and looked at it and
17  determined that there were trailers that had
18  not been classified as travel trailers.  And
19  that can be based upon the manufacturer
20  code.
21           So some of them were clearly
22  Cherokee, Flagstaff, Puma, and so on to
23  Wildwood, based on the VIN number, but had
24  not been identified in the database as a
25  travel trailer or a specific model.

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255                                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                     Paul Hewett, Ph.D., CIH

Page 300

1    So in the end, you will notice in
2    this specific spreadsheet, concentration 3
3    underscore Forest River, there are three
4    columns that say manufacturer, model and
5    type; there are three columns next to that
6    that give you manufacturer original, model
7    original and type original.  So those in the
8    last three columns represent the entries in
9    the database as I received it.
10         Now, those that are in Columns F,
11   G and H, Manufacturer, Model and Type, those
12   are the final models and type designations.
13         So some of those that were not
14   classified -- in fact, if you look at this,
15   at the sort document index, the top index is
16   35 and the next is 45.  If you go over, for
17   those first three rows, you saw those three
18   entries do not have a type of trailer
19   entered.  But I have reclassified those as
20   travel trailers, two of them because the VIN
21   is consistent with that of a Cherokee, and
22   the other where we did not have a VIN
23   because the original model was Cherokee.
24         And you can see further down,
25   starting with row 11, there are other cases

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                                      Paul Hewett, Ph.D., CIH

Page 301

1    that did not have an entry for type, and I
2    reclassified those as travel trailers based
3    on the analysis of the VIN number. So that
4    brought it up from 222 to 278.
5         Q.   I didn't mean to cut you off. Dr.
6    Hewett, what I am trying to get at, if it is
7    not obvious, is which spreadsheets are the
8    basis for the calculations that are shown in
9    your report for each of the manufacturers.
10   Let me see if I can summarize it, because I
11   think I understand it now.
12             You have a subfolder for each of
13   the five manufacturers that is going to
14   contain a spreadsheet just like the CONC 3
15   Forest River?
16        A.   Correct.
17        Q.   And that contains data that
18   ultimately made its way into your report?
19        A.   Correct.
20        Q.   And to generate the CONC 3
21   spreadsheets, you started with the combined
22   database, but then used other information
23   about things like the VIN number in order to
24   create the CONC 3 databases?
25        A.   Correct.