UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Abshire et al v. American International Group, Inc. et al*<br>*No. 09-7287* | JURY DEMANDED |

## PLAINTIFFS MELISSA MASON-OLIVO AND ANDREW OLIVO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Melissa Mason-Olivo and Andrew Olivo, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against American International Group, Inc., American International Specialty Lines Insurance Company, Gibraltar Insurance Company, Ltd, Starr Excess Liability Insurance Company, Ltd, CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on November 10, 2009.

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H

Reserve, Louisiana  70084  
Telephone: (985) 536-1186  
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland  
Matthew B. Moreland