UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF CONTRACTOR DEFENDANTS'
JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH
ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

**MAY IT PLEASE THE COURT:**

On December 15, 2010, Manufacturing Defendants filed a Motion to Dismiss (Rec. Doc. #18684), requesting that all claims listed on Exhibit "A," attached thereto, (Rec. Doc. 18684-2), be dismissed for failure to comply with the following Pretrial Orders issued by this Court: (1) Pretrial Order #38 (Rec. Doc. #1596), which placed on each plaintiff the burden of identifying and naming the sole manufacturer responsible for making the travel-trailer in which he or she was housed through the Federal Emergency Management Agency ("FEMA"); (2) Pretrial Order #53 (Rec. Doc. #10228), which placed upon each plaintiff the burden of identifying and naming

only those government-contractors involved with his or her unit; and (3) Pretrial Order #68 (Rec. Doc. #14200), which ordered that all matching requests by plaintiffs should be received by FEMA by June 15, 2010.[1]

Because the plaintiffs have not complied with those orders, and for the other reasons cited in the Manufacturing Defendants' Memorandum in Support of their Motion to Dismiss (Rec. Doc. #18684-1), the Contractor Defendants seek dismissal, with prejudice, at plaintiffs' cost, of those claims listed on the attached Exhibit "A."

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**


          /s/ M. David Kurtz
        M. DAVID KURTZ (#23821)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana 70170
        Telephone: (504) 566-5200
        Facsimile: (504) 636-4000
        dkurtz@bakerdonelson.com

        **LIAISON COUNSEL FOR CONTRACTOR**
        **DEFENDANTS**

---

[1] Pretrial Order #68 also allowed plaintiffs a narrow exception identified as the "last chance" process by which he or she could receive matching data after the June 15, 2010, so long as strict protocol was followed. However, motions requesting access to the "last chance" must have been received by August 2, 2010.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of December, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

      /s/ M. David Kurtz
      M. DAVID KURTZ