UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT A: CLAIMS IN THE MULTIDISTRICT LITIGATION NO. 1873 THAT FAIL TO COMPLY WITH PRETRIAL ORDERS #38, #53, AND #68

**MAY IT PLEASE THE COURT:**

The following cases, aligned according to docket number, fail to meet the requirements of Pretrial Orders #38, #53, and #68:

2:06-cv-05659-KDE-ALC McGuire et al v. Gulf Stream Coach, Inc. et al

2:07-cv-07018-KDE-ALC Devlin et al v. Fleetwood Enterprises Inc. et al

2:07-cv-07389-KDE-ALC Hunt Curley v. United State of America et al

2:07-cv-07783-KDE-ALC Duplessis v. Fleetwood Enterprises, Inc. et al

2:07-cv-09073-KDE-ALC Kilbert v. Fleetwood Enterprises, Inc. et al

2:07-cv-09141-KDE-ALC Collins et al v. Forest River, Inc. et al

2:07-cv-09184-KDE-ALC Lucien v. Gulf Stream Coach, Inc. et al

2:07-cv-09228-KDE-ALC Aldridge v. Gulf Stream Coach, Inc. et al

2:07-cv-09248-KDE-ALC Pizani v. Gulf Stream Coach, Inc. et al

2:08-cv-01672-KDE-ALC Joseph v. United States of America et al

2:08-cv-01969-KDE-ALC White et al v. Circle B Enterprises, Inc. et al

2:08-cv-01970-KDE-ALC Meshack v. Circle B Enterprises, Inc. et al

2:08-cv-03217-KDE-ALC Pujol et al v. United States of America et al

2:08-cv-03602-KDE-ALC Johnson et al v. United States of America et al

2:08-cv-04095-KDE-ALC Huckabee et al v. Fleetwood Enterprises et al

2:08-cv-04629-KDE-ALC Babin et al v. Cavalier Home Builders, LLC et al

2:08-cv-04630-KDE-ALC Laney et al v. United States of America et al

2:08-cv-05031-KDE-ALC Bauer et al v. Liberty Homes Inc. et al

2:09-cv-02911-KDE-ALC Green et al v. Fleetwood Enterprises Inc. et al

2:09-cv-03561-KDE-ALC Boudreaux et al v. Champion Home Builders Co. et al

2:09-cv-03587-KDE-ALC Battaglia et al v. Destiny Industries, LLC et al

2:09-cv-03589-KDE-ALC Ahl et al v. Frontier RV, Inc. et al

2:09-cv-03604-KDE-ALC James et al v. FRH, Inc. et al

2:09-cv-03622-KDE-ALC Fountain et al v. USA et al

2:09-cv-03715-KDE-ALC Clausell et al v. River Birch Homes Inc. et al

2:09-cv-03716-KDE-ALC Gagliano et al v. Southern Energy Homes Inc. et al

2:09-cv-03718-KDE-ALC Peterson et al v. Palm Harbor Homes Inc. et al

2:09-cv-03719-KDE-ALC Bergeron et al v. Jayco Enterprises Inc. et al

2:09-cv-03721-KDE-ALC Daigre v. Giles Family Holdings Inc. et al

2:09-cv-03722-KDE-ALC Doty et al v. Sun Valley, Inc. et al

2:09-cv-03726-KDE-ALC Barrilleaux et al v. Coachmen Industries, Inc. et al

2:09-cv-03728-KDE-ALC Arbour et al v. Vanguard Industries of Michigan, Inc. et al

2:09-cv-03729-KDE-ALC Borne et al v. DS Corp. et al

2:09-cv-03732-KDE-ALC Deogracias v. Starcraft RV, Inc. et al

2:09-cv-03734-KDE-ALC Braquet et al v. Lakeside Park Homes, Inc. et al

2:09-cv-03736-KDE-ALC Brignac et al v. Hy-Line Enterprises, Inc. et al

2:09-cv-03738-KDE-ALC Aguilera et al v. KZRV LP et al

2:09-cv-03739-KDE-ALC Cook et al v. Skyline Corporation et al

2:09-cv-03740-KDE-ALC Douglas et al v. Oak Creek Homes, L.P. et al

2:09-cv-03741-KDE-ALC Penny et al v. Waverlee Homes, Inc. et al

2:09-cv-03745-KDE-ALC Ball v. Frontier RV, Inc. et al

2:09-cv-03764-KDE-ALC Barnes v. Dutchmen Manufacturing, Inc. et al

2:09-cv-03824-KDE-ALC Bader et al v. Gulf Stream Coach, Inc. et al

2:09-cv-03825-KDE-ALC McHughes et al v. Timberland RV Company et al

2:09-cv-03826-KDE-ALC Boudreaux et al v. Dutch Housing, Inc. et al

2:09-cv-03827-KDE-ALC Braud et al v. Stewart Park Homes Inc. et al

2:09-cv-03922-KDE-ALC Prince et al v. Liberty Insurance Corp. et al

2:09-cv-03943-KDE-ALC Bartel et al v. Gulf Stream Coach, Inc. et al

2:09-cv-03949-KDE-ALC Barcelona et al v. R-Vision, Inc. et al

2:09-cv-03975-KDE-ALC Cavat et al v. Northwood Manufacturing, Inc. et al

2:09-cv-03995-KDE-ALC Joseph et al v. Champion Home Builders Co. et al

2:09-cv-04073-KDE-ALC Pineiro et al v. Alliance Home, Inc. et al

2:09-cv-04074-KDE-ALC King et al v. Alliance Homes, Inc. et al

2:09-cv-04075-KDE-ALC Lopez et al v. Alliance Homes, Inc. et al

2:09-cv-04076-KDE-ALC Richard et al v. Alliance Homes, Inc. et al

2:09-cv-04077-KDE-ALC Abron et al v. Alliance Homes, Inc. et al

2:09-cv-04078-KDE-ALC Ogletree et al v. Alliance Home, Inc. et al

2:09-cv-04079-KDE-ALC Robbin et al v. Alliance Home, Inc. et al

2:09-cv-04080-KDE-ALC Rucker et al v. Alliance Homes, Inc. et al

2:09-cv-04081-KDE-ALC Hunt et al v. Alliance Homes, Inc. et al

2:09-cv-04082-KDE-ALC Christophe et al v. Alliance Homes, Inc. et al

2:09-cv-04083-KDE-ALC Robinson et al v. Alliance Homes, Inc. et al

2:09-cv-04084-KDE-ALC Cager et al v. Alliance Homes, Inc. et al

2:09-cv-04085-KDE-ALC Dupre et al v. Alliance Homes, Inc. et al

2:09-cv-04086-KDE-ALC Benoit et al v. Alliance Homes, Inc. et al

2:09-cv-04087-KDE-ALC Chaney et al v. Alliance Homes, Inc. et al

2:09-cv-04088-KDE-ALC Carter et al v. Alliance Homes, Inc. et al

2:09-cv-04089-KDE-ALC Baptiste et al v. Alliance Homes, Inc. et al

2:09-cv-04090-KDE-ALC Craft et al v. Alliance Homes, Inc. et al

2:09-cv-04091-KDE-ALC Brown et al v. Alliance Homes, Inc. et al

2:09-cv-04092-KDE-ALC Stewart et al v. Alliance Homes, Inc. et al

2:09-cv-04093-KDE-ALC Davis et al v. Alliance Homes, Inc. et al

2:09-cv-04094-KDE-ALC Pierce et al v. Alliance Homes, Inc. et al

2:09-cv-04095-KDE-ALC Edgar et al v. Alliance Homes, Inc. et al

2:09-cv-04096-KDE-ALC Willis-Johnson et al v. Alliance Homes, Inc. et al

2:09-cv-04097-KDE-ALC James et al v. Alliance Homes, Inc. et al

2:09-cv-04098-KDE-ALC Heintz et al v. Alliance Homes, Inc. et al

2:09-cv-04099-KDE-ALC Baptiste et al v. Alliance Homes, Inc. et al

2:09-cv-04130-KDE-ALC Nevills et al v. Alliance Homes, Inc. et al

2:09-cv-04131-KDE-ALC Jacobs et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04134-KDE-ALC Stubbs et al v. Stewart Park Homes, Inc. et al

2:09-cv-04149-KDE-ALC Robinson et al v. ABC Manufacturer, Inc. et al

2:09-cv-04177-KDE-ALC Rodrigue et al v. Sunline Acquisition Company Ltd. et al

2:09-cv-04226-KDE-ALC Caldwell et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-04371-KDE-ALC Adams et al v. Fleetwood Canada, Ltd. et al

2:09-cv-04428-KDE-ALC Towe et al v. Redman Homes Inc. et al

2:09-cv-04429-KDE-ALC Towe v. Redman Homes Inc. et al

2:09-cv-04431-KDE-ALC Cowan v. Gulf Stream Coach, Inc. et al

2:09-cv-04523-KDE-ALC Alexander et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-04528-KDE-ALC Amos et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-04529-KDE-ALC Clark et al v. Coachmen Industries, Inc. et al

2:09-cv-04537-KDE-ALC Acklin et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04546-KDE-ALC Batiste et al v. Monaco Coach Corporation et al

2:09-cv-04547-KDE-ALC Ratliff v. Coachmen Industries, Inc. et al

2:09-cv-04562-KDE-ALC Baker v. Coachmen Industries, Inc. et al

2:09-cv-04581-KDE-ALC Moses v. Keystone Industries, Inc. et al

2:09-cv-04652-KDE-ALC Davis et al v. Forest River, Inc. et al

2:09-cv-04661-KDE-ALC Acosta et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04663-KDE-ALC Vaccarella et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04664-KDE-ALC Sakobie et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04669-KDE-ALC Adams et al v. Fleetwood Canada, Ltd. et al

2:09-cv-04676-KDE-ALC Brown et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04677-KDE-ALC Hardy et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04678-KDE-ALC Bethley et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04679-KDE-ALC Davis et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04680-KDE-ALC Johnson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04681-KDE-ALC Ragins et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04682-KDE-ALC Cuevas et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04683-KDE-ALC Leonard et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04684-KDE-ALC Body et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04685-KDE-ALC Wells et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04686-KDE-ALC Ware et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04687-KDE-ALC Lee et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04688-KDE-ALC Jones et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04689-KDE-ALC Chatman et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04690-KDE-ALC Burks et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04691-KDE-ALC Johnson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04692-KDE-ALC Robinson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04693-KDE-ALC Reffells et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04694-KDE-ALC Loper et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04695-KDE-ALC Lewis et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04696-KDE-ALC Taylor et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04697-KDE-ALC Johnson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04698-KDE-ALC Mitchell et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04699-KDE-ALC Raymond et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04700-KDE-ALC Watson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04701-KDE-ALC Spillers et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04702-KDE-ALC Pearson et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04703-KDE-ALC Brown et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04704-KDE-ALC Mistretta et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04705-KDE-ALC Quiett et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04706-KDE-ALC Williams et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04707-KDE-ALC Bailey et al v. Gulf Stream Coach, Inc, et al

2:09-cv-04711-KDE-ALC Buie et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-04712-KDE-ALC Jefferson et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-04727-KDE-ALC Ralleigh et al v. Monaco Coach Corporation et al

2:09-cv-04762-KDE-ALC Basile et al v. Alliance Homes, Inc. et al

2:09-cv-04779-KDE-ALC Bigner et al v. American Camper Manufacturing, LLC et al

2:09-cv-04827-KDE-ALC Doane v. Cavalier Home Builders, LLC et al

2:09-cv-04835-KDE-ALC Smith v. American International Specialty Lines Co. et al

2:09-cv-04837-KDE-ALC Shaw v. American International Specialty Lines Co. et al

2:09-cv-04839-KDE-ALC Alexis et al v. Monaco Coach Corporation et al

2:09-cv-04840-KDE-ALC Cacioppo et al v. Alliance Homes, Inc. et al

2:09-cv-04841-KDE-ALC Adams et al v. Alliance Homes, Inc. et al

2:09-cv-04842-KDE-ALC Gabourel et al v. Alliance Homes, Inc. et al

2:09-cv-04843-KDE-ALC Mackles et al v. Alliance Homes, Inc. et al

2:09-cv-04844-KDE-ALC Umbehagen et al v. Alliance Homes, Inc. et al

2:09-cv-04845-KDE-ALC Rabalais et al v. Alliance Homes, Inc. et al

2:09-cv-04868-KDE-ALC Alexander et al v. Allen Camper Manufacturing Company, Inc. et al

2:09-cv-04930-KDE-ALC Jones et al v. Alliance Homes, Inc. et al

2:09-cv-04953-KDE-ALC Brown et al v. Alliance Homes, Inc. et al

2:09-cv-04973-KDE-ALC Ayers v. Forest River, Inc. et al

2:09-cv-05000-KDE-ALC Merritt v. Timberland RV Company et al

2:09-cv-05006-KDE-ALC Brocks et al v. Keystone RV Company et al

2:09-cv-05234-KDE-ALC Sharett et al v. Alliance Homes, Inc. et al

2:09-cv-05252-KDE-ALC Anderson, et al v. Alliance Homes, Inc., et al

2:09-cv-05270-KDE-ALC Arana et al v. Explorer Atwood et al

2:09-cv-05273-KDE-ALC Alexander et al v. Fleetwood Enterprises, Inc. et al

2:09-cv-05282-KDE-ALC Aklin et al v. Alliance Homes, Inc. et al

2:09-cv-05283-KDE-ALC Berry et al v. American Camper Manufacturing LLC, et al

2:09-cv-05284-KDE-ALC Celestine et al v. American Camper Manufacturing, LLC et al

2:09-cv-05285-KDE-ALC Williams et al v. American Camper Manufacturing, LLC et al

2:09-cv-05315-KDE-ALC Philip et al v. Alliance Homes, Inc. et al

2:09-cv-05325-KDE-ALC Purcell et al v. Alliance Homes, Inc. et al

2:09-cv-05326-KDE-ALC Perkins et al v. Alliance Homes, Inc. et al

2:09-cv-05327-KDE-ALC Williams et al v. Alliance Homes, Inc. et al

2:09-cv-05328-KDE-ALC Acker et al v. Alliance Homes, Inc. et al

2:09-cv-05329-KDE-ALC Hill et al v. Alliance Homes, Inc. et al

2:09-cv-05330-KDE-ALC Adam et al v. Alliance Homes, Inc. et al

2:09-cv-05331-KDE-ALC Aguiliz et al v. Alliance Homes, Inc. et al

2:09-cv-05332-KDE-ALC Pollard et al v. Alliance Homes, Inc. et al

2:09-cv-05333-KDE-ALC Adams et al v. Alliance Homes, Inc. et al

2:09-cv-05334-KDE-ALC Sims et al v. Alliance Homes, Inc. et al

2:09-cv-05335-KDE-ALC Guillot et al v. Alliance Homes, Inc. et al

2:09-cv-05336-KDE-ALC James et al v. Alliance Homes, Inc. et al

2:09-cv-05340-KDE-ALC Grillier et al v. Alliance Homes, Inc. et al

2:09-cv-05341-KDE-ALC Defelice et al v. Alliance Homes, Inc. et al

2:09-cv-05342-KDE-ALC Cook et al v. Alliance Homes, Inc. et al

2:09-cv-05343-KDE-ALC Acklin et al v. Alliance Homes, Inc. et al

2:09-cv-05344-KDE-ALC Harris et al v. Alliance Homes, Inc. et al

2:09-cv-05345-KDE-ALC Allen et al v. Alliance Homes, Inc. et al

2:09-cv-05348-KDE-ALC Franklin et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05349-KDE-ALC Turner et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05350-KDE-ALC Magee et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05351-KDE-ALC Adams et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05352-KDE-ALC Anderson et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05353-KDE-ALC Allen et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05354-KDE-ALC Ambrose et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05355-KDE-ALC Gains et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05356-KDE-ALC Robertson et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05357-KDE-ALC Price et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05358-KDE-ALC Aguillard et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05372-KDE-ALC Bentel et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05376-KDE-ALC Aguillard et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05426-KDE-ALC Jordan v. Thor Industries Inc. et al

2:09-cv-05443-KDE-ALC Riley et al v. Alliance Homes, Inc. et al

2:09-cv-05534-KDE-ALC Johnson et al v. Alliance Homes, Inc. et al

2:09-cv-05535-KDE-ALC Etienne et al v. Alliance Homes, Inc. et al

2:09-cv-05553-KDE-ALC Chasley et al v. Dutchmen Manufacturing, Inc. et al

2:09-cv-05570-KDE-ALC Collins et al v. CH2M Hill Constructors Inc. et al

2:09-cv-05572-KDE-ALC Franklin et al v. Scotbilt Homes, Inc. et al

2:09-cv-05612-KDE-ALC Morales et al v. Alliance Homes, Inc. et al

2:09-cv-05613-KDE-ALC Morales et al v. Alliance Homes, Inc. et al

2:09-cv-05621-KDE-ALC Sylvester v. Cavalier Home Builders, LLC et al

2:09-cv-05687-KDE-ALC Martin v. Giles Industries, Inc. et al

2:09-cv-05762-KDE-ALC Dees et al v. Crum & Forster Specialty Insurance Company et al

2:09-cv-05773-KDE-ALC Andrews et al v. Gulf Stream Coach, Inc.

2:09-cv-05890-KDE-ALC Carter v. Forest River, Inc. et al

2:09-cv-05940-KDE-ALC Bartholomew et al v. Coachmen Industries, Inc. et al

2:09-cv-05941-KDE-ALC Lewis v. Gulf Stream Coach, Inc. et al

2:09-cv-05942-KDE-ALC Daunoy v. Layton Homes Corporation et al

2:09-cv-05977-KDE-ALC Cargo v. Coachmen Industries, Inc. et al

2:09-cv-05979-KDE-ALC Decourcy et al v. Patriot Homes of Texas, LP et al

2:09-cv-05980-KDE-ALC Blanchard et al v. Pilgrim International, Inc. et al

2:09-cv-05981-KDE-ALC Decourcy v. R-Vision, Inc. et al

2:09-cv-05992-KDE-ALC Shorty v. Gulf Stream Coach, Inc.

2:09-cv-05993-KDE-ALC Sherman v. Keystone RV Company

2:09-cv-05994-KDE-ALC Annis v. Alliance Homes, Inc.

2:09-cv-05997-KDE-ALC Adderson v. American Camper Manufacturing, LLC

2:09-cv-06005-KDE-ALC Buford v. Alliance Homes, Inc.

2:09-cv-06009-KDE-ALC Etienne et al v. American International Group et al

2:09-cv-06017-KDE-ALC Blappert et al v. Skyline Corporation et al

2:09-cv-06018-KDE-ALC Ricouard et al v. Fleetwood Canada, Ltd. et al

2:09-cv-06048-KDE-ALC Barnes et al v. American Camper Manufacturing, LLC et al

2:09-cv-06106-KDE-ALC Foxworth et al v. Alliance Homes Inc. et al

2:09-cv-06144-KDE-ALC Jackler et al v. Pilgrim International, Inc. et al

2:09-cv-06145-KDE-ALC Jakcler et al v. Cavalier Home Builders, LLC et al

2:09-cv-06147-KDE-ALC Jackler et al. v. Gulf Stream Coach et al

2:09-cv-06148-KDE-ALC Decourcy et al v. Fleetwood Canada, Ltd. et al

2:09-cv-06151-KDE-ALC Sentilles v. Monaco Coach Corporation et al

2:09-cv-06152-KDE-ALC Gould et al v. Liberty Homes Inc. et al

2:09-cv-06163-KDE-ALC Mack v. Recreation By Design, LLC et al

2:09-cv-06165-KDE-ALC Carolina v. Forest River, Inc. et al

2:09-cv-06170-KDE-ALC Clark v. Keystone RV Company et al

2:09-cv-06173-KDE-ALC Anderson v. Forest River, Inc. et al

2:09-cv-06178-KDE-ALC Avants et al v. Alliance Homes, Inc. et al

2:09-cv-06187-KDE-ALC Austin et al v. Alliance Homes, Inc. et al

2:09-cv-06193-KDE-ALC Ball et al v. Alliance Homes, Inc. et al

2:09-cv-06196-KDE-ALC Alexander et al v. Alliance Homes, Inc. et al

2:09-cv-06198-KDE-ALC Hernandez et al v. Alliance Homes, Inc. et al

2:09-cv-06202-KDE-ALC Benjamin et al v. Alliance Homes, Inc. et al

2:09-cv-06211-KDE-ALC Blappert et al v. Layton Homes Corp. et al

2:09-cv-06212-KDE-ALC Simmons v. Recreation By Design, LLC et al

2:09-cv-06213-KDE-ALC Crump et al v. Gulf Stream Coach Inc. et al

2:09-cv-06214-KDE-ALC Green et al v. Gulf Stream Coach Inc. et al

2:09-cv-06211-KDE-ALC Ory v. Gulf Stream Coach, Inc. et al

2:09-cv-06251-KDE-ALC Malone et al v. American International Group, Inc. et al

2:09-cv-06291-KDE-ALC Tobias v. Alliance Homes, Inc. et al

2:09-cv-06292-KDE-ALC Tobias v. American International Group et al

2:09-cv-06377-KDE-ALC Seward et al v. Coachman Industries Inc. et al

2:09-cv-06394-KDE-ALC Bell et al v. Cavalier Home Builders, LLC et al

2:09-cv-06397-KDE-ALC Allen et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06398-KDE-ALC Adams et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06399-KDE-ALC Autman et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06400-KDE-ALC Dixon et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06402-KDE-ALC Adams et al v. Alliance Homes, Inc. et al

2:09-cv-06412-KDE-ALC Bostic et al v. Alliance Homes, Inc. et al

2:09-cv-06413-KDE-ALC Hammond et al v. Gulf Stream Coach Inc. et al

2:09-cv-06414-KDE-ALC Ginn et al v. Gulf Stream Coach Inc. et al

2:09-cv-06415-KDE-ALC Cedeno et al v. Gulf Stream Coach Inc. et al

2:09-cv-06416-KDE-ALC Adams et al v. Gulf Stream Coach Inc. et al

2:09-cv-06419-KDE-ALC Pelas et al v. Alliance Homes, Inc. et al

2:09-cv-06420-KDE-ALC Brown et al v. Gulf Stream Coach Inc. et al

2:09-cv-06494-KDE-ALC Menard et al v. Alliance Homes, Inc. et al

2:09-cv-06495-KDE-ALC Rodriguez et al v. Alliance Homes, Inc. et al

2:09-cv-06497-KDE-ALC Fincher et al v. Alliance Homes, Inc. et al

2:09-cv-06498-KDE-ALC Gras et al v. Alliance Homes, Inc. et al

2:09-cv-06501-KDE-ALC Buras et al v. Alliance Homes, Inc. et al

2:09-cv-06632-KDE-ALC Fincher v. Alliance Homes, Inc. et al

2:09-cv-06636-KDE-ALC Durham v. Alliance Homes, Inc. et al

2:09-cv-06643-KDE-ALC Boteler v. Alliance Homes, Inc. et al

2:09-cv-06683-KDE-ALC Briggs, et al v. Gulf Stream Coach, Inc., et al

2:09-cv-06699-KDE-ALC Bonnvillian v. American Camper Manufacturing, LLC

2:09-cv-06712-KDE-ALC Stewart v. Alliance Homes, Inc. et al

2:09-cv-06713-KDE-ALC Karcher v. Horton Homes Inc. et al

2:09-cv-06714-KDE-ALC Surtain v. Recreation By Design, LLC et al

2:09-cv-06721-KDE-ALC Kujawa et al v. United States of America

2:09-cv-06722-KDE-ALC Bartel et al v. United States of America

2:09-cv-06798-KDE-ALC Hall v. Cavalier Home Builders, LLC et al

2:09-cv-06871-KDE-ALC Tircuit et al v. Vanguard Industries of Michigan, Inc. et al

2:09-cv-06872-KDE-ALC Baptiste v. American Camper Manufacturer LLC

2:09-cv-06873-KDE-ALC Bruno v. Gulf Stream Coach Inc.

2:09-cv-06874-KDE-ALC Patterson v. Gulf Stream Coach Inc.

2:09-cv-06875-KDE-ALC Stagg v. Gulf Stream Coach Inc.

2:09-cv-06876-KDE-ALC Guillory v. Gulf Stream Coach Inc.

2:09-cv-06877-KDE-ALC Anthony v. Gulf Stream Coach Inc.

2:09-cv-06878-KDE-ALC Andrews v. Gulf Stream Coach Inc.

2:09-cv-06881-KDE-ALC Joseph v. Alliance Homes, Inc.

2:09-cv-06882-KDE-ALC Griffin v. Alliance Homes, Inc.

2:09-cv-06884-KDE-ALC Massey v. Alliance Homes, Inc.

2:09-cv-06885-KDE-ALC Hebert v. Gulf Stream Coach Inc.
2:09-cv-06887-KDE-ALC Merwin et al v. Pilgrim International, Inc. et al
2:09-cv-06888-KDE-ALC Kelley et al v. R-Vision, Inc. et al
2:09-cv-06890-KDE-ALC Kline et al v. Starcraft RV, Inc. et al
2:09-cv-06891-KDE-ALC Hood et al v. Sunline Acquisition Company Ltd. et al
2:09-cv-06892-KDE-ALC Wright et al v. Thor California, Inc. et al
2:09-cv-06898-KDE-ALC Legendre et al v. Monaco Coach Corporation et al
2:09-cv-06899-KDE-ALC Andrews et al v. Cavalier Homes Builders, LLC et al
2:09-cv-06901-KDE-ALC Antoine et al v. Layton Homes Corp. et al
2:09-cv-06902-KDE-ALC Borrouse et al v. Coachmen Industries, Inc. et al
2:09-cv-06905-KDE-ALC Graves et al v. Clearspring Conversions Inc. et al
2:09-cv-06907-KDE-ALC Legendre et al v. Morgan Buildings and Spas, Inc. et al
2:09-cv-06908-KDE-ALC Neumann et al v. Champion Home Builders Co. et al
2:09-cv-06909-KDE-ALC Stewart v. Gulf Stream Coach, Inc. et al
2:09-cv-06915-KDE-ALC Broussard et al v. American Camper Manufacturing, LLC et al
2:09-cv-06967-KDE-ALC Acey v. Gulf Stream Coach, Inc.
2:09-cv-06968-KDE-ALC Acey v. Gulf Stream Coach, Inc.
2:09-cv-06969-KDE-ALC Graham v. Gulf Stream Coach, Inc.
2:09-cv-06970-KDE-ALC Ayers v. Gulf Stream Coach, Inc.
2:09-cv-06971-KDE-ALC Lett v. Gulf Stream Coach, Inc.
2:09-cv-06972-KDE-ALC Stanley v. Gulf Stream Coach, Inc.
2:09-cv-06973-KDE-ALC Cunningham v. Gulf Stream Coach, Inc.
2:09-cv-06974-KDE-ALC Rogers v. Gulf Stream Coach, Inc.
2:09-cv-06975-KDE-ALC Bridges v. Gulf Stream Coach, Inc.
2:09-cv-07122-KDE-ALC Page, et al v. CMH Manufacturing, Inc., et al
2:09-cv-07162-KDE-ALC Baker, et al v. Morgan Buildings & Spas, Inc., et al
2:09-cv-07163-KDE-ALC Danastasio v. Alliance Homes, Inc.
2:09-cv-07165-KDE-ALC Savoy v. Alliance Homes, Inc.
2:09-cv-07166-KDE-ALC Barber v. Alliance Homes, Inc.
2:09-cv-07167-KDE-ALC Stewart, et al v. Alliance Homes, Inc.
2:09-cv-07169-KDE-ALC Blakely v. Pilgrim International, Inc.

2:09-cv-07316-KDE-ALC Oswald, et al v. Integrity Midwest Inc., et al

2:09-cv-07356-KDE-ALC Barrett v. Gulf Stream Coach, Inc.

2:09-cv-07398-KDE-ALC Scott v. Gulf Stream Coach, Inc.

2:09-cv-07399-KDE-ALC Miller v. Gulf Stream Coach, Inc.

2:09-cv-07400-KDE-ALC Washington v. Gulf Stream Coach, Inc.

2:09-cv-07401-KDE-ALC Harris v. Gulf Stream Coach, Inc.

2:09-cv-07402-KDE-ALC Miller v. Gulf Stream Coach, Inc.

2:09-cv-07403-KDE-ALC Norwood v. Gulf Stream Coach, Inc.

2:09-cv-07404-KDE-ALC Magee v. Gulf Stream Coach, Inc.

2:09-cv-07405-KDE-ALC Seymour v. Gulf Stream Coach, Inc.

2:09-cv-07406-KDE-ALC Witt v. Gulf Stream Coach, Inc.

2:09-cv-07411-KDE-ALC Loch v. Gulf Stream Coach, Inc.

2:09-cv-07412-KDE-ALC Reaser v. Gulf Stream Coach, Inc.

2:09-cv-07413-KDE-ALC Abshire v. Gulf Stream Coach, Inc.

2:09-cv-07414-KDE-ALC Gautieer v. Gulf Stream Coach, Inc.

2:09-cv-07415-KDE-ALC Washington v. Gulf Stream Coach, Inc.

2:09-cv-07416-KDE-ALC Braxter v. Gulf Stream Coach, Inc.

2:09-cv-07417-KDE-ALC Hernandez v. Gulf Stream Coach, Inc.

2:09-cv-07418-KDE-ALC Prejean v. Gulf Stream Coach, Inc.

2:09-cv-07419-KDE-ALC Hernandez v. Gulf Stream Coach, Inc.

2:09-cv-07420-KDE-ALC Orphey v. Gulf Stream Coach, Inc.

2:09-cv-07421-KDE-ALC Meche v. Gulf Stream Coach, Inc.

2:09-cv-07422-KDE-ALC Albers v. Gulf Stream Coach, Inc.

2:09-cv-07423-KDE-ALC Dixon v. Gulf Stream Coach, Inc.

2:09-cv-04725-KDE-ALC Joseph v. Gulf Stream Coach, Inc.

2:09-cv-07426-KDE-ALC Nunez v. Gulf Stream Coach, Inc.

2:09-cv-07427-KDE-ALC Kellum v. Gulf Stream Coach, Inc., et al

2:09-cv-07428-KDE-ALC Spears v. Gulf Stream Coach, Inc.

2:09-cv-07429-KDE-ALC Steele v. Gulf Stream Coach, Inc.

2:09-cv-07430-KDE-ALC Clark v. Gulf Stream Coach, Inc.

2:09-cv-07439-KDE-ALC Haley v. Gulf Stream Coach, Inc.

2:09-cv-07527-KDE-ALC Sprinkle, et al v. DS Corp., et al

2:09-cv-07545-KDE-ALC Carpenter v. River Ridge, Inc.

2:09-cv-07801-KDE-ALC Couvillion, et al v. Cavalier Home Builderes, LLC, et al

2:09-cv-07888-KDE-ALC Robinson v. Alliance Homes, Inc., et al

2:09-cv-07915-KDE-ALC Applewhite-Williams v. Alliance Homes, Inc.

2:09-cv-07923-KDE-ALC Deroche, et al v. Keystone RV Company, et al

2:09-cv-07934-KDE-ALC Ladner, et al v. Coachmen Industries, Inc., et al

2:09-cv-07940-KDE-ALC Burl, et al v. Alliance Homes, Inc., et al

2:09-cv-07941-KDE-ALC Gadwaw, et al v. DS Corp., et al

2:09-cv-07946-KDE-ALC Berndt, et al v. Dutch Housing, Inc., et al

2:09-cv-07948-KDE-ALC Coppersmith, et al v. Dutchmen Manufacturing, Inc., et al

2:09-cv-07951-KDE-ALC Edwards v. Fairmont Homes, Inc., et al

2:09-cv-07952-KDE-ALC Cargo, et al v. Cavalier Home Builders, LLC, et al

2:09-cv-07958-KDE-ALC Atwood, et al v. Forest River, Inc., et al

2:09-cv-07959-KDE-ALC Cummins, et al v. Frontier RV, Inc., et al

2:09-cv-07969-KDE-ALC Bergeron, et al v. Jayco, Inc., et al

2:09-cv-07981-KDE-ALC Chilton, et al v. CMH Manufacturing, Inc., et al

2:09-cv-07982-KDE-ALC Braquet, et al v. Lakeside Park Homes, Inc., et al

2:09-cv-07985-KDE-ALC Aguilar, et al v. Morgan Buildings & Spas, Inc., et al

2:09-cv-07986-KDE-ALC Casanova, et al v. Northwood Manufacturing, Inc., et al

2:09-cv-07989-KDE-ALC Riley, et al v. Arch Specialty Insurance Corp., et al

2:09-cv-07993-KDE-ALC Drewes, et al v. Recreation By Design, LLC, et al

2:09-cv-07997-KDE-ALC Hyde, et al v. Starcraft RV, Inc., et al

2:09-cv-08011-KDE-ALC Bowens v. Gulf Stream Coach, Inc., et al

2:09-cv-08024-KDE-ALC Luvene v. Coachman Industries Inc., et al

2:09-cv-08025-KDE-ALC Carr v. Fleetwood Enterprises, Inc., et al

2:09-cv-08026-KDE-ALC Johnson v. patriot Manufacturing, Inc., et al

2:09-cv-08027-KDE-ALC Payton v. American Camper Manufacturing, LLC, et al

2:09-cv-08029-KDE-ALC Halsell v. Cavalier Home Builders, LLC, et al

2:09-cv-08032-KDE-ALC Heidleberg, et al v. Coachmen Industries, Inc., et al

2:09-cv-08050-KDE-ALC Robertson, et al v. Thor Industries, Inc., et al

2:09-cv-08051-KDE-ALC Williams v. Vanguard Industries of Michigan, Inc., et al

2:09-cv-08052-KDE-ALC White, et al v. Pilgrim International, Inc., et al

2:09-cv-08082-KDE-ALC Beard, et al v. Jayco, Inc., et al

2:09-cv-08083-KDE-ALC Fagan, et al v. Pilgrim International, Inc., et al

2:09-cv-08084-KDE-ALC Williams v. Destiny Industries, LLC, et al

2:09-cv-08085-KDE-ALC Bolton, et al v. River Birch Homes, Inc., et al

2:09-cv-08086-KDE-ALC Quinn, et al v. Fleetwood Enterprises, Inc., et al

2:09-cv-08105-KDE-ALC Andrews, et al v. Thor Industries, Inc., et al

2:09-cv-08106-KDE-ALC James, et al v. Coachman Industries, Inc., et al

2:09-cv-08121-KDE-ALC Craige, et al v. Cavalier Home Builders, LLC, et al

2:09-cv-08162-KDE-ALC Stork, et al v. Monaco Coach Corporation, et al

2:09-cv-08163-KDE-ALC Lewis, et al v. Dutchmen Manufacturing, Inc., et al

2:09-cv-08164-KDE-ALC Myers v. Patriot Homes of Texas, LP, et al

2:09-cv-08165-KDE-ALC Glenn v. DS Corp., et al

2:09-cv-08166-KDE-ALC Hendry v. Recreation By Design, LLC, et al

2:09-cv-08167-KDE-ALC Mason, et al v. Coachman Industries, Inc., et al

2:09-cv-08168-KDE-ALC Smith, et al v. Sunray RV, LLC, et al

2:09-cv-08169-KDE-ALC Thoams, et al v. Pilgrim International, Inc., et al

2:09-cv-08178-KDE-ALC Graham, et al v. Gulf Stream Coach, Inc., et al

2:09-cv-08181-KDE-ALC Ball, et al v. Dawson, et al

2:09-cv-08183-KDE-ALC Acey, et al v. DS Corp., et al

2:09-cv-08184-KDE-ALC Anderson, et al v. Forest River, Inc., et al

2:09-cv-08220-KDE-ALC Plummer v. patriot Manufacturing, Inc., et al

2:09-cv-08221-KDE-ALC Chico v. Cavalier Home Builders, LLC, et al

2:09-cv-08222-KDE-ALC Hobbs, et al v. Jayco, Inc., et al

2:09-cv-08270-KDE-ALC Deflanders, et al v. Monaco Coach Corporation, et al

2:09-cv-08271-KDE-ALC Griffith, et al v. River Birch Homes, Inc., et al

2:09-cv-08273-KDE-ALC Davis, et al v. Pilgrim International, Inc., et al

2:09-cv-08274-KDE-ALC Judson, et al v. Southern Energy Homes, et al

2:09-cv-08275-KDE-ALC Freeman, et al v. Starcraft RV, Inc., et al

2:09-cv-08276-KDE-ALC Roth, et al v. R-Vision, Inc., et al

2:09-cv-08278-KDE-ALC Gaines, et al v. Homes of Merit, Inc., et al
2:09-cv-08344-KDE-ALC Randolf v. Giles Industries, Inc., et al
2:09-cv-08354-KDE-ALC Williams, et al v. Giles Industries, Inc., et al
2:09-cv-08408-KDE-ALC Authement, et al v. TL Industries, Inc., et al
2:09-cv-08409-KDE-ALC Bourquard, et al v. Thor California, Inc., et al
2:09-cv-08410-KDE-ALC Creger, et al v. Stewart Park Homes, Inc., et al
2:09-cv-08411-KDE-ALC Forsythe, et al v. Sun Valley, Inc., et al
2:09-cv-08412-KDE-ALC Frught, et al v. Timberland RV Company, et al
2:09-cv-08413-KDE-ALC Adubato, et al v. Skyline Corporation, et al
2:09-cv-08415-KDE-ALC Alfonso, et al v. Cavalier Home Builders, LLC, et al
2:09-cv-08416-KDE-ALC Rhodes, et al v. Scotbilt Homes, Inc., et al
2:09-cv-08418-KDE-ALC Hill, et al v. Silver Creek Homes, Inc., et al
2:09-cv-08421-KDE-ALC Adubato, et al v. Laytone Homes Corp. et al
2:09-cv-08435-KDE-ALC Wood, et al v. ABC Manufacturing Company, et al
2:09-cv-08436-KDE-ALC Levy, et al v. ABC Manufacturing Company, et al
2:09-cv-08444-KDE-ALC Demery, et al v. American International Specialty Lines Co., et al
2:09-cv-08462-KDE-ALC Jones, et al v. Liberty Mutual Insurance Corporation, et al
2:09-cv-08522-KDE-ALC Graf, et al v. American Intern. Specialty Lines Insurance et al
2:09-cv-08524-KDE-ALC Jackson, et al v. American Intern. Specialty Lines Insurance et al
2:10-cv-00230-KDE-ALC Noel et al v. Gulf Stream Coach, Inc., et al
2:10-cv-00235-KDE-ALC Dow et al v. Fleetwood Canada, Ltd. et al
2:10-cv-00240-KDE-ALC Karcher v. Cavalier Homes Builders, LLC et al
2:10-cv-00241-KDE-ALC Karcher v. Fleetwood Canada, Ltd. et al
2:10-cv-00243-KDE-ALC Sigur v. Fleetwood Canada, Ltd. et al
2:10-cv-00244-KDE-ALC Brown v. Lexington Homes et al
2:10-cv-00248-KDE-ALC Brown et al v. Stewart Park Homes, Inc. et al
2:10-cv-00249-KDE-ALC Nata et al v. River Birch Homes, L.L.C. et al
2:10-cv-00508-KDE-ALC Adams et al v. American International Group et al
2:10-cv-00510-KDE-ALC Adams et al v. Cavalier Home Builders, LLC et al
2:10-cv-00511-KDE-ALC Bader et al v. Gulf Stream Coach, Inc. et al
2:10-cv-00512-KDE-ALC Albarado et al v. Keystone Industries, Inc. et al

2:10-cv-00513-KDE-ALC Acosta et al v. Gulf Stream Coach, Inc. et al

2:10-cv-00514-KDE-ALC Albardo et al v. Morgan Buildings & Spas, Inc. et al

2:10-cv-00538-KDE-ALC Kellogg v. Gulf Stream Coach, Inc. et al

2:10-cv-00544-KDE-ALC Alexander v. Lakeside Park Homes, Inc. et al

2:10-cv-00548-KDE-ALC Williams v. American International Group, Inc. et al

2:10-cv-00556-DKE-ALC Sigur v. Gulf Stream Coach, Inc. et al

2:10-cv-00571-KDE-ALC Brown et al v. Keystone RV Company et al

2:10-cv-00572-KDE-ALC Jackson et al v. Recreation By Design, LLC et al

2:10-cv-00573-KDE-ALC Lamkin et al v. Frontier RV, Inc. et al

2:10-cv-00574-KDE-ALC Childs et al v. Heartland Recreational Vehicles, LLC et al

2:10-cv-00575-KDE-ALC McElroy et al v. Cavalier Home Builders, LLC et al

2:10-cv-00576-KDE-ALC Moody et al v. Stewart Park Homes, Inc. et al

2:10-cv-00577-KDE-ALC Johnson et al v. CMH Manufacturing, Inc. et al

2:10-cv-00578-KDE-ALC Carroll et al v. Coachmen Industries, Inc. et al

2:10-cv-00579-KDE-ALC Anderson et al v. Forest River, Inc. et al

2:10-cv-00580-KDE-ALC Barksdale et al v. Keystone RV Company et al

2:10-cv-00581-KDE-ALC Bracken et al v. Thor Industries, et al

2:10-cv-00582-KDE-ALC Roberson v. TL Industries, Inc. et al

2:10-cv-00583-KDE-ALC Acker et al v. Gulf Stream Coach, Inc. et al

2:10-cv-00584-KDE-ALC Hendricks et al v. Gulf Stream Coach, Inc. et al

2:10-cv-00738-KDE-ALC Kieff et al v. DS Corp. et al

2:10-cv-00743-KDE-ALC Alfonso et al v. Jayco, Inc. et al

2:10-cv-00744-KDE-ALC Cody et al v. Lexington Homes, et al

2:10-cv-00746-KDE-ALC Augustine et al v. American International Group et al

2:10-cv-00749-KDE-ALC Gonzales et al v. Crum & Forster Specialty Company et al

2:10-cv-00751-KDE-ALC Fernandez v. Recreation By Design, LLC et al

2:10-cv-00756-KDE-ALC Florane et al v. Stewart Park Homes, Inc. et al

2:10-cv-00760-KDE-ALC Bailes et al v. Thor California, Inc. et al

2:10-cv-00762-KDE-ALC LaFrance et al v. TL Industries, Inc. et al

2:10-cv-00765-KDE-ALC Meyer et al v. Lakeside Park Homes, Inc. et al

2:10-cv-00768-KDE-ALC Demolle et al v. CMH Manufacturing, Inc. et al

2:10-cv-00770-KDE-ALC Perez v. Gulf Stream Coach, Inc. et al

2:10-cv-00771-KDE-ALC Phillips et al v. Insurco, Ltd. et al

2:10-cv-00772-KDE-ALC Melan et al v. Cavalier Home Builders, LLC et al

2:10-cv-00773-KDE-ALC Durham et al v. Cavalier Home Builders, LLC et al

2:10-cv-00775-KDE-ALC Miller, et al v. Cavlier Home Builders, LLC et al

2:10-cv-00776-KDE-ALC Ranton v. American International Group et al

2:10-cv-00778-KDE-ALC Johnston et al v. Timberland RV Company et al

2:10-cv-00917-KDE-ALC Caporelli et al v. Coachmen Industries, Inc. et al

2:10-cv-00918-KDE-ALC Dulier et al v. KZRV, LP et al

2:10-cv-00919-KDE-ALC Epps et al v. Palm Harbor Homes, Inc. et al

2:10-cv-00920-KDE-ALC Moran et al v. FRH, Inc. et al

2:10-cv-00921-KDE-ALC Powell et al v. Lucas Investments, LLC et al

2:10-cv-00922-KDE-ALC Hamilton et al v. KZRV, LP et al

2:10-cv-00927-KDE-ALC Sigur v. American International Group et al

2:10-cv-00994-KDE-ALC Authement v. TL Industries, Inc. et al

2:10-cv-01000-KDE-ALC Atkinson et al v. Morgan Buildings & Spas, Inc. et al

2:10-cv-01038-KDE-ALC Ursin-Seymour et al v. Gulf Stream Coach, Inc. et al

2:10-cv-01041-KDE-ALC Burge v. Cavalier Home Builders, LLC et al

2:10-cv-01042-KDE-ALC Breland et al v. Forest River, Inc. et al

2:10-cv-01045-KDE-ALC Cuevas et al v. Cavalier Homes, Inc. et al

2:10-cv-01049-KDE-ALC Foxworth et al v. Southern Energy Homes, Inc. et al

2:10-cv-01307-KDE-ALC Ratcliff et al v. CMH Manufacturing, Inc. et al

2:10-cv-01311-KDE-ALC German et al v. Sun Valley, Inc. et al

2:10-cv-01360-KDE-ALC Anders et al v. Gulf Stream Coach, Inc. et al

2:10-cv-01366-KDE-ALC Coles et al v. DS Corp. et al

2:10-cv-01367-KDE-ALC Chatman et al v. Jayco, Inc. et al

2:10-cv-01368-KDE-ALC Cowan et al v. Dutchmen Manufacturing, Inc. et al

2:10-cv-01369-KDE-ALC Bradley et al v. River Birch Homes, Inc. et al

2:10-cv-01370-KDE-ALC Slade et al v. Sunnybrook RV, Inc. et al

2:10-cv-01371-KDE-ALC Beeman et al v. Jayco, Inc. et al

2:10-cv-01372-KDE-ALC DiEugenio et al v. Destiny Industries, LLC et al

2:10-cv-01373-KDE-ALC Anderson et al v. Northwood Investments Corporation et al

2:10-cv-01374-KDE-ALC Johnson et al v. Timberlane RV Company et al

2:10-cv-01375-KDE-ALC Copeland et al v. American Camper Manufacturing, LLC et al

2:10-cv-01376-KDE-ALC Dillon et al v. Dutchmen Manufacturing, Inc. et al

2:10-cv-01377-KDE-ALC Fairley et al v. Stewart Park Homes, Inc. et al

2:10-cv-01378-KDE-ALC Abdelhafiz et al v. Thor Industries, Inc. et al

2:10-cv-01380-KDE-ALC Breaux et al v. Gulf Stream Coach, Inc. et al

2:10-cv-01381-KDE-ALC Wesley v. Sunray RV, LLC et al

2:10-cv-01382-KDE-ALC Robinson et al v. SUNNYBROOK RV, INC. et al

2:10-cv-01383-KDE-ALC Beverly Frizzell et al v. DS Corp. et al

2:10-cv-01384-KDE-ALC Jerkins et al v. Recreation By Design LLC et al

2:10-cv-01385-KDE-ALC Wilborn et al v. River Birch Homes, Inc. et al

2:10-cv-01386-KDE-ALC Armstrong et al v. Starcraft RV, Inc. et al

2:10-cv-01388-KDE-ALC Hudson et al v. Sunline Acquisition Company Ltd. et al

2:10-cv-01389-KDE-ALC Harbin et al v. Scotbilt Homes, Inc. et al

2:10-cv-01402-KDE-ALC Kendrick v. Forest River, Inc. et al

2:10-cv-01403-KDE-ALC Brewer v. Coachmen Industries, Inc. et al

2:10-cv-01404-KDE-ALC Magee v. Thor Industries, Inc. et al

2:10-cv-01409-KDE-ALC Coleman v. Forest River, Inc. et al

2:10-cv-01531-KDE-ALC MLU Services, Inc. v. Landmark American Insurance Company

2:10-cv-01685-KDE-ALC Bultman et al v. Forest River, Inc. et al

2:10-cv-01686-KDE-ALC Barnes et al v. Keystone RV Company et al

2:10-cv-01687-KDE-ALC Watson v. Heartland Recreational Vehicles, LLC et al

2:10-cv-02032-KDE-ALC Acevedo et al v. CH2M Hill Constructors, Inc.

2:10-cv-02033-KDE-ALC Fulkerson v. CH2M Hill Constructors, Inc. et al

2:10-cv-02102-KDE-ALC Ashley et al v. Allen Camper Manufacturing Company, Inc.

2:10-cv-02587-KDE-ALC Parker v. American Intern. Specialty Lines Insurance Company et al

2:10-cv-02599-KDE-ALC Johnson et al v. Coachmen Industries, Inc. et al

2:10-cv-02600-KDE-ALC Williams v. Waverlee Homes, Inc. et al

2:10-cv-02601-KDE-ALC Shambarger v. Skyline Corporation et al

2:10-cv-02603-KDE-ALC Davison et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02604-KDE-ALC Benefield et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02605-KDE-ALC Keyes et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02606-KDE-ALC Duckworth v. Alliance Homes, Inc. (CTO 28)

2:10-cv-02687-KDE-ALC Manning v. CH2M Hill Constructors, Inc. et al

2:10-cv-02688-KDE-ALC Buckhalter et al v. Bechtel National, Inc. et al

2:10-cv-02690-KDE-ALC Robinson et al v. Alliance Homes, Inc. et al (CTO 29)

2:10-cv-02691-KDE-ALC Bradshaw v. Cavalier Home Builders, LLC et al

2:10-cv-02692-KDE-ALC Smith v. Frontier RV, Inc. et al

2:10-cv-02693-KDE-ALC Manning et al v. Lakeside Park Homes, Inc. et al

2:10-cv-02694-KDE-ALC Alexander et al v. Mitchell County Industries, LLC et al

2:10-cv-02695-KDE-ALC Booth et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02696-KDE-ALC Foxworth et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02878-KDE-ALC Antoine et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-02884-KDE-ALC Bradford v. Alliance Homes, Inc.

2:10-cv-03120-KDE-ALC Olsen v. Alliance Homes, Inc.

2:10-cv-03126-KDE-ALC Evans v. Alliance Homes, Inc.

2:10-cv-03143-KDE-ALC Terrell v. Alliance Homes, Inc.

2:10-cv-03149-KDE-ALC Evans v. Alliance Homes, Inc.

2:10-cv-03620-KDE-ALC Jones et al v. Liberty Mutual Insurance Corporation et al

2:10-cv-03626-KDE-ALC Patterson et al v. ABC Manufacturing Company et al

2:10-cv-03627-KDE-ALC Dison et al v. ABC Manufacturing Company et al

2:10-cv-03629-KDE-ALC Duplessis et al v. American Intern. Specialty Lines Insur. Co. et al

2:10-cv-03631-KDE-ALC Ussin et al v. ABC Manufacturing Company et al

2:10-cv-03633-KDE-ALC Tasker et al v. ABC Manufacturing Company et al

2:10-cv-03921-KDE-ALC McGee, Eloise et al v. Vanguard Industries of Michigan, Inc. et al

2:10-cv-04051-KDE-ALC Glover v. ABC Manufacturing Company et al

2:10-cv-04066-KDE-ALC Journee, Michelle v. ABC Manufacturing Company et al

2:10-cv-04074-KDE-ALC King, George et al v. ABC Manufacturing Company et al

2:10-cv-04075-KDE-ALC Woods, Anthony et al v. ABC Manufacturing Company et al

2:10-cv-04076-KDE-ALC Cauley, Schrell et al v. ABC Manufacturing Company et al

2:10-cv-04112-KDE-ALC English, Paula et al v. American Camper Manufacturing, LLC et al

2:10-cv-04118-KDE-ALC Carpenter, Brian et al v. Doug Boyd Enterprises, LLC et al

2:10-cv-04119-KDE-ALC Sommerville, Melissa v. Gulf Stream Coach, Inc. et al

2:10-cv-04120-KDE-ALC Ammentorp, Kevin et al v. Gulf Stream Coach, Inc. et al

2:10-cv-04121-KDE-ALC Cooper, Crystal et al v. Bechtel National, Inc. et al

2:10-cv-04122-KDE-ALC Goff, Alice et al v. CH2M Hill Constructors, Inc. et al

2:10-cv-04123-KDE-ALC Rodwell, Lovella et al v. Bechtel National, Inc. et al

2:10-cv-04124-KDE-ALC Rogers, Bessie et al v. Bechtel National, Inc. et al

2:10-cv-04125-KDE-ALC Spiers, Shiela M. v. Motex Enterprises, Inc. et al

2:10-cv-04126-KDE-ALC Cook, Tina v. Forest River, Inc. et al

2:10-cv-04127-KDE-ALC Crawford, Mary et al v. Forest River, Inc. et al

2:10-cv-04128-KDE-ALC Mayes, Catherine et al v. Madison Services, Inc. et al

2:10-cv-04129-KDE-ALC Taylor, Sharren v. Bechtel National, Inc. et al

2:10-cv-04408-KDE-ALC Norman, Earl et al v. Dutchmen Manufacturing, Inc. et al