IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>         FORMALDEHYDE<br>         PRODUCTS LIBILITY | MDL NO. 1873<br><br>SECTION N, MAG. 4<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

**This Document Relates to:**
*WARREN BORDELON, et al*
*v.*
*INTERNATIONAL SPECIALTY LINES*
*DOCKET NO. 09-4802*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Plaintiffs, in the above captioned matter, who for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying complaint for damages to add one named plaintiff, who upon information and belief, resided in the same type emergency housing unit manufactured by Fleetwood Enterprises, Inc., because the denial of the inclusion would be unjust and prevent the aggrieved Plaintiff from having her claim heard.

WHEREFORE, Plaintiff herein respectfully move this Court to grant Plaintiffs Motion for Leave to file the attached supplemental and amending complaint for damages as it relates to the underlying suit of *Warren Bordelon, et al v. International Specialty Lines, et al*; Case No: 09-4802, filed on July 31, 2009, in the Eastern District of Louisiana.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:    504.581.7050
Facsimile:     504.581.7057
jack@jharang.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on December 31, 2010 served a true and correct copy of the foregoing, **Plaintiff's Motion for Leave to File Amended Complaint** to counsel of record via CM/ECF to all counsel of record.

s/Jack W. Harang
JACK W. HARANG