IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                    MDL NO. 1873
        FORMALDEHYDE
        PRODUCTS LIBILITY                              SECTION N(5)
        LITIGATION


                                                JUDGE ENGLEHARDT
                                              MAGISTRATE CHASEZ

**This Document Relates to:**
*WARREN BORDELON, et al*
*v.*
*INTERNATIONAL SPECIALTY LINES*
*DOCKET NO. 09-4802*

---

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

---

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully moves this Honorable Court for leave to supplement and amend her complaint for damages in the underlying action, Case No.: 2:09-cv-4802 to add the following named Plaintiff:

Phyllis Laney

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t}he Court should freely give leave when justice so requires.

Plaintiff was placed in a place-holder suit, *Phyllis Laney, et al v. The United States of America*; 08-4630, until Plaintiff could be matched to a manufacturer.  Plaintiff has now located their trailer's VIN Number and are now able to be matched to a Fleetwood Enterprises, Inc.  This motion is solely intended to place the above-named Plaintiffs in the correct suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiff resided in the same type of FEMA supplied housing unit manufactured by Fleetwood Enterprises, Inc. as the existing Plaintiffs named in the Complaint for Damages.   Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed herein since the Defendants have not yet answered this Complaint and Defendant's trial date has not yet been scheduled.  The Motion is solely intended to place the above named plaintiff in the correct matched suit and is not intended to constitute the direct filing into this MDL or the addition of new plaintiffs.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:    504.581.7050
Facsimile:     504.581.7057
jack@jharang.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on December 31, 2010 served a true and correct copy of the foregoing, **Plaintiff's Memorandum in Support of Motion for Leave to File Amended Complaint** to counsel of record via CM/ECF to all counsel of record.

s/Jack W. Harang
JACK W. HARANG