IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>           FORMALDEHYDE<br>           PRODUCTS LIBILITY | MDL NO. 1873<br><br>SECTION N, MAG. 4<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

This Document Relates to:
PHYLLIS LANEY, et al
v.
THE UNITED STATES OF AMERICA
DOCKET NO. 08-4630-SECTION N, MAGISTRATE 4

---

**MEMORANDUM IN OPPOSITION TO JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

---

**NOW INTO COURT**, through undersigned counsel comes the Plaintiff, Phyllis Laney, et al, in the underlying suit of *Phyllis Laney, et al v. United States of America, et al*, Case No. 2:08-4630, filed on October 10, 2008 in the Eastern District of Louisiana and in support of her opposition to the Motion to Dismiss filed by the Manufacturing Defendants on December 15, 2010 states as follows:

On the 30th day of December, 2008, Phyllis Laney passed away leaving Neal Laney as her surviving son. Despite a diligent effort on his behalf, he was only recently able to acquire the necessary information relative to the matching of the FEMA Trailer occupied by his deceased Mother, Phyllis Laney, and which forms the basis of this litigation. Neal Laney will shortly be substituted as the proper party in interest to pursue this claim and a Motion for Leave to file a

First Supplemental and Amending Petition for Damages has been filed and as attached hereto and marked for identification as Exhibit "A".

On December 17, 2010, Plaintiff Phyllis Laney's Fact Sheet was submitted to the Special Master of the Fleetwood Settlement.

In addition, all other Plaintiffs named in Case No. 08-4630 have been named in other actions against specific manufacturers and can be dismissed in this action without prejudice.

It is respectfully represented that for the foregoing reasons, the Defendants' Joint Motion to Dismiss Claims for failure to comply with Order and Reasons concerning deadlines and matching and filing should be denied as to the Plaintiff, Phyllis Laney and Granted as to all other Plaintiff in matter 08-4630 without prejudice as those Plaintiffs have already been named in other actions against specific manufacturers.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:    504.581.7050
Facsimile:     504.581.7057
jack@jharang.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on December 31, 2010 served a true and correct copy of the foregoing, **Plaintiff's Memorandum in Opposition to Joint Motion to Dismiss** to counsel of record via CM/ECF to all counsel of record.

s/Jack W. Harang
JACK W. HARANG