

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT<br><br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
WARREN BORDELON, et al
versus
INTERNATIONAL SPECIALTY LINES, et al
Case No. 09-4802

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff in the above-captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their original complaint for damages filed with this Court on their behalf on or about July 31, 2009.

I.

The First Supplemental and Amending Complaint for Damages names Phyllis Laney as a Plaintiff herein.

II.

Consistent with the above, the Plaintiffs request that Phyllis Laney be identified as an additional Plaintiff and be added to Exhibit "A".

III.

Upon information and belief, the original Plaintiff herein and Phyllis Laney resided in the same type of emergency housing unit manufactured by Fleetwood Enterprises Inc., as the other Plaintiffs who are named in the operative complaint.

IV.

Pursuant to this Honorable Court's Pre-trial Orders, this Supplemental and Amending Complaint seeks to add Phyllis Laney as an additional Plaintiff herein.

V.

Previously identified Plaintiffs and Phyllis Laney adopt all the allegations claimed in prayers for relief contained in the underlying complaint for damages.

/S/JACK W. HARANG, APLC
228 ST. CHARLES AVENUE, SUITE 501
NEW ORLEANS, LA 70130
PHONE: (504) 581-7050
TELECOPIER: (866)441-6281
E-MAIL: jack@jharang.com

And

/S/James Aubrey Stegall, III
Texas Bar No. 24037544
Trial Counsel for Plaintiffs
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098
713.630.0708-Tel
713.630.0789-Fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have on December 31, 2010 served a true and correct copy of the foregoing, **Plaintiff's First Supplemental and Amending Petition for Damages** to counsel of record via CM/ECF to all counsel of record.

                                          s/Jack W. Harang
                                          JACK W. HARANG

## EXHIBIT A

1. Elaine Carter
2. Adline Champagne
3. Adline Champagne obo Brandy Champagne
4. Adline Champagne obo Brittany Champagne
5. Bruce Champagne
6. Jyrease Hanics
7. Reginald Jackson
8. Artinna Dean
9. Kyla Freeman
10. Quinton Garris
11. Quinton Garris obo Zaria West
12. Quinton Garris obo Justice Garris
13. Ricky Hawkins
14. Marlene Hughes
15. Mary Huntsberry
16. Karen Johnson
17. Iris Maumus
18. Ollie Mac Migliore
19. Joseph Migliore
20. Brad Penton
21. Steven Turner
22. Phyllis Laney