UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

............................................................................

## EXHIBIT C

Original complaints, which complainants have been unable to obtain and/or identify the matching manufacturer and/or installer:

Wood, et al., v. ABC Manufacturing Company, et al., 09-8435
Levy, et al., v. ABC Manufacturing Company, et al., 09-8436
Patterson, et al., v. ABC Manufacturing Company, et al., 10-3626
Dison, et al., v. ABC Manufacturing Company, et al., 10-3627
Ussin, et al, v. ABC Manufacturing Company, et al., 10-3631
Tasker, et al., v. ABC Manufacturing Company, et al., 10-3633
King, et al., v. ABC Manufacturing Company, et al., 10-4074
Woods, et al., v. ABC Manufacturing Company, et al., 10-4075
Cauley, et al., v. ABC Manufacturing Company, et al., 10-4076