UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

......................................................................

### EXHIBIT D

Original complaints, which have been matched to bankrupt manufacturers and viable defendant installers:

Demery, et al., v. American International Specialty Lines, Co., et al., 09-8444
Jones, et al., v. Liberty Mutual Insurance Corporation, et al., 09-8462
Graf, et al., v. American International Specialty Lines Insurance, et al., 09-8522
Jackson, et al., V. American International Specialty Lines Insurance, et al., 09-8524
Parker, v. American International Specialty Lines Insurance Company, et al., 10-2587
Jones, et al, v. Liberty Mutual Insurance Corporation, et al., 10-3620
Duplessis, et al, v. American International Specialty Lines Insurance Co., 10-3629