UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## EXHIBIT E

Original complaints filed initially in the United States District Court for the Southern District of Mississippi:

Brown, et al. v. Keystones RV Company, et al., 10-00571
Jackson, et al. v. Recreation By Design, LLC, et al., 10-00572
Lamkin, et al. v. Frontier RV, Inc., et al., 10-00573
Childs, et al. v. Heartland Recreational Vehicles, LLC, et al., 10-00574
McElroy, et al. v. Cavalier Home Builders, LLC, et al., 10-00575
Moody, et al. v. Stewart Park Homes, Inc., et al., 10-00576
Johnson, et al. v. CMH Manufacturing, Inc., et al., 10-00577
Carroll, et al. v. Coachmen Industries, Inc., et al., 10-00578
Anderson, et al. v. Forest River, Inc., et al., 10-00579
Barksdale, et al. v. Keystone RV Company, et al., 10-00580
Bracken, et al. v. Thor Industries, Inc., et al., 10-00581
Roberson v. TL Industries, Inc., et al., 10-00582
Acker, et al. v. Gulf Stream Coach, Inc., et al., 10-00583
Hendricks, et al. v. Gulf Stream Coach, Inc., et al., 10-00584
Caporelli, et al. v. Coachmen Industries, Inc., et al., 10-00917
Dulier, et al. v. KZRV, LP, et al., 10-00918
Epps, et al. v. Palm Harbor Homes, Inc., et al., 10-00919
Moran, et al. v. FRH, Inc., et al., 10-00920
Powell, et al. v. Lucas Investments, LLC, et al., 10-00921
Hamilton, et al. v. KZRV, LP, et al., 10-00922
Breland, et al. v. Forest River, Inc., et al., 10-01042
Cuevas, et al. v. Cavalier Homes, Inc., et al., 10-01045
Foxworth, et al. v. Southern Energy Homes, Inc., et al., 10-01049
Anders, et al. v. Gulf Stream Coach, Inc., et al., 10-01360

Coles, et al. v. DS Corp., et al., 10-01366
Chatman, et al. v. Jayco, Inc., et al., 10-01367
Cowan, et al. v. Dutchmen Manufacturing, Inc., et al., 10-01368
Bradley, et al. v. River Birch Homes, Inc., et al., 10-01369
Slade, et al. v. Sunnybrrok RV, Inc., et al., 10-1370
Beeman, et al. v. Jayco, Inc., et al., 10-01371
DiEugenio, et al. v. Destiny Industries, LLC, et al., 10-01372
Anderson, et al. v. Northwood Investments Corporation, et al., 10-01373
Johnson, et al. v. Timberlane RV Company, et al., 10-01374
Copeland, et al. v. American Camper Manufacturing, LLC, et al., 10-01375
Dillon, et al. v. Dutchmen Manufacturing, Inc., et al., 10-01376
Fairley, et al. v. Stewart Park Homes, Inc., et al., 10-01377
Abdelhafiz, et al. v. Thor Industries, Inc., et al., 10-01378
Breaux, et al. v. Gulf Stream Coach, Inc., et al., 10-1380
Wesley v. Sunray RV, LLC, et al., 10-01381
Robinson, et al. v. Sunnybrook RV, Inc., et al., 10-01382
Frizzell, et al. v. DS Corp., et al., 10-01383
Jerkins, et al. v. Recreation By Design LLC, et al., 10-01384
Wilborn, et al. v. River Birch Homes, Inc., et al., 10-01385
Armstrong, et al. v. Starcraft RV, Inc., et al., 10-01386
Hudson, et al. v. Sunline Acquisition Company Ltd., et al., 10-01388
Harbin, et al. v. Scotbuilt Homes, Inc., et al., 10-01389
Kendrick v. Forest River, Inc., et al., 10-01402
Brewer v. Coachmen Industries, Inc., et al., 10-01403
Magee v. Thor Industries, Inc., et al., 10-01404
Coleman v. Forest River, Inc., et al., 10-01409
Bultman, et al. v. Forest River, Inc., et al., 10-01685
Barnes, et al. v. Keystone RV Company, et al., 10-01686
Watson v. Heartland Recreational Vehicles, LLC, et al., 10-01687
Acevedo, et al. v. CH2M Hill Constructors, Inc., et al., 10-02032
Fulkerson v. CH2M Hill Constructors, Inc., et al., 10-02033
Johnson, et al. v. Coachmen Industries, Inc., et al., 10-02599
Williams v. Waverlee Homes, Inc., et al., 10-02600
Shambarger v. Skyline Corporation, et al., 10-02601
Davison, et al. v. CH2M Hill Constructors, Inc., et al., 10-2603
Benefield, et al. v. CH2M Hill Constructors, Inc., et al., 10-02604
Keyes, et al. v. CH2M Hill Constructors, Inc., et al., 10-02605
Duckworth, et al. v. Alliance Homes, et al., 10-2606
Manning v. CH2M Hill Constructors, Inc., et al., 10-02687
Buckhalter, et al. v. Bechtel National, Inc., et al., 10-02688
Robinson, et al. v. Alliance Homes, Inc., et al., 10-02690

Bradshaw v. Cavalier Home Builders, LLC, et al., 10-02691
Smith v. Frontier RV, Inc., et al., 10-02692
Manning, et al. v. Lakeside Park Homes, Inc., et al., 10-02693
Alexander, et al. v. Mitchell County Industries, LLC, et al., 10-02694
Booth, et al. v. CH2M Hill Constructors, Inc., et al., 10-02695
Foxworth, et al. v. CH2M Hill Constructors, Inc., et al., 10-02696
Antoine, et al. v. CH2M Hill Constructors, Inc., et al., 10-02878