UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### EXHIBIT F

Original complaints filed initially in the United States District Court for the Southern District of Mississippi which listed two installer/contractors and/or installer information was unknown:

Brown, et al. v. Keystones RV Company, et al., 10-00571
Lamkin, et al. v. Frontier RV, Inc., et al., 10-00573
Childs, et al. v. Heartland Recreational Vehicles, LLC, et al., 10-00574
McElroy, et al. v. Cavalier Home Builders, LLC, et al., 10-00575
Carroll, et al. v. Coachmen Industries, Inc., et al., 10-00578
Anderson, et al. v. Forest River, Inc., et al., 10-00579
Bracken, et al. v. Thor Industries, Inc., et al., 10-00581
Acker, et al. v. Gulf Stream Coach, Inc., et al., 10-00583
Caporelli, et al. v. Coachmen Industries, Inc., et al., 10-00917
Hamilton, et al. v. KZRV, LP, et al., 10-00922
Breland, et al. v. Forest River, Inc., et al., 10-01042
Cuevas, et al. v. Cavalier Homes, Inc., et al., 10-01045
Anders, et al. v. Gulf Stream Coach, Inc., et al., 10-01360
Dillon, et al. v. Dutchmen Manufacturing, Inc., et al., 10-01376
Breaux, et al. v. Gulf Stream Coach, Inc., et al., 10-1380
Watson v. Heartland Recreational Vehicles, LLC, et al., 10-01687
Acevedo, et al. v. CH2M Hill Constructors, Inc., et al., 10-02032
Davison, et al. v. CH2M Hill Constructors, Inc., et al., 10-2603
Benefield, et al. v. CH2M Hill Constructors, Inc., et al., 10-02604
Keyes, et al. v. CH2M Hill Constructors, Inc., et al., 10-02605
Duckworth, et al. v. Alliance Homes, et al., 10-2606
Manning v. CH2M Hill Constructors, Inc., et al., 10-02687
Robinson, et al. v. Alliance Homes, Inc., et al., 10-02690

Smith v. Frontier RV, Inc., et al., 10-02692
Manning, et al. v. Lakeside Park Homes, Inc., et al., 10-02693
Booth, et al. v. CH2M Hill Constructors, Inc., et al., 10-02695
Foxworth, et al. v. CH2M Hill Constructors, Inc., et al., 10-02696
Antoine, et al. v. CH2M Hill Constructors, Inc., et al., 10-02878