IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MILLER** | * | **DOCKET NO. 10-2397** |
| | * | |
| versus | * | |
| | * | |
| **SUPERIORHOMES, LLC,** | * | |
| **FLUOR ENTERPRISES, INC. and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to Amend Complaint and Substitute a Party is hereby GRANTED. Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this 30th day of December, 2010.

_____
HONORABLE KURT D. ENGELHARDT