IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MILLER** | * | **DOCKET NO. 10-2397** |
| | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIORHOMES, LLC,** | * | |
| **FLUOR ENTERPRISES, INC. and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, comes Michael Miller, who is through undersigned counsel, supplements and amends the First Supplemental and Amended Complaint for Damages to substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC. Plaintiff, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model Homes (hereinafter "Mitchell County") and not Superior Homes, LLC (hereinafter "Superior").

Plaintiff, through undersigned counsel, supplements and amends the First Supplemental and Amended Complaint for Damages in the following respects and otherwise reiterates and reavers all of the allegations, claims and prayers for relief contained therein:

1.

By amending section I.2. to reflect the substitution of Mitchell County for Superior:

2. Mitchell County Industries, LLC f/k/a Superior Park Model Homes (hereinafter "Mitchell County"), is a limited liability corporation organized under the laws of the State of Georgia, which conducts business in the State of Louisiana and within the jurisdiction of this Honorable Court.

2.

By replacing all other references to Superior with Mitchell County throughout the remainder of the First Supplemental and Amended Complaint.

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiff prays that the First Supplemental and Amending Complaint be amended to reflect the substitution of Mitchell County for Superior, and that Mitchell County, Fluor, and the Federal Government be served with a copy of this Amended Complaint and the First Supplemental and Amended Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiff and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

    a. past and future physical injuries,

    b. past and future mental and physical pain and suffering,

    c. past and future physical impairments and disability,

      d.      past and future reasonable and necessary medical expenses,

      e.      past and future loss of earning capacity,

      f.      past and future loss of enjoyment and quality of life,

      g.      loss of consortium and/or society,

      h.      compensable out-of-pocket expenses related to defendants' wrongdoing, and

      i.      costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
          GERALD E. MEUNIER, #9471
          JUSTIN I. WOODS, #24713
          Gainsburgh, Benjamin, David,
          Meunier & Warshauer, L.L.C.
          2800 Energy Centre
          1100 Poydras Street
          New Orleans, Louisiana  70163
          Telephone:    504/522-2304
          Facsimile:    504/528-9973
          jwoods@gainsben.com

**PLEASE SERVE:**

**Through the Louisiana Long Arm Statute:**
Mitchell County Industries, LLC f/k/a Superior Park Model Homes
Through its Managing Member
Thomas A. Shanklin, Sr.
2959 U.S. Highway 19
Pelham, GA 31779

Fluor Enterprises, Inc.
Through its Counsel of Record
Charles R. Penot, Jr.
Middleberg Riddle & Gianna
717 N. Harwood Street, Suite 2400
Dallas, Texas 75201

Administrator of the Federal Emergency Management Agency
R. David Paulison
500 C. Street S.W.
Washington, DC  20472

THE UNITED STATES OF AMERICA, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The United States of America
Through the Office of the U. S. Attorney for
the Eastern District of Louisiana
James Letten, United States Attorney
500 Poydras Street, Suite B1210
New Orleans, LA 70130

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL MILLER** | * | **DOCKET NO. 10-2397** |
| | * | |
| | * | |
| **versus** | * | |
| | * | |
| **SUPERIORHOMES, LLC,** | * | |
| **FLUOR ENTERPRISES, INC. and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORIGINATING COMPLAINTS

Pursuant to Pretrial Order 40, the complaint listed below is the complaint in which the Named Plaintiff first asserted his allegations against the defendants:

*Anderson, et al., v. Alliance Homes, et al.,* EDLA Case No. 09- 5252.

5