UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Hearing on its Motion to Compel Production of Mayer Materials is hereby GRANTED. Plaintiff's Motion to Compel Production of Mayer Materials will be heard on the  30th  day of December, 2010.  at   2:00  p.m.

New Orleans, Louisiana, this  30th  day of December, 2010.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE