# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free   2506 N. Port Avenue   Mikal C. Watts, P.C.
info@fematrailerlitigation.com   Corpus Christi, TX 78401   Robert Hilliard, L.L.P.

December 28, 2010

**Via UPS Ground**
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 30 2010
LORETTA G. WHYTE
CLERK

Re:   FEMA Trailer Litigation
      Amanda Williams, et. al. vs. Dutchmen Manufacturing, Inc., et. al., 09-4710

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.   Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____