# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@femalrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

December 28, 2010

***Via UPS Ground***
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC  30  2010

LORETTA G. WHYTE
       CLERK
```

Re:    FEMA Trailer Litigation
       Dianne Campsen, et. al.  vs. Keystone RV Company, et. al., 09-4722

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.     Bechtel National, Inc through C T Corporation System 311 S. Division St.  Carson
       City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

```
__ Fee_____
_ Process _____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____
```