# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  info@fematrailerlitigation.com

2506 N. Port Avenue  Corpus Christi, TX 78401

Mikal C. Watts, P.C.  Robert Hilliard, L.L.P.

December 28, 2010

*Via UPS Ground*
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   DEC 30 2010
LORETTA G. WHYTE
CLERK

Re: FEMA Trailer Litigation
Patricia Kirkland, et. al. vs. American Camper Manufacturing, LLC d/b/a AMERI-CAMP, et. al., 09-4724

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1. Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

Wynter Lee
Mass Torts Coordinator

___ Fee____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____