# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| --- | --- | --- |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

December 28, 2010

**_Via UPS Ground_**
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

Re:   FEMA Trailer Litigation
      Gwendolyn White, et. al. vs. R-Vision, Inc., et. al., 09-4734

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.   Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator