# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

December 28, 2010

**Via UPS Ground**
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 30 2010
LORETTA G. WHYTE
CLERK

Re:     FEMA Trailer Litigation
        Alphonse Brookter, et. al. vs. Southern Energy Homes, Inc., et. al., 09-4739

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.  Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____