# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

December 28, 2010

***Via UPS Ground***
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

> U.S. DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA
>
> FILED    DEC 30 2010
>
> LORETTA G. WHYTE
> CLERK

Re:    FEMA Trailer Litigation
       Stacie Biggs, as Next Friend of C. P. , a minor, et. al.  vs. Destiny Industries, LLC, et. al.,
       09-4746

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.    Bechtel National, Inc through C T Corporation System 311 S. Division St.  Carson City, NV 89703-4202

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

_ Fee_____
_ Process __S.ns.B8m
X Dktd_____
__ CtRmDep_____
__ Doc. No._____