# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free      2506 N. Port Avenue      Mikal C. Watts, P.C.
info@fematrailerlitigation.com      Corpus Christi, TX 78401      Robert Hilliard, L.L.P.

December 28, 2010

**Via UPS Ground**
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 3 0 2010
LORETTA G. WHYTE
CLERK

Re:    FEMA Trailer Litigation
       Don Street, as Next Friend of C. S., a minor, et. al. vs. Homes of Merit, Inc., et. al., 09-4754

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1. Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

\_\_ Fee\_\_\_\_
X Process _____
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_