```
MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 30, 2010
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                    MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   NUMBER: 07-1873

                                       SECTION: "N"(5)
```

HEARING ON MOTION

APPEARANCES:    Chris Pinedo, Andy Weinstock, Tim Scandurro, Ernie
                Gieger, Jimmy Percy, Brent Maggio, Tom Coughill,
                Henry Miller, Dave Kurtz

MOTION:

(1) Plaintiffs' Motion to Compel Production of Mayer Materials (Rec. doc. 19,026).

    _____ :    Continued to

    _____ :    No Opposition

    \_\_1\_\_ :    Opposition

    _____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:20)

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other. At his upcoming deposition on January 7, 2011, Dr. Mayer is to bring with him the laptop computer which he utilized in conducting his statistical analysis to verify the completeness of the input and output data for any of the programs that were run. If at all possible, the data itself is to be extracted and/or recreated and provided to plaintiffs by January 3, 2011. This same protocol shall be followed with respect to the deposition of Dr. Hewett. The defense is also to continue to locate and to produce to plaintiffs as soon as possible a list of the cases in which Dr. Mayer has testified in the past.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE