# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

December 28, 2010

*Via UPS Ground*
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130



Re:   FEMA Trailer Litigation
      James Powell, et. al.  vs. Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.,
      et. al., 09-6635

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the
following:

1.    Bechtel National, Inc through C T Corporation System 311 S. Division St.  Carson
      City, NV 89703-4202

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly
matched.

Sincerely,

Wynter Lee
Mass Torts Coordinator