# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

December 28, 2010

*Via UPS Ground*
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

> **U.S. DISTRICT COURT**
> **EASTERN DISTRICT OF LOUISIANA**
>
> FILED    DEC 3 0 2010
>
> **LORETTA G. WHYTE**
> **CLERK**

Re:    FEMA Trailer Litigation
       Tisha Adams, et. al.  vs. Pilgrim International, Inc., et. al., 09-7530

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.    Bechtel National, Inc through C T Corporation System 311 S. Division St.  Carson City, NV 89703-4202

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

Fee _____
Process __1 sas P Bn__
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____