# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

December 28, 2010

***Via UPS Ground***
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 30 2010

LORETTA G. WHYTE
CLERK

Re:    FEMA Trailer Litigation
       Bethany Strickland, as Next Friend of N. C., a minor, et. al. vs. River Birch Homes, Inc.
       and/or River Birch Homes, L.L.C., et. al., 09-7535

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1.     Bechtel National, Inc through C T Corporation System 311 S. Division St. Carson City, NV 89703-4202

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Torts Coordinator

Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____