# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

December 28, 2010

**Via UPS Ground**
U.S. District Court
Eastern District of Louisiana
Attn: Dale Radosta
US Court House
500 Poydras St
New Orleans, LA 70130

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   DEC 30 2010
LORETTA G. WHYTE
CLERK**

Re:   FEMA Trailer Litigation
      Leonard Edwards, et. al. vs. Gulf Stream Coach, Inc., et. al., 10-534

Dear Mr. Radosta,

Please **issue** summons on the **First Supplemental and Amending Complaints** for the following:

1. Gulf Stream Coach, Inc. through Kenneth C. Brinker 503 South Oakland Nappanee, IN 46550

2. Fluor Enterprises, Inc through Corporation Service Company 320 Sumerulos St. Baton Rouge, LA 70802

Pursant to Pretrial Order No. 55, I hereby certify that all parties in this matter are properly matched.

Sincerely,

Wynter Lee
Mass Torts Coordinator

```
__ Fee_____
_✓ Process 25ms 818m
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```