UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
    Boudreaux et al v. Champion Home Builders Co et al, 09-3561
    Battaglia et al v. Destiny Industries LLC et al, 09-3587
    Ahl et al v. Frontier RV Inc et al, 09-3589
    Clausell et al v. River Birch Homes Inc et al, 09-3715
    Gagliano et al v. Southern Energy Homes Inc et al, 09-3716
    Peterson et al v. Palm Harbor Homes Inc et al, 09-3718
    Bergeron et al v. Jayco Enterprises Inc et al, 09-3719
    Daigre v. Giles Family Holdings Inc et al, 09-3721
    Doty et al v. Sun Valley Inc et al, 09-3722
    barrilleaux et al v. Coachmen Industries Inc, 09-3726
    Arbour et al v. Vanguard Industries of Michigan Inc et al, 09-3728
    Borne et al v. DS Corp et al, 09-3729
    Deogracias v. Starcraft RV Inc et al, 09-3732
    Braquet et al v. Lakeside Park Homes Inc et al, 09-3734
    Brignac et al v. Hy-Line Enterprises Inc et al, 09-3736
    Aguilera et al v. KZRV LP et al, 09-3738
    Cook et al v. Skyline Corporation et al, 09-3739
    Douglas et al v. Oak Creek Homes LP et al, 09-3740
    Penny et al v. Waverlee Homes Inc et al, 09-3741
    Bader et al v. Gulf Stream Coach Inc et al, 09-3824
    McHughes et al v. Timberland RV Company et al, 09-3825
    Boudreaux et al v. Dutch Housing Inc et al, 09-3826
    Braud et al v. Stewart Park Homes Inc et al, 09-3827
    Barcelona et al v. R-Vision Inc et al, 09-3949
    Cavat et al v. Northwood Manufacturing Inc et al, 09-3975
    Rodrigue et al v. Sunline Acquisition Co Ltd et al, 09-4177
    Adams et al v. Fleetwood Canads Ltd et al, 09-4371
    Acosta et al v. Gulf Stream Coach Inc et al, 09-4661

Vaccarella et al v. Gulf Stream Coach Inc et al, 09-4663
Sakobie et al v. Gulf Stream Coach Inc et al, 09-4664
Adams et al v. Fleetwood Canada Ltd et al, 09-4669
Alexis et al v. Monaco Coach Corporation et al, 09-4839
Jackler et al v. Cavalier Home Builders LLC et al, 09-6145
Jackler et al v. Gulf Stream Coach et al, 09-6147
Sentilles v. Monaco Coach Corp et al, 09-6151
Karcher v. Horton Homes Inc et al, 09-6713
Hall v. Cavalier Home Builders LLC et al, 09-6798
Kelley et al v. R-Vision Inc et al, 09-6888
Deroche et al v. Keystone RV Company et al, 09-7923
Ladner et al v. Coachmen Industries Inc et al, 09-7934
Gadwaw et al v. DS Corp et al, 09-7941
Berndt et al v. Dutch Housing Inc et al, 09-7946
Atwood et al v. Forest River inc et al, 09-7958
Cummins et al v. Frontier RV Inc et al, 09-7959
Bergeron et al v. Jayco Inc et al, 09-7969
Chilton et al v. CMH Manufacturing Inc, 09-7981
Braquet et al v. Lakeside Park Homes Inc et al, 09-7982
Aguilar et al v. Morgan Buildings and Spas Inc et al, 09-7985
Casanova et al v. Northwood Manufacturing Inc et al, 09-7986
Riley et al v. Arch Specialty Insurance Corp et al, 09-7989
Drewes et al v. Recreation by Design LLC et al, 09-7993
Hyde et al v. Starcraft RV Inc et al, 09-7997
Authement et al v. TL Industries Inc et al, 09-8408
Bourquard et al v. Thor California Inc et al, 09-8409
Creger et al v. Stewart Park Homes Inc et al, 09-8410
Forsythe et al v. Sun Valley Inc et al, 09-8411
Frught et al v. Timberland RV Comapny et al, 09-8412
Adubato et al v. Skyline Corporation et al, 09-8413
Alfonso et al v. Cavalier Home Builders LLC et al, 09-8415
Rhodes et al v, Scotbilt Homes Inc et al, 09-8416
Hill et al v. Silver Creek Homes Inc et al, 09-8418
Adubato et al v. Laton Homes Corp et al, 09-8421
Brown v. Lexington Homes et al, 10-244
Adams et al v. American International Group et al, 10-508
Adams et al v. Cavalier Home Builders LLC et al, 10-510
Bader et al v. Gulf Stream Coach Inc et al, 10-511
Albarado et al v. keystone Industries et al, 10-512
Acosta et al v. Gulf Stream Coach Inc et al, 10-513
 Albarado et al v. Morgan Buildings and Spas Inc et al, 10-514
Kieff et al v. DS Corp et al, 10-738
Alfonso et al v. Jayco Inc et al, 10-743
Cody et al v. Lexington Homes et al, 10-744
Gonzales et al v. Crum and Foster Specialty Company et al, 10-749

      Fernandez v. Recreation by Design LLC et al, 10-751
      Florane et al v. Stewart Park Homes Inc et al, 10-756
      Bailes et al v. Thor California Inc et al, 10-760
      Lafrance et al v. TL Industries Inc et al, 10-762
      Meyer et al v. Lakeside Park Homes Inc et al, 10-765
      Demolle et al v. CMH Manufacturing Inc et al, 10-768
      Melan et al v. Cavalier Home Builders LLC et al, 10-772
      Durham et al v. Cavalier Home Builders LLC et al, 10-773
      Miller et al v Cavalier Home Builders LLC et al, 10-775
      Johnston et al v. Timberland RV Co et al, 10-778
      Authement v. TL Industries Inc et al, 10-994
      Atkinson et al v. Morgan Buildings and Spas et al, 10-1000

---

*MEMORANDUM IN OPPOSITION TO*
*CONTRACTOR DEFENDANTS' MOTION TO DISMISS FOR FAILURE*
*TO COMPLY WITH PRE-TRIAL ORDERS AND REASONS CONCERNING*
*DEADLINES FOR MATCHING AND FILING*

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully submit the following Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Numbers 38, 53, and 68.

Plaintiffs respectfully submit to the Court that for each case identified in Defendants' Exhibit A wherein the undersigned are counsel of record, those plaintiffs adhered to those referenced Pre-Trial Orders. Attached hereto is Plaintiffs' Exhibit A which reflects each case for which undersigned are counsel of record as identified in Defendants' Exhibit A. Plaintiffs' Exhibit 1 identifies the originating case number (Column A) for each case Defendants now seek to have this Court dismiss along with the corresponding severed case numbers (Column B), severed case captions (Column C), the single manufacturer in the severed suit (Column D), and the single contractor in the severed suit (Column E).

Pre-Trial Order 68, as amended, provided that the only grounds for denial of Motions to Dismiss filed pursuant to that Order would be compliance with the "matching" and severance of "newly matched cases" or previously "unmatched cases." Defendants have failed to allege with any particularity how plaintiffs failed to comply with the referenced Pre-Trial Orders. Undersigned counsel represents to the Court that plaintiffs fully adhered to this Court's directives with respect to "matching" and severance of "newly matched cases" or previously "unmatched cases," all as set forth in Plaintiff's Exhibit 1.

Accordingly, for the foregoing reasons, counsel for plaintiffs identified in Exhibit 1 suggest that the Contractor Defendants' Joint Motion to Dismiss should be denied.

> Respectfully submitted,
>
> LAW OFFICES OF SIDNEY D. TORRES, III
> A PROFESSIONAL LAW CORPORATION
>
>
> BY:  /s/ David C. Jarrell
>        SIDNEY D. TORRES, III (Bar No. 12869)
>        ROBERTA L. BURNS (Bar No. 14945)
>        **DAVID C. JARRELL** (Bar No. 30907)
>        Torres Park Plaza, Suite 303
>        8301 West Judge Perez Dr.
>        Chalmette, Louisiana 70043
>        Tel: (504) 271-8421
>        Fax: (504) 271-1961
>        E-mail: dcj@torres-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of January, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ David C. Jarrell</u>
DAVID C. JARRELL