Exhibit 1

| Originating Case No. | Severed Case No. | Severed Case Caption | Severed Manufacturer | Severed (Single) Contractor |
|---|---|---|---|---|
| 09-3561 | 10-3966 | Sino v. Travelers Property Casualty | Travelers Property Casualty | CH2M Hill |
| 09-3561 | 10-3957 | Boudreaux v. Travelers Property Casualty | Travelers Property Casualty | None |
| 09-3587 | 10-3580 | Battaglia v. Destiny | Destiny | None |
| 09-3587 | 10-3581 | Chelette v. Destiny | Destiny | Flour |
| 09-3589 | 10-3481 | Cummins v. Frontier RV | Frontier RV | UFAS MO |
| 09-3589 | 10-3497 | Ahl v. Frontier RV | Frontier RV | UFAS Agbayani |
| 09-3589 | 10-3496 | Magruder v. Frontier RV | Frontier RV | Fluor |
| 09-3589 | 10-3498 | Ruiz v. Frontier RV | Frontier RV | CH2M |
| 09-3589 | 10-3483 | Nuschler v. Frontier RV | Frontier RV | TKTMJ |
| 09-3589 | 10-3492 | Dixon v. Frontier RV | Frontier RV | UFAS-Agbayani |
| 09-3715 | 10-3515 | Clausell v. River Birch | River Birch | Fluor |
| 09-3715 | 10-3516 | Blanchard v. River Birch | River Birch | None |
| 09-3716 | 10-3834 | Gagliano v. Southern Energy Homes | Southern Energy Homes | Fluor |
| 09-3718 | 10-3726 | Peterson v. Palm Harbor Homes | Palm Harbor Homes | Fluor |
| 09-3719 | 10-3571 | Baker v Jayco Inc, | Jayco | CH2M |
| 09-3719 | 10-3567 | Alexander-Cornett v Jayco Inc. | Jayco | Fluor |
| 09-3719 | 10-3568 | Fincher v Jayco Inc | Jayco | None |
| 09-3721 | 10-3543 | Thornton v. Giles Family | Giles Family | Shaw |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-3721 | 10-3542 | Daigre v. Giles Family | Giles Family | Fluor |
| 09-3722 | 10-3768 | Doty v. Sun Valley | Sun Valley | Fluor |
| 09-3726 | 10-3813 | Audibert v. Coachmen Industries | Coachmen Industries | None |
| 09-3726 | 10-3814 | Robeson v. Coachmen Industries | Coachmen Industries | Shaw |
| 09-3726 | 10-3668 | Barrilleaux v. Coachmen Industries | Coachmen Industries | Fluor |
| 09-3726 | 10-3667 | Harvey v. Coachmen Industries | Coachmen Industries | CH2M Hill |
| 09-3728 | 10-3572 | Arbour v. Vanguard | Vanguard | Fluor |
| 09-3728 | 10-3573 | Fernandez v. Vanguard | Vanguard | None |
| 09-3729 | 10-3993 | Borne v. DS Corp | DS Corp | None |
| 09-3729 | 10-3978 | Jeanfreau v. DS Corp | DS Corp | Fluor |
| 09-3729 | 10-3945 | Ben v. DS Corp | DS Corp | CH2M Hill |
| 09-3732 | 10-3557 | Arbour v. Starcraft | Starcraft | Flour |
| 09-3732 | 10-3562 | Deogracias v. Starcraft | Starcraft | None |
| 09-3734 | 10-3745 | Conrad v. Lakeside Park Homes | Lakeside Park Homes | UFAS-Agbayani |
| 09-3734 | 10-3790 | Ruiz v. Lakeside Park Homes | Lakeside Park Homes | UFAS-MU |
| 09-3734 | 10-3788 | Dibetta v. Lakeside Park Homes | Lakeside Park Homes | UFAS-TKTMJ |
| 09-3734 | 10-3778 | Bienemy v. Lakeside Park Homes | Lakeside Park Homes | Fluor |
| 09-3734 | 10-3718 | Baker v. Lakeside Park Homes | Lakeside Park Homes | None |
| 09-3736 | 10-3775 | Brignac v. Hy-Line Enterprises | Hy-line Enterprises | Fluor |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-3736 | 10-3767 | Brignac v. Hy-Line Enterprises | Hy-line Enterprises | Fluor |
| 09-3738 | 10-3469 | Ronquille OBO J.R. v. KZRV | KZRV | Shaw |
| 09-3738 | 10-3467 | Ruiz v. KZRV | KZRV | CH2M Hill |
| 09-3738 | 10-3468 | Cummins v. KZRV | KZRV | UFAS AHL |
| 09-3738 | 10-3471 | Dixon v KZRV | KZRV | UFAS Agbayani |
| 09-3738 | 10-3465 | Ahl v KZRV | KZRV | None |
| 09-3738 | 10-3462 | Nuschler v KZRV | KZRV | UFAS TKTMJ |
| 09-3738 | 10-3464 | Aguilera v KZRV | KZRV | Fluor |
| 09-3739 | 10-3490 | Aguilar v. Skyline | Skyline | Flour |
| 09-3739 | 10-3494 | Casanova v. Skyline | Skyline | None |
| 09-3739 | 10-3493 | Baltazar v. Skyline | Skyline | None |
| 09-3740 | 10-3810 | Casanova v. Oak Creek Homes | Oak Creek Homes | None |
| 09-3740 | 10-3812 | Esteves v. Oak Creek Homes | Oak Creek Homes | Shaw |
| 09-3740 | 10-3666 | Douglas v. Oak Creek Homes | Oak Creek Homes | Fluor |
| 09-3824 | 10-3757 | Alford v. Gulf Stream | Gulf Stream | Shaw |
| 09-3824 | 10-3752 | Austin v. Gulf Stream | Gulf Stream | Jacquet |
| 09-3824 | 10-3681 | Bader v. Gulf Stream | Gulf Stream | Fluor |
| 09-3824 | 10-3679 | Acosta v. Gulf Stream | Gulf Stream | None |
| 09-3824 | 10-3708 | Alexis v. Gulf Stream | Gulf Stream | B&I Services |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-3825 | 10-3577 | Michel v. Timberland | Timberland | Shaw |
| 09-3825 | 10-3576 | Herbert v. Timberland | Timberland | Fluor |
| 09-3826 | 10-3578 | Bastoe v. Dutch Housing | Dutch Housing | None |
| 09-3826 | 10-3579 | Boudreaux v. Dutch Housing | Dutch Housing | Fluor |
| 09-3827 | 10-3787 | Couch v. Stewart Park Homes | Stewart Park Homes | CH2M Hill |
| 09-3827 | 10-3789 | Creel v. Stewart Park Homes | Stewart Park Homes | None |
| 09-3827 | 10-3785 | Fourtunia v. Stewart Park Homes | Stewart Park Homes | Shaw |
| 09-3827 | 10-3713 | Alphonso v. Stewart Park Homes | Stewart Park Homes | Jacquet |
| 09-3827 | 10-3712 | Bonnecarre v. Stewart Park Homes | Stewart Park Homes | Fluor |
| 09-3949 | 10-3586 | Held v. Arch Specialty | Arch Specialty | None |
| 09-3949 | 10-3585 | Aguilar v. Arch Specialty | Arch Specialty | None |
| 09-3949 | 10-3584 | Bindom v. Arch Specialty | Arch Specialty | None |
| 09-3949 | 10-3699 | Pierre v. Arch Specialty | Arch Specialty | Shaw |
| 09-3975 | 10-3532 | Nunez OBO S.N. v. Northwood | Northwood | CH2 Hill |
| 09-3975 | 10-3533 | Cavat v. Northwood | Northwood | Fluor |
| 09-4177 | 10-3575 | Hood v. Sunline | Sunline | None |
| 09-4177 | 10-3574 | Rodrigue v. Sunline | Sunline | Fluor |
| 09-4371 | 10-3758 | Jones v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | UFAS-Agbayani |
| 09-4371 | 10-3727 | Keaton v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | B&I Services |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-4371 | 10-3739 | Estrada v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | MLU |
| 09-4371 | 10-3736 | Bell v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | Shaw |
| 09-4371 | 10-3691 | Adams v Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | Fluor |
| 09-4371 | 10-3690 | Cutrer v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | TMAC |
| 09-4371 | 10-3705 | Baumy v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | CH2M Hill |
| 09-4371 | 10-3710 | Alphonso v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | None |
| 09-4661 | 10-3555 | Ancalade v. Gulf Stream | Gulf Stream | Shaw |
| 09-4661 | 10-3551 | Acosta v. Gulf Stream | Gulf Stream | Fluor |
| 09-4661 | 10-3556 | Diaz v. Gulf Stream | Gulf Stream | MLU |
| 09-4661 | 10-3552 | Bush v. Gulf Stream | Gulf Stream | CH2M Hill |
| 09-4661 | 10-3554 | Cutrer v. Gulf Stream | Gulf Stream | TMAC |
| 09-4661 | 10-3553 | Alkurd, obo A.A. v. Gulf Stream | Gulf Stream | None |
| 09-4663 | 10-3823 | Vandenborre v. Gulf Stream | Gulf Stream | None |
| 09-4663 | 10-3824 | Vaccarella v. Gulf Stream | Gulf Stream | Fluor |
| 09-4663 | 10-3827 | White v. Gulf Stream | Gulf Stream | CH2M Hill |
| 09-4663 | 10-3845 | Vodanovich v. Gulf Stream | Gulf Stream | Shaw |
| 09-4663 | 10-3846 | Vucinovich v. Gulf Stream | Gulf Stream | TMAC |
| 09-4663 | 10-3848 | Wilhelmus v. Gulf Stream | Gulf Stream | Jacquet |
| 09-4664 | 10-3782 | Smith v. Gulf Stream Coach | Gulf Stream | CH2M Hill |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-4664 | 10-3781 | Sakobie v. Gulf Stream | Gulf Stream | TMAC |
| 09-4664 | 10-3709 | Scott v. Gulf Stream | Gulf Stream | Shaw |
| 09-4664 | 10-3707 | Chilton v. Gulf Stream | Gulf Stream | None |
| 09-4664 | 10-3714 | Chilton v. Gulf Stream | Gulf Stream | Fluor |
| 09-4669 | 10-3529 | L. Adams v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | Fluor |
| 09-4669 | 10-3530 | Ament v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | Shaw |
| 09-4669 | 10-3526 | Davis v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | CH2M |
| 09-4669 | 10-3531 | Martin v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | UFAS |
| 09-4669 | 10-3527 | Victoriana v. Am Int'l (Fleetwood) | Am Int'l (Fleetwood) | UFAS TKTMJ |
| 09-4669 | 10-3528 | Caruso OBO B.C. v. Am Int['l (Fleetwood) | Am Int'l (Fleetwood) | None |
| 09-4669 | 10-3963 | David v. Fleetwood | Fleetwood | CH2M Hill |
| 09-4669 | 10-3962 | Martin v. Fleetwood | Fleetwood | UFAS-MU |
| 09-4669 | 10-3958 | Victoriana v. Fleetwood | Fleetwood | UFAS-TKTMJ |
| 09-4669 | 10-3989 | Adams v. Fleetwood | Fleetwood | Fluor |
| 09-4669 | 10-3990 | Ament v. Fleetwood | Fleetwood | Shaw |
| 09-4839 | 10-3524 | Hirschey v. Am Int'l (Monaco) | Am Int'l (Monaco) | TMAC |
| 09-4839 | 10-3523 | Saubat v. Am Int'l (Monaco) | Am Int'l (Monaco) | Jacquet |
| 09-4839 | 10-3522 | Alvarez v. Am Int'l (Monaco) | Am Int'l (Monaco) | None |
| 09-4839 | 10-3525 | Alexis v. Am Int'l (Monaco) | Am Int'l (Monaco) | CH2M |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-4839 | 10-3520 | Armstrong v. Am Int'l (Monaco) | Am Int'l (Monaco) | Shaw |
| 09-4839 | 10-3521 | Bush v. Am Int'l (Monaco) | Am Int'l (Monaco) | Fluor |
| 09-6145 | 10-3765 | Jackler v. Cavalier Home Builders | Cavalier Home Builders | None |
| 09-6147 | 10-3517 | Jackler v. Gulf Stream Coach | Gulf Stream | CH2M Hill |
| 09-6147 | 10-3518 | Perera v. Gulf Stream Coach | Gulf Stream | None |
| 09-6151 | 10-3952 | Sentilles v. Am Int'l (Monaco) | Am Int'l ( Monaco) | Shaw |
| 09-6713 | 10-3759 | Karcher v. Horton Homes | Horton Homes | Fluor |
| 09-6798 | 10-3806 | Hall v. Cavalier Home Builders | Cavalier Home Builders | None |
| 09-6888 | 10-3548 | Kelly v. Arch Specialty Insurance Corp. | Arch Specialty | Bechtel |
| 09-7923 | 10-3973 | DeRoche v. Keystone RV | Keystone RV | None |
| 09-7934 | 10-3985 | Sino v. Coachmen Industries | Coachmen Industries | CH2M Hill |
| 09-7934 | 10-3986 | Ladner v. Coachmen Industries | Coachmen Industries | None |
| 09-7934 | 10-3983 | Morain v. Coachmen Industries | Coachmen Industries | Fluor |
| 09-7934 | 10-3984 | Taylor v. Coachmen Industries | Coachmen Industries | Shaw |
| 09-7941 | 10-4005 | Gadwaw v. DS Corp | DS Corp | Jacquet |
| 09-7946 | 10-3723 | Berndt v. Dutch Housing | Dutch Housing | Fluor |
| 09-7946 | 10-3746 | Berndt v. Dutch Housing | Dutch Housing | None |
| 09-7946 | 10-3938 | Berndt v. Dutch Housing | Dutch Housing | None |
| 09-7958 | 10-3733 | Atwood v. Forest River | Forest River | Fluor |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-7958 | 10-3735 | Harvey v. Forest River | Forest River | Jacquet |
| 09-7958 | 10-3731 | Authement v. Forest River | Forest River | Shaw |
| 09-7958 | 10-3687 | Binder v. Forest River | Forest River | None |
| 09-7959 | 10-3779 | Nuschler v. Frontier RV | Frontier RV | UFAS TKTMJ |
| 09-7959 | 10-3701 | Cummins v. Frontier RV | Frontier RV | None |
| 09-7969 | 10-3495 | Bergeron v Jayco | Jayco | Fluor |
| 09-7969 | 10-3491 | Gallardo v Jayco | Jayco | None |
| 09-7981 | 10-3740 | Richard v. CMH Manufacturing | CMH Manufacturing | None |
| 09-7981 | 10-3738 | Froeba v. CMH Manufacturing | CMH Manufacturing | Fluor |
| 09-7982 | 10-3844 | Boudreaux v. Lakeside Park Homes | Lakeside Park Homes | None |
| 09-7982 | 10-3850 | Boudreaux v. Lakeside Park Homes | Lakeside Park Homes | Fluor |
| 09-7982 | 10-3854 | Miller v. Lakeside Park Homes | Lakeside Park Homes | UFAS-Agbayani |
| 09-7982 | 10-3753 | Boudreaux v. Lakeside Park Homes | Lakeside Park Homes | Fluor |
| 09-7982 | 10-3751 | Boudreaux v. Lakeside Park Homes | Lakeside Park Homes | None |
| 09-7982 | 10-3747 | Miller v. Lakeside Park Homes | Lakeside Park Homes | UFAS-Agbayani |
| 09-7985 | 10-3743 | Gervais v. Morgan Building & Spas | Morgan Buildings | Fluor |
| 09-7985 | 10-3732 | Aguilar v. Morgan Buildings & Spas | Morgan Buildings | None |
| 09-7986 | 10-3730 | Casanova v. Northwood Manufacturing | Northwood | None |
| 09-7989 | 10-3673 | Riley v. Arch Specialty | Arch Specialty | Fluor |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-7989 | 10-3676 | Hernandez v. Arch Specialty | Arch Specialty | None |
| 09-7993 | 10-3502 | Drewes, et al v. Recreation by Design | Recreation by Design | Fluor |
| 09-7993 | 10-3503 | Thomas v. Recreation by Design | Recreation by Design | None |
| 09-7997 | 10-3760 | Hyde v. Starcraft | Starcraft | None |
| 09-8408 | 10-3583 | Authement v. TL Industries | TL Industries | Fluor |
| 09-8408 | 10-3582 | Authement v. TL Industries | TL Industries | None |
| 09-8409 | 10-3478 | Bourquard v. Thor | Thor | Fluor |
| 09-8409 | 10-3476 | Bourquard v. Thor | Thor | Jacquet |
| 09-8409 | 10-3473 | Bowman v. Thor | Thor | None |
| 09-8410 | 10-3755 | Creger v. Stewart Park Homes | Stewart Park Homes | Jacquet |
| 09-8410 | 10-3756 | Creger v. Stewart Park Homes | Stewart Park Homes | Fluor |
| 09-8410 | 10-3695 | Custer v. Stewart Park Homes | Stewart Park Homes | None |
| 09-8411 | 10-3833 | Forsythe v. Sun Valley | Sun Valley | None |
| 09-8412 | 10-3749 | Frught v. Timberland RV | Timberland RV | None |
| 09-8413 | 10-3514 | Alberez v. Skyline | Skyline | Fluor |
| 09-8413 | 10-3513 | Adubato v. Skyline | Skyline | Shaw |
| 09-8415 | 10-3725 | Denoux v. Gulf Stream | Gulf Stream | CH2M Hill |
| 09-8415 | 10-3729 | Darby v. Gulf Stream | Gulf Stream | Jacquet |
| 09-8415 | 10-3694 | Alkurd v. Cavalier Home Builders | Cavalier Home Builders | None |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 09-8415 | 10-3683 | Brown v. Gulf Stream | Gulf Stream | Shaw |
| 09-8415 | 10-3704 | Alfonso v. Gulf Stream | Gulf Stream | Fluor |
| 09-8416 | 10-3841 | Rhodes v. Scotbilt Homes | Scotbilt Homes | Fluor |
| 09-8418 | 10-3485 | Sand, et al v. Silver Creek Homes | Silver Creek Homes | Fluor |
| 09-8418 | 10-3484 | Hill v. Silver Creek Homes | Silver Creek Homes | None |
| 09-8421 | 10-3693 | Alberez v. Layton Homes Corp | Layton Homes | Fluor |
| 09-8421 | 10-3696 | Adubato v. Layton Homes Corp | Layton Homes | None |
| 10-1000 | 10-3968 | Atkinson v. Morgan Buildings & Spas | Morgan Buildings | None |
| 10-244 | 10-3786 | Brown v. Lexington Homes | Lexington Homes | Fluor |
| 10-508 | 10-3761 | Adams v. Fleetwood | Fleetwood | Fluor |
| 10-510 | 10-4004 | Adams v. Cavalier Home Builders | Cavalier Home Builders | None |
| 10-511 | 10-3987 | Acosta v. Gulf Stream | Gulf Stream | None |
| 10-511 | 10-3939 | Alexis v. Gulf Stream | Gulf Stream | B&I Services |
| 10-511 | 10-3940 | Bader v. Gulf Stream | Gulf Stream | Fluor |
| 10-512 | 10-3979 | Albarado v. Keystone Industries | Keystone | None |
| 10-513 | 10-3951 | Acosta v. Gulf Stream | Gulf Stream | Fluor |
| 10-738 | 10-3941 | Kieff v. DS Corp. | DS Corp | Fluor |
| 10-743 | 10-3992 | Alfonso v. Jayco | Jayco | Fluor |
| 10-744 | 10-3744 | Cody v. Lexington Homes | Lexington Homes | Fluor |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 10-3839 | 10-746 | Augustine v. Am Int'l (Monaco) | Am Int'l (Monaco) | Fluor |
| 10-749 | 10-3698 | Daggs v. Crum & Foster (Pilgrim) | Crum & Foster (Pilgrim) | Shaw |
| 10-749 | 10-3711 | Gonzales v. Crum & Foster (Pilgrim) | Crum & Foster (Pilgrim) | Fluor |
| 10-751 | 10-3980 | Fernandez v. Recreation by Design | Recreation by Design | Fluor |
| 10-756 | 10-3835 | Florane v. Stewart Park Homes | Stewart Park Homes | Fluor |
| 10-756 | 10-3856 | Vucinovich v. Stewart Park Homes | Stewart Park Homes | CH2M Hill |
| 10-760 | 10-3569 | Bailes v. Thor California | Thor | Shaw |
| 10-760 | 10-3570 | Verdon v. Thor California | Thor | Fluor |
| 10-762 | 10-3559 | Meyers v. TL Industries | TL Industries | Fluor |
| 10-762 | 10-3558 | Lafrance v. TL Industries | TL Industries | CH2 Hill |
| 10-765 | 10-3461 | Verdon OBO J.V. v. Lakeside | Lakeside | UFAS TKTMJ |
| 10-765 | 10-3463 | Miller v. Lakeside | Lakeside | UFAS Agbayani |
| 10-765 | 10-3468 | White v. Lakeside | Lakeside | Fluor |
| 10-765 | 10-3470 | Meyer v. Lakeside | Lakeside | UFAS MU |
| 10-768 | 10-3519 | Demolle, et al v. CMH Manufacturing | CMH Manufacturing | Fluor |
| 10-768 | 10-3748 | Demolle, et al v. CMH Manufacturing | CMH Manufacturing | Fluor |
| 10-772 | 10-4030 | Melan v. Cavalier Home Builders | Cavalier Home Builders | Fluor |
| 10-773 | 10-3988 | Durham v. Cavalier Home Builders | Cavalier Home Builders | Fluor |
| 10-775 | 10-3487 | Miller v. Cavalier | Cavalier | MLU |

Exhibit 1

| | | | | |
|---|---|---|---|---|
| 10-775 | 10-3486 | Bailey v. Cavalier | Cavalier | Fluor |
| 10-778 | 10-3832 | Johnston v. Timberland RV | Timberland RV | None |
| 10-994 | 10-3971 | Authement v. TL Industries | TL Industries | Fluor |