# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
  Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

---

*UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT*

---

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" attached hereto, who respectfully move this Court for leave to file the attached Amended Complaint for Damages.

On or about October 13, 2010, undersigned counsel filed an amending complaint pursuant to Pre-Trial Order Number 68. Although the caption and exhibits to the Amending Complaint correctly referenced Dutchmen Manufacturing, Inc., the body of the complaint erroneously referenced Dutch Housing, Inc. Plaintiffs now request that they be given leave of court to file the attached Amended Complaint to correctly identify Dutchmen Manufacturing, Inc. as the manufacturing defendant in the above-captioned case.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:          s/David C. Jarrell
      SIDNEY D. TORRES, III, La. Bar No. 12869
      ROBERTA L. BURNS, La. Bar No. 14945
      DAVID C. JARRELL, La. Bar No. 30907
      8301 W. Judge Perez Drive
      Suite 303
      Chalmette, Louisiana 70043
      Telephone: (504) 271-8421
      ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                s/David C. Jarrell, Esq.
                                  DAVID C. JARRELL, La. Bar No. 30907

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
  Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:   /s/David C. Jarrell
          SIDNEY D. TORRES, III, La. Bar No. 12869
          ROBERTA L. BURNS, La. Bar No. 14945
          DAVID C. JARRELL, La. Bar No. 30907
          8301 W. Judge Perez Drive
          Suite 303
          Chalmette, Louisiana 70043
          Telephone: (504) 271-8421
          ***Counsel for plaintiffs***