UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE PRODUCTS                    SECTION N MAG. 5
LIABILITY LITIGATION
                                         JUDGE ENGELHARDT
                                         MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Canfield et al v. DS Corp. et al*       JURY DEMANDED
*No. 09-5371*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED this ____4th____ day of _____January_____, 20__11____ in New Orleans,

Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE