# IN THE UNITD STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIBILITY | MDL NO. 1873<br><br>SECTION N, MAG. 4<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

**This Document Relates to:**
*WARREN BORDELON, et al*
*v.*
*INTERNATIONAL SPECIALTY LINES*
*DOCKET NO. 09-4802*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion and that Phyllis Laney be joined as an additional party herein.

DATED this __4th__ day of __January__, 2011 in New Orleans, Louisiana.

KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE