IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | SECTION: N (5) |

### Huckabees' Memorandum in Opposition
### to Manufacturer and Contractor Defendants' Motion to Dismiss

The Manufacturer and Contractor Defendants have filed joint motions to dismiss all claims in an attached Exhibit A. [Rec. Docs. 18684 and 19080.] The claims of plaintiffs, Steven and Lindsay Huckabee individually and on behalf of their minor children, are included on the Exhibit A. The Huckabees oppose the joint motion to dismiss because they are not, and never have been, unmatched claimants.

The Huckabees family lived together in three successive emergency housing units following Hurricane Katrina. The Huckabees have only sued manufacturers and contractors who are specifically matched with one of those units. The Huckabees have sued Fleetwood Enterprises, Inc. and Bechtel National, Inc. as manufacturer and installer of one of their EHUs (VIN# VAFL51A621318A32). The Huckabees have sued Destiny Industries, LLC and CH2M Hill

1

Contractors, Inc. as manufacturer and installer for another of their EHUs (DI01702GA/41255830). [*See* Rec. Doc. 1962 Huckabees First Amending Complaint].[1]

The Huckabees engaged in the matching process to determine the identity of yet another contractor, whom FEMA has so far identified as "Scott". But the Huckabees have not sued Scott, so there is nothing to dismiss regarding this potential defendant. The Huckabees have nothing to amend and no one to sever from their pleadings because they have not sued unmatched defendants. Their search for information on a contractor that they have not yet sued cannot be grounds for dismissing the properly named and joined defendants in this lawsuit. Plaintiffs pray that the motion to dismiss be denied as inapplicable to their action.

Respectfully submitted,

**WALTZER & WIYGUL**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & WIYGUL
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

---

[1] These claims are all on the "non-litigation track" as the EHUs were mobile homes. In addition, the claims against Fleetwood have been dismissed pursuant to the settlement with that defendant.