UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         MDL NO. 1873
FORMALDEHYDE PRODUCTS      SECTION N MAG. 5
LIABILITY LITIGATION

                                          JUDGE ENGELHARDT
                                          MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Acklin, et al v. Alliance Homes, Inc., et al*     JURY DEMANDED
No. 09-5343
*Aaron, et al v. Alliance Homes, Inc., et al*
No. 09-7167
*Ball, et al v. Alliance Homes, Inc., et al*
No. 09-6193
*Grillier, et al v. Alliance Homes, Inc., et al*
No. 09-5340
*Burl, et al v. Alliance Homes, Inc., et al*
No. 09-7940
*Defelice, et al v. Alliance Homes, Inc., et al*
No. 09-5341
*Guillory, et al v. Gulf Stream Coach, Inc., et al*
No. 09-6876
*Danita v. CMH Manufacturing, Inc. et al*
No. 10-2448
*Lewis et al v. American International Group, Inc. et al*
No. 10-2463
*Brown et al v. Forest River, Inc. et al*
No. 09-5383
*Abrahms et al v. Gulf Stream Coach, Inc. et al*
No. 09-5392
*Blount v. Gulf Stream Coach, Inc. et al*
No. 09-6189
*Carter et al v. Gulf Stream Coach, Inc. et al*
No. 10-2426
*Durand et al v. Lakeside Park Homes Inc et al*
No. 09-5416
*Banks et al v. Morgan Buildings & Spas, Inc. et al*
No. 09-5434
*Green v. Southern Energy Homes, Inc. et al*
No. 10-2418
*Franklin et al v. Timberland RV Company et al*

*No. 09-8731*
*Johnson et al v. TL Industries, Inc. et al*
*No. 09-5359*

### PLAINTIFFS' MOTION TO COMPEL DEFENDANT UNITED STATES/ FEMA TO PROVIDE THE MANUFACTURER AND CONTRACTOR FOR CERTAIN PLAINTIFFS WHO HAVE PROVIDED THE REQUISITE "MATCHING" INFORMATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matters who, for the reasons more fully set forth in the memorandum attached hereto, respectfully move this Court for an Order compelling the defendant United States/FEMA to immediately and forthwith furnish to each of the plaintiffs named within, the identity of the manufacturer and contractor of their respective trailers and for any other relief this Court deems proper.

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland