**EXHIBIT "I"**

**Plaintiffs Not Matched to a Manufacturer and Contractor**

| Case No. | Plaintiff | Head of Household | FEMA ID | Unit Bar Code Number | VIN Number | Trailer Address |
|---|---|---|---|---|---|---|
| 09-7167 | Yolanda Carbin | Yolanda Carbin | 91-0176629 | 1181495 | | 1111 Roper Drive, Lot 54, Scott, LA 70583 |
| 09-7167 | Yolanda Carbin m/n/g of G. C. | Yolanda Carbin | 91-0176629 | 1181495 | | 1111 Roper Drive, Lot 54, Scott, LA 70583 |
| 09-5340 | Judy Noel | Judy Noel | 94-0785454 | 2061068866 | | 534 Silver Lilly Lane, Marrero, LA 70072 |
| 09-7167 | Lloyd Sterling | Lloyd Sterling | 93-1595811 | | | 1312 Roper Drive, Lot 96, Scott, LA 70583 |
| 09-5341 | Eunice Williams | Eunice Williams | 91-1962535 | | | 936 Carmadellest, Marrero, LA 70072 |
| 09-7167 | Tory Guillory | Tory Guillory | 93-1613130 | 1264670 | | 140 Twisted Oak Drive, Opelousas, LA 70570 |
| 09-7167 | Terra Ford | Terra Ford | 93-1613130 | 1264670 | | 140 Twisted Oak Drive, Opelousas, LA 70570 |
| 09-5341 | Laura Young | Laura Young | 93-1337580 | 1278774 | 1NLIGTR2861017311 | 1011 South Tamela Drive, Prien, LA 70605 |
| 09-5340 | Arleeta Jeanpierre-Jackson | Arleeta Jeanpierre-Jackson | 91-2119230 | | | 2617 Phoenix Street, Kenner, LA 70062 |
| 09-5340 | Arleeta Jeanpierre-Jackson m/n/g of R. J. | Arleeta Jeanpierre-Jackson | 91-2119230 | | | 2617 Phoenix Street, Kenner, LA 70062 |
| 09-7940 | Arleeta Jeanpierre-Jackson m/n/g of R. J. | Arleeta Jeanpierre-Jackson | 91-2119230 | | | 2617 Phoenix Street, Kenner, LA 70062 |
| 09-5343 | Elizabeth Stewart m/n/g of M. G. | Elizabeth Stewart | 91-1951503 | 1197931 | 4X4TWDH236P006474 | 1105 Brookdale Drive, Picayune, MS 39466 |
| 09-5340 | Geraldine Norbert | Geraldine Norbert | 91-1908553 | | | 121A Alford Street, Slidelle, LA 70451 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-5340 | Sherri Jones m/n/g of B. J. | Sherri Jones | 91-1868284 | 137658 | 4VOTC31226F001202 | 37493 Highway 11, Buras, LA 70041 |
| 09-5340 | Sherri Jones m/n/g of E. J. | Sherri Jones | 91-1868284 | 137658 | 4VOTC31226F001202 | 37493 Highway 11, Buras, LA 70041 |
| 09-5340 | Sherri Jones m/n/g of J. J. | Sherri Jones | 91-1868284 | 137658 | 4VOTC31226F001202 | 37493 Highway 11, Buras, LA 70041 |
| 09-5343 | Jo Ann Foster | Jo Ann Foster | 92-1420907 | | | 17718 FM 105, Orange, TX 77630 |
| 09-7167 | Rebecca Hammons | Rebecca Hammons | 92-1453701/ 91-1915323 | | | 8701 Hwy 14, Lot 9B, Scott, LA 70583 |
| 09-5343 | Adrean Graves | Adrean Graves | 93-8920710 | | | 119 Red Bird, Bogalusa, LA 70427 |
| 09-5340 | Mamie Harrell | Mamie Harrell | 93-1274739 | | | 4519 Rosemont Place, New Orleans, LA 70126 |
| 09-5340 | Keoka Laurant | Keoka Laurant | 92-1153540 | | | 58196 Vincent Road, Slidell, LA 70460 |
| 09-5340 | Keoka Laurant o/b/o A.N. | Keoka Laurant | 92-1153540 | | | 58196 Vincent Road, Slidell, LA 70460 |
| 09-5340 | Keoka Laurant o/b/o D. N. | Keoka Laurant | 92-1153540 | | | 58196 Vincent Road, Slidell, LA 70460 |
| 09-5340 | Keoka Laurant o/b/o T. S. | Keoka Laurant | 92-1153540 | | | 58196 Vincent Road, Slidell, LA 70460 |
| 09-5340 | Anjanette Lloyd | Anjanette Lloyd | 93-1095070 | | | 2717 Valence Street, New Orleans, LA 70115 |
| 09-5343 | Anjanette Lloyd m/n/g of N. B. | Anjanette Lloyd | 93-1095070 | | | 2717 Valence Street, New Orleans, LA 70115 |
| 09-5340 | Christopher Picou | Christopher Picou | 91-2225491 | | | 8300 Palmetto Street, New Orleans, LA 70118 |

|  | Hank Barber | Sheila Woods | 93-11414131 |  |  | 98 Sugarcreek Road, Carriere, MS 39426 |
|---|---|---|---|---|---|---|
|  | Ruby Stallworth | Ruby Stallworth | 93-9014478 |  |  | 1860 Beach Blvd, # 94, Biloxi, MS 39530 |
| 09-6876 | Mary Weber | Mary Weber | 91-2291974 |  |  | 1900 Groome Road, Lot J19, Baker, LA 70714 |
| 09-5341 | Linda West | Linda West | 94-0765493 |  |  | 400 Arnault Road, Jefferson, LA 70121 |
| 09-5340 | Rocky Hall | Rocky Hall | 93-1095070 |  |  | 2717 Valence Street, New Orleans, LA 70115 |
| 09-5340 | Howard Miller | Howard Allen | 91-23833091603 |  |  | 1621 Garden Street, Kenner, LA 70065 |
| 09-5340 | Ravon Miller | Howard Allen | 91-23833091603 |  |  | 1621 Garden Street, Kenner, LA 70065 |
| 09-5341 | Casey Rooney | Casey Rooney | 91-1912996 |  |  | 2775 Mendez, New Orleans, LA 70122 |
| 09-5340 | Latoya Perrier m/n/g of J. P. | Catrell Perrier | 91-1884217 | 1115744 | iNL1GTR2061024074 | 1323 Westlawn Drive, Slidell, LA 70460 |
| 09-5340 | Latoya Perrier | Catrell Perrier | 91-1884217 | 1115744 | iNL1GTR2061024074 | 1323 Westlawn Drive, Slidell, LA 70460 |