UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                MDL NO. 1873
FORMALDEHYDE PRODUCTS              SECTION N MAG. 5
LIABILITY LITIGATION

                                JUDGE ENGELHARDT
                                MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Acklin, et al v. Alliance Homes, Inc., et al*    JURY DEMANDED
No. 09-5343
*Aaron, et al v. Alliance Homes, Inc., et al*
No. 09-7167
*Ball, et al v. Alliance Homes, Inc., et al*
No. 09-6193
*Grillier, et al v. Alliance Homes, Inc., et al*
No. 09-5340
*Burl, et al v. Alliance Homes, Inc., et al*
No. 09-7940
*Defelice, et al v. Alliance Homes, Inc., et al*
No. 09-5341
*Guillory, et al v. Gulf Stream Coach, Inc., et al*
No. 09-6876
*Danita v. CMH Manufacturing, Inc. et al*
No. 10-2448
*Lewis et al v. American International Group, Inc. et al*
No. 10-2463
*Brown et al v. Forest River, Inc. et al*
No. 09-5383
*Abrahms et al v. Gulf Stream Coach, Inc. et al*
No. 09-5392
*Blount v. Gulf Stream Coach, Inc. et al*
No. 09-6189
*Carter et al v. Gulf Stream Coach, Inc. et al*
No. 10-2426
*Durand et al v. Lakeside Park Homes Inc et al*
No. 09-5416
*Banks et al v. Morgan Buildings & Spas, Inc. et al*
No. 09-5434
*Green v. Southern Energy Homes, Inc. et al*
No. 10-2418
*Franklin et al v. Timberland RV Company et al*

*No. 09-8731*
*Johnson et al v. TL Industries, Inc. et al*
*No. 09-5359*

## **ORDER**

Considering the foregoing motion, IT IS ORDERED that defendant United States/FEMA furnish to each of the plaintiffs named within, the identity of the manufacturer and contractor of their respective trailers

THIS DONE the _____ day of _____, 2011, New Orleans, Louisiana.

_____
JUDGE