UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Acklin, et al v. Alliance Homes, Inc., et al*<br>No. 09-5343<br>*Aaron, et al v. Alliance Homes, Inc., et al*<br>No. 09-7167<br>*Ball, et al v. Alliance Homes, Inc., et al*<br>No. 09-6193<br>*Grillier, et al v. Alliance Homes, Inc., et al*<br>No. 09-5340<br>*Burl, et al v. Alliance Homes, Inc., et al*<br>No. 09-7940<br>*Defelice, et al v. Alliance Homes, Inc., et al*<br>No. 09-5341<br>*Guillory, et al v. Gulf Stream Coach, Inc., et al*<br>No. 09-6876<br>*Danita v. CMH Manufacturing, Inc. et al*<br>No. 10-2448<br>*Lewis et al v. American International Group, Inc. et al*<br>No. 10-2463<br>*Brown et al v. Forest River, Inc. et al*<br>No. 09-5383<br>*Abrahms et al v. Gulf Stream Coach, Inc. et al*<br>No. 09-5392<br>*Blount v. Gulf Stream Coach, Inc. et al*<br>No. 09-6189<br>*Carter et al v. Gulf Stream Coach, Inc. et al*<br>No. 10-2426<br>*Durand et al v. Lakeside Park Homes Inc et al*<br>No. 09-5416<br>*Banks et al v. Morgan Buildings & Spas, Inc. et al*<br>No. 09-5434<br>*Green v. Southern Energy Homes, Inc. et al*<br>No. 10-2418<br>*Franklin et al v. Timberland RV Company et al* | JURY DEMANDED |

*No. 09-8731*
*Johnson et al v. TL Industries, Inc. et al*
*No. 09-5359*

## **PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION**
## **TO DEFENDANTS' JOINT MOTIONS TO DISMISS**

### **RESPONSE TO MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above captioned matters who respectfully offer this Response to the defendants' Motions to Dismiss brought for failure to comply with order and reasons concerning deadlines for matching and filing.

While the undersigned acknowledges the obligation of each Plaintiff in this litigation to comply with Order #'s 38 (attached as Exhibit A), 53 (attached as Exhibit B) and 68 (attached as Exhibit C), placing the burden on each plaintiff of identifying and naming those government-contractors and manufacturers involved with his or her unit by a date certain, the plaintiffs listed in the attached Exhibits "I" and "II," are in fact able to provide "matching" information to defendant United States/FEMA.

In tandem with this motion, the undersigned has filed a Motion to Compel (Rec. Doc. #19163) defendant United States/FEMA to provide the name of the manufacturer and contractor for certain plaintiffs, as listed in Exhibits "I" and "II" who have provided the requisite "matching" information.

The Plaintiffs have always used best efforts to comply with this Court's orders and provide timely information to defendant, however, such efforts were at times met with unforeseen obstacles. For example, a Standard Form-95 was filed on behalf of plaintiff Arleeta Jeanpierre-Jackson and her two minor children, Ramad and Ramon Jackson, on April 7, 2008.

Thereafter, Ms. Jeanpierre-Jackson and her children completed and provided to the undersigned their Plaintiff Fact Sheets, which were filed on December 24, 2009. On December 22, 2009, Ms. Jeanpierre-Jackson passed away of Hodgkins Lymphoma. A family member of Ms. Jeanpierre-Jackson contacted our office on July 14, 2009, in response to the numerous attempts of obtaining "matching" information. On that date, we were provided "matching" information for Ms. Jeanpierre-Jackson and her two minor children. The undersigned, thereafter, provided that information to defendant United States/FEMA. However, defendant refused to accept said "matching" information as it was provided subsequent to the June 15, 2010 deadline. During her lifetime, Ms. Jeanpierre-Jackson had consistently conducted exhaustive searches for any matching information. It was not until seven months after her death, however, that the undersigned first learned of any "matching" information. Presumably, Ms. Jeanpierre-Jackson had experienced great suffering prior to her passing, thus, making it exceedingly difficult to retrieve the necessary information. Notwithstanding the date that such "matching" information was elicited, she has substantially complied with all of the necessary deadlines and it would greatly prejudice Ms. Jeanpierre-Jackson's estate and her two minor children to dismiss their case based simply on the timing of production of the required "matching" information.

While plaintiffs will suffer extreme prejudice by having their claims dismissed, defendant will suffer no undue harm or any prejudice by being compelled to match plaintiffs now.

### **Conclusion**

Based on the foregoing, plaintiffs respectfully request that this Court deny defendants' motions in their entirety with respect to the plaintiffs indicated in plaintiffs' Exhibit "I" and "II" as granting said motions would be prejudicial to the named plaintiffs within.

Respectfully Submitted,


By: ___/s/Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445


**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland