**EXHIBIT "II"**

**Plaintiffs Not Matched to a Contractor**

| Case No. | Plaintiff | Head of Household | FEMA ID | Unit Bar Code Number | VIN Number | Trailer Address |
|---|---|---|---|---|---|---|
| | Jerrye Barre | Jerry Barre | 93-1180387 | | | Fred Johnson Road, Carriere, MS 39426 |
| 10-2448 | Lindsay Danita | Lindsay Danita | 94-0793114 | 1164212 | | 28236 Galates Road, Lot 14, Loraryer, LA 70446 |
| 10-2448 | Lindsay Danita o/b/o M.W. | Lindsay Danita | 94-0793114 | 1164212 | | 28236 Galates Road, Lot 14, Loraryer, LA 70446 |
| 10-2448 | Lindsay Danita o/b/o J. N. | Lindsay Danita | 94-0793114 | 1164212 | | 28236 Galates Road, Lot 14, Loraryer, LA 70446 |
| | Alex Hubbard | Alex Hubbard | 91-1914190 | 1272976 | | 2913 Ellisville, Ellisville, MS 39437 |
| 10-2463 | Angelica Pierre | Angelica Pierre | 92-1251577 | | | 316 Canal Street, Luling, LA 70070 |
| 10-2463 | Bernard Pierre | Bernard Pierre | 92-1251577 | | | 316 Canal Street, Luling, LA 70070 |
| 10-2463 | Jeremy Pierre | Bernard Pierre | 92-1251577 | | | 316 Canal Street, Luling, LA 70070 |
| 10-2463 | Angelica Pierre o/b/o J. P. | Bernard Pierre | 92-1251577 | | | 316 Canal Street, Luling, LA 70070 |
| 10-2463 | Matthew Savoie | Matthew Savoie | 91-2227386 | 1339013 | GAFL534A79117 | 3306 Frontage Road #37, Jennings, LA 70546 |
| | Latosha Thomas | Latosha Thomas | 94-0801227 | | | 1700 Waveland Avenue, Waveland, MS 39576 |
| 10-2463 | Michael Windsay | Michael Windsay | 93-9427474 | | TNFL427A295998 | 5420 Lacour Monique, New Orleans, LA 70131 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-5383 | Shawn Cosse | Shawn Cosse | 92-1133286A | 1287569 | | 4053 McFarlene, New Orleans, LA 70126 |
| 09-5383 | Tiffanie Galbreth | Tiffanie Galbreth | 92-1133286A | 1287569 | | 4053 McFarlene, New Orleans, LA 70126 |
| 09-5383 | Natasha Kelly | Natasha Kelly | 92-1156918 | | 4K4TWD4286P100723 | 3025 Ohio St, Kenner, LA 70065 |
| 09-5383 | Natasha Kelly o/b/o N.K. | Natasha Kelly | 92-1156918 | | 4K4TWD4286P100723 | 3025 Ohio St, Kenner, LA 70065 |
| 09-5383 | Natasha Kelly o/b/o N.K. | Natasha Kelly | 92-1156918 | | 4K4TWD4286P100723 | 3025 Ohio St, Kenner, LA 70065 |
| 09-5383 | Perry Cornelius | Perry Cornelius | 92-1133286A | 1287569 | | 4053 McFarlene, New Orleans, LA 70126 |
| 09-5392 | Ashley Allelo | Ashley Allelo | 93-9237143 | | 1NL1ETR291046090 | 29121 Erindale, Lacombe, LA 70445 |
| 09-6189 | Alice Blount | Alice Blount | 93-9719867 | | | 6098 Hwy 19, Ethel, LA 70730 |
| 09-5392 | Brian Morris | Brian Morris | 93-9424351 | | | 2320 N. Friendship, Harvey, LA 70058 |
| 10-2426 | Patricia Penny | Patricia Penny | 93-9484930 | 692164 | 1NL1GTR2251064266 | 60386 E. Spruce Lane, Lacombe, LA 70445 |
| 10-2426 | Lymiria Walker | Brenda Jones | 91-197276 | | | 2542 Elder Street, New Orleans, LA 70122 |
| | Robert Page | Robert Page | 92-1609462 | 1263685 | | 9028 Canal Rd, Lot #30, Gulfport, MS 39503 |
| | Carl Bridges | Carl Bridges | 92-1285439 | 1201911 | FLHML2FE192729873 | 43 Hooks Pond Rd, Mount Olive, MS 39119 |
| | Charles Fayard | Charles Fayard | 93-1174043 | 1376307 | LSPHT0313008GA06 | 1222 35th Street, Gulfport, MS 39501 |
| 09-5416 | Janice McKinney | Rodney McKinney | 91-1867357 | 1383910 | LSPH201273309 | 9140 Tilford, New Orleans, LA 70127 |
| 09-5416 | Rodney McKinney | Rodney McKinney | 91-1867357 | 1383910 | LSPH201273309 | 9140 Tilford, New Orleans, LA 70127 |
| 09-5416 | Shona McKinney | Rodney McKinney | 91-1867357 | 1383910 | LSPH201273309 | 9140 Tilford, New Orleans, LA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 70127 |
| 09-5416 | JoAnn Robinson | JoAnn Robinson | 91-1894967 | 1383293 | LSPH201244809GA06 | 7313 Rue Louis Phillipe, Marrero, LA 70072 |
| 09-5416 | Annie Thomas | Annie Thomas | 93-94874381603 | 1383861 | LSPH201258909GA06 | 4417 Flite Street, New Orleans, LA 70126 |
| 09-5434 | Lori Schexnayder | Lori Schexnayder | 93-9738375 | 1408521 | | 6801 Press Drive, New Orleans, LA 70126 |
| 10-2418 | Tiffany Green o/b/o A. B. | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 10-2418 | Tiffany Green o/b/o D. F. | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 10-2418 | Tiffany Green o/b/o M. H. | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 10-2418 | Tiffany Green o/b/o J. K. | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 10-2418 | Tiffany Green | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 10-2418 | Tiffany Green o/b/o G. S. | Tiffany Green | 93-1404224 | | | 7114 Corbina Rd #15, Lake Charles, LA 70607 |
| 09-8731 | Annette Franklin | Annette Franklin | 91-19157911603 | | | 135 Miami Place, Kenner, LA 70065 |
| 09-8731 | Coleman Marsalis, Jr. | Coleman Marsalis, Jr. | 91-19157911603 | | | 135 Miami Place, Kenner, LA 70065 |
| 09-5359 | Pauline Johnson | Pauline Johnson | 91-2109221 | | | 9452 Hwy 44 #107, Convent, LA 70723 |

| | | | | |
|---|---|---|---|---|
| 09-5359 | De'Era Johnson | Pauline Johnson | 91-2109221 | 9452 Hwy 44 #107, Convent, LA 70723 |