## IN THE UNITD STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>         FORMALDEHYDE<br>         PRODUCTS LIABILITY<br>         LITIGATION | MDL NO. 1873<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

**THIS DOCUMENT RELATES TO:**
*Leseare Hughes, et al*
*v.*
*Bechtel National, Inc.*
*Docket No.: 10-04123*

## ORDER

Let the foregoing Motion of Jack W. Harang, to be recognized as Counsel of Record, on behalf of the Plaintiffs Leseare Hughes and Lovella Rodwell, as prayed for be GRANTED herein.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE