# IN THE UNITD STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**                **MDL NO. 1873**
     **FORMALDEHYDE**
     **PRODUCTS LIABILITY**
     **LITIGATION**

                                                                        **JUDGE ENGLEHARDT**
                                                                          **MAGISTRATE CHASEZ**

**THIS DOCUMENT RELATES TO:**
*Sannie Barnes, et al*
*v.*
*Forest River, Inc.*
*Docket No.: 10-04117*

## ORDER

      Let the foregoing Motion of Jack W. Harang, to be recognized as Counsel of Record, on behalf of the Plaintiffs, as prayed for be GRANTED herein.

      New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                            JUDGE