## IN THE UNITD STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER**<br>**FORMALDEHYDE**<br>**PRODUCTS LIABILITY**<br>**LITIGATION** | **MDL NO. 1873**<br><br>**JUDGE ENGLEHARDT**<br>**MAGISTRATE CHASEZ** |

**THIS DOCUMENT RELATES TO:**
*Bessie Rogers, et al*
*v.*
*Bechtel National, Inc.*
*Docket No. 10-04124*

### MOTION TO BE RECOGNIZED AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in the above-styled case, who move this Court for an Order naming and appointing Jack W. Harang, an attorney licensed to practice law in the State of Louisiana, and before the United States District Court for the Eastern District of Louisiana and whose principal address is 228 St. Charles Avenue, Suite 501, New Orleans, Louisiana as counsel of record herein.

                                          Respectfully submitted,

                                          s/Jack W. Harang
                                          JACK W. HARANG (LA# 15083)
                                          Law Offices of Jack W. Harang
                                          228 St. Charles Avenue, Suite 501
                                          New Orleans, Louisiana 70130
                                          Telephone:   504.581.7050
                                          Facsimile:    1.866.441.6281
                                          jack@jharang.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on January 4, 2011 served a true and correct copy of the foregoing, **Plaintiff's Motion to Be Recognized as Counsel of Record** to counsel of record via CM/ECF to all counsel of record.

                                            s/Jack W. Harang
                                            JACK W. HARANG