# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                 SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:
    *Pizani v. Gulf Stream Coach, Inc. et al*, 07-9248

## MEMORANDUM IN OPPOSITION TO MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Stephanie A. Pizani, who respectfully submits the following Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Numbers 38, 53, and 68.

Plaintiff respectfully submits to the Court that for the above-captioned case identified in Defendants' Exhibit A (Rec. Doc. 18684-2), plaintiff adhered to those referenced Pre-Trial Orders.

Plaintiff's original Complaint properly matched her to Manufacturing Defendant. Subsequently, Plaintiff filed a Motion for Leave to Supplement and Amend the Original Complaint to add the proper Contracting Defendant (Rec. Doc. 18692), which is awaiting the Court's ruling.

Plaintiff respectfully represents that for the foregoing reasons, the Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders should be denied as to the above-captioned Plaintiff.

          Respectfully submitted,

**BRUNO & BRUNO, LLP**

   S/ Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: melissa@jbrunolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing via CM/ECF filer, or otherwise served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, by facsimile or other electronic transmission this 4th day of January, 2011.

      S/ Melissa A. DeBarbieris
MELISSA A. DEBARBIERIS