UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Ball v. Frontier RV, Inc. (09-3745)* | * | MAGISTRATE CHASEZ |
| *Bartel v. Gulf Stream Coach, Inc.(09-3943)* | * | |
| *Bartel v. U.S.A. through FEMA (09-6722)* | * | |
| *Kujawa v. U.S.A through FEMA (09-6721)* | * | |
| *James v. FRH, Inc. (09-3604)* | * | |
| *Barnes v. Dutchmen Manuf., Inc. (09-3764)* | * | |
| *Prince v. Liberty Ins. Corp. (09-3922)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MANUFACTURING AND CONTRACTOR DEFENDANTS' JOINT MOTIONS
TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS
CONCERNING DEADLINES FOR MATCHING AND FILING**

# EXHIBIT A

Exhibit FF LA Matches

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | Last 4 of SSN | FEMA ID # | Address of THU | City | State | Zip | Attorney | Clean RGSN | Barcode | Vin | THU Type | Installing Contractor | Manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ball, Jay Lee | Ball | Jay | Lee | | 10/25/1950 | 1902 | | | New Orleans | LA. | 70122 | Becnel Law Firm, et al. | 911930322 | 1374584 | 5KDBG35267 L004441 | TT | UFAS-Murillo | Frontier |
| Ball, Jay Lee | Ball | Jay | Lee | | 10/25/1950 | 1902 | 919303228 | 624 Louisiana Ave, Lot 31 | New Orleans | LA. | 70115 | Becnel Law Firm, et al. | 911930322 | 1326229 | 1A9BE35386 AAPH325 | PM | Fluor | Athens Park Homes |
| Boyd, Keisha Paige | Boyd | Darries | Luther | Sr. | 3/4/1973 | 5114 | 921130960 | 7727 Vanderkloot Ave | New Orleans | LA. | 70127 | Becnel Law Firm, et al. | | 1276084 | 4X4TSMH266 C008917 | TT | Fluor | Forest River |
| Boyd, Keisha Paige | Boyd | Keisha | Paige | | 9/17/1974 | 7090 | 921130960 | 7727 Vanderkloot Ave | New Orleans | LA. | 70127 | Becnel Law Firm, et al. | | 1276084 | 4X4TSMH266 C008917 | TT | Fluor | Forest River |
| Davis, Edgar | Davis | Edgar | | | 1/3/1950 | 1950 | 931144138 | 1630 Simon Bolivar | New Orleans | LA. | 70118 | Becnel Law Firm, et al. | | 1293885 | 1N1GTR2X6 1018086 | TT | Shaw | Gulf Stream Coach |
| Davis, Sylvia | Davis | Sylvia | G. | | 11/22/1954 | 0186 | 931144138 | 1630 Simon Bolivar | New Orleans | LA. | 70118 | Becnel Law Firm, et al. | | 1293885 | 1N1GTR2X6 1018086 | TT | Shaw | Gulf Stream Coach |
| Dickinson, George | Dickinson | George | | | 10/31/1964 | 0518 | 940782145 | 1133 Perrin Dr. | Arabi | LA. | 70032 | Becnel Law Firm, et al. | | 1124891 | 1N1GTR286 1025537 | TT | Fluor | Gulf Stream Coach |
| Taylor, Larry | Hodges | Malik | B. | | 1/7/1998 | 8103 | 940814174 | 7917 Red Fish St. | New Orleans | LA | 70126 | Becnel Law Firm, et al. | | 1279744 | 1N1GTR236 1042679 | TT | | Gulf Stream Coach |
| Kinder, Edward | Kinder | Edward | | | 4/18/1965 | 8982 | 940782145 | 1133 Perrin Dr. | Arabi | LA. | 70032 | Becnel Law Firm, et al. | | 1124891 | 1N1GTR286 1025537 | TT | Fluor | Gulf Stream Coach |
| Alexander, Mary | Napoleon | Jerry | | Sr. | 4/25/1944 | 3988 | 931109975 | 4811 Good Drive | New Orleans | LA. | 70127 | Becnel Law Firm, et al. | | 1293651 | 1N1GTR206 1047144 | TT | Fluor | Gulf Stream Coach |
| Robinson, Jo Ann | Samuels | Ernestine | | | 3/12/1943 | 6382 | 911894967 | 7315 Rue Louis Phillippe | Marrero | LA.. | 70072 | Becnel Law Firm, et al. | | 1276420 | 1KB13L1286E 162135 | TT | Shaw | Monaco Coach Corp |
| Robinson, Jo Ann | Samuels | Ernestine | | | 3/12/1943 | 6382 | 911894967 | 7315 Rue Louis Phillippe | Marrero | LA.. | 70072 | Becnel Law Firm, et al. | | 1383293 | LSPH201244 809GA06 | PM | UFAS-TKTMJ | Lake Side |

FEMA10-002268

**EXHIBIT** A - 1