UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Ball v. Frontier RV, Inc. (09-3745)* | * | MAGISTRATE CHASEZ |
| *Bartel v. Gulf Stream Coach, Inc.(09-3943)* | * | |
| *Bartel v. U.S.A. through FEMA (09-6722)* | * | |
| *Kujawa v. U.S.A through FEMA (09-6721)* | * | |
| *James v. FRH, Inc. (09-3604)* | * | |
| *Barnes v. Dutchmen Manuf., Inc. (09-3764)* | * | |
| *Prince v. Liberty Ins. Corp. (09-3922)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MANUFACTURING AND CONTRACTOR DEFENDANTS' JOINT MOTIONS
TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS
CONCERNING DEADLINES FOR MATCHING AND FILING**

# EXHIBIT B

| Head of Household First, M. | Last, Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | Soc. Sec. # | FEMA ID # | Address of THU | City | State | Zip | Attorney | Manufacturer | Model | VIN | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | Bartel | Anthony | Edward | | 1/20/1955 | 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 | 938948046 | 1824 Popps Ferry Rd., Lot #21 | Biloxi | Mississippi | 39532 | Lambert & Nelson, PLC | FLEETWOOD | 2663F | GAFL507A550228A32 | CH2Mhill |
| Unknown | Bartel | Sherry | Suzanne | | 1/19/1961 | 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 | 938948046 | 1824 Popps Ferry Rd., Lot #21 | Biloxi | Mississippi | 39532 | Lambert & Nelson, PLC | FLEETWOOD | 2663F | GAFL507A550228A32 | CH2Mhill |
| Kujawa, Leslie M. | Kujawa | Blake | Austin | | 5/29/2007 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Devin | Marcus | | 8/13/2005 | unknown | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Leslie | Michele | | 4/21/1981 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Richard | V. | | 2/24/1982 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |

FEMA10-000467

EXHIBIT
B - 1
tabbies

Exhibit A - Lambert and Nelson Clients - Anthony and Sherry Bartel
Sent to FEMA on March 24, 2009

| Head of Household | Client Last | Client First | Client | DOB | Soc. Sec. # | FEMA ID # | FEMA Bar | Address of THU | City | State | Zip | Attorney | Manufacturer | Model | VIN | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bartel, Anthony | Bartel | Anthony | Edward | 1/20/1955 | 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 | 938948046 | 1121842 | 11301 Yellow Jacket | Ocean | MS | 39564 | Lambert & Nelson, PLC | FLEETWOOD | TRAVEL | 1NL1GTR2 | BECHTEL |
| Bartel, Sherry | Bartel | Sherry | Suzanne | 1/19/1961 | 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 | 938948046 | 1121842 | 11301 Yellow Jacket | Ocean | MS | 39564 | Lambert & Nelson, PLC | FLEETWOOD | TRAVEL | 1NL1GTR2 | BECHTEL |

FEMA10-001664

**EXHIBIT**

B - 2

| Manufacturer | 1st part of 'ALSO |
|---|---|
| Franklin Coach | 10F |
| Hy-Line | 19L |
| Allen | 1A9 |
| Allen | 1b9 |
| Allen | 1c9 |
| Fleetwood | 1cn |
| Fleetwood | 1EA |
| Fleetwood | 1EB |
| Fleetwood | 1EC |
| Fleetwood | 1ED |
| Fleetwood | 1EE |
| Fleetwood | 1EF |
| Fleetwood | 1ek |
| Fleetwood | 1el |
| Frontier | 1F9B |
| Fleetwood | 1fb |
| Allen | 1hp |
| Allen | 1k1 |
| Monaco | 1KB |
| Sunline | 1LC |
| Allen | 1ml |
| Gulf stream | 1NL |
| Vanguard | 1pA |
| Allen | 1pt |
| Sun Valley | 1S4 |
| Starcraft | 1SA |
| Skyline | 1SE |
| Skyline | 1SH |
| Skyline | 1SL |
| Skyline | 1SN |
| Skyline | 1SY |
| Theurer Inc. | 1TA |
| Coachmen | 1TC |
| Timpte, Inc | 1TD |
| Viking | 1TV |
| Jayco | 1UJ |
| Western Recreational | 1W5 |
| Fleetwood | 2EA |
| Fleetwood | 2EB |
| Fleetwood | 2EF |
| Dutchmen | 47C |
| Skyline | 4BV |

EXHIBIT B - 3

| Manufacturer | Code |
|---|---|
| Fleetwood | 4GF |
| Citair | 4ch |
| Fleetwood | 4GJ |
| Fleetwood | 4ck |
| Fleetwood | 4GL |
| Fleetwood | 4cm |
| Fleetwood | 4cf |
| Fleetwood | 4Dt |
| Fleetwood | 4DY |
| KZ | 4EZ |
| Double P Fabricators | 4FZ |
| Monoco | 4k0 |
| National RV Inc | 4kz |
| Northwood | 4n1 |
| Triton | 4tc |
| D & D Trailer Co | 4TD |
| Tri-Tech Services | 4TT |
| Sunnybrook | 4UB |
| Crossroads | 4v0 |
| R-Vision | 4WY |
| Forest River | 4X4 |
| Skwatter Trailer Comp | 4xd |
| Forest River | 4XT |
| Thor Industries | 4XT |
| Keystone | 4YD |
| B Foster & Co | 4YT |
| Timberland | 5C1 |
| Adventure | 5C1T |
| Fleetwood | 5ca |
| Recreation by Design | 5CH |
| TL Industries | 5CH |
| Recreation by Design | 5CZ |
| Damon Corp | 5DJ |
| Frontier | 5kD |
| Sunray | 5L0 |
| Pilgrim | 5L4 |
| Pilgrim | 5L4TF |
| Sunray | 5LO |
| Ameri-camp | 5M6 |
| Coachmen | 5P6 |
| Cruiser RV | 5RX |
| Heartland | 5SF |
| Superior | 5sy |
| Oak Creek | 5ta |
| Frontier | 5vl |



EXHIBIT B - 4

| | |
|---|---|
| Fleetwood | gafl |
| Fleetowood | ncfl |
| Fleetwood | pafl |
| Fleetwood | TNFL |
| Fleetwood | txfl |
| Fleetwood | vafl |
| Cavalier | 1C9/CHM |
| Patriot | 1P9/PH2 |

http://www.nhtsa.dot.gov/cars/rules/manufacture/

EXHIBIT

B - 5

mapped_bechtel_hill

| | | |
|---|---|---|
| 1201041 | 11269496 | MH BECHTEL |
| 1201043 | NTA1374798 | MH CH2MHILL |
| 1201046 | | MH CH2MHILL |
| 1201047 | 210E400590A000HR | MH BECHTEL |
| 1201048 | | MH CH2MHILL |
| 1201049 | | MH BECHTEL |
| 1201050 | RB05AL9499 | MH BECHTEL |
| 1201051 | RB05AL9495 | MH BECHTEL |
| 1201052 | CV06AL0268020 | MH BECHTEL |
| 1201053 | SSEAL17392 | MH BECHTEL |
| 1201056 | FLHM2FE192729848 | MH CH2MHILL |
| 1201057 | DI01481GA | MH BECHTEL |
| 1201058 | GAFL535A91108-8A32 | MH BECHTEL |
| 1201059 | PFS932976 | MH BECHTEL |
| 1201061 | 4WY212P2041600161 | MH BECHTEL |
| 1201062 | SSEAL17394 | MH CH2MHILL |
| 1201063 | TEN659977 | MH CH2MHILL |
| 1201064 | | MH BECHTEL |
| 1201065 | PFS932760 | MH CH2MHILL |
| 1201066 | DSEAL17403 | MH CH2MHILL |
| 1201067 | | MH BECHTEL |
| 1201068 | | MH CH2MHILL |
| 1201069 | | MH CH2MHILL |
| 1201070 | 11263509 | MH CH2MHILL |
| 1201072 | 16L09877 | MH BECHTEL |
| 1201073 | SSEAL17399 | MH BECHTEL |
| 1201074 | DI01478GA | MH CH2MHILL |
| 1201075 | KXFL545AL76728A32 | MH CH2MHILL |
| 1201077 | GAFL507A550228A32 | MH CH2MHILL |
| 1201078 | | MH CH2MHILL |
| 1201079 | | MH CH2MHILL |
| 1201080 | | MH CH2MHILL |
| 1201081 | | MH CH2MHILL |
| 1201082 | 11269510 | MH CH2MHILL |
| 1201087 | | MH CH2MHILL |
| 1201088 | DI014856A | MH BECHTEL |
| 1201091 | KYFL545A07680-8A32 | MH BECHTEL |
| 1201093 | | MH CH2MHILL |
| 1201094 | 0070166344A000H | MH CH2MHILL |
| 1201095 | GAFL507A55020-8A32 | MH CH2MHILL |
| 1201097 | CV06AL0268024 | MH CH2MHILL |
| 1201098 | CV06AL0268021 | MH BECHTEL |
| 1201099 | GAFL057A55015 | MH BECHTEL |
| 1201100 | RB05AL9500 | MH BECHTEL |
| 1201104 | DI01483GA | MH BECHTEL |
| 1201106 | GAFL535A91115-8A32 | MH BECHTEL |
| 1201107 | KYFL545A07681 | MH BECHTEL |
| 1201108 | 021-06943-12848 | MH BECHTEL |
| 1201113 | | MH CH2MHILL |
| 1201114 | GAGAHAG1775 | MH BECHTEL |
| 1201115 | GAFL535A91104-8A32 | MH BECHTEL |
| 1201119 | PFS934713 | MH BECHTEL |

FEMA120-006086
Page 1379

EXHIBIT B - 6



mapped_bechtel_hill

Page 331

FEMA120-005038

| VIN | Number | Contractor |
|---|---|---|
| 1NL1GTR2661077524 | 1121788 | BECHTEL |
| 1NL1GTR2861077525 | 1121789 | BECHTEL |
| 1NL1GTR2861077380 | 1121792 | BECHTEL |
| 1NL1GTR2161077382 | 1121794 | BECHTEL |
| | 1121796 | BECHTEL |
| 1NL1GTR2561077532 | 1121800 | CH2MHILL |
| 1NL1GTR2261077536 | 1121804 | BECHTEL |
| 1NL1GTR2461077537 | 1121805 | CH2MHILL |
| 1NL1GTR2861077539 | 1121807 | CH2MHILL |
| 1NL1GTR2661051120 | 1121808 | BECHTEL |
| 1NL1GTR2861051121 | 1121809 | BECHTEL |
| 1NL1GTR2261025128 | 1121810 | BECHTEL |
| 1NL1GTR2461025129 | 1121811 | BECHTEL |
| 1NL1GTR2061025130 | 1121812 | BECHTEL |
| 1NL1GTR2161025136 | 1121818 | CH2MHILL |
| 1NL1GTR2361025137 | 1121819 | BECHTEL |
| 1NL1GTR2361025140 | 1121822 | BECHTEL |
| 1NL1GTR2261025145 | 1121827 | BECHTEL |
| 1NL1GTR2361025154 | 1121836 | BECHTEL |
| 1NL1GTR2561025155 | 1121837 | BECHTEL |
| 1NL1GTR2761025156 | 1121838 | BECHTEL |
| 1NL1GTR2961025157 | 1121839 | BECHTEL |
| 1NL1GTR2961025160 | 1121842 | BECHTEL |
| 1NL1GTR2061025161 | 1121843 | BECHTEL |
| 1NL1GTR2161025167 | 1121849 | BECHTEL |
| 1NL1GTR2561025169 | 1121851 | BECHTEL |
| 1NL1GTR2461077540 | 1121852 | BECHTEL |
| 1NL1GTR2661077541 | 1121853 | BECHTEL |
| 1NL1GTR2161077544 | 1121856 | BECHTEL |
| 1NL1GTR2561077546 | 1121858 | BECHTEL |
| 1NL1GTR2961077551 | 1121863 | BECHTEL |
| 1NL1GTR2461077554 | 1121866 | CH2MHILL |
| 1NL1GTR2661077555 | 1121867 | BECHTEL |
| 1NL1GTR2X61051122 | 1121868 | BECHTEL |
| 1NL1GTR2161051123 | 1121869 | BECHTEL |
| 1NL1GTR2561051125 | 1121871 | BECHTEL |
| 1NL1GTR2761051126 | 1121872 | BECHTEL |
| 1NL1GTR2261051129 | 1121875 | CH2MHILL |
| 1NL1GTR2961051130 | 1121876 | BECHTEL |
| 1NL1GTR2261051132 | 1121878 | BECHTEL |
| 1NL1GTR2461051133 | 1121880 | CH2MHILL |
| 1NL1GTR2861051135 | 1121882 | BECHTEL |
| 1NL1GTR2161051137 | 1121884 | BECHTEL |
| 1NL1GTR2561051139 | 1121886 | BECHTEL |
| 1NL1GTR2161051140 | 1121887 | BECHTEL |
| 1NL1GTR2761051143 | 1121890 | BECHTEL |
| 1NL1GTR2261051146 | 1121893 | CH2MHILL |
| 1NL1GTR2461051147 | 1121894 | BECHTEL |
| 1NL1GTR2861051152 | 1121899 | BECHTEL |
| 1NL1GTR2X61051153 | 1121901 | BECHTEL |
| 1NL1GTR2X61035938 | 1121902 | BECHTEL |
| 1NL1GTR2861035940 | 1121904 | BECHTEL |

EXHIBIT
B - 7

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:09-cv-06722-KDE-ALC

Bartel et al v. United States of America
Assigned to: Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Alma L. Chasez
Lead case: 2:07-md-01873-KDE-ALC
Member case: (View Member Case)
Case in other court: USDC, SDMS (Southern), 1:09-00656
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/09/2009
Date Terminated: 08/04/2010
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Anthony Bartel**            represented by  **Ronnie Glynn Penton**
The Penton Law Firm (Bogalusa)
209 Hoppen Place
Bogalusa, LA 70427
985-732-5651
Email: fedcourtmail@rgplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Palmer Lambert**
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130
504-581-1750
Email: hlambert@lambertandnelson.com
*ATTORNEY TO BE NOTICED*

**Linda Jane Nelson**
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130
504-581-1750
Email: linda@lambertandnelson.com
*ATTORNEY TO BE NOTICED*

**Mary Anna Penton**
The Penton Law Firm (Bogalusa)
209 Hoppen Place
Bogalusa, LA 70427
985-732-5651
Email: fedcourtmail@rgplaw.com

**Plaintiff**

**Sherry Bartel**             represented by  **Ronnie Glynn Penton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Palmer Lambert**

EXHIBIT
B - 8

(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Anna Penton**
(See above for address)

V.

**Defendant**

**United States of America**
*through the Federal Emergency Management Agency*
*TERMINATED: 08/04/2010*

represented by **Henry Thomas Miller**
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044
202-616-4223
Email: henry.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Michael Dinnell**
U. S. Department of Justice
Tax Division
P. O. Box 14198
Washington, DC 20044
202-616-4211
Fax: 202-616-4473
Email: adam.dinnell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jonathan Richard Waldron**
U. S. Department of Justice
1331 Pennsylvania Avenue NW
Washington, DC 20004
202-307-2091
Fax: 202-616-4989
Email: jonathan.waldron@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michele S. Greif**
U. S. Department of Justice (Box 340)
Civil Division, Torts Branch
Ben Franklin Station
P.O. Box 340
Washington, DC 20004
202-353-2492
Fax: 202-616-4473
Email: michele.greif@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michelle George Boyle**
U. S. Department of Justice
Tax Division



EXHIBIT B - 9

P.O. Box 14198
Washington, DC 20044
202-616-4447
Email: michelle.boyle@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2009 | 1 | Case transferred in from the Southern District of Mississippi (Southern); Case Number 1:09-00656. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Complaint SDMS, # 2 SDMS docket, # 3 PTO #1)(kms, ) (Entered: 10/13/2009) |
| 08/04/2010 | 2 | JUDGMENT under Rule 54(b). United States of America terminated. Signed by Judge Kurt D. Engelhardt on 8/4/2010. (**See order filed in master case 07md1873, doc #15058)(blg) (Entered: 09/08/2010) |
| 09/03/2010 | 3 | NOTICE OF APPEAL by All Plaintiffs as to 2 Judgment - Rule 54(b). (**Originally filed in master case 07md1873, doc #16055) (blg) (Entered: 09/08/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2011 14:42:43 | | | |
| PACER Login: | ln0064 | Client Code: | FEMA-ccs |
| Description: | Docket Report | Search Criteria: | 2:09-cv-06722-KDE-ALC |
| Billable Pages: | 3 | Cost: | 0.24 |

EXHIBIT

B - 10