UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Ball v. Frontier RV, Inc. (09-3745)* | * | MAGISTRATE CHASEZ |
| *Bartel v. Gulf Stream Coach, Inc.(09-3943)* | * | |
| *Bartel v. U.S.A. through FEMA (09-6722)* | * | |
| *Kujawa v. U.S.A through FEMA (09-6721)* | * | |
| *James v. FRH, Inc. (09-3604)* | * | |
| *Barnes v. Dutchmen Manuf., Inc. (09-3764)* | * | |
| *Prince v. Liberty Ins. Corp. (09-3922)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MANUFACTURING AND CONTRACTOR DEFENDANTS' JOINT MOTIONS
TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS
CONCERNING DEADLINES FOR MATCHING AND FILING**

# EXHIBIT C

Case 2:07-md-01873-KDE-MBN   Document 19183-3   Filed 01/04/11   Page 2 of 4

| Head of Household First, M. | Last, Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | Soc. Sec. # | FEMA ID # | Address of THU | City | State | Zip | Attorney | Manufacturer | Model | VIN | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unknown | Bartel | Anthony | Edward | | 1/20/1955 | 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 | 938948046 | 1824 Popps Ferry Rd., Lot #21 | Biloxi | Mississippi | 39532 | Lambert & Nelson, PLC | FLEETWOOD | 2663F | GAFL507A550228A32 | CH2Mhill |
| Unknown | Bartel | Sherry | Suzanne | | 1/19/1961 | 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 | 938948046 | 1824 Popps Ferry Rd., Lot #21 | Biloxi | Mississippi | 39532 | Lambert & Nelson, PLC | FLEETWOOD | 2663F | GAFL507A550228A32 | CH2Mhill |
| Kujawa, Leslie M. | Kujawa | Blake | Austin | | 5/29/2007 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Devin | Marcus | | 8/13/2005 | unknown | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Leslie | Michele | | 4/21/1981 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |
| Kujawa, Leslie M. | Kujawa | Richard | V. | | 2/24/1982 | 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 | 931113221 | 932 St. Ann Street | Gautier | Mississippi | 39553 | Lambert & Nelson, PLC | KEYSTONE | | 4YDT31B266E320568 | Bechtel |

FEMA10-000467

EXHIBIT C-1

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:09-cv-06721-KDE-ALC

Kujawa et al v. United States of America
Assigned to: Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Alma L. Chasez
Lead case: 2:07-md-01873-KDE-ALC
Member case: (View Member Case)
Case in other court: USDC, SDMS (Southern), 1:09-00655
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/09/2009
Date Terminated: 08/04/2010
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: U.S. Government Defendant

### Plaintiff

**Leslie Kujawa**
*individually and on behalf of her minor children Blake Kujawa and Devin Kujawa*

represented by **Ronnie Glynn Penton**
The Penton Law Firm (Bogalusa)
209 Hoppen Place
Bogalusa, LA 70427
985-732-5651
Email: fedcourtmail@rgplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Palmer Lambert**
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130
504-581-1750
Email: hlambert@lambertandnelson.com
*ATTORNEY TO BE NOTICED*

**Linda Jane Nelson**
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130
504-581-1750
Email: linda@lambertandnelson.com
*ATTORNEY TO BE NOTICED*

**Mary Anna Penton**
The Penton Law Firm (Bogalusa)
209 Hoppen Place
Bogalusa, LA 70427
985-732-5651
Email: fedcourtmail@rgplaw.com

### Plaintiff

**Richard Kujawa**
*individually and on behalf of his minor children Blake Kujawa and Devin Kujawa*

represented by **Ronnie Glynn Penton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh Palmer Lambert**



EXHIBIT C - 2

(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda Jane Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Anna Penton**
(See above for address)

V.

**Defendant**

**United States of America**
*through the Federal Emergency Management Agency*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2009 | 1 | Case transferred in from the Southern District of Mississippi (Southern); Case Number 1:09-00655. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by all plaintiffs. (Attachments: # 1 Complaint SDMS, # 2 SDMS docket, # 3 PTO #1)(kms, ) (Entered: 10/13/2009) |
| 08/04/2010 | 2 | JUDGMENT under Rule 54(b). United States of America terminated. Signed by Judge Kurt D. Engelhardt on 8/4/2010. (**See order filed in master case 07md1873, doc #15058)(blg) (Entered: 09/15/2010) |
| 09/03/2010 | 3 | NOTICE OF APPEAL by All Plaintiffs as to 2 Judgment - Rule 54(b). (**Originally filed in master case 07md1873, doc #16055) (blg) (Entered: 09/15/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/03/2011 14:21:34 | | | |
| PACER Login: | ln0064 | Client Code: | FEMA-ccs |
| Description: | Docket Report | Search Criteria: | 2:09-cv-06721-KDE-ALC |
| Billable Pages: | 3 | Cost: | 0.24 |

EXHIBIT
C - 3