UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Ball v. Frontier RV, Inc. (09-3745)* | * | MAGISTRATE CHASEZ |
| *Bartel v. Gulf Stream Coach, Inc.(09-3943)* | * | |
| *Bartel v. U.S.A. through FEMA (09-6722)* | * | |
| *Kujawa v. U.S.A through FEMA (09-6721)* | * | |
| *James v. FRH, Inc. (09-3604)* | * | |
| *Barnes v. Dutchmen Manuf., Inc. (09-3764)* | * | |
| *Prince v. Liberty Ins. Corp. (09-3922)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MANUFACTURING AND CONTRACTOR DEFENDANTS' JOINT MOTIONS
TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS
CONCERNING DEADLINES FOR MATCHING AND FILING**

# EXHIBIT D

Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses
Sent to FEMA on March 16, 2009

| Last, First | First | Middle | DOB | SSN | Address | City | State | Zip | Attorney | Mfg | Model | Type | VIN | Contractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ferdinand, Cathy | Ferdinand | Cathy | 3/1/1981 | 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 | 4845 Read Blvd. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2761060835 | Fluor |
| Fields, Lionel | Fields | Lionel | 4/4/1941 | 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 | 3415 Fern Street New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | | | | | |
| Fuselier, George | Fuselier | George | Gerard | 8/29/1962 | 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 | 9311994117 2912 Lakewood Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2761036898 | Fluor |
| Fuselier, George | Fuselier | Melanie | Landry | 7/20/1964 | 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 | 911866320 2912 Lakewood Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2761036898 | Fluor |
| Gonzalez, Lourdes S | Gonzalez | Lourdes | S | 9/24/1963 | 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 | 9407712800 835 Hagan Avenue New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2961082121 | Shaw |
| Green, Chauncey Sr | Green, Jr. | Chauncey | | 11/23/2000 | 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 | 921193276 1328 St. Denis New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1VTR2961048122 | MLU |
| Green, Chauncey Sr | Green, Sr. | Chauncey | | 6/24/1962 | 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 | 921193276 1328 St. Denis New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1VTR2961048122 | MLU |
| Hargrove, Margie A | Hargrove | Leonard | | 9/2/1959 | 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 | 918890608 1240 Estolate Harvey, LA 70058 | Harvey | LA | 70058 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2561045356 | Shaw |
| Henderson, Dinah White | Henderson | Dinah | White | 5/8/1956 | 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 | 935528002 4405 Old Jefferson Rd. Lot 20 New Iberia, LA 70563 | New Iberia | LA | 70563 | Becnel Law Firm, LLC et al. | Fleetwood | | MH - 3BR - Regular | TXFL412A44859 | Fluor |
| Jeanette Craft | James | India | Marie | 11/22/2002 | 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 | 921170032 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy. New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | Holly Park | MH - 3BR - Regular | 19LBA02P06A063611 | Unkown CH2MHILL |
| Johnson, Chatman, III or Helena Johnson | Johnson | Cierra | Lorraine | 9/20/1998 | 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 | | 1313 Paul Maillard Rd. Luling, LA 70070 | Luling | LA | 70070 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1SL200P265C000284 | Fluor |
| Johnson, Chatman, III or Helena Johnson | Johnson | Helena | M | 11/20/1962 | 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 | | 1313 Paul Maillard Rd. Luling, LA 70070 | Luling | LA | 70070 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1SL200P265C000284 | Fluor |
| Jones-Dillon, Latasha | Jones | Greggionte | Latasha | 8/10/1990 | 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 | 911187145 7537 Stonewood St New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2961014675 | Shaw |
| Jones, KeShuna Reniche | Jones | KeShuna | Reniche | 11/20/1980 | 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 | 939766247 7300 Beaconfield Dr. New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Fleetwood Canada | | TT - Regular | 4C1F322061506283 | Fluor |
| Joseph, Lucille L | Joseph | Lucille | J | 6/24/1928 | 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 | 940780577 6517 Millender Dr. Marrero, LA 70072 | Marrero | LA | 70072 | Becnel Law Firm, LLC et al. | Forest River | | Forest River TT - Regular | 4X4TRLG206D809084 | Shaw |
| Chapman, Bertha | King | Joshua | M | 12/7/1972 | 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 | 918819947 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | | TT - Regular | 5C1R32206P008740 | Fluor |
| Chapman, Bertha | King | Kaian | A | 4/26/1990 | 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 | 918819947 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | | TT - Regular | 5C1R32206P008740 | Fluor |
| Chapman, Bertha | King | Krysten | M | 7/20/1990 | 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 | 918819947 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | | TT - Regular | 5C1R32206P008740 | Fluor |
| Lee, Betty Ann | Lee | Arianna | Shantrell | 3/9/1986 | 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 | | 7630 Means Ave New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2961038443 | Fluor |
| Lee, Betty Ann | Lee | Richard | Arlington | 11/16/1956 | 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 | | 7630 Means Ave New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2961038443 | Fluor |
| Magee, Donald Alvin | Magee | Donald | Alvin | 11/2/1948 | 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 | | 1914 Louisa St New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2761018031 | Shaw |
| Martin, Gaynell | Martin | Gaynell | | 3/23/1957 | 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 | 939565456 1209 Desire St. New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2161084123 | Fluor |
| Mayeux, Michael Jude | Mayeux | Michael | Jude | 3/6/1947 | 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 | 921222815 2820 Lemon St. Metairie, LA 70006 | Metairie | LA | 70006 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2661016058 | Shaw |
| Merrill, Charles E | Merrell | Hattie | Mae | 11/18/2026 | 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 | 9311512775 190 Cash Point Road Lot 66 Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | | | TT - Regular | 4Y029F295E318002 | Fluor 5C1583320SP 008251 |
| Miller, Gail | Miller | Gail | M | 6/16/1951 | 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 | 911906552 6022 Painters St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2561002992 | Fluor |
| Moser, Ricky | Moser | Ricky | John | 8/4/1965 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | | TT - Regular | 1EB1F322862315045 | Fluor |
| Nicolosi, Tammy Lynne | Nicolosi | Raquel | Lynne | 12/29/1992 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | | TT - Regular | 1EB1F322862315045 | Fluor |
| Nicolosi, Tammy Lynne | Nicolosi | Tammy | Martin | 10/1/1969 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | | TT - Regular | 1EB1F322862315045 | Fluor |
| Parker, Van Lee | Parker | Van | Lee | 8/23/1952 | 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 | 919166297 1312 Roper Dr. Lot #35 Scott, LA 70583 | Scott | LA | 70583 | Becnel Law Firm, LLC et al. | Cavalier | | MH - 3BR - Regular | BLO6NC143202 | Fluor |
| Patterson, Angela Terry | Patterson | Angela | Terry | 4/19/1952 | 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 | 939624194 2700 Lasalle Street New Orleans, LA 70113 ; 2620 Gladiiolus Street New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | | TT - Regular | 1N1LGTR2X51020824 | Shaw TT - Regular 47LT0ES2765 20918 Fluor |
| Price, Brenda Marie | Price | Brenda | Marie | 12/26/1945 | 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 | 939622186 112 Diane Ln. Patterson, LA 70392 | Patterson | LA | 70392 | Becnel Law Firm, LLC et al. | Patriot Homes | | MH - 3BR - Regular | HA01763M0 | Fluor TT - Regular 5C1583320SP 008251 Fluor |
| Prince, Hattie B | Prince | Hattie | B | 3/9/1940 | 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 | 9311512775 4944 Marigny St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | | | TT - Regular | 4Y029F295E318002 | Fluor |
| Prince, Sr. | Antoine | | 11/4/1937 | 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 | 9311512775 4944 Marigny St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | | | TT - Regular | 4Y029F295E318002 | Fluor 5C1583320SP 008251 Fluor |

EXHIBIT D - 1

FEMA10-001643

| Source First Name | Source Last Name | Source RGSY | Source Address | Source City | FEMA RGSY | FEMA St Address | FEMA City, St | Barcode | VIN | End SP | Manuf. Current | Contract or1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dorell | Craft | 9211700032 | 6001 Chef Menteur Hwy New Orleans 70126 | New Orleans | 9211700032 | 1312 EGANIA ST | NEW ORLEANS | 1288684 | 19LBA02P06A063611 | TT | ORGANIC | CH2MHILL |
| Jeanette | Craft | 9211700032 | 6001 Chef Menteur Hwy #45 New Orleans 70126 | New Orleans | 9211700032 | 1312 EGANIA ST | NEW ORLEANS | 1288684 | 19LBA02P06A063611 | TT | ORGANIC | CH2MHILL |
| Dorell | Craft | 9211700032 | 6001 Chef Menteur Hwy New Orleans 70126 | New Orleans | 9211700032 | 6001/ 6027 Chef Mentuer Hwy. | NEW ORLEANS | 1262941 | 1HP6552 | MH | Holly Park | MLU |
| Jeanette | Craft | 9211700032 | 6001 Chef Menteur Hwy #45 New Orleans 70126 | New Orleans | 9211700032 | 6001/ 6027 Chef Mentuer Hwy. | NEW ORLEANS | 1262941 | 1HP6552 | MH | Holly Park | MLU |
| India | James | | 6001 Chef Menteur Hwy | New Orleans | 9211700032 | 1312 EGANIA ST | NEW ORLEANS | 1288684 | 19LBA02P06A063611 | TT | ORGANIC | CH2MHILL |
| Robert | James | | 6001 Chef Menteur Hwy | New Orleans | 9211700032 | 1312 EGANIA ST | NEW ORLEANS | 1288684 | 19LBA02P06A063611 | TT | ORGANIC | CH2MHILL |

EXHIBIT D - 2

| Manufacturer | 1st part of 'ALSO |
|---|---|
| Franklin Coach | 10F |
| Hy-Line | 19L |
| Allen | 1A9 |
| Allen | 1b9 |
| Allen | 1c9 |
| Fleetwood | 1cn |
| Fleetwood | 1EA |
| Fleetwood | 1EB |
| Fleetwood | 1EC |
| Fleetwood | 1ED |
| Fleetwood | 1EE |
| Fleetwood | 1EF |
| Fleetwood | 1ek |
| Fleetwood | 1el |
| Frontier | 1F9B |
| Fleetwood | 1fb |
| Allen | 1hp |
| Allen | 1k1 |
| Monaco | 1KB |
| Sunline | 1LC |
| Allen | 1ml |
| Gulf stream | 1NL |
| Vanguard | 1pA |
| Allen | 1pt |
| Sun Valley | 1S4 |
| Starcraft | 1SA |
| Skyline | 1SE |
| Skyline | 1SH |
| Skyline | 1SL |
| Skyline | 1SN |
| Skyline | 1SY |
| Theurer Inc. | 1TA |
| Coachmen | 1TC |
| Timpte, Inc | 1TD |
| Viking | 1TV |
| Jayco | 1UJ |
| Western Recreational | 1W5 |
| Fleetwood | 2BA |
| Fleetwood | 2EB |
| Fleetwood | 2EF |
| Dutchmen | 47C |
| Skyline | 4BV |

EXHIBIT D-3

D - 4

| | |
|---|---|
| Fleetwood | 4GF |
| Citair | 4ch |
| Fleetwood | 4GJ |
| Fleetwood | 4cK |
| Fleetwood | 4GL |
| Fleetwood | 4em |
| Fleetwood | 4of |
| Fleetwood | 4Dr |
| Fleetwood | 4DY |
| KZ | 4EZ |
| Double P Fabricators | 4FZ |
| Monoco | 4k0 |
| National RV Inc | 4kz |
| Northwood | 4n1 |
| Triton | 4tc |
| D & D Trailer Co | 4TD |
| Tri-Tech Services | 4TT |
| Sunnybrook | 4UB |
| Crossroads | 4v0 |
| R-Vision | 4WY |
| ForestRiver | 4X4 |
| Skwatter Trailer Comp | 4xd |
| ForestRiver | 4XT |
| Thor Industries | 4XT |
| Keystone | 4YD |
| B Foster & Co | 4YT |
| Timberland | 5C1 |
| Adventure | 5C1T |
| Fleetwood | 5ca |
| Recreation by Design | 5CH |
| TL Industries | 5CH |
| Recreation by Design | 5CZ |
| Damon Corp | 5DJ |
| Frontier | 5kD |
| Sunray | 5L0 |
| Pilgrim | 5L4 |
| Pilgrim | 5L4TF |
| Sunray | 5LO |
| Ameri-camp | 5M6 |
| Coachmen | 5P6 |
| Cruiser RV | 5RX |
| Heartland | 5SF |
| Superior | 5sy |
| Oak Creek | 5ta |
| Frontier | 5vl |

EXHIBIT D - 4

| | |
|---|---|
| Fleetwood | gafl |
| Fleetowood | ncfl |
| Fleetwood | pafl |
| Fleetwood | TNFL |
| Fleetwood | txfl |
| Fleetwood | vafl |
| Cavalier | 1C9/CHM |
| Patriot | 1P9/PH2 |

http://www.nhtsa.dot.gov/cars/rules/manufacture/

**EXHIBIT D-5**



# About MLU Services



**Main** » Home  About Us  Contact  Equipment List  Key Personnel
**Services** » Demolition  Land Clearing  Temporary Housing  Trailers

MLU is a minority woman owned, diversified HUB Zone, CAGE Code 1YRQ0 Company which operates under NAICS codes 115310, 236118, 238910, 453930, 561210, 561730, 562111, 562119, and 624230. The corporate headquarters for MLU is located at 573 Hawthorne Avenue, Athens, Georgia 30606. MLU also maintains additional offices in Mississippi, Florida, Louisiana and California.

MLU has been in the disaster recovery business for six (6) years and has performed work on eleven (11) presidentially declared disasters. In that short time, MLU has become the nation's industry leader in temporary disaster housing and has hauled and installed over 30,000 temporary disaster housing units. MLU's core business interests are debris removal services, the hauling & installing of temporary housing, associated infrastructure construction, maintenance of temporary housing, and deactivation of temporary housing. MLU has performed several different types of work in response to presidentially declared disasters and specifically on the following:

In 2005, after Hurricane Katrina devastated Louisiana and Mississippi, MLU was contracted by both Fluor Enterprises, Inc. and Shaw Environmental & Infrastructure, Inc. to haul and install travel trailers and mobile homes at various locations in Louisiana. At peak production, MLU was hauling and installing approximately 350 temporary housing units per day. MLU also contracted directly with Federal Emergency Management Agency ("FEMA") to deactivate temporary housing at various locations in Louisiana.

In 2004, Hurricanes Charlie, Jeanne, Francis, and Ivan struck the Gulf Coast. MLU contracted by FEMA to haul and install 2,386 temporary housing units throughout Florida. MLU was also contracted by Philips & Jordan for the removal of storm related debris at various locations throughout the Gulf Coast.

MLU currently employs over 80 trained, experienced, committed and motivated personnel. In addition, we maintain a current availability of hundreds of "reserve" personnel that have worked with us successfully on previous disasters. MLU capabilities are enhanced by thousands of professionals in our strategic partnership and sub-contractor agreements. MLU had approximately 600 full time employees and an additional 700 strategic partner/sub-contractor employees working during peak 2005 hurricane response activities.

MLU takes great pride in performing excellent work on time, with safety and best value to the governmental client as our priorities. MLU knows that our success impacts people's lives and we take the public trust our government partners place in us seriously. Our proven track record of consistently outperforming our competition is a result of maintaining an old fashioned work ethic. MLU strives to get the job done quickly, safely and correctly, while using the best personnel and equipment. MLU also uses proprietary innovative state of the art technology in both its debris monitoring program and temporary housing missions.

In performance of debris monitoring programs, MLU uses its proprietary, web-enabled paperless electronic data collection and management system which supports near real-time reporting on all debris operations. The initial version of the system was designed and utilized to track all hauling performed by the three (3) prime debris contractors under contract to the U.S. Army Corps of Engineers ("USACE") to remove all debris generated by Hurricane Katrina in Louisiana. In total, this system served as the central repository of over 850,000 "haul tickets". The data collected was used to track and map the pickup locations (hundreds of Monitor Stations) and the disposal locations (75 USACE approved sites) of over 15,000,000 cubic yards of vegetative and C&D debris, over 1,000,000 electrical waste components and over 1,000,000 white goods. MLU has since updated and re-designed this system using its extensive debris removal experience. This system pro protected access to data and an array of reporting choices that are consistent with Federal and State reim requirements. All records are retained electronically in compliance with any Federal, State or Local require

**EXHIBIT**

D - 6

MLU also uses innovative state of the art asset tracking technology in its haul/install contracts. MLU's proprietary system provides a fully automated method for managing critical information such as applicant data, site assessment and preparation, installation data, and Ready For Occupancy status. The proprietary system allows for file attachments (such as digital photographs and/or scanned images) to visually document the status of units as they progress. The system is a web-enabled application as well which allows for immediate access by all authorized users.

In addition to its advanced web enabled systems, MLU is well prepared for all equipment requirements and can be responsible for providing for multiple storm debris collection sites that will be in operation from dawn to dusk seven (7) days per week. MLU's experience shows that housing and full support is often a necessity in severe post-disaster environments. MLU owns self-contained specialty housing unit trailers and ancillary service vehicles (cooking facilities, showers, toilets, washing machines) to provide those facilities and services to approximately 600 emergency workers. Operation of a "compound environment" provides a unique opportunity to keep our teams focused on the job at hand without concerns for housing, transportation, meals and ancillary services.

The bottom line is that MLU has the resources, equipment and the personnel to safely and properly perform disaster recovery services under difficult circumstances, in multiple locations, with quality service to the governmental customer as the bottom line.

EXHIBIT D - 7