

# Key Personnel of MLU



**Main** » Home About Us Contact Equipment List Key Personnel
**Services** » Demolition Land Clearing Temporary Housing Trailers

MLU's growth and success was achieved by managerial expertise, commitment to excellence, and the ability to produce high quality and quantity work within the framework of government regulations and requirements. We have performed numerous successful debris operations and have consistently completed operations safely, expeditiously and at the greatest value possible.

## Marcia Ulm - President - Owner

Marcia has over 9 years experience in Accounting and Business Management. She established MLU Services, Inc. as a woman owned, diversified, certified 8A, SDB, Hub Zone Company with offices in five different states. With her guidance, MLU has gained experience in storm related disaster recovery, reconstruction, and temporary housing hauling and installing efforts. For over six years she has successfully led the company to become a leader in Disaster Management and Temporary Housing. She has created a company which can immediately respond to a disaster with experienced management teams, and can mobilize trained staff employees to begin recovery and reconstruction efforts with 24 hours.

## Billy Ulm - Director of Operations

Billy has 24 years in business operations and over six years in Disaster Services. He is a certified arborist. He was contacted directly by FEMA after the four hurricanes struck Florida and was responsible for coordinating the efforts of the Program Director to successfully install approximately 2,500 travel trailers. Again in 2005, after Hurricane Katrina, Billy provided operational guidance and input to negotiate contracts with both Fluor Enterprises, Inc and Shaw Environmental & Infrastructure, Inc. to haul and install travel trailers and mobile homes in Louisiana. Billy's commitment to the highest quality of work performance resulted in MLU hauling and installing over 29,000 temporary housing units.

## Walter Melnick - Debris Management Contractor

Walter has over 35 years of Emergency Management experience including Incident Commander of numerous emergencies. Previous to joining MLU he served four years with FEMA as Chief of Staff for FEMA Recovery Programs, including the World Trade Center disaster, 2004 Florida hurricane relief effort, and the 2005-06 Louisiana hurricane relief effort specifically related to temporary housing. In addition, he was a Temporary Housing FEMA Subject Matter Deputy Lead for the Principal Federal Official from October to January 2005. He coordinated operations, managed projects, and received and reviewed reports to ensure projects remained on task and were completed in a timely, efficient manner to meet objectives. His experience with the World Trade Center debris operation provides exceptional expertise and knowledge of Federal debris regulations and reimbursement requirements. He has supervised and coordinated efforts on numerous projects and is well prepared to assume responsibility for any project.

## Eric Ulm - Lead Project Manager

Eric worked for almost ten years in manufacturing for a $100 million company. In 2003 Eric managed our successful hurricane debris management and cleanup of Langley Air Force Base in Virginia. In 2003, after four hurricanes hit Florida, MLU successfully ran Debris Management and Removal contracts in Florida and Alabama. Eric led our Q... Programs, as assisting in the management of personnel and sub-contractors. Upon completion of our De... contracted MLU directly to install temporary trailers with full services. Eric established procedures to ens...

EXHIBIT

D - 8

quality performance and quality assurance. He developed an MLU's Crew Instruction Handbook which aided in providing consistent standardized work performance, reporting and high quality of performance. With his background in manufacturing and previous experience he is ideally qualified to supervise Project Managers and coordinate activities of the subcontractors to ensure debris operations are properly performed in accordance with company quality standards and Parkland, FEMA and FHWA specifications.

# Jeff Scott - Project Manager

Jeff Scott started with over 7 years experience in managing International Sales of a $75 million company. He was in charge of coordinating efforts and monitoring results of the sales force of companies in eight countries. His responsibilities included panning, supervising, and managing the Sales departments at all locations and leading the combined effort to meet corporate goals. In response to the four hurricanes that struck Florida and Alabama in 2004, Jeff channeled his management experience into managing MLU's Debris Management and Removal sub-contracts in both states. After successful completion of our debris work, MLU became involved in providing temporary housing to the thousands of families in need of FEMA temporary housing. Jeff was responsible for day-to-day management of the project overseeing the Project Managers and subcontractors who installed over 50 trailers per day out of Ft. Pierce, Punta Gorda, and Pensacola and completed approximately 2,500 units. In 2005, Jeff managed the Hurricane Katrina Relief effort to help those in devastated parts of Louisiana and Mississippi. He successfully managed the Project Managers and Subcontractors to meet the project requirements which, at peak production, included the hauling and installing of approximately 350 travel trailers per day. In the eleven months following Hurricane Katrina he has successfully managed the installation of over 29,000 FEMA travel-trailers and temporary housing units.

# Willie Philips - Assistant Project Manager

Willie is a seasoned expert in the construction operations and management. He has managed large construction equipment operations involved in complex projects. He joined MLU in 2005 to manage the Hurricane Katrina Relief effort in Louisiana. As a Project Manager on this project he was responsible for the coordination of work and the quality of performance in connection with the large amount of machinery and equipment. He was responsible for organizing the work, acquiring the needed subcontractor's to perform the work, assigning work orders to each, directing the performance of the work done, controlling the quality of the installation, and tracking and reporting the completion of the installations and monitoring all work-in-progress. He was responsible for the successful completion of over 3,500 units on the Hurricane Katrina Project.

# Gene Dugger - Assistant Project Manager

In 2005 he joined MLU to manage the Hurricane Katrina Relief effort in Louisiana and as Project Manager on this project he was responsible for the coordination of work and the quality of performance in his specific location. He was responsible for organizing the work, acquiring the necessary subcontractors to accomplish the mission, assigning work orders to each, directing the performance of work done, controlling the quality of the installation, tracking/reporting the completion of the installations and monitoring all work-in-progress. He was responsible for the successful completion of over 3,500 units on the Hurricane Katrina Project.

# Tate Brummitt - Contracts/Logistics Manager

Tate joined MLU in 2006 directly from the US Air Force where he honorably served as a warranted contracting officer. He has a breadth of experience of his time with the military, having been stationed overseas in support of Operations Enduring & Iraqi Freedom. He awarded and moved over $200 million in assets throughout the Middle East. Tate also has experience in natural disaster recovery and was instrumental in bringing Langley AFB back to full operation after Hurricane Isabel back in 2003. He has a vast knowledge of the Federal Acquisition Regulations (FAR), the Uniform Commercial Code (UCC), and is highly skilled with the interpretation and implementation of state procurement regulations, statures, and laws.

# Charles Fradella - Finance Officer

Charles has 5 years of experience in managing Accounting Departments. In 2006 Prior to joining MLU he worked for FLUOR. At FLUOR Charles managed all Haul and Install contracts and related invoicing for Hurricane Katrina. He joined MLU in 2006 to add his knowledge and experience with Federal Government.

# Jack Sulser - Health/Safety Officer

Jack has worked 12 years in the Aero Space Industry working with EPA and OSHA inspectors. He received certification in SPC (Statistical Process Control), CPI (Certified Process Inspection), Cellular Manufacturing, and Lean Manufacturing. He is a graduate of the San Bernardino County Reserve Sheriffs Academy of California. Jack owned and operated his own construction company for 5 years before going to work for Philips and Jordan Disaster Services in 2003. There he was a Safety Supervisor for Hurricanes Charley, Francis, and Jean Supervising over 20 Sub Contracting crews in a 20 square mile area inspecting and keeping then in compliance with all D.O.T., O.S.H.A., and E.P.A. Regulations, including the State and Federal regulations for 4 Debris Disposal Site operations with Waste Management of West Palm Beach Flo

**EXHIBIT**

tabbies®

D - 9

**FLUOR ENTERPRISES, INC.**
Client Name:  Federal Emergency Management Agency
Project Name:  Installation, Maintenance, and Deactivation of Temporary Housing -- South East

BOA No.:F1MA-3-K50823
Rev. No.:0

**THIS BLANKET ORDERING AGREEMENT (hereinafter referred to as "Contract") IS entered into, effective as of September 2, 2005 by and between Fluor Enterprises, Inc** (hereinafter referred to as "Company"), whose address is:

> 100 Fluor Daniel Drive
> Greenville, SC  29607

**and MLU Services, Inc (hereinafter referred to as "Contractor"),** whose address is:

> 573 Hawthorne Ave.
> Athens, Georgia 30606

Hereinafter, both Company and Contractor referred to individually as "Party" or collectively as "Parties". In consideration of the agreements herein contained, the Parties hereto contract and agree as follows:

**PART I — SCOPE OF WORK**

**Article 1.0 CONTRACT DOCUMENTS.**  This Contract shall consist of this CONTRACT, PART III, GENERAL TERMS - SHORT FORM (Form 000.430.F0102, dated Jan 1, 2005) as amended by PART IV, SPECIAL TERMS, and the attachments and exhibits 1A, 1B, 2, 3, 6, 7, 8, 9, and 11 referred to therein, all of which by this reference are incorporated herein and made a part of this Contract.

The following attachments by this reference are made a part hereof:

**Attachments**

| | |
|---|---|
| Attachment A: | Contract Daily Report |
| Attachment X: | Job Safety Analysis/Activity Hazard Analysis |
| Attachment Y: | Company Practice 620.653.1012 |
| Attachment Z: | Administrative Property Record Data Sheet |
| Attachment AA: | Stocked Materials and Equipment Record Data Sheet |
| *NOTE:* | *Attachments B through W were not used* |

**Exhibits:**

| | |
|---|---|
| Exhibit 1A | Louisiana Manufactured Housing Commission Manufactured Housing Installer License – Sample |
| Exhibit 1B | Louisiana Manufactured Housing Commission Installation Permit |
| Exhibit 2 | State of Louisiana Manufactured Housing Commission Laws and Regulations |
| Exhibit 3 | Installers |
| Exhibit 11 | Deactivation Task |
| Exhibit 6 | Manufactured Home |
| Exhibit 7 | Travel Trailer Installation |
| Exhibit 8 | Park Model |
| *NOTE:* | *Exhibits 4-5 and 9-10 are not used.* |

FORM 000.430.F0108 (Revision Date:  March 17 2005)

Contract Management
Page 1 of 17
Company    Contractor

**EXHIBIT**

D – 10

FL-FCA-002869

 

**FLUOR ENTERPRISES, INC.**                                    **BOA** No.:F1MA-3-K50823
Client Name:  Federal Emergency Management Agency                       Rev. No.:0
Project Name:  Installation, Maintenance, and Deactivation of Temporary Housing – South East

## ARTICLE 13.0   PRICE

Contractor's full compensation for full and complete performance by Contractor of all Work and compliance with all terms and conditions of this Contract shall be as set fourth in Task Order Releases issued pursuant to the ordering procedure of the Contract.

The maximum aggregate total of all Task Order Releases under this Contract is not-to-exceed $3,000,000. The aggregate total amount to be paid to Contractor for all Task Order Releases pursuant to this Contract shall not exceed the amount of the Basic Ordering without the prior written approval of the Company.

Company does not guarantee any or all of the estimated funding above will be spent on this Contract.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Contract on the day and year below written, but effective as of the day and year first set forth above.

**MLU SERVICES, INC**                    **FLUOR ENTERPRISES, INC.**

By _____            By _____

Title _____          Title _____

Date 10/11/05                         Date 10/15/05

FORM 000.430.F0108 (Revision Date:  March 17 2005)

**Contract Management**
Page **17** of **17**

Company   Contractor

**EXHIBIT**
D - 11

FL-FCA-002885

**Fluor Enterprises, Inc.**
**List of Fluor's Subcontractors Engaged in Hauling, Installing and/or Maintaining Emergency Housing Units**

| | |
|---|---|
| Arrighi Simoneaux, LLC<br>P.O. Box 83910<br>Baton Rouge, LA 70884<br>Contact: David Arrighi (225) 755-6166 | MLU Services<br>573 Hawthorne Ave.<br>Athens, GA 30606<br>Contact: Billy Ulm (706) 369-7300 |
| Bobby Reavis Co.<br>3409 Ash Street<br>Goldsboro, NC 27532<br>Contact: Bobby Reavis (919) 778-7717 | MMR International/MMR Constructors<br>15961 Airline Hwy.<br>Baton Rouge, LA 70817<br>Contact: John Clouarte (225) 235-1540 |
| Classic Locksmith<br>11822 Lake Charles Hwy.<br>Leesville, LA 71446<br>Contact: Gary Tilley (337) 238-9548 | Multi Task<br>5204 Shreveport Hwy.<br>Pineville, LA 71360<br>Contact: Hank Hollingsworth (318) 641-8665 |
| CRS<br>Community Recovery, Inc.<br>165 Vickery Street<br>Atmore, AL 36504-1147<br>Contact: Amy Bryan (225) 272-7263 | Nottingham Construction<br>13073 Plank Road<br>Baker, LA 70714<br>Contact: Ted Hicks (225) 774-4273 |
| CPC<br>1937 East Palmetto Street<br>P.O. Box 7009<br>Florence, SC 29502<br>Contact: Rodney Cameron (843)-678-9338 | PSSF<br>2560 South Highway 95A<br>P.O. Box 883<br>Cantonment, FL 32533<br>Contact: Tony Williams (850) 2332-8370 |
| Del-Jen, Inc.<br>1216 Lafayette Road<br>Clarksville, TN 37042<br>Contact: Rich King (504) 525-6802 | P2S, LLC<br>One Fluor Daniel Drive<br>Sugarland, TX 77478<br>Contact: Steve Pascoe (972) 770-5705 |
| dii, LLC<br>600 Jefferson Street<br>Suite 1403<br>Lafayette, LA 70501<br>Contact: Stan Smith (337)-291-7506 | RCG<br>1101 South Fairfield Drive<br>Pensacola, FL 32506<br>Contact: Joie Simoneaux (850) 858-0207 |
| Forbis Electrical Contractors<br>1876 Trade Center Way<br>Naples, FL 34109-1864<br>Contact: Ron Forbis (239)-597-7121 | Solvation Services, Inc.<br>616 Orleans Ave.<br>New Iberia, LA 70563<br>Contact: (337) 256-5312 |
| Gibbs Construction<br>5736 Citrus Blvd., Suite 200<br>Harahan, LA 70123<br>Contact: Steve Sentilles (225) 241-3276 | Steve Jones Homes<br>7783 Hwy. 90<br>Milton, FL 32583<br>Contact: (866) 626-7140 |
| | |

**EXHIBIT**

D – 12

FL-FCA-000205

| | |
|---|---|
| Harris Builders, LLC<br>528 Cohen Ave.<br>Marrero, LA  70072<br>Contact:  Lloyd Harris (504) 328-2590 | STI of Virginia<br>2750 Jefferson Davis Hwy.<br>Suite 206<br>Chester, VA  23831<br>Contact:  Carol Richardson  (804) 524-0689 |
| Interstate Repo<br>17900 iH 35<br>Buda, TX  78610<br>Contact:  Dena Campbell  (512) 268-8646 | Turner Environmental<br>7918 Wrenwood Blvd., Suite C<br>Baton Rouge, LA  70809-1783<br>Contact:  Tom Turner  (225) 356-1301 |
| James Construction Group<br>11200 Industriplex Blvd, Suite 150<br>Baton Rouge, LA  70809<br>Contact:  Wendell Welch (225) 295-9287 | Universal Project Management, Inc.<br>708 Main, Suite 850<br>Houston, TX  77002<br>Contact :  Butch Kimbrell  (713) 333-8380 |
| MPS<br>Maintenance Protection Systems<br>6387 Quinn Drive<br>Baton Rouge, LA  70817<br>Contact:  Carl Ladmireaux  (225) 756-2135 | Westgate Homes, Inc.<br>710 Paluxy Highway<br>3102 West Hwy. 377<br>Granbury, TX  76048<br>Contact:  Lynn Turney  (817) 573-4130 |
| | Triple L Construction<br>PO Box 78135 (71137)<br>1181 Hawn Ave.<br>Shreveport, LA  71107<br>Contact:  William Lock  (318) 424-8037 |

**EXHIBIT**

tabbies

D - 13

FL-FCA-000206

## SHAW TASK ORDER NO. 0014: TRANSPORT OF TRAILERS - DIRECT ASSISTANCE

**Operational Objective: Transport trailers**

Hurricane Katrina, a Category Four hurricane with a storm surge 25 feet above normal high-tide levels, moved across the Louisiana, Mississippi, and Alabama gulf coasts on August 29, 2005. First landfall occurred near southern Plaquemines Parish, south of Buras, Louisiana. Maximum sustained winds at landfall were estimated at 140 miles per hour. Hurricane Katrina made subsequent landfalls at New Orleans and other Louisiana locations, as well as in Alabama, and Mississippi.

President Bush declared a major disaster for Louisiana due to damages from Hurricane Katrina, and signed a disaster declaration (FEMA-1603-DR-LA) on August 29, 2005, authorizing FEMA to provide federal assistance in designated areas of Louisiana. As of September 9, 2005, the affected area was over 90,000 acres in size, over 330,000 families had been displaced, and over $690 million in expedited aid had been given to the victims. Displaced individuals and families are currently living in shelters during temporary housing identification; therefore, there is a need to expedite the selection and development process where temporary housing will be built to minimize their time spent in the shelters.

FEMA proposes to administer federal disaster assistance funds per the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 USC 5121-5206, as amended (Stafford Act). Stafford Act Section 408 authorizes FEMA's Individual Assistance Program to provide emergency temporary housing for disaster victims whose homes are uninhabitable. This Proposal is submitted for providing services to support FEMA in providing such temporary housing.

### GENERAL SERVICES PROVIDED

The Shaw Group (Shaw) will Transport Trailers as requested by FEMA pursuant to contract HSFEHQ-05-D-0573, Task Order HSFEHQ-05-J-0014. FEMA has requested Shaw to perform Sub-Task # 1 to transport trailers from FEMA's staging area to designated locations in Louisiana to provide temporary housing in Louisiana for people displaced as a result of Hurricane Katrina.

This Response's Work Plan follows. It describes how Shaw will meet this Task Order Sub-Task # 1 Operational Objective. As requested, you will also find attached, the accompanying business proposal (cost estimate) for performance of this Sub-Task # 1 for its Period of Performance from September 12, 2005 through May 11, 2006.

Key individuals and organizations associated with this Task Order No. 0014 are;
- Project Manager - Lowell Wille
- Sherwood Forest Trailer Staging Area Support - Environmental Restoration
- Trailer Transporter - MLU Services, Inc.

### TRANSPORT OF TRAILERS - DIRECT ASSISTANCE: SUB-TASK # 1

#### STATEMENT OF WORK:

Shaw will provide trailer transportation and support services to assure the safe and secure transport of travel trailers from the FEMA Texarkana, Texas to the FEMA Sherwood Forest trailer staging area, located at approximately 2700 North Sherwood Forest Boulevard, and then to designated sites in Louisiana. The transport of trailers will be in accordance with applicable FEMA and Louisiana Department of Transportation requirements.

1 of 2

CONFIDENTIAL

EXHIBIT

D - 14

tabbies'

SHAW 000631

1. **Travel Trailer Transport from FEMA Texarkana, Texas Staging Area to FEMA Baton Rouge Sherwood Forest Staging Area**

   Shaw's Transporter will retrieve travel trailers from the FEMA Texarkana, Texas staging area and transport them to the Baton Rouge FEMA Sherwood Forest trailer staging area as follows:

   - Delivery request is received to transport specific trailer from the FEMA Texarkana , Texas staging area to the Baton Rouge FEMA Sherwood Forest trailer staging area
   - Transporter's driver will report to the FEMA Texarkana, Texas staging area to retrieve the travel trailer
   - Transporter enters the staging area and retrieves the designated trailer as directed by the FEMA staging area coordinator
   - Transporter brings the trailer to the staging area exit and inspects it for suitability to be transported in accordance with applicable FEMA and Texas and Louisiana Department of Transportation requirements.
   - Transporter Driver fills out appropriate forms, gives required copies to the FEMA Texarkana staging area coordinator, and retains required copies for the Baton Rouge FEMA Sherwood Forest staging area coordinator.
   - Transporter proceeds to the Baton Rouge Sherwood Forest staging area in accordance with all applicable transport and traffic regulations.
   - Transporter enters the FEMA Sherwood Forest staging area with travel trailer, surrenders copies of applicable documents to the staging area coordinator, and places the travel trailer in a position designated by that coordinator

2. **Trailer for Transport**

   The general flow of work at the Sherwood Forest trailer staging area is:
   - Delivery request is received to deliver a specific trailer to a designated location
   - Transporter enters the staging area and retrieves the designated trailer as directed by the FEMA Sherwood Forest staging area coordinator
   - Transporter brings the trailer to the staging area where it is inspected and the appropriate forms are filled out.
   - Required copies of these forms and other documents are placed inside the trailer and duplicates are given to the driver
   - Directions and a map to the location are given to the driver who is then dispatched to deliver the trailer

3. **Transport of Trailer to Location**

   The trailer is transported by the transporter to the site in Louisiana designated by the directions and following the map received at the staging area. The transport will be done in accordance with applicable FEMA and Louisiana Department of Transportation requirements. This process will be monitored as appropriate Shaw's Quality Assurance and Quality Control personnel for this Sub-Task.

4. **Receipt of Trailer at Location**

   The trailer is placed in a staging area or delivered to its temporary location, trailer pad, upon receipt at the location. The following steps are then performed;
   - Trailer is inspected and the receiving organization confirms the trailer's receipt by signing the appropriate forms and noting any damage or other abnormal condition a on those forms
   - Completed paper work is placed in the trailer or given to the transport driver to return it to the Sherwood Forest staging area, as required
   - Driver returns to the Sherwood Forest staging area and returns the paper work confirming delivery
   - Transporter is credited with delivery of trailer only after turning in the confirming paper work

CONFIDENTIAL

EXHIBIT

D - 15

tabbies®

SHAW 000632