IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
      FORMALDEHYDE
      PRODUCTS LIABILITY
      LITIGATION

                                                    JUDGE ENGLEHARDT
                                                    MAGISTRATE CHASEZ

**THIS DOCUMENT RELATES TO:**
*Alice Goff, et al*
*v.*
*CH2M Hill Constructors, Inc., et al*
*Docket No.: 10-04122*

## ORDER

      Let the foregoing Motion of Jack W. Harang, to be recognized as Counsel of Record, on behalf of the Plaintiffs, as prayed for be GRANTED herein.

      New Orleans, Louisiana, this _____ day of _____, 2011.

                                                      _____
                                                      JUDGE