SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 23 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOYCE T. ASHLEY AND CHARLES L. ASHLEY,     PLAINTIFFS
together with all individuals and entities whose
names appear on the attached Exhibit "A"

versus     DOCKET NO: 1:09CV831 HSO-JMR

ALLEN CAMPER MANUFACTURING COMPANY, INC.,     DEFENDANTS
ALLIANCE HOMES, INC. d/b/a ADRIAN HOMES, AMERICAN
CAMPER MANUFACTURING, LLC d/b/a AMERI-CAMP,
AMERICAN HOMESTAR CORPORATION, AMERICAN
INTERNATIONAL GROUP, ATHENS PARK HOMES, LLC,
CAVALIER HOME BUILDERS, LLC, CAVALIER HOMES, INC.,
CIRCLE B ENTERPRISES, INC., CLAYTON HOMES
OF LAFAYETTE, INC. f/k/a CLAYTON HOMES, INC., CMH
MANUFACTURING, INC., COACHMEN INDUSTRIES, INC.,
COACHMEN RECREATIONAL VEHICLE COMPANY, LLC,
COACHMEN RECREATIONAL VEHICLES OF GEORGIA, LLC,
CRUISER RV, LLC, DAMON CORPORATION, DEL-JEN, INC.,
DESIGN HOMES, INC., DESTINY INDUSTRIES, LLC, DREAMS R.V.
SALES, INC., DS CORPORATION, DS CORPORATION d/b/a
CROSSROADS RV, DUTCH HOUSING, INC. d/b/a CHAMPION HOMES,
DUTCHMEN MANUFACTURING, INC., FAIRMONT HOMES, INC.,
FOREST RIVER, INC., FOUR WINDS INTERNATIONAL CORPORATION,
FRONTIER RV, INC. GILES FAMILY HOLDINGS, INC., GILES INDUSTRIES,
INC., GILES INDUSTRIES OF TAZEWELL, INC., GULF STREAM COACH,
INC., HEARTLAND RECREATIONAL VEHICLES, LLC,
HORTON HOMES, INC., HY-LINE ENTERPRISES, INC. n/k/a FRH, INC.,
INDIANA BUILDING SYSTEMS, LLC d/b/a HOLLY PARK, JAYCO, INC.,
JAYCO ENTERPRISES, INC., KEYSTONE INDUSTRIES, INC., KEYSTONE
RV COMPANY, KOMFORT CORPORATION, KZRV, LP, LAKESIDE PARK
HOMES, INC., LAYTON HOMES CORPORATION, LEXINGTON HOMES,
LIBERTY HOMES, INC., LIBERTY RV & MARINE, INC., MITCHELL
COUNTY INDUSTRIES, LLC, MORGAN BUILDINGS & SPAS, INC.,
MORGAN BUILDING SYSTEMS, INC., MURILLO MODULAR GROUP, LTD,
NORTHWOOD MANUFACTURING, INC., OAK CREEK HOMES, L.P.,
OAK CREEK HOMES, INC., PALM HARBOR HOMES, INC.,
PALM HARBOR MANUFACTURING, INC., PALM HARBOR ALBERMARIE,
LLC, PLAY"MOR TRAILERS, INC., PROJECT RESOURCES,
INC. OF CALIFORNIA, RECREATION BY DESIGN, LLC,

Page 1 of 86

Exhibit "A"