## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                              JUDGE ENGELHARDT

                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Joyce T. Ashley, et al v Allen Camper*
*Manufacturing Company, Inc., et al*
*Case No. 10-cv-2102*

---

### MOTION TO SEVER

---

COME NOW PLAINTIFFS, through undersigned counsel, and respectfully request that

this Honorable Court sever the following Plaintiffs from this Complaint pursuant to Federal Rule

21.  These Plaintiffs have now been matched to their manufacturer and contractor, and have filed

an Amended Complaint with the civil action indicated:

| | | |
|---|---|---|
| 1. | J. B. By Brittany Young | 10-2347 |
| 2. | D. H., Jr. By Shawna Matthis | 10-2347 |
| 3. | D. H. By Shawna Matthis | 10-2347 |
| 4. | Ledarruis Matthis | 10-2347 |
| 5. | Shawna Matthis | 10-2347 |
| 6. | Brittany Young | 10-2347 |
| 7. | A. L. By Dana Landrum | 10-2348 |
| 8. | Dana Landrum | 10-2348 |
| 9. | Jeffrey Landrum | 10-2348 |
| 10. | JC Landrum by Jeffery Landrum | 10-2348 |
| 11. | K. E. By Angela McNair | 10-2348 |
| 12. | Louis Evans | 10-2348 |
| 13. | Verlilian Evans | 10-2348 |
| 14. | Nicholas Berry | 10-2348 |
| 15. | James Lewis | 10-2348 |
| 16. | Robbie Holden | 10-2354 |
| 17. | Rachel Cotter | 10-2354 |
| 18. | T.J.C. by Rachel Cotter | 10-2354 |
| 19. | Belinda Bazzelle | 10-2356 |

Exhibit "C"

| | | |
|---|---|---|
| 20. | S.B. by Belinda Bazzelle | 10-2356 |
| 21. | Kenneth Gary | 10-2356 |
| 22. | Milton Thomas | 10-2356 |
| 23. | B.V. Jr. By Krystal Clark | 10-2356 |
| 24. | Amanda Aucoin | 10-2368 |
| 25. | B.F.A by Amanda Aucoin | 10-2368 |
| 26. | K.E.T. by Amanda Aucoin | 10-2368 |
| 27. | Robbie Holden | 10-2363 |
| 28. | Cortney Bourgeois | 1:10-cv-194-HSO-JMR |
| 29. | Randell Bourgeois | 1:10-cv-194-HSO-JMR |
| 30. | A.B by Cortney Bourgeois | 1:10-cv-194-HSO-JMR |
| 31. | C.B by Cortney Bourgeois | 1:10-cv-194-HSO-JMR |
| 32. | D.B by Cortney Borgeois | 1:10-cv-194-HSO-JMR |
| 33. | Alice Thomas | 1:10-cv-195-HSO-JMR |
| 34. | L.J by Alice Thomas | 1:10-cv-195-HSO-JMR |
| 35. | L.J. by Alice Thomas | 1:10-cv-195-HSO-JMR |
| 36. | J.M. by Alice Thomas | 1:10-cv-195-HSO-JMR |
| 37. | Karen Peterson | 10-2358 |
| 38. | Charles Ashley | 10-2358 |
| 39. | Joyce Ashley | 10-2358 |
| 40. | Belinda Bazzelle | 10-2366 |
| 41. | S.B by Belinda Bazzelle | 10-2366 |
| 42. | Robbie Holden | 10-2366 |
| 43. | Amanda Aucoin | 10-2360 |
| 44. | B.A. by Amanda Aucoin | 10-2360 |
| 45. | K.T. by Amanda Aucoin | 10-2360 |
| 46. | Henry Davis | 10-2362 |
| 47. | K.E by Angela McNair | 10-2362 |
| 48. | Louis Evans | 10-2362 |
| 49. | Verlilian Evans | 10-2362 |
| 50. | Jeffrey Landrum | 10-2364 |
| 51. | J.C. by Jeffrey Landrum | 10-2364 |
| 52. | Dana Landrum | 10-2364 |
| 53. | A.L. by Dana Landrum | 10-2364 |

WHEREFORE PREMISES CONSIDERED, the Plaintiffs respectfully move this Court to

sever these Plaintiffs.

Respectfully submitted, this the __15TH__ day of October, 2010.


By: _____ *s / Rose  Hurder Carney* _____
_____ Rose Hurder Carney

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
Rose M. Hurder, Esq., MS Bar No. 103040
HAWKINS, STRACENER & GIBSON, PLLC.
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
rose@hsglawfirm.net

## CERTIFICATE OF SERVICE

_____ I hereby certify that on October 15, 2010 I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first class mail to all counsel of record who are

non-CM/ECF participants.

*s / Rose Hurder Carney*
ROSE HURDER CARNEY