

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES D. BURGE**         **PLAINTIFF**

versus        DOCKET NO: 1:09CW819 HSO-JMR

**CAVALIER HOME BUILDERS, LLC,**        **DEFENDANTS**
**CAVALIER HOMES, INC., FOREST RIVER, INC.,**
**THE UNITED STATES OF AMERICA through the**
**FEDERAL EMERGENCY MANAGEMENT**
**AGENCY, and JOHN DOE MANUFACTURERS 1-100**

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, James D. Burge, by and through counsel of record, and files this his Complaint against Defendants Cavalier Home Builders, LLC, Cavalier Homes, Inc., Forest River, Inc., the United States of America through the Federal Emergency Management Agency, and John Doe Manufacturers 1-100. In support thereof, Plaintiff respectfully represents as follows:

### I. PARTIES

1. The Plaintiff James D. Burge is an adult resident citizen of Pearl River County, Mississippi whose address is 38 Jolly Rogers Point, Carriere, MS, within the jurisdictional district of the United States District Court, Southern District of Mississippi, Southern Division. Plaintiff James Burge is hereinafter referred to as "Named Plaintiff".

2. Defendant Cavalier Home Builders, LLC ("Cavalier Home Builders") is upon information and belief, an entity incorporated in the state of Alabama, which conducts business

Exhibit "D"