## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

KEVIN AMMENTORP and
MADELEINE AMMENTORP
Individually and on Behalf of Their Minor Children
ECA, IRA and ELA

**PLAINTIFFS**

V.                                              DOCKET NO: 10-0338

GULF STREAM COACH, INC.,
BECHTEL NATIONAL, INC.
and JOHN DOE 1-50

**DEFENDANTS**

FILED

**COMPLAINT FOR DAMAGES**
(jury trial requested)

JUN 01 2010

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiffs, KEVIN AMMENTORP and MADELEINE AMMENTORP, along with their minor children, are resident citizens of Bay St. Louis, Hancock County, Mississippi.

2. GULF STREAM COACH, INC. (hereinafter Gulf Stream) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3. BECHTEL NATIONAL INC, (hereinafter "Bechtel"), a Nevada corporation with its principal place of business in California, licensed to do business in the State of Mississippi and in good standing, received a No-Bid contract from FEMA and was tasked with, among other things,



EXHIBIT "F"