IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

CATHERINE MAYES and
JAMES MAYES

**PLAINTIFFS**

V.

**FILED**
JUN 0 1 2010
VICKIE P. HARREL, CIRCUIT CLERK
By _____ D.C.

DOCKET NO: 2010-0513P

MADISON SERVICES, INC.
and John Does 1 and John Doe 2-50

**DEFENDANTS**

### COMPLAINT FOR DAMAGES
(jury trial requested)

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiffs Catherine Mayes and James Mayes are resident citizens of Lumberton, Mississippi.

2. Defendant Madison Services, Inc. is a Mississippi corporation with its principal offices located in Madison, Mississippi. Defendant Madison Services, Inc. was the maintenance company required to perform maintenance for the trailer in question.

3. John Doe 1 is, a Mississippi corporation with its principal place of business in Mississippi, licensed to do business in the State of Mississippi and in good standing, contracted directly or indirectly with FEMA and upon information and belief, was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and


EXHIBIT "G"