## IN THE CIRCUIT COURT OF PEARL RIVER COUNTY, MISSISSIPPI

SHEILA M SPIERS, Individually and on Behalf of Their Minor Children FBS, DMS, JMT and MCT

**PLAINTIFFS**

V.

DOCKET NO: 2010-0514H

MOTEX ENTERPRISES, INC, KEYSTONE INDUSTRIES, INC., SUNNYBROOK RV, INC., MADISON SERVICES, INC., BECHTEL NATIONAL, INC., and JOHN DOE 1-50

**DEFENDANTS**

*FILED JUN 0 1 2010 VICKIE P. HARVEL, CIRCUIT CLERK*

### COMPLAINT FOR DAMAGES
(jury trial requested)

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiff, SHEILA M SPIERS, along with her minor children, are resident citizens of Carrierre, Pearl River County, Mississippi.

2. Defendant MOTEX ENTERPRISES, (hereinafter MOTEX) a Mississippi licensed to do business in Mississippi. Defendant MOTEX was the maintenance company required to perform maintenance for the trailer in question.

3. SUNNYBROOK RV, Inc. (hereinafter Sunnybrook) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi,



EXHIBIT "I"