IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

TINA COOK
Individually and on Behalf of Her Minor Children
CCJ and CC                                                                     PLAINTIFFS

V.                                                                             DOCKET NO: _____

FOREST RIVER, INC.,
BECHTEL NATIONAL, INC.,
B&B ENTERPRISES, SIMS
CONSTRUCTION and JOHN DOE 1-50                                                 DEFENDANTS

FILED
JUN 0 1 2010
JOE W. MARTIN, JR., CLERK
By _____ D.C.

## COMPLAINT FOR DAMAGES
(jury trial requested)

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Plaintiffs"), who are all named in the annexed listing of the Plaintiffs, respectfully represents through undersigned counsel that:

### I. PARTIES

1. Plaintiff, TINA COOK and her minor children, are resident citizens of Jackson County, Mississippi.

2. FOREST RIVER, INC. (hereinafter Forest River) is upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3. BECHTEL NATIONAL INC, (hereinafter "Bechtel"), a Nevada corporation with its principal place of business in California, licensed to do business in the State of Mississippi and in good standing, received a No-Bid contract from FEMA and was tasked with, among other things,


EXHIBIT "J"