## NAMED PLAINTIFFS
## BRIAN CARPENTER, ET AL v. DOUG BOYD ENTERPRISES, LLC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Carpenter | Brian | | | 127 Washington Street Bay St. Louis, MS 39520 | Hancock | Gulf Stream /Bechtel Dutchmen / CH2M Hill Superior Homes / Bechtel |
| 2 | Carpenter | Hollie | A | | 127 Washington Street Bay St. Louis, MS 39520 | Hancock | Gulf Stream /Bechtel Dutchmen / CH2M Hill Superior Homes / Bechtel |
| 3. | C. | J. | T. | Hollie Carpenter (Mother) | 127 Washington Street Bay St. Louis, MS 39520 | Hancock | Gulf Stream /Bechtel Dutchmen / CH2M Hill Superior Homes / Bechtel |
| 4. | C. | J. | D. | Hollie Carpenter (Mother) | 127 Washington Street Bay St. Louis, MS 39520 | Hancock | Gulf Stream /Bechtel Dutchmen / CH2M Hill Superior Homes / Bechtel |
| 5. | H. | J. | C. | Hollie Carpenter (Mother) | 127 Washington Street Bay St. Louis, MS 39520 | Hancock | Gulf Stream /Bechtel Dutchmen / CH2M Hill Superior Homes / Bechtel |



EXHIBIT "M"