## NAMED PLAINTIFFS
## KEVIN AMMENTORP, ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Ammentorp | Kevin | | | 811 Third St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 2 | A | E | C | Madeleine Ammentorp (Mother) | 811 Third St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 3. | A | I | R | Madeleine Ammentorp (Mother) | 811 Third St. Bay St. Louis, MS 39520 | Hancock | Bechtel |
| 4. | L | E | L | Madeleine Ammentorp (Mother) | 811 Third St. Bay St. Louis, MS 39520 | Hancock | Bechtel |



EXHIBIT "N"