## NAMED PLAINTIFFS
## CATHERINE A MAYES, ET AL v. MADISON SERVICES, INC, ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1 | Mayes | Catherine | A | | 135 Flagstaff St Lumberton, MS 39455 | Lamar | Madison |
| 2 | Mayes | James | W | | 135 Flagstaff St Lumberton, MS 39455 | Lamar | Madison |



EXHIBIT "O"