## NAMED PLAINTIFFS
## MELISSA SOMMERVILLE, ET AL v. GULF STREAM COACH, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|----|-----------|------------|---|----------------|----------------|--------|------------|
| 1  | R.        | C.         |   | Melissa Sommerville (Mother) | 5800 Martin Bluff Road, Lot 89 Gautier, MS 39553 | Jackson | CH2M Hill |



EXHIBIT "P"