## NAMED PLAINTIFFS
## SHEILA M. SPIERS, ET AL v. MOTEX ENTERPRISES, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Spiers | Sheila | M | | 50 Justin Road Carriere, MS 39426 | Pearl River | Keystone /Bechtel Sunnybrook / Bechtel |
| 2 | S. | F. | B. | Sheila M. Spiers (Mother) | 50 Justin Road Carriere, MS 39426 | Pearl River | Keystone /Bechtel Sunnybrook / Bechtel |
| 3. | S. | D. | M | Sheila M. Spiers (Mother) | 50 Justin Road Carriere, MS 39426 | Pearl River | Keystone /Bechtel Sunnybrook / Bechtel |
| 4. | T. | J. | M | Sheila M. Spiers (Mother) | 50 Justin Road Carriere, MS 39426 | Pearl River | Keystone /Bechtel Sunnybrook / Bechtel |
| 5. | T. | M. | C. | Sheila M. Spiers (Mother) | 50 Justin Road Carriere, MS 39426 | Pearl River | Keystone /Bechtel Sunnybrook / Bechtel |



EXHIBIT "Q"