## NAMED PLAINTIFFS
## TINA COOK, ET AL v. FOREST RIVER, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Cook | Tina | | | 1708 Sunset St. Pascagoula, MS 39581 | Jackson | Bechtel |
| 2 | C. | C. | J. | Tina Cook (Mother) | 1708 Sunset St. Pascagoula, MS 39581 | Jackson | Bechtel |
| 3. | C. | C. | | Tina Cook (Mother) | 1708 Sunset St. Pascagoula, MS 39581 | Jackson | Bechtel |


EXHIBIT "R"