# NAMED PLAINTIFFS
## MARY CRAWFORD, ET AL v. FOREST RIVER, INC., ET AL

| No | Last Name | First Name | M | Representative | Address of THU | County | Contractor |
|---|---|---|---|---|---|---|---|
| 1 | Crawford | Mary | | | 5306 Trailwood Drive Pascagoula, MS 39581 | Jackson | Bechtel |
| 2 | Crawford, Sr. | Keith | | | 5306 Trailwood Drive Pascagoula, MS 39581 | Jackson | Bechtel |
| 3. | C., Jr. | K. | | Mary Crawford (Mother) | 5306 Trailwood Drive Pascagoula, MS 39581 | Jackson | Bechtel |
| 4. | C. | E. | | Mary Crawford (Mother) | 5306 Trailwood Drive Pascagoula, MS 39581 | Jackson | Bechtel |

EXHIBIT "S"