UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Ball v. Frontier RV, Inc. (09-3745)* | * | MAGISTRATE CHASEZ |
| *Bartel v. Gulf Stream Coach, Inc.(09-3943)* | * | |
| *Bartel v. U.S.A. through FEMA (09-6722)* | * | |
| *Kujawa v. U.S.A through FEMA (09-6721)* | * | |
| *James v. FRH, Inc. (09-3604)* | * | |
| *Barnes v. Dutchmen Manuf., Inc. (09-3764)* | * | |
| *Prince v. Liberty Ins. Corp. (09-3922)* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MANUFACTURING AND CONTRACTOR DEFENDANTS' JOINT MOTIONS
TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS
CONCERNING DEADLINES FOR MATCHING AND FILING**

# EXHIBIT E

Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses
Sent to FEMA on March 16, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | DOB | SSN | FEMA ID # | THU Address: | City | State | Zip | Attorney | Manufacturer | Model | VIN Number | Installer | Manufacturer | Model | VIN Number | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander, Mary Jan | Alexander | Mary | Jane | 7/24/1949 | 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 | 9311099759 | 7811 Good Drive New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2061047144 | Fluor | | | | |
| Aperwhite, Patricia | Aperwhite | Don | Anthony | 5/20/1960 | 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 | 9211323388 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Jonathan | Thomas | 7/18/1997 | 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 | 9211323388 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Luke | R. | 10/13/1987 | 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 | 9211323388 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Nicholas | Anthony | 11/20/1994 | 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 | 9211323388 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Augustine, Jack | Augustine | Lorelei | Maria | 11/19/1978 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0R5282761001019 | Fluor | | | | |
| Augustine, Jack | Augustine | Savanna | Jade | 10/3/1997 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0R5282761001019 | Fluor | | | | |
| Augustine, Jack | Augustine, Jr | Jack | Joseph | 4/20/1975 | 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 | 9407580044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0R5282761001019 | Fluor | | | | |
| Barnes, Harvey | Barnes | Gail | B. | 11/6/1948 | 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 | 9391609903 | 3625 N. Claiborne Ave. New Orleans, LA 70117/ 3625 N. Claiborne Ave. New Orleans | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Recreation by Design | TT - Regular | 1NL1GTR2961084113 | Shaw | Thor | TT - Regular | 47C7O2N286 MA25134 | Davis Pro |
| Bass, Lola | Bass | Lola | M. | 7/28/1939 | 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 | 9212011152 | 4742 Perelli Dr. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 5C2200R2361125187 | Fluor | | | | |
| Bell, Minor L | Bell | Minor | L | 9/26/1942 | 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 | 9211141482 | 2745 Metropolitan St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761033564 | Fluor | | | | |
| Bell, Raymond Jr | Bell, Jr. | Raymond | Jr | 1/31/1957 | 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 | 9396083050 | 105 Lockeed Dr. Kenner, LA 70062 | Kenner | LA | 70062 | Becnel Law Firm, LLC et al. | Keystone | TT - Regular | 4YDT291266C127108 | Shaw | | | | |
| Vaughn, Michael G | Bowser | Michael | | 8/31/1993 | 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 | 9212564827 | 1629 Simon Blvd. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61047037 | Shaw | Lake Side | TT - Regular | LSPH7012948 086A06 | Shaw |
| Brown, Elaine | Brown | Elaine | | 6/28/1950 | 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 | 9212388037 | 311 West Pine Street Amite, LA 70422 | Amite | LA | 70422 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2861048077 | Fluor | | | | |
| Brown, Gregory | Brown | Gregory | Rudolph | 11/6/1953 | 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 | 9120026464 | 2520 Wall Blvd. Algiers, LA 70114 | Algiers | LA | 70114 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332063020579 | CH2MHILL | | | | |
| Bryant, Earle Vincent III | Bryant, III | Earle | Vincent | 9/26/1974 | 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 | 9397564007 | 1924 Pelopidas St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5J4tf332163015178 | CH2MHILL | | | | |
| Buras, Calvin J | Buras | Calvin | P. | 12/23/1925 | 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 | 9375618305 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SY883536P000775 | CH2MHILL | | | | |
| Buran, Calvin J | Buras | Calvin | J. | 9/20/1964 | 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 | 9320680065 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SY883536P000775 | CH2MHILL | | | | |
| Buras, Calvin J | Buras | Jane | R | 8/19/1938 | 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 | 9375618305 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SY883536P000775 | CH2MHILL | | | | |
| Carson, Vedora L | Carson | Vedora | Lee | 8/2/1949 | 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 | 9119262530 | 4 Gary Court,        New Orleans, LA 70121 | New Orleans | LA | 70121 | Becnel Law Firm, LLC et al. | | TT - Regular | IEB1F322262491881 | Shaw | | | | |
| Carter, Ruth Rogers | Carter | Ruth | Rogers | 12/29/1929 | 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 | 9119749000 | 3819 Louisiana Avenue Pkwy., New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1nl1gtr2261017269 | Shaw | | | | |
| Chapman, John Sr | Chapman | Bertha | | 5/13/1954 | 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 | 9118819947 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | 5C1TR32206P008740 | Fluor | | | | |
| Chapman, John Jr | Chapman, Jr. | John | L | 9/3/1985 | 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 | 9315618797 | 190 Cash Point, Lot 63, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Forest River | TT - Regular | 4X4TCKF266P098499 | Fluor | | | | |
| Charles, Easton | Charles | Gail | Esteen | 7/16/1957 | 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 | 9397151210 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Charles, Easton | Charles | Easton | Eli | 6/16/1957 | 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 | 9397151210 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Coleman, Curtis, Sr | Coleman | Keith | | 8/4/1962 | 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 | 9384682967 | 1703 Garden Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322061506428 | CH2MHILL | Forest River | MH - 3BR - Regular | 4X4TSMC296 R394642 | CH2MH ILL |
| Coleman, Curtis, Sr | Coleman, Sr. | Curtis | | 3/12/1931 | 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 | 9384682967 | 639 Flood Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322061506428 | CH2MHILL | Forest River | MH - 3BR - Regular | 4X4TSMC296 R394642 | CH2MH ILL |
| Craft, Jeannette | Craft | Dorell | Keith | 4/24/1997 | 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 | 9211700320 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 1HP6552 | Unkow n |
| Craft, Jeannette | Craft | Jeannette | | 10/8/1965 | 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 | 9211700320 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 1HP6552 | Unkow n |
| Darjean | Darjean | Clara | | 7/11/1941 | 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 | 9199098287 | 3749 Virgil Blvd New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2461046398 | Fluor | | | | |
| Davis | Davis | Keiara | Shenika | 9/5/1984 | 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 | 9311441388 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |
| Davis | Davis | Sylvia | | 11/22/1954 | 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 | 9311441388 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |

FEMA10-001642

**EXHIBIT**
E - 1

# TRAILER VIN KEY

| Manufacturer | 1st part of 'ALSO |
|---|---|
| Franklin Coach | 10F |
| Hy-Line | 19L |
| Allen | 1A9 |
| Allen | 1b9 |
| Allen | 1c9 |
| Fleetwood | 1cn |
| Fleetwood | 1EA |
| Fleetwood | 1EB |
| Fleetwood | 1EC |
| Fleetwood | 1ED |
| Fleetwood | 1EE |
| Fleetwood | 1EF |
| Fleetwood | 1ek |
| Fleetwood | 1el |
| Frontier | 1F9B |
| Fleetwood | 1fb |
| Allen | 1hp |
| Allen | 1k1 |
| Monaco | 1KB |
| Sunline | 1LC |
| Allen | 1ml |
| Gulf stream | 1NL |
| Vanguard | 1pA |
| Allen | 1pt |
| Sun Valley | 1S4 |
| Starcraft | 1SA |
| Skyline | 1SE |
| Skyline | 1SH |
| Skyline | 1SL |
| Skyline | 1SN |
| Skyline | 1SY |
| Theurer Inc. | 1TA |
| Coachmen | 1TC |
| Timpte, Inc | 1TD |
| Viking | 1TV |
| Jayco | 1UJ |
| Western Recreational | 1W5 |
| Fleetwood | 2EA |
| Fleetwood | 2EB |
| Fleetwood | 2EF |
| Dutchmen | 47C |
| Skyline | 4BV |
| Fleetwood | 4CF |

EXHIBIT E - 2

| Manufacturer | Code |
|---|---|
| Citair | 4ch |
| Fleetwood | 4CJ |
| Fleetwood | 4ck |
| Fleetwood | 4CL |
| Fleetwood | 4cm |
| Fleetwood | 4ct |
| Fleetwood | 4Dt |
| Fleetwood | 4DY |
| KZ | 4EZ |
| Double P Fabricators | 4FZ |
| Monoco | 4k0 |
| National RV Inc | 4kz |
| Northwood | 4n1 |
| Triton | 4tc |
| D & D Trailer Co | 4TD |
| Tri-Tech Services | 4TT |
| Sunnybrook | 4UB |
| Crossroads | 4v0 |
| R-Vision | 4WY |
| Forest River | 4X4 |
| Skwatter Trailer Comp | 4xd |
| Forest River | 4XT |
| **Thor Industries** | **4XT** |
| Keystone | 4YD |
| B Foster & Co | 4YT |
| Timberland | 5C1 |
| Adventure | 5C1T |
| Fleetwood | 5ca |
| Recreation by Design | 5CH |
| TL Industries | 5CH |
| Recreation by Design | 5CZ |
| Damon Corp | 5DJ |
| Frontier | 5kD |
| Sunray | 5L0 |
| Pilgrim | 5L4 |
| Pilgrim | 5L4TF |
| Sunray | 5LO |
| Ameri-camp | 5M6 |
| Coachmen | 5P6 |
| Cruiser RV | 5RX |
| Heartland | 5SF |
| Superior | 5sy |
| Oak Creek | 5ta |
| Frontier | 5vl |
| Fleetwood | gafl |
| Fleetowood | ncfl |

EXHIBIT
E - 3

| | |
|---|---|
| Fleetwood | pafl |
| Fleetwood | TNFL |
| Fleetwood | txfl |
| Fleetwood | vafl |
| Cavalier | 1C9/CHM |
| Patriot | 1P9/PH2 |

http://www.nhtsa.dot.gov/cars/rules/manufacture/

**EXHIBIT E - 4**