UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                          SECTION "N-5"

                                                                      JUDGE ENGELHARDT
                                                                      MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO:**
*Joyce T. Ashley, et al v Allen Camper Manufacturing Company, Inc., et al Case No. 10-cv-2102*

*James D. Burge, et al v CavalierHome Builders, LLC, et al Case No. 10-1041*

*Kevin Ammentorp, et al v Gulf Stream Coach, Inc., et al., Case No. 10-4120*

*Brian Carpenter, et al v Doug Boyd Enterprises, LLC, et al., Case No. 10-4118*

*Catherine Mayes, et al v Madison Services, Inc., et al., Case No. 10-4128*

*Melissa Sommerville, et al v Gulf Stream Coach, Inc., et al., Case No. 10-4119*

*Sheila M. Spiers, et al v Motex Enterprises, Inc., et al., Case No. 10-4125*

*Tina Cook, et al v Forest River, Inc., et al., Case No. 10-4126*

*Mary Crawford, et al v Forest River, Inc., et al., Case No. 10-4127*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Certain Mississippi Plaintiffs, and through counsel respectfully represent that considering the complexity of the "matching" process and the individualized circumstances involved in that process, that oral argument will assist the

Court's resolution of the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor (IA/TAC) defendants (Rec. Doc. No. 19054) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs request oral argument on the motions which have been set for hearing on January 12, 2011 at 9:00 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

Respectfully submitted, this the __4th__ day of January, 2011.


By: ___*s / Edward Gibson*_____
            EDWARD GIBSON

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2011 I caused to be filed the Foregoing Certain Mississippi Plaintiffs Response to Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing with the Clerk of Court via the Electronic Court Filing system which will forward a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that there are no known non-CM/ECF participants.

                                            *s/ Edward Gibson* <sub>eg</sub>
                                            EDWARD GIBSON, ESQ.