UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | *  MDL No. 1873<br>*<br>*  SECTION N(5)<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br>*Tracy Martin v. Giles Industries, Inc.;*<br>*SunRay RV, LLC et al., Case No. 09-5687* | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN OPPOSITION TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

**NOW INTO COURT** through undersigned counsel comes Plaintiff, Tracy Martin, who responds to the Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons for Matching and Filing both (1) Because Plaintiff was properly and timely included on a "matched" Complaint and (2) Because the Plaintiff was timely and properly severed from the original "mop-up" Complaint.

**I. BACKGROUND**

On June 15, 2009, Plaintiff, Tracy Martin, was filed in a Complaint designated under Civil Action No. 09-4080. Said Complaint was a "mop-up" Complaint which named multiple defendants and did not "match" specific Plaintiff(s) to a claim against a specific defendant(s).

On August 14, 2010, Plaintiff in compliance with PTO 40 was subsequently filed in a First Amended Complaint for Damages designated under Civil Action No. 09-5687. Said Amended Complaint properly and timely moved the Plaintiff to an action which specifically named Giles Industries, Inc.; Sunray RV, LLC; Giles Family Holdings; and

CH2M Constructors as defendants. From information obtained prior to the "matched" filing, it was discovered that Plaintiff resided in a travel trailer containing VIN Number 5L0RS28296T001023. This VIN denotes a trailer manufactured by SunRay RV, LLC.

On or about October 26, 2009, Undersigned counsel timely and properly filed a Motion to Sever, Plaintiff, Tracy Martin, from the "mop-up" Complaint, designated under Civil Action No. 09-4080 . The Order for the Motion to Sever was subsequently signed by Your Honor.

## II. ARGUMENT

The Plaintiff has properly and timely complied with the Court's Pretrial Orders and matched the Plaintiff, Tracy Martin, with the correct manufacturer of her trailer, SunRay RV, LLC. Moreover, the Plaintiff has properly and timely filed a Motion to Sever her original claim from the original Civil Action No,: 09-4080. Lastly, it should be noted that Defense Liaison Counsel has included in <u>its Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons for Matching and Filing</u> that it would like to dismiss Civil Action No. 09-4080 (The "mop-up" action in which Plaintiff was removed from). Plaintiff has no opposition to dismissing this action.

Counsel assumes that Civil Action No.: 09-5687 was included in Defense Liaison Counsel's Exhibit List by accident and respectfully request that this Honorable Court deny the dismissal request in regard to Plaintiff, Tracy Martin, in regards to Civil Action No.: 09-5687 for the above stated reasons.

**WHEREFORE**, Plaintiff, Tracy Martin's, request that the Court deny the Motion to dismiss all Claims of Civil Action No.09-5687.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

     I hereby certify that on January 4, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

           /s/  *Lawrence J. Centola, Jr.*
              Lawrence J. Centola, Jr.