UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION N-5 |
| | * | |
| THIS DOCUMENT PERTAINS TO | * | |
| *Paul Fountain, et al v. FEMA, et al,* | * | JUDGE ENGALHARDT |
| *No. 09-CV-00466/09-CV-03622 and* | * | |
| *Paul Fountain, et al v. FEMA, et al, No.* | * | |
| *10-CV-01248* | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OPPOSITION TO CONSOLIDATED MOTION BY CONTRACTING DEFENDANTS
TO DISMISS FOR FAILURE TO COMPLY WITH PTO 68 (ECF DOC. 19054)

Presently pending before the Court is a motion to dismiss the claims in the matter of Paul Fountain, et al v. FEMA, et al, No. 09-CV-03622 filed by the contracting defendants (ECF Doc. 19054). This motion is based on an alleged failure to comply with PTO 68. However, as is demonstrated below, counsel has complied with PTO 68 in this matter and the matter should not be dismissed. The original petition was filed in this matter on behalf of the Fountains in the Western District and given docket number 2:09-cv-00466. (Exhibit 1) At some point, the number changed to 2:09-CV-03622, the matter at issue in the motion to dismiss. Following that change in numbers, counsel for the Fountains filed a supplemental and amending complaint and only named FEMA, one manufacturer (Forest River) and one contractor (Fluor). (Exhibit 2) Counsel for the plaintiffs also filed a motion and order of dismissal, dismissing all parties except FEMA, Forest River, and Fluor. (Exhibit 3) Subsequent amendments did not change this but only added American Catastrophe Services (the procurer). As such, the only claims pending are against FEMA, Forest River (manufacturer), Fluor (contractor) and American Catastrophe (procurer). Based on these pleadings, the plaintiffs' were in compliance with requirement that only one contracting defendant

be named. However, even though the plaintiffs' pleadings only named one contracting defendant, counsel submitted a notice as required by PTO 68. (Exhibit 4) In reviewing that notice, it does appear that it refers to docket number as 2:09-cv-00466, the original number, rather than No. 2:09-cv-03622, thereby possibly contributing to the confusion over whether there was compliance with PTO 68. But this does not change the fact that we only had one contracting defendant was named and that counsel complied with PTO 68.[1]

A similar motion had been filed by the manufacturing defendants. However, after this information was provided to those defendants, the motion was withdrawn relative to the Fountain matter, No. 2:09-cv-03622.[2] The same information was provided to the contracting defendants as the manufacturing defendants. Counsel anticipates that the contracting defendants will also withdraw their motion. However, since no response has been forthcoming from the contracting defendants, this opposition is being filed in an abundance of caution.

Wherefore, the plaintiffs oppose the contracting defendants' motion to dismiss the Foutain matter, No. 2:09-cv-03622.

Respectfully Submitted:

SIMIEN & SIMIEN, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 932-9221; (225) 932-9286 (fax)

 /s/ Eulis Simien, Jr.
**Eulis Simien, Jr.** (Bar #12077)

---

[1] A second docket number is referenced in the PTO 68 notice, No. 10-cv-01248. That is a separate suit, filed against FEMA only (Exhibit 5) once we got an administrative denial of the claims. Since it appears that the Court will not allow an amendment to correct an early filing against FEMA (before the administrative denial), we filed a separate suit against FEMA.

[2] See email exchange, attached as Exhibit 6.

## **CERTIFICATE**

I hereby certify that I presented the above for filing and uploading to the CM/ECF system which will provide notice.

Done on this 4th day of January, 2011, at Baton Rouge, Louisiana.

          */s/ Eulis Simien, Jr.*
            Eulis Simien, Jr.