| | |
|---|---|
| **JESSICA SCOTT** | **SUIT NO. 594367 SEC 25** |
| versus | **19TH JUDICIAL DISTRICT COURT** |
| **KEMPER CASUALTY INSURANCE COMPANY AND MARY JUBAN** | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

FILED: _____  _____

DEPUTY CLERK

## MOTION AND ORDER OF DISMISSAL

On motion of plaintiff, JESSICA SCOTT, and on suggesting to the Court that this entire matter has been compromised and settled and plaintiff wishes to dismiss the captioned matter, with prejudice, at defendants' costs;

**IT IS ORDERED BY THE COURT** that the suit of plaintiff, JESSICA SCOTT, in the captioned matter, be, and the same is hereby, DISMISSED WITH PREJUDICE, at defendants' costs.

Done this _____ day of December, 2010 at Baton Rouge, Louisiana.

_____
JUDGE WILSON FIELDS
19TH JUDICIAL DISTRICT COURT

Respectfully submitted:

SIMIEN & SIMIEN, L.L.C.

_____
Eulis Simien, Jr., #12077
Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221; (225) 932-9286 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been served by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed to all counsel of record.

Done this \_\_\_\_ of November, 2010, at Baton Rouge, Louisiana.

_____
Eulis Simien, Jr.