# Eulis Simien

| | |
|---|---|
| **From:** | Eulis Simien |
| **Sent:** | Friday, October 29, 2010 12:34 PM |
| **To:** | 'Andrew D. Weinstock (andreww@duplass.com)'; 'Ralph S. Hubbard, III (rhubbard@lawla.com)'; 'David Kurtz (dkurtz@bakerdonelson.com)'; 'Henry T. Miller (henry.miller@usdoj.gov)'; 'Charles E. Leche (cleche@dkslaw.com)'; 'jwoods@gainsben.com'; 'gmeunier@gainsben.com' |
| **Cc:** | 'Denise Martin' |
| **Subject:** | PTO 68 Spreadsheet |
| **Attachments:** | PTO 68 Spreadsheet.xls |
| **Categories:** | E-Mails |

Per the Court's PTO 68, attached please find a speadsheet in regards to my clients. In light of the fact that all but one of the manufacturers we originally sued were dismissed, leaving only the actual manufacturer of the unit, and we only named one contractor and one procurer defendant (which were the actual contractor and procurer), it does not appear that my clients would have fallen in the category of unmatched plaintiffs. However, this spreadsheet is being sent out of an abundance of caution. Should you need any additional information or have any comments, please contact me immediately.

Eulis Simien, Jr.
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
(225) 932-9221
(225) 93209286 (fax)

1

| Claimant | First Name | FEMA ID # | Manufacturer | Contractor | FEMA Sued | Style | Cause # | Location |
|---|---|---|---|---|---|---|---|---|
| Paul Fountain as surviving child of Mary Etta Fountaine | Paul | 921432567 | Forest River, Inc | Fluor Enterprises, Inc. (installer) and North American Catastrophe Services, Inc.(procurer) | Yes | Paul Fountain, et al v. FEMA et al. | 09-cv-00466 and 10-cv-01248 | WD LA |
| Charles Ray Fountain as surviving child of Mary Etta Fountain | Charles | 921432567 | Forest River, Inc | Fluor Enterprises, Inc. (installer) and North American Catastrophe Services, Inc.(procurer) | Yes | Paul Fountain, et al v. FEMA et al. | 09-cv-00466 and 10-cv-01248 | WD LA |
| Jessica Landry as surviving child of Mary Etta Fountaine | Jessica | 921432567 | Forest River, Inc | Fluor Enterprises, Inc. (installer) and North American Catastrophe Services, Inc.(procurer) | Yes | Paul Fountain, et al v. FEMA et al. | 09-cv-00466 and 10-cv-01248 | WD LA |
| Joan Captain as surviving child of Mary Etta Fountaine | Joan | 921432567 | Forest River, Inc | Fluor Enterprises, Inc. (installer) and North American Catastrophe Services, Inc.(procurer) | Yes | Paul Fountain, et al v. FEMA et al. | 09-cv-00466 and 10-cv-01248 | WD LA |