# Eulis Simien

| | |
|---|---|
| **From:** | Eulis Simien |
| **Sent:** | Sunday, December 26, 2010 4:33 PM |
| **To:** | 'Justin Woods' |
| **Cc:** | Denise Martin; Palmer Lambert; Heather McCourtney |
| **Subject:** | RE: FEMA LITIGATION |
| | |
| **Categories:** | E-Mails |
| **CaseId:** | 300260 |
| **CategoryID:** | 0 |
| **MailID:** | 10651147 |
| **oCaseId:** | 300260 |
| **OrgEntryID:** | 00000000E5898DE7DBCD8A4383747EE741422435070076B9B2D262C07541839C6D3D31414A040027E7C30010000076B9B2D262C07541839C6D3D31414A04002823D92C1C0000 |

Thanks. It does not appear that I need to do anything. Please let me know if this is not correct.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, December 22, 2010 5:24 PM
**To:** Eulis Simien
**Cc:** Denise Martin; Palmer Lambert; Heather McCourtney
**Subject:** FW: FEMA LITIGATION

Eulis,

Please see the response below regarding your complaint.

Justin.

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Wednesday, December 22, 2010 9:45 AM
**To:** 'Carson Strickland'; Ernie Gieger; Justin Woods
**Cc:** rsherburne@midrid.com; cpenot@midrid.com
**Subject:** RE: FEMA LITIGATION

FYI

---

**From:** Carson Strickland [mailto:cstrickland@glllaw.com]
**Sent:** Wednesday, December 22, 2010 9:43 AM
**To:** ANDREW WEINSTOCK; Ernie Gieger
**Cc:** rsherburne@midrid.com; cpenot@midrid.com
**Subject:** RE: FEMA LITIGATION

Andy,
After reviewing the pleadings, we can agree to remove the Fountain complaint (09-3622) from the master Motion to Dismiss list. Plaintiff dismissed his claims against all other manufacturers and currently names only Forest River, Fluor, and North American Catastrophe Services. I suspect that, when compiling this list, there may have been some confusion over the status of North American Catastrophe Services (which is not a manufacturer but instead a procurer like Morgan Spas). In any event, let me know what we need to do on our end to remove this case from the list.

1

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Tuesday, December 21, 2010 9:53 AM
**To:** Ernie Gieger; Carson Strickland
**Subject:** FW: FEMA LITIGATION

Your call.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, December 20, 2010 5:30 PM
**To:** ANDREW WEINSTOCK
**Subject:** FEMA LITIGATION

Andy,

I am forwarding an email from an individual attorney (with permission) regarding a particular dismissal. Please review and forward accordingly. It involves claims against Forest River and Flour. Is it possible to withdraw this particular matter from the dismissal motion?

Justin.

---

**From:** Eulis Simien [mailto:EulisSimien@simien.com]
**Sent:** Friday, December 17, 2010 2:37 PM
**To:** Justin Woods; Denise Martin
**Subject:** RE: FEMA LITIGATION - URGENT ATTENTION REQUIRED!!!

I have reviewed the motion to dismiss. I think there is some confusion in regards to Fountain v. USA, et al, 2:09-cv-03622 that is on the list. I have complied with the orders. If you will look at the original petition filed on behalf of the Fountain's, it was filed in the Western District and given docket number 2:09-cv-00466. (Attachment 1) At some point, the number changed to 2:09-cv-03622. Following that change, we filed a supplemental and amending complaint and only named the identified FEMA, one manufacturer (Forest River) and one contractor (Fluor). (Attachment 1) We also filed a motion and order of dismissal, dismissing all parties except FEMA, Forest River, and Fluor. Subsequent amendments did not change this but only added American Catastrophe Services (the procurer). As such, the only claims pending were against FEMA, Forest River (manufacturer), Fluor (contractor) and American Catastrophe (procurer). As such, the pleading were in accordance with the orders of the court. However, even though we only had on manufacturer named, I did file a notice as required by PTO 68. In reviewing that notice, I do note that it refers to the docket number as 2:09-cv-00466, the original number, rather than 2:09-cv-03622, thereby possibly contributing to the confusion. (Attachment 4) But this does not change the fact that we only had one manufacturer named and then complied with PTO with the understandable error in the number.

You will also note a second docket number referenced in the PTO 69 notice. That is a separate suit, I filed against FEMA only (Attachment 5) once we got an administrative denial of the claims. Since it appears that the Court will not allow an amendment to correct an early filing against FEMA (before the administrative denial), we filed a separate suit against FEMA.

Please let me know if there is anything I need to do to oppose this motion to dismiss.

Thanks.

Eulis