UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | | MAG. JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Certain Plaintiffs, namely Plaintiffs Steering Committee ("PSC") and Gainsburgh Benjamin clients, who respectfully represent that considering the complexity of the "matching" process and the individualized circumstances involved in that process, that oral argument will assist the Court's resolution of the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor (IA/TAC) defendants (Rec. Doc. No. 19054) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs request oral argument on the motions which have been set for hearing on January 12, 2011 at 9:00 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:       504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713