# EXHIBIT A

| | |
|---|---|
| **2:2009-cv-06873** | **Bruno v. Gulf Stream Coach, Inc.** |
| Pernell | Gaines |
| Arianna | Gaspard |
| Joseph | Gaspard |
| Elijah | Lewis |
| Heather | Gaspard |
| Cleveland | Gaspard |
| | |
| **2:2009-cv-05348** | **Franklin et al v. Gulf Stream Coach, Inc. et al** |
| Alana | Franklin |
| Lance | Jackson |
| Eugene | Jackson Jr. |
| James | Griffin |
| Geneva | Hawthorne |
| Rashad | Hawthorne |
| Alaycia | Judie |
| Lessie | Heisser |
| Reginald | Mitchell |
| Gia | Sands |
| Zandra | Stewart |
| Dorsey | Jordan |
| Jeloni | Taylor |
| Calvin | Thomas |
| Ursula | Thomas |
| Joey | Folse |
| Taylor | Folse |
| Tyre | Folse |
| Deonte | White |
| Iyana | White |
| Roy | Ferrand III |
| Keisha | Wright |
| Tamekia | Wynn |
| | |
| **2:2010-cv-00433** | **Ambo v. Gulf Stream Coach, Inc.** |
| Joshua | Domino |
| Cynthia | Domino |
| Sherman | Domino |
| Angel | Hartford |
| Derek | Williams III |

| 3:2009-cv-00570 | **Adams et al v. Gulf Stream Coach, Inc. et al** |
|---|---|
| Barbara | Cates |
| Heather | Nance |
| Spencer | Richardson |

| 2:2009-cv-05353 | **Allen et al v. Gulf Stream Coach, Inc. et al** |
|---|---|
| Andre | Addison |
| Willete | Addison |
| Harolnique | McDonald |
| Jade | Bennett |
| Townsend | Bennett |
| Wanda | Bennett-Smith |
| Dennis | Blossom |
| Laura | Holloway |
| Thomas | Jackson Jr. |
| Tarrell | Rainey |
| James | Riley III |
| James | Riley Jr. |

| 2:2009-cv-05352 | **Anderson et al v. Gulf Stream Coach, Inc. et al** |
|---|---|
| Chantell | Butler |
| Jayaka | Bychurch |
| Melissa | Bychurch |
| Paris | Cargo |
| Vanshannon | Cargo |
| Gay | CasSr.eino |
| Brittany | Crain |
| Kim | Crain |
| Keisa | Franklin |
| Nyla | Rodney |
| Esna | Gonzalez |
| Wesly | Goodman III |
| Sabrina | Harris |
| Wanda | Jackson |
| Jordan | Johnson |
| Raeshawn | Johnson |
| Deshawn | Johnson |
| Ronald | Johnson |
| Deleeshus | Lopez |
| Gwendolyn | McNeil |
| Michael | Nichols |
| Latisha | Pinkins |
| Jalen | Turner |

| | |
|---|---|
| Kelvin | Randall |
| Ja'Maia | Smith |
| Shantell | Smith |
| James | Thompson IV |
| Allison | Young |

**2:2009-cv-08011**  **Bowens v. Gulf Stream Coach, Inc. et al**

| | |
|---|---|
| Aniese | Burkhalter |
| Paula | Burkhalter |
| Paul | Burkhalter Jr. |
| Calvin | Burnell |
| Ethan | Caballeros |
| David | Dalton |
| Diamond | Davis |
| Wade | Gaines |
| Maria | Giles |
| Connie | Jacobs |
| Dorsey | Jordan |
| Patrick | LeBranch |
| Sheleta | LeBranch |
| Wendy Ann | Long |
| Automn | McWeen |
| Patrick | Riley IV |
| Tenisha | Sanchez |
| Wanda | Smith |
| Demetria | Taylor |
| Clarence | Williams |
| Clarence | Williams |
| Amari | Williams |
| Winton | Wilson |

**2:2009-cv-05354**  **Ambrose et al v. Gulf Stream Coach, Inc. et al**

| | |
|---|---|
| Aleaecia | Anderson |
| Jailen | Anderson |
| Odjsherrell | Anderson |
| ReShawn | Anderson |
| Marquis | Wilson |
| Lucille | Brown |
| Raymond | Brown |
| Debraine | Jackson |
| Anthony | Frenandez |
| Jarrell | Frenandez |
| Glennard | Garrett |

| | |
|---|---|
| Otis | Gary |
| Andrea | Grant |
| Precious | Grant |
| Curtis | Moselt Jr. |
| David | Richard Jr. |
| Whitney | Griffin |
| Angela | Guidroz |
| Willie | Joseph |
| Earnestine | Lenoir |
| Tracey | Thornton |

| | |
|---|---|
| **2:2009-cv-06874** | **Patterson v. Gulf Stream Coach, Inc.** |
| Sarah | Bates |
| Kevin | Adams |
| Tony | Adams |
| Wanda | Brooks |
| Najah | Sampson |
| Kevin | Clophus |
| Robert | Duhon |
| Jeanette | Duhon |
| Wanda | Dupre |
| Shaunda | Guidry |
| Ke'naya | Harrison |
| Kenya | Harrison |
| Randolph | January |
| Allerina | Jenkins |
| Chrystae'Jah | Jenkins |
| James | Joseph |
| Stephanie | Joseph |
| Ray | Kelly |
| Richard | Kelly |
| Donald | Plumber |
| Keelye | Tomlinson |
| Donavon | Victorian |
| Jermaine | Victorian |
| Kris | Victorian |

| | |
|---|---|
| **2:2010-cv-00553** | **Chapman v. Gulf Stream Coach, Inc.** |
| Donnie | Barnes |
| Lorraine | Fruge |
| Ashley | Livings |
| Sherina | Livings |
| Frank | Pitre |

| | |
|---|---|
| Aayden | Thibodeaux |
| Lindsey | Thibodeaux |
| Joseph | Thomas |
| Tye | Thomas |
| Bruce | Thompson |
| Shawanda | Williams |
| Webster | Williams |
| | |
| **2:2009-cv-06876** | **Guillory v. Gulf Stream Coach Inc** |
| Phillip | Guillory |
| Marlon | Guillory |
| Marlajah | Guillory |
| Roshanda | Guillory |
| Shermaine | Guillory |
| Donavan | Boutte Jr. |
| Tiffany | Guillory |
| Torrance | Guillory |
| Shantae | Guillory |
| Shantell | Guillory |
| Trevaughn | Guillory |
| Torrance | Guillory Jr. |
| Demonte | Lewis |
| TryQuessa | Guillory |
| Mary | Hagger |
| Derick | Hardy |
| Brennan | Hardy |
| Brittany | Hardy |
| Theresa | Harmon |
| Jermika | Mayne |
| Omonte | Mayne |
| Jermaihan | Obrien |
| Jermaine | Obrien |
| Gene | Hill |
| Ashley | Jackson |
| Jermaine | Jasmine |
| Merenceale | Johnson |
| Lance | Jones |
| Loraine | Jones |
| Greg | Kennerson |
| Ysheka | King |
| Nakemia | Lampkin |
| Debra | Lewis |
| Devonte | Guidroz |

| | |
|---|---|
| Krystal | Livings |
| Shaketta | Livings |
| Renita | Lockett |
| Gabbrielle | Malbrough |
| Adrian | Mason |
| Adrianna | Mason |
| Kenney | Mason |
| Lionel | Matthews |
| Nowola | Mayne |
| Quintin | Mayne |
| Ebony | Meche |
| Earl | Miller Jr. |
| Edna | Miller |
| Johnnie | Miller |
| Laenza | Mitchell |
| Michael | Mose Jr. |
| Monaque | Prudhomme |
| Keith | Redman |
| Ashley | Reed |
| Phillip | Reed |
| Ruben | Richard |
| Edith | Richardson |
| Gene | Richardson |
| Travis | Richardson |
| Calvin | Roberts |
| Alvin | Sam |
| Kimberly | Skipper |
| Gloria | Smith |
| Vernell | Stevens |
| David | Strickland |
| Tinika | Thomas |
| Kevin | Thompson |
| Sigmund | VanDyke |
| Brandy | Victorian |
| Arthur | West |
| Jessie | Zeno Jr. |
| Betty | Zeno |

| | |
|---|---|
| **2:2009-cv-06875** | **Stagg v. Gulf Stream Coach, Inc.** |
| Rosalie | Babineaux |
| Kaneshia | Bargeman |
| Nita | Hanks |
| Cora | Morrow |

| | |
|---|---|
| Stephanie | Oliver |
| Shirley | Plumber |
| Gary | Sias |
| Glenda | Simon |
| Barbara | Smith |
| Brandon | Williams |
| Darius | Williams |
| Freida | Williams |
| Gabriella | Williams |
| Terrell | Williams |
| Timothy | Williams |
| Tyren | Williams |
| Jeanetta | Williams |
| Hakeem | Mitchell |
| Jadacia | Mitchell |
| Xavier | Mitchell |
| LaShonda | Williams |
| **2:2009-cv-06877** | **Anthony v. Gulf Stream Coach, Inc.** |
| Perry | Brackens |
| Marcus | Celestine |
| Alvin | Chavis |
| Katherine | January |
| Diedra | Jones |
| Francis | Marshall |
| Sandra | Percle |
| Nikki | Rideaux |
| Quaniqua | Carter |
| Edmond | Rideaux III |
| Ashley | Thompson |
| Shaneequa | Thompson |
| Shania | Thompson |
| Angela | Thompson |
| Bernitha | Vital |
| Donariayina | Guillory |
| Donarria | Guillory |
| D'Nharayane | Vital |
| D'Nhyarinaie | Vital |
| Nola | Williams |

| | |
|---|---|
| **2:2009-cv-06397** | **Allen et al v. Gulf Stream Coach, Inc. et al** |
| Hakeem | Hartford |
| Quentin E. | Moore |
| Lazarro | Nettles |
| Jackie | Tate |
| | |
| **2:2009-cv-06396** | **Hunter et al v. Gulf Stream Coach, Inc. et al** |
| Christy | Cartaginese |
| Jaina | Franklin |
| Treshelle | Franklin |
| Sheryl | Griffin |
| Shelby | Bozant |
| Heidi | Hernandez |
| Nicolle | Bozant |
| Della | Ladner |
| | |
| **2:2009-cv-05372** | **Bentel et al v. Gulf Stream Coach, Inc. et al** |
| Anthony | Black |
| Kendell | Cain |
| Relester | Cain |
| Jerry | Daniels |
| Ethel | Della |
| Wilfred | Della |
| Daniel | Demolle |
| Ronald | Dibble |
| Lavar | Duncan |
| Lavar | Duncan Jr. |
| James | Earl |
| Ka'Janea | Ford |
| Kayshawn | Ford |
| Ki'Janea | Ford |
| Kristian | Taylor |
| Jewel | Franklin |
| Wardell | Franklin |
| Lawrence | Guimont |
| Alfreda | Hardin |
| Brandon | Harper |
| Marlene | Harper |
| Tyrell | Clark |
| Dionnia | Harris |
| Brandon | Berfect |
| Heaven | Griffin |
| Aubry | Hill |

| | |
|---|---|
| Lance | Hill |
| Landric | Hill |
| Lavance | Hill |
| Neshandra | Hill |
| Roosevelt | Hills |
| Kewante | Holmes |
| Quarnita | Holmes |
| Margie | Hulitt |
| Antoinette | Legaux |
| Adrienne D. | Thomas-Poret |
| Kevin G. | Poret |

**2:2009-cv-05376** **Aguillard et al v. Gulf Stream Coach, Inc. et al**

| | |
|---|---|
| Erica | Clivens |
| Zyreon | Clivens |
| Dana | Clivens |
| Deneka | Clivens |
| George | Clivens |
| Lynell | Clivens |
| Quiana | Clivens |
| Jeda | Davis |
| Klydenitta | Davis |
| Lorens | McGowan |
| Veronicca | Montgomery |
| Melvin | Phillips |
| Wayne | Scardino Jr. |
| Wayne | Scardino Sr. |
| Melva | Stepter |
| Faye | Thomas |
| Jeri | Thornton |
| Willie | Travis |
| Bridgette | Williams |
| Stanley | Wrye |

**2:2009-cv-05358** **Aguillard et al v. Gulf Stream Coach, Inc. et al**

| | |
|---|---|
| Trina | Bergeron |
| Burnell | Calvin |
| Cherylyn | Davis |
| Joseph | Diaz |
| Valerio | Francisco |
| Mary | Jackson |
| Mervin | Jones |
| Phoebe | Lewis |

| | |
|---|---|
| Corey | Muse |
| Wilbert | Roche Sr. |

**2:2009-cv-6398** **Adams et al v. Gulf Stream Coach, Inc. et al**

| | |
|---|---|
| Junius | Randolph Jr. |
| James | Chandler |
| Gailyn | Johnson |
| Stephen | Johnson |
| Gina | Johnson |
| Deshawn | Turner |
| Wayne | Martin |
| Irvin | Otero |
| Shirley | Palmer |
| Betty | Randolph |
| James | Randolph |
| Derrell | Randolph |
| Ellis | Randolph |
| Kimberly | Bryant |

**2:2009-cv-06878** **Andrews v. Gulf Stream Coach, Inc.**

| | |
|---|---|
| Eugene | Bargeman |
| Jacqueline | Bargeman |
| Michael | Bargeman |
| Robert | Bartie Jr. |
| Nikima | Bartie |
| Zakar | Milburn |
| Harry | Prudhomme |
| Nakelin | Williams |
| Tyrone | Bartie |
| Lawrence | Battle |
| Alexis | Reed |
| Reggie | Bellard |
| Daniel | Bell |
| Arica | Bias |
| Marquias | Bias |
| Keyona | Blue |
| James | Bradley |
| Eric | Brown |
| Shatina | Brown |
| Terrence | Brown |
| Julee | Chanthapanya |
| Keno | Chanthapanya |
| Tamara | Clark |

| | |
|---|---|
| Lawrence | Condell |
| Verdie | Daniels |
| Keylon | Sarver |
| Todd | Sarver |
| Julia | Dozei |
| Charila | Edwards |
| Dorien | Bryant |
| Chrishanski | Edward |
| Jabronski | Edward |
| Ginger | Fox |
| Jennifer | Franklin |
| Jonathan | Galentine |
| Loleta | Galentine |
| Anthony | Garner |
| Erica | Garrett |
| Erisha | Alexander |
| Ajzha | Alexander |
| Ashanti | Garrett |
| Romeo | Gilmore |
| Michelle | Goins |
| Alfred | Grice |
| Loueanna | Grice |
| Walter | Grice |
| Debra | Guillory |
| Donzall | Guillory |
| Howard | Guillory |
| Jermaine | Guillory |
| Jermaine | Guillory Jr. |
| Jobe | Guillory |
| Gabriel | Marshall |
| Takowa | Marshall |
| Karen | Guillory |
| Arman | Nunnery |
| Nicholas | Tezeno |

| **2:2009-cv-05356** | **Robertson et al v. Gulf Stream Coach, Inc. et al** |
|---|---|
| Alma | Arena |
| Billy | Bell |
| Jeffery | Brown |
| Erica | Celestine-White |
| Donna | Conleay |
| James | Cook |

| | |
|---|---|
| **2:2009-cv-05355** | **Gains et al v. Gulf Stream Coach, Inc. et al** |
| Gwendolyn | Gilmore |
| Joshua | Gilmore |
| Tamika | Grant |
| Climothy | Hawkins |
| Reamell | Henderson |
| Jennifer | Hicks |
| Contessa | Hutton |
| DeAvonte | Hutton |
| Charles | Hutton Jr. |
| Arthur | Isaac |
| Karen | Johnson |
| OlaJuwon | Johnson |
| Janiya | Jones |
| Louis | Jordan |
| Monique | Landry |
| Joanna | Thomas |
| Rose | Laurant |
| Isaiah | Singleton |
| Randall | Lewis |
| Carolyn | Lewis |
| Cynthia | Lewis |
| Jeraun | Zilton |
| Don | Lewis |
| Edwin | Lewis |
| Sharandall | Lewis |
| Walene | Lewis |
| Kimberly | Mackyeon |
| Olivia | Mason |
| Harold | McDonald Jr. |
| Larry | McGuffey |
| Allen | Molden |
| Brandon | Nash |
| Yashica | Nash |
| Antoine | Turner |
| Michael | Norris |
| Troy | Overton |
| Dianna | Perez |
| Juan | Perez Jr. |
| Juan | Perez Sr. |
| Valerie | Perez |
| Brandon | Stephany |

| | |
|---|---|
| **2:2009-cv-05357** | **Price et al v. Gulf Stream Coach, Inc. et al** |
| M L | Lenoir |
| Lloyd | Randle III |
| Ronald | Register |
| Jeremiah | Rochon |
| Terry | Sherman |
| Bruce | Simoneaux |
| Dorothy | Sparks |
| Carla | Steib |
| Jennifer | Stephany Perez |
| Dorothy | Stevens |
| Claude | Taylor Jr. |
| Darrin | Taylor |
| Champ | Thomas |
| Claude | Thomas |
| Domanique | Thomas |
| Leseah | Thomas |
| Salena | Thomas |
| Tanya | Thomas |
| Malcom | Martin |
| Demetrius | Thornton |
| Clinton | Turner |
| Travis | Walton |
| Mary | Watts |
| Jessica | Wedekind |
| Tramain | White Sr. |
| Janice | White |
| Beverly | Williams |
| Geraldine | Williams |
| Tamarea | Williamson |
| Crystal | Yancy |
| | |
| **2:2009-cv-05350** | **Magee et al v. Gulf Stream Coach, Inc. et al** |
| Archie | Magee |
| Peggy | Magee |
| Charolette | Martin |
| Monique | Martin |
| Randal | Martin |
| Demetrice | Martin |
| Tevon | Sears |
| Nicholas | Sears |
| Terrell | Sears |
| Lelani | Williams |

| | |
|---|---|
| Otha | Williams |
| Harold | Parker |
| Gail | Phillips |
| Kehemah | Downing(McDonald) |
| Na'Ami | Downing(McDonald) |
| Shymrri | Downing(McDonald) |
| Paulette | Smith |
| Kendell | Cain Jr. |
| Vincent | Cain Jr. |
| Edith | Terry |
| Donna | Thomas |
| Michael | Thompson |
| Shalia | White |
| Sharmaine | White |
| Shyenne | White |
| Tramain | White Jr. |
| Cameron | White |
| Natalien | Williams |
| Lanaizia | Williams |
| Lanaizia | Williams |
| Savannah | Williams |
| Savannah | Williams |
| Ashton | Gaines |
| Ayden | Gaines |
| Courtney | Wynn |
| LeAndre | Booth |
| Kimbrea | Young |
| Kimberly | Young |

| | |
|---|---|
| **2:2009-cv-06399** | **Autman et al v. Gulf Stream Coach, Inc. et al** |
| Joseph | Moore |

| | |
|---|---|
| **2:2009-cv-07356** | **Barrett v. Gulf Stream Coach, Inc.** |
| Demond | Bias |
| Alice | Sensat |
| Felicia | Tanton |
| Tyrika | Tanton |

| | |
|---|---|
| **2:2009-cv-05349** | **Turner et al v. Gulf Stream Coach, Inc. et al** |
| DaJuan | Davis |
| Juan | Davis |
| Johnny | Hopkins |
| Jameka | Jackson |

| | |
|---|---|
| Colby | Muse |
| Antoine | Martin |
| Gary | Mitchell |
| | |
| **2:2009-cv-06400** | **Dixon et al v. Gulf Stream Coach, Inc. et al** |
| Delilah | May |
| Nonesia | May |
| Demetrice | Randolph |
| Jessica | Randolph |
| Alexander | Bridges |
| Aneasha | Bridges |
| Maurice | Williams |
| | |
| **2:2009-cv-06885** | **Hebert v. Gulf Stream Coach, Inc.** |
| Norma M | Armstead |
| Romaine | Guillory |
| Vance | King |
| Larry | Miller Jr. |
| Darlene | Miller |
| Judy | Moody |
| Grace | Prejean |
| Geraldfaye | Randle |
| Dawn | Ritchie |
| Pamuel | Tezeno |
| Lakendra | Touson |
| Sharon | Touson |
| Tanya | Touson |
| Tyiesha | Touson |
| Desmond | Weaver |
| Carliss | Williams |
| Keiaddea | Williams |
| Liontrell | Williams |
| Sigfrud | Williams |
| Joelette | Williams |