# EXHIBIT B

| 2:2010-cv-00433 | Ambo v. Gulf Stream Coach, Inc. |
|---|---|
| Nathaniel | Ambo |
| Javonee | Bazile |
| Resa | Bazile |
| Corey | Croft |
| Louis | Davenport III |
| Eduard | Escalante |
| Gregory | Fobbs |
| Rudy | Francis |
| Donald | Gauci |
| Stella | Green |
| Tamara | Jones |
| Tiphanie | Jordan |
| Shanae | Lumar |
| Creola | Moon |
| Tamah | Sterling |
| George | Williams |
| Glynn (I) | Williams |
| Ivan | Williams |
| Justin | Willis |

| 2:2009-cv-08011 | Bowens v. Gulf Stream Coach, Inc. et al |
|---|---|
| Airriel | Adams |
| Petra | Antoine |
| Shelton | Belton |
| Kimberly | Bickham |
| Marie | Blocker |
| Romalice | Bowens |
| Willie | Brown V |
| Kye | Callicoattee |
| Dolly | Carter |
| Diamond | Davenport |
| Michael | Davis |
| Nayal | Dickinson |
| Emanuel | Ducre |
| Sherri | Green |
| Edmon | Harris |
| Della | Hatcher |
| Shannon | Henderson |
| Shontel | Jefferson |
| Kaila | Jenkins |
| Jalen | Johnson |

| | |
|---|---|
| Wayne | Johnson Jr. |
| Lonzell | Kennedy Jr. |
| Andre | Major |
| Devin | Matthews |
| Dionte | Matthews |
| Michael | McGrew |
| Christine | Myles |
| Koi | Nicholson |
| April | Porter |
| Paige | Porter |
| Indera | Reneau |
| Iarion | Riculfy |
| Rosalie | Sheffield |
| Denise | Smith |
| Lecia | Smith |
| Sarah | Smith |
| Raphael | Turner |
| Roland | Veal Jr. |
| Nadine | Wells |
| Melinie | Wells |
| Eva | White |
| Juan | White |
| Ceralann | Williams |
| Ora | Williams |
| | |
| **2:2010-cv-00553** | **Chapman v. Gulf Stream Coach, Inc.** |
| Brandi | Alsdurf |
| Dylan | Alsdurf |
| Matthew | Alsdurf |
| Barbara | Benoit |
| Jalisa | Brown |
| Nakisha | Brown |
| Shaerell | Carrington |
| Jarrett | Celestine |
| Darrell | Chapman |
| Matthew | Chapman |
| Reid | Chapman |
| Amariya | Duhe |
| David | Dupre |
| Henry | Edwards Jr. |
| Ceclia | Faurcha |
| Rosa | Fuslier |
| Debra | Gray |

| | |
|---|---|
| Timothy | Guillory |
| Erin | Hill |
| Jade | Hill |
| Horace | Jason |
| Gilda | Jetson |
| Zavion | Jones |
| David | Kelly |
| Dy'mond | Kelly |
| India | Kelly |
| Kenisha | Kelly |
| Betty | Kibodeaux |
| Bobby | McBride |
| Matthew | McPherson |
| Otis | Mearidy |
| Alex | Norman |
| Beverly | Pierfax-Mearidy |
| Norma | Raymond |
| Curley | Reed V |
| Joseph | Ross Jr. |
| Padua | Rougeau |
| Penny | Sheff |
| James | Smith II |
| Kelvin | Thurman |
| Destiny | Thurman |
| Jaidyn | Thurman |
| Charlette | Williams |
| Shirley | Williams |
| Taylor | Young |
| Helen | Young |
| Neya | Smith |