UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |

**THIS DOCUMENT IS RELATED TO:**

| | |
|---|---|
| 09-cv-05348 | Franklin et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05349 | Turner et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05350 | Magee et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05351 | Adams et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05352 | Anderson et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05353 | Allen et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05354 | Ambrose et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05355 | Gains et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05356 | Robertson et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05357 | Price et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05358 | Aguillard et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05372 | Bentel et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-05376 | Aguillard et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-06396 | Hunter et al   v. Gulf Stream Coach, Inc.   et al |
| 09-cv-06397 | Allen et al v. Gulf Stream Coach, Inc.   et al |
| 09-cv-06398 | Adams et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-06399 | Autman et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-06400 | Dixon et al v. Gulf Stream Coach, Inc. et al |
| 09-cv-06873 | Bruno v. Gulf Stream Coach, Inc. |
| 09-cv-06874 | Patterson v. Gulf Stream Coach, Inc. |
| 09-cv-06875 | Stagg v. Gulf Stream Coach, Inc. |
| 09-cv-06876 | Guillory v. Gulf Stream Coach Inc |
| 09-cv-06877 | Anthony v. Gulf Stream Coach, Inc. |
| 09-cv-06878 | Andrews v. Gulf Stream Coach, Inc. |
| 09-cv-06885 | Hebert v. Gulf Stream Coach, Inc. |
| 09-cv-07356 | Barrett v. Gulf Stream Coach, Inc. |
| 09-cv-08011 | Bowens v. Gulf Stream Coach, Inc. et al |
| 10-cv-00553 | Chapman v. Gulf Stream Coach, Inc. |
| 10-cv-00433 | Ambo v. Gulf Stream Coach, Inc. |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Certain Plaintiffs, namely Buzbee Law Firm clients, who respectfully represent that considering the complexity of the "matching" process and the individualized circumstances involved in that process, that oral argument will assist the Court's resolution of the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor (IA/TAC) defendants (Rec. Doc. No. 19054) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs request oral argument on the motions which have been set for hearing on January 12, 2011 at 9:00 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

Respectfully submitted:

By: /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                s/Anthony G. Buzbee
                                                                Anthony G. Buzbee