UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION  N (5) |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE ENGELHARDT |
| *Janelle Batiste, et al, v. Crum and Forster* | * | |
| *Specialty Ins. Co., et al  Case No. 5760* | * | |
| | * | MAGISTRATE CHASEZ |

**************************************************************************

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF
CERTAIN PLAINTIFFS UNDER FRCP 41(a)(1)(A)(i)


NOW INTO COURT, through undersigned Counsel, come the following

Plaintiffs,

Alcides Bell, III
Anne Henritzy
Belessia Price
Clarence Jefferson
Donald Henritzy
Elizabeth Mowers
Faye Thomas
Jai Williams
James Davis, Jr.
Janet Dauterive
John Early
Joni Warren
Lawrence Warren, Sr.
Mamie Harrell
Mary Adams
Mary Jackson
Michael Morgan
Norma Weaver
Oliver Williams, Jr.
Robert E. Snyder
Ronald Dauterive
Stacey Anderson

Stacey Anderson obo J.R.S.
Stacey Anderson obo S.G.S
Steven Jackson
Steven Jackson obo S.J.
Steven Jackson obo S.J.
Susan Meredith
Tanya Williams
Vanessa Davis

who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismiss all claims against all Defendants in the above

captioned matter as this action is duplicative of *Faye Thomas, et al, v. Fluor Enterprises,*

*Inc. Case No. 2:09-cv-4038* (E.D. La 2009).   This dismissal applies to the named

Plaintiffs only and does not affect the claims of the remaining Plaintiffs in this matter.

This dismissal is without prejudice and Plaintiffs reserve all rights and allegations

in *Faye Thomas v. Fluor Enterprises, et al,*   Case No. 2:09-cv-4038 (E.D. La 2009).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:    */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

_s/ Lawrence J. Centola, Jr._

LAWRENCE J. CENTOLA, JR.