UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Tracy Martin, who respectfully represents that considering the complexity of the "matching" process and the individualized circumstances involved in that process, that oral argument will assist the Court's resolution of the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor (IA/TAC) defendants (Rec. Doc. No. 19054) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707).

Therefore, pursuant to Local Rule 78.1E, Plaintiff requests oral argument on the motions which have been set for hearing on January 12, 2011 at 9:00 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.

(Signature Element on Subsequent Page)

BY: /s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.

HURRICANE LEGAL CENTER, LLC

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70170
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr.