UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-5659 *(Sonya Andrews)* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUN VALLEY, INC.'S MEMORANDUM IN SUPPORT OF UNOPPOSED EX PARTE MOTION TO SEVER

Defendant, Sun Valley, Inc., ("Sun Valley") submits this memorandum in support of its Unopposed Ex Parte Motion to Sever pursuant to Rule 21 and Rule 42(b) of the Federal Rules of Civil Procedure.1 In its Motion, Sun Valley seeks an Order from the Court severing the claims of Sonya Andrews from the other plaintiffs in the above-captioned litigation and ordering that Ms. Andrews' claims be tried separately. The Court has selected Ms. Andrews as a bellwether plaintiff and, her claims are set for a jury trial on October 17, 2011.

The purpose of this Motion is to formally sever Ms. Andrews' claims for purpose of trial, from those claims brought by the other plaintiffs in this matter. The result of the Court's severance order will be a separate trial and judgment as to Ms. Andrews' claims against the defendants. In addition, in connection with this Motion, Sun Valley requests that the Court's order preserve the

---

1 In an abundance of caution, Sun Valley brings its Motion under both rules. The Court has broad discretion to order separate trials on the basis of the circumstances of the litigation. See Wright and Miller, Federal Practice and Procedure, §2388, p. 114. See also *Laitram Corp v. Hewlett Packard Co.*, 791 F. Supp. 113 (E.D. La. 1992). Sun Valley states that severance under Rule 21 would be appropriate for the reasons stated in Gulf Stream Coach's Motion for Severance, Rec. Doc. No. 2566.

parties' right to a jury trial.

Therefore, for the reasons explained above and set out in its Motion, Sun Valley requests that the Court grant its Motion to Sever and enter the proposed order presented in connection with this Motion.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
LORI D. BARKER, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 5th day of January, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO
