UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           \*    MDL NO. 1873
     FORMALDEHYDE             \*
     PRODUCTS LIABILITY         \*    SECTION: N (5)
     LITIGATION                \*
                                \*    JUDGE: ENGELHARDT

THIS DOCUMENT RELATES TO:         \*
*Gerod Macon, et al. v. Sun Valley, Inc., et al*    \*    MAG. JUDGE: CHASEZ
*Docket No. 09-7109 (Laura Demetriace Batiste)*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>SUN VALLEY, INC.'S UNOPPOSED EX PARTE MOTION TO SEVER CLAIMS OF BELLWETHER PLAINTIFF</u>

NOW INTO COURT, through undersigned counsel, comes the defendant, Sun Valley, Inc.,

("Sun Valley"), pursuant to Rules 21 and 42(b) of the Federal Rules of Civil Procedure, who moves

this Court to enter an Order severing the claims of Laura Demetriace Batiste from the other plaintiffs

in the above-captioned litigation. The Court has selected Laura Demetriace Batiste as a bellwether

plaintiff and, her claims are set for a jury trial on October 17, 2011. Sun Valley has submitted a

proposed order in connection with this Motion.

Wherefore, defendant Sun Valley requests that the Court enter an Order severing the claims

of Laura Demetriace Batiste from the claims of the other plaintiffs in the above-captioned litigation,

and preserving the jury trial rights of all parties.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
LORI D. BARKER, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 5th day of

January, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.


                                    /s/ Brent M. Maggio
                                    BRENT M. MAGGIO