UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | SECTION: N (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Irma Miller, et al. v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-5658 (Charles Marshall) | | |

*********************************************************************

### SUN VALLEY, INC.'S UNOPPOSED EX PARTE MOTION TO SEVER CLAIMS OF BELLWETHER PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes the defendant, Sun Valley, Inc., ("Sun Valley"), pursuant to Rules 21 and 42(b) of the Federal Rules of Civil Procedure, who moves this Court to enter an Order severing the claims of Charles Marshall from the other plaintiffs in the above-captioned litigation. The Court has selected Charles Marshall as a bellwether plaintiff and, his claims are set for a jury trial on October 17, 2011. Sun Valley has submitted a proposed order in connection with this Motion.

Wherefore, defendant Sun Valley requests that the Court enter an Order severing the claims of Charles Marshall from the claims of the other plaintiffs in the above-captioned litigation, and preserving the jury trial rights of all parties.

Respectfully submitted,
**ALLEN & GOOCH**

/s/ *Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
LORI D. BARKER, # 31687
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 5th day of January, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brent M. Maggio
BRENT M. MAGGIO