## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 07-7018*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## IN ORIGINAL COMPLAINT

         Considering the foregoing: MOTION TO SEVER "MATCHED" PLAINTIFFS IN ORIGINAL COMPLAINT;

         Plaintiffs' Motion to Sever and File a Fourth Amending Complaint on behalf of Johnny Speers is GRANTED.

         New Orleans, LA on this _____ day of _____, 2011.

                                               _____

                                                               District Judge