UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION             SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 10-2108*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER "MATCHED" PLAINTIFFS
## IN ORIGINAL COMPLAINT


        Considering the foregoing: MOTION TO SEVER "MATCHED" PLAINTIFFS IN

ORIGINAL COMPLAINT;

        Plaintiffs' Motion to Sever and File a Fourth Amending Complaint on behalf of Johnny

Speers is GRANTED.

                New Orleans, LA  on this _____ day of _____, 2011.


                        _____

                        District Judge