UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 10-2108*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFFS
IN ORIGINAL COMPLAINT**

Considering the foregoing: MOTION TO SEVER "MATCHED" PLAINTIFFS IN ORIGINAL COMPLAINT;

Plaintiffs' Motion to Sever and File a Fourth Amending Complaint on behalf of Johnny Speers is GRANTED.

New Orleans, LA  on this _____ day of _____, 2011.

_____

District Judge