UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| THIS DOCUMENT PERTAINS TO CAUSE NUMBERS: | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| 09-7122, 09-7801, 10-1307, 10-1311, 09-4727, 09-4725 | | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO MANUFACTURING DEFENDANTS JOINT MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

**NOW INTO COURT**, come Plaintiffs in the above civil case nos., represented by Watts Hilliard, L.L.C., who respectfully move this Court for leave to file an Opposition to Manufacturing Defendants Joint Motion to Dismiss for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

As this Court is aware, Watts Hilliard, L.L.C. have asserted claims on behalf of over 30,000 clients in this MDL litigation. In order to comply with this Court's PreTrial Order No. 68, Watts Hilliard, L.L.C. has taken significant measures to locate and identify FEMA ID numbers in order to "match" its clients to corresponding manufacturers and contractors. Of its 30,113 original clients, Watts Hilliard, L.L.C. has successfully matched 29,917. However, on December 15, 2010, in the midst of holiday break, counsel for Defendants filed a joint motion to dismiss all unmatched plaintiffs. As detailed in Plaintiffs' Opposition to Manufacturing Defendants Joint Motion to Dismiss, attached hereto as Exhibit A, Defendants seek to wrongfully dismiss eight matched complaints containing 507 Watts Hilliard, L.L.C. clients. Due to the influx of correspondence during this holiday season, counsel for Watts Hilliard, L.L.C.

1

erroneously missed the deadline to file their opposition. As described below, Watts Hilliard, L.L.C. has expended significant amounts of time and resources ensuring its clients are matched, and therefore, respectfully request that Watts Hilliard, L.L.C. be granted leave to respond to Defendants' Motion to Dismiss despite its untimeliness.

### EFFORTS OF WATTS HILLIARD, L.L.C. TO COMPLY WITH RULE 68 AND "MATCH" ITS CLIENTS

To comply with the Court's PreTrial Order No. 68, Watts Hilliard, L.L.C. has interacted with its clients on numerous occasions to obtain the necessary information. Further, once the Plaintiffs' Steering Committee informed Watts Hilliard, L.L.C. of the matching process, Watts Hilliard, L.L.C. conducted call projects to obtain FEMA ID numbers and other pertinent information. Specifically, from October 2008 to June 2009, Watts Hilliard, L.L.C. placed representatives in the field to assist clients with filling out Plaintiff Fact Sheets and obtaining FEMA ID numbers. Contemporaneously, Watts Hilliard, L.L.C. contacted clients to obtain manufacturer information. If clients lacked manufacturer information, Watts Hilliard, L.L.C. instructed clients to call FEMA to obtain a FEMA ID number, and consequently, obtain manufacturer information.

In the summer of 2009, Watts Hilliard, L.L.C. held town hall meetings to again assist clients in completing their Plaintiff Fact Sheets. Multiple letters were distributed and calls made, instructing clients to locate requisite information, including FEMA ID numbers. If clients lacked FEMA ID numbers, Watts Hilliard, L.L.C. provided such clients the pertinent phone number to obtain the information.

Similarly, since 2009, Watts Hilliard, L.L.C. has also conducted separate call projects to obtain FEMA ID numbers; to identify common members of an emergency housing unit; and to connect such common members to a head-of-household FEMA ID number.

Finally, for the remaining clients lacking FEMA ID numbers, Watts Hilliard, L.L.P. sent letters containing specific instructions regarding how to obtain FEMA ID numbers. Such letters were distributed beginning in February 4, 2010, and have been subsequently followed by multiple calls to such clients.

As a result of Watts Hilliard, L.L.C.'s persistent efforts, Watts Hilliard, L.L.C. has successfully matched 29,917 of its 30,113 clients. Watts Hilliard, L.L.C. therefore respectfully requests that it have the opportunity to respond to Defendants' Motion to Dismiss in order to preserve the claims of its clients—claims Watts Hilliard, L.L.C. has fought arduously to protect. For these reasons, Plaintiffs respectfully requests that this Court grant Plaintiffs' Motion to File Leave to File Opposition to Manufacturing Defendants Joint Motion to Dismiss for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

Respectfully submitted,

/s/ Mikal C. Watts
_____

**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.

      719 S. Shoreline Boulevard, Suite 500
      Corpus Christi, Texas 78401
      Telephone: (361) 882-1612
      Facsimile: (361) 882-3015

      **RICHARD P. IEYOUB**
      Louisiana State Bar and
      Eastern District of Louisiana Federal ID No. 2217
      CARLETON DUNLAP OLINDE & MOORE, LLC
      One American Place, Suite 900
      Baton Rouge, LA 70825
      Phone 225-282-0600
      Fax 225-282-0650

      **DANIEL D. WARE**
      Mississippi State Bar and
      Southern District of Mississippi Federal ID No. 10847
      **CARROLL LOUIS CLIFFORD IV**
      Mississippi State Bar and
      Southern District of Mississippi Federal ID No. 99545
      WARE CLIFFORD LAW FIRM PLLC
      2625 Ridgewood Rd., Ste 100
      Jackson, MS 39216
      Phone 601-368-9310
      Fax 601-368-9958

      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 5th day of January, 2011.

      /s/ Mikal C. Watts
      _____
      **MIKAL C. WATTS**