UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 <br> SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO CAUSE NUMBERS: <br> 09-7122, 09-7801, 10-1307, 10-1311, 09-4727, 09-4725 | * * | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Plaintiff's Motion for Leave to file an Opposition to Manufacturing Defendants Joint Motion to Dismiss for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

IT IS HEREBY ORDERED that Plaintiffs of the above named civil case nos. are herby granted leave to file an Opposition to Manufacturing Defendants Joint Motion to Dismiss for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE