UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:09-cv-04629-KDE-ALC | * | |
| Babin, et al v. Cavalier Home Builders, LLC, et al | * | |
| | * | |
| And | * | |
| | * | |
| 2:09-cv-04762-KDE-ACL | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO CONTINUE HEARINGS ON JOINT MOTIONS TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

**NOW INTO COURT**, through undersigned counsel come plaintiffs in *Babin, et al v. Cavalier Home Builders, LLC, et al, Case No. 2:08-cv-04629-KDE-ALC,* and plaintiffs in *Basile, et al v. Alliance Homes, Inc., et al, Case No. 2:08-cv-04762-KDE-ALC,* who respectfully request that, for the reasons more fully set forth in the attached Memorandum, the Hearings on the Manufacturing Defendants' and Contractor Defendants'' *Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing* (Rec.

docs. 18684 & 19080, respectively) be continued until the Court's next hearing date which is January 26, 2011.

Respectfully Submitted:

s/Jonathan B. Andry
Jonathan B. Andry (LA Bar No. 20081)
The Andry Law Group
610 Baronne Street
New Orleans, LA 70113
504-586-8899
504-586-8933 Facsimile

## CERTIFICATE

I hereby certify that on the 5th day of January 2011, a copy of the foregoing *Unopposed Motion To Continue Hearings On Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry
JONATHAN B. ANDRY
