UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:08-cv-04629-KDE-ALC | * | |
| Babin, et al v. Cavalier Home Builders, LLC, et al | * | |
| | * | |
| And | * | |
| | * | |
| 2:09-cv-04762-KDE-ALC | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE HEARINGS ON JOINT MOTIONS TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING</u>**

**MAY IT PLEASE THE COURT:**

    Throughout this proceeding, I have been working diligently to comply with all of this Court's Scheduling and Discovery Orders. This task has proven to be somewhat arduous given the amount of filings given they are currently over 19,000. I originally filed the cases *Babin, et al v. Cavalier Home Builders, LLC, et al, Case No. 2:08-cv-04629-KDE-ALC* and *Basile, et al v. Alliance Homes, Inc., et al, Case No. 2:09-cv-04762-KDE-ALC*. These were general cases involving numerous plaintiffs versus numerous defendants. My office has since sorted through

each, matched individual plaintiffs with their respective manufacturers and contractors, and filed separate "matching" suits.

Upon returning from the holidays, I learned that the manufacturing and contractor defendants filed their *Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing* (Rec. doc. #18684) and (Rec. doc. #19080). In their Motions, these Defendants sought dismissal "with prejudice" of the *Babin* and *Basil*e general complaints. The result of such an Order would be the dismissal "with prejudice" of each of the respective plaintiffs in these cases. After receiving the Motions, I attempted to ascertain which of the plaintiffs in the general complaints had separate "matched" suits so that I could provide that information in my Opposition. I quickly discovered that my new computer database software had randomly and indiscriminately allotted the pleadings, documents and other data regarding these plaintiffs. I have spent the last 48 hours trying to recreate the substance of these files and more importantly, to create a list of the individual "matched" suits. Because of the computer issues, I was unable to complete this task by the dates associated with the Court's hearing date of January 12, 2011.

To date, I have discerned that the majority of the respective plaintiffs in the *Babin* and *Basile* general suits have been matched and are the subject of "matched" pleadings in conjunction with this Court's Orders. I am unable at this time to make that assertion with regard to all of the plaintiffs, even though I am sure that the majority, if not all have been matched and filed. Consequently, Plaintiffs desire that the hearings on Manufacturing Defendants' and Contractor Defendants' *Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing* be continued to the next hearing date,

only as those Motions relate to the specific cases of *Babin, et al v. Cavalier Home Builders, LLC, et al*, Case No. 2:08-cv-04629-KDE-ALC and *Basile, et al v. Alliance Homes, Inc., et al*, Case No. 2:09-cv-04762-KDE-ALC.

Undersigned counsel has contacted liaison counsel for the Manufacturing Defendants and the Contractor Defendants and they have no objection to this continuance.

Respectfully Submitted:

s/Jonathan B. Andry
Jonathan B. Andry (LA Bar No. 20081)
The Andry Law Group
610 Baronne Street
New Orleans, LA 70113
504-586-8899
504-586-8933 Facsimile

## CERTIFICATE

I hereby certify that on the 5th day of January 2011, a copy of the foregoing *Memorandum in Support of Unopposed Motion To Continue Hearings On Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry
JONATHAN B. ANDRY