UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:08-cv-04629-KDE-ALC | * | |
| Babin, et al v. Cavalier Home Builders, LLC, et al | * | |
| | * | |
| And | * | |
| | * | |
| 2:09-cv-04762-KDE-ALC | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED THAT** the *Unopposed Motion To Continue Hearings On Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* filed by the Manufacturing Defendants and the Contractor Defendants be **Grant**ed as they pertains to *Babin, et al v. Cavalier Home Builders, LLC, et al, Case No. 2:08-cv-04629-KDE-ALC* and *Basile, et al v. Alliance Homes, Inc., et al, Case No. 2:09-cv-04762-KDE-ALC* ONLY and that the Hearings on said Motions be set for the 26th day of January, 2011 at 9:00 AM.

New Orleans, LA this _____ day of _____, 2011.

_____
JUDGE KURT D. ENGLEHARDT