**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER             *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS      *
       LIABILITY LITIGATION          *    SECTION "N" (5)
                                       *
                                       *    JUDGE ENGELHARDT
                                       *    MAGISTRATE CHASEZ
                                       *
**This document is related to:**       *
Cause No.: 09-8384;                 *
*Glen Butler, et al v.*              *
*Coachmen Industries, Inc., et al*     *
                                       *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint of Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED on this _____ day of _____, 2011 in New

Orleans, Louisiana.

                                    _____

                                    KURT D. ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE