IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **This document is related to:** | * | |
| Cause No.: 09-8379; | * | |
| *Jason James, et al v.* | * | |
| *Travelers Property Casualty Company of America* | * | |
| *TIL, et al* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one Named Plaintiff who, upon information and belief, resided in the same type of housing unit manufactured by Champion Enterprises, Inc., Champion Home Builders Co., Dutch Housing, Inc., d/b/a Champion Homes, Redhman Homes, Inc., Champion Home Builders Co., Champion Homes of Boaz, Inc., Champion Retail, Inc., Highland Acquisition Corp., Highland Manuf. Co., LLC, HomePride Finance Corp., Homes of Merit, Inc., Iseman Corp., MHCDC, LLC, New Era Bldg Systems, Inc., North American Housing Corp., San Jose Advantage Homes, Inc., SSH Liquidating Corp., Star Fleet, Inc., Western Homes Corp., Champion Enterprises Management Co. and/or Redman Homes, Inc. f/k/a Dutch Homes because the denial of inclusion would be unjust and prevent the aggrieved Plaintiffs from having their claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for damages as it relates to the underlying suit of *Jason James, et al vs. Travelers Property Casualty Company of America TIL, et al* (Cause No. 09-8379), filed on December 28, 2009, in the Eastern District of Louisiana.

        Respectfully submitted,

        **THE BUZBEE LAW FIRM**

        */s/ Anthony G. Buzbee*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        JPMorgan Chase Tower
        600 Travis Street, Suite 7300
        Houston, Texas 77002
        Tel.:  (713) 223-5393
        Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:  (504) 581-7070
Fax.:  (504) 581-7083

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        */s/ John Munoz*  
                                        JOHN MUNOZ, #9830