IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| **This document is related to:**<br>Cause No.: 09-8379;<br>*Jason James, et al v.*<br>*Travelers Property Casualty Company of America*<br>*TIL, et al* | * <br> * <br> * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 28, 2009:

I.

This First Supplemental and Amending Complaint for Damages names James Smith II as a Named Plaintiff in the above captioned matter.

II.

Consistent with the above, all Plaintiffs request that James Smith II be identified as an additional Plaintiff and be added to Exhibit "A."

III.

Upon information and belief, James Smith II resided in the same type of housing unit manufactured by Champion Enterprises, Inc., Champion Home Builders Co., Dutch Housing,

Inc., d/b/a Champion Homes, Redhman Homes, Inc., Champion Home Builders Co., Champion Homes of Boaz, Inc., Champion Retail, Inc., Highland Acquisition Corp., Highland Manuf. Co., LLC, HomePride Finance Corp., Homes of Merit, Inc., Iseman Corp., MHCDC, LLC, New Era Bldg Systems, Inc., North American Housing Corp., San Jose Advantage Homes, Inc., SSH Liquidating Corp., Star Fleet, Inc., Western Homes Corp., Champion Enterprises Management Co. and/or Redman Homes, Inc. f/k/a Dutch Homes as the other Plaintiffs who are named in the operative complaint.

IV.

Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add James Smith II to the Amended Complaint for Damages against the same manufacturer (i.e. Champion Enterprises, Inc., Champion Home Builders Co., Dutch Housing, Inc., d/b/a Champion Homes, Redhman Homes, Inc., Champion Home Builders Co., Champion Homes of Boaz, Inc., Champion Retail, Inc., Highland Acquisition Corp., Highland Manuf. Co., LLC, HomePride Finance Corp., Homes of Merit, Inc., Iseman Corp., MHCDC, LLC, New Era Bldg Systems, Inc., North American Housing Corp., San Jose Advantage Homes, Inc., SSH Liquidating Corp., Star Fleet, Inc., Western Homes Corp., Champion Enterprises Management Co. and/or Redman Homes, Inc. f/k/a Dutch Homes).

V.

James Smith II adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

                                                    Respectfully submitted,

                                          **THE BUZBEE LAW FIRM**

                                          */s/ Anthony G. Buzbee*
                                          Anthony G. Buzbee
                                          Texas Bar No. 24001820
                                          JPMorgan Chase Tower
                                          600 Travis Street, Suite 7300
                                          Houston, Texas 77002
                                          Tel.:   (713) 223-5393
                                          Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            */s/ John Munoz*
                                            JOHN MUNOZ, #9830