IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER           * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS * | |
| LIABILITY LITIGATION         * | SECTION "N" (5) |
| * | |
| * | JUDGE ENGELHARDT |
| * | MAGISTRATE CHASEZ |
| * | |
| This document is related to: * | |
| Cause No.: 09-8366; * | |
| *Steven Tilley, et al v.* * | |
| *Gulf Stream Coach, Inc., et al* * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 28, 2009:

I.

This First Supplemental and Amending Complaint for Damages names Brandi Alsdurf, Brandi Alsdurf, on behalf of Dylan Alsdurf, Matthew Alsdurf, Nathaniel Ambo, Barbara Benoit, Kimberly Bickham, Romalice Bowens, Willie Brown, Jr., on behalf of Willie Brown, V, Lora Buckler, on behalf of Emanuel Ducre, Aretha Carrington, on behalf of Horace Jason, Shaerell Carrington, Dolly Carter, Reid Chapman, Keuyanna Clark, on behalf of Nayal Dickinson, Corey Croft, Michael Davis, Michelle Davis, on behalf of Lonzell Kennedy, Jr., Henry Edwards, Jr., Rudy Francis, Rosa Fuslier, Stella Green, Shannon Henderson, Shannon Henderson, on behalf of Andre Major, Monica Hill, on behalf of Erin Hill, Monica Hill, on behalf of Jade Hill, Lois Jackson, on behalf of Jalisa Brown, Lois Jackson, on behalf of Nakisha Brown, Lois Jackson, on

behalf of Amariya Duhe, Shontel Jefferson, on behalf of Kye Callicoattee, Shontel Jefferson, Shontel Jefferson, on behalf of Kaila Jenkins, Wayne Johnson, Jr., Viola Jones, on behalf of Tamah Sterling, Denise Matthews, on behalf of Devin Matthews , Denise Matthews, on behalf of Dionte Matthews, Michael McGrew, Otis Mearidy, Kasey Mogilles, on behalf of Jalen Johnson, Kimberly Nicholson, on behalf of Koi Nicholson, Beverly Pierfax-Mearidy, April Porter, April Porter, on behalf of Paige Porter, Austin Reneau, on behalf of Indera Reneau, Padua Rougeau, Lecia Smith, on behalf of Sarah Smith, Raphael Turner, Neya Smith, Nadine Wells, Nadine Wells, on behalf of Melinie Wells, Ceralann Williams, Ora Williams, Shirley Williams, Cynthia Domino, Cynthia Domino, on behalf of Joshua Domino, Cynthia Domino, on behalf of Sherman Domino, Joseph Blocker, Rosalie Sheffield, and Darrell Chapman as previously identified Plaintiffs (hereinafter referred to as "Previously Identified Plaintiffs"), in the above captioned matter.

II.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiffs be identified as an additional Plaintiff and be added to Exhibit "A."

III.

Upon information and belief, the Previously Identified Plaintiffs resided in the same type of housing unit manufactured by Gulf Stream Coach, Inc. as the other Plaintiffs who are named in the operative complaint.

IV.

Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiffs to the Amended Complaint for Damages against the same manufacturer (i.e. Gulf Stream Coach, Inc.).

V.

Previously Identified Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

  /s/ *Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:  (504) 581-7083

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 5th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          */s/ John Munoz*
                                                          JOHN MUNOZ, #9830