**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **This document is related to:** | * | |
| Cause No.: 09-8361; | * | |
| *Kasondra Musachhia, et al v.* | * | |
| *Crum & Forster Specialty Insurance* | * | |
| *Company, et al* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint of Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED on this _____ day of _____, 2011 in New

Orleans, Louisiana.

                              _____

                              KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE