IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER           *<br>            FORMALDEHYDE PRODUCTS  *<br>            LIABILITY LITIGATION         *<br>                                                           *<br>                                                           *<br>                                                           *<br>                                                           *<br>**This document is related to:**       *<br>Cause No.: 09-8399;                          *<br>*Johnny Weary, et al v.*                    *<br>*Skyline Corporation, et al*                *<br>                                                           * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE
<u>FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES</u>**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Cause No. 09-8399, to include the following Named Plaintiffs:

| |
|---|
| Penny Sheff |
| Joseph Ross, Jr. |
| Willie Brown, Jr., on behalf of Willie Brown V |

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he Court should feely give leave when justice so requires."

Plaintiffs were placed in the following placeholder "unmatched" suits until Plaintiffs could be matched to a manufacturer:

|   | Name | Originating Suit (EDLA Cause No.) |
|---|------|-----------------------------------|
| 1 | Penny Sheff | 10-0553 |
| 2 | Joseph Ross, Jr. | 10-0553 |
| 3 | Willie Brown, Jr., on behalf of Willie Brown V | 09-8011 |

Plaintiffs are now able to be matched to a housing unit manufactured by Skyline Corporation. This motion is solely intended to place the above-named Plaintiffs in the correct suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, the above-named Plaintiffs resided in the same type of housing unit that was supplied the Federal Emergency Management Agency and manufactured by Skyline Corporation as the existing Plaintiffs named in the Complaint for Damages.  Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and a trial date has not yet been scheduled.  To prevent the injustice of barring the above-named Plaintiffs from making their proper claims against the proper defendant, Plaintiffs seek to add the above-named Plaintiffs to an existing complaint and remove their names from their placeholder complaints. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

## CERTIFICATE OF SERVICE

I hereby certify that on January 5th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ John Munoz*
JOHN MUNOZ, #9830