IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER        FORMALDEHYDE PRODUCTS        LIABILITY LITIGATION | * * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT  MAGISTRATE CHASEZ |
| **This document is related to:** Cause No.: 09-8401; *Gregory Bradley, et al v.* *Heartland Recreational Vehicles, LLC, et al* | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint of Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED on this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE