**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER            *    MDL NO. 1873
       FORMALDEHYDE PRODUCTS    *
       LIABILITY LITIGATION       *    SECTION "N" (5)
                                     *
                                     *    JUDGE ENGELHARDT
                                     *    MAGISTRATE CHASEZ
                                     *
**This document is related to:**    *
Cause No.: 09-8389;                 *
*Yolanda Stubbs, et al v.*          *
*Stewart Park Homes, Inc., et al*    *
                                     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint of Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED on this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE