UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   ALL CASES | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, comes Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130, who requests that this Honorable Court allow her to withdraw as counsel in the matters listed in Exhibit "A" attached hereto. Hugh P. Lambert will continue as counsel of record.

Plaintiffs in the matters listed in Exhibit "A" further requests that this Court permit Candice C. Sirmon and Cayce C. Peterson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 to enroll and substitute as counsel for Plaintiffs in the matters listed in Exhibit "A."

This withdrawal and substitution will not delay the progress of this case.

Further, each signatory below has expressly agreed to the form and substance of this motion and the filing of this motion electronically with their electronic signatures.

Respectfully submitted,

/s/ Linda J. Nelson
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
lnelson@lamnel.com


/s/ Candice C. Sirmon
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
candices@lamnel.com


/s/ Cayce C. Peterson
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of January, 2011.

               _/s/ Linda J. Nelson_
               LINDA J. NELSON, ESQ. (LA Bar #9938)