UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N"(5) |
| THIS DOCUMENT RELATES TO:   ALL CASES | * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

| Case Caption: | USDC, EDLA Civil Action No.: |
|---|---|
| Angela Patterson vs. Dutchmen Manufacturing, Inc., et al. | 09-3832 |
| Anthony Bartel, et al. vs. Gulf Stream Coach, Inc., et al. | 09-3943 |
| Anthony Bartel, et al. vs. The United States of America through the Federal Emergency Management Agency | 09-6722 |
| Anthony Michael Lubrano vs. CMH Manufacturing, Inc., et al. | 09-4942 |
| Antoine Prince, Sr., et al. vs. Liberty Mutual Insurance Corp., et al. | 09-3922 |
| Bertha Chapman, et al. vs. Timberland RV Co., d/b/a Adventure Manufacturing, et al. | 09-5537 |
| Brenda Marie Price vs. Insurco, Ltd., et al. | 09-6209 |
| Bridget Scott on behalf of Nala Scott, et al. vs. Lakeside Park Homes, Inc., et al. | 09-4455 |
| Brion Scieneaux, et al. vs. Frontier RV, Inc., et al. | 09-4462 |
| Byron J. Veal, et al. vs. Crum & Forster Specialty Insurance Co., et al. | 09-5493 |
| Calvin J. Buras, et al. vs. Mitchell County Industries, LLC, et al. | 09-3629 |
| Charles Gurley, Jr. vs. KZRV, LP, et al. | 09-6309 |
| Chatman Johnson, III, et al. vs. Layton Homes Corp., et al. | 09-3558 |
| Curtis Coleman, Jr. vs. Forest River, Inc., et al. | 09-6307 |
| Curtis Coleman, Sr., et al. vs. American International Specialty Lines Insurance Co., et al. | 09-3851 |

| Case Caption: | USDC, EDLA Civil Action No.: |
|---|---|
| Damien Dillon, et al. vs. Forest River, Inc., et al. | 09-3557 |
| Diane Breuninger vs. Lexington Homes, Inc., et al. | 09-6207 |
| Dinah White Henderson vs. American International Group, Inc., et al. | 09-6210 |
| Dolores Joseph vs. Forest River, Inc., et al. | 09-4449 |
| Earle Bryant, III vs. Crum & Forster Specialty Insurance Co., et al. | 09-3867 |
| Edgar Davis, et al. vs. Gulf Stream Coach, Inc., et al. | 09-5495 |
| Ernestine Samuels vs. Lakeside Park Homes, Inc., et al. | 09-5622 |
| Gregory Brown vs. Crum & Forster Specialty Insurance Co., et al. | 09-3868 |
| Harvey Barnes on behalf of Gail Barnes vs. Dutchmen Manufacturing, Inc., et al. | 09-3764 |
| Hattie Merriell vs. Keystone RV Company, et al. | 09-4427 |
| Jay Ball vs. Frontier RV, Inc., et al. | 09-3745 |
| John Chapman, Jr., et al. vs. Forest River, Inc., et al. | 09-4426 |
| Joseph M. Pujol, et al. vs. Pilgrim International, Inc., et al. | 07-5709 |
| Joseph H. Turner vs. Crum & Forster Specialty Insurance Co., et al. | 09-5519 |
| Joseph Quezergue vs. Jayco, Inc., et al. | 09-3701 |
| Josephine Seaton vs. Recreation by Design, LLC, et al. | 09-3677 |
| Julie Bowser and Michael Vaughn on behalf of their minor child, Michael Bowser vs. Lakeside Park Homes, Inc., et al. | 09-6403 |
| Keisha Boyd, et al. vs. Forest River, Inc., et al. | 09-4265 |
| Keith Coleman, et al. vs. Forest River, Inc., et al. | 09-3480 |
| Kendra Cook, et al. vs. Jayco, Inc. a/k/a Bottom Line RV, et al. | 09-3603 |
| KeShuna Jones, et al. vs. American International Specialty Lines Insurance Co., et al. | 09-4126 |
| Latasha Jones-Dillon on behalf of Miljanee Cowley, et al. vs. Forest River, Inc., et al. | 09-5494 |
| Leonard Hargrove, et al. vs. Gulf Stream Coach, Inc., et al. | 09-4448 |
| Leslie Kujawa, et al. vs. Keystone RV Company, et al. | 09-3944 |

| Case Caption: | USDC, EDLA Civil Action No.: |
|---|---|
| Leslie Kujawa, et al. vs. The United States of America through the Federal Emergency Management Agency | 09-6721 |
| Lionel Fields vs. American International Specialty Lines Co., et al. | 09-6410 |
| Lorelei Augustine, et al. vs. Sunray RV, LLC, et al. | 09-3559 |
| Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al. | 09-3482 |
| Mary Alexander, et al. vs. Gulf Stream Coach, Inc., et al. | 09-3481 |
| Michael Vaughn vs. Lakeside Park Homes, Inc., et al. | 09-3747 |
| Montrelle Jackson Sinegar, et al. vs. Forest River, Inc., et al. | 09-2926 |
| Rayfield Shallowhorne, et al. vs. Lakeside Park Homes, Inc., et al. | 09-3746 |
| Robert James, Jr., et al. vs. FRH, Inc., f/k/a Hy-Line Enterprises, Inc., et al. | 09-3604 |
| Roy A. Mitchell vs. Fluor Enterprises, Inc., et al. | 09-6308 |
| Roy A. Mitchell, et al. vs. Gulf Stream Coach, Inc., et al. | 09-6311 |
| Ruth Carter, et al. vs. Gulf Stream Coach, Inc., et al. | 09-4438 |
| Tandra Evans, et al. vs. Timberland RV Co., d/b/a Adventure Manufacturing, et al. | 09-5536 |
| Tommie Brock vs. Gulf Stream Coach, Inc., et al. | 09-6310 |
| Valerie Hawkins, et al. vs. Gulf Stream Coach, Inc., et al. | 09-3503 |
| Van Lee Parker vs. Cavalier Home Builders, LLC, et al. | 09-6208 |
| Van Parker vs. Coachmen Industries, Inc., et al. | 09-3630 |
| Vedora Carson, et al. vs. American International Specialty Lines Insurance Co., et al. | 09-4496 |