**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   ALL CASES | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs listed in Exhibit "A," certifies that Liaison Counsel for Manufacturing Defendants, Contractor Defendants, Insurance Carrier Defendants, and Government Defendant have been contacted and do not object to the Motion to Withdraw and Substitute Counsel.

                                         Respectfully submitted,

                                         */s/ Linda J. Nelson*
                                         LINDA J. NELSON, ESQ. (LA Bar #9938)
                                         LAMBERT & NELSON, PLC
                                         701 Magazine Street
                                         New Orleans, Louisiana 70130
                                         Telephone: (504) 581-1750
                                         Facsimile: (504) 529-2931
                                         lnelson@lamnel.com

**CERTIFICATE OF SERVICE**

    I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of January, 2011.

                                           /s/ Linda J. Nelson
                                           LINDA J. NELSON, ESQ. (LA Bar #9938)