UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:

*Acklin, et al v. Alliance Homes, Inc., et al*
*No. 09-5343*

*Aaron, et al v. Alliance Homes, Inc., et al*
*No. 09-7167*

*Ball, et al v. Alliance Homes, Inc., et al*
*No. 09-6193*

*Grillier, et al v. Alliance Homes, Inc., et al*
*No. 09-5340*

*Burl, et al v. Alliance Homes, Inc., et al*
*No. 09-7940*

*Defelice, et al v. Alliance Homes, Inc., et al*
*No. 09-5341*

*Guillory, et al v. Gulf Stream Coach, Inc., et al*
*No. 09-6876*

*Danita v. CMH Manufacturing, Inc. et al*
*No. 10-2448*

*Lewis et al v. American International Group,*
*Inc. et al*
*No. 10-2463*

*Brown et al v. Forest River, Inc. et al*
*No. 09-5383*

*Abrahms et al v. Gulf Stream Coach, Inc. et al*
*No. 09-5392*

*Blount v. Gulf Stream Coach, Inc. et al*
*No. 09-6189*

*Carter et al v. Gulf Stream Coach, Inc. et al*
*No. 10-2426*

*Durand et al v. Lakeside Park Homes Inc et al*
*No. 09-5416*

*Banks et al v. Morgan Buildings & Spas, Inc.*
*et al*
*No. 09-5434*

*Green v. Southern Energy Homes, Inc. et al*
*No. 10-2418*

*Franklin et al v. Timberland RV Company et al*

JURY DEMANDED

*No. 09-8731*
*Johnson et al v. TL Industries, Inc. et al*
*No. 09-5359*

## <u>REQUEST FOR ORAL ARGUMENT</u>

NOW INTO COURT, through undersigned counsel, comes Certain Plaintiffs, namely

Becnel Law Firm, LLC  and Parker Waichman Alonso LLP clients, who respectfully represent

that considering the complexity of the "matching" process and the individualized circumstances

involved in that process, that oral argument will assist the Court's resolution of the pending joint

motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684) and the

Contractor (IA/TAC) defendants (Rec. Doc. No. 19080).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs request oral argument on the motions

which have been set for hearing on January 12, 2011 at 9:00 a.m. before United States District

Judge Kurt D. Engelhardt, Section "N" of this court.

Respectfully Submitted,

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland