**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Leonard Farve, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Gulf Stream Coach, Inc., et al | ) | |
| *Defendant* | ) | |

**IO-3410**

**SECT. N MAG. 5**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M Hill Constructors, Inc.
Through its agent for service of process:
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Casey L. Lott, Esq.
Langston & Lott, P.A.
P. O. Box 382
Booneville, MS  38829-0382

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Loretta G. Whyte

Date:    Oct 12 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CH2M Hill Constructors, Inc.
was received by me on *(date)* 12-1-2010 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* via certified mail on December 3, 2010
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ $7.17
0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-9-2010

Jamie Price
*Server's signature*

Jamie Price
*Printed name and title*

100 S. Main St.
Booneville, MS 38829
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.07 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.17 |

Postmark Here

Sent To CH2M Hill Constructors Inc.
Street, Apt. No.; or PO Box No. 5615 Corporate Blvd., Suite 400B
City, State, ZIP+4 Baton Rouge, LA 70809

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Constructors, Inc.
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Fenton Rutledge
☑ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
C. Fenton Rutledge

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEC 0 3 REC'D

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0780 0001 1090 0042

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540