AO 440 (Rev. 12/09) Summons in a Civil Action

**RETURN**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Amie Long, et al
_Plaintiff_

v.

River Birch Homes, Inc., et al
_Defendant_

Civil Action No. 10-3431

SECT. N MAG. 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* River Birch Homes, Inc. and/or River Birch Homes, LLC
Through its agent for service of process:
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Casey L. Lott, Esq.
  Langston & Lott, P.A.
  P. O. Box 382
  Booneville, MS 38829-0382

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Loretta G. Whyte

Date: Oct 12 2010

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Riverbirch Homes, LLC
was received by me on *(date)* 12-1-2010

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* via certified mail on December 7, 2010

                                                                $7.17
My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-21-2010

                                        *Jamie Price*
                                        Server's signature

                                        Jamie Price
                                        Printed name and title

                                        100 S. Main St.
                                        Booneville, MS 38829
                                        Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.17 |

Sent To: Delmo Payne
Street, Apt. No.; or PO Box No.: 5400 Bexar Ave. E.
City, State, ZIP+4: Hamilton, AL 35570

PS Form 3800, August 2006         See Reverse for Instructions

7010 0780 0001 1090 0905

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deniese Upton_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Deniese Upton
C. Date of Delivery: 12-7-10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 1090 0905

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540