UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION "N-5"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 07-7018*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT AND FOR LEAVE TO FILE
AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs in the Original "Unmatched" Complaint and for Leave to File Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Plaintiffs previously amended complaints in the above captioned matter to match the proper Plaintiffs with the proper defendants.  In order to simplify such matching, Plaintiffs request an order granting permission to file the attached Amended Complaint for Johnny Speer. [See Exhibit A].

                                        Respectfully submitted,
                                        **WILLIAMS LAW OFFICE, LLC**
                                        s/ L. Eric Williams, Jr.
                                        L. Eric Williams, Jr. (La. 26773)
                                        3000 W. Esplanade Ave., Suite 200
                                        Metairie, LA 70002
                                        Telephone (504) 832-9898
                                        Facsimilie (504) 832-1511
                                        eric@toxictortlaw.net
                                        Lead Counsel for Plaintiffs

## CERTIFICATE OF OPPOSITION/ NO OPPOSITION

Pursuant to Local Rule 7.4.1 Plaintiffs' counsel were unable to obtain consent from all parties having an interest to oppose. Therefore the Motion is opposed.

s/ L. Eric Williams
L. Eric Williams

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*s/ L. Eric Williams*
L. Eric Williams
