UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 07-7018*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" PALNTIFFS
AND FOR LEAVE TO FILE AMENDED COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, Robert Devlin, Luca Devlin, and Johnny Speer respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Plaintiffs in the Original Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Plaintiffs previously amended the complaint in the above captioned matter to match the proper Plaintiffs with the proper defendants. In order to simplify such matching, Plaintiffs request an order granting permission to file the attached Amended Complaint for Johnny Speer. [See Exhibit A].

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever and to file Amended Complaint for Johnny Speer.

Respectfully submitted,
**WILLIAMS LAW OFFICE, LLC**
s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. (La. 26773)
3000 W. Esplanade Ave., Suite 200
Metairie, LA 70002
Telephone (504) 832-9898
Facsimilie (504) 832-1511
eric@toxictortlaw.net
Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*s/ L. Eric Williams*
L. Eric Williams