UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 07-7018*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing: MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT AND FOR LEAVE TO FILE AMENDED COMPLAINT;

Plaintiffs' Motion to Sever claims of Johnny Speers is GRANTED;

Plaintiffs' Motion to File an Amended Complaint on behalf of Johnny Speers is GRANTED.

New Orleans, LA  on this _____ day of _____, 2011.

                          _____
                          District Judge