UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Robert Devlin, Luca Devlin, and Johnny Speer*
*E.D. La. Case No. 07-7018*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The foregoing: Motion To Sever "Matched" Plaintiffs From Original "Unmatched" Complaint And For Leave To File Amended Complaint, is set for hearing January 26, 2011 at 9:30 a.m.