UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 1873  
SECTION N MAG. 5

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Abadie, et al v. Gulf Stream Coach, Inc., et al No. 09-5397*

JURY DEMANDED

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this \_\_6th\_\_ day of \_\_\_\_\_January\_\_\_\_\_, 20\_11\_\_ in New Orleans, Louisiana.

_____  
KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE