# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 2, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Cavalier Home Builders, LLC
The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109

RE:     Service for Chris Baquet, et al. v. Cavalier Home Builders, LLC, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7854, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Cavalier Home Builders, LLC. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



SENDER: COMPLETE THIS SECTION

- Comp
  Item
- Print
  so th
- Attac
  or on

CORP000*  361092003 1310 16 11/05/10
NOTIFY SENDER OF NEW ADDRESS
:THE CORPORATION COMPANY
2 N JACKSON ST STE 605
MONTGOMERY AL 36104-

COMPLETE THIS SECTION ON DELIVERY

Signature
☐ Agent
☐ Addressee

:e of Delivery
8/10

☐ Yes
☐ No

1. Article

Cavalier Home Builders, LLC
The Corporation Company
2000 Interstate Pk Dr.
Suite 204
Montgomery, AL 36109
ID#1325

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7010 1670 0000 7915 9728

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| Chris Baquet, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7854 |
| Cavalier Home Builders, LLC | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Cavalier Home Builders, LLC
The Corporation Company
2000 Interstate Pk Dr. Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 15 2010

B. Gregory
Deputy clerk's Signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Cavalier Home Builders, LLC by:

(1) personally delivering a copy of each to the individual at this place, _____ _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) Certified mail return receipt requested #70101670000079159728, Sent 11/2/2010, Received 11/8/2010. Registered Agent: The Corporation Company 2000 Interstate Pk Dr. Suite 204 Montgomery, AL 36109

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 12/1/2010

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address