UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 10-4123, 10-4117,
10-4124, 10-4121, 10-4122

## ORDER

Motions to Enroll Additional Counsel of Record have been filed referencing the above-listed member cases. Accordingly,

**IT IS ORDERED** that the **Motions to Enrol Additional Counsel of Record (Rec. Docs. 19170, 19179, 19180, 19182, 19184)** are **GRANTED**. Jack W. Harang is hereby enrolled as additional counsel of record for Plaintiffs in the above-listed member cases.

**IT IS FURTHER ORDERED** that any similar filings/motions made in the future should be made in **_ONE_** motion and should reference the applicable member cases in the caption of that motion.

New Orleans, Louisiana, this 5th day of January, 2011.

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**