## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
 Bastoe v. Dutchmen Manufacturing, Inc, et al, No. 10-3716

---

*ORDER*

---

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted leave

of Court to file the amended complaint for damages to correctly identify Dutchmen

Manufacturing, Inc. as the manufacturing defendant.

Signed this ___5th___ day of ___January___, 20_11_ in New Orleans, Louisiana.

          **JUDGE**