UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the oral argument on the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor Defendants (Rec. Doc. No. 19080) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707), currently set for January 12, 2011, is **CONTINUED** to **Friday, January 21, 2011, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that **Unopposed Motion to Continue Hearings on Joint Motions to Dismiss Claims For failure to Comply with Order and reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19215)** is **GRANTED only to the extent that** such motions will be heard with oral argument on **Friday, January 21, 2011, at 9:00 a.m.**

New Orleans, Louisiana, this 7th day of January, 2011.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**