UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Sonya Andrews, et al v. Sun Valley, Inc., et al* Docket No. 09-5659 (Sonya Andrews) | * * | MAG. JUDGE: CHASEZ |

*******************************************************************

## ORDER

Considering the Unopposed Ex Parte Motion to Sever Claims of Bellwether Plaintiff filed by defendant, Sun Valley, Inc.,

**IT IS ORDERED** that the claims of the plaintiff, Sonya Andrews, asserted against the defendants in the above-captioned litigation, are hereby severed from the claims of the other plaintiffs in that action, and, that Ms. Andrews' claims shall be tried separately.

**IT IS FURTHER ORDERED** that the jury trial rights of the parties in the above-captioned litigation, are hereby preserved and shall not be affected by this Order.

New Orleans, Louisiana, this 6th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE