# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 2, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Gibraltor Insurance Co
Jerry Saporito
Leake & Andersson, L.L.P. 1100 Pydras Street Suite 1700
New Orleans, LA 70163

RE: Service for Shirley Acker, as Next Friend of C.A, a minor, et al. v. Fleetwood Enterprises, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7828, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Gibraltor Insurance Co. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Beverly B. Williams
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
Fema Service    11-4-10

1. Article Addressed to:
   Gibraltor Insurance Co
   Jerry Saporito
   Leake & Andersson, L.L.P.
   1100 Poydras Street Suite 1700
   New Orleans, LA 70163
   ID#1330

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 7915 9919

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

Shirley Acker, as Next Friend of C.A, a minor, et al.
)
Plaintiff )
v. ) Civil Action No. 09-7828
Fleetwood Enterprises, Inc. )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gibraltor Insurance Co
Jerry Saporito
Leake & Andersson, L.L.P. 1100 Pydras Street Suite 1700
New Orleans, LA 70163

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Oct 15 2010__    B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Gibraltor Insurance Co</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #701016700000079159919, Sent 11/2/2010, Received 11/4/2010.  Registered Agent:  Jerry Saporito Leake & Andersson, L.L.P. 1100 Pydras Street Suite 1700 New Orleans, LA 70163</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 12/1/2010

                                                                    */s/ Wynter Lee*
                                                                     Server's signature

                                         Wynter Lee - Mass Tort Coordinator
                                                    Printed name and title

                                         2506 N. Port Ave. Corpus Christi, TX 78401
                                                      Server's address