UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-5
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

**This Document Relates to:**

*Ausbrooks v. Forest River, Inc, et al*; *Early v.Gulf Stream, et al*; *Price v.Jayco, Inc, et al.*; *Clementin v. Keystone RV, et al.*; *Williams v. KZRV, LP, et al.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA'S RESPONSE TO
"DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EXPERT
TESTIMONY OF PAUL HEWETT, PH.D." (Doc. Rec. 18283)

Defendant United States of America hereby adopts and joins in "Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, PH.D." (Doc. Rec. 18283). The Court should grant that Motion for all the reasons set forth in the Defendants' Memorandum and Exhibits filed in support thereof.

Dated: January 10, 2011.

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

OF COUNSEL:

JANICE WILLIAMS-JONES
Senior Trial Attorney

Respectfully Submitted,

ADAM BAIN
Senior Trial Counsel

MICHELLE BOYLE
ADAM DINNELL
JONATHAN WALDRON
Trial Attorneys

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch

| | |
|---|---|
| Federal Emergency Management Agency | P.O. Box 340, Ben Franklin Station |
| Department of Homeland Security | Washington, D.C. 20004 |
| Washington, D.C. 20472 | Telephone No: (202) 616-4223 |
| | E-mail: Henry.Miller@USDOJ.Gov |

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2010, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                      *//S// Henry T. Miller*
                                      HENRY T. MILLER (D.C. Bar No. 411885)