# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Keystone RV Company
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

RE:   Service for Chanta Burks, as Next Friend of K.B, a minor, et al. v. Keystone RV
      Company, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009
in Cause No. 09-7792, in the USDC Eastern District of Louisiana.  This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Keystone RV Company. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Chanta Burks, as Next Friend of K.B, a minor, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7792 |
| Keystone RV Company | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Keystone RV Company
David G. Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Oct 15 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

 **UNITED STATES POSTAL SERVICE**

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0003 1092 1917**
Service(s): **Certified Mail ™**
Status: **Delivered**

Your item was delivered at 7:47 am on November 10, 2010 in GOSHEN,
IN 46527.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:

• **Delivered, November 10, 2010, 7:47 am, GOSHEN, IN 46527**
• **Notice Left, November 10, 2010, 7:31 am, GOSHEN, IN 46527**
• **Undeliverable as Addressed, November 04, 2010, 8:31 am, GOSHEN, IN 46526**
• **Arrival at Unit, November 04, 2010, 7:23 am, GOSHEN, IN 46526**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Keystone RV Company</u> by:

(1) personally delivering a copy of each to the individual at this place, _____ _____ _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000310921917, Sent 11/2/2010,</u> <u>Received 11/10/2010.  Registered Agent:  David G. Thomas 2642 Hackberry Drive  Goshen, IN 46526</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____ .

Date: <u>12/1/2010</u>

_____
Server's signature

_____
Wynter Lee - Mass Tort Coordinator
Printed name and title

_____
2506 N. Port Ave. Corpus Christi, TX 78401
Server's address