# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

800.994.0019 toll free  2506 N. Port Avenue  Mikal C. Watts, P.C.
info@fematrailerlitigation.com  Corpus Christi, TX 78401  Robert Hilliard, L.L.P.

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE:    Service for Janice Currie, et al. v. Pilgrim International, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7909, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Shaw Environmental, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures





AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| Janice Currie, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7909 |
| Pilgrim International, Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Shaw Environmental, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  Loretta G. Whyte
                                                  Name of clerk of court

Date: ~~Oct 15 2010~~                                 *Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Shaw Environmental, Inc</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000004088193, Sent 11/2/2010, Received 11/10/2010. Registered Agent: C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>12/1/2010</u>

*Wynter Lee* (signature)

Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address