UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT PERTAINS TO CIVIL CASE NUMBERS: 09-7122, 09-7801, 10-1307, 10-1311, 09-4727, 09-4725, 09-4428, 09-4429 | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' OPPOSITION TO MANUFACTURING DEFENDANTS JOINT MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

**NOW INTO COURT**, come Plaintiffs in the above civil case nos., represented by Watts Hilliard, L.L.C., who respectfully file this their Opposition to Manufacturing Defendants Joint Motion to Dismiss for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

In Exhibit A, of Defendants' Motion to Dismiss, Defendants erroneously listed the following civil case numbers as warranting dismissal because of their unmatched status:

(1) Case No. 09-7122   Shabree Page, et. al. vs. CMH Manufacturing, Inc., et. al.

(2) Case No. 09-7801   Nicole Couvillion, ANF of T. C., et. al. vs. Cavalier Home Builders, LLC, et. al.

(3) Case No. 10-1307   Stephen Ratcliff, et. al. vs. CMH Manufacturing, Inc., et. al.

(4) Case No. 10-1311   Acquanette German, et. al. vs. Sun Valley, Inc., et. al.

(5) Case No. 09-4727   Earl Ralleigh, et. al. vs. Monaco Coach Corporation, et. al.

(6) Case No. 09-4428   Kathy Towe and Anthony Towe, Sr., Individually and As Next Friends and Relatives on Behalf of A. T., Jr., A Minor v. Redman

1



EXHIBIT A

Homes, Inc.

(7) Case No. 09-4429 Kathy Towe, Individually and as Next Friend and Relative, on Behalf of D. H., A Minor v. Redman Homes, Inc.

(8) Case No. 09-4725 Joseph v. Gulf Stream Coach, Inc. al.[1]

These eight complaints were properly matched pursuant to Court Order, which is further evidenced by issuance of summons in all eight complaints. As this Court is aware, it is the strict policy of the Court's clerk to only issue summonses on matched complaints. Accordingly, because Defendants wrongfully seek to dismiss Plaintiffs' properly matched complaints, Plaintiffs respectfully oppose Defendants' motion to dismiss.

Respectfully submitted,

/s/ Mikal C. Watts
_____

**MIKAL C. WATTS**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647

---

[1] Defendants' incorrectly list the case-style for this civil case no. The proper case-style for civil case no. 09-4725 is "Neva Martin, et. al. vs. Lakeside Park Homes, Inc., et. al." Perhaps Defendants transposed the numbers "7" and "4" because civil case no. 09-7425 is unmatched, and undersigned counsel has properly moved for dismissal of that case.

ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 5th day of January, 2011.

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**