UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   ALL CASES | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the matters listed in Exhibit "A" and that Candice C. Sirmon and Cayce C. Peterson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 are allowed to enroll and substitute as counsel for Plaintiffs in the matters listed in Exhibit "A."

Thus done and signed this 7th day of January, 2011 in New Orleans, Louisiana.

HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE