# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free        2506 N. Port Avenue        Mikal C. Watts, P.C.
info@fematrailerlitigation.com        Corpus Christi, TX 78401        Robert Hilliard, L.L.P.

November 2, 2010

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

RE:     Service for Jeanell Barnes, et al. v. Lakeside Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009
in Cause No. 09-7842, in the USDC Eastern District of Louisiana. This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your
signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

ID#1342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]    ☐ Agent
                 ☑ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

FEMA SERVICE

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7010 1870 0002 7315 9607

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Jeanell Barnes, et al. | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. 09-7842 |
| Lakeside Park Homes, Inc. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Date:    **Oct 15 2010**

*B. Gregory*

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u>
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70101870000273159607, Sent 11/2/2010,</u>
<u>Received 11/5/2010.  Registered Agent:  C T Corporation System 311 S. Division St.  Carson City, NV</u>
<u>89703-4202</u>


My fees are $_____ for travel and $ _____ for services, for a total of $_____.


Date:  <u>12/1/2010</u>

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
_____
Printed name and title


2506 N. Port Ave. Corpus Christi, TX 78401
_____
Server's address