UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. 09-8384, 09-8359, 09-8391, 09-8403, 09-8388, 09-8374, 09-8407, 09-8372, 09-8379, 09-7660, 09-8366, 09-8405, 09-8361, 09-8399, 09-8401, 09-8375, 09-8392, 09-8390, 09-8370, 09-8371, 09-8406, 09-8389, 09-8394

## ORDER

Motions for Leave to File Amended Complaints have been filed referencing the above-listed member cases. Accordingly,

**IT IS ORDERED** that the **Motions to Amend/Correct Complaints (Rec. Docs. 19216, 19217, 19218, 19219, 19220, 19221, 19222, 19223, 19224, 19225, 19226, 19227, 19228, 19229, 19230, 19231, 19232, 19233, 19234, 19235, 19236, 19237, 19238)** are **GRANTED**.

New Orleans, Louisiana, this 6th day of January, 2011.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**