UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                   **MDL NO. 07-1873**
       **FORMALDEHYDE PRODUCTS**
       **LIABILITY LITIGATION**

**THIS DOCUMENT PERTAINS TO**        **SECTION "N" (5)**
Joyce Winston, et al v.
SunnyBrook RV, Inc., et al
Member Case No. 09-8622

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Joyce Winston, Michelle Horne and Ruben Horne, in the above-captioned matter, who respectfully move this Honorable Court to dismiss all of the claims asserted in the above-captioned case against SunnyBrook RV, Inc., as the same claims of the above plaintiffs were filed in separate lawsuits and are duplicative. Michelle and Ruben Horne are plaintiffs in Civil Action No. 09-8679 and Joyce Winston is a plaintiff in Civil Action No. 09-8620.

**WHEREFORE**, plaintiffs pray that this Court dismiss all of the claims asserted in the above-captioned case against SunnyBrook RV, Inc., without prejudice and with each party to bear their own costs.

Respectfully submitted,

**THE LAW OFFICES OF FRANK J. D'AMICO, JR.**

By: /s/ Frank J. D'Amico, Jr.
**FRANK J. D'AMICO, JR., TA (#17519)**
4731 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 525-7272
Facsimile (504) 525-9522
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to PSC Joseph M. Bruno, Esq., Bruno & Bruno, LLP, jbruno@brunobrunolaw.com and, Manufacturers and Contractors' Liaison Counsel by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants this _____ day of January, 2011.

/s/ Frank J. D'Amico, Jr.
**FRANK J. D'AMICO, JR., TA (#17519)**

2