# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Lexington Insurance Company
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

RE:  Service for Stefanie Adkison, et al. v. R-Vision, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7814, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Lexington Insurance Company. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lexington Insurance Company
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

ID#1351

2. Article Number (Transfer from service label)
7010 1670 0000 7915 5560

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kiyana Patton_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)  Kiyana Patton
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEMA SERVICE

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| Stefanie Adkison, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-7814 |
| R-Vision, Inc. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lexington Insurance Company
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Oct 15 2010__

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Lexington Insurance Company</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70101670000079155560, Sent 11/2/2010, Received 11/5/2010. Registered Agent: Louisiana Secretary of State 8585 Archives Avenue Baton Rouge, LA 70809</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>12/1/2010</u>

_____
Server's signature

<u>Wynter Lee - Mass Tort Coordinator</u>
Printed name and title

<u>2506 N. Port Ave. Corpus Christi, TX 78401</u>
Server's address