IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| This document is related to:<br>Cause No.: 09-8401;<br>*Gregory Bradley, et al v.*<br>*Heartland Recreational Vehicles, LLC, et al*<br>*, et al* | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 28, 2009:

I.

This First Supplemental and Amending Complaint for Damages names Sheila Riculfy, as representative of the estate of Iarion Riculfy, as a previously identified Plaintiff in the above captioned matter.

II.

Consistent with the above, all Plaintiffs request Sheila Riculfy, as representative of the estate of Iarion Riculfy, be identified as an additional Plaintiff and be added to Exhibit "A."

III.

Upon information and belief, the deceased, Iarion Riculfy, resided in the same type of housing unit manufactured by Heartland Recreational Vehicles, LLC as the other Plaintiffs who are named in the operative complaint.

IV.

Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add Sheila Riculfy, as representative of the estate of Iarion Riculfy, to the Amended Complaint for Damages against the same manufacturer (i.e. Heartland Recreational Vehicles, LLC).

V.

Sheila Riculfy, as representative of the estate of Iarion Riculfy, adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

  /s/ Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

  /s/ John Munoz
JOHN MUNOZ, #9830