# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

RE: Service for Margaret Calogero, as Next Friend of M.A, a minor, et al. v. Waverlee Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7813, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Margaret Calogero, as Next Friend of M.A, a minor, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-7813 |
| Waverlee Homes, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 15 2010

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7010 1670 0000 7915 5720**
Expected Delivery Date: **November 4, 2010**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
      **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:48 am on November 04, 2010 in CARSON CITY, NV 89703.

Detailed Results:

- **Delivered, November 04, 2010, 11:48 am, CARSON CITY, NV 89703**
- **Arrival at Unit, November 04, 2010, 7:42 am, CARSON CITY, NV 89701**
- **Acceptance, November 02, 2010, 11:31 am, CORPUS CHRISTI, TX 78469**

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70101670000079155720, Sent 11/2/2010, Received 11/4/2010.  Registered Agent:  C T Corporation System 311 S. Division St. Carson City, NV 89703-4202</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 12/1/2010

_____
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address