## EXHIBIT "A"

| # | Name | Case | Number |
|---|---|---|---|
| 1. | George Basile, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 2. | Doyle Dardar, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 3. | Doris Dardar | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 4. | Jimmy Mixon, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 5. | Clyde Ory, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 6. | Joseph Perniciaro | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 7. | Gayle Perniciaro | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 8. | Michelle Regnier | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 9. | Zachery Basile | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 10. | Stephanie Landry | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 11. | Edward Bergeron | Bergeron v. Fluor Enterprises, Inc., et al | 09-6585 |
| 12. | Elma Bernard | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 13. | Charlene Bertacci | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 14. | Lee Eric Boe | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 15. | Clemel Brock | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 16. | Vernie Brock | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 17. | John E. Burns, III | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 18. | Lori A. Burns | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 19. | Victoria Burns | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 20. | Jeanne Cowart | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 21. | Joseph Gilmore, Jr. | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 22. | Rhyan Gilmore | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 23. | Samuel Harding, III | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 24. | Carolyn Harding | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 25. | Willard Hooter | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 26. | Cheryl Keller | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 27. | Carolyn Lindsey | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 28. | Clifton Melerine, Jr. | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 29. | Jewel Melerine | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 30. | John Nemeth | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 31. | Wayne Noel | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 32. | Lawrence Offner, III | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 33. | Carla Offner | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 34. | Jessica Offner | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 35. | Lawrence Offner, IV | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 36. | Kiara Osbey | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 37. | Robert Pourciau | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 38. | Julie Pourciau | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 39. | Nicole Pourciau | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 40. | Natalie Pourciau | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |

| # | Name | Case | Number |
|---|------|------|--------|
| 41 | Gayle Schmitt | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 42 | Frederick Schmitt | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 43 | Eulice St. Pe' | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 44 | Charlene Bertacci | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 45 | Louis Bostian, Jr. | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 46 | Bonita Bostian | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 47 | Titus Harris | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 48 | Karen Lewis | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 49 | Josie Bourgeois | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 50 | Kevin Bourgeois | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 51 | Ashley Bridges | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 52 | Chad Bridges | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 53 | Jermaine Bridges | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 54 | Janice Bridges-Wagner | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 55 | John Wagner, Jr. | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 56 | Mark Douglas | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 57 | Patricia Douglas | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 58 | Ivy Steiner | Bridges, et al v. Keystone RV Company, et al | 09-4773 |
| 59 | Ora Brock | Brock, et al v. Recreation By Design, et al | 09-5847 |
| 60 | Lionel Brock | Brock, et al v. Recreation By Design, et al | 09-5847 |
| 61 | Delloyd Burke, III | Burke, et al v. Forest River, Inc., et al | 09-0677 |
| 62 | Delloyd Burke, IV | Burke, et al v. Forest River, Inc., et al | 09-0677 |
| 63 | Dianne Burke | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 64 | Tyrone Burker | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 65 | Joseph Klein | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 66 | Mary Ann Klein | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 67 | Mathilda Gilmore | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 68 | Victoria Leonard | Burke, et al v. Gulfstream Coach, Inc., et al | 09-4772 |
| 69 | John E. Burns, III | Burns, et al v. Coachmen Industries, Inc., et al | MDLA 09-681 |
| 70 | Lori A. Burns | Burns, et al v. Coachmen Industries, Inc., et al | MDLA 09-681 |
| 71 | Victoria Burns | Burns, et al v. Coachmen Industries, Inc., et al | MDLA 09-681 |
| 72 | Karin Burns | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 73 | Delloyd Burke, III | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 74 | Delloyd Burke, IV | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 75 | Antoine Davis, Sr. | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 76 | Lisa Davis | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 77 | Antoine Davis, Jr. | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 78 | Brandon Davis | Burns, et al v. Gulfstream Coach, Inc., et al | MDLA 09-680 |
| 79 | Karin Burns | Burns, et al v. Cavalier Home Builders, LLC, et al | 09-4765 |
| 80 | Karin Lewis | Burns, et al v. Cavalier Home Builders, LLC, et al | 09-4765 |
| 81 | Jeremy Chimento | Chimento, et al v. Allaince Homes, Inc., et al | 09-4771 |
| 82 | Tabitha Chimento | Chimento, et al v. Allaince Homes, Inc., et al | 09-4771 |

| # | Name | Case | Number |
|---|---|---|---|
| 83. | Cole Chimento | Chimento, et al v. Allaince Homes, Inc., et al | 09-4771 |
| 84. | Donald Collins, Sr. | Collins, et al v. Recreation By Design, et al | 09-4769 |
| 85. | Donald Collins, Jr. | Collins, et al v. Recreation By Design, et al | 09-4769 |
| 86. | Lisa Collins | Collins, et al v. Recreation By Design, et al | 09-4769 |
| 87. | Bobby Crane | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 88. | Linda Crane | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 89. | Lauren Standeford | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 90. | Bobby Crane | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 91. | Linda Crane | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 92. | Lauren Standeford | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 93. | Frank Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 94. | Vanessa Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 95. | Madeline Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 96. | Chad Cowart | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 97. | Pamela Duplantier | Duplantier v. Starcraft RV, Inc., et al | 09-6283 |
| 98. | Anthony Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 99. | Stacy Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 100. | Alyssa Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 101. | Anthony edenfield, Jr. | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 102. | Edward mixon, III | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 103. | John Herring | Herring v. American International Specialty Lines, et al | 09-4760 |
| 104. | Angelique Jett | Jett v. Sentry Insurance Co., et al | 09-4767 |
| 105. | Anette Johnson | Johnson v. Skyline Corporation, et al | 09-4766 |
| 106. | Joseph Klein | Klein, et al v. Gulfstream Coach, Inc., et al | 09-6217 |
| 107. | Mary Ann Klein | Klein, et al v. Gulfstream Coach, Inc., et al | 09-6217 |
| 108. | Karen Lewis | Lewis v. KZRV, et al | 09-4764 |
| 109. | Stacy Lovell | Lovell, et al v. American Int'l Specialty Lines, et al | 09-4763 |
| 110. | Joseph Winters | Lovell, et al v. American Int'l Specialty Lines, et al | 09-4763 |
| 111. | Jeffrey Rusk | Lovell, et al v. American Int'l Specialty Lines, et al | 09-4763 |
| 112. | Crystal Winters | Lovell, et al v. American Int'l Specialty Lines, et al | 09-4763 |
| 113. | Clyde Ory, Jr. | Ory v. Gulfstream Coach, Inc. et al | 09-6224 |
| 114. | Kay Perera | Perera v. Alliance Homes, Inc., et al | 09-6281 |
| 115. | Kay Perera | Perera v. Stewart Park Homes, Inc., et al | 09-6282 |
| 116. | Gayle Shcmitt | Schmitt, et al v. American Int'l Specialty Lines, et al | 09-4761 |
| 117. | Frederick Schmitt | Schmitt, et al v. American Int'l Specialty Lines, et al | 09-4761 |
| 118. | Elma Bernard | Schmitt, et al v. American Int'l Specialty Lines, et al | 09-4761 |
| 119. | Eulice St. Pe' | Schmitt, et al v. American Int'l Specialty Lines, et al | 09-4761 |
| 120. | Joseph Gilmore, Sr. | Gilmore, et al v. Cavalier Home Builders, LLC, et al | 09-6586 |
| 121. | Mathilda Gilmore | Gilmore, et al v. Cavalier Home Builders, LLC, et al | 09-6586 |
| 122. | Joseph Gilmore, Sr. | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 123. | Mathilda Gilmore | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 124. | Nicholas Lalla, II | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |

| | | |
|---|---|---|
| 125. Lauren Lalla | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 126. Lexie Lalla | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 127. Nicholas Lalla, III | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 128. Joseph Gilmore, Sr. | Gilmore, et al v. Forest River, Inc., et al | 09-6588 |
| 129. Mathilda Gilmore | Gilmore, et al v. Forest River, Inc., et al | 09-6588 |
| 130. Yvette Tuminello | Tuminello v. Gulfstream Ciach, Inc., et al | 09-6376 |
| 131. Yvonne Weaver | Weaver v. Fluor enterprises, Inc., et al | 09-6275 |