UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:09-cv-04762 | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER "MATCHED" PLAINTIFFS

## FROM ORIGINAL "UNMATCHED" COMPLAINT

**NOW INTO COURT**, through undersigned counsel come certain plaintiffs listed below, who respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Order 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflect such matching, Plaintiffs have filed Amended Complaints with the civil action numbers listed in Exhibit "A".

Respectfully Submitted:

s/Jonathan B. Andry
Jonathan B. Andry (LA Bar No. 20081)
The Andry Law Group
610 Baronne Street
New Orleans, LA 70113
504-586-8899
504-586-8933 Facsimile

### CERTIFICATE

I hereby certify that on the 10th day of January 2011, a copy of the foregoing *Motion to Sever "Mathced" Plaintiffs from Original Unmatched Complaint* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry
JONATHAN B. ANDRY