UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:09-cv-04762 | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs, listed in Exhibit "A", respectfully request this Honorable Couret grant their
Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to
Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in PreTrial
Order 40 (Doc. 1781) and 68 (Doc. 14779).  Previously unmatched Plaintiffs in the above
captioned matter have now been matched to the proper defendants, and to reflet such matching
Plaintiffs have filed Amended Complaints with the civil action numbers, which are listed in
Exhibit "A".

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by PreTrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully Submitted:

s/Jonathan B. Andry

Jonathan B. Andry (LA Bar No. 20081)<br>
The Andry Law Group<br>
610 Baronne Street<br>
New Orleans, LA 70113<br>
504-586-8899<br>
504-586-8933 Facsimile

**CERTIFICATE**

I hereby certify that on the 10th day of January 2011, a copy of the foregoing *Memorandum in Support of Unopposed Motion To Continue Hearings On Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry

JONATHAN B. ANDRY