## EXHIBIT "A"

| # | Name | Case | Number |
|---|---|---|---|
| 1. | George Basile, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 2. | Doyle Dardar, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 3. | Doris Dardar | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 4. | Jimmy Mixon, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 5. | Clyde Ory, Jr. | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 6. | Joseph Perniciaro | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 7. | Gayle Perniciaro | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 8. | Michelle Regnier | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 9. | Zachery Basile | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 10. | Stephanie Landry | Basile, et al v. Fluor Enterprises, Inc., et al | 09-6276 |
| 11. | Edward Bergeron | Bergeron v. Fluor Enterprises, Inc., et al | 09-6585 |
| 12. | Charlene Bertacci | Bernard, et al v. Gulfstream Coach, Inc., et al | 09-4768 |
| 13. | Charlene Bertacci | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 14. | Louis Bostian, Jr. | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 15. | Bonita Bostian | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 16. | Titus Harris | Bertacci, et al v. Fluor Enterprises, Inc., et al | 09-6274 |
| 17. | Karen Lewis | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 18. | Josie Bourgeois | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 19. | Kevin Bourgeois | Bourgeois, et al v. KZRV, et al | 09-6277 |
| 20. | Bobby Crane | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 21. | Linda Crane | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 22. | Lauren Standeford | Crane, et al v. Stewart Park Homes, Inc. et al | 09-4770 |
| 23. | Bobby Crane | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 24. | Linda Crane | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 25. | Lauren Standeford | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 26. | Frank Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 27. | Vanessa Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 28. | Madeline Bertrand | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 29. | Chad Cowart | Crane, et al v. Jayco, Inc., et al | 09-6280 |
| 30. | Pamela Duplantier | Duplantier v. Starcraft RV, Inc., et al | 09-6283 |
| 31. | Anthony Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 32. | Stacy Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 33. | Alyssa Edenfield | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 34. | Anthony Edenfield, Jr. | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 35. | Edward Mixon, III | Edenfield, et al v. Thor Industries, Inc., et al | 09-6279 |
| 36. | Karen Lewis | Lewis v. KZRV, et al | 09-4764 |
| 37. | Clyde Ory, Jr. | Ory v. Gulfstream Coach, Inc. et al | 09-6224 |
| 38. | Kay Perera | Perera v. Alliance Homes, Inc., et al | 09-6281 |
| 39. | Kay Perera | Perera v. Stewart Park Homes, Inc., et al | 09-6282 |
| 40. | Joseph Gilmore, Sr. | Gilmore, et al v. Cavalier Home Builders, LLC, et al | 09-6586 |

| # | Name | Case | Number |
|---|---|---|---|
| 41. | Mathilda Gilmore | Gilmore, et al v. Cavalier Home Builders, LLC, et al | 09-6586 |
| 42. | Joseph Gilmore, Sr. | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 43. | Mathilda Gilmore | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 44. | Nicholas Lalla, II | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 45. | Lauren Lalla | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 46. | Lexie Lalla | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 47. | Nicholas Lalla, III | Gilmore, et al v. Gulfstream Coach, Inc., et al | 09-6587 |
| 48. | Joseph Gilmore, Sr. | Gilmore, et al v. Forest River, Inc., et al | 09-6588 |
| 49. | Mathilda Gilmore | Gilmore, et al v. Forest River, Inc., et al | 09-6588 |
| 50. | Yvette Tuminello | Tuminello v. Gulfstream Ciach, Inc., et al | 09-6376 |
| 51. | Yvonne Weaver | Weaver v. Fluor enterprises, Inc., et al | 09-6275 |