# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free  
info@fematrailerlitigation.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

October 7, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929

RE: Service for Sanchez Bass, et al. v. CMH Manufacturing, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7960, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CMH Manufacturing, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: Chicka Fry<br>X  OCT 12 2010<br>□ Agent<br>☑ Addressee | |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>CMH Manufacturing, Inc.<br>C T Corporation System<br>800 Gay Street<br>Ste 2021<br>Knoxville, TX 37929<br>ID#1371 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br><br>FEMA SERVICE | |
| | 3. Service Type<br>☑ Certified Mail   □ Express Mail<br>□ Registered   ☑ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | □ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0003 6237 2835 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Sanchez Bass, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-7960 |
| CMH Manufacturing, Inc. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CMH Manufacturing, Inc.
C T Corporation System
800 Gay Street Ste. 2021
Knoxville, TX 37929


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   **Oct 01 2010**

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CMH Manufacturing, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #7010002900000362372835, Sent 10/7/2010, Received 10/12/2010. Registered Agent: C T Corporation System 800 Gay Street Ste. 2021 Knoxville, TX 37929</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>12/1/2010</u>

*Wynter Lee* (signature)

Server's signature

Wynter Lee - Mass Tort Coordinator

Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401

Server's address