## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *William Polk v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8709* | * | |

**************************************************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the sole plaintiff in this suit, *William Polk,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of William Polk, sole plaintiff in *William Polk v. Crum & Forster Specialty Ins. Co., et al,* No. 09-8709, with prejudice for his failure to comply with Pre-Trial Order No. 32.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted: |
| I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF") SYSTEM ON THIS  10TH  DAY OF  JANUARY  , 2011. | ___/s Eric B. Berger_____<br>SIDNEY J. ANGELLE, #1002<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br>ANGELLE & NADER<br>400 POYDRAS STREET, SUITE 2300<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292   FAX (504) 586-1290 |
| ___/s Eric B. Berger____ | |