```
      *******************************
      ***   MULTI TX/RX REPORT    ***
      *******************************

   TX/RX NO            3975
   PGS.                2
   TX/RX INCOMPLETE
                       -----
   TRANSACTION OK
                       (1)   159854#919855366445
                       (2)   98373119
                       (3)   95289973
                       (4)   159854#912252483080
   ERROR INFORMATION
                       -----
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 9, 2010

**Via Fax**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

Re: *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency* (09-8709)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854


EXHIBIT 1

Dear Daniel:

We are writing in reference the lawsuit captioned above, *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill*

## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 9, 2010

**Via Fax**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

Re: *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency* (09-8709)
c/w
In Re: FEMA Trailer Formaldehyde Products Liability Litigation
(07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Daniel:

We are writing in reference the lawsuit captioned above, <u>William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency.</u> One of the plaintiffs in this matter is <u>William Polk.</u> To date we are unaware of Mr. Polk filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Mr. Polk's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

As Section F of Pre-Trial Order No. 32 further states:

Daniel Becnel, Jr.
FEMA 9854
September 9, 2010
Page 2 of 2

> "Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."

As Mr. Polk is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 23rd day of September, 2010 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Mr. William Polk.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Andrew Weinstock        (via fax: 837-3119)
     Gerald Meunier          (via fax: 528-9973)
     Ryan Johnson            (via fax: 225-248-3080)

# BECNEL LAW FIRM, L.L.C.

DANIEL E. BECNEL, JR.*  
DANIEL E. BECNEL, III  
DARRYL J. BECNEL  
MATTHEW B. MORELAND  
KEVIN P. KLIBERT  
SALVADORE CHRISTINA, JR.  
WILLIAM A. PERCY, III  
CHRISTOPHER D. BECNEL  
CATHERINE BECNEL  
CHANCE WHITE  
TONI BECNEL  
*ALSO ADMITTED IN COLORADO

106 WEST SEVENTH STREET  
P. O. DRAWER H  
RESERVE, LA 70084  
(985)-536-1186  
FAX No. 536-6445  
WWW.BECNELLAW.COM

LAPLACE OFFICE  
425 W. AIRLINE HWY  
SUITE B  
LAPLACE, LA 70068  
(985) 651-6101  
FAX No. 651-6104

September 21, 2010

VIA FAX

Eric Berger  
Sidney J. Angelle  
Lobman, Carnahan, Batt, Angelle & Nader  
400 Poydras Street  
Suite 2300  
New Orleans, LA 70130-3425  
Fax: (504) 586-1290

      RE:   Outstanding Plaintiff Fact Sheets

Dear Eric and Sidney:

     I am writing in response to your letter dated September 9, 2010 regarding outstanding Plaintiff Fact Sheets. Please be advised that on March 23, 2009, Plaintiff Fact Sheets for the following plaintiffs were served through a CD titled "Pilgrim International" on Defense Liaison Counsel Andrew Weinstock:

| | |
|---|---|
| Shawn Black on behalf of Rashawn Johnson | 09-5340 |
| Shawn Black on behalf of Ja'nai Black | 09-5340 |
| Shawn Black on behalf of Shawnna Black | 09-5340 |
| Shawn Black on behalf of Jaheem Black | 09-5340 |

     Please note that there is no individual claim listed for Shawn Black in Case No. 2:09-cv-09-5340, therefore, we would not have submitted a Plaintiff Fact Sheet for this individual in this particular case.

     On July 28, 2009, we served a Plaintiff Fact Sheet for Joann Cook, 09-5430, through a CD titled "Pilgrim International" on Andrew Weinstock.



EXHIBIT 2

As for William Polk, 09-8709, we anticipate that we will be able to voluntarily dismiss his case. We are currently awaiting written consent from Mr. Polk. Upon receipt of written consent, we will forward the dismissal to you.

Accordingly, we ask that you not make a motion to dismiss these claims. If you have any questions of concerns, please do not hesitate to contact me at (985) 536-1186 or jcrose@becnellaw.com.

Very truly yours,

Jennifer L. Crose

TOTAL P.03

# BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone: 985/536-1186; Fax: 985/536-6445

## TELECOPY COVER SHEET

TO: Eric Berger & Sidney Angelle

FAX NO.: 504-586-1290        TELEPHONE NO.: _____

FROM: Jennifer Crose

DATE: 9/21/10

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

MESSAGE:

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail without retaining any copies. Thank you.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4848
RECIPIENT ADDRESS     159854#919855366445
DESTINATION ID
ST. TIME              10/28 10:33
TIME USE              03'15
PAGES SENT            11
RESULT                OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

October 28, 2010

**Via Fax 985-536-6445**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

Attn Jennifer Crose:

Re:  *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency* (09-8709)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.:   NJU00333825
Insured:     Pilgrim International, Inc
Our File No.: 2.09-9854


EXHIBIT 3

Dear Daniel:

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

October 28, 2010

**Via Fax 985-536-6445**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

Attn Jennifer Crose:

> Re: *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency* (09-8709)
> c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
> Claim No.: NJU00333825
> Insured: Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Daniel:

    We are writing in reference the lawsuit captioned above, *William Polk v. Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual Company, CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency.* One of the plaintiffs in this matter is William Polk. On September 9, 2010 we wrote you that Mr. Polk had not complied with the Pre-Trial Order No. 32 deadlines for completing a Plaintiff Fact Sheet.

    Please let us know if we may file then enclosed Motion to Dismiss as unopposed. Please provide us a response on or before November 4, 2010 at 4:00 p.m.

Daniel Becnel, Jr.
FEMA 9854
October 28, 2010
Page 2 of 2

Sincerely,

*[signature]*

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Andrew Weinstock        (via fax: 837-3119)
     Gerald Meunier          (via fax: 528-9973)
     Ryan Johnson            (via fax: 225-248-3080)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *William Polk v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8709* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the sole plaintiff in this suit, *William Polk* and thus the entire suit, with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the suit of William Polk, sole plaintiff in *William Polk v. Crum & Forster Specialty Ins. Co., et al,* No. 09-8709, with prejudice for his failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY ( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY ADDRESSED AND

ON THIS _____ DAY OF _____, 2010.

_____

_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *William Polk v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8709* | * | |

*****************************************************************

### NOTICE OF HEARING

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS filed by defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, is set for hearing on _____, 2010 at _____ a.m. before the Honorable Kurt L. Englehardt, United States District Court, Eastern District of Louisiana in accordance with the Local Rules.

Respectfully Submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY ( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY ADDRESSED AND ON THIS _____ DAY OF _____, 2010

SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *William Polk v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8709* | * | |

*************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

MAY IT PLEASE THE COURT:

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets.

I.     Factual Background

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. To the guide the multitude of parties and counsel involved in this matter, the Court has issued 78 Pre-Trial Orders on numerous subjects, including discovery. On January 30, 2008 the Court issued Pre-Trial Order No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet", which would serve as

a substitute for the initial rounds of Interrogatories and Request for Production of Documents on a standardized and simple form[1]. Pre-Trial Order No. 2 provides that:

> "Each Plaintiff's responses to the PFS will be treated as answers to interrogatories under Fed. R. Civ. P. 33, and request for production of documents under Fed. R. Civ. P. 34, and must be supplemented in accordance with the Fed. R. Civ. P. 26."[2]

Pre-Trial Order No. 2 also provided deadlines for the completion of Plaintiff Fact Sheets and consequences for failure to meet those deadlines[3]. Subsequently, on March 18, 2009, the Court amended Pre-Trial Order No. 2 with Pre-Trial Order No. 32 as to the issue of Plaintiff Fact Sheets. Due to the large number of cases being filed in the summer of 2009, Pre-Trial Order No. 32 provided new deadlines for the provision of Plaintiff Fact Sheets[4].

Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases.[5] Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of

---

[1] See Rec. Doc. No. 87.
[2] See Rec. Doc. No. 87, page 7.
[3] See Rec. Doc. No. 87, page 8.
[4] See Rec. Doc. No. 1180.
[5] See *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle,* 981 F.2d at 242-243.

justice."[6]   Additionally, Federal Rule of Civil Procedure 37(b)(2)VI permits the dismissal of an action as appropriate sanction for failure to comply with discovery.

The *William Polk v. Crum & Forster Specialty Ins. Co., et al* (2:09-cv-8709) lawsuit was initiated with an Amended Complaint filed on December 28, 2009. Because William Polk was first added to the suit on December 28, 2009, Pre-Trial Order No. 32, Section G (page 4) would apply.[7] This Order states:

> For any Complaint that is filed after November 30, 2009 and for which the individual(s) has not completed a PFS, a completed and verified PFS form for each named plaintiff shall be served within thirty (30) days of filing of the individual claims, failing which said claims shall be dismissed with prejudice, absent a showing of good cause."

The deadline is clear. No extension was filed. The Plaintiff Fact Sheet for William Polk was not filed by the deadline. Therefore in accordance with Pre-Trial Order No. 32, the proper remedy is dismissal with prejudice.

On September 9, 2010, Mover, through undersigned counsel, wrote plaintiff's counsel's office (with a copy to Plaintiff and Defendant liaison counsel), setting a Rule 37 conference on this issue.[8] On September 21, 2010, counsel for plaintiff responded as to Mr. Polk and other plaintiffs for whom counsel for Mover located no Plaintiff Fact Sheet.[9] Plaintiff counsel indicated that Plaintiff Fact Sheets had been provided by the other plaintiffs listed therein, but made no such statement for Mr. Polk, and indicating the possibility of voluntary dismissal. After no voluntary dismissal was forthcoming, on

---

[6] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).
[7] If McRoyal was party to in an "unmatched" suit, the deadline to file a PFS under PTO 32 could have been earlier, but the outcome under this Motion is the same.
[8] See Exhibit 1.
[9] See Exhibit 2.

October 28, 2010, Mover sent a draft copy of the present Motion to Dismissal, asking that it be filed as unopposed.[10]   Counsel for Plaintiff indicated <u>opposition / no opposition.</u>

As mover tries to determine whether it may become involved in a bellwether trial, whether settlement is feasible, and other issues concerning the progress of this lawsuit, mover must be able to know who is proceeding against it. The Plaintiff Fact Sheet serves as the initial round of discovery responses. Without this simulated discovery response provided in a timely manner, such as described in Pre-Trial Order No. 32, mover is prejudiced. Where no Plaintiff Fact Sheet has been provided at all, as in this case, there is good cause for the Court to discontinue any potential for further prejudice against the mover, and dismissal is proper, by the terms of the Court's own Pre-Trial Orders and the Federal Rules of Civil Procedure.

## II.   Conclusion

This Honorable Court's Pre-Trial Order No. 2 established the requirement to provide completed Plaintiff Fact Sheets and Pre-Trial Order No. 32 provided that the failure to provide such within thirty (30) days of filing of the individual claim would result in dismissal with prejudice. In accordance with this Pre-Trial Order and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the Motion to Dismiss filed by Crum & Forster Specialty Insurance Company must be granted, dismissing plaintiff, William Polk's claims with prejudice for failure to cooperate in the discovery process.

Respectfully submitted:

---

[10] See Exhibit 3.

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY ( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY ADDRESSED AND

ON THIS _____ DAY OF _____, 2010.

_____

SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290