```
                    *******************************
                    ***   MULTI TX/RX REPORT   ***
                    *******************************

   TX/RX NO            3977
   PGS.                2
   TX/RX INCOMPLETE

                       -----
   TRANSACTION OK
                       (1)   159854#919855366445
                       (2)   98373119
                       (3)   95289973
                       (4)   159854#912252483080
   ERROR INFORMATION
                       -----
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 9, 2010

**Via Fax**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve , LA 70084

<div style="margin-left:2em">

Re:   *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc.* (09-5432)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.:   NJU00333825
Insured:   Pilgrim International, Inc
Our File No.:   2.09-9854

</div>

EXHIBIT
1

Dear Daniel:

We are writing in reference the lawsuit captioned above, *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America*

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

EDWARD P. LOBMAN (1941-2004)

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 9, 2010

**Via Fax**
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P. O. Drawer H
Reserve , LA 70084

> Re:   *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc.* (09-5432)
> c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
> Claim No.:   NJU00333825
> Insured:     Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Daniel:

    We are writing in reference the lawsuit captioned above, *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc.* One of the plaintiffs in this matter is <u>Denise Johnson.</u> To date we are unaware of Ms. Johnson filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. Johnson's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

    As Section F of Pre-Trial Order No. 32 further states:

Daniel Becnel, Jr.
FEMA 9854
September 9, 2010
Page 2 of 2

> **"Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."**

As Ms. Johnson is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court.   If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD.  Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 23rd day of September, 2010 at 4:00 p.m. to hold our Rule 37.1 Conference.  If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Denise Johnson.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER


SJA/EBB/rmb

Cc:    Andrew Weinstock          (via fax: 837-3119)
       Gerald Meunier            (via fax: 528-9973)
       Ryan Johnson              (via fax: 225-248-3080)

# PWA   Parker | Waichman | Alonso LLP
### A NATIONAL LAW FIRM

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

September 13, 2010

<u>VIA FACSIMILE AND ELECTRONIC MAIL</u>

Eric Berger
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, Louisiana 70130-3425

Dear Mr. Berger:

We write in response to your letter dated September 9, 2010, regarding outstanding Plaintiff Fact Sheets.

Contrary to your September 9th correspondence, please be advised that on December 24, 2009 we served Plaintiff Fact Sheets via Federal Express (tracking number: 798255021535) in the following case on Andrew Weinstock, Esq.:

Phyllis Penn-Payne                5429/2009

Accordingly, and as per our conversation on September 13, 2010, I presume that you will not be making a Motion to Dismiss Ms. Penn-Payne's claim.

Finally, we anticipate that we will be able to voluntarily discontinue several cases identified in your September 9th letter.  However, we must await written consent from our clients before we can do so. Upon receipt of written consent, we will forward stipulations of discontinuance to you in the following cases:

Nancy Davidson                5429/2009
Denise Johnson                5432/2009

Thank you for your attention to these matters and your anticipated cooperation.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,
Parker Waichman Alonso

Gary P. Falkowitz

EXHIBIT
2

cc:    Jennifer Crose
       Becnel Law Firm
       106 West Seventh Street
       P.O. Drawer H
       Reserve, LA 70084

## Eric Berger

| | |
|---|---|
| **From:** | Eric Berger |
| **Sent:** | Tuesday, October 19, 2010 2:40 PM |
| **To:** | Falkowitz, Gary P. |
| **Subject:** | FW: FEMA Trailer Litigation |
| **Attachments:** | FEMA - Ltr to Lobman re PFS Sent.doc; Phyllis Penn Payne.pdf |

Gary, any further word on Nancy Davidson and Denise Johnson?

Also, We have reviewed the PFS of Phyllis Penn Payne.  I believe an amendment as to the trailer(s) she lived in is in order.  We enclose the attached Rule 37 letter as to other deficiencies in her PFS,.  Thanks.

Eric B. Berger
ebb@lcba-law.com
Lobman, Carnahan,Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, LA 70130
(504) 586-9292
(504) 586-1290

**From:** Schmitt, Lauren [mailto:LSchmitt@yourlawyer.com]
**Sent:** Monday, September 13, 2010 3:13 PM
**To:** Eric Berger
**Cc:** Falkowitz, Gary P.
**Subject:** FEMA Trailer Litigation

Attached please find a document regarding the FEMA Trailer Litigation.  If you need to contact Gary Falkowitz, Esq. directly please call 516-466-6500 or email him at GFalkowitz@yourlawyer.com.

Very truly yours,

Lauren Schmitt
Legal Assistant
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4682
516-723-4782 Fax
www.yourlawyer.com
lschmitt@yourlawyer.com
=================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.



1

All e-mail to Parker Waichman Alonso LLP or any individual thereat should be followed up by
hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at
any time without notice being provided to either the intended recipient or the sender.  Further, to
the extent permitted by law or rule, Parker Waichman Alonso LLP does not accept service by
email.
================================================================

```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              4847
RECIPIENT ADDRESS     159854#915164666665
DESTINATION ID
ST. TIME              10/28 10:19
TIME USE              03'09
PAGES SENT            9
RESULT               OK
```

## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

**ATTORNEYS AT LAW**

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

October 28, 2010

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

**Via Fax 516-466-6665**
Gary P. Falkowitz
Parker Waichman Alonso
6 Harbor Park Drive
Port Washington, New York 11050-4647

Re:   *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a
      Mutual Co., the United States of America through the Federal
      Emergency Management Agency, Shaw Environmental, Inc.* (09-
      5432)
      c/w
      *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
      (07-MD-1873)
      Claim No.:   NJU00333825
      Insured:     Pilgrim International, Inc
      Our File No.: 2.09-9854


EXHIBIT
4

Dear Gary:

        We are writing in reference the lawsuit captioned above, *Elaine Coleman v. Crum
& Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America*

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

October 28, 2010

**Via Fax 516-466-6665**
Gary P. Falkowitz
Parker Waichman Alonso
6 Harbor Park Drive
Port Washington, New York 11050-4647

> Re:  *Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc.* (09-5432)
> c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
> Claim No.:    NJU00333825
> Insured:      Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Gary:

    We are writing in reference the lawsuit captioned above, <u>*Elaine Coleman v. Crum & Forster Specialty Ins. Co., Sentry Ins., a Mutual Co., the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc.*</u>  One of the plaintiffs in this matter is <u>Denise Johnson.</u> On September 9, 2010 we wrote you that Ms. Johnson had not complied with the Pre-Trial Order No. 32 deadlines for completing a Plaintiff Fact Sheet.

    Please let us know if we may file then enclosed Motion to Dismiss as unopposed. Please provide us a response on or before November 4, 2010 at 4:00 p.m.

Mr. Gary Falkowitz
FEMA 9854
October 28, 2010
Page 2 of 2

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:   Andrew Weinstock       (via fax: 837-3119)
       Gerald Meunier          (via fax: 528-9973)
       Ryan Johnson           (via fax: 225-248-3080)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Elaine Coleman v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al , No: 09-5432* | * | Magistrate: Chasez |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS</u>

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of plaintiff, *Denise Johnson* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of Denise Johnson, plaintiff in *Elaine Coleman v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5432, with prejudice for her failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

### <u>CERTIFICATE OF SERVICE</u>

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS
BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY
( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY
ADDRESSED AND

ON THIS _____ DAY OF _____, 2010
_____

_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Elaine Coleman v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al , No: 09-5432* | * | Magistrate: Chasez |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE

FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO

PLAINTIFF FACT SHEETS as to the claims of **Denise Johnson**, filed by defendant,

Crum & Forster Specialty Insurance Company, through undersigned counsel, is set for

hearing on _____, 2010 at _____ a.m. before the Honorable Kurt L.

Englehardt, United States District Court, Eastern District of Louisiana in accordance with

the Local Rules.

Respectfully Submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY

( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY

ADDRESSED AND

ON THIS _____ DAY OF _____, 2010.

_____

_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Elaine Coleman v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al , No: 09-5432* | * | Magistrate: Chasez |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

MAY IT PLEASE THE COURT:

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets as to **plaintiff Denise Johnson**.

### I.    Factual Background

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. To the guide the multitude of parties and counsel involved in this matter, the Court has issued 78 Pre-Trial Orders on numerous subjects, including discovery. On January 30, 2008 the Court issued Pre-Trial Order No. 2, describing procedures for various case management

issues.  This Pre-Trial Order introduced the "Plaintiff Fact Sheet", which would serve as a substitute for the initial rounds of Interrogatories and Request for Production of Documents on a standardized and simple form[1].  Pre-Trial Order No. 2 provides that:

> "Each Plaintiff's responses to the PFS will be treated as answers to interrogatories under Fed. R. Civ. P. 33, and request for production of documents under Fed. R. Civ. P. 34, and must be supplemented in accordance with the Fed. R. Civ. P. 26."[2]

Pre-Trial Order No. 2 also provided deadlines for the completion of Plaintiff Fact Sheets and consequences for failure to meet those deadlines[3].  Subsequently, on March 18, 2009, the Court amended Pre-Trial Order No. 2 with Pre-Trial Order No. 32 as to the issue of Plaintiff Fact Sheets.  Due to the large number of cases being filed in the summer of 2009, Pre-Trial Order No. 32 provided new deadlines for the provision of Plaintiff Fact Sheets[4].

Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases.[5] Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of

---

[1] See Rec. Doc. No. 87.
[2] See Rec. Doc. No. 87, page 7.
[3] See Rec. Doc. No. 87, page 8.
[4] See Rec. Doc. No. 1180.

justice."[6]     Additionally, Federal Rule of Civil Procedure 37(b)(2)VI permits the

dismissal of an action as appropriate sanction for failure to comply with discovery.

The *Elaine Coleman v. Crum & Forster Specialty Ins. Co., et al* (2:09-cv-5432)

lawsuit was initiated with an Complaint filed on August 3, 2009.     Because Nancy

Davidson was first added as a plaintiff in the MDL on August 3, 2009, Pre-Trial Order

No. 32, Section F (page 4) would apply.  This Order states:

> For any Complaint that is filed on or before November 30, 2009 and for
> which the individual(s) has not completed a PFS, service of the completed
> and verified PFS forms for each named plaintiff shall be served by
> December 31, 2009. Any individual who has filed suit on or before
> November 30, 2009 and who fails to complete and serve a PFS form on or
> before December 31, 2009, shall have his/her claim dismissed with
> prejudice, absent a showing of good cause. Nothing in this Section is
> intended to relieve plaintiffs of the PFS deadlines set forth in Sections
> I(B), (C), (D), and (E), *supra*." [7]

The deadline is clear.  No extension was filed.  The Plaintiff Fact Sheet for Denise

Johnson was not filed by the deadline.  Therefore in accordance with Pre-Trial Order No.

32, the proper remedy is dismissal with prejudice.

On September 9, 2010, Mover, through undersigned counsel, wrote the Becnel Law

Firm, LLC (with a copy to Plaintiff and Defendant liaison counsel), setting a Rule 37

conference on this issue.[8]  On September 13, 2010, counsel Gary Falkowitz responded as

to Ms. Johnson and other plaintiffs for whom counsel for Mover located no Plaintiff Fact

---

[5] See *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle v. Brazos County, Tx,* 981 F.2d 237, 242-243 (5th Cir., 1993)..
[6] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson,* 430 F.2d 1214 (5th Cir. 1970).
[7] See Rec. Doc. No. 1180.
[8] See Exhibit 1.

Sheet.[9]  Plaintiff counsel indicated that Plaintiff Fact Sheets had been provided by one other plaintiffs listed therein, but made no such statement for Ms. Davidson, and indicated the possibility of voluntary dismissal.  After no voluntary dismissal was forthcoming, on October 19, 2010, Counsel for Mover wrote to plaintiff counsel, Gary Falkowitz, inquiring about the dismissal.[10]  When no response was received, on October 28, 2010, Mover sent a draft copy of the present Motion to Dismissal, asking that it be filed as unopposed.[11]   Counsel for Plaintiff indicated opposition / no opposition.

As mover tries to determine whether it may become involved in a bellwether trial, whether settlement is feasible, and other issues concerning the progress of this lawsuit, mover must be able to know who is proceeding against it.  The Plaintiff Fact Sheet serves as the initial round of discovery responses.  Without this simulated discovery response provided in a timely manner, such as described in Pre-Trial Order No. 32, mover is prejudiced.  Where no Plaintiff Fact Sheet has been provided at all, as in this case, there is good cause for the Court to discontinue any potential for further prejudice against the mover, and dismissal is proper, by the terms of the Court's own Pre-Trial Orders and the Federal Rules of Civil Procedure.

II.   Conclusion

This Honorable Court's Pre-Trial Order No. 2 established the requirement to provide completed Plaintiff Fact Sheets and Pre-Trial Order No. 32 provided that the failure to provide such within thirty (30) days of filing of the individual claim would

---

[9] See Exhibit 2.
[10] See Exhibit 3.
[11] See Exhibit 4.

result in dismissal with prejudice.  In accordance with this Pre-Trial Order and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the Motion to Dismiss filed by Crum & Forster Specialty Insurance Company must be granted, dismissing plaintiff, Denise Johnson claims with prejudice for failure to cooperate in the discovery process.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY ( ) MAILING ( ) FAXING THE SAME TO EACH, PROPERLY ADDRESSED AND ON THIS _____ DAY OF _____, 2010.

_____

_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290