FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 30 PM 3: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JAMES H. ALDRIDGE        §
AND ANGELA L. ALDRIDGE, §
SEE ADDITIONAL PLAINTIFFS §
ATTACHMENT A §
VS. §

GULF STREAM COACH, INC., §
SEE ADDITIONAL DEFENDANTS
ATTACHMENT B

CIVIL ACTION NO:_____

SECTION: **07 - 9228**

MAGISTRATE:_____

**SECT. N MAG. 4**

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

      NOW INTO COURT, through undersigned counsel, come the plaintiffs listed below, all persons of the full age of majority and residents of the State of Louisiana, for the purpose of submitting this Complaint, and respectfully say as follows:

### I.    OVERVIEW OF LAWSUIT

After Hurricanes Katrina in August of 2005 and Rita in September of 2005 ravaged the Gulf South, FEMA provided approximately 120,000 trailers so that those whose homes were destroyed would have a place to live. The trailers were manufactured by private companies, who reportedly grossed over a billion dollars from the sale of these trailers. Unfortunately for those displaced individuals, the manufacturers completely failed to ensure that the trailers were safe for the inhabitants. Indeed, because these private companies recklessly rushed to produce these trailers and outsourced substandard building materials from foreign countries, these trailers have



EXHIBIT
A

formaldehyde levels that exceed what is considered safe by government authorities. To make matters worse, when hundreds of trailer residents began to complain to the government about their symptoms, including headaches, nose bleeds, burning eyes and respiratory problems, FEMA responded by advising them to "open the windows and turn up the air conditioning". Now, due to Defendants blatant disregard for the safety and welfare for those who would live in their products, literally thousands of people are stuck residing in trailers with no way out and without a safe place to live. This case seeks remedy for those who have suffered and those who are suffering because of Defendants' greed. Notice of this dangerous condition was not given until June, 2007, months and in some cases, years after the evacuees resided in these unsafe quarters.

## II.    PARTIES

### PLAINTIFFS

Each Plaintiff is a person of the full age of majority and resident of the State Louisiana.

Plaintiff, Angela L. Aldridge, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, James H. Aldridge, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Frank R. Airhart, Individually and on behalf of his deceased mother, Lydia K. Airhart, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Alberta R. Alexander, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Alvin M. Alexander, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Amy Alfonso, Individually and on behalf of minor child, Matthew Sumpter, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Stephen A. Alfonso, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Christopher Alfonso, Sr., Individually and on behalf of minor child, Christopher Alfonso, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Antoinette Anderson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Randi W. Audibert, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Harry Bagent, Sr., is a resident of Gretna, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Gordon S. Band, Sr., is a resident of Baker, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Louise Berteaux, is a resident of Kentwood, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carolyn Blackman, is a resident of Gretna, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Aloha C. Blake, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Wilson T. Blake, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Abergaile A. Bowman, Individually and on behalf of minor child, Breona A. Berry, is a resident of LaPlace, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Trina Brazile, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Minnie L. Britton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carroll Britton, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Carroll Britton, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Diane Brown, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Douglas Brown, is a resident of Jefferson, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Julius Brown, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Ernest Brumfield, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Valenia C. Byrd, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Shea M. Caliste, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Dennis J. Campo, is a resident of Chalmette, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Lenora Conner, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Lolita Davis, Individually and on behalf of minor children, Glendale Davis and Gerald G. Hampton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joshua C. Davis, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Barbara Dixon, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Ezell Dixon, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Tronda Dixon, Individually and on behalf of minor children, Ty'Julante' Dixon and Jermaine Hawkins, is a resident of Baton Rouge, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Elisha Dubuclet, Individually and on behalf of minor children, Timia Dubuclet and Timothy Dubuclet, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Evelyn Estingoy, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Sarah C. Evans, Individually and on behalf of minor child, Terence Craig, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Templeton C. Evans, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Isaac Frezel, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Robert L. Green, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Carla Guichard, Individually and on behalf of minor children, Jamesha Guichard and Larisha Guichard, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Judi Guth, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Kimberly Hamilton, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Shemekia T. Hampton, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Damian J. Hargrove, Sr. on behalf of minor child, Damian J. Hargrove, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Leroy Hargrove, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, James F. Harris, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, James B. Hayman, Jr., is a resident of Bogalusa, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Albert F. Hezeau, III, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Jacquelyn S. Hezeau, is a resident of Kenner, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, LaQuesta Higgins, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Dennis C. Holmberg, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Roslyn Holmes, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Danette W. Hunter, is a resident of Violet, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Elmo Hunter, is a resident of Violet, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Lionel Hunter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Veronica Hunter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Bertha R. Jackson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Orlando Jaimevadi, Individually and on behalf of minor child, Jasmine Jaimevadi, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Donald Jenkins, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Enderlin N. Jessie, is a resident of Harvey, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Thor Industries, Inc.

Plaintiff, Kerry P. Johnson, Individually and on behalf of minor child, Ron'Jhae K. Emery, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Gussie M. Jones, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Leonard Jones, III, Individually and on behalf of minor children, Joshua K. Jones and Jeremy Jones, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Elsie L. Kelmell, is a resident of Paradis, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Carol Kennedy, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Danny V. Kennedy, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Randal A. Kramer, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Sandra A. Labayen, is a resident of Jefferson, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Craig Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Edward Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Shirley Labeau, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Gregory G. Laforge, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Janell Landry, Individually and on behalf of minor child, Ja'Wain Landry, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Keisha Landry, Individually and on behalf of minor children, Anisa Holiday and Airiss White, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Paul Lastrapes, is a resident of Port Sulphur, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Barbara M. Lawless, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Javery S. Mark, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Victorine Matthews, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Freddie Matthews, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Alosia J. McKinley, Individually and on behalf of minor child, Kenneka L.J. Davis, is a resident of Mt. Airy, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Daryl Mercante, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Charisse C. Millett, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Earl Millett, Jr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Arthur Mitchell, Individually and on behalf of minor children, Kenya Mitchell and N'Oreal Mitchell, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Daria Mouton, Individually and on behalf of minor child, Dymen Slaughter, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Jane M. Owens, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Catherine M. Pardo, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Meri Pinelli, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Melton Rayford, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Pamela Richardson, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Tiara Richardson, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Rayfield Robinson, Jr., Individually and on behalf of minor children, Holly Robinson, Magic Robinson, Smokey Robinson and Sunny G. Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Jackie Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Renice Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Sugar Ray Robinson, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joyce Rouser, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Valeria Schexnayder, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Forest River, Inc.

Plaintiff, Jimmy J. Sciurba, is a resident of Mandeville, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Michelle S. Sciurba, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Christine K. Self, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Robert W. Self, Individually and on behalf of minor child, Tyler D. Self, is a resident of Metairie, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Joycelyn J. Slater, is a resident of Marrero, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Keyatta Smith, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Fleetwood Enterprises, Inc.

Plaintiff, Ned Spencer, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Michaela Sumpter, is a resident of Slidell, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Valerie S. Taylor, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Chris R. Taylor, Sr., is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Larry White, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Cassandra Wilson, is a resident of Port Sulphur, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Keystone Industries, Inc.

Plaintiff, Michael T. Wiseman, Sr., is a resident of Venice, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

Plaintiff, Stephen Young, is a resident of New Orleans, Louisiana, and is an occupant or resident of a FEMA Trailer, manufactured and distributed by the Defendant, Gulf Stream Coach, Inc.

<u>DEFENDANTS</u>