UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

## EXHIBIT B

Partially matched original complaints, which matched complainants have been amended and severed:

Purcell, et al. v Alliance Homes, Inc., et al., 09-5325
Perkins, et al. v. Alliance Homes, Inc., et al., 09-5326
Williams, et al., v. Alliance Homes, Inc., et al., 09-5327
Acker, et al., v. Alliance Homes, Inc., et al., 09-5328
Hill, et al., v. Alliance Homes, Inc., et al., 09-5329
Adam, et al., v. Alliance Homes, Inc., et al., 09-5330
Aguiliz, et al., v. Allliance Homes, Inc., et al., 09-5331
Pollard, et al., v. Alliance Homes, Inc., et al., 09-5332
Adams, et al., v. Alliance Homes, Inc., et al., 09-5333
Sims, et al., v. Alliance Homes, Inc., et al., 09-5334
Guillot, et al., v. Alliance Homes, Inc., et al., 09-5335
Austin, et al., v. Alliance Homes, Inc., et al., 09-6187
Barber, et al., v. Alliance Homes, Inc., et al., 09-7166