# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         *          MDL NO. 1873
FORMALDEHYDE                                *
PRODUCT LIABILITY LITIGATION                *          SECTION "N-5"
                                            *          JUDGE ENGELHARDT
                                            *          MAG. JUDGE CHASEZ
THIS  DOCUMENT RELATES TO:                  *

*Aldridge v. Gulf Stream Coach, Inc., et al., 07-09228*
*Purcell, et al. v Alliance Homes, Inc., et al., 09-5325*
*Perkins, et al. v. Alliance Homes, Inc., et al., 09-5326*
*Williams, et al., v. Alliance Homes, Inc., et al., 09-5327*
*Acker, et al., v. Alliance Homes, Inc., et al., 09-5328*
*Hill, et al., v. Alliance Homes, Inc., et al., 09-5329*
*Adam, et al., v. Alliance Homes, Inc., et al., 09-5330*
*Aguiliz, et al., v. Allliance Homes, Inc., et al., 09-5331*
*Pollard, et al., v. Alliance Homes, Inc., et al., 09-5332*
*Adams, et al., v. Alliance Homes, Inc., et al., 09-5333*
*Sims, et al., v. Alliance Homes, Inc., et al., 09-5334*
*Guillot, et al., v. Alliance Homes, Inc., et al., 09-5335*
*Austin, et al., v. Alliance Homes, Inc., et al., 09-6187*
*Barber, et al., v. Alliance Homes, Inc., et al., 09-7166*
*Wood, et al., v. ABC Manufacturing Company, et al., 09-8435*
*Levy, et al., v. ABC Manufacturing Company, et al.,09-8436*
*Demery, et al., v. American International Specialty Lines, Co., et al., 09-8444*
*Jones, et al., v. Liberty Mutual Insurance Corporation, et al., 09-8462*
*Graf, et al., v. American International Specialty Lines Insurance, et al., 09-8522*
*Jackson, et al., V. American International Specialty Lines Insurance, et al., 09-8524*
*Parker, v. American International Specialty Lines Insurance Company, et al., 10-2587*
*Jones, et al, v. Liberty Mutual Insurance Corporation, et al., 10-3620*
*Patterson, et al., v. ABC Manufacturing Company, et al., 10-3626*
*Dison, et al., v. ABC Manufacturing Company, et al., 10-3627*
*Duplessis, et al, v. American International Specialty Lines Insurance Co., 10-3629*
*Ussin, et al, v. ABC Manufacturing Company, et al., 10-3631*
*Tasker, et al., v. ABC Manufacturing Company, et al., 10-3633*
*King, et al., v. ABC Manufacturing Company, et al., 10-4074*
*Woods, et al., v. ABC Manufacturing Company, et al., 10-4075*
*Cauley, et al., v. ABC Manufacturing Company, et al., 10-4076*
*Brown, et al. v. Keystones RV Company, et al., 10-00571*
*Jackson, et al. v. Recreation By Design, LLC, et al., 10-00572*

*Lamkin, et al. v. Frontier RV, Inc., et al., 10-00573*
*Childs, et al. v. Heartland Recreational Vehicles, LLC, et al., 10-00574*
*McElroy, et al. v. Cavalier Home Builders, LLC, et al., 10-00575*
*Moody, et al. v. Stewart Park Homes, Inc., et al., 10-00576*
*Johnson, et al. v. CMH Manufacturing, Inc., et al., 10-00577*
*Carroll, et al. v. Coachmen Industries, Inc., et al., 10-00578*
*Anderson, et al. v. Forest River, Inc., et al., 10-00579*
*Barksdale, et al. v. Keystone RV Company, et al., 10-00580*
*Bracken, et al. v. Thor Industries, Inc., et al., 10-00581*
*Roberson v. TL Industries, Inc., et al., 10-00582*
*Acker, et al. v. Gulf Stream Coach, Inc., et al., 10-00583*
*Hendricks, et al. v. Gulf Stream Coach, Inc., et al., 10-00584*
*Caporelli, et al. v. Coachmen Industries, Inc., et al., 10-00917*
*Dulier, et al. v. KZRV, LP, et al., 10-00918*
*Epps, et al. v. Palm Harbor Homes, Inc., et al., 10-00919*
*Moran, et al. v. FRH, Inc., et al., 10-00920*
*Powell, et al. v. Lucas Investments, LLC, et al., 10-00921*
*Hamilton, et al. v. KZRV, LP, et al., 10-00922*
*Breland, et al. v. Forest River, Inc., et al., 10-01042*
*Cuevas, et al. v. Cavalier Homes, Inc., et al., 10-01045*
*Foxworth, et al. v. Southern Energy Homes, Inc., et al., 10-01049*
*Anders, et al. v. Gulf Stream Coach, Inc., et al., 10-01360*
*Coles, et al. v. DS Corp., et al., 10-01366*
*Chatman, et al. v. Jayco, Inc., et al., 10-01367*
*Cowan, et al. v. Dutchmen Manufacturing, Inc., et al., 10-01368*
*Bradley, et al. v. River Birch Homes, Inc., et al., 10-01369*
*Slade, et al. v. Sunnybrrok RV, Inc., et al., 10-1370*
*Beeman, et al. v. Jayco, Inc., et al., 10-01371*
*DiEugenio, et al. v. Destiny Industries, LLC, et al., 10-01372*
*Anderson, et al. v. Northwood Investments Corporation, et al., 10-01373*
*Johnson, et al. v. Timberlane RV Company, et al., 10-01374*
*Copeland, et al. v. American Camper Manufacturing, LLC, et al., 10-01375*
*Dillon, et al. v. Dutchmen Manufacturing, Inc., et al., 10-01376*
*Fairley, et al. v. Stewart Park Homes, Inc., et al., 10-01377*
*Abdelhafiz, et al. v. Thor Industries, Inc., et al., 10-01378*
*Breaux, et al. v. Gulf Stream Coach, Inc., et al., 10-1380*
*Wesley v. Sunray RV, LLC, et al., 10-01381*
*Robinson, et al. v. Sunnybrook RV, Inc., et al., 10-01382*
*Frizzell, et al. v. DS Corp., et al., 10-01383*
*Jerkins, et al. v. Recreation By Design LLC, et al., 10-01384*
*Wilborn, et al. v. River Birch Homes, Inc., et al., 10-01385*

*Armstrong, et al. v. Starcraft RV, Inc., et al.,* 10-01386
*Hudson, et al. v. Sunline Acquisition Company Ltd., et al.,* 10-01388
*Harbin, et al. v. Scotbuilt Homes, Inc., et al.,* 10-01389
*Kendrick v. Forest River, Inc., et al.,* 10-01402
*Brewer v. Coachmen Industries, Inc., et al.,* 10-01403
*Magee v. Thor Industries, Inc., et al.,* 10-01404
*Coleman v. Forest River, Inc., et al.,* 10-01409
*Bultman, et al. v. Forest River, Inc., et al.,* 10-01685
*Barnes, et al. v. Keystone RV Company, et al.,* 10-01686
*Watson v. Heartland Recreational Vehicles, LLC, et al.,* 10-01687
*Acevedo, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02032
*Fulkerson v. CH2M Hill Constructors, Inc., et al.,* 10-02033
*Johnson, et al. v. Coachmen Industries, Inc., et al.,* 10-02599
*Williams v. Waverlee Homes, Inc., et al.,* 10-02600
*Shambarger v. Skyline Corporation, et al.,* 10-02601
*Davison, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-2603
*Benefield, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02604
*Keyes, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02605
*Duckworth, et al. v. Alliance Homes, et al.,* 10-2606
*Manning v. CH2M Hill Constructors, Inc., et al.,* 10-02687
*Buckhalter, et al. v. Bechtel National, Inc., et al.,* 10-02688
*Robinson, et al. v. Alliance Homes, Inc., et al.,* 10-02690
*Bradshaw v. Cavalier Home Builders, LLC, et al.,* 10-02691
*Smith v. Frontier RV, Inc., et al.,* 10-02692
*Manning, et al. v. Lakeside Park Homes, Inc., et al.,* 10-02693
*Alexander, et al. v. Mitchell County Industries, LLC, et al.,* 10-02694
*Booth, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02695
*Foxworth, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02696
*Antoine, et al. v. CH2M Hill Constructors, Inc., et al.,* 10-02878

--------------------------------------------------------------------------------

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Certain Plaintiffs, who respectfully represent that considering the complexity of the "matching" process and the individualized circumstances involved in that process, that oral argument will assist the Court's resolution of the pending joint motions to dismiss filed by the Manufacturing Defendants (Rec.

Doc. No. 18684).

Therefore, pursuant to Local Rule 78.1E, Plaintiffs request oral argument on the motions which have been set for hearing on Friday, January 21, 2011 at 9:00 a.m. before United States District Judge Kurt D. Engelhardt, Section "N" of this court.


Respectfully submitted,

*/s/Frank J. D'Amico, Jr.*
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.


    */s/Frank J. D'Amico, Jr.*
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522