# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

November 2, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
CH2M Hill Constructors, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE:   Service for Rhonda Aguilar, et al. v. Coachmen Industries, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7797, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to CH2M Hill Constructors, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Fenton Rutledge    ☑ A<br>B. Received by (Printed Name)   C. Date<br>C. Fenton Rutledge |
| 1. Article Addressed to:<br><br>CH2M Hill Constructors, Inc.<br>C T Corporation System<br>5615 Corporate Blvd.<br>Ste. 400B<br>Baton Rouge, LA 70808<br>ID#1379 | D. Is delivery address different from item 1?<br>If YES, enter delivery address below:<br>NOV 0 4 REC'D<br>Fenton<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0290 0001 7241 4732 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Rhonda Aguilar, et al.
Plaintiff
v.
Coachmen Industries, Inc.
Defendant

Civil Action No. 09-7797

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CH2M Hill Constructors, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 15 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>CH2M Hill Constructors, Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70100290000172414732, Sent 11/2/2010, Received 11/4/2010. Registered Agent: C T Corporation System 5615 Corporate Blvd. Ste. 400B Baton Rouge, LA 70808</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: 12/1/2010

                                                            */s/ Wynter Lee*
                                                            Server's signature

                                      Wynter Lee - Mass Tort Coordinator
                                              Printed name and title

                                  2506 N. Port Ave. Corpus Christi, TX 78401
                                                      Server's address