UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
10-4627, 10-4638, 10-4639, 10-4640,
10-4641, 10-4643, 10-4644, 10-4645,
10-4646, 10-4647, 10-4648, 10-4649,
10-4650, 10-4651, 10-4652, 10-4653,
10-4654, 10-4655, 10-4656, 10-4657

## ORDER

**IT IS ORDERED** that the Amended Complaints in the above-referenced member cases are **STRICKEN** from the record.  These are untimely and leave of Court was not requested prior to their filings.

New Orleans, Louisiana, this 7th day of January, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**