OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   December 29, 2010

In re:   FEMA Trailer Litigation
No. 07-1873 as relates to

HEIDI LYONS, ET AL V. STEWART PARK HOMES,
INC., ET AL
CASE NO. 09-4975

Dear Sir:

Please **issue** summons on the **First Supplemental and Amended Complaint** to the
following:

1.    The United States of America,  Department of Justice, through Eric Holder, U. S. Attorney
General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

2.    The United States of America, Office of the U.S. Attorney, through Jim Letten, U.S.
Attorney for the Eastern District of LA, 500 Poydras St., Suite B-210, New Orleans, LA
70130.

3.    The United States of America, Federal Emergency Management Agency (FEMA), through,
Craig Fugate, Director, 500 C Street SW, Washington DC 20472.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been
properly matched.

Very truly yours,

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff