# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@femetrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

November 2, 2010

### *Via Certified Mail - Return Receipt Requested & Regular Mail*

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

RE:    Service for Rikita Alexander, as Next Friend of J.A, a minor, et al. v. Forest
       River, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009
in Cause No. 09-7889, in the USDC Eastern District of Louisiana. This case will become
part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability
Litigation.

Enclosed is the Court issued summons addressed to Forest River, Inc.. Your signature
on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

ID#1388

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Elle Hart_     ☐ Agent
                  ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Elle Hart_                        1/10/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

FEMA SERVICE

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 0290 0001 7241 6439

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

## USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Rikita Alexander, as Next Friend of J.A, a minor, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 09-7889 |
| Forest River, Inc. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Oct 15 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Forest River, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000172416439, Sent 11/2/2010,</u>
<u>Received 11/10/2010.  Registered Agent:  J. Richard Ransel 228 W. High St.  Elkhart, IN 46516</u>

My fees are $_____ for travel and S _____ for services, for a total of $_____.

Date:  <u>12/1/2010</u>                                            _____
                                                                    Server's signature

                                                    Wynter Lee - Mass Tort Coordinator
                                                    _____
                                                    Printed name and title

                                                    2506 N. Port Ave. Corpus Christi, TX 78401
                                                    _____
                                                    Server's address