UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

THIS DOCUMENT RELATED TO       SECTION "N" (5)
Joyce Winston, et al v.
SunnyBrook RV, Inc., et al
Member Case No. 09-8622

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Without Prejudice:

**IT IS HEREBY ORDERED** that all of the claims asserted herein against defendant, SUNNYBROOK RV, INC. by plaintiffs Joyce Winston, Michelle Horne and Ruben Horne in Civil Action No. 09-8622 are hereby dismissed without prejudice, with each party to bear their own costs.

Signed this **11th** day of **January**, 2011.

_____
UNITED STATES DISTRICT JUDGE