OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

        Date:   December 27, 2010

        In re:  FEMA Trailer Litigation
        No. 07-1873 as relates to

        TARA PRICE V. JAYCO ENTERPRISES, INC.  ET AL
        CASE NO. 09-5010

Dear Sir:

      Please **issue** summons on the **First Supplemental and Amended Complaint** to the following:

1. The United States of America, Department of Justice, through Eric Holder, U. S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

2. The United States of America, Office of the U.S. Attorney, through Jim Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B-210, New Orleans, LA 70130.

3. The United States of America, Federal Emergency Management Agency (FEMA), through, Craig Fugate, Director, 500 C Street SW, Washington DC 20472.

      Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

        Very truly yours,

        */s/ Justin I. Woods*
        JUSTIN I. WOODS
        Gainsburgh, Benjamin, David, Meunier
        & Washauer, LLC
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163
        (504) 522-2304
        Attorney for Plaintiff