OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: December 27, 2010

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

CHAD MCLAUGHLIN, ET AL V. KEYSTONE RV
COMPANY, ET AL
CASE NO. 09-7544

Dear Sir:

Please **issue** summons on the **First Supplemental and Amended Complaint** to the following:

1. The United States of America, Department of Justice, through Eric Holder, U. S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

2. The United States of America, Office of the U.S. Attorney, through Jim Letten, U.S. Attorney for the Eastern District of LA, 500 Poydras St., Suite B-210, New Orleans, LA 70130.

3. The United States of America, Federal Emergency Management Agency (FEMA), through, Craig Fugate, Director, 500 C Street SW, Washington DC 20472.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*
JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff