UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| 08cv4629 | * | JUDGE ENGELHARDT |
| ~~2:09 cv 04629~~ | * | |
| Babin, et al v. Cavalier Home Builders LLC, et al | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint:

IT IS ORDERED THAT the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit "A") is hereby Granted.

New Orleans, LA this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE