UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS | * * * | MDL NO. 1873 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "N"(5)* |
| 2:09-cv-04762 Basile, et al v. Alliance Homes, Inc., et al | * * * * | JUDGE ENGELHARDT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## MOTION TO SEVER "MATCHED" PLAINTIFFS
## FROM ORIGINAL "UNMATCHED" COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs, listed in Exhibit "A", respectfully request this Honorable Couret grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in PreTrial Order 40 (Doc. 1781) and 68 (Doc. 14779). Previously unmatched Plaintiffs in the above captioned matter have now been matched to the proper defendants, and to reflet such matching Plaintiffs have filed Amended Complaints with the civil action numbers, which are listed in Exhibit "A".

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by PreTrial Order # 40 and in light of judicial economy, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully Submitted:

s/Jonathan B. Andry
Jonathan B. Andry (LA Bar No. 20081)
The Andry Law Group
610 Baronne Street
New Orleans, LA 70113
504-586-8899
504-586-8933 Facsimile

## CERTIFICATE

I hereby certify that on the 11th day of January 2011, a copy of the foregoing *Memorandum in Support of Unopposed Motion To Continue Hearings On Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry
JONATHAN B. ANDRY

## EXHIBIT "A"

| | | | |
|---|---|---|---|
| 1. | Lori Billiot | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 2. | Blake McKay | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 3. | Kelly Bovia | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 4. | Rhonda Bovia | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 5. | Shelby Gonzales | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 6. | John Giovengo, Jr. | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 7. | Lawrence Gipson | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 8. | Linda Gipson | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |