UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Joint Unopposed Motion to Extend and Reset Deadline for Filing the Joint Motion for Preliminary Approval of Class Settlement and to Reset the Hearing Date on the Motion, and finding good cause for the motion;

IT IS HEREBY ORDERED that Joint Motion for Preliminary Approval of Class Settlement shall be filed on or before January 18, 2011, which shall be set for hearing, without oral argument, on February 9, 2011.

New Orleans, Louisiana, this 11th day of January, 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE