UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS | * * * | MDL NO. 1873 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "N"(5)* |
| 2:09-cv-04762 | * | JUDGE ENGELHARDT |
| Basile, et al v. Alliance Homes, Inc., et al | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint:

IT IS ORDERED THAT the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit "A") is hereby Granted.

New Orleans, LA this 11th day of January, 2011.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE ENGELHARDT