## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO FORCE PRODUCTION OF COMPREHENSIVE SPREADSHEET

**NOW INTO COURT,** through undersigned counsel of record, come the **MANUFACTURING DEFENDANTS**, who move this Honorable Court to enter an Order requiring the Plaintiffs' Steering Committee to draft and produce to all defendants a spreadsheet listing all plaintiffs involved in this Multi-District Litigation and other pertinent information. The defendants also submit that this Court should appoint a data management subcommittee that will facilitate not only the production of the spreadsheet, but also future discovery and production of additional Plaintiff Fact Sheets. The reasons for the motion are more fully set forth in the attached memorandum in support.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Defense Liaison Counsel**

00061640-1

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of January, 2011, a copy of the foregoing Motion to Force Production of Comprehensive Spreadsheet was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                s/Andrew D. Weinstock
                                _____
                              ANDREW D. WEINSTOCK #18495
                              andreww@duplass.com

00061640-1