UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION TO FORCE PRODUCTION OF COMPREHENSIVE SPREADSHEET**

**MAY IT PLEASE THE COURT:**

The **MANUFACTURING DEFENDANTS** now appear before this Court to request additional information about the plaintiffs involved in this Multi-District Litigation. Recently, and pursuant to an Order of the Court, the defendants moved to dismiss numerous "holding actions," in which thousands of plaintiffs sued multiple manufacturer and contractor defendants. (Rec. Doc. 18684). As the Court is well aware, several of the plaintiffs who originally filed suit in these holdings actions severed their claims, and then amended their personal claims to name the particular defendants that allegedly caused them harm.

With all of the procedural transactions that took place to sever, then amend, these claims, it has become unclear to the defendants exactly which plaintiffs remain in this action. The manufacturing defendants respectfully request that this Court enter an Order requiring the Plaintiffs' Steering Committee to draft and produce to all defendants within 30 days a sortable, CSV-formatted[1] spreadsheet listing the following information for each plaintiff:

---

[1] A "CSV" format – more fully, comma separated value format – is the most common and basic data set scheme for a file. The format divides every data point in the field by a comma, allowing the user to locate and/or analyze the data contained in the document with the data tool of choice. In short, it allows complete, simple access to the data so that the parties can locate the important information regarding the plaintiffs in this case.

- Last name (in a single field)

- First name (in a single field)

- Middle name or initial ( in a single field)

- Suffix (in a single field)

- SSN of the plaintiff

- FEMA ID of the plaintiff

- Counsel

- Manufacturer Defendant

- Installation Contractor Defendant

- Any additional defendants, whether these are FEMA insurers, brokers, etc.

- Case Style (active case in a single field)

- Civil Action No. (active case in a single field and in uniform format as follows: ##-####)

- The Style of any prior case the plaintiff was named in, including separate fields for each Style if the plaintiff was named in multiple prior suits

- The Civil Action Number of any prior case the plaintiff was named in, including separate fields for each Civil Action Number if the plaintiff was named in multiple prior suits

- The Court Designation of any prior case the plaintiff was named in, including separate fields for each Court Designation if the plaintiff was named in multiple prior suits

- Vehicle Identification Number

- A statement that the plaintiff has, or has not, sought medical treatment for a formaldehyde-related medical issue

- A statement indicating whether the plaintiff has produced a Plaintiff Fact Sheet (PFS)

- If the plaintiff has previously submitted a PFS, the date of production by counsel to liaison counsel

- If the plaintiff has previously submitted a PFS, the title, date, and any other identifying information written on the disk that contained the fact sheet[2]

- If the plaintiff's firm is currently using a unique plaintiff tracking number (e.g., Watts-Hilliard group), provide that number with a unique plaintiff law firm prefix assigned by PSC or committee mentioned above (e.g., WH-######); additionally, if the firm is not providing SSN as required below (many PFSs have no SSN although required), assign a unique plaintiff tracking number with the unique plaintiff law firm prefix assigned by the PSC or committee mentioned above in the format (e.g., "_ _-######")

---

[2]   In requesting this information, the defendants are simply trying to facilitate the process by which they can locate each plaintiff's PFS. When producing their fact sheets, Plaintiffs sometimes produced the sheets according to manufacturer or case, but never by contractor. This has made it extremely difficult for the defendants to locate the fact sheets. Accordingly, the defendants are looking for information about how Plaintiffs labeled the disks that contained the PFSs when they originally produced them.

This sortable spreadsheet is needed for several reasons. First, it will ensure fairness to all parties by providing a complete list of all plaintiffs currently engaged in this litigation. By providing information about who precisely remains in this MDL proceeding, the list will place the parties on a level playing field. The list will also promote efficiency by allowing the parties to bypass any remaining holding actions or omnibus complaints, and to focus on the plaintiffs who are actually still involved in the case. Further, it is critical if these cases are ever going to settle, as the parties need to know precisely who is making a claim.

Additionally, the Court has already recognized the value of such a spreadsheet when it required the claimants who went through the "last chance" matching process to complete one. *See* (Rec. Doc. 14779). Pre-Trial Order 68 required counsel for the plaintiffs to draft an Excel-format spreadsheet listing the matched plaintiff's name and other pertinent information. *See id*. at 6—7. However, not all of the attorneys for the plaintiffs completed these spreadsheets because they did not participate in the last chance matching process. Therefore, there are numerous plaintiffs for whom the defendants do not have this basic information in a sortable spreadsheet.

Finally, the manufacturing defendants recently learned that several of the plaintiffs' attorney firms have agreed to represent large numbers of Mississippi claimants, but have not yet filed suit for these claimants because the statute of limitations has not expired. If the parties ever wish to entertain the notion of settlement, the PSC must disclose these plaintiffs and their pertinent information.

To aid this process, the defendants further propose the establishment of a data management subcommittee comprised of one representative from each group (i.e., one PSC representative, one manufacturing defendant representative, one contractor defendant representative, etc.) who will coordinate the compilation of this information. The committee

would work to sort this data not just for purposes of the spreadsheet, but also to streamline the process of additional Plaintiff Fact Sheet production and future discovery. With the tens of thousands of plaintiffs who have filed suit, too much of the complaint-filing and PFS-producing procedure has been utterly haphazard. This has rendered data analysis and management far too expensive, and nearly impossible. Therefore, these steps are necessary to keep a firm grip on the overall status of this case.

For all these reasons, the manufacturing defendants respectfully request an Order directing the Plaintiffs' Steering Committee to draft and produce to all defendants within 30 days a sortable, CSV-formatted spreadsheet listing all pertinent information described above. The CSV document should be produced in two formats – one, as a comprehensive spreadsheet listing all plaintiffs; and two, a division of the comprehensive spreadsheet separated into individual spreadsheets identified by each law firm and/or lawyer that represents one or more plaintiffs in this action.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Defense Liaison Counsel**

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of January, 2011, a copy of the foregoing Memorandum in Support of Motion to Force Production of Comprehensive Spreadsheet was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                                                  s/Andrew D. Weinstock
                                          _____
                                      ANDREW D. WEINSTOCK #18495
                                             andreww@duplass.com