UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| *Devlin, et al v. Fleetwood Enterprises, et al*; | * | |
| Docket No. 07-7018 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that Manufacturing Defendants' Motion to Enforce Production of Comprehensive Spreadsheet, is hereby set for the 9th day of February, 2011, at 9:30 a.m.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew W. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Defendants' Liaison Counsel**

00073320-1

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of January, 2011, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                               s/Andrew D. Weinstock
                            _____
                         ANDREW D. WEINSTOCK #18495
                                andreww@duplass.com