UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE    PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | JUDGE ENGELHARDT |
| Civil Action No. 09-3701 | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION OF DISMISSAL PURSUANT TO FLEETWOOD SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Joseph Quezergue, in the above referenced matter, who for the reasons more fully set forth in the memorandum attached hereto and for the same reasons set forth in the PSC Motion of Dismissal Pursuant to Fleetwood Settlement (Doc. 16174), respectfully requests the entry of an Order by the Court directing that all claims encompassed in the settlement previously entered into between plaintiffs and Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., Fleetwood Travel Trailers of Maryland, Inc., American International Group, Inc., as well as the liability insurers of the Fleetwood interests, including, but not limited to, Gibraltar Insurance Company, Ltd., American International Specialty Lines Insurance Company (now known as Chartis Specialty Insurance Company), and Starr Excess Liability Insurance Company (now known as Chartis Select Insurance Company), be dismissed with prejudice, pursuant to this settlement.

Plaintiff further sets forth that his claim was inadvertently left off of the PSC's original filing, PSC Motion of Dismissal Pursuant To Fleetwood Settlement (Doc. 16174), and thus also inadvertently left off of this Honorable Court's Order and Reasons dated December 29, 2010 (Doc. 19057). Plaintiff seeks to have his claims against the above

1

referenced Fleetwood entities and insurers dismissed to ensure his participation in the Fleetwood Settlement.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to grant Plaintiffs' Motion of Dismissal Pursuant to Fleetwood Settlement.

Respectfully submitted:

BY:  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 12th day of January, 2011.

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2