UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | JUDGE ENGELHARDT |
| Civil Action No. 09-3701 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION OF DISMISSAL PURSUANT TO FLEETWOOD SETTLEMENT**

**MAY IT PLEASE THE COURT:**

Plaintiff, Joseph Quezergue, respectfully moves this Honorable Court to grant his Motion of Dismissal Pursuant to Fleetwood Settlement for the same reasons set forth in the PSC's Memorandum In Support of PSC Motion of Dismissal Pursuant to Fleetwood Settlement (Doc. 16174-1) and this Honorable Court's Order and Reasons dated December 29, 2010 (Doc. 19057).

Plaintiff was inadvertently excluded from the PSC's original Motion of Dismissal Pursuant to Fleetwood Settlement (Doc. 16174) and thus this Court's Order granting the PSC's motion (Doc. 19057). Plaintiff, Joseph Quezergue, pursuant to PTO 77, provided his Plaintiff Fact Sheet and other relevant information to Fleetwood Special Master Dan Balhof and liaison counsel for the PSC, United States Government, Manufacturing, Contractor, Insurance and Manufactured Home defendants on October 14, 2010. On December 6, 2010, Plaintiff received notice of a discrepancy from the office of the Special Master, which Plaintiff corrected on December 18, 2010. All counsel received notice of Plaintiff's intent to

1

participate in the Fleetwood Settlement and thus are not prejudiced by Plaintiff's Motion of Dismissal Pursuant to Fleetwood Settlement.

For these reasons, Plaintiff respectfully requests that this Honorable Court enter the attached Order of dismissal with prejudice as to the claims against Fleetwood which are encompassed in the settlement.

Respectfully submitted:

BY:     */s/ Hugh P. Lambert, Esq.*
HUGH P. LAMBERT, ESQ. (LA Bar # 7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 12th day of January, 2010.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)

2