UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION * | |
| * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: * | |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* * | JUDGE ENGELHARDT |
| Civil Action No. 09-3701 * | |
| * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion of Dismissal Pursuant to Fleetwood Settlement on Plaintiff's behalf:

IT IS SO ORDERED that Plaintiff's Motion of Dismissal Pursuant to Fleetwood Settlement IS HEREBY GRANTED for the same reasons set forth in this Court's Order and Reasons dated December 29, 2010 (Doc. 19057).

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.

HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE