**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | JUDGE ENGELHARDT |
| *Civil Action No. 09-3701* | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing liaison counsel of record for the United States of America, Manufacturing Defendants, Contractor Defendants, Insurance Defendants, Manufactured Home Defendants and Fleetwood Enterprises, Inc. have been contacted and do not object to Plaintiff's Motion of Dismissal Pursuant to Fleetwood Settlement.

                Respectfully submitted:

                */s/ Hugh P. Lambert*
                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                LAMBERT & NELSON, PLC
                701 Magazine Street
                New Orleans, Louisiana 70130
                Telephone: (504) 581-1750
                Facsimile: (504) 529-2931
                hlambert@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 12th day of January, 2011.

                                                */s/ Hugh P. Lambert*
                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)