UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Williams v. Superior Homes, LLC, et al*<br>*No. 09-6341* | JURY DEMANDED |

## **ORDER**

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file her Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this _____ day of _____, 20_____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE