UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Stermer, et al v. Superior Homes, LLC, et al
No. 09-7266*

JURY DEMANDED

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, pursuant to Rule 15 of the Federal Rules of Civil Procedure, seek to

amend their Complaint to correct the name of the Defendant Manufacturer as follows:

1.  Defendant Superior Homes, LLC was improperly named as the Defendant Manufacturer.

The correct name of the Defendant Manufacturer is Mitchell County Industries, LLC f/k/a

Superior Park Model Homes.  In addition thereto, the Plaintiffs seek to amend the caption hereto

to correctly identify the Defendant Manufacturer.

2.  To correctly substitute "the state of Georgia" for "the state of South Dakota" in paragraph

two of the Complaint concerning Mitchell County Industries, LLC f/k/a Superior Park Model

Homes.

No undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit *Stermer, et al v. Superior Homes, LLC, et al* Case No. 09-7266, filed November 10, 2009 in the Eastern District of Louisiana.

Respectfully submitted,

By:____/s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland