UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Buras v. Superior Homes, LLC, et al*<br>*No. 09-8719* | JURY DEMANDED |

### SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiff in the above captioned matter who, through undersigned counsel, respectfully reiterates and re-avers all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on his behalf with this Court on December 28, 2009.

1.

Defendant Superior Homes, LLC was improperly named as the Defendant Manufacturer. The correct name of the Defendant Manufacturer is Mitchell County Industries, LLC f/k/a Superior Park Model Homes. Named Plaintiff seeks to replace any references to Superior Homes, LLC with Mitchell County Industries, LLC f/k/a Superior Park Model Homes.

2.

Named Plaintiff seeks to correct an error in paragraph 2 of the Complaint by replacing "state of South Dakota" each time it appears with "state of Georgia."

1

3.

Named Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

          Respectfully Submitted,

          By: <u>/s/Matthew B. Moreland</u>
          Daniel E. Becnel, Jr. (La. Bar #2926)
          Matthew B. Moreland (La. Bar No. 24567)
          BECNEL LAW FIRM, LLC
          106 W. Seventh Street
          P. O. Drawer H
          Reserve, Louisiana 70084
          Telephone: (985) 536-1186
          Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                            /s/Matthew B. Moreland
                                            Matthew B. Moreland