## EXHIBIT "A"

| | | | |
|---|---|---|---|
| 1. | Lori Billiot | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 2. | Blake McKay | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 3. | Kelly Bovia | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 4. | Rhonda Bovia | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 5. | Shelby Gonzales | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 6. | John Giovegno, Jr. | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 7. | Jody Lovell | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 8. | Kathy Lovell | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 9. | Manuel Resendez | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 10. | Gwendolyn Resendez | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 11. | Linda L. Smith | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 12. | Robert Smith | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |
| 13. | Mattie Smith | Billiot, et al v. Gulfstream Coach, Inc. et al | 09-6278 |