UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| | * | SECTION "N"(5)* |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ENGELHARDT |
| 2:09-cv-04762 | * | |
| Basile, et al v. Alliance Homes, Inc., et al | * | |

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint:

IT IS ORDERED THAT the Plaintiffs' Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint (see attached Exhibit "A") is hereby Granted.

New Orleans, LA this __12th__ day of _____, 201_.

HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE