UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Franklin, et al v. Timberland RV Company, et al*<br>No. 09-8731 | JURY DEMANDED |

**PLAINTIFF MONA WHEELER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, Mona Wheeler, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against all Defendants in the Complaint previously filed in these proceedings on December 28, 2009, in *Franklin, et al v. Timberland RV Company, et al,* Case No. 09-cv-8731.

By:   /s/Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland  
Matthew B. Moreland
