UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED<br>TO:<br>*Bauder, et al v. Thor California, Inc. et al*<br>*No. 09-7277* | JURY DEMANDED |

## PLAINTIFFS DAVID BAUDER AND DONDRA BAUDER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, David Bauder and Dondra Bauder, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against all Defendants in the Complaint previously filed in these proceedings on November 10, 2009, in *Bauder, et al v. Thor California, Inc., et al,* Case No. 09-cv-7277.

By:    /s/Matthew B. Moreland_____
        Daniel E. Becnel, Jr. (La. Bar #2926)
        Matthew B. Moreland (La. Bar No. 24567)
        **BECNEL LAW FIRM, LLC**
        106 W. Seventh Street
        P. O. Drawer H
        Reserve, Louisiana 70084
        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland