UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE PRODUCTS                         SECTION N MAG. 5
LIABILITY LITIGATION


                                              JUDGE ENGELHARDT
                                              MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Acklin, et al v. Gulf Stream Coach, Inc. et al*      JURY DEMANDED
*No. 09-7304*


### PLAINTIFFS MELVA BRIDGES, JADE CAPPIE, JANET CAPPIE, AND KENNETH HARRIS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs

herein, Melva Bridges, Jade Cappie, Janet Cappie, and Kenneth Harris, who, pursuant to the

provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of

their voluntary dismissal, without prejudice, of their claims asserted against all Defendants in the

Complaint previously filed in these proceedings on November 10, 2009, in *Acklin, et al v. Gulf*

*Stream Coach, Inc., et al,* Case No. 09-cv-7304.


                        By:    /s/Matthew B. Moreland_____
                               Daniel E. Becnel, Jr. (La. Bar #2926)
                               Matthew B. Moreland  (La. Bar No. 24567)
                               **BECNEL LAW FIRM, LLC**
                               106 W. Seventh Street
                               P. O. Drawer H
                               Reserve, Louisiana  70084
                               Telephone: (985) 536-1186
                               Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing

pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to

all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland