UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Acklin, et al v. Alliance Homes, Inc. et al*        JURY DEMANDED
*No. 09-5343*

## PLAINTIFFS CAMERON ALSOBROOKS, HEAVEN ALSOBROOKS, KARIMA BASS, AND MARCUS GRAHAM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Cameron Alsobrooks, Heaven Alsobrooks, Karima Bass, and Marcus Graham, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, without prejudice, of their claims asserted against all Defendants in the Complaint previously filed in these proceedings on August 3, 2009, *Acklin, et al v. Alliance Homes, Inc., et al,* Case No. 09-cv-5343.

                    By:    /s/Matthew B. Moreland_____
                           Daniel E. Becnel, Jr. (La. Bar #2926)
                           Matthew B. Moreland  (La. Bar No. 24567)
                           **BECNEL LAW FIRM, LLC**
                           106 W. Seventh Street
                           P. O. Drawer H
                           Reserve, Louisiana  70084
                           Telephone: (985) 536-1186
                           Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

      /s/Matthew B. Moreland
      Matthew B. Moreland