**Exhibit A**

| # | Name | Case | Number |
|---|---|---|---|
| 1. | Weldon Antoine III obo Petra Antoine | Ange et al v. American Intl. Specialty Lines Ins. Co. et al | 09-8405 |
| 2. | Shelton Belton | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-8391 |
| 3. | Kimberly Bickham | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 4. | Romalice Bowens | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 5. | Willie Brown V | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 6. | Lora Buckler obo Emanuel Ducre | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 7. | Dolly Carter | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 8. | Corey Croft | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 9. | Michael Davis | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 10. | Michelle Davis obo Lonzell Kennedy Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 11. | Nayal Dickinson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 12. | Sherri Green | Mayon et al v. DS Corp. et al | 09-8388 |
| 13. | Edmon Harris | Lazard et al v. Vanguard Ind. of Michigan, Inc. et al | 09-8375 |
| 14. | Edmon Harris | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 15. | Shannon Henderson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 16. | Shannon Henderson obo Andre Major | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 17. | Tanesha Hill obo Airriel Adams | Mayon et al v. DS Corp. et al | 09-8388 |
| 18. | Shontel Jefferson obo Kye Callicoatte | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 19. | Shontel Jefferson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 20. | Shontel Jefferson obo Kaili Jenkins | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 21. | Wayne Johnson Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 22. | Denise Matthews obo Devin Matthews | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |

| # | Name | Case | Number |
|---|------|------|--------|
| 23. | Dionte Matthews | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 24. | Michael McGrew | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 25. | Kasey Mogilles obo Jalen Johnson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 26. | Christine Myles obo Diamond Davenport | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 27. | Christine Myles | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 28. | Kimberly Nicholson obo Koi Nicholson | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 29. | April Porter | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 30. | April Porter obo Paige Porter | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 31. | Austin Reneau obo Indera Reneau | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 32. | Sheila Riculfy rep estate of Iarion Riculfy | Bradley et al v. Heartland Recreational Vehicles, LLC et al | 09-8401 |
| 33. | Rosalie Sheffield | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 34. | Rosalie Sheffield | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 35. | Denise Smith | Henderson et al v. Sun Valley, Inc. et al | 09-8394 |
| 36. | Denise Smith | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 37. | Neya Smith | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 38. | Lecia Smith obo Sarah Smith | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 39. | Lecia Smith obo Sarah Smith | Darby et al v. Keystone RV Company et al | 09-8372 |
| 40. | Raphael Turner | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 41. | Roland Veal Jr. | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 42. | Nadine Wells | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 43. | Nadine Wells obo Melinie Wells | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 44. | Eva White | Charleston et al v. River Birch Homes, Inc. et al | 09-8392 |
| 45. | Eva White | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |

| | | |
|---|---|---|
| 46. Juan White | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 47. Ceralann Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 48. Ora Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |