UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONTRACTOR DEFENDANTS' JOINDER IN MANUFACTURING DEFENDANTS' MOTION TO FORCE PRODUCTION OF COMPREHENSIVE SPREADSHEET

NOW INTO COURT, through undersigned liaison counsel, come the Contractor Defendants, who hereby adopt and join in the Manufacturing Defendants' Motion to Force Production of Comprehensive Spreadsheet (Rec. Doc. 19709). The Court should grant that Motion for all the reasons set forth in the Manufacturing Defendants' Memorandum in Support (Rec. Doc. 19709-1).

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
dkurtz@bakerdonelson.com

**LIAISON COUNSEL FOR CONTRACTOR
DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of January, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

  /s/ M. David Kurtz
M. DAVID KURTZ