**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Defelice, et al v. Alliance Homes, Inc., et al*
*E.D. La. Case No. 09-5341*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
**MOTION TO SEVER "MATCHED" PLAINTIFF**
**FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiff, listed below, respectfully requests this Honorable Court grant her Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiff in the above captioned matter has now been matched to the proper defendants, and to reflect such matching Plaintiff has filed an Amended Complaint with the civil action number listed below:

1. Laura Young     Abadie et al v. Gulf Stream Coach, Inc. et al     09-5397

Therefore, pursuant to this Court's Order of August 16, 2010 (Doc. 15156) regarding motions to sever contemplated by Pretrial Order # 40 and in light of judicial economy, Plaintiff requests this Honorable Court grant Plaintiff's instant Motion to Sever.

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY: /s/Matthew B. Moreland
MATTHEW B. MORELAND,
#24567
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, Louisiana 70084
Telephone: 985/536-1186
Facsimile: 985/536-6445
mmoreland@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Matthew B. Moreland
MATTHEW B. MORELAND, # 24567