UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Defelice, et al v. Alliance Homes, Inc., et al*
E.D. La. Case No. 09-5341
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiff's Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the _____ day of _____, 2011, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT