UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
*Ausbrooks v. Forest River, Inc, et al;*
*Early v.Gulf Stream, et al; Price v.*
*Jayco, Inc, et al.; Clementin v. Keystone*
*RV, et al.; Williams v. KZRV, LP, et al*

## ORDER

**IT IS ORDERED** that the Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, PH.D. (Rec. Doc. 18283), currently set for hearing on January 12, 2011 is **RESET** for hearing on **Wednesday, February 16, 2011, at 9:00 a.m. WITH ORAL ARGUMENT**.

New Orleans, Louisiana, this 12th day of January, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**