UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

                                                                                                     JUDGE ENGELHARDT
                                                                                                     MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Abrahms, et al v. Gulf Stream Coach, Inc., et*    JURY DEMANDED
*al*
*No. 09-5392*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this __12th__ day of __January__, 20__11__ in New Orleans, Louisiana.

                                                           _____
                                                           KURT D. ENGELHARDT
                                                           UNITED STATES DISTRICT JUDGE