U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 1 0 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-31154

MD 07-1873 - N

**United States Court of Appeals Fifth Circuit**

**F I L E D**
January 7, 2011

LYNDON T. WRIGHT,

    Plaintiff - Appellant

Lyle W. Cayce
Clerk

v.

FOREST RIVER, INCORPORATED; SHAW ENVIRONMENTAL, INCORPORATED,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of January 7, 2011, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _Dantrell Johnson_
    Dantrell L. Johnson, Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

ENTERED AT THE DIRECTION OF THE COURT

0 7 JAN 2011

Clerk, U. S. Court of Appeals, Fifth Circuit

By: _____

DIS2

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 07, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-31154,   In Re:   FEMA Trailer
        USDC No. 2:07-MD-1873
        USDC No. 2:09-CV-2977

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc w/encl:
    Mr. Frank Jacob D'Amico, Jr.
    Mr. Ernest Paul Gieger, Jr.
    Mr. Michael David Kurtz
    Mr. Douglas M. Schmidt

MDT-1