# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER      *      CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION      *

               JUDGE ENGLEHARDT -DIV.  N

     *      MAG. JUDGE CHASEZ - MAG. 5

**************************************************************************

## DECLARATION OF JONATHAN R. WALDRON

I, Jonathan R. Waldron, state and declare as follows:

1.      I am a trial attorney in the Civil Division of the Department of Justice in Washington D.C. and I am one of the government attorneys assigned to represent the United States of America in the above-captioned matter.  Part of my duties in this action included responsibility for receiving, processing, and issuing the United States' responses both to Plaintiffs' requests for production that sought matching information and also requests for production seeking Individual Assistance files.

2.      The Federal Emergency Management Agency's ("FEMA")  Response and Recovery Applicant Tracking System ("FRRATS") database contains information relating to FEMA's issuance of temporary emergency housing units (" EHU") to disaster aid applicants, including the vehicle identification numbers ("VIN") and the FEMA barcode numbers for units issued to disaster aid applicants.  Consistent with the process set forth in the Joint Reports, Plaintiffs submitted discovery requests containing client names and information regarding each client that was required to search the FRRATS database.  The United States' response to each such request for production consisted of responsive information contained in the FRRATS database, if any, that would assist a claimant in identifying the manufactuer of the EHU issued to that disaster aid applicant and the

Exhibit No. 1

identity of the contractor responsible for installation of the unit.

3.      Since the Court's entry of Pretrial Orders requiring plaintiffs to match, the United States received more than 170 request for production seeking matching information for approximately 85,000 claimants. The United States responded to each and every request, often well in advance of the production due dates. For some plaintiffs, no responsive information was located either because they failed to provide the necessary information to allow FEMA to properly search the FRRATS database or the plaintiff was never issued an EHU.

4.      FEMA responded to each and every discovery request seeking matching information. A spreadsheet marked Attachment A is attached to this declaration. That spreadsheet constitutes a true and accurate listing of all requests for production of FRRATS matching information that the United States received from January 2009 to present, the date each request for production was received by the United States, the identity of the plaintiffs' counsel that issued the request for production, the date the United States issued its response to the request, and if the United States objected to a particular request, a summary of the United States' objections to the request for production.

5.      The United States, in its responses to the request for production of matching information, never asserted in any such response that it was unable to respond to a request because FEMA had misplaced responsive information. Generally, the reason that responsive information was not available was because the plaintiff failed to provide the information FEMA required to search the FRRATS database or because FEMA had not issued an EHU to the plaintiff. In such cases, the United States encourage the plaintiffs' counsel to obtain the information FEMA required to search the FRRATS database for the EHU that the plaintiff allegedly occupied and resubmit the request for production. Alternatively, if the plaintiff had submitted all the required information and

insisted that FEMA had issued an EHU to them or to a co-applicant, the United States encouraged

plaintiffs to request production of the plaintiffs' IA File and to issue requests for production to the

government contractors.

6.     The United States has expended substantial amounts of government resources

responding to plaintiffs requests for production of matching information, and has cooperated with

plaintiffs to allow them to match in a prompt and timely manner consistent with the deadlines

established by PTO 38, PTO 40, PTO 49, and PTO 53.  The United States has: (1) promptly

responded to each and every request for production seeking matching information; (2) participated

in all status conferences and consistently encouraged all plaintiffs at those status conferences to

collect necessary information and submit matching requests; (3) assisted in the drafting of the Joint

Reports that explained the matching process and information each plaintiff was required to collect

and submit as part of their request for production of matching information, *see* Joint Reports 7-16

(Doc. Rec. 851, 1075, 1220, 1458, 2012, 2604, 5959, 10417, 13402, 14078); (4) issued notice to

plaintiffs about how to obtain their FEMA ID number for matching purposes through its January 26,

2010, filing of Notice Regarding How An Applicant or Co-Applicant Who Applied For and

Received a FEMA EHU May Call to Obtain His or Her FEMA Identification Number for Matching

Purposes (Doc. Rec. 10795); and (5) provided detailed information about the matching process in

each response to a request for production of matching information.

7.     I have reviewed "Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint

Motion to Dismiss" (Rec. Doc. 19167).  Plaintiffs' counsel in that memorandum asserts he issued a

request for production for matching information to the United States after June 15, 2010, and that

the United States "refused to accept said matching information."  Plaintiffs' Opp. at 3 (Rec. Doc.

19167). The United States' records reflect that the last request for production of matching information was received on June 15, 2010 (Exhibit PPPPPPP), and the government's response to that request was sent out on July 13, 2010. *See* Attachment A.

8.    FEMA also maintains the National Emergency Management Information System (NEMIS). NEMIS is an automated database support system that contains information relating to disaster aid applicants requests for assistance and FEMA's responses to these such requests. Information assembled from NEMIS on an individual is generally referred to as an Individual Assistance File ("IA File"). Pursuant to Court Order, the United States from December 2009 through November 2010 was required to produce up to 200 IA Files per month. From December 2009 to November 2010, plaintiffs issued request for production of 362 IA Files, of which the United States produced 211 IA Files. The United States promptly processed all requested that contained the required information to conduct a search and responded to each request in a timely manner by producing any responsive IA Files. A large percentage of these requests did not supply the required information to conduct a search as ordered by the Court, which is why the number of files produced is less than the number of files requested.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of January, 2011.

Jonathan R. Waldron
Trial Attorney
United States Department Of Justice
Washington, D.C.

| Date of Request | Exhibit Name | Submitting Firm | Date Production / Response Made | Notes |
|---|---|---|---|---|
| 1/27/2009 | Exhibit A | Lambert & Nelson | 2/17/2009 | Plaintiff resubmitted w/required matching info, supplementing 1/12/2009 request. |
| 1/27/2009 | Exhibit F | Joe Bruno | 3/2/2009 | |
| 1/27/2009 | Exhibit M | Rodney & Etter | 3/2/2009 | |
| 2/6/2009 | Exhibit E | Paul Dominick / Nexsen Pruet | 3/11/2009 | |
| 2/6/2009 | Exhibit G | Michael Watson / Nexsen Pruet | 3/11/2009 | |
| 2/6/2009 | Exhibit H | Frank D'Amico | 3/11/2009 | |
| 2/13/2009 | Exhibit I | The Andry Law Firm, LLC | 3/18/2009 | |
| 2/13/2009 | Exhibit J | Watts | 3/18/2009 | Alabama Data was delayed due to technical problem, counsel notified, produced on 4/1/09. |
| 2/27/2009 | Exhibit C | Michael Hingle | 4/1/2009 | |
| 2/27/2009 | Exhibit K | Becnel Law Firm | 4/1/2009 | |
| 3/6/2009 | Exhibit L | Waltzer & Assoc. (4 clients) | 3/6/2009 | Objection because no FEMA ID #s provided. Counsel told to resubmit with required info. |
| 3/6/2009 | Exhibit N | Gill, Ladner & Priest, PLLC | 3/6/2009 | Objection because no FEMA ID #s provided. Counsel told to resubmit with required info. |
| 3/6/2009 | Exhibit O | Pius A. Obioha & Associates at Law | 3/6/2009 | Objection because no FEMA ID #s provided. Counsel told to resubmit with required info. |
| 3/16/2009 | Exhibit P | Becnel Law Firm, LLC et al | 4/17/2009 | |
| 3/16/2009 | Exhibit Q | Plaintiffs' Steering Committee | 4/17/2009 | |
| 3/20/2009 | Exhibit N | Gill, Ladner & Priest, PLLC | 4/22/2009 | |
| 3/20/2009 | Exhibit R | Gainsburgh, Benjamin, David, Meunier & Warshauer | 4/22/2009 | |
| 3/25/2009 | Exhibit A | Lambert & Nelson (Bartel Clients) | 4/22/2009 | |
| 3/27/2009 | Exhibit L | Waltzer and Associates | 4/27/2009 | |
| 3/27/2009 | Exhibit O | Law Office of Pius Obioha & Associates | 4/27/2009 | |
| 3/27/2009 | Exhibit S | Law Office of Jermaine D. Williams | 4/27/2009 | |
| 3/27/2009 | Exhibit T | Young & Husain, PLLC | 4/27/2009 | |
| 3/27/2009 | Exhibit U | Gill, Ladner & Priest (Additional Clients) | 4/27/2009 | |
| 4/3/2009 | Exhibit D | Sidney Torres | 4/27/2009 | Objected to parts of D as deficient because lacking FEMA ID numbers and/or State of EHU Location, sent letter re this on 4/8/09. Produced remainder 4/27. |
| 4/3/2009 | Exhibit V | Williams Law Office, LLC | 4/27/2009 | |
| 4/3/2009 | Exhibit W | Buzbee Law Firm | 4/27/2009 | Objected to parts of W as deficient because lacking FEMA ID numbers and/or State of EHU Location, sent letter re this on 4/8/09. Produced remainder 4/27. |
| 5/5/2009 | Exhibit Y | Paul Dominick Nexen Pruet | 6/8/2009 | |
| 5/5/2009 | Exhibit Z | Young & Husain | 6/8/2009 | |
| 5/5/2009 | Exhibit AA | Gill Ladner & Priest | 6/8/2009 | |
| 5/5/2009 | Exhibit BB | Hurricane Legal Center | 6/8/2009 | |
| 5/12/2009 | Exhibit X | Watts Hilliard | 6/8/2009 | Large number of entries missing proper FEMA IDs. |
| 5/21/2009 | Exibit CC | Hurricane Legal Center | 6/24/2009 | |

Attachment A

| Date of Request | Exhibit Name | Submitting Firm | Date Production / Response Made | Notes |
|---|---|---|---|---|
| 5/21/2009 | Exhibit DD | Waltzer & Associates | 6/24/2009 | |
| 5/28/2009 | Exhibit EE | Sidney Tores Law Firm | 6/30/2009 | |
| 6/4/2009 | Exhibit FF | Becnel et al | 6/30/2009 | |
| 6/10/2009 | Exhibit GG | Andres F. Alonso | 6/30/2009 | |
| 6/17/2009 | Exhibit HH | Nexsen Pruet | 7/20/2009 | |
| 6/17/2009 | Exhibit II | Andres F. Alonso | 7/20/2009 | |
| 6/19/2009 | Exhibit JJ | Buzbee Law Firm | 7/20/2009 | |
| 6/23/2009 | Exhibit KK | Hurricane Legal Center (Part 1) | 7/27/2009 | |
| 6/23/2009 | Exhibit LL | Hurricane Legal Center (Part 2) | 7/27/2009 | |
| 6/24/2009 | Exhibit MM | Andres F. Alonso | 7/20/2009 | |
| 6/24/2009 | Exhibit NN | Gill, Ladner & Priest | 7/20/2009 | |
| 6/24/2009 | Exhibit OO | Becnel Law Firm | 7/20/2009 | |
| 6/26/2009 | Exhibit PP | Gainsburgh Benjamin | 7/20/2009 | |
| 6/29/2009 | Exhibit QQ | Ronnie G. Penton Law Firm | 7/20/2009 | |
| 6/29/2009 | Exhibit RR | Ronnie G. Penton Law Firm | 7/28/2009 | |
| 6/29/2009 | Exhibit SS | Ronnie G. Penton Law Firm | 7/28/2009 | |
| 6/30/2009 | Exhibit TT | Hurricane Legal Center (Client List) | 8/6/2009 | Could not produce by 8/3/09. Counsel contacted 7/30/09 and agreed to extension. |
| 7/28/2009 | Exhibit UU | Becnel et al | 8/31/2009 | |
| 7/6/2009 | Exhibit VV | Ronnie G. Penton | 8/10/2009 | |
| 7/6/2009 | Exhibit WW | Ronnie G. Penton | 8/10/2009 | |
| 7/6/2009 | Exhibit XX | Andres F. Alonso | 8/10/2009 | |
| 7/16/2009 | Exhibit YY | Andres F. Alonso | 8/18/2009 | |
| 7/20/2009 | Exhibit ZZ | Watts, Hilliard, Guerra | 8/24/2009 | |
| 7/20/2009 | Exhibit AAA | Watts, Hilliard, Guerra | 8/24/2009 | |
| 7/20/2009 | Exhibit BBB | Watts, Hilliard, Guerra | 8/24/2009 | |
| 7/20/2009 | Exhibit CCC | Watts, Hilliard, Guerra | 8/24/2009 | |
| 7/22/2009 | Exhibit DDD | Becnel Law Firm | 8/24/2009 | |
| 7/23/2009 | Exhibit EEE | Bencomo & Associates | 8/25/2009 | |
| 7/24/2009 | Exhibit FFF | Andres Alonso | 8/25/2009 | |
| 7/28/2009 | Exhibit GGG | Nexsen Pruet | 8/31/2009 | |
| 8/5/2009 | Exhibit HHH | Sidney Torres | 9/8/2009 | |
| 8/7/2009 | Exhibit III | Hurricane Legal Center | 9/8/2009 | |
| 8/11/2009 | Exhibit JJJ | D'Amico | 9/8/2009 | |
| 8/11/2009 | Exhibit KKK | D'Amico (Irpino) | 9/14/2009 | |
| 8/11/2009 | Exhibit LLL | D'Amico (Reich) | 9/14/2009 | |
| 8/13/2009 | Exhibit MMM | Schmidt | 9/15/2009 | |
| 8/14/2009 | Exhibit NNN | Watts Hilliard (AL) | 9/16/2009 | |
| 8/14/2009 | Exhibit OOO | Watts Hilliard (LA) | 9/16/2009 | |
| 8/14/2009 | Exhibit PPP | Watts Hilliard (MS) | 9/16/2009 | |
| 8/14/2009 | Exhibit QQQ | Watts Hilliard (TX and Others) | 9/16/2009 | |
| 8/17/2009 | Exhibit RRR | Andres F. Alonso | 9/21/2009 | |
| 8/18/2009 | Exhibit SSS | Nexsen Pruet | 9/21/2009 | |
| 8/20/2009 | Exhibit TTT | The Andry Law Firm | 9/22/2009 | |
| 8/20/2009 | Exhibit UUU | Nexsen Pruet | 9/22/2009 | |
| 8/21/2009 | Exhibit VVV | Buzbee | 9/23/2009 | |
| 8/27/2009 | Exhibit WWW | Nexsen Pruet | 9/29/2009 | |
| 8/27/2009 | Exhibit XXX | Pius A. Obioha & Associates | 9/29/2009 | |
| 9/1/2009 | Exhibit YYY | Hawkins, Stracener & Gibbons | 10/5/2009 | |
| 9/3/2009 | Exhibit ZZZ | Andrey Law Firm | 10/6/2009 | |
| 9/4/2009 | Exhibit AAAA | Jim Hall Law Firm | 10/7/2009 | |
| 9/4/2009 | Exhibit BBBB | Buzbee Law Firm | 10/7/2009 | |
| 9/10/2009 | Exhibit CCCC | Becnel Law Firm | 10/13/2009 | |
| 9/11/2009 | Exhibit DDDD | Jim Hall & Associates | 10/13/2009 | |
| 9/14/2009 | Exhibit EEEE | Becnel Law Firm | 10/19/2009 | |
| 9/17/2009 | Exhibit FFFF | Buzbee Law Firm | 10/19/2009 | |
| 9/18/2009 | Exhibit GGGG | Jim Hall & Associates | 10/19/2009 | |
| 9/18/2009 | Exhibit HHHH | PSC | 10/19/2009 | |

| Date of Request | Exhibit Name | Submitting Firm | Date Production / Response Made | Notes |
|---|---|---|---|---|
| 9/18/2009 | Exhibit IIII | Gainsburgh Benjamin | 10/19/2009 | |
| 9/22/2009 | Exhibit JJJJ | Hawkins, Stracerner & Gibbons | 10/27/2009 | |
| 9/23/2009 | Exhibit KKKK | Nexsen Pruet | 10/27/2009 | |
| 9/23/2009 | Exhibit LLLL | Buzbee Law Firm | 10/27/2009 | |
| 9/24/2009 | Exhibit MMMM | PSC | 10/27/2009 | |
| 9/25/2009 | Exhibit NNNN | Andry Law Firm | 10/29/2009 | |
| 9/29/2009 | Exhibit OOOO | PSC | 11/2/2009 | |
| 9/29/2009 | Exhibit PPPP | Buzbee | 11/2/2009 | |
| 10/2/2009 | Exhibit QQQQ | Buzbee Law Firm | 11/2/2009 | Excludes TX & AL Matches |
| 10/2/2009 | Exhibit QQQQ | Buzbee Law Firm (Supplement) | 11/3/2009 | Includes TX and AL matches |
| 10/2/2009 | Exhibit RRRR | Jim Hall & Associates | 11/2/2009 | |
| 10/2/2009 | Exhibit SSSS | Hawkins, Stracerner & Gibbons | 11/2/2009 | |
| 10/15/2009 | Exhibit TTTT | Doug Schmidt | 11/17/2009 | |
| 10/15/2009 | Exhibit UUUU | Hawkins, Stracerner & Gibbons | 11/17/2009 | |
| 10/19/2009 | Exhibit VVVV | Watts Hilliard | 11/23/2009 | |
| 10/19/2009 | Exhibit WWWW | Watts Hilliard | 11/23/2009 | |
| 10/19/2009 | Exhibit XXXX | Watts Hilliard | 11/23/2009 | |
| 10/20/2009 | Exhibit YYYY | Becnel Law Firm | 11/23/2009 | |
| 11/2/2009 | Exhibit ZZZZ | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit AAAAA | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit BBBBB | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit CCCCC | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit DDDDD | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit EEEEE | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit FFFFF | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit GGGGG | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit HHHHH | Watts Hilliard | 12/7/2009 | |
| 11/2/2009 | Exhibit IIIII | Watts Hilliard | 12/7/2009 | |
| 11/4/2009 | Exhibit JJJJJ-1 | Hurricane Legal Center | N/A | Could not process w/o additional required info. Told to resubmit w/required info. |
| 11/4/2009 | Exhibit JJJJJ-2 | Hurricane Legal Center | N/A | Could not process w/o additional required info. Told to resubmit w/required info. |
| 11/4/2009 | Exhibit JJJJJ-3 | Hurricane Legal Center | 12/9/2009 | Unable to find matches by 12/7, counsel contacted and agreed to brief extension. |
| 11/11/2009 | Exhibit KKKKK | Bruno & Bruno | 12/16/2009 | |
| 11/9/2009 | Exhibit LLLLL | Watts Hilliard | 12/14/2009 | |
| 11/9/2009 | Exhibit MMMMM | Watts Hilliard | 12/14/2009 | |
| 11/9/2009 | Exhibit NNNNN | Watts Hilliard | 12/14/2009 | |
| 11/9/2009 | Exhibit OOOOO | Watts Hilliard | 12/14/2009 | |
| 11/9/2009 | Exhibit PPPPP | Watts Hilliard | 12/14/2009 | |
| 11/11/2009 | Exhibit QQQQQ | Becnel, et al. | 12/15/2009 | |
| 11/11/2009 | Exhibit RRRRR | Gill, Ladner, & Priest | 12/15/2009 | |
| 11/12/2009 | Exhibit SSSSS | Hawkins, Stracener & Gibbons, PLC | 12/15/2009 | |
| 11/23/2009 | Exhibit TTTTT | Watts Hilliard AL | 12/28/2009 | |
| 11/23/2009 | Exhibit UUUUU | Watts Hilliard MS | 12/28/2009 | |
| 11/23/2009 | Exhibit VVVVV | Watts Hilliard LA (1-500) | 12/28/2009 | |
| 11/23/2009 | Exhibit WWWWW | Watts Hilliard LA (501-825) | 12/28/2009 | |
| 11/23/2009 | Exhibit XXXXX | Watts Hilliard TX | 12/28/2009 | |
| 12/2/2009 | Exhibit YYYYY | Hawkins, Stracerner & Gibbons, PLC | 1/4/2010 | |
| 12/20/2009 | Exhibit ZZZZZ | Buzbee | 1/22/2010 | |
| 1/11/2010 | Exhibit AAAAAA | Sidney Torres | 2/16/2010 | |
| 1/13/2010 | Exhibit BBBBBB | Hawkins, Stracerner & Gibbons, PLC | 2/16/2010 | |
| 1/29/2010 | Exhibit CCCCCC | Watts Hilliard, LLC - AL Clients | 3/18/2010 | |

| Date of Request | Exhibit Name | Submitting Firm | Date Production / Response Made | Notes |
|---|---|---|---|---|
| 1/29/2010 | Exhibit DDDDDD | Watts Hilliard, LLC - MS Clients | 3/18/2010 | |
| 1/29/2010 | Exhibit EEEEEE | Watts Hilliard, LLC - LA Clients | 3/18/2010 | |
| 1/29/2010 | Exhibit FFFFFF | Watts Hilliard, LLC - TX Clients | 3/18/2010 | |
| 2/3/2010 | Exhibit GGGGGG | Walter Dumas | 3/8/2010 | |
| 2/4/2010 | Exhibit HHHHHH | Law Office of John Author Eaves | 3/8/2010 | |
| 2/5/2010 | Exhibit IIIIII | Becnel Law Office | 3/8/2010 | |
| 2/11/2010 | Exhibit JJJJJJ | Hawkins, Stracerner & Gibbons, PLC | 3/16/2010 | |
| 3/12/2010 | Exhibit KKKKKK | Hawkins, Stracener & Gibson, PLC | 4/14/2010 | |
| 3/17/2010 | Exhibit LLLLLL | Sidney Torres | 4/19/2010 | Objection made: these are duplicate submissions for previously submitted claimants (2,238 requests, approx. 95% duplicative) |
| 3/18/2010 | Exhibit MMMMMM | Hawkins, Stracener & Gibson | 4/20/2010 | |
| 3/18/2010 | Exhibit NNNNNN | MS FEMA Trailer Litigation Annex (FTLA) | 4/20/2010 | |
| 3/19/2010 | Exhibit OOOOOO | Watts Hilliard AL | 4/20/2010 | |
| 3/19/2010 | Exhibit PPPPPP | Watts Hilliard MS | 4/20/2010 | |
| 3/19/2010 | Exhibit QQQQQQ | Watts Hilliard LA | 4/20/2010 | |
| 3/23/2010 | Exhibit RRRRRR | Frank D'Amico | 4/26/2010 | Objection made: these are duplicate submissions for previously submitted claimants (840 requests, approx. 50% duplicative) |
| 3/31/2010 | Exhibit SSSSSS | Joe Bruno | 5/3/2010 | Objection made: these are duplicate submissions for previously submitted claimants (455 requests, 447 or 98% duplicative) |
| N/A | N/A | N/A | 4/8/2010 | 188 additional matches returned after FEMA QC'd its MS submissions after it discovered a possible glitch. |
| 4/9/2010 | Exhibit TTTTTT | MS FEMA Trailer Litigation Annex/Cathy Jacobs | 5/12/2010 | |
| 4/22/2010 | Exhibit UUUUUU | Jermaine D. Williams | 5/25/2010 | Objection made: 40% missing FEMA ID, 40% of remaining was duplicative. advised to resubmit with proper information. |
| 4/28/2010 | Exhibit VVVVVV | MS FEMA Trailer Litigation Annex "FTLA" | 5/28/2010 | |
| 5/4/2010 | Exhibit WWWWWW | Hawkins, Stracener & Gibson | 6/2/2010 | |
| 5/5/2010 | Exhibit XXXXXX | Hawkins, Stracener & Gibson | 6/2/2010 | |
| 5/7/2010 | Exhibit YYYYYY | Buzbee Law Firm | 6/1/2010 | Objection made: 98% of requests duplicative. Told to resubmit without duplicates unless new information provided. |
| 5/14/2010 | Exhibit ZZZZZZ | Gainsburgh Benjamin | 6/16/2010 | |
| 5/14/2010 | Exhibit AAAAAA | Casey Lott | 6/2/2010 | |
| 5/17/2010 | Exhibit BBBBBB | Hawkins, Stracener & Gibson | 6/21/2010 | |
| 6/10/2010 | Exhibit CCCCCCC | MS FEMA Trailer Litigation Annex "FTLA" | 7/13/2010 | |
| 6/15/2010 | Exhibit DDDDDDD | Gainsburgh Benjamin | 7/13/2010 | |
| 6/15/2010 | Exhibit EEEEEEE | PSC | 7/13/2010 | |
| 6/15/2010 | Exhibit FFFFFFF | Hawkins, Stracener & Gibson | 7/13/2010 | |
| 6/15/2010 | Exhibit GGGGGGG | Becnel Law Firm | 7/13/2010 | |
| 6/15/2010 | Exhibit HHHHHHH | Raul Bencomo | 7/13/2010 | |
| 6/15/2010 | Exhibit IIIIIII | Watts Hilliard AL | 7/15/2010 | |
| 6/15/2010 | Exhibit JJJJJJJ | Watts Hilliard MS | 7/13/2010 | |

| Date of Request | Exhibit Name | Submitting Firm | Date Production / Response Made | Notes |
|---|---|---|---|---|
| 6/15/2010 | Exhibit KKKKKKK | Watts Hilliard LA | 7/13/2010 | |
| 6/15/2010 | Exhibit LLLLLLL | Watts Hilliard TX | 7/13/2010 | |
| 6/15/2010 | Exhibit MMMMMMM | Buzbee Law Firm | 7/13/2010 | |
| 6/15/2010 | Exhibit NNNNNNN | Hawkins, Stracener & Gibson | 7/13/2010 | |
| 6/15/2010 | Exhibit OOOOOOO | Jack Harang | 7/13/2010 | |
| 6/15/2010 | Exhibit PPPPPPP | Jack Harang | 7/13/2010 | |