| From: | Efile_Notice@laed.uscourts.gov |
|---|---|
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation Notice of Deficient Filing |
| Date: | Wednesday, January 05, 2011 1:35:11 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 1/5/2011 at 12:31 PM CST and filed on 1/5/2011

**Case Name:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:** 2:07-md-01873-KDE-ALC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF DEFICIENT DOCUMENT: re [19163] Motion to Compel,. Reason(s) of deficiency: Statement stating objection or no objection by opposing party not provided; If motion is opposed a Memorandum in Support and Notice of Hearing must be provided. For corrective information, see section(s) D10/D12 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 1/12/2011. (Reference: 09-5343, 09-7167, 09-6193, 09-5340, 09-7940, 09-5341, 09-6876, 10-2448, 10-2463, 09-5383, 09-5392, 09-6189, 10-2426, 09-5416, 09-5434, 10-2418, 09-8731, 09-5359)(blg)**

**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Charles E. Leche   cleche@dkslaw.com, gengolia@dkslaw.com

Gerald Edward Meunier   gmeunier@gainsben.com, cdanos@gainsben.com,

Exhibit No. 3

dmartin@gainsben.com

Ralph Shelton Hubbard, III rhubbard@lawla.com, ljackson@lawla.com, tmartin@lawla.com

Frank Jacob D'Amico, Jr frank@damicolaw.net, cmecf@damicolaw.net

Andrew D. Weinstock andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Daniel Joseph Balhoff balhoff@pabmb.com

Michael David Kurtz dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

Justin I. Woods jwoods@gainsben.com, hmccourtney@gainsben.com, plambert@gainsben.com, tgilbreath@gainsben.com

Henry Thomas Miller henry.miller@usdoj.gov, etl.files@usdoj.gov

Michelle George Boyle michelle.boyle@usdoj.gov, Michele.Greif@usdoj.gov

Adam Michael Dinnell adam.dinnell@usdoj.gov, jwjones@dhs.gov

Matthew B. Cano mbc@aaplaw.com, nrr@aaplaw.com

Shalla Santos ses@aaplaw.com, nrr@aaplaw.com

Jonathan Richard Waldron jonathan.waldron@usdoj.gov, sean.m.quinn@usdoj.gov

John Adam Bain adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**