UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS | * <br> * <br> * | MDL NO. 1873 |
| THIS DOCUMENT RELATES TO: | * <br> * | SECTION "N"(5) <br><br> JUDGE ENGELHARDT |
| 2:09-cv-04629 <br> Babin, et al v. Cavalier Home Builders LLC, et al | * <br> * <br> * | |
| 2:09-cv-04762 <br> Basile, et al v. Alliance Homes, Inc., et al | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO JOINT MOTIONS TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, who respectfully submit the following Memorandum in Opposition to Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

I.

Undersigned counsel originally filed two place-holder suits, bearing the following captions: (1) *Babin, et al v. Cavalier Home Builders LLC, et al, Case No.* 09-cv-04629 & (2) *Basile, et al v. Alliance Homes, Inc., et al, Case No.* 09-cv-04762. Subsequently, undersigned counsel "matched" and filed separate suits for the majority of the individual plaintiffs in the respective place-holder suits in conformity with this Court's Pre-Trial Orders 38, 53 and 68. [See Plaintiffs' Exhibit A which depicts the originating case number (Column A) for each case Defendants now seek to have this Court dismiss along with the corresponding severed case

number (Column B), severed case captions (Column C), the single manufacturer in the severed suit (Column D), and the single contractor in the severed suit (Column E).] Motions to Sever, consistent with this Court's Order were recently filed as to all the Plaintiffs contained in the suits which are depicted in Exhibit A. Accordingly, these plaintiffs conformed to this Court's Pre-trial Orders and their claims should not be dismissed with prejudice. (Exhibit B attached is a list of all plaintiffs in each severed case.)

II.

Gregory Taylor and Debbie Taylor, individually and as husband and wife, Michael Taylor and Steven Taylor were plaintiffs in the original place-holder suit, *Babin, et al v. Cavalier Home Builders LLC, et al, Case No. 09-cv-04629*. They were not filed in a "matched" suit because the manufacturer of their trailer was Fleetwood. Instead of filing suit, they filed Proofs of Claim in the Fleetwood Bankruptcy (See Attached Exhibit C). Accordingly, they were matched with Fleetwood in conformity with this Court's Pre-Trial Orders and consequently, their claims should not be dismissed with prejudice, because their claims are pending in the Fleetwood Bankruptcy proceeding.

III.

After being unsuccessful in matching plaintiffs through FEMA discovery, Isabella Farley, individually, and Dale Joiner, individually and on behalf of his minor children Kelly Joiner and Brittany Joiner, it was discovered that Ms. Farley and Mr. Joiner, together with his children lived in trailers that were secured by other individuals. Given the fact that the PSC has been given additional time to compile a list of all matched plaintiffs and defendants, these plaintiffs request

that they be given a very short amount of time in order to attempt to match the manufacturers of their trailers.

Respectfully Submitted:

s/Jonathan B. Andry
Jonathan B. Andry (LA Bar No. 20081)
The Andry Law Group
610 Baronne Street
New Orleans, LA 70113
504-586-8899
504-586-8933 Facsimile

## CERTIFICATE

I hereby certify that on the 13th day of January 2011, a copy of the foregoing *Memorandum in Opposition To Joint Motions To Dismiss Claims For Failure To Comply With Order And Reasons Concerning Deadlines For Matching And Filing* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the Court's electronic filing system and all other counsel of record via email and US Mail.

s/Jonathan B. Andry
JONATHAN B. ANDRY