Andry Law Firm
Exhibit "A" to Memo in Opposition to Motions to Dismiss

| Originating Case No. | Severed Case No. | Severed Case Caption | Matched Manufacturer | Matched Contractor |
|---|---|---|---|---|
| 09-4629 | 09-6276 | Basile, et al v. Fluor Enterprises, Inc, et al | Fleetwood | Fluor |
| 09-4629 | 09-6585 | Bergeron, et al v. Fluor Enterprises, Inc., et al | Fleetwood | Fluor |
| 09-4629 | 09-4768 | Bernard, et al v. Gulfstream Coach, Inc., et al | Gulfstream | Fluor |
| 09-4629 | 09-6274 | Bertacci, et al v. Fluor Enterprises, Inc, et al | Pilgrim | Fluor |
| 09-4629 | 09-6278 | Billiot, et al v. Gulfstream Coach, Inc. | Gulfstream | Fluor |
| 09-4629 | 09-6277 | Bourgeois, et al v. KZRV, et al | KZRV | Fluor |
| 09-4629 | 09-4773 | Bridges, et al v. Keystone RV Company, et al | Keystone | Fluor |
| 09-4629 | 09-5847 | Brock, et al v. Recreation By Design, et al | Recreation By Design | Shaw |
| 09-4629 | 09-0677 | Burke, et al v. Forest River, Inc, et al | Forest River | Shaw |
| 09-4629 | 09-4772 | Burke, et al v. Gulfstream Coach, Inc, et al | Gulfstream | CH2M Hill |
| 09-4629 | MDLA 09-681 | Burns, et al v. Coachmen Industries, Inc, et al | Coachmen | Shaw |
| 09-4629 | MDLA 09-680 | Burns, et al v. Gulfstream Coach, Inc, et al | Gulfstream | Shaw |
| 09-4629 | 09-4765 | Burns, et al v. Cavalier Home Builders, LLC, et al | Cavalier | Fluor |
| 09-4629 | 09-4771 | Chimento, et al v. Alliance Homes, Inc., et al | Alliance | Fluor |
| 09-4629 | 09-4769 | Collins, et al v. Recreation By Design | Recreation By Design | Fluor |
| 09-4629 | 09-4770 | Crane, et al v. Stewart Park Homes, Inc., et al | Stewart Park Homes | Fluor |
| 09-4629 | 09-6280 | Crane, et al v. Jayco, Inc., et al | Jayco | Fluor |
| 09-4629 | 09-6283 | Duplantier v. Starcraft Rv, Inc. et al | Starcraft RV | Fluor |
| 09-4629 | 09-6279 | Edenfield, et al v. Thor Industries, Inc., et al | Thor Industries | Fluor |
| 09-4629 | 09-4760 | Herring v. American Int'l Specialty Lines, et al | Fleetwood | CH2M Hill |
| 09-4629 | 09-4767 | Jett v. Sentry Insurance Company, et al | Pilgrim | Fluor |
| 09-4629 | 09-4766 | Johnson v. Skyline Corporation, et al | Skyline | Fluor |
| 09-4629 | 09-6217 | Klein, et al v. Gulfstream Coach, Inc., et al | Gulfstream | Jacquet Construction |
| 09-4629 | 09-4764 | Lewis v. KZRV, et al | KZRV | Fluor |
| 09-4629 | 09-4763 | Lovell, et al v. American Int'l Specialty Lines, et al | Monaco Coach | Fluor |
| 09-4629 | 09-6224 | Ory v. Gulfstream Coach, Inc., et al | Gulfstream | T-Mac, Inc. |
| 09-4629 | 09-6281 | Perera v. Alliance Homes, Inc., et al | Alliance | Fluor |
| 09-4629 | 09-6282 | Perera v. Stewart Park Homes, inc. et al | Stewart Park Homes | Fluor |
| 09-4629 | 09-4761 | Schmitt, et al v. American Int'l Specialty Lines, et al | Fleetwood | Fluor |
| 09-4629 | 09-6586 | Gilmore, et al v. Cavalier Home Builders, LLC, et al | Cavalier | CH2M Hill |

Andry Law Firm
Exhibit "A" to Memo in Opposition to Motions to Dismiss

| | | | |
|---|---|---|---|
| 09-4629 | 09-6587 | Gilmore, et al v. Gulfstream Coach, Inc. et al | Gulfstream | Fluor |
| 09-4629 | 09-6588 | Gilmore, et al v. Forest River, Inc. | Forest River | CH2M Hill |
| 09-4629 | 09-6376 | Tuminello v. Gulfstream Coach, Inc., et al | Gulfstream | Shaw |
| 09-4629 | 09-6275 | Weaver v. Fluor Enterprises, Inc., et al | Monaco Coach | Fluor |
| 09-4762 | 09-6276 | Basile, et al v. Fluor Enterprises, Inc., et al | Fleetwood | Fluor |
| 09-4762 | 09-6585 | Bergeron, et al v. Fluor Enterprises, Inc., et al | Fleetwood | Fluor |
| 09-4762 | 09-4768 | Bernard, et al v. Gulfstream Coach, Inc., et al | Gulfstream | Fluor |
| 09-4762 | 09-6274 | Bertacci, et al v. Fluor Enterprises, Inc., et al | Pilgrim | Fluor |
| 09-4762 | 09-6278 | Billiot, et al v. Gulfstream Coach, Inc. | Gulfstream | Fluor |
| 09-4762 | 09-6277 | Bourgeois, et al v. KZRV, et al | KZRV | Fluor |
| 09-4762 | 09-4770 | Crane, et al v. Stewart Park Homes, Inc., et al | Stewart Park Homes | Fluor |
| 09-4762 | 09-6280 | Crane, et al v. Jayco, Inc., et al | Jayco | Fluor |
| 09-4762 | 09-6283 | Duplantier v. Starcraft Rv, Inc. et al | Starcraft RV | Fluor |
| 09-4762 | 09-6279 | Edenfield, et al v. Thor Industries, Inc., et al | Thor Industries | Fluor |
| 09-4762 | 09-4764 | Lewis v. KZRV, et al | KZRV | Fluor |
| 09-4762 | 09-6224 | Ory v. Gulfstream Coach, Inc., et al | Gulfstream | T-Mac, Inc. |
| 09-4762 | 09-6281 | Perera v. Alliance Homes, Inc., et al | Alliance | Fluor |
| 09-4762 | 09-6282 | Perera v. Stewart Park Homes, inc. et al | Stewart Park Homes | Fluor |
| 09-4762 | 09-6586 | Gilmore, et al v. Cavalier Home Builders, LLC, et al | Cavalier | CH2M Hill |
| 09-4762 | 09-6587 | Gilmore, et al v. Gulfstream Coach, Inc. et al | Gulfstream | Fluor |
| 09-4762 | 09-6588 | Gilmore, et al v. Forest River, Inc. | Forest River | Fluor |
| 09-4762 | 09-6376 | Tuminello v. Gulfstream Coach, Inc., et al | Gulfstream | Shaw |
| 09-4762 | 09-6275 | Weaver v. Fluor Enterprises, Inc., et al | Monaco Coach | Fluor |