Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss

| Severed Case No. | Severed Case Caption |
|---|---|
| 09-6276 | Basile, et al v. Fluor Enterprises, Inc. et al<br>1. George Basile, Jr.<br>2. Doyle Dardar, Jr.<br>3. Doris Dardar<br>4. Jimmy Mixon, Jr.<br>5. Clyde Ory, Jr.<br>6. Joseph Perniciaro<br>7. Gayle Perniciaro<br>8. Michelle Regnier<br>9. Zachery Basile<br>10. Stephanie Landry |
| 09-6585 | Bergeron, et al v. Fluor Enterprises, Inc, et al<br>1. Edward Bergeron |
| 09-4768 | Bernard, et al v. Gulfstream Coach, Inc., et al<br>1. Elma Bernard<br>2. Charlene Bertacci<br>3. Lee Eric Boe<br>4. Clemel Brock<br>5. Vernie Brock<br>6. John E. Burns, III<br>7. Lori A. Burns<br>8. Victoria Burns<br>9. Jeanne Cowart<br>10. Joseph Gilmore, Jr.<br>11. Rhyan Gilmore<br>12. Samuel Harding, III<br>13. Carolyn Harding<br>14. Willard Hooter<br>15. Cheryl Keller<br>16. Carolyn Lindsey<br>17. Clifton Melerine, Jr. |

1

Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss

| | |
|---|---|
| | 18. Jewel Melerine<br>19. John Nemeth<br>20. Wayne Noel<br>21. Lawrence Offner, III<br>22. Carla Offner<br>23. Jessica Offner<br>24. Lawrence Offner, IV<br>25. Kiara Osbey<br>26. Robert Pourciau<br>27. Julie Pourciau<br>28. Nicole Pourciau<br>29. Natalie Pourciau<br>30. Gayle Schmitt<br>31. Frederick Schmitt<br>32. Eulice St. Pe' |
| 09-6274 | Bertacci, et al v. Fluor Enterprises, Inc., et al<br>1. Charlene Bertacci<br>2. Louis Bostian, Jr.<br>3. Bonita Bostian<br>4. Titus Harris |
| 09-6278 | Billiot, et al v. Gulfstream Coach, Inc.<br>1. Lori Billiot<br>2. Blake McKay<br>3. Kelly Bovia<br>4. Rhonda Bovia<br>5. Shelby Gonzales<br>6. John Giovegno, Jr.<br>7. Jody Lovell<br>8. Kathy Lovell<br>9. Manuel Resendez<br>10. Gwendolyn Resendez<br>11. Linda L. Smith<br>12. Robert Smith |

Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss

|  |  |
|---|---|
|  | 13. Mattie Smith |
| 09-6277 | Bourgeois, et al v. KZRV, et al |
|  | 1. Karen Lewis |
|  | 2. Josie Bourgeois |
|  | 3. Kevin Bourgeois |
| 09-4773 | Bridges, et al v. Keystone RV Company, et al |
|  | 1. Ashley Bridges |
|  | 2. Chad Bridges |
|  | 3. Jermaine Bridges |
|  | 4. Janice Bridges-Wagner |
|  | 5. John Wagner, Jr. |
|  | 6. Mark Douglas |
|  | 7. Patricia Douglas |
|  | 8. Ivy Steiner |
| 09-5847 | Brock, et al v. Recreation By Design, et al |
|  | 1. Ora Brock |
|  | 2. Lionel Brock |
| 09-0677 | Burke, et al v. Forest River, Inc. et al |
|  | 1. Delloyd Burke, III |
|  | 2. Delloyd Burke, IV |
| 09-4772 | Burke, et al v. Gulfstream Coach, Inc., et al |
|  | 1. Dianne Burke |
|  | 2. Tyrone Burke |
|  | 3. Joseph Klein |
|  | 4. Mary Ann Klein |
|  | 5. Mathilda Gilmore |
|  | 6. Victoria Leonard |
| MDLA 09-681 | Burns, et al v. Coachmen Industries, Inc. et al |
|  | 1. John E. Burns, III |
|  | 2. Lori A. Burns |
|  | 3. Victoria Burns |

Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss

| MDLA 09-680 | Burns, et al v. Gulfstream Coach, Inc., et al |
|---|---|
| | 1. Karin Burns |
| | 2. Delloyd Burke, III |
| | 3. Delloyd Burke, IV |
| | 4. Antoine Davis, Sr. |
| | 5. Lisa Davis |
| | 6. Antoine Davis, Jr. |
| | 7. Brandon Davis |
| 09-4765 | Burns, et al v. Cavalier Home Builders, LLC, et al |
| | 1. Karin Burns |
| | 2. Karin Lewis |
| 09-4771 | Chimento, et al v. Alliance Homes, Inc., et al |
| | 1. Jeremy Chimento |
| | 2. Tabitha Chimento |
| | 3. Cole Chimento |
| 09-4769 | Collins, et al v. Recreation By Design |
| | 1. Donald Collins, Sr. |
| | 2. Donald Collins, Jr. |
| | 3. Lisa Collins |
| 09-4770 | Crane, et al v. Stewart Park Homes, Inc., et al |
| | 1. Bobby Crane |
| | 2. Linda Crane |
| | 3. Lauren Standeford |
| 09-6280 | Crane, et al v. Jayco, Inc., et al |
| | 1. Bobby Crane |
| | 2. Linda Crane |
| | 3. Lauren Standeford |
| | 4. Frank Bertrand |
| | 5. Vaness bertrand |
| | 6. Madeline Bertrand |
| | 7. Chad Cowart |
| 09-6283 | Duplantier v. Starcraft Rv, Inc. et al |

4

Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss

| Case No. | Case |
|---|---|
| 09-6279 | Edenfield, et al v. Thor Industries, Inc., et al<br>1. Pamela Duplantier<br>1. Anthony Edenfield<br>2. Stacy Edenfield<br>3. Alyssa Edenfield<br>4. Anthony Edenfield, Jr.<br>5. Edward Mixon, III |
| 09-4760 | Herring v. American Int'l Specialty Lines, et al<br>1. John Herring |
| 09-4767 | Jett v. Sentry Insurance Company, et al<br>1. Angelique Jett |
| 09-4766 | Johnson v. Skyline Corporation, et al<br>1. Annette Johnson |
| 09-6217 | Klein, et al v. Gulfstream Coach, Inc., et al<br>1. Joseph Klein<br>2. Mary Ann Klein |
| 09-4764 | Lewis v. KZRV, et al<br>1. Karen Lewis |
| 09-4763 | Lovell, et al v. American Int'l Specialty Lines, et al<br>1. Stacy Lovell<br>2. Joseph Winters<br>3. Jeffrey Rusk<br>4. Crystal Winters |
| 09-6224 | Ory v. Gulfstream Coach, Inc., et al<br>1. Clyde Ory, Jr. |
| 09-6281 | Perera v. Alliance Homes, Inc., et al<br>1. Kay Perera |
| 09-6282 | Perera v. Stewart Park Homes, inc. et al<br>1. Kay Perera |
| 09-4761 | Schmitt, et al .v American Int'l Specialty Lines, et al<br>1. Gayle Schmitt<br>2. Frederick Schmitt |

| | |
|---|---|
| | 3. Elma Bernard |
| | 4. Eulice St. Pe' |
| 09-6586 | Gilmore, et al v. Cavalier Home Builders, LLC, et al |
| | 1. Joseph Gilmore, Sr. |
| | 2. Mathilda Gilmore |
| 09-6587 | Gilmore, et al v. Gulfstream Coach, Inc. et al |
| | 1. Joseph Gilmore, Sr. |
| | 2. Mathilda Gilmore |
| | 3. Nicholas Lalla, II |
| | 4. Lauren Lalla |
| | 5. Lexie Lalla |
| | 6. Nicholas Lalla, III |
| 09-6588 | Gilmore, et al v. Forest River, Inc. |
| | 1. Joseph Gilmore, Sr. |
| | 2. Mathilda Gilmore |
| 09-6376 | Tuminello v. Gulfstream Coach, Inc. et al |
| | 1. Yvette Tuminello |
| 09-6275 | Weaver v. Fluor Enterprises, Inc., et al |
| | 1. Yvonne Weaver |

Andry Law Firm
Exhibit "B" to Memo in Opposition to Motions to Dismiss