**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | MDL. No. 1873<br><br>Section: N (5) |
| | *<br>* | <br>Judge: Engelhardt |
| This Document Relates To:<br>*Karen Augustine v. Crum & Forster Specialty Ins. Co., et al*<br>*No: 09-8457* | *<br>*<br>*<br>* | <br>Magistrate: Chasez |

*************************************************************************

**MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS**

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiff in this suit, *Delona Allen filed on behalf of E. A.* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the suit of *Delona Allen filed on behalf of E. A.*, plaintiff in *Karen Augustine v. Crum & Forster Specialty Ins. Co., et al*, No. 09-7909, with prejudice for his failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

___/s Eric B. Berger______
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF") SYSTEM ON THIS _13TH_ DAY OF _JANUARY__, 2011.

__/s Eric B. Berger___