## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 28, 2010

**Via Fax 525-9522**
Frank J. D'Amico, Jr.
622 Baronne St.
New Orleans, LA 70113

Re: *Karen Augustine v. Crum & Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency* (09-8457)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.:   NJU00333825
Insured:       Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Frank:

We are writing in reference the lawsuit captioned above, *Karen Augustine v. Crum & Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency.* One of the plaintiffs in this matter is Rufus Dundy. To date we are unaware of Mr. Dundy filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § G, as someone added by any Complaint filed after November 30, 2009, the deadline for the production of Mr. Dundy's Plaintiff Fact Sheet was within thirty (30) days of December 29, 2009, the date of filing. No extensions were filed.

As Section G of Pre-Trial Order No. 32 states:

Frank D'Amico, Jr.
FEMA 9854
September 28, 2010
Page 2 of 2

> "For any Complaint filed after November 30, 2009 and for which the individual has not completed a PFS, a completed and verified PFS form for each named plaintiff shall be served within thirty (30) days of filing of the individual claims, failing which said claims shall be dismissed with prejudice, absent a showing of good cause."

As Mr. Dundy is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 12th day of October, 2010, 2010 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Mr. Rufus Dundy.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Andrew Weinstock      (via fax: 837-3119)
     Gerald Meunier         (via fax: 528-9973)
     Ryan Johnson           (via fax: 225-248-3080)

```
*******************************
***   MULTI TX/RX REPORT    ***
*******************************

TX/RX NO            4390
PGS.                34
TX/RX INCOMPLETE
                    -----
TRANSACTION OK
              (1)   95259522
              (2)   98373119
              (3)   95289973
              (4)   159854#912252483080

ERROR INFORMATION
                    -----
```

3rd group

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

**ATTORNEYS AT LAW**

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

September 28, 2010

**Via Fax 525-9522**
Frank J. D'Amico, Jr.
622 Baronne St.
New Orleans, LA 70113

Re:  *Karen Augustine v. Crum & Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency* (09-8457)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
(07-MD-1873)
Claim No.:   NJU00333825
Insured:     Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Frank:

We are writing in reference the lawsuit captioned above, *Karen Augustine v. Crum & Forster Specialty Insurance Co., Sentry Insurance Agency, Inc., Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency*. One of the plaintiffs in this matter is Simetra Johnson, on behalf of Thomas