# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         *        MDL. No. 1873
FORMALDEHYDE  PRODUCTS    *
LIABILITY LITIGATION        *        Section:  N (5)
                                  *
                                  *        Judge: Engelhardt
This Document Relates To:        *
*Karen Augustine  v. Crum & Forster*   *        Magistrate: Chasez
*Specialty Ins. Co., et al*        *
*No: 09-8457*               *
****************************************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiff in this suit, *Shamika Griffin* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the suit of *Shamika Griffin*, plaintiff in *Karen Augustine v. Crum & Forster Specialty Ins. Co., et al,* No. 09-7909, with prejudice for his failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY

FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF")

SYSTEM ON THIS  13TH  DAY OF  JANUARY  , 2011.

    /s Eric B. Berger

    /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290