# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Karen Augustine v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8457* | * | |

*************************************************************************

## NOTICE OF HEARING

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS filed by defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, is set for hearing on February 9, 2011 at 2011 a.m. before the Honorable Kurt L. Englehardt, United States District Court, Eastern District of Louisiana in accordance with the Local Rules.

Respectfully submitted:

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | ___/s Eric B. Berger_____ |
| | SIDNEY J. ANGELLE, #1002 |
| I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS | ERIC B. BERGER, #26196 |
| BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY | LOBMAN, CARNAHAN, BATT, |
| FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF") | ANGELLE & NADER |
| SYSTEM ON THIS  13TH  DAY OF  JANUARY   , 2011. | 400 POYDRAS STREET, SUITE 2300 |
|      ___/s Eric B. Berger____ | NEW ORLEANS, LOUISIANA  70130 |
| | (504) 586-9292   FAX (504) 586-1290 |