**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | James Smith II | James et al v. Travelers Prop. Cas.Co. of America TIL | 09-8379 |
| 2. | David Dupre | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 3. | Kelvin Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 4. | Kelvin Thurman obo Destiny Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 5. | Kelvin Thurman obo Jaidyn Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 6. | Kelvin Young obo Taylor Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 7. | Helen Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 8. | Jaqueline Celestine obo Jarrett Celestine | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 9. | Darrell Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 10. | Matthew Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 11. | Gilda Jetson | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 12. | Gilda Jetson | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 13. | Zavion Jones | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 14. | Timothy Guillory | Coleman et al v. Giles Industries, Inc. et al | 10-2341 |
| 15. | Brandi Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 16. | Dylan Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 17. | Matthew Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 18. | Barbara Benoit | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 19. | Aretha Carrington obo Harace Jason | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 20. | Shaerell Carrington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 21. | Reid Chapman | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 22. | Henry Edwards Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |

| # | Name | Case | Number |
|---|---|---|---|
| 23. | Rosa Fuslier | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 24. | Monica Hill obo Erin Hill | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 25. | Monica Hill obo Jade Hill | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 26. | Lois Jackson obo Jalisa Brown | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 27. | Lois Jackson obo Nakisha Brown | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 28. | Lois Jackson obo Amariya Duhe | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 29. | Otis Mearidy | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 30. | Beverly Pierfax-Mearidy | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 31. | Padua Rougeau | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 32. | Shirley Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 33. | Betty Kibodeaux | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |
| 34. | Debra Gray | Darby et al v. Keystone RV Company et al | 09-8372 |
| 35. | Kenisha Kelly obo David Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 36. | Kenisha Kelly obo Dy'mond Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 37. | Kenisha Kelly obo India Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 38. | Kenisha Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 39. | Matthew McPherson | Darby et al v. Keystone RV Company et al | 09-8372 |
| 40. | Penny Sheff | Weary et al v. Skyline Corporation et al | 09-8399 |
| 41. | Ceclia Faurcha | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 42. | Marian Williams obo Alex Norman | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 43. | Charlette Williams | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 44. | Bobby McBride | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-8361 |
| 45. | Curley Reed V | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-8361 |

| | | |
|---|---|---|
| 46. Norma Raymond | Hood et al v. Recreation By Design, LLC et al | 09-8406 |
| 47. Joseph Ross Jr. | Weary et al v. Skyline Corporation et al | 09-8399 |
| 48. James Smith II | Sylvester et al v. Alliance Homes, Inc. et al | 09-8390 |
| 49. Darrell Chapman | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 50. Gilda Jetson | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 51. Gilda Jetson | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 52. Barbara Benoit | Hardin et al v. Thor California Inc et al | 09-8385 |
| 53. Monica Hill obo Erin Hill | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 54. Monica Hill obo Jade Hill | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 55. Bobby McBride | Stubbs et al v. Stewart Park Homes, Inc. et al | 09-8389 |
| 56. Barbara Benoit | Bouie et al v. Dutchmen, et al | 09-8366 |