UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Defelice, et al v. Alliance Homes, Inc., et al*
E.D. La. Case No. 09-5341
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint, IT IS ORDERED that the Plaintiff's Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint is hereby Granted.

THIS DONE the 14th day of January, 2011, New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE KURT ENGELHARDT