**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Nathaniel Ambo | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 2. | Nathaniel Ambo | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 3. | Javonee Bazile | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 4. | Resa Bazile | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |
| 5. | Marie Blocker | Randle-Henry et al v. Horton Homes, Inc. et al | 09-8371 |
| 6. | Marie Blocker | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 7. | Louis Davenport III | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 8. | Cynthia Domino | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 9. | Cynthia Domino obo Joshua Domino | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 10. | Cynthia Domino obo Sherman Domino | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 11. | Saul Ernestine obo Justin Willis | Darby et al v. Keystone RV Company et al | 09-8372 |
| 12. | Eduard Escalante | Darby et al v. Keystone RV Company et al | 09-8372 |
| 13. | Gregory Fobbs | Darby et al v. Keystone RV Company et al | 09-8372 |
| 14. | Rudy Francis | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 15. | Donald Gauci | Bouie et al v. Dutchmen Manufacturing, Inc. et al | 09-8391 |
| 16. | Stella Green | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 17. | Tamara Jones | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |
| 18. | Viola Jones obo Tamah Sterling | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 19. | Viola Jones obo Tamah Sterling | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |
| 20. | Tiphanie Jordan | Darby et al v. Keystone RV Company et al | 09-8372 |
| 21. | Sherna Lumar obo Shanae Lumar | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |
| 22. | Creola Moon | Alex et al v. Cavalier Home Builders, LLC et al | 09-8359 |

| | | |
|---|---|---|
| 23. George Williams | Ange et al v. American Intl. Spc. Lines Ins. Co.et al | 09-8405 |
| 24. Ivan Williams | Darby et al v. Keystone RV Company et al | 09-8372 |
| 25. Joanette Williams obo Glynn Williams | Darby et al v. Keystone RV Company et al | 09-8372 |