UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-6341, 09-7266,
09-8719, 09-8728

## ORDER

Motions to Amend Complaints have been filed referencing the above-listed member cases.

Accordingly,

**IT IS ORDERED** that the **Motions to Amend Complaints (Rec. Docs.19711, 19712, 19713, 19714)** are **GRANTED**.

New Orleans, Louisiana, this 13th day of January, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**