UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE:  ENGELHARDT |
| | * | |
| *ALL CASES* | * | |
| | * | MAGISTRATE:  CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION FOR LEAVE TO FILE MANUFACTURING DEFENDANT'S
COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO
MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS
CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND
REASONS CONCERNING DEADLINES FOR MATCHING AND FILING</u>**

**NOW INTO COURT**, come **MANUFACTURING DEFENDANTS**, who respectfully request an Order from this Honorable Court granting leave to it to file its Comprehensive Reply Memorandum to Plaintiffs' Oppositions to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

          Respectfully Submitted:

          **DUPLASS, ZWAIN, BOURGEOIS,
          PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK (#18495)
          JOSEPH G. GLASS (#25397)**
          3838 North Causeway Boulevard, Suite 2900

Metairie, Louisiana 70002
Telephone:    (504) 832-3700
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants' Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2011, a copy of the foregoing Motion for Leave to File Comprehensive Reply Memorandum to Plaintiffs' Oppositions to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com

00082498-1