UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| ALL CASES | * | |
| | * | MAGISTRATE: CHASEZ |

## ORDER

Considering the above and foregoing Motion for Leave to File Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Oppositions to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing;

**IT IS HEREBY ORDERED** that Manufacturing Defendants are hereby granted leave to file its Comprehensive Reply Memorandum to Plaintiffs' Oppositions to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
J U D G E

00082531-1