UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| *Devlin, et al v. Fleetwood Enterprises, et al*; | * | |
| Docket No. 07-7018 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "A:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases cited in the Manufacturing Defendants' Dismissal are unopposed:

| | |
|---|---|
| 2:07-cv-07389-KDE-ALC | Hunt Curley v. United State of America et al |
| 2:07-cv-07783-KDE-ALC | Duplessis v. Fleetwood Enterprises, Inc. et al |
| 2:07-cv-09073-KDE-ALC | Kilbert v. Fleetwood Enterprises, Inc. et al |
| 2:07-cv-09184-KDE-ALC | Lucien v. Gulf Stream Coach, Inc. et al |
| 2:08-cv-01672-KDE-ALC | Joseph v. United States of America et al |
| 2:08-cv-01969-KDE-ALC | White et al v. Circle B Enterprises, Inc. et al |
| 2:08-cv-01970-KDE-ALC | Meshack v. Circle B Enterprises, Inc. et al |
| 2:08-cv-03217-KDE-ALC | Pujol et al v. United States of America et al |
| 2:08-cv-03602-KDE-ALC | Johnson et al v. United States of America et al |
| 2:08-cv-04095-KDE-ALC | Huckabee et al v. Fleetwood Enterprises et al |
| 2:08-cv-05031-KDE-ALC | Bauer et al v. Liberty Homes Inc. et al |
| 2:09-cv-02911-KDE-ALC | Green et al v. Fleetwood Enterprises Inc. et al |
| 2:09-cv-03995-KDE-ALC | Joseph et al v. Champion Home Builders Co. et al |
| 2:09-cv-04073-KDE-ALC | Pineiro et al v. Alliance Home, Inc. et al |

| | |
|---|---|
| 2:09-cv-04074-KDE-ALC | King et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04075-KDE-ALC | Lopez et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04076-KDE-ALC | Richard et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04077-KDE-ALC | Abron et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04078-KDE-ALC | Ogletree et al v. Alliance Home, Inc. et al |
| 2:09-cv-04079-KDE-ALC | Robbin et al v. Alliance Home, Inc. et al |
| 2:09-cv-04080-KDE-ALC | Rucker et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04081-KDE-ALC | Hunt et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04082-KDE-ALC | Christophe et al v. Alliaince Homes, Inc. et al |
| 2:09-cv-04083-KDE-ALC | Robinson et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04084-KDE-ALC | Cager et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04085-KDE-ALC | Dupre et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04086-KDE-ALC | Benoit et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04087-KDE-ALC | Chaney et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04088-KDE-ALC | Carter et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04089-KDE-ALC | Baptiste et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04090-KDE-ALC | Craft et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04091-KDE-ALC | Brown et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04092-KDE-ALC | Stewart et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04093-KDE-ALC | Davis et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04094-KDE-ALC | Pierce et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04095-KDE-ALC | Edgar et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04096-KDE-ALC | Willis-Johnson et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04097-KDE-ALC | James et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04098-KDE-ALC | Heintz et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04099-KDE-ALC | Baptiste et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04130-KDE-ALC | Nevills et al v. Alliance Homes, Inc. et al |
| 2:09-cv-04131-KDE-ALC | Jacobs et al v. Gulf Stream Coach, Inc. et al |
| 2:09-cv-04134-KDE-ALC | Stubbs et al v. Stewart Park Homes, Inc. et al |
| 2:09-cv-04149-KDE-ALC | Robinson et al v. ABC Manufacturer, Inc. et al |
| 2:09-cv-04226-KDE-ALC | Caldwell et al v. Fleetwood Enterprises, Inc. et al |
| 2:09-cv-04431-KDE-ALC | Cowan v. Gulf Stream Coach, Inc. et al |
| 2:09-cv-04523-KDE-ALC | Alexander et al v. Fleetwood Enterprises, Inc. et al |

00075270-1

| | |
|---|---|
| 2:09-cv-04528-KDE-ALC | Amos et al v. Fleetwood Enterprises, Inc. et al |
| 2:09-cv-04529-KDE-ALC | Clark et al v. Coachmen Industries, Inc. et al |
| 2:09-cv-04537-KDE-ALC | Acklin et al v. Gulf Stream Coach, Inc. et al |
| 2:09-cv-04546-KDE-ALC | Batiste et al v. Monaco Coach Corporation et al |
| 2:09-cv-04547-KDE-ALC | Ratliff v. Coachmen Industries, Inc. et al |
| 2:09-cv-04562-KDE-ALC | Baker v. Coachmen Industries, Inc. et al |
| 2:09-cv-04581-KDE-ALC | Moses v. Keystone Industries, Inc. et al |
| 2:09-cv-04652-KDE-ALC | Davis et al v. Forest River, Inc. et al |
| 2:09-cv-04676-KDE-ALC | Brown et al v. Gulf Stream Coach, Inc. et al |
| 2:09-cv-04677-KDE-ALC | Hardy et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04678-KDE-ALC | Bethley et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04679-KDE-ALC | Davis et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04680-KDE-ALC | Johnson et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04681-KDE-ALC | Ragins et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04682-KDE-ALC | Cuevas et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04683-KDE-ALC | Leonard et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04684-KDE-ALC | Body et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04685-KDE-ALC | Wells et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04686-KDE-ALC | Ware et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04687-KDE-ALC | Lee et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04688-KDE-ALC | Jones et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04689-KDE-ALC | Chatman et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04690-KDE-ALC | Burks et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04691-KDE-ALC | Johnson et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04692-KDE-ALC | Robinson et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04693-KDE-ALC | Reffells et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04694-KDE-ALC | Loper et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04695-KDE-ALC | Lewis et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04696-KDE-ALC | Taylor et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04697-KDE-ALC | Johnson et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04698-KDE-ALC | Mitchell et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04699-KDE-ALC | Raymond et al v. Gulf Stream Coach, Inc, et al |
| 2:09-cv-04700-KDE-ALC | Watson et al v. Gulf Stream Coach, Inc, et al |

00075270-1

2:09-cv-04701-KDE-ALC  Spillers et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04702-KDE-ALC  Pearson et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04703-KDE-ALC  Brown et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04704-KDE-ALC  Mistretta et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04705-KDE-ALC  Quiett et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04706-KDE-ALC  Williams et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04707-KDE-ALC  Bailey et al v. Gulf Stream Coach, Inc, et al
2:09-cv-04711-KDE-ALC  Buie et al v. Fleetwood Enterprises, Inc. et al
2:09-cv-04712-KDE-ALC  Jefferson et al v. Fleetwood Enterprises, Inc. et al
2:09-cv-04779-KDE-ALC  Bigner et al v. American Camper Manufacturing, LLC et al
2:09-cv-04840-KDE-ALC  Cacioppo et al v. Alliance Homes, Inc. et al
2:09-cv-04841-KDE-ALC  Adams et al v. Alliance Homes, Inc. et al
2:09-cv-04842-KDE-ALC  Gabourel et al v. Alliance Homes, Inc. et al
2:09-cv-04843-KDE-ALC  Mackles et al v. Alliance Homes, Inc. et al
2:09-cv-04844-KDE-ALC  Umbehagen et al v. Alliance Homes, Inc. et al
2:09-cv-04845-KDE-ALC  Rabalais et al v. Alliance Homes, Inc. et al
2:09-cv-04868-KDE-ALC  Alexander et al v. Allen Camper Manufacturing Company,Inc. et al
2:09-cv-04930-KDE-ALC  Jones et al v. Alliance Homes, Inc. et al
2:09-cv-05234-KDE-ALC Sharett et al v. Alliance Homes, Inc. et al
2:09-cv-05270-KDE-ALC Arana et al v. Explorer Atwood et al
2:09-cv-05273-KDE-ALC Alexander et al v. Fleetwood Enterprises, Inc. et al
2:09-cv-05282-KDE-ALC Aklin et al v. Alliance Homes, Inc. et al
2:09-cv-05283-KDE-ALC Berry et al v. American Camper Manufacturing LLC, et al
2:09-cv-05284-KDE-ALC Celestine et al v. American Camper Manufacturing, LLC et al
2:09-cv-05285-KDE-ALC Williams et al v. American Camper Manufacturing, LLC et al
2:09-cv-05315-KDE-ALC Philip et al v. Alliance Homes, Inc. et al
2:09-cv-05342-KDE-ALC Cook et al v. Alliance Homes, Inc. et al
2:09-cv-05344-KDE-ALC Harris et al v. Alliance Homes, Inc. et al
2:09-cv-05345-KDE-ALC Allen et al v. Alliance Homes, Inc. et al
2:09-cv-05426-KDE-ALC Jordan v. Thor Industries Inc et al
2:09-cv-05534-KDE-ALC Johnson et al v. Alliance Homes, Inc. et al
2:09-cv-05535-KDE-ALC Etienne et al v. Alliance Homes, Inc. et al
2:09-cv-05553-KDE-ALC Chasley et al v. Dutchmen Manufacturing, Inc. et al

2:09-cv-05570-KDE-ALC Collins et al v. CH2M Hill Constructors Inc. et al

2:09-cv-05572-KDE-ALC Franklin et al v. Scotbilt Homes, Inc. et al

2:09-cv-05612-KDE-ALC Morales et al v. Alliance Homes, Inc. et al

2:09-cv-05613-KDE-ALC Morales et al v. Alliance Homes, Inc. et al

2:09-cv-05762-KDE-ALC Dees et al v. Crum & Forster Specialty Insurance Company et al

2:09-cv-05773-KDE-ALC Andrews et al v. Gulf Stream Coach, Inc.

2:09-cv-05977-KDE-ALC Cargo v. Coachmen Industries, Inc. et al

2:09-cv-05979-KDE-ALC Decourcy et al v. Patriot Homes of Texas, LP et al

2:09-cv-05980-KDE-ALC Blanchard et al v. Pilgrim International, Inc. et al

2:09-cv-05981-KDE-ALC Decourcy v. R-Vision, Inc. et al

2:09-cv-05994-KDE-ALC Annis v. Alliance Homes, Inc.

2:09-cv-05997-KDE-ALC Adderson v. American Camper Manufacturing, LLC

2:09-cv-06005-KDE-ALC Buford v. Alliance Homes, Inc.

2:09-cv-06009-KDE-ALC Etienne et al v. American International Group et al

2:09-cv-06017-KDE-ALC Blappert et al v. Skyline Corporation et al

2:09-cv-06018-KDE-ALC Ricouard et al v. Fleetwood Canada, Ltd. et al

2:09-cv-06106-KDE-ALC Foxworth et al v. Alliance Homes Inc. et al

2:09-cv-06144-KDE-ALC Jackler et al v. Pilgrim International, Inc. et al

2:09-cv-06148-KDE-ALC Decourcy et al v. Fleetwood Canada. Ltd. Et al

2:09-cv-06152-KDE-ALC Gould et al v. Liberty Homes Inc. et al

2:09-cv-06173-KDE-ALC Anderson v. Forest River, Inc. et al

2:09-cv-06196-KDE-ALC Alexander et al v. Alliance Homes, Inc. et al

2:09-cv-06198-KDE-ALC Hernandez et al v. Alliance Homes, Inc. et al

2:09-cv-06202-KDE-ALC Benjamin et al v. Alliance Homes, Inc. et al

2:09-cv-06211-KDE-ALC Blappert et al v. Layton Homes Corp. et al

2:09-cv-06212-KDE-ALC Simmons v. Recreation By Design, LLC et al

2:09-cv-06213-KDE-ALC Crump et al v. Gulf Stream Coach Inc. et al

2:09-cv-06214-KDE-ALC Green et al v. Gulf Stream Coach Inc et al

2:09-cv-06211-KDE-ALC Ory v. Gulf Stream Coach, Inc. et al

2:09-cv-06251-KDE-ALC Malone et al v. American International Group, Inc. et al

2:09-cv-06291-KDE-ALC Tobias v. Alliance Homes, Inc. et al

2:09-cv-06292-KDE-ALC Tobias v. American International Group et al

2:09-cv-06394-KDE-ALC Bell et al v. Cavalier Home Builders, LLC et al

00075270-1

2:09-cv-06402-KDE-ALC Adams et al v. Alliance Homes, Inc. et al
2:09-cv-06412-KDE-ALC Bostic et al v. Alliance Homes, Inc. et al
2:09-cv-06413-KDE-ALC Hammond et al v. Gulf Stream Coach Inc. et al
2:09-cv-06414-KDE-ALC Ginn et al v. Gulf Stream Coach Inc. et al
2:09-cv-06415-KDE-ALC Cedeno et al v. Gulf Stream Coach Inc. et al
2:09-cv-06416-KDE-ALC Adams et al v. Gulf Stream Coach Inc. et al
2:09-cv-06419-KDE-ALC Pelas et al v. Alliance Homes, Inc. et al
2:09-cv-06420-KDE-ALC Brown et al v. Gulf Stream Coach Inc et al
2:09-cv-06494-KDE-ALC Menard et al v. Alliance Homes, Inc. et al
2:09-cv-06495-KDE-ALC Rodriguez et al v. Alliance Homes, Inc. et al
2:09-cv-06497-KDE-ALC Fincher et al v. Alliance Homes, Inc. et al
2:09-cv-06498-KDE-ALC Gras et al v. Alliance Homes, Inc. et al
2:09-cv-06501-KDE-ALC Buras et al v. Alliance Homes, Inc. et al
2:09-cv-06632-KDE-ALC Fincher v. Alliance Homes, Inc. et al
2:09-cv-06636-KDE-ALC Durham v. Alliance Homes, Inc. et al
2:09-cv-06643-KDE-ALC Boteler v. Alliance Homes, Inc. et al
2:09-cv-06683-KDE-ALC Briggs, et al v. Gulf Stream Coach, Inc., et al.
2:09-cv-06699-KDE-ALC Bonnvillian v. American Camper Manufacturing, LLC
2:09-cv-06714-KDE-ALC Surtain v. Recreation By Design, LLC et al
2:09-cv-06722-KDE-ALC Bartel et al v. United States of America
2:09-cv-06871-KDE-ALC Tircuit et al v. Vanguard Industries of Michigan, Inc. eta l
2:09-cv-06872-KDE-ALC Baptiste v. American Camper Manufacturer LLC
2:09-cv-06881-KDE-ALC Joseph v. Alliance Homes, Inc
2:09-cv-06882-KDE-ALC Griffin v. Alliance Homes, Inc
2:09-cv-06887-KDE-ALC Merwin et al v. Pilgrim International, Inc. et al
2:09-cv-06890-KDE-ALC Kline et al v. Starcraft RV, Inc. et al
2:09-cv-06891-KDE-ALC Hood et al v. Sunline Acquisition Company Ltd. Et al
2:09-cv-06892-KDE-ALC Wright et al v. Thor California, Inc. et al
2:09-cv-06898-KDE-ALC Legendre et al v. Monaco Coach Corporation eta l
2:09-cv-06899-KDE-ALC Andrews et al v. Cavalier Homes Builders, LLC et al
2:09-cv-06901-KDE-ALC Antoine et al v. Layton Homes Corp. et al
2:09-cv-06902-KDE-ALC Borrouse et al v. Coachmen Industries, Inc. et al
2:09-cv-06905-KDE-ALC Graves et al v. Clearspring Conversions Inc. et al

2:09-cv-06907-KDE-ALC Legendre et al v. Morgan Buildings and Spas, Inc. et al
2:09-cv-06908-KDE-ALC Neumann et al v. Champion Home Builders Co. et al
2:09-cv-06909-KDE-ALC Stewart v. Gulf Stream Coach, Inc. et al
2:09-cv-06915-KDE-ALC Broussard et al v. American Camper Manufacturing, LLC et al
2:09-cv-06967-KDE-ALC Acey v. Gulf Stream Coach, Inc.
2:09-cv-06968-KDE-ALC Acey v. Gulf Stream Coach, Inc.
2:09-cv-06969-KDE-ALC Graham v. Gulf Stream Coach, Inc.
2:09-cv-06970-KDE-ALC Ayers v. Gulf Stream Coach, Inc.
2:09-cv-06971-KDE-ALC Lett v. Gulf Stream Coach, Inc.
2:09-cv-06972-KDE-ALC Stanley v. Gulf Stream Coach, Inc.
2:09-cv-06973-KDE-ALC Cunningham v. Gulf Stream Coach, Inc.
2:09-cv-06974-KDE-ALC Rogers v. Gulf Stream Coach, Inc.
2:09-cv-06975-KDE-ALC Bridges v. Gulf Stream Coach, Inc.
2:09-cv-07162-KDE-ALC Baker, et al v. Morgan Buildings & Spas, Inc., et al
2:09-cv-07163-KDE-ALC Danastasio v. Alliance Homes, Inc.
2:09-cv-07165-KDE-ALC Savoy v. Alliance Homes, Inc.
2:09-cv-07169-KDE-ALC Blakely v. Pilgrim International, Inc.
2:09-cv-07316-KDE-ALC Oswald, et al v. Integrity Midwest Inc., et al
2:09-cv-07398-KDE-ALC Scott v. Gulf Stream Coach, Inc.
2:09-cv-07399-KDE-ALC Miller v. Gulf Stream Coach, Inc.
2:09-cv-07400-KDE-ALC Washington v. Gulf Stream Coach, Inc.
2:09-cv-07401-KDE-ALC Harris v. Gulf Stream Coach, Inc.
2:09-cv-07402-KDE-ALC Miller v. Gulf Stream Coach, Inc.
2:09-cv-07403-KDE-ALC Norwood v. Gulf Stream Coach, Inc.
2:09-cv-07404-KDE-ALC Magee v. Gulf Stream Coach, Inc.
2:09-cv-07405-KDE-ALC Seymour v. Gulf Stream Coach, Inc.
2:09-cv-07406-KDE-ALC Witt v. Gulf Stream Coach, Inc.
2:09-cv-07411-KDE-ALC Loch v. Gulf Stream Coach, Inc.
2:09-cv-07412-KDE-ALC Reaser v. Gulf Stream Coach, Inc.
2:09-cv-07413-KDE-ALC Abshire v. Gulf Stream Coach, Inc.
2:09-cv-07414-KDE-ALC Gautieer v. Gulf Stream Coach, Inc.
2:09-cv-07415-KDE-ALC Washington v. Gulf Stream Coach, Inc.
2:09-cv-07416-KDE-ALC Braxter v. Gulf Stream Coach, Inc.

2:09-cv-07417-KDE-ALC Hernandez v. Gulf Stream Coach, Inc.

2:09-cv-07418-KDE-ALC Prejean v. Gulf Stream Coach, Inc.

2:09-cv-07419-KDE-ALC Hernandez v. Gulf Stream Coach, Inc.

2:09-cv-07420-KDE-ALC Orphey v. Gulf Stream Coach, Inc.

2:09-cv-07421-KDE-ALC Meche v. Gulf Stream Coach, Inc.

2:09-cv-07422-KDE-ALC Albers v. Gulf Stream Coach, Inc.

2:09-cv-07423-KDE-ALC Dixon v. Gulf Stream Coach, Inc.

2:09-cv-04725-KDE-ALC Joseph v. Gulf Stream Coach, Inc.

2:09-cv-07426-KDE-ALC Nunez v. Gulf Stream Coach, Inc.

2:09-cv-07427-KDE-ALC Kellum v. Gulf Stream Coach, Inc., et al

2:09-cv-07428-KDE-ALC Spears v. Gulf Stream Coach, Inc.

2:09-cv-07429-KDE-ALC Steele v. Gulf Stream Coach, Inc.

2:09-cv-07430-KDE-ALC Clark v. Gulf Stream Coach, Inc.

2:09-cv-07439-KDE-ALC Haley v. Gulf Stream Coach, Inc.

2:09-cv-07527-KDE-ALC Sprinkle, et al v. DS Corp., et al

2:09-cv-07545-KDE-ALC Carpenter v. River Ridge, Inc.

2:09-cv-07915-KDE-ALC Applewhite-Williams v. Alliance Homes, Inc.

2:09-cv-07948-KDE-ALC Coppersmith, et al v. Dutchmen Manufacturing, Inc., et al

2:09-cv-07951-KDE-ALC Edwards v. Fairmont Homes, Inc., et al

2:09-cv-07952-KDE-ALC Cargo, et al v. Cavalier Home Builders, LLC, et al

2:09-cv-08344-KDE-ALC  Randolf v. Giles Industries, Inc., et al

2:09-cv-08354-KDE-ALC  Williams, et al v. Giles Industries, Inc., et al

2:10-cv-00230-KDE-ALC  Noel et al v. Gulf Stream Coach, Inc., et al

2:10-cv-00235-KDE-ALC  Dow et al v. Fleetwood Canada, Ltd. et al

2:10-cv-00240-KDE-ALC  Karcher v. Cavalier Homes Builders, LLC et al

2:10-cv-00241-KDE-ALC  Karcher v. Fleetwood Canada, Ltd. et al

2:10-cv-00243-KDE-ALC  Sigur v. Fleetwood Canada, Ltd. et al

2:10-cv-00248-KDE-ALC  Brown et al v. Stewart Park Homes, Inc. et al

2:10-cv-00249-KDE-ALC  Nata et al v. River Birch Homes, L.L.C. et al

2:10-cv-00538-KDE-ALC  Kellogg v. Gulf Stream Coach, Inc. et al

2:10-cv-00548-KDE-ALC  Williams v. American International Group, Inc. et al

2:10-cv-00556-DKE-ALC  Sigur v. Gulf Stream Coach, Inc. et al

2:10-cv-00743-KDE-ALC  Alfonso et al v. Jayco, Inc. et al

| | |
|---|---|
| 2:10-cv-00746-KDE-ALC | Augustine et al v. American International Group et al |
| 2:10-cv-00756-KDE-ALC | Florane et al v. Stewart Park Homes, Inc. et al |
| 2:10-cv-00770-KDE-ALC | Perez v. Gulf Stream Coach, Inc. et al |
| 2:10-cv-00771-KDE-ALC | Phillips et al v. Insurco, Ltd. et al |
| 2:10-cv-00776-KDE-ALC | Ranton v. American International Group et al |
| 2:10-cv-00927-KDE-ALC | Sigur v. American International Group et al |
| 2:10-cv-01531-KDE-ALC | MLU Services, Inc. v. Landmark American Insurance Company |
| 2:10-cv-02884-KDE-ALC | Bradford v. Alliance Homes, Inc. |
| 2:10-cv-04051-KDE-ALC | Glover v. ABC Manufacturing Company et al |
| 2:10-cv-04066-KDE-ALC | Journee, Michelle v. ABC Manufacturing Company et al |
| 2:10-cv-04112-KDE-ALC | English, Paula et al v. American Camper Manufacturing, LLC et al |
| 2:10-cv-04121-KDE-ALC | Cooper, Crystal et al v. Bechtel National, Inc et al |
| 2:10-cv-04122-KDE-ALC | Goff, Alice et al v. CH2M Hill Constructors, Inc. et al |
| 2:10-cv-04123-KDE-ALC | Rodwell, Lovella et al v. Bechtel National, Inc et al |
| 2:10-cv-04124-KDE-ALC | Rogers, Bessie et al v. Bechtel National, Inc et al |
| 2:10-cv-04129-KDE-ALC | Taylor, Sharren v. Bechtel National, Inc et al |
| 2:10-cv-04408-KDE-ALC | Norman, Earl et al v. Dutchmen Manufacturing, Inc. et al |