UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| 2:09-md-01873 | * | |
| Rec. Doc. #18684 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "B:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY
MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO
MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS
CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND
REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases failed to comply with Pretrial Orders #38, #53, and #68 by the requisite deadline as they contain multiple unmatched plaintiffs:

2:06-cv-05659-KDE-ALC  McGuire et al v. Gulf Stream Coach, Inc. et al

2:08-cv-04629-KDE-ALC  Babin et al v. Cavalier Home Builders, LLC et al

2:08-cv-04630-KDE-ALC  Laney et al v. United States of America et al

2:09-cv-04762-KDE-ALC  Basile et al v. Alliance Homes, Inc. et al

2:09-cv-04953-KDE-ALC  Brown et al v. Alliance Homes, Inc. et al

2:09-cv-05252-KDE-ALC Anderson, et al v. Alliance Homes, Inc., et al

2:09-cv-05325-KDE-ALC Purcell et al v. Alliance Homes, Inc. et al

2:09-cv-05326-KDE-ALC Perkins et al v. Alliance Homes, Inc. et al

2:09-cv-05327-KDE-ALC Williams et al v. Alliance Homes, Inc. et al

2:09-cv-05328-KDE-ALC Acker et al v. Alliance Homes, Inc. et al

2:09-cv-05329-KDE-ALC Hill et al v. Alliance Homes, Inc. et al

2:09-cv-05330-KDE-ALC Adam et al v. Alliance Homes, Inc. et al

2:09-cv-05331-KDE-ALC Aguiliz et al v. Alliance Homes, Inc. et al

2:09-cv-05332-KDE-ALC Pollard et al v. Alliance Homes, Inc. et al

2:09-cv-05333-KDE-ALC Adams et al v. Alliance Homes, Inc. et al

2:09-cv-05334-KDE-ALC Sims et al v. Alliance Homes, Inc. et al

2:09-cv-05335-KDE-ALC Guillot et al v. Alliance Homes, Inc. et al

2:09-cv-05336-KDE-ALC James et al v. Alliance Homes, Inc. et al

2:09-cv-05340-KDE-ALC Grillier et al v. Alliance Homes, Inc. et al

2:09-cv-05341-KDE-ALC Defelice et al v. Alliance Homes, Inc. et al

2:09-cv-05343-KDE-ALC Acklin et al v. Alliance Homes, Inc. et al

2:09-cv-05348-KDE-ALC Franklin et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05349-KDE-ALC Turner et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05350-KDE-ALC Magee et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05351-KDE-ALC Adams et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05352-KDE-ALC Anderson et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05353-KDE-ALC Allen et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05354-KDE-ALC Ambrose et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05355-KDE-ALC Gains et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05356-KDE-ALC Robertson et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05357-KDE-ALC Price et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05358-KDE-ALC Aguillard et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05372-KDE-ALC Bentel et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05376-KDE-ALC Aguillard et al v. Gulf Stream Coach, Inc. et al

2:09-cv-05443-KDE-ALC Riley et al v. Alliance Homes, Inc. et al

2:09-cv-06048-KDE-ALC Barnes et al v. American Camper Manufacturing, LLC et al

2:09-cv-06178-KDE-ALC Avants et al v. Alliance Homes, Inc. et al

2:09-cv-06187-KDE-ALC Austin et al v. Alliance Homes, Inc. et al

2:09-cv-06193-KDE-ALC Ball et al v. Alliance Homes, Inc. et al

2:09-cv-06196-KDE-ALC Hunter et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06397-KDE-ALC Allen et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06398-KDE-ALC Adams et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06399-KDE-ALC Autman et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06400-KDE-ALC Dixon et al v. Gulf Stream Coach, Inc. et al

2:09-cv-06721-KDE-ALC Kujawa et al v. United States of America

2:09-cv-06873-KDE-ALC Bruno v. Gulf Stream Coach Inc

2:09-cv-06874-KDE-ALC Patterson v. Gulf Stream Coach Inc

2:09-cv-06875-KDE-ALC Stagg v. Gulf Stream Coach Inc

2:09-cv-06876-KDE-ALC Guillory v. Gulf Stream Coach Inc.

2:09-cv-06877-KDE-ALC Anthony v. Gulf Stream Coach Inc

2:09-cv-06878-KDE-ALC Andrews v. Gulf Stream Coach Inc

2:09-cv-06884-KDE-ALC Massey v. Alliance Homes, Inc.

2:09-cv-06885-KDE-ALC Hebert v. Gulf Stream Coach Inc

2:09-cv-07166-KDE-ALC Barber v. Alliance Homes, Inc

2:09-cv-07167-KDE-ALC Stewart, et al v. Alliance Homes, Inc.

2:09-cv-07356-KDE-ALC Barrett v. Gulf Stream Coach, Inc.

2:09-cv-07888-KDE-ALC Robinson v. Alliance Homes, Inc. et al

2:09-cv-07940-KDE-ALC Burl, et al v. Alliance Homes, Inc., et al

2:09-cv-08011-KDE-ALC Bowens v. Gulf Stream Coach, Inc., et al

2:09-cv-08435-KDE-ALC  Wood, et al v. ABC Manufacturing Company, et al

2:09-cv-08436-KDE-ALC  Levy, et al v. ABC Manufacturing Company, et al

2:10-cv-00433-KDE-ALC Chapman v. Gulf Stream Coach, Inc.

2:10-cv-00553-KDE-ALC Ambo v. Gulf Stream Coach, Inc.

2:10-cv-02102-KDE-ALC  Ashley et al v. Allen Camper Manufacturing Company, Inc.

2:10-cv-03120-KDE-ALC   Olsen v. Alliance Homes, Inc.

2:10-cv-03126-KDE-ALC   Evans v. Alliance Homes, Inc.

2:10-cv-03143-KDE-ALC   Terrell v. Alliance Homes, Inc.

2:10-cv-03149-KDE-ALC   Evans v. Alliance Homes, Inc.

2:10-cv-03626-KDE-ALC   Patterson et al v. ABC Manufacturing Company et al

2:10-cv-03627-KDE-ALC   Dison et al v. ABC Manufacturing Company et al

2:10-cv-03631-KDE-ALC   Ussin et al v. ABC Manufacturing Company et al

2:10-cv-03633-KDE-ALC   Tasker et al v. ABC Manufacturing Company et al

2:10-cv-04074-KDE-ALC   King, George et al v. ABC Manufacturing Company et al

2:10-cv-04075-KDE-ALC   Woods, Anthony et al v. ABC Manufacturing Company et al

2:10-cv-04076-KDE-ALC   Cauley, Schrell et al v. ABC Manufacturing Company et al