UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| 2:09-md-01873 | * | |
| Rec. Doc. #18684 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "D:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases failed to comply with Pretrial Order #38 and are improperly joined under Federal Rule of Civil Procedure 20:

2:07-cv-07018-KDE-ALC  Devlin et al v. Fleetwood Enterprises Inc. et al

2:07-cv-09228-KDE-ALC  Aldridge v. Gulf Stream Coach, Inc. et al

2:09-cv-04973-KDE-ALC  Ayers v. Forest River, Inc. et al

2:09-cv-05006-KDE-ALC Brocks et al v. Keystone RV Company et al

2:09-cv-05687-KDE-ALC Martin v. Giles Industries, Inc. et al

2:09-cv-07122-KDE-ALC Page, et al v. CMH Manufacturing, Inc., et al

2:10-cv-01307-KDE-ALC  Ratcliff et al v. CMH Manufacturing, Inc. et al

2:10-cv-04118-KDE-ALC  Carpenter, Brian et al v. Doug Boyd Enterprises, LLC et al

2:10-cv-04125-KDE-ALC  Spiers, Shiela M. v. Motex Enterprises, Inc. et al

00075361-1