UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| 2:09-md-01873 | * | |
| Rec. Doc. #18684 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "E:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases have no plaintiffs and/or defendant remaining necessary to prosecute the case:

| | |
|---|---|
| 2:09-cv-03561-KDE-ALC | Boudreaux et al v. Champion Home Builders Co. et al |
| 2:09-cv-03587-KDE-ALC | Battaglia et al v. Destiny Industries, LLC et al |
| 2:09-cv-03589-KDE-ALC | Ahl et al v. Frontier RV, Inc. et al |
| 2:09-cv-03715-KDE-ALC | Clausell et al v. River Birch Homes Inc et al |
| 2:09-cv-03716-KDE-ALC | Gagliano et al v. Southern Energy Homes Inc. et al |
| 2:09-cv-03718-KDE-ALC | Peterson et al v. Palm Harbor Homes Inc. et al |
| 2:09-cv-03719-KDE-ALC | Bergeron et al v. Jayco Enterprises Inc et al |
| 2:09-cv-03721-KDE-ALC | Daigre v. Giles Family Holdings Inc. et al |
| 2:09-cv-03722-KDE-ALC | Doty et al v. Sun Valley, Inc. et al |
| 2:09-cv-03726-KDE-ALC | Barrilleaux et al v. Coachmen Industries, Inc. et al |
| 2:09-cv-03728-KDE-ALC | Arbour et al v. Vanguard Industries of Michigan, Inc. et al |
| 2:09-cv-03729-KDE-ALC | Borne et al v. DS Corp. et al |
| 2:09-cv-03732-KDE-ALC | Deogracias v. Starcraft RV, Inc. et al |
| 2:09-cv-03734-KDE-ALC | Braquet et al v. Lakeside Park Homes, Inc. et al |

2:09-cv-03736-KDE-ALC  Brignac et al v. Hy-Line Enterprises, Inc. et al
2:09-cv-03738-KDE-ALC  Aguilera et al v. KZRV LP et al
2:09-cv-03739-KDE-ALC  Cook et al v. Skyline Corporation et al
2:09-cv-03740-KDE-ALC  Douglas et al v. Oak Creek Homes, L.P. et al
2:09-cv-03741-KDE-ALC  Penny et al v. Waverlee Homes, Inc. et al
2:09-cv-03824-KDE-ALC  Bader et al v. Gulf Stream Coach, Inc. et al
2:09-cv-03825-KDE-ALC  McHughes et al v. Timberland RV Company et al
2:09-cv-03826-KDE-ALC  Boudreaux et al v. Dutch Housing, Inc. et al
2:09-cv-03827-KDE-ALC  Braud et al v. Stewart Park Homes Inc. et al
2:09-cv-03949-KDE-ALC  Barcelona et al v. R-Vision, Inc. et al
2:09-cv-03975-KDE-ALC  Cavat et al v. Northwood Manufacturing, Inc. et al
2:09-cv-04177-KDE-ALC  Rodrigue et al v. Sunline Acquisition Company Ltd. Et al
2:09-cv-04371-KDE-ALC  Adams et al v. Fleetwood Canada, Ltd. et al
2:09-cv-04663-KDE-ALC  Vaccarella et al v. gulf Stream  Coach, Inc. et al
2:09-cv-04664-KDE-ALC  Sakobie et al v. Gulf Stream Coach, Inc. et al
2:09-cv-04837-KDE-ALC  Shaw v. American International Specialty Lines Co. et al
2:09-cv-06145-KDE-ALC Jakcler et al v. Cavalier Home Builders, LLC et al
2:09-cv-06147-KDE-ALC Jackler et al. v. Gulf Stream Coach et al
2:09-cv-06151-KDE-ALC Sentilles v. Monaco Coach Corporation et al
2:09-cv-06713-KDE-ALC Karcher v. Horton Homes Inc. et al
2:09-cv-06798-KDE-ALC Hall v. Cavalier Home Builders, LLC et al
2:09-cv-06888-KDE-ALC Kelley et al v. R-Vision, Inc. et al
2:09-cv-07923-KDE-ALC Deroche, et al v. Keystone RV Company, et al
2:09-cv-07934-KDE-ALC Ladner, et al v. Coachmen Industries, Inc., et al
2:09-cv-07941-KDE-ALC Gadwaw, et al v. DS Corp., et al
2:09-cv-07946-KDE-ALC Berndt, et al v. Dutch Housing, Inc., et al
2:09-cv-07958-KDE-ALC Atwood, et al v. Forest River, Inc., et al
2:09-cv-07959-KDE-ALC Cummins, et al v. Frontier RV, Inc., et al
2:09-cv-07969-KDE-ALC Bergeron, et al v. Jayco, Inc., et al
2:09-cv-07982-KDE-ALC Braquet, et al v. Lakeside Park Homes, Inc., et al
2:09-cv-07985-KDE-ALC Aguilar, et al v. Morgan Buildings & Spas, Inc., et al
2:09-cv-07986-KDE-ALC Casanova, et al v. Northwood Manufacturing, Inc., et al
2:09-cv-07989-KDE-ALC Riley, et al v. Arch Specialty Insurance Corp., et al

00075362-1

2:09-cv-07993-KDE-ALC Drewes, et al v. Recreation By Design, LLC, et al

2:09-cv-07997-KDE-ALC Hyde, et al v. Starcraft RV, Inc., et al

2:09-cv-08164-KDE-ALC Myers v. Patriot Homes of Texas, LP, et al

2:09-cv-08408-KDE-ALC Authement, et al v. TL Industries, Inc., et al

2:09-cv-08409-KDE-ALC Bourquard, et al v. Thor California, Inc., et al

2:09-cv-08410-KDE-ALC Creger, et al v. Stewart Park Homes, Inc., et al

2:09-cv-08411-KDE-ALC Forsythe, et al v. Sun Valley, Inc., et al

2:09-cv-08412-KDE-ALC Frught, et al v. Timberland RV Company, et al

2:09-cv-08413-KDE-ALC Adubato, et al v. Skyline Corporation, et al

2:09-cv-08415-KDE-ALC Alfonso, et al v. Cavalier Home Builders, LLC, et al

2:09-cv-08416-KDE-ALC Rhodes, et al v. Scotbilt Homes, Inc., et al

2:09-cv-08418-KDE-ALC Hill, et al v. Silver Creek Homes, Inc., et al

2:09-cv-08421-KDE-ALC Adubato, et al v. Laytone Homes Corp. et al

2:10-cv-00244-KDE-ALC Brown v. Lexington Homes et al

2:10-cv-00508-KDE-ALC Adams et al v. American International Group et al

2:10-cv-00510-KDE-ALC Adams et al v. Cavalier Home Builders, LLC et al

2:10-cv-00511-KDE-ALC Bader et al v. Gulf Stream Coach, Inc. et al

2:10-cv-00512-KDE-ALC Albarado et al v. Keystone Industries, Inc. et al

2:10-cv-00513-KDE-ALC Acosta et al v. Gulf Stream Coach, Inc. et al

2:10-cv-00514-KDE-ALC Albardo et al v. Morgan Buildings & Spas, Inc. et al

2:10-cv-00738-KDE-ALC Kieff et al v. DS Corp. et al

2:10-cv-00744-KDE-ALC Cody et al v. Lexington Homes, et al

2:10-cv-00749-KDE-ALC Gonzales et al v. Crum & Forster Specialty Company et al

2:10-cv-00751-KDE-ALC Fernandez v. Recreation By Design, LLC et al

2:10-cv-00760-KDE-ALC Bailes et al v. Thor California, Inc. et al

2:10-cv-00762-KDE-ALC LaFrance et al v. TL Industries, Inc. et al

2:10-cv-00765-KDE-ALC Meyer et al v. Lakeside Park Homes, Inc. et al

2:10-cv-00768-KDE-ALC Demolle et al v. CMH Manufacturing, Inc. et al

2:10-cv-00772-KDE-ALC Melan et al v. Cavalier Home Builders, LLC et al

2:10-cv-00773-KDE-ALC Durham et al v. Cavalier Home Builders, LLC et al

2:10-cv-00775-KDE-ALC Miller, et al v. Cavlier Home Builders, LLC et al

2:10-cv-00778-KDE-ALC Johnston et al v. Timberland RV Company et al

00075362-1

2:10-cv-00994-KDE-ALC  Authement v. TL Industries, Inc. et al

2:10-cv-01000-KDE-ALC  Atkinson et al v. Morgan Buildings & Spas, Inc. et al

00075362-1