UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE:  ENGELHARDT |
| | * | |
| 2:09-md-01873 | * | |
| Rec. Doc. #18684 | * | MAGISTRATE:  CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT "F:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

MAY IT PLEASE THE COURT:

     The following cases comply with Pretrial Orders #38, #53, and #68 and may be removed from the Manufacturing Defendants' Dismissal:

2:09-cv-03604-KDE-ALC  James et al v. FRH, Inc. et al

2:09-cv-03622-KDE-ALC  Fountain et al v. USA et al

2:09-cv-03745-KDE-ALC  Ball v. Frontier RV, Inc. et al

2:09-cv-03764-KDE-ALC  Barnes v. Dutchmen Manufacturing, Inc. et al

2:09-cv-03922-KDE-ALC  Prince et al v. Liberty Insurance Corp. et al

2:09-cv-03943-KDE-ALC  Bartel et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04727-KDE-ALC  Ralleigh et al v. Monaco Coach Corporation et al

2:09-cv-04827-KDE-ALC  Doane v. Cavalier Home Builders, LLC et al

2:09-cv-04835-KDE-ALC  Smith v. American International Specialty Lines Co. et al

2:09-cv-05000-KDE-ALC Merritt v. Timberland RV Company et al

2:09-cv-05621-KDE-ALC Sylvester v. Cavalier Home Builders, LLC et al

2:09-cv-05890-KDE-ALC Carter v. Forest River, Inc. et al

2:09-cv-05940-KDE-ALC Bartholomew et al v. Coachmen Industries, Inc. et al

2:09-cv-05941-KDE-ALC Lewis v. Gulf Stream Coach, Inc. et al

00075517-1

2:09-cv-05942-KDE-ALC Daunoy v. Layton Homes Corporation et al

2:09-cv-05992-KDE-ALC Shorty v. Gulf Stream Coach, Inc.

2:09-cv-05993-KDE-ALC Sherman v. Keystone RV Company

2:09-cv-06163-KDE-ALC Mack v. Recreation By Design, LLC et al

2:09-cv-06165-KDE-ALC Carolina v. Forest River, Inc. et al

2:09-cv-06170-KDE-ALC Clark v. Keystone RV Company et al

2:09-cv-06377-KDE-ALC Seward et al v. Coachman Industries Inc et al

2:09-cv-06721-KDE-ALC Kujawa et al v. United States of America

2:09-cv-07801-KDE-ALC Couvillion, et al v. Cavalier Home Builderes, LLC, et al

2:10-cv-00544-KDE-ALC  Alexander v. Lakeside Park Homes, Inc. et al

2:10-cv-01041-KDE-ALC  Burge v. Cavalier Home Builders, LLC et al

2:10-cv-01311-KDE-ALC  German et al v. Sun Valley, Inc. et al

2:10-cv-03921-KDE-ALC   McGee, Eloise et al v. Vanguard Industries of Michigan, Inc. et al