*Curriculum Vitae*

May 14, 2009

**Hewett, Paul**
**Exposure Assessment Solutions, Inc.**
**1270 Kings Road**
**Morgantown, WV 26508**

Cell: 304.685.7050
email: phewett_2006_07@oesh.com
www.oesh.com

### Education
- Ph.D. in Industrial Hygiene; August, 1991; University of Pittsburgh, School of Public Health; dissertation title: Particle Size Analysis of Welding Fumes and Prediction of Regional Pulmonary Deposition
- M.S.; May, 1978; Central Missouri State University, Warrensburg, Missouri; Major: Industrial Hygiene
- B.S.; May, 1977; Central Missouri State University, Warrensburg, Missouri; Major: Biology, Minor: Chemistry

### Professional certifications
- Certified Industrial Hygienist (Certification Number 2235; certified June 8, 1982, renewed 1989, 1995, 2001, 2006)

### Positions / Activities

| | |
|---|---|
| 2003 - present | Exposure Assessment Solutions, Inc. - CEO: consulting, training, software design and sales, and publications. |
| 1993 - 2003 | Adjunct professor, West Virginia University Industrial Management and Systems Engineering - annual graduate course on occupational exposure assessment strategies and statistics |

**NIOSH**

| | |
|---|---|
| 1999 - 2003 | Senior Industrial Hygienist, Field Studies Branch, Division for Respiratory Disease Studies (DRDS), NIOSH |
| 1997 - 1999 | Chief, Environmental Investigations Branch (EIB), DRDS, NIOSH |
| 1995 - 1997 | Worked with the Metal Non-Metal Division of MSHA as an expert witness and consultant in an important case involving a mining industry challenge to the underlying basis for the MSHA exposure compliance program. |
| 1994 - 1997 | Worked with the Coal Division of MSHA to develop improved industrial hygiene sampling protocols for MSHA coal mine inspectors. |
| 1978 - 1996 | Industrial Hygienist, EIB, DRDS, NIOSH - primary activities included hazard evaluations in the mining industry and research into welding fume hazards. |

### Awards and Nominations
- **2007 AIHA "Edward J. Baier Technical Achievement Award"**
- **2004 Fellow of the American Industrial Hygiene Association.**
- **1997 NIOSH Alice Hamilton Award**: author of "Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents", in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).
- **1996 NIOSH Alice Hamilton Science Award**: co-author of the NIOSH document "NIOSH Criteria for a Recommended Standard: Occupational Exposure to Respirable Coal Mine Dust"
- nominated for the **1996 NIOSH Alice Hamilton Science Award** and 1996 CDC **Charles C. Shepard Science Award** for the paper entitled "Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables"
- nominated for the **1994 NIOSH Alice Hamilton Science Award** and **1994** CDC **Charles C. Shepard Science Award** for the paper entitled "A model for correcting workplace protection factors for lung deposition and other effects"
- nominated for the **1992 NIOSH Alice Hamilton Science Award** for the paper entitled "Limitations in the use of particle size selective sampling criteria in occupational epidemiology"

Hewett
DEPOSITION
EXHIBIT
5
PENGAD 800-631-6989

PSC025265

**Professional Activities**

associations
- American Industrial Hygiene Association (1978-present)
- American Conference of Governmental Industrial Hygienists (1979-present)
- British Occupational Hygiene Association (1997-present)
- The American Society of Safety Engineers (2006-present)
- ASTM International (2006-present)

journals:
- AIHA Journal Editorial Review Board (1995-2002)

committees:
- organizing chair - AIHA Exposure Assessment Strategies Symposium, St. Petersburg, FL (October 4-6, 2001)
- AIHA Exposure Assessment Strategies Committee (1993-present; vice-chair 2000; chair 2001)
- AIHA Exposure Assessment Committee subcommittee charged with writing the second edition of *A Strategy for Occupational Exposure Assessment* (**contributing author**, 1995-1997)
- AIHA Occupational Epidemiology Committee (member 1993-1998; secretary-1994; vice-chair-1995; **chair**, 1996)
- AIHA Conference and Exposition session arranger:
  - Small Business Concerns platform session, 1989, 1990, 1991, and 1992
  - Occupational Epidemiology roundtable, 1994

academic / teaching
- West Virginia University: graduate seminar on statistics and sampling strategies for industrial hygienists, **adjunct professor**, 1993-2003, 2007-present
- NIOSH: Course 553: Statistical analysis for industrial hygiene sampling and decision making (**instructor**-1993,1994; **course director**-1994)
- Professional Development Course: Exposure Assessment Strategies and Statistics (**instructor**, 1995-1997, 2000-2008)

**Skills**

Statistics - knowledgeable regarding basic and advanced statistical concepts
Programming - Borland Delphi

**Software** (available from www.oesh.com)

Commercial software:
  IHDataAnalyst V1.0
Freeware:
  IHDataAnalyst-LiteEdition V1.0
  Baseline Survey Simulator V2.0
  Exposure Assessment Strategy Simulator V2.5

**Publications**

technical reports:
  **Hewett, P.** (2005): Technical Report 05–01 - A Conceptual Model for Generating Random Exposures for Use in Computer Simulations. Exposure Assessment Solutions, Inc. (www.oesh.com).

  **Hewett, P.** (2005): Technical Report 05–02 - Equations for Calculating Exposure Management Objectives. Exposure Assessment Solutions, Inc. (www.oesh.com).

  **Hewett, P.** (2005): Technical Report 05–03 - Performance-based exposure assessment strategies for TWA exposure limits. Exposure Assessment Solutions, Inc. (www.oesh.com).

publications:

  Logan, P., Ramachandran, G., Mulhausen, J., and **Hewett, P**. (2009): Occupational Exposure Decisions: Can Limited Data Interpretation Training Help Improve Accuracy? *Annals of Occupational Hygiene* 53: (in press).

PSC025266

**Hewett, P.** (2009): A 21st Century Exposure Assessing Strategy - Minimizing Sampling Strategy False Negative and False Positive Decisions. *Synergist* January 34-37.

**Hewett, P.** and Ganser, G.H. (2007): A Comparison of Several Methods for Analyzing Censored Data. Annals of Occupational Hygiene 51:611-632.

**Hewett, P.**, Logan, P., Mulhuasen, J., Ramachandran, G., and Banerjee, S. (2006): Rating Exposure Control Using Bayesian Decision Analysis. *Journal of Occupational and Environmental Health* 3:568–581.

**Hewett, P.**; contributing author to Bullock, W.H. and Ignacio, J.S.: (editors): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association (2006).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Collection and Management. in *Handbook of Chemical Health and Safety.* American Chemical Society (2001).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety.* American Chemical Society (2001).

**Hewett, P.**: Misinterpretation and Misuse of Exposure Limits. *Applied Occupational and Environmental Hygiene* 16:251-256 (2001).

**Hewett, P.**: Chapter 6 - Design of Strategies for Assessing and Managing Occupational Exposures. in *Essential Resources for Industrial Hygiene*, AIHA Press (2000)

**Hewett, P.**: Letter to the Editor - Comments relating to Lyles, Kupper, and Rappaport: A Lognormal Distribution-based Exposure Assessment Method for Unbalanced Data. *Annals of Occupational Hygiene* 42:413-422 (1998).

**Hewett, P.**: Letter to the Editor - Comments relating to Tornero-Velez *et al*: Compliance Versus Risk in Assessing Occupational Exposures. *Risk Analysis* 18:665-667 (1998).

**Hewett, P.**: To the Editor - response to comments of Rappaport, Tornero-Velez, and Egeghy. *Applied Occupational and Environmental Hygiene* 13:203-206 (1998).

**Hewett, P.**; contributing author to Damiano, J. and Mulhausen, J. (editors): *A Strategy for Assessing and Managing Occupational Exposures, Second Edition.* Fairfax, VA: American Industrial Hygiene Association (1998).

**Hewett, P.**: Mean testing: I. Advantages and disadvantages. *Applied Occupational and Environmental Hygiene* 12:339-346 (1997).

**Hewett, P.**: Mean testing: II. Comparison of several alternative procedures. *Applied Occupational and Environmental Hygiene* 12:347-355 (1997).

**Hewett, P.** and G.H. Ganser: Simple procedures for calculating confidence intervals around the sample mean and exceedance fraction derived from lognormally distributed data. in *Applied Occupational and Environmental Hygiene* 12:132-142 (1997).

**Hewett, P.**: Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents. in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).

Seixas, N.S., **Hewett, P.**, Robins, T.G., and Haney, R.: Variability of particle size-specific fractions of personal coal mine dust exposures. *American Industrial Hygiene Association Journal* 56:243-259 (1995).

**Hewett, P.**: Sample size formulae for determining the true arithmetic or geometric mean exposure of an occupational exposure zone. *American Industrial Hygiene Association Journal* 56:219-225 (1995).

PSC025267

**Hewett, P.:** The particle size distribution, density, and specific surface area of welding fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:128-135 (1995).

**Hewett, P.:** Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:136-142 (1995).

**Hewett, P.,** Pallay, B., and J. Gamble: A model for correcting workplace protection factors for lung deposition and other effects. *American Industrial Hygiene Association Journal* 54:142-149 (1993).

Hearl, F.J. and **Hewett, P.**: Problems in Monitoring Dust Levels within Mines. in *Occupational Medicine: State of the Art Reviews - The Mining Industry* 8(1): Jan-Mar (1993).

Attfield, M.D. and **Hewett, P.**: Exact expressions for the bias and variance of estimators of the mean of a lognormal distribution. *American Industrial Hygiene Association Journal* 53:432-435 (1992).

**Hewett, P.:** Limitations in the use of particle size selective sampling criteria in occupational epidemiology. *Applied Occupational and Environmental Hygiene* 6:290-300 (1991).

**Hewett, P.** and M.A. McCawley: A microcomputer spreadsheet technique for analyzing multimodal size distributions. *Applied Occupational and Environmental Hygiene* 6:865-873 (1991).

Noweir, M.H., McCawley, M.A., and **Hewett, P.** : Methods of Investigation: Environmental Assessment. In: Occupational Respiratory Disease Related to Vegetable and Other Natural Dusts. (Eds. Major, P.C. and Schilling, R.S.F.) Forum: Proceedings of the WHO/NIOSH International Conference on Respiratory Diseases Related to Vegetable and Other Natural Dusts, April 25-29, 1983, Morgantown, WV, U.S. Government Printing Office, Washington, D.C., 20404 (1985).

miscellaneous

**Hewett, P.** (1991): Particle Size Analysis of Welding Fumes and Prediction of Pulmonary Deposition. (dissertation) School of Public Health, University of Pittsburgh (Dissertation Abstracts International Volume/Issue 52-10B; University Microfilms, Ann Arbor, MI, Publication Number 9209560).

[End of Document]

PSC025268