```
0001
 1      UNITED STATES DISTRICT COURT
 2      EASTERN DISTRICT OF LOUISIANA
 3
 4  IN RE:  FEMA TRAILER      MDL NO. 1873
 5  FORMALDEHYDE PRODUCTS    SECTION N(4)
 6  LIABILITY LITIGATION     JUDGE ENGELHARDT
 7
 8            * * *
 9
10         DEPOSITION OF PAUL HEWETT, Ph.D.,
11  CIH, 1270 KINGS ROAD, MORGANTOWN, WEST
12  VIRGINIA 26508, TAKEN AT THE OFFICES OF
13  GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
14  WARSHAUER, 2800 ENERGY CENTRE, 1100 POYDRAS
15  STREET, NEW ORLEANS, LOUISIANA  70163, ON
16  THE 15TH DAY OF NOVEMBER, 2010.
17
   REPORTED BY:
18
     CATHY RENEE¥ POWELL, CCR
19     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
20
21  ALSO PRESENT:
22    DR. LAWRENCE S. MAYER, M.D., Ph.D.
23
24
25
0026
22      Q.  If somebody worked 16-hour days,
23  you would factor that in when comparing them
24  to somebody to who worked 8 hours a day?
25      A.  The other part of the
0027
 1  investigation, the epidemiological part of
 2  the investigation would factor it in.  I
 3  would not factor it in in the exposure
 4  assessment portion, most likely.
0091
 8      Q.  Did you graph the data?
 9      A.  Yes, I did.
0093
 3      Q.  First, I want to know what you are
 4  looking for subjectively to see that
 5  goodness of fit is met?
```

```
 6      A.  You look to see if the data follow
 7  along a best fit line reasonably well.  A
 8  perfect concordance would be every data
 9  point falls exactly along the best fit line.
10         You also see departures at the
11  high end and the low end.
12         There are other variations.  If
13  you see a waviness or a systematic departure
14  from the best fit line, you might suspect
15  you have a mixture of distributions.
16         In the majority of the cases, the
17  data fit very well.  In some cases,
18  extraordinarily well, even though they
19  failed a formal goodness of fit test.
0094
 6      A.  Yes, I am.  It is because the
 7  lognormal model is simply that, a model.
 8  Occupational data, exposure data,
 9  concentration data, environmental exposure
10  and concentration data are almost always
11  well described by a lognormal model, but are
12  not truly lognormally distributed.
13         I can give you an example of what
14  I mean by that.  So a lognormal distribution
15  is a mathematical model that has an infinite
16  upper boundary.  According to the model,
17  there is some probability of extraordinarily
18  high exposures.  In reality, those
19  extraordinarily high exposures cannot occur.
20         I will give you an example that I
21  think you can understand.  The highest
22  possible concentration of a pure gas is
23  1 million parts per million.  It cannot get
24  anymore concentrated than that.  And yet,
25  you can have a lognormal model fit to data
0095
 1  that will predict a probability of a
 2  concentration greater than 1 million parts
 3  per million.  So there is a disconnect
 4  between a mathematical model and the true
 5  exposure profile or a true concentration
 6  profile.
 7         What happens with datasets is that
 8  as the dataset becomes larger and larger,
 9  the discrepancies between the actual data
10  and the mathematical model become more and
```

11  more apparent.  At some point, a statistical
12  test is going to fail when you are applying
13  any particular distributional model to any
14  particular dataset.
15         At some point, when the sample
16  size gets large enough, it will fail, even
17  though the data are reasonably well
18  described by that model.
19     Q.  And, therefore, in this particular
20  set, you would expect, based on your model,
21  to see -- the model would predict some
22  trailers had levels as high as 10 parts per
23  million?
24     A.  If you applied the lognormal
25  distributional model in that sense, one
0096
 1  could predict what is the probability of a
 2  10 part per million exposure.  I haven't
 3  done that in this paper.
 4     Q.  But if you followed the model that
 5  you used to its logical extreme, you would
 6  expect to see that result, correct?
 7     A.  The model would imply there is a
 8  possibility of seeing that.  The probability
 9  might be extraordinarily low, but you could
10  calculate the probability.
11     Q.  One in 1,000?
12     A.  I'm not going to say, because I
13  have a feeling it would be extraordinarily
14  low for an unoccupied unit.
15     Q.  But you are not aware of any test
16  result that shows that?
17     A.  I don't think there were any
18  unoccupied units except the ones that were
19  measured by Gulf Stream very early on where
20  the levels were quite high.
21     Q.  Ten parts per million?
22     A.  I didn't say that.  I said quite
23  high.