1
1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF LOUISIANA
3   - - - - - - - - - - - x
4   IN RE:  FEMA TRAILER   :
5   FORMALDEHYDE PRODUCTS  :
6   LIABILITY LITIGATION   :
7   - - - - - - - - - - - x
8      Videotaped Deposition of LAWRENCE S. MAYER,
9              M.D./Ph.D.
10             Washington, D.C.
11                9:33 a.m.
12
13
14
15
16
17
18
19
20  Job No: 1-191273
21  Pages: 1 - 391
22  Reported by: Sue A. Terry, RPR/CRR/CLR

                                89
1   don't believe that bias reflects the individual
2   measurements.
3      Q   You're not here to testify that there's any
4   errors or inaccuracies in the Texas Parks and
5   Wildlife data, are you?
6      A   Again, the data was not validated.  There
7   are no -- I'm not aware of any specific inaccuracies
8   in the individual datum that are recorded; no, sir.

                               282
1       Now, these people aren't measuring the same
2   units, but if I'm going to take them as
3   representations of the same data, I have to prove
4   they are equivalent as if they were measuring the
5   same unit.
6       The piece that's missing most critically is
7   any interrater reliability.  There's not a measure
8   replicated in this study and I don't know why.