UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                             SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

*UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT*

   NOW INTO COURT, through undersigned counsel, come plaintiffs listed in Exhibit "A" of the original complaint filed pursuant to pre-trial order number 68, who respectfully move this Court for leave to file the attached Amended Complaint for Damages.

   On or about October 13, 2010, undersigned counsel filed an amending complaint pursuant to pre-ColumbianTrial Order Number 68. Although the exhibits to the Amending Complaint correctly referenced Frontier RV, Inc., the body of the complaint erroneously referenced KZRV, Inc. Plaintiffs now request that they be given leave of court to file the attached Amended Complaint to correctly identify Frontier RV, Inc. as the manufacturing defendant in the above-captioned case.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:      s/David C. Jarrell
              SIDNEY D. TORRES, III, La. Bar No. 12869
              ROBERTA L. BURNS, La. Bar No. 14945
              DAVID C. JARRELL, La. Bar No. 30907
              8301 W. Judge Perez Drive
              Suite 303
              Chalmette, Louisiana 70043
              Telephone: (504) 271-8421
              ***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              s/David C. Jarrell, Esq.
                                  DAVID C. JARRELL, La. Bar No. 30907

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

           Respectfully submitted,

           LAW OFFICES OF SIDNEY D. TORRES, III,
           *A PROFESSIONAL LAW CORPORATION*

      BY:    /s/David C. Jarrell
                SIDNEY D. TORRES, III, La. Bar No. 12869
                ROBERTA L. BURNS, La. Bar No. 14945
                DAVID C. JARRELL, La. Bar No. 30907
                8301 W. Judge Perez Drive
                Suite 303
                Chalmette, Louisiana 70043
                Telephone: (504) 271-8421
                **Counsel for plaintiffs**