UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that Plaintiffs in the above numbered cases be granted leave of Court to file the amended complaint for damages to correctly identify Frontier RV, Inc. as the manufacturing defendant.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
JUDGE