UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

*AMENDED COMPLAINT*

NOW INTO COURT, through undersigned counsel, comes undersigned for The Law Offices of Sidney D. III, *A.P.L.C.,* and as counsel for the potential claimants listed in Exhibit "A" attached to the Amending Complaint filed pursuant to Pre-Trial Order No. 68 who respectfully amends the complaint as following:

1.

Plaintiffs hereby amend Paragraph 3 to read as follows:

"Defendant **FRONTIER RV, INC.** ("Manufacturer") is upon information and belief a Michigan corporate entity which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

WHEREFORE after all due proceeding, plaintiffs respectfully pray that this amended complaint be deemed good and sufficient and that Judgment be granted as prayed for in the Original Complaint.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

BY:   /s/David C. Jarrell
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        ***Counsel for plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            /s/David C. Jarrell, Esq.
                                            DAVID C. JARRELL, La. Bar No. 30907