**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION               SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

NOW INTO COURT, through undersigned counsel, come plaintiffs who respectfully moves this Court to dismiss all of their claims against KZRV, Inc. without prejudice and specifically requesting that all rights against all other parties are reserved.

WHEREFORE, plaintiffs pray that all of their claims against KZRV, Inc. without prejudice, specifically reserving all rights against all other parties.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION**


BY: /s/ David C. Jarrell
    SIDNEY D. TORRES, III (Bar No. 12869)
    ROBERTA L. BURNS (Bar No. 14945)
    **DAVID C. JARRELL** (Bar No. 30907)
    Torres Park Plaza, Suite 303
    8301 West Judge Perez Dr.
    Chalmette, Louisiana 70043
    Tel: (504) 271-8421
    Fax: (504) 271-1961
    E-mail: dcj@torres-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Dixon v. KZRV, Inc, et al, No. 10-3471

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:    /s/David C. Jarrell
                  SIDNEY D. TORRES, III, La. Bar No. 12869
                  ROBERTA L. BURNS, La. Bar No. 14945
                  DAVID C. JARRELL, La. Bar No. 30907
                  8301 W. Judge Perez Drive
                  Suite 303
                  Chalmette, Louisiana 70043
                  Telephone: (504) 271-8421
                  **Counsel for plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of January, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL