UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE  * MDL NO. 1873
PRODUCTS LIABILITY LITIGATION,    *
                                  *
                                  * JUDGE ENGELHARDT
                                  *
                                  * MAGISTRATE CHASEZ
                                  *

THIS DOCUMENT RELATES TO:

*Wynette Marie Akrias, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-1002; *James H. Aldridge, et al. v. Gulf Stream, et al*, E.D.La. No. 07-9228; *Paul Alexis, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-506; *Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-742; *Brittany Nicole Annis v. Am. Int'l Group, et al.*, E.D.La. No. 10-997; *Charles Arbour, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-1001; *Lucille Margaret Arcement, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-739; *Linda Audibert v. Coachmen Industries, Inc., et al.*, E.D.La. No. 10-998; *Sunshine Augustine v. Am. Int'l Group, et al.*, E.D.La. No. 10-995; *Kerry Collins Fernandez, et al. v. Recreation by Design, LLC, et al.*, E.D.La. No. 10-751; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-779; *Stephanie Gagliano v. Southern Energy Homes, Inc., et al.*, E.D.La. No. 10-999; *Kimberly Nelson, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 07-7494; *Dorothy Sue Acosta, et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-513; *Jean Adams, et al. v. Am. Int'l Group, et al.*, E.D.La. No. 10-508; *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D.La. No. 09-7985; *Thais Joyce Augustine, et al. v. Am. Int'l Group*, et al., E.D.La. No. 10-746; *Linda Ellen Authement v. TL Industries, Inc. et al.*, E.D.La. No. 10-994; *Somaya Bader et al. v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-511; *Jennifer Ann Kieff, et al. v. DS Corp., et al.*, E.D.La. No. 10-738; *Warren A. Perez v. Gulf Stream Coach, Inc., et al.*, E.D.La. No. 10-770; *Diana Ranton v. Am. Int'l Group, et al.*, E.D.La. No. 10-776; *Sidney C. Sigur v. Am. Int'l Group, et al.*, E.D.La. No. 10-927; *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-514; *Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-7162; *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 09-6907; *Johnny Dusty Atkinson, et al. v. Morgan Buildings & Spas, Inc., et al.*, E.D.La. No. 10-1000; *Belinda Bauer, et al. v. Liberty Homes, Inc., et al.*, E.D.La. No. 08-5031; *Steven Weyland Fincher, et al. v. Gulf Stream Coach, Inc.*, E.D.La. No. 10-779

*****************************************************

371101.1

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CLAIMS AGAINST MORGAN FOR FAILURE TO COMPLY WITH ORDERS AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING (R. DOC. 18707)

Morgan Buildings & Spas, Inc. (Morgan Buildings), Morgan Building Systems, Inc.[1] (Morgan Systems), and Morgan Manufacturing Corporation[2] (Morgan Manufacturing and collectively with Morgan Buildings and Morgan Systems, Morgan) move this Court for leave to file the attached reply memorandum in support of its Motion to Dismiss Claims Against Morgan for Failure to Comply with Orders and Reasons Concerning Deadlines for Matching and Filing (R. Doc. 18707) to briefly address the arguments raised by plaintiffs in opposition to Morgan's motion. The motions to dismiss for failure to comply with orders and reasons concerning deadlines for matching and filing are set for oral argument on Friday, January 21, 2011. Morgan's reply memorandum will assist the Court in resolving the pending issues and will not unduly delay these proceedings.

Counsel for the plaintiffs who opposed Morgan's motion were contacted about this motion for leave and none stated any opposition.

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached reply memorandum.

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.
[2] At times, incorrectly named as Morgan Buildings & Spas Manufacturing Corporation.

371101.1

2

Respectfully Submitted:

**McGlinchey Stafford, PLLC**

*s/Amanda S. Stout*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

**ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. MORGAN BUILDING SYSTEMS, INC., AND MORGAN MANAGEMENT CORPORATION**

## CERTIFICATE OF SERVICE

I certify that, on the 17th day of January, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Amanda S. Stout*
Amanda S. Stout

371101.1