UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. ALMA CHASEZ

THIS DOCUMENT IS RELATED TO:
*Schlosser v Sunnybrook, RV et al*, Case # 09-8679

## SUNNYBROOK, RV'S OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**May It Please The Court:**

Plaintiffs in this case have filed a Motion for Leave to file what has been styled as a Supplemental and Amended Complaint.[1] The avowed purpose of the proposed Amended Complaint is to add a single plaintiff to the litigation, specifically Theresa M. Schlosser. (See, plaintiffs' Memorandum in Support, **[Rec. Doc. 18682-1]**. No other basis for the proposed amendment is given.

**Argument**

The plaintiffs' Motion to Amend should be denied, because Theresa M. Schlosser is already a plaintiff in the case, and has been since at least December 30, 2009. See,

---

[1] This would actually be the Second Amended Complaint. The first amending complaint was filed on December 30, 2009 (See, Exhibit "A" hereto.)

"Supplemental and Amending Complaint Pursuant to Pre-Trial Order No. 40 (Rec. Doc. 1781)" [**Rec. Doc. 1**], attached hereto as Exhibit "A". Granting the plaintiffs' Motion would be a vain and useless act. Counsel for plaintiffs is, at best, confused, and the Court should not add to the confusion by granting this motion.

Although in their motion, plaintiffs have given the Court the (demonstrably incorrect) rationale that Theresa Schlosser needs to be added as a plaintiff to this lawsuit, the true intent of the proposed amendment to the complaint appears to be an attempt to make an end run around the Court's deadline for matching plaintiffs with contractor defendants. In the true first Supplemental and Amended Complaint (Exhibit "A") filed on December 30, 2009, Theresa Schlosser was shown as unmatched with a contractor defendant. Yet in the proposed amendment at issue, this "new" plaintiff is matched with Fluor Enterprises. (See, Exhibit "A" to the proposed Amended Complaint, **Rec. Doc. 18682-5.**) Of course, a simple Motion to Amend to match Ms. Schlosser with a contractor defendant would have been untimely, since it would have been filed beyond the Court's deadline for matching. Thus, a different reason for the amendment had to be suggested. Notably, however, the office of plaintiffs' counsel admitted the true reason for the proposed amendment in an e-mail dated January 12, 2011, stating that "The 2nd S&A is needed to properly match her [Theresa Schlosser] to Fluor". (Exhibit "B".)

**Conclusion**

For the foregoing reasons, Sunnybrook RV submits that plaintiffs' Motion to Amend should be denied. Again, there is no basis to "add" Theresa Schlosser to the case. She is already a plaintiff.

2

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

/s/ *Mark E. Seamster*
**CYNTHIA J. THOMAS, Bar No. 22631 (T.A.)**
**MARK E. SEAMSTER, Bar No. 17136**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
Email: mseamster@gjtbs.com
*Attorneys for Defendant, Sunnybrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th[th] day of January, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and by electronic mail.

/s/ *Mark E. Seamster*
**MARK E. SEAMSTER, Bar # 17136**

3