**From:** Cynthia Thomas
**Sent:** Wednesday, January 12, 2011 10:42 AM
**To:** 'Melissa A. DeBarbieris'
**Cc:** Mary S. Cooper
**Subject:** RE: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

Ok, I can understand that but the "second" S&A you refer to does not mention anything about matching plaintiff(s) to a specific contractor nor does it make that particular reason the raison d'etre for filing yet another SA. If you will read the MFL over (Rec. Doc. 18682 and 18682-1), it only refers to amending the CO to add one additional plaintiff to the suit, a plaintiff who was added a year ago. Perhaps you should consider withdrawing this Motion as requested and filing the MFL to match the PI to a contractor, since, as it stands now, the current form of the MFL is subject to our Opposition. Thanks.

**From:** Melissa A. DeBarbieris [mailto:melissa@brunobrunolaw.com]
**Sent:** Wednesday, January 12, 2011 10:18 AM
**To:** Cynthia Thomas
**Subject:** RE: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

The 1st S&A was filed, but did not match Theresa Schlosser to an installer. While her husband was properly matched to Fluor in this petition, she was not. Therefore, she was not properly matched pursuant to the PTO. The 2nd S&A is needed to properly match her to Fluor. Although she was named in the 1st S&A, it only matched to the manufacturer. According to liaison counsel, we have to file this 2nd S&A to properly match and later dismiss the first filed.

Melissa A. DeBarbieris
Attorney
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Direct Tel: 504.304.2642
Tel: 504.525.1335
Fax: 504.581.1493

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Cynthia Thomas [mailto:Cthomas@gjtbs.com]
**Sent:** Tuesday, January 11, 2011 5:17 PM
**To:** Melissa A. DeBarbieris
**Subject:** RE: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

Somehow, we are not communicationg. This plaintiff is already in this lawsuit (The original S&A was filed over a year ago) and you've now filed a completely unnecessary motion for leave to amend in order to add Theresa

1/17/2011

EXHIBIT "B"

Schlosser to a suit where she's already a named plaintiff. The Court, I'm sure, would appreciate not having to entertain a redundant motion. All you have to do it admit that you all made a mistake and withdraw the 2nd SA.

**From:** Melissa A. DeBarbieris [mailto:melissa@brunobrunolaw.com]
**Sent:** Tuesday, January 11, 2011 5:00 PM
**To:** Cynthia Thomas
**Cc:** Joe Bruno
**Subject:** RE: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

Cynthia,

The Court has not yet given us permission to file the S&A. If and when the Court allows us to do so, we will be in a position to sever the plaintiff out of the previously filed suit. However, until the S&A is allowed, we cannot dismiss the first filed complaint. Please contact me if you have any further questions.

Thanks,

Melissa A. DeBarbieris
Attorney
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Direct Tel: 504.304.2642
Tel: 504.525.1335
Fax: 504.581.1493

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Cynthia Thomas [mailto:Cthomas@gjtbs.com]
**Sent:** Monday, January 10, 2011 4:26 PM
**To:** Melissa A. DeBarbieris
**Cc:** Mary S. Cooper; Joe Bruno
**Subject:** RE: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

Melissa--My paralegal forwarded your message to me. Thank you for your response; however, you are incorrect re plaintiffs' MFL to file 1st SA Complaint for Damages. It was filed specifically to add one additional Plaintiff, Theresa Schlosser, who has been a plaintiff for over a year now. Are you looking at the same documents we are--Rec. Doc. 18682 and 18682-1 filed on Dec. 15, 2010? These have nothing to do with identifying a contractor, nor do I care as we represent a manufacturer. As we indicated in the earlier e-mail, your office filed a Notice of Hearing for Jan. 26th. Let's get this resolved before then. If we have to file an Opp, we will ask for costs and attorney's fees. Thanks.

Regards,

1/17/2011

Cynthia Thomas, Special Counsel
Phone: 985-674-6680 | Fax: 985-674-6681
#3 Sanctuary Boulevard, Suite 301 Mandeville, Louisiana 70471
Email: Cthomas@gjtbs.com

Houston ♦ St. Louis ♦ Lafayette ♦ Mandeville ♦ New Orleans ♦ Gulfport ♦ Mobile ♦ Pensacola ♦ Tampa

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED
COMMUNICATION
DO NOT FORWARD WITHOUT PERMISSION

**From:** Mary S. Cooper
**Sent:** Monday, January 10, 2011 4:01 PM
**To:** Cynthia Thomas
**Subject:** FW: FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

See below from Joe Bruno's office.  Thanks.

Sincerely,

Mary S. Cooper
Paralegal
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Phone: 985-674-6680
Direct: 985-674-6719
Fax: 985-674-6681
Email: MCooper@gjtbs.com

**From:** Melissa A. DeBarbieris [mailto:melissa@brunobrunolaw.com]
**Sent:** Monday, January 10, 2011 3:11 PM
**To:** Mary S. Cooper
**Subject:** FEMA Formaldehyde Litigation - Henry Schlosser, Theresa Schlosser v. SunnyBrook RV, et al, EDLA No. 09-8679

Mary:

I was forwarded your inquiry regarding the above-captioned litigation.

Our records indicate that Theresa Schlosser was previously named as a plaintiff on 12/30/09; however, the Exhibit A did not name the contractor defendant. I believe the S&A was filed to name the contractor. If your records indicate the correct contractor defendant was previously named, please forward the appropriate document indicating that and we will gladly cancel the Motion.

1/17/2011

I look forward to hearing from you,

Melissa A. DeBarbieris
Attorney
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Direct Tel: 504.304.2642
Tel: 504.525.1335
Fax: 504.581.1493

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.