UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE:  ENGELHARDT |
| *ALL CASES* | * | |
| | * | |
| | * | MAGISTRATE:  CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "C:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases failed to comply with Pretrial Orders #38, #53, and #68 as the named "unidentified defendants:"

2:07-cv-09141-KDE-ALC  Collins et al v. Forest River, Inc. et al

2:07-cv-09248-KDE-ALC  Pizani v. Gulf Stream Coach, Inc. et al

2:09-cv-08024-KDE-ALC  Luvene v. Coachman Industries Inc., et al

2:09-cv-08025-KDE-ALC  Carr v. Fleetwood Enterprises, Inc., et al

2:09-cv-08026-KDE-ALC  Johnson v. patriot Manufacturing, Inc., et al

2:09-cv-08027-KDE-ALC  Payton v. American Camper Manufacturing, LLC, et al

2:09-cv-08029-KDE-ALC  Halsell v. Cavalier Home Builders, LLC, et al

2:09-cv-08032-KDE-ALC  Heidleberg, et al v. Coachmen Industries, Inc., et al

2:09-cv-08050-KDE-ALC  Robertson, et al v. Thor Industries, Inc., et al

2:09-cv-08051-KDE-ALC  Williams v. Vanguard Industries of Michigan, Inc., et al

2:09-cv-08052-KDE-ALC  White, et al v. Pilgrim International, Inc., et al

2:09-cv-08082-KDE-ALC  Beard, et al v. Jayco, Inc., et al

2:09-cv-08083-KDE-ALC  Fagan, et al v. Pilgrim International, Inc., et al

2:09-cv-08084-KDE-ALC  Williams v. Destiny Industries, LLC, et al

| | |
|---|---|
| 2:09-cv-08085-KDE-ALC | Bolton, et al v. River Birch Homes, Inc., et al |
| 2:09-cv-08086-KDE-ALC | Quinn, et al v. Fleetwood Enterprises, Inc., et al |
| 2:09-cv-08105-KDE-ALC | Andrews, et al v. Thor Industries, Inc., et al |
| 2:09-cv-08106-KDE-ALC | James, et al v. Coachman Industries, Inc., et al |
| 2:09-cv-08162-KDE-ALC | Stork, et al v. Monaco Coach Corporation, et al |
| 2:09-cv-08163-KDE-ALC | Lewis, et al v. Dutchmen Manufacturing, Inc., et al |
| 2:09-cv-08165-KDE-ALC | Glenn v. DS Corp., et al |
| 2:09-cv-08166-KDE-ALC | Hendry v. Recreation By Design, LLC, et al |
| 2:09-cv-08167-KDE-ALC | Mason, et al v. Coachman Industries, Inc., et al |
| 2:09-cv-08168-KDE-ALC | Smith, et al v. Sunray RV, LLC, et al |
| 2:09-cv-08169-KDE-ALC | Thoams, et al v. Pilgrim International, Inc., et al |
| 2:09-cv-08178-KDE-ALC | Graham, et al v. Gulf Stream Coach, Inc., et al |
| 2:09-cv-08181-KDE-ALC | Ball, et al v. Dawson, et al |
| 2:09-cv-08183-KDE-ALC | Acey, et al v. DS Corp., et al |
| 2:09-cv-08184-KDE-ALC | Anderson, et al v. Forest River, Inc., et al |
| 2:09-cv-08220-KDE-ALC | Plummer v. patriot Manufacturing, Inc., et al |
| 2:09-cv-08221-KDE-ALC | Chico v. Cavalier Home Builders, LLC, et al |
| 2:09-cv-08222-KDE-ALC | Hobbs, et al v. Jayco, Inc., et al |
| 2:09-cv-08270-KDE-ALC | Deflanders, et al v. Monaco Coach Corporation, et al |
| 2:09-cv-08271-KDE-ALC | Griffith, et al v. River Birch Homes, Inc., et al |
| 2:09-cv-08273-KDE-ALC | Davis, et al v. Pilgrim International, Inc., et al |
| 2:09-cv-08274-KDE-ALC | Judson, et al v. Southern Energy Homes, et al |
| 2:09-cv-08275-KDE-ALC | Freeman, et al v. Starcraft RV, Inc., et al |
| 2:09-cv-08276-KDE-ALC | Roth, et al v. R-Vision, Inc., et al |
| 2:09-cv-08278-KDE-ALC | Gaines, et al v. Homes of Merit, Inc., et al |
| 2:09-cv-08444-KDE-ALC | Demery, et al v. American International Specialty Lines Co., et al |
| 2:09-cv-08462-KDE-ALC | Jones, et al v. Liberty Mutual Insurancer Corporation, et al |
| 2:09-cv-08522-KDE-ALC | Graf, et al v. American Intern. Specialty Lines Insurance et al |
| 2:09-cv-08524-KDE-ALC | Jackson, et al v. American Intern. Specialty Lines Insurance et al |
| 2:10-cv-00571-KDE-ALC | Brown et al v. Keystone RV Company et al |
| 2:10-cv-00572-KDE-ALC | Jackson et al v. Recreation By Design, LLC et al |
| 2:10-cv-00573-KDE-ALC | Lamkin et al v. Frontier RV, Inc. et al |
| 2:10-cv-00574-KDE-ALC | Childs et al v. Heartland Recreational Vehicles, LLC et al |

2:10-cv-00575-KDE-ALC   McElroy et al v. Cavalier Home Builders, LLC et al
2:10-cv-00576-KDE-ALC   Moody et al v. Stewart Park Homes, Inc. et al
2:10-cv-00577-KDE-ALC   Johnson et al v. CMH Manufacturing, Inc. et al
2:10-cv-00578-KDE-ALC   Carroll et al v. Coachmen Industries, Inc. et al
2:10-cv-00579-KDE-ALC   Anderson et al v. Forest River, Inc. et al
2:10-cv-00580-KDE-ALC   Barksdale et al v. Keystone RV Company et al
2:10-cv-00581-KDE-ALC   Bracken et al v. Thor Industries, et al
2:10-cv-00582-KDE-ALC   Roberson v. TL Industries, Inc. et al
2:10-cv-00583-KDE-ALC   Acker et al v. Gulf Stream Coach, Inc. et al
2:10-cv-00584-KDE-ALC   Hendricks et al v. Gulf Stream Coach, Inc. et al
2:10-cv-00917-KDE-ALC   Caporelli et al v. Coachmen Industries, Inc. et al
2:10-cv-00918-KDE-ALC   Dulier et al v. KZRV, LP et al
2:10-cv-00919-KDE-ALC   Epps et al v. Palm Harbor Homes, Inc. et al
2:10-cv-00920-KDE-ALC   Moran et al v. FRH, Inc. et al
2:10-cv-00921-KDE-ALC   Powell et al v. Lucas Investments, LLC et al
2:10-cv-00922-KDE-ALC   Hamilton et al v. KZRV, LP et al
2:10-cv-01038-KDE-ALC   Ursin-Seymour et al v. Gulf Stream Coach, Inc. et al
2:10-cv-01042-KDE-ALC   Breland et al v. Forest River, Inc. et al
2:10-cv-01045-KDE-ALC   Cuevas et al v. Cavalier Homes, Inc. et al
2:10-cv-01049-KDE-ALC   Foxworth et al v. Southern Energy Homes, Inc. et al
2:10-cv-01360-KDE-ALC   Anders et al v. Gulf Stream Coach, Inc. et al
2:10-cv-01366-KDE-ALC   Coles et al v. DS Corp. et al
2:10-cv-01367-KDE-ALC   Chatman et al v. Jayco, Inc. et al
2:10-cv-01368-KDE-ALC   Cowan et al v. Dutchmen Manufacturing, Inc. et al
2:10-cv-01369-KDE-ALC   Bradley et al v. River Birch Homes, Inc. et al
2:10-cv-01370-KDE-ALC   Slade et al v. Sunnybrook RV, Inc. et al
2:10-cv-01371-KDE-ALC   Beeman et al v. Jayco, Inc. et al
2:10-cv-01372-KDE-ALC   DiEugenio et al v. Destiny Industries, LLC et al
2:10-cv-01373-KDE-ALC   Anderson et al v. Northwood Investments Corporation et al
2:10-cv-01374-KDE-ALC   Johnson et al v. Timberlane RV Company et al
2:10-cv-01375-KDE-ALC   Copeland et al v. American Camper Manufacturing, LLC et al
2:10-cv-01376-KDE-ALC   Dillon et al v. Dutchmen Manufacturing, Inc. et al
2:10-cv-01377-KDE-ALC   Fairley et al v. Stewart Park Homes, Inc. et al

00081382-1

2:10-cv-01378-KDE-ALC  Abdelhafiz et al v. Thor Industries, Inc. et al
2:10-cv-01380-KDE-ALC  Breaux et al v. Gulf Stream Coach, Inc. et al
2:10-cv-01381-KDE-ALC  Wesley v. Sunray RV, LLC et al
2:10-cv-01382-KDE-ALC  Robinson et al v. SUNNYBROOK RV, INC. et al
2:10-cv-01383-KDE-ALC  Beverly Frizzell et al v. DS Corp. et al
2:10-cv-01384-KDE-ALC  Jerkins et al v. Recreation By Design LLC et al
2:10-cv-01385-KDE-ALC  Wilborn et al v. River Birch Homes, Inc. et al
2:10-cv-01386-KDE-ALC  Armstrong et al v. Starcraft RV, Inc. et al
2:10-cv-01388-KDE-ALC  Hudson et al v. Sunline Acquisition Company Ltd. et al
2:10-cv-01389-KDE-ALC  Harbin et al v. Scotbilt Homes, Inc. et al
2:10-cv-01402-KDE-ALC  Kendrick v. Forest River, Inc. et al
2:10-cv-01403-KDE-ALC  Brewer v. Coachmen Industries, Inc. et al
2:10-cv-01404-KDE-ALC  Magee v. Thor Industries, Inc. et al
2:10-cv-01409-KDE-ALC  Coleman v. Forest River, Inc. et al
2:10-cv-01685-KDE-ALC  Bultman et al v. Forest River, Inc. et al
2:10-cv-01686-KDE-ALC  Barnes et al v. Keystone RV Company et al
2:10-cv-01687-KDE-ALC  Watson v. Heartland Recreational Vehicles, LLC et al
2:10-cv-02032-KDE-ALC  Acevedo et al v. CH2M Hill Constructors, Inc.
2:10-cv-02033-KDE-ALC  Fulkerson v. CH2M Hill Constructors, Inc. et al
2:10-cv-02587-KDE-ALC  Parker v. American Intern. Specialty Lines Insurance Company et al
2:10-cv-02599 -KDE-ALC  Johnson et al v. Coachmen Industries, Inc. et al
2:10-cv-02600-KDE-ALC  Williams v. Waverlee Homes, Inc. et al
2:10-cv-02601-KDE-ALC  Shambarger v. Skyline Corporation et al
2:10-cv-02603-KDE-ALC  Davison et al v. CH2M Hill Constructors, Inc. et al
2:10-cv-02604-KDE-ALC  Benefield et al v. CH2M Hill Constructors, Inc. et al
2:10-cv-02605-KDE-ALC  Keyes et al v. CH2M Hill Constructors, Inc. et al
2:10-cv-02606-KDE-ALC  Duckworth v. Alliance Homes, Inc. (CTO 28)
2:10-cv-02687-KDE-ALC  Manning v. CH2M Hill Constructors, Inc. et al
2:10-cv-02688-KDE-ALC  Buckhalter et al v. Bechtel National, Inc et al
2:10-cv-02690-KDE-ALC  Robinson et al v. Alliance Homes, Inc. et al (CTO 29)
2:10-cv-02691-KDE-ALC  Bradshaw v. Cavalier Home Builders, LLC et al
2:10-cv-02692-KDE-ALC  Smith v. Frontier RV, Inc. et al
2:10-cv-02693-KDE-ALC  Manning et al v. Lakeside Park Homes, Inc. et al

00081382-1

| | |
|---|---|
| 2:10-cv-02694-KDE-ALC | Alexander et al v. Mitchell County Industries, LLC et al |
| 2:10-cv-02695-KDE-ALC | Booth et al v. CH2M Hill Constructors, Inc. et al |
| 2:10-cv-02696-KDE-ALC | Foxworth et al v. CH2M Hill Constructors, Inc. et al |
| 2:10-cv-02878-KDE-ALC | Antoine et al v. CH2M Hill Constructors, Inc. et al |
| 2:10-cv-03620-KDE-ALC | Jones et al v. Liberty Mutual Insurance Corporation et al |
| 2:10-cv-03629-KDE-ALC | Duplessis et al v. American Intern. Specialty Lines Insur. Co. et al |
| 2:10-cv-04118-KDE-ALC | Carpenter, Brian et al v. Doug Boyd Enterprises, LLC et al |
| 2:10-cv-04119-KDE-ALC | Sommerville, Melissa v. Gulf Stream Coach, Inc. et al |
| 2:10-cv-04120-KDE-ALC | Ammentorp, Kevin et al v. Gulf Stream Coach, Inc. et al |
| 2:10-cv-04125-KDE-ALC | Spiers, Shiela M. v. Motex Enterprises, Inc. et al |
| 2:10-cv-04126-KDE-ALC | Cook, Tina v. Forest River, Inc. et al |
| 2:10-cv-04127-KDE-ALC | Crawford, Mary et al v. Forest River, Inc. et al |
| 2:10-cv-04128-KDE-ALC | Mayes, Catherine et al v. Madison Services, Inc. et al |