**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Dixon v. KZRV, Inc, et al, No. 10-3471

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of plaintiffs' claims in the above-captioned cases against KZRV, Inc. only are hereby dismissed without prejudice.

Signed this __18th__ day of __January__, 2011 in New Orleans, Louisiana.

JUDGE