**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | James Smith II | James et al v. Travelers Prop. Cas.Co. of America TIL | 09-8379 |
| 2. | David Dupre | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 3. | Kelvin Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 4. | Kelvin Thurman obo Destiny Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 5. | Kelvin Thurman obo Jaidyn Thurman | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 6. | Kelvin Young obo Taylor Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 7. | Helen Young | Bilbo et al v. CMH Manufacturing, Inc. et al | 09-8370 |
| 8. | Jaqueline Celestine obo Jarrett Celestine | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 9. | Darrell Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 10. | Matthew Chapman | Butler et al v. Coachmen Industries, Inc. et al | 09-8384 |
| 11. | Gilda Jetson | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 12. | Gilda Jetson | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 13. | Zavion Jones | Albert et al v. Forest River, Inc. et al | 09-8374 |
| 14. | Timothy Guillory | Coleman et al v. Giles Industries, Inc. et al | 10-2341 |
| 15. | Brandi Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 16. | Dylan Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 17. | Matthew Alsdurf | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 18. | Barbara Benoit | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 19. | Aretha Carrington obo Harace Jason | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 20. | Shaerell Carrington | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 21. | Reid Chapman | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 22. | Henry Edwards Jr. | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |

| | | |
|---|---|---|
| 23. Rosa Fuslier | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 24. Monica Hill obo Erin Hill | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 25. Monica Hill obo Jade Hill | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 26. Lois Jackson obo Jalisa Brown | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 27. Lois Jackson obo Nakisha Brown | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 28. Lois Jackson obo Amariya Duhe | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 29. Otis Mearidy | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 30. Beverly Pierfax-Mearidy | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 31. Padua Rougeau | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 32. Shirley Williams | Tilley et al v. Gulf Stream Coach, Inc. et al | 09-8366 |
| 33. Betty Kibodeaux | Adams et al v. Jayco Enterprises, Inc. et al | 09-8407 |
| 34. Debra Gray | Darby et al v. Keystone RV Company et al | 09-8372 |
| 35. Kenisha Kelly obo David Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 36. Kenisha Kelly obo Dy'mond Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 37. Kenisha Kelly obo India Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 38. Kenisha Kelly | Darby et al v. Keystone RV Company et al | 09-8372 |
| 39. Matthew McPherson | Darby et al v. Keystone RV Company et al | 09-8372 |
| 40. Penny Sheff | Weary et al v. Skyline Corporation et al | 09-8399 |
| 41. Ceclia Faurcha | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 42. Marian Williams obo Alex Norman | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 43. Charlette Williams | Williams et al v. Liberty Homes, Inc. et al | 09-8403 |
| 44. Bobby McBride | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-8361 |
| 45. Curley Reed V | Musachhia et al v. Crum & Forster Specialty Insurance Company et al | 09-8361 |

46. Norma Raymond            Hood et al v. Recreation By Design, LLC et al        09-8406

47. Joseph Ross Jr.          Weary et al v. Skyline Corporation et al            09-8399

48. James Smith II           Sylvester et al v. Alliance Homes, Inc. et al       09-8390

49. Darrell Chapman          Tilley et al v. Gulf Stream Coach, Inc. et al       09-8366

50. Gilda Jetson             Alex et al v. Cavalier Home Builders, LLC et al     09-8359

51. Gilda Jetson             Alex et al v. Cavalier Home Builders, LLC et al     09-8359

52. Barbara Benoit           Hardin et al v. Thor California Inc et al           09-8385

53. Monica Hill obo Erin Hill     Alex et al v. Cavalier Home Builders, LLC et al    09-8359

54. Monica Hill obo Jade Hill     Alex et al v. Cavalier Home Builders, LLC et al    09-8359

55. Bobby McBride            Stubbs et al v. Stewart Park Homes, Inc. et al      09-8389

56. Barbara Benoit           Bouie et al v. Dutchmen, et al                      09-8366