**COURT RECORD LOAN FORM** (Please Print)     U.S. District Court

CSW/ 10-30945 & 10-30921

No. MD-07-1873  Short Title: FEMA Trailer     Date: 1/10/2011

To: Gerald Meunier
Name

Address: 1100 Poydras St. Ste 2800

504-522-2304

City: N.O.   State: LA   Zip: 70163

Documents Enclosed:
- Record Vols: 11 (eleven) vols.
- ☐ Exhibits ☐ Env. _____
- ☐ Box: _____
- ☐ Supp. Record Vols. _____
- ☐ Second Supp. Record Vols. _____
- ☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return    SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit Clerk along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 1 2 2011
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

Clerk's Receipt   To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.

No. ____ Short Title ____

District: ____

Attorney Forwarding Receipt   If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. ____ Short Title ____

To: Clerk, U.S. District Court

District: ____

Attorney Receipt   The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

No. ____ Short Title ____

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

To: Clerk, U.S. District Court

District: ____