# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 12, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

> U.S. DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA
> FILED  JAN 1 3 2011
> LORETTA G. WHYTE
> CLERK

No. 09-31038,  In Re: FEMA Trailer  
    USDC No. 2:07-MD-1873  
    USDC No. 2:09-CV-2892  N

The electronic copy of the record has been recycled.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: Dawn D. Victoriano  
        Dawn D. Victoriano, Deputy Clerk  
        504-310-7717

REC3



___ Fee ___  
_X_ Process ___  
___ Dktd ___  
___ CtRmDep ___  
___ Doc. No ___