UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 <br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: <br> *Duckworth, et al .v. Alliance Homes, Inc., et al.* <br> Civil Action No. 10-02606 | * * * | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the First Amended Complaint for Damages, Cameron, et al. v. Gulf Stream Coach, Inc., et al.

THIS DONE the ____ day of _____, 2011 in New Orleans, Louisiana.

HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE