UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION    SECTION "N-5"

                                 JUDGE ENGELHARDT

                                 MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
   *Carroll, et al. v. Coachmen Industries, Inc., et al.*
   *Civil Action No. 10-00578*
*******************************************************************

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

NOW INTO COURT, Plaintiffs hereby move this Court for leave to file the attached

FIRST AMENDED COMPLAINT pursuant to Federal Rule of Civil Procedure, Rule 15. For the

reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that this

Court grant them leave to file the First Amended Complaint because it will clarify the dispute

between the parties and will not cause any prejudice.

The Motion shall be based upon this Notice, the attached Memorandum and a copy of the

proposed Amended Complaint, which is attached hereto.

WHEREFORE, plaintiffs pray that this Court grant leave to file a FIRST AMENDED

COMPLAINT.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)