## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT RELATED TO:
*Dillon, et al. v. Dutchmen Manufacturing, Inc., et al.*
*Civil Action No. 10-01376*
*************************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the First Amended

Complaint for Damages.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.


_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE