UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Carroll, et al. v. Coachmen Industries, Inc., et al.* *Civil Action No. 10-00578* | * | |

*****************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the First Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE