UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Hamilton, et al. v. KZRV, LP, et al.* | * | |
| *Civil Action No. 10-00922* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the First Amended Complaint for Damages, Causey, et al. v. KZRV,LP, et al.

THIS DONE the ____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE