UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER * MDL NO. 1873
    FORMALDEHYDE PRODUCTS *
    LIABILITY LITIGATION *
                                             * SECTION "N" (5)

THIS DOCUMENT IS RELATED TO * JUDGE: ENGELHARDT

    *ALL CASES* *
                                               * MAGISTRATE: CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Considering the Motion to Amend Exhibits A, B and F attached to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803);

    **IT IS ORDERED** that the attached Exhibits A, B and F to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803) be entered into the record replacing Exhibits A, B and F currently attached to Rec. Doc. 19803.

                                                          KURT D. ENGELHARDT
                                                 UNITED STATES DISTRICT JUDGE