UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1873 JUDGE ENGELHARDT MAGISTRATE CHASEZ |

THIS DOCUMENT RELATED TO:
*Duckworth, et al .v. Alliance Homes, Inc., et al.*
*Civil Action No. 10-02606*
*************************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the First Amended Complaint for Damages, Duckworth, et al. v. Cavalier Home Builders, Inc.

THIS DONE the ____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE