**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Cummins v. KZRV, Inc, et al, No. 10-3466

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

NOW INTO COURT, through undersigned counsel, comes plaintiff JULUIS CUMMINS ONLY who respectfully moves this Court to dismiss all of his claims against all parties without prejudice.

WHEREFORE, plaintiff JULUIS CUMMINS ONLY pray that all of her claims in the above-captioned case only be dismissed without prejudice.

    **Respectfully submitted,**

    **LAW OFFICES OF SIDNEY D. TORRES, III**
    **A PROFESSIONAL LAW CORPORATION**


  BY: /s/ David C. Jarrell
     SIDNEY D. TORRES, III (Bar No. 12869)
     ROBERTA L. BURNS (Bar No. 14945)
     **DAVID C. JARRELL** (Bar No. 30907)
     Torres Park Plaza, Suite 303
     8301 West Judge Perez Dr.
     Chalmette, Louisiana 70043
     Tel:  (504) 271-8421
     Fax: (504) 271-1961
     E-mail: dcj@torres-law.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                 SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Cummins v. KZRV, Inc, et al, No. 10-3466

## LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:   /s/David C. Jarrell
                SIDNEY D. TORRES, III, La. Bar No. 12869
                ROBERTA L. BURNS, La. Bar No. 14945
                DAVID C. JARRELL, La. Bar No. 30907
                8301 W. Judge Perez Drive
                Suite 303
                Chalmette, Louisiana 70043
                Telephone: (504) 271-8421
                **Counsel for plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of January, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL