**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
   Cummins v. KZRV, Inc, et al, No. 10-3466

---

*ORDER*

---

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of JULUIS CUMMINS ONLY in the

above-captioned cases against all parties are hereby dismissed without prejudice.


Signed this _____ day of _____, 2011 in New Orleans, Louisiana.


                                            _____
                                            JUDGE