**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: FEMA TRAILER**            **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**           **SECTION "N" (5)**

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
    Ruiz v. KZRV, Inc, et al, No. 10-3467

*ORDER*

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of the plaintiffs in the above-captioned case ONLY in the above-captioned cases against all parties are hereby dismissed without prejudice.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

                                      _____
                                      JUDGE