**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**IN RE: FEMA TRAILER**                    **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**                   **SECTION "N" (5)**

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Nuschler v. KZRV, Inc, et al, No. 10-3462

---

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

---

NOW INTO COURT, through undersigned counsel, comes plaintiffs in the above-captioned case ONLY who respectfully moves this Court to dismiss all of his claims against all parties without prejudice.

WHEREFORE, plaintiffs in the above captioned case ONLY pray that all of her claims in the above-captioned case only be dismissed without prejudice.

**Respectfully submitted,**

**LAW OFFICES OF SIDNEY D. TORRES, III**
**A PROFESSIONAL LAW CORPORATION**


BY:   /s/ David C. Jarrell
      SIDNEY D. TORRES, III (Bar No. 12869)
      ROBERTA L. BURNS (Bar No. 14945)
      **DAVID C. JARRELL** (Bar No. 30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Dr.
      Chalmette, Louisiana 70043
      Tel:  (504) 271-8421
      Fax: (504) 271-1961
      E-mail: dcj@torres-law.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**IN RE: FEMA TRAILER**                           **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**                          **SECTION "N" (5)**


**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Nuschler v. KZRV, Inc, et al, No. 10-3462

---

LOCAL RULE 7.6 E CERTIFICATE

---

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify

that plaintiffs have obtained the consent of all of the defendants to the above-captioned

case.

                    Respectfully submitted,

                    LAW OFFICES OF SIDNEY D. TORRES, III,
                    *A PROFESSIONAL LAW CORPORATION*

                    BY:    /s/David C. Jarrell
                           SIDNEY D. TORRES, III, La. Bar No. 12869
                           ROBERTA L. BURNS, La. Bar No. 14945
                           DAVID C. JARRELL, La. Bar No. 30907
                           8301 W. Judge Perez Drive
                           Suite 303
                           Chalmette, Louisiana 70043
                           Telephone: (504) 271-8421
                           ***Counsel for plaintiffs***

CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of January, 2011, electronically filed the

foregoing with the Clerk of Court for the Eastern District of the United States by using

the CM/ECF system which will send a notice of electronic filing to all counsel of record.


/s/ David C. Jarrell
DAVID C. JARRELL