# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Ahl v. KZRV, Inc, et al, No. 10-3465

---

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

---

NOW INTO COURT, through undersigned counsel, comes plaintiffs THOMAS AHL, TAMMY CUMMINS, RHONDA ESTAVE, o/b/o DANIEL ESTAVE, DONALD ESTAVE, RHONDA ESTAVE o/b/o ERICA ESTAVE, RHONAD ESTAVE o/b/o KELLY ESTAVE, RHONDA ESTAVE, BOBBIE JEAN GERVAIS, YVONNE R. HARTMAN, GEORGE A. MILLER, WILFRED NUNEZ o/b/o ARIELLE M. NUNEZ, WILFRED NUNEZ o/b/o CHANEL NUNEZ, WILFRED NUNEZ, and MISTY GERVAIS o/b/o TROY SINO ONLY who respectfully moves this Court to dismiss all of his claims against all parties without prejudice.

WHEREFORE, plaintiffs in the above captioned case ONLY pray that all of her claims in the above-captioned case only be dismissed without prejudice.

**Respectfully submitted,**

**LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION**


BY: /s/ David C. Jarrell
      SIDNEY D. TORRES, III (Bar No. 12869)
      ROBERTA L. BURNS (Bar No. 14945)
      **DAVID C. JARRELL** (Bar No. 30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Dr.
      Chalmette, Louisiana 70043
      Tel: (504) 271-8421
      Fax: (504) 271-1961
      E-mail: dcj@torres-law.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
   Ahl v. KZRV, Inc, et al, No. 10-3465

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:    /s/David C. Jarrell
                  SIDNEY D. TORRES, III, La. Bar No. 12869
                  ROBERTA L. BURNS, La. Bar No. 14945
                  DAVID C. JARRELL, La. Bar No. 30907
                  8301 W. Judge Perez Drive
                  Suite 303
                  Chalmette, Louisiana 70043
                  Telephone: (504) 271-8421
                  **Counsel for plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of January, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL