**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Ahl v. KZRV, Inc, et al, No. 10-3465

---

*ORDER*

---

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of the claims of plaintiffs THOMAS AHL, TAMMY

CUMMINS, RHONDA ESTAVE, o/b/o DANIEL ESTAVE, DONALD ESTAVE,

RHONDA ESTAVE o/b/o ERICA ESTAVE, RHONAD ESTAVE o/b/o KELLY

ESTAVE, RHONDA ESTAVE, BOBBIE JEAN GERVAIS, YVONNE R. HARTMAN,

GEORGE A. MILLER, WILFRED NUNEZ o/b/o ARIELLE M. NUNEZ, WILFRED

NUNEZ o/b/o CHANEL NUNEZ, WILFRED NUNEZ, and MISTY GERVAIS o/b/o

TROY SINO ONLY in the above-captioned cases against all parties are hereby dismissed

without prejudice.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

                              _____
                              JUDGE