**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                      MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                     SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
    Aguilera v. KZRV, Inc, et al, No. 10-3464

*UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

NOW INTO COURT, through undersigned counsel, comes plaintiffs SHERRY MAGRUDER ONLY who respectfully moves this Court to dismiss all of his claims against all parties without prejudice.

WHEREFORE, plaintiffs SHERRY MAGRUDER case ONLY pray that all of her claims in the above-captioned case only be dismissed without prejudice.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III**
**A PROFESSIONAL LAW CORPORATION**


BY:   /s/ David C. Jarrell
      SIDNEY D. TORRES, III (Bar No. 12869)
      ROBERTA L. BURNS (Bar No. 14945)
      **DAVID C. JARRELL** (Bar No. 30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Dr.
      Chalmette, Louisiana 70043
      Tel:  (504) 271-8421
      Fax: (504) 271-1961
      E-mail: dcj@torres-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION            SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
    Aguilera v. KZRV, Inc, et al, No. 10-3464

LOCAL RULE 7.6 E CERTIFICATE

NOW INTO COURT, through undersigned counsel, comes plaintiffs who hereby certify that plaintiffs have obtained the consent of all of the defendants to the above-captioned case.

         Respectfully submitted,

         LAW OFFICES OF SIDNEY D. TORRES, III,
         *A PROFESSIONAL LAW CORPORATION*

         BY:    /s/David C. Jarrell
                 SIDNEY D. TORRES, III, La. Bar No. 12869
                 ROBERTA L. BURNS, La. Bar No. 14945
                 DAVID C. JARRELL, La. Bar No. 30907
                 8301 W. Judge Perez Drive
                 Suite 303
                 Chalmette, Louisiana 70043
                 Telephone: (504) 271-8421
                 ***Counsel for plaintiffs***

CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of January, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL