**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
　Aguilera v. KZRV, Inc, et al, No. 10-3464

*ORDER*

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of plaintiff  SHERRY MAGRUDER

ONLY against all parties are hereby dismissed without prejudice.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE