UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## JOINT UNOPPOSED MOTION TO
## EXTEND AND RESET DEADLINE FOR FILING THE JOINT MOTION FOR
## PRELIMINARY APPROVAL OF CLASS SETTLEMENT

MAY IT PLEASE THE COURT:

The Non-Litigation Track Defendants and Plaintiffs' Steering Committee are very close to finalizing their settlement agreement and all documents necessary to support the Motion for Preliminary Approval of Class Settlement. However, notwithstanding the cooperative, substantial and good faith efforts of the parties, the parties need a few additional days beyond the current January 18, 2011, deadline established by Order of this Court under Doc. No. 19699 to complete the agreements and pleadings necessary to effectuate their pending settlement, and necessary to support and be incorporated into the Motion for Preliminary Approval of Class Settlement.

Based on the foregoing, the parties to this motion submit that their inability to finalize the settlement documents and pleadings necessary to file their Joint Motion for Preliminary Approval of Class Settlement before the presently pending January 18, 2011, deadline notwithstanding their substantial efforts to comply with the deadline, the limited duration of time needed to finalize the settlement documents and pleadings, and

their continued desire to proceed with the settlement of thousands of claims against numerous defendants in this multi-district litigation, present good cause for this Court to extend and reset the January 18, 2011, deadline for filing the Joint Motion for Preliminary Approval of Class Settlement. In addition, the requested extension to file the motion will not require resetting the February 9, 2011.

The parties respectfully submit and propose that the deadline for filing the motion be set for January 21, 2011.

Respectfully submitted,

Voorhies & Labbé
A Professional Law Corporation

BY:  /s/ Lamont Domingue
Lamont P. Domingue - #20787
700 St. John Street – 5th Floor
Post Office Box 3529
Lafayette, LA 70502-3527
337-232-9700 Telephone
337-235-4943 Facsimile
lpd@volalaw.com

ATTORNEYS FOR Cavalier Home Builders, LLC, et al.
**For the Non-Litigation Track Defendants**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
PLAINTIFFS' CO-LIAISON COUNSEL
2800 EnergyCentre,1100Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
**For the Plaintiffs' Steering Committee**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

/s/ Lamont Domingue
Lamont P. Domingue - #20787