**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
     Ruiz v. KZRV, Inc, et al, No. 10-3467

*ORDER*

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of the claims of the plaintiffs in the above-captioned case ONLY in the above-captioned cases against all parties are hereby dismissed without prejudice.

Signed this __19th__ day of __January__, 2011 in New Orleans, Louisiana.

JUDGE