**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: FEMA TRAILER**                          **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**                          **SECTION "N" (5)**

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
   Aguilera v. KZRV, Inc, et al, No. 10-3464

---

*ORDER*

---

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of plaintiff  SHERRY MAGRUDER

ONLY against all parties are hereby dismissed without prejudice.


Signed this _____19th_____ day of ____January____, 2011 in New Orleans, Louisiana.

                                                    JUDGE