**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                   SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
    Ahl v. KZRV, Inc, et al, No. 10-3465

*ORDER*

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of plaintiffs THOMAS AHL, TAMMY

CUMMINS, RHONDA ESTAVE, o/b/o DANIEL ESTAVE, DONALD ESTAVE,

RHONDA ESTAVE o/b/o ERICA ESTAVE, RHONAD ESTAVE o/b/o KELLY

ESTAVE, RHONDA ESTAVE, BOBBIE JEAN GERVAIS, YVONNE R. HARTMAN,

GEORGE A. MILLER, WILFRED NUNEZ o/b/o ARIELLE M. NUNEZ, WILFRED

NUNEZ o/b/o CHANEL NUNEZ, WILFRED NUNEZ, and MISTY GERVAIS o/b/o

TROY SINO ONLY in the above-captioned cases against all parties are hereby dismissed

without prejudice.

Signed this ___19th___ day of ___January___, 2011 in New Orleans, Louisiana.

JUDGE