**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: FEMA TRAILER                     MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                    SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
    Cummins v. KZRV, Inc, et al, No. 10-3466

---

*ORDER*

---

Considering the foregoing Motion:

IT IS HEREBY ORDERED that all of the claims of JULUIS CUMMINS ONLY in the

above-captioned cases against all parties are hereby dismissed without prejudice.


Signed this ___19th___ day of ___January___, 2011 in New Orleans, Louisiana.


                                    JUDGE