IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                            MDL NO. 1873
       FORMALDEHYDE
       PRODUCTS LIBILITY LITIGATION

                                 JUDGE ENGLEHARDT
                                 MAGISTRATE CHASEZ

**This Document Relates to:**
*Bradford, et al, v. Alliance Homes, Inc., et al.*; 10-02884;
*Cooper, Crystal, et al v. Bechtel National, Inc., et al;* 10-04121;
*Goff, Alice, et al v. CH2M Hill Constructors, et al*; 10-04122;
*Rodwell, Lovella, et al v. Bechtel National, Inc., et al*; 10-04123;
*Rogers, Bessie, et al v. Bechtel National, Inc., et al*; 10-04124.

---

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who for the reasons set forth in this memorandum, respectfully represent that it is both necessary and appropriate for the Court to deny the Defendant's Joint Motion to Dismiss Plaintiffs for Failure to Comply with Order and Reasons concerning Deadlines for Matching and Filing (Rec. Doc. No. 18684).  These Plaintiff Claimants referenced in the Joint Motion to Dismiss Plaintiffs for Failure to Comply with Order and Reasons concerning Deadlines for Matching and Filing, filed by the manufacturing defendants would show as follows:

    **I.**    **RESPONSE REGARDING 10-02884, 10-04121, 10-04122, 10-04123 and 10-04124.**

Regarding 10-02884, 10-04121, 10-04122, 10-04123 and 10-04124, these original complaints were filed timely and the unmatched plaintiffs remain.  Due to a lack of cooperation

by FEMA, and other governmental agencies and/or employees, the manufacturing and/or installing defendants, the Plaintiffs have been unable to obtain and/or identify the matching manufacturer and/or installer. Plaintiffs have made every good faith effort to obtain matching information through FEMA, other governmental agencies and/or employees, and the defendants, and have encountered resistance and non-compliance from the defendants. Plaintiffs should not be prejudiced by the reluctance of the defense to disclose the proper party for suit.

However, should the Court determine that the information is still available, Plaintiffs would pray for an additional sixty (60) days to propound additional discovery on the defendants and the Government.

It is therefore respectfully requested that the Defendants' Motion to Dismiss the above referenced cases for failure to comply with the Court's Orders be denied, and Claimants be given the opportunity to correct any deficiencies the Court finds. Since the Defendants had notice of the manufacturer and installed that each Plaintiff sued, the deficiencies are not substantive and it is respectfully submitted that they do not constitute grounds for dismissal. Plaintiffs hereby respectfully submit that the Motion to Dismiss should be denied and that Plaintiffs be allowed to correct any deficiency as the deficiencies are not substantive. Claimants also request any such other relief as the Court deems appropriate.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:    504.581.7050
Facsimile:     866.441.6281
jack@jharang.com

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on January 19, 2011 served a true and correct copy of the foregoing, **Plaintiff's Memorandum in Opposition to Defendant's Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing** to counsel of record via CM/ECF to all counsel of record.

                                      s/Jack W. Harang
                                      JACK W. HARANG