UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court are the following joint Motions to Dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684), the Contractor Defendants (Rec. Doc. No. 19080) and Morgan Building and Spa's Inc. (Rec. Doc. No. 18707).  Based on the oppositions received (Rec. Docs. 18712, 19083, 19085, 19129, 19130, 19139, 19155, 19167, 19181, 19183, 19189, 19193, 19194, 19195, 19196, 19199, 19214, 19572, and 19768 and the replies thereto (Rec. Docs. 19048, 19767, 19803, 19809, and 19844),

**IT IS ORDERED** that the **Motions to Dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684) and the Contractor Defendants (Rec. Doc. No. 19080)** are **PARTLY GRANTED AS UNOPPOSED, PARTLY DENIED AS WITHDRAWN**, and **PARTLY REFERRED** to the hearing on January 21, 2011.  Specifically, the motions are **GRANTED AS UNOPPOSED** as to the following cases, which are hereby **DISMISSED with prejudice, at**

1

**Plaintiffs' costs**:

07-cv-07389-- Hunt Curley v. United State of America et al

07-cv-07783-- Duplessis v. Fleetwood Enterprises, Inc. et al

07-cv-09073-- Kilbert v. Fleetwood Enterprises, Inc. et al

07-cv-09184-- Lucien v. Gulf Stream Coach, Inc. et al

08-cv-01672-- Joseph v. United States of America et al

08-cv-01969-- White et al v. Circle B Enterprises, Inc. et al

08-cv-01970-- Meshack v. Circle B Enterprises, Inc. et al

08-cv-03217-- Pujol et al v. United States of America et al

08-cv-03602-- Johnson et al v. United States of America et al

08-cv-05031-- Bauer et al v. Liberty Homes Inc. et al

09-cv-02911-- Green et al v. Fleetwood Enterprises Inc. et al

09-cv-03995-- Joseph et al v. Champion Home Builders Co. et al

09-cv-04073-- Pineiro et al v. Alliance Home, Inc. et al

09-cv-04074-- King et al v. Alliance Homes, Inc. et al

09-cv-04075-- Lopez et al v. Alliance Homes, Inc. et al

09-cv-04076-- Richard et al v. Alliance Homes, Inc. et al

09-cv-04077-- Abron et al v. Alliance Homes, Inc. et al

09-cv-04078-- Ogletree et al v. Alliance Home, Inc. et al

09-cv-04079-- Robbin et al v. Alliance Home, Inc. et al

09-cv-04080-- Rucker et al v. Alliance Homes, Inc. et al

09-cv-04081-- Hunt et al v. Alliance Homes, Inc. et al

09-cv-04082-- Christophe et al v. Alliaince Homes, Inc. et al

09-cv-04083-- Robinson et al v. Alliance Homes, Inc. et al

09-cv-04084-- Cager et al v. Alliance Homes, Inc. et al

09-cv-04085-- Dupre et al v. Alliance Homes, Inc. et al

09-cv-04086-- Benoit et al v. Alliance Homes, Inc. et al

09-cv-04087-- Chaney et al v. Alliance Homes, Inc. et al

09-cv-04088-- Carter et al v. Alliance Homes, Inc. et al

09-cv-04089-- Baptiste et al v. Alliance Homes, Inc. et al

09-cv-04090-- Craft et al v. Alliance Homes, Inc. et al

09-cv-04091-- Brown et al v. Alliance Homes, Inc. et al

09-cv-04092-- Stewart et al v. Alliance Homes, Inc. et al

09-cv-04093-- Davis et al v. Alliance Homes, Inc. et al

09-cv-04094-- Pierce et al v. Alliance Homes, Inc. et al

09-cv-04095-- Edgar et al v. Alliance Homes, Inc. et al

09-cv-04096-- Willis-Johnson et al v. Alliance Homes, Inc. et al

09-cv-04097-- James et al v. Alliance Homes, Inc. et al

09-cv-04098-- Heintz et al v. Alliance Homes, Inc. et al

09-cv-04099-- Baptiste et al v. Alliance Homes, Inc. et al

09-cv-04130-- Nevills et al v. Alliance Homes, Inc. et al

09-cv-04131-- Jacobs et al v. Gulf Stream Coach, Inc. et al

09-cv-04134-- Stubbs et al v. Stewart Park Homes, Inc. et al

09-cv-04149-- Robinson et al v. ABC Manufacturer, Inc. et al

09-cv-04226-- Caldwell et al v. Fleetwood Enterprises, Inc. et al

09-cv-04431-- Cowan v. Gulf Stream Coach, Inc. et al

09-cv-04523-- Alexander et al v. Fleetwood Enterprises, Inc. et al

09-cv-04528-- Amos et al v. Fleetwood Enterprises, Inc. et al

09-cv-04529-- Clark et al v. Coachmen Industries, Inc. et al

09-cv-04537-- Acklin et al v. Gulf Stream Coach, Inc. et al

09-cv-04546-- Batiste et al v. Monaco Coach Corporation et al

09-cv-04547-- Ratliff v. Coachmen Industries, Inc. et al

09-cv-04562-- Baker v. Coachmen Industries, Inc. et al

09-cv-04581-- Moses v. Keystone Industries, Inc. et al

09-cv-04652-- Davis et al v. Forest River, Inc. et al

09-cv-04676-- Brown et al v. Gulf Stream Coach, Inc. et al

09-cv-04677-- Hardy et al v. Gulf Stream Coach, Inc, et al

09-cv-04678-- Bethley et al v. Gulf Stream Coach, Inc, et al

09-cv-04679-- Davis et al v. Gulf Stream Coach, Inc, et al

09-cv-04680-- Johnson et al v. Gulf Stream Coach, Inc, et al

09-cv-04681-- Ragins et al v. Gulf Stream Coach, Inc, et al

09-cv-04682-- Cuevas et al v. Gulf Stream Coach, Inc, et al

09-cv-04683-- Leonard et al v. Gulf Stream Coach, Inc, et al

09-cv-04684-- Body et al v. Gulf Stream Coach, Inc, et al

09-cv-04685-- Wells et al v. Gulf Stream Coach, Inc, et al

09-cv-04686-- Ware et al v. Gulf Stream Coach, Inc, et al

09-cv-04687-- Lee et al v. Gulf Stream Coach, Inc, et al

09-cv-04688-- Jones et al v. Gulf Stream Coach, Inc, et al

09-cv-04689-- Chatman et al v. Gulf Stream Coach, Inc, et al

09-cv-04690-- Burks et al v. Gulf Stream Coach, Inc, et al

09-cv-04691-- Johnson et al v. Gulf Stream Coach, Inc, et al

09-cv-04692-- Robinson et al v. Gulf Stream Coach, Inc, et al

09-cv-04693-- Reffells et al v. Gulf Stream Coach, Inc, et al

09-cv-04694-- Loper et al v. Gulf Stream Coach, Inc, et al

09-cv-04695-- Lewis et al v. Gulf Stream Coach, Inc, et al

09-cv-04696-- Taylor et al v. Gulf Stream Coach, Inc, et al

09-cv-04697-- Johnson et al v. Gulf Stream Coach, Inc, et al

09-cv-04698-- Mitchell et al v. Gulf Stream Coach, Inc, et al

09-cv-04699-- Raymond et al v. Gulf Stream Coach, Inc, et al

09-cv-04700-- Watson et al v. Gulf Stream Coach, Inc, et al

09-cv-04701-- Spillers et al v. Gulf Stream Coach, Inc, et al

09-cv-04702-- Pearson et al v. Gulf Stream Coach, Inc, et al

09-cv-04703-- Brown et al v. Gulf Stream Coach, Inc, et al

09-cv-04704-- Mistretta et al v. Gulf Stream Coach, Inc, et al

09-cv-04705-- Quiett et al v. Gulf Stream Coach, Inc, et al

09-cv-04706-- Williams et al v. Gulf Stream Coach, Inc, et al

09-cv-04707-- Bailey et al v. Gulf Stream Coach, Inc, et al

09-cv-04711-- Buie et al v. Fleetwood Enterprises, Inc. et al

09-cv-04712-- Jefferson et al v. Fleetwood Enterprises, Inc. et al

09-cv-04779-- Bigner et al v. American Camper Manufacturing, LLC et al

09-cv-04840-- Cacioppo et al v. Alliance Homes, Inc. et al

09-cv-04841-- Adams et al v. Alliance Homes, Inc. et al

09-cv-04842-- Gabourel et al v. Alliance Homes, Inc. et al

09-cv-04843-- Mackles et al v. Alliance Homes, Inc. et al

09-cv-04844-- Umbehagen et al v. Alliance Homes, Inc. et al

09-cv-04845-- Rabalais et al v. Alliance Homes, Inc. et al

09-cv-04868-- Alexander et al v. Allen Camper Manufacturing Company,Inc. et al

09-cv-04930-- Jones et al v. Alliance Homes, Inc. et al

09-cv-05234-- Sharett et al v. Alliance Homes, Inc. et al

09-cv-05270-- Arana et al v. Explorer Atwood et al

09-cv-05273-- Alexander et al v. Fleetwood Enterprises, Inc. et al

09-cv-05282-- Aklin et al v. Alliance Homes, Inc. et al

09-cv-05283-- Berry et al v. American Camper Manufacturing LLC, et al

09-cv-05284-- Celestine et al v. American Camper Manufacturing, LLC et al

09-cv-05285-- Williams et al v. American Camper Manufacturing, LLC et al

09-cv-05315-- Philip et al v. Alliance Homes, Inc. et al

09-cv-05342-- Cook et al v. Alliance Homes, Inc. et al

09-cv-05344-- Harris et al v. Alliance Homes, Inc. et al

09-cv-05345-- Allen et al v. Alliance Homes, Inc. et al

09-cv-05426-- Jordan v. Thor Industries Inc et al

09-cv-05534-- Johnson et al v. Alliance Homes, Inc. et al

09-cv-05535-- Etienne et al v. Alliance Homes, Inc. et al

09-cv-05553-- Chasley et al v. Dutchmen Manufacturing, Inc. et al

09-cv-05570-- Collins et al v. CH2M Hill Constructors Inc. et al

09-cv-05572-- Franklin et al v. Scotbilt Homes, Inc. et al

09-cv-05612-- Morales et al v. Alliance Homes, Inc. et al

09-cv-05613-- Morales et al v. Alliance Homes, Inc. et al

09-cv-05762-- Dees et al v. Crum & Forster Specialty Insurance Company et al

09-cv-05773-- Andrews et al v. Gulf Stream Coach, Inc.

09-cv-05977-- Cargo v. Coachmen Industries, Inc. et al

09-cv-05979-- Decourcy et al v. Patriot Homes of Texas, LP et al

09-cv-05980-- Blanchard et al v. Pilgrim International, Inc. et al

09-cv-05981-- Decourcy v. R-Vision, Inc. et al

09-cv-05994-- Annis v. Alliance Homes, Inc.

09-cv-05997-- Adderson v. American Camper Manufacturing, LLC

09-cv-06005-- Buford v. Alliance Homes, Inc.

09-cv-06009-- Etienne et al v. American International Group et al

09-cv-06017-- Blappert et al v. Skyline Corporation et al

09-cv-06018-- Ricouard et al v. Fleetwood Canada, Ltd. et al

09-cv-06106-- Foxworth et al v. Alliance Homes Inc. et al

09-cv-06144-- Jackler et al v. Pilgrim International, Inc. et al

09-cv-06148-- Decourcy et al v. Fleetwood Canada. Ltd. Et al

09-cv-06152-- Gould et al v. Liberty Homes Inc. et al

09-cv-06173-- Anderson v. Forest River, Inc. et al

09-cv-06196-- Alexander et al v. Alliance Homes, Inc. et al

09-cv-06198-- Hernandez et al v. Alliance Homes, Inc. et al

09-cv-06202-- Benjamin et al v. Alliance Homes, Inc. et al

09-cv-06211-- Blappert et al v. Layton Homes Corp. et al

09-cv-06212-- Simmons v. Recreation By Design, LLC et al

09-cv-06213-- Crump et al v. Gulf Stream Coach Inc. et al

09-cv-06214-- Green et al v. Gulf Stream Coach Inc et al

09-cv-06211-- Ory v. Gulf Stream Coach, Inc. et al

09-cv-06251-- Malone et al v. American International Group, Inc. et al

09-cv-06291-- Tobias v. Alliance Homes, Inc. et al

09-cv-06292-- Tobias v. American International Group et al

09-cv-06394-- Bell et al v. Cavalier Home Builders, LLC et al

09-cv-06402-- Adams et al v. Alliance Homes, Inc. et al

09-cv-06412-- Bostic et al v. Alliance Homes, Inc. et al

09-cv-06413-- Hammond et al v. Gulf Stream Coach Inc. et al

09-cv-06414-- Ginn et al v. Gulf Stream Coach Inc. et al

09-cv-06415-- Cedeno et al v. Gulf Stream Coach Inc. et al

09-cv-06416-- Adams et al v. Gulf Stream Coach Inc. et al

09-cv-06419-- Pelas et al v. Alliance Homes, Inc. et al

09-cv-06420-- Brown et al v. Gulf Stream Coach Inc et al

09-cv-06494-- Menard et al v. Alliance Homes, Inc. et al

09-cv-06495-- Rodriguez et al v. Alliance Homes, Inc. et al

09-cv-06497-- Fincher et al v. Alliance Homes, Inc. et al

09-cv-06498-- Gras et al v. Alliance Homes, Inc. et al

09-cv-06501-- Buras et al v. Alliance Homes, Inc. et al

09-cv-06632-- Fincher v. Alliance Homes, Inc. et al

09-cv-06636-- Durham v. Alliance Homes, Inc. et al

09-cv-06643-- Boteler v. Alliance Homes, Inc. et al

09-cv-06683-- Briggs, et al v. Gulf Stream Coach, Inc., et al.

09-cv-06699-- Bonnvillian v. American Camper Manufacturing, LLC

09-cv-06714-- Surtain v. Recreation By Design, LLC et al

09-cv-06871-- Tircuit et al v. Vanguard Industries of Michigan, Inc. eta l

09-cv-06872-- Baptiste v. American Camper Manufacturer LLC

09-cv-06881-- Joseph v. Alliance Homes, Inc

09-cv-06882-- Griffin v. Alliance Homes, Inc

09-cv-06887-- Merwin et al v. Pilgrim International, Inc. et al

09-cv-06890-- Kline et al v. Starcraft RV, Inc. et al

09-cv-06891-- Hood et al v. Sunline Acquisition Company Ltd. Et al

09-cv-06892-- Wright et al v. Thor California, Inc. et al

09-cv-06898-- Legendre et al v. Monaco Coach Corporation eta l

09-cv-06899-- Andrews et al v. Cavalier Homes Builders, LLC et al

09-cv-06901-- Antoine et al v. Layton Homes Corp. et al

09-cv-06902-- Borrouse et al v. Coachmen Industries, Inc. et al

09-cv-06905-- Graves et al v. Clearspring Conversions Inc. et al

09-cv-06907-- Legendre et al v. Morgan Buildings and Spas, Inc. et al

09-cv-06908-- Neumann et al v. Champion Home Builders Co. et al

09-cv-06909-- Stewart v. Gulf Stream Coach, Inc. et al

09-cv-06915-- Broussard et al v. American Camper Manufacturing, LLC et al

09-cv-06967-- Acey v. Gulf Stream Coach, Inc.

09-cv-06968-- Acey v. Gulf Stream Coach, Inc.

09-cv-06969-- Graham v. Gulf Stream Coach, Inc.

09-cv-06970-- Ayers v. Gulf Stream Coach, Inc.

09-cv-06971-- Lett v. Gulf Stream Coach, Inc.

09-cv-06972-- Stanley v. Gulf Stream Coach, Inc.

09-cv-06973-- Cunningham v. Gulf Stream Coach, Inc.

09-cv-06974-- Rogers v. Gulf Stream Coach, Inc.

09-cv-06975-- Bridges v. Gulf Stream Coach, Inc.

09-cv-07162-- Baker, et al v. Morgan Buildings & Spas, Inc., et al

09-cv-07163-- Danastasio v. Alliance Homes, Inc.

09-cv-07165-- Savoy v. Alliance Homes, Inc.

09-cv-07169-- Blakely v. Pilgrim International, Inc.

09-cv-07316-- Oswald, et al v. Integrity Midwest Inc., et al

09-cv-07398-- Scott v. Gulf Stream Coach, Inc.

09-cv-07399-- Miller v. Gulf Stream Coach, Inc.

09-cv-07400-- Washington v. Gulf Stream Coach, Inc.

09-cv-07401-- Harris v. Gulf Stream Coach, Inc.

09-cv-07402-- Miller v. Gulf Stream Coach, Inc.

09-cv-07403-- Norwood v. Gulf Stream Coach, Inc.

09-cv-07404-- Magee v. Gulf Stream Coach, Inc.

09-cv-07405-- Seymour v. Gulf Stream Coach, Inc.

09-cv-07406-- Witt v. Gulf Stream Coach, Inc.

09-cv-07411-- Loch v. Gulf Stream Coach, Inc.

09-cv-07412-- Reaser v. Gulf Stream Coach, Inc.

09-cv-07413-- Abshire v. Gulf Stream Coach, Inc.

09-cv-07414-- Gautieer v. Gulf Stream Coach, Inc.

09-cv-07415-- Washington v. Gulf Stream Coach, Inc.

09-cv-07416-- Braxter v. Gulf Stream Coach, Inc.

09-cv-07417-- Hernandez v. Gulf Stream Coach, Inc.

09-cv-07418-- Prejean v. Gulf Stream Coach, Inc.

09-cv-07419-- Hernandez v. Gulf Stream Coach, Inc.

09-cv-07420-- Orphey v. Gulf Stream Coach, Inc.

09-cv-07421-- Meche v. Gulf Stream Coach, Inc.

09-cv-07422-- Albers v. Gulf Stream Coach, Inc.

09-cv-07423-- Dixon v. Gulf Stream Coach, Inc.

09-cv-07425-- Joseph v. Gulf Stream Coach, Inc.

09-cv-07426-- Nunez v. Gulf Stream Coach, Inc.

09-cv-07427-- Kellum v. Gulf Stream Coach, Inc., et al

09-cv-07428-- Spears v. Gulf Stream Coach, Inc.

09-cv-07429-- Steele v. Gulf Stream Coach, Inc.

09-cv-07430-- Clark v. Gulf Stream Coach, Inc.

09-cv-07439-- Haley v. Gulf Stream Coach, Inc.

09-cv-07527-- Sprinkle, et al v. DS Corp., et al

09-cv-07545-- Carpenter v. River Ridge, Inc.

09-cv-07915-- Applewhite-Williams v. Alliance Homes, Inc.

09-cv-07948-- Coppersmith, et al v. Dutchmen Manufacturing, Inc., et al

09-cv-07951-- Edwards v. Fairmont Homes, Inc., et al

09-cv-07952-- Cargo, et al v. Cavalier Home Builders, LLC, et al

09-cv-08344-- Randolf v. Giles Industries, Inc., et al

09-cv-08354-- Williams, et al v. Giles Industries, Inc., et al

10-cv-00230-- Noel et al v. Gulf Stream Coach, Inc., et al

10-cv-00235-- Dow et al v. Fleetwood Canada, Ltd. et al

10-cv-00240-- Karcher v. Cavalier Homes Builders, LLC et al

10-cv-00241-- Karcher v. Fleetwood Canada, Ltd. et al

10-cv-00243-- Sigur v. Fleetwood Canada, Ltd. et al

10-cv-00248-- Brown et al v. Stewart Park Homes, Inc. et al

10-cv-00249-- Nata et al v. River Birch Homes, L.L.C. et al

10-cv-00538-- Kellogg v. Gulf Stream Coach, Inc. et al

10-cv-00548-- Williams v. American International Group, Inc. et al

10-cv-00556-DKE- Sigur v. Gulf Stream Coach, Inc. et al

10-cv-00743-- Alfonso et al v. Jayco, Inc. et al

10-cv-00746-- Augustine et al v. American International Group et al

10-cv-00770-- Perez v. Gulf Stream Coach, Inc. et al

10-cv-00771-- Phillips et al v. Insurco, Ltd. et al

10-cv-00776-- Ranton v. American International Group et al

10-cv-00927-- Sigur v. American International Group et al

10-cv-01531-- MLU Services, Inc. v. Landmark American Insurance Company

10-cv-02884-- Bradford v. Alliance Homes, Inc.

10-cv-04051-- Glover v. ABC Manufacturing Company et al

10-cv-04066-- Journee, Michelle v. ABC Manufacturing Company et al

10-cv-04112-- English, Paula et al v. American Camper Manufacturing, LLC et al

10-cv-04121-- Cooper, Crystal et al v. Bechtel National, Inc et al

10-cv-04122-- Goff, Alice et al v. CH2M Hill Constructors, Inc. et al

10-cv-04123-- Rodwell, Lovella et al v. Bechtel National, Inc et al

10-cv-04124-- Rogers, Bessie et al v. Bechtel National, Inc et al

10-cv-04129-- Taylor, Sharren v. Bechtel National, Inc et al

10-cv-04408-- Norman, Earl et al v. Dutchmen Manufacturing, Inc. et al

09--6048-- Barnes et al v. American Camper Manufacturing, LLC et al

09--6193-- Ball et al v. Alliance Homes, Inc. et al

09--6377-- Seward et al v. Coachman Industries Inc et al

09--8082-- Beard, et al v. Jayco, Inc., et al

09--8121-- Craige, et al v. Cavalier Home Builders, LLC, et al

09--8164-- Myers v. Patriot Homes of Texas, LP, et al

09--8165-- Glenn v. DS Corp., et al

The motions are **PARTLY DENIED** (in that Defendants' dismissal request has been withdrawn) as to the following cases:

09-cv-03604-- James et al v. FRH, Inc. et al

09-cv-03622-- Fountain et al v. USA et al

09-cv-03745-- Ball v. Frontier RV, Inc. et al

09-cv-03764-- Barnes v. Dutchmen Manufacturing, Inc. et al

09-cv-03922-- Prince et al v. Liberty Insurance Corp. et al

09-cv-03943-- Bartel et al v. Gulf Stream Coach, Inc. et al

09-cv-04727-- Ralleigh et al v. Monaco Coach Corporation et al

09-cv-04827-- Doane v. Cavalier Home Builders, LLC et al

09-cv-04835-- Smith v. American International Specialty Lines Co. et al

09-cv-05000-- Merritt v. Timberland RV Company et al

09-cv-05621-- Sylvester v. Cavalier Home Builders, LLC et al

09-cv-05890-- Carter v. Forest River, Inc. et al

09-cv-05940-- Bartholomew et al v. Coachmen Industries, Inc. et al

09-cv-05941-- Lewis v. Gulf Stream Coach, Inc. et al

09-cv-05942-- Daunoy v. Layton Homes Corporation et al

09-cv-05992-- Shorty v. Gulf Stream Coach, Inc.

09-cv-05993-- Sherman v. Keystone RV Company

09-cv-06163-- Mack v. Recreation By Design, LLC et al

09-cv-06165-- Carolina v. Forest River, Inc. et al

09-cv-06170-- Clark v. Keystone RV Company et al

09-cv-06377-- Seward et al v. Coachman Industries Inc et al

09-cv-06721-- Kujawa et al v. United States of America

09-cv-07801-- Couvillion, et al v. Cavalier Home Builderes, LLC, et al

10-cv-00544-- Alexander v. Lakeside Park Homes, Inc. et al

10-cv-01041-- Burge v. Cavalier Home Builders, LLC et al

10-cv-01311-- German et al v. Sun Valley, Inc. et al

10-cv-03921-- McGee, Eloise et al v. Vanguard Industries of Michigan, Inc. et al

09--6722-- Bartel et al v. United States of America

08--4095-- Huckabee et al v. Fleetwood Enterprises et al

In all other respects these motions are **REFERRED** to the January 21, 2011 hearing.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss filed by Morgan Building and Spa's Inc. (Rec. Doc. No. 18707)** is **PARTLY GRANTED AS UNOPPOSED, PARTLY DENIED AS MOOT, and PARTLY REFERRED** to the hearing on January 21, 2011. Specifically, the motion is **GRANTED AS UNOPPOSED** as to the following cases:

10-1002- Wynette Marie Akrias, et al. v. Am. Int'l Group, et al.

07--9228-- Aldridge v. Gulf Stream Coach, Inc. et al

10-506- Paul Alexis, et al. v. Am. Int'l Group, et al.

10-742 -Ashley Allen, et al. v. Gulf Stream Coach, Inc., et al.

10-997 -Brittany Nicole Annis v. Am. Int'l Group, et al.

10-1001- Charles Arbour, et al. v. Recreation by Design, LLC, et al.

10-739 -Lucille Margaret Arcement, et al. v. Am. Int'l Group, et al.

10-998 -Linda Audibert v. Coachmen Industries, Inc., et al.

10-995 -Sunshine Augustine v. Am. Int'l Group, et al.

10-514 -Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al.

Thus, Morgan is dismissed with prejudice from the above cases, at Plaintiffs' costs, except for case no. 10-514, which is dismissed with prejudice in its entirety, at Plaintiffs' costs.

Morgan's motion is **DENIED AS MOOT** (based on the above ruling) as to the following cases:

10-746  -Thais Joyce Augustine, et al. v. Am. Int'l Group, et al

10-770 -Warren A. Perez v. Gulf Stream Coach, Inc., et al.

10-776 -Diana Ranton v. Am. Int'l Group, et al.

10-927- Sidney C. Sigur v. Am. Int'l Group, et al.

09-7162 - Elizabeth Baker, et al. v. Morgan Buildings & Spas, Inc., et al.

09-6907- Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al.

08-5031- Belinda Bauer, et al. v. Liberty Homes, Inc., et al.

In all other respects, this motion is referred to the January 21, 2011 hearing.

New Orleans, Louisiana, this 19th day of <u>January</u>, 2011.

                                          **KURT D. ENGELHARDT**
                                          **United States District Court**