UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT PERTAINS TO CASE | * | JUDGE ENGELHARDT |
| NO: 09-4429; *Kathy Towe, et al. v. Redman* | * | MAGISTRATE CHASEZ |
| *Homes, Inc.; and John Does 1-20* | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Amended Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE