**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Louisiana Plaintiffs") | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE AN EXTENDED REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE REMAINING FTCA CLAIMS OF ALL "LOUISIANA PLAINTIFFS," OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (Rec. Doc. 16598)**

Defendant, the United States of America, hereby moves for leave to file a reply memorandum in support of its "Motion to Dismiss the Remaining FTCA Claims of All 'Louisiana Plaintiffs,' or, in the Alternative, for Summary Judgment" (Rec. Doc. 16598). The Court should grant the requested leave to allow the United States to file an extended reply memorandum (twenty-five pages) in support of its motion. This extended reply is warranted based on the fact that the underlying motion features three important, yet discrete, legal issues that were combined into one motion for the convenience and efficiency of the parties and the Court. Louisiana Plaintiffs' counsel has been contacted and they do not object to the filing of this extended reply containing twenty-five pages.

| | |
|---|---|
| Dated: January 19, 2011 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |

DAVID S. FISHBACK
Assistant Director

| | |
|---|---|
| OF COUNSEL: | *s/ Adam M. Dinnell* |
| | ADAM M. DINNELL (TX No. 24055405) |
| JANICE WILLIAMS-JONES | Trial Attorney |
| Senior Trial Attorney | United States Department of Justice |
| FEMA/DHS | Civil Division, Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| | Washington, DC 20004 |
| | Telephone:  (202) 616-4211 |
| | E-mail:  Adam.Dinnell@usdoj.gov |
| | |
| | Attorneys for Defendant United States |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2011, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)