UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER					MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION					SECTION "N" (5)
								JUDGE ENGELHARDT
								MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States' Consent Motion For Leave to File an Extended Reply Memorandum in Support of its "Motion to Dismiss the Remaining FTCA Claims of All 'Louisiana Plaintiffs,' or, in the Alternative, for Summary Judgment" (Rec. Doc. 16598);

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Extended Reply Memorandum.

**DONE AND SIGNED** this _____ day of _____, 20_____.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**