**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER            MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION            SECTION "N" (5)

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
    Dixon v. KZRV, Inc, et al, No. 10-3471

*ORDER*

Considering the foregoing Motion:
IT IS HEREBY ORDERED that all of the claims of the plaintiffs in the above-captioned case ONLY in the above-captioned cases against all parties are hereby dismissed without prejudice.

Signed this \_\_19th\_\_ day of \_\_January\_\_, 2011 in New Orleans, Louisiana.

JUDGE