UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the January 19, 2011 Order and Reasons (Rec. Doc. 19856) is **AMENDED** to the following extent.

•    Member case no. 09-6377 - Seward v. Coachmen Industries Inc. et al. is deleted from the listing of cases wherein dismissal was denied based on Defendants' dismissal request having been withdrawn. It properly remains in the listing of cases wherein dismissal has been granted as unopposed.

The Order and Reasons (Rec. Doc. 19856) shall remain unchanged in all other respects.

New Orleans, Louisiana, this 19th day of January, 2011.

                                      **KURT D. ENGELHARDT**
                                      **United States District Court**