UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL Cases

## ORDER

　　　　**IT IS ORDERED** that **Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion to Dismiss Claims for Failure to Comply With Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19851)** is **STRICKEN FROM THE RECORD**.  Such opposition is untimely, and in violation of Local Rule 7.5E.

　　　New Orleans, Louisiana, this 20th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**