UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Grillier, et al v. Alliance Homes, Inc., et al*
E.D. La. Case No. *09-5340*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SEVER "MATCHED" PLAINTIFF
FROM ORIGINAL "UNMATCHED" COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes certain Plaintiff listed below, who respectfully request this Honorable Court grant her Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21 and this Honorable Court's instructions in Pretrial Orders 40 (Doc. 1781) and 68 (Doc.14779). Previously unmatched Plaintiff in the above captioned matter has now been matched to the proper defendants, and to reflect such matching Plaintiff has filed an Amended Complaint with the civil action number listed below:

1. Geraldine Norbert   Abrahms et al v. Gulf Stream Coach, Inc. et al       09-5392

Respectfully submitted:

**BECNEL LAW FIRM, LLC**

BY:   /s/Matthew B. Moreland
      MATTHEW B. MORELAND, #24567
      Becnel Law Firm, L.L.C.
      P.O. Drawer H

                    106 W. 7th Street
                    Reserve, Louisiana  70084
                    Telephone:     985/536-1186
                    Facsimile:      985/536-6445
                    mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                    /s/   Matthew B. Moreland
                    MATTHEW B. MORELAND, # 24567