Case 2:07-md-01873-KDE-MBN   Document 19870   Filed 01/20/11   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONTRACTOR DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO JOINT MOTIONS TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

NOW INTO COURT, through undersigned liaison counsel, come the Contractor Defendants, who respectfully request an Order from this Honorable Court granting leave to file the Contractor Defendants' Reply Memorandum to Plaintiffs' Oppositions to Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

Undersigned counsel has contacted Plaintiffs' Liaison Counsel and there is no objection to the filing of this Reply.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
dkurtz@bakerdonelson.com

**LIAISON COUNSEL FOR CONTRACTOR
DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

  /s/ M. David Kurtz
      M. DAVID KURTZ

2