UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Clark, et al v. Gulf Stream Coach, Inc., et al., EDLA 10-2402*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their First Supplemental and Amended Complaint, to add Joseph Vidrine as a plaintiff therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter a plaintiff for whom matching information had been previously unavailable. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Mr. Vidrine's status as a plaintiff in this litigation is in jeopardy, as his unmatched complaint, *Brown, et al., v. Alliance Homes, et al.*, No. 09-4953, is listed in the aforementioned Motion to Dismiss.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's First Supplemental and Amended Complaint.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:  /s/ Justin I. Woods  
GERALD E. MEUNIER, #9471  
JUSTIN I. WOODS, #24713  
Gainsburgh, Benjamin, David,  
Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
 1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:     504/522-2304  
Facsimile:      504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 20, 2011.

s/Justin I. Woods  
JUSTIN I. WOODS, #24713