IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VINCE CLARK** <br> **together with all individuals and entities** <br> **whose names appear on the attached** <br> **"Exhibit A"** <br><br> **versus** <br><br> **GULF STREAM COACH, INC.,** <br> **SHAW ENVIRONMENTAL, INC., and** <br> **United States of America through the** <br> **Federal Emergency Management Agency** <br> **This case relates to MDL NO. 07-1873** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **DOCKET NO. 10-2402** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this____day of_____, 2010.

_____
HONORABLE KURT D. ENGELHARDT