UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                                         JUDGE ENGELHARDT
                                                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Garner, et al v. Recreation By Design, LLC, et al., EDLA 09-5246*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT

**MAY IT PLEASE THE COURT:**

       Plaintiffs respectfully move this Court to allow them to amend their Original Complaint, to add a plaintiff, Jessie Perry, therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Plaintiffs desire to add in the above-captioned matter a plaintiff for whom matching information is now available. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Plaintiffs' status in this litigation is in jeopardy, as their unmatched complaint, *Brown, et al v. Alliance Homes, Inc., et al.*, 09-4953, is listed in the aforementioned Motion to Dismiss.

       Accordingly, Plaintiffs respectfully request that this Honorable Court grant the instant Motion for Leave to Amend Plaintiffs' Original Complaint.

                                                Respectfully submitted:

                                                **FORMALDEHYDE TRAILER FORMALDEHYDE**
                                                **PRODUCT LIABILITY LITIGATION**

                                                BY:    */s/Gerald E. Meunier*
                                                             GERALD E. MEUNIER, #9471

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 20, 2011.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2