IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERELL GARNER, individually and** | * | **DOCKET NO. 09-5246** |
| **On behalf of minors THOMIA GARNER** | * | |
| **And DEJONELLE GLEETON,** | * | |
| **THOMAS GARNER, JR., individually and** | * | |
| **On behalf of minor THOMAS GARNER, III,** | * | |
| **ALICIA CUTRER, individually and** | * | |
| **On behalf of minor CHANTEL SCHURR, and** | * | |
| **EDWARD CONRAD, JR.** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **RECREATION BY DESIGN, L.L.C.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **and UNITED STATES OF AMERICA** | * | |
| **THROUGH THE FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
COMPLAINT FOR DAMAGES**

Named Plaintiffs through undersigned counsel respectfully supplement and amend their Amended Complaint in the following respects:

1.

By adding the name:

Jessie Perry[1], as a Named Plaintiff, to be listed on exhibit "A" of this Amended Complaint.

2.

Leave of this Court has been requested to amend Plaintiffs' Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Respectfully submitted:

---

[1] Jessie Perry originally filed suit on July 31, 2009 in *Brown, et al v. Alliance Homes, Inc., et al*, EDLA 09-4953.

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    */s/Gerald E. Meunier*
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       gmeunier@gainsben.com

       */s/Justin I. Woods*
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERELL GARNER, individually and** | * | **DOCKET NO. 09-5246** |
| **On behalf of minors THOMIA GARNER** | * | |
| **And DEJONELLE GLEETON,** | * | |
| **THOMAS GARNER, JR., individually and** | * | |
| **On behalf of minor THOMAS GARNER, III,** | * | |
| **ALICIA CUTRER, individually and** | * | |
| **On behalf of minor CHANTEL SCHURR, and** | * | |
| **EDWARD CONRAD, JR.** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **RECREATION BY DESIGN, L.L.C.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **and UNITED STATES OF AMERICA** | * | |
| **THROUGH THE FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

**************************************************************************

## ORIGINATING COMPLAINT

Pursuant to Pretrial Order 40, the complaint listed below is the complaint in which the additional plaintiff first asserted allegations against the defendants:

*Brown, et al v. Alliance Homes, Inc., et al.*, 09-4953

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERELL GARNER, individually and** | * | **DOCKET NO. 09-5246** |
| **On behalf of minors THOMIA GARNER** | * | |
| **And DEJONELLE GLEETON,** | * | |
| **THOMAS GARNER, JR., individually and** | * | |
| **On behalf of minor THOMAS GARNER, III,** | * | |
| **ALICIA CUTRER, individually and** | * | |
| **On behalf of minor CHANTEL SCHURR, and** | * | |
| **EDWARD CONRAD, JR.** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **RECREATION BY DESIGN, L.L.C.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **and UNITED STATES OF AMERICA** | * | |
| **THROUGH THE FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EXHIBIT A

**Jessie Perry (added in this amendment)**