UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hooker, et al v. Am. Int'l Specialty Lines et al.*, EDLA 10-2396
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Second Supplemental and Amended Complaint, to add Glenda Stone as a plaintiff therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter a plaintiff for whom matching information had been previously unavailable. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Ms. Stone's status as a plaintiff in this litigation is in jeopardy, as his unmatched complaint, *Anderson, et al., v. Alliance Homes, et al.*, No. 09-5252, is listed in the aforementioned Motion to Dismiss.

Accordingly, Plaintiff respectfully requests that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's Second Supplemental and Amended Complaint.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  /s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 20, 2011.

s/Justin I. Woods
JUSTIN I. WOODS, #24713