UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                                           JUDGE ENGELHARDT
                                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Dennis, et al. v. Cavalier Home Builders, et al; EDLA 10-2403*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

       Plaintiffs respectfully move this Court to allow them to amend their Second Supplemental and Amended Complaint, to add Alvin Williams, Jr. as a plaintiff therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter plaintiff for whom matching information is now known. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Mr. Williams status as plaintiffs in this litigation is in jeopardy, as his original complaint, *Anderson, et al., v. Alliance Homes, Inc., et al.*, No. 09-5252, is listed in the aforementioned Motion to Dismiss.

       Accordingly, Plaintiff respectfully request that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's First Supplemental and Amended Complaint.

                                                         Respectfully submitted:

                                                         **GAINSBURGH, BENJAMIN, DAVID,**
                                                         **MEUNIER & WARSHAUER, L.L.C.**

```
BY:   /s/ Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre
       1100 Poydras Street
      New Orleans, Louisiana  70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 20, 2011.

```
s/Justin I. Woods
JUSTIN I. WOODS, #24713
```