# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NYKESHIA DENNIS** | * | **DOCKET NO. 10-2403** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **CAVALIER HOME BUILDERS, LLC,** | * | |
| **CAVALIER HOMES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the names:

Alvin Williams, Jr.[1] as a Named Plaintiff, to be listed on exhibit "A" of the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

---

[1] Alvin Williams, Jr. originally filed suit on August 3, 2009 in *Anderson, et al v. Alliance Homes, Inc., et al*, EDLA 09-5252.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,**
        **MEUNIER & WARSHAUER, L.L.C.**

        BY:    s/Justin I. Woods
                  GERALD E. MEUNIER, #9471
                  JUSTIN I. WOODS, #24713
                  Gainsburgh, Benjamin, David,
                  Meunier & Warshauer, L.L.C.
                  2800 Energy Centre
                   1100 Poydras Street
                  New Orleans, Louisiana  70163
                  Telephone:     504/522-2304
                  Facsimile:     504/528-9973
                  jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Justin I. Woods
                JUSTIN I. WOODS, # 24713

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NYKESHIA DENNIS** | * | **DOCKET NO. 10-2403** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **CAVALIER HOME BUILDERS, LLC,** | * | |
| **CAVALIER HOMES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **EXHIBIT A**

Nykeshia Dennis
Nykeshia Dennis, on behalf of the minor child, Alisan Williams
Nykeshia Dennis, on behalf of the minor child, Alvin Williams, III
Nykeshia Dennis, on behalf of the minor child, De'John Dennis
Nykeshia Dennis, on behalf of the minor child, D'Kenan Dennis
Nykeshia Dennis, on behalf of the minor child, Hilton Dennis, III
Nykeshia Dennis, on behalf of the minor child, Kamira Dennis
Nykeshia Dennis, on behalf of the minor child, Rashad Dennis
Janelle Dennis
Simone Dennis
Trenelle Dennis
Nykeshia Dennis, on behalf of the minor child, Gabriel Peck

**Claims Originated in** *Anderson, et al v. Alliance Homes, Inc., et al;* **09-5252 (added in this amendment)**

Alvin Williams, Jr.