UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Collins v. Forest River, Inc., et al.,* **No. 07-9141**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against "unidentified parties" previously filed in these proceedings. This dismissal in no way affects Plaintiffs' claims against the remaining defendants, the Forest River, Inc. and the United States of America.

                                            Respectfully submitted:

                                            **GAINSBURGH, BENJAMIN, DAVID,
                                            MEUNIER & WARSHAUER, L.L.C.**

                                            BY:   s/Justin I. Woods
                                                  GERALD E. MEUNIER, #9471
                                                  JUSTIN I. WOODS, #24713
                                                  Gainsburgh, Benjamin, David,
                                                  Meunier & Warshauer, L.L.C.
                                                  2800 Energy Centre
                                                  1100 Poydras Street
                                                  New Orleans, Louisiana 70163
                                                  Telephone:   504/522-2304

Facsimile:     504/528-9973
jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713