**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ


THIS DOCUMENT IS RELATED TO:
*Ursin-Seymour v. Gulf Stream Coach, Inc., et al.,* No. 10-1038
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant

to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give

notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein

against "unidentified parties" previously filed in these proceedings. This dismissal in no way

affects Plaintiffs' claims against the remaining defendants, the Gulf Stream Coach, Inc., Fluor

Enterprises, Inc., and the United States of America.


                              Respectfully submitted:

                              **GAINSBURGH, BENJAMIN, DAVID,**
                              **MEUNIER & WARSHAUER, L.L.C.**


                        BY:   s/Justin I. Woods
                              GERALD E. MEUNIER, #9471
                              JUSTIN I. WOODS, #24713
                              Gainsburgh, Benjamin, David,
                              Meunier & Warshauer, L.L.C.
                              2800 Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163
                              Telephone:    504/522-2304

Facsimile:      504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713