UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the United States' Consent Motion For Leave to File an Extended Reply Memorandum in Support of its "Motion to Dismiss the Remaining FTCA Claims of All 'Louisiana Plaintiffs,' or, in the Alternative for Summary Judgment" (Rec. Doc. 16598);

**DENIED**

**IT IS HEREBY ORDERED** that the motion is granted and Defendant United States is hereby granted leave to file its Extended Reply Memorandum.

**DONE AND SIGNED** this ___20th___ day of ___January___, 20__11__.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA