UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION N(5) |
| | * | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO: ALL CASES** | * * * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion for Leave to File the Contractor Defendants' Reply Memorandum to Plaintiffs' Oppositions to Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing;

IT IS HEREBY ORDERED that the Contractor Defendants are hereby granted leave to file the Reply Memorandum to Plaintiffs' Oppositions to Joint Motions to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing.

New Orleans, Louisiana, this 20th day of January, 2011.

_____
JUDGE