UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE PRODUCTS                      SECTION N MAG. 5
LIABILITY LITIGATION


                                           JUDGE ENGELHARDT
                                           MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Acklin et al v. Alliance Homes, Inc. et al*    JURY DEMANDED
*No. 09-5343*

### PLAINTIFFS BLESSIN ANDERSON AND ERNEST BOLDEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs

herein, Blessin Anderson and Ernest Bolden, who, pursuant to the provisions of Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary

dismissal, without prejudice, of their claims asserted against all Defendants, in the Complaint

previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5343.




                    By:    /s/Matthew B. Moreland
                           Daniel E. Becnel, Jr. (La. Bar #2926)
                           Matthew B. Moreland  (La. Bar No. 24567)
                           **BECNEL LAW FIRM, LLC**
                           106 W. Seventh Street
                           P. O. Drawer H
                           Reserve, Louisiana  70084
                           Telephone: (985) 536-1186
                           Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**


I hereby certify that on December January 21, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland