UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION N MAG. 5
LIABILITY LITIGATION

                             JUDGE ENGELHARDT
                             MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Grillier et al v. Alliance Homes, Inc. et al*    JURY DEMANDED
*No. 09-5340*

## PLAINTIFF SAMANTHA PETERSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiff herein, Samantha Peterson, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against all Defendants, in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5340.

By:   /s/Matthew B. Moreland
      Daniel E. Becnel, Jr. (La. Bar #2926)
      Matthew B. Moreland (La. Bar No. 24567)
      **BECNEL LAW FIRM, LLC**
      106 W. Seventh Street
      P. O. Drawer H
      Reserve, Louisiana 70084
      Telephone: (985) 536-1186
      Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on December January 21, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
