UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS  　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Defelice, et al v. Alliance Homes, Inc. et al*　　JURY DEMANDED
*No. 09-5341*


### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Thelma Rudison, David Shanley, Sr., Brandi Shanley, David Shanley, Jr., Darian Shanley, Erika Shanley, and Diana Rainford who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against all Defendants, in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5341.

　　　　　　　　　　　　　By: 　/s/Matthew B. Moreland　　　　　　　
　　　　　　　　　　　　　　　　Daniel E. Becnel, Jr. (La. Bar #2926)
　　　　　　　　　　　　　　　　Matthew B. Moreland (La. Bar No. 24567)
　　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　　P. O. Drawer H
　　　　　　　　　　　　　　　　Reserve, Louisiana 70084
　　　　　　　　　　　　　　　　Telephone: (985) 536-1186
　　　　　　　　　　　　　　　　Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

     I hereby certify that on January 21, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                               /s/Matthew B. Moreland  
                                                               Matthew B. Moreland