UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                     JUDGE ENGELHARDT
                                     MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*McGuire, et al v. Gulf Stream Coach, Inc., et al.,* **No. 06-5659**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF VOLUNTARY
### DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against "unidentified parties," Recreation By Design, LLC, Forest River, Inc., Fleetwood Enterprises, Inc., ETI, Inc., Coachmen Industries, Inc., Shaw Environmental, Inc., Bechtel Corporation, and CH2M Hill Constructors, Inc., previously filed in these proceedings. This dismissal in no way affects Plaintiffs' claims against the remaining defendants, Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America.

                                            Respectfully submitted:

                                            **GAINSBURGH, BENJAMIN, DAVID,**
                                            **MEUNIER & WARSHAUER, L.L.C.**

                                     BY:     s/Justin I. Woods
                                                      GERALD E. MEUNIER, #9471
                                                      JUSTIN I. WOODS, #24713
                                                      Gainsburgh, Benjamin, David,
                                                      Meunier & Warshauer, L.L.C.
                                                      2800 Energy Centre

1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:    504/522-2304  
Facsimile:    504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Justin I. Woods  
    JUSTIN I. WOODS, #24713