UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *ALL CASES* | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO AMEND EXHIBITS C, D AND F ATTACHED TO MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING (REC DOC. 19803)**

**NOW INTO COURT**, come Manufacturing Defendants, who respectfully request that this Honorable Court allow them to amend Exhibits C, D and F attached to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803). Manufacturing Defendants submit that the following cases are being listed on Exhibit F as opposed to Exhibits C and D.

1. 2:09-cv-04428-KDE-ALC Towe, et al v. Redman Homes, Inc., et al, originally listed on Exhibit C is now being listed on Exhibit F.

2. 2:09-cv-04429-KDE-ALC Towe v. Redman Homes, Inc., et al, originally listed on Exhibit C is now being listed on Exhibit F.

3. 2:09-cv-07122-KDE-ALC Page, et al v. CMH Manufacturing, Inc., et al originally listed on Exhibit D is now being listed on Exhibit F.

4. 2:10-cv-01307-KDE-ALC Ratcliff, et al v. CMH Manufacturing, Inc., et al originally listed on Exhibit D is now being listed on Exhibit F.

00092266-1

Undersigned has contacted opposing counsel and there is no opposition to the filing of this Motion.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**MANUFACTURING DEFENDANTS'
LIAISON COUNSEL**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:     504/837-3119
andreww@duplass.com

## C E R T I F I C A T E

I hereby certify that on the 21st day of January, 2011, a copy of the foregoing Motion to Amend Exhibits C, D and F attached to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00092266-1