UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER             \*　　MDL NO. 1873
     FORMALDEHYDE PRODUCTS    \*
     LIABILITY LITIGATION         \*
                             \*　　SECTION "N" (5)
                             \*
                             \*
                             \*
THIS DOCUMENT IS RELATED TO    \*　　JUDGE:  ENGELHARDT
                             \*
2:09-md-01873                   \*
Rec. Doc. #18684             \*　　MAGISTRATE:  CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT "D:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY
MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO
MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS
CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND
REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

The following cases failed to comply with Pretrial Order #38 and are improperly joined under Federal Rule of Civil Procedure 20:

2:07-cv-07018-KDE-ALC  Devlin et al v. Fleetwood Enterprises Inc. et al

2:07-cv-09228-KDE-ALC  Aldridge v. Gulf Stream Coach, Inc. et al

2:09-cv-04973-KDE-ALC  Ayers v. Forest River, Inc. et al

2:09-cv-05006-KDE-ALC Brocks et al v. Keystone RV Company et al

2:09-cv-05687-KDE-ALC Martin v. Giles Industries, Inc. et al

2:10-cv-04118-KDE-ALC  Carpenter, Brian et al v. Doug Boyd Enterprises, LLC et al

2:10-cv-04125-KDE-ALC  Spiers, Shiela M. v. Motex Enterprises, Inc. et al