UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| | * | |
| 2:09-md-01873 | * | |
| Rec. Doc. #18684 | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "F:" MANUFACTURING DEFENDANT'S COMPREHENSIVE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITIONS TO MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

    The following cases comply with Pretrial Orders #38, #53, and #68 and may be removed from the Manufacturing Defendants' Dismissal:

2:09-cv-03604-KDE-ALC   James et al v. FRH, Inc. et al

2:09-cv-03622-KDE-ALC   Fountain et al v. USA et al

2:09-cv-03745-KDE-ALC   Ball v. Frontier RV, Inc. et al

2:09-cv-03764-KDE-ALC   Barnes v. Dutchmen Manufacturing, Inc. et al

2:09-cv-03922-KDE-ALC   Prince et al v. Liberty Insurance Corp. et al

2:09-cv-03943-KDE-ALC   Bartel et al v. Gulf Stream Coach, Inc. et al

2:09-cv-04428-KDE-ALC   Towe et al v. Redman Homes Inc. et al

2:09-cv-04429-KDE-ALC   Towe v. Redman Homes Inc. et al

2:09-cv-04727-KDE-ALC   Ralleigh et al v. Monaco Coach Corporation et al

2:09-cv-04827-KDE-ALC   Doane v. Cavalier Home Builders, LLC et al

2:09-cv-04835-KDE-ALC   Smith v. American International Specialty Lines Co. et al

2:09-cv-05000-KDE-ALC   Merritt v. Timberland RV Company et al

2:09-cv-05621-KDE-ALC   Sylvester v. Cavalier Home Builders, LLC et al

2:09-cv-05890-KDE-ALC   Carter v. Forest River, Inc. et al

2:09-cv-05940-KDE-ALC Bartholomew et al v. Coachmen Industries, Inc. et al

2:09-cv-05941-KDE-ALC Lewis v. Gulf Stream Coach, Inc. et al

2:09-cv-05942-KDE-ALC Daunoy v. Layton Homes Corporation et al

2:09-cv-05992-KDE-ALC Shorty v. Gulf Stream Coach, Inc.

2:09-cv-05993-KDE-ALC Sherman v. Keystone RV Company

2:09-cv-06163-KDE-ALC Mack v. Recreation By Design, LLC et al

2:09-cv-06165-KDE-ALC Carolina v. Forest River, Inc. et al

2:09-cv-06170-KDE-ALC Clark v. Keystone RV Company et al

2:09-cv-06377-KDE-ALC Seward et al v. Coachman Industries Inc et al

2:09-cv-06721-KDE-ALC Kujawa et al v. United States of America

2:09-cv-07801-KDE-ALC Couvillion, et al v. Cavalier Home Builderes, LLC, et al

2:09-cv-07122-KDE-ALC Page, et al v. CMH Manufacturing, Inc., et al

2:10-cv-00544-KDE-ALC  Alexander v. Lakeside Park Homes, Inc. et al

2:10-cv-01041-KDE-ALC  Burge v. Cavalier Home Builders, LLC et al

2:10-cv-01307-KDE-ALC  Ratcliff et al v. CMH Manufacturing, Inc. et al

2:10-cv-01311-KDE-ALC  German et al v. Sun Valley, Inc. et al

2:10-cv-03921-KDE-ALC   McGee, Eloise et al v. Vanguard Industries of Michigan, Inc. et al

2:09-cv-06722-KDE-ALC Bartel et al v. United States of America

2:09-cv-06721-KDE-ALC Kujawa et al v. United States of America

00081385-1