UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           FORMALDEHYDE PRODUCTS           LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873

SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO

*ALL CASES* | * * * * | JUDGE: ENGELHARDT

MAGISTRATE: CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO ENTER CONSENT JUDGEMENT

**NOW INTO COURT**, come Manufacturing Defendants and Plaintiffs, who respectfully request that this Honorable Court allow the following cases to remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873, despite being included in Manufacturing Defendants' recently filed Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 18684).

1. 2:08-cv-04095-KDE-ALC Huckabee, et al v. Fleetwood Enterprises, et al

2. 2:09-cv-06377-KDE-ALC Seward, et al v. Coachman Industries, Inc., et al

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK, #18495
**MANUFACTURING DEFENDANTS'
LIAISON COUNSEL**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:     504/837-3119

00092278-1

andreww@duplass.com

## **C E R T I F I C A T E**

I hereby certify that on the 21st day of January, 2011, a copy of the foregoing Motion to Enter Consent Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00092278-1