UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *ALL CASES* | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER

**NOW INTO COURT**, come Manufacturing Defendants and Plaintiffs, who consent to the following two cases remaining in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873, despite being included in Manufacturing Defendants' recently filed Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 18684).

1. 2:08-cv-04095-KDE-ALC Huckabee, et al v. Fleetwood Enterprises, et al

2. 2:09-cv-06377-KDE-ALC Seward, et al v. Coachman Industries, Inc., et al

**IT IS ORDERED** that the above-cited cases will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00092273-1