UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Evans, et al v. Alliance Homes, Inc., et al.,* **No. 10-3126**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against the following entities, previously filed in these proceedings:

1. ALLIANCE HOMES, INC. D/B/A ADRIAN HOMES
2. AMERICAN CAMPER MANUFACTURING, LLC D/B/A AMERI-CAMP
3. AMERICAN HOMESTAR CORPORATION
4. ATHENS PARK HOMES, L.L.C.
5. CAVALIER HOME BUILDERS, LLC
6. CAVALIER HOMES, INC.,
7. CHAMPION ENTERPRISES, INC.
8. CHAMPION HOME BUILDERS CO.
9. CIRCLE B. ENTERPRISES, INC.
10. CLEARSPRING CONVERSIONS, INC.

11. COACHMEN RECREATIONAL VEHICLE COMPANY, LLC

12. COACHMEN RECREATIONAL VEHICLE COMPANY OF GEORGIA, LLC

13. COACHMEN INDUSTRIES, INC.

14. CMH MANUFACTURING, INC.

15. DEL-JEN, INC.

16. DESTINY INDUSTRIES, LLC

17. DREAMS R.V. SALES, INC.

18. DUTCH HOUSING, INC. D/B/A CHAMPION HOMES

19. DUTCHMEN MANUFACTURING, INC.,

20. DS CORP. D/B/A CROSSROADS RV

21. FAIRMONT HOMES, INC.

22. FOREST RIVER, INC.

23. FRONTIER RV, INC.

24. GILES INDUSTRIES, INC.

25. GILES INDUSTRIES OF TAZEWELL, INCORPORATED

26. GILES FAMILY HOLDING, INC.

27. GOLDEN WEST HOMES

28. GULF STREAM COACH, INC.

29. HEARTLAND RECREATIONAL VEHICLES, LLC

30. HOMES OF MERIT, INC.

31. HORTON HOMES, INC.

32. HY-LINE ENTERPRISES, INC.

33. INDIANA BUILDING SYSTEMS, LLC D/B/A HOLLY PARK

34. INTEGRITY MIDWEST, INC. D/B/A US ADVENTURE RV

35. JAYCO ENTERPRISES, INC.

36. JAYCO, INC. A/K/A BOTTOM LINE RV

37. KEYSTONE RV COMPANY

38. KZRV, LP

39. LAKESIDE PARK HOMES, INC.

40. LAYTON HOMES CORP.

41. LEXINGTON HOMES

42. LIBERTY RV & MARINE, INC.

43. MORGAN BUILDING & SPAS, INC.

44. MORGAN BUILDING SYSTEMS, INC.

45. MURILLO MODULAR GROUP, LTD

46. NORTHWOOD MANUFACTURING, INC.

47. OAK CREEK HOMES, L.P.

48. OAK CREEK HOMES, INC.

49. PALM HARBOR ALBERMARLE, LCC

50. PALM HARBOR HOMES, INC.

51. PALM HARBOR MANUFACTURING, INC.

52. PHILIPS PRODUCTS, INC.

53. PLAY'MOR TRAILERS, INC.

54. PROJECT RESOURCES INC. OF CALIFORNIA

55. RECREATION BY DESIGN, LLC

56. REDMAN HOMES, INC., F/K/A DUTCH HOMES

57. RIVER BIRCH HOMES, INC. AND RIVER BIRCH HOMES, L.L.C.

58. SCOTBILT HOMES, INC.

59. SILVER CREEK HOMES, INC.

60. SKYLINE CORPORATION

61. SOUTHERN ENERGY HOMES, INC.

62. STARCRAFT RV, INC.

63. STEWART PARK HOMES, INC.

64. SUN VALLEY, INC.

65. SUNLINE ACQUISITION COMPANY LTD D/B/A SUNLINE COACH COMPANY

66.  SUNNYBROOK R.V., INC.

67. SUNRAY RV, LLC

68. SUPERIOR HOMES, LLC

69. THOR CALIFORNIA, INC. DOING BUSINESS IN CALIFORNIA AS THOR MANUFACTURING

70. THOR INDUSTRIES, INC.

71. TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING

72. TL INDUSTRIES, INC.

73. TOWNHOMES, LLC

74. VANGUARD INDUSTRIES OF MICHIGAN, INC. A/K/A PALOMINO RV

75. WAVERLEE HOMES, INC.

76. CH2M HILL CONSTRUCTORS, INC.

This dismissal in no way affects Plaintiffs' claims against the remaining defendants, Liberty Homes, Inc. and Bechtel National, Inc.

        Respectfully submitted:

        **FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    */s/Gerald E. Meunier*
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com

           */s/Justin I. Woods*
           JUSTIN I. WOODS, #24713
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           jwoods@gainsben.com

           **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
           ROBERT M. BECNEL #14072
           RAUL BENCOMO, #2932
           ANTHONY BUZBEE, Texas #24001820
           FRANK D'AMICO, JR., #17519
           ROBERT C. HILLIARD, Texas #09677700
           MATT MORELAND, #24567
           DENNIS C. REICH Texas #16739600
           MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Justin I. Woods
                                          JUSTIN I. WOODS, #24713