UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: *James Carey, et al, v. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.* Case No. 09-5747 | * * * * | |

*************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to supplement and amend their First Amended Complaint for Damages and Second Supplemental and Amending Complaint for Damages in the underlying action, Case No. 2:09-cv-5747. Plaintiffs respectfully move this Honorable Court for leave to supplement and amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement to further clarify allegations and claims set forth in their First Amended Complaint and Second Supplemental and Amending Complaint, respectively.

No undue prejudice will result in allowing the Third Supplemental and Amending Complaint for Damages to be filed. Additionally, Plaintiff Anthony Dixon has been selected as a Bellwether Plaintiff and Plaintiffs are filing their Third Supplemental and

Amending Complaint in accordance with this Honorable Court's scheduling order as it pertains to the trial. Moreover, allowing Plaintiff's motion will assist counsel in efficiently defending claims against their clients.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

        BY:  /s/  *Lawrence J. Centola, Jr.*
              Lawrence J. Centola, Jr.

        Lawrence J. Centola, Jr., LA Bar #3962
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        (504) 525-1944 (telephone)
        (504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.