UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Ceasar v. River Birch Homes, Inc. et al*<br>No. 09-8727 | JURY DEMANDED |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8727 to include the following named Plaintiff:

Lloyd Sterling

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff was placed in a place-holder suit, *Aaron v. Alliance Homes, Inc.* Case No. 2:09-cv-7167, until Plaintiff could be matched to a manufacturer. Plaintiff has now located her trailer's manufacturer and bar code and is now able to be matched to River Birch Homes, Inc. and/or River Birch Homes, L.L.C. and Fluor Enterprises, Inc. This motion is solely intended to

1

place the above-named Plaintiff in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiff resided in the same type of FEMA supplied emergency housing unit manufactured by River Birch Homes, Inc. and/or River Birch Homes, L.L.C. and Fluor Enterprises, Inc. as the existing Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiff from making her proper claim against the proper defendant, Plaintiffs seek to add the above named Plaintiff to an existing complaint and remove her name from her Place-Holder Complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully Submitted,

By:     /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                              /s/Matthew B. Moreland
                                              Matthew B. Moreland