UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Ceasar v. River Birch Homes, Inc. et al*<br>*No. 09-8727* | JURY DEMANDED |

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 28, 2009.

1.

This Second Supplemental and Amending Complaint for Damages names Lloyd Sterling as a previously identified Plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the above captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiff be added to the case caption of the above captioned matter.

3.

Previously Identified Plaintiff was originally placed in an unmatched suit and only recently was able to identify his manufacturer. Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by River Birch Homes, Inc. and/or River Birch Homes, LLC and installed by Fluor Enterprises, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a Second Amended Complaint for Damages against the same manufacturer and contractor (River Birch Homes, Inc. and/or River Birch Homes, LLC and Fluor Enterprises, Inc.).

5.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

                                        Respectfully Submitted,

                                        By:    /s/Matthew B. Moreland
                                        Daniel E. Becnel, Jr. (La. Bar #2926)
                                        Matthew B. Moreland  (La. Bar No. 24567)
                                        BECNEL LAW FIRM, LLC
                                        106 W. Seventh Street
                                        P. O. Drawer H
                                        Reserve, Louisiana  70084

Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Case 2:07-md-01873-KDE-MBN Document 19896-2 Filed 01/21/11 Page 3 of 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland