**SETTLEMENT NOTICE PLAN**

1. Dissemination of the Class Settlement Notice shall be the responsibility of the Special Master appointed by this Honorable Court.

2. The Notice of the settlement shall be disseminated in written form as follows:

    a. By first class U.S. mail delivery of Exhibit D to the Settlement Agreement (Long Form Notice) to the last known address of potential Class Members (or to their attorneys, if known by the PSC). If Long Form Notices addressed specifically to Class Members are returned, the Special Master shall process the names of Class Members whose Long Form Notices were returned through an appropriate federal, state or local public record locator service, to provide updated addresses for Class Members. If an updated address is located, the Special Master shall re-mail the Long Form Notice to the Class Members with the new address;

    b. By first class mail delivery and electronic mail to all attorneys appearing as counsel of record in this matter who have in the past represented, or who presently represent, any potential Class Member;

    c. By publishing of Exhibit H of the Settlement Agreement (Short Form Notice) in major newspapers serving the areas affected by Hurricanes Katrina and Rita. The Short Form Notice shall be used for the principal purpose of encouraging Class members to seek additional information. The Short Form Notice is designed to be simple but sufficiently comprehensive to inform Class members, prior to the Fairness Hearing, that there is a pending settlement, and further (i) inform Class members as to how they may obtain a

       copy of the Long Form Notice; (ii) protect their rights regarding the settlement; (iii) request exclusion from the Class and the proposed settlement, if desired; (iv) object to any aspect of the proposed settlement; and (v) participate, if desired, in the Fairness Hearing. Finally, the Notice shall make clear the binding effect of the Settlement on all persons who do not timely request exclusion from the Class. The Short Form Notice publications will appear in newspapers which include the following:

    i. Galveston County Daily News, Galveston, TX;

    ii. Houston Chronicle, Houston, TX;

    iii. The Advocate, Baton Rouge, LA;

    iv. Times-Picayune, New Orleans, LA;

    v. Daily Advertiser, Lafayette, LA;

    vi. American Press, Lake Chares, LA;

    vii. The Sun Herald, Gulfport, MS; and

    viii. Press-Register, Mobile, AL

3. The parties propose that mailings of the Long Form Notice begin on or about March 31, 2011. Publication of the Short Form Notice shall begin on or about March 15, 2011and shall be completed fourteen (14) days after initial publication. Publication of the Short Form Notice will occur twice (once in a daily edition and once in a Sunday edition) in the above-listed newspapers. The Special Master shall place the orders for publication of the Short Form Notice and personally review proofs thereof prior to publication to assure that the advertisements are suitable to serve the purposes herein stated.

4. The Special Master also shall submit to different media outlets in the affected areas for publication the attached Public Service Announcement ("PSA", Exhibit I). The Special Master then shall monitor the publication of the PSA and shall forward the transcripts of any radio publications of the PSA to each Party.

This notification plan is designed to (i) provide the best practicable notice under the circumstances of this action and the terms of the Stipulation of Settlement; (ii) provide Class Members with adequate instructions and a variety of means to obtain information pertaining to their rights and obligations effectively; (iii) reach both those class Members for whom accurate addresses are known and those Class Members whose addresses have changed or are not currently known; and (iv) satisfy federal due process and other relevant standards.