# EXHIBIT E

Class Representatives

| Defendant(s) | Class Representative | Case Information |
|---|---|---|
| Alliance Homes Inc. d/b/a Adrian Homes | Marcie Beverly | *Sylvester, et al v. Alliance Homes, Inc. d/b/a Adrian Homes, et al*, E.D. La. No. 09-8390 |
| American Homestar Corporation | Representative yet to be named | |
| Athens Park Homes, LLC | Sharon Florane | *Bruno, et al v. Athens Park, et al*, E.D. La. No. 09-3948 |
| Cavalier Home Builders, LLC, Cavalier Homes, Inc. (parent) | Dolores Bailey | *Bailey, et al v. Cavalier Home Builders*, E.D. La. No. 09-5003 |
| Champion Enterprises, Inc./Champion Home Builders Co. | Ardellia Hawkins | *James, et al v. Travelers Property Casualty Company of America TIL, et al*, E.D. La. No. 09-8379 |
| Champion Enterprises, Inc./Homes of Merit, Inc | Louis Copeland | *Valerie Brothern, as Next Friend of T. B., a minor, et al v. Homes of Merit, Inc., et al*, E.D. La. No. 09-7112 |
| Champion Enterprises, Inc./Redman Homes, Inc/Dutch Housing | Undina Fairley | *Ronnie Hall, et. al. v. Redman Homes Inc. (f/k/a Dutch Homes), et. al*., E.D. La. No. 09-6938 |
| CMH Manufacturing Inc | Linda Davis-Lutcher | *Ambo et al v. CMH Manufacturing, Inc. et al*, E.D. La. No. 09-7662 |
| Destiny Industries, LLC | Catherine Keyes | *Brent Sims, et. al. v. Destiny Industries, LLC, et. al.*, E.D. La. No. 09-7859 |
| Fairmont Homes, Inc | William Isaiah Frazier | *Michael Alexander et al v. American Camper Mfg., et al*, E.D. La. No. 09-4633 |
| Giles Family Holdings, Giles Industries of Tazewell, Incorporated, Giles Acquisition Corp | Shontay Fontenot, on behalf of the minor, H.F. | *Angelin et al v. Giles Industries, Inc. et al*, E.D. La. No. 09-7660 |
| Horton Homes, Inc | Pamela Benoit, on behalf of the minor, C.B. | *Randle-Henry, et al v. Horton Homes, Inc., et al*, E.D. La. No. 09-8371 |
| Indiana Building Systems, LLC d/b/a Holly Park Homes | Representative yet to be named | |
| Lexington Homes, Inc | Donovan Delone | *Rush, et al v. Lexington Homes, Inc. et al*, E.D. La. No. 09-8386 |
| Liberty Homes, Inc | Percy Evans | *Clark, et al v. Liberty Homes, Inc, et al*, E.D. La. No. 09-5604 |
| Oak Creek Homes, Inc, Oak Creek Homes, LP | Charlotte Thacker | *Sharlotte Thacker, et. al. v. Oak Creek Homes, Inc., et. al.*, E.D. La. No. 09-7984 |
| Patriot Homes of Texas, LP | Monique Austin | *Devina Petit, et al v. Insureco Agency and Insurance Co., et al*, E.D. La. No. 10-0431 |
| Patriot Homes, Inc | Paul Warrington | *Gloria Mackey, et. al. v. Patriot Homes, Inc., et. al.*, E.D. La. No. 09-7096 |
| Patriot Manufacturing, Inc | Michael Peterson, Jr. | *Christopher Paige, et. al. v. Patriot Manufacturing, Inc., et. al.*, E.D. La. No. 09-6918 |
| River Birch Homes, Inc | Tamika Lawton | *Daniel Armour, et. al. v. River Birch Homes, Inc. and/or River Birch Homes, L.L.C., et. al*, E.D. La. No. 09-7103 |
| ScotBilt Homes, Inc | Ella Flowers | *Flowers v. ScotBilt Homes, Inc., et al*, E.D. La. No. 10-3903 |
| Silver Creek Homes, Inc | Amy Lowrey | *Vera Cousin, et. al. v. Silver Creek Homes, Inc., et. al.*, E.D. La. No. 09-4736 |
| Southern Energy Homes, Inc | Amaris McGallion | *Causey et al v. Southern Energy Homes, Inc. et al*, E.D. La. No. 09-7664 |
| TownHomes, LLC | Linda Duong | *Andrea Jones, et. al. v. Townhomes, L.L.C., et. al.*, E.D. La. No. 09-6921 |
| Waverlee Homes, Inc | Dionne Boone | *Boone, et al v. Waverlee Homes, Inc., et al*, E.D. La. No. 09-4336 |