EXHIBIT

**A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT FORM

**A.     GULF STREAM COACH, INC. ("GULF STREAM")**

1.     Do you find that the Gulf Stream trailer occupied by Alana Alexander

("Alexander") and Christopher Cooper ("Cooper") was unreasonably dangerous in

its construction or composition?

Yes_____     No ✓_____

[PROCEED TO QUESTION NO. 2]

2.     Do you find that the Gulf Stream trailer occupied by Alexander and Cooper was

unreasonably dangerous in its design?

Yes_____     No ✓_____

[PROCEED TO QUESTION NO. 3]

-1-

3.  Do you find that the Gulf Stream trailer occupied by Alexander and Cooper was

unreasonably dangerous because an adequate warning about the trailer was not

provided?

Yes_____   No__✓__

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1, 2, or 3 "YES",
PROCEED TO QUESTION NO. 4.  IF YOU ANSWERED EACH AND ALL
QUESTION NUMBERS 1, 2, AND 3 "NO", PROCEED TO PART B,
QUESTION 7]

4.  Do you find that any unreasonably dangerous condition of the trailer existed at the

time it left Gulf Stream's control?

Yes_____   No_____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO
QUESTION NO. 5.  IF YOU ANSWERED QUESTION NUMBER 4 "NO",
PROCEED TO PART B, QUESTION 7]

5.  Do you find that Christopher Cooper sustained injury to which Gulf Stream

substantially contributed, as a result of any unreasonably dangerous condition of

the trailer?

Yes_____   No_____

[PROCEED TO QUESTION NO. 6]

6.  Do you find that Alana Alexander sustained injury to which Gulf Stream

substantially contributed, as a result of any unreasonably dangerous condition of

the trailer?

Yes_____   No_____

[PROCEED TO QUESTION NO. 7]

**B.     FLUOR ENTERPRISES, INC. ("FLUOR")**

7.     Do you find that Fluor was negligent in regard to its actions or inactions

concerning the hauling and/or installing of the trailer occupied by Alexander and

Cooper?

Yes_____      No_✓____

[IF YOU ANSWERED QUESTION NO. 7 "YES", PROCEED TO QUESTION
NO. 8.  IF YOU ANSWERED QUESTION NO. 7 "NO", PROCEED TO PART
C, QUESTION 10, WITHOUT REGARD TO THE PARENTHETICAL
INSTRUCTIONS BETWEEN C AND QUESTION NO. 10]

8.     Do you find that Christopher Cooper sustained injury to which Fluor substantially

contributed, as a result of the negligence of Fluor in its actions or inactions

concerning the hauling and/or installing of the trailer occupied by Alexander and

Cooper?

Yes_____      No_____

[PROCEED TO QUESTION NO. 9]

9.     Do you find that Alana Alexander sustained injury to which Fluor substantially

contributed, as a result of the negligence of Fluor in its actions or inactions

concerning the hauling and/or installing of the trailer occupied by Alexander and

Cooper?

Yes_____      No_____

[PROCEED TO PART C, QUESTION NO. 10]

C.    **ALLOCATION OF FAULT/DAMAGES**

[IF YOU ANSWERED EACH AND ALL OF QUESTION NOS. 5, 6, 8, and 9, "NO", DO NOT ANSWER ANY MORE QUESTIONS.  PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.  OTHERWISE, PROCEED TO QUESTION NO. 10 IF YOU ANSWERED QUESTIONS NOS. 5 OR 8 "YES." IF YOU ANSWERED BOTH QUESTION NOS. 5 AND 8 "NO," PROCEED TO QUESTION 11.]

10.    For Christopher Cooper, please allocate on a percentage basis the degree of fault,

if any, which you attribute to each of the following parties and non-parties.  Please

be careful to enter "0" or leave blank where you have found no fault on the part of

a party in your previous answers.  All numerical percentages you enter in this

question should add up to a total of 100%:

Defendant Gulf Stream Coach, Inc.                    ____0____ %
(If you answered "no" to Question
Nos. 1, 2, and 3; or if you answered
"no" to Question No. 4, you must put
a zero in this blank)

Defendant Fluor Enterprises, Inc.                    ____0____ %
(If you answered "no" to Question Nos.
7 or 8, you must put a zero in this blank)

Plaintiff Alana Alexander                            ____0____ %

United States (FEMA)                                 ____0____ %

Person or Entity Other Than Defendants,
FEMA, or Alexander (maintenance contractor
and/or installer sub-contractors only)               ____0____ %

                                        **100% (TOTAL)**

[PROCEED TO QUESTION NO. 11 IF YOU ANSWERED QUESTIONS NOS. 6 OR 9 "YES." IF YOU ANSWERED BOTH QUESTION NOS.6 AND 9 "NO," PROCEED TO QUESTION 12 ONLY IF YOU ANSWERED QUESTION NO.

-4-

10. OTHERWISE, PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

11. For Alana Alexander, please allocate on a percentage basis the degree of fault, if any, which you attribute to each of the following parties and non-parties. Please be careful to enter "0" or leave blank where you have found no fault on the part of a party in your previous answers. All numerical percentages you enter in this question should add up to a total of 100%:

Defendant Gulf Stream Coach, Inc.     _0_ %
(If you answered "no" to Question
Nos. 1, 2, and 3; or if you answered
"no" to Question No. 4, you must put
a zero in this blank)

Defendant Fluor Enterprises, Inc.     _0_ %
(If you answered "no" to Question Nos.
7 or 9, you must put a zero in this blank)

Plaintiff Alana Alexander     _0_ %

United States (FEMA)     _0_ %

Person or Entity Other Than Defendants,
FEMA, or Alexander (maintenance contractor
and/or installer sub-contractors only)     _0_ %

**100% (TOTAL)**

[PROCEED TO QUESTION NO. 12]

-5-

12.  What amount of damages, if any, do you find should be awarded with respect to each of the following claims:

Past, present and future physical pain and suffering
of Christopher Cooper:                                          $ _____0_____

Past, present and future mental anguish and emotional
distress of Christopher Cooper:                                 $ _____0_____

Past, present and future medical expenses (including
medical monitoring) for Christopher Cooper:                     $ _____0_____

Loss or impairment of life's pleasures
for Christopher Cooper:                                         $ _____0_____

Past, present and future mental anguish and emotional
distress of Alana Alexander:                                    $ _____0_____

Loss of consortium for Alana Alexander                          $ _____0_____

Date _9/24/09_                        _____
                                      JURY FOREPERSON
                                      CHARLES Smallwood

-6-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Wright v. Forest River/Shaw*
Member Case No. 09-2977

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT FORM

### A.   FOREST RIVER, INC. ("FOREST RIVER")

1.   Do you find that the Forest River trailer occupied by Lyndon Wright ("Wright")

was unreasonably dangerous in its construction or composition?

Yes_____   No __X__

[PROCEED TO QUESTION NO. 2]

2.   Do you find that the Forest River trailer occupied by Wright was unreasonably

dangerous in its design?

Yes_____   No __X__

[PROCEED TO QUESTION NO. 3]

-1-

3.  Do you find that the Forest River trailer occupied by Wright was unreasonably

dangerous because an adequate warning about the trailer was not provided?

Yes_____    No_X__

[IF YOU ANSWERED ANY OF QUESTION NUMBERS 1, 2, or 3 "YES",
PROCEED TO QUESTION NO. 4.  IF YOU ANSWERED EACH AND ALL OF
QUESTION NUMBERS 1, 2, AND 3 "NO", PROCEED TO PART B,
QUESTION 6]

4.  Do you find that any unreasonably dangerous condition of the trailer existed at the

time it left Forest River's control?

Yes_____    No_____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO
QUESTION NO. 5.  IF YOU ANSWERED QUESTION NUMBER 4 "NO",
PROCEED TO PART B, QUESTION 6]

5.  Do you find that Wright sustained injury to which Forest River substantially

contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes_____    No_____

[PROCEED TO PART B, QUESTION NO. 6]

**B.   SHAW ENVIRONMENTAL, INC. ("SHAW")**

6.  Do you find that Shaw was negligent in regard to its actions or inactions

concerning the hauling and/or installing of the trailer occupied by Wright?

Yes_____    No_X__

[IF YOU ANSWERED QUESTION NO. 6 "YES", PROCEED TO QUESTION
NO. 7.  IF YOU ANSWERED "NO" TO QUESTION NO. 6, BUT "YES" TO
ANY OF QUESTION NOS. 1, 2, OR 3, AND "YES" TO QUESTION NO. 5,
PROCEED DIRECTLY TO QUESTION NO. 8, WITHOUT REGARD TO THE

-2-

PARENTHETICAL INSTRUCTIONS BETWEEN PART C AND QUESTION
NO. 8. IF YOU ANSWERED "NO" TO EACH AND ALL OF QUESTION
NOS. 1-3 AND 6, PLEASE SIGN AND DATE THIS JURY VERDICT FORM,
AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE
REACHED A VERDICT. ]

7.      Do you find that Wright sustained injury to which Shaw substantially contributed,

as a result of the negligence of Shaw in its actions or inactions concerning the

hauling and/or installing of the trailer occupied by Wright?

Yes_____      No_____

[PROCEED TO PART C BELOW]


C.    **ALLOCATION OF FAULT/DAMAGES**

[IF YOU ANSWERED BOTH QUESTION NOS. 5 and 7, "NO", DO NOT
ANSWER ANY MORE QUESTIONS. PLEASE SIGN AND DATE THIS
JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER
THAT YOU HAVE REACHED A VERDICT. OTHERWISE, PROCEED TO
QUESTION NO. 8]

8.      Please allocate on a percentage basis the degree of fault, if any, which you

attribute to each of the following parties and non-parties. Please be careful to

enter "0" or leave blank where you have found no fault on the part of a party in

your previous answers. All numerical percentages you enter in this question

should add up to a total of 100%:

Defendant Forest River, Inc.                                             _____%
(If you answered "no" to all of Question
Nos. 1, 2, and 3; or if you answered
"no" to Question Nos. 4 or 5, you must put
a zero in this blank)

Defendant Shaw Environmental, Inc.                                  _____%
(If you answered "no" to Question Nos.

-3-

6 or 7, you must put a zero in this blank)

Plaintiff Lyndon Wright _____ %

United States (FEMA) _____ %

Person or Entity Other Than Defendants,
FEMA, or Wright (maintenance and
deactivation contractors or MDCs) _____ %

**100% (TOTAL)**

[PROCEED TO QUESTION NO. 9]

9.  What amount of damages, if any, do you find should be awarded with respect to
    each of the following claims:

    Past, present and future physical pain and suffering
    of Lyndon Wright:                                        $_____

    Past, present and future mental anguish and emotional
    distress of Lyndon Wright:                               $_____

    Future medical expenses for Lyndon Wright:               $_____

    Loss or impairment of life's pleasures
    for Lyndon Wright:                                        $_____

Date_____3/29/2010_____                    _____
                                                  JURY FOREPERSON

-4-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Castanel v. Recreation By Design, LLC*
Member Case No. 09-3251

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

JURY VERDICT FORM

A.   LIABILITY

1.   Do you find that the RBD trailer occupied by Castanel was unreasonably

dangerous in its design?

Yes_____   No ✗_____

[PROCEED TO QUESTION NO. 2]

2.   Do you find that the RBD trailer occupied by Castanel was unreasonably

-1-

dangerous because an adequate warning about the trailer was not provided?

Yes_____     No__✗__

[IF YOU ANSWERED EITHER OF QUESTION NUMBERS 1 OR 2 "YES", PROCEED TO QUESTION NO. 3. IF YOU ANSWERED BOTH OF QUESTION NUMBERS 1 AND 2 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

3.  Do you find that any unreasonably dangerous condition of the trailer existed at the

time it left RBD's control?

Yes_____     No_____

[IF YOU ANSWERED QUESTION NUMBER 3 "YES", PROCEED TO PART B, QUESTION NO. 4. IF YOU ANSWERED QUESTION NUMBER 3 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

## B.   DAMAGES

4.  Do you find that Castanel sustained injury to which RBD substantially

contributed, as a result of any unreasonably dangerous condition of the trailer?

Yes_____     No_____

[IF YOU ANSWERED QUESTION NUMBER 4 "YES", PROCEED TO PART C, QUESTION NO. 5. IF YOU ANSWERED QUESTION NUMBER 4 "NO", PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]

## C.   ALLOCATION OF FAULT/DAMAGES

5.   Please allocate on a percentage basis the degree of fault, if any, which you

attribute to each of the following parties and non-parties.  All numerical

percentages you enter in this question should add up to a total of 100%:

Defendant Recreation By Design, LLC       _____%

Plaintiff Earline Castanel       _____%

Shaw Environmental, Inc.       _____%

United States (FEMA)       _____%

**100% (TOTAL)**

[PROCEED TO QUESTION NO. 6]

6.   What amount of damages, if any, do you find should be awarded with respect to
each of the following claims:

Past, present and future physical pain and suffering
of Earline Castanel:       $_____

Past, present and future mental anguish and emotional
distress of Earline Castanel:       $_____

Past medical expenses for Earline Castanel       $_____

Loss or impairment of life's pleasures
for Earline Castanel:       $_____

[PLEASE SIGN AND DATE THIS JURY VERDICT FORM, AND ADVISE
THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A
VERDICT.]

Date_ 5/24/10 _____       _Maureen Catalano_

                                     JURY FOREPERSON