UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

EXHIBIT D

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-----

### DECLARATION OF THOMAS WERTH THAGARD III

COMES NOW Thomas Werth Thagard III, being of sound mind and lawful age, and subject to the penalties for perjury deposes and states as follows:

1. My name is Thomas Thagard. I have been appointed as Liaison Counsel for the Non-Litigation Defendants as part of this MDL proceeding. I have personal knowledge of the matters declared herein.

2. The legal issues involved in this litigation, especially those of preemption, are of such import to the Non-Litigation Defendants that those defendants would likely appeal and fight by any and all means necessary any adverse jury verdict against them obtained as part of this MDL proceeding.

_____
Thomas Werth Thagard III