IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERELL GARNER, individually and** | * | **DOCKET NO. 09-5246** |
| **On behalf of minors THOMIA GARNER** | * | |
| **And DEJONELLE GLEETON,** | * | |
| **THOMAS GARNER, JR., individually and** | * | |
| **On behalf of minor THOMAS GARNER, III,** | * | |
| **ALICIA CUTRER, individually and** | * | |
| **On behalf of minor CHANTEL SCHURR, and** | * | |
| **EDWARD CONRAD, JR.** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **RECREATION BY DESIGN, L.L.C.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **and UNITED STATES OF AMERICA** | * | |
| **THROUGH THE FEDERAL EMERGENCY** | * | |
| **MANAGEMENT AGENCY** | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this 21st day of January, 2011.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

_____
HONORABLE KURT D. ENGELHARDT