UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Alleman, et al v. Gulf Stream Coach, Inc., et al*   JURY DEMANDED
*No. 09-5390*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED this ____21st____ day of _____January_____, 20__11____ in New Orleans,

Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE