IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANET HOOKER,** | * | **DOCKET NO. 10-2396** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | |
| versus | * | |
| | * | |
| **AMERICAN INTERNATIONAL** | * | |
| **SPECIALTY LINES, CO., INURANCE CO.** | * | |
| **OF THE STATE OF PENNSYLVANIA,** | * | |
| **LEXINGTON INSURANCE COMPANY,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |
| **This case relates to MDL NO. 07-1873** | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this 21st day of January, 2011.

IT IS FURTHER ORDERED that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

_____
HONORABLE KURT D. ENGELHARDT