# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NYKESHIA DENNIS** | * | **DOCKET NO.  10-2403** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **CAVALIER HOME BUILDERS, LLC,** | * | |
| **CAVALIER HOMES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |
| **This case relates to MDL 07-1873** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended

Complaint is GRANTED.

New Orleans, Louisiana this 21st day of _____ January _____, 2010. 2011

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply
with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

_____
HONORABLE KURT D. ENGELHARDT