# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO:<br>ALL CASES ("Louisiana Plaintiffs") | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE REMAINING FTCA CLAIMS OF ALL "LOUISIANA PLAINTIFFS," OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (Rec. Doc. 16598)

Defendant, the United States of America, hereby moves for leave to file a reply memorandum in support of its "Motion to Dismiss the Remaining FTCA Claims of All 'Louisiana Plaintiffs,' or, in the Alternative, for Summary Judgment" (Rec. Doc. 16598). The Court should grant the requested leave to allow the United States an opportunity to respond to the arguments raised by Louisiana Plaintiffs in their opposition to the United States' motion. Louisiana Plaintiffs' counsel has been contacted and they do not object to the filing a reply memorandum in support of this motion.

| | |
|---|---|
| Dated: January 24, 2011 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Civil Division, Torts Branch | MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | |
| OF COUNSEL: | *s/ Adam M. Dinnell*<br>ADAM M. DINNELL (TX No. 24055405)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch |
| JANICE WILLIAMS-JONES<br>Senior Trial Attorney<br>FEMA/DHS | |

P.O. Box 340, Ben Franklin Station  
Washington, DC 20004  
Telephone:  (202) 616-4211  
E-mail:  Adam.Dinnell@usdoj.gov

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*  
ADAM M. DINNELL (TX No. 24055405)

2