UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873  SECTION N(5)  JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *James Carey, et al, v. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.* Case No. 09-5747 | * * * * * | MAGISTRATE CHASEZ |

**THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, unless otherwise indicated below, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their First Amended Complaint for Damages filed on their behalf with this Court on August 14, 2009 and their Second Supplemental and Amending Complaint for Damages filed on their behalf with this Court on July 6, 2010:

I.

On information and belief, the housing unit of each Plaintiff, including those units manufactured prior to and subsequent hurricanes Katrina and Rita and purchased by FEMA, were not subject to the Government specifications or deviated from Government specifications pertaining to the safety of the unit as a residence.

II.

In addition to, and on information and belief, Plaintiffs submit that each and all of the housing units at issue herein were not subject to Government specifications or did not conform to any Government specifications which addressed the design or construction of the housing units pertinent to formaldehyde levels.

1

III.

Plaintiffs hereby withdraw allegations set forth in Paragraphs 27, 28, 29, and 30 of their First Amended Complaint for Damages filed with this Court on August 14, 2009.

## PRAYER FOR RELIEF

Plaintiffs respectfully reiterate and re-aver all prayers for relief contained in their First Amended Complaint for Damages and Second Supplemental and Amending Complaint for Damages.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
       Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.