IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANET HOOKER,** | * | **DOCKET NO. 10-2396** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | |
| versus | * | |
| | * | |
| **AMERICAN INTERNATIONAL** | * | |
| **SPECIALTY LINES, CO., INURANCE CO.** | * | |
| **OF THE STATE OF PENNSYLVANIA,** | * | |
| **LEXINGTON INSURANCE COMPANY,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |
| **This case relates to MDL NO. 07-1873** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs through undersigned counsel respectfully supplement and amend their Amended Complaint in the following respects:

1.

By adding the name:

Glenda Stone[1] as a Named Plaintiff, to be listed on exhibit "A" of the Amended Complaint.

2.

Leave of this Court has been requested, and is required, to amend Plaintiffs' Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Respectfully submitted:

---

[1] Glenda Stone originally filed suit on August 3, 2009 in *Anderson, et al v. Alliance Homes, Inc., et al*, EDLA 09-5252.

2

                                          **GAINSBURGH, BENJAMIN, DAVID,**
                                          **MEUNIER & WARSHAUER, L.L.C.**

BY:    <u>/s/ Justin I. Woods</u>
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David,
         Meunier & Warshauer, L.L.C.
         2800 Energy Centre
          1100 Poydras Street
         New Orleans, Louisiana  70163
         Telephone:    504/522-2304
         Facsimile:     504/528-9973
         jwoods@gainsben.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANET HOOKER,** | * | **DOCKET NO. 10-2396** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | |
| versus | * | |
| | * | |
| **AMERICAN INTERNATIONAL** | * | |
| **SPECIALTY LINES, CO., INURANCE CO.** | * | |
| **OF THE STATE OF PENNSYLVANIA,** | * | |
| **LEXINGTON INSURANCE COMPANY,** | * | |
| **SHAW ENVIRONMENTAL, INC., and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |
| This case relates to MDL NO. 07-1873 | * | |

*************************************************************************

## EXHIBIT A

**Claims Originated in** *Anderson, et al., v. Alliance Homes, et al.*, **09-5252**

    Janet Hooker
    Janet Hooker, on behalf of Wilma Bell
    Lawrence Clark
    Joshua Hooker
    **Glenda Stone (added in this amendment)**

3