UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *ALL CASES* | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Amend Exhibits C, D and F attached to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803);

**IT IS ORDERED** that the attached Exhibits C, D and F to Manufacturing Defendants' Comprehensive Reply Memorandum to Plaintiffs' Opposition to Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 19803) be entered into the record replacing Exhibits C, D and F currently attached to Rec. Doc. 19803.

New Orleans, Louisiana  1/24/11

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00092267-1