UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *ALL CASES* | * | |
| | * | MAGISTRATE: CHASEZ |

## MOTION TO AMEND ORDER AND REASONS (Rec. Doc. 19856)

**NOW INTO COURT**, come Manufacturing Defendants, who respectfully request that this Honorable Court amend its Order and Reasons (Rec. Doc. 19856) to not include the following cases as **DISMISSED with prejudice:**

2:09-cv-06173-KDE-ALC Anderson v. Forest River, Inc., et al

2:09-cv-06377-KDE-ALC Seward, et al v. Coachman Industries, Inc., et al

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Motion.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK, #18495
**MANUFACTURING DEFENDANTS'
LIAISON COUNSEL**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:     504/837-3119

00092429-1

andreww@duplass.com

## **C E R T I F I C A T E**

I hereby certify that on the 24th day of January, 2011, a copy of the foregoing Motion to Amend Order and Reasons (Rec. Doc. 19856) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00092429-1