UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:
    *Schlosser v. SunnyBrook RV, et al.*, Case No. 09-8679

## MEMORANDUM IN RESPONSE TO SUNNYBROOK, RV'S OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

    Plaintiffs, appearing through undersigned counsel, respectfully request for the reasons set forth in the foregoing memorandum that this Honorable Court grant Plaintiffs' Motion for Leave to file the Supplemental and Amended Complaint, as Plaintiffs have complied with the Court's Orders.

    Plaintiffs filed a Motion for Leave to file a Supplemental and Amended Complaint with regards to Plaintiff Theresa Schlosser in the above-captioned matter (Rec. Doc. 18682). Plaintiffs' Supplemental and Amending Petition was filed in compliance with Pre-Trial Order Number 40, which required that a Plaintiff be successfully matched to a Defendant manufacturer. However, despite Plaintiffs' intention to comply with Order Number 40, Plaintiffs inartfully crafted their Supplemental and Amending Petition and stated Plaintiffs intended to join a wholly new Plaintiff. This was not Plaintiffs' intent, as Plaintiff was already named in a previous filing. Instead, Plaintiffs intended to supplement and amend to join a Defendant contractor.

    Plaintiffs now ask this Court to allow Plaintiffs to Supplement and Amend our petition to

properly state Plaintiffs' original intention to add a Defendant contractor, as Defendant manufacturer has previously suggested (Rec. Doc. 19801-2).

Plaintiff respectfully represents that for the foregoing reasons, the Defendants' Opposition to Motion for Leave to File First Supplemental and Amended Complaint should be denied as to the above-captioned Plaintiff, as Plaintiff has fully complied with Pretrial Order Number 40 and has properly matched Plaintiff Theresa Schlosser to a manufacturing Defendant as mandated and should be further allowed to add the proper contractor Defendant.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

  S/ Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: melissa@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing via CM/ECF filer, or otherwise served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, by facsimile or other electronic transmission this 24th day of January, 2011.

  S/ Melissa A. DeBarbieris
MELISSA A. DEBARBIERIS