**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                               SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASE:
    *Schlosser v. SunnyBrook RV, et al.*, Case No. 09-8679

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN
RESPONSE TO SUNNYBROOK RV'S OPPOSITION TO MOTION FOR LEAVE
TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT AND
INCORPORATED MEMORANDUM**

    **NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above captioned matter, who request leave to file a Memorandum in Response to Defendant SunnyBrook RV's Opposition to Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint.

    Defendant SunnyBrook RV has filed an Opposition to Plaintiffs' Motion for Leave to file a Supplemental and Amending Petition.  In order to more fully explain their reason for filing a Supplemental and Amending Petition, Plaintiffs respectfully request this Court allow the foregoing Memorandum in Response to Defendant SunnyBrook RV's Opposition.

    Counsel for Defendant SunnyBrook RV has been notified in advance of this filing and consents to Plaintiffs filing the instant motion.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs Motion for Leave to file the attached Reply Memorandum as it relates to the above captioned matter.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

 S/ Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: melissa@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing via CM/ECF filer, or otherwise served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, by facsimile or other electronic transmission this 25th day of January, 2011.

 S/ Melissa A. DeBarbieris
MELISSA A. DEBARBIERIS
