**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                              MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                              SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASE:**
  *Schlosser v. SunnyBrook RV, et al.*, Case No. 09-8679

## ORDER

Considering the foregoing Motion for Leave to file this Reply Memorandum on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE Reply Memorandum attached and submitted with the foregoing motion:

DATED this _____ day of _____, 20____ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE