MINUTE ENTRY
ENGELHARDT, J.
January 25, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER       FORMALDEHYDE PRODUCTS       LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Tuesday, January 25, 2011, at 9:30 a.m. Participating were Thomas W. Thagard, Laurie Hargrove, Justin I. Woods, Lamont P. Domingue, Andrew D. Weinstock and W. Evan Plauche.

JS10(00:15)