UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE PRODUCTS                         SECTION N MAG. 5
LIABILITY LITIGATION

                                              JUDGE ENGELHARDT
                                              MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Abrahms, et al v. Gulf Stream Coach, Inc., et*    JURY DEMANDED
*al*
*No. 09-5392*


**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, for reasons more fully set forth in the memorandum attached hereto,

respectfully represent that it is both necessary and appropriate to supplement and amend their

underlying Complaint for Damages to add one named plaintiff who, on information and belief,

resided in the same type of emergency housing unit manufactured by Gulf Stream Coach, Inc.

because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having

her claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant

Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint

for Damages as it relates to the underlying suit of *Abrahms, et al v. Gulf Stream Coach, Inc., et*

*al* Case No. 2:09-cv-5392, filed August 3, 2009 in the Eastern District of Louisiana.

Respectfully submitted,


By:    /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 26, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland
