**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASE:**
   *Schlosser v. SunnyBrook RV, et al.*, Case No. 09-8679

### ORDER

Considering the foregoing Motion for Leave to file this Reply Memorandum on Plaintiffs' behalf:

IT IS ORDERED that the Plaintiffs be GRANTED LEAVE TO FILE Reply Memorandum attached and submitted with the foregoing motion:

DATED this  26th  day of _____January_____, 20 11 __ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE