UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date

set for hearing of the motion.  No memorandum in opposition to the  "Motion to Sever 'Matched'

Plaintiffs from Original 'Unmatched' Complaint and for Leave to File Amended Complaint" (Rec.

Doc. 19308)**,** set for hearing on January 26, 2011, was filed.  Further, it appears to the Court that this

motion has merit.  Accordingly,

**IT IS ORDERED** that the "Motion to Sever 'Matched' Plaintiffs from Original

'Unmatched' Complaint and for Leave to File Amended Complaint" (Rec. Doc. 19308) is hereby

**GRANTED**.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date

this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition

memorandum to the original motion.  Because a motion for reconsideration would not have been

necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 26th day of January 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**