OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: January 26, 2011

In re: FEMA Trailer Litigation

MDL 07-1873, as relates to:
*Joan Perret Decourcy, et al. v. Fluor Enterprises,, Inc. 10-3995*

Dear Sir:

Please **REISSUE** summons on **Plaintiffs' Amending Complaint for Damages** to the following:

1. **The United States of America**, Through the United States of Attorney General, Hon Eric H. Holder, Jr., U.S. Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

2. **The United States of America**, Through the Office of the U.S. Attorney for the Eastern District of Louisiana, Through Jim Letten, United States Attorney, Hale Boggs Federal Building 500 Poydras Street, Suite B-210 New Orleans, Lousiana 70130.

3. **Federal Emergency Management Agency**, Through the Office of the Director, Administrator of the Federal Emergency Management Agency, 500 C Street S.W., Washington, D.C. 20472

**Pursuant to Pretrial Order Nos. 55 and 68, I hereby certify that all parties in this matter have been properly matched**

Sincerely,

DAVID C. JARRELL, La Bar No. 30907
Law Offices of Sidney D. Torres, III APLC
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
*Counsel for Plaintiffs*