UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Roshto, et al v. Cavalier Home Builders, LLC, et al., EDLA 10-2375*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Second Supplemental and Amended Complaint, to add Daniel Murchison and Danielle Murchison as plaintiffs therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Plaintiffs desire to add in the above-captioned matter plaintiffs for whom matching information is now available. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Plaintiffs' status in this litigation is in jeopardy, as their unmatched complaint, *Anderson v. Alliance Homes, Inc., et al.*, 09-5252, is listed in the aforementioned Motion to Dismiss.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant the instant Motion for Leave to Amend Plaintiffs' Second Supplemental and Amended Complaint.

                                              Respectfully submitted:

                                              **GAINSBURGH, BENJAMIN, DAVID,**
                                              **MEUNIER & WARSHAUER, L.L.C.**

```
                                        BY:    /s/ Justin I. Woods
                                               GERALD E. MEUNIER, #9471
                                               JUSTIN I. WOODS, #24713
                                               Gainsburgh, Benjamin, David,
                                               Meunier & Warshauer, L.L.C.
                                               2800 Energy Centre
                                                1100 Poydras Street
                                               New Orleans, Louisiana  70163
                                               Telephone:    504/522-2304
                                               Facsimile:    504/528-9973
                                               jwoods@gainsben.com
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 26, 2011.

```
                              s/Justin I. Woods
                              JUSTIN I. WOODS, #24713
```