UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Roshto, et al v. Cavalier Home Builders, LLC, et al., EDLA 10-2375*
*************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this____day of_____, 2010.

_____
HONORABLE KURT D. ENGELHARDT