UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Carrien, et al v. Adrian Housing Corp., et al., EDLA 10-0542*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' ORIGINAL COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their Original Complaint, to add plaintiffs, listed in the attached proposed amending complaint, therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Plaintiffs desire to add in the above-captioned matter plaintiffs for whom matching information is now available. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), Plaintiffs' status in this litigation is in jeopardy, as their unmatched complaint, *Anderson v. Alliance Homes, Inc., et al.*, 09-5252, is listed in the aforementioned Motion to Dismiss.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant the instant Motion for Leave to Amend Plaintiffs' Original Complaint.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

```
                                BY:    /s/ Justin I. Woods
                                       GERALD E. MEUNIER, #9471
                                       JUSTIN I. WOODS, #24713
                                       Gainsburgh, Benjamin, David,
                                       Meunier & Warshauer, L.L.C.
                                       2800 Energy Centre
                                        1100 Poydras Street
                                       New Orleans, Louisiana  70163
                                       Telephone:    504/522-2304
                                       Facsimile:    504/528-9973
                                       jwoods@gainsben.com
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 26, 2011.

```
                                s/Justin I. Woods
                                JUSTIN I. WOODS, #24713
```