UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                               JUDGE ENGELHARDT
                                                               MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Carrien, et al v. Adrian Housing Corp., et al., EDLA 10-0542*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
COMPLAINT FOR DAMAGES**

Named Plaintiffs through undersigned counsel respectfully supplement and amend their Amended Complaint in the following respects:

1.

By adding the names:

Melodie Coutune, on behalf of the minor child, B.C-W,

Melodie Coutune, on behalf of the minor child, L.C-W, and

Melodie Coutune[1], as Named Plaintiffs, to be listed on exhibit "A" of the Amended Complaint.

2.

Leave of this Court has been requested to amend Plaintiffs' Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

                                           Respectfully submitted:

                                           **GAINSBURGH, BENJAMIN, DAVID,
                                           MEUNIER & WARSHAUER, L.L.C.**

---

[1] Melodie Coutune, individually and on behalf of B.C-W. and L.C-W., originally filed suit on August 3, 2009 in *Anderson, et al v. Alliance Homes, Inc., et al*, EDLA 09-5252.

                              BY:    s/ Justin I. Woods
                                           GERALD E. MEUNIER, #9471
                                           JUSTIN I. WOODS, #24713
                                           Gainsburgh, Benjamin, David,
                                           Meunier & Warshauer, L.L.C.
                                           2800 Energy Centre
                                            1100 Poydras Street
                                           New Orleans, Louisiana  70163
                                           Telephone:     504/522-2304
                                           Facsimile:     504/528-9973
                                           jwoods@gainsben.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 s/Justin I. Woods
                                                 JUSTIN I. WOODS, # 24713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Carrien, et al v. Adrian Housing Corp., et al., EDLA 10-0542*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORIGINATING COMPLAINT**

     Pursuant to Pretrial Order 40, the complaint listed below is the complaint in which additional plaintiffs first asserted their allegations against the defendants:

     *Anderson, et al v. Alliance Homes, Inc., et al.*, 09-5252

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**     **SECTION "N-5"**

                                                   **JUDGE ENGELHARDT**
                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Carrien, et al v. Adrian Housing Corp., et al., EDLA 10-0542*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**"EXHIBIT A"**


1)  **KARMEN ARDIE,**
2)  **ANGELICA BROWN,**
3)  **DANIEL LEE BROWN,**
4)  **DEBBIE PIKNEY-BROWN,**
5)  **LEE DANIEL BROWN**
6)  **RAVEN NICOLE CARRIEN, INDIVIDUALLY A/N/F S.J.,**
7)  **CARL LEE HARDY,**
8)  **ROOSEVELT JOHN ORPHY, INDIVIDUALLY**
9)  **ROOSEVELT JOHN ORPHY AS REPRESENTATIVE OF THE ESTATE OF VELMA ORPHY**
10) *MELODIE COUTUNE, O/B/O B.C-W. (added in this amendment)*
11) *MELODIE COUTUNE, O/B/O L.C-W. (added in this amendment)*
12) *MELODIE COUTUNE (added in this amendment)*