UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Thornton, et al v. Forest River, Inc., et al., EDLA 09-3305*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully move this Court to allow them to amend their First Supplemental and Amended Complaint, to add Lynda Ward Stevenson, individually and on behalf of the minors, L.S. and M.S., and Marshall J. Stevenson, Jr., as plaintiffs therein. Rule 15 of the Federal Rules of Civil Procedure specifically states, "[t]he court should freely give leave when justice so requires." Here, Plaintiffs desire to add in the above-captioned matter plaintiffs for whom matching information is now known. Because of defendants' pending "omnibus" Joint Motion to Dismiss (Doc. 18684), the Stevenson's status as plaintiffs in this litigation is in jeopardy, as their original complaint, *McGuire, et al., v. Gulf Stream Coach, et al.*, No. 06-5659, is listed in the aforementioned Motion to Dismiss.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant the instant Motion for Leave to Amend Plaintiff's First Supplemental and Amended Complaint.

Respectfully submitted:

>                    **GAINSBURGH, BENJAMIN, DAVID,**
>                    **MEUNIER & WARSHAUER, L.L.C.**
>
> BY:    /s/ Justin I. Woods
>        GERALD E. MEUNIER, #9471
>        JUSTIN I. WOODS, #24713
>        Gainsburgh, Benjamin, David,
>        Meunier & Warshauer, L.L.C.
>        2800 Energy Centre
>        1100 Poydras Street
>        New Orleans, Louisiana  70163
>        Telephone:    504/522-2304
>        Facsimile:    504/528-9973
>        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on January 26, 2011.

>    s/Justin I. Woods
>    JUSTIN I. WOODS, #24713