UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Thornton, et al v. Forest River, Inc., et al., EDLA 09-3305*
*************************************************************************

**ORDER**

     Considering the foregoing Motion,

     IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

     New Orleans, Louisiana this____day of_____, 2010.

                                      _____
                                      HONORABLE KURT D. ENGELHARDT