AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| DENISE CARTER, ET AL<br><br>*Plaintiff*<br>v.<br>SUNRAY, RV, LLC., ET AL<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  09-4332 **"N" (5)**<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA through
James Letten, US Attorney for the Eastern District of LA
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  **Jan 12 2011**

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  09-4332

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  .

☐ I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____  , who is

designated by law to accept service of process on behalf of *(name of organization)*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| | A. Signature  X | ☐ Agent  ☐ Addressee | ; or |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  71791000164500175851 | B. Received by (Printed Name) | C. Date of Delivery | |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No | | 0.00 |
| United States of America, through James Letten, US Atty for EDLA 500 Poydras St., Suite B210 New Orleans, LA 70130 | | | |
| | 3. Service Type   ☒ Certified | | |
| | 4. Restricted Delivery? *(Extra Fee)*     Yes | | |
| Code: JIW  Code2: Carter, Denise  File: EDLA 09-4332 | | | |
| PS Form 3811          Domestic Return Receipt | | | |

D:

_____

*Server's address*

Additional information regarding attempted service, etc: