UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Woods v. Palm Harbor Homes, Inc., et al., EDLA 09-7771*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff moves this Court for leave to amend the complaint in the above-referenced case. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiff seeks to add to the complaint a direct cause of action against Palm Harbor's insurance carrier, Illinois National Insurance Company, for the damages caused by their insured. Plaintiff has contacted counsel for Fluor, and has been notified that they will file no opposition. Plaintiff has attempted to contact counsel for Palm Harbor; however, no response has been received. Thus, this motion is being filed as opposed by Palm Harbor only.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163

Telephone: 504/522-2304  
Facsimile: 504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            s/Justin I. Woods_____
            JUSTIN I. WOODS, #24713