## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Woods v. Palm Harbor Homes, Inc., et al., EDLA 09-7771*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff requests leave to amend the complaint in the above-referenced case to add a cause of action against an insurance company defendant pursuant to Louisiana's Direct Action Statute. The entity to be added is Illinois National Insurance Company, which insures Defendants Palm Harbor, Inc., Palm Harbor Albermarle, Inc., and Palm Harbor Manufacturing, Inc. (collectively "Palm Harbor"); and would show as follows:

I.     INTRODUCTION

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiff may directly sue this insurance company for the damages caused by their insured, Palm Harbor. The amendment to the complaint proposed by Plaintiff adds the direct cause of action against Palm Harbor's insurers. Plaintiff in the above-referenced case seeks to protect his interests by preserving claims against the insurer of Palm Harbor.

II.    ARGUMENT AND AUTHORITIES

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL plaintiff, justice requires leave to file his amended complaint to preserve the insurance coverage available to the Defendant Palm Harbor. Leave to amend Plaintiff's complaint should therefore be granted. *See Id.*

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiff therefore has the right to sue Palm Harbor's insurers directly. The proposed amended complaint adds a direct cause of action against Illinois National Insurance Company, Palm Harbor's insurer. *See* proposed First Supplemental and Amended Complaint for Damages, attached as Exhibit A. Because the added cause of action is necessary to assert Plaintiff's right of direct action against Defendant Palm Harbor's insurers, leave should be granted to file the proposed amended complaint. *Foman*, 371 U.S. at 182.

III.    CONCLUSION

For all of the above reasons, Plaintiff respectfully requests this Court grant his Motion for Leave to File Amended Complaint.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713
       Gainsburgh, Benjamin, David,
       Meunier & Warshauer, L.L.C.

2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                                   **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**                          **SECTION "N-5"**

                                                          **JUDGE ENGELHARDT**
                                                          **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Woods v. Palm Harbor Homes, Inc., et al., EDLA 09-7771*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT A**

**(PROPOSED FIRST SUPPLEMENTAL AND AMENDED COMPLAINT)**