# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           *     MDL No. 1873
FORMALDEHYDE                 *
PRODUCTS LIABILITY LITIGATION      *     JUDGE ENGELHARDT
                                            *
                                            *     MAGISTRATE CHASEZ

THIS DOCUMENT RELATED TO:
      *Clara Anderson, et al., v. Recreation by Design, LLC, et al.*
      *Civil Action No. 09-8626*

**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one named plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by Recreation by Design, LLC., because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having her claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Clara Anderson, et al., v. Recreation by Design, LLC.,*  Case No. 2:09-cv-8626, filed December 29, 2009, in the Eastern District of Louisiana.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)