UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hays v. American International Specialty Lines, et al., EDLA 09-5233*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion,

　　　IT IS ORDERED that the Plaintiff's unopposed Motion for Leave to Amend Plaintiff's

Original Complaint is GRANTED.

　　　New Orleans, Louisiana this____day of_____, 2010.


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT