UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Patricia Mack v. Recreation By Design, et al,* | * | |
| EDLA No. 09-6163 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiff's Motion and substitute Monaco Coach Corp. for Gulf Stream Coach. A review of documents and materials available to Plaintiffs indicates that the original naming of Gulf Stream Coach, Inc. as a defendant was erroneous.

1.

The *Mack* suit inadvertently misidentified Gulf Stream Coach as the manufacturer of Ms. Mack's second trailer in the above-captioned matter. Plaintiff now understands that her second trailer, VIN 1KB131L216W161094, was manufactured by Monaco Coach Corp., and installed by Fluor Enterprises, Inc.

2.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

3.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Gulf Stream Coach from this action without prejudice, and substitute Monaco Coach Corp., and its insurers in direct action, in its place.

>Respectfully submitted:
>
>**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
>
>BY: /s Justin I. Woods
>　　　GERALD E. MEUNIER, #9471
>　　　JUSTIN I. WOODS, #24713
>　　　Gainsburgh, Benjamin, David,
>　　　Meunier & Warshauer, L.L.C.
>　　　2800 Energy Centre
>　　　1100 Poydras Street
>　　　New Orleans, Louisiana  70163
>　　　Telephone:　504/522-2304
>　　　Facsimile:　504/528-9973
>　　　jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713