UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO | * | JUDGE: ENGELHARDT |
| *ALL CASES* | * | |
| | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Amend Order and Reasons (Rec. Doc. 19856);

**IT IS ORDERED** that the following cases will not be **DISMISSED with prejudice** and will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873.

2:09-cv-06173-KDE-ALC Anderson v. Forest River, Inc., et al
2:09-cv-06377-KDE-ALC Seward, et al v. Coachman Industries, Inc., et al

New Orleans, Louisiana   1/25/11

_____
United States District Judge

00092440-1