UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT RELATED TO:
*Christopher Hunter, et al., v. Forest River, Inc., et al.*
*Civil Action No. 09-8634*
**************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE