# EXHIBIT "A"

| | |
|---|---|
| Plaintiff: | Michelle Augustine |
| Address: | 50000 Groom Road, Baker, Louisiana 70714 |
| Defendants: | Jayco, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Terri L. St. Cyr |
| Address: | 5101 Paris Avenue, New Orleans, Louisiana 70122 |
| Defendants: | Jayco, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Hilda Venson-Markey |
| Address: | 4713 W. Adams Court, New Orleans, Louisiana 70128 |
| Defendants: | Jayco, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    George Brown
Address:      2531 Sage Street, New Orleans, Louisiana 70122
Defendants:   Jayco, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282


Plaintiff:    Rickey J. Bolton, Jr.
Address:      7230 Pinebrook Drive, New Orleans, Louisiana 70128
Defendants:   Jayco, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282


Plaintiff:    Jeremiah Shields
Address:      1335 Alvar Street, New Orleans, Louisiana 70117
Defendants:   Jayco, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Lawrence Robertson, Sr.
Address: Highway 3127, Killona, Louisiana 70066
Defendants: Jayco, Inc.
Smith Research Development & Support Corporation
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Claudia A. Robertson
Address: Highway 3127, Killona, Louisiana 70066
Defendants: Jayco, Inc.
Smith Research Development & Support Corporation
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Ura D. Jackson
Address: 3915 Clermont Drive, New Orleans, Louisiana 70122
Defendants: Jayco, Inc.
Flour Enteprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Michele Jackson
Address: 3915 Clermont Drive, New Orleans, Louisiana 70122
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

Plaintiff: Jason C. Freeman
Address: 2409 Guerra Drive, Violet, Louisiana 70092
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282

Plaintiff: Tramayme W. Santiago
Address: 2409 Guerra Drive    Violet  Louisiana    70092
Defendants: Jayco, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282