UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT RELATED TO:
   *Susan Bartholomew, et al., v. Cavalier Home Builders, LLC, et al.*
   Civil Action No. 09-8512
**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

   NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one named plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by Cavalier Home Builders, LLC., because the denial of inclusion would be unjust and prevent the aggrieved Plaintiffs from having their claims heard.

   WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Susan Bartholomew, et al., v. Cavalier Home Builders, LLC.,* Case No. 2:09-cv-8512, filed December 29, 2009, in the Eastern District of Louisiana.

>Respectfully submitted,
>
>/s/ Frank J. D'Amico, Jr.
>FRANK J. D'AMICO, JR. (LSBA# 17519)
>Frank J. D'Amico, Jr., APLC
>4731 Canal St.
>New Orleans, LA  70119
>Phone: (504) 525-7272
>Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>/s/ Frank J. D'Amico, Jr.
>FRANK J. D'AMICO, JR. (LSBA# 17519)