**COURT RECORD LOAN FORM**
(Please Print)

U.S. District Court

CSW 10-30945 + 10-30921

No. MD-07-1873  Short Title: FEMA Trailer  EASTERN DISTRICT OF LA  Date: 1/10/2011

To: Gerald Meunier
Name

1100 Poydras St. Ste 2800
Address

504-522-2304

N.O.   LA   70163
City   State   Zip

Record Vols: 11 (Eleven) vols.
☐ Exhibits
☐ Box:
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.
☐ Third Supp. Record Vols.

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return   **SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit.** Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To:   Clerk, 5th Circuit

☐ Record Vols
☐ Supp. Record Vols.
☐ Exhibits

Records above listed are returned to Clerk
Attorney Name:
Date:

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 20 2011
LORETTA G. WHYTE
CLERK

☐ Record Vols
☐ Supp. Record Vols.
☐ Exhibits

Records in above case have been received by Clerk
Name:
Date:

District: _____

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. 10-30921 / 10-30945  Short Title: In re FEMA Trailer  MD-07-1873

To:   Clerk, U.S. District Court

☐ Record Vols: 11 (Eleven) vols.
☐ Supp. Record Vols.
☐ Exhibits

Records in above...
Attorney Name:
Address: 1331 Pennsylvania Ave NW
City, State, Zip: Washington, DC 20004
Signed: _____  Date: _____

District: _____

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____
X Dktd
_ CtRmDep
_ Doc. No.

To:   Clerk, U.S. District Court

☐ Record Vols  Fee
☐ Supp. Record Vols.  Process
☐ Exhibits  X Dktd
 CtRmDep
 Doc. No.

Records in above case...
Judge/Attorney Name:
Date:

District: _____