UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| | * | |
| This Document Relates to: | * | |
| **Ausbrooks v. Forest river, Inc., et al;** | * | JUDGE: ENGELHARDT |
| **Early v. Gulf Stream Coach, Inc., et al.** | * | |
| **Price v. Jayco, Inc., et al;** | * | MAG: CHASEZ |
| **Clementin v. Keystone RV, et al;** | * | |
| **Williams v. KZRV, LP, et al** | * | |

**************************************************************************

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFFS' RESPONSE TO MANUFACTURING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PAUL HEWETT, Ph.D.

**NOW INTO COURT**, come **MANUFACTURING DEFENDANTS**, who respectfully request an Order from this Honorable Court granting leave to it to file its Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    (504) 832-3700
andreww@duplass.com
jglass@duplass.com

00104547-1

**Manufacturing Defendants' Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2011, a copy of the foregoing Motion for Leave to File Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com

00104547-1