UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| | * | |
| This Document Relates to: | * | |
| **Ausbrooks v. Forest river, Inc., et al;** | * | JUDGE: ENGELHARDT |
| **Early v. Gulf Stream Coach, Inc., et al.** | * | |
| **Price v. Jayco, Inc., et al;** | * | MAG: CHASEZ |
| **Clementin v. Keystone RV, et al;** | * | |
| **Williams v. KZRV, LP, et al** | * | |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D.;

**IT IS HEREBY ORDERED** that Manufacturing Defendants are hereby granted leave to file its Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, Ph.D..

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
J U D G E

00104548-1