# Transcript of the Testimony of
# Paul Hewett, Ph.D., CIH

**Date taken: November 15, 2010**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    Q.    You mentioned you are not an
2  expert in that area.  Have you ever used
3  bootstrapping in your work?
4    A.    No, I have not used bootstrapping,
5  but I do run Monte Carlo simulations all the
6  time as a means of designing sampling
7  strategies, corporate sampling strategies
8  for sampling contaminants.
9          So I am familiar with the idea of
10 random sampling from some population or from
11 a set collection of measurements.  But I
12 have never done bootstrap as part of my work
13 with any company.
14   Q.    Do you hold yourself out to be an
15 expert in the field of statistics?
16   A.    I have never held myself out to be
17 an expert in the field of statistics.
18   Q.    And, Dr. Hewett, did you consider
19 whether bootstrapping might be a good tool
20 to use in your work with respect to the
21 analysis of formaldehyde concentrations in
22 this case?
23   A.    No, I have not considered it as a
24 tool to be utilized in this case.  It didn't
25 even cross my mind to use the bootstrap

```
 1   degree, some more, some less, correct?
 2        A.   Correct.
 3        Q.   But in this instance, there were
 4   five specific people and you did not seek to
 5   find out how they ventilated their trailers?
 6        A.   That's correct.
 7        Q.   And the same would be true for how
 8   they controlled their atmosphere with
 9   air-conditioning or heating, correct?
10        A.   That is correct.
11        Q.   The initial two parameters you
12   used were the ATSDR chronic MRL and the
13   NIOSH MRL, correct?
14        A.   The initial two?
15        Q.   Yes.
16             Let me restate.  When you first
17   began to get involved in this litigation,
18   the original two parameters you measured
19   exposure against or concentration against
20   was the ATSDR chronic MRL and the NIOSH MRL.
21   Is that correct?
22        A.   That is correct.
23        Q.   And those are parameters you
24   reviewed based on the plaintiffs' lawyers'
25   request?
```

1    A.   Yes, those were specified to me by
2  the plaintiffs' lawyers.  And I will
3  elaborate if you wish, but that is a direct
4  answer to your question.
5    Q.   And I will accept that and move
6  on.
7    A.   I figured you would.
8    Q.   What is the minimum detectable
9  concentration for formaldehyde?
10   A.   It depends on the methodology
11 utilized, but it appears from the data that
12 I have seen and from reviewing the various
13 general methods used, it's going to be in
14 the neighborhood of .0005 parts per million
15 or .5 parts per billion.
16        You can have a published limit of
17 detection or minimally detectable
18 concentrations, but the actual minimal
19 detectable concentration will vary depending
20 upon the sampling time and the flow rate.
21   Q.   In this case, when you had
22 nondetection in your database, did you apply
23 a .0025 PPM measurement to it?
24   A.   .0025?
25   Q.   Yes.

1   on -- as an industrial hygienist recognizing
2   that there are various methods and ways of
3   measuring contaminants that have various
4   degrees of accuracy.  And a low-accuracy
5   method can be entirely adequate to the
6   purpose at hand.")
7        THE WITNESS:
8             Okay.  I'm trying to formulate an
9   answer you won't misconstrue.
10            The measurements were collected
11  using a recognized methodology, an approved
12  methodology, an EPA or NIOSH method, for
13  example.  The samples were analyzed at a
14  high-quality laboratory, typically defined
15  as one that is AIHA, American Industrial
16  Hygiene Association, certified or
17  accredited.  And that the measurements were
18  collected using some agreed-upon and
19  reasonable protocol.
20            Now, datasets sometimes are
21  collected as part of a study where a study
22  goal has been elucidated beforehand, such as
23  in this case, the CDC study of 519 trailers.
24            Other datasets are datasets of
25  convenience -- ones you come across or are

1  collected without a study protocol such as
2  CDC had -- where one goes out and obtains
3  measurements from those that are willing to
4  provide them or have asked for measurements
5  to be collected.  An example there is the
6  dataset collected or attributed to Bureau
7  Veritas.
8           Now, any of these datasets can be
9  considered high quality if there is no
10 reason -- they were collected using standard
11 methodologies, the samples were analyzed at
12 accredited labs, and there is no reason for
13 thinking that they are not high quality.
14          To me, in this particular
15 instance, a high-quality dataset is going to
16 be one that is consistent with the other
17 datasets that are definitely or almost
18 unequivocally considered high quality.
19          I have two datasets in mind here.
20 May I proceed?
21 EXAMINATION BY MR. WEINSTOCK:
22    Q.  Let me ask you first, are the two
23 datasets you are talking about CDC/FEMA and
24 BVNA?
25    A.  Correct.

1    Q.   You consider the CDC/FEMA 519 test
2  results and the Bureau Veritas, I think
3  approximately 4,000 overall --
4    A.   I don't think it is 4,000, but I
5  think it is over 3,000.
6    Q.   Okay. To be high-quality
7  datasets, correct?
8    A.   For various reasons.
9    Q.   Is one of the reasons is that they
10 used an established protocol?
11   A.   The FEMA/CDC dataset was collected
12 using a somewhat randomized or randomized
13 study design.
14   Q.   But the actual test came from a
15 standardized protocol?
16   A.   That is correct.
17   Q.   And that is why you think it is
18 high quality?
19   A.   That is one reason. And it was
20 collected by a government agency if we can
21 assume that government agencies usually do a
22 pretty good job.
23   Q.   And maybe also that they don't
24 have a potential bias?
25   A.   I have to disagree with the

1   implication there that there are biases in
2   the dataset that are intentional.
3       Q.   I said potential.
4       A.   I don't know that you could say
5   they are less potentially biased than other
6   datasets.  But that can certainly be
7   explored if you wish.
8       Q.   Another reason you consider it a
9   high-quality dataset is because the actual
10  test results were generated by an accredited
11  laboratory?
12      A.   Yes.  AIHA-accredited.
13           I believe these samples were
14  analyzed by the Bureau Veritas laboratory,
15  and they were the consultancy that actually
16  collected the data.  The same consultancy
17  went on to collect additional data at the
18  request of FEMA from trailers where the
19  individual residing in the trailer had
20  requested a sample.  So at the request of
21  the individual.
22           And they used, as far as I know,
23  the same protocol and submitted the same
24  data or samples to the laboratory.
25      Q.   So the difference between those

1  identical just by the vagaries of time of
2  the year and age of the units.
3       Q.   We have determined that the FEMA
4  dataset is a high-quality dataset, correct?
5       A.   It is a high-quality dataset.
6       Q.   And you told me previously that
7  one of the things you looked at was to see
8  how the other datasets measured up against
9  the FEMA dataset, correct?
10      A.   Right.
11      Q.   So if there is an inconsistency,
12 it would lead you to believe it is not as
13 high-quality dataset as the FEMA dataset,
14 correct?
15      A.   If there was a gross
16 inconsistency.
17      Q.   What about for the W.D. Scott
18 testing?
19      A.   What about it?
20      Q.   Should it be ranked the same as
21 the FEMA dataset?
22      A.   In terms of what?
23      Q.   Manufacturer, first highest,
24 second highest, third highest, fourth
25 highest and fifth highest?