UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**    **SECTION "N-5"**

                                                     **JUDGE ENGELHARDT**
                                                     **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Thornton, et al v. Forest River, Inc., et al., EDLA 09-3305*
*************************************************************************

**ORDER**

       Considering the foregoing Motion,

       IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

       New Orleans, Louisiana this 27th day of January, 2011. ~~2010.~~

                                       _____
                                       HONORABLE KURT D. ENGELHARDT