UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Thornton, et al v. Forest River, Inc., et al., EDLA 09-3305*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the names:

Lynda Ward Stevenson, individually and on behalf of the minors, L.S. and M.S., and Marshall J. Stevenson, Jr.[1], as Named Plaintiffs, to be listed on exhibit "A" of the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

---

[1] Lynda Ward Stevenson, individually and on behalf of L.S. and M.S., and Marshall J. Stevenson, Jr. originally filed claims on August 31, 2006 in *McGuire, et al v. Gulf Stream Coach, Inc., et al*, EDLA 06-5659.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                                                  Respectfully submitted:

                                                  **GAINSBURGH, BENJAMIN, DAVID,**
                                                  **MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
          GERALD E. MEUNIER, #9471
          JUSTIN I. WOODS, #24713
          Gainsburgh, Benjamin, David,
          Meunier & Warshauer, L.L.C.
          2800 Energy Centre
          1100 Poydras Street
          New Orleans, Louisiana  70163
          Telephone:     504/522-2304
          Facsimile:     504/528-9973
          jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Justin I. Woods
                                          JUSTIN I. WOODS, # 24713

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Thornton, et al v. Forest River, Inc., et al., EDLA 09-3305*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

Isaac Thornton
Lorraine Thornton
Angelique Dyer, individually and on behalf of the minors, A.M. and A.M.

**Claims Originated in *McGuire, et al v. Gulf Stream Coach, Inc., et al,* 06-5659 (added in this amendment)**

Lynda Ward Stevenson, individually and on behalf of the minors, L.S. and M.S.
Marshall J. Stevenson, Jr.