# EXHIBIT "A"

Plaintiff:     Cherylyn R. Adams
Address:     45283 Hwy. 17, Ward, Alabama 36922
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Elizabeth Clark
Address:     427 Duncan Street, Kenner, Louisiana 70062
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Sylvia Davis
Address:     1630 Simon Bolivar Avenue, New Orleans, Louisiana 70113
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Burnedett Gaines
**Address:** 5218 Wentworth Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Hilda Guidry
**Address:** 2021 Octavia Drive, Chalmette, Louisiana 70043
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Orenta J. Jarreau
**Address:** 3225 River Road, Bridge City, Louisiana 70094
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Gail E. Kelly
**Address:** 3436 Louisa Street, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Alice King
Address:    41662 Highway 190 East, Slidell, Louisiana 70461
Defendants:  Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Brenda K. Lewis
Address:    2068 Ames Boulevard at LaPalco Blvd., Marrero, Louisiana 70072
Defendants:  Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Jerry Louis
Address:    3700 Blount Road at S. Gibbons, Baton Rouge, Louisiana 70815
Defendants:  Gulf Stream Coach, Inc.
          Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Betty Lundy
Address:    2334 Painters Street, New Orleans, Louisiana 70117
Defendants:  Gulf Stream Coach, Inc.
          Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Denise M. Marrero
Address:        2401 North Roman Street, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Glenn J. Marshall
Address:        264 White Chapel Road, Carriere, Mississippi 39426
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Willie Martin
Address:        220 Laitram Lane, Harahan, Louisiana 70123
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Rosie L. McGowan
Address:        330 St. George Street, Bay St. Louis, Mississippi 39520
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Thomas McMillian, Jr.
**Address:** 3811 N. Prieur Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Percy Morris
**Address:** 3113 Deers Street, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Janice Murray
**Address:** 3970 Highway 14, Lake Charles, Louisiana 70602
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Ada R. Nelson
**Address:** 3225 River Road, Bridge City, Louisiana 70094
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Yolanda V. Perkins
**Address:** 5501 Jefferson Highway Harahan, Louisiana 70123
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Dionne J. Raymond
**Address:** 2405 Athis Street, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Jonathan W. Raymond
**Address:** 4721 Stephen Girard Avenue, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Kenyon Robair
**Address:** 4300 St. Claude Avenue, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jeremiah Shields
Address:        4126 Blount Road, Baton Rouge, Louisiana 70815
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Betty Sue Smith
Address:        2601 Franklin Avenue, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Samuel A. Smith, Jr.
Address:        4305 Touro Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      August A. Theodore, III
Address:        2433 Touro Street, New Orleans, Louisiana 70119
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Glory C. Thomas
Address: 2603 Saint Bernard Avenue, New Orleans, Louisiana 70119
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Craig J. Toney
Address: 1209 St. Roch Avenue, New Orleans, Louisiana 70117
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Edward J. Vaughn
Address: 3700 Blount Road at S. Gibbons, Baton Rouge, Louisiana 70815
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Ike E. Byrd, Jr.
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Marva J. Johnson
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Raquel J. Johnson
**Address:** 5825 St. Roch Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Joanne K. Williams
**Address:** 2304 Spain Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Barabara B. Tervalon
Address: 5730 Vermillion Boulevard, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Shaquille S. Magee
Address: 4870 Montegut Drive, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Michael A. Adams
Address: 45283 Highway 17, Ward, Alabama 36922
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Duane Ruffin
Address: 45390 Highway 17, Ward, Alabama 36922
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Anna M. Votano
**Address:** 536 Mail Route Road, Columbia, Mississippi 39429
**Defendants:** Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Francis X. Barrett
**Address:** 152 Pinecrest Drive, Pass Christian, Mississippi 39571
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Theresa P. Held
**Address:** 1813 Mehle Avenue, Chalmette, Louisiana 70032
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Donna M. Hooper
**Address:** 2302 Liccardi Lane, Violet, Louisiana 70042
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| **Plaintiff:** | Karena Y. Carson |
| **Address:** | 41 Perry Street Wharf, Gretna, Louisiana 70053 |
| **Defendants:** | Gulf Stream Coach, Inc. |
| | Shaw Environmental |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| **Plaintiff:** | Durand J. Sumler |
| **Address:** | 41 Perry Street Wharf, Gretna, Louisiana 70053 |
| **Defendants:** | Gulf Stream Coach, Inc. |
| | Shaw Enviornmental |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| **Plaintiff:** | Rosalie Ambrose |
| **Address:** | 3885 Nathan Kornman Drive, Harvey, Louisiana 70058 |
| **Defendants:** | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| **Plaintiff:** | David Ambrose |
| **Address:** | 3885 Nathan Kornman Drive, Harvey, Louisiana 70058 |
| **Defendants:** | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yal Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Debra Curtis
Address:        2225 Piedmont Street, Kenner, Louisiana   70062
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Rodney Slaughter
Address:        201  Senate Drive    Avondale      Louisiana      70094
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Monique S. Thompson
Address:        201 Senate Drive, Avondale, Louisiana 70094
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Mildred Drummer
Address: 1927 Martin Luther King Boulevard, New Orleans, Louisiana 70113
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Tyrone S. Barrow
Address: 1025 Casa Calvo Street, New Orleans, Louisiana 70114
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Nedra C. Price
Address: 2444 Gladiolus Street, New Orleans, Louisiana 70114
Defendants: Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff: Andree' Summers
Address: 1828-30 O'Reilly Street, New Orleans, Louisiana  70116
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Brittini Summers
**Address:** 1828-30 O'Reilly Street, New Orleans, Louisiana 70116
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Alberta Floyd-Brooks
**Address:** 1305 Delery Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Arton E. Floyd
**Address:** 1305 Delery Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Clayton T. Floyd
**Address:** 1305 Delery Street, New Orleans, Louisiana 70117
**Defendants:** Gulf Stream Coach, Inc.
CH2M Hill Constructors, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Carnell J. Thomas
Address:      2344 Alvar Street, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Keenan G. Jackson
Address:      11129 Jefferson Highway, New Orleans, Louisiana 70118
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Carolyn Topping
Address:      3020 Hamilton Street, New Orleans, Louisiana 70118
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Bonnie S. James
Address:      4300 Holleygrove Street, New Orleans, Louisiana 70118
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Caldon Bruno
Address:        8439 Palm Street, New Orleans, Louisiana 70118
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Megan M. Hales
Address:        9420 Stroelitz Street, New Orleans, Louisiana 70118
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Aquanetta G. Randolph
Address:        1933 Duels Street, New Orleans, Louisiana 70119
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Percy J. Barard, Jr.
Address:        3219 Pauger Street, New Orleans, Louisiana 70119
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Tomaris Q. Rhea
Address:        2902 Westbury Street, Lot 21, Jefferson, Louisiana 70121
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Nicole D. Bridges
Address:        1504 Gardena Drive, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Larry J. Berzat, Sr.
Address:        2103 Stephen Girard Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Ronald G. Johnson, Sr.
Address:        3712 Pauger Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Katrina Lewis
**Address:** 3719 Cadillac Street, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Kira Lewis
**Address:** 3719 Cadillac Street, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Charles Brown, Sr.
**Address:** 3800 Havana Place, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Janet E. Baquet
**Address:** 6901 Franklin Avenue, New Orleans, Louisiana 70122
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Tess G. Lassai
Address:       2630 S. Miro Street, New Orleans, Louisiana 70125
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Charles Cheneau
Address:       225 Simmons Drive, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Shawn Cheneau
Address:       225 Simmons Drive, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Pearline E. Jackson
Address:       4826 Maid Marion Street, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jeffery P. Augillard
Address:        4910 Pauline Drive, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Dalva T. Augillard
Address:        4910 Pauline Drive,  New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Dana R. Augillard
Address:        4910 Pauline Drive, New Orleans, Louisiana 70126
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Juan Williams
Address:        6701 W. Laverne Street, New Orleans, Louisiana  70126
Defendants:     Gulf Stream Coach, Inc.
                SRS, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

**Plaintiff:** Alfreda A. Harris
**Address:** 6801 Press Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Donald Moore, Jr.
**Address:** 6820 Rugby Court, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Sharon L. Moore
**Address:** 6820 Rugby Court, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Karen J. Todd
**Address:** 7309 Ebbide Drive, New Orleans, Louisiana 70126
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Patricia Payton
Address: 8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Lisa Payton
Address: 8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Odile Taylor
Address: 10218 Dreux Avenue, New Orleans, Louisiana 70127
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

Plaintiff: Farah Wilson, Jr.
Address: 10122 Hammond Street, New Orleans, Louisiana  70127
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.;* Case No.: 09-5282

**Plaintiff:** Herbert Brown
**Address:** 4611 Camelot Drive, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Rhonda M. King
**Address:** 4905 Crowder Boulevard, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Keyora G. Pryor
**Address:** 7330 Symmes Avenue, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Glenda Williams
**Address:** 7400 Scottsdale Drive, New Orleans, Louisiana 70127
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Ashley M. Ritche
Address: 7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Keioka Ford
Address: 7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Eddie McKinney
Address: 8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants: Gulf Stream Coach, Inc.
Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Monica B. Cornelius
Address: 8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Paula A. Williams
**Address:** 2417 Almonaster Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Theodore L. Edinburgh
**Address:** 4723 Robin Hood Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Da'Shana N. Edinburgh
**Address:** 4723 Robin Hood Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

**Plaintiff:** Latonya M. Adams
**Address:** 6996 Ridgefield Drive, New Orleans, Louisiana 70128
**Defendants:** Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha M. Adams
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Nathaniel Brown, Sr.
Address:        7111 Edgefield Drive, New Orleans,Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Mary A. Ross
Address:        7153 W. Tamaron Boulevard, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises,

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Jawanda N. Brown
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Nathaniel Brown, Jr.
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Ireane M. Brown
Address:        7111 Edgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Conan Webster
Address:        7556 Forum Boulevard, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:      Lintrell M. Carter
Address:        525 St. Charles Avenue, New Orleans, Louisiana 70130
Defendants:     Gulf Stream Coach, Inc.
                Smith Research Development & Support Corporation

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:    Kenneth D. Moore
Address:      1665 St. Francis Lane, Saint Gabriel, Louisiana 70776
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Eric A. Miller
Address:      2128 Livaccari Drive, Violet, Louisiana 70092
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Frederick Youngblood, III
Address:      1606 Mirabeau Avenue, New Orleans, Louisiana  70122
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Linda Thornabar
Address:      1603 Pauline Street, New Orleans, Louisiana 70117
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Amaris R. Hines
Address:        1618 Desire Street, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kirk J. Jennings
Address:        4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Brittany A. Richard
Address:        1606 Mirabeau Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kirk J. Jennings
Address:        4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Rodger McFarland
Address:      4709 Haydel Street, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Patricia P. Parker
Address:      4918 Mendez Street, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Regina M. Karriem
Address:      7850 N. Coronet Court, New Orleans, Louisiana 70126
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Everall Jackson
Address:      7142 Parkside Court, New Orleans, Louisiana 70127
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

| | |
|---|---|
| Plaintiff: | Barry J. Johnson, Jr. |
| Address: | 9000 Hayne Boulevard, New Orleans, Louisiana 70127 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Manual McCrainey |
| Address: | 4754 E. Adams Court, New Orleans, Louisiana 70128 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Stephen M. Felder |
| Address: | 7352 Strathmore Drive, New Orleans, Louisiana 70128 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

| | |
|---|---|
| Plaintiff: | Eula Fulton |
| Address: | 7800 Branch Drive, New Orleans, Louisiana 70128 |
| Defendants: | Gulf Stream Coach, Inc. |
| | Flour Enterprises, Inc. |

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.*; Case No.: 09-5282

Plaintiff:     Ameretha Honor
Address:       3400 Blount Road And Liberty, Baton Rouge, Louisiana   70815
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Shepard A. Washington
Address:       3031 St Roch Avenue, New Orleans, Louisiana
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Chriselle Lawrence
Address:       4731 Pauline Drive, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Daniel J. Angelo
Address:       2912 Lloyds Avenue, Chalmette, Louisiana 70043
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Kendra A. Jenkins
Address:     4726 Marque Drive, New Orleans, Louisiana 70127
Defendants:  Gulf Stream Coach, Inc.
             Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*


Plaintiff:    Owen M. Scott
Address:     7507 Scottwood Drive, New Orleans, Louisiana 70128
Defendants:  Gulf Stream Coach, Inc.
             SRS, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*


Plaintiff:    Kevin L. Spears
Address:     1511 Lesseps Street   New Orleans  Louisiana 70117
Defendants:  Gulf Stream Coach, Inc.
             Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*


Plaintiff:    Nicole Jimerson, on behalf of Minor, Duane Ruffin, Jr.
Address:     45390 Highway 17, Ward, Alabama 36922
Defendants:  Gulf Stream Coach, Inc.
             Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Karena Carson, on behalf of Minor, Tehya B. Franklin
Address: 41 Perry Street Wharf, Gretna, Louisiana 70053
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Steve Buddington, on behalf of Minor, Dominique Buddington
Address: 184 Nicolle Boulevard, Avondale, Louisiana 70094
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Keshia Caldwell, on behalf of Minor, Keisha M. Caldwell
Address: 4117-19 Lasalle Street, New Orleans, Louisiana 70115
Defendants: Gulf Stream Coach, Inc.
Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Andree Summers, on behalf of Minor, Alexia D. Cohea
Address: 1828-30 O'Reilly Street, New Orleans, Louisiana 70116
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Trina Adams, on behalf of Minor, Nicholas R. Adams
Address:        2110 Eads Street, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Mark J. Green, on behalf of Minor, Destyni M. Green
Address:        2415 Alvar Street, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Don A. Palmer, Sr., on behalf of Minor, Don'Jay T. Jones
Address:        4015 N Claiborne Avenue, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Don A. Palmer, Sr., on behalf of Minor, Tanaria Palmer
Address:        4015 N Claiborne Avenue, New Orleans, Louisiana 70117
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jill Robertson, on behalf of Minor, Aja T. Johnson
Address:        1620 Leonidas Street, New Orleans, Louisiana, 70118
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Jill Robertson, on behalf of Minor, Reynell E. Jackson
Address:        1620 Leonidas Street, New Orleans, Louisiana 70118
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Tomaris Rhea, on behalf of Minor, Anayah Bethely
Address:        2902 Westbury Street, Lot 21, Jefferson, Louisiana 70121
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Derrick Green, on behalf of Minor, Derione D. Green
Address:        2622 Wisteria Street, New Orleans, Louisiana 70122
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Derrick Green, on behalf of Minor, Gabrielle Green
Address: 2622 Wisteria Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Charles Stevens, Jr., on behalf of Minor, Armand Boyd
Address: 3719 Cadillac Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Leo C. Green III, on behalf of Minor, Javon R. Green
Address: 4821 Allen Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Albert Jennings, on behalf of Minor, Kirk Williams
Address: 4531 Paris Avenue, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Leo C. Green, III, on behalf of Minor, Kiaeem A. Green
Address:       4821 Allen Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Veronica Curry-Farve, on behalf of Minor, Extell A. Farve
Address:       3615 Short Street, New Orleans, Louisiana 70125
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Katherine Boykin, on behalf of Minor, Jada M. Bates
Address:       4111 Elba Street, New Orleans, Louisiana  70125
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Shelia Cheneau, on behalf of Minor, Makhi Cheneau
Address:       225 Simmons Drive, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Roosevelt Jackson, on behalf of Minor, Soniyah K. Barnes
Address:         4843 Stemway Drive, New Orleans, Louisiana 70126
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       George Bowie, on behalf of Minor, Victoria M. Barnes
Address:         3418 St. Ferdinand Street, New Orleans, Louisiana 70126
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Dana Augillard, on behalf of Minor, Blair A. Aguillard
Address:         4910 Pauline Drive, New Orleans, Louisiana 70126
Defendants:      Gulf Stream Coach, Inc.
                 Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Maple Storey, on behalf of Minor, Paris Carter
Address:         6701 W. Laverne Street, New Orleans, Louisiana  70126
Defendants:      Gulf Stream Coach, Inc.
                 SRS, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Sharon Moore, on behalf of Minor, Madison V. Moore
Address:       6820 Rugby Court, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Elton Carney, Jr., on behalf of Minor, Reynard Carter
Address:       7711 Mullet Street, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Bechtel National, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Lisa Pyaton, on behalf of Minor, Teaona Grayson
Address:       8600 S. Claiborne Avenue, New Orleans, Louisiana 70126
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Jacklean Davis, on behalf of Minor, Collin J. Davis
Address:       4743 Knight Drive, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Denise Garibaldi, on behalf of Minor, Austin M. Garibaldi
Address:        7142 Parkside Court, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Patricia A. Bickham, on behalf of Minor, Lloydaisa Pryor
Address:        7330 Symmes Avenue, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Glenda Williams, on behalf of Minor, Nasir Lacroix
Address:        7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Glenda Williams, on behalf of Minor, Anaya K. Adam
Address:        7400 Scottsdale Drive, New Orleans, Louisiana 70127
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Richard Gorden, Sr., on behalf of Minor, Jarvis Gorden
Address:       7800 Shubrick Street, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Jerome Edwards, on behalf of Minor, Jerin M. Edwards
Address:       8803 Dinkins Street, New Orleans, Louisiana 70127
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Bernadette Butler, on behalf of Minor, Jalen J. Rainey
Address:       11259 Waverley Drive, New Orleans, Louisiana 70128
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Joanne Hunter-Brooks, on behalf of Minor, Allen K. Howard
Address:       12531 N. Lake Carmel Drove, New Orleans, Louisiana 70128
Defendants:    Gulf Stream Coach, Inc.
               Flour Enterprises, Inc.

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Ariel Baham
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Jared Adams
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Latasha Adams, on behalf of Minor, Dale J. Baham
Address:        6996 Ridgefield Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Anita Felder, on behalf of Minor, Amanda M. Felder
Address:        7352 Strathmore Drive, New Orleans, Louisiana 70128
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Lendrell Harrison, Sr., on behalf of Minor, Lendell L. Harrison, Jr.
Address:      525 St. Charles Avenue        New Orleans  Louisiana      70130
Defendants:   Gulf Stream Coach, Inc.
              Smith Research Development & Support Corporation

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Stephanie Pizani
Address:      5127 George Street, Lafitte, Louisiana 70072
Defendants:   Gulf Stream Coach, Inc.
              Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 07-9248*

Plaintiff:    Karen Stockman, on behalf of Minor, Justin C. Stockman
Address:      3501 Rue Delphine, New Orleans, Louisiana 70131
Defendants:   Gulf Stream Coach, Inc.
              CH2M Hill Constructors, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:    Willie Brown, on behalf of Minor, Richard J. Taggart, Jr.
Address:      105 Anita Place, Slidell, Louisiana      70458
Defendants:   Gulf Stream Coach, Inc.
              Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Deidra Thomas, on behalf of Minor, Meghan Thomas
Address:        300 Tiffany Street, Slidell, Louisiana 70461
Defendants:     Gulf Stream Coach, Inc.
                Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Virginia Janeau, on behalf of Minor, Keyerra T. Janeau
Address:        5908 Becker Street, Marrero, Louisiana 70072
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Virginia Janeau, on behalf of Minor, Geonne Janeau
Address:        5908 Becker Street, Marrero, Louisiana 70072
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:      Kimberley Stewart, on behalf of Minor, Kennedy Stewart
Address:        1507 Columbus Street, New Orleans, Louisiana 70116
Defendants:     Gulf Stream Coach, Inc.
                Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Frederick Youngblood, on behalf of Minor, Victoria R. Youngblood
Address: 1606 Mirabeau Avenue, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Brenda Johnson, on behalf of Minor, Robert L. Brown
Address: 3800 Havana Place, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Nedra Bell, on behalf of Minor, Paige M. Travis
Address: 4317 Annette Street, New Orleans, Louisiana, 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff: Nedra Bell, on behalf of Minor, Armani N. Travis
Address: 4317 Annette Street, New Orleans, Louisiana 70122
Defendants: Gulf Stream Coach, Inc.
Flour Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Kennedy M. Reddick
Address:       3317 Spain Street, New Orleans, Louisiana 70122
Defendants:    Gulf Stream Coach, Inc.
               Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Deidre Johnson
Address:       16441 S. Harrel's Ferry Rd., Apt. 516, Baton Rouge, Louisiana 70186
Defendants:    Gulf Stream Coach, Inc.
               Fluor Enterprises, Inc.

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Michael Bartholomew
Address:       3122 Tyla Court, Harvey, Louisiana 70058
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:     Rosie Bartholomew
Address:       3122 Tyla Court, Harvey, Louisiana 70058
Defendants:    Gulf Stream Coach, Inc.
               Shaw Environmental

*Original Complaint from which Plaintiff in this Amended Complaint Came:*
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Leola Bland
Address:         2836 Glenbrook Drive, Gretna, Louisiana 70056
Defendants:      Gulf Stream Coach, Inc.
                 Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*

Plaintiff:       Deborah A. Carson
Address:         41 Perry Street Wharf, Gretna, Louisiana 70052
Defendants:      Gulf Stream Coach, Inc.
                 Shaw Environmental

***Original Complaint from which Plaintiff in this Amended Complaint Came:***
*Yul Aklin, et al. v. Alliance Homes, et al.; Case No.: 09-5282*