UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Roshto, et al v. Cavalier Home Builders, LLC, et al., EDLA 10-2375*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs through undersigned counsel respectfully supplement and amend their Amended Complaint in the following respects:

1.

By adding the names:

Daniel Murchison and

Danielle Murchison[1], as Named Plaintiffs, to be listed on exhibit "A" of the Amended Complaint.

2.

Leave of this Court has been requested, and is required, to amend Plaintiffs' Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

---

[1] Daniel and Danielle Murchison originally filed suit on August 3, 2009 in *Anderson, et al v. Alliance Homes, Inc., et al*, EDLA 09-5252.

BY:   s/ Justin I. Woods  
GERALD E. MEUNIER, #9471  
JUSTIN I. WOODS, #24713  
Gainsburgh, Benjamin, David,  
Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
 1100 Poydras Street  
New Orleans, Louisiana  70163  
Telephone:    504/522-2304  
Facsimile:     504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods  
JUSTIN I. WOODS, # 24713

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Roshto, et al v. Cavalier Home Builders, LLC, et al., EDLA 10-2375*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORIGINATING COMPLAINTS**

Pursuant to Pretrial Order 40, the complaints listed below are the complaints in which the Named Plaintiffs on Exhibit A first asserted their allegations against the defendants:

*Anderson, et al., v. Alliance Homes, et al.*, 09-5252

*Avants, et al., v. Alliance Homes, et al.*, 09-6173

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Roshto, et al v. Cavalier Home Builders, LLC, et al., EDLA 10-2375*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT A

**Claims Originated in** *Avants, et al., v. Alliance Homes, et al.*, **09-6173**

    Tammy Roshto
    Joseph Roshto
    Genea Spongia

**Claims Originated in** *Anderson, et al., v. Alliance Homes, et al.*, **09-5252**
    Nadedge Booth
    Robert Booth, Jr.
    Robert Brumfield
    Andrea Brumfield
    Andrea Brumfield, on behalf of the minor child A.D.
    Andrika Duhe
    Andrika Duhe, on behalf of the minor child, A.D.
    Andrika Duhe, on behalf of the minor child, C.J.
    Antoine Duhe
    Calvin Smith
    Jimmie Walker
    Winter Flowers
    Winter Flowers, on behalf of the minors, G.B., G.H., and M.B.
    Mary Murchison
    Ariel Duhe
    **Daniel Murchison (added in this amendment)**
    **Danielle Murchison (added in this amendment)**