UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hays v. American International Specialty Lines, et al., EDLA 09-5233*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's unopposed Motion for Leave to Amend Plaintiff's Original Complaint is GRANTED.

New Orleans, Louisiana this 31st day of January, 2011.

_____
HONORABLE KURT D. ENGELHARDT