UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Patricia Mack v. Recreation By Design, et al,* EDLA No. 09-6163 | * * * | |

**********************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion for Leave to File Amended Complaint is GRANTED.

New Orleans, Louisiana this 31st day of January, 2011.

_____
HONORABLE KURT D. ENGELHARDT