# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                    *        MDL No. 1873
FORMALDEHYDE                                       *
PRODUCTS LIABILITY LITIGATION        *        JUDGE ENGELHARDT
                                                                       *
                                                                       *        MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:
    *Bessie Barnette, et al. v. Keystone Industries, Inc., et al.*
    *Civil Action No. 09-8441*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Motion for Leave to File Second Supplemental and Amending

Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED this _____day of _____, 2011, in New Orleans,

Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE