AO 440 (Rev. 12/09) Summons in a Civil Action

# RETURN

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Margaret Martin, et al <br> *Plaintiff* <br> v. <br> Frontier RV, Inc., et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. **10-3409** <br> **SECT. N MAG. 5** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier RV, Inc.
Through its agent for service of process:
Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Casey L. Lott, Esq.
Langston & Lott, P.A.
P. O. Box 382
Booneville, MS 38829-0382

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT Loretta G. Whyte

Date: ___Oct 12 2010___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09), Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Frontier RV, Inc.__
was received by me on *(date)* __12-1-2010__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* via certified mail on December 6, 2010

My fees are $ _____ for travel and $ _____ for services, for a total of $ __$7.17__ ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: __12-21-2010__

*Jamie Price*
Server's signature

Jamie Price
Printed name and title

100 S. Main St.
Booneville, MS 38829
Server's address

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.17 |

Postmark Here

Sent To: LAWYER's Aid Service, Inc.
Street, Apt. No.; or PO Box No. 408 W. 17th Street, Suite 101
City, State, ZIP+4 Austin, TX 78701

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 1090 0011

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LAWYER's Aid Service, Inc.
   408 W. 17th Street
   Suite 101
   Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cathie Raines    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Cathie Raines
C. Date of Delivery: 2-6-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 1090 0011

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540