UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*James , et al v. Crossroads RV, Inc., et al*     JURY DEMANDED
*No. 09-4643*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED this ___ day of _____, 2011 in New Orleans, Louisiana.

                                   _____
                                   KURT D. ENGELHARDT
                                   UNITED STATES DISTRICT JUDGE