UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 1873  
SECTION N MAG. 5

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Abrahms, et al v. Gulf Stream Coach, Inc., et al*  
No. 09-5392

JURY DEMANDED

## ORDER

Considering the foregoing Motion for Leave to File Third Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Third Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this __1st__ day of __February__, 20__11__ in New Orleans, Louisiana.

_____  
KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE