UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE PRODUCTS                 SECTION N MAG. 5
LIABILITY LITIGATION

                                                            JUDGE ENGELHARDT
                                                            MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Alexander, et al v. Fleetwood Enterprises, Inc.,*   JURY DEMANDED
*et al*
*No. 09-4566*


## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on July 29, 2009.


1.


This First Supplemental and Amending Complaint for Damages names: Leona Sylve, Emmette Burrle, Rita Burrle, Denise Moore, Lester Cyprian, Tyrone Johnson, Elise Hamilton and Julian Hamilton as previously identified Plaintiffs placed in a suit against an incorrectly identified manufacturer.


2.


Consistent with the above, all Plaintiffs request that they be added to Exhibit "A" of the above captioned matter.

3.

Plaintiffs were originally placed in a suit against an incorrectly identified manufacturer. Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, Plaintiffs resided in the same type of emergency housing unit manufactured by Fleetwood Enterprises, Inc. and installed by Shaw Environmental, Inc. as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Fleetwood Enterprises, Inc.).

5.

Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

By:     /s/Jim S. Hall_____
Jim S. Hall (La. Bar #21644)
Joseph W. Rausch (La. Bar #11394)
800 N. Causeway Boulevard, Suite 100
Metairie, LA  70001
Telephone: (504) 832-3000
Email:  jim@jimshall.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Jim S. Hall_____
JIM S. HALL