UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE PRODUCTS                    SECTION N MAG. 5
LIABILITY LITIGATION

                                                            JUDGE ENGELHARDT
                                                            MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Barbarino, et al v. Frontier RV, Inc., et al*          JURY DEMANDED
*No. 09-4526*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-4526 to include the following named Plaintiff:

Raymond Green - originally filed in Green, et al v. KZRV, LP, et al, No: 09-4559

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff above identified was originally placed in a suit against an incorrectly identified manufacturer.  Plaintiff is now able to be matched to Frontier RV, Inc.  This motion is solely

intended to place the above-named Plaintiff in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiff resided in the same type of FEMA supplied emergency housing unit manufactured by Frontier RV, Inc. and installed by Shaw Environmental, Inc. as the existing Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiff from making their proper claim against the proper defendant, Plaintiffs seek to add the above named Plaintiff to an existing complaint and remove their name from their prior complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

By:      /s/Jim S. Hall
Jim S. Hall (La. Bar #21644)
Joseph W. Rausch (La. Bar #11394)
800 N. Causeway Boulevard, Suite 100
Metairie, LA  70001
Telephone: (504) 832-3000
Facsimile:  (504) 832-1799
Email:  jim@jimshall.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Jim S. Hall_____
JIM S. HALL