UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Tate, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 09-4604* | JURY DEMANDED |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-4604 to include the following named Plaintiffs:

Michael Evans - originally filed in Evans, et al v. Recreation By Design, LLC, et al, No: 09-4542.

Bridgette Robinson – originally filed in Robinson, et al v. American Camper, et al, No: 09-6401.

Terry Bailey, Tiera Shelbi Williams, Darion Briggs, Leroy Carrere, Landen Chaisson, Youlika Charles, Aaron Collins, Gabrielle Griffin, Joycelyn Jagers, Jerome Alphonse and Connell Anderson, Jr. – originally filed in Alexander, et al v. American Camper Manufacturing, LLC, et al, No: 09-4868

Courtlen Rooney, Giselle Rooney and Joseph Rooney, Jr. – originally filed in Smith, et al v. Jayco Enterprises, Inc., et al, No: 09-4549

Stanley Moore – originally filed in El-Mansura, et al v. Fleetwood Enterprises, Inc., et al, No: 09-4869

1

Schfreda Thomas and Freddie Thomas, Jr. – originally filed in <u>Alexander, et al v. American Camper Manufacturing, et al</u>, No: 09-4634

Otis Robinson – originally filed in <u>Davis, et al v. Forest River, Inc., et al</u>, No: 09-4652

Dan Danflous and Dianne Danflous – originally filed in <u>Alexander, et al v. Fleetwood Enterprises, Inc., et al</u>, No: 09-4523

Marva Gettridge and Sheila Handy – originally filed in <u>Alexander, et al v. American Camper Manufacturing, et al</u>, No: 09-4633

Esperenza Red – originally filed in <u>Broussard, et al v. American Camper Manufacturing, et al</u>, No: 09-538

Joshua Castille – originally filed in <u>Castille, et al v. Coachman Industries, Inc., et al</u>, No: 09-4582

Ariel Torregano – originally filed in <u>Torregano, et al v. Fleetwood Enterprises, Inc., et al</u>, No: 09-2937

Merita Dolliole and David LeBlanc, Sr. – originally filed in <u>Alexander, et al v. Fleetwood Enterprises, Inc., et al</u>, No: 09-4566

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs above identified were originally placed in a suit against an incorrectly identified manufacturer. Plaintiffs are now able to be matched to Gulf Stream Coach, Inc. This motion is solely intended to place the above-named Plaintiffs in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiffs resided in the same type of FEMA supplied emergency housing unit manufactured by Gulf Stream Coach, Inc. and installed by Shaw

2

Environmental, Inc. as the existing Plaintiffs named in the Complaint for Damages.  Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled.  To prevent the injustice of barring the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to add the above named Plaintiffs to an existing complaint and remove their names from their prior complaint.  Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

    Respectfully submitted,

    JIM S. HALL & ASSOCIATES, LLC

    By:     /s/Jim S. Hall_____
    Jim S. Hall (La. Bar #21644)
    Joseph W. Rausch (La. Bar #11394)
    800 N. Causeway Boulevard, Suite 100
    Metairie, LA  70001
    Telephone: (504) 832-3000
    Facsimile:  (504) 832-1799
    Email:  jim@jimshall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

    /s/Jim S. Hall_____
    JIM S. HALL

3