UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Armstrong, et al v. Hy-Line Enterprises Holdings, LLC, et al*<br>*No. 09-4578* | JURY DEMANDED |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on July 29, 2009.

1.

This First Supplemental and Amending Complaint for Damages names: Gloria Clayborne and Raymond Clayborne as previously identified Plaintiffs placed in a suit against an incorrectly identified manufacturer.

2.

Consistent with the above, all Plaintiffs request that they be added to Exhibit "A" of the above captioned matter.

1

3.

Plaintiffs were originally placed in a suit against an incorrectly identified manufacturer. Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, Plaintiffs resided in the same type of emergency housing unit manufactured by Hy-Line Enterprises Holdings, LLC and installed by Shaw Environmental, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Hy-Line Enterprises Holdings, LLC).

5.

Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

By:   /s/Jim S. Hall
Jim S. Hall (La. Bar #21644)
Joseph W. Rausch (La. Bar #11394)
800 N. Causeway Boulevard, Suite 100
Metairie, LA  70001
Telephone: (504) 832-3000
Email: jim@jimshall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Jim S. Hall_____
JIM S. HALL