UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Anthony, et al v. Jayco Enterprises, Inc., et al*<br>No. 09-4586 | JURY DEMANDED |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-4586 to include the following named Plaintiffs:

Betty Vanderpool - originally filed in <u>Baudy, et al v. R-Vision, Inc., et al</u>, No: 09-4596.

Bernadine Jenkins – originally filed in <u>Baptiste, et al v. American Camper Manufacturing, et al</u>, No: 09-6872

Casey Rooney – originally filed in <u>Alexander, et al v. American Camper Manufacturing, et al</u>, No: 09-4868

Bobby Harris – originally filed in <u>Denet v. KZRV, LP, et al</u>, No: 09-4650.

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants

involved in the litigation.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs above identified were originally placed in a suit against an incorrectly identified manufacturer.  Plaintiffs are now able to be matched to Jayco Enterprises, Inc.  This motion is solely intended to place the above-named Plaintiffs in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiffs resided in the same type of FEMA supplied emergency housing unit manufactured by Jayco Enterprises, Inc. and installed by Shaw Environmental, Inc. as the existing Plaintiffs named in the Complaint for Damages.  Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled.  To prevent the injustice of barring the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to add the above named Plaintiffs to an existing complaint and remove their names from their prior complaint.  Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

        Respectfully submitted,

        JIM S. HALL & ASSOCIATES, LLC

        By:     /s/Jim S. Hall
        Jim S. Hall (La. Bar #21644)
        Joseph W. Rausch (La. Bar #11394)
        800 N. Causeway Boulevard, Suite 100
        Metairie, LA  70001
        Telephone: (504) 832-3000
        Facsimile:  (504) 832-1799
        Email:  jim@jimshall.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Jim S. Hall_____
JIM S. HALL