UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Meyer, et al v. Lakeside Park Homes, et al*<br>No. 09-4576 | JURY DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add three (3) named plaintiffs who, on information and belief, resided in the same type of emergency housing unit manufactured by Lakeside Park Homes, because the denial of inclusion would be unjust and prevent the aggrieved Plaintiffs from having their claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Meyer, et al v. Lakeside Park Homes, et al*, Case No. 2:09-cv-4576, filed July 29, 2009 in the Eastern District of Louisiana.

        Respectfully submitted,

        JIM S. HALL & ASSOCIATES, LLC

        By:   /s/Jim S. Hall_____
        Jim S. Hall (La. Bar #21644)
        Joseph W. Rausch (La. Bar #11394)
        800 N. Causeway Boulevard, Suite 100
        Metairie, LA  70001
        Telephone: (504) 832-3000
        Facsimile:  (504) 832-1799
        Email:  jim@jimshall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/Jim S. Hall_____
        JIM S. HALL