UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the January 19, 2011 Order and Reasons (Rec. Doc. 19856) is

**AMENDED** only to the following extent:

- The correct case number for the *Ory* matter on page 8 is 09-6224, not 09-6211.

The Order and Reasons remains the same in all other respects.

New Orleans, Louisiana, this <u>2nd</u> day of <u>February</u>, 2011.

                                                  **KURT D. ENGELHARDT**
                                                  **United States District Court**

1