UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

It has come to our attention that we left one case off of the January 24, 2011 Order and Reasons (Rec. Doc. 19899). Thus,

**IT IS ORDERED** that the January 24, 2011 Order and Reasons (Rec. Doc. 19899) is **AMENDED** only to add the following:

- As for case no. 07–9228-- Aldridge et al v. Gulf Stream Coach, Inc. et al, the Motion to Dismiss filed by the Manufacturing Defendants (Rec. Doc. No. 18684) is DENIED as all plaintiffs are properly matched to a manufacturer.[1] However, the Motion to Dismiss filed by the Contractor Defendants (Rec. Doc. No. 19080) is GRANTED with prejudice only as to the claims of those individuals whose contractors remain unknown and are currently unmatched.

---

[1] While the Court recognizes that more than one manufacturer are named in this case, this suit pre-dates Pretrial Order No. 38 (Rec. Doc. 1596).

1

The Order and Reasons remains the same in all other respects.

New Orleans, Louisiana, this 2nd day of February, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Court**