**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| | | * | |
| **CIVIL CASE NO. 09-4742** | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' MOTION FOR**
**LEAVE TO FILE AMENDED COMPLAINT**

Considering the foregoing Motion for Leave to File First Amended Complaint on behalf of all Plaintiffs in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Amended Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT