# Exhibit A

71549

**Plaintiff** Donna Sander, as Next Friend of L.C, a minor (216380)  **Address** 57418 Cypress Avenue  Slidell, LA 70461

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Shannon Latapie, as Next Friend of C.L, a minor (223883)  **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Shanon Latapie, as Next Friend of E.L, a minor (223884)  **Address** 1329 Green Avenue  Saint Bernard, LA 70085

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Shanon Latapie, as Next Friend of H.L, a minor (223885)  **Address** 1329 Green Street  Saint Bernard, LA 70085

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc