# Exhibit B

Donna Sander, as Next Friend of L. C., a minor, et. al.  vs. Superior Homes, LLC, et. al.

| Contractor | Insurer |
|---|---|
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |

# Exhibit B

Donna Sander, as Next Friend of L. C., a minor, et. al.  vs. Superior Homes, LLC, et. al.

| **Manufacturer** | **Insurer** |
|---|---|
| Mitchell County Investments, LLC, f/k/a Superior Park Model Homes<br>Thomas A. Shanklin, Sr.<br>2959 US Highway 19<br>Pelham, GA 31779 | |