UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | | SECTION "N" (5) |
| | | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NO. 09-6639 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Considering the foregoing Motion for Leave to File First Amended Complaint on behalf of all Plaintiffs in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Amended Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT