# Exhibit A

71548

**Plaintiff**  Jackie Johnson  (201471)          **Address**  14289 Pineridge Road  Ocean Springs, MS 39564

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Bechtel National, Inc

---

**Plaintiff**  Christopher Gray (203019)          **Address**  14289 Pineridge Road  Ocean Springs, MS 39564

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Bechtel National, Inc

---

**Plaintiff**  Rodney Alford (209016)          **Address**  1706 Cherubusco St.  Pascagoula, MS 39576

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Bechtel National, Inc

---

**Plaintiff**  Erica Hardie (214531)          **Address**  5153 Firetower Rd.  Kiln, MS 39556

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   CH2M Hill Constructors, Inc.

# Exhibit A

**Plaintiff**  Courtney Earnest (214532)     **Address**  1203 Cherokee Street  Pascagoula, MS 39581

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff**  Kawana Earnest (214533)     **Address**  1203 Cherokee St.  Pascagoula, MS 39581

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff**  Henry Carver (214851)     **Address**  5153 Firetower Rd.  Kiln, MS 39556

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  CH2M Hill Constructors, Inc.

**Plaintiff**  Cornelious Earnest (216474)     **Address**  1203 Cherokee Street  Pascagoula, MS 39581

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff**  Heidi Banner (220019)     **Address**  P.O. Box 13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

# Exhibit A

**Plaintiff** Tobey Banner (221712)  **Address** P.O. Box 13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff** Jacqueline Brown (222327)  **Address** 456 B Dr Gilbert Mason Dr  Biloxi, MS 39530

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  CH2M Hill Constructors, Inc.

**Plaintiff** Daisy Guyton (229761)  **Address** P.O. Box 700  Biloxi, MS 39533

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff** Mattie  Johnson  (229915)  **Address** 6312 Mary St.  Moss Point , MS 39563

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

**Plaintiff** Erica Hardie, as Next Friend of A.L, a minor (214343)  **Address** 5153 Firetower Rd.  Kiln, MS 39556

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  CH2M Hill Constructors, Inc.

# Exhibit A

**Plaintiff** Erica Hardie, as Next Friend of J.L, a minor (214348)  **Address** 5153 Firetower Rd.  Kiln, MS 39556

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  CH2M Hill Constructors, Inc.

---

**Plaintiff** Kawana Earnest, as Next Friend of R.B, a minor (214762)  **Address** 1203 Cherokee St.  Pascagoula, MS 39581

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

---

**Plaintiff** Heidi Banner, as Next Friend of J.B, a minor (220020)  **Address** P.O. Box  13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

---

**Plaintiff** Heidi Banner, as Next Friend of T.F, a minor (220146)  **Address** P.O. Box  13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

---

**Plaintiff** Joyce Rogers, as Representative of the Estate of Lee Pearson, deceased (222337)  **Address** 362 Lameuse St  Biloxi, MS 39530

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc

# Exhibit A

**Plaintiff** Tobey Banner, as Next Friend of H.B, a minor (221714)    **Address** P.O. Box 13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Bechtel National, Inc

---

**Plaintiff** Tobey Banner, as Next Friend of T.B, a minor (221713)    **Address** P.O. Box 13  Nicholson, MS 39463

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Bechtel National, Inc

---

**Plaintiff** Ashli Bell, as Next Friend of A.D, a minor (216454)    **Address** P.O. Box 821  Picayune, MS 39466

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lai ThuThuy (211271)    **Address** P.O. Box 1889  Gautier, MS 39553

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Constructors, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Thiet Kieu (211272) **Address** P.O. Box 1889  Gautier, MS 39553

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff** Terry Tripodi (213886) **Address** 7102 Webster Street  Bay St. Louis, MS 39520

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc

---

**Plaintiff** Terry Tripodi, as Representative of the Estate of Salvatore Tripodi, deceased (213887) **Address** 7102 Webster Street  Bay St. Louis, MS 39520

**Original Civil Action No.**
**Case Style**

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Constructors, Inc.
  Bechtel National, Inc