# Exhibit B
Jackie Johnson , et. al.  vs. Superior Homes, LLC, et. al.

| Contractor | Insurer |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>311 S. Division St.<br>Carson City, NV 89703-4202 | |
| CH2M Hill Constructors, Inc.<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |
| Shaw Environmental, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | Northwood Manufacturing Inc.<br>Sherry A. Nash<br>59948 Downs Road<br>LaGrande OR 97850 |

# Exhibit B
Jackie Johnson , et. al.  vs. Superior Homes, LLC, et. al.

| **Manufacturer** | **Insurer** |
|---|---|
| Mitchell County Investments, LLC, f/k/a Superior Park Model Homes<br>Thomas A. Shanklin, Sr.<br>2959 US Highway 19<br>Pelham, GA 31779 | |