# Exhibit A

71550

**Plaintiff**  Tommanica Johnson (239132)          **Address**  P.O. Box 504  Violet, LA 70092

**Original Civil Action No.**  09-4704
**Case Style**  Johnette Mistretta, as Next Friend of M. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Lolita  Major (239131)          **Address**  PO Box 504  Violet, LA 70092

**Original Civil Action No.**  09-4704
**Case Style**  Johnette Mistretta, as Next Friend of M. S., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Stanley Major (239308)          **Address**  PO Box 504  Violet, LA 70092

**Original Civil Action No.**  09-4706
**Case Style**  Jolinda Williams, as Next Friend of J. W., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Elvira Regan (239890)          **Address**  61334 N. Military Road Apt 24 Slidell, LA 70461

**Original Civil Action No.**  09-4705
**Case Style**  Jestin Quiett, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Shaw Environmental, Inc

## Exhibit A

**Plaintiff**  Carol Gates (239332)  **Address**  2009 Parkview Dr.  Gautier, MS 39553

**Original Civil Action No.**  09-4705

**Case Style**  Jestin Quiett, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Bechtel National, Inc