# Exhibit B
Tommanica Johnson, et. al.  vs. Superior Homes, LLC, et. al.

**Contractor**  **Insurer**

Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

Fluor Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

Shaw Environmental, Inc             Northwood Manufacturing Inc.
C T Corporation System              Sherry A. Nash
5615 Corporate Blvd. Ste. 400B      59948 Downs Road
Baton Rouge, LA 70808               LaGrande OR 97850

# Exhibit B
Tommanica Johnson, et. al.  vs. Superior Homes, LLC, et. al.

| Manufacturer | Insurer |
|---|---|
| Mitchell County Investments, LLC, f/k/a Superior Park Model Homes<br>Thomas A. Shanklin, Sr.<br>2959 US Highway 19<br>Pelham, GA 31779 | |