# Exhibit A

71551

**Plaintiff**  Robert Middleton (205859)        **Address**  6906 Gregory Street  Moss Point, MS 39563

**Original Civil Action No.**  08-5031

**Case Style**  Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Bechtel National, Inc