# Exhibit B

Robert Middleton, et. al. vs. Superior Homes, LLC, et. al.Robert Middleton, et. al. vs.

| **Contractor** | **Insurer** |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>311 S. Division St.<br>Carson City, NV 89703-4202 | |

# Exhibit B

Robert Middleton, et. al.  vs. Superior Homes, LLC, et. al.Robert Middleton, et. al.  vs.

**Manufacturer**                                                   **Insurer**

Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779