# Exhibit A

71552

**Plaintiff**  W.C.  Johnson (229924)     **Address**  6312 Mary Street  Moss Point, MS 39563

**Original Civil Action No.**  09-4693
**Case Style**  Dawn  Reffells, as Next Friend of C. C., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Bechtel National, Inc

**Plaintiff**  Dennis Scott (240272)     **Address**  109 Imilda Drive   Gulfport, MS 39503

**Original Civil Action No.**  09-7404
**Case Style**  Georgia Magee, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
CH2M Hill Constructors, Inc.

**Plaintiff**  Louise DeDeaux (240273)     **Address**  109 Imilda Drive   Gulfport , MS 39503

**Original Civil Action No.**  09-7404
**Case Style**  Georgia Magee, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
CH2M Hill Constructors, Inc.

**Plaintiff**  Vera Palmer, as Next Friend of M.P, a minor (242068)     **Address**  27233 S. E. Price Alley  Lacombe, LA 70445

**Original Civil Action No.**  09-7403
**Case Style**  Linda Norwood, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Fluor Enterprises, Inc

# Exhibit A

**Plaintiff**  Vera Palmer (242067)   **Address**  27233 Southeast Price Alley  Lacombe, LA 70445

**Original Civil Action No.**  09-7403
**Case Style**  Linda Norwood, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Marquita Atlow, as Next Friend of L.A, a minor (242061)   **Address**  P.O. Box 1685  Lacombe, LA 70445

**Original Civil Action No.**  09-7403
**Case Style**  Linda Norwood, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Vera Palmer, as Next Friend of K.A, a minor (242040)   **Address**  27233 Southeast Price Alley   Lacombe, LA 70445

**Original Civil Action No.**  09-7403
**Case Style**  Linda Norwood, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Justin Swire (246496)   **Address**  713 Benjamin Lane   Hackberry , LA 70645

**Original Civil Action No.**  09-7415
**Case Style**  Yolanda Washington, as Next Friend of G. W., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Megan Swire (247751)   **Address**  713 Benjamin Lane  Hackberry, LA 70645

**Original Civil Action No.**  09-7401
**Case Style**  Diane Harris, as Next Friend of L. I., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Robert Swire (247754)     **Address** 713 Benjamin Lane  Hackberry, LA 70645

**Original Civil Action No.** 09-7401
**Case Style** Diane Harris, as Next Friend of L. I., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Banks, as Next Friend of T.B, a minor (248676)     **Address** 205 N. Lincoln Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7398
**Case Style** Michela Scott, as Next Friend of N. J., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Dana  Tousand (249071)     **Address** 205 N. Lincoln St.  Lake Charles, LA 70601

**Original Civil Action No.** 09-7417
**Case Style** Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Terrell Banks (249294)     **Address** 205 N. Lincoln St  Lake Charles, LA 70601

**Original Civil Action No.** 09-7417
**Case Style** Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

---

**Plaintiff** Dana Tousand, as Next Friend of J.H, a minor (249295)     **Address** 205 N. Lincoln St  Lake Charles, LA 70601

**Original Civil Action No.** 09-7417
**Case Style** Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

# Exhibit A

**Plaintiff**  Shelby Celestine (249297)         **Address**  205 N. Lincoln St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7417
**Case Style**  Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Dominique Celestine (249298)         **Address**  2814 8th St  Lake Charles, LA 70615

**Original Civil Action No.**  09-7417
**Case Style**  Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Dominique Celestine, as Next Friend of L.N, a minor (249300)         **Address**  2814 8th St  Lake Charles, LA 70615

**Original Civil Action No.**  09-7417
**Case Style**  Maria Hernandez, as Next Friend of W. V., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Darrell Nora (249400)         **Address**  2606 Madison St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7418
**Case Style**  Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  David Celestine (249450)         **Address**  205 N. Lincoln St.  Lake Charles, LA 70601

**Original Civil Action No.**  09-7418
**Case Style**  Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Rhonda Swire (249865) **Address** 713 Benjamin Lane  Hackberry, LA 70645

**Original Civil Action No.** 09-7426
**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Kelsey Brown (250145) **Address** 601 Jackson Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Melissa Brown (250146) **Address** 601 Jackson Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Terrell Banks, as Next Friend of V.B, a minor (250101) **Address** 205 N. Lincoln Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff** Wesley Brown (250148) **Address** 1516 Cactus Dr  Lake Charles, LA 70607

**Original Civil Action No.** 09-7439
**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

# Exhibit A

**Plaintiff**  Theresa Tousand (250575)     **Address**  533 Jackson  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Kayla Brown (250144)     **Address**  1516 Catus Dr  Lake Charles, LA 70607

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Justine Tousand (250574)     **Address**  1331 Fournet St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Marty Fobbs (250218)     **Address**  108 N Lincoln St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Lakyn Deville (250192)     **Address**  2815 General Collins  Lake Charles, LA 70605

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

# Exhibit A

**Plaintiff**  Leonard Deville (250194)  **Address**  2815 General Collins  Lake Charles, LA 70615

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  LeRoy Guidry (250266)  **Address**  2815 General Collins  Lake Charles, LA 70615

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Lauren Deville (250193)  **Address**  2815 General Collins  Lake Charles, LA 70615

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Jacqueline Deville (250191)  **Address**  2815 General Collins  Lake Charles, LA 70615

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

**Plaintiff**  Samuel Fowlkes (250840)  **Address**  2606 Madison St.  Lake Charles, LA 70601

**Original Civil Action No.**  09-7428
**Case Style**  Shannon Spears, as Next Friend of J. H., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

## Exhibit A

**Plaintiff**  Ron Fowlkes (250841)                    **Address**  2606 Madison St.  Lake Charles, LA 70601

**Original Civil Action No.**  09-7428

**Case Style**  Shannon Spears, as Next Friend of J. H., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc

---

**Plaintiff**  Ron Fowlkes (251514)                    **Address**  2606 Madison St.  Lake Charles, LA 70601

**Original Civil Action No.**  09-7429

**Case Style**  Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
  Fluor Enterprises, Inc