AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

| W.C. Johnson, et al. | )  |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. 09-7829 |
| Mitchell County Investments, LLC, f/k/a Superior Park Model | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*