UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| | | * | |
| CIVIL CASE NO. 10-2274 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Considering the foregoing Motion for Leave to File Second Amended Complaint on behalf of all Plaintiffs in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Amended Complaint for Damages attached and submitted with the foregoing motion.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT