# Exhibit A

71555

**Plaintiff**  Ngam Nguyen, as Next Friend of T.N, a minor (213459)  **Address**  505 Octave St  D'iberville, MS 39540

**Original Civil Action No.**  09-4698

**Case Style**  Seritha Mitchell, as Next Friend of K. M., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

---

**Plaintiff**  Gitana DarDar, as Next Friend of D.D, a minor (250789)  **Address**  2624 Highway 665  Montegut, LA 70377

**Original Civil Action No.**  09-7429

**Case Style**  Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　Mitchell County Investments, LLC, f/k/a Superior Park Model Homes

---

**Plaintiff**  Tamara Michelle (251046)  **Address**  2624 Highway 665  Montegut, LA 70377

**Original Civil Action No.**  09-7429

**Case Style**  Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　Mitchell County Investments, LLC, f/k/a Superior Park Model Homes