# Exhibit A

71554

**Plaintiff**  Massie Womack (244293)    **Address**  32 Womack Lane  Mount Olive, MS 39119

**Original Civil Action No.**  09-7419

**Case Style**  Graciela Hernandez, as Next Friend of J. H., a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Bechtel National, Inc