## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | | |
| CIVIL CASE NO. 10-1293 | | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### SECOND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, pursuant to Rule 15 of the Federal Rules of Civil Procedure, seek to amend their Complaint to add **Mitchell County Industries f/k/a Superior Park Model Homes** as a party Defendant, for the reasons more fully set forth in the memorandum attached hereto. No undue prejudice will result in allowing the Supplemental and Amended Complaint for Damages to be filed, and only seeks to clarify the viable parties to this action.

While no answer has been filed in the underlying matters, responsive pleadings in the form of "Preservation of Defenses" may have been filed by one or more of the defendants. Plaintiffs herein simply desire to file a Supplemental and Amended Complaint to add **Mitchell County Industries f/k/a Superior Park Model Homes** as a party Defendant in the above-referenced Original Complaint. No undue prejudice will result in allowing the attached Supplemental and Amended Complaint to be filed since no trial date has yet been scheduled.

Plaintiffs herein respectfully move this Honorable Court for leave to file the attached Supplemental and Amended Complaint as it relates to the above referenced suit for the abovementioned reasons.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**