UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT PERTAINS TO | | * | |
| | | * | |
| CIVIL CASE NO. 10-1293 | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-referenced matter, who respectfully move this Court for leave to amend their Original Complaint previously filed in the above Civil Action Number.

Plaintiffs previously named Superior Homes LLC and have since learned that Superior Homes LLC is not the correct party. See Affidavit executed by Allen Gordon for Superior Homes LLC on October 6, 2010 (**Exhibit "A"**). Plaintiffs have determined that **Mitchell County Industries f/k/a Superior Park Model Homes** is the correct party.

Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the Supplemental and Amended Complaint, Plaintiffs wish to add **Mitchell County Industries f/k/a Superior Park Model Homes** as a party Defendant. **Mitchell County Industries f/k/a Superior Park Model Homes** manufactured and supplied FEMA trailers or housing units.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File Supplemental and Amended Complaint in the above-referenced matter.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600 / Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310 / Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

2

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**