# Exhibit A

71553

**Plaintiff**  Ellis Joseph (250352)            **Address**  129 Louisiana Ave  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439
**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Linda Hendricks (214454)         **Address**  1506 Van Buren St.  Bogalusa, LA 70427

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Ashli Bell (216315)              **Address**  1801 Hwy. 11 #1 Picayune, MS 39466

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

**Plaintiff**  Ronnie Dickens (216455)          **Address**  P.O. Box 821  Picayune, MS 39466

**Original Civil Action No.**
**Case Style**

**Defendants**
    Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff**  Donna Sander (216887)     **Address**  P.O. Box 1834  Slidell, LA 70459

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Mark Sander (216888)     **Address**  P.O. Box 1634  Slidell, LA 70459

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Murray Latapie (223886)     **Address**  1329 Green Avenue  Saint Bernard, LA 70085

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc

**Plaintiff**  Shannon Latapie (223887)     **Address**  2120 Legend Dr  Meraux, LA 70075

**Original Civil Action No.**
**Case Style**

**Defendants**
   Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
   Fluor Enterprises, Inc