# Exhibit B

Ellis Joseph, et. al.  vs. Superior Homes, LLC, et. al.

| **Contractor** | **Insurer** |

Fluor Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

# Exhibit B

Ellis Joseph, et. al.  vs. Superior Homes, LLC, et. al.

**Manufacturer**  **Insurer**

Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779