UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION N MAG. 5
LIABILITY LITIGATION

                                                 JUDGE ENGELHARDT
                                                 MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Hayes , et al v. Forest River, et al*        JURY DEMANDED
*No. 09-4577*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 3rd day of __February__, 2011 in New Orleans, Louisiana.

                                                           KURT D. ENGELHARDT
                                                           UNITED STATES DISTRICT JUDGE