UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE PRODUCTS                      SECTION N MAG. 5
LIABILITY LITIGATION

                                           JUDGE ENGELHARDT
                                           MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Hayes, et al v. Forest River, et al*      JURY DEMANDED
*No. 09-4577*

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on July 29, 2009.

1.

This First Supplemental and Amending Complaint for Damages names: Sherri Chairs, Ianisha Chairs, Leatrice LaFrance, Louise Nutter, Delores Jason, Elisa Jason, Hannah Jason, Tyree Banemer, Jenell Hassan, Sydnei Labranch, Anthony Lafrance and Anthony Lafrance, Jr.Leona Sylve, Emmette Burrle, Rita Burrle, Denise Moore, Lester Cyprian, Tyrone Johnson, as previously identified Plaintiffs placed in a suit against an incorrectly identified manufacturer.

2.

Consistent with the above, all Plaintiffs request that they be added to Exhibit "A" of the above captioned matter.

3.

Plaintiffs were originally placed in a suit against an incorrectly identified manufacturer. Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, Plaintiffs resided in the same type of emergency housing unit manufactured by Forest River and installed by Shaw Environmental, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Plaintiffs to a First Amended Complaint for Damages against the same manufacturer (Forest River).

5.

Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

JIM S. HALL & ASSOCIATES, LLC

By:    /s/Jim S. Hall
Jim S. Hall (La. Bar #21644)
Joseph W. Rausch (La. Bar #11394)
800 N. Causeway Boulevard, Suite 100
Metairie, LA  70001
Telephone: (504) 832-3000
Email:  jim@jimshall.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Jim S. Hall_____
JIM S. HALL