UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS　　　　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Tate , et al v. Gulf Stream Coach, Inc., et al*　　JURY DEMANDED
*No. 09-4604*

### ORDER

　　Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

　　**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

　　DATED this 3rd day of ____February____, 2011 in New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE