UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Tate, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 09-4604* | JURY DEMANDED |

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on July 29, 2009.

1.

This Second Supplemental and Amending Complaint for Damages names Minnette Frazier, individually and on behalf of Emily Frazier, Glenn Frazier and William Frazier as a previously identified Plaintiffs (hereinafter referred to as "Previously Identified Plaintiffs"), in the above captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiffs be added to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiffs were originally placed in an unmatched suit and only recently was able to identify their manufacturer. Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiffs resided in the same type of emergency housing unit manufactured by Fairmont Homes, Inc., a division of Gulf Stream Coach, Inc. and installed by Shaw Environmental, Inc. as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiffs to a Second First Amended Complaint for Damages against the same manufacturer (Fairmont Homes, Inc., a division of Gulf Stream Coach, Inc.).

5.

Previously Identified Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

        Respectfully submitted,

        JIM S. HALL & ASSOCIATES, LLC

        By:   /s/Jim S. Hall_____
        Jim S. Hall (La. Bar #21644)
        Joseph W. Rausch (La. Bar #11394)
        800 N. Causeway Boulevard, Suite 100
        Metairie, LA  70001
        Telephone: (504) 832-3000
        Facsimile:  (504) 832-1799
        Email:  jim@jimshall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of February, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/Jim S. Hall_____
        JIM S. HALL