UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER               MDL NO. 1873
FORMALDEHYDE PRODUCTS             SECTION N MAG. 5
LIABILITY LITIGATION

                                  JUDGE ENGELHARDT
                                  MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Denet, et al v. KZRV, LP., et al*   JURY DEMANDED
*No. 09-4650*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 3rd day of _____February_____, 2011 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE