UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 21 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 21.

## I.   REPORT OF CLAIMS AND CASE INVENTORY:

PLC and MDLC report that an estimated 5,000 actions now have been filed, or transferred into this MDL. The attached appendix lists the complaints that were filed or transferred into the MDL since the last Joint Report.

## II.   PLAINTIFF FACT SHEETS (PFS)

The PSC no longer operates a central claims office. Counsel representing parties are still obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines). Plaintiff attorneys are required to forward copies of PFSs to the PSC pursuant to Pretrial Order Nos. 2 and 32.

III.    MOTION PRACTICE

The following Motions are pending:


| Rec. Doc. 11858 | United States of America's Motion to Strike Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administration Master Complaints |
| --- | --- |
| Rec. Doc. 11990 | Plaintiffs' Motion to Remand in *Michelle Abrams* |
| Rec. Doc. 11991 | Plaintiffs' Motion to Remand in *Karen Andrews* |
| Rec. Doc. 11992 | Plaintiffs' Motion to Remand in *Pamela Floyd* |
| Rec. Doc. 11993 | Plaintiffs' Motion to Remand in *Pearl Lewis* |
| Rec. Doc. 11994 | Plaintiffs' Motion to Remand in *Eugene Robertson* |
| Rec. Doc. 13422 | Bechtel's and CH2M Hill's Motion to Dismiss Mississippi Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13426 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13428 | Contractor Defendants' Joint Motion to Dismiss Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13455 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Mississippi Products Liability Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 14480 | Plaintiffs' Motion for Leave to File Fifth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |

Rec. Doc. 17661          Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation.

Rec. Doc. 17751          Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint

Rec. Doc. 17753          CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints

Rec. Doc. 17754          Fluor's Motion for Judgment on the Pleadings to Dismiss the third and Fourth Supplemental and Amended Administrative Master Complaints Based on Government Contractor.

Rec. Doc. 17825          Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120)

Rec. Doc. 17826          Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128)

Rec. Doc. 17827          Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118)

Rec. Doc. 17834          Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119)

Rec. Doc. 17836          Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130)

Rec. Doc. 17882          Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125)

Rec. Doc. 17884          Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126)

Rec. Doc. 17885          Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127)

Rec. Doc. 18283          Manufacturing Defendants' Motion in Limine to Exclude the Expert Testimony of Paul Hewett, Ph.D.

| Rec. Doc. 19570 | Crum & Forster Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiffs' Fact Sheets (*William Polk v. Crum & Forster Specialty Ins. Co., et al*; Case No. 09-8709) |
|---|---|
| Rec. Doc. 19571 | Crum & Forster Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiffs' Fact Sheets (*Elaine Coleman v. Crum & Forster Specialty Ins. Co., et al*; Case No. 09-5432) |
| Rec. Doc. 19709 | Manufacturing Defendants' Motion to Force Production of Comprehensive Spreadsheet |
| Rec. Doc. 19897 | Manufactured Home Defendants and PSC's Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement |
| Rec. Doc. 19966 | Plaintiff's Motion for Leave to File Amended Complaint (*Woods v. Palm Harbor Homes, Inc., et al*; Case No. 09-7771) |

## **MATTERS ON APPEAL**

| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed for 180 days; ends on 1/31/11.  Further extension on dismissal requested until after final approval of proposed class settlement.  Extension motion pending. |
|---|---|
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue) |
| Fifth Circuit No. 10-30451 | Christopher Cooper FTCA Appeal (involves FTCA statute of limitations) |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense) |

IV.     MANUFACTURED HOUSING NON-LITIGATION"TRACK"

On January 21, 2011, Manufactured Housing Defendants (except Palm Harbor

Manufacturing, L.P. and Palm Harbor Albermarle, LLC) and the PSC filed its Joint Unopposed

Motion for Preliminary Approval of Proposed Class Settlement into the Court's record (Rec.

Doc. No. 19897).

V.      MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA
        CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom

matching information has not yet been obtained from the USA by providing a "last chance"

process for them to obtain whatever other information is efficiently obtainable from other

sources and to provide a date certain by which the matching effort will end.  Under this process,

the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government

passed on June 15, 2010.  The deadline for plaintiffs' counsel to submit matching requests to

FEMA also passed on June 15, 2010.  Counsel should consult amended PTO 68 to ensure they

are aware of its content.  The Court has already begun to dismiss, on motion by the defendants,

cases that remain unmatched.  Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special

Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each

defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO

#68 and as amended by PTO #83.  The PLC does not represent that the listings are 100%

accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with

cases filed.  The defendants do not agree with the PSC's information in this regard.

## VI.   BELLWETHER AND SUMMARY JURY TRIALS

    A.   Bellwether cases set for trial at this time:

        1.   A Summary Jury Trial will begin on March 28, 2011 against *Dutchmen Manufacturing, Inc*. (Bellwether Trial Scheduling Order - Rec. Doc. 19900).  The claims of a "composite" plaintiff will be tried.

        2.   A bellwether trial against Sun Valley, Inc. and CH2M Hill is set for October 17, 2011 (Trial Scheduling Order, Rec. Docs. 19812, 19813, 19814). Charles Marshall has been selected as the Bellwether Plaintiff, and in the event his action is dismissed prior to trial, Sonya Andrews is the replacement Bellwether Plaintiff, and Laura Demetriace Batiste is the second replacement Bellwether Plaintiff.  The United States is not a defendant in any of these three actions.

        3.   A bellwether trial has been scheduled in the matter of *Melvin Mackey v. KZRV, LP and Fluor Enterprises, Inc.* and is set for May 16, 2011.   The parties have not agreed to a Summary Jury Trial as of this time.  The United States is not a defendant in this action.

        4.   A trial date for Coachmen Recreational Vehicle Company, LLC is set for June 20, 2011 (Trial Scheduling Order, Rec. Doc. 18669).  On November 29, 2010, the Court selected Anthony Dixon as the bellwether plaintiff. This bellwether trial will be a summary jury trial.  The United States is not a defendant in this action.

        5.   A trial will begin on August 1, 2011 against Jayco, Inc.  The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial.  The

parties have agreed to conduct this as a summary jury trial and have

submitted their proposed Summary Jury Trial Order to the Court for

approval.  A proposed scheduling order has also been submitted to the

Court for approval.  FEMA and the installation contractor, CH2M Hill,

will not participate in this summary jury trial.

## VII.    CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States are Louisiana Plaintiffs' FTCA

claims for gross negligence and willful and wanton misconduct.  On May 18, 2010, the Court

issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims

brought by Louisiana plaintiffs against the United States.  Since entering that Order, the Court

denied PSC's Motion seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United

States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal

(Rec. Doc. 15976).  PSC petitioned the Fifth Circuit for permission for interlocutory appeal and

the United States opposed that motion.  The Fifth Circuit denied the PSC's motion on December

3, 2010.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and

entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc.

15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the

government in the following actions:  10-00908; 09-05600; 09-05597; 10-00583; 09-05609; 09-

05602; 09-05606; 09-05568; 09-05575; 09-05608; 09-05601; 09-05607; 10-01396; 09-05559;

09-05579; 10-01397; 09-05593; 09-06886; 10-01360; 10-00579; 10-01401; 09-05545; 10-01373;

09-06899;09-06895; 09-06894; 09-06901; 09-05574; 10-01386; 09-05541; 09-05603; 09-05577;

10-00909; 09-06903; 09-05584; 09-05576; 10-00580; 09-05582; 09-05598; 09-05595;10-01686; 09-03943; 09-06722; 10-01399; 10-00257; 09-06716; 09-05586; 10-01052;09-05565; 10-01371; 09-05590; 09-05580; 10-01359; 09-06017; 09-06211; 09-05587;09-05589; 09-05583; 10-01365; 10-00916; 09-06902; 09-06412; 09-06643; 10-00910;10-01392; 10-00581; 09-05569; 10-01369; 10-01380; 10-01042; 10-01403; 09-05564;10-01393; 10-00265; 10-00571; 10-01400; 10-01685; 10-01041; 10-01050; 10-00917;10-00578; 10-00913; 10-01395; 09-06717; 10-00264; 09-05567; 09-05605; 09-05547; 09-05553; 10-01367; 10-00574; 09-05573; 10-00266; 10-00485; 09-05604; 09-05610; 10-01409; 10-00912; 10-01366; 10-00258; 09-05570; 09-05588; 10-01375; 10-01368; 09-05548; 10-01045; 10-00267; 10-01394; 10-01372; 10-01376; 09-05578; 09-05592; 10-01044; 10-00918; 10-00919; 10-00271; 10-01377; 10-00268; 10-01049; 09-05572; 10-01383; 09-06016; 10-00489; 09-05540; 09-06905; 09-06896; 09-05611; 09-05544;09-05581; 10-00922; 10-01389; 10-01364; 10-00914; 10-00584; 10-00911; 09-06891;10-01388; 09-05539; 10-00572; 10-01384; 10-00272; 10-00577; 10-01374; 09-05538; 09-05542; 09-05556; 10-00269; 09-06888; 10-01402; 09-05557; 09-06890; 09-06721; 09-03944; 09-05552; 10-00573; 10-00484; 09-06907; 09-05585; 10-00482; 10-01404; 09-05566; 10-00486; 10-00473; 10-00273; 10-01406; 10-00481; 10-00260; 10-00575; 10-00261; 09-06887; 10-01362; 09-05558; 09-05555; 09-05561; 09-06897; 10-00576; 10-00920; 10-01043; 09-06908; 09-03942; 10-01363; 10-00488; 10-00259; 10-01391;09-05599; 09-06419; 09-05571; 10-00262; 10-00921; 09-05596; 09-06018; 09-05546;10-00582; 10-01382; 10-01357; 10-00487; 10-00476; 09-06212; 10-01370; 09-05563;10-00478; 10-01398; 10-00263; 10-00270; 10-01687; 10-01381; 10-01385; 10-00906; 09-06904.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the

government in the following actions:  09-05970; 09-05971; 09-06144; 09-06145; 09-06146; 09-06147; 09-06494; 09-06495;09-06497; 09-06632; 09-06634; 09-07526; 09-07528; 10-0779.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims. On behalf of Mississippi and Alabama Plaintiffs, PSC has filed with the Fifth Circuit motions to certify a question of unsettled state law to the Supreme Court of Mississippi and Alabama.  The United States filed oppositions to these motions.

## VIII.   SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

 A. Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

## IX.   MASTER DISCOVERY

 A. The PSC has requested that all defendants served with its Master Set of Discovery on May 1, 2008 and who have not responded to date comply and provide responses.

 B. Insurance Discovery

Primarily through 30(b)(6) depositions, the PSC will conduct discovery of the Manufacturing Defendants and Individual Assistance/Technical Assistance Contractor Defendants' relevant information concerning insurance coverage for the matters at issue in this litigation.  The PSC contemplates that such discovery will proceed as a separate "Insurance Coverage Discovery Track" simultaneously with the General Discovery Track.  The Insurer Defendants reserve all rights to object to any proposed Insurance Discovery.

**X.      SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.**

The Court entered Pre Trial Order No. 77 on September 14, 2010 wherein the procedures for participating in the Fleetwood settlement were outlined.  Counsel representing any plaintiff/claimant who resided in a Fleetwood unit were responsible for following the procedures set forth in the order, including submitting requested information to the Special Master by October 15, 2010.  The Special Master, the CADA, and the data management consultants are currently reviewing the information.  After the review, the Special Master will make appropriate recommendations to the Court.

Representatives for the Plaintiffs' Steering Committee ("PSC") and Fleetwood Enterprises, Inc. ("Fleetwood") and its liability insurers have reached a full and final settlement. The Court granted the Motion to Dismiss Pursuant to Fleetwood Settlement Agreement (Rec. Doc. 19057).

All claimants included in the settlement will participate in a binding process for the allocation of the net settlement proceeds, with the authority to assure a fair and objective allocation.  This allocation process will be the responsibility of Daniel Balhoff, appointed by the Court as Special Master pursuant to FRCP 53 (see Order of June 11, 2010, Rec. Doc. 14400). Certain motion practice, etc. and factual findings may become necessary in this process in order to address and satisfy recent legal requirements related to Medicare reimbursement.

**XI.     MISCELLANEOUS**

A.      John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all defendant manufacturers in this MDL (Rec. Doc. 13236).

B.       Palm Harbor filed Chapter 11 Bankruptcy.

BY:      s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com


s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:      504/832-3700
Facsimile:       504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
MICHELLE BOYLE
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF**
**AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:     202/616-4449
Henry.Miller@usdoj.gov
Michelle.Boyle@usdoj.gov
Adam.Dinnell@usdoj.gov
Jonathan.Waldron@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com