UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO: 1873
PRODUCTS LIABILITY LITIGATION

                                          SECTION N(5)

                                          JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:              MAGISTRATE CHASEZ
*North American Catastrophe Service, Inc. v.*
*Northfield Ins. Co., No. 09-3818*

*****************************************************************************

## JUDGMENT

Considering the reasons stated in this Court's Order and Reasons dated January 25, 2011,

IT IS ORDERED that North American Catastrophe Services, Inc.'s Motion for Partial Summary Judgment on the Duty to Defend (Rec. Doc. 10038) is DENIED;

IT IS FURTHER ORDERED that Northfield Insurance Company's Cross-Motion for Summary Judgment (Rec. Doc. 11579) is GRANTED, and North American Catastrophe Services, Inc.'s claims asserted against Northfield Insurance Company are dismissed in their entirety, WITH PREJUDICE, each party to bear its own costs.

THUS DONE AND SIGNED in New Orleans, Louisiana, this 4th day of February, 2011.

                                          _____
                                          UNITED STATES DISTRICT JUDGE