UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## PRETRIAL ORDER NO. 84

On February 4, 2011, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Jim Percy, Stewart Tharp, Robert Becnel, Dave Kurtz, John J. Hainkel, Charles Penot, Lamont Domingue, Gerry Barrios, Raul Bencomo, Frank D'Amico, Ernie Gieger, Andy Weinstock, Joe Glass, Henry Miller, Mikal Watts, Charles Leche, and Tim Scandurro.[1] Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)     **On or before Friday, February 11, 2011**, defense liaison counsel shall

---

[1]     Weather conditions prevented several individuals from attending.

provide to the Court and opposing counsel a list of all general issues, which purportedly discredit Plaintiffs' numbers in the spreadsheet provided to the Court on January 31, 2011, pursuant to and in compliance with Pretrial Order No. 83.

(2) **On or before Friday, February 18, 2011**, Plaintiffs' counsel (coordinated through Mikal Watts) shall provide to the Court and opposing counsel a plan to reconcile the spreadsheet, taking into account Defendants' enumerated issues/concerns.

(3) The oral argument currently set for February 16, 2011 on Defendants' Motion in Limine to Exclude Expert Testimony of Paul Hewett, PH.D. (Rec. Doc. 18283) is **CONTINUED** to **Wednesday, March 2, 2011, at 9:00 a.m.** (The Court will hear oral argument only, no evidentiary hearing will be held).

(4) **On Thursday, March 24, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(5) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, March 24, 2011, at 10:00 a.m.**

New Orleans, Louisiana, this 4th day of February 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE