PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____   **07md1873**
PLAINTIFF(S)

VERSUS

Magistrate: _____

_____
DEFENDANT(S)   **FEMA CONFERENCE**

********************************************

CONFERENCE: ___ PRE-TRIAL  ✓ STATUS  ___ SETTLEMENT

DATE: **2-4-11**    TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mikal Watts | Watts Guerra Craft | Plaintiff |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Henry M. Ula | USDOJ | USA |
| [signature] | Frilot | Bechtel |
| [signature] | Gieger Laborde | Forest River |
| [signature] | | |
| Andy Weinstock | Duplass Zwain | Gulf Stream |
| Joe Glass | | |
| Charles Penot | MRG | Fluor Enterprises, Inc |
| Dave Kurtz | Baker Donelson | Shaw |

```
PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:
    PLAINTIFF(S)            07md1873

VERSUS
                        Magistrate: _____

    DEFENDANT(S)
            FEMA CONFERENCE
*********************************************

CONFERENCE: ___  PRE-TRIAL ___  ✓ STATUS ___  SETTLEMENT

DATE: 2-4-11              TIME: 10AM
```

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jim Percy | Jones Walker | Keystone |
| Lamont P. Domingue | Voorhies & Labbe | Cavalier, et al |
| Justin Woods | Gainsburgh | PSC |
| Stewart Tharp | Taylor Porter | Coachmen |
| Robert M. Becnel | Becnel | PSC |
| Brent M Maggio | Allen + Gooch | Sun Valley |
| Lori D Barker | Allen & Gooch | Heartland |
| Mark ? ? | Galloway Johnson | Sunnybrook RV |
| Kathi Marksbury | Barry & Piccione | MLU Services, Inc |
| M. Palmer Lambert | Gainsburgh Benjamin | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

_____        07 md 1873
PLAINTIFF(S)

VERSUS

Magistrate: _____

_____
DEFENDANT(S)

FEMA CONFERENCE
*********************************************

CONFERENCE: ____ PRE-TRIAL   ___ STATUS   ____ SETTLEMENT

DATE: 2-4-11              TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Raul R. Bencomo | Bencomo & Associates | PSC |
| Frank D'Amico, JR | SAME | PSC |
| Charles R. Leche | Deutsch, Kerrigan et al | Insurance Co-Liaison |
| Tom Cougill | W,F & C | Jayco & Starcraft |
| Delbert Miller | | KZRV |
| Denis Vega | Hurricane Legal | |
| Hugh Lambert | L&N plc | π |
| Candice Sirman | L&N PLC | π |
| Reed Bowman | Frank D'Amico | PSC |
| Lyon Garrison | Garrison Yount | RBD |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

07 md 1873

PLAINTIFF(S)

VERSUS

Magistrate: _____

DEFENDANT(S)

FEMA CONFERENCE

*****************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: 2-4-11      TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Greg Currier | Adams Hoefer | Arch Ins. Co. |
| Randall Mulcahy | Gainsburgh, Yount | Recreation By Design, LLC |
| Janet MacDonell | same | Agbayani, SRS |
| Glenn J Adams | Porteous | Turner |
| Anne E. Briard | Lugenbuhl, Wheaton | Liberty Mutual |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton |
| Gary Barrio | Baker Donelson | CH2M Hill |
| M.A. Stewart | Baldwin Haspel | Jacquet |
| Carson Strickland | Gieger Laborde | Forest River |
| Ben Ward | Cranzeler Picou | Westchester |

PTO Received: _____

Trial Set: _____
        Jury/Non-Jury

_____ CIVIL/CRIMINAL ACTION NO.:
  PLAINTIFF(S)
         **07 md 1873**

VERSUS

_____ Magistrate: _____
  DEFENDANT(S)

**FEMA CONFERENCE**
*************************************************

CONFERENCE: _____ PRE-TRIAL  **✓** STATUS _____ SETTLEMENT

DATE: **2-4-11**  TIME: **10 am**

## PLEASE PRINT PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Theresa Anderson | MMP | Ashers |
| | | |