UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Irma Miller, et al v. Sun Valley, Inc., et al*<br>*Docket No. 09-5658  (Charles Marshall)*<br>*Sonya Andrews, et al v. Sun Valley, Inc., et al*<br>*Docket No. 09-5659 (Sonya Andrews)*<br>*Gerod Macon, et al v. Sun Valley, Inc., et al*<br>*Docket No. 09-7109 (Laura Demetriace Batiste)* | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that Sun Valley, Inc., its insurers (Colony National Insurance Company and Westchester Surplus Lines Insurance Company), and the Plaintiffs in the above-captioned matters contact the Court-appointed mediator, John Perry, for the purpose of scheduling a settlement conference to take place by no later than April 30, 2011. The parties are encouraged to include in the settlement conference any other plaintiffs matched to this manufacturer.

New Orleans, Louisiana, this 7th day of February, 2011.

_____
HONORABLE KURT D. ENGELHARDT