# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*McCrary, et al v. Sunnybrook RV, Inc., et al.,*<br>Docket No. 09-5974; and<br>*George v. Sunnybrook RV, Inc., et al.*<br>Docket No. 10-2384<br>*Alexander, et al., v. Sunnybrook RV, Inc., et al.,*<br>Docket No. 09-7875 | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS ORDERED that Sunnybrook RV, Inc., its insurers (Colony National Insurance Company and Westchester Surplus Lines Insurance Company), and the Plaintiffs in the above-captioned matters contact the Court-appointed mediator, John Perry, for the purpose of scheduling a settlement conference to take place by no later than April 30, 2011. The parties are encouraged to include in the settlement conference any other plaintiffs matched to this manufacturer.

New Orleans, Louisiana, this 7th day of February, 2011.

_____
HONORABLE KURT D. ENGELHARDT