MINUTE ENTRY
ENGELHARDT, J.
February 4, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                    SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, February 4, 2011, at 9:45 a.m. Participating were Justin I. Woods, Gerardo R. Barrios, Brent M. Maggio, Andrew D. Weinstock, Mikal C. Watts, Charles E. Leche and Mark E. Seamster.

JS10(0:10)