MINUTE ENTRY
ENGELHARDT, J.
February 4, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, February 4, 2011, at 10:00 a.m.  Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio, Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Charles E. Leche and Timothy D. Scandurro.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #84 dated February 4, 2011 (Rec. Doc. No. 20170).

**Court Reporter: Jodi Simcox**

JS10(0:35)