MINUTE ENTRY
ENGELHARDT, J.
February 4, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, February 4, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government. Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Lamont P. Domingue, Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Brent M. Maggio, Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Charles E. Leche and Timothy D. Scandurro.

**Court Reporter: Karen Ibos**

JS10(0:80)