UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION          SECTION "N-5"

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS  DOCUMENT RELATES TO:
      *Caporelli, et al. v. Coachmen Industries, Inc., et al.*
      *Civil Action No. 10-00917*
**************************************************************************
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**


      NOW INTO COURT, Plaintiffs hereby move this Court for leave to file the attached

Amended Complaints pursuant to Federal Rule of Civil Procedure, Rule 15. For the reasons set

forth in the accompanying Memorandum and by Court's Order (Docket Number 19899),

Plaintiffs respectfully request that this Court grant them leave to file the attached Amended

Complaints because it will clarify the dispute between the parties and will not cause any

prejudice.

      The Motion shall be based upon this Notice, the attached Memorandum and a copy of the

proposed Amended Complaints, which are attached hereto.

      WHEREFORE, plaintiffs pray that this Court grant leave to file the Amended Complaints

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)