# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                           MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION          SECTION "N-5"

                                                               JUDGE ENGELHARDT

                                                               MAGISTRATE CHASEZ

THIS  DOCUMENT RELATES TO:
    *Hamilton, et al. v. KZRV, LP, et al.*
    *Civil Action No. 10-00922*
*******************************************************************

## <u>ORDER</u>

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended

Complaints for Damages.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.


                                         _____
                                         HONORABLE KURT D. ENGELHARDT
                                         UNITED STATES DISTRICT JUDGE