## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

THIS  DOCUMENT RELATES TO:
   *Breland, et al. v. Forest River, Inc., et al.*
   Civil Action No. 10-01042
**************************************************************************

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

NOW INTO COURT, Plaintiffs hereby move this Court for leave to file the attached Amended Complaints pursuant to Federal Rule of Civil Procedure, Rule 15. For the reasons set forth in the accompanying Memorandum and by Court's Order (Docket Number 19899), Plaintiffs respectfully request that this Court grant them leave to file the attached Amended Complaints because it will clarify the dispute between the parties and will not cause any prejudice.

The Motion shall be based upon this Notice, the attached Memorandum and a copy of the proposed Amended Complaints, which are attached hereto.

WHEREFORE, plaintiffs pray that this Court grant leave to file the Amended Complaints

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)