## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                        MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION               SECTION "N-5"

                                            JUDGE ENGELHARDT

                                            MAGISTRATE CHASEZ

THIS  DOCUMENT RELATES TO:
 *Breland, et al. v. Forest River, Inc., et al.*
 *Civil Action No. 10-01042*

## RULE 7.6 CERTIFICATE
_____

  Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Henry T. Miller, Senior Trial Attorney for the United States Justice Department has been contacted as well as Michael David Kurtz, Liaison Counsel for the Contractor Defendants'. Both, Henry T. Miller and Michael David Kurtz have now responded to Plaintiffs' request and state that they are both unopposed to Plaintiffs' Motion for Leave to File Amended Complaints and filing of the Amended Complaints.

  Respectfully submitted this, the 9th day of February, 2011.


        By: */s/ Frank J. D'Amico, Jr.*
          **Frank J. D'Amico, Jr.**