OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

DATE: FEBRUARY 10, 2011

VINCENT A BEVERLY, ET AL

Vs.

GULFSTREAM COACH, INC., ET AL

Case No. 2:10-cv-04056 KDE-ALC

Section N

Dear Sir:

Please issue summons on the amended complaint to the following:

1. CT Corporation System
   5615 Corporate Blvd.
   Suite 400B
   Baton Rouge, LA 70809

Very truly yours,
s/Douglas M. Schmidt
DOUGLAS M. SCHMIDT (#11789)
PETER R. BORSTELL (#3264)
**DOUGLAS M. SCHMIDT APLC**
335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
*Counsel for Plaintiff*