## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * <br> * <br> * <br> * <br> * <br> * | **MDL No. 1873** <br><br> **SECTION N(5)** <br><br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** <br> *Youlanda Lambert,* <br> *Quiniece Lambert-Dolliole,* <br> *individually, and for her minor* <br> *children, Donte Edmond and* <br> *Lathan Dolloile v. Jayco, Inc. a/k/a* <br> *Bottom Line RV* <br> *Case No. 09-6425* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **MAGISTRATE CHASEZ** |

*********************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who for the reasons more fully set forth in the Memorandum attached hereto, respectfully represent that it is both necessary and appropriate to file an Amended Complaint for Damages.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Amended Complaint for Damages as it relates to the underlying suit of *Youlanda Lambert et al, v. Jayco, Inc. et al.,* Case No. 09-6425, filed in the Eastern District of Louisiana.

J. MICHAEL VERON (#7570)
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC  29402
 (843) 577-9440
 (843) 720-1777

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489

/s/ Paul A. Dominick

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 10, 2011.


/s/Paul A. Dominick
Paul A. Dominick