UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL No. 1873** |
| | | **SECTION N(5)** |
| | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE CHASEZ** |
| *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV* **Case No. 09-6425** | * * * * * * | |

*******************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who respectfully move this Honorable Court for leave to file their Amended Complaint for Damages in the underlying action, Case No. 09-6425. Plaintiffs respectfully move this Honorable Court for leave to amend the operative complaint pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

In further support, Plaintiffs would show that on Janaury 25, 2011, the Court entered a Trial Scheduling Order, Ct. Doc. 20038, that ordered that amendments to pleadings, third-party actions, cross-claims and counter-claims shall be filed no later than February 4, 2011 (page 1 of said Order). On February 3, 2011, Plaintiffs filed their First Amended Complaint in compliance with the Trial

Scheduling Order, however they received a deficiency notice regarding the same indicating leave of Court was necessary to file the First Amended Complaint for Damages.  Plaintiffs hereby seek leave to file First Amended Complaint for Damages as Quiniece Lambert-Dolliole has been selected as a Bellwether Plaintiff and seeks to revise the claims in this matter.  Plaintiffs would also note that the First Amended Complaint for Damages no longer contains claims against FEMA and CH2M Hill Constructors, Inc.  If the Court grants leave to file the First Amended Complaint, Plaintiff will separately file a Motion to dismiss FEMA and CH2M Hill Constructors, Inc. in this matter.

        Respectfully submitted,

        J. MICHAEL VERON (#7570)
        J. ROCK PALERMO (#21793)
        BICE, PALERMO & VERON, L.L.C.
        P. O. BOX 2125
        LAKE CHARLES, LA  70602
        (337) 310-1600
        (337) 310-1601 (FAX)

        PAUL A. DOMINICK
        RICHARD L. TAPP, JR
        DENNIS J. LYNCH
        NEXSEN PRUET, L.L.C.
        P. O. BOX 486
        CHARLESTON, SC  29402
        (843) 577-9440
        (843) 720-1777

        SEAN K. TRUNDY
        SEAN KEVIN TRUNDY, L.L.C.
        P. O. BOX 41343
        NORTH CHARLESTON, SC  29423
        (843) 747-4424
        (843) 747-4489

        /s/ Paul A. Dominick

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February 10, 2011.

/s/Paul A. Dominick
Paul A. Dominick