# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br>SECTION N(5)<br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Youlanda Lambert,*<br>*Quiniece Lambert-Dolliole,*<br>*individually, and for her minor*<br>*children, Donte Edmond and*<br>*Lathan Dolloile v. Jayco, Inc. a/k/a*<br>*Bottom Line RV*<br>*Case No. 09-6425* | * * * * * * * * | MAGISTRATE CHASEZ |

**********************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Amended Complaint for Damages attached and submitted with the foregoing Motion.

DATED this ___ day of ____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February ____, 2011.

<u>/s/Paul A. Dominick</u>
PAUL A. DOMINICK