## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>   *Benefield, et al. v. CH2M Hill Constructors, Inc., et al.*<br>   Civil Action No. 10-02604 | MAGISTRATE CHASEZ |

## RULE 7.6 CERTIFICATE
_____

     Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Henry T. Miller, Senior Trial Attorney for the United States Justice Department has been contacted as well as Michael David Kurtz, Liaison Counsel for the Contractor Defendants'. Both, Henry T. Miller and Michael David Kurtz have now responded to Plaintiffs' request and state that they are both unopposed to Plaintiffs' Motion for Leave to File Amended Complaints and filing of the Amended Complaints.

     Respectfully submitted this, the 11th day of February, 2011.

                                                          By:    */s/ Frank J. D'Amico, Jr.*
                                                                 **Frank J. D'Amico, Jr.**