# OFFICE OF THE SPECIAL MASTER
xxx-xxx-xxxx
P.O. BOX 83260
BATON ROUGE, LOUISIANA 70884-3260

*In Re: FEMA Trailer, Formaldehyde Product Liability Litigation*
*United States District Court Eastern District of Louisiana*
*MDL No.: 1873*

February XX, 2011

Name
Address
City, State, Zip

## NOTICE FROM SPECIAL MASTER ON INDIVIDUAL ALLOCATION AMOUNT AND NOTICE OF RIGHTS

Dear Claimant:

    The settlement with one of the manufacturers in this matter, Fleetwood Enterprises, Inc., is now final. The Court has entered an Order approving the Special Master's Recommendations on Methodology and Allocations.

    Your claim form has been evaluated according to the methodology approved by the Court utilizing your individual plaintiff fact sheet and any supporting documentation that you submitted.

    Your claim with respect to this settlement has been evaluated at _____ points. Each point has an approximate value of $1.00. The final amount you receive may be more or less than this amount. Therefore, your approximate allocation is $_____. This amount is free of attorney fees. However, if there are liens against your claim, you will be responsible for such liens. This may reduce the amount of your allocation.

    If your injury-related treatment was paid by Medicare and/or Medicaid resulting from your stay in a FEMA-provided unit, you have an obligation to repay the costs associated with the treatment of the injury. This means your individual settlement award may be reduced by some or all of the amount that was paid by the government for your treatment related to your injuries. The Lien Resolution Administrator ("LRA") is facilitating a "global" resolution to satisfy and discharge Medicare's interest for all Medicare-entitled claimants. Employing and utilizing a global model based upon Medicare covered clinical guidelines to treat compensable injuries is an effective and compliant process for resolving Medicare's interest. The global repayment process avoids the delays associated with evaluating, disputing, and resolving every expenditure Medicare has made remotely associated with alleged and released injuries.

    The right of the government to recover these costs is protected by Federal and State law.

    If you do not object to your allocation, you do not need to do anything at this time. If you do object to your allocation, you must read and follow the Notice of Rights and Objection Instructions described on the back of this page.

    If you have any questions concerning your allocation, please call xxx-xxx-xxxx.

**EXHIBIT "2"**

# Notice of Your Rights and
# Objection Instructions

To protect your privacy, your individual allocation as shown on the previous page will be filed under seal with the Clerk of Court of the United States Eastern District of Louisiana and will also be kept at the Office of the Special Master.

**To Reject Your Allocation and File an Objection,
Please Read the Following Very Carefully.**

If you wish to object, you must mail (by U.S. mail) your objection **in writing** to the Special Master at the following address: Office of the Special Master, Fleetwood Litigation Allocation Objections, P.O. Box 83260, Baton Rouge, Louisiana 70884-3260. Your objection must be postmarked on or before **(insert date/30 days from the signing of the Judge's Order).** Your objection must state the reasons for your objection, list and describe the evidence you intend to present at your hearing, and list and describe the testimony of witnesses that you intend to call at your hearing. Your objection must also contain your name, address, date of birth, social security number, telephone number and the name, address and phone number of your private attorney, if you have one.

The Special Master will hold individual allocation objection hearings at the United States District Court, Eastern District of Louisiana. The date, time, and courtroom will be provided to you after we receive your objection. **You must appear at the hearing in person in order to pursue your objection.** Failure to appear will result in dismissal of your objection.

Upon receipt of your objection, the Special Master will rescind your proposed allocation amount. At the hearing on your objection, you will be required to offer evidence and prove the amount of the allocation that you are entitled to as if no prior allocation was made. The Special Master may determine that you are entitled to 1) no allocation, 2) an amount less than that shown on this document, 3) the same amount, or 4) a greater amount. After your hearing, if you have been awarded any amount, and after all delays for all other objections have expired and any appeals that have been filed are final, then you will be notified how, when, and where to collect your allocation.

**Please contact your private attorney if you have one should you have any questions about these procedures.**

**(Note: this will be the back page to each Allocation Notice)**