UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF SEALED MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | CIVIL ACTION |
| | NO: MDL NO. 1873 |
| | SECTION: N (5) |

ATTACHMENTS TO DOCUMENT NO.  20197

DESCRIPTION:   SEALED - Exhibit 1 (sealed pursuant to order rec. doc. 20266)

ARE LOCATED IN THE CLERK'S OFFICE.