## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT** |
| **THIS  DOCUMENT RELATES TO THE FOLOWING CASES:** | **MAGISTRATE CHASEZ** |

*Booth, et al. v. CH2M Constructors, Inc., et al.*
*Civil Action No. 10-02695*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended

Complaints for Damages.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE