# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL No. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
*Marva Jones, et al. v. Liberty Mutual Insurance Corp., et al.*
*Civil Action No. 09-8462*
******************************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and compliant with this Court's Order (Docket number 19899), hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against "unidentified parties," XYZ Contractor, previously filed in these proceedings. This dismissal in no way affects Plaintiffs' claims against the remaining defendants, Liberty Mutual Insurance Corp., Westchester Surplus Lines Insurance Company, Arch Specialty Insurance Company, Lexington Insurance Company and the Unites States of America through the Federal Emergency Management Agency.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)