AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| HERMAN BARARD, ET AL<br><br>*Plaintiff*<br>v.<br>AMERICAN INTERNATIONAL GROUP, INC., ET AL<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 10-3925<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gibraltar Insurance Co., Ltd.
through its registered agent for service of process
Quest Management Solutions
FB Perry Building
40 Church Street
Hamilton, HM 11, Bermuda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Nov 03 2010___

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3925

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Additional information regarding attempted service, etc:

---

**Registered article / Envoi recommandé**
☐ Letter / Lettre   ☐ Printed Matter / Imprimé   ☐ Other / Autre   ☐ Express Mail International

☐ Insured parcel / Colis avec valeur déclarée   Insured Value / Valeur déclarée   Article No. RE 74 5701 886 US

Office of mailing / Bureau de depot   Date of posting / Date de depot

Addressee (Name or firm) / Nom ou raison sociale du destinataire: GIBRALTAR INS CO LTD
C/O QUEST MANAGEMENT SOLUTIONS
Street and No. / Rue et No.: FB PERRY BLDG
40 CHURCH ST
Place and country / Lieu et Pays: HAMILTON HM11 BERMUDA

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit etre signé par le destinataire ou par une personne y autorisée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoye par le premier courrier directement à l'expediteur.

The article mentioned above was duly delivered.   Date
L'envoi mentionné ci-dessus a été dûment livré.

Signature of the addressee / Signature du destinataire   Signature of the employee of the office of destination

Postmark of the office of destination / Timbre du bureau de destination: REC'D 11/16/2010   11/16/2010

Server's address



UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RE74 5701 886U S**
Class: **First-Class Mail International**
Service(s): **Registered Mail™**
  **Return Receipt**
Status: **International Dispatch**

Your item left the United States from ISC NEW YORK NY(USPS) at 8:16 am on November 27, 2010. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:
- **International Dispatch,** November 27, 2010, 8:16 am, ISC NEW YORK NY(USPS)
- **Arrival**
- **Acceptance,** November 16, 2010, 4:17 pm, NEW ORLEANS, LA 70113

Track & Confirm
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >