AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Viola Fairchild, et al. ) | |
| Plaintiff ) | ED 10: 04615 |
| v. ) | Civil Action No. 10-441 |
| CH2M Hill Constructors, Inc., et al. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/25/10

CLERK OF COURT

*David Maline*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-441

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USA thru Craig Fugate - FEMA
was received by me on *(date)* 12/17/2010

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: See attached Verification from U.S. Postal Service Domestic Return Receipt # 71771 00016 45001 73000

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/3/2011

R. Raven
*Server's signature*

R. Raven, Legal Assistant
1100 Poydras St. #2800
N.O. LA 70163-2800
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID MALAND, CLERK
BY _____



# Track & Confirm

**Search Results**

Label/Receipt Number: **7179 1000 1645 0017 3000**  
Service(s): **Certified Mail™**  
Status: **Delivered**

Your item was delivered at 8:39 am on December 17, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**  
Enter Label/Receipt Number.

[ Go > ]

**Detailed Results:**
- Delivered, December 17, 2010, 8:39 am, WASHINGTON, DC 20472
- Arrival at Unit, December 17, 2010, 6:27 am, WASHINGTON, DC 20022

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway  
Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT  
(Domestic Mail Only; No Insurance Coverage Provided)  
For delivery information visit our website at www.usps.com®

7179 1000 1645 0017 3000

Postage $  
Certified Fee 2.07  
Return Receipt Fee (Endorsement Required) 2.80  
Restricted Delivery Fee (Endorsement Required) 2.30  
 0.00  
Total Postage & Fees $ 7.17  

Postmark Here

Sent To: USA thru Craig Fugate, Director Fed. Emgcy. Mgmt. Agcy  
Street, Apt. No.; or PO Box No.: 500 C Street S.W.  
City, State, Zip+4: Washington, DC 20472

Code2: Fairchild v. CH2M Hill, EDTX 10-441

PS Form 3800, August 2006    See Reverse for Instructions