AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Viola Fairchild, et al. | ) | |
| Plaintiff | ) ) ) | ED LA 10-CV-04615 |
| v. | ) | Civil Action No. 10-441 |
| CH2M Hill Constructors, Inc., et al. | ) ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Through the Office of the U.S. Attorney for the Eastern District of Texas
John M. Bales, United States Attorney
Eastern District of Texas
415 South First Street, Suite 201
Lufkin, Texas 75901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/10

David Malone

*Signature of Clerk or Deputy Clerk*

Civil Action No. 10-441

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 7 2011
DAVID J MALAND, CLERK
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* USA thru John M. Bato
was received by me on *(date)* 12/14/2010 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Via U.S. Certified Mail Domestic Receipt Return 71791 0001 64800 173055 on 12/14/2010 See Attached Green Card

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 23 2010
DAVID J MALAND, CLERK
BY _____ DEPUTY

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/16/2010

R. Ra'Ven
Server's signature

R Ra'Ven Legal Assistant
Printed name and title

1100 Poydras St. #2800
New Orleans, LA 70163-2800
Server's address

Additional information regarding attempted service, etc:

**2. Article Number**

71791000164500173055

**1. Article Addressed to:**

USA thru John M. Bales
US Atty for the EDTX
415 South First Street
Suite 201
Lufkin, TX 75901

Code2: Fairchild v. CH2M Hill, EDTX 10-441

PS Form 3811 · Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Donna Kruse* ☒ Agent ☐ Addressee

B. Received by (Printed Name): DONNA Cris
C. Date of Delivery: 12/14/10

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES enter delivery address below:

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes