AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Viola Fairchild, et al. <br> *Plaintiff* <br> v. <br> CH2M Hill Constructors, Inc., et al. <br> *Defendant* | ) ) ) ) ED LA 10-CV-04615 <br> ) ) Civil Action No. 10-441 <br> ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CH2M HILL CONSTRUCTORS, INC.
Through its Agent for Service of Process
CT Corporation System
350 N. St. Paul St., Ste. 2900
Dallas, TX 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/25/10

*David Maline*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-441

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CH2M Hill Constructors

was received by me on *(date)* 12/14/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Via U.S. Certified Mail Domestic Return Receipt # 71791 0016 45001 73048 on 12/14/2010 See Attached Green Card

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/16/2010

R. Raven
Server's signature

R. RAVEN, Legal Assistant
Printed name and title

1100 Poydras St. #2800
N.O. LA 70163-2800
Server's address

Additional information regarding attempted service, etc:

*[Filed stamps: U.S. District Court, Eastern District of Texas, FEB 7 2011 and DEC 23 2010, David J. Maland, Clerk, by Deputy]*

**2. Article Number**

7179 1000 1645 0017 3048

**1. Article Addressed to:**

CH2M Hill Constructors thru
CT Corporation System
350 N. St. Paul St.
Suite 2900
Dallas, TX 75201-4234

Code2: Fairchild v. CH2M Hill, EDTX 10-441

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  R. Pino
☐ Agent
☒ Addressee

B. Received by (Printed Name): B. PINA
C. Date of Delivery: DEC 1 4 2010

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811   Domestic Return Receipt