AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Ernestine Hall, et al.<br><br>*Plaintiff*<br>v.<br>Gulf Stream Coach, Inc., et al.<br><br>*Defendant* | )<br>)<br>)  ED LA #11-211<br>)  Civil Action No. 10-712<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Through the Office of the U.S. Attorney for the Southern District of Alabama
Kenyen R. Brown, United States Attorney
63 South Royal Street
Suite 600
Mobile, Alabama 36602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronnie Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 10, 2011        *Angela Kraver*
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-712

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are _____ 0.00

I declare u...

Date: _____

**Return Receipt:**

2. Article Number: 7179 1000 1645 0017 8890

1. Article Addressed to:
USA - U.S. Attorney
Kenyan R. Brown
63 South Royal St, Suite 600
Mobile, AL 36602

Code: FORMAL
Code2: Hall, Ernestine v. Gulf Stream
File: US DC - S D Alabama # 10-712

PS Form 3811   Domestic Return Receipt

A. Signature: X Erline Edmond — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Erline Edmond
C. Date of Delivery: 2-7-2011
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

Additional inform...