AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Ernestine Hall, et al. | ) |
| *Plaintiff* | ) ) EDLA 11-211 |
| v. | ) Civil Action No. 10-712 |
| Gulf Stream Coach, Inc., et al. | ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gulf Stream Coach, Inc,
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 10, 2011

*Angela Kraver*
*Signature of Clerk or Deputy Clerk*

Case 1:10-cv-00712-CB-M Document 3 Filed 01/10/11 Page 2 of 10
Case 2:07-md-01873-KDE-MBN Document 20216 Filed 02/11/11 Page 2 of 2
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-712

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other

**2. Article Number**
7175 1000 16 1500 178845

**1. Article Addressed to:**
GULF STREAM COACH, INC.. thru
Kenneth Brinker
503 S. Oakland
Nappanee, IN 46550

Code: FORMAL
Code2: Hall, Ernestine v. Gulf Stream
File: USDC - SD-Alabama 10-712

PS Form 3811    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X *Myrick*   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 2/7/11
D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No
3. Service Type  ☒ Certified
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

My fee ... 0.00

I declare ...

Date: _____    _____
                         *Server's address*

Additional information regarding attempted service, etc: