UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5252
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SEVER "MATCHED" PLAINTIFFS FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, come certain Plaintiffs listed below, who, for the reasons more fully stated in the attached memorandum in support, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21, this Honorable Court's instructions in Pretrial Order No. 40 (Doc. 1781), and this Court's Order of January 24, 2011 (Doc. 19899). Previously unmatched Plaintiffs in the above captioned matter have now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints in the civil action numbers listed below:

1. Joshua Hooker                                     10-2396
2. Alvin Williams, Jr.                               10-2403
3. Daniel Murchison                                  10-2375
4. Danielle Murchison                                10-2375
5. Melodie Coutune                                   10-0542
6. Melodie Coutune, on behalf of the minor, B.C-W.   10-0542

| | | |
|---|---|---|
| 7. | Melodie Coutune, on behalf of the minor, L.C-W. | 10-0542 |
| 8. | Glenda Stone | 10-2396 |
| 9. | Rashakka Hanson, on behalf of the minor, R.H. | 09-4327 |
| 10. | Rashakka Hanson, on behalf of the minor, X.L. | 09-4327 |
| 11. | Calvin Bernard | 10-3901 |

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713