UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Anderson, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5252
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21, this Honorable Court's instructions in Pretrial Order No. 40 (Rec. Doc. 1781), and this Court's Order of January 24, 2011 (Rec. Doc. 19899). Previously unmatched Plaintiffs in the above captioned matter have been matched to specific manufacturer and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints in the civil action numbers listed below:

1. Joshua Hooker                10-2396

2. Alvin Williams, Jr.          10-2403

3. Daniel Murchison             10-2375

4. Danielle Murchison           10-2375

5. Melodie Coutune              10-0542

6.  Melodie Coutune, on behalf of the minor, B.C-W.     10-0542

7.  Melodie Coutune, on behalf of the minor, L.C-W.     10-0542

8.  Glenda Stone                                         10-2396

9.  Rashakka Hanson, on behalf of the minor, R.H.        09-4327

10. Rashakka Hanson, on behalf of the minor, X.L.        09-4327

11. Calvin Bernard                                       10-3901

Therefore, pursuant to this Court's Order of January 24, 2011, Plaintiffs submit this motion to sever, originally contemplated by Pretrial Order No. 40 and in light of judicial economy, to rectify the pleadings to reflect Plaintiffs' matched status. Wherefore, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre
       1100 Poydras Street
      New Orleans, Louisiana  70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Justin I. Woods
                                          JUSTIN I. WOODS, # 24713