UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*James, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5336
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER "MATCHED" PLAINTIFF FROM ORIGINAL "UNMATCHED" COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff listed below, who, for the reasons more fully stated in the attached memorandum in support, respectfully requests this Honorable Court grant her Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21, this Honorable Court's instructions in Pretrial Order No. 40 (Doc. 1781), and this Court's Order of January 24, 2011 (Doc. 19899). Previously unmatched Plaintiff in the above captioned matter has now been matched to specific manufacturing and contractor defendants, and, to reflect such matching, Plaintiff has filed an Amended Complaint in the civil action number listed below:

1. Patricia Hiatt, on behalf of the deceased, Irma Louise Pitre     10-2385

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
         GERALD E. MEUNIER, #9471

JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

### CERTIFICATE OF SERVICE

I hereby certify that on  February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713