UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*James, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-5336

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFF
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiff, listed below, respectfully requests this Honorable Court grant her Motion to Sever "Matched" Plaintiff from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21, this Honorable Court's instructions in Pretrial Order No. 40 (Rec. Doc. 1781), and this Court's Order of January 24, 2011 (Rec. Doc. 19899). Previously unmatched Plaintiff in the above captioned matter has been matched to specific manufacturer and contractor defendants, and, to reflect such matching, Plaintiff has filed an Amended Complaint in the civil action number listed below:

1. Patricia Hiatt, on behalf of the deceased, Irma Louise Pitre          10-2385

Therefore, pursuant to this Court's Order of January 24, 2011, Plaintiff submits this motion to sever, originally contemplated by Pretrial Order No. 40 and in light of judicial economy, to rectify the pleadings to reflect Plaintiff's matched status. Wherefore, Plaintiff requests this Honorable Court grant Plaintiff's instant Motion to Sever.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/Justin I. Woods
  GERALD E. MEUNIER, #9471
  JUSTIN I. WOODS, #24713
  Gainsburgh, Benjamin, David,
  Meunier & Warshauer, L.L.C.
  2800 Energy Centre
  1100 Poydras Street
  New Orleans, Louisiana  70163
  Telephone:  504/522-2304
  Facsimile:  504/528-9973
  jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on  February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

  s/Justin I. Woods
  JUSTIN I. WOODS, # 24713