UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Brown, et al v. Alliance Homes, Inc., et al,*
E.D. La. Case No. 09-4953
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION TO SEVER "MATCHED" PLAINTIFFS
FROM ORIGINAL "UNMATCHED" COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiffs, listed below, respectfully request this Honorable Court grant their Motion to Sever "Matched" Plaintiffs from Original "Unmatched" Complaint pursuant to Federal Rules of Civil Procedure Rule 21, this Honorable Court's instructions in Pretrial Order No. 40 (Rec. Doc. 1781), and this Court's Order of January 24, 2011 (Rec. Doc. 19899). Previously unmatched Plaintiffs in the above captioned matter have been matched to specific manufacturer and contractor defendants, and, to reflect such matching, Plaintiffs have filed Amended Complaints in the civil action numbers listed below:

1. Barbara Vidrine         10-2402
2. Joseph Vidrine          10-2402
3. Karen Robinson          09-5233
4. Kevin Washington        09-5233
5. Jessie Perry            09-5246

Therefore, pursuant to this Court's Order of January 24, 2011, Plaintiffs submit this motion to sever, originally contemplated by Pretrial Order No. 40 and in light of judicial economy, to rectify the pleadings to reflect Plaintiffs' matched status. Wherefore, Plaintiffs request this Honorable Court grant Plaintiffs' instant Motion to Sever.

                Respectfully submitted:

                **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          jwoods@gainsben.com

          **COURT-APPOINTED PLAINTIFFS'**
          **STEERING COMMITTEE**
          ROBERT M. BECNEL #14072
          RAUL BENCOMO, #2932
          ANTHONY BUZBEE, Texas #24001820
          FRANK D'AMICO, JR., #17519
          ROBERT C. HILLIARD, Texas #09677700
          MATT MORELAND, #24567
          DENNIS C. REICH Texas #16739600
          MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

  I hereby certify that on  February 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Justin I. Woods
                JUSTIN I. WOODS, # 24713