UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Anderson, et al. v. Forest River, Inc., et al.* Civil Action No. 10-10-00579 | * * * | MAGISTRATE CHASEZ |

*******************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended Complaints for Damages.

THIS DONE the 10th day of February, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE