UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
*Hamilton, et al. v. KZRV, LP, et al.*
*Civil Action No. 10-00922*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended Complaints for Damages.

THIS DONE the 10th day of February, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE