UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
  *Breland, et al. v. Forest River, Inc., et al.*
  Civil Action No. 10-01042
*************************************************************************

### ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended Complaints for Damages.

THIS DONE the 10th day of February, 2011 in New Orleans, Louisiana.

                              _____
                              HONORABLE KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE