## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

SECTION "N-5"

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*Anders, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 10-01360*

MAGISTRATE CHASEZ

**************************************************************************

### ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended Complaints for Damages.

THIS DONE the 10th day of February, 2011 in New Orleans, Louisiana.

HONORABLE KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE