IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                              MDL NO. 1873
            FORMALDEHYDE
            PRODUCTS LIBILITY LITIGATION

                                                            JUDGE ENGLEHARDT
                                                            MAGISTRATE CHASEZ

**This Document Relates to:**
*Cooper, Crystal, et al v. Bechtel National, Inc., et al;* 10-04121;
*Goff, Alice, et al v. CH2M Hill Constructors, et al*; 10-04122;
*Rodwell, Lovella, et al v. Bechtel National, Inc., et al*; 10-04123;
*Rogers, Bessie, et al v. Bechtel National, Inc., et al*; 10-04124.

**MOTION FOR NEW TRIAL AND OR RECONSIDERATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)**

NOW INTO COURT, through undersigned counsel, come Crystal Cooper, Alice Goff, Lovella Rodwell, Bessie Rogers and the claimants adjoined thereto who move this Honorable Court for a new trial and/or reconsideration from its ruling on the Defendant's Motion to Dismiss which said Order was rendered on January 19, 2011 but not entered until February 2, 2011.

That Movers were electronically served with Notice that the Order dated January 19, 2011 had been entered on February 2, 2011 and that this Motion is timely pursuant to F.R.C.P. Rule 59.

That the reasons submitted for the filing of this Motion are more fully set forth in the Memorandum in Support filed herewith.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501

        New Orleans, Louisiana  70130
Telephone:	504.581.7050
Facsimile:	866.441.6281
jack@jharang.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on February 14, 2011 served a true and correct copy of the foregoing, **Motion for New Trial and or Reconsideration** to counsel of record via CM/ECF to all counsel of record.

        s/Jack W. Harang
        JACK W. HARANG