**IN THE UNITD STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

**IN RE:  FEMA TRAILER**                                        **MDL NO. 1873**
        **FORMALDEHYDE**
        **PRODUCTS LIBILITY LITIGATION**

                                                  **JUDGE ENGLEHARDT**
                                                  **MAGISTRATE CHASEZ**

**This Document Relates to:**
*Cooper, Crystal, et al v. Bechtel National, Inc., et al;* 10-04121;
*Goff, Alice, et al v. CH2M Hill Constructors, et al*; 10-04122;
*Rodwell, Lovella, et al v. Bechtel National, Inc., et al*; 10-04123;
*Rogers, Bessie, et al v. Bechtel National, Inc., et al*; 10-04124.

---

**NOTICE OF SUBMISSION**

---

      **PLEASE TAKE NOTICE** that the Plaintiffs, Crystal Cooper, Alice Goff, Lovella Rodwell, Bessie Rogers and the claimants adjoined thereto, through undersigned counsel will bring for hearing before the United States District Court, Honorable Judge Kurt D. Englehardt, the attached Motion for New Trial and or Reconsideration pursuant to Rule 59(e) of the Federal Rule of Civil Procedure on the 9th day of March, 2011 at 9:00 a.m.

                               Respectfully submitted,


                               s/Jack W. Harang
                               JACK W. HARANG (LA# 15083)
                               Law Offices of Jack W. Harang
                               228 St. Charles Avenue, Suite 501
                               New Orleans, Louisiana  70130
                               Telephone:     504.581.7050
                               Facsimile:      866.441.6281
                               jack@jharang.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on February 14, 2011 served a true and correct copy of the foregoing, **Notice of Hearing on Motion for New Trial and or Reconsideration** counsel of record via CM/ECF to all counsel of record.

s/Jack W. Harang
JACK W. HARANG