# IN THE UNITD STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                              MDL NO. 1873
       FORMALDEHYDE
       PRODUCTS LIBILITY LITIGATION

                                                                              JUDGE ENGLEHARDT
                                                                              MAGISTRATE CHASEZ

**This Document Relates to:**
*Cooper, Crystal, et al v. Bechtel National, Inc., et al;* 10-04121;
*Goff, Alice, et al v. CH2M Hill Constructors, et al*; 10-04122;
*Rodwell, Lovella, et al v. Bechtel National, Inc., et al*; 10-04123;
*Rogers, Bessie, et al v. Bechtel National, Inc., et al*; 10-04124.

## ORDER

       CONSIDERING THE FOREGOING let the Motion for New Trial and or Reconsideration Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure be GRANTED as prayed for herein.

       New Orleans, Louisiana, this _____ day of _____, 2011.


                                                                                                        JUDGE