AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SARAH BATES, ET AL )
)
Plaintiff )
v. ) Civil Action No. 10-0231
SILVER CREEK HOMES, INC. ET AL )
)
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 11 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-0231

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
_____ ; or

**2. Article Number**
7179 1000 1645 0017 5004

**1. Article Addressed to:**
USA thru Craig Fugate, Director
Fed. Emgcy. Mgmt. Agcy
500 C Street S.W.
Washington, DC 20472

Code: JIW
Code2: Bates, Sarah
File: EDLA 10-231

PS Form 3811

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*
C. Date of Delivery — FEB 03 2011
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type ☒ Certified
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

Domestic Return Receipt

Date: _____

Server's address

Additional information regarding attempted service, etc: