AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

FRANKIE DUPUY, ET AL

*Plaintiff*

v.

THOR CALIFORNIA, INC., ET AL

*Defendant*

Civil Action No. 09-4986 "N" (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, Dept. of Justice,
through Eric Holder, U.S. Attorney
950 Pennsylvania Ave. NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Jan 12 2011___

Deputy clerk's signature

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-4986

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

, who is

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 71791000164500175578 | A. Signature  X _____ | ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery  FEB 03 20.. |
| 1. Article Addressed to:  USA, Dept. of Justice, Through Eric Holder, U. S. Attorney  950 Pennsylvania Avenue, NW  Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes  If YES enter delivery address below: ☐ No | |
| | 3. Service Type | ☒ Certified |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| Code: JIW  Code2: Dupuy, Frankie  File: EDLA 09-4986 | | |
| PS Form 3811 | Domestic Return Receipt | |

; or

.00

Date: _____

_____
Server's address

Additional information regarding attempted service, etc: