UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV* Case No. 09-6425 | * * * * * * * * | MAGISTRATE CHASEZ |

*************************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint for Damages on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Amended Complaint for Damages attached and submitted with the foregoing Motion.

DATED this 11th day of February, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on February ____, 2011.

/s/Paul A. Dominick
PAUL A. DOMINICK