# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION        SECTION "N-5"

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS  DOCUMENT RELATES TO:
*Davison, et al. v. CH2M Hill Constructors, Inc., et al.*
*Civil Action No. 10-02603*
*****************************************************************

## ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended

Complaints for Damages.

THIS DONE the 14th day of ____February____, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE