UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO THE FOLOWING CASES:<br>*Booth, et al. v. CH2M Constructors, Inc., et al.*<br>*Civil Action No. 10-02695* | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion,

**IT IS SO ORDERED** that the Plaintiffs be granted leave to file the Amended Complaints for Damages.

THIS DONE the 14th day of February, 2011 in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE