AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Arthur Batts, et al. <br> *Plaintiff* <br> v. <br> Recreation By Design, LLC, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) <br> ED LA 10-4614 <br> Civil Action No. 10-440 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/26/10

CLERK OF COURT

*David Malone*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## USPS - Track & Confirm

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: **7179 1000 1645 0017 3109**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:39 am on December 17, 2010 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

**Detailed Results:**
- Delivered, December 17, 2010, 8:39 am, WASHINGTON, DC 20472
- Arrival at Unit, December 17, 2010, 6:28 am, WASHINGTON, DC 20022

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under pena[lty]

Date: _____

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 3109

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.07 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.17 |

Postmark Here

Sent To: USA thru Craig Fugate, Director Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

Code2: Batt v. RBD, EDTX 10-440

PS Form 3800, August 2006       See Reverse for Instructions

Additional information regar[ding]

...itle