AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Arthur Batts, et al. </br></br> Plaintiff </br> v. </br> Recreation By Design, LLC, et al. </br></br> Defendant | ) </br> ) EDLA 10-4614 </br> ) </br> ) Civil Action No. 10-440 </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/26/10

CLERK OF COURT

*David Malone*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
_____, who is _____ ; or

[Attached PS Form 3811 Domestic Return Receipt]

2. Article Number: 7179 1000 1645 0017 3093

1. Article Addressed to:
U.S. Dept. of Justice, through
Eric Holder, US Atty General
950 Pennyslvania Ave. NW
Washington, DC 20530-0001

Code2: Batt v. RBD, EDTX 10-440

A. Signature: X
B. Received by (Printed Name)
C. Date of Delivery: DEC 29 2010
D. Is delivery address different from item 1? ❏ Yes ❏ No
3. Service Type: ☒ Certified     0.00
4. Restricted Delivery? (Extra Fee) ❏ Yes

Date: _____    _____
                        Server's signature

                        _____
                        Printed name and title

                        _____
                        Server's address

Additional information regarding attempted service, etc: