AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Arthur Batts, et al. | ) |
| *Plaintiff* | ) *EDLA 10-4614* |
| v. | ) Civil Action No. 10-440 |
| Recreation By Design, LLC, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CH2M HILL CONSTRUCTORS, INC.
Through its Agent for Service of Process
CT Corporation System
350 N. St. Paul St., Ste. 2900
Dallas, TX 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/26/10

*David Malone*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

, who is _____ or

_____ ; or

[Domestic Return Receipt attached:
- 2. Article Number: 71791000164500173079
- 1. Article Addressed to: CH2M Hill Constructors thru CT Corporation System, 350 N. St. Paul Street, Suite 2900, Dallas, TX 75201-4234
- A. Signature: X R. Pina — ☑ Addressee
- B. Received by (Printed Name): R. PINA
- C. Date of Delivery: DEC 4 201[?]
- 3. Service Type: ☒ Certified
- 4. Restricted Delivery? (Extra Fee): ☐ Yes
- Code2: Baits v. RBD, EDTX 10-440
- PS Form 3811 Domestic Return Receipt]

0.00

Date: _____    _____
                          *Printed name and title*

                          _____
                          *Server's address*

Additional information regarding attempted service, etc: