AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Arthur Batts, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Recreation By Design, LLC, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

ED LA 10-4614

Civil Action No.  10-440

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Recreation By Design, LLC
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd.
Elkhart ,IN  46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   **8/26/10** _____

David Malone

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

_____ agent _____ service of process on behalf of *(name of*

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| | A. Signature  X *FA Brink* | ☐ Agent  ☐ Addressee | ; or |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  **71791000164500173086** | B. Received by *(Printed Name)*  X . A . Brink | C. Date of Delivery  12/17/10 | |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes  If YES enter delivery address below:  ☐ No | | |
| Recreation by Design, LLC, thru  Randall K. Rush  21746 Buckingham Rd.  Elkhart, IN 46516 | | | 0.00 |
| | 3. Service Type  ☒ Certified | | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| Code2: Batt v. RBD, EDTX 10-440 | | | |

PS Form 3811       **Domestic Return Receipt**

Date: _____

*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: