UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N (5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

NOTICE OF BAR DATE IN CHAPTER 11 BANKRUPTCY
CASES OF *IN RE PALM HARBOR HOMES, ET AL.*

NOW INTO COURT through undersigned counsel come the Palm Harbor defendants, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P., and Palm Harbor Albermarle, L.L.C., and give notice of the deadline by which to file claims in the bankruptcy cases of *In re Palm Harbor Homes, et al.*, as reflected in the attached Exhibit "A", which is incorporated herein by reference for all purposes as if set forth verbatim, "**Notice of Bar Date for Filing Proofs of Claim: General Bar Date is April 18, 2011 at 4:00 p.m. Prevailing Eastern Time.**"

Dated this 16th day of February, 2011.

Respectfully submitted,

/s/ Eric L. Lindstrom
Michael J. Craddock
 Texas State Bar No. 04970300
Eric L. Lindstrom
 Texas State Bar No. 12385200

                        3100 Monticello Avenue, Suite 550
                        Dallas, Texas 75205-3466
                        (214) 750-3550
                        (214) 750-3551 (FAX)

**ATTORNEYS FOR DEFENDANTS PALM HARBOR HOMES, INC., PALM HARBOR MANUFACTURING, LP, AND PALM HARBOR ALBERMARLE, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Notice of Bar Date by Palm Harbor Defendants was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                /s/ Eric L. Lindstrom
                                                Eric L. Lindstrom