**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PALM HARBOR HOMES, INC., et al.,[1] | ) | Case No. 10-13850 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF BAR DATE FOR FILING OF PROOFS OF CLAIM: GENERAL BAR DATE IS APRIL 18, 2011 AT 4:00 P.M. PREVAILING EASTERN TIME**

TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE DEBTORS

PLEASE TAKE NOTICE that, pursuant to order (the "Bar Date Order") of the United States Bankruptcy Court for the District of Delaware (the "Court") dated February 15, 2011, all entities and persons (each a "Creditor" and collectively, the "Creditors") holding or wishing to assert claims (as defined in section 101(5) of the Bankruptcy Code) against any Debtor arising or accruing prior to November 29, 2010 (the "Petition Date"), **including claims under Section 503(b)(9) of the Bankruptcy Code** (each a "Claim" and collectively, the "Claims"), are required to file a separate, completed and executed proof of claim on account of each such Claim on or before **April 18, 2011 at 4:00 p.m.** prevailing Eastern Time (the "General Bar Date"). The Bar Date Order does not preclude any entity holding or wishing to assert a claim arising under 503(b)(9) of the Bankruptcy Code from filing a motion seeking, after notice and a hearing, payment of such claim under section 503(b)(9) of the Bankruptcy Code, so long as such motion is filed prior to the General Bar Date. All governmental units, as defined by section 101(27) of the Bankruptcy Code, holding or wishing to assert a Claim against the Debtors are required to file a separate, completed and executed proof of claim on account of each such Claim on or before **May 28, 2011 at 4:00 p.m.** prevailing Easter Time (the "Governmental Unit Bar Date").

Each proof of claim must specifically set forth the full name of the particular Debtor and that Debtor's particular case number to which the Claim applies. An original proof of claim form with signature and accompanying documentation must be delivered to the Debtors' Claims, Noticing, and Balloting Agent ("BMC") at one of the following addresses:

| | |
|---|---|
| **BY MAIL TO:** | **BY HAND OR OVERNIGHT DELIVERY TO:** |
| BMC Group, Inc | BMC Group, Inc |
| Attn: Palm Harbor Homes, Inc. Claims Processing | Attn: Palm Harbor Homes, Inc. Claims Processing |
| PO Box 3020 | 18750 Lake Drive East |
| Chanhassen, MN 55317-3020 | Chanhassen, MN 55317 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc. (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

CHI1 1762387v.1

**Email and facsimile submissions will not be accepted**. Proofs of claim **must be received on or before** 4:00 p.m. prevailing Eastern time on the General Bar Date or the Governmental Unit Bar Date, as applicable.

Proof of Claim Forms must be in English and amounts must be in U.S. Dollars.

PLEASE TAKE FURTHER NOTICE THAT ANY CREDITOR WHO IS REQUIRED TO FILE A PROOF OF CLAIM BUT FAILS TO DO SO ON OR BEFORE THE APPLICABLE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH CLAIM, AND THE DEBTORS AND THE ESTATES SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM, AND SUCH CREDITOR SHALL NOT BE PERMITTED TO VOTE ON ANY CHAPTER 11 PLAN OR PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

A copy of the Bar Date Order, a proof of claim form, and other documents relating to the Debtors' chapter 11 cases may be obtained free of charge through BMC's website, http://www.bmcgroup.com/palmharborhomes or by contacting BMC at 18750 Lake Drive East, Chanhassen, MN 55317 or (888) 909-0100. The Bar Date Order and other documents relating to the Debtors' chapter 11 cases may also be viewed on the United States Bankruptcy Court for the District of Delaware's website, www.deb.uscourts.gov.

Dated: Wilmington, Delaware
February 15, 2011

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP
David W. Wirt
Aaron C. Smith
Courtney E. Barr
111 S. Wacker Drive
Chicago, Illinois  60606-4410
Telephone: (312) 443-0485
Fax: (312) 443-0336

-and-

POLSINELLI SHUGHART PC

   /s/  *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware  19801
Telephone: (302) 252-0920
Fax: (302) 252-0921

COUNSEL FOR THE DEBTORS

2