UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 2:07-MD-1873** |
| **FORMALDEYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | **JUDGE ENGLEHARDT** |
| | * | |
| *CASE NO.: 2:09-CV-5658* | * | **MAGISTRATE JUDGE CHASEZ** |
| *CASE NO.: 2:09-CV-7109* | * | |
| *CASE NO.: 2:09-CV-5659* | * | |
| *    *    *    *    *    *    * | | |

**COLONY NATIONAL INSURANCE COMPANY'S
PRELIMINARY EXHIBIT LIST**

Defendant, Colony National Insurance Company ("Colony"), who, in accordance with the Trial Scheduling Orders issued by this Court, now submits its Preliminary Exhibit List, asserting as follows:

Colony may introduce all, some or none of the following as exhibits at the trial of the captioned matter:

1. Colony policy #AR5360195;

2. Colony policy #AR5360195A;

3. Colony policy #AR5360195B;

1

4. Any medical records of Charles Marshall;

5. Any medical records of Sonya Andrews;

6. Any medical records of Laura Demetriace Batiste;

7. Any employment records of Charles Marshall;

8. Any employment records of Sonya Andrews;

9. Any employment records of Laura Demetriace Batiste;

10. Any earnings records of Charles Marshall from the Social Security Administration;

11. Any earnings records of Sonya Andrews from the Social Security Administration;

12. Any earning records of Laura Demetriace Batiste from the Social Security Administration;

13. Any relevant tax records of the Charles Marshall, federal and state;

14. Any relevant tax records of Sonya Andrews, federal and state;

15. Any relevant tax records of Laura Demetriace Batiste, federal and state;

16. Any and all applications for disability that may have been submitted by Charles Marshall to the Social Security Administration;

17. Any and all applications for disability that may have been submitted by Sonya Andrews to the Social Security Administration;

18. Any and all applications for disability that may have been submitted by Laura Demetriace Batiste to the Social Security Administration;

19. Any and all records listed and introduced by any other party;

20. Any and all records that are relevant and admissible and come into the possession of Colony subsequent to the filing of this Exhibit List.

Respectfully submitted,


  /s/ JAMES R. SUTTERFIELD
**James R. Sutterfield, T.A.** (La. Bar No. 12597)
jsutterfield@swslaw.com
**Candace R. LeBlanc** (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:     (504)529-7197

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield
Sutterfield & Webb, LLC

3