UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 2:07-MD-1873** |
| **FORMALDEYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | **JUDGE ENGLEHARDT** |
| | * | |
| *CASE NO.: 2:09-CV-5658* | * | **MAGISTRATE JUDGE CHASEZ** |
| *CASE NO.: 2:09-CV-7109* | * | |
| *CASE NO.: 2:09-CV-5659* | * | |
| *   *   *   *   *   *   * | | |

**COLONY NATIONAL INSURANCE COMPANY'S
PRELIMINARY WITNESS LIST**

Defendant, Colony National Insurance Company ("Colony"), who, in accordance with the Trial Scheduling Orders issued by this Court, now submits its Preliminary Witness List, asserting as follows:

Colony may call all, some or none of the following as witnesses at the trial of the captioned matter:

1. Mark Romanetz;

2. Tom Sanford;

3. Dan Morrison;

1

4. Doreen Staines;

5. Charles Marshall;

6. Dr. Vipul Parikh, MD;

7. Dr. Tracey Conrad, DO;

8. Dr. Douglas Koppel, MD;

9. Carolyn Grandison;

10. Patricia Blazio;

11. Sonya Andrews;

12. Brandon Andrews;

13. Michael Grant;

14. Andrew Keys;

15. Laura Demetriace Batiste;

16. Dr. Albert Tydings, MD;

17. June Foust;

18. Treyna Batiste;

19. Douglas Ordone;

20. John Batiste;

21. Any other representative of Sun Valley, Inc.;

22. A representative of Colony National Insurance Company;

23. Any expert witnesses named by any other party;

24. Any treating physician of plaintiff not specifically named herein;

25. Any witness listed by any other party; and/or

26. Any witness whose identity becomes known subsequent to the filing of this Witness List.

                                          Respectfully submitted,

                                          /s/ JAMES R. SUTTERFIELD
                                        **James R. Sutterfield, T.A.** (La. Bar No. 12597)
                                        jsutterfield@swslaw.com
                                        **Candace R. LeBlanc** (La. Bar No. 31831)
                                        cleblanc@swslaw.com
                                        650 Poydras Street, Suite 2715
                                        New Orleans, LA  70130
                                        Telephone:     (504) 598-2715
                                        Facsimile:     (504)529-7197

## **CERTIFICATE OF SERVICE**

      I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                                          s/James R. Sutterfield
                                          Sutterfield & Webb, LLC