UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5658 (Charles Marshall)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUN VALLEY, INC., d/b/a SUN-LITE'S PRELIMINARY LIST OF WITNESSES

**NOW INTO COURT,** through undersigned counsel, comes SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN VALLEY"), who, in accordance with this Honorable Court's scheduling order in the above-captioned matter, hereby submits the following preliminary witness list. As both fact and expert discovery is ongoing, Sun Valley expressly reserves the right to supplement and/or modify this list as the litigation continues.

1

| NO. | WITNESS | TYPE OF WITNESS | MAY/WILL CALL |
|---|---|---|---|
| 1. | Joseph Little<br>ATSDR Employee | Fact Witness | May Call |
| 2. | David Garratt<br>FEMA Employee | Fact Witness | May Call |
| 3. | M. Bryan McCreary<br>FEMA Employee | Fact Witness | May Call |
| 4. | Stephen Miller<br>FEMA Employee | Fact Witness | May Call |
| 5. | Michael Lindell, Ph.D.<br>FEMA Expert<br>(Disaster response) | Fact Witness | May Call |
| 6. | Michael Lapinski<br>FEMA Employee | Fact Witness | May Call |
| 7. | Martin McNeese<br>FEMA Employee | Fact Witness | May Call |
| 8. | Kevin Souza<br>FEMA Employee | Fact Witness | May Call |
| 9. | Steve Miller<br>FEMA Employee | Fact Witness | May Call |
| 10. | David Porter<br>FEMA Employee | Fact Witness | May Call |
| 11. | Bellance (Faye) Green<br>FEMA Employee | Fact Witness | May Call |
| 12. | Stanley Larson<br>FEMA Employee | Fact Witness | May Call |
| 13. | Travis Morris<br>FEMA Employee | Fact Witness | May Call |
| 14. | Michael Harder<br>FEMA Employee | Fact Witness | May Call |
| 15. | Guy Nicholas Bonomo<br>FEMA Employee | Fact Witness | May Call |

1

| 16. | Brian Boyle<br>FEMA Employee | Fact Witness | May Call |
|---|---|---|---|
| 17. | Jerome Cade<br>FEMA Employee | Fact Witness | May Call |
| 18. | Bronson Brown<br>FEMA DHS | Fact Witness | May Call |
| 19. | Stanley Larson<br>FEMA DHOPS | Fact Witness | May Call |
| 20. | Scott Wright<br>CDC-ATSDR employee | Fact Witness | May Call |
| 21. | Phil "Mike" Allred<br>CDC-ATSDR employee | Fact Witness | May Call |
| 22. | Custodian of FEMA IA file for plaintiff's trailer | Fact Witness | May Call |
| 23. | Clyde Payne<br>OSHA Officer | Fact Witness | May Call |
| 24. | Dr. Lawrence Mayer<br>Sun Valley Expert<br>Biostatistician | Fact Witness | May Call |
| 25. | John Osteraas, Ph.D., P.E.<br>Civil / Structural Engineer | Fact/Expert Witness | May Call |
| 26. | Bruce Kelman, Ph.D. - Veritox<br>Sun Valley Expert<br>Toxicologist – mold | Fact/Expert Witness | May Call |
| 27. | Graham Allan<br>Sun Valley Expert<br>Chemical Engineering and Professor of Fiber and Polymer Science | Expert Witness | May Call |
| 28. | Dr. Philip Cole<br>Sun Valley Expert<br>Epidemiologist | Expert Witness | May Call |

| | | | |
|---|---|---|---|
| 29. | Nathan T. Dorris, Ph.D.<br>Sun Valley Expert<br>Warning and Communications pertaining to product safety | Expert Witness | May Call |
| 30. | William L. Dyson, Ph.D.<br>Sun Valley Expert<br>Industrial Hygienist | Expert Witness | May Call |
| 31. | Thomas Fribley<br>Sun Valley Expert<br>RV Construction and Design | Expert Witness | May Call |
| 32. | Dr. Kenneth Smith<br>Sun Valley Expert<br>Pulmonary Diseases | Expert Witness | May Call |
| 33. | Dr. Ronald J. French<br>Sun Valley Expert<br>Otolaryngologist | Expert Witness | May Call |
| 34. | Anthony Watson<br>Sun Valley Expert<br>Industrial Hygienist/Testing | Expert Witness | May Call |
| 35. | Dr. James Wedner<br>Sun Valley Expert<br>Allergic and Immunologic Diseases | Expert Witness | May Call |
| 36. | Michael Ginevan, Ph.D.<br>Sun Valley Expert<br>Biostatistician | Expert Witness | May Call |
| 37. | Megan Ciota, Ph.D.<br>Sun Valley Expert<br>Clinical Psychologist / Neuropsychologist | Expert Witness | May Call |
| 38. | Damien W. Serauskas, P.E.<br>Sun Valley Expert<br>Mechanical Engineer | Expert Witness | May Call |
| 39. | Robert Wozniak<br>Sun Valley Expert<br>Engineer/Construction/Standards/Codes | Expert Witness | May Call |

| 40. | Robert James, Ph.D.<br>Sun Valley Expert<br>Toxicologist | Expert Witness | May Call |
|---|---|---|---|
| 41. | Dr. James Wedner<br>Sun Valley Expert<br>Allergic & Immunologic Diseases | Expert Witness | May Call |
| 42. | Dr. Howard Malbach<br>Sun Valley Expert<br>Dermatologist | Expert Witness | May Call |
| 43. | Dr. Gary Marsh<br>Sun Valley Expert<br>Biostatistician & Epidemiologist | Expert Witness | May Call |
| 44. | Donald Snell, P.E.<br>Sun Valley Expert<br>Air Quality & Construction | Expert Witness | May Call |
| 45. | Dr. John Thompson, Jr.<br>Sun Valley Expert<br>Psychiatrist | Expert Witness | May Call |
| 46. | Richard Monson, M.D.<br>Sun Valley Expert<br>Epidemioilogist | Expert Witness | May Call |
| 47. | Norman Nelson, P.E.<br>Sun Valley Expert,<br>Air Quality & Construction | Expert Witness | May Call |
| 48. | Dr. Coreen Robbins<br>Sun Valley Expert<br>Industrial Hygienist | Expert Witness | |
| 49. | Mark Polk<br>Sun Valley Expert<br>RV Construction & Design | Fact/Expert Witness | May Call |
| 50. | Carolyn Grandison | Fact Witness | May Call |
| 51. | Willie Miles | Fact Witness | May Call |
| 52. | Patricia Blazio | Fact Witness | May Call |

4

| | | | |
|---|---|---|---|
| 53. | Joe Pham<br>FEMA employee | Fact Witness | May Call |
| 54. | Representative of Formaldehyde Council | Fact Witness | May Call |
| 55. | Representative of Sun Valley, Inc. | Fact Witness | May Call |
| 56. | Representative of Fluor | Fact Witness | May Call |
| 57. | Representative of CH2M Hill | Fact Witness | May Call |
| 58. | Ken Melchiorre | Fact Witness | May Call |
| 59. | Dwight Durham<br>Fluor employee | Fact Witness | May Call |
| 60. | Dan Morrison | Fact Witness | May Call |
| 61. | Mark Romanetz | Fact Witness | May Call |
| 62. | Doreen Staines | Fact Witness | May Call |
| 63. | Tom Sanford | Fact Witness | May Call |
| 64. | Representative of Maintenance and Deactivation Contractor ("MDC") that was responsible for maintenance and/or deactivation of the plaintiff's unit | Fact Witness | May Call |
| 65. | Records custodian of Dr. Conrad | Fact Witness | May Call |
| 66. | Record custodian of Dr Tracy | Fact Witness | May Call |
| 67. | Record custodian of Dr. Parikh | Fact Witness | May Call |
| 68. | Record custodian of Castellon Pharmacy | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| 69. | Record custodian of Social Security Earnings Department | Fact Witness | May Call |
| 70. | Record custodian of Social Security Disability Department | Fact Witness | May Call |
| 71. | Record custodian of Internal Revenue Service | Fact Witness | May Call |
| 72. | Record custodian of Walgreens Pharmacy | Fact Witness | May Call |
| 73. | Record custodian of Wal Mart Pharmacy | Fact Witness | May Call |
| 74. | Record custodian of Dr. Joseph Allain | Fact Witness | May Call |
| 75. | Record custodian of Dr. Elizabeth Boh | Fact Witness | May Call |
| 76. | Record custodian of Dr. Robert Koppel | Fact Witness | May Call |
| 77. | Record custodian of Dr. Joseph Rheim | Fact Witness | May Call |
| 78. | Record custodian of Tulane Hospital and Clinic | Fact Witness | May Call |
| 79. | Record custodian of Medical Center of New Orleans | Fact Witness | May Call |
| 80. | Record custodian of C's Discount Pharmacy | Fact Witness | May Call |
| 81. | Any physician who has treated plaintiff prior, during or subsequent to the alleged exposure | Fact/Expert Witness | May Call |
| 82. | Any witness referred to or identified in any party's response to interrogatories or other written discovery, or identified in any written discovery requests propounded on any party in this MDL proceeding | Fact/Expert Witness | May Call |
| 83. | Any person mentioned in any deposition taken in this MDL proceeding | Fact/Expert Witness | May Call |

| | | | |
|---|---|---|---|
| 84. | Any person identified in any document produced or exchanged in this MDL proceeding | Fact/Expert Witness | May Call |
| 85. | Any former employee of Sun Valley, Inc. | Fact Witness | May Call |
| 86. | Any Current or Former Fluor Representative/Employee who assisted with its Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 87. | Any Current or Former CH2M Hill Representative/Employee who assisted with its Hurricanes Katrina and Rita Response | Fact Witness | May Call |
| 88. | Any witness deposed in this MDL | Fact Witness | May Call |
| 89. | Any Expert Witness retained in any one of the three Bellwether Trials in the Instant MDL, by any party | Expert Witness | May Call |
| 90. | All FEMA Contracting Officers assigned to the Individual Assistance/Technical Assistance Contract ("IA/TAC") with Shaw | Fact Witness | May Call |
| 91. | Representative of Global Digital Forensics | Fact/Expert Witness | May Call |
| 92. | A representative of Colony National Insurance Company | Fact Witness | May Call |
| 93. | A representative of Westchester Surplus Insurance Company | Fact Witness | May Call |
| 94. | Any witness needed to identify or authenticate a document to be entered into evidence | Fact Witness | May Call |
| 95. | Any witness needed for rebuttal purposes | Fact Witness | May Call |
| 96. | Any witness listed in any other party's witness list | Fact Witness | May Call |

7

| | | | |
|---|---|---|---|
| 97. | Records custodian of Recovery School District | Fact Witness | May Call |
| 98. | Records custodian of New Birth Baptist Church | Fact Witness | May Call |
| 99. | Records custodian of Humana Health Care | Fact Witness | May Call |
| 100. | Records custodian of Treme Development Center/Harmony House | Fact Witness | May Call |
| 101. | Records custodian of Steve's Bail Bonds | Fact Witness | May Call |
| 102. | Records custodian of Bruno & Tervalon | Fact Witness | May Call |
| 103. | Representative of Bruno & Tervalon | Fact Witness | May Call |
| 104. | Dr. Robert Koppel Treating physician | Expert Witness | May Call |
| 105. | Dr. Conrad Treating physician | Expert Witness | May Call |
| 106. | Dr. Parikh Treating Physician | Expert Witness | May Call |
| 107. | Dr. Joseph Allain Treating Physician | Expert Witness | May Call |
| 108. | Dr. Elizabeth Boh Treating Physician | Expert Witness | May Call |
| 109. | Dr. Robert Koppel Treating Physician | Expert Witness | May Call |
| 110. | Dr. Joseph Rheim Treating Physician | Expert Witness | May Call |
| 111. | Physicians who treated plaintiff at any of the above-mentioned health care providers' facilities | Expert Witness | May Call |
| 112. | Representatives of Center for Toxicology & Environmental Health, including but not limited to Dr. Robert Sproles and Andrew Haner | Fact/Expert Witness | May Call |

8

Sun Valley respectfully reserves the right to call any other witness who becomes known during discovery in this matter. Sun Valley further reserves the right to supplement and amend this witness list once discovery in this matter is completed.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
KELLEY S. MACKENROTH, #30307
SCOTT F. DAVIS, # 26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 18th day of February, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO
