## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SEC. "N" (4) |
| | * | |
| **This Document Relates to:** | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| *Docket No. 09-5658 (Charles Marshall)* | * | |
| | * | MAG. JUDGE CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS

NOW INTO COURT, through undersigned counsel, comes Westchester Surplus Lines Insurance Company ("Westchester"), which, in accordance with this Honorable Court's Scheduling Order in the above-captioned matter, hereby submits the following preliminary witness and exhibit lists.  As both fact and expert discovery is ongoing, Westchester expressly reserves the right to supplement and/or modify this list as the litigation continues.

Westchester hereby adopts and incorporates herein by reference as if copied *in extenso*, the Preliminary List of Witnesses and Preliminary List of Exhibits submitted by its Insured, Sun Valley, Inc., d/b/a Sun-Lite.

Respectfully submitted,

**LARZELERE PICOU WELLS**
    **SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 1100 - Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6500

**BY:** */s/ G. Benjamin Ward*
**J. DANIEL PICOU (#13827)**
jpicou@lpwsl.com
**G. BENJAMIN WARD (#20403)**
bward@lpwsl.com

**ATTORNEYS FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this __18th__ day of February, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ G. Benjamin Ward*