UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-3251 | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | JUDGE ENGELHARD |
| *(Charles Marshall)* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Plaintiff, **Charles Marshall**, pursuant to this Honorable Court's Trial Scheduling Order dated January 18, 2011 (Doc. No. 19814), who hereby submits the following Amended Final Witness List in connection with the above captioned matter:

| | Category: | Witness: | Type of Witness: | May/Will Call: |
|---|---|---|---|---|
| | **Plaintiff:** | | | |
| 1 | | Charles Marshall | Fact | Will Call |
| | **Specific to Marshall:** | | | |
| 2 | | Carolyn Grandison | Fact | May Call |
| 3 | | Patricia Blazio | Fact | May Call |
| | **Experts:** | | | |
| 4 | | Dr. Patricia Williams | Expert | May Call |
| 5 | | Dr. Kenneth Laughery, Ph.D | Expert | May Call |
| | **Medicals:** | | | |
| | | Medical Records Custodian of | | |

**Reich and Binstock, LLP dated February 18, 2011**                                                        **Page**1

| 6 |  | Tulane | Fact | May Call |
| 7 |  | Medical Records Custodian of LSU Interim Hospital | Fact | May Call |
| 8 |  | Prescription Records Custodian of Walgreen's Pharmacy | Fact | May Call |
| 9 |  | Any other physician who treated Plaintiff, Charles Marshall | Fact |  |
|  | **Sun Valley, Inc.:** |  |  |  |
| 10 |  | Representative of Sun Valley, Inc. | Fact | May Call |
|  | **Government/ FEMA:** |  |  |  |
| 11 |  | Dr. Christopher DeRosa Previously Center for Disease Control and Prevention (CDC) | Fact/ Expert | May Call |
| 12 |  | Commander Joseph Little Emergency Coordinator for the National Institute for Occupational Safety and Health (NIOSH) | Fact | May Call |
| 13 |  | David E. Garratt FEMA Acting Deputy Administrator | Fact | May Call |
| 14 |  | Rene Rodriguez FEMA | Fact | May Call |
| 15 |  | Stephen C. Miller FEMA Disaster Reservist in Region 2 | Fact | May Call |
| 16 |  | Kevin Souza FEMA Enterprise Coordination and Information Management Section Chief, Virginia | Fact | May Call |
| 17 |  | Michael Lapinski FEMA Federal Coordinating Officer | Fact | May Call |

**Reich and Binstock, LLP dated February 18, 2011**                                                                                                           **Page**2

| 18 | | Bryan McCreary<br>FEMA<br>Contracting Officer | Fact | May Call |
|---|---|---|---|---|
| 19 | | David Porter<br>FEMA<br>Contracting Officer's Technical Representative (COTR) | Fact | May Call |
| 20 | | Martin E. McNeese<br>FEMA<br>Program Officer for FEMA Region 8 in Individual Assistance Programs | Fact | May Call |
| 21 | | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief | Fact | May Call |
| 22 | | Stanley Larson<br>FEMA<br>Employee | Fact | May Call |
| 23 | | Mark Polk<br>FEMA<br>RV Construction and Design | Fact | May Call |
| | **Other:** | | | |
| 24 | | Nathan R. Vallette<br>W.D. Scott Group | Fact | May Call |
| 25 | | Ronni Troiano<br>W.D. Scott Group | Fact | May Call |
| 26 | | D. Scott Johnson<br>Bombet, Cashio & Associates<br>Photographer | Fact | May Call |
| 27 | | Reagan Johnson<br>C4 Animation<br>Animator | Fact | May Call |
| 28 | | A.J. Valenti<br>A.J. Valenti & Associates<br>Photographer | Fact | May Call |
| 29 | | Michael L. Zieman, P.E. | Fact | May Call |

|    |    |    |    |    |
|----|----|----|----|----|
|    |    | Resources Applications, Designs and Controls, Inc., Listing and Testing Division (RADCO) Vice President |    |    |
| 30 |    | Representative of Woodrow Wilson Construction Company, Inc. | Fact | May Call |
| 31 |    | Representative of Jewel Smith D.B.A. Smith's Mobile Homes, Inc. | Fact | May Call |
| 32 |    | William Garpow Recreational Park Trailer Industry Association Executive Director | Fact | May Call |
| 33 |    | Al Jarrell | Fact | May Call |
| 34 |    | Any and all other witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact/ Expert |    |
| 35 |    | Any and all witnesses listed by any other party in this action | Fact/ Expert |    |
|    |    |    |    |    |

Plaintiff respectfully reserves the right to call any witness who becomes known during discovery in this matter or is listed by any other party. Plaintiff further reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

**Reich and Binstock, LLP dated February 18, 2011**                                              **Page**4

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   /s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


       /s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


      **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      MIKAL WATTS, Texas # 20981820
      DENNIS REICH, Texas # 16739600
      ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I hereby certify that on     February 18    , 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.    I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

                                                        /s/ Justin I. Woods
                                                      JUSTIN I. WOODS (LA Bar #24713)

**Reich and Binstock, LLP dated February 18, 2011**