UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:   09-7109 | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | JUDGE ENGELHARD |
| *(Demetriase Laura Batiste)* | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiff, **Demetriase Laura Batiste**, pursuant to this Honorable Court's Trial Scheduling Order dated January 18, 2011 (Doc. No. 19813), who hereby submits the following Amended Final Witness List in connection with the above captioned matter:

| | **Category:** | **Witness:** | **Type of Witness:** | **May/Will Call:** |
|---|---|---|---|---|
| | **Plaintiff:** | | | |
| 1 | | Demetriase Laura Batiste | Fact | Will Call |
| | **Specific to Batiste:** | | | |
| 2 | | Trenya Batiste | Fact | May Call |
| 3 | | John Batiste | Fact | May Call |
| 4 | | Douglas Ordone | Fact | May Call |
| 5 | | Paulette Young | Fact | May Call |
| | **Experts:** | | | |
| 6 | | Dr. Patricia Williams | Expert | May Call |

**Reich and Binstock, LLP dated February 18, 2011**                                                                                   **Page**1

| 7 | | Dr. Kenneth Laughery, Ph.D | Expert | May Call |
|---|---|---|---|---|
| | **Medicals:** | | | |
| 8 | | Medical Records Custodian of Lurline Smith Mental Health Center | Fact | May Call |
| 9 | | Medical Records Custodian of Children's Medical Center | Fact | May Call |
| 10 | | Prescription Records Custodian of WalMart's Pharmacy | Fact | May Call |
| 11 | | Any other physician who treated Plaintiff, Demetriase Laura Batiste | Fact | |
| | **Sun Valley, Inc.:** | | | |
| 12 | | Representatives of Sun Valley, Inc. | Fact | May Call |
| | **Government/ FEMA:** | | | |
| 13 | | Dr. Christopher DeRosa Previously Center for Disease Control and Prevention (CDC) | Fact/ Expert | May Call |
| 14 | | Commander Joseph Little Emergency Coordinator for the National Institute for Occupational Safety and Health (NIOSH) | Fact | May Call |
| 15 | | David E. Garratt FEMA Acting Deputy Administrator | Fact | May Call |
| 16 | | Rene Rodriguez FEMA | Fact | May Call |
| 17 | | Stephen C. Miller FEMA Disaster Reservist in Region 2 | Fact | May Call |
| 18 | | Kevin Souza FEMA Enterprise Coordination and Information Management Section | Fact | May Call |

|    |        |                                                                                      |      |          |
|----|--------|--------------------------------------------------------------------------------------|------|----------|
|    |        | Chief, Virginia                                                                      |      |          |
| 19 |        | Michael Lapinski<br>FEMA<br>Federal Coordinating Officer                             | Fact | May Call |
| 20 |        | Bryan McCreary<br>FEMA<br>Contracting Officer                                        | Fact | May Call |
| 21 |        | David Porter<br>FEMA<br>Contracting Officer's Technical Representative (COTR)        | Fact | May Call |
| 22 |        | Martin E. McNeese<br>FEMA<br>Program Officer for FEMA Region 8 in Individual Assistance Programs | Fact | May Call |
| 23 |        | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief                                | Fact | May Call |
| 24 |        | Stanley Larson<br>FEMA<br>Employee                                                   | Fact | May Call |
| 25 |        | Mark Polk<br>FEMA<br>RV Construction and Design                                      | Fact | May Call |
|    | Other: |                                                                                      |      |          |
| 26 |        | Nathan R. Vallette<br>W.D. Scott Group                                               | Fact | May Call |
| 27 |        | Ronni Troiano<br>W.D. Scott Group                                                    | Fact | May Call |
| 28 |        | D. Scott Johnson<br>Bombet, Cashio & Associates<br>Photographer                      | Fact | May Call |
| 29 |        | Reagan Johnson<br>C4 Animation<br>Animator                                           | Fact | May Call |

**Reich and Binstock, LLP dated February 18, 2011**                                                                                       **Page**3

| 30 | | A.J. Valenti<br>A.J. Valenti & Associates<br>Photographer | Fact | May Call |
|---|---|---|---|---|
| 31 | | Michael L. Zieman, P.E.<br>Resources Applications, Designs and Controls, Inc., Listing and Testing Division (RADCO)<br>Vice President | Fact | May Call |
| 32 | | Representative of Woodrow Wilson Construction Company, Inc. | Fact | May Call |
| 33 | | Representative of Jewel Smith D.B.A. Smith's Mobile Homes, Inc. | Fact | May Call |
| 34 | | William Garpow<br>Recreational Park Trailer Industry Association<br>Executive Director | Fact | May Call |
| 35 | | Al Jarrell | Fact | May Call |
| 36 | | Any and all other witnesses who may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact/ Expert | |
| 37 | | Any and all witnesses listed by any other party in this action | Fact/ Expert | |
| | | | | |

Plaintiff respectfully reserves the right to call any witness who becomes known during discovery in this matter or is listed by any other party.    Plaintiff further reserves the right to supplement and amend this list once discovery is complete or as directed by this Honorable Court.

**Reich and Binstock, LLP dated February 18, 2011**                                                                                **Page**4

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     /s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

         /s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600
        ROBERT BECNEL, #14072

**Reich and Binstock, LLP dated February 18, 2011**                                          **Page**5

**CERTIFICATE OF SERVICE**

I hereby certify that on     February 18        , 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

/s/ Justin I. Woods
JUSTIN I. WOODS (LA Bar #24713)

**Reich and Binstock, LLP dated February 18, 2011**