UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION NO.: 07-MD-1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Katie Alexis Babineaux, et al v. Pilgrim International, et al*<br>*No. 09-4610* | JURY DEMANDED |

### UNOPPOSED MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Lee Vaughn Johnson, Gerado Perez and Maria Miranda, in the above-captioned matter who respectfully move this Court to dismiss all of their claims asserted in the above-captioned case against Pilgrim International.

**WHEREFORE**, plaintiffs pray that this Court dismiss all the their claims asserted in the above-captioned case against Pilgrim International, without prejudice and with each party to bear their own costs.

Respectfully Submitted:

LAW OFFICE OF JIM S. HALL & ASSOCIATES, LLC

BY: _____
JIM S. HALL (#21644)
JOSEPH W. RAUSCH (#11394)
800 N. Causeway Boulevard, Suite 100
Metairie, Louisiana 70001
Telephone:    (504) 832-3000
Facsimile:     (504) 832-1799
**ATTORNEY FOR: PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all the non-CM/ECF participants this _22nd_ day of February, 2011.

_____
JOSEPH W. RAUSCH (#11394)