UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  CIVIL ACTION NO.: 07-MD-1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Katie Alexis Babineaux, et al v. Pilgrim*  JURY DEMANDED
*International, et al*
*No. 09-4610*

### ORDER

Considering the foregoing Motion for Partial Dismissal:

**IT IS SO ORDERED** that all of the claims of Lee Vaughn Johnson, Gerardo Perez and Maria Maranda, asserted herein against Pilgrim International, are hereby dismissed without prejudice with each party to bear their own costs.

SIGNED this ___ day of _____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE