## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT LIABILITY LITIGATION | * * | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGLEHARDT |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |
| * * * * * * * | | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

James R. Sutterfield, counsel for the defendant, Colony Insurance Company, hereby moves this Honorable Court, pursuant to Pre-Trial Order #1 (Rec. doc. 1-2) of the above-captioned matter, that Larry I. Gramovot be enrolled as additional counsel of record herein.

Respectfully Submitted,

SUTTERFIELD & WEBB, LLC


 /s/ JAMES R. SUTTERFIELD
James R. Sutterfield, T.A. (La. Bar No. 12597)
jsutterfield@swslaw.com
Candace R. LeBlanc (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:     (504)529-7197
COUNSEL FOR
COLONY INSURANCE COMPANY



 /s/ LARRY I. GRAMOVOT
Larry I. Gramovot (Florida Bar No. 273570)
Larry@gramovotandtakacs.com
1400 Village Square Blvd., No. 3-405
Tallahassee, Florida 32312-1231
Telephone: 850-325-1914
Facsimile: 866-386-6321


## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

 /s/ JAMES R. SUTTERFIELD