## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT | * | MDL NO. 2:07-MD-1873 |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGLEHARDT |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

\*      \*      \*      \*      \*      \*      \*

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

James R. Sutterfield, counsel for the defendant, Colony Insurance Company, hereby moves this Honorable Court, pursuant to Pre-Trial Order #1 (Rec. doc. 1-2) of the above-captioned matter, that Rick D. Meils be enrolled as additional counsel of record herein.

Respectfully Submitted,

SUTTERFIELD & WEBB, LLC


 /s/ JAMES R. SUTTERFIELD
James R. Sutterfield, T.A. (La. Bar No. 12597)
jsutterfield@swslaw.com
Candace R. LeBlanc (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:     (504)529-7197
COUNSEL FOR
COLONY INSURANCE COMPANY



 /s/ RICK D. MEILS
Rick D. Meils (Indiana Bar No. 9130-49)
rmeils@meilsattorney.com
Two Market Square Center, Suite 830
251 East Ohio Street
Indianapolis, Indiana 46204
Telephone:     (317) 637-1383
Facsimile:     (317) 264-2573


## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

 /s/ JAMES R. SUTTERFIELD