UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT LIABILITY LITIGATION | * * | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGLEHARDT |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |
| *   *   *   *   *   *   * | | |

### ORDER

CONSIDERING the foregoing Motion to Enroll as Additional Counsel of Record,

IT IS HEREBY ORDERED that Rick D. Meils is enrolled as additional counsel of record for Colony Insurance Company in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE