## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| Arthur Buckhaton,<br>together with all individuals and entities whose names appear on the attached "Exhibit A"<br><br>versus<br><br>Jayco Enterprises, Inc.,<br>CH2M Hill Constructors, Inc., and<br>Bechtel National, Inc. | * * * * * * * * * * | CIVIL ACTION NO.:<br>2:10CV-03435-KDE-ALC |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Diamond Smith, through undersigned counsel, and respectfully files this his Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing his claims in the above styled and numbered cause of action.

Respectfully submitted, this the 22nd day of February, 2011.

>           By:     /s/ Casey L. Lott
>                   CASEY L. LOTT
>                   Attorney for Plaintiffs

{L0063264.DOC}

Of Counsel:

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

CERTIFICATE OF SERVICE

    I, Casey L. Lott, attorney for Plaintiffs, do hereby certify that I have this the 22nd day of February, 2011, filed a true and correct copy of the above and foregoing *Notice of Voluntary Dismissal* via the ECF system which sent an electronic copy to the following:

    Adam Michael Dinnell
    adam.dinnelll@usdoj.gov

    Andrew D. Weinstock
    andreww@duplass.com

    Charels E. Leche
    cleche@dkslaw.com

    Daniel Joseph Balhoff
    balhoff@pabmb.com

    Frank Jacob D'Amico, Jr.
    frank@damicolaw.net

    Gerald Edward Meunier
    gmeunier@gainsben.com

    Henry Thomas Miller
    henry.miller@usdoj.gov

    John Adam Bain
    adam.bain@usdoj.gov

    Jonathan Richard Waldron
    jonathan.waldron@usdoj.gov

Justin I. Woods
jwoods@gainsben.com

Matthew B. Cano
mbc@aaplaw.com

Michael David Kurtz
dkurtz@bakerdonelson.com

Michelle George Boyle
michelle.boyle@usdoj.gov

Ralph Shelton Hubbard, III
ruhbbard@lawla.com

Shalla Santos
ses@aaplaw.com

This the 22nd day of February, 2011.

                                  /s/ Casey L. Lott
                                  CASEY L. LOTT