UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION "N" (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | | * | |
| *Ausbrooks v. Forest River, Inc., et al.; Early v.* | | * | |
| *Gulf Stream, et al.; Price v. Jayco, Inc., et al.;* | | * | |
| *Clementin v. Keystone RV, et al.; Wiliams v.* | | * | |
| *KZRV, LP, et al.* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY MEMORANDUM TO
DEFENDANTS' REPLY MEMORANDUM TO
PLAINTIFFS' RESPONSE TO MANUFACTURING DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE EXPERT PAUL HEWETT, Ph.D.**

Now into Court, come Plaintiffs, who respectfully request an Order from this Honorable Court granting them leave to file Plaintiffs' Sur-Reply Memorandum to Defendants' Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D.

Undersigned has contacted all opposing counsel and there is no objection to the filing of this Sur-Reply Memorandum.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO-LIAISON COUNSEL
JUSTIN WOODS, # 24713
PLAINTIFFS' CO-LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
MIKAL WATTS, Texas # 20981820
ROBERT HILLIARD, Texas # 09677700
DENNIS REICH, Texas #16739600

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing on February 23, 2011.

 s/Gerald E. Meunier
GERALD E. MEUNIER, #9471