UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| *Ausbrooks v. Forest River, Inc., et al.; Early v.* | * | |
| *Gulf Stream, et al.; Price v. Jayco, Inc., et al.;* | * | |
| *Clementin v. Keystone RV, et al.; Wiliams v.* | * | |
| *KZRV, LP, et al.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to file Plaintiffs' Sur-Reply Memorandum to Defendants' Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D.:

IT IS HEREBY ORDERED that Plaintiffs are hereby granted leave to file Plaintiffs' Sur-Reply Memorandum to Defendants' Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
J U D G E