```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
 3      ***************************************************************
 4      IN RE:   FEMA TRAILER
        FORMALDEHYDE PRODUCTS
 5      LIABILITY LITIGATION
                                     DOCKET MDL NO. 1873 "N"
 6                                   NEW ORLEANS, LOUISIANA
                                     TUESDAY, MAY 18, 2010, 8:30 A.M.
 7
        THIS DOCUMENT RELATES TO:
 8
        DOCKET NO. 09-3251,
 9      EARLINE CASTANEL V
        RECREATION BY DESIGN, LLC
10
        ***************************************************************
11
                           DAY 2, MORNING SESSION
12                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
13                    UNITED STATES DISTRICT JUDGE
14
15      APPEARANCES:
16
        FOR PLAINTIFF:          WATTS GUERRA CRAFT
17                              BY:  MIKAL C. WATTS, ESQUIRE
                                FOUR DOMINION DRIVE
18                              BUILDING THREE, SUITE 100
                                SAN ANTONIO TX 78257
19
20                              CHRIS PINEDO
                                ATTORNEY AT LAW
21                              802 N. CARANCAHUA, SUITE 2250
                                CORPUS CHRISTI TX  78470
22
23                              REICH & BINSTOCK
                                BY:  DENNIS C. REICH, ESQUIRE
24                              4265 SAN FELIPE, SUITE 1000
                                HOUSTON TX  77027
25
```

```
 1    APPEARANCES CONTINUED:
 2
 3    FOR DEFENDANT:           GARRISON YOUNT FORTE & MULCAHY
                               BY:  LYON H. GARRISON, ESQUIRE
 4                                  SCOTT P. YOUNT, ESQUIRE
                                    RANDALL C. MULCAHY, ESQUIRE
 5                             909 POYDRAS STREET, SUITE 1800
                               NEW ORLEANS LA  70112
 6
 7                             DUPLASS ZWAIN BOURGEOIS MORTON
                               PFISTER & WEINSTOCK
 8                             BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                    JOSEPH G. GLASS, ESQUIRE
 9                             THREE LAKEWAY CENTER
                               3838 N. CAUSEWAY BOULEVARD
10                             SUITE 2900
                               METAIRIE LA  70002
11
12
13    OFFICIAL COURT REPORTER: CATHY PEPPER, CCR, RMR, CRR
                               500 POYDRAS STREET, ROOM B406
14                             NEW ORLEANS LA  70130
                               (504) 589-7779
15
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
16    PRODUCED BY COMPUTER.
17
18
19
20
21
22
23
24
25
```

```
 1   A.   TO THE BEST OF MY KNOWLEDGE, NO.
 2   Q.   AS FAR AS INDUSTRY STANDARDS, DID INDUSTRY STANDARDS REQUIRE
 3   THE USE OF LFE MATERIALS IN 2005?
 4   A.   TO THE BEST OF MY KNOWLEDGE, NO.
 5            THE COURT:  MR. WATTS, WHO IS NEXT?
 6            MR. WATTS:  PAUL HEWETT.
 7            THE COURT:  MR. HEWETT.
 8            THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT
 9   HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE
10   ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT
11   THE TRUTH, SO HELP YOU GOD.
12            THE WITNESS:  I DO.
13                           PAUL HEWETT
14   WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY THE
15   CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:
16            THE DEPUTY CLERK:  PLEASE STATE YOUR NAME AND SPELL IT
17   FOR THE RECORD.
18            THE WITNESS:  MY NAME IS PAUL HEWETT, P-A-U-L,
19   H-E-W-E-T-T.
20            MR. WATTS:  MAY I PROCEED, YOUR HONOR?
21            THE COURT:  YES, PLEASE.
22                       VOIR DIRE EXAMINATION
23   BY MR. WATTS:
24   Q.   I NOTICE THAT YOU HAVE A PH.D. AFTER YOUR NAME.  THAT MEANS
25   I'M SUPPOSED TO CALL YOU DR. HEWETT; IS THAT RIGHT?
```

```
 1   A.   YOU CAN IF YOU WISH.
 2   Q.   WHEN YOU HAVE A PH.D., THAT'S NOT A MEDICAL DOCTOR.  WHAT IS
 3   IT?
 4   A.   I HAVE A PH.D. IN INDUSTRIAL HYGIENE OR OCCUPATIONAL HYGIENE
 5   FROM THE UNIVERSITY OF PITTSBURGH, OBTAINED IN 1991.
 6   Q.   YOU ALSO HAVE A COLLAR THAT'S STICKING UP ON THE LEFT SIDE.
 7   THERE YOU GO.  YOU'RE GOOD TO GO.
 8             I'M SORRY.  ANSWER THAT LAST QUESTION AGAIN.  YOU'VE
 9   GOT A PH.D. IN WHAT?
10   A.   INDUSTRIAL HYGIENE FROM THE UNIVERSITY OF PITTSBURGH.
11   Q.   HAVE WE PREPARED A POWERPOINT PRESENTATION TO KIND OF KEEP
12   ME ON TRACK ASKING YOU THESE QUESTIONS?
13   A.   YES, WE HAVE.
14             THE COURT:  DO WE HAVE A STIPULATION INSOFAR AS HIS
15   EXPERTISE?  ARE WE GOING TO GO AHEAD AND TENDER HIM?
16             MR. WATTS:  I TENDER HIM AND I THINK WE DO.
17             THE COURT:  TENDER HIM IN FIELD OF --
18             MR. WATTS:  INDUSTRIAL HYGIENE AND STATISTICS.
19             MR. MULCAHY:  NO OBJECTION.
20             THE COURT:  THE COURT WILL THEREFORE ACCEPT DR. HEWETT
21   AS AN EXPERT IN THE FIELD OF INDUSTRIAL HYGIENE AND STATISTICS.
22                          DIRECT EXAMINATION
23   BY MR. WATTS:
24   Q.   LET'S START WITH THAT.  WHAT IS THE FIELD OF INDUSTRIAL
25   HYGIENE AND HOW DOES STATISTICS PLAY INTO IT?
```

1   A.   INDUSTRIAL HYGIENE IS AN OCCUPATION INVOLVED IN
2   ANTICIPATING, RECOGNIZING, EVALUATING, AND CONTROLLING, AND
3   RECOMMENDING CONTROLS FOR OCCUPATIONAL EXPOSURES.  AND
4   "OCCUPATIONAL EXPOSURES" -- AND BY THAT, I MEAN EXPOSURES TO
5   TOXIC CHEMICALS, GASSES, AND PARTICULATES THAT ONE FINDS IN THE
6   WORKPLACE.
7   Q.   I SEE YOU'VE GOT A MASTER'S AND A PH.D. AND YOU'VE TAUGHT ON
8   THIS.  YOU'VE TAUGHT COURSES ON STATISTICS AND DATA ANALYSIS.
9   WHY DO STATISTICS AND DATA ANALYSIS COME INTO PLAY IN THE FIELD
10  OF INDUSTRIAL HYGIENE?
11  A.   INDUSTRIAL HYGIENE IS ALL ABOUT -- NOT ALL ABOUT, BUT A
12  LARGE PART OF IT INVOLVES THE MEASUREMENT OF AIRBORNE
13  CONCENTRATIONS TO TOXIC GASSES, VAPORS, AND PARTICULATES.  AND
14  THOSE MEASUREMENTS HAVE TO BE COMPARED TO EXPOSURE LIMITS OR
15  CONCENTRATION LIMITS.
16       AND THE BEST WAY TO COMPARE IS TO DO A STATISTICAL
17  ANALYSIS OF THE DATA; FROM THAT STATISTICAL ANALYSIS, EXTRACT OR
18  DECISION STATISTICS AND COMPETENCE INTERVALS, SO ON AND SO FORTH,
19  THE THINGS THAT STATISTICIANS CALCULATE, AND COMPARE THOSE TO THE
20  EXPOSURE LIMITS TO DETERMINE WHETHER OR NOT EXPOSURES ARE BEING
21  PROPERLY MANAGED IN THE WORKPLACE BY THE EMPLOYER.  BY THAT, I
22  MEAN THEY'RE PROPERLY MANAGED TO BE LESS THAN THE EXPOSURE LIMIT;
23  THEREFORE, AN EXCESS RISK TO THE EMPLOYEES DOES NOT EXIST OR AT
24  LEAST IT'S MINIMIZED.
25  Q.   OKAY.  YOU'VE ALREADY BEEN TENDERED, BUT I WANT TO ASK YOU

1    ABOUT SOMETHING THAT YOU WORKED AT FOR 25 YEARS, THE NATIONAL
2    INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH.  IS THAT KNOWN AS
3    NIOSH?
4    A.   YES.  NIOSH IS A FEDERAL AGENCY IN THE DEPARTMENT OF HEALTH
5    AND HUMAN SERVICES CREATED IN 1970 AS A SISTER AGENCY TO THE
6    OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, WHICH YOU KNOW OF
7    AS OSHA.  NIOSH DOES RESEARCH, AND THAT RESEARCH IS TRANSLATED BY
8    OSHA INTO REGULATIONS.
9    Q.   APPARENTLY, YOU DID RESEARCH WELL ENOUGH THAT YOU GOT SOME
10   ALICE HAMILTON AWARD WHILE YOU WERE WORKING AT NIOSH.
11   A.   ACTUALLY, I GOT TWO, BUT THE ONE I'M MOST PROUD OF IS THAT
12   ONE SINCE IT WAS AN INDIVIDUAL AWARD, AND THAT WAS REGARDING A
13   CHAPTER THAT I WROTE ON THE INTERPRETATION AND USE OF
14   OCCUPATIONAL EXPOSURE LIMITS FOR CHRONIC DISEASE AGENTS.
15   Q.   NOW, THIS STATISTICAL ANALYSIS OF FORMALDEHYDE MEASUREMENTS,
16   WHEN YOU WERE AT NIOSH, DID NIOSH INDUSTRIAL HYGIENISTS PERFORM
17   STATISTICAL ANALYSES?
18   A.   YES, YOU PRETTY MUCH HAD TO.  IN OUR HAZARD EVALUATION
19   REPORTS, IN OUR EPIDEMIOLOGICAL STUDIES, IN OUR TECHNICAL
20   ASSISTANCE STUDIES, WE COLLECTED A LARGE AMOUNT OF DATA, AND THAT
21   DATA HAD TO BE ANALYZED STATISTICALLY, REPORTED STATISTICALLY IN
22   TERMS OF TABLES AND GRAPHS AND CHARTS SO THAT THE CONSUMER OF
23   THOSE REPORTS COULD UNDERSTAND THE BASIS FOR OUR RECOMMENDATIONS.
24   Q.   NOW, I WANT TO GO TO THIS NEXT SLIDE, IT'S TABLE 1.  ON THE
25   COLUMN ON THE LEFT SIDE, IT'S GOT OSHA, THAT'S THE OCCUPATIONAL