***Curriculum Vitae***

December 28, 2010

**Hewett, Paul**
**Exposure Assessment Solutions, Inc.**
**1270 Kings Road**
**Morgantown, WV 26508**

**Cell: 304.685.7050**
**email: phewett_2006_07@oesh.com**
**www.oesh.com**

---

## Bio

Paul Hewett, PhD, CIH is the founder and President of Exposure Assessment Solutions, Inc. Previously, he worked for 25 years as an industrial hygienist for NIOSH, in the Division of Respirable Disease Studies, where he specialized in the measurement of pneumoconiosis producing dusts. Dr. Hewett received a MS in industrial hygiene from the University of Central Missouri and a PhD in industrial hygiene from the University of Pittsburgh, School of Public Health in 1991, and is certified by the American Board of Industrial Hygiene. He is the author of numerous articles and chapters on exposure assessment and statistics for industrial hygienists, as well as past chair of the AIHA Exposure Assessment Strategies Committee and recipient of the Edward J. Baier Technical Achievement Award for his work applying Bayesian statistics to decision making in occupational exposure assessment.

---

## Education

- Ph.D. in Industrial Hygiene; August, 1991; University of Pittsburgh, School of Public Health; dissertation title: Particle Size Analysis of Welding Fumes and Prediction of Regional Pulmonary Deposition
- M.S.; May, 1978; Central Missouri State University, Warrensburg, Missouri; Major: Industrial Hygiene
- B.S.; May, 1977; Central Missouri State University, Warrensburg, Missouri; Major: Biology, Minor: Chemistry

---

## Professional certifications

- Certified Industrial Hygienist (Certification Number 2235; certified June 8, 1982, renewed 1989, 1995, 2001, 2006)

---

## Positions / Activities

2003 - present: Exposure Assessment Solutions, Inc. - CEO: consulting, training, software design and sales, and publications.

1993 - 2003: Adjunct professor, West Virginia University Industrial Management and Systems Engineering - annual graduate course on occupational exposure assessment strategies and statistics

NIOSH

1999 - 2003: Senior Industrial Hygienist, Field Studies Branch, Division for Respiratory Disease Studies (DRDS), NIOSH

1997 - 1999: Chief, Environmental Investigations Branch (EIB), DRDS, NIOSH

1995 - 1997: Worked with the Metal Non-Metal Division of MSHA as an expert witness and consultant in an important case involving a mining industry challenge to the underlying basis for the MSHA exposure compliance program.

1994 - 1997: Worked with the Coal Division of MSHA to develop improved industrial hygiene sampling protocols for MSHA coal mine inspectors.

1978 - 1996: Industrial Hygienist, EIB, DRDS, NIOSH - primary activities included hazard evaluations in the mining industry and research into welding fume hazards.

---

## Awards and Nominations

- **2007 AIHA "Edward J. Baier Technical Achievement Award"**
- **2004 Fellow of the American Industrial Hygiene Association.**
- **1997 NIOSH Alice Hamilton Award**: author of "Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents", in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).

- **1996 NIOSH Alice Hamilton Science Award**: co-author of the NIOSH document "NIOSH Criteria for a Recommended Standard: Occupational Exposure to Respirable Coal Mine Dust"
- nominated for the **1996** NIOSH **Alice Hamilton Science Award** and 1996 CDC **Charles C. Shepard Science Award** for the paper entitled "Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables"
- nominated for the **1994** NIOSH **Alice Hamilton Science Award** and **1994** CDC **Charles C. Shepard Science Award** for the paper entitled "A model for correcting workplace protection factors for lung deposition and other effects"
- nominated for the **1992** NIOSH **Alice Hamilton Science Award** for the paper entitled "Limitations in the use of particle size selective sampling criteria in occupational epidemiology"

---

**Professional Activities**

associations
- American Industrial Hygiene Association (1978-present)
- American Conference of Governmental Industrial Hygienists (1979-present)
- British Occupational Hygiene Association (1997-present)

journals:
- AIHA Journal Editorial Review Board (1995-2002)

committees:
- organizing chair - AIHA Exposure Assessment Strategies Symposium, St. Petersburg, FL (October 4-6, 2001)
- AIHA Exposure Assessment Strategies Committee (1993-present; vice-chair 2000; chair 2001)
- AIHA Exposure Assessment Committee subcommittee charged with writing the second edition of *A Strategy for Occupational Exposure Assessment* (**contributing author**, 1995-1997)
- AIHA Occupational Epidemiology Committee (member 1993-1998; secretary-1994; vice-chair-1995; **chair**, 1996)
- AIHA Conference and Exposition session arranger:
  - Small Business Concerns platform session, 1989, 1990, 1991, and 1992
  - Occupational Epidemiology roundtable, 1994

academic / teaching
- West Virginia University: graduate seminar on statistics and sampling strategies for industrial hygienists, **adjunct professor**, 1993-2003, 2007-present
- NIOSH: Course 553: Statistical analysis for industrial hygiene sampling and decision making (**instructor**-1993,1994; **course director**-1994)
- Professional Development Course: Exposure Assessment Strategies and Statistics (**instructor**, 1995-1997, 2000-2008)

---

**Skills**

Statistics - knowledgeable regarding basic and advanced statistical concepts
Programming - Borland Delphi

---

**Software** (available from www.oesh.com)

Commercial software:
IHDataAnalyst V1.0

Freeware:
IHDataAnalyst-LiteEdition V1.0
Baseline Survey Simulator V2.0
Exposure Assessment Strategy Simulator V2.5

---

**Publications**

technical reports:

**Hewett, P.** (2005): Technical Report 05–01 - A Conceptual Model for Generating Random Exposures for Use in Computer Simulations. Exposure Assessment Solutions, Inc. (www.oesh.com).

**Hewett, P.** (2005): Technical Report 05–02 - Equations for Calculating Exposure Management Objectives. Exposure Assessment Solutions, Inc. (www.oesh.com).

**Hewett, P.** (2005): Technical Report 05–03 - Performance-based exposure assessment strategies for TWA exposure limits. Exposure Assessment Solutions, Inc. (www.oesh.com).

publications:

Ganser, G.H. and **Hewett, P**. (2010): An Accurate Substitution Method for Analyzing Censored Data. *Journal of Occupational and Environmental Health* 7:233-244.

Logan, P., Ramachandran, G., Mulhausen, J., and **Hewett, P**. (2009): Occupational Exposure Decisions: Can Limited Data Interpretation Training Help Improve Accuracy? *Annals of Occupational Hygiene* 53: (in press).

**Hewett, P.** (2009): A 21st Century Exposure Assessing Strategy - Minimizing Sampling Strategy False Negative and False Positive Decisions. *Synergist* January 34-37.

**Hewett, P**. and Ganser, G.H. (2007): A Comparison of Several Methods for Analyzing Censored Data. Annals of Occupational Hygiene 51:611-632.

**Hewett, P.**, Logan, P., Mulhuasen, J., Ramachandran, G., and Banerjee, S. (2006): Rating Exposure Control Using Bayesian Decision Analysis. *Journal of Occupational and Environmental Health* 3:568–581.

**Hewett, P.**; contributing author to Bullock, W.H. and Ignacio, J.S.: (editors): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association (2006).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Collection and Management. in *Handbook of Chemical Health and Safety*. American Chemical Society (2001).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. American Chemical Society (2001).

**Hewett, P.**: Misinterpretation and Misuse of Exposure Limits. *Applied Occupational and Environmental Hygiene* 16:251-256 (2001).

**Hewett, P.**: Chapter 6 - Design of Strategies for Assessing and Managing Occupational Exposures. in *Essential Resources for Industrial Hygiene*, AIHA Press (2000)

**Hewett, P.**: Letter to the Editor - Comments relating to Lyles, Kupper, and Rappaport: A Lognormal Distribution-based Exposure Assessment Method for Unbalanced Data. *Annals of Occupational Hygiene* 42:413-422 (1998).

**Hewett, P.**: Letter to the Editor - Comments relating to Tornero-Velez *et al*: Compliance Versus Risk in Assessing Occupational Exposures. *Risk Analysis* 18:665-667 (1998).

**Hewett, P.**: To the Editor - response to comments of Rappaport, Tornero-Velez, and Egeghy. *Applied Occupational and Environmental Hygiene* 13:203-206 (1998).

**Hewett, P.**; contributing author to Damiano, J. and Mulhausen, J. (editors): *A Strategy for Assessing and Managing Occupational Exposures, Second Edition*. Fairfax, VA: American Industrial Hygiene Association (1998).

**Hewett, P.:** Mean testing: I.  Advantages and disadvantages. *Applied Occupational and Environmental Hygiene* 12:339-346 (1997).

**Hewett, P.:** Mean testing: II.  Comparison of several alternative procedures. *Applied Occupational and Environmental Hygiene* 12:347-355 (1997).

**Hewett, P.** and G.H. Ganser: Simple procedures for calculating confidence intervals around the sample mean and exceedance fraction derived from lognormally distributed data. in *Applied Occupational and*

*Environmental Hygiene* 12:132-142 (1997).

**Hewett, P.:** Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents. in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).

Seixas, N.S., **Hewett, P.**, Robins, T.G., and Haney, R.: Variability of particle size-specific fractions of personal coal mine dust exposures. *American Industrial Hygiene Association Journal* 56:243-259 (1995).

**Hewett, P.:** Sample size formulae for determining the true arithmetic or geometric mean exposure of an occupational exposure zone. *American Industrial Hygiene Association Journal* 56:219-225 (1995).

**Hewett, P.:** The particle size distribution, density, and specific surface area of welding fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:128-135 (1995).

**Hewett, P.**: Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:136-142 (1995).

**Hewett, P.**, Pallay, B., and J. Gamble: A model for correcting workplace protection factors for lung deposition and other effects. *American Industrial Hygiene Association Journal* 54:142-149 (1993).

Hearl, F.J. and **Hewett, P**.: Problems in Monitoring Dust Levels within Mines. in *Occupational Medicine: State of the Art Reviews - The Mining Industry* 8(1): Jan-Mar (1993).

Attfield, M.D. and **Hewett, P.**: Exact expressions for the bias and variance of estimators of the mean of a lognormal distribution. *American Industrial Hygiene Association Journal* 53:432-435 (1992).

**Hewett, P.**: Limitations in the use of particle size selective sampling criteria in occupational epidemiology. *Applied Occupational and Environmental Hygiene* 6:290-300 (1991).

**Hewett, P.** and M.A. McCawley: A microcomputer spreadsheet technique for analyzing multimodal size distributions. *Applied Occupational and Environmental Hygiene* 6:865-873 (1991).

Noweir, M.H., McCawley, M.A., and **Hewett, P.** : Methods of Investigation: Environmental Assessment. In: Occupational Respiratory Disease Related to Vegetable and Other Natural Dusts. (Eds. Major, P.C. and Schilling, R.S.F.) Forum: Proceedings of the WHO/NIOSH International Conference on Respiratory Diseases Related to Vegetable and Other Natural Dusts, April 25-29, 1983, Morgantown, WV, U.S. Government Printing Office, Washington, D.C., 20404 (1985).

miscellaneous

**Hewett, P.** (1991): Particle Size Analysis of Welding Fumes and Prediction of Pulmonary Deposition. (dissertation) School of Public Health, University of Pittsburgh (Dissertation Abstracts International Volume/Issue 52-10B; University Microfilms, Ann Arbor, MI, Publication Number 9209560).

[End of Document]