**10.3 Decay curve analysis**

## Decay-curve Analysis of the Formaldehyde Dataset

## 1 Introduction

The Centers for Disease Control (CDC) (2008), in their study of formaldehyde levels in occupied temporary housing units, recognized the possibility that age-related decline in concentrations resulted in a general underestimation of earlier exposures (CDC, 2008; page 13):

> "Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer."

The goal of this analysis were
(1) estimate the age-related decay coefficient for travel trailers manufactured by Gulf Stream Coach, Inc.; Fleetwood, Inc.; Forest River, Inc.; Recreation By Design, LLC; and Keystone RV Company, and
(2) for Gulf Steam Coach, Inc., estimate the median formaldehyde concentration and the 95% Prediction Interval for travel trailers at ages zero through five years.

The exponential decay curve is commonly used to describe the decline over time of a substance or quantity where there is a fixed decay coefficient. Using T to represent the age in years of the Temporary Housing Unit (THU) at the time of sampling, the standard equation for exponential decay becomes:

$$C = C_0 \cdot \exp(-\lambda \cdot T) \qquad \text{Equation 1}$$

where C = concentration of formaldehyde (ppm) inside the THU
$C_0$ = the initial concentration at T=0 (i.e., the concentration for a new THU)
$-\lambda$ = the decay coefficient
T = elapsed time, or age in years at the time of sampling.

The half-life, or the period of time over which the substance or quantity has decreased by half, is calculated as

$$t_{1/2} = \frac{\ln 2}{\lambda} \qquad \text{Equation 2.}$$

The exponential decay model[q] has commonly been used to describe in general terms the decline in formaldehyde emissions from formaldehyde-based adhesive-containing products, as well as the decline over time for the formaldehyde concentration in a structure containing such products (plus other products that may emit formaldehyde). For example, in a report prepared for the Environmental Protection Agency the following exponential decay model was fit to a formaldehyde dataset consisting of 1179 measurements (Figure 1) from mobile homes (Versar, 1986):

$$C = 0.504 \cdot \exp(-0.237 \cdot T) \qquad t_{1/2} = 2.92 \ years$$

Versar (1986) indicated that the formaldehyde levels used to generate the above equation had been "standardized for consistent temperature and relative humidity". The model had an $r^2$ (i.e., coefficient of determination) of 0.35, indicating that the model explained 35% of the variability in the dataset.

Figures 2 and 3 show the formaldehyde concentrations in mobile homes predicted by the above equation. The half-life for this decay curve is 2.92 years. (The only difference in the two figures is the y-axis scale: concentration in Figure 2 and $\log_{10}$(concentration) in Figure 3.) The initial concentration at T=0 is 0.504 ppm, which corresponds to $C_0$ in Equation 1.

---

[q] The most familiar application of the exponential decay model is to the decay of radioactive materials. For example, the model has been used to predict the number of years that would have to elapse before it is safe to enter areas contaminated with radioactive materials.

---



**Figure 1**: Plot of the 1179 mobile home levels used by Versar (1986).



**Figure 2**: Exponential decay curve using the Versar (1986) equation.  The half-life is 2.92 years.



**Figure 3**: Exponential decay curve using the Versar (1986) equation.  The half-life is 2.92 years.



Figure 1. — Series 1 homes—weekly average formaldehyde concentrations adjusted to 77°F.

Figure 2. — Series 2 homes—weekly average formaldehyde concentrations adjusted to 77°F and 50 percent RH.

**Figure 4**: Figures showing a decrease in formaldehyde concentrations in nine new, unoccupied "mobile homes" for one to eight weeks after manufacture (Groah *et al.*, 1985).



Figure 5. — Formaldehyde emission concentration data versus time for test panels that were at or below HUD limitations and the corresponding model.

**Figure 5**: Figure from Zinn, Cline, and Lehmann (1990) showing the age related decline in formaldehyde concentrations for particle board test panels. The authors calculated a half-life of 216 days (0.59 years) for the uncoated panels.

At one half-life, or T=2.92 years, the concentration has decreased to 0.252 ppm. Given this particular decay coefficient it would be many years before the concentration had decreased to near the ATSDR Minimum Risk Level of 0.008 ppm (ATSDR, 2007).

Suta (1980), in a report prepared for the Environmental Protection Agency, noted that:

> "Formaldehyde release from the interior particleboard occurs at a decreasing rate with an increase in the product's age. Eventually the rate of formaldehyde evolution decreases to an imperceptible level. The length of time necessary for this to occur depends on the atmospheric conditions to which the board has been subjected, as well as the degree of cure of the resin."

Suta (1980) reported results from various home studies where the formaldehyde concentration was modeled using Equation 1. Suta presented two decay equations for mobile homes, taken from two State of Wisconsin mobile home studies, respectively:

$$C = 0.39 \cdot \exp(-0.12 \cdot T) \qquad t_{1/2} = 5.78 \; years$$

$$C = 0.75 \cdot \exp(-0.30 \cdot T) \qquad t_{1/2} = 2.31 \; years$$

(As noted by Suta (1980), temperature, humidity, and ventilation were not taken into account when estimating the parameters in the first equation, and presumably were not taken into account for the second equation.)

In summary, the Versar (1986) study and the Suta (1980) report suggests that the age decay coefficient for mobile homes at that time - 1970's and early 1980's - should be in the range of -0.120/year to -0.30/year. The equations also suggest that the formaldehyde levels in new mobile homes, when T=0, ranged between 0.39 ppm to 0.75 ppm.

Groah *et al*. (1985) studied the effects of temperature, ventilation, and "formaldehyde decay" (as a function of time since manufacture) in nine new, unoccupied mobile homes. Figure 4 shows two figures from their paper. The figures indicate that initial formaldehyde concentrations ranged between 0.2 ppm and 0.8 ppm for individual mobile homes. The figures also show a decline in concentration levels over the two month study period. The authors noted that it was not possible to "quantify the effect of aging" and that additional study was needed to quantify the effects of aging (presumably over a longer period), as well as the other factors identified as potentially relevant.

Zinn, Cline, and Lehmann (1990) studied the decay in formaldehyde levels as a function of time for sixteen "medium density particleboard panel products, representing all particleboard manufacturing regions in the United States". Formaldehyde emissions (see Figure 5) from each uncoated panel were measured using a referenced "large chamber test method". Between tests the panels were stored in a manner "to allow ambient air to circulate around all sides of the panels". Temperature, relative humidity, and ventilation rates were not recorded. The authors concluded that:
> "The rate at which emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decreased linearly with respect to the natural log of time."

The formaldehyde levels in mobile home are primarily related to the presence of formaldehyde-based adhesives in the plywood, particleboard, and medium density fiberboard used in home construction (Smulski, 1987). According to Smulski, free, unreacted formaldehyde can be released as well as formaldehyde resulting from the interaction of "high temperature and relative humidity" with the "cured adhesive". (Myers (1983) also distinguished between "free and hydrolytically produced formaldehyde".)

## 1.1 Exposure Prediction Model 1

Equation 1 can be converted to a simple linear equation by taking the natural logarithms of both sides of the equation:

$$\ln(C) = \beta_0 + \beta_1 Age \qquad\qquad \text{Equation 3}$$

Linear regression can then be used to estimate the equation coefficients of $\beta_0$ and $\beta_1$, which then can be used to estimate the formaldehyde concentration for any age by taking the exponential of both sides of Equation 3, which converts the regression equation back to the same form as Equation 1:

$$C = \exp(\beta_0) \cdot \exp(\beta_1 Age) \qquad\qquad \text{Equation 4}$$

Note that $\exp(\beta_0)$ is equal to $C_0$ and $\beta_1$ is equal to $-\lambda$ from Equation 1. In reality, for a given set of conditions the age coefficient $\beta_1$ for the THU's for any manufacturer is negative. For this analysis Equations 3 and 4 will be referred to as "Model 1".

## 1.2     Exposure Prediction Model 2

The CDC data on formaldehyde levels in travel trailers (CDC, 2008) were collected in December and January, leading to these comments in the CDC study report (CDC, 2008; pages 12 and 13):

> "Increased indoor temperature and RH [relative humidity] were associated with increased formaldehyde levels. These associations indicate exposure risks could increase during the summer, perhaps dramatically, with warmer and more humid weather. Formaldehyde levels during the winter may not represent summer levels."

> "Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment."

> Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels— during summer months."

Model 1 can be expanded to take into consideration the effects of temperature and relative, both of which have been shown to affect formaldehyde levels:\[r]

$$\ln(C) = \left( \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% \right) + \beta_3 \cdot Age$$

Equation 5

If the coefficients in the above model can be estimated the concentration, for any age, can be estimated by exponentiating the above equation:

$$C = \left[ \exp\left( \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% \right) \right] \cdot \exp\left( \beta_3 \cdot Age \right)$$

Equation 6

The quantity in the brackets estimates the initial concentration at Age=0 for a specific temperature and relative humidity. For this analysis Equations 5 and 6 will be referred to as "Model 2".

## 1.3     Exposure Prediction Model 3

The Centers for Disease Control (CDC) identified the following factors as being the most influential in their analysis of data from 519 trailers having several manufacturers (CDC, 2008):
- THU manufacturer
- temperature (°F)
- relative humidity (%)
- were windows, doors, or scuttles open prior to sampling (Y,N)
- was more than 1 ft$^2$ of mold observed in the living spaces (Y,N).

Model 2 can be expanded to take into consideration the effects of increased ventilation prior to sampling (Y,N) and whether or not mold was observed in the living spaces (Y,N):

$$\ln(C) = \left( \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% + \beta_3 \cdot Windows + \beta_4 \cdot Mold \right) + \beta_5 \cdot Age$$

Equation 7

If the coefficients in the above model can be estimated the concentration can be estimated by exponentiating the

---

[r] ATSDR (2007) and CDC (2008) included temperature and relative humidity when modeling formaldehyde concentrati9ons. In the ASTM (2002) standard on determining formaldehyde emissions from wood products the formaldehyde concentration was considered to be a function of temperature and relative humidity.

above equation:

$$C = \left[ \exp\left( \beta_0 + \beta_1 \cdot Temp + \beta_2 \cdot RH\% + \beta_3 \cdot Windows + \beta_4 \cdot Mold \right) \right] \cdot \exp\left( \beta_5 \cdot Age \right)$$

Equation 8

The quantity in the brackets estimates the initial concentration at Age=0 for a specific temperature, relative humidity, status of windows prior to sampling, and whether or not mold was observed in the living spaces. For this analysis Equations 7 and 8 will be referred to as Model 3.

## 2    Methods

### 2.1    Available Datasets

Not all of the datasets contained in the PSC database contained sufficient information on the parameters needed to develop a regression model. Temperature and relative humidity information was missing for the Sierra Club, Technical Environmental Services, Inc. (TES), and the Texas Parks & Wildlife Department datasets, and for most of the Occupant dataset. Date of unit manufacturer was missing from the FEMA CDC dataset. The Bureau Veritas had date of manufacture, temperature and relative humidity information, as well as the Windows and Mold categorical variables that indicate whether windows and other openings were opened prior to sampling and whether more than 1 ft$^2$ of mold was visible in the living area. The datasets from the occupational health consultancies - Boston Chemical Data; DeVany Industrial Consultants, Inc.; and W.D. Scott Group, Inc. - included temperature, relative humidity, and date of THU manufacture for most of the THU's sampled.

In general, occupational, population, and environmental contaminant data tend to be best described by the lognormal distribution. For example, the lognormal distributional model was used in Zinn, Cline, and Lehmann (1990) study, the Versar (1986) study and the Suta (1980) report. Furthermore, CDC (2008) and ATSDR (2007) assumed that the data were best described by the lognormal distributional model. Consequently, the logarithms of the formaldehyde concentrations were used in the regression analyses below.

Data for the following manufacturers were extracted from the PSC database, the FEMA CDC database, and the Bureau Veritas database and used in this analysis:\[s]
  • Gulf Stream Coach, Inc.
  • Fleetwood, Inc.
  • Forest River, Inc.
  • Recreation By Design, LLC
  • Keystone RV Company.

### 2.2    Estimation of Model Coefficients

The standard least-squares, linear regression model was used to estimate the coefficients when applying Models 1, 2, and 3 to occupied and unoccupied "travel trailer" datasets, with the age-related decay coefficient being of the most interest. Data from all data sources were used, provided sufficient information was available for estimating the coefficients of each model. Systat® (Version 12, www.systat.com) was used for all calculations and to generate all of the figures.

The Windows and Mold categorical variables are dummy variables that can have a value of 0 or 1:
  Windows: Were windows, scuttles, and/or doors were open within the 3 hours prior to sampling?
      0 : No
      1 : Yes
  Mold: Where there signs of more than 1 ft$^2$ of mold in the living area of the trailer?
      0 : No
      1 : Yes.
Only the Bureau Veritas dataset had the Windows or Mold variables.

---

[s]  Non-detects were not included in the decay curve analysis.

Model coefficients for the analysis of formaldehyde levels in occupied and unoccupied travel trailers, using Models 1, 2, and 3, are listed in Tables 1 and 2.

## 2.3    Predicting Median Concentrations

Concentration predictions in ppm units can be calculated using the exponentiated version of each of the Models.  The model equation - e.g., Equations 4, 6, or 8 - predicts the geometric mean (which is the same as the median or 50th percentile) concentration for any combination of the model variables.

For this analysis, each model was used to predict the median formaldehyde concentration for a range of THU ages. For Model 2 it was necessary to fix the temperature and relative humidity. I used 75 °F and 50% relative humidity as typical values.  For Model 3 I assumed that a typical scenario was one where Windows=0 (i.e., there was little ventilation prior to sampling) and Mold=0 (less than 1 ft[2] of mold was visible in the living spaces.

The predicted median formaldehyde concentrations in Gulf Stream Coach, Inc. "travel trailers", for various travel trailer ages, are listed in Tables 3, 4, and 5.

## 2.4    Prediction Intervals

The predicted median concentration suggests the central tendency for individual THU measurements for any particular combination of input values for the model, but does not suggest the range in which one would expect individual measurements to occur.  For this we can calculate a prediction interval.  A 95% prediction interval was calculated for concentrations back to Age=0, using a representative temperature of 75°F and a representative relative humidity of 50% for Models 2 and 3, and Windows=0 and Mold=0 for Model 3.

Note that in general, these models are best used to predict formaldehyde concentration for combinations of the predictor variables within the observed ranges of the predictor variables.  Extrapolation beyond the range of observed factors should be done with caution.  The 95% prediction interval will be increasingly wider when predicting concentrations outside the observed range of THU ages.

The Prediction Interval is used to predict the range within which one could be X% confident that future values will occur.  In this case, both future and past values are of interest.  The 95% Prediction Interval is interpreted in this manner: for the specific parameters of the scenario and for a specific Age, one can be 95% confident that formaldehyde levels would have, or will, fall within the upper and lower prediction limits.

The 95% prediction intervals - calculated using Models 1, 2, and 3 - for the formaldehyde concentrations in Gulf Stream Coach, Inc. "travel trailers", for various travel trailer ages, are listed in Tables 3, 4, and 5.


## 3    Results

## 3.1    Model Parameter Estimates

Occupied travel trailers

Model coefficients for the analysis of formaldehyde levels in occupied travel trailers, using Models 1, 2, and 3, are listed in Table 1.  The models were statistically significant ($p<0.05$) only when applied to the Gulf Stream Coach, Inc. dataset.  The decay coefficients for the Gulf Steam, Inc. dataset were similar and statistically significant for all three models.  The analysis suggests that the half-life for occupied Gulf Stream, Inc. travel trailers ranges between 2.08 and 3.11 years.  The decay coefficients for the other manufactures and models were more variable, two out of the four being similar to those for Gulf Stream, Inc.

An estimate of the fraction of the overall variability explained by the model is the "coefficient of determination", or "squared multiple r" statistic (Table 1).  With three exceptions, these models and equations explained less than 5% of the overall variability.  Models 2 and 3, when applied to the Gulf Stream Coach, Inc. dataset, explained 8% and 14% of the overall variability.

All other combinations of prediction model and manufacturer resulted in illogical positive decay coefficients. Because the focus of this analysis is on the decay coefficient, only those results where the estimated decay coefficient was negative are shown. Positive decay coefficients probably reflect in part smaller sample sizes, the influence of other variables and conditions not measured, and, perhaps most important, the relatively narrow range of unit ages evident in the database.

Unoccupied travel trailers

Model coefficients for the analysis of formaldehyde levels in unoccupied travel trailers are listed in Table 1. Both Models 1 and 2 were statistically significant ($p < 0.05$) for all four manufacturers. In all cases the decay coefficient was both negative and statistically significant. The half-lives, with one exception, were similar. In general, these models and equations explained between 19% to 63% of the overall variability in the various manufacturer unoccupied travel trailer datasets.

## 3.2 Figures

Figures for each model and manufacturer combination are included. For example, Figures 6 shows the median formaldehyde level prediction and 95% prediction interval for the Gulf Steam Coach, Inc. "occupied travel trailer" dataset. The prediction interval was calculated using Model 1, which predicts concentrations solely as a function of unit age. Figure 7 shows the data used in the analysis plotted against unit age in years. All Model 1 analyses have two similar figures. Figures for unoccupied units start with Figure 14. Note that a wider range of unit ages were evident in the unoccupied unit datasets, improving the probability of observing a significant age coefficient.

Model 2 figures start with Figure 24. For these figures the 95% prediction interval was calculated assuming a uniform temperature of 75°F and relative humidity of 50%. The 95% prediction interval will be different for different combinations of temperature and relative humidity. Figure 24 shows the 95% prediction interval for Gulf Stream Coach, Inc. "occupied travel trailers". Since Model 2 predicts formaldehyde levels as a function of unit age, temperature, and relative humidity Figure 20 is accompanied by three figures showing the data used to calculated the model parameters plotted against unit age, temperature, and relative humidity. Figures for unoccupied units start with Figure 28.

Model 3 figures start with Figure 48. For these figures the 95% prediction interval was calculated assuming a uniform temperature of 75°F and relative humidity of 50%, as well as "windows closed prior to sampling" and "no significant quantity of mold visible in the living areas". The 95% prediction interval will be different for different combinations of these variables. Figure 48 shows the 95% prediction interval for Gulf Stream Coach, Inc. "occupied travel trailers". Since Model 3 predicts formaldehyde levels as a function of five variables Figure 48 is followed by five figures showing the data plotted against unit age, temperature, relative humidity, windows status, and mold status.

It is interesting to note that having the windows and/or doors open prior to sampling (see Figures 52 and 58) did not result in a drastic reduction in formaldehyde levels. The ATSDR (2007) report predicted more than a 90% reduction. However, the ATSDR did state that "[it] is important to highlight what this health consultation does not do. It does not assess formaldehyde levels in trailers under *actual use conditions* [emphasis added]". The ATSDR units were tested with "all windows open", which perhaps explains their results. Figure 52 and 58 suggest that under "actual use conditions" the reduction is not a dramatic as one might assume.

## 3.3 Predicted Median and 95% Prediction Interval for Gulf Stream Coach, Inc. occupied "travel trailers"

Figures 6, 24, and 48 show the predicted formaldehyde level and the 95% Prediction Interval for occupied Gulf Stream Coach, Inc. "travel trailers" for the specific conditions mentioned previously for Models 1, 2, and 3. Tables 3, 4, and 5 contain the data (predicted median and lower and upper prediction intervals) used to generate these figures.

**4       Discussion**

**4.1      Comparison to published values**

The decay coefficients, estimated using the occupied travel trailer datasets, were similar to the values reported by Versar (1986) and Suta (1980) for mobile homes.

**4.2      Interpretation of the results**

The Model 1, 2, and 3 prediction equations, when used to model the occupied travel trailer data, permit us to estimate the median formaldehyde level for specific values of the predictor variables.  For example, historic levels for occupied units for specific manufacturers can be estimated by setting the unit age to earlier ages when few or no data were collected.

The Model 1, and 2 prediction equations, when used to model the unoccupied travel trailer data, permit us to estimate the median formaldehyde level for specific values of the predictor variables.  It is important to recognize that these equations predict the formaldehyde level for an unoccupied unit that was assumed to have been previously occupied.

**4.3      Summary**

For any given set of stable conditions - e.g., given a specific temperature, relative humidity, air exchange rate, and all other factors that affect formaldehyde emissions from the components of a THU - the true value for the age and decay coefficient is negative.  A zero or positive coefficient estimate produced by a statistical analysis of any of the datasets considered could be caused by small sample sizes, insufficient range of the pertinent variables (such as THU age at the time of sampling), etc.  These statements proceed from a first principles analysis: based upon Fick's Law of Diffusion, formaldehyde molecules tend to move from a high density area (e.g., inside a particle board) to a low density area (e.g., the living space void).  Given Fick's Law of Diffusion, it is (a) physically impossible for formaldehyde mass to be continuously emitted forever from wood products containing formaldehyde based adhesives (i.e., the zero coefficient scenario), and (b) it is physically impossible for formaldehyde mass to be emitted at an increasing rate forever (i.e., the positive coefficient scenario).

In summary, many of the model coefficients in Tables 1 and 2 were statistically significant, indicating that chance alone was unlikely to result in the observed relationship between the formaldehyde concentrations and the variables used in the model.  The majority of the decay coefficients were negative, which is consistent with expectations.  Last, the temperature and relative humidity coefficients were, in general, similar to those estimated by the CDC (2008) and ATSDR (2007) suggesting consistency between the various datasets and analyses.

**5       Conclusions**

For occupied travel trailers, the estimated age-related formaldehyde decay coefficients for the four manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; Recreation By Design, LLC., and Keystone RV Company - ranged between -0.0503 and -0.3339 (corresponding to half-lives of 2.08 to 13.8 years).  These coefficients were similar to published values.  Decay coefficients for other manufacturers should be in a similar range.

For unoccupied travel trailers, the estimated age-related formaldehyde decay coefficients for the five manufacturers studied here - Gulf Stream Coach, Inc.; Fleetwood, Inc.; Forest River, Inc.; Recreation By Design, LLC., and Keystone RV Company - ranged between -1.2728 and -0.2953 (corresponding to half-lives of 0.54 to 2.35 years).  Decay coefficients for other manufacturers should be in a similar range.

# 6    References

ATSDR (Agency for Toxic Substances and Disease Registry) (2007): An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006. (October, 2007).

ASTM (2002): Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber. ASTM E 1333-96 (reapproved 2002).

CDC (Centers for Disease Control) (2008): Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, (July 2, 2008).

Groah, W.J., Gramp, G.D., Garrison, S.B., and Walcott, R.J. (1985): Factors that influence formaldehyde air levels in mobile homes. *Forest Products Journal* 35:11-18.

Myers, G.E. (1983): Formaldehyde emission from particleboard and plywood paneling: measurement, mechanism, and product standards. *Forest Products Journal* 33:27-37.

Smulski, S. (1987): Formaldehyde Indoors - Use reconstituted wood products with lower emissions. Progressive Builder. April, pages 9-11.

Suta, B.E. (1980): Population Exposures to Atmospheric Formaldehyde Inside Residences. SRI International, Menlo Park, CA (prepared for the U.S. Environmental Protection Agency, Office of Research and Development).

Versar (1986): Formaldehyde Exposure Model - Description and Demonstration. Versar Inc., Springfield, VA (prepared for the U.S. Environmental Protection Agency, Exposure Evaluation Division, Office of Toxic Substances).

Zinn, T.W., Cline, D., and Lehmann, W.F.(1990): Long-term study of formaldehyde emission decay from particleboard. *Forest Products Journal* 40:15-18.

7    Tables

**Table 1:** Model coefficients for Models 1, 2, and 3, and "occupied" travel trailers.

| Model | Manufacturer | N | Model p-value | Model Coefficients - Independent Variables | | | | | | r² |
| | | | | Intercept | THU Age (years)[1] | Temp (°F) | RH% (%) | Windows (Y,N)[2] | Mold (Y,N)[3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gulf Stream Coach, Inc | 851 | 0.0003 | -1.7524 * | -0.2228 * ($t_{1/2}$=3.11) | | | | | 0.016 |
| 2 | | 681 | <0.0001 | -3.5776 * | -0.2822 * ($t_{1/2}$=2.46) | 0.0262 * | -0.0010 | | | 0.075 |
| 3 | | 400 | <0.0001 | -3.2397 * | -0.3339 * ($t_{1/2}$=2.08) | 0.0265 * | -0.0022 | -0.4586 * | -0.2205 * | 0.141 |
| 1 | Fleetwood, Inc. | 274 | 0.5866 | -3.0250 * | -0.0503 ($t_{1/2}$=13.8) | | | | | 0.001 |
| 1 | Recreation By Design, LLC | 56 | 0.2878 | -2.1115 * | -0.2748 ($t_{1/2}$=2.52) | | | | | 0.021 |
| 1 | Keystone RV Company | 113 | 0.6434 | -1.9608 * | -0.0766 ($t_{1/2}$=9.05) | | | | | 0.002 |
| 3 | | 41 | 0.5752 | -3.9122 * | -0.1545 ($t_{1/2}$=4.49) | 0.0323 | -0.0060 | -0.1948 | 0.1644 | 0.099 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampling.

2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).

3 - More than 1 ft² of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).

* - The coefficient was significantly different from zero at the 0.05 confidence level.

**Table 2:** Model coefficients for Models 1 and 2, and "unoccupied" travel trailers.

| Model | Manufacturer | N | Model p-value | Model Coefficients - Independent Variables | | | | | | $r^2$ |
| | | | | Intercept | THU Age (years) [1] | Temp (°F) | RH% (%) | Windows (Y,N) [2] | Mold (Y,N) [3] | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gulf Stream Coach, Inc | 828 | <0.0001 | 3.2060 * | -1.2726 * ($t_{1/2}$=0.54) | | | | | 0.456 |
| 2 | | 781 | <0.0001 | -2.2987 * | -0.9182 * ($t_{1/2}$=0.75) | 0.0436 * | 0.0144 * | | | 0.560 |
| 1 | Fleetwood, Inc. | 530 | <0.0001 | 0.5978 * | -0.7760 * ($t_{1/2}$=0.89) | | | | | 0.192 |
| 2 | | 504 | <0.0001 | -7.3894 * | -0.2953 * ($t_{1/2}$=2.35) | 0.0631 * | 0.0204 * | | | 0.433 |
| 1 | Forest River, Inc. | 630 | <0.0001 | 2.3816 * | -0.9678 * ($t_{1/2}$=0.72) | | | | | 0.311 |
| 2 | | 593 | <0.0001 | -4.1552 * | -0.5245 * ($t_{1/2}$=1.32) | 0.0469 * | 0.0201 * | | | 0.457 |
| 1 | Recreation By Design, LLC | 103 | <0.0001 | 1.6123 * | -0.9384 * ($t_{1/2}$=0.74) | | | | | 0.575 |
| 2 | | 102 | <0.0001 | -1.9011 * | -0.6146 * ($t_{1/2}$=1.13) | 0.0238 * | 0.0098 * | | | 0.635 |
| 1 | Keystone RV Company | 356 | <0.0001 | 2.4227 * | -0.9022 * ($t_{1/2}$=0.77) | | | | | 0.386 |
| 2 | | 341 | <0.0001 | -3.0439 * | -0.5788 * ($t_{1/2}$=1.20) | 0.0427 * | 0.0145 * | | | 0.538 |

1 - THU age at the time sampling was calculated from the "year and month" of manufacture (if available) and the date of sampling.

2 - Windows, scuttles, and/or doors were open in the 3 hours prior to sampling (1=Y,0=N) (CDC, 2008).

3 - More than 1 ft$^2$ of mold was visible in the living areas (1=Y,0=N) (CDC, 2008).

* - The coefficient was significantly different from zero at the 0.05 confidence level.

**Table 3:** Predicted Median and 95% Prediction Interval
for Gulf Stream Coach, Inc. "travel trailers" using Model 1. (See Figure 6)

| Predicted Median (ppm) | 95% Lower Prediction Limit | 95% Upper Prediction Limit | THU AGE (years) |
|---|---|---|---|
| 0.173 | 0.030 | 0.989 | 0 |
| 0.166 | 0.029 | 0.942 | 0.2 |
| 0.159 | 0.028 | 0.898 | 0.4 |
| 0.155 | 0.027 | 0.877 | 0.5 |
| 0.152 | 0.027 | 0.856 | 0.6 |
| 0.145 | 0.026 | 0.817 | 0.8 |
| 0.139 | 0.025 | 0.779 | 1 |
| 0.133 | 0.024 | 0.744 | 1.2 |
| 0.127 | 0.023 | 0.710 | 1.4 |
| 0.124 | 0.022 | 0.694 | 1.5 |
| 0.121 | 0.022 | 0.678 | 1.6 |
| 0.116 | 0.021 | 0.648 | 1.8 |
| 0.111 | 0.020 | 0.620 | 2 |
| 0.106 | 0.019 | 0.592 | 2.2 |
| 0.102 | 0.018 | 0.566 | 2.4 |
| 0.099 | 0.018 | 0.554 | 2.5 |
| 0.097 | 0.017 | 0.542 | 2.6 |
| 0.093 | 0.017 | 0.519 | 2.8 |
| 0.089 | 0.016 | 0.497 | 3 |
| 0.085 | 0.015 | 0.475 | 3.2 |
| 0.081 | 0.014 | 0.455 | 3.4 |
| 0.079 | 0.014 | 0.446 | 3.5 |
| 0.078 | 0.014 | 0.436 | 3.6 |
| 0.074 | 0.013 | 0.418 | 3.8 |
| 0.071 | 0.013 | 0.401 | 4 |
| 0.068 | 0.012 | 0.385 | 4.2 |
| 0.065 | 0.011 | 0.369 | 4.4 |
| 0.064 | 0.011 | 0.362 | 4.5 |
| 0.062 | 0.011 | 0.354 | 4.6 |
| 0.059 | 0.010 | 0.340 | 4.8 |
| 0.057 | 0.010 | 0.327 | 5 |
| 0.054 | 0.009 | 0.314 | 5.2 |
| 0.053 | 0.009 | 0.308 | 5.3 |
| 0.052 | 0.009 | 0.302 | 5.4 |
| 0.051 | 0.009 | 0.296 | 5.5 |
| 0.050 | 0.009 | 0.290 | 5.6 |
| 0.048 | 0.008 | 0.279 | 5.8 |
| 0.046 | 0.008 | 0.268 | 6 |

**Table 4:** Predicted Median and 95% Prediction Interval for Gulf Stream Coach, Inc. "travel trailers" using Model 3. (See Figure 24)

| Predicted Median (ppm) | 95% Lower Prediction Limit | 95% Upper Prediction Limit | THU AGE (years) | TEMP (°F) | RH% |
|---|---|---|---|---|---|
| 0.190 | 0.035 | 1.044 | 0 | 75 | 50 |
| 0.180 | 0.033 | 0.980 | 0.2 | 75 | 50 |
| 0.170 | 0.031 | 0.922 | 0.4 | 75 | 50 |
| 0.165 | 0.031 | 0.894 | 0.5 | 75 | 50 |
| 0.161 | 0.030 | 0.867 | 0.6 | 75 | 50 |
| 0.152 | 0.028 | 0.816 | 0.8 | 75 | 50 |
| 0.144 | 0.027 | 0.768 | 1 | 75 | 50 |
| 0.136 | 0.025 | 0.723 | 1.2 | 75 | 50 |
| 0.128 | 0.024 | 0.682 | 1.4 | 75 | 50 |
| 0.125 | 0.023 | 0.662 | 1.5 | 75 | 50 |
| 0.121 | 0.023 | 0.643 | 1.6 | 75 | 50 |
| 0.115 | 0.022 | 0.606 | 1.8 | 75 | 50 |
| 0.108 | 0.020 | 0.572 | 2 | 75 | 50 |
| 0.102 | 0.019 | 0.540 | 2.2 | 75 | 50 |
| 0.097 | 0.018 | 0.511 | 2.4 | 75 | 50 |
| 0.094 | 0.018 | 0.497 | 2.5 | 75 | 50 |
| 0.091 | 0.017 | 0.483 | 2.6 | 75 | 50 |
| 0.086 | 0.016 | 0.457 | 2.8 | 75 | 50 |
| 0.082 | 0.015 | 0.432 | 3 | 75 | 50 |
| 0.077 | 0.015 | 0.409 | 3.2 | 75 | 50 |
| 0.073 | 0.014 | 0.388 | 3.4 | 75 | 50 |
| 0.071 | 0.013 | 0.377 | 3.5 | 75 | 50 |
| 0.069 | 0.013 | 0.367 | 3.6 | 75 | 50 |
| 0.065 | 0.012 | 0.348 | 3.8 | 75 | 50 |
| 0.062 | 0.011 | 0.331 | 4 | 75 | 50 |
| 0.058 | 0.011 | 0.314 | 4.2 | 75 | 50 |
| 0.055 | 0.010 | 0.298 | 4.4 | 75 | 50 |
| 0.053 | 0.010 | 0.290 | 4.5 | 75 | 50 |
| 0.052 | 0.010 | 0.283 | 4.6 | 75 | 50 |
| 0.049 | 0.009 | 0.269 | 4.8 | 75 | 50 |
| 0.046 | 0.008 | 0.256 | 5 | 75 | 50 |
| 0.044 | 0.008 | 0.244 | 5.2 | 75 | 50 |
| 0.043 | 0.008 | 0.238 | 5.3 | 75 | 50 |
| 0.041 | 0.007 | 0.232 | 5.4 | 75 | 50 |
| 0.040 | 0.007 | 0.226 | 5.5 | 75 | 50 |
| 0.039 | 0.007 | 0.221 | 5.6 | 75 | 50 |
| 0.037 | 0.007 | 0.211 | 5.8 | 75 | 50 |
| 0.035 | 0.006 | 0.201 | 6 | 75 | 50 |

**Table 5:** Predicted Median and 95% Prediction Interval for Gulf Stream Coach, Inc. "travel trailers" using Model 3. (See Figure 48)

| Predicted Median (ppm) | 95% Lower Prediction Limit | 95% Upper Prediction Limit | THU AGE (years) | TEMP (°F) | RH% | WINDOWS | MOLD |
|---|---|---|---|---|---|---|---|
| 0.257 | 0.046 | 1.435 | 0 | 75 | 50 | 0 | 0 |
| 0.240 | 0.043 | 1.326 | 0.2 | 75 | 50 | 0 | 0 |
| 0.225 | 0.041 | 1.227 | 0.4 | 75 | 50 | 0 | 0 |
| 0.217 | 0.040 | 1.180 | 0.5 | 75 | 50 | 0 | 0 |
| 0.210 | 0.039 | 1.136 | 0.6 | 75 | 50 | 0 | 0 |
| 0.197 | 0.037 | 1.053 | 0.8 | 75 | 50 | 0 | 0 |
| 0.184 | 0.035 | 0.977 | 1 | 75 | 50 | 0 | 0 |
| 0.172 | 0.033 | 0.907 | 1.2 | 75 | 50 | 0 | 0 |
| 0.161 | 0.031 | 0.844 | 1.4 | 75 | 50 | 0 | 0 |
| 0.156 | 0.030 | 0.814 | 1.5 | 75 | 50 | 0 | 0 |
| 0.150 | 0.029 | 0.786 | 1.6 | 75 | 50 | 0 | 0 |
| 0.141 | 0.027 | 0.732 | 1.8 | 75 | 50 | 0 | 0 |
| 0.132 | 0.025 | 0.683 | 2 | 75 | 50 | 0 | 0 |
| 0.123 | 0.024 | 0.638 | 2.2 | 75 | 50 | 0 | 0 |
| 0.115 | 0.022 | 0.596 | 2.4 | 75 | 50 | 0 | 0 |
| 0.111 | 0.022 | 0.577 | 2.5 | 75 | 50 | 0 | 0 |
| 0.108 | 0.021 | 0.558 | 2.6 | 75 | 50 | 0 | 0 |
| 0.101 | 0.019 | 0.523 | 2.8 | 75 | 50 | 0 | 0 |
| 0.094 | 0.018 | 0.491 | 3 | 75 | 50 | 0 | 0 |
| 0.088 | 0.017 | 0.461 | 3.2 | 75 | 50 | 0 | 0 |
| 0.082 | 0.016 | 0.433 | 3.4 | 75 | 50 | 0 | 0 |
| 0.080 | 0.015 | 0.420 | 3.5 | 75 | 50 | 0 | 0 |
| 0.077 | 0.015 | 0.408 | 3.6 | 75 | 50 | 0 | 0 |
| 0.072 | 0.014 | 0.384 | 3.8 | 75 | 50 | 0 | 0 |
| 0.068 | 0.013 | 0.362 | 4 | 75 | 50 | 0 | 0 |
| 0.063 | 0.012 | 0.342 | 4.2 | 75 | 50 | 0 | 0 |
| 0.059 | 0.011 | 0.323 | 4.4 | 75 | 50 | 0 | 0 |
| 0.057 | 0.010 | 0.315 | 4.5 | 75 | 50 | 0 | 0 |
| 0.055 | 0.010 | 0.306 | 4.6 | 75 | 50 | 0 | 0 |
| 0.052 | 0.009 | 0.290 | 4.8 | 75 | 50 | 0 | 0 |
| 0.048 | 0.009 | 0.275 | 5 | 75 | 50 | 0 | 0 |
| 0.045 | 0.008 | 0.261 | 5.2 | 75 | 50 | 0 | 0 |
| 0.044 | 0.008 | 0.254 | 5.3 | 75 | 50 | 0 | 0 |
| 0.042 | 0.007 | 0.248 | 5.4 | 75 | 50 | 0 | 0 |
| 0.041 | 0.007 | 0.241 | 5.5 | 75 | 50 | 0 | 0 |
| 0.040 | 0.007 | 0.235 | 5.6 | 75 | 50 | 0 | 0 |
| 0.037 | 0.006 | 0.224 | 5.8 | 75 | 50 | 0 | 0 |
| 0.035 | 0.006 | 0.213 | 6 | 75 | 50 | 0 | 0 |

**8      Figures**

**Model 1 - Occupied units**

Gulf Stream, Inc.



**Figure 6**: Model 1 (occupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 7**: Model 1 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.

Fleetwood, Inc.



**Figure 8**: Model 1 (occupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.



**Figure 9**: Model 1 (occupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.

Recreation By Design, LLC



**Figure 10**: Model 1 (occupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 11**: Model 1 (occupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.

Keystone RV Company



**Figure 12**: Model 1 (occupied units) 95% Prediction Interval for Keystone RV Company travel trailers.



**Figure 13**: Model 1 (occupied units) - Keystone RV Company formaldehyde concentrations versus unit age.

**Model 1 - Unoccupied units**

Gulf Stream, Inc.



**Figure 14**: Model 1 (unoccupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 15**: Model 1 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.

Fleetwood, Inc.



**Figure 16**: Model 1 (unoccupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.



**Figure 17**: Model 1 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.

Forest River, Inc.



**Figure 18**: Model 1 (unoccupied units) 95% Prediction Interval for Forest River, Inc. travel trailers.



**Figure 19**: Model 1 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit age.

Recreation By Design, LLC



**Figure 20**: Model 1 (unoccupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 21**: Model 1 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.

Keystone RV Company

 

**Figure 22**: Model 1 (unoccupied units) 95% Prediction Interval for Keystone RV Company travel trailers.

**Figure 23**: Model 1 (unoccupied units) - Keystone RV Company formaldehyde concentrations versus unit age.

**Model 2 - Occupied units**

Gulf Stream, Inc.



**Figure 24**: Model 2 (occupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 25**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 26**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 27**: Model 2 (occupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.

**Model 2 - Unoccupied units**

Gulf Stream, Inc.



**Figure 28**: Model 2 (unoccupied units) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 29**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 30**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 31**: Model 2 (unoccupied units) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.

Fleetwood, Inc.



**Figure 32**: Model 2 (unoccupied units) 95% Prediction Interval for Fleetwood, Inc. travel trailers.



**Figure 33**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit age.



**Figure 34**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus temperature.



**Figure 35**: Model 2 (unoccupied units) - Fleetwood, Inc. formaldehyde concentrations versus unit relative humidity.

Forest River, Inc.



**Figure 36**: Model 2 (unoccupied units) 95% Prediction Interval for Forest River, Inc. travel trailers.



**Figure 37**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit age.



**Figure 38**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus temperature.



**Figure 39**: Model 2 (unoccupied units) - Forest River, Inc. formaldehyde concentrations versus unit relative humidity.

Recreation By Design, LLC



**Figure 40**: Model 2 (unoccupied units) 95% Prediction Interval for Recreation By Design, LLC travel trailers.



**Figure 41**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit age.



**Figure 42**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus temperature.



**Figure 43**: Model 2 (unoccupied units) - Recreation By Design, LLC formaldehyde concentrations versus unit relative humidity.

Keystone RV Company



**Figure 44**: Model 2 (unoccupied units) 95% Prediction Interval for Keystone RV Company travel trailers.



**Figure 45**: Model 2 (unoccupied units) - Keystone RV Company formaldehyde concentrations versus unit age.



**Figure 46**: Model 2 (unoccupied units) - Keystone RV Company formaldehyde concentrations versus temperature.



**Figure 47**: Model 2 (unoccupied units) - Keystone RV Company formaldehyde concentrations versus unit relative humidity.

**Model 3 - Occupied travel trailers**

Gulf Stream, Inc.



**Figure 48**: Model 3 (occupied units; Bureau Veritas data only) 95% Prediction Interval for Gulf Stream Coach, Inc. travel trailers.



**Figure 49**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit age.



**Figure 50**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus temperature.



**Figure 51**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus unit relative humidity.

 

**Figure 52**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus "windows open prior to sampling".

**Figure 53**: Model 3 (occupied units; Bureau Veritas data only) - Gulf Stream Coach, Inc. formaldehyde concentrations versus "mold in living areas".

Keystone RV Company



**Figure 54**: Model 3 (occupied units; Bureau Veritas data only) 95% Prediction Interval for Keystone RV Company travel trailers.



**Figure 55**: Model 3 (occupied units; Bureau Veritas data only) - Keystone RV Company formaldehyde concentrations versus unit age.



**Figure 56**: Model 3 (occupied units; Bureau Veritas data only) - Keystone RV Company formaldehyde concentrations versus temperature.



**Figure 57**: Model 3 (occupied units; Bureau Veritas data only) - Keystone RV Company formaldehyde concentrations versus unit relative humidity.





**Figure 58**: Model 3 (occupied units; Bureau Veritas data only) - Keystone RV Company formaldehyde concentrations versus "windows open prior to sampling".

**Figure 59**: Model 3 (occupied units; Bureau Veritas data only) - Keystone RV Company formaldehyde concentrations versus "mold in living areas".