```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3     - - - - - - - - - - - x

 4     IN RE:  FEMA TRAILER      :

 5     FORMALDEHYDE PRODUCTS     :

 6     LIABILITY LITIGATION      :

 7     - - - - - - - - - - - x

 8           Videotaped Deposition of LAWRENCE S. MAYER,

 9                         M.D./Ph.D.

10                       Washington, D.C.

11                         9:33 a.m.

12

13

14

15

16

17

18

19

20     Job No:  1-191273

21     Pages:   1 - 391

22     Reported by:  Sue A. Terry, RPR/CRR/CLR
```

1      A    Exhibit 5, I was given by Mr. Percy and it
2  prints out a final version -- or I should say, the
3  latest version that I have on my laptop.
4      Q    Right.  And all the opinions in Exhibit 5
5  are the same as what we have in Exhibits 3 and 4; is
6  that right?
7      A    Yes, sir.
8      Q    Now, we also have something entitled here as
9  "Appendix," which I have now marked as Exhibit 6.
10           (Whereupon, Mayer Exhibit 6:  Marked
11  for identification.)
12  BY MR. PINEDO:
13      Q    "Appendix Lawrence Mayer November, 2010,"
14  what is that?
15      A    This appears to be a report that I did for
16  another project on Mr. Hewett's report.
17      Q    And when you say "another project," what do
18  you mean, "another project"?
19      A    I was called and asked to evaluate a report
20  that Mr. Hewett had written in -- in litigation.
21      Q    What report was that?
22      A    It's the report contained in the title,

1    "Analysis of Formaldehyde Data Set for Forest River,

2    Gulf Stream, Jayco" -- I'm sorry, it's the appendix

3    for that.  The report was a report --

4         Q    Let me ask you again, sir, so we have a

5    clear record.

6         A    Yes, sir.

7              MR. WEINSTOCK:  I'm happy to explain or

8    happy to let you get your question answered.

9              MR. PINEDO:  Well, why don't we --

10             MR. WEINSTOCK:  As I understand it, the

11   appendix he refers to in his report, what he called

12   his appendix was essentially the report from the

13   Lewis Porter Charles case, but I'm happy to let you

14   investigate that.

15   BY MR. PINEDO:

16        Q    Sir, we have had an explanation from the

17   attorney from Gulf Stream on what Appendix Number 6

18   constitutes.

19             Can I ask you:  What is Appendix 6?  Excuse

20   me.

21             What is the appendix that has been marked as

22   Exhibit Number 6?

1   deposition can be used at trial?

2      A   I do not understand that.

3      Q   I'm informing you that your deposition may
4   be used at trial just as if you had appeared live.

5      A   Is that a question?

6      Q   I'm informing you of that.

7      A   Is that a question?

8      Q   I'm going to ask you a question now that you
9   have been informed.

10         Let me ask you this:  Are you telling us
11  that you had no hypothesis in your paper?

12     A   I had no statistical hypothesis to test in
13  my paper.  My paper was an evaluation and validation
14  exercise that did not call for testing any
15  statistical hypotheses.

16     Q   So you're not here to tell us that any of
17  your Spearman rank correlation coefficients are
18  statistically significant, are they -- are you?

19     A   I'm not here to tell you that; no, sir.

20     Q   In fact, when we look at your underlying
21  data, it turns out that none of your Spearman rank
22  correlation coefficients are statistically

1     break.

2                THE VIDEOGRAPHER:  We are going off the

3     record.

4                The time is 11:44 a.m.

5                (Whereupon, a recess was held from

6     11:44 a.m. to 11:56 a.m.)

7                THE VIDEOGRAPHER:  We are back on the

8     record.

9                The time is 11:56 a.m.

10    BY MR. PINEDO:

11        Q    Now, sir, Dr. Hewett included in his report

12    analysis on Bureau Veritas data; is that right?

13        A    Yes, sir.

14        Q    You're not aware of any errors or

15    inaccuracies in the Bureau Veritas data, are you?

16        A    There are two issues in the accuracy of

17    data; one is in the collection of data itself, which

18    Mr. Hewett is quite competent to do himself, and the

19    other is in whether that data represents what it

20    purports to represent.

21              So the difficulty with that data, I believe,

22    is it went out to -- there were measurements on

```
 1    occupants who called or contacted somebody.
 2            So I have concerns about that data, in that
 3    it, like much of the other data, are not
 4    representative samples.
 5            So it's the sample of the data that I would
 6    be critical of.  I have no knowledge of the
 7    individual measurements.
 8        Q   So you're not here to testify there's any
 9    errors or inaccuracies in the Bureau Veritas data?
10        A   No, I'm here to testify that as an
11    occupational hygenist, I was surprised that there was
12    no validation done independently of that data, which
13    is what every occupational hygenist I have worked
14    with has done, that he accepted it on face value, but
15    I have no knowledge of inaccuracies of the data as
16    far as the individual measurements go.
17        Q   And likewise, you're not aware of any
18    inaccuracies or errors in the FEMA CDC data set that
19    Mr. Hewett analyzed?
20        A   Again, the FEMA CDC is a representative
21    sample.  I know no specific errors in the data.  I'm
22    not an occupational hygienist.  There was variability
```

```
 1    in the measurement procedures used, which Mr. Hewett
 2    discussed at his deposition.
 3         Q    But you're not saying there's any errors or
 4    inaccuracies in the FEMA CDC data?
 5         A    I'm not saying that; no, sir.
 6         Q    You're not aware of any errors or
 7    inaccuracies in the Sierra Club data that Mr. Hewett
 8    analyzed, are you?
 9         A    I'm not aware of any accuracies in the
10    specific data; no, sir.
11         Q    And I thought I heard you say accuracies,
12    and perhaps I misheard you, so let me ask the
13    question again.
14              You're not aware of any inaccuracies or
15    errors in the Sierra Club data that Dr. Hewett
16    analyzed?
17         A    The specific data, I have no way to detect
18    whether they are accurate or not.
19         Q    But you're not here to testify that the
20    Sierra Club data is in error or inaccurate in any
21    regard; are you?
22         A    No, I believe the sample is biased, but I
```

1   don't believe that bias reflects the individual

2   measurements.

3        Q    You're not here to testify that there's any

4   errors or inaccuracies in the Texas Parks and

5   Wildlife data, are you?

6        A    Again, the data was not validated.  There

7   are no -- I'm not aware of any specific inaccuracies

8   in the individual datum that are recorded; no, sir.

9        Q    You're not here to testify that there's any

10  inaccuracies in the W.D. Scott Group data that

11  Dr. Hewett analyzed, are you?

12       A    No, sir, I didn't look at that data.  I

13  didn't look at the accuracy of any specific

14  measurements.  I'm not an occupational hygienist.

15       Q    Well, I'm just trying to be clear on what

16  your testimony is.

17            You're not testifying that there's any

18  inaccuracies in the TES data that Dr. Hewett

19  analyzed, are you?

20       A    I'm not testifying to that; no, sir.

21       Q    You're not testifying that there's any

22  inaccuracies in the occupant data that Dr. Hewett

```
 1   analyzed, are you?
 2        A    Again, that would be the data which I would
 3   assume the sample is probably the most biased, but
 4   not the specific recordings, although I would have
 5   serious questions having done measurements of gases
 6   in houses at how qualified occupants were at
 7   reporting accurate measures, but I would expect an
 8   occupational hygienist to evaluate that.
 9        Q    You're not here to testify that any single
10   measurement from the occupant data is in error, are
11   you?
12        A    I am not; no, sir.
13        Q    You're not here to testify that any of the
14   Boston Chemical data is in error, are you?
15        A    No specific data measurement.
16        Q    And you're not here to testify that any of
17   the DeVany measurements that Dr. Hewett analyzed are
18   in error, are you?
19        A    Not any specific measurement; no, sir.
20        Q    Now, with regard to the occupant data, you
21   testified you believed it was the most biased; is
22   that right?
```