UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO.: 07-MD-1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Katie Alexis Babineaux, et al v. Pilgrim International, et al*<br>*No. 09-4610* | JURY DEMANDED |

### ORDER

Considering the foregoing Motion for Partial Dismissal:

**IT IS SO ORDERED** that all of the claims of Lee Vaughn Johnson, Gerardo Perez and Maria Maranda, asserted herein against Pilgrim International, are hereby dismissed without prejudice with each party to bear their own costs.

SIGNED this 23rd day of February, 2011 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE