AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| NATHAN ASH, ET AL | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  09-4969 |
| GULF STREAM COACH, INC., ET AL | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone:  (504) 522-2304;  Facsimile:  (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Loretta G. Whyte
Name of clerk of court

Date: _____ Jan 12 2011 _____

Deputy clerk's signature

Case 2:07-md-01873-KDE-ALC   Document 19660-1   Filed 01/11/11   Page 2 of 2

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  09-4969

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(nar* ☐
was received by me on *(date)*

☐  I personally served

_____ ; or

☐  I left the summons

_____

on *(date)* _____

☐  I served the summ

designated by law to a

☐  I returned the summ

☐  Other *(specify):*

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

71 79 1000 1645 0017 7527

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 1.90 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ | 7.00 |

Sent To    **USA thru Craig Fugate, Director**
**Fed. Emgcy. Mgmt. Agncy**
Street, Apt. No.;   **500 C Street S.W.**
or PO Box No.    **Washington, DC 20472**
City, State, Zip+4

PS Form 3800, August 2006      See Reverse for Instructions

Code: Ash, Nathan
Code2: ED LA 09-4969

_____ resides there,

_____ss; or

_____, who is

_____ ; or

_____ ; or

USPS - Track & Confirm                                                      Page 1 of 1



Home | Help |
Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0017 7527**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 7:48 am on January 31, 2011 in
WASHINGTON, DC 20472.

**Detailed Results:**
- **Delivered, January 31, 2011, 7:48 am, WASHINGTON, DC 20472**
- **Arrival at *Unit, January 31,* 2011, 6:23 am, WASHINGTON, DC 20022**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm

Enter Label/Receipt Number.

Go >