AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

DOLORES BAILEY, ET AL

*Plaintiff*

v.

CAVALIER HOME BUILDERS, LLC, ET AL

*Defendant*

Civil Action No. 09-5003 "N" (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 12 2011

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-5003

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7179 1000 1645 0017 5547

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.00 |

Postmark Here

Sent To: USA thru Craig Fugate, Director
Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

Code: JIW
Code2: Bailey, Dolores
File: EDLA 09-5003

PS Form 3800, August 2006   See Reverse for Instructions

---

**USPS - Track & Confirm**

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm   FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 5547**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 8:12 am on January 31, 2011 in WASHINGTON, DC 20472.

Track & Confirm
Enter Label/Receipt Number.
Go >

Detailed Results:
- Delivered, January 31, 2011, 8:12 am, WASHINGTON, DC 20472
- Notice Left (No Authorized Recipient Available), January 30, 2011, 2:19 pm, WASHINGTON, DC 20472
- Arrival at Unit, January 30, 2011, 1:42 pm, WASHINGTON, DC 20022

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Page 1 of 1