AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

ANTHONY FREDERICK, ET AL )
        *Plaintiff* )
v. ) Civil Action No. 09-4821
WAVERLEE HOMES, INC. ET AL )
        *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Jan 11 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-4821

PROOF OF SERVICE
(This section should not be filed with the court unless

This summons for (name of individual and title, if any) _____
was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place)
_____

☐ I left the summons at the individual's residence or usual _____
_____ , a person of su
on (date) _____ , and mailed a copy to the i

☐ I served the summons on (name of individual) _____
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 7862

| | |
|---|---|
| Postage $ | |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees $ | 0.00 |
| | 7.00 |

Sent To  USA thru Craig Fugate, Director
Street, Apt. No.;  Fed. Emgcy. Mgmt. Agncy
or PO Box No.  500 C Street S.W.
City, State, Zip+4  Washington, DC 20472

PS Form 3800, August 2006   See Reverse for Instructions

Code: Frederick, Anthony
Code2: EDLA 09-4821

Page 1 of 1

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

**Track & Confirm**

**Search Results**

Label/Receipt Number: **7179 1000 1645 0017 7862**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:48 am on January 31, 2011 in WASHINGTON, DC 20472.

Detailed Results:
• Delivered, January 31, 2011, 7:48 am, WASHINGTON, DC 20472
• Arrival at Unit, January 31, 2011, 6:23 am, WASHINGTON, DC 20022

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  Go >