UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

       Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the noticed submission date.  No memorandum in opposition to "Plaintiff's Motion for Leave to Amend Complaint" (Rec. Doc. 19966), set for hearing on February 23, 2011, was filed.  Further, it appears to the Court that this motion has merit.  Accordingly,

       **IT IS ORDERED that "Plaintiff's Motion for Leave to Amend Complaint" (Rec. Doc. 19966)** should be and is hereby **GRANTED**.  Thus, Plaintiff is hereby granted leave to file the Amended Complaint.

       A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with

the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 24th day of February 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**