AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| MICHAEL GAMBLE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  10-250  "N" (5) |
| GULF STREAM COACH, INC., ET AL | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Jan 12 2011

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-250

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____                                          ldress; or

☐ I served the sum                                                                          , who is

designated by law

_____                                                                          ; or

☐ I returned the su                                                                          ; or

---

USPS - Track & Confirm                                                              Page 1 of 1

**UNITED STATES POSTAL SERVICE.**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

7179 1000 1645 0017 7671

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $ 7.00 |

Postmark Here

Code: Gamble, Michael
Code2: ED LA 10-250

Sent To   USA thru Craig Fugate, Director
          Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.;   500 C Street S.W.
or PO Box No.   Washington, DC 20472
City, State, Zip+4

PS Form 3800, August 2006          See Reverse for Instructions

Home | Help | Sign In

ack & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 7671**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:48 am on January 31, 2011 in
WASHINGTON, DC 20472.

### Detailed Results:
• Delivered, January 31, 2011, 7:48 am, WASHINGTON, DC 20472
• Arrival at Unit, January 31, 2011, 6:23 am, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

Track & Confirm

Enter Label/Receipt Number.

Go >