AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| CHARLES NORMAN ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-4945 |
| LIBERTY MUTUAL INS. CORP. ET AL ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date: __Jan 11 2011__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-4945

PROOF OF SERV

(This section should not be filed with the court unl

This summons for (name of individual and title, if any) _____

was received by me on (date) _____

☐ I personally served the summons on the individual at (pla
_____

☐ I left the summons at the individual's residence or usual
_____, a person of sui
on (date) _____, and mailed a copy to the in

☐ I served the summons on (name of individual) _____
designated by law to accept service of process on behalf of _____
on (date) _____ ; or

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 5059

| | |
|---|---|
| Postage $ | 1.90 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | 0.00 |
| Total Postage & Fees $ | 7.00 |

Postmark Here

Sent To: USA thru Craig Fugate, Director
Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.; 500 C Street S.W.
or PO Box No. Washington, DC 20472
City, State, Zip+4

PS Form 3800, August 2006    See Reverse for Instructions

Code: JIW
Code2: Norman, Charles
File: EDLA 09-4945

---

USPS - Track & Confirm                                                                 Page 1 of 1

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7179 1000 1645 0017 5059**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:58 am on January 20, 2011 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:
• Delivered, January 20, 2011, 11:58 am, WASHINGTON, DC 20472
• Arrival at Unit, January 20, 2011, 10:08 am, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >