AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

CATHERINE SCHUTTE )
)
*Plaintiff* )
v. ) Civil Action No. 09-5240
DUTCHMEN MANUFACTURING, INC., ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 11 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-5240

PROOF OF SERVICE

(This section should not be filed with the court unless...)

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual pl... _____, a person of suita... _____, and mailed a copy to the ind...

on (date) _____ ; or

☐ I served the summons on (name of individual) _____, designated by law to accept service of process on behalf of (...

on (date) _____ ; or

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 4700

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 7.00 |

Postmark Here  0.00

Sent To: USA thru Craig Fugate, Director Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.; or PO Box No. 500 C Street S.W.
City, State, Zip+4 Washington, DC 20472

PS Form 3800, August 2006   See Reverse for Instructions

Code: JIW
Code2: Schutte, Catherine
File: EDLA 09-5240

---

USPS - Track & Confirm

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 4700**
Service(s): Certified Mail™
Status: **Delivered**

Your item was delivered at 11:58 am on January 20, 2011 in WASHINGTON, DC 20472.

Track & Confirm
Enter Label/Receipt Number.

Go >

**Detailed Results:**
• Delivered, January 20, 2011, 11:58 am, WASHINGTON, DC 20472
• Arrival at Unit, January 20, 2011, 10:08 am, WASHINGTON, DC 20022

Notification Options