UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br>*Ausbrooks v. Forest River, Inc., et al.; Early v. Gulf Stream, et al.; Price v. Jayco, Inc., et al.; Clementin v. Keystone RV, et al.; Wiliams v. KZRV, LP, et al.* | * * * * * | |

## ORDER

Considering the above and foregoing Consent Motion for Leave to file Plaintiffs' Sur-Reply Memorandum to Defendants' Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D.:

IT IS HEREBY ORDERED that Plaintiffs are hereby granted leave to file Plaintiffs' Sur-Reply Memorandum to Defendants' Reply Memorandum to Plaintiffs' Response to Manufacturing Defendants' Motion *in Limine* to Exclude Expert Testimony of Paul Hewett, Ph.D.

New Orleans, Louisiana, this 24th day of February, 2011.

_____
JUDGE