AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

LAWRENCE THOMAS, JR.

*Plaintiff*

v.   Civil Action No. 09-4963

RECREATION BY DESIGN, LLC, ET AL

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 11 2011     B. Gregory
Deputy clerk's signature

USPS - Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7179 1000 1645 0017 4922
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 9:20 am on January 20, 2011 in WASHINGTON, DC 20472.

**Detailed Results:**
- Delivered, January 20, 2011, 9:20 am, WASHINGTON, DC 20472
- Arrival at Unit, January 20, 2011, 6:11 am, WASHINGTON, DC 20022

**Notification Options:**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. Go >

Track & Confirm
Enter Label/Receipt Number.

FAQs
Home | Help | Sign in
Page 1 of 1

---

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-4963

**PROOF OF SER**

(*This section should not be filed with the court un*)

This summons for (*name of individual and title, if any*)
was received by me on (*date*)  .

☐ I personally served the summons on the individual at (pl

☐ I left the summons at the individual's residence or usual l
, a person of suit
, and mailed a copy to the in
on (*date*)  ; or

☐ I served the summons on (*name of individual*)
designated by law to accept service of process on behalf of (

☐ I returned the summons unexecuted because  .

☐ Other (*specify*):

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(*Domestic Mail Only; No Insurance Coverage Provided*)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.90 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | 0.00 |
| Total Postage & Fees | $ 7.00 |

Postmark Here

7179 1000 1645 0017 4922

Sent To: USA thru Craig Fugate, Director
Fed. Emgcy. Mgmt. Agncy
Street, Apt. No.; 500 C Street, S.W.
or PO Box No.
City, State, Zip+4: Washington, DC 20472

PS Form 3800, August 2006  See Reverse for Instructions

Code: JIW
Code2: Thomas, Lawrence
File: EDLA 09-4953