AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| JOSEPH WHEELER, ET AL | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  09-4974 |
| LAKESIDE PARK HOMES, INC. ET AL | ) |
| | ) |
| . *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file ycur answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:   Jan 11 2011

Case 2:07-md-01873-KDE-ALC   Document 19686   Filed 01/11/11   Page 2 of 2

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  09-4974

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summ _____ me) _____

n who resides there,

on *(date)* _____ address; or

☐ I served the su _____ , who is

designated by law _____ ; or

☐ I returned the _____ ; or

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

7179 1000 1645 0017 4946

| | |
|---|---|
| Postage | |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees $ | 0.00 |
| | 7.00 |

Postmark
Here

Sent To   **USA thru Craig Fugate, Director**
Street, Apt. No.; **Fed. Emgcy. Mgmt. Agncy**
or PO Box No. **500 C Street S.W.**
City, State, Zip+4 **Washington, DC 20472**

Code: JIW
Code2: Wheeler, Joseph
File: EDLA 09-4974

**PS Form 3800, August 2006      See Reverse for Instructions**

## USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE**®

Page 1 of 1

Home | Help | Sign In

ack & Confirm      FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 4946**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:58 am on January 20, 2011 in WASHINGTON, DC 20472.

### Detailed Results:
- Delivered, January 20, 2011, 11:58 am, WASHINGTON, DC 20472
- Arrival at Unit, January 20, 2011, 10:08 am, WASHINGTON, DC 20022

### Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  Go >

Track & Confirm

Enter Label/Receipt Number.

Go >