AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

LOREAL BRENCH, ET AL  )
_____  )
Plaintiff  )
v.  )  Civil Action No. 09-3249 "N" (5)
GULF STREAM COACH, INC., ET AL  )
_____  )
Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America,
Federal Emergency Management Agency
Through Craig Fugate, Director
500 C Street, SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jan 12 2011

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-3249

PROOF OF SERVICE

P. 4 (l)



*(This section s...*

This summons for *(nam...*
was received by me on *(date)*

☐ I personally served t...

; or

☐ I left the summons a...
on *(date)*

resides there,
s; or

☐ I served the summo...
designated by law to a...

, who is

; or

☐ I returned the summ...

; or

---

USPS - Track & Confirm

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: 7179 1000 1645 0017 5882
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 5:00 am on January 31, 2011 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:
• Delivered, January 31, 2011, 5:00 am, WASHINGTON, DC 20530
• Notice Left (No Authorized Recipient Available), January 30, 2011, 12:20 pm, WASHINGTON, DC 20530
• Arrival at Unit, January 30, 2011, 9:02 am, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >