OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  February 25, 2011

In re: FEMA Trailer Litigation
No. 07-1873, as relates to

Kenneth Woods, et al
vs.
Palm Harbor Homes, Inc., et al

Case No. 09-7771

Dear Sir:

Please **(issue)** summons on the First Supplemental and Amended Complaint for Damages)to the following:

1. Illinois National Insurance Company, through the Louisiana Secretary of State, Tom Schedler, 8585 Archives Avenue, Baton Rouge, Louisiana 70809

Very truly yours,

JUSTIN I. WOODS
M. PALMER LAMBERT
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
(504) 522-2304
Attorneys for Plaintiff