UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                            SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Assevedo v. Crum and Forester, et al, No. 10-3508

## *UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE*

NOW INTO COURT, through undersigned counsel, come plaintiff ANTHONY NUCCIO ONLY who respectfully move this Court to dismiss all of the claims asserted in the above-captioned case without prejudice.

WHEREFORE, plaintiff ANTHONY NUCCIO ONLY prays that this Court dismiss all of the claims asserted in the above-captioned without prejudice and with each party to bear their own costs.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION

      BY:    /s/ David C. Jarrell
            SIDNEY D. TORRES, III (Bar No. 12869)
            ROBERTA L. BURNS (Bar No. 14945)
            DAVID C. JARRELL (Bar No. 30907)
            Torres Park Plaza, Suite 303
            8301 West Judge Perez Dr.
            Chalmette, Louisiana 70043
            Tel: (504) 271-8421
            Fax: (504) 271-1961
            E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of February, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL