UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-4742; 09-6639;
09-7098; 09-7820; 09-7829; 10-2274;
10-2181; 10-1293

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the date the motion is noticed for submission. No memoranda in opposition to the motions to file amended complaints at Rec. Docs. 20137, 20138, 20139, 20140, 20141, 20142, 20143, and 20144; all set for hearing on February 23, 2011, were filed. Further, it appears to the Court that these motions have merit. Accordingly,

**IT IS ORDERED** that the motions at Rec. Docs. 20137, 20138, 20139, 20140, 20141, 20142, 20143, and 20144 are hereby **GRANTED**, allowing the amending complaints to be filed.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 24th day of February 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE