# Exhibit B

Donna Sander, as Next Friend of L. C., a minor, et. al.  vs. Superior Homes, LLC, et. al.

**Contractor**  **Insurer**

Fluor Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

# Exhibit B

Donna Sander, as Next Friend of L. C., a minor, et. al.  vs. Superior Homes, LLC, et. al.

| **Manufacturer** | **Insurer** |
|---|---|
| Mitchell County Investments, LLC, f/k/a Superior Park Model Homes<br>Thomas A. Shanklin, Sr.<br>2959 US Highway 19<br>Pelham, GA 31779 | |