# Exhibit B

Tommanica Johnson, et. al.  vs. Superior Homes, LLC, et. al.

| Contractor | Insurer |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>311 S. Division St.<br>Carson City, NV 89703-4202 | |
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |
| Shaw Environmental, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | Northwood Manufacturing Inc.<br>Sherry A. Nash<br>59948 Downs Road<br>LaGrande OR 97850 |

# Exhibit B

Tommanica Johnson, et. al. vs. Superior Homes, LLC, et. al.

| **Manufacturer** | **Insurer** |

Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779