UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE ENGELHARDT  MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO  CIVIL CASE NO. 09-7820 | | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' SECOND AMENDED ORIGINAL COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully seek to amend their original Complaint in the following respect:

I.

By supplementing Section I. (Parties), Paragraph 4 of the Original Complaint for Damages by adding **Mitchell County Industries f/k/a Superior Park Model Homes** as a party Defendant. Please refer to **Exhibit "B"** for service information.

Upon information and belief, **Mitchell County Industries f/k/a Superior Park Model Homes** is the manufacturer, for one or more of the Plaintiffs in this matter, as indicated on **Exhibit "A"**.

WHEREFORE, Plaintiffs respectfully amend the Original Complaint in the above civil action number in the foregoing respect, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2011.

                                              /s/ Robert C. Hilliard
                                              _____
                                              **ROBERT C. HILLIARD**