AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ANITA HARRIS ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09-5242 "N" (5) |
| COACHMEN RECREATIONAL VEHICLE ) | |
| COMPANY OF GEORGIA, LLC, ET AL ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Dept. of Justice,
through Eric Holder, U.S. Attorney
950 Pennsylvania Ave. NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___Jan 12 2011___

Deputy clerk's signature

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-5242

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons _____

was received by me o_____

☐ I personall_____ ; or

☐ I left the su_____ (name) _____

_____ tion who resides there,

on *(date)* _____ vn address; or

☐ I served th_____ , who is

designated by _____ ; or

☐ I returned _____ ; or

☐ Other *(specify)*:

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 5950

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 1.90 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| Total Postage & Fees | $ 7.00 | |

Sent To: U.S. Dept. of Justice, through Eric Holder, US Atty General
Street, Apt. No.; or PO Box No.: 950 Pennyslvania Ave. NW
City, State, Zip+4: Washington, DC 20530-0001

Code: JIW
Code2: Harris, Anita
File: EDLA 09-5242

PS Form 3800, August 2006    See Reverse for Instructions

---

USPS - Track & Confirm



Page 1 of 1

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 5950**
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 6:09 am on February 07, 2011 in WASHINGTON, DC 20530.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Detailed Results:
- Delivered, February 07, 2011, 6:09 am, WASHINGTON, DC 20530
- Notice Left (No Authorized Recipient Available), February 06, 2011, 11:16 am, WASHINGTON, DC 20530
- Arrival at Unit, February 06, 2011, 9:23 am, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >