AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| MARY NAPOLEON | ) | |
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No.  09-6001 |
| v. | ) | |
| FOREST RIVER, INC., ET AL | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, Dept. of Justice,
through Eric Holder, U.S. Attorney
950 Pennsylvania Ave. NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Jan 11 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  09-6001

## PROOF OF SERVICE

*(This section ~~should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)~~)*

This summons for

was received by me on *(date)*

☐ I personally ser

☐ I left the summ

on *(date)*

☐ I served the su

designated by lav

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7179 1000 1645 0017 5899

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| | 0.00 |
| Total Postage & Fees | $   7.00 |

Postmark Here

Sent To  U.S. Dept. of Justice, through
Eric Holder, US Atty General
Street, Apt. No.;  950 Pennsylvania Ave. NW
or PO Box No.  Washington, DC 20530-0001
City, State, Zip+4

Code: JIW
Code2: Napoleon, Mary
File: EDLA 09-6001

PS Form 3800, August 2006    See Reverse for Instructions

; or

; or

who resides there,

ddress; or

, who is

; or

Page 1 of 1

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm      FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 5899**
Service(s): Certified Mail™
Status: **Delivered**

Your item was delivered at 5:00 am on January 31, 2011 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Detailed Results:

• **Delivered, January 31, 2011, 5:00 am, WASHINGTON, DC 20530**
• **Notice Left (No Authorized Recipient Available), January 30, 2011, 12:20 pm, WASHINGTON, DC 20530**
• **Arrival at Unit, January 30, 2011, 9:02 am, WASHINGTON, DC 20022**

Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   *Go >*