Case 1:10-cv-00712-CB-M Document 3 Filed 01/10/11 Page 5 of 10
Case 2:07-md-01873-KDE-MBN Document 20388 Filed 02/28/13 Page 2 of 2
AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Alabama

| | |
|---|---|
| Ernestine Hall, et al. ) | |
| ) | $EDLA$ $11-211$ |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Gulf Stream Coach, Inc., et al. ) | |
| ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America, Department of Justice
Through the United States Attorney General
Honorable Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 10, 2011

*Angela Kraver*
Signature of Clerk or Deputy Clerk

Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                          Server's signature

Additional information regarding attempted service, etc:

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7179 1000 1645 0017 8876

| | |
|---|---|
| Postage | $ |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 0.00 |
| | 7.00 |

Sent To: U.S. Dept. of Justice, through Eric Holder, US Atty General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. NW
City, State, Zip+4: Washington, DC 20530-0001

PS Form 3800, August 2006  See Reverse for Instructions

Code: FORMAL
Code2: Hall, Ernestine v. Gulf Stream
File: US DC - S D Alabama # 10-712

---

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number: 7179 1000 1645 0017 8876

A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: FEB 11 2011

1. Article Addressed to:
U.S. Dept. of Justice, through
Eric Holder, US Atty General
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Code: FORMAL
Code2: Hall, Ernestine v. Gulf Stream
File: US DC - S D Alabama # 10-712

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below: ☐ No

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811       Domestic Return Receipt