Case 1:10-cv-00712-CB-M Document 3 Filed 01/10/11 Page 9 of 10
Case 2:07-md-01873-KDE-MBN Document 20390 Filed 02/28/11 Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of Alabama

| | | |
|---|---|---|
| Ernestine Hall, et al. | ) | |
| _Plaintiff_ | ) ) ) | ED LA 11-211 |
| v. | ) | Civil Action No. 10-712 |
| Gulf Stream Coach, Inc., et al. | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Federal Emergency Management Agency (FEMA)
Through the Office of the Director
Craig Fugate, Director
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronnie Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: January 10, 2011                                                     _Angela Kraver_
                                                                     Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-712

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally serv... ; or

☐ I left the summ... th *(name)* _____
_____ ,retion who resides there,
on *(date)* _____ .own address; or

☐ I served the sum... _____ , who is
designated by law... n) ; or

☐ I returned the s... ; or

☐ Other *(specify)*:

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

7191 0001 6450 0178 869

| | |
|---|---|
| Postage | |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | 2.30 |
| Total Postage & Fees | $ 0.00 |
| | 7.00 |

Sent To: USA thru Craig Fugate, Director Fed. Emgcy. Mgmt. Agency
Street, Apt. No.; or PO Box No.: 500 C Street S.W.
City, State, Zip+4: Washington, DC 20472

PS Form 3800, August 2006    See Reverse for Instructions

Code: FORMAL
Code2: Hall, Ernestine v. Gulf Stream
File: UDDC – SD Alabama #10-712

---

USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7179 1000 1645 0017 8869**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 11:38 am on February 09, 2011 in WASHINGTON, DC 20472.

**Track & Confirm**
Enter Label/Receipt Number.
_____
Go >

Detailed Results:
• Delivered, February 09, 2011, 11:38 am, WASHINGTON, DC 20472
• Arrival at Unit, February 09, 2011, 9:16 am, WASHINGTON, DC 20022

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.    Go >

Page 1 of 1