**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 07-1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAG. ALMA L. CHASEZ** |
| **ALL CASES ("Alabama Plaintiffs")** | * | |
| *Fifth Circuit No. 10-30451* | * | |
| | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

<u>**JOINT SUPPLEMENTAL RECORD DESIGNATIONS FOR**</u>
<u>**FIFTH CIRCUIT APPELLATE REVIEW**</u>

NOW INTO COURT, through undersigned counsel, come Defendant United States of America and the Alabama Plaintiffs, who submit the following **supplemental** record designations for Fifth Circuit Appeal No. 10-30451.

1. Case No. 2:07-MD-1873 – Docs # **11470**, **11470-1** (Alabama Plaintiffs' Opposition to the United States' Motion and the accompanying exhibit)

2. Case No. 2:07-MD-1873 – Docs # **15777**, **15777-1**, **15777-2**, **15777-3**, **15777-4** (Ex Parte/Consent Motion for Rule 54(b) Judgment and all accompanying exhibits)

Respectfully submitted:

**UNITED STATES OF AMERICA**

BY:    s/Adam M. Dinnell
        ADAM M. DINNELL
        Trial Attorney
        **UNITED STATES DEPARTMENT OF JUSTICE**
        Civil Division, Torts Branch
        P.O. Box 340, Ben Franklin Station
        Washington, D.C. 20004
        Telephone: (202) 616- 4211
        Adam.Dinnell@usdoj.gov

**PLAINTIFFS' STEERING COMMITTEE**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas #24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
ROBERT C. HILLIARD, Texas #09677700
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas #20981820

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2011, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record who are not CM/ECF participants.

s/Adam Dinnell
ADAM M. DINNELL