UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Najee Wells-Thompson, et al v. Forest River, Inc., et al* Civil Action No. 09-6505 | § § § | MAG. JUDGE CHASEZ |

### PLAINTIFFS', JAMES HAMILTON, JAMES LEE, AND RHEBA LEE, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiffs herein, JAMES HAMILTON, JAMES LEE and RHEBA LEE, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants in the Complaint previously filed in these proceedings.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**