UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Assevedo v. Crum and Forester, et al, No. 10-3508

*ORDER*

Considering the foregoing Unopposed Motion to Dismiss:

IT IS HEREBY ORDERED that all of the claims of ANTHONY NUCCIO ONLY are hereby dismissed without prejudice with each party to bear their own costs.

Signed this  1st  day of  March , 2011 in New Orleans, Louisiana.

                                               **JUDGE**