**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** § § § § | | **MDL NO. 1873** <br><br> **SECTION "N-5"** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § § | | |
| *Latoya Bradley, et al v.* <br> *Forest River, Inc., et al* <br> Civil Action No. 09-6504 § § § | | **MAG. JUDGE CHASEZ** |

**ORDER ON PLAINTIFF'S, LUCY RANDALL, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, LUCY RANDALL, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 1st day of March, 2011.

_____
HONORABLE KURT ENGELHARDT