UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Najee Wells-Thompson, et al v. Forest River, Inc., et al*<br>Civil Action No. 09-6505 | § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', JAMES HAMILTON, JAMES LEE, AND RHEBA LEE, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', JAMES HAMILTON, JAMES LEE and RHEBA LEE, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this  1st  day of _____March_____, 2011.

_____
HONORABLE KURT ENGELHARDT