UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Langsford et al v. Champion Enterprises, Inc..
et al
No. 09-5367*

JURY DEMANDED

## ORDER

Considering the foregoing Motion for Leave to File SECOND Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their SECOND Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this 2nd day of March, 2011 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE