MINUTE ENTRY
ENGELHARDT, J.
MARCH 2, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                           MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:                                     SECTION "N" (5)
*Ausbrooks v. Forest River, Inc., et al; Early v.*
*Gulf Stream, et al; Price v. Jayco, Inc., et al;*
*Clementin v. Keystone RV, et al; Williams v.*
*KZRV, LP, et al*

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, MARCH 2, 2011 AT 9:00 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Susan Zielie

APPEARANCES:     For Plaintiffs:
                 Mikal Watts, Gerard Menuier

                 For Defendants:
                 Andrew Weinstock and David Kurtz

**MOTION OF DEFENDANTS IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF PAUL HEWETT (Rec. Doc. No. 18283)**

**Argument**   - ORDERED DENIED.  Reasons orally stated.

JS-10: 0:52