MINUTE ENTRY
ENGELHARDT, J.
March 2, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>   FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

   A status conference was conducted on Wednesday, March 2, 2011, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, M. David Kurtz, Henry T. Miller, Mikal C. Watts and Richard A. Sherburne.

JS10(00:50)