UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** <br><br> **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** <br> *Griffin, et al, v. Layton Homes Corp., and CH2M Hill Constructors, Inc.* <br> *Case No. 5962* | * * * * | **JUDGE ENGELHARDT** <br><br> **MAGISTRATE CHASEZ** |

**************************************************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned Counsel, come the following Plaintiffs, **Percy Griffin, Wanda Griffin** and **Melinda Carpenter** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above captioned matter as this claim is duplicative of a previously filed complaint, *Percy Griffin, Wanda Griffin, Melinda Griffin v. Layton Homes Corp.: and CH2M Hill Constructors, Inc. Case No. 2:09-cv-5691* (E.D. La 2009). Both cases involve the same substantive allegations against Layton Homes Inc. and CH2M Hill Constructors, Inc.

1. Case No. 2:09-cv-5691 was filed August 14, 2009

2. Case No 2:09-cv-5962 was filed August 28, 2009

Accordingly, named Plaintiffs seek to dismiss without prejudice the above captioned matter and Plaintiffs reserve all rights and allegations in *Percy Griffin, Wanda*

*Griffin, Melinda Griffin v. Layton Homes Corp.: and CH2M Hill Constructors, Inc.  Case No. 2:09-cv-5691* (E.D. La 2009).

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC
        BY:     */s/ Lawrence J. Centola, Jr.*
        LAWRENCE J. CENTOLA, JR.

        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile:   (504) 525-1279

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

        *s/ Lawrence J. Centola, Jr.*
        LAWRENCE J. CENTOLA, JR.