UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Hebert Riley et al vs. River Birch Homes* | * | |
| C.A. No.11-415 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFF HERBERT RILEY AND SONYA RILEY'S NOTICE OF
VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the motion is GRANTED and the claims of Plaintiffs HERBERT RILEY and SONYA RILEY, individually and as next fried of H.R,, are dismissed without prejudice.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT