UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE PRODUCTS                      SECTION N MAG. 5
LIABILITY LITIGATION

                                           JUDGE ENGELHARDT
                                           MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Dupuy et al v. Keystone RV Company et al*    JURY DEMANDED
*No. 09-5423*

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, through undersigned counsel, respectfully reiterate and re-aver all of the

allegations, claims and prayers for relief contained in their Complaint for Damages filed on their

behalf with this Court on August 3, 2009.


1.


This First Supplemental and Amending Complaint for Damages names Lisa Pea as a

previously identified Plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the

above captioned matter.


2.


Consistent with the above, all Plaintiffs request that Previously Identified Plaintiff be

added to the caption of the above captioned matter.

3.

Previously Identified Plaintiffs was originally placed in a suit identifying the incorrect manufacturer and only recently was able to identify her manufacturer.  Plaintiffs seek to remedy this and in so doing comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by Keystone RV Company and installed by Fluor Enterprises, Inc. as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a First Amended Complaint for Damages against the same manufacturer (Keystone RV Company).

5.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully Submitted,


By:    /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland