UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *James Clark et al v. Gulf Stream Coach, Inc.* | * | |
| C.A No. 11-412 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs James Clark, Janice Ford, Ron Ford, Pauline Francois, individually and as next friend of C.B., Shalea Francois, Pamela Ingham, Donna Langston, Ella McDaniel, individually and as next friend of P.C. and T.H., Jane Moore, individually and as next friend of C.M., Tameka Newman, individually and as representative of the estate of Barbara Mayberry, Elwood Nixon, Ophelia Richard, and Sheryl Wilson, who respectfully request that this honorable Court remand this proceeding to the 136th District Court, Jefferson County, Texas.  As set forth more fully in the attached memorandum of law, the amount in controversy in this action does not exceed $75,000.00, exclusive of interest and costs, and Defendant does not meet the requisite criteria for removal under 28 U.S.C. § 1442(a)(1).

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*_____
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*_____
Peter K. Taaffe