# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, James Clark, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ___, 2011.

X _____
    James Clark

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS      §
           §
JEFFERSON COUNTY    §

   I, Janice Ford , make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ⎍, 2011.

         x _Janice Ford_____
            Janice Ford

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                    §
                                  §
JEFFERSON COUNTY                  §

I, Ron Ford , make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration,
     I have personal knowledge of all statements contained herein, and all statements
     contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting
     on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in
     damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 4, 2011.

x _____
            Ron Ford

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS        §
                                 §

JEFFERSON COUNTY       §

      I, Pauline Francois, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Chelsey Brown, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _07_, 2011.

x _Pauline Francois_

Pauline Francois

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                  §
                                §
JEFFERSON COUNTY                §

I, Shalea Francois , make this declaration under penalty of perjury and state the following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ___, 2011.

x _Shalea A. Francois_
Shalea Francois

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                              §
                                           §
JEFFERSON COUNTY                           §

I, Pamela Ingham , make this declaration under penalty of perjury and state the following:

1.      I am over eighteen (18) years of age, am fully competent to make this declaration,
        I have personal knowledge of all statements contained herein, and all statements
        contained herein are true and correct.

2.      I retained The Buzbee Law Firm to represent me, and any individuals that am acting
        on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.      The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.      Prior to suit being filed, I instructed my attorneys that this is the maximum in
        damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 7th, 2011.

                        X_____Pamela Ingham_____
                                Pamela Ingham

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, Donna Langston , make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 7 , 2011.

x _Donna Langston_
Donna Langston

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, Ella McDaniel, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  The damages I am seeking in my capacity as next friend of Paige Cane, a minor, do not exceed $75,000 exclusive of interest and costs.

5.  The damages I am seeking in my capacity as next friend of Timothy Henton, a minor, do not exceed $75,000 exclusive of interest and costs.

6.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 12, 2011.

x _Ella McDaniel_
Ella McDaniel

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS          §
                                  §

JEFFERSON COUNTY      §

I, Jane Moore, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Charise Moore, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 7, 2011.

X _____
Jane Moore

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS            §
                         §
Jefferson County          §

I, Tameka Newman , make this declaration under penalty of perjury and state the

following:

1.    I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.    I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.    The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.    The damages I am seeking in my capacity as representative of the Estate of Barbara Mayberry do not exceed $75,000 exclusive of interest and costs.

5.    Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ⁷1, 2011.

X_____
               Tameka Newman

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                        §
                                      §
JEFFERSON COUNTY                      §

I, Elwood Nixon , make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 4, 2011.

X _____
Elwood Nixon

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, Ophelia Richard , make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _7___, 2011.

X _Ophelia Richard_____
                Ophelia Richard

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                    §
                                 §
JEFFERSON COUNTY                  §

I, Sheryl Wilson , make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _____, 2011.

x _Sheryl Wilson_
Sheryl Wilson