# EXHIBIT E

# Transcript of the Testimony of

# PHILIP SARVARI

Date: July 24, 2008

FEMA Trailer Formaldehyde Products Liability Litigation
v.

```
 1    A   True.
 2    Q   What did you understand, pursuant to the contract,
 3        you had to provide with regard -- strike that.
 4        It's a horrible question.
 5             Did you ever discuss formaldehyde or ambient
 6        air quality within the trailers with the Government
 7        during the contracting process?
 8    A   No, I did not.
 9    Q   Those telephone calls, did you ever mention, "Hey,
10        we're going to make sure that the trailers are safe
11        to live in"?  Was that discussed with you, when you
12        were -- and FEMA when you were having these phone
13        calls?
14    A   They asked us to provide a floor plan unit that we
15        had provided before.
16    Q   If you -- since you're the guy who signed the
17        contract, had you provided, hypothetically, a
18        trailer that was unsafe to live in, would you
19        consider that a breach of the contract?
20             MR. WEINSTOCK:  Objection.  I'm going to
21        object on several grounds because that actually
22        calls for a legal conclusion on top of the
23        hypothetical question to an expert witness.  You
24        want his lay understanding?
25             MR. BUZBEE:  Uh-huh, please.
```