# EXHIBIT G

# Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S EXHIBIT

```
 1        was in the spring of '06?
 2    A   I want to say that with regard to trailers.  Early
 3        on when I first went to work for Fairmont, there
 4        was a formaldehyde situation with mobile homes
 5        where we followed the HUD standards when those were
 6        established as it was developed.  And then
 7        throughout, you know, production of both Fairmont
 8        Homes and the RV division, we always would purchase
 9        a low emission formaldehyde -- low emission board.
10    Q   How do you know that?
11    A   Because I remember specifically sitting with
12        Mr. Shea, Sr., when he was alive and going through
13        some of the discussions that he had regarding the
14        HUD housing.  And he just made it a mandate that
15        all of our materials, because we share so many
16        materials, would be LVE.
17    Q   LFE?
18    A   LFE.
19    Q   And you were with him when he made that mandate?
20    A   I don't know if I was personally with him.  I was
21        aware that he made that mandate, yes.
22    Q   Was it in writing?
23    A   It's on all of our purchase orders.
24    Q   Did he put the mandate in writing other than
25        sometimes there's a stamp on the purchase order?
```

```
                                                                    201
 1   A   No.  Regarding formaldehyde?  Because there was
 2       some construction issues --
 3   Q   Correct.  I apologize.  I'm restricting it to
 4       formaldehyde.  I don't want to mislead you.
 5   A   Okay.
 6   Q   At this point in time we had some discussions that
 7       there was some anticipation of litigation early on,
 8       as early as March 10, 2006, by Gulf Stream Coach.
 9   A   Yes.
10   Q   Were you aware that that early on Gulf Stream Coach
11       was worried about potential litigation?
12   A   Yes.
13   Q   Was that one of the reasons why you didn't engage
14       in any discussions with anybody about formaldehyde
15       outside of Gulf Stream Coach?
16   A   Yes.
17   Q   And everything was being funneled through Mr. Shea;
18       is that right?
19   A   Dan Shea, yes.
20   Q   I want to step back and talk about the Gulf Stream
21       Coach policy to use low emission -- low emission
22       emitting -- low emitting formaldehyde materials in
23       their units.  You indicated or you thought that
24       Mr. Shea, the older Mr. Shea, had adopted that
25       policy in the 1980s at some point in time.
```

202
1   A   At some time during my first tenure with Gulf
2       Stream. I left in '88. I believe it was --
3       specific dates, it could have been when I first got
4       back in '92, but it was '88 to '93 range, I would
5       think.
6   Q   Are you aware that in the mid 1980s HUD adopted
7       some regulations that related to manufactured
8       housing requiring the use of low emission materials
9       in manufactured housing?
10  A   That would be the correct date then, the mid 1980s,
11      because I do remember that, yes.
12  Q   There has been some testimony from Dan Shea, Jim
13      Shea, and I think even Brian Shea that indicates
14      that that policy to use low emission materials in
15      travel trailers, they didn't extend that policy to
16      use low emission in travel trailers at Gulf Stream
17      Coach until the early or mid 1990s. Is that
18      consistent with your understanding, or is it your
19      belief that that policy was adopted in the 1980s?
20  A   I would believe -- I would believe that what I
21      stated earlier, that once that decision was made,
22      because of the cross-graining of materials, that it
23      would have all been brought in under those
24      specifications.
25  Q   Now, Mr. Buzbee, the plaintiffs' counsel, had some