# EXHIBIT I

Transcript of the Testimony of

# BRIAN SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S EXHIBIT

                                                                18

1   Q   You realize that at Gulf Stream, whether it be the
2       motor homes or the towables, formaldehyde has been
3       a well-known issue well before 2006.  Isn't that
4       true?
5   A   We've never had -- it's never been a problem for
6       us, as long as I can remember.
7   Q   Well, you're saying no one ever complained about
8       it, but you were well aware that formaldehyde was
9       an issue with regard to the ambient air quality
10      within the products that you sell.  Isn't that
11      true?
12  A   That's not true.
13  Q   Were you around in the '80s when Fairmont Homes had
14      issues with formaldehyde?
15  A   I was around in the '80s, but, you know, I worked
16      as a salesperson.
17  Q   So you weren't aware that Fairmont Homes had had
18      complaints and lawsuits with regard to formaldehyde
19      exposure in its manufactured housing?
20  A   You know, I don't -- I can't remember exactly an
21      instance of that.  I mean, they could have had.  I
22      don't know.
23  Q   Well, I know they did have.  I'm asking whether you
24      remember it.
25  A   I can't remember specifically.  I mean...

68

1      warnings whatsoever to purchasers of motorized
2      units regarding formaldehyde?
3   A  No, we didn't.
4   Q  Did you provide such warnings in regard to the
5      mobile homes, or manufactured housing, that
6      Fairmont provided or built?
7   A  I believe we did in the 80s, but I don't know how
8      that's changed.
9   Q  You're aware that in the '80s, HUD adopted
10     regulations governing the use of certain materials
11     in manufactured housing, that governed formaldehyde
12     emissions?
13  A  Uh-huh, yes.
14  Q  And are you aware that HUD also adopted regulations
15     that indicated the type of warnings, including the
16     specific language of the warnings that had to be
17     posted, relating to formaldehyde in the
18     manufactured housing units?
19  A  I was, you know, I was around it, but I wasn't that
20     familiar with what was required or what wasn't or
21     how -- you know, what the regulation was at that
22     time.
23  Q  In the '80s, you were involved with the
24     manufactured housing division; correct?
25  A  Yes.

```
69
 1   Q   And you were aware that there were warnings in the
 2       '80s posted in those units --
 3   A   Yes.
 4   Q   -- concerning formaldehyde.
 5   A   Yes.
 6   Q   In the '90s, when you adopted this low emission
 7       policy for travel trailers as well as motorized
 8       units, why did you adopt the policy to use low
 9       emission materials, HUD-compliant materials, but
10       you did not extend or include the written warnings
11       that went with the manufactured housing?
12   A   You know, I'm not sure.  That was my father's
13       decision.
14   Q   You had no involvement in that decision-making
15       process?
16   A   No.
17   Q   Besides your father, was anyone else involved in
18       that decision-making process?
19   A   You know, I'm not sure who would have been at that
20       time.
21   Q   Who would have been -- your best estimate, who else
22       may have been involved in that decision-making
23       besides your father?
24   A   Most likely Ed Ludwig.
25   Q   Anybody else?
```