# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
 §
JEFFERSON COUNTY §
 §

I, Gerald Watson Sr, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 1-4, 2011.

X /s/ Gerald Watson Sr
Gerald Watson Sr

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
§
JEFFERSON COUNTY §
§

I, Gloria Watson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 4, 2011.

X _____
Gloria Watson