UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Hattie Bailey et al v. Jayco Enterprises, Inc et al* | * | |
| C.A No. 11-411 | * | |

## ORDER ON PLAINTIFFS' MOTION TO REMAND

Considering Plaintiffs' Motion to Remand, the Court finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that this lawsuit is remanded to the 172nd District Court, Jefferson County, Texas.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**HON. KURT ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**