# EXHIBIT C

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

1

```
1              UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3   -----------------------------X

4                              :

5   IN RE: FEMA TRAILER        :

6        FORMALDEHYDE PRODUCTS :  MDL NO. 1873

7        LIABILITY LITIGATION  :  Section "N" (5)

8                              :  Judge Engelhardt

9                              :  Magistrate Chasez

10  -----------------------------X

11

12       VIDEOTAPED DEPOSITION OF KEVIN SOUZA

13             Winchester, Virginia

14           Wednesday, July 15, 2009

15                 10:34 a.m.

16

17

18

19

20  Job No.:  1-159429

21  Pages:  1 - 156

22  Reported by:  Michelle L. Lonas, RPR, CCR
```

PLAINTIFF'S
EXHIBIT

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

30

1    back, I'd like to join in that objection as well.

2         (Last question was read back by the

3    reporter.)

4    BY MR. WOODS:

5         Q    Is that true?

6         A    That's correct.

7         Q    Do you feel comfortable sitting here today

8    testifying and telling us exactly -- and affirming

9    what you, the statements you've made in this

10   declaration as to what FEMA relied upon when

11   negotiating with vendors and manufacturers for

12   emergency housing units?

13        MR. MILLER:  Objection, mischaracterizes

14   the declaration and the terms in the declaration.

15        A    Yes.

16   BY MR. WOODS:

17        Q    You go on to state, the last sentence in

18   your declaration says that, FEMA purchased these EHUs

19   believing that they would provide safe and habitable

20   temporary emergency housing.  And you feel comfortable

21   today testifying that you knew, or you are certain

22   that FEMA purchased these EHUs believing that they

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

31

1    would provide safe and habitable housing?

2        A    Yes.  And I'm going to elaborate and say

3    that we had used the EHUs previously.  EHUs being, in

4    this case, travel trailers.  We used them as early, or

5    as recently I should say as 2004.  And in our previous

6    use of the units, we had no real reasons to believe

7    that units purchased off the lot would not be safe and

8    habitable as long as they met the industry standards

9    that we had purchased off the lot previously.  And so

10   although I don't have any specific knowledge of the

11   standards as they existed back then, when I was told

12   that we were purchasing the units off the lot met --

13   to meet industry standards, I had no reason to believe

14   that they would not be safe and habitable units as the

15   units we had used previously in our disaster

16   operations.

17       Q    But you don't know what the industry

18   standards were?

19       A    No.

20       Q    Okay.  But you do know that FEMA relied

21   upon the vendors and manufacturers in their expertise

22   in -- to what industry standards would have been in

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

42

1    BY MR. WOODS:

2        Q    Let's say Louisiana.

3             MR. MILLER:   Objection, vague.

4        A    I think it was Steve Miller.

5    BY MR. WOODS:

6        Q    I believe -- is there a Steve Miller and a

7    Stephen Miller?

8        A    I'm talking about -- I -- I go -- I call

9    him by Steve Miller.  I don't know if -- his name is

10   Stephen Miller, but I call him Steve.  I don't know if

11   there's another one.

12       Q    We've just run across a couple of people.

13   One, I think, is referred to as Steve, and one is

14   referred to as Stephen.  You don't know?

15       A    I don't know.

16       Q    When was the first that you ever heard of

17   any complaints or concerns?  Let's say that.  When was

18   the first that you ever heard of any concerns

19   regarding formaldehyde emissions in the EHUs?

20       A    I think it was about May of 2006.

21       Q    But in your declaration, you say that FEMA

22   received the first reported concerns in March of 2006,

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

43

1    is that correct?

2         A      Yes.

3         Q      How did you become aware of the March 2006

4    concerns?

5         A      As the formaldehyde topic started to grow,

6    people started asking questions about -- people at

7    headquarters I should say, started saying to the field

8    offices in particular, trying to fact gather in terms

9    of what they knew and what they had collected to

10   point.  And I think it was Mississippi indicated that

11   the first indication they had or were aware of a

12   problem was in March.

13        Q      If you'd turn to page four of your

14   declaration, and if I can draw your attention to

15   section 12.  You state, In June 2006, I was made aware

16   of ongoing discussions between FEMA Field Program

17   staff and FEMA's Office of General Counsel regarding

18   formaldehyde-related applicant requests for EHU

19   information.  What discussions -- what particular

20   discussions were you made, made aware of in June of

21   2006 between FEMA field program staff and FEMA

22   office -- FEMA's Office of General Counsel?