# EXHIBIT F

Martin Edward McNeese  July 14, 2009
Washington, DC

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF LOUISIANA
 3                  NEW ORLEANS DIVISION
 4    In Re:   FEMA Trailer      )
 5    Formaldehyde Products      ) MDL No. 1873
 6    Liability Litigation       )
 7
 8                               Washington, D.C.
 9                               Tuesday, July 14, 2009
10    Videotape Deposition of MARTIN EDWARD McNEESE, called
11    for examination by counsel for Plaintiffs in the
12    above-entitled matter, the witness being duly sworn
13    by CHERYL A. LORD, a Notary Public in and for the
14    District of Columbia, taken at the offices of NELSON
15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16    Avenue N.W., Suite 900, Washington, D.C., at
17    9:03 a.m., and the proceedings being taken down by
18    Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22
```

Alderson Reporting Company
1-800-FOR-DEPO

**PLAINTIFF'S EXHIBIT**

Martin Edward McNeese							July 14, 2009
							Washington, DC

Page 101

```
 1   experience would have been working with travel
 2   trailers in hurricane disaster areas, including the
 3   Gulf Coast in Florida?
 4        A.   That's correct.
 5        Q.   Is -- am I also correct that to the best
 6   of your knowledge and experience working with travel
 7   trailers prior to Hurricane Katrina, you weren't
 8   aware of any health concerns associated with
 9   formaldehyde in the travel trailers; is that right?
10        A.   That's correct.  I was not.
11        Q.   And you dealt directly with occupants,
12   didn't you, in those other hurricane disaster areas
13   from time to time?
14        A.   I did.
15        Q.   And again, prior to Hurricane Katrina, you
16   weren't aware of any complaints by occupants relating
17   to formaldehyde or health effects of living in these
18   trailers?
19             MR. MILLER:  Objection, compound.
20        A.   Yeah,.
21             Actually I was not aware of any.
22             BY MR. SCANDURRO:
```