UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *   MDL NO. 1873
     FORMALDEHYDE PRODUCTS      *
     LIABILITY LITIGATION       *   SECTION "N" (5)
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
                                *
THIS DOCUMENT IS RELATED TO     *
*Eloise Gums et al v. Forest River, Inc.*   *
C.A No. 11-410                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON PLAINTIFFS' MOTION TO REMAND

Considering Plaintiffs' Motion to Remand, the Court finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that this lawsuit is remanded to the 58th District Court, Jefferson County, Texas.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**HON. KURT ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**