UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE PRODUCTS                      SECTION N MAG. 5
LIABILITY LITIGATION

                                                                        JUDGE ENGELHARDT
                                                                        MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Dupuy et al v. Keystone RV Company et al*          JURY DEMANDED
*No. 09-5423*

## MOTION TO WITHDRAW FIRST SUPPLEMENTAL AND AMENDEDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who respectfully ask this Court to withdraw Plaintiffs' First Supplemental and

Amending Complaint for Damages which was filed in error.  Additionally, Plaintiffs ask this

Court to terminate newly added Plaintiff, Lisa Pea, from this suit, Case No. 09-5423, and to

leave Plaintiff Lisa Pea in her originally filed suit, Case No. 09-5388.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant

Plaintiffs' Motion to Withdraw First Supplemental and Amending Complaint.

Respectfully submitted,

By:____/s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland