UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Alleman, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 09-5390* | JURY DEMANDED |

## MOTION TO WITHDRAW THIRD SUPPLEMENTAL AND AMENDEDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who respectfully ask this Court to withdraw Plaintiffs' Third Supplemental and Amending Complaint for Damages which was filed in error.  Additionally, Plaintiffs as this Court to terminate newly added Plaintiffs, James Wallace, III and Kimberly Wallace, from this suit, Case No. 09-5390, and to leave Plaintiffs James Wallace, III and Kimberly Wallace in their originally filed suit, Case No. 10-2438.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion to Withdraw Third Supplemental and Amending Complaint.

Respectfully Submitted,

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084

1

Telephone: (985) 536-1186  
Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland  
Matthew B. Moreland
