UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Hebert Riley et al vs. River Birch Homes* | * | |
| C.A. No.11-415 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON PLAINTIFF HERBERT RILEY AND SONYA RILEY'S NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the motion is GRANTED and the claims of Plaintiffs HERBERT RILEY and SONYA RILEY, individually and as next fried of H.R,, are dismissed without prejudice.

New Orleans, Louisiana, this 4th day of March, 2011.

HONORABLE KURT ENGELHARDT