UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Johnson, et al v Clayton Homes of Lafayete, Inc.,*
*f/k/a Clayton Homes, Inc., et al*
*Case No. 10-272*

___

**PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY**
___

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the *Johnson* who, for the reasons set forth in the attached memorandum, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute CMH Manufacturing, Inc. for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. in the above captioned matter.

RESPECTFULLY SUBMITTED this the  4th  day of March, 2011.

**PLAINTIFFS DARREN G. JOHNSON, et al**

By: *s / Edward Gibson*  eg
EDWARD GIBSON, ESQ.
JOHN F. HAWKINS, ESQ.

**OF COUNSEL:**

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Memorandum in Support of Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the  4th  day of March, 2011.

                                                      *s/ Edward Gibson*
                                                      EDWARD GIBSON, ESQ.