UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                    SECTION "N-5"

                                                                                 JUDGE ENGELHARDT

                                                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Johnson, et al v Clayton Homes of Lafayete, Inc.,*
*f/k/a Clayton Homes, Inc., et al*
Case No. 10-272

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY**

_____

MAY IT PLEASE THE COURT:

Plaintiff's respectfully request that this Court grant Plaintiff's Motion and Substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. A review of documents and materials available to Plaintiff indicates that the original naming of Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc as defendant was erroneous.

1.      The *Johnson* suit, in its Complaint, filed on December 8, 2009, inadvertently misidentified Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc as the manufacturer in the above-captioned matter. Matching information provided by defendants listed "Clayton" as the manufacturer; however, Plaintiff's now understand that the "Clayton" mobile homes VIN beginning with "HHC" was manufactured by CHM Manufacturing, Inc.

2.	Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

3.	There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiff's respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. from this litigation without prejudice, and substitute CMH Manufacturing, Inc. in its place.

RESPECTFULLY SUBMITTED this the 4th day of March, 2011.

**PLAINTIFFS DARREN G. JOHNSON, et al**

By:	*s / Edward Gibson*
	EDWARD GIBSON, ESQ.
	JOHN F. HAWKINS, ESQ.

**OF COUNSEL:**

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

## **CERTIFICATE OF SERVICE**

      I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Memorandum in Support of Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

    I further certify that there are no known non-CM/ECF participants.

    SO CERTIFIED, this the 4th day of March, 2011.

                                           *s/ Edward Gibson*
                                           EDWARD GIBSON, ESQ.