UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"

                                                       JUDGE ENGELHARDT

                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Johnson, et al v Clayton Homes of Lafayette, Inc.,*
*f/k/a Clayton Homes, Inc., et al*
*Case No. 10-272*

---

## ORDER
---

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this First Amended Complaint and Substitute a Party is hereby GRANTED.  Further, Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., is dismissed without prejudice.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
HONORABLE KURT D. ENGLEHARDT