# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                    §
                                 §
JEFFERSON COUNTY                 §

I, Lisa Franks, make this declaration under penalty of perjury and state the following:

1.     I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.     I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.     The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.     Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 4, 2011.

x _Lisa Franks_
                    Lisa Franks

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, Calvin Arnold, make this declaration under penalty of perjury and state the following:

1.   I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.   I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.   The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.   The damages I am seeking in my capacity as next friend of Cody Arnold, a minor, do not exceed $75,000 exclusive of interest and costs.

5.   Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _3_, 2011.

x _Calvin L. Arnold_
                                   Calvin Arnold