# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Lisa Franks et al v. DS Corp., D/B/A* | * | |
| *CrossRoads RV* | * | |
| C.A No. 11-416 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff's Motion to Remand will be brought for hearing before the Honorable Judge Kurt D. Engelhardt on the 23rd day of March, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard.

                              Respectfully submitted,

                              **THE BUZBEE LAW FIRM**

                              */s/ Anthony G. Buzbee*
                              Anthony G. Buzbee
                              Texas Bar No. 24001820
                              Peter K. Taaffe
                              Texas Bar No. 24003029
                              JPMorgan Chase Tower
                              600 Travis Street, Suite 7300
                              Houston, Texas 77002
                              Tel.: (713) 223-5393
                              Fax.: (713) 223-5909

                              COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Peter K. Taaffe*
                                            Peter K. Taaffe