**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Lisa Franks et al v. DS Corp., D/B/A* | * | |
| *CrossRoads RV* | * | |
| C.A No. 11-416 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER ON PLAINTIFFS' MOTION TO REMAND</u>

Considering Plaintiffs' Motion to Remand, the Court finds that the Motion is meritorious

and should be GRANTED.

IT IS THEREFORE ORDERED that this lawsuit is remanded to the 60th District Court,

Jefferson County, Texas.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
**HON. KURT ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**