# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS             §
                           §
JEFFERSON COUNTY           §

I, Albert Brazzle, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 5, 2011.

x _____
Albert Brazzle

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS          §
                        §
JEFFERSON COUNTY        §

I, Ingrid Brazzle, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _4_, 2011.

X _____Ingrid Brazzle_____
      Ingrid Brazzle

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS　　　　　§
　　　　　　　　　　　　　§
JEFFERSON COUNTY　　　§

I, Thedis Cooley, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ___, 2011.

X _____
　　Thedis Cooley

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
§
JEFFERSON COUNTY §

I, Roshanda Webb-Johnson, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of Byron'nesha Bernard, a minor, do not exceed $75,000 exclusive of interest and costs.

5. The damages I am seeking in my capacity as next friend of Roger Johnson, a minor, do not exceed $75,000 exclusive of interest and costs.

6. The damages I am seeking in my capacity as next friend of Ra'Dasha Johnson, a minor, do not exceed $75,000 exclusive of interest and costs.

7. The damages I am seeking in my capacity as next friend of Raven Webb, a minor, do not exceed $75,000 exclusive of interest and costs.

8. The damages I am seeking in my capacity as next friend of Bianca Webb-Johnson, a minor, do not exceed $75,000 exclusive of interest and costs.

9. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ___, 2011.

X _____
Roshanda Webb-Johnson