# EXHIBIT D

# In The Matter Of:

*FEMA Trailer Formaldehye Products Liability Litigation*

*v.*

*Donald Kuemin*

*July 22, 2010*

*Rough Draft*

*Midwest Reporting, Inc.*

*1448 Lincolnway East*

*South Bend, Indiana  46613*

*574-288-4242*

*reporters@midwestreporting.net*

Original File Kuemin Rough Draft.txt

Min-U-Script® with Word Index

51

```
 1         don't know if it was designed by Gulf Stream
 2         or if it was told that that's what they needed
 3         to do for the FEMA build.
 4    Q    Okay.  That's -- that's my question.  During
 5         this production process, FEMA was never inside
 6         the manufacturing area telling Gulf Stream how
 7         to make the trailer, right?
 8    A    Correct.
 9    Q    And FEMA never told -- as far as you know,
10         never told Gulf Stream what type of products
11         to use to make the trailer?
12    A    They gave, I think, guidelines like
13         refrigerator size, you know, air conditioners,
14         microwaves, you know, ranges, stuff like that.
15    Q    Okay.  Where did you -- did you see those,
16         were they posted somewhere, were they in this
17         guys bill of materials?
18    A    Probably in the bill of materials.
19    Q    And that said what needed to be in the
20         trailer?
21    A    Correct.
22    Q    It didn't talk -- it didn't say, at least that
23         you saw, this list didn't say FEMA requires us
24         to use Norbord or MDF or OSB?
25    A    No.
```

```
                                                          52

 1    Q   No discussion about that?
 2    A   Not that I know.
 3    Q   As far as you know -- as far as you know,
 4        Donald Kuemin knows, FEMA didn't tell Gulf
 5        Stream what type of wood to use?
 6    A   Correct.
 7    Q   FEMA didn't tell -- you guys never did any air
 8        quality testing of the unit as part of your
 9        final inspection, correct?
10    A   As far as final inspection, no.
11    Q   You all didn't run any tests or check the air
12        or check the ventilation or anything like
13        that?
14    A   None that I know of.
15    Q   And you never saw FEMA do any type of air
16        quality testing before they accepted it,
17        correct?
18    A   I can't -- I don't know.
19    Q   You don't know what FEMA did when they did
20        their inspections?
21    A   Right.  They walked through the -- with their
22        own checklist and did their job.
23    Q   All you cared about is whether they gave a
24        thumbs up or thumbs down?
25    A   That is correct.
```

63

| | | |
|---|---|---|
| 1 | A | You mean at this point in time? |
| 2 | Q | Yeah. |
| 3 | A | Today? |
| 4 | Q | Yeah, today. |
| 5 | A | Yeah. You'd have to -- yeah. You'd have to |
| 6 | | go back through and actually I think, I don't |
| 7 | | know, probably payroll would do it because you |
| 8 | | didn't know who was in what department and |
| 9 | | look who was in there at this date. |
| 10 | Q | All right. Next page is 17? |
| 11 | A | Uh-huh. |
| 12 | Q | And is that -- that's similar testing? |
| 13 | A | No. |
| 14 | Q | What is that? |
| 15 | A | Those are serial numbers, model numbers of the |
| 16 | | equipment that was put in on the name of the |
| 17 | | equipment that was put in. |
| 18 | Q | Okay. What is wheel lugs and shoulder bolt in |
| 19 | | spring hanger? |
| 20 | A | Torque specifications. |
| 21 | Q | All right. Next page FEMA Pre-Delivery |
| 22 | | Inspection Form, right? |
| 23 | A | Yep. |
| 24 | Q | You'll see that up at the top of this it says, |
| 25 | | "Effective Date: 1/12/06;" do you see that? |

```
                                                        64
 1    A    Yes.
 2    Q    Do you remember was there a form before this
 3         that was similar and this form changed or do
 4         you remember -- do you remember in January '06
 5         saying, hey, you guys need to make sure this
 6         form gets filled out from now on?
 7    A    The only thing that I would say at this point
 8         is what's read on this paper.  It says this is
 9         revision three and possibly before 1/12 of '06
10         there was a revision two and that would be
11         the -- the page and I would not know what's on
12         it.
13    Q    Okay.  This was Al Starner filled this out?
14    A    Correct.
15    Q    And he was the -- he was a Gulf Stream
16         inspector?
17    A    Correct.
18    Q    So he is doing the real final, final Gulf
19         Stream inspection before it gets handed off
20         to -- to FEMA?
21    A    Yep.
22    Q    And he's obviously -- whatever's listed here
23         are the things that he's checking, correct?
24    A    Yes.
25    Q    Obviously doesn't say anything about what type
```

```
 1        of wood products are there, right?
 2    A   It doesn't.
 3    Q   Doesn't say anything about the air quality or
 4        air quality testing, right?
 5    A   Nope.
 6    Q   Now next page, Inspection Status Form, this is
 7        19.  It lists some items there.  Are those
 8        things that the inspector caught and said
 9        these need to be -- the Gulf Stream inspector
10        caught and said these need to be fixed before
11        we send it to FEMA?
12    A   Yes.
13    Q   And what is that, bowed panel entry door?
14    A   Yeah.
15    Q   And what is that?  Is that -- is a panel, was
16        that a wood product or is it vinyl?
17    A   It would be a wood product, probably missing a
18        staple and it just was bowed out.
19    Q   Missing seam tape entry door?
20    A   Correct.
21    Q   Divider panel kit base bowed?
22    A   Uh-huh.
23    Q   What's the dividing -- divider panel?
24    A   They are between -- probably between the
25        kitchen and the bathroom.  I believe the
```