# EXHIBIT O

Martin Edward McNeese  
Washington, DC  
July 14, 2009

Page 1

1       UNITED STATES DISTRICT COURT

2           DISTRICT OF LOUISIANA

3            NEW ORLEANS DIVISION

4  In Re:   FEMA Trailer    )

5  Formaldehyde Products    ) MDL No. 1873

6  Liability Litigation     )

7

8                              Washington, D.C.

9                              Tuesday, July 14, 2009

10  Videotape Deposition of MARTIN EDWARD McNEESE, called

11  for examination by counsel for Plaintiffs in the

12  above-entitled matter, the witness being duly sworn

13  by CHERYL A. LORD, a Notary Public in and for the

14  District of Columbia, taken at the offices of NELSON

15  MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16  Avenue N.W., Suite 900, Washington, D.C., at

17  9:03 a.m., and the proceedings being taken down by

18  Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

PLAINTIFF'S EXHIBIT

Martin Edward McNeese                                          July 14, 2009
                          Washington, DC

Page 101

1    experience would have been working with travel
2    trailers in hurricane disaster areas, including the
3    Gulf Coast in Florida?
4         A.    That's correct.
5         Q.    Is -- am I also correct that to the best
6    of your knowledge and experience working with travel
7    trailers prior to Hurricane Katrina, you weren't
8    aware of any health concerns associated with
9    formaldehyde in the travel trailers; is that right?
10        A.    That's correct.  I was not.
11        Q.    And you dealt directly with occupants,
12   didn't you, in those other hurricane disaster areas
13   from time to time?
14        A.    I did.
15        Q.    And again, prior to Hurricane Katrina, you
16   weren't aware of any complaints by occupants relating
17   to formaldehyde or health effects of living in these
18   trailers?
19              MR. MILLER:  Objection, compound.
20        A.    Yeah,.
21              Actually I was not aware of any.
22              BY MR. SCANDURRO: