# EXHIBIT P

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

 4    IN RE:  FEMA TRAILER          MDL NO. 1873

 5    FORMALDEHYDE PRODUCTS         SECTION "N" (4)

 6    LIABILITY LITIGATION          JUDGE ENGELHARDT

 7

 8                     *   *   *

 9

10    Videotaped Deposition of GUY NICHOLAS BONOMO,

11    taken at the offices of United Reporting,

12    Inc., 1218 S.E. 3rd Avenue, Fort Lauderdale,

13    Florida, 33316, on Friday, August 21, 2009.

14

15

16

17    REPORTED BY:

18        DARLINE MARIE WEST, RPR
          UNITED REPORTING, INC.
19        (954) 525-2221

20

21    VIDEOGRAPHER:

22        RICK RECCHI
          UNITED REPORTING, INC.
23        (954) 525-2221

24

25                  -  -  -
```

```
                                                              19
 1   basically what took place.
 2       Q.   So when you say it came down, again, are
 3   you talking about from OGC?
 4       A.   No.  From my boss.  My boss, George Smith,
 5   was my immediate supervisor, and who informed him of
 6   it.  I mean, we had to mitigate the problem somewhat
 7   and get the word out.
 8       Q.   Okay.  Let's delve into that.
 9            First of all, who's George Smith?
10       A.   Ought the IA Section Chief.  He was my
11   boss.
12       Q.   And when you say that we had to "mitigate
13   matters," what do you mean by that?
14       A.   Well, I mean, to, you know, get some public
15   awareness out there to people who were in the
16   Emergency Housing Units.  You know, we were as
17   surprised as the applicants, you know.  We had no
18   idea.  I didn't personally.
19       Q.   You had no idea about what?
20       A.   That there was a formaldehyde issue.  So we
21   wanted to get the word out there.  I mean, it was
22   very serious, and we took it very serious.
23       Q.   What was your understanding as to what the
24   issues were concerning formaldehyde?
25       A.   My understanding, at that particular time,
```