UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *James Clark et al v. Gulf Stream Coach, Inc.* | * | |
| C.A No. 11-412 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON PLAINTIFFS' MOTION TO REMAND

Considering Plaintiffs' Motion to Remand, the Court finds that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that this lawsuit is remanded to the 136th District Court, Jefferson County, Texas.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**HON. KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE**