# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS          §
                                   §
JEFFERSON COUNTY      §

I, Hattie Bailey, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next friend of William Bailey, a minor, do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 6, 2011.

x _Hattie Bailey_
             Hattie Bailey

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
§
Jefferson County §

I, Karen Smith, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. The damages I am seeking in my capacity as next best friend of Melvin Smith do not exceed $75,000 exclusive of interest and costs.

5. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 14, 2011.

x /s/ Karen Smith
Karen Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
§
JEFFERSON COUNTY §
§

I, Jerry Smith, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 20, 2011.

X _____
    Jerry Smith

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS §
§
JEFFERSON COUNTY §

I, Justin Smith, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January 13, 2011.

X _____ Justin Smith _____
Justin Smith