**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER               *     **MDL NO. 1873**
       **FORMALDEHYDE PRODUCTS**   *
       **LIABILITY LITIGATION**       *     **SECTION "N" (5)**
                                           *
                                           *     **JUDGE ENGELHARDT**
                                           *     **MAGISTRATE CHASEZ**
                                           *
**THIS DOCUMENT IS RELATED TO**   *
*Joyce Mims vs. SunnyBrook RV, Inc.*   *
C.A No. 11-422                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

     **PLEASE TAKE NOTICE** that Plaintiff's Motion to Remand will be brought for hearing

before the Honorable Judge Kurt D. Engelhardt on the 23rd day of March, 2011 at 9:30 a.m., or

as soon thereafter as counsel may be heard.

                                    Respectfully submitted,

                                    **THE BUZBEE LAW FIRM**

                                    */s/ Anthony G. Buzbee*
                                    Anthony G. Buzbee
                                    Texas Bar No. 24001820
                                    Peter K. Taaffe
                                    Texas Bar No. 24003029
                                    JPMorgan Chase Tower
                                    600 Travis Street, Suite 7300
                                    Houston, Texas 77002
                                    Tel.: (713) 223-5393
                                    Fax: (713) 223-5909

                                    COUNSEL FOR PLAINTIFFS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*_____
Peter K. Taaffe