# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS         §
                                     §

JEFFERSON COUNTY      §

I, Eloise Gums, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January _4_, 2011.

X _Eloise E. Gums_

Eloise Gums

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                          §
                                        §
JEFFERSON COUNTY                        §

I, William Vaughn Sr , make this declaration under penalty of perjury and state the

following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I retained The Buzbee Law Firm to represent me, and any individuals that am acting on behalf of, for any claims I have against the manufacturer of my travel trailer.

3. The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4. Prior to suit being filed, I instructed my attorneys that this is the maximum in damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January ___4___, 2011.


X _William Vaughn Sr_
   William Vaughn Sr

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS                           §
                                         §
JEFFERSON COUNTY                         §

I, Charlene Vaughn , make this declaration under penalty of perjury and state the

following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration,
    I have personal knowledge of all statements contained herein, and all statements
    contained herein are true and correct.

2.  I retained The Buzbee Law Firm to represent me, and any individuals that am acting
    on behalf of, for any claims I have against the manufacturer of my travel trailer.

3.  The damages I am seeking do not exceed $75,000 exclusive of interest and costs.

4.  Prior to suit being filed, I instructed my attorneys that this is the maximum in
    damages I seek.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on January  4  , 2011.

X _Charlene Vaughn_____

Charlene Vaughn