# EXHIBIT B

Capital Reporting Company
CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---------------------------X

IN RE: ) MDL NO. 1873

   FEMA TRAILER ) SECTION "N" (4)

   FORMALDEHYDE PRODUCTS ) JUDGE ENGELHARDT

   LIABILITY LITIGATION. ) PAGES 1 - 87

---------------------------X

                Tuesday, September 23, 2008

                Washington, D.C.


        CONFIDENTIAL DISCOVERY MATERIAL

30(b)(6) Videotaped Deposition of:


    KEVIN SOUZA, called for oral examination by

counsel for the Plaintiffs, pursuant to notice, at 1821

Jefferson Place, Washington, D.C., before Leslie Todd,

of Capital Reporting Company, a Notary Public in and for

the Commonwealth of Virginia, beginning at 9:13 a.m.,

when were present on behalf of the respective parties:

(866) 448.DEPO
www.CapitalReportingCompany.com

PLAINTIFF'S EXHIBIT

Capital Reporting Company
**CONFIDENTIAL**

Page 22

1  BY MR. WOODS:
2      Q.  Mr. Souza, do you know the circumstances
3  through and by which FEMA first became aware of any
4  health hazards associated with the exposure to
5  formaldehyde in temporary housing units provided to
6  residents following Hurricanes Katrina and Rita?
7          MR. MILLER:  Objection.  Vague.  Compound.
8          THE WITNESS:  Yes, I have a general
9  understanding of how FEMA became aware of
10 formaldehyde concerns.
11 BY MR. WOODS:
12     Q.  What is your understanding?
13     A.  My understanding is that in approximately
14 March of 2006 that one of our field offices became
15 aware of a formaldehyde issue through a media story,
16 and they began addressing that particular case at
17 that time.
18     Q.  I'm sorry.  Who became aware?
19     A.  One of our field offices.
20     Q.  And who would that be?
21     A.  It was the Mississippi joint field office.
22     Q.  Do you have an individual's name?

Capital Reporting Company
CONFIDENTIAL

Page 26

```
 1   those concerns to our maintenance office, and then
 2   eventually through the media and other avenues,
 3   including the Sierra Club, until it became aware --
 4   brought up to headquarter's attention, again, in
 5   approximately May, I believe -- or at least that's
 6   when I got involved was the end of May.
 7   BY MR. WOODS:
 8        Q.  You earlier testified that FEMA officially
 9   became aware in March of 2006.  Are you now saying
10   that there were complaints that were filed with FEMA
11   prior to March of 2006 in your work in Louisiana?
12        A.  Not that I -- no, not that I'm aware of.
13        Q.  Are you aware of any complaints that existed
14   prior to March of 2006 anywhere along the gulf coast
15   region regarding formaldehyde emissions in THUs?
16        A.  Not that I'm aware of.
17            MR. MILLER:  Do you want to take this one
18   which is the unmarked exhibit and give this exhibit
19   to him?
20            MR. PENTON:  Yes.
21
22   BY MR. WOODS:
```