# EXHIBIT B

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER              )
FORMALDEHYDE PRODUCTS             )
LIABILITY LITIGATION,             )  MDL NO. 1873
                                  )
                                  )  SECTION "N"(5)
THIS DOCUMENT IS RELATED TO       )
                                  )  JUDGE ENGELHARDT
Charlie Age, et al. v. Gulf       )  MAGISTRATE CHASEZ
Stream Coach, Inc., et al.,       )
Docket No. 09-2892; Alana         )
Alexander, individually and on    )
behalf of Christopher Cooper.     )
--------------------------------- )
```

        The Videotaped Deposition of SUSAN LINDA ESPARZA

        Date:       Friday, July 17, 2009

        Time:       11:16 a.m.

        Place:      Midwest Reporting, Inc.
                    1448 Lincolnway East
                    South Bend, Indiana 46613


    Called as a witness by the Plaintiffs in

    accordance with the Federal Rules of Civil

    Procedure for the United States District

    Court, Eastern District of Louisiana, pursuant

    to Notice.




Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
         MIDWEST REPORTING, INC.
            1448 Lincolnway East
          South Bend, Indiana 46613

              (574) 288-4242

```
                                                             Page 8
 1   Q.   Okay.  Can you tell me for those of us that don't know
 2        what that means, what does that sort of job entail?  What
 3        are you supposed to be doing exactly?
 4   A.   A trailer would come out of the production plant and be on
 5        the concrete pad right outside.  And you'd walk the
 6        outside doing your inspections.  You'd walk the inside
 7        doing your inspections, repairing what you could.  And you
 8        call in the relevant group leader to do that inspection.
 9        And then after that was done, the trailer was moved out
10        into the yard.
11             We called it FEMA row.  And then when FEMA inspectors
12        arrived, sometimes I would walk with the FEMA inspectors,
13        but usually I did repairs.
14   Q.   Now, this final inspection, this is the last inspection
15        before FEMA came out to look at the trailers?
16   A.   Correct.
17   Q.   FEMA row, describe what that looked like.
18   A.   Kind of looked like a trailer park, an RV park.  It's just
19        row after trailer after trailer, except they were pretty
20        tight together.
21   Q.   Okay.  And when you would walk with the FEMA inspection --
22        inspectors, explain how that process worked.
23   A.   They had a checklist that they worked off of.
24   Q.   Okay.
25   A.   And they would basically do the same inspection that we
```

```
 1        did.  They would walk the exterior of the trailer.  They
 2        would go inside and do the interior.  If there was an
 3        issue that came up, we'd mark it with red tape, write down
 4        the issue, and then arrange for the repair after FEMA
 5        left.
 6    Q.  Now, would FEMA for those issues that were red-taped,
 7        would FEMA ever come back and reinspect?
 8    A.  No.
 9    Q.  So as far as you saw, FEMA inspected that one time?
10    A.  Correct.
11    Q.  Okay.  How many FEMA inspectors -- let's back up.  What
12        plant were you working at?
13    A.  Plant 75.
14    Q.  Where is that plant located?
15    A.  Etna Green.
16    Q.  Who was the plant manager?
17    A.  Craig Hardy.
18    Q.  Okay.  Do you remember who any of the assistants were?
19    A.  Yes.  Tony Hunsaker, Roy Bastardo.  I don't remember
20        Matt's last name.  Brandon Truman.
21    Q.  Okay.  How long did you do -- I think you're calling it
22        the quality control final inspections outside.  How long
23        did you do that job?
24    A.  Until April.
25    Q.  And started doing that when?
```

1   Q.   And were you the actual -- one of the actual people who
2        was instructed to air them out before FEMA showed up?
3   A.   Yes.
4   Q.   Was FEMA allowed inside the plant?
5   A.   No, no.  FEMA was not allowed inside the plant.  At one
6        point there was a female FEMA inspector.  She had to use
7        the restroom.  I was to escort her in and out.  And they
8        were never allowed in the plant except for that.
9   Q.   So if someone were to say that FEMA was involved in the
10       various stages of the production inside the plant, that
11       would not be true?
12  A.   That would not be true.
13  Q.   The only time -- the FEMA involvement was at the very end
14       after you had aired out the trailers?
15  A.   Right.  When the trailers were outside of the plant.
16  Q.   Okay.  Now, when -- you said you did some walk-along with
17       the FEMA inspections.
18  A.   Uh-huh.
19  Q.   After they had been aired out a couple hours, was the
20       smell inside easier to deal with?
21  A.   A little bit because of how cold it was outside.  So your
22       nose would almost be deadened to it after a little bit,
23       numb to it.  So with the doors open and those trailers
24       were cold, it's almost like you could smell the cold.
25  Q.   Now, when you would air these things out or open the