# EXHIBIT D

# In The Matter Of:

*FEMA Trailer Formaldehye Products Liability Litigation*

*v.*

*Donald Kuemin*

*July 22, 2010*

*Rough Draft*

*Midwest Reporting, Inc.*

*1448 Lincolnway East*

*South Bend, Indiana  46613*

*574-288-4242*

*reporters@midwestreporting.net*

Original File Kuemin Rough Draft.txt

Min-U-Script® with Word Index

```
 1         don't know if it was designed by Gulf Stream
 2         or if it was told that that's what they needed
 3         to do for the FEMA build.
 4    Q    Okay.  That's -- that's my question.  During
 5         this production process, FEMA was never inside
 6         the manufacturing area telling Gulf Stream how
 7         to make the trailer, right?
 8    A    Correct.
 9    Q    And FEMA never told -- as far as you know,
10         never told Gulf Stream what type of products
11         to use to make the trailer?
12    A    They gave, I think, guidelines like
13         refrigerator size, you know, air conditioners,
14         microwaves, you know, ranges, stuff like that.
15    Q    Okay.  Where did you -- did you see those,
16         were they posted somewhere, were they in this
17         guys bill of materials?
18    A    Probably in the bill of materials.
19    Q    And that said what needed to be in the
20         trailer?
21    A    Correct.
22    Q    It didn't talk -- it didn't say, at least that
23         you saw, this list didn't say FEMA requires us
24         to use Norbord or MDF or OSB?
25    A    No.
```

```
                                                                52

 1    Q    No discussion about that?
 2    A    Not that I know.
 3    Q    As far as you know -- as far as you know,
 4         Donald Kuemin knows, FEMA didn't tell Gulf
 5         Stream what type of wood to use?
 6    A    Correct.
 7    Q    FEMA didn't tell -- you guys never did any air
 8         quality testing of the unit as part of your
 9         final inspection, correct?
10    A    As far as final inspection, no.
11    Q    You all didn't run any tests or check the air
12         or check the ventilation or anything like
13         that?
14    A    None that I know of.
15    Q    And you never saw FEMA do any type of air
16         quality testing before they accepted it,
17         correct?
18    A    I can't -- I don't know.
19    Q    You don't know what FEMA did when they did
20         their inspections?
21    A    Right.  They walked through the -- with their
22         own checklist and did their job.
23    Q    All you cared about is whether they gave a
24         thumbs up or thumbs down?
25    A    That is correct.
```

63

```
 1    A    You mean at this point in time?
 2    Q    Yeah.
 3    A    Today?
 4    Q    Yeah, today.
 5    A    Yeah.  You'd have to -- yeah.  You'd have to
 6         go back through and actually I think, I don't
 7         know, probably payroll would do it because you
 8         didn't know who was in what department and
 9         look who was in there at this date.
10    Q    All right.  Next page is 17?
11    A    Uh-huh.
12    Q    And is that -- that's similar testing?
13    A    No.
14    Q    What is that?
15    A    Those are serial numbers, model numbers of the
16         equipment that was put in on the name of the
17         equipment that was put in.
18    Q    Okay.  What is wheel lugs and shoulder bolt in
19         spring hanger?
20    A    Torque specifications.
21    Q    All right.  Next page FEMA Pre-Delivery
22         Inspection Form, right?
23    A    Yep.
24    Q    You'll see that up at the top of this it says,
25         "Effective Date:  1/12/06;" do you see that?
```

64

```
 1    A    Yes.
 2    Q    Do you remember was there a form before this
 3         that was similar and this form changed or do
 4         you remember -- do you remember in January '06
 5         saying, hey, you guys need to make sure this
 6         form gets filled out from now on?
 7    A    The only thing that I would say at this point
 8         is what's read on this paper.  It says this is
 9         revision three and possibly before 1/12 of '06
10         there was a revision two and that would be
11         the -- the page and I would not know what's on
12         it.
13    Q    Okay.  This was Al Starner filled this out?
14    A    Correct.
15    Q    And he was the -- he was a Gulf Stream
16         inspector?
17    A    Correct.
18    Q    So he is doing the real final, final Gulf
19         Stream inspection before it gets handed off
20         to -- to FEMA?
21    A    Yep.
22    Q    And he's obviously -- whatever's listed here
23         are the things that he's checking, correct?
24    A    Yes.
25    Q    Obviously doesn't say anything about what type
```

```
 1          of wood products are there, right?
 2     A    It doesn't.
 3     Q    Doesn't say anything about the air quality or
 4          air quality testing, right?
 5     A    Nope.
 6     Q    Now next page, Inspection Status Form, this is
 7          19.  It lists some items there.  Are those
 8          things that the inspector caught and said
 9          these need to be -- the Gulf Stream inspector
10          caught and said these need to be fixed before
11          we send it to FEMA?
12     A    Yes.
13     Q    And what is that, bowed panel entry door?
14     A    Yeah.
15     Q    And what is that?  Is that -- is a panel, was
16          that a wood product or is it vinyl?
17     A    It would be a wood product, probably missing a
18          staple and it just was bowed out.
19     Q    Missing seam tape entry door?
20     A    Correct.
21     Q    Divider panel kit base bowed?
22     A    Uh-huh.
23     Q    What's the dividing -- divider panel?
24     A    They are between -- probably between the
25          kitchen and the bathroom.  I believe the
```