# EXHIBIT F

# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S EXHIBIT

91

```
 1      is the Manufactured Housing Association for
 2      Regulatory Reform.
 3   Q  Okay.  Is your sister company that produces
 4      manufactured housing a member of those two groups?
 5   A  No.
 6   Q  Neither group?
 7   A  It's a member of one of them.
 8   Q  Which group?
 9   A  The latter.
10   Q  How long has your sister company been a member of
11      that particular trade association?
12   A  Since it was formed.
13   Q  When?
14   A  It was formed in the early '80s, I believe.
15   Q  And so you were telling me why this policy -- why
16      you guys came up with this LFE policy at your
17      company.  Tell me about that.
18   A  Sometime in the mid '80s, and, of course, there was
19      a lot of controversy, involvement of lawyers,
20      claims, complaints relating to the manufactured
21      housing industry and the use of materials that had
22      adhesives that contained formaldehyde,
23      urea-formaldehyde resins.
24           And as an answer to that, the agency that
25      regulates manufactured housing, the Department of
```

92
```
 1        Housing and Urban Development, decided to proceed
 2        to rulemaking to establish some rules for using
 3        those kinds of products in manufactured homes as
 4        part of their more general regulations that relate
 5        to manufactured housing products.
 6    Q   When you say "those products," do you mean wood
 7        products?
 8    A   These -- they were specifically addressing certain
 9        wood products containing urea-formaldehyde resins.
10    Q   What type of wood products?
11    A   Specifically hardwood plywood.
12    Q   Like lauan?
13    A   Sometimes referred to as lauan. And composite wood
14        products, specifically particleboard.
15    Q   Uh-huh. So HUD had a proposed rulemaking. Keep
16        going, please.
17    A   So they went through the proposed rulemaking.
18        Eventually they took comments and so forth, went
19        through the process. Eventually regulations were
20        put forth and adopted, and manufactured housing
21        from there forward was required to use specifically
22        hardwood plywood products that met a certain
23        emissions rate and particleboard products that met
24        a certain emissions rate.
25    Q   When did that happen?
```

1  A  In the mid '80s.
2  Q  And what was your position in the company when that
3     occurred?
4  A  I was president of a division, of Fairmont.
5  Q  What is it called, Fairmont Homes?
6  A  Correct.
7  Q  You were president of one of the divisions?
8  A  Yes.
9  Q  And who was the CEO at that time?
10 A  My father was the CEO.
11 Q  Were you involved in that particular issue with
12    your father as regards to the HUD --
13 A  There was -- well, we were involved in the sense
14    that, you know, we had complaints. We had to deal
15    with concerns and claims and opposing lawyers and
16    so forth. So, yes, I was involved in trying to
17    resolve people's concerns and doing various things
18    to do so. But as far as an involvement with the
19    regulatory process, I don't recall having any
20    involvement with the regulatory process.
21 Q  What division were you president of?
22 A  It's called the Friendship division.
23 Q  Tell me, Fairmont Homes, how many divisions then
24    did it have?
25 A  In the mid '80s it had about four or five

94

1     divisions, as I recall.
2 Q And what was Friendship Homes?
3 A It was -- it manufactured a certain model series,
4     kind of larger dual section units.
5 Q And so you were the president of one of the
6     divisions that had this issue with regard to
7     complaints, concerns, lawsuits regarding
8     formaldehyde exposure?
9 A Some of the issues of the '80s related to some of
10     the products that we produced.
11 Q And that's why Fairmont Homes joined this trade
12     association?
13 A We joined the trade association because there's
14     hundreds and hundreds of issues relative to the
15     federal regulations.  This was just one.
16 Q It was a very big one, though, was it not, back in
17     the '80s?
18 A Well, yes, it was an important one.
19 Q And so you had a lot of experience in the '80s with
20     this issue of formaldehyde exposure as the
21     president of one of these manufactured housing
22     divisions within Fairmont Homes?
23 A Yes.
24 Q And you were intimately familiar with this
25     formaldehyde issue as it -- specifically

95

1 complaints, exposure, lawsuits, etc.?
2 A I was familiar with it, yes, quite familiar.
3 Q All right. And Fairmont Homes was a member of
4   this -- what was the name of the trade association?
5 A The Manufactured Housing Association for Regulatory
6   Reform.
7 Q And did you attend those meetings when that group
8   would have meetings?
9 A I attended meetings, yes.
10 Q Were you the individual from Fairmont Homes who was
11   designated to interface with the trade association?
12 A I was the primary interface.
13 Q Okay. So you would have been aware of the
14   discussions, the memos that went back and forth
15   within the trade association about formaldehyde
16   rulemaking, that sort of thing?
17 A Frankly, I don't remember that we spent a lot of
18   time on that subject at MHARR. Of course, it was
19   24 years ago or so. But I remember more that had
20   to do with a lot of other HUD programs that were
21   creating, you know, issues and difficulties for the
22   manufacturers. But that one, I don't remember much
23   input that we made on that subject.
24       I mean, certainly this regulatory aspect was a
25   positive thing, I think, for the industry and for