# EXHIBIT L

```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   ------------------------------X

 4                                  :

 5   IN RE: FEMA TRAILER            :

 6       FORMALDEHYDE PRODUCTS    : MDL NO. 1873

 7       LIABILITY LITIGATION     : Section "N" (5)

 8                                  : Judge Engelhardt

 9                                  : Magistrate Chasez

10   ------------------------------X

11

12        VIDEOTAPED DEPOSITION OF KEVIN SOUZA

13               Winchester, Virginia

14             Wednesday, July 15, 2009

15                   10:34 a.m.

16

17

18

19

20   Job No.:  1-159429

21   Pages:  1 - 156

22   Reported by:  Michelle L. Lonas, RPR, CCR
```

**PLAINTIFF'S EXHIBIT**

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

30

```
 1    back, I'd like to join in that objection as well.
 2              (Last question was read back by the
 3    reporter.)
 4    BY MR. WOODS:
 5         Q    Is that true?
 6         A    That's correct.
 7         Q    Do you feel comfortable sitting here today
 8    testifying and telling us exactly -- and affirming
 9    what you, the statements you've made in this
10    declaration as to what FEMA relied upon when
11    negotiating with vendors and manufacturers for
12    emergency housing units?
13              MR. MILLER:  Objection, mischaracterizes
14    the declaration and the terms in the declaration.
15         A    Yes.
16    BY MR. WOODS:
17         Q    You go on to state, the last sentence in
18    your declaration says that, FEMA purchased these EHUs
19    believing that they would provide safe and habitable
20    temporary emergency housing.  And you feel comfortable
21    today testifying that you knew, or you are certain
22    that FEMA purchased these EHUs believing that they
```

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

31

1   would provide safe and habitable housing?
2       A     Yes.  And I'm going to elaborate and say
3   that we had used the EHUs previously.  EHUs being, in
4   this case, travel trailers.  We used them as early, or
5   as recently I should say as 2004.  And in our previous
6   use of the units, we had no real reasons to believe
7   that units purchased off the lot would not be safe and
8   habitable as long as they met the industry standards
9   that we had purchased off the lot previously.  And so
10  although I don't have any specific knowledge of the
11  standards as they existed back then, when I was told
12  that we were purchasing the units off the lot met --
13  to meet industry standards, I had no reason to believe
14  that they would not be safe and habitable units as the
15  units we had used previously in our disaster
16  operations.
17      Q     But you don't know what the industry
18  standards were?
19      A     No.
20      Q     Okay.  But you do know that FEMA relied
21  upon the vendors and manufacturers in their expertise
22  in -- to what industry standards would have been in

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

42

1  BY MR. WOODS:

2      Q   Let's say Louisiana.

3          MR. MILLER: Objection, vague.

4      A   I think it was Steve Miller.

5  BY MR. WOODS:

6      Q   I believe -- is there a Steve Miller and a

7  Stephen Miller?

8      A   I'm talking about -- I -- I go -- I call

9  him by Steve Miller. I don't know if -- his name is

10 Stephen Miller, but I call him Steve. I don't know if

11 there's another one.

12     Q   We've just run across a couple of people.

13 One, I think, is referred to as Steve, and one is

14 referred to as Stephen. You don't know?

15     A   I don't know.

16     Q   When was the first that you ever heard of

17 any complaints or concerns? Let's say that. When was

18 the first that you ever heard of any concerns

19 regarding formaldehyde emissions in the EHUs?

20     A   I think it was about May of 2006.

21     Q   But in your declaration, you say that FEMA

22 received the first reported concerns in March of 2006;

VIDEOTAPED DEPOSITION OF KEVIN SOUZA
CONDUCTED ON WEDNESDAY, JULY 15, 2009

43

1   is that correct?

2       A    Yes.

3       Q    How did you become aware of the March 2006

4   concerns?

5       A    As the formaldehyde topic started to grow,

6   people started asking questions about -- people at

7   headquarters I should say, started saying to the field

8   offices in particular, trying to fact gather in terms

9   of what they knew and what they had collected to

10  point. And I think it was Mississippi indicated that

11  the first indication they had or were aware of a

12  problem was in March.

13      Q    If you'd turn to page four of your

14  declaration, and if I can draw your attention to

15  section 12. You state, In June 2006, I was made aware

16  of ongoing discussions between FEMA Field Program

17  staff and FEMA's Office of General Counsel regarding

18  formaldehyde-related applicant requests for EHU

19  information. What discussions -- what particular

20  discussions were you made, made aware of in June of

21  2006 between FEMA field program staff and FEMA

22  office -- FEMA's Office of General Counsel?