# EXHIBIT O

Martin Edward McNeese  
Washington, DC
July 14, 2009

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF LOUISIANA
 3                   NEW ORLEANS DIVISION
 4   In Re:   FEMA Trailer     )
 5   Formaldehyde Products     ) MDL No. 1873
 6   Liability Litigation      )
 7
 8                                  Washington, D.C.
 9                                  Tuesday, July 14, 2009
10   Videotape Deposition of MARTIN EDWARD McNEESE, called
11   for examination by counsel for Plaintiffs in the
12   above-entitled matter, the witness being duly sworn
13   by CHERYL A. LORD, a Notary Public in and for the
14   District of Columbia, taken at the offices of NELSON
15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution
16   Avenue N.W., Suite 900, Washington, D.C., at
17   9:03 a.m., and the proceedings being taken down by
18   Stenotype by CHERYL A. LORD, RPR, CRR.
19
20
21
22
```

Alderson Reporting Company  
1-800-FOR-DEPO

**PLAINTIFF'S EXHIBIT**

Martin Edward McNeese                                           July 14, 2009
                              Washington, DC

```
                                                              Page 101
 1    experience would have been working with travel
 2    trailers in hurricane disaster areas, including the
 3    Gulf Coast in Florida?
 4         A.    That's correct.
 5         Q.    Is -- am I also correct that to the best
 6    of your knowledge and experience working with travel
 7    trailers prior to Hurricane Katrina, you weren't
 8    aware of any health concerns associated with
 9    formaldehyde in the travel trailers; is that right?
10         A.    That's correct.  I was not.
11         Q.    And you dealt directly with occupants,
12    didn't you, in those other hurricane disaster areas
13    from time to time?
14         A.    I did.
15         Q.    And again, prior to Hurricane Katrina, you
16    weren't aware of any complaints by occupants relating
17    to formaldehyde or health effects of living in these
18    trailers?
19              MR. MILLER:  Objection, compound.
20         A.    Yeah,.
21              Actually I was not aware of any.
22              BY MR. SCANDURRO:
```