UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION          SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Kahn v. Superior, et al, No. 10-3717

*UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT*

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned matter who respectfully move this Court to grant plaintiffs leave to file the attached Amended Complaint.

WHEREFORE, plaintiffs pray that this Court grant this Motion for Leave to file the attached Amended Complaint.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION

      BY: /s/ David C. Jarrell
         SIDNEY D. TORRES, III (Bar No. 12869)
         ROBERTA L. BURNS (Bar No. 14945)
         DAVID C. JARRELL (Bar No. 30907)
         Torres Park Plaza, Suite 303
         8301 West Judge Perez Dr.
         Chalmette, Louisiana 70043
         Tel:  (504) 271-8421
         Fax: (504) 271-1961
         E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of March, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David C. Jarrell
DAVID C. JARRELL