**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

**THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:**
   Kahn v. Superior, et al, No. 10-3717

*ORDER*

Considering the foregoing Motion to Leave:

IT IS HEREBY ORDERED that the foregoing Motion for Leave to file an amended complaint is granted and that the attached proposed pleading be filed into the record.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
**JUDGE**