UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION            SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Lemoine v. Superior, et al, No. 10-3799

*ORDER*

Considering the foregoing Motion to Leave:

IT IS HEREBY ORDERED that the foregoing Motion for Leave to file an amended complaint is granted and that the attached proposed pleading be filed into the record.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

**JUDGE**