**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                      MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                     SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
    Kieff v. Superior, et al, No. 10-0758

*ORDER*

Considering the foregoing Motion to Leave:

IT IS HEREBY ORDERED that the foregoing Motion for Leave to file an amended

complaint is granted and that the attached proposed pleading be filed into the

record.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
**JUDGE**