UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>ECTION "N-5" |
| | JUDGE ENGELHARDT |
| | AG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Sutton, et al v Superior Homes, LLC, et al.,*
*Case No. 10-478*

---

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY

---

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the *Sutton* who, for the reasons set forth in the attached memorandum, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC in the above captioned matter.

RESPECTFULLY SUBMITTED this the  7th  day of March, 2011.

          HATTIE C. SUTTON, Individually and on
          Behalf of minor children, KMBL, KNBL, GTHY
          and as Representative for EARNESTINE
          CARRELL


By:     s / Edward Gibson
        JOHN F. HAWKINS, ESQ.
        EDWARD GIBSON, ESQ

OF COUNSEL:

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the  7th  day of March, 2011.

                                              *s/ Edward Gibson* eg
                                              EDWARD GIBSON, ESQ.