UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                    SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sutton, et al v Superior Homes, LLC, et al.,*
Case No. 10-478

---

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY**

---

MAY IT PLEASE THE COURT

Plaintiff respectfully requests that this Court grant Plaintiff's Motion and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC. A review of documents and materials available to Plaintiff indicates that the original naming of Superior Homes, LLC as defendant was erroneous.

1.      The *Sutton* suit, in its Original Complaint, filed on December 29, 2009, inadvertently misidentified Superior Homes, LLC as the manufacturer in the above-captioned matter. Matching information provided by defendants listed "Superior" as the manufacturer; however, Plaintiff now understands that the Superior park model with VIN beginning with "5SYBB" was manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model Homes.

2.      Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

3.      There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Superior Homes, LLC from this litigation without prejudice, and substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes in its place.

RESPECTFULLY SUBMITTED this the  7th  day of March, 2011.

>**HATTIE C. SUTTON, Individually and on Behalf of minor children, KMBL, KNBL, GTHY and as Representative for EARNESTINE CARRELL**
>
> By:   *s / Edward Gibson*   eg
> JOHN F. HAWKINS, ESQ.
> EDWARD GIBSON, ESQ

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Memorandum in Support of Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the __7th__ day of March, 2011.


                                                  _s/ Edward Gibson_  
                                                EDWARD GIBSON, ESQ.