IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION     SECTION N(5)

    JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**     MAGISTRATE CHASEZ
*Sutton, et al v Superior Homes, LLC, et al.,*
*Case No. 10-478*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that HE HAS CONTACTED Counsel for the Defendant in the case related above and/or Liaison Counsel for Defendant. Reserving all rights and defenses available to all Defendants, the Defendants have each represented that they do not object to the Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party.

Respectfully submitted, this the 7th day of March, 2011.

By: *s / Edward Gibson*
      Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
egibson@hsglawfirm.net

**CERTIFICATE OF SERVICE**

      I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Rule 7.6 Certificate with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

    I further certify that there are no known non-CM/ECF participants.

    SO CERTIFIED, this the  7th  day of March, 2011.



                                               *s/ Edward Gibson*
                                               EDWARD GIBSON, ESQ.