UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                              SECTION "N-5"

                                                                          JUDGE ENGELHARDT

                                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sutton, et al v Superior Homes, LLC, et al.,*
Case No. 10-478

_____

**ORDER**
_____

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this Amended Complaint and Substitute a Party is hereby GRANTED.  Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this ___ day of _____, 2011.


                                                              _____
                                                              HONORABLE KURT D. ENGLEHARDT