UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE PRODUCTS    SECTION N MAG. 5
LIABILITY LITIGATION

                                                   JUDGE ENGELHARDT
                                                   MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-4742, 09-6639,
09-7098, 09-7820, 10-1293, 10-2181
10-2274, 09-7829                           JURY DEMANDED

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based upon the attached affidavit executed by Allen Gordon for Superior Homes, LLC on October 6, 2010 (Exhibit "A"), hereby give notice of plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against the Defendant **Superior Homes, LLC** in the complaints previously filed in the above- referenced civil actions numbers, specifically reserving all rights against all other parties, each party to bear their own costs.

                                           Respectfully submitted,

                                           /s/ Robert C. Hilliard
                                           _____
                                           **ROBERT C. HILLIARD**
                                           **Trial Attorney in Charge for Plaintiffs**
                                           Texas State Bar No. 09677700
                                           Southern District of TX Federal ID No.  5912
                                           ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**

Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**

Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847

**CARROLL LOUIS CLIFFORD IV**

Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**