UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-4742, 09-6639,
09-7098, 09-7820, 10-1293, 10-2181
10-2274, 09-7829

JURY DEMANDED

**ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal, in the above captioned matters only, against **Superior Homes, LLC** is hereby, and in all things GRANTED and plaintiffs' claims against **Superior Homes, LLC** are hereby dismissed without prejudice, specifically reserving all rights against all other parties, each party to bear their own costs.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT