UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER       * | MDL NO. 1873 |
| FORMALDEHYDE       * | |
| PRODUCTS LIABILITY       * | |
| LITIGATION       * | SECTION:  N(4) |
| * | |
| This Document Relates to:   **ALL CASES**       * | JUDGE: ENGELHARDT |
| * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Consistent with the Court's intent in issuing Pretrial Order No. 68, and because some counsel have expressed confusion regarding the requirements of the provision in that Order requiring all Plaintiffs' Counsel to produce a spreadsheet listing the plaintiffs that they represent,

**IT IS HEREBY ORDERED** that:

1. By March 24, 2011, all law firms representing plaintiffs in the MDL must comply with Pretrial Order No. 68, section II.C, subpart 6.d (R. Doc. 14779), regardless of whether they availed themselves of the last chance matching.

2. The spreadsheets ordered by section 1 above must be formatted consistently with the Master Spreadsheet to be produced by the Plaintiffs' Steering Committee ("PSC").

3. By March 31, 2011, the PSC must produce a revised Master Spreadsheet containing the Pre-Trial Order No. 68, section II.C, subpart 6.d, data.

**THIS DONE** this 9th day of March, 2011.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE

00129733-1