UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Alleman, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 09-5390* | JURY DEMANDED |

## ORDER

Considering the foregoing Motion to Withdraw Third Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED withdrawal of their Third Supplemental and Amending Complaint for Damages.

DATED this ___9th___ day of _____March_____, __2011___ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE