UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Dupuy et al v. Keystone RV Company et al*<br>*No. 09-5423* | JURY DEMANDED |

## MOTION TO WITHDRAW FIRST SUPPLEMENTAL AND AMENDEDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who respectfully ask this Court to withdraw Plaintiffs' First Supplemental and Amending Complaint for Damages which was filed in error. Additionally, Plaintiffs ask this Court to terminate newly added Plaintiff, Lisa Pea, from this suit, Case No. 09-5423, and to leave Plaintiff Lisa Pea in her originally filed suit, Case No. 09-5388.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion to Withdraw First Supplemental and Amending Complaint.

Respectfully submitted,

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                              /s/Matthew B. Moreland
                                              Matthew B. Moreland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Dupuy et al v. Keystone RV Company et al*  JURY DEMANDED
*No. 09-5423*

## ORDER

Considering the foregoing Motion to Withdraw First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED withdrawal of their First Supplemental and Amending Complaint for Damages.

DATED this __9th__ day of __March__, 20__11__ in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE