UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                            SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Johnson, et al v Clayton Homes of Lafayette, Inc.,
f/k/a Clayton Homes, Inc., et al*
Case No. 10-272

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this First Amended Complaint and Substitute a Party is hereby GRANTED. Further, Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., is dismissed without prejudice.

New Orleans, Louisiana this 9th day of March, 2011.

HONORABLE KURT D. ENGLEHARDT