# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA　　　　　　　　　　　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　　　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Johnson, et al v Clayton Homes of Lafayette, Inc.,*
*f/k/a Clayton Homes, Inc., et al*
*Case No. 10-272*

___

## PLAINTIFFS' FIRST SUPPLEMENTAL AND
## AMENDED COMPLAINT FOR DAMAGES

___

　　　　NOW INTO COURT, comes Plaintiff DARREN G. JOHNSON, who through undersigned counsel, supplements and amends the Complaint for Damages to substitute CMH Manufacturing, Inc. for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc.  Plaintiff, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by CMH Manufacturing, Inc. (hereinafter "CMH") and not Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. (hereinafter "Clayton Homes").

　　　　Plaintiff, through undersigned counsel, supplements and amends the Original Complaint for Damages in the following respects and otherwise reiterates and eavers all of the allegations, claims and prayers for relief contained therein:

1. By amending section I.3 to reflect the substitution of CMH for Clayton Homes:

   5. CMH Manufacturing, Inc. (hereinafter "CMH"), is a limited liability corporation organized under the laws of the State of Tennessee, which conducts business in the State of Mississippi and within the jurisdiction of the Honorable Court.

2. By replacing all other references to Clayton Homes with CMH throughout the remainder of the Complaint.

## PRAYER FOR RELIEF

WHEREFORE, the Named Plaintiffs' pray that the Original Complaint be amended to reflect the substitution of CMH for Clayton, and that CMH, Bechtel and FEMA be served with a copy of this First Amended Complaint and the Original Complaint, and that, after due proceedings:

1. There be a judgement herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. There be specially included in the judgement in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,
   b. past and future mental and physical pain and suffering,
   c. past and future physical impairments and disability,

      d.     past and future reasonable and necessary medical expenses,

      e.     past and future loss of earning capacity,

      f.     past and future loss of enjoyment and quality of life,

      g.     loss of consortium and/or society,

      h.     compensable out-of-pocket expenses related to defendants' wrongdoing, and

      I.     costs of court,

3. All other general, equitable, and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this the 4th day of March, 2011.

                                      **PLAINTIFFS DARREN G. JOHNSON, et al**

                                    By:   *s / Edward Gibson*
                                             EDWARD GIBSON, ESQ.
                                             JOHN F. HAWKINS, ESQ.

**OF COUNSEL:**

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

**PLEASE SERVE:**

1. CMH Manufacturing, Inc.
   Through its Agent for Service of Process
   C T Corporation System
   800 S. Gay Street, Suite 2021
   Knoxville, TN 37929

2. Bechtel National, Inc.
   Through its Agent for Service of Process
   C T Corporation System
   645 Lakeland East Drive, Suite 101
   Flowood, MS 39232

3. The United States Government
   **Through:**
   U.S. Attorney's Office, Southern District of Mississippi
   188 East Capitol Street # 500
   Jackson, MS 39201
   **And through:**
   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530-0001
   **And through**:
   Federal Emergency Management Agency
   Office of the Director, Office of the General Counsel
   500 C Street, SW
   Washington, DC 20472