## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT UNOPPOSED MOTION TO SUBSTITUTE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

NOW INTO COURT, through undersigned counsel, come the Manufactured Home Defendants (including Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P. and Palm Harbor Albemarle LLC (collectively the "Palm Harbor Defendants")) and Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court to substitute an amended version of their previously filed joint unopposed motion for preliminary approval of a proposed class settlement (Rec. Doc. 19897) of all claims asserted in this MDL against these Defendants. The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:   205/254-1091
Facsimile:   205/254-1999
tthagard@maynardcooper.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 10, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER