**PUBLIC SERVICE ANNOUNCEMENT TO BE BROADCAST ON RADIO STATIONS AIRING IN THE STATES WHERE FEMA PROVIDED MANUFACTURED HUD HOMES AFTER HURRICANES KATRINA AND RITA.**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, then this public service announcement applies to you and you should listen carefully.

Lawsuits have been brought on behalf of the Residents of these Manufactured Homes, claiming that they were exposed to harmful levels of formaldehyde when they lived in the units. A class action settlement has been proposed for these lawsuits. The settlement provides money for those who Resided in such homes.

If you think you may be a Class Member, call 1-855-483-8956 for a Claim Form, the Class Notice Package, or more information, or visit www.femaformaldehydelitigation.com. You must submit a Claim Form and all Claim Forms must be postmarked by August 12, 2011 for a Class Member to receive money. You also have the right to exclude yourself from the settlement, but must do so by May 19, 2011. If you do not exclude yourself, the settlement and its release will be binding on you. You may also object to the settlement or ask to appear in person or by counsel before the Court, but you must ask to do so by June 29, 2011. Call 1-855-483-8956 or visit www.femaformaldehydelitigation.com for more information.

This announcement has been approved and ordered by the United States District Court Judge in New Orleans who is presiding over the Case, Judge Kurt Engelhardt.