**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| *Hattie Bailey et al v. Jayco Enterprises, Inc et al* | * | |
| C.A No. 11-411 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Plaintiff's Motion to Remand will be brought for hearing before the Honorable Judge Kurt D. Engelhardt on the 23rd day of March, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax.: (713) 223-5909

COUNSEL FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<i>/s/ Peter K. Taaffe</i>_____<br>Peter K. Taaffe