UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                       SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
   Lemoine v. Superior, et al, No. 10-3799

*ORDER*

Considering the foregoing Motion to Leave:

IT IS HEREBY ORDERED that the foregoing Motion for Leave to file an amended complaint is granted and that the attached proposed pleading be filed into the record.

Signed this  10th  day of      March      , 2011 in New Orleans, Louisiana.

_____
JUDGE