**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |

**THIS DOCUMENT RELATES**
**TO THE FOLLOWING CASES:**
  Lemoine v. Superior, et al, No. 10-3799

---

*FIRST AMENDED AND SUPPLEMENTAL COMPLAINT*

---

**1.**

Plaintiffs hereby amend Paragraph 3 to read as follows:

"Defendant **MITCHELL COUNTY INDUSTRIES f/k/a/ SUPERIOR PARK MODEL HOMES** ("Manufacturer") is upon information and belief a Michigan corporate entity which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

WHEREFORE after all due proceeding, plaintiffs respectfully pray that this amended complaint be deemed good and sufficient and that Judgment be granted as prayed for in the Original Complaint.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: _____s/David C. Jarrell_____
       SIDNEY D. TORRES, III, La. Bar No. 12869
       ROBERTA L. BURNS, La. Bar No. 14945
       DAVID C. JARRELL, La. Bar No. 30907
       8301 W. Judge Perez Drive
       Suite 303
       Chalmette, Louisiana 70043
       Telephone: (504) 271-8421
       ***Counsel for plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I electronically mailed the foregoing document to Liaison Counsel for the PSC, the Untied States of America, the Manufacturing Defendants, the Government Contractors, and Defendant Insurance Companies, all as directed in Pretrial Order No. 68.

s/David C. Jarrell, Esq.
DAVID C. JARRELL, La. Bar No. 30907
