UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sutton, et al v Superior Homes, LLC, et al.,*
*Case No. 10-478*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this Amended Complaint and Substitute a Party is hereby GRANTED. Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this 10th day of March, 2011.

HONORABLE KURT D. ENGLEHARDT