UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE PRODUCTS                      SECTION N MAG. 5
LIABILITY LITIGATION

                                           JUDGE ENGELHARDT
                                           MAGISTRATE CHASEZ
THIS DOCUMENT PERTAINS TO:

Civil Action Nos. 09-4742, 09-6639,
09-7098, 09-7820, 10-1293, 10-2181
10-2274, 09-7829                           JURY DEMANDED

### ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal, in the above captioned matters only, against **Superior Homes, LLC** is hereby, and in all things GRANTED and plaintiffs' claims against **Superior Homes, LLC** are hereby dismissed without prejudice, specifically reserving all rights against all other parties, each party to bear their own costs.

New Orleans, Louisiana, this 10th day of March, 2011.

_____
HONORABLE KURT ENGELHARDT