## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 1873** |
| | | **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Alfred Lewis obo Sage Lewis, et al. v. Crum & Forster Specialty Insurance Co., et al., Case No. 09-5739* | * * * | **MAGISTRATE CHAEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

The following Plaintiffs hereby give notice of Plaintiff's voluntary dismissal of all claims against all Defendants in the above captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal is without prejudice and dismissed Plaintiffs reserve the right to file a new action at a later date.

1. Lillie Robinson
2. Louis Robinson, Jr.
3. Sharon Hyde
4. Shirley Robinson
5. Shirley Robinson obo Tyrone Hutton.
6. Geneva Nelson
7. Robert J. Nelson obo Robert Nelson.
8. Robert Nelson
9. Robert Nelson obo Ulysses Nelson.

This dismissal applies to above named Plaintiffs only, and does not affect the claims of the remaining Plaintiffs in this matter.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:   */s/ Lawrence J. Centola, Jr.*
         LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.