UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO WITHDRAW DOCUMENTS (REC. DOCS. 20462, 20476)

NOW INTO COURT, through undersigned counsel, come the Manufactured Home Defendants and Plaintiffs' Steering Committee (PSC), who for the reasons more fully set forth in the attached memorandum in support, respectfully represent that it is appropriate to withdraw documents filed at Rec. Docs. 20462 and 20476, and all associated exhibits.

WHEREFORE, the movants herein respectfully request that this Honorable Court grant the instant Motion to Withdraw Documents (Rec. Docs. 20462, 20476).

　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　BY:　　　s/Gerald E. Meunier
　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　Facsimile:　　 504/528-9973
　　　　　　　　　　　　　gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:     205/254-1091
Facsimile:      205/254-1999
tthagard@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 14, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER