# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF JOINT UNOPPOSED MOTION TO SUBSTITUTE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee (PSC), and the Manufactured Home Defendants (including Palm Harbor Homes, Inc., Palm Harbor Manufacturing, L.P. and Palm Harbor Albemarle LLC (collectively the "Palm Harbor Defendants")) respectfully move this Honorable Court to substitute an amended version of their previously filed joint unopposed motion for preliminary approval of a proposed class settlement (Rec. Doc. 19897) of all claims asserted in this MDL against these Defendants. Since the date of filing of the original motion for preliminary approval, the Palm Harbor Defendants have agreed to participate in the proposed class settlement; thus, it is necessary to substitute the attached motion for preliminary approval of proposed class settlement and associated attachments for the original motion and attachments (Rec. Docs. 19897 – 19897-17).

WHEREFORE, Plaintiffs and Defendants respectfully pray that this Honorable Court grant their Joint Unopposed Motion to Substitute Motion for Preliminary Approval of Proposed Class Settlement.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      DENNIS REICH, Texas #16739600
      MIKAL WATTS, Texas # 20981820
      ROBERT C. HILLIARD, Texas #09677700

      s/Thomas W. Thagard, III
      THOMAS W. THAGARD, III
      **DEFENDANTS' LIAISON COUNSEL**
      Maynard Cooper & Gale, PC
      1901 Sixth Avenue North
      2400 Regions Harbert Plaza
      Birmingham, Alabama  35203

2

        Telephone:   205/254-1091
        Facsimile:    205/254-1999
        tthagard@maynardcooper.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 14, 2011.

        /s/Gerald E. Meunier
        GERALD E. MEUNIER