LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice.  This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made.  The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing.  Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member.  To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case.  The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer.  If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.


Manufactured Home

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants.  The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount.  If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information.  The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement.  If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **August 26, 2011**, to the address on the form.


Travel Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement.  If you stay in the settlement, you may object to it by **July 13, 2011**.  The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation,* No. 2:07-MDL-1873, Section "N" (5), on _____ to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund.  If the settlement is approved, the Defendants will be released from all liability for the claims.  The Settlement Agreement explains this fully.  You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to.  For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com          1-855-483-8956**