UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**            **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

           **JUDGE ENGELHARDT**
           **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Withdraw Documents (Rec. Docs. 20462, 20476),

IT IS ORDERED that the Motion to Withdraw Documents is hereby Granted.

THIS DONE the 14th day of March, 2011, New Orleans, Louisiana.

                             _____
                             HONORABLE KURT ENGELHARDT
                             UNITED STATES DISTRICT JUDGE