UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 <br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Substitute Motion for Preliminary Approval of Class Settlement is hereby GRANTED. Further, the attached Motion and exhibits shall be substituted for the original motion and exhibits (Rec. Docs. 19897 – 19897-17).

New Orleans, Louisiana this 14th day of March, 2011.

_____
HONORABLE KURT D. ENGELHARDT