UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sorino v. Crum & Forster Specialty Ins. Co., et al., EDLA 10-2400*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO AMEND PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above named suit, who for the reasons set forth in the accompanying memorandum attached hereto, respectfully moves the Court for leave to amend their her First Supplemental and Amended Complaint to substitute the proper name of the Plaintiff, Nakia Sorina on behalf of the minor child, M.S., in all prior references to the improper name of the Plaintiff.  The undersigned has conferred with counsel for defendants and this motion will be unopposed.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　**FORMALDEHYDE TRAILER FORMALDEHYDE
　　　　　　　　　　　　　　　　PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　　BY:　　*/s/Gerald E. Meunier*
　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　　　gmeunier@gainsben.com

/s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on March 14, 2011.

/s/Justin I. Woods
JUSTIN I. WOODS, #24713

2