AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

KENNETH WOODS )
)
*Plaintiff* )
)
v. ) Civil Action No. 09-7771
)
PALLM HARBOR HOMES, INC. ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Illinois National Insurance Company
Through the Louisiana Secretary of State
Tom Schedler
8585 Archives Avenue
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163-2800
Telephone: (504) 522-2304; Facsimile: (504) 528-9973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Feb 28 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7771

(This section shoul...

This summons for (name of i...
was received by me on (date) _____

☐ I personally served the s...

☐ I left the summons at the...

on (date) _____

☐ I served the summons o...
designated by law to accep...

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: Sec. of State Schedler
Street, Apt. No.; or PO Box No. 8585 Archives Ave
City, State, ZIP+4 B.R., LA 70809

Article Number: 7010 0290 0003 6392 0271

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Illinois National Ins.
Thru La SofS
Tom Schedler
8585 Archives Ave.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: W Hebert ☐ Agent ☐ Addressee
B. Received by (Printed Name): Wendi Hebert
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540