UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Docket No 11-413 Gerald Watson, et al* | * | MAG. JUDGE: CHASEZ |
| *v. Heartland Recreational Vehicles, LLC.;* | * | |

*************************************************************************

## MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Heartland Recreational Vehicles, L.L.C., which moves this Court for an Order enrolling additional Counsel of Record, Brent M. Maggio, Mark W. Verret, Lori D. Barker, and Kelley S. Mackenroth as its Counsel of Record, along with presently-enrolled counsel of record Scott F. Davis, of Allen & Gooch.

WHEREFORE, Heartland Recreational Vehicles, L.L.C., prays that this Court enter an Order, enrolling Brent M. Maggio, Mark W. Verret, Lori D. Barker, and Kelley S. Mackenroth, as additional Counsel of Record for Heartland Recreational Vehicles, L.L.C.

Respectfully submitted,

**ALLEN & GOOCH**

_/s/ Scott F. Davis_
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, # 23583
SCOTT F. DAVIS, # 26013
LORI D. BARKER, # 31687
KELLEY S. MACKENROTH, # 30307
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
**Attorneys for Heartland Recreational Vehicles, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on 15th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

By: _/s/ Scott F. Davis_
SCOTT F. DAVIS, # 26013