# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

| | |
|---|---|
| Loretta G. Whyte<br>Clerk | 500 Poydras St., Room C-151<br>New Orleans, LA 70130 |

March 4, 2011

Mr. Lyle W. Cayce, Clerk      APPEAL NO. <u>10-31045</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY    MD 07-1873 c/w 09-3251 N

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

     ___    1) Certified copy of the notice of appeal and docket entries.

     ___    2) Certified copy of notice of a cross-appeal and docket entries.

     ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

     ___    4) This case is proceeding *in forma pauperis*

     ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

     ___    6) District Judge entering the final judgment is _____

     ___    7) Court Reporter assigned to the case _____

     ___    8) If criminal case, number and names of other defendants on appeal ___

     ___    9) This case was decided without a hearing; there will be no transcript.

     ___    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

     _x_    1) **Certified** Copies record on appeal consisting of:

                   ___ Volume(s) of record     ___ Volume(s) transcripts

                   ___ Volume(s) of depositions

                   ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

     ___    2) supplemental record including, _____

     ___    3) SEALED Docs_____

     ___    4) Other:_____

                                                             Very truly yours,

                                                             By___<u>Alicia Phelps</u>_____
                                                                  Deputy Clerk