Case 2:07-md-01873-KDE-MBN Document 20486 Filed 03/11/11 Page 1 of 1

**RECORD TRANSMITTAL FORM**
(Please Print)

THIS PORTION REMAINS WITH COURT RECORDS

Appeals # 10-31045

No. 07-1873-11   Short Title: Fema Trailer   Date: 3-11-11

To: Allison Snoddy to Shari Wright (Castanel)
Name: Reich + Binstock LLP
Address: 4265 San Felipe, Suite 1000
City: Houston   State: Texas   Zip: 77027

Documents Enclosed:
☒ Record Vols: 17
☐ Exhibits ☐ Env. 2 binders
☐ Box: ___ ☐ 1 accordion
☐ Supp. Record Vols. ___ folder
☐ Second Supp. Record Vols. ___
☐ Third Supp. Record Vols. ___

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES*

Attorney Return   SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

To: Clerk, 5th Circuit

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 11 2011
LORETTA G. WHYTE
CLERK

☐ Record Vols. ___
☐ Supp. Record Vols. ___
☐ Exhibits ☐ ___

Records above listed are returned to Clerk
Attorney Name: ___
Date: ___

✂ Cut Here

Clerk's Receipt   *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. ___ Short Title ___

☐ Record Vols. ___
☐ Supp. Record Vols. ___
☐ Exhibits ☐ ___

Records in above case have been received by Clerk
Name: ___
Date: ___

District: ___

✂ Cut Here

Attorney Forwarding Receipt   *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. ___ Short Title ___

To: Clerk, U.S. District Court

☐ Record Vols. ___
☐ Supp. Record Vols. ___
☐ Exhibits ☐ ___

Records in above case forwarded to:
Attorney Name: ___
Address: ___
City, State, Zip: ___
Signed: ___ Date: ___

District: ___

✂ Cut Here

Attorney Receipt   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. ___ Short Title ___
Process ___
Dktd ___
CtRmDep ___
To: Clerk, U.S. District Court   Doc. No. ___

☐ Record Vols. ___
☐ Supp. Record Vols. ___
☐ Exhibits ☐ ___

Records in above case listed received:
Judge/Attorney Name: ___
Date: ___

District: ___