UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sorino v. Crum & Forster Specialty Ins. Co., et al., EDLA 10-2400*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's unopposed Motion for Leave to Amend Plaintiff's First Supplemental and Amended Complaint is GRANTED.

New Orleans, Louisiana this 15th day of March, 2011.

_____
HONORABLE KURT D. ENGELHARDT