UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 <br> SECTION: N (5) <br> JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: <br> *Docket No 11-413 Gerald Watson, et al v. Heartland Recreational Vehicles, LLC.;* | * * * | MAG. JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing Motion to Enroll Counsel filed by Heartland Recreational Vehicles, L.L.C.;

IT IS ORDERED that Brent M. Maggio, Mark W. Verret, Lori D. Barker, and Kelley S. Mackenroth, be and are added as additional Counsel of Record for Heartland Recreational Vehicles, L.L.C., in this cause.

New Orleans, Louisiana, this  16th  day of        March        , 2011.

United States District Judge