UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case no. 10-204

### ORDER AND REASONS

For substantially the same reasons previously set forth by this Court in its March 15, 2011 Order and Reasons (Rec. Doc. 20487), this Court finds that diversity jurisdiction is established.

Thus, **IT IS ORDERED** that **Plaintiffs' Motion to Remand (Rec. Doc. 11992)** is **DENIED**.

New Orleans, Louisiana, this 16th day of March, 2011.

                                                  **KURT D. ENGELHARDT**
                                                  **United States District Court**

1