MINUTE ENTRY
ENGELHARDT, J.
March 17, 2011

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO:

*No specific individual suit*

A pre-trial conference was conducted on Thursday, March 17, 2011, at 9:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, James C. Percy, Ryan E. Johnson and Palmer Lambert. Also in attendance were Magistrate Judge Daniel E. Knowles and his law clerk Jason Johanson.

JS10(0:90)