OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

PAMELA HAMILTON, ETAL

vs.

KZRV, LP, etal

Case No. 11-00310  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) KZRV, LP
   (address) THROUGH ITS AGENT FOR SERVICE OF PROCESS DARYL ZOOK, 9370 W. US 20, SHIPSHEWANA, IN 46565
2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION 645 LAKELAND E. DR, STE 101, FLOWOOD, MS 39232
3. (name) USA - THROUGH US ATTY OFC, SOUTHERN DIST of MS
   (address) 188 EAST CAPITOL ST, STE 500, JACKSON MS 39201-0001
4. (name) USA - THROUGH ATTY GEN OF THE US, US DEPT of JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL 500 C STREET, SW WASHINGTON DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

_____
"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
         NEW ORLEANS, LA 70119