OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

JOEY CARROLL, ETAL

vs.

GULF STREAM COACH, INC, ETAL

Case No. 11-00306   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) GULF STREAM COACH, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE
   KENNETH C BRINKER, 503 SOUTH OAKLAND, NAPPANEE, IN 46550

2. (name) CH2M HILL CONSTRUCTORS, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE
   CT CORPORATION SYSTEM

3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 E. CAPITOL ST., STE 500, JACKSON MS 39201-0001

4. (name) USA - THROUGH THE ATTY GEN OF THE U.S.
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001

5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   500 C STREET, SW WASHINGTON DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119