OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Latesha Anders, et al

vs.

Gulfstream Coach, Inc, et al

Case No. 11-00316  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc., Through its Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland East Dr. Ste. 101, Flowood, MS 39232
2. (name) Gulfstream Coach, Inc., Through its Registered Agent for Service, Kenneth C. Brinker
   (address) 503 S. Oakland, Nappanee, IN 46550
3. (name) USA Through the U.S. Attorney's Office Southern District of Mississippi
   (address) 188 E. Capitol St, Ste. 500, Jackson, MS 39201-0001
4. (name) USA - Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
5. USA - Federal Emergency Management Agency, Office of the Director, Office of the Gen. Counsel
   500 C Street, SW
   Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119