OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

Maggie Anderson, et al

vs.

CH2MHill Constructors, Inc., et al

Case No. 11-00323   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) CH2MHill Constructors, Inc. Through its Registered Agent for Process, CT Corporation System
   (address) 645 Lakeland Dr., Ste. 101, Flowood, MS 39232
2. (name) USA Through the U.S. Attorney's Office Southern District of Mississippi
   (address) 188 East Capitol St., Ste. 500, Jackson, MS 39201
3. (name) USA - Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
4. (name) USA - Federal Emergency Management Agency, Office of the Director, Office of the General Counsel
   (address) 500 C Street, SW, Washington, DC 20472

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
NEW ORLEANS, LA 70119