OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Dianne L Bonefield, et al

vs.

Bechtel National, Inc. et al

Case No. 11-00360 Section _____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc., through its Registered Agent for Service CT Corporation System
   (address) 645 Lakeland East Drive, Ste. 101 Flowood, MS 39232
2. (name) USA through the U.S. Attorney's Office, Southern District of Mississippi
   (address) 188 East Capitol St. Suite 500, Jackson, MS 39201
3. (name) USA- Attorney General of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
4. (name) USA- Federal Emergency Management Agency, Office of the Director, Office of the General Counsel
   (address) 500 C. Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.

Very truly yours,

_____
"Signature"

Attorney for PLAINTIFFS
            FRANK J. D'AMICO, JR., APLC
Address    4731 CANAL ST
           NEW ORLEANS, LA 70119