OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

MARGURITA HAWKINS, ETAL

vs.

LAKESIDE PARK HOMES, INC, ETAL

Case No. 11-00370  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LAKESIDE PARK HOMES, INC.
   (address) THROUGH ITS REGISTERED AGENT BEN C. JARVIS, 70 PEACH STATE DR., ADEL, GA 31620
2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR., STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 E CAPITOL ST, SUITE 500, JACKSON MS 39201
4. (name) USA - ATTY GEN OF US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF DIRECTOR, OFC OF GEN COUNSEL 500 C ST. SW, WASHINGTON DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119