OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Billy Causey, etal

vs.

KZRV, LP, ETAL

Case No. 11-00309   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC.
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR, STE 101, Flowood, MS 39232
2. (name) KZRV, LP
   (address) THROUGH ITS AGENT FOR SERVICE OF PROCESS DARYL ZOOK, 9270 W. US 20, SHIPSHEWANA, IN 46565
3. (name) USA - THROUGH THE US ATTYs ofc, SOUTHERN DISTRICT OF MS
   (address) 188 E. CAPITOL ST., STE 500, JACKSON MS 39201-0001
4. (name) USA - THROUGH THE ATTY GEN OF THE US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   500 C ST., SW, WASHINGTON DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
NEW ORLEANS, LA 70119