OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Kevin Luttrell, et al

vs.

Forest River, Inc., et al

Case No. 11-00312 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CHAMHILL CONSTRUCTORS, INC. THROUGH ITS Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland E. Dr, Suite 101, Flowood, MS 39232
2. (name) Forest River, Inc., Through its Agent for Service of Process J. Richard Ransal
   (address) 228 W. High St, Elkhart, IN 46516
3. (name) USA - Through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E. Capitol St, St. 500 Jackson, MS 39201-0001
4. (name) USA - Atty Gen of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001
5. USA - FEMA, Office of the Director, Office of the Gen. Counsel 500 C Street, SW, Washington DC 20472

Very truly yours,

[Signature]

"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119