OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

BELINDA DUCKWORTH, ETAL

vs.

CAVALIER HOME BUILDERS, LLC

Case No. 11-00369 Section ___

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CAVALIER HOME BUILDERS, LLC
   (address) THROUGH ITS AGENT FOR SERVICE OF PROCESS CORPORATION TRUST CO., 1209 ORANGE ST, WILMINGTON DE 19801

2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR, STE 101 FLOWOOD MS 39232

3. (name) USA - THROUGH US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 E. CAPITOL ST, STE 500, JACKSON MS 39201-0001

4. (name) USA - ATTY GEN OF US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001

5. USA - THROUGH FEMA, OFC OF DIRECTOR, OFC OF GEN COUNSEL 500 C STREET, SW, WASHINGTON DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119