OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Adam Breaux, et al

vs.

Gulfstream Coach, Inc, et al

Case No. 11-00320  Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Bechtel National, Inc. Through its Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland E. Dr., Ste. 101, Flowood, MS 39232
2. (name) Gulfstream Coach, Inc., Through its Registered Agent for Service, Kenneth C. Brinker
   (address) 503 S. Oakland, Nappanee, IN 46550
3. (name) USA Through the U.S. Attorney's Office Southern District of Mississippi
   (address) 188 E. Capitol St, Ste. 500, Jackson, MS 39201-0001
4. (name) USA - Attorney Gen. of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
5. USA - FEMA Office of the Director, Office of the General Counsel, 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119