OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

WILMA STEWART, ETAL

vs.

CAVALIER HOME BUILDERS, LLC, ETAL

Case No. 11-00315  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC.
   THROUGH ITS REGISTERED AGENT FOR SERVICE
   (address) CT CORPORATION, 645 LAKELAND E. DR., STE 101, FLOWOOD, MS, 39232

2. (name) CAVALIER HOME BUILDERS, LLC
   THROUGH ITS AGENT FOR SERVICE OF PROCESS
   (address) 1209 ORANGE ST., WILMINGTON, DE 19801

3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST. OF MS
   (address) 188 E. CAPITOL ST, STE 500, JACKSON, MS 39201-0001

4. (name) USA - THROUGH THE ATTY GEN OF THE U.S., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AV. NW WASHINGTON DC 20530-0001

5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   500 C. STREET, SW, WASHINGTON DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119