OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

FRANK ACKER, ETAL

vs.

GULF STREAM COACH, INC., ETAL

Case No. 11-00305  Section ____

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) GULF STREAM COACH, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE
   KENNETH C BRINKER, 503 S. OAKLAND, NAPPANEE, IN 46550
2. (name) BECHTEL NATIONAL, INC.
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE @
   CT CORPORATION, 645 LAKEWOOD E DR., STE 101, FLOWOOD, MS 39232
3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 E. CAPITOL ST, STE 500 JACKSON MS 39201-0001
4. (name) USA - THROUGH US DEPT OF JUSTICE, ATTY GEN OF THE U.S.
   (address) 950 PENNSYLVANIA AVE., NW WASHINGTON, DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   500 C STREET, SW, WASHINGTON, DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119