OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

DOROTHY DILLON

vs.

DUTCHMEN MANUFACTURING, INC.,

Case No. 11-00318  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) DUTCHMEN MANUFACTURING, INC.,
   (address) THROUGH ITS AGENT FOR SERVICE OF PROCESS
   1209 ORANGE ST., WILMINGTON DE 19801
2. (name) BECHTEL NATIONAL, INC
   THROUGH ITS REGISTERED AGENT
   (address) CT CORPORATION SYSTEM, 645 LAKELAND E.DR., STE 101, FLOWOOD MS 39932
3. (name) USA - THROUGH US ATTYS OFC, SOUTHERN DISTRICT OF MS
   (address) 188 E. CAPITOL ST, STE 500, JACKSON, MS 39201-0101
4. (name) USA - THROUGH THE ATTY GEN OF THE U.S., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN. COUNSEL
   500 C. STREET, SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119