OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: __3/9/11__

__EDGAR POWE, JR, ETAL__

vs.

__COACHMEN INDUSTRIES, INC., ETAL__

Case No. __11-00308__ Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __COACHMEN INDUSTRIES, INC__
   (address) __THROUGH ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE Co., 251 E. OHIO ST, STE 500, INDIANAPOLIS, IN 46204__
2. (name) __CH2M HILL CONSTRUCTORS, INC.__
   (address) __THROUGH ITS REGISTERED AGENT FOR SERVICE, CT CORPORATION SYSTEM 645 LAKELAND E. DR, STE 101, FLOWOOD MS 39232__
3. (name) __USA - THROUGH US ATTYS OFC, SOUTHERN DIST. OF MS__
   (address) __188 E. CAPITOL ST, STE 500 JACKSON MS 39201-0001__
4. (name) __USA - THROUGH ATTY GEN OF US, US DEPT OF JUSTICE__
   (address) __950 PENNSYLVANIA AVE NW, WASHINGTON DC 20530-0001__
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN. COUNSEL
   500 C STREET, SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for __PLAINTIFFS__
__FRANK J. D'AMICO, JR., APLC__
Address __4731 CANAL ST__
__NEW ORLEANS, LA  70119__