OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

Manuel Romero, et al

vs.

Gulfstream Coach, Inc, et al

Case No. 11-00317  Section ____

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M Hill Constructors, Inc. Through its Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland E. Dr. Ste. 101, Flowood, MS 39232
2. (name) Gulfstream Coach, Inc. Through its Registered Agent for Service, Kenneth C Brinker
   (address) 503 S. Oakland, Nappanee, IN 46550
3. (name) USA Through the U.S. Attorney's Office Southern District of Mississippi
   (address) 188 E. Capitol St, Ste 500, Jackson, MS 39201-0001
4. (name) USA - Attorney Gen of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
5. USA - FEMA, Office of the Director, Office of the Gen. Counsel 500 C Street, SW, Washington, DC 20472

Very truly yours,

_____
Signature

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
         NEW ORLEANS, LA 70119