OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _____ 3/9/11 _____

ARETHA DAVISON

vs.

BECHTEL NATIONAL, INC, etal.

Case No. 11-00358   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ✓ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) BECHTEL NATIONAL, INC.
   (address) THROUGH ITS REGISTERED AGENT FOR PROCESS
   CT CORPORATION SYSTEM, 645 LAKELAND DR., STE 101, FLOWOOD, MS 39232

2. (name) UNITED STATES OF AMERICA
   (address) THROUGH THE US ATTY'S OFFICE, SOUTHERN DISTRICT OF MS
   188 EAST CAPITOL ST., STE 500, JACKSON, MS 39201

3. (name) UNITED STATES OF AMERICA THROUGH THE US DEPT. OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001

4. (name) USA THROUGH FEMA
   (address) OFFICE OF THE DIRECTOR, OFFICE OF GEN. COUNSEL
   500 C ST., SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.