OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Jacqueline Miller, et al

vs.

Keystone RV Company, et al

Case No. 11-00298 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CHAMHILL CONSTRUCTORS, INC., THROUGH its Registered Agent for Service, CT CORPORATION System
   (address) 645 LAKELAND E. DR. Ste. 101, Flowood, MS 39232
2. (name) Keystone RV Company, through its Registered Agent for Service, DAVID THOMAS
   (address) 2642 Hackberry Dr., Goshen, IN 46526
3. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E Capitol St, Ste. 500, Jackson, MS 39201-0001
4. (name) USA Atty Gen. of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001
5. USA - FEMA Office of the Director, Office of the Gen. Counsel, 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119