OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Raymond Brown, et al

vs.

CH2MHill Constructors, Inc, et al

Case No. 11-00362  Section _____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) CH2MHill Constructors, Inc, through its Registered Agent for Process, CT Corporation System
   (address) 645 Lakeland Dr, Ste 101, Flowood, MS 39232
2. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E Capitol St, Ste 500, Jackson, MS 39201
3. (name) USA - Atty Gen of the United States, U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001
4. (name) USA - FEMA, Office of the Director, Office of the Gen Counsel
   (address) 500 C Street, SW, Washington DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.