UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  * | | MDL NO. 1873 |
| FORMALDEHYDE  * | | |
| PRODUCT LIABILITY  * | | SECTION "N-5" |
| LITIGATION  * | | |
|  * | | |
|  * | | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES  * | | |
| TO: *Percy Leblanc, et al vs. Recreation*  * | | MAG. JUDGE CHASEZ |
| *by Design, LLC,* C.A. 11-421  * | | |

**************************************************************************

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Recreation By Design, LLC, which moves this Honorable Court for an Order enrolling as its additional counsel of record Lyon H. Garrison, Randall C. Mulcahy, and Kelly M. Morton in the above captioned matter along with presently enrolled counsel Scott P. Yount of Garrison, Yount, Forte & Mulcahy, LLC.

WHEREFORE, Recreation By Design, LLC, prays that this Court enter an Order, enrolling Lyon H. Garrison, Randall C. Mulcahy, and Kelly M. Morton as additional counsel

of record for Recreation By Design, LLC, in this matter.

                              Respectfully submitted,

                              */s/Scott P. Yount*
                              LYON H. GARRISON, Bar No. 19591
                              SCOTT P. YOUNT, Bar No. 22679
                              RANDALL C. MULCAHY, Bar No. 26436
                              KELLY M. MORTON, Bar No.30645
                              GARRISON, YOUNT, FORTE & MULCAHY, LLC
                              909 Poydras Street, Suite 1800
                              New Orleans, Louisiana 70112
                              Telephone: (504) 527-0680
                              Facsimile: (504) 527-0686
                              Attorneys for defendant,
                              Recreation By Design, LLC
                              Email: syount@garrisonyount.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                              */s/Scott P. Yount*
                              SCOTT P. YOUNT, Bar No. 22679