OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

CARLISA ANDERSON, ETAL

vs.

FOREST RIVER, INC., ETAL

Case No. 11-00301 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) FOREST RIVER, INC
   (address) THROUGH ITS AGENT FOR SERVICE OF PROCESS J. RICHARD RANSAL, 228 W. HIGH ST., ELKHART IN 46516
2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR., STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 East Capitol St, Suite 500, JACKSON MS 39201-0001
4. (name) USA - ATTY GEN OF THE US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF THE GEN COUNSEL
   500 C STREET, SW, WASHINGTON DC 20472

Very truly yours,

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119