OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

ALICE FAY SMITH

vs.

DUTCHMEN MANUFACTURING, INC.

Case No. 11-00319 Section ___

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) DUTCHMEN MANUFACTURING, INC.
   THROUGH ITS AGENT FOR SERVICE OF PROCESS
   (address) 1209 ORANGE ST, WILMINGTON DE 19801

2. (name) CH2M HILL CONSTRUCTORS, INC
   THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
   (address) CT CORPORATION SYSTEM, 645 LAKELAND E. DR. STE 101, FLOWOOD MS 39232

3. (name) USA - THROUGH THE US ATTY OFC, SOUTHERN DIST. OF MS
   (address) 188 E. CAPITOL ST., STE 500, JACKSON, MS 39201-0101

4. (name) USA - ATTY GEN OF THE US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001

5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN. COUNSEL
   500 C. STREET, SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.