OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

FARRAH T. BOOTH, ETAL

vs.

CH2M HILL CONSTRUCTORS, INC., ETAL

Case No. 11-00376 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC.
   (address) THROUGH ITS REGISTERED AGENT FOR PROCESS, CT CORPORATION SYSTEM, 645 LAKELAND DR, STE 101, FLOWOOD MS 39232
2. (name) USA - THROUGH US ATTY OFC, SOUTHERN DIST OF MS
   (address) 188 EAST CAPITOL ST., STE 500, JACKSON MS 39201
3. (name) USA - THROUGH ATTY GEN OF THE U.S., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
4. (name) USA - FEMA, OFC OF DIRECTOR, OFC OF GEN COUNSEL
   (address) 500 C STREET, SW, WASHINGTON DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
           FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
        NEW ORLEANS, LA 70119