OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Betty Antoine, et al

vs.

Bechtel National, Inc., et al

Case No. 11-00378 Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc
   (address) Through its registered agent for process: CT Corporation System, 645 Lakeland Dr, Ste 101, Flowood MS 39232
2. (name) USA - through US Attys Ofc, Southern Dist of MS
   (address) 188 East Capitol St., Ste 500, Jackson MS 39201
3. (name) USA - Atty Gen of US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001
4. (name) USA - FEMA - Ofc of Director, Ofc of Gen Counsel
   (address) 500 C St. SW, Washington DC 20472

Very truly yours,
[Signature]
"Signature"

Attorney for Plaintiffs
Frank J. D'Amico, Jr., APLC
Address 4731 Canal St
New Orleans, LA 70119

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.