OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

Lana Marie Bracken, et al

vs.

Thor Industries, Inc, et al

Case No. 11-00303  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Bechtel National, Inc, through its Registered Agent for Process, CT Corporation System
   (address) 645 Lakeland E. Dr, Ste. 101, Flowood MS 39232

2. (name) Thor Industries, Inc, through its Agent for Service of Process Corporation Trust Company
   (address) Corporation Trust Center 1209 Orange St, Wilmington, DE 19801

3. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E. Capitol St, Ste. 500, Jackson MS 39201-0001

4. (name) USA - Atty General of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

5. USA - FEMA, Office of the Director, Office of the Gen. Counsel 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119