OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Charlotte Faye Sanders

vs.

Bechtel National, Inc, et Al

Case No. 11-00377 Section _____

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bechtel National, Inc. through its Registered Agent for Process, CT Corporation System
   (address) 645 Lakeland Dr., Ste. 101, Flowood, MS 39232
2. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E. Capitol St. Ste. 500, Jackson, MS 39201
3. (name) USA - Atty Gen. of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave. NW, Washington, DC 20530-0001
4. (name) USA - FEMA Office of the Director Office of the Gen. Counsel
   (address) 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119