OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

CAROLYN LEE, ETAL

vs.

LAKESIDE PARK HOMES, INC, ETAL

Case No. 11-00374 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) LAKESIDE PARK HOMES, INC
   (address) THROUGH ITS REGISTERED AGENT BEN C. JARVIS, 70 PEACHSTATE DR, ADEL, GA 31620
2. (name) CH2M HILL CONSTRUCTORS, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION, 645 LAKELAND E. DR., STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 EAST CAPITOL, STE 500, JACKSON, MS 39201
4. (name) USA - ATTY GEN OF U.S., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF DIRECTOR, OFC OF GEN COUNSEL
   500 C STREET, SW, WASHINGTON DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119