OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

William E. Young, etal

vs.

Dutchmen Manufacturing, Inc., etal

Case No. 11-00373  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓  amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Dutchmen Manufacturing, Inc.
   through its agent for service of process
   (address) Corporation Trust Co., 1209 Orange St, Wilmington DE 19801

2. (name) Bechtel National, Inc.
   through its registered agent for service
   (address) CT Corporation System, 645 Lakeland E, Ste 101, Flowood MS 39232

3. (name) USA - through the US Attys Ofc, Southern Dist of MS
   (address) 188 E. Capitol St, Ste 500 Jackson MS 39201-0101

4. (name) USA - through the Atty Gen of the US, US Dept of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001

5. USA - FEMA, Ofc of Director, Ofc of General Counsel
   500 C St, SW, Washington DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for  Plaintiffs
Frank J. D'Amico, Jr., APLC
Address  4731 Canal St
New Orleans, LA 70119