OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: _____ 3/9/11 _____

JOSEPH CARROLL, ETAL

vs.

COACHMEN INDUSTRIES, INC., ETAL

Case No. 11-00299  Section _____

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint)

(other : _____ ) to the following:

1.  (name) COACHMEN INDUSTRIES, INC.
    THROUGH ITS AGENT FOR SERVICE
    (address) CORPORATION SVC CO, 251 E. OHIO ST., STE 500 INDIANAPOLIS IN 46204
2.  (name) BECHTEL NATIONAL, INC
    THROUGH ITS AGENT FOR SERVICE
    (address) CT CORPORATION SYSTEM 645 LAKELAND E. DR, STE 101 FLOWOOD MS 39252
3.  (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DISTRICT OF MS
    (address) 188 EAST CAPITOL ST, STE 500 JACKSON MS 39201-0001
4.  (name) USA - ATTY GEN OF US, US DEPT OF JUSTICE
    (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   500 C STREET, SW WASHINGTON DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119