OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Stephanie Washington

vs.

Forest River, Inc, et al

Case No. 11-00302 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC, THROUGH its Registered Agent for Service CT Corporation System
   (address) 645 Lakeland E Dr, Ste. 101, Flowood, MS 39232
2. (name) Forest River, Inc, through its Agent for Service of Process, J. Richard Ransel
   (address) 228 W. High St, Elkhart, IN 46516
3. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E. Capitol St, Ste 500, Jackson, MS 39201-0001
4. (name) USA - Atty Gen of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave, NW, Washington DC 20530-0001
5. USA - FEMA, Office of the Director, Office of the Gen. Counsel 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119