UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Anthony L. Sturpica, et al, v. Crum and* | * | |
| *Forster Specialty Ins. Co., et al.* | * | |
| *Case No. 09-5320* | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFF

NOW INTO COURT, through undersigned Counsel, comes Plaintiff Elaine L. Duncan (aka Elaine Duncan Lee) who pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, hereby voluntarily dismisses all claims against all Defendants in the above captioned matter as is relates to her claim only.

This dismissal is without prejudice and Plaintiff reserves all rights and allegations in *Raymond Jones Sr. et al v. Gulf Stream Coach, Inc.*, 2:09-cv-5765 (E.D. La 2009) and *James R. Lee II and Kimberly Duncan v. Liberty Mutual Insurance Corp.*, 2:09-cv-6978 (E.D. La 2009).

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:     /s/ Lawrence J. Centola, Jr.
          LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

  s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.