OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

SUSAN CAPORELLI, ETAL

vs.

COACHMEN INDUSTRIES, INC., ETAL

Case No. 11-00307 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : ____________ ) to the following:

1. (name) COACHMEN INDUSTRIES, INC.
(address) THROUGH FOR SERVICE OF PROCESS CORPORATION SERVICE CO., 251 E. OHIO ST., STE 500, INDIANAPOLIS IN 46204
2. (name) BECHTEL NATIONAL, INC.
(address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM 645 LAKELAND E. DR STE 101 FLOWOOD MS 39232
3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST OF MS
(address) 188 E. CAPITOL ST, STE 500 JACKSON MS 39201-0001
4. (name) USA - THROUGH THE ATTY GEN OF THE U.S., US DEPT OF JUSTICE
(address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
500 C. STREET, SW, WASHINGTON DC 20472

Very truly yours,

[signature]
"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.