OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 3/9/11

JACQUELINE MILLER, ETAL

vs.

CH2M HILL CONSTRUCTORS, INC., ETAL

Case No. 11-00359   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CH2M HILL CONSTRUCTORS, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM, 645 LAKELAND DR., STE 101, FLOWOOD MS 39232
2. (name) USA - THROUGH THE US ATTY OFFICE, SOUTHERN DISTRICT OF MISSISSIPPI
   (address) 188 E. CAPITOL ST., SUITE 500, JACKSON, MS 39201
3. (name) USA - ATTY GEN OF US., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001
4. (name) USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL
   (address) 500 C STREET, SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.