OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Amanda Cuevas, Etal

vs.

Cavalier Home Builders, LLC, Etal

Case No. 11-00314 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Cavalier Home Builders, LLC
   Through its Agent for Service of Process
   (address) 1209 Orange St., Wilmington, DE 19801
2. (name) Bechtel National, Inc
   Through its Registered Agent for Service of Process
   (address) CT Corporation System, 645 Lakeland E. Dr., Ste 101, Flowood, MS 39232
3. (name) USA - Through the US Attys Ofc, Southern Dist of MS
   (address) 188 East Capitol St., Ste 500, Jackson, MS 39201-0001
4. (name) USA - Through the Atty Gen of the U.S., US Dept of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
5. USA - Through FEMA, Ofc of the Director, Ofc of the Gen Counsel
   500 C. Street, SW, Washington DC 20472

Very truly yours,

"Signature"

I certify that all parties listed in the complaint referenced above, have been matched pursuant to PTO #55.

Attorney for Plaintiffs
Frank J. D'Amico, Jr., APLC
Address 4731 Canal St
New Orleans, LA 70119