OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

SUSAN ASHER RAMSEY, ETAL

vs.

KEYSTONE RV COMPANY, ETAL.,

Case No. 11-00571  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) KEYSTONE RV COMPANY,
   THROUGH ITS REGISTERED AGENT FOR SERVICE
   (address) DAVID THOMAS, 2642 HACKBERRY DR, GOSHEN IN 46526
2. (name) BECHTEL NATIONAL, INC.
   THROUGH ITS REGISTERED AGENT FOR SERVICE
   (address) CT CORPORATION SYSTEM, 645 LAKELAND EAST DR, STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DISTRICT MS
   (address) 188 EAST CAPITOL ST, SUITE 500, JACKSON MS 39201-0101
4. (name) USA - THROUGH THE ATTY GEN OF US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF DIRECTOR, OFC OF GEN. COUNSEL
   500 C ST., SW, WASHINGTON DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119