OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

Jerry Davis

vs.

Jayco, Inc., et al

Case No. 11-00368 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) Bechtel National, Inc, through its Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland E. Dr., Ste. 101, Flowood, MS 39232
2. (name) Jayco Inc. through its Agent for Service of Process, Glenn Killoren
   (address) 121 W. Franklin St, Ste 200, Elkhart, IN 46516
3. (name) USA through the U.S. Atty's Office Southern District of Mississippi
   (address) 188 E Capitol St, Ste 500, Jackson, MS 39201-0001
4. (name) USA - Atty Gen. of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave NW Washington, DC 20530-0001
5. USA - FEMA Office of the Director, Office of the Gen. Counsel 500 C. Street, SW, Washington, DC 20472

Very truly yours,

_____
"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119