OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

MARGARET CAMERON, ETAL

vs.

GULF STREAM COACH, INC

Case No. 11-00367  Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) GULF STREAM COACH, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE KENNETH C BRINKER, 503 SOUTH OAKLAND, NAPPANEE, IN 46550
2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR., STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH US ATTYS OFC SOUTHERN DIST OF MS
   (address) 188 EAST CAPITOL ST., STE 500, JACKSON MS 39201-0001
4. (name) USA - ATTY GEN OF THE US., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF DIRECTOR, OFC OF GEN. COUNSEL
   500 C ST., SW, WASHINGTON DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119