OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 3/9/11

Clarence R. Fairley, et al

vs.

Coachmen Industries, Inc, et al

Case No. 11-00300 Section ____

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) CROMHILL CONSTRUCTORS, INC, Through its Registered Agent for Service, CT Corporation System
   (address) 645 Lakeland E. Dr, Ste 101, Flowood, MS 39232
2. (name) COACHMEN INDUSTRIES, INC, Through its Agent for Service of Process, Corporation Service Company
   (address) 251 E. Ohio St, Ste 500, Indianapolis, IN 46204
3. (name) USA through the U.S. Atty's office Southern District of Mississippi
   (address) 188 E Capitol St, Ste 500, Jackson, MS 39201-0001
4. (name) USA - Atty Gen of the United States U.S. Department of Justice
   (address) 950 Pennsylvania Ave NW, Washington, DC 20530-0001
5. USA - FEMA, Office of the Director, Office of the Gen. Counsel 500 C Street, SW, Washington, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,
"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
NEW ORLEANS, LA 70119