OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

PATRICE BROWN, ETAL

vs.

KEYSTONE RV COMPANY, ETAL

Case No. 11-00297 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) KEYSTONE RV COMPANY
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE DAVID THOMAS, 2642 HACKBERRY DR. GOSHEN IN 46526
2. (name) BECHTEL NATIONAL, INC
   (address) THROUGH ITS REGISTERED AGENT FOR SERVICE CT CORPORATION SYSTEM, 645 LAKELAND E. DR, STE 101, FLOWOOD MS 39232
3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DISTRICT OF MS
   (address) 188 E CAPITOL ST, STE 500, JACKSON MS 39201-0101
4. (name) USA - ATTY GEN OF THE US, US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001
5. USA - THROUGH FEMA, OFC OF THE DIRECTOR, OFC OF GEN COUNSEL 500 C STREET, SW, WASHINGTON DC 20472

Very truly yours,

_____
"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119