OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/9/11

HENRY SEYMOUR, ETAL

vs.

THOR INDUSTRIES, INC., ETAL

Case No. 11-00304 Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) THOR INDUSTRIES, INC.
   THROUGH ITS AGENT FOR SERVICE OF PROCESS
   (address) CORP. TRUST CO. 1209 ORANGE ST., WILMINGTON, DE 19801

2. (name) CH2M HILL CONSTRUCTORS, INC
   THROUGH ITS REGISTERED AGENT FOR PROCESS
   (address) CT CORP. SYSTEM, 645 LAKELAND E., ST, STE 101, FLOWOOD MS 39232

3. (name) USA - THROUGH THE US ATTYS OFC, SOUTHERN DIST OF MS
   (address) 188 EAST CAPITOL ST, STE 500 JACKSON MS 39201-0001

4. (name) USA - ATTY GEN OF THE U.S., US DEPT OF JUSTICE
   (address) 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001

5. USA - FEMA, OFC OF THE DIRECTOR, OFC OF GEN. COUNSEL
   500 C. STREET, SW, WASHINGTON DC 20472

Very truly yours,

[Signature]

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address  4731 CANAL ST
         NEW ORLEANS, LA 70119

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.