# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Maudry Brown, et al v. Jayco Enterprises, Inc., et al.*
Civil Action No. 09-8614

*************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 29, 2009.

1.

This Second Supplemental and Amending Complaint for Damages names Larry Gozan as a previously identified Plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the above-captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiff be added to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiff was originally placed in a matched suit against an erroneously named manufacturer and only recently was able to correctly identify his manufacturer.  Plaintiffs seek to remedy this and in doing so comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by Jayco Enterprises, Inc., as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a Second Supplemental and Amending Complaint for Damages against the same manufacturer (Jayco Enterprises, Inc.).

5.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

                                                Respectfully submitted,

                                                /s/ Frank J. D'Amico, Jr.
                                                FRANK J. D'AMICO, JR. (LSBA# 17519)
                                                Frank J. D'Amico, Jr., APLC
                                                4731 Canal St.
                                                New Orleans, LA  70119
                                                Phone: (504) 525-7272
                                                Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)