UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Thursday, March 24, 2011, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference Thursday, March 24, 2011 are:

-Jerry Meunier
-Justin Woods
-Matt Moreland
-Raul Bencomo
-Frank D'Amico, Jr.
-Tony Buzbee
-Mikal Watts
-Dennis Reich
-Robert Becnel
-Robert Hilliard
-Andy Weinstock
-Joe Glass

- Ernie Gieger
-Stewart Tharp
-Jim Percy
-Tim Scandurro
-Dave Kurtz
-Karen Whitfield
-Charlie Penot
-Gerry Barrios
-John Hainkel
-Henry Miller
-Adam Dinnell
-Tom Thagard
-Ralph Hubbard
-Charles Leche
-John Perry (attendance optional)
-Dan Balhoff (attendance optional)
-Randi Ellis (attendance optional)

     Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10 a.m. conference on Thursday, March 24, 2011, is open to all.

     New Orleans, Louisiana, this 21st day of March, 2011.

                             **KURT D. ENGELHARDT**
                             **UNITED STATES DISTRICT JUDGE**