UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

GERALD WATSON, SR., and  CIVIL DOCKET NO. 1:11-cv-00052
GLORIA WATSON
VERSUS

HEARTLAND RECREATIONAL  JURY TRIAL REQUESTED
VEHICLES, LLC
*********************************************************************

### UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles, L.L.C., who with a full reservation of rights, files this Unopposed Motion for Leave to Supplement its Notice of Removal solely for purposes of filing Plaintiffs' Amended Petition filed in the state court action shortly before Heartland filed its Notice of Removal and which was mistakenly omitted from the Notice of Removal, upon respectfully representing that:

1.

On December, 29, 2010, Plaintiffs, through attorney Anthony Buzbee of the Buzbee Law Firm, filed Plaintiffs' Original Petition (the "Petition") in this action entitled, *Gerald Watson, Sr. and Gloria Watson, v. Heartland Recreational Vehicles."* and bearing Docket Number D189-038, (the "Petition"), in the 136th District Court of Jefferson County, State of Texas which is attached as Exhibit 1. (the "State Court action"). On February 1, 2011, plaintiffs filed Plaintiffs' Amended Petition (attached hereto as Ex. 2)

2.

On February 1, 2011 (the same day plaintiffs filed Plaintiffs' Amended Petition), Heartland filed its Notice of Removal (Rec. Doc. 1), which represented that "all petitions" filed



in the State Court action were being filed with the Notice of Removal. See "Index of Matters Being Filed" (Doc 1-2) at No. 5; "Additional Case Information Required by Local Rule CV- 81" (Doc. 1-4 at No 3); and "State Court File Index" (Doc. 1-5 at page 1 No. 3).

3.

The representation that "all petitions" filed in the State Court action was a mistake because shortly before Heartland filed its Notice of Removal on February 1, 2011, plaintiffs filed Plaintiffs' Amended Petition in the State Court action, which amended petition was not included in the filings associated with Notice of Removal field by Heartland.

4.

Before filing the Notice of Removal, Heartland secured a certified copy of the State Court Docket Sheet (Doc 1-5 page 3), which did not reflect any amended petition having been filed by plaintiffs. After filing of the Notice of Removal, Heartland secured another certified copy of the State Court Docket Sheet (attached hereto as Ex. 3), which also does not reflect any amended petition been filed by plaintiffs.

Additionally, defendant was assured several times via telephone calls to the Jefferson County Courthouse between the hours of 1:00 p.m. and 4:00 p.m. that there was no such Amended Petition filed into the State Court action. As the State Court action was not set up for electronic filing, defendant was unable to independently verify whether an Amended Petition was filed prior to their representations to this Court. However, it appears that shortly before Heartland filed its State Court Notice of Removal and the Notice of Removal filed in this Court at 5:07 p.m. on February 1, 2011, plaintiffs filed Plaintiffs' Amended petition at 1:54 p.m. in the State Court action. It should be noted that the although the Amended petition references that an Exhibit "A" is attached, the exhibit was in fact not attached to the Amended Petition. (Exhibit 2

at ¶ VIII) In fact, the Exhibit was not filed until February 2, 2011, around 12:00pm. Since this was filed after our Notice of Removal (Rec. Doc. 1) it is not considered part of the State Court file for purposes of removal.

5.

As a result of the foregoing, Heartland's representations in the "Index of Matters Being Filed", "Additional Case Information Required by Local Rule CV-81" and "State Court File Index" that "all petitions" or "Plaintiff's petitions" in the State Court action were filed with the Notice of Removal are inaccurate. However, all that is needed to correct this inaccuracy is to supplement Heartland's Notice of Removal with a copy of Plaintiffs' Amended Petition.

6.

Therefore, Heartland moves for leave of this Court to supplement its Notice of Removal by filing Plaintiffs' Amended Petition attached hereto as Exhibit 2 into the record of these proceedings.

7.

Undersigned counsel certifies that he has communicated with opposing counsel and opposing counsel does not oppose the leave of Court request herein.

**WHEREFORE**, Defendant, Heartland Recreational Vehicles, LLC. prays that this Court grant this Unopposed Motion for Leave so that it may file its Supplemental Notice of Removal, and that this matter be removed to the United States District Court for the Southern District of Texas for further proceedings and disposition.

By:    /s/ Alan J. Meche
Alan J. Meche
Texas State Bar No. 24025530
**Allen & Gooch, P.L.C.**
P.O. Box 81129
Lafayette, Louisiana 70508-1129
Telephone: (337) 291-1480
Facsimile: (337) 291-1485
alanmeche@allengooch.com
*Attorney for Heartland, Recreational Vehicles LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent to all known counsel of record, by certified mail, return receipt requested, regular U.S. mail, hand delivery, electronic mail or facsimile, on this the 17th day of February, 2011.

/s/ Alan J. Meche