UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | | MDL NO. 1873 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Eloise Gums, et al. v. Forest River, Inc.* | * | |
| Docket No. 11-410 | * | MAG: CHASEZ |
| | * | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
OPPOSITION MEMORANDUM IN EXCESS OF PAGE LIMIT**

**NOW INTO COURT**, through undersigned counsel, comes defendant Forest River, Inc., who, for the reasons more fully set forth in the supporting Memorandum attached hereto and incorporated herein as if reproduced *in extenso*, respectfully request that the Court allow it to file an Opposition Memorandum related to plaintiffs' *Motion to Remand* in excess of the page limit established by the Local Rule 7.7. Because of the breadth of issues discussed, Forest River requests that the Court allow a total of 35 pages for its Opposition. Finally, plaintiffs have been contacted and do not oppose this motion.

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR.
Louisiana State Bar No. 6154
Texas State Bar No. 24054169
ANDREW A. BRAUN
Louisiana State Bar No. 3415
Texas State Bar No. 24061558
LAUREN C. CANCIENNE
Texas State Bar No. 24055257
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2011, a copy of the foregoing *Motion for Leave to File Opposition Memorandum in Excess of Page Limit* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Ernest P. Gieger, Jr.