UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION: N(4) |
| This Document Relates to: | * | |
| *Eloise Gums, et al. v. Forest River, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 11-410 | * | |
| | * | MAG: CHASEZ |
| | * | |

**<u>DEFENDANT'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION IN EXCESS OF PAGE LIMIT</u>**

Defendant Forest River, Inc. ("Forest River") respectfully requests that the Court allow it to file an opposition to Plaintiffs' Motion to Remand in excess of the page limit established by the Court.

Local Rule 7.7 requires that " a brief or memorandum supporting or opposing a motion must not exceed 25 pages, excluding exhibits." In its *Notice of Removal*, Forest River asserted two grounds for federal jurisdiction, specifically, diversity under 28 USC §1332 and the Federal Officer Removal Statute, 28 USC §1442(a)(1). In its *Opposition to Plaintiffs' Motion to Remand*, Forest River has presented the grounds upon which it relies for diversity jurisdication. Further, Forest River has provided a complete analysis of its interaction with FEMA in developing emergency housing units and how this interaction allows for federal jurisdiction pursuant to the Federal Officer Removal statute.

Due to the complexity of these issues, Forest River requests an additional ten pages beyond the Court's page limit so that a meaningful and complete opposition can be provided.

Further, the arguments contained in this opposition are especially significant given the other similar remand motions pending in this multi-district litigation.

Plaintiff has been contacted and does not object to this motion.

Accordingly, defendant requests that the Court grant its motion for leave to file a 36 page opposition memorandum relating to the *Motion to Remand*.

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR.
Louisiana State Bar No. 6154
Texas State Bar No. 24054169
ANDREW A. BRAUN
Louisiana State Bar No. 3415
Texas State Bar No. 24061558
LAUREN C. CANCIENNE
Texas State Bar No. 24055257
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2011, a copy of the foregoing *Memorandum in Support of Unopposed Motion for Leave to File Opposition in Excess of Page Limit* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Ernest P. Gieger, Jr.
