1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF LOUISIANA

 3                  NEW ORLEANS DIVISION

 4   In Re:  FEMA Trailer    )

 5   Formaldehyde Products   ) MDL No. 1873

 6   Liability Litigation    )

 7

 8                              Washington, D.C.

 9                              Wednesday, July 8, 2009

10   Videotape Deposition of DAVID LAWRENCE PORTER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:17 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

**EXHIBIT E**

1       A.    From I think February '93 till June I

2   guess 2007.

3       Q.    And what different job positions and

4   titles did you have at FEMA starting with the first

5   in February '93 and then ending with the last in June

6   of '07?

7       A.    I think I was at the storage center, the

8   Blue Grass Storage Center in Richmond, Kentucky, and

9   there I basically helped out with the housing as the

10  units were coming in, and I was also responding to

11  disasters.  I think it was emergency management

12  specialist.  I think that was the title.

13            Then when I moved to D.C., I guess that

14  was 12 years ago, so I guess that was '97.  I guess

15  that was '97, July '97, I think.  And basically, my

16  job changed.  I still responded to disasters to help

17  out with housing.  I helped coordinate specs and

18  regulations and things like that.

19      Q.    And you carried out that job activity from

20  '97 until June of 2007?

21      A.    Then I moved to the -- what was called --

22  later called the IA/TAC.  That was right after

```
 1    Katrina, I guess that was set up.  And I'm not sure
 2    of the date that I actually started working there.  I
 3    forgot what -- what the actual date was.
 4         Q.   All right.  But --
 5         A.   IA/TAC, I was the national unit chief.
 6         Q.   And you're saying, IA/TAC?
 7         A.   Yeah, individual assistance, technical
 8    assistance contract.
 9         Q.   And you had that position, you say, from
10    the time of Katrina until --
11         A.   Right after -- after Katrina, I think
12    that's when that was set up, and then till I left.
13         Q.   Let me go back to the period from '93 to
14    '97 before you moved to D.C.
15         A.   Okay.
16         Q.   You said you were an emergency management
17    specialist at another location?
18         A.   Yes.
19         Q.   And that you worked in the area of
20    providing housing assistance to -- to disaster
21    victims?
22         A.   Right.
```

1   with that mail.

2        A.   M-hm.

3        Q.   -- that you were not involved with and

4   have no information about new specs that went into

5   effect regarding travel trailers for Katrina victims,

6   specifically on the subject of testing for

7   formaldehyde?

8        A.   For this email, I did not write the specs.

9        Q.   My question was broader than that.

10            Whether you wrote them or not, were you

11  aware of new specs being put into place specifically

12  to allow for testing for formaldehyde levels?

13       A.   I do not recall those specs.  I don't

14  remember them.

15       Q.   You see, then, Garratt responds to Ryan

16  Buras, and again, he copies you on the email, and

17  because Buras has been talking about HUD standards --

18       A.   M-hm.

19       Q.   -- which you know that HUD standards for

20  formaldehyde emissions at this point in time were

21  only applied to manufactured housing and not to

22  travel trailers?

```
 1                  Were you aware of that?
 2        A.    The HUD standards?
 3        Q.    HUD standards for -- for formaldehyde.
 4        A.    I know the HUD regulations here?
 5        Q.    Yes.
 6        A.    HUD regulates anything related to the
 7   manufactured homes.
 8        Q.    Right.
 9              But not travel trailers?
10        A.    Not travel trailers and not park models.
11        Q.    Okay.  So Garratt in this email response
12   to Buras copied to you says:  So did any TT, slash,
13   PM -- and we can assume that refers to travel
14   trailer, park model -- manufacturers voluntarily
15   comply with HUD standards?
16              Let me stop there.
17              Were you aware of there ever being an
18   occasion on which travel trailer or park model
19   manufacturers voluntarily set out to comply with HUD
20   formaldehyde emission standards even though those
21   standards did not apply to travel trailers and park
22   models?
```

```
 1    represent Fleetwood Enterprises in this lawsuit.
 2              You were asked earlier today about an
 3    exhibit 7 that was an email stream that included some
 4    information from somebody named Ryan Buras asking,
 5    has any manufacturer voluntarily constructed travel
 6    trailers to the HUD standards relating to
 7    formaldehyde.
 8              Do you remember that discussion this
 9    morning?
10         A.   I don't think they asked did anybody do
11    that.  It said -- it asked, did anybody voluntarily
12    comply with the HUD standards.
13         Q.   Okay.  And your answer this morning was
14    that you were not aware of a manufacturer that had
15    voluntarily complied with the HUD standards relative
16    to formaldehyde?
17         A.   I didn't remember the discussion.  I don't
18    remember anybody that complied -- I don't remember
19    that stuff.
20         Q.   Okay.  So my next question is, do you have
21    any information that no manufacturers in fact did
22    comply with HUD standards for formaldehyde emissions
```

```
 1    for travel trailers?
 2        A.    That no manufacturers did comply.
 3        Q.    In other words, do you have any
 4    information that you can give us that you believe
 5    confirms that any given manufacturer failed to comply
 6    with HUD standards for formaldehyde in the
 7    construction of their travel trailers that were used
 8    in Katrina?
 9        A.    They wasn't required to go by the HUD, so
10    I don't see how they could fail it when they wasn't
11    required to do that.
12        Q.    Okay.  And my ques- --
13        A.    I don't have any information regarding
14    that.
15        Q.    You don't have any information one way or
16    the other --
17        A.    I don't --
18        Q.    -- about whether they complied or didn't
19    comply?
20        A.    I don't recall any of that information.
21        Q.    All right.
22        A.    I don't remember it.
```