1

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF LOUISIANA

 3                     NEW ORLEANS DIVISION

 4    In Re:  FEMA Trailer      )

 5    Formaldehyde Products     ) MDL No. 1873

 6    Liability Litigation      )

 7

 8                                  Washington, D.C.

 9                                  Tuesday, July 14, 2009

10    Videotape Deposition of MARTIN EDWARD McNEESE, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at

17    9:03 a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

**EXHIBIT G**

1             Objection.

2             There's no question pending.

3             MS. GILBREATH:  Okay.

4             MR. MILLER:  You can have the court

5    reporter read the que- -- answer back if you want.

6             MS. GILBREATH:  Can you read back his

7    previous answer.

8             (The reporter read the last

9             answer.)

10            BY MS. GILBREATH:

11       Q.   So did you believe the task of EPA and

12   ATSDR in terms of determining whether venting was an

13   effective response was to determine whether or not it

14   lowered the levels of formaldehyde?

15       A.   No, I didn't believe that.

16            If the test -- the test that was given to

17   EPA was to, number 1, establish a baseline or

18   establish a level of volatile inorganic compounds and

19   specifically formaldehyde, and number 2, to --

20   because we weren't denying that there was

21   formaldehyde in the units -- we knew there was -- to

22   see if -- what the impact of venting was on the

100

1      A.    Yes, I do.

2      Q.    And you recall that your conclusion was

3 that based on those tests, you felt like travel

4 trailers in combination with ventilation were a

5 viable option for emergency housing.

6            Correct?

7      A.    That's correct.

8      Q.    Okay.  And you were asked a followup

9 question as to whether you were basing that solely on

10 the ATSDR test or whether you had any personal

11 training or experience or knowledge.

12           Do you recall those questions?

13     A.    I do.

14     Q.    Am I correct that you did in fact have

15 some personal experience while you were with FEMA

16 with the use of travel trailers in other disasters

17 prior to Hurricane Katrina?

18     A.    That's correct.

19           I have actually been working in housing

20 programs over the past -- over the years before

21 Katrina.

22     Q.    And am I also correct that part of your

1    experience would have been working with travel

2    trailers in hurricane disaster areas, including the

3    Gulf Coast in Florida?

4         A.   That's correct.

5         Q.   Is -- am I also correct that to the best

6    of your knowledge and experience working with travel

7    trailers prior to Hurricane Katrina, you weren't

8    aware of any health concerns associated with

9    formaldehyde in the travel trailers; is that right?

10        A.   That's correct.  I was not.

11        Q.   And you dealt directly with occupants,

12   didn't you, in those other hurricane disaster areas

13   from time to time?

14        A.   I did.

15        Q.   And again, prior to Hurricane Katrina, you

16   weren't aware of any complaints by occupants relating

17   to formaldehyde or health effects of living in these

18   trailers?

19             MR. MILLER:  Objection, compound.

20        A.   Yeah,.

21             Actually I was not aware of any.

22             BY MR. SCANDURRO:

1             Do you see that?

2        A.   I do.

3        Q.   It was no surprise to you that there was

4   some formaldehyde in these travel trailers, was it?

5        A.   No, it was not.

6        Q.   And in fact, you're generally aware that

7   there is also formaldehyde not only in travel

8   trailers but in mobile homes and in stick-built

9   residential structures; is that right?

10       A.   That's correct.

11       Q.   In some of the documents that we looked at

12  this morning, I noted that you made references to the

13  fact that there were no standards, residential indoor

14  air standards that FEMA could look to for guidance.

15            Do you recall having that concern at the

16  time?

17       A.   I do --

18       Q.   Could you --

19       A.   -- recall that.

20       Q.   -- elaborate on what -- what your reaction

21  was to learning that there were in fact no standards

22  that FEMA could look to regarding residential indoor