# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

February 1, 2011

**Via US Mail**
Ms. Lolita Ramos
Jefferson County District Clerk
1001 Pearl Street
Beaumont, Texas 77701

Re:   Cause No. D-0189035; *PERCY LEBLANC, WILSON LOCKETT, JR., LOGIE REDEAUX, and KAY WILLIAMS v. RECREATION BY DESIGN, LLC*; In the 136th Judicial District of Jefferson County, Texas

Ms. Ramos:

   Enclosed please find the three (3) copies of **Exhibit A** for filing in the above referenced matter which we failed to attach to **Plaintiff's Amended Petition** in our last package.

   Thank you in advance for your assistance in this matter. Should you have any questions regarding this matter, please do not hesitate to contact me at 713-223-5393.

Sincerely,

David Carr

DCC/
Enclosures




1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only