```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    IN RE: FEMA TRAILER          *    MDL NO. 1873
 4         FORMALDEHYDE PRODUCTS  *
           LIABILITY LITIGATION   *    SECTION "N"(4)
 5                                *
                                  *    JUDGE ENGELHARDT
 6                                *
    * * * * * * * * * * * * * * * *
 7

 8

 9         The 30(b)(6) videotaped deposition upon oral

10   examination of GULF STREAM COACH, INC., by

11   PHILIP SARVARI, a witness produced and sworn before

12   me, Patrice E. Morrison, RMR, CRR, Notary Public in

13   and for the County of Marion, State of Indiana, taken

14   on behalf of the Plaintiffs at The Marriott, 123 North

15   Saint Joseph Street, South Bend, Indiana, on July 24,

16   2008, at 8:51 a.m., pursuant to the Federal Rules of

17   Civil Procedure.

18

19

20

21

22           STEWART RICHARDSON & ASSOCIATES
              Registered Professional Reporters
23                   One Indiana Square
                       Suite 2425
24                Indianapolis, IN  46204
                     (317)237-3773
25
```

1   you have in the letter there that you sent to FEMA.
2 A We priced the product predicated on material costs
3   and labor costs and the ability to make reasonable
4   profit.
5 Q Now, are you the individual who decided what sort
6   of product you were going to provide to FEMA, as
7   far as how fancy or extensive it was or how scaled
8   down it was, or did somebody else do that?
9 A FEMA, I believe, provided us the spec from, I'd
10   say, August of 2004, and that's what we built to.
11 Q And that's what you considered when you quoted that
12   price?
13 A No, there were other things that were in
14   consideration.
15 Q Like what?
16 A Well, this unit was different.  This unit was built
17   with a railroad transport option, and the frame was
18   constructed differently.
19 Q That's the reason it was more expensive than the
20   ones that FEMA purchased off the lots through you?
21 A Off what lots?
22 Q You guys also were involved in providing
23   off-the-lot trailers, were you not, through
24   dealers, distributors?  Or do you not know about
25   that?