### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

   *Jassesl Marshall, et al. v. Clayton Homes of Lafayette, Inc,*
   *f/k/a Clayton Homes, Inc., et al..*
   *Civil Action No. 09-8494*

**********************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., in the above captioned matter.

                                       Respectfully submitted,

                                       /s/ Frank J. D'Amico, Jr._____ _____
                                       FRANK J. D'AMICO, JR. (LSBA# 17519)
                                       Frank J. D'Amico, Jr., APLC
                                       4731 Canal St.
                                       New Orleans, LA  70119
                                       Phone: (504) 525-7272
                                       Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)