UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Cudette Green,, et al. v. Clayton Homes of Lafayette, Inc, f/k/a Clayton Homes, Inc., et al..* Civil Action No. 10-2551 | | |

*****************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file this First Amended Complaint and Substitute a Party. Further, Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., is dismissed without prejudice.

DATED this _____day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE