UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 11-412

## ORDER

**IT IS ORDERED** that the Memorandum in Support of Gulf Stream Coach, Inc.'s Opposition to Plaintiffs' Motion to Remand (Rec. Doc. 20600) is **STRICKEN** from the record as it violates the page limitation in Local Rule 7.7.  It should be re-filed in compliance with the page limit.

New Orleans, Louisiana, this 23rd day of March, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE