# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

February 1, 2011

**Via US Mail**
Ms. Lolita Ramos
Jefferson County District Clerk
1001 Pearl Street
Beaumont, Texas  77701

Re:     Cause No. D-0189039; *JAMES CLARK, et al v. GULF STREAM COACH, INC.*; In the
136th Judicial District of Jefferson County, Texas

Ms. Ramos:

Enclosed please find the four (4) copies of **Exhibit A** for filing in the above referenced
matter which we failed to attach to **Plaintiff's Amended Petition** in our last package.

Thank you in advance for your assistance in this matter.  Should you have any questions
regarding this matter, please do not hesitate to contact me at 713-223-5393.

Sincerely,

David Carr

DCC/
Enclosures

I CERTIFY THIS AS A TRUE COPY
Witness my Hand and Seal of Office

FEB 1 4 2011

LOLITA RAMOS, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY_____DEPUTY

| 1910 Ice & Cold Storage Building | JPMorgan Chase Tower (Principal Office) | 200 East Cano |
|---|---|---|
| 104 21st Street (Moody Ave.) | 600 Travis, Suite 7300 | Edinburg, Texas 78539 |
| Galveston, Texas 77550 | Houston, Texas 77002 | By Appointment Only |
| By Appointment Only | Telephone: (713) 223-5393 | |
| | Facsimile:  (713) 223-5909 | |