UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                              JUDGE ENGELHARDT
                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sorino v. Crum & Forster Specialty Ins. Co., et al., EDLA 09-7772*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of Named Plaintiff's voluntary dismissal without prejudice of claims asserted herein against Crum & Forster Specialty Insurance Co., Sentry Insurance Agency Inc., Fluor Enterprises, Inc., and the United States, through FEMA, as this instant suit is duplicative of *Sorino v. Crum & Forster Specialty Insurance Co., et al*, E.D.La. 10-2400. Both cases involve the same parties and the same substantive allegations.

Accordingly, the Named Plaintiff seeks to voluntary dismiss the above-captioned matter, while reserving all rights and allegations asserted in *Sorino v. Crum & Forster Specialty Insurance Co., et al*, E.D.La. 10-2400.

                    Respectfully submitted:

                    **FORMALDEHYDE TRAILER FORMALDEHYDE
                    PRODUCT LIABILITY LITIGATION**

                    BY:   */s/Gerald E. Meunier*
                          GERALD E. MEUNIER, #9471
                          **PLAINTIFFS' CO-LIAISON COUNSEL**
                          Gainsburgh, Benjamin, David, Meunier &

Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2