UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE  *  | | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION        *  | | |
| * | | SECTION:  N(4) |
| This Document Relates to:            * | | |
| *Eloise Gums, et al. v. Forest River, Inc.*  * | | JUDGE ENGELHARDT |
| Docket No. 11-410                    * | | |
| * | | MAG:  CHASEZ |
| * | | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO FILE UNTIMELY OPPOSITION**

Defendant Forest River, Inc. ("Forest River") respectfully requests that the Court allow it to file an opposition to Plaintiffs' Motion to Remand after the Court's deadline for submission.

Plaintiffs filed their *Motion to Remand* on March 3, 2011.  Forest River's Opposition was due on March 22, 2011, and, on that date, Forest River filed a *Motion for Leave to File Opposition in Excess of Page Limit.*  [Rec. Doc. 20597]  In that motion, Forest River provided grounds for its request of an additional ten pages beyond the Court's twenty-five page limit for its Opposition.  Attached to that motion was a proposed Opposition of thirty-five pages.

On March 23rd, the Court denied Forest River's request.  [Rec. Doc. 20608]  Forest River has therefore revised its Opposition to keep it within the page limits set forth in Local Rule 7.7.

Forest River now files the instant motion for leave to file this revised Opposition.

Plaintiffs have been contacted and do not object to this motion.

1

2

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR.
Louisiana State Bar No. 6154
Texas State Bar No. 24054169
ANDREW A. BRAUN
Louisiana State Bar No. 3415
Texas State Bar No. 24061558
LAUREN C. CANCIENNE
Texas State Bar No. 24055257
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2011, a copy of the foregoing *Memorandum in Support of Unopposed Motion for Leave to File Untimely Opposition* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Ernest P. Gieger, Jr.