```
                                                                    1


 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3
      IN RE: FEMA TRAILER          *    MDL NO. 1873
 4           FORMALDEHYDE PRODUCTS *
             LIABILITY LITIGATION  *    SECTION "N"(4)
 5                                 *
                                   *    JUDGE ENGELHARDT
 6                                 *
         * * * * * * * * * * * * * *
 7

 8

 9          The 30(b)(6) videotaped deposition upon oral
10    examination of FOREST RIVER by DOUG GAEDDERT, a
11    witness produced and sworn before me, Patrice E.
12    Morrison, RMR, CRR, Notary Public in and for the
13    County of Marion, State of Indiana, taken on behalf of
14    the Plaintiffs at The Marriott, 123 North Saint Joseph
15    Street, South Bend, Indiana, on August 6, 2008, at
16    9:02 a.m., pursuant to the Federal Rules of Civil
17    Procedure.
18
19
20             STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
21                    One Indiana Square
                         Suite 2425
22                  Indianapolis, IN  46204
                        (317)237-3773
23
24
25
```

**EXHIBIT A**

1      opinion, you're asking --

2   Q  Right.

3   A  -- no fact, just what it meant to me.

4   Q  This is Mike writing to you after having

5      conversations with you.  Correct?

6   A  Right.

7   Q  What did that line mean to you?

8   A  To me that meant that they wanted an impressive

9      number from us to bid on in a short time frame to

10     improve chances of receiving a 35,000 unit order or

11     substantial part thereof.

12  Q  Okay.  In that written statement that we referred

13     to earlier by Peter Liegl, on page 2 at the top --

14     do you have a copy of it in front of you?  Right

15     here.

16         MR. GIEGER:  Read it before you answer the

17     question.

18  Q  All right.  Do you see the first sentence at the

19     top?

20  A  Yes.

21  Q  "This time, NACS asked if we could produce 35,000

22     units for it to sell to FEMA."

23         Is that an accurate statement?

24  A  Yes.

25  Q  "We knew we had to figure out what we could do --

```
 1          consistent with our production capacity, our
 2          ongoing operations and commitments, and our quality
 3          standards."
 4               Is that also a correct statement, to the best
 5          of your knowledge?
 6     A    Yes.
 7     Q    "But we wanted to help, even if it meant
 8          interrupting some of our other planned production.
 9          We knew we had to make a decision that made sense
10          for our workers, our suppliers, our dealers and our
11          customers.  So, our team at Forest River came up
12          with a production schedule that allowed us to build
13          5000 trailers to help Gulf Coast victims."
14               Is that an accurate statement?
15     A    Yes.
16     Q    So in response to NACS's request of Forest River
17          for 35,000 units, Forest River decided to produce
18          5000.  Is that an accurate statement?
19     A    We didn't have an order.  We supplied a quote, a
20          production schedule based on 5000, that's correct.
21     Q    Right.  I didn't say you had an order, but as
22          stated here, there was a request for 35,000 --
23     A    Yes.
24     Q    -- as you previously stated --
25     A    Yes.
```

```
 1    Q   -- and as Peter Liegl stated.  There was a
 2        request --
 3    A   Liegl.
 4    Q   -- for 35,000.
 5    A   Yes.
 6    Q   And in response to that request, Forest River
 7        decided it would produce 5000.
 8    A   That we were -- we were in a position to produce
 9        5000 efficiently, yes.
10    Q   All right.  And is it also true that Forest River
11        eventually produced those 5000 units --
12    A   Yes.
13    Q   -- to NACS in response to Hurricane Katrina and
14        Rita?
15    A   Yes.
16    Q   And is it also true, as testified to and read into
17        the record by Peter Liegl, that another 5- to 6000
18        Forest River units, and perhaps a few more directly
19        from dealers, were provided to victims of Katrina
20        and Rita?
21            MR. GIEGER:  Object to the form of the
22        question.  Information not in evidence.
23            MR. MILLER:  Objection.  Foundation.
24            MR. GIEGER:  Answer again, if you can.
25    A   Two things:  One, it's Peter Liegl; if he ever
```

```
 1       2004.  "Gentlemen, please review these
 2       specifications noting the differences we have noted
 3       and those items you may notice.  This is the new
 4       direction FEMA is going and as such we hope to
 5       build great quantities of these new units."
 6            You see that?
 7    A  Yes, sir.
 8    Q  You see the next paragraph down?
 9            "We do not currently offer any non" -- what is
10       that? -- "sliding models in the size range of 32 to
11       35 feet.  To the best of our knowledge, Forest
12       River does not build one.  Can we overcome this?"
13    A  Yes.
14    Q  You see that?  That's what I'm referring to.
15    A  I understand.
16    Q  Okay.
17    A  Yes.
18    Q  So did you have to modify the model in some way to
19       comport with this request from FEMA to provide a
20       non-sliding model?
21    A  We designed a model specifically to meet the FEMA
22       specification.
23    Q  Thank you, that's what I'm getting at.  That's what
24       I thought from my review of the documents.  So you
25       understand my question; right?  You did have to
```

```
 1        modify your model line --
 2    A   To meet the specifications.
 3    Q   -- to meet the specs set out by FEMA.
 4    A   Not our manufacturing.
 5    Q   Yes.  Your model.
 6    A   Okay.
 7    Q   You had to modify the model.  We're clear on that.
 8    A   Clear.
 9    Q   Okay.  If you'll look to the second page under Tab
10        24.  This is a letter dated June 30, 2004, from
11        Richard Spillane, Contracting Specialist from FEMA.
12        This was a document that you provided to us through
13        the production request with a Bates number of
14        0003522.  See that document?
15    A   Yes.
16    Q   All right.  It says here -- does it not? -- to
17        Prospective Bidders:  "This Request for Proposal...
18        is for a new Travel Trailer specification that FEMA
19        desires to procure.  These units are to be utilized
20        in future disasters at various locations in the
21        United States."
22            Is that correct?
23    A   Yes.
24    Q   All right.  So it was your understanding that FEMA
25        had requested a new travel trailer specification;
```