```
                                                                  1


 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
 3
 4    IN RE: FEMA TRAILER          *   MDL NO. 1873
           FORMALDEHYDE PRODUCTS   *
 5         LIABILITY LITIGATION    *   SECTION "N"(5)
                                   *
 6                                 *   JUDGE ENGELHARDT
                                   *   MAGISTRATE CHASEZ
 7    THIS DOCUMENT IS RELATED TO  *
                                   *
 8    Lyndon T. Wright, et al. v.  *
      Forest River, Inc., et al.,  *
 9    Docket No. 09-2977           *
                                   *
10    * * * * * * * * * * * * * *
11
12           The videotaped deposition upon oral
13    examination of JAMES ALBRECHT, a witness produced and
14    sworn before me, Maria W. Collier, RPR, CRR, Notary
15    Public in and for the County of Marion, State of
16    Indiana, taken on behalf of the Plaintiffs at
17    The Marriott, 123 North St. Joseph Street, South Bend,
18    Indiana, on January 20, 2010, at 9:04 a.m., pursuant
19    to the Federal Rules of Civil Procedure.
20
21
22
23              STEWART RICHARDSON & ASSOCIATES
                 Registered Professional Reporters
24               One Indiana Square, Suite 2425
                    Indianapolis, IN  46204
25                      (317)237-3773
```

**EXHIBIT D**

```
1            MR. BONE:  Let me read it, and then you can
2       ask him the question.
3            MR. AHLQUIST:  Okay.
4            MR. BONE:  It says, "The units are needed
5       immediately, however, in that it is a new spec,
6       there will be First Article Inspection required at
7       the manufacturer's location.  FEMA
8       representative(s) will be sent to the Manufacturer
9       for that First Article Inspection."
10   Q  That first article inspection, that's where you met
11      Dave Porter?
12   A  Yes.
13   Q  Was that the first contact you had had with FEMA?
14   A  Yes.
15   Q  Can you tell me what that -- what did that
16      inspection entail?
17   A  We showed the unit to Mr. Porter.  We physically
18      walked around the unit, highlighted the key parts
19      to the specification.  And I know that Elton raised
20      with him some material -- potential material
21      issues, such as roofing, type of stove, and just
22      let him know that, you know, some of these items
23      might be really difficult to obtain in large
24      quantities.
25   Q  Is it -- was that a concern because the suppliers
```

```
 1       were small manufacturers or that --
 2    A  Well, to some degree, you know, for the roofing it
 3       wasn't industry standard.  One-piece aluminum
 4       roofing is not industry standard.  There aren't
 5       good options for four-burner ovens.  They're just
 6       not made.  It's not what the market asks for.
 7    Q  Do you know how those discussion points were
 8       received by Mr. Porter or FEMA?
 9    A  I think he was open-minded.
10    Q  Do you know if the specs changed after those
11       discussions?
12    A  I think they did.
13    Q  So the roofing went from a single piece of aluminum
14       to what?
15    A  Seamless EPDM rubber roofing.
16    Q  What is EPDM?
17    A  You know, I knew that at one time.
18    Q  A lot of acronyms in your business.
19    A  A lot of acronyms.
20    Q  Is it rubberized?
21    A  It's a rubber material.
22    Q  Was the stove comment also taken into the specs?
23    A  Yes, it was.
24    Q  So the specs were changed to call for a
25       three-burner stove?
```

32

1   A   Well, I think they preferred the four-burner, but
2       they allowed the three.
3   Q   So they gave you some leeway?
4   A   They did.
5   Q   Okay.  How long was Mr. Porter on site?
6   A   It seemed to me, my recollection would be, maybe
7       roughly a half to three-quarters of a day.
8   Q   Okay.  Did he observe the manufacturing process as
9       well as an end product, or he just looked at an end
10      product?
11  A   No.  I think he had an opportunity to observe our
12      manufacturing process.
13  Q   Did he give you any feedback on the unit?
14  A   He seemed happy with it.
15  Q   Do you know if he was visiting other manufacturers
16      to look at other prototype models?
17  A   I have no idea.
18  Q   At any point did you discuss with any other
19      manufacturers regarding the development of a unit
20      to spec?
21  A   I did not.
22  Q   Are you aware of anybody at Forest River
23      communicating with other manufacturers?
24  A   I am not.
25  Q   If you turn the next series of pages, 1 through 4,

```
 1        ever seen this before.
 2             MR. AHLQUIST:  Again, I seem to be one short.
 3             MR. GEIGER:  That's okay.
 4    A   Yes, I've seen it.
 5    Q   Do you have any idea when this was put together?
 6    A   I'd say sometime between July and August of '04.
 7    Q   This has a three-burner range on it; correct?
 8    A   It does.
 9    Q   Okay.  Do you know why FEMA is crossed off and NACS
10        is written on there?
11    A   I have no idea.  It's not my writing.
12    Q   Did you have anything to do with the actual
13        representation in graphic form of this document?
14    A   Well, to a degree, yes.  You know, we looked at the
15        specifications, and we worked to try to come up
16        with an arrangement that met the goals of those
17        specifications.
18             It's possible we may have gone through a
19        number of iterations.  I basically do the
20        sketching.  I'd run it by Elton.  He'd think of
21        something.  When it was all said and done, when we
22        had settled on something, then we had our
23        engineering department professionally produce -- or
24        more professionally produce it.
25    Q   And then they would incorporate draftsmen to make
```

109

1     sure everything was --
2  A  Yes.
3  Q  -- proportionally represented?
4  A  Yes.
5  Q  To the best of your recollection, this was put
6     together in 2004?
7  A  Well, I would almost think it would have to be
8     because, you know, that was the unit that we built;
9     that was the unit we had the first article of
10    inspection on.  You know, we didn't receive the
11    specifications, like, till July of '04 for the new
12    build, and we know when the article of inspection
13    got done.
14 Q  Okay.
15 A  So it was sometime within that 30-day period we
16    designed a unit and built a prototype.
17 Q  Do you know if this was produced for the article of
18    inspection prototype unit, or was this produced
19    subsequent to the build of the prototype unit?
20 A  It would have been -- the drawing would have been
21    produced prior to, and that's what we would have
22    built to for the article of inspection unit.
23 Q  Okay.  Was this a -- was this something that you
24    developed from scratch?
25 A  Well, we had nothing like it at the time.  We

```
 1        obviously have experience with bathroom and bunk
 2        arrangements that work, front bedroom arrangements
 3        that work.  The kitchen was -- the kitchen area was
 4        totally unique.
 5    Q   Do you know if what's represented on 3272 differed
 6        at all from the units that were produced in
 7        response to the 2005 request for production?
 8    A   I believe them to be one and the same.
 9           (Exhibit(s) 11 marked for identification.)
10    Q   Okay.  Let me show you another document,
11        Plaintiffs' Exhibit 11 -- or Exhibit 11.  It is
12        FOREST-0003371.
13           MR. AHLQUIST:  For some reason I have enough
14        copies of this one.
15    Q   Have you ever seen this document before?
16    A   It's very similar.  It's just a dimension for --
17        basically a dimension version.
18    Q   Okay.  If you look at the bottom, it says "Date"
19        and "By" and then "Forest River."  Do you see that
20        on the bottom?
21    A   "Drawn."
22    Q   "Drawn 10/9/03 by KL."  Do you know who KL is?
23    A   No, I don't.
24    Q   Do you know -- it says "Drawn 10/9/03," and it's
25        labeled as a Model 32BH FEMA.  Was this a prior
```