1

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF LOUISIANA

 3                     NEW ORLEANS DIVISION

 4    In Re:  FEMA Trailer     )

 5    Formaldehyde Products    ) MDL No. 1873

 6    Liability Litigation     )

 7

 8                              Washington, D.C.

 9                              Tuesday, July 14, 2009

10    Videotape Deposition of MARTIN EDWARD McNEESE, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at

17    9:03 a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

**EXHIBIT G**

1              Objection.

2              There's no question pending.

3              MS. GILBREATH:  Okay.

4              MR. MILLER:  You can have the court

5     reporter read the que- -- answer back if you want.

6              MS. GILBREATH:  Can you read back his

7     previous answer.

8              (The reporter read the last

9              answer.)

10             BY MS. GILBREATH:

11        Q.   So did you believe the task of EPA and

12    ATSDR in terms of determining whether venting was an

13    effective response was to determine whether or not it

14    lowered the levels of formaldehyde?

15        A.   No, I didn't believe that.

16             If the test -- the test that was given to

17    EPA was to, number 1, establish a baseline or

18    establish a level of volatile inorganic compounds and

19    specifically formaldehyde, and number 2, to --

20    because we weren't denying that there was

21    formaldehyde in the units -- we knew there was -- to

22    see if -- what the impact of venting was on the

108

```
 1                  Do you see that?
 2        A.    I do.
 3        Q.    It was no surprise to you that there was
 4   some formaldehyde in these travel trailers, was it?
 5        A.    No, it was not.
 6        Q.    And in fact, you're generally aware that
 7   there is also formaldehyde not only in travel
 8   trailers but in mobile homes and in stick-built
 9   residential structures; is that right?
10        A.    That's correct.
11        Q.    In some of the documents that we looked at
12   this morning, I noted that you made references to the
13   fact that there were no standards, residential indoor
14   air standards that FEMA could look to for guidance.
15              Do you recall having that concern at the
16   time?
17        A.    I do --
18        Q.    Could you --
19        A.    -- recall that.
20        Q.    -- elaborate on what -- what your reaction
21   was to learning that there were in fact no standards
22   that FEMA could look to regarding residential indoor
```