UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Enforce Production of Comprehensive Spreadsheet (Rec. Doc. 19709)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 24th day of March 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**