UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Rec. Doc. 20481) is noticed for submission on **Monday, April 4, 2011, without oral argument**.  Any opposition memoranda to this motion shall be submitted on or before **Monday, March 28, 2011.**

      New Orleans, Louisiana, this 24th day of March 2011.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**