# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Cudette Green,, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al..*
*Civil Action No. 10-2551*

*********************************************************************

## ORDER

Considering the foregoing Motion,

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file this First Amended

Complaint and Substitute a Party.  Further, Clayton Homes of Lafayette, Inc., f/k/a Clayton

Homes, Inc., is dismissed without prejudice.

DATED this _____24th_____ day of _____March_____, 2011, in New Orleans,

Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE