UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Jassesl Marshall, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al..*
*Civil Action No. 09-8494*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file this First Amended Complaint and Substitute a Party.  Further, Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., is dismissed without prejudice.

DATED this __24th__ day of __March__, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE