UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Eloise Gums, et al v. Forest River, Inc., et al* | * | JUDGE: ENGELHARDT |
| Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing *Motion for Leave to File Untimely Opposition to Plaintiffs' Motion to Remand*:

**IT IS ORDERED** that Defendants' Motion is GRANTED and that the Opposition be entered into the record.

THIS DONE the 25th day of March, 2011, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT