```
                                                                   1


 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE: FEMA TRAILER          *    MDL NO. 1873
             FORMALDEHYDE PRODUCTS *
 4           LIABILITY LITIGATION  *    SECTION "N"(5)
                                   *
 5                                 *    JUDGE ENGELHARDT
      THIS DOCUMENT IS RELATED TO  *    MAGISTRATE CHASEZ
 6                                 *
      Lyndon T. Wright, et al. v.  *
 7    Forest River, Inc., et al.,  *
      No. 09-2977                  *
 8                                 *
      * * * * * * * * * * * * * * *
 9
10       INCLUDES PORTIONS SUBJECT TO PROTECTIVE ORDER
11
12           The 30(b)(6) videotaped deposition upon oral
13    examination of FOREST RIVER, INC., by Doug Gaeddert, a
14    witness produced and sworn before me, Patrice E.
15    Morrison, RMR, CRR, Notary Public in and for the
16    County of Marion, State of Indiana, taken on behalf of
17    the Plaintiffs at The Marriott, 123 St. Joseph Street,
18    South Bend, Indiana, on November 5, 2009, at
19    9:03 a.m., pursuant to the Federal Rules of Civil
20    Procedure.
21
22              STEWART RICHARDSON & ASSOCIATES
                Registered Professional Reporters
23                     One Indiana Square
                          Suite 2425
24                   Indianapolis, IN  46204
                         (317)237-3773
25
```

**EXHIBIT C**

```
 1            We have some more documents, and I want to
 2       make sure that I don't get these confused, but
 3       would you look at these, please, and see if you can
 4       identify these.
 5            THE VIDEOGRAPHER:  Please stand by.  We're
 6       going off our video record at 9:22:27 for a brief
 7       recess.
 8            (A brief recess was taken.)
 9            THE VIDEOGRAPHER:  We are now back on our
10       video record at 9:29:13.
11    Q  Okay.  We took a break to try to sort through some
12       documents that were produced in the document
13       production.  And just for purposes of
14       clarification, we have a document with Bates stamps
15       3273 and 3274.  Can you identify that for us?
16    A  That was the basic specification that we
17       distributed to those plants producing these 5000
18       units for NACS.  This would have been an attachment
19       for the production line to work with in addition to
20       the sales order and build copy.
21    Q  Okay.  I think we're on Exhibit 4, so let's mark
22       that as 4.
23            (Exhibit 4 was marked for identification.)
24    Q  Now, it's my understanding that 5000 Forest River
25       Salem model travel trailers were sold to NACS
```

1       pursuant to the FEMA spec for transportation down
2       to the Gulf Coast for Hurricanes Katrina and Rita.
3       Is that correct?
4   A   There were 5000.  They weren't all Salems.
5       Different plants would have used a different
6       designation, possibly because of the VIN number,
7       vehicle identification number, that was required.
8       So you might have had a Salem 32BHLE, a Wildwood
9       32BHLE, possibly a Cherokee 32BHLE.  Same floor
10      plan, different facilities, and the VIN number --
11      the certificate of origin on one, as you looked at
12      yesterday, said Salem.
13  Q   Right.
14  A   Whereas the generic handwritten had a W on it, and
15      it was actually a Salem on the C of O.  So VIN
16      numbers would have made that more diverse.
17  Q   But they were all 32BHLEs.
18  A   Correct.
19  Q   And they all had the same NACS FEMA spec.
20  A   Correct.
21  Q   So they were all travel trailers.
22  A   Correct.
23  Q   There were no fifth wheels.
24  A   Not in those 5000 units.
25  Q   No park models.

```
 1       separately, and at that time, you couldn't confirm
 2       that because you had not gotten the VINs from the
 3       government.
 4            Has anything changed about that?  Have you
 5       been able to confirm or dispute those figures?
 6    A  No.  I still feel those are pretty -- pretty
 7       accurate numbers, as close as you can get.
 8    Q  Okay.
 9    A  And then, for example -- well, yeah.  That's best
10       guess and don't feel it's really changed.
11    Q  Okay.  And we talked about, also, a little bit, the
12       previous production supplied through NACS for the
13       hurricanes of 2004 in Florida, and I believe you
14       told me there were some 800 units produced.  Is
15       that correct?
16    A  There were -- Florida would have been similar to
17       2005.  There would have been 800 produced to the
18       same basic specification as were built in 2005, the
19       5000.
20            There were also some additional units that
21       were procured by FEMA that were off dealer lots,
22       etc., etc., so don't know what that breakdown was,
23       but there would have been a mixture of both, and
24       our focus was those 800 that were the same as they
25       were in 2005.
```

```
 1        talked about are all the numbers you know of, as
 2        far as units sold for this.
 3   A    Yes.
 4             MR. GIEGER:  Frank, are you marking this
 5        document as part of this?
 6             MR. D'AMICO:  Yes, we're going to mark that as
 7        Exhibit 13.
 8             (Exhibit 13 was marked for identification.)
 9             MR. D'AMICO:  Time to take a break?
10             THE VIDEOGRAPHER:  Please stand by.  We're now
11        going off the video record at 10:57:29.
12             (A recess was taken.)
13             THE VIDEOGRAPHER:  We are now back on our
14        video record at the time of 11:53:14 commencing
15        with Tape 3.
16   Q    Okay, back on the record.  It's my understanding
17        that specifications were given to Forest River to a
18        FEMA spec and they were provided to you by NACS.
19        Is that correct?
20   A    That's correct.
21   Q    And from the review of the documents that we had,
22        there was some additions that Forest River had to
23        add to the FEMA spec to comply with the RVIA and
24        other industry standards.
25   A    Well, they spelled out industry standards on the
```

```
 1      FEMA specs.  We really didn't have to modify.  The
 2      sheet we looked at was our internal spec, and
 3      probably taken from 2004 and then modified with a
 4      carbon -- let's say a carbon monoxide detector; the
 5      carbon monoxide detector was part of it.
 6   Q  And the things that we talked about on that
 7      handwritten note section.
 8   A  Yeah.  I mean, there were -- I'd like to see what
 9      you're...
10   Q  I think it's this one.  Exhibit 5.  There was a
11      notation about the axles 3500 straight BTM, those
12      types of things.
13   A  Yeah.  Those weren't changes.  Those weren't
14      changes in the specs.  Those were just internal
15      notes for us.  So they weren't changes to the
16      specifications; they were just internal notes to
17      become a little more specific.
18   Q  Okay.
19   A  Like on those stab jacks to move forward to avoid
20      transit damages.  I mean, there were no spec
21      changes.
22   Q  And these weren't -- I guess my question was
23      inartful.  The FEMA spec was what it was.  You had
24      to make internal changes to comply with RVIA or
25      other things that you deemed necessary.
```

```
 1        FEMA; it was in somebody's memo from NACS, I
 2        believe.
 3             So we built a prototype --
 4    Q   (Hands document)
 5    A   Should I look at this prior to continuing?
 6    Q   Well, I think it talks about that, but go ahead and
 7        tell me what you were going to tell me, and then we
 8        can ask you about this.
 9    A   So that spec that was dated, like I say, if I
10        remember right, May 31st, we built a prototype
11        based on that specification.  Then sometime in the
12        middle of the summer, Dave Porter came and
13        conducted that article of first inspection, I
14        believe is the technical term, on that specific
15        unit.
16             There were two items that Forest River felt
17        there would be -- not felt -- had done homework and
18        knew there would be a significant supply issue with
19        if there actually was a disaster that required high
20        volume of units.
21             Those were, A, they had an aluminum roof, a
22        one-piece aluminum roof, if I remember -- seamless
23        aluminum roof, if I remember language, spec'd in;
24        and B, they had a four-burner cooktop on an oven
25        spec'd in.
```

```
 1              And industry standards at that time had moved
 2         to primarily an EPDM rubber roof, as far as a
 3         roofing material; and number two, customers had
 4         driven the market towards a three-burner cooktop
 5         which, of which one of the burners was a much
 6         higher output burner, cooked faster for -- and very
 7         seldom did people have four things cooking at one
 8         time.
 9              So we made, during that inspection, an
10         exceptance.  We made Dave Porter aware, although we
11         built that particular unit with a four-burner
12         cooktop, the oven, the seamless aluminum roof, but
13         Elton had done supply chain research, and I think,
14         if I remember right, maybe there was enough
15         material to build a hundred units with a seamless
16         aluminum roof between then and January of the
17         following year; and on the four-burner range, that
18         supply would have been exhausted within, again, a
19         very small number of units.
20              So through NACS, we recommended to them then
21         to request -- or to make FEMA aware that if they
22         had a disaster and those were the specs they had to
23         be built to, they wouldn't be able to have anybody
24         comply for any length of time and get any volume to
25         an area that needed assistance.
```

147

1  Q  In the course of this litigation, you learned that.
2  A  Yes.
3  Q  So even though all of your FEMA run product was
4     being installed on piers, there was no systemic
5     complaint about leaks.
6  A  Not that I'm aware of.
7         MR. D'AMICO:  Object to the form.
8  Q  Was there any systemic complaint about condensation
9     in any of the units, the FEMA run units?
10 A  Not that I'm aware of.
11 Q  You mentioned that Forest River had supplied travel
12    trailers to the government, perhaps it was also
13    through NACS, for prior disasters; right?
14 A  Correct.
15 Q  Do you know whether in those prior disasters, the
16    trailers were being installed on concrete piers or
17    not?
18 A  I have no idea.
19 Q  You mentioned that, in 2004, Mr. Porter came to do
20    an inspection of a prototype of what would become
21    the FEMA run unit; right?
22 A  Correct.
23 Q  What did his inspection entail?
24 A  A walk-through part of the plant, part of the
25    facility, Plant No. 27, with plant manager that was

1    involved in this -- we brought his name up a time
2    or two -- Jamie Albrecht, myself, Elton Keifer,
3    Eric Sharp, who is also a plant manager for a
4    couple of other facilities.
5         Review of this particular prototype, specific
6    prototype that we built to the FEMA specifications,
7    including the aluminum roof and the oven like we
8    talked about, the four-burner cooktop.
9         Open book for any documentation, any materials
10   he wanted to see.
11        We did take him up on a scaffolding -- it
12   wasn't actually a scaffolding; a mezzanine would be
13   the correct word, to show him the difference from a
14   distance between the one-piece seamless aluminum
15   roof, which we had one of in the building, and the
16   EPDM rubber roof so he could see, you know, what we
17   were saying was going to be a supply issue if it
18   actually came to that.
19        And just prior to lunch is when we completed
20   that inspection of that unit and the walk-through
21   in the plant and the short Q and A's that we had.
22        At that time, we were getting ready to go to
23   lunch, and I think I might have -- I don't know if
24   I said it in that last deposition, but one of the
25   things that impressed me about Dave Porter is we

149

```
 1        were going to go to lunch, and we said, "Hey, do
 2        you want to pop along?  We're going to go grab,"
 3        you know, "a burger or something or some chicken
 4        wings or something."
 5            And he said, "No, I don't do that.  I'd love
 6        to, but I don't do anything that could ever," you
 7        know, "be suspect as far as impropriety."
 8            And the guy was a very straight shooter.  I
 9        know he struck me unique as just a great guy.  I
10        was glad he was at my government.
11   Q    And I'm sure Mr. Miller is making a careful note of
12        that.
13            So he spent about three hours at Forest
14        River's facility inspecting the prototype in your
15        plant?
16   A    Yeah.  I don't remember the exact, but it would
17        have been -- it would have been in the morning, and
18        it would have ended prior to lunch, so...  The
19        plant managers typically go about 11:30, so right
20        around 11:30 we would have been done.  So whether
21        he got there at 8:00 or 9:00, I don't recall
22        exactly, but it would have -- ballpark it pretty
23        close.
24   Q    Okay.  Did the prototype have a Lippert-supplied
25        frame?
```

```
1         It's an easy one given that everybody's --
2    Q    Now, would you agree that the FEMA specifications
3         call for some upgrades?
4    A    Yes.
5    Q    And those upgrades were residential refrigerator, a
6         commode, or a toilet, a larger fire extinguisher, a
7         larger water heater, an over-the-range microwave,
8         and a 15,000 BTU ducted air conditioner.  Is that
9         right?
10   A    Yes.  In fact, the toilet was a porcelain commode,
11        more of a house type.
12   Q    And in addition, FEMA also requested that you don't
13        put in holding tanks or fresh water demand systems.
14        Is that right?
15   A    Yes.
16   Q    And so those were not included in the 5000 units
17        that were produced to NACS.
18   A    Correct.
19   Q    Other than these upgrades and the omission of a
20        holding tank and the fresh water demand system, was
21        there any difference in the type of materials that
22        were used to construct the FEMA trailers as opposed
23        to trailers that you would have manufactured and
24        sold to your dealers for retail customers?
25   A    No, sir.
```

```
 1   Q   So in every other sense, these units that were sold
 2       to FEMA were identical to units that were sold to
 3       private parties on the open market.  Is that right?
 4           MR. D'AMICO:  Object to the form.  Misstates
 5       prior testimony.
 6   A   Yes, sir.  There is one difference yet that we
 7       didn't mention, and that's that the 5000 units had
 8       no exterior graphics, or decals, as they're
 9       sometimes called, on them, so they were white, and
10       that would have been another difference.
11   Q   But the materials that went into building these
12       units --
13   A   Construction materials, all the same.
14   Q   Now, it's my understanding that, for the most part,
15       the specifications that FEMA issued was that these
16       be built to industry standards, better or equal.
17       Is that right?
18   A   That's correct.  They spelled out some specific
19       items, and then qualified that with the remaining
20       balance industry standard or better.
21   Q   So under the specifications, as you understood it
22       that NACS was requesting you to build these units
23       to, you were, at a minimum, required, other than
24       certain of these options, required to build it to
25       industry standards, and in your option, you could
```

197

1          production line.
2     Q    And how long was he at the facility looking at this
3          unit?
4     A    Mr. Porter was there in the morning, and I know he
5          left prior to 11:30, as 11:30 is when our plant
6          managers typically decide they're going to go to
7          lunch, and he was invited to go along.  So I know
8          we were done at that time, and he declined to go
9          along because he wanted to make sure that
10         everything was on the up and up with his visit to
11         our facility, the inspection approval of that
12         particular unit.
13              And I know I told you last time, to me, it was
14         very impressive because he was a very straight
15         arrow and kind of renewed my confidence in some of
16         the stories that were going on about the government
17         at the time, although those have gone up further
18         since being associated with watching you do your
19         job as well.
20    Q    As to Mr. Porter, sir, did Forest River make any
21         suggestions to Mr. Porter at that time, during
22         conversations or in writing or anything, suggesting
23         that perhaps FEMA may want to modify or alter the
24         specifications of the units that you had built for
25         him to examine or look at?

```
 1    A   We had two specific items.  Even though we built
 2        this prototype per the specification that NACS had
 3        provided us with, that FEMA had provided them with,
 4        there were two items in those specifications that
 5        Elton Keifer -- who, as you met, is our procurement
 6        guy for the half dozen plants that we run.
 7            We knew there would be a problem with the
 8        seamless aluminum roof which was spec'd into that
 9        original, I think it was dated May 28 procurement
10        specification; and the second item that was also
11        similar was a four-burner -- let's see, the range;
12        they had spec'd in an auto electric ignition
13        cooking range having four burners.
14            And in the case of the roofing material, it
15        had been replaced a number of years ago by
16        primarily an EPDM rubber roofing material.  When
17        Elton had checked the overall supply chain on the
18        seamless aluminum, there might have been enough
19        material to build a hundred units in a 90-, 120-day
20        period; and on the four-burner cooktop, not quite
21        as drastic, but a very limited supply of that
22        particular product was being produced because
23        consumer -- consumer preference had driven the
24        market towards a three-burner cooktop, one of which
25        was a high burner output, a high output burner.
```

199

```
 1           And so we did physically recommend to
 2      Mr. Porter that they evaluate those as if there was
 3      a disaster that required any quantity beyond a
 4      small number of units, they were going to have to
 5      change that spec or not be able to help folks out.
 6   Q  On this document, Exhibit No. 17, it had the specs,
 7      the specs for the prototype unit that you've been
 8      talking about are set forth on Forest 0003523
 9      through 3526 -- 3525.  Is that right?
10   A  Well, this was the FEMA -- this was the FEMA spec
11      we had gotten from NACS, yeah.
12   Q  And this is what you built the prototype to.
13   A  This is what we built the prototype to.
14   Q  And if you look at what is on page 204 of the
15      specs, which is Forest 0003524 of Exhibit 17, it
16      has Appliances.  Do you see that?
17   A  Yes, sir.
18   Q  And then it says Range.  Do you see that?
19   A  Yes, sir.
20   Q  And for Range, it says "A auto electric ignition
21      cooking range having four burners, thermostatically
22      controlled oven, and a lighted, power-vented range
23      hood."
24          That was the stovetop that you recommended to
25      Mr. Porter that perhaps they would maybe want to
```