UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 85

On March 24, 2011, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Jim Percy, Stewart Tharp, Robert Becnel, Dave Kurtz, John J. Hainkel, Charles Penot, Tom Thagard, Gerry Barrios, Raul Bencomo, Frank D'Amico, Ernie Gieger, Andy Weinstock, Joe Glass, Henry Miller, Mikal Watts, Tim Scandurro, Tony Buzbee, Jerry Meunier, Dennis Reich, and Karen Whitfield. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)   **On Friday, May 13, 2011, at 8:30 a.m.**, the Court will hold a status



conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2)   A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, May 13, 2011, at 10:00 a.m.**

New Orleans, Louisiana, this 24th day of March 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE