PTO Received: _____

Trial Set: _____

Jury/Non-Jury

_____

PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

## 07-1873

versus

_____

DEFENDANT(S)

Magistrate: _____

# FEMA MDL

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **3-24-11**      TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Mikel Watts | Watts, Guerra & Craft | TI |
| Tom Thagard | MFG Housing | MFG Housing |
| Henry T. Miller | US DOJ | USA |
| Karen Whitfield | Baker Donelson | SHAW |
| David Kurtz | Baker Donelson | Shaw |
| Jerry Meunier | Gainsburgh | PSC |
| John J. Hainkel | Frilot | Bechtel |
| Jim Perry | Jones Walker | KZ – Dutchmen |
| Stewart Thars | Taylor Porter | F Coachmen |
| CHARLES PENOT | MRG | FLUOR ENTERPRISE, INC. |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
DEFENDANT(S)

Magistrate: _____

## FEM MOL

**********************************************************

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **3-24-11**     TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont P. Domingue | Voorhies & Labbe | Cavalier, et al |
| Candice Sirmen | Labot & Nelson | II |
| BRENT MAGGIO | Allen + Gooch | Sun Valley |
| Lori Barker | Allen & Gooch | Sun Valley |
| Theresa Anderson | MMP | Athens |
| Cynthia Thomas | Galloway, Johnson | SunnyBrook RV |
| Tom Cougill | WEDC | Jayco & Starcraft |
| Randall Mulcahy | Garrison, Yount et al | Recreation By Design, LLC |
| Delbert Miller | | KZRV LP |
| JOHN A. STEWART, JR. | BALDWIN HASPEL | JACQUET |

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

versus

_____
DEFENDANT(S)

Magistrate: _____

**FEMA MDL**

************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **3-24-11**     TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert M. Becnel | Becnel | PSC |
| (signature) | Dania | PSC |
| (signature) | Reid Henrick | PSC |
| (signature) | (signature) | KCM |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Kelly Brown | Jeansonne & Remondet | clarendon |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton |
| Heather Cheesbro | Lobman Carnahan | Crum & Forster |
| Christine Lipsey | McGlinchey Stafford | Mulligan |
| ANDY WEINSTOCK | Duplass | Gulf Stream |

PTO Received

Trial Set: _____

_____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
      PLAINTIFF(S)
                               _07- 1873_

VERSUS

_____        Magistrate: _____
      DEFENDANT(S)
                               FemA MDL

**********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS _____ SETTLEMENT

DATE: 3-24-11        TIME: 10 AM

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Joe Glass | Duplass | Gulf Stream |
| Anne Briard | Lugenbuhl | Liberty Mutual |
| Greg Currier | Adams, Hofer | Arch Ins. Co. |
| Justin Woods | Gaineburgh | PSC |
| Carson Strickland | Gieger Laborde | Forest River |
| Q Crochet | Mceronie | Various |
| R Batchelor | Clayton | Clayton |
| Rachel Delorimier | | |
| Ernie Gieger | Gieger Laborde | Forest River |