UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 22 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 22.

**I.    REPORT OF CLAIMS AND CASE INVENTORY:**

PLC and MDLC report that an estimated 5,000 actions now have been filed, or transferred into this MDL. The attached appendix lists the complaints that were filed or transferred into the MDL since the last Joint Report.

**II.    PLAINTIFF FACT SHEETS (PFS)**

The PSC no longer operates a central claims office. Counsel representing parties are still obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines). Plaintiff attorneys are required to forward copies of PFSs to the PSC pursuant to Pretrial Order Nos. 2 and 32.

### III. MOTION PRACTICE

The following Motions are pending:

| | |
|---|---|
| Rec. Doc. 11858 | United States of America's Motion to Strike Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administration Master Complaints |
| Rec. Doc. 13422 | Bechtel's and CH2M Hill's Motion to Dismiss Mississippi Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13426 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13428 | Contractor Defendants' Joint Motion to Dismiss Negligence Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 13455 | Fluor's Motion for Partial Judgment on The Pleadings Regarding Mississippi Products Liability Claims in Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 14480 | Plaintiffs' Motion for Leave to File Fifth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17661 | Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation. |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |


| | |
|---|---|
| Rec. Doc. 17754 | Fluor's Motion for Judgment on the Pleadings to Dismiss the third and Fourth Supplemental and Amended Administrative Master Complaints Based on Government Contractor. |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |
| Rec. Doc. 17836 | Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130) |
| Rec. Doc. 17882 | Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125) |
| Rec. Doc. 17884 | Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126) |
| Rec. Doc. 17885 | Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127) |
| Rec. Doc. 19570 | Crum & Forster Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiffs' Fact Sheets (*William Polk v. Crum & Forster Specialty Ins. Co., et al*; Case No. 09-8709) |
| Rec. Doc. 19571 | Crum & Forster Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiffs' Fact Sheets (*Elaine Coleman v. Crum & Forster Specialty Ins. Co., et al*; Case No. 09-5432) |
| Rec. Doc. 19966 | Plaintiff's Motion for Leave to File Amended Complaint (*Woods v. Palm Harbor Homes, Inc., et al*; Case No. 09-7771) |
| Rec.Doc. 20236 | Plaintiffs' Motion for New Trial and or Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e) (*Cooper, Crystal, et al v. Bechtel National, Inc., et al; 10-04121; Goff, Alice, et al v. CH2M Hill Constructors, et al; 10-04122; Rodwell, Lovella, et al v.* |

        *Bechtel National, Inc., et al; 10-04123; and Rogers, Bessie, et al v. Bechtel National, Inc., et al; 10-04124)*

| | |
|---|---|
| Rec. Doc. 20437 | Plaintiffs' Motoin to Remand (*Lisa Franks, et al v. DS Corp., d/b/a CrossRoads RV*; Docket No. 11-416) |
| Rec. Doc. 20438 | Plaintiffs' Motion to Remand (*Albert Brazzle, et al v. Dutchman Manufacturing, Inc.*; Docket No. 11-420) |
| Rec. Doc. 20443 | Plaintiffs' Motion to Remand (*Kellina Biddle, et al v. KZ RV, LP*; Docket No. 11-414) |
| Rec. Doc. 20444 | Plaintiffs' Motion to Remand (*Percy LeBlanch, et al v. Recreation By Design, LLC*; Docket No. 11-421) |
| Rec. Doc. 20445 | Plaintiffs' Motion to Remand (*Joyce Mims v. SunnyBrook RV, Inc.*; Docket No. 11-422) |
| Rec. Doc. 20446 | Plaintiffs' Motion to Remand (*Gerald Watson, Sr., et al v. Heartland Recreational Vehicles, LLC*; Docket No. 11-413) |
| Rec. Doc. 20447 | Plaintiffs' Motion to Remand (*Eloise Gums, et al v. Forest River, Inc.*; Docket No. 11-410) |
| Rec. Doc. 20448 | Plaintiffs' Motion to Remand (*James Clark, et al v. Gulf Stream Coach, Inc.*; Docket No. 11-412) |
| Rec. Doc. 20463 | Plaintiffs' Motion to Remand (*Hattie Bailey, et al v. Jayco Enterprises, Inc., et al*; Docket No. 11-411) |
| Rec. Doc. 20481 | Manufactured Home Defendants and PSC's Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement |

## **MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants. Any motion to reinstate the appeal must be filed with Fifth Circuit before October 15, 2011. |
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue) |

| | |
|---|---|
| Fifth Circuit No. 10-30451 | Christopher Cooper FTCA Appeal (involves FTCA statute of limitations); Argued on March 1, 2011 |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense) |

## IV. MANUFACTURED HOUSING NON-LITIGATION "TRACK"

On March 14, 2011, Manufactured Housing Defendants and the PSC withdrew its original Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement and re-filed a joint unopposed motion, which reflects the participation of Palm Harbor Manufacturing, L.P. and Palm Harbor Albermarle, LLC in the proposed class settlement, into the Court's record (Rec. Doc No. 20481).

## V. MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information has not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information is efficiently obtainable from other sources and to provide a date certain by which the matching effort will end. Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010. The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010. Counsel should consult amended PTO 68 to ensure they are aware of its content. The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83. The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed. The defendants do not agree with the PSC's information in this regard.

The court recently issued Amended Pretrial Order #68 requiring all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching. The deadline by which to comply with the particular provision of PTO #68 is March 24, 2011 per the Court's order (Rec. Doc. No. 20455). The PSC must produce the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

## VI. BELLWETHER AND SUMMARY JURY TRIALS

    A.    Bellwether cases set for trial at this time:

        1.    A Summary Jury Trial will begin on March 28, 2011 against *Dutchmen Manufacturing, Inc*. (Bellwether Trial Scheduling Order - Rec. Doc. 19900). The claims of a "composite" plaintiff will be tried.

        2.    A bellwether trial against Sun Valley, Inc. and CH2M Hill is set for October 17, 2011 (Trial Scheduling Order, Rec. Docs. 19812, 19813, 19814). Charles Marshall has been selected as the Bellwether Plaintiff, and in the event his action is dismissed prior to trial, Sonya Andrews is the replacement Bellwether Plaintifff, Fluor is the Contractor/Installer for this replacement bellwether trial, and Laura

>     Demetriace Batiste is the second replacement Bellwether Plaintiff.  The
>     United States is not a defendant in any of these three actions.
>
> 3.  A bellwether trial has been scheduled in the matter of *Melvin Mackey v. KZRV, LP and Fluor Enterprises, Inc.* and is set for May 16, 2011.  The parties have not agreed to a Summary Jury Trial as of this time.  The United States is not a defendant in this action.
>
> 4.  A trial date for Coachmen Recreational Vehicle Company, LLC is set for June 20, 2011 (Trial Scheduling Order, Rec. Doc. 18669).  On November 29, 2010, the Court selected Anthony Dixon as the bellwether plaintiff.  This bellwether trial will be a summary jury trial.  The United States is not a defendant in this action.
>
> 5.  A trial will begin on August 1, 2011 against Jayco, Inc.  The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial.  The parties have agreed to conduct this as a summary jury trial.  FEMA and the installation contractor, CH2M Hill, will not participate in this summary jury trial.

## VII. CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs.  On May 18, 2010, the Court issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana plaintiffs against the United States.  Since entering that Order, the Court denied PSC's Motion seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197) and granted PSC's Motion for

certification for interlocutory appeal (Rec. Doc. 15976). PSC petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed that motion. The Fifth Circuit denied the PSC's motion on December 3, 2010.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims. On behalf of Mississippi and Alabama Plaintiffs, PSC has filed with the Fifth Circuit motions to certify a question of unsettled state law to the Supreme Court of Mississippi and Alabama. The United States filed oppositions to these motions.

Several Defendant Manufacturers who have removed actions from various State Courts to Federal Court have issued discovery requests seeking production of the Plaintiffs' Standard Form 95, Administrative Claim, including a demand that the government produce these documents. These Manufacturers assert that the information is relevant to whether the actions were properly removed, because they may show that one or more of the Plaintiffs in each action seek damages in excess of $75,000. The United States has refused to produce Standard Form 95, Administrative Claims because the United States is not a defendant in these actions and, the

information is protected by the Privacy Act, and cannot be produced by the United States without Court Order or a Privacy Act waiver. Furthermore, even if a Privacy Act waiver is provided, it is the United States' position that consistent with Pretrial Orders the Plaintiffs should bear burden of producing these materials. The applicable Pretrial Orders require each Plaintiff to complete and produce to the Defendant Manufacutrers within 30 days of transfer to the MDL Court a Plaintiff Fact Sheet (PFS) and attach the PFS any Standard Form 95 completed by the Plaintiff.

## VIII.   SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

A.   Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

## IX.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

The Court entered Pre Trial Order No. 77 on September 14, 2010 wherein the procedures for participating in the Fleetwood settlement were outlined. Counsel representing any plaintiff/claimant who resided in a Fleetwood unit were responsible for following the procedures set forth in the order, including submitting requested information to the Special Master by October 15, 2010.

The Special Master filed into the Court's record a Motion and Memorandum in Support of the Special Master's Recommendations on Methodology and Allocations (Rec. Doc No. 20197). The Court approved the recommendations of the Special Master on March 9, 2011 (rec. Doc. No. 20456).

The Special Master has provided each plaintiff counsel representing individuals who resided in Fleetwood manufactured units of their clients' proposed point allocations.

The CADA mailed out allocation letters pursuant to the Court's orders on Monday, March 22, 2011. The CADA began to receive telephone calls from claimants asking questions concerning the process the next day. The claimants have until Friday, April 8, 2011 to file objections pursuant to the Court's order (Rec. Doc. 20456, adopting Rec. Doc. 20197-1).

X.   **MISCELLANEOUS**

   A.   John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all defendant manufacturers in this MDL (Rec. Doc. 13236).

   B.   Pursuant to the Court's Order of February 7, 2011 (Rec. Doc. No. 20172), Sunnybrook RV, Inc., its insurers (Colony National Insurance Company and Westchester Surplus Lines Insurance Company) and the Plaintiffs will participate in a settlement conference scheduled to take place on April 27, 2011 with Dan Balhoff.

   C.   Pursuant to the Court's Order of February 7, 2011 (Rec. Doc. No. 20171), Sun Valley, Inc., its insurers Colony National Insurance Company and Westchester Surplus Lines Insurance Company and the Plaintiffs will participate in a settlement conference scheduled to take place on April 26, 2011 with Dan Balhoff.

> BY:   s/Gerald E. Meunier
> GERALD E. MEUNIER, #9471
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:   504/522-2304

Facsimile: 504/528-9973
gmeunier@gainsben.com




s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504/832-3700
Facsimile: 504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone: 202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

00137329-1     11

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com