MINUTE ENTRY
ENGELHARDT, J.
March 24, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thurday, March 24, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.   Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Thomas W. Thagard, III, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro and Karen Whitfield.

**Court Reporter: Karen Ibos**

JS10(0:75)