MINUTE ENTRY
ENGELHARDT, J.
March 24, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Thursday, March 24, 2011, at 10:00 a.m. Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Thomas W. Thagard, III, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro and Karen Whitfield.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #85 dated March 25, 2011 (Rec. Doc. No. 20621).

**Court Reporter: Karen Ibox**

JS10(0:30)