MINUTE ENTRY
ENGELHARDT, J.
March 24, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO:

*No specific individual suit*

　　　　A status conference was conducted on Thursday, March 24, 2011, at 10:40 a.m. Participating were Gerald E. Meunier, Justin I. Woods, James C. Percy, Ryan E. Johnson and Palmer Lambert.

JS10(0:35)