UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Laquinta Milton, et al.. v. Clayton Homes of*
*Lafayette, Inc, f/k/a Clayton Homes, Inc., et al..*
*Civil Action No. 10-4082*

**********************************************************************************

<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY</u>

MAY IT PLEASE THE COURT:

Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion and Substitute

CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc.  A

review of documents and materials available to Plaintiffs indicate that the original naming of

Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., as defendant was erroneous.

The *Milton* suit, in its Complaint, inadvertently misidentified Clayton Homes of

Lafayette, Inc., f/k/a Clayton Homes, Inc., as the manufacturer in the above-captioned matter.

Matching information provided by defendants listed "Clayton" as the manufacturer; however,

Plaintiffs now understand that the "Clayton" mobile homes VIN beginning with "HHC" was

manufactured by CHM Manufacturing, Inc.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants

have been contacted on the instant Motion and do not oppose its filing.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. from this litigation without prejudice, and substitute CMH Manufacturing, Inc., in its place.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)