UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Laquinta Milton, et al,. v. Clayton Homes of Lafayette, Inc, f/k/a Clayton Homes, Inc., et al..* | | |
| *Civil Action No. 10-4082* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully supplements and amends the Complaint for Damages to substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc.  Plaintiff, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by CMH Manufacturing, Inc., (hereinafter "CMH") and not Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. (hereinafter "Clayton Homes").

Plaintiffs, through undersigned counsel, supplements and amends the Original Complaint for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein:

1.

1. By amending section I.3 to reflect the substitution of CMH for Clayton Homes:

"3.	Defendant CMH Manufacturing, Inc., (hereinafter "CMH"), is upon information and belief a limited liability corporation incorporated in the State of Tennessee, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2. By replacing all other references to Clayton Homes with CMH throughout the remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the substitution of CMH for Clayton, and that CMH, Fluor and FEMA be served with a copy of this First Amended Complaint and the Original Complaint. Further, Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**PLEASE SERVE:**

CMH Manufacturing, Inc.
Through its Agent for Service of Process
C T Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN  37929

Fluor Enterprises, Inc.
Through its Registered Agent for Service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

The United States of America
**Through**
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras St.
Room B210
New Orleans, LA  70130
**And through**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
**And through**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC  20472