# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS  DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |

*Latroya Milton, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al.*
*Civil Action No. 10-04062*
******************************************************************************

## ORDER

Considering the foregoing:

IT IS ORDERED that the Plaintiffs be GRANTED leave to file this Second Amended

Complaint and Substitute a Party.  Further, Clayton Homes of Lafayette, Inc. f/k/a Clayton

Homes, Inc. is dismissed without prejudice.

DATED this _____day of_____, 2011, in New Orleans, Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE