UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |

*Ann Duplessis, et al. v. Clayton Homes of Lafayette, Inc,
f/k/a Clayton Homes, Inc., et al.
Civil Action No. 10-04063*
*************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO
AMEND FIRST SUPPLEMENTAL AND AMENDED COMPLAINT AND SUBSTITUTE**

**A PARTY**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., in the above captioned matter.

Respectfully submitted,

BY: *s/ Douglas M. Schmidt*
Douglas M. Schmidt LA Bar #11789
DOUGLAS M. SCHMIDT APLC
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755

**CERTIFICATE OF SERVICE**

I hereby certify that on 29TH day of March, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Douglas M. Schmidt
Douglas M. Schmidt  L.A. Bar #11789