UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER         *   MDL No. 1873
FORMALDEHYDE                *
PRODUCTS LIABILITY LITIGATION *   JUDGE ENGELHARDT
                            *
THIS DOCUMENT RELATED TO:   *   MAGISTRATE CHASEZ

*Ann Duplessis, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al.*
Civil Action No. 10-04063
*************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST SUPPLEMENTAL AND AMENDED COMPLAINT AND SUBSTITUTE A PARTY

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiffs' Motion and Substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. A review of documents and materials available to Plaintiffs indicate that the original naming of Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., as defendant was erroneous.

The Duplessis claimants were originally filed in the Complaint entitled "Gertie Applewhite -Williams, et al vs. Alliance Homes, et al" on December 28, 2009 and assigned the case number 09-7915. The "Duplessis" First Supplemental and Amended Complaint for Damages filed on October 25, 2010, Pursuant to Court Order, inadvertently misidentified Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes as the manufacturer in the above-captioned matter. Matching information provided by defendants listed "Clayton" as the manufacturer; however, Plaintiffs now understand that the "Clayton" mobile homes VIN beginning with "HHC" was manufactured by CMH Manufacturing, Inc.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend First Supplemental and Amended Complaint and Substitute a Party, dismiss Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. from this litigation without prejudice, and substitute CMH Manufacturing, Inc. in its place.

Respectfully submitted,

BY: s/ Douglas M. Schmidt
Douglas M. Schmidt LA Bar #11789
DOUGLAS M. SCHMIDT APLC
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on 29TH day of March, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Douglas M. Schmidt
Douglas M. Schmidt  L.A. Bar #11789