UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Sylvester v. Cavalier Home Builders, LLC et al.*, | * | |
| EDLA Case No. 09-5621 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Named Plaintiff in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal of claims without prejudice against Defendants CH2M Hill Constructors, Inc. and Shaw Environmental, Inc., only. This dismissal does not affect their claims against the remaining defendants, Cavalier Home Builders, LLC, Cavalier Homes, Inc., Recreation By Design, LLC, Fluor Enterprises, Inc., and the United States of America.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone:    504/522-2304
>Facsimile:    504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
>ROBERT M. BECNEL #14072
>RAUL BENCOMO, #2932
>ANTHONY BUZBEE, Texas #24001820
>FRANK D'AMICO, JR., #17519
>ROBERT C. HILLIARD, Texas #09677700
>MATT MORELAND, #24567
>DENNIS C. REICH Texas #16739600
>MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713