## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO.: |
| FEMA TRAILER; FORMALDEHYDE; | * | 2:07-MD-01873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | JUDGE: |
| THIS DOCUMENT RELATES TO | * | KURT D. ENGELHARDT |
| THE FOLLOWING CASES: | * | |
| | * | SECTION: "N" |
| *KEVIN J. FIRMIN* | * | |
| *together with all individuals and entities* | * | MAGISTRATE: |
| *whose names appear on the attached "Exhibit A"* | * | ALMA L. CHASEZ |
| | * | |
| *VERSUS* | * | MAG: (5) |
| | * | |
| *SUPERIOR HOMES, LLC* | * | |
| *CONTRACTOR DEFENDANT* | * | |
| *as identified on the attached "Exhibit A"* | * | |
| *and UNITED STATES OF AMERICA* | * | |
| *THROUGH THE FEDERAL EMERGENCY* | * | |
| *MANAGEMENT AGENCY* | * | |
| | * | |

**********************************

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff's in the above-captioned matter who respectfully move this Court to dismiss all of the claims asserted in the above-captioned case against **SUPERIOR HOMES, LLC**.

**WHEREFORE**, plaintiffs pray that this Court dismiss all of the claims asserted in the above-captioned case against **SUPERIOR HOMES, LLC**, without prejudice and with each party to bear their own costs.

C:\Users\I-40\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\E6ZIO9OV\unopposed motion to dismiss 03 21 11 (F).wpd

1

Respectfully Submitted:

LAW OFFICE OF JOSEPH M. BRUNO

BY: _____
JOSEPH M. BRUNO (#3604)
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**ATTORNEY FOR:
PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 28th day of March, 2011.

_____
JOSEPH M. BRUNO (#3604)

C:\Users\I-10\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\E6ZIO9OV\unopposed motion to dismiss 03 21 11 (F).wpd

2