UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                                                          JUDGE ENGELHARDT
                                                                          MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED:**
*Ora Roberson, et al., v. Coachmen Recreational Vehicle Company, LLC, et al.,* EDLA 09-5905
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of Named Plaintiff's voluntary dismissal without prejudice of claims asserted herein against Coachmen Industries, Inc., Coachmen Recreational Vehicle of Georgia, LLC, Coachmen Recreational Vehicle Co., LLC, Fluor Enterprises, Inc., Shaw Environmental, Inc., CH2M Hill Constructors, Inc., and the United States, through FEMA, as Plaintiff is in another properly matched complaint.

                                      Respectfully submitted:

                                      **FORMALDEHYDE TRAILER FORMALDEHYDE
                                      PRODUCT LIABILITY LITIGATION**

                         BY:    */s/Gerald E. Meunier*
                                      GERALD E. MEUNIER, #9471
                                      **PLAINTIFFS' CO-LIAISON COUNSEL**
                                      Gainsburgh, Benjamin, David, Meunier &
                                      Warshauer, L.L.C.
                                      2800 Energy Centre, 1100 Poydras Street
                                      New Orleans, Louisiana 70163
                                      Telephone:    504/522-2304
                                      Facsimile:     504/528-9973
                                      gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713
