UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Willis, et al v. Cavalier Home Builders, LLC, et al,* 10-3131
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL
## OF MARY ARNOTT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mary Arnott, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Cavalier Homes, Inc., Cavalier Home Builders, LLC, CH2M Hill Constructors, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on September 20, 2010. The dismissal of this Plaintiff's claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　**FORMALDEHYDE TRAILER FORMALDEHYDE**
　　　　　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　　　　BY:　*/s/Gerald E. Meunier*
　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163

Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713