UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |

*Latroya Milton, et al. v. Clayton Homes of Lafayette, Inc, f/k/a Clayton Homes, Inc., et al.*
*Civil Action No. 10-04062*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing:

IT IS ORDERED that the Plaintiffs be GRANTED leave to file this Second Amended Complaint and Substitute a Party. Further, Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc. is dismissed without prejudice.

DATED this __30th__ day of _____March_____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE