UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |

*Latroya Milton, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al.*
*Civil Action No. 10-04062*
*************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel come Plaintiffs in the above captioned matter, who, through undersigned counsel respectfully supplements and amends the First Supplemental and Amended Complaint for Damages to substitute CMH Manufacturing, Inc., for Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. Plaintiff, based upon information now in the possession of counsel that was unknown at the time that the underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by CMH Manufacturing, Inc., (hereinafter "CMH") and not Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc. (hereinafter "Clayton Homes").

Plaintiffs, through undersigned counsel, supplements and amends the First Supplemental and Amended Complaint for Damages in the following respects and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein:

1.

1. By amending Section I, subsection 3 to reflect the substitution of CMH for Clayton Homes:

"3. Defendant CMH Manufacturing, Inc., (hereinafter "CMH)", is upon information and belief a limited liability corporation incorporated in the State of Tennessee, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2. By replacing all other references to Clayton Homes with CMH throughout the remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Plaintiffs' First Supplemental and Amended Complaint be amended to reflect the substitution of CMH for Clayton, and that CMH and FEMA be served with a copy of this Second Amended Complaint and the Original First Supplemental and Amended Complaint. Further, Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Plaintiffs' First Supplemental and Amended Complaint for Damages.

Respectfully submitted,

BY: s/ Douglas M. Schmidt
Douglas M. Schmidt LA Bar #11789
DOUGLAS M. SCHMIDT APLC
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755

**PLEASE SERVE:**

CMH Manufacturing, Inc.
Through its Agent for Service of Process
C T Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN 37929

The United States of America
**Through**
U.S. Attorney's Office, Eastern district of Louisiana
500 Poydras St.
Room B210
New Orleans, LA 70130
**And through**
Attorney General of the United States
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**And through**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATED TO: | * | MAGISTRATE CHASEZ |

*Latroya Milton, et al. v. Clayton Homes of Lafayette, Inc,*
*f/k/a Clayton Homes, Inc., et al.*
*Civil Action No. 10-04062*
**********************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that he has contacted Counsel for the Defendants in the case related above and/or Liaison Counsel for Defendant. Reserving all right and defenses available to all Defendants, the Defendants have each represented that they do not object to the Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party.

Respectfully submitted,

BY: *s/ Douglas M. Schmidt*
Douglas M. Schmidt LA Bar #11789
DOUGLAS M. SCHMIDT APLC
335 City Park Avenue
New Orleans, LA 70119
Telephone: 504-482-5711
Fax: 504-482-5755

## CERTIFICATE OF SERVICE

I hereby certify that on 29^(TH) day of March, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ Douglas M. Schmidt
Douglas M. Schmidt  L.A. Bar #11789