UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: | * * | MAGISTRATE CHASEZ |

*Ann Duplessis, et al. v. Clayton Homes of Lafayette, Inc, f/k/a Clayton Homes, Inc., et al.*
*Civil Action No. 10-04063*
*********************************************************************

## ORDER

Considering the foregoing:

IT IS ORDERED that the Plaintiffs be GRANTED leave to file this Second Amended Complaint and Substitute a Party. Further, Clayton Homes of Lafayette, Inc. f/k/a Clayton Homes, Inc. is dismissed without prejudice.

DATED this ___30th___ day of _____March_____, 2011, in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE