UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Doris Tolliver, et al., v. Forest River, Inc., et al.* | | |
| Civil Action No. 09-8635 | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8635 to include the following named Plaintiff:

Donald Lindsey, Jr.

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff was originally placed in a place-holder suit, *Warren Bellazer, et al., v. Gulf Stream Coach, Inc.,* Case No. 2:09-cv-4108, based upon the information provided at the time of filing. A review of documents and materials available to Plaintiffs now show that Plaintiff was

erroneously placed in the *Bellazer* suit and is now able to be matched to Forest River, Inc. This motion is solely intended to place the above-named Plaintiff in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiff resided in the same type of FEMA supplied emergency housing unit manufactured by Forest River, Inc., as the existing Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiff from making his proper claim against the proper defendant, Plaintiffs seek to add the above-named Plaintiff to an existing complaint and remove his name from the erroneous Complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

                                                Respectfully submitted,

                                                /s/ Frank J. D'Amico, Jr.
                                                FRANK J. D'AMICO, JR. (LSBA# 17519)
                                                Frank J. D'Amico, Jr., APLC
                                                4731 Canal St.
                                                New Orleans, LA  70119
                                                Phone: (504) 525-7272
                                                Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    /s/ Frank J. D'Amico, Jr._____
                                                    FRANK J. D'AMICO, JR. (LSBA# 17519)