UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO.: |
| FEMA TRAILER; FORMALDEHYDE; | * | 2:07-MD-01873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | JUDGE: |
| THIS DOCUMENT RELATES TO | * | KURT D. ENGELHARDT |
| THE FOLLOWING CASES: | * | |
| | * | SECTION:  "N" |
| *KEVIN J. FIRMIN* | * | |
| together with all individuals and entities | * | MAGISTRATE: |
| whose names appear on the attached "Exhibit A" | * | ALMA L. CHASEZ |
| | * | |
| *VERSUS* | * | MAG: (5) |
| | * | |
| SUPERIOR HOMES, LLC | * | |
| CONTRACTOR DEFENDANT | * | |
| as identified on the attached "Exhibit A" | * | |
| and UNITED STATES OF AMERICA | * | |
| THROUGH THE FEDERAL EMERGENCY | * | |
| MANAGEMENT AGENCY | * | |
| | * | |

**********************************

**O R D E R**

Considering the foregoing Unopposed Motion to Dismiss:

**IT IS HEREBY ORDERED** that all of the claims asserted herein against **SUPERIOR HOMES, LLC** are hereby dismissed without prejudice with each party to bear their own costs.

Signed this ____1st____ day of ____April____, 2011, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

C:\Users\140\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\E6ZIO9OV\unopposed motion to dismiss - order 03 21 11 (F).wpd

1