UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION BY PSC AND NON-LITIGATION TRACK DEFENDANTS TO EXTEND NON-LITIGATION TRACK

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order extending the Non-Litigation Track from its inception until a ruling is made on their Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Doc. 20481).

1. On March 14, 2011, the Non-Litigation Track Defendants and Plaintiffs' Steering Committee filed their Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Doc. 20481).

2. The purposes and reasons for the original establishment of the Non-Litigation Track continue to remain in place during the pendency of this Motion for Preliminary Approval, and the Parties jointly request this Court to extend the Non-Litigation Track from the time of its original creation pursuant to Pretrial Order No. 24 (Doc. 1002) until a ruling is made on the Motion for Preliminary Approval.

3. The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed, and none oppose the granting of the extension requested herein.

02124012.1

WHEREFORE, premises considered, the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track from the time of its original creation pursuant to Pretrial Order No. 24 (Doc. 1002) until a ruling is made on their Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement.

Respectfully submitted,

BY: s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


BY: s/Thomas W. Thagard III
THOMAS WERTH THAGARD III
**NON-LITIGATION TRACK
LIAISON COUNSEL**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

-and-

Stephanie Skinner
THE MILLER LAW FIRM, PADUCAH-NEW ORLEANS, PLLC
One Canal Place

02124012.1

>365 Canal Street, Suite 860
>New Orleans, LA 70130
>Tele: (504) 684-5044
>Fax: (866) 578-2230

02124012.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s Justin I. Woods
OF COUNSEL

02124012.1

**GE**

02124012.1