UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

Before this Court is an Unopposed Motion to Extend Non-Litigation Track filed by the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for extending the Non-Litigation Track, and therefore:

IT IS HEREBY ORDERED that the Non-Litigation Track is extended from the date of its original creation by Pretrial Order No. 24 (Doc. 1002) until a ruling is made on the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement (Doc. 20481) filed by the Non-Litigation Track Defendants and Plaintiffs' Steering Committee.

New Orleans, Louisiana, this ____ day of April, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUD**