OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4-1-2011

Cudette Green

vs.

Clayton Homes of Lafayette, Inc

Case No. 10-2551 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc - through its registered agent for service
   (address) Corporation Services Company, 320 Somerulos St. Baton Rouge, LA 70802-6129
2. (name) The United States of America, through U.S Atty's Ofc. Eastern District of LA
   (address) 500 Poydras St. Rm B210 New Orleans, LA 70130
3. (name) Atty General of the U.S., U.S. Dept. of Justice
   (address) 950 Pennsylvania Ave, NW Washington, DC 20530-0001
4. (name) Federal Emergency Management Agency, Ofc. of the Director
   (address) Ofc. of the Gen. Counsel 500 C St. SW, Washington DC 20472
5. CMH MANUFACTURING, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS
   CT CORPORATION
   800 S. GAY ST. STE 2021
   KNOXVILLE TN 37929

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

[Signature]

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119