OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 4-1-2011

JASSESL MARSHALL

vs.

CLAYTON HOMES OF LAFAYETTE, INC.

Case No. 09-8494 Section N

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Fluor Enterprises, Inc - through its registered agent for service:
   (address) Corporation Service Company, 320 Samerulos St, Baton Rouge, LA 70802-6129
2. (name) The United States of America through U.S. Atty's Ofc. Eastern District of LA
   (address) 500 Poydras St. Rm. B210 New Orleans, LA 70130
3. (name) Atthy General of the U.S., U.S. Dept of Justice
   (address) 950 Pennsylvania Ave, NW Washington DC 20530-0001
4. (name) Federal Emergency Management Agency, Ofc. of the Dir.
   (address) Ofc. of the Gen. Counsel 500 C St. SW Washington DC 20472
5. CMH MANUFACTURING, INC THROUGH ITS AGENT FOR SERVICE OF PROCESS
   CT CORPORATION
   800 S. GAY ST. STE 2021
   KNOXVILLE, TN 37929

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119