OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: __4-1-2011__

__MAUDRY BROWN__

vs.

__JAYCO ENTERPRISES, INC.,__

Case No. __09-8614__  Section __N__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __SHAW ENTERPRISES, INC. THROUGH ITS REGISTERED AGENT FOR SERVICE__
   (address) __CORPORATION SERVICE COMPANY, 320 SOMERULOS ST, BATON ROUGE, LOUISIANA 70802-6129__
2. (name) __JAYCO ENTERPRISES, INC. through Its Agent for Service of Process__
   (address) __KENARD R. WAVER, 317 W. FRANKLIN ST., ELKHART, IN 46516__
3. (name) __UNITED STATES OF AMERICA, through U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA__
   (address) __500 POYDRAS ST, Room B210 NEW ORLEANS, LOUISIANA 70130__
4. (name) __UNITED STATES OF AMERICA, ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE__
   (address) __950 PENNSYLVANIA AVENUE, NW WASHINGTON, D.C. 20530-0001__

5.) UNITED STATES OF AMERICA, through FEDERAL EMERGENCY MANAGEMENT AGENCY
OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL
500 C STREET, SW
WASHINGTON, D.C. 20472

Very truly yours,

_____
"Signature"

I CERTIFY THAT ALL PARTIES
LISTED IN THE COMPLAINT
REFERENCED ABOVE, HAVE BEEN
MATCHED PURSUANT TO PTO #55.

Attorney for __PLAINTIFFS__
__FRANK J. D'AMICO, JR., APLC__
Address __4731 CANAL ST__
__NEW ORLEANS, LA 70119__