OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 04/04/2011

SHANTRENEIKA HARPER, ETAL

vs.

SUNNYBROOK RV, INC., et al

Case No. 09-8621  Section  N

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) SUNNYBROOK RV, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS
   (address) ELVIE J. FREY, SR. 201 14TH ST. MIDDLEBURY, IN 46540
2. (name) UNITED STATES OF AMERICA through U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS ST, ROOM B210 NEW ORLEANS, LA 70130
3. (name) UNITED STATES OF AMERICA, ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 PENNSYLVANIA AVENUE, NW   WASHINGTON, DC 20530-0001
4. (name) UNITED STATES OF AMERICA, FEDERAL EMERGENCY MANAGEMENT AGENCY
   OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL
   (address) 500 C STREET, SW  WASHINGTON, DC 20472

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119