UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Wallace, et al v. Cavalier Home Builders, LLC, et al*
No. 10-2438

JURY DEMANDED

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, through undersigned counsel, respectfully reiterates and re-avers all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on his behalf with this Court on August 2, 2010.

1.

Defendants Cavalier Home Builders, LLC and Cavalier Homes, Inc. were improperly named as the Defendant Manufacturers. The correct name of the Defendant Manufacturer is Gulf Stream Coach, Inc. Named Plaintiffs seek to replace any references to Cavalier Home Builders, LLC and Cavalier Homes, Inc. with Gulf Stream Coach, Inc.

2.

Named Plaintiffs seek to correct an error in paragraph 2 of the Complaint by replacing "state of Alabama" each time it appears with "state of Indiana"

3.

Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

                                      Respectfully Submitted,

                                      By:    /s/Matthew B. Moreland
                                      Daniel E. Becnel, Jr. (La. Bar #2926)
                                      Matthew B. Moreland  (La. Bar No. 24567)
                                      BECNEL LAW FIRM, LLC
                                      106 W. Seventh Street
                                      P. O. Drawer H
                                      Reserve, Louisiana  70084
                                      Telephone: (985) 536-1186
                                      Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
