UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Memorandum in support,

IT IS ORDERED that the Joint Unopposed Motion to Substitute Document is hereby GRANTED. Further, the attached Claim Form - Exhibit A to Stipulation of Settlement shall be substituted for the original exhibit (Doc. 20481-2).

_____
HONORABLE KURT D. ENGELHARDT