UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
       FORMALDEHYDE PRODUCTS  
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and served eight days prior to the noticed submission date. No memorandum in opposition to "Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement" (Rec. Doc. 20481), set for hearing on April 4, 2011, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED that** "Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement" (Rec. Doc. 20481) should be and is hereby **GRANTED**. Thus, the Court hereby approves and adopts the Special Master's Recommendations on Methodology and Allocations. The Preliminary Approval Order, setting important related dates, will issue by separate order.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been

necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 5th day of April 2011.

                                  **KURT D. ENGELHARDT**
                                  **UNITED STATES DISTRICT JUDGE**