UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION

                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Wallace, et al v. Cavalier Home Builders, LLC,*   JURY DEMANDED
*et al*
*No. 10-2438*


## ORDER

Considering the foregoing Motion for Leave to File Second Supplemental and Amending

Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their Second

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

DATED this _____5th_____ day of _____April_____, 2011 in New Orleans,

Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE