## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>            FORMALDEHYDE PRODUCTS<br>            LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | MAG: CHASEZ |
| *Chad w. Macalusa, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3510; Plaintiff: Nicholas Manno | * <br> * <br> * <br> * | |
| *Cheryl Andrews, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-6894; *Brittany Michel Deano, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3942; *Cheryl Andrews, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3943 Plaintiff:  Allan J. Hoey & Ashley M. Hoey | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Christina Jackson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4665; Plaintiff:  Vincent M. Gonzales | * <br> * <br> * <br> * | |
| *Cheryl Andrews, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-6894; *Susan Huy Anglin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3946; Plaintiff:  Arthur C. Oldstein | * <br> * <br> * <br> * <br> * | |
| *Christina Jackson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4665; Plaintiff:  Wanda T. Olson | * <br> * <br> * <br> * | |
| *Christina Jackson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4665; Plaintiffs: Dana Sampson and Joseph Sampson | * <br> * <br> * <br> * | |
| *Vernon E. Alfonso, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3704; Plaintiff:  Dana Sampson | * <br> * <br> * <br> * | |
| *Angeline Vaccarella, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3824; Plaintiff:  Deborah E. Walgamotte | * <br> * <br> * <br> * | |

| | |
|---|---|
| *Somaya Bader, et al v. Gulf Stream Coach* | * |
| *Inc., et al*; Docket No. 10-3681; | * |
| Plaintiffs: Lorrie K. Bailey and Sierra Bailey | * |
| | * |
| *Dorothy Sue Acosta, et al v. Gulf Stream Coach,* | * |
| *Inc., et al*; Docket No. 10-3679; | * |
| Plaintiff: Lorrie K. Bailey | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

- Lorrie K. Bailey, both individually and on behalf of her minor child, Sierra Bailey (Plaintiff in *Acosta*, C.A. No. 10-3679; *Bader*, C.A. No. 10-3681)
- Allan J. Hoey (Plaintiff in *Andrews*, C.A. No. 09-6894; *Deano*, C.A. No. 10-3492; *Andrews*, 10-3943)
- Ashley M. Hoey (Plaintiff in *Andrews*, C.A. No. 09-6894; *Deano*, C.A. No. 10-3492; *Andrews*, 10-3943)
- Vincent M. Gonzales (Plaintiff in *Jackson*, C.A. No. 09-4665)
- Nicholas Manno (Plaintiff in *Macaluso*, C.A. No. 10-3510)
- Arthur Oldstein (Plaintiff in *Andrews*, C.A. No. 09-6894; *Anglin*, C.A. No. 10-3946)
- Wanda T. Olson (Plaintiff in *Jackson*, C.A. No. 09-4665)
- Dana Sampson, both individually and on behalf of her minor child, Joseph Sampson (Plaintiff in *Jackson*, C.A. No. 09-4665; *Alfonso*, C.A. No. 10-3704)
- Deborah Walgamotte (Plaintiff in *Vaccarella*, C.A. No. 10-3824)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 6th day of April, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**