## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Chad w. Macalusa, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3510; Plaintiff: Nicholas | * | |
| Manno | * | |
| | * | |
| *Cheryl Andrews, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 09-6894; *Brittany Michel* | * | |
| *Deano, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 10-3942; *Cheryl Andrews, et al v.* | * | |
| *Gulf Stream Coach, Inc., et al*; Docket No. 10-3943 | * | |
| Plaintiff:  Allan J. Hoey & Ashley M. Hoey | * | |
| | * | |
| *Christina Jackson, et al v. Gulf Stream* | * | |
| *Coach, Inc., et al*; Docket No. 09-4665; | * | |
| Plaintiff:  Vincent M. Gonzales | * | |
| | * | |
| *Cheryl Andrews, et al v. Gulf Stream* | * | |
| *Coach, Inc., et al*; Docket No. 09-6894; *Susan Huy* | * | |
| *Anglin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 10-3946; Plaintiff:  Arthur C. Oldstein | * | |
| | * | |
| *Christina Jackson, et al v. Gulf Stream* | * | |
| *Coach, Inc., et al*; Docket No. 09-4665; | * | |
| Plaintiff:  Wanda T. Olson | * | |
| | * | |
| *Christina Jackson, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 09-4665; | * | |
| Plaintiffs: Dana Sampson and Joseph Sampson | * | |
| | * | |
| *Vernon E. Alfonso, et al v. Gulf Stream* | * | |
| *Coach, Inc., et al*; Docket No. 10-3704; | * | |
| Plaintiff:  Dana Sampson | * | |
| | * | |
| *Angeline Vaccarella, et al v. Gulf Stream* | * | |
| *Coach, Inc., et al*; Docket No. 10-3824; | * | |
| Plaintiff:  Deborah E. Walgamotte | * | |
| | * | |
| | * | |

00150063-1

| | |
|---|---|
| *Somaya Bader, et al v. Gulf Stream Coach Inc., et al*; Docket No. 10-3681; Plaintiffs: Lorrie K. Bailey and Sierra Bailey | * * * |
| | * |
| *Dorothy Sue Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3679; Plaintiff: Lorrie K. Bailey | * * |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE