**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Wednesday, March 30, 2011 1:29 PM
**To:** CARMEN MOTES
**Subject:** GS PFS Forms

Carmen:

We were unable to remedy the deficiencies for the following:

Nicholas Manno

Allan Hoey

Ashley Hoey

Vincent Gonzales

Arthur Oldstein

Arthur Oliveri

Wanda Olson

2

Dana Sampson

Joseph Sampson

Deborah Walgamotte

Lorrie Bailey

Sierra Bailey

In accordance with our custom, we will not (and cannot) oppose any Motion to Dismiss for failure to remedy the PFS deficiencies.

The corrected PFS forms are on their way via e-mail.

Thanks

David