OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: April 4, 2011

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

WHITTEN, ET AL V.
THOR INDUSTRIES, INC., ET AL
CASE NO. 11-0007

Dear Sir:

Please **issue** summons on the **Complaint for Damages** to the following:

1. The United States of America, Department of Justice, through Eric Holder, U. S. Attorney General, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

2. The United States of America, Office of the U.S. Attorney, through Don Burkhalter, U.S. Attorney for the Southern District of Mississippi, 188 East Capitol Street, One Jackson Place, Suite 500, Jackson, MS 39201.

3. The United States of America, Federal Emergency Management Agency (FEMA), through, Craig Fugate, Director, 500 C Street SW, Washington DC 20472.

4. Bechtel National, Inc., through its Agent for Service of Process, The Corporation Trust Company of Nevada, 6100 Neil Road, Suite 500, Reno, NV 89511.

5. River Birch Homes, Inc and/or River Birch Homes, LLC, through its Agent for Service of Process, Delmo Payne, 5400 Bexar Avenue E, Hamilton, AL 35570.

6. Thor California, Inc., through its Attorney of Record, John Deeds, 100 S. Main Avenue, Suite 300, Sidney, OH 45365.

7. Thor Industries, Inc, through its Attorney of Record, John Deeds, 100 S. Main Avenue, Suite 300, Sidney, OH 45365.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*Justin I. Woods*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier

& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff