# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Robert Denet v. Pilgrim* | * | |
| *International, Inc., et al* | * | Magistrate: Chasez |
| | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS as to the claims of **Markalla LaFrance, Yascia LaFrance, Sharona Prout, and Kyle LaFrance**, filed by defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, is set for hearing on May 4, 2011 at 9:30 a.m. before the Honorable Kurt L. Englehardt, United States District Court, Eastern District of Louisiana in accordance with the Local Rules.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

   /s Eric B. Berger_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF") SYSTEM ON THIS  10TH  DAY OF  JANUARY  , 2011.

   /s Eric B. Berger