Exhibit 1

## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re: *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, **_Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster_**. One of the plaintiffs in this matter is Markalla LaFrance. To date we are unaware of Ms. LaFrance filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. LaFrance's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

As Section F of Pre-Trial Order No. 32 further states:

Jim S. Hall
FEMA 9854
Page 2 of 2

> **"Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."**

As Ms. LaFrance is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 26th day of January, 2011 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Markalla LaFrance.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc: Andrew Weinstock     (via fax: 837-3119)
    Gerald Meunier       (via fax: 528-9973)
    Ryan Johnson         (via fax: 225-248-3080)

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

> Re:  *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
> c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
> (07-MD-1873)
> Claim No.:  NJU00333825
> Insured:  Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Jim:

     We are writing in reference the lawsuit captioned above, ***Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster***. One of the plaintiffs in this matter is <u>Yascia LaFrance.</u> To date we are unaware of Ms. LaFrance filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. LaFrance's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

     As Section F of Pre-Trial Order No. 32 further states:

Jim S. Hall
FEMA 9854
Page 2 of 2

> "**Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause.**"

As Ms. LaFrance is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 26th day of January, 2011 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Yascia LaFrance.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc: Andrew Weinstock     (via fax: 837-3119)
       Gerald Meunier      (via fax: 528-9973)
       Ryan Johnson        (via fax: 225-248-3080)

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

      Re: *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

    We are writing in reference the lawsuit captioned above, **_Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster_**. One of the plaintiffs in this matter is <u>Sharona Prout.</u> To date we are unaware of Ms. Prout filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. Prout's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

    As Section F of Pre-Trial Order No. 32 further states:

Jim S. Hall
FEMA 9854
Page 2 of 2

> "**Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause.**"

As Ms. Prout is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 26th day of January, 2011 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Sharona Prout.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc: Andrew Weinstock      (via fax: 837-3119)
    Gerald Meunier        (via fax: 528-9973)
    Ryan Johnson          (via fax: 225-248-3080)

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re:   *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry , and Crum & Forster* (09-4584)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.:   NJU00333825
Insured:      Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, **_Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry , and Crum & Forster_**.  One of the plaintiffs in this matter is <u>Kyle LaFrance.</u>  To date we are unaware of Mr. LaFrance filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32.  Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Mr. LaFrance's Plaintiff Fact Sheet was on or before December 31, 2009.  No extensions were filed.

As Section F of Pre-Trial Order No. 32 further states:

> "Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."

As Mr. LaFrance is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 26th day of January, 2011 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Mr. Kyle LaFrance.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc: Andrew Weinstock (via fax: 837-3119)
     Gerald Meunier (via fax: 528-9973)
     Ryan Johnson (via fax: 225-248-3080)

Exhibit 2

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Tuesday, February 22, 2011 1:58 PM
**To:** Sidney Angelle
**Cc:** 'CARMEN MOTES'; 'Denise Martin'; joe@jimshall.com
**Subject:**

Mr. Berger:

Please be advised that we no longer represent the following clients for any claims they may have in the FEMA trailer litigation.

    Kyle LaFrance
    Markalla LaFrance
    Yascia LaFrance
    Sharona Prout

If you have any questions, please do not hesitate to contact me.

1

Thanks,
Wanda Capdeville
JIM S. HALL & ASSOCIATES, LLC
800 North Causeway Boulevard, Suite 100
Metairie, Louisiana 70001
(504) 832-3000

Exhibit 3

```
                    *****************************
                    ***  MULTI TX/RX REPORT   ***
                    *****************************
   TX/RX NO              1764
   PGS.                   2
   TX/RX INCOMPLETE
                         -----
   TRANSACTION OK
                         (1)   159854#912252483080
                         (2)   98321799

   ERROR INFORMATION
                         -----
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

†ALSO ADMITTED IN TEXAS

March 16, 2011

<u>Via Fax 504-832-1799</u>
Jim S. Hall
Joseph W. Rausch
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd, Suite 100
Metairie, La 70001

      In Re: *FEMA Trailer Formaldehyde Products Liability Litigation*
      (07-MD-1873)

Dear Counsel:

    On January 10, 2011, we sent correspondence to you scheduling Rule 37 conferences with you to address deficient production of Plaintiff Fact Sheets for each of the following plaintiffs as required by the Court's Pre-Trial Order Nos. 2 and 32:

- Geraldo Perez - *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*
- Ashley White - *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

March 16, 2011

*Via Fax 504-832-1799*
Jim S. Hall
Joseph W. Rausch
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd,. Suite 100
Metairie, La 70001

      *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
      (07-MD-1873)

Dear Counsel:

  On January 10, 2011, we sent correspondence to you scheduling Rule 37 conferences with you to address deficient production of Plaintiff Fact Sheets for each of the following plaintiffs as required by the Court's Pre-Trial Order Nos. 2 and 32:

- Geraldo Perez - *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*
- Ashley White- *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*
- Joshua White - *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*
- Maria Miranda - *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency*

- Kyle/Kye - LaFrance (2 suits) –
  - 1) *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
  - 2) *Kye Lafrance v. Pilgrim International Inc. et al* (09-4873)
- Markalla LaFrance - *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
- Yascia LaFrance - *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
- Sharona Prout - *Robert Denet v. Pilgrim International, Inc., CH2M Hill Constructors, Inc., United States of America through the Federal Emergency Management Agency, Sentry, and Crum & Forster* (09-4584)
- Mr. Christopher Richard, Jr. - *Chavon Charles, et al v. Pilgrim International, Inc., Shaw Environmental, Inc., Unites States of America through the Federal Emergency Management Agency, Sentry Insurance Company, Mutual Insurance Company, and Crum & Forster Specialty Insurance Company* (09-4525)

You subsequently indicated that you no longer represent these plaintiffs. However, you remain counsel of record for these plaintiffs. You have failed to provide information regarding substitute counsel. You have also failed to cure deficiencies by producing Plaintiff Fact Sheets.

Please give us a call to hold our Rule 37.1 Conference March 21, 2011 at 2:00 p.m., to discuss this issue. In the event that we do not hear from you at that time, we intend to file motions to dismiss plaintiffs' claims with prejudice on the basis of these deficiencies on March 22, 2011 without further notice.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/HFC

Cc:   Ryan Johnson                                         (via fax: 225-248-3080)

Bcc:   Therese Bissonnette           (via email)
       Diego Garcia                  (via email)