# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Katie Alexis Babineaux v. Pilgrim* | * | |
| *International, Inc., et al (No. 09-4610)* | * | Magistrate: Chasez |
| | * | |

*************************************************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of plaintiffs, *Ashley White, Joshua White, Geraldo Perez, and Maria Miranda* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of Ashley White, Joshua White, Geraldo Perez, and Maria Miranda, plaintiffs in *Katie Alexis Babineaux v. Pilgrim International Inc., et al,* No. 09-4610, with prejudice for their failure to comply with Pre-Trial Order No. 32.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully submitted: |
| I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAIL BY FILING THROUGH THE COURT'S ELECTRONIS CASE FILING ("ECF") SYSTEM ON THIS ___ DAY OF  March  , 2011. | ___/s Eric B. Berger_____ SIDNEY J. ANGELLE, #1002 ERIC B. BERGER, #26196 LOBMAN, CARNAHAN, BATT, ANGELLE & NADER 400 POYDRAS STREET, SUITE 2300 NEW ORLEANS, LOUISIANA  70130 (504) 586-9292   FAX (504) 586-1290 |
| ___/s Eric B. Berger____ |  |