UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | JUDGE KURT D. ENGELHARDT |
| PRODUCT LIABILITY LITIGATION | : | DOCKET NUMBER: MDL 1873 |
| THIS DOCUMENT IS RELATES TO ALL CASES | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Sun Valley, Inc. d/b/a Sun-Lite ("Sun Valley"), who moves this Honorable Court for entry of an Order enrolling Lamont P. Domingue (La. Bar No. 20787) of the law firm of Voorhies & Labbé, 700 St. John Street, 5th Floor, Post Office Box 3527, Lafayette, Louisiana 70502 as additional counsel of record for Sun Valley, Inc. d/b/a Sun Lite in the above-captioned matter.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:    337-232-9700
FAX:          337-235-4943
E-Mail:  lpd@volalaw.com
Attorney for Sun Valley, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Enroll as Additional Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 8 day of April, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787

Doc. 420583