# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV Case No. 09-6425* | * * * * * * * * | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing motion,

**IT IS SO ORDERED** that Plaintiff, Quiniece Lambert-Dolliole, Individually, voluntary dismissal, without prejudice, against Defendant CH2M Hill Constructors, Inc. is hereby, and in all things GRANTED,

DATED this ___ day of ____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE