UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>*Youlanda Lambert vs. Jayco, Inc., et al.*<br>No. 09-6425 (Quiniece Lambert-Dolliole) | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF QUINIECE LAMBERT-DOLLIOLE, INDIVIDUALLY, VOLUNTARY DISMISSAL OF FEMA WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiff, Quiniece Lambert-Dolliole, Individually, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of her voluntarily dismissal, without prejudice, of her individual claims only against Defendant, United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings.

Respectfully submitted,

By: /s/ Paul A. Dominick
    Paul A. Dominick
    Richard L. Tapp, Jr.
    Dennis J. Lynch
    **Nexsen Pruet, L.L.C.**
    P.O. Box 486
    Charleston, SC 29402
    Telephone: (843) 577-9440
    Facsimile: (843) 720-1777

    J. Michael Vernon (La. Bar No. 7570)
    J. Rock Palermo (La. Bar No. 21793)
    **Bice, Palermo & Veron, L.L.C.**
    P.O. Box 2125

Lake Charles, LA 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

Sean K. Trundy
**Sean Kevin Trundy, L.L.C.**
P.O. Box 41343
North Charleston, SC 29423
Telephone: (843) 747-4424
Facsimile: (843) 747-4489

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/ Paul A. Dominick
Paul A. Dominick