UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § | MDL NO. 1873<br><br>SECTION N(4)<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATES TO:<br>*James Carey, et al vs. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.*<br>Case No. 09-5747<br>(June 20, 2011 Summary Jury Trial Against Coachmen Recreational Vehicle Company, LLC) | § § § § § § § | |

**ORDER**

Considering the foregoing Unopposed Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that Andrew D. Weinstock and Joseph G. Glass, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, be allowed and are hereby enrolled as additional counsel of record for Coachmen Recreational Vehicle Company, LLC in the above captioned matter.

New Orleans, Louisiana, this the _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE