UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-4" |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE ROBY |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| *James Carey, et al vs. Coachmen* | § | |
| *Recreational Vehicle Company, LLC,* | § | |
| *Coachmen Industries, Inc.* | § | |
| Case No. 09-5747 | § | |
| (June 20, 2011 Summary Jury Trial | § | |
| Against Coachmen Recreational Vehicle | § | |
| Company, LLC) | § | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

MAY IT PLEASE THE COURT:

Defendant, COACHMEN RECREATIONAL VEHICLE COMPANY, LLC. (hereinafter "Coachmen"), offers the following Memorandum in Support of its Unopposed Motion to Enroll Additional Counsel of Record:

Coachmen desires that Andrew D. Weinstock and Joseph G. Glass, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, be enrolled as additional counsel of record for Coachmen in the above captioned matter. Accordingly, Coachmen requests that this Honorable Court issue an order enrolling Andrew Weinstock and Joseph G. Glass as additional counsel of record on behalf of Coachmen.

Baton Rouge, Louisiana, this 8th day of April, 2011.

                                          Respectfully Submitted:

                                        **TAYLOR PORTER BROOKS & PHILLIPS LLP**

                            By:   /s/ John Stewart Tharp
                                    John Stewart Tharp, La. Bar Roll #24230
                                    451 Florida Street, Suite 800
                                    Post Office Box 2471
                                    Baton Rouge, LA  70821
                                    (225) 387-3221 – Telephone
                                    (225) 346-8049 – Facsimile
                                    stewart.tharp@taylorporter.com
                                    **Attorneys for Coachmen Recreational Vehicle Company, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of April, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

                                          /s/ John Stewart Tharp
                                          John Stewart Tharp

566042.1