UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-4" |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE ROBY |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| *James Carey, et al vs. Coachmen* | § | |
| *Recreational Vehicle Company, LLC,* | § | |
| *Coachmen Industries, Inc.* | § | |
| Case No. 09-5747 | § | |
| (June 20, 2011 Summary Jury Trial | § | |
| Against Coachmen Recreational Vehicle | § | |
| Company, LLC) | § | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, COACHMEN RECREATIONAL VEHICLE COMPANY, LLC. (hereinafter "Coachmen"), and moves this Court to have Andrew D. Weinstock and Joseph G. Glass, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, enrolled as additional counsel of record for Coachmen Recreational Vehicle Company, LLC.

Baton Rouge, Louisiana, this 8th day of April, 2011.

                Respectfully Submitted:

                **TAYLOR PORTER BROOKS & PHILLIPS LLP**

    By:  /s/ John Stewart Tharp
        John Stewart Tharp
        Louisiana State Bar No. 24230
        451 Florida Street, Suite 800
        Post Office Box 2471
        Baton Rouge, LA 70821
        (225) 387-3221 – Telephone
        (225) 346-8049 – Facsimile

        stewart.tharp@taylorporter.com

        **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

By:  /s/ Andrew D. Weinstock
       Andrew D. Weinstock #18495
       Joseph G. Glass #25397
       3838 N. Causeway Boulevard, Suite 2900
       Metairie, LA  70002
       (504) 832-3700 – Telephone
       (504) 837-3119 – Facsimile
       andreww@duplass.com
       jglass@duplass.com

**Attorneys for Coachmen Recreational Vehicle Company, LLC**

### CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of April, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

        /s/ John Stewart Tharp
        John Stewart Tharp

566039.1