UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT RELATES TO<br>*James Carey, et al vs. Coachmen Recreational Vehicle Company, LLC, Coachmen Industries, Inc.*<br>Case No. 09-5747<br>(June 20, 2011 Summary Jury Trial Against Coachmen Recreational Vehicle Company, LLC) | § § § § § § § § § | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

MAY IT PLEASE THE COURT:

Defendant, COACHMEN RECREATIONAL VEHICLE COMPANY, LLC. (hereinafter "Coachmen"), offers the following Memorandum in Support of its Unopposed Motion to Enroll Additional Counsel of Record:

Coachmen desires that Andrew D. Weinstock and Joseph G. Glass, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, be enrolled as additional counsel of record for Coachmen in the above captioned matter. Accordingly, Coachmen requests that this Honorable Court issue an order enrolling Andrew Weinstock and Joseph G. Glass as additional counsel of record on behalf of Coachmen.

Baton Rouge, Louisiana, this 8th day of April, 2011.

            Respectfully Submitted:

            **TAYLOR PORTER BROOKS & PHILLIPS LLP**

By: /s/ John Stewart Tharp
   John Stewart Tharp #24230
   451 Florida Street, Suite 800
   Post Office Box 2471
   Baton Rouge, LA  70821
   (225) 387-3221 – Telephone
   (225) 346-8049 – Facsimile
   stewart.tharp@taylorporter.com

            **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

By: /s/ Andrew D. Weinstock
   Andrew D. Weinstock #18495
   Joseph G. Glass #25397
   3838 N. Causeway Boulevard, Suite 2900
   Metairie, LA  70002
   (504) 832-3700 – Telephone
   (504) 837-3119 – Facsimile
   andreww@duplass.com
   jglass@duplass.com
**Attorneys for Coachmen Recreational Vehicle Company, LLC**

## CERTIFICATE OF SERVICE

 I hereby certify that on the 8th day of April, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

            /s/ John Stewart Tharp
            John Stewart Tharp

566042.1