# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873**<br>**SECTION N(5)**<br>**JUDGE ENGELHARDT**<br>**MAGISTRATE CHASEZ** |
| **THIS DOCUMENT RELATES TO:**<br>*Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV*<br>*Case No. 09-6425* | |

## PLAINTIFF QUINIECE LAMBERT-DOLLIOLE, INDIVIDUALLY, VOLUNTARY DISMISSAL OF CH2M HILL CONSTRUCTORS, INC. WITH PREJUDICE UNDER FRCP 41(a)(1) (A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiff, Quiniece Lambert-Dolliole, Individually, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of her voluntarily dismissal, with prejudice, of her individual claims only against Defendant CH2M Hill Constructors, Inc. in the Complaint previously filed in these proceedings.

By: s/Paul A. Dominick
Paul A. Dominick
Richard L. Tapp, Jr.
Dennis J. Lynch
Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
Telephone: (843) 577-9440
Facsimile:  (843) 720-1777


J. Michael Vernon (La. Bar No. 7570)
J. Rock Palermo (LA Bar No. 21793)
Bice, Palermo & Veron, LLC

P. O. Box 2125  
Lake Charles, LA  70602  
Telephone:  (337) 310-1600  
Facsimile:  (337&) 310-1601

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

<pre>                              s/Paul A. Dominick
                              PAUL A. DOMINICK</pre>