## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL No. 1873** <br> **SECTION N(5)** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV* **Case No. 09-6425** | * * * * * * * * | **MAGISTRATE CHASEZ** |

**********************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS SO ORDERED** that Plaintiff, Quiniece Lambert-Dolliole, Individually, voluntary dismissal, with prejudice, against Defendant CH2M Hill Constructors, Inc. is hereby, and in all things GRANTED,

DATED this ___ day of ____, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE