# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

November 2, 2010

*<u>Via Certified Mail - Return Receipt Requested & Regular Mail</u>*
Liberty Homes Inc.
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

RE:   Service for Belinda Bauer, et al. v. Liberty Homes Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on December 23, 2009 in Cause No. 09-7840, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Liberty Homes Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) *Nick Caron*    C. Date of Delivery *11-8-10* |
| 1. Article Addressed to:<br><br>Liberty Homes Inc.<br>Edward J. Hussey<br>1101 Eisenhower Dr. North<br>Goshen, IN 46527   POB 35<br><br>ID#1343 | D. Is delivery address different from item 1? ☐ Yes ☑ No<br>If YES, enter delivery address below:<br><br>FEMA SERVICE<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1870 0002 7315 9614 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

Belinda Bauer, et al. )
Plaintiff )
v. ) Civil Action No. 09-7840
Liberty Homes Inc. )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Liberty Homes Inc.
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 15 2010

B. Gregory
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Liberty Homes Inc.</u> by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) <u>Certified mail return receipt requested #70101870000273159614, Sent 11/2/2010, Received 11/8/2010. Registered Agent: Edward J. Hussey 1101 Eisenhower Dr. North Goshen, IN 46527</u>

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>12/1/2010</u>

                                                      *Wynter Lee*
                                                    Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                                 Printed name and title

                                     2506 N. Port Ave. Corpus Christi, TX 78401
                                                    Server's address