# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

March 15, 2011

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

RE:    Service for Leonard Edwards, et al. v. Gulf Stream Coach, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 30, 2009 in Cause No. 09-474, in the USDC Southern District of Alabama.  This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Bechtel National, Inc. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Bechtel National, Inc</u> by:

      (1) personally delivering a copy of each to the individual at this place, _____
_____; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

      (4) returning the summons unexecuted to the court clerk on _____; or

      (5) other (specify) <u>Certified mail return receipt requested #70100780000067596701, Sent 3/15/2011,</u>
<u>Received 3/18/2011.  Registered Agent:  C T Corporation System 311 S. Division St.  Carson City, NV</u>
<u>89703-4202</u>

My fees are $_____ for travel and $ _____ for services, for a total of $_____.

Date:  <u>4/1/2011</u>

                                      _____
                                              Server's signature

                                     Wynter Lee - Mass Tort Coordinator
                                              Printed name and title

                                  2506 N. Port Ave. Corpus Christi, TX 78401
                                                 Server's address

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bechtel National, Inc
C T Corporation System
311 S. Division St.
Carson City, NV 89703-4202

ID#878

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent  ☒ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
3-18-1

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Fed Svc

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 0780 0000 6759 6701

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

**RETURN**

| | | |
|---|---|---|
| LEONARD EDWARDS, ET AL | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  10-534 "N" |
| GULF STREAM COACH, INC., ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Bechtel National, Inc.
> CT Corporation System
> 311 S. Division St.
> Carson City, NV    89703-4202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert C. Hilliard
> Watts Hilliard, L.L.P.
> 2506 N. Port Avenue
> Corpus Christi, TX  78401
> 1-800-994-0019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:   **Feb 28 2011**