# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

May 21, 2010

**_Via Certified Mail - Return Receipt Requested & Regular Mail_**
Jayco, Inc.
Glenn E. Killoren
121 W. Franklin St. Suite 200
Elkhart, IN 46516

RE:   Service for Jessie Thomas, et al. v. Jayco, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on April 30, 2010 in Cause No. 10-1277, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Jayco, Inc.. Your signature on the Return Receipt serves as your proof of service.



Sincerely,

Robert Hilliard

Enclosures





Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 0408 6380**
Status: **Delivered**

Your item was delivered at 11:09 am on May 28, 2010 in ELKHART, IN 46516. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

[ Restore Offline Details > ]  (?)    [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway



## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Jayco, Inc.</u> by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) <u>Certified mail return receipt requested #70100290000004086380, Sent 5/24/2010, Received 5/28/2010.  Registered Agent:  Glenn E. Killoren 121 W. Franklin St. Suite 200 Elkhart, IN 46516</u>


My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: <u>3/1/2011</u>

*[signature: Wynter Lee]*
Server's signature

Wynter Lee - Mass Tort Coordinator
Printed name and title

2506 N. Port Ave. Corpus Christi, TX 78401
Server's address

# UNITED STATES DISTRICT COURT
for the

USDC Eastern District of Louisiana

| Jessie Thomas, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 10-1277 |
| Jayco, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

SECT. N MAG 5

RETURN

To: *(Defendant's name and address)*

Jayco, Inc.
Glenn E. Killoren
121 W. Franklin St. Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  May 03 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*