UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION "N" (5)

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
　　Andrews, et al v. Gulf Stream, et al, No. 09-06894
　　Anglin, et al v. Gulf Stream, et al, No. 10-03946

*MEMORANDUM IN OPPOSITION TO DISMISS CLAIMS OF ARTHUR C. OLDSTEIN*

　　NOW INTO COURT, through undersigned counsel, come Plaintiff, who respectfully submits the following Memorandum in Opposition to defendant's Motion to Dismiss (Doc. 20745) only as to plaintiff Arthur C. Oldstein.

　　On March 30, 2011, undersigned counsel issued a letter to counsel for Gulf Stream stating that the deficiencies for a number of plaintiffs had not been remedied and that undersigned counsel could not oppose any dismissal for failure to comply with this Court's Pre-Trial Order. That same day, but after that e-mail had been sent, undersigned submitted an amended PFS form for Arthur C. Oldstein that corrected all of the noted deficiencies.

　　Accordingly, undersigned counsel suggests that Arthur C. Oldstein timely remedied any alleged deficiencies in his PFS form and therefore this Court should deny defendant's Motion to Dismiss only to the extent that it seeks dismissal of the claims of Arthur C. Oldstein.

Respectfully submitted,
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION


BY: /s/ David C. Jarrell
      SIDNEY D. TORRES, III (Bar No. 12869)
      ROBERTA L. BURNS (Bar No. 14945)
      **DAVID C. JARRELL** (Bar No. 30907)
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Dr.
      Chalmette, Louisiana 70043
      Tel: (504) 271-8421
      Fax: (504) 271-1961
      E-mail: dcj@torres-law.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of April, 2011, electronically filed the foregoing with the Clerk of Court for the Eastern District of the United States by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                  /s/ David C. Jarrell
                                  DAVID C. JARRELL