**Subject:** FW: Oldstein, Arthur PFS Correct
**Date:** Wednesday, March 30, 2011 2:40:13 PM CT
**From:** David Jarrell
**To:** Carmen Motes

Carmen,

I have burned them to CD and they are on the way to you now.  This is one that came in after we burned the CD.

Thanks

David