UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | JUDGE KURT D. ENGELHARDT |
| PRODUCT LIABILITY LITIGATION | : | DOCKET NUMBER: MDL 1873 |
| THIS DOCUMENT IS RELATES TO ALL CASES | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Sun Valley, Inc. d/b/a Sun-Lite ("Sun Valley"), who moves this Honorable Court for entry of an Order enrolling Lamont P. Domingue (La. Bar No. 20787) of the law firm of Voorhies & Labbé, 700 St. John Street, 5th Floor, Post Office Box 3527, Lafayette, Louisiana 70502 as additional counsel of record for Sun Valley, Inc. d/b/a Sun Lite in the above-captioned matter.

Respectfully submitted
ALLEN & GOOCH

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.C., #19959
LORI D. BARKER, #31687
3900 n. Causeway Blvd., Suite 1450
Metairie, Louisiana 70002
PHONE: 504-836-5260
FAX: 504-836-5265

Voorhies & Labbé

**/S/ Lamont P. Domingue**
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:     337-232-9700**
**FAX:         337-235-4943**
**E-Mail: lpd@volalaw.com**
**Attorneys for Sun Valley, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Enroll as Additional Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 11th day of April, 2011.

/S/ Brent M. Maggio
BRENT M. MAGGIO