UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | JUDGE KURT D. ENGELHARDT |
| PRODUCT LIABILITY LITIGATION | : | DOCKET NUMBER: MDL 1873 |
| THIS DOCUMENT IS RELATES TO ALL CASES | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

MAY IT PLEASE THE COURT:

Defendant, Sun Valley, Inc. d/b/a Sun-Lite ("Sun Valley"), offers the following Memorandum in Support of Unopposed Motion to Enroll Additional Counsel of Record:

Sun Valley desires that Lamont P. Domingue of Voorhies & Labbé, be enrolled as additional counsel of record for Sun Valley in the above captioned matter. Accordingly, Sun Valley requests that this Honorable Court issue an order enrolling Lamont P. Domingue as additional counsel of record on behalf of Sun Valley.

Metairie, Louisiana, this 11th day of April, 2011.

                                                    Respectfully submitted
                                                  ALLEN & GOOCH

                                                  /s/ Brent M. Maggio
                                                  BRENT M. MAGGIO, T.C., #19959
                                                  LORI D. BARKER, #31687
                                                  3900 n. Causeway Blvd., Suite 1450
                                                  Metairie, Louisiana 70002
                                                  PHONE: 504-836-5260
                                                  FAX: 504-836-5265

Voorhies & Labbé

*/S/ Lamont P. Domingue*
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:        337-232-9700
FAX:             337-235-4943**
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Enroll as Additional Counsel of Record has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 11th day of April, 2011.

*/S/ Brent M. Maggio*
BRENT M. MAGGIO