UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | JUDGE KURT D. ENGELHARDT |
| PRODUCT LIABILITY LITIGATION | : | DOCKET NUMBER: MDL 1873 |
| THIS DOCUMENT IS RELATES TO ALL CASES | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING, Motion to Enroll as Additional Counsel of Record filed by Sun Valley, Inc. d/b/a Sun-Lite.

IT IS HEREBY ORDERED that Lamont P. Domingue, La. Bar. No. 20787 of the law firm of Voorhies & Labbé be and is hereby added as additional counsel of record for Sun Valley, Inc. d/b/a Sun-Lite in this matter.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge