UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
member cases 09-6894; 10-3946

## ORDER

The Court has received the "Memorandum in Opposition to Dismiss Claims of Arthur C. Oldstein" (Rec. Doc. 20775), which opposes, in part, the "Unopposed Motion to Dismiss For Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets" (Rec. Doc. 20745). Because this motion was filed as "unopposed" it was granted at Rec. Doc. 20755. After now considering the Partial Opposition to this Motion,

**IT IS ORDERED** that this Court's April 8, 2011 Order (Rec. Doc. 20755) is **AMENDED** as follows:

The "Unopposed Motion to Dismiss For Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets" (Rec. Doc. 20745) is **GRANTED IN PART AND DENIED IN PART**. Specifically, it is **DENIED** as to the claims of Arthur C. Oldstein (which survive this motion); it is **GRANTED** in all other respects.

New Orleans, Louisiana, this 11th day of April, 2010.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**