# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1873<br><br>SECTION N(4)<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATES TO:<br>*James Carey, et al vs. Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.*<br>Case No. 09-5747<br>(June 20, 2011 Summary Jury Trial Against Coachmen Recreational Vehicle Company, LLC) | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Unopposed Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that Andrew D. Weinstock and Joseph G. Glass, of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, be allowed and are hereby enrolled as additional counsel of record for Coachmen Recreational Vehicle Company, LLC in the above captioned matter.

New Orleans, Louisiana, this the ___11th___ day of ___April___, 2011.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE