UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV Case No. 09-6425* | * * * * * * * * | MAGISTRATE CHASEZ |

*********************************************************************************

## ORDER

Considering the foregoing motion,

**IT IS SO ORDERED** that the Plaintiff, Quiniece Lambert-Dolliole, Individually, voluntary dismissal, without prejudice, against Defendant, United States of America through the Federal Emergency Management Agency, is hereby, and in all things GRANTED,

DATED this 11th day of April, 2011 in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE