UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Youlanda Lambert, Quiniece Lambert-Dolliole, individually, and for her minor children, Donte Edmond and Lathan Dolloile v. Jayco, Inc. a/k/a Bottom Line RV* Case No. 09-6425 | * * * * * * * * * | MAGISTRATE CHASEZ |

**ORDER**

Considering the foregoing motion,

**IT IS SO ORDERED** that Plaintiff, Quiniece Lambert-Dolliole, Individually, voluntary dismissal, with prejudice, against Defendant CH2M Hill Constructors, Inc. is hereby, and in all things GRANTED,

DATED this 11th day of April, 2011 in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE