UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court are the following two motions: (1) "United States of America's Motion to Strike the Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administrative Master Complaint (Rec. Doc. 11858); and (2) Plaintiffs' "Motion for Leave to Amend Plaintiffs' Administrative Master Complaint" (Rec. Doc. 14480).  While Plaintiffs do not expressly oppose the Government's motion, they have filed a "Response" (Rec. Doc. 14481) indicating that, based on their "Motion for Leave to Amend Plaintiffs' Administrative Master Complaint", the Government's motion should be rendered moot. The Government, however, opposes Plaintiff's motion seeking leave to amend. (See Rec. Doc. 14623). Because the Court agrees with the Government that the proposed venue allegations serve no substantive purpose, and neither consolidate nor override the venue allegations in the underlying individual actions,

**IT IS ORDERED** that **"United States of America's Motion to Strike the Venue Allegations in Plaintiffs' Third and Fourth Supplemental and Amended Administrative**

Master Complaint (Rec. Doc. 11858) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' "Motion for Leave to Amend Plaintiffs' Administrative Master Complaint" (Rec. Doc. 14480) is **DENIED**.

New Orleans, Louisiana, this 12th day of April 2011.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**