UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bryce Doty, et al v. Sun Valley Inc., et al,* Docket No. 10-3768; Plaintiffs: George Doty, Jill Doty, and Bryce Doty | * * * * | MAG: CHASEZ |

******************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Sun Valley, Inc.;

**IT IS ORDERED** that Sun Valley, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** and thereby dismissing the clams of George Doty, Jill Doty, and Bryce Doty and dismissing the *Doty v. Sun Valley Inc.* Docket No. 10-3768 with prejudice.

_____
UNITED STATES DISTRICT JUDGE