# Barker, Lori

**From:** Maggio, Brent
**Sent:** Tuesday, April 12, 2011 2:35 PM
**To:** Barker, Lori
**Subject:** FW: PFS Amendments
**Attachments:** 2011-04-04 Correspondence FEMA Allen & Gooch PFS request.pdf; Forsythe, Eric PFS.pdf; Forsythe, Eric Jr PFS.pdf

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Saturday, April 09, 2011 10:13 AM
**To:** Maggio, Brent
**Subject:** PFS Amendments

The following claimants will not correct their PFS forms as they do not want to pursue their claims:

<!-- /* Font Definitions */ @font-face {font-family:"Monotype Corsiva"; panose-1:3 1 1 1 1 2 1 1 1 1;} @font-face {font-family:"Arial Narrow"; panose-1:2 11 5 6 2 2 2 3 2 4;} /* Style Definitions */ p.MsoNormal, li.MsoNormal, div.MsoNormal {margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman";} a:link, span.MsoHyperlink {color:blue; text-decoration:underline;} a:visited, span.MsoHyperlinkFollowed {color:purple; text-decoration:underline;} span.EmailStyle17 {mso-style-type:personal-compose; font-family:"Times New Roman"; color:windowtext; font-weight:normal; font-style:normal; text-decoration:none none;} @page Section1 {size:8.5in 11.0in; margin:1.0in 1.25in 1.0in 1.25in;} div.Section1 {page:Section1;} -->

George Doty

Jill Doty

Bryce Doty

Attached are the corrected PFS forms for the following:

Eric Forsythe III
Eric Forsythe Jr





Allen & Gooch
A Law Corporation

<u>VIA FACIMMILE ONLY 504-271-1961</u>

April 4, 2011 — *deadline May 4th*

The Law office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873   Section "N-5"
<u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **George Doty** named in suit number 10-3766.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc: Gerald Meunier, Esq. (via Email )
    Andrew Weinstock, Esq. (via Email )
    David Kurtz, Esq. (via Email )
    Henry Miller, Esq. (via Email )
    Ralph Hubbard III, Esq. (via Email )
    Charles Leche, Esq. (via Email)

*more on next pages*

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

This fax was sent with GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

*Does not want to pursue per George Doty 4/9/11*



Allen & Gooch  **VIA FACIMMILE ONLY 504-271-1961**
A Law Corporation

April 4, 2011

The Law office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provide a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Jill Doty named in suit number 10-3766.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

*Does not want to pursue per George Doty 4/9/11*



Allen & Gooch  **VIA FACIMMILE ONLY 504-271-1961**
A Law Corporation

April 4, 2011

The Law office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

    RE:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 1873    Section "N-5"
            Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Bryce Doty** named in suit number 10-3766.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

/s/ MR

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:   Gerald Meunier, Esq. (via Email)
       Andrew Weinstock, Esq. (via Email)
       David Kurtz, Esq. (via Email)
       Henry Miller, Esq. (via Email)
       Ralph Hubbard III, Esq. (via Email)
       Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

*[Handwritten note: Does not want to pursue per George Doty. 4/9/11]*