UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT UNOPPOSED MOTION TO SUBSTITUTE/MODIFY DOCUMENT**

NOW INTO COURT, through undersigned counsel, come the Manufactured Home Defendants and Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court to substitute a modified version of their previously filed Public Service Announcement attachment (Rec. Doc. 20481-10) to their motion for preliminary approval of a proposed class settlement of all claims asserted in this MDL against these Defendants. The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

       Respectfully submitted:

       **FEMA TRAILER FORMALDEHYDE**
       **PRODUCT LIABILITY LITIGATION**

    BY:  s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:    205/254-1091
Facsimile:     205/254-1999
tthagard@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 13, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER

2