UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF JOINT UNOPPOSED
MOTION TO SUBSTITUTE/MODIFY DOCUMENT**

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee (PSC), and the Manufactured Home Defendants respectfully move this Honorable Court to substitute a modified version of their previously filed Public Service Announcement attachment (Rec. Doc. 20481-10, attached as Exhibit A) to their motion for preliminary approval of a proposed class settlement of all claims asserted in this MDL against these Defendants.

This Court has already granted preliminary approval of the proposed class settlement (Rec. Doc. 20668), and outlined the pertinent timeline of events in its Preliminary Approval Order of April 5, 2011 (Rec. Doc. 20669). That Order guides that the PSC begin with the notice period on April 14, 2011. *See* Rec. Doc. 20669. The information in the modified version of the Public Service Announcement (attached as Exhibit B) does not substantially alter the information contained in the previous version nor does the modified version alter any of the conclusions set forth by the Court in Paragraph (9) of the Preliminary Approval Order.

The previous version is approximately 90 seconds long, which has been identified as

problematic in terms of both cost and placement of the announcement. The PSC has been advised that the cost of running a 60-second announcement is significantly lower than a 90-second announcement. Furthermore, the PSC has been advised that many radio stations run 60-second and 30-second announcements and that it would be difficult to find 90-second spots on many radio stations. The PSC and the Manufactured Home Defendants aver that the modified version of the Public Service Announcement is adequate, comprehensive and will benefit the class members in terms of a reduction of class administration costs.

WHEREFORE, Plaintiffs and Defendants respectfully pray that this Honorable Court grant their Joint Unopposed Motion to Substitute/Modify Document.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973

jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700


s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:     205/254-1091
Facsimile:     205/254-1999
tthagard@maynardcooper.com



### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on April 13, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER

3