UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

      Regarding the following two pending motions, both relating to Plaintiffs' negligence claims brought against certain contractor defendants: (1) Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment on the Pleadings on Negligence Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints (Rec. Doc. 13426); and (2) CH2M Hill Constructors, Inc's and Shaw Environmental, Inc's Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Negligence Claims in the third and Fourth Supplemental and Amended Administrative master Complaints (Rec. Doc. 13428),

      **IT IS ORDERED** that, **on or before Tuesday, April 19, 2011**, Plaintiffs shall file an additional Sur-Reply, not to exceed 5 pages in length, addressing solely the issue of ease of association between an alleged improper installation of a FEMA trailer and the alleged entry of water/moisture into the unit resulting in the increased release of toxic fumes inside the trailer itself.

      New Orleans, Louisiana, this 13th day of April, 2011.

                                          **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**