UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     MDL NO. 1873
FORMALDEHYDE PRODUCTS     SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Williams, et al v. Recreation By Design, et al*     JURY DEMANDED
*No. 09-5431*

## PLAINTIFFS GLENDA MORELAND AND WILLIAM MORELAND, JR.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs herein, Glenda Moreland and William Moreland, Jr., who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Recreation By Design LLC, Shaw Environmental, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and the United State of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009.

By:    /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
