UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
*Case No. 10-1354*

---

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY

---

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the *Fountain* who, for the reasons set forth in the attached memorandum, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC in the above captioned matter.

RESPECTFULLY SUBMITTED this the  15th  day of April, 2011.

**PATRICIA H. FOUNTAIN, et al**


By:     *s / Edward Gibson* eg
            JOHN F. HAWKINS, ESQ.
            EDWARD GIBSON, ESQ

OF COUNSEL:

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the __15th__ day of April, 2011.

                                                *s/ Edward Gibson* eg
                                                EDWARD GIBSON, ESQ.