**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA                                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                            SECTION "N-5"

                                                                    JUDGE ENGELHARDT

                                                                    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
*Case No. 10-1354*

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO**
**AMEND COMPLAINT AND SUBSTITUTE A PARTY**
_____

MAY IT PLEASE THE COURT

        Plaintiff respectfully requests that this Court grant Plaintiff's Motion and substitute

Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC.  A

review of documents and materials available to Plaintiff indicates that the original naming of

Superior Homes, LLC as defendant was erroneous.

        1.        The *Fountain* suit, in its Original Complaint, filed on December 29, 2009,

inadvertently misidentified Superior Homes, LLC as the manufacturer in the above-captioned

matter.  Matching information provided by defendants listed "Superior" as the manufacturer;

however, Plaintiff now understands that the Superior park model with VIN beginning with

"5SYBB" was manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model

Homes.

2.      Although unnecessary under Federal Rule of Civil Procedure 15, counsel for

defendants have been contacted on the instant Motion and do not oppose its filing.

3.      There have been no answers or any other responsive pleadings filed in this instant

matter.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant their Motion

to Amend Complaint and Substitute a Party, dismiss Superior Homes, LLC from this litigation

without prejudice, and substitute Mitchell County Industries, LLC f/k/a Superior Park Model

Homes in its place.

RESPECTFULLY SUBMITTED this the   15ᵗʰ   day of April, 2011.

**PATRICIA H. FOUNTAIN, et al**


By:     _s / Edward Gibson_ ₑ𝓰
                JOHN F. HAWKINS, ESQ.
                EDWARD GIBSON, ESQ

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Memorandum in Support of Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the __15th__ day of April, 2011.

                                                  *s/ Edward Gibson*
                                                  EDWARD GIBSON, ESQ.