UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
Case No. 10-1354

---

### RULE 7.6 CERTIFICATE

---

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that Counsel for Defendants have been contacted. Counsel for The United States; Henry Miller, Counsel for Superior Homes, LLC, Howard Kaplan, and Counsel for Bechtel, Peter Tafaro have been contacted and are not opposed to Plaintiffs' Second Supplemental and Amending Complaint and Substitute a Party.

RESPECTFULLY SUBMITTED this the  15th  day of April, 2011.

                                                        **PLAINTIFFS HOLLIE CARPENTER and BRIAN CARPENTER, Individually and on Behalf of their minor children, JCH, JDC and JTC**

                                                   By:     *s / Edward Gibson*
                                                         EDWARD GIBSON, ESQ
                                                         JOHN F. HAWKINS, ESQ.

OF COUNSEL:

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Rule 7.6 Certificate with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the  15th   day of April, 2011.

             *s/ Edward Gibson* eg
             EDWARD GIBSON, ESQ.