UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                   SECTION "N-5"

                                                               JUDGE ENGELHARDT

                                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
*Case No. 10-1354*

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this Amended Complaint and Substitute a Party is hereby GRANTED.  Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this ___ day of _____, 2011.

                                              _____
                                              HONORABLE KURT D. ENGLEHARDT