UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                                     JUDGE ENGELHARDT

                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Brian Carpenter, et al v Doug Boyd Enterprises, LLC, et al.,*
*Case No. 10-4118*

---

PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY

---

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the *Carpenter* who, for the reasons set forth in the attached memorandum, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC in the above captioned matter.

RESPECTFULLY SUBMITTED this the  15th  day of April, 2011.

                            **PLAINTIFFS HOLLIE CARPENTER and
                            BRIAN CARPENTER, Individually and on
                            Behalf of their minor children, JCH, JDC and
                            JTC**

                            By: *s / Edward Gibson*
                                JOHN F. HAWKINS, ESQ.
                                EDWARD GIBSON, ESQ

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this day caused to be filed the above and foregoing Plaintiff's Motion for Leave to Amend Complaint and Substitute a Party with the Clerk of Court via the Electronic Court Filing system which will forward same to all counsel of record who are CM/ECF participants.

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the __15th__ day of April, 2011.

                                            *s/ Edward Gibson* eg
                                            EDWARD GIBSON, ESQ.