UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Brian Carpenter, et al v Doug Boyd Enterprises, LLC, et al.,*
*Case No. 10-4118*

_____

**ORDER**
_____

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this Second Amended Complaint and Substitute a Party is hereby GRANTED.  Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
HONORABLE KURT D. ENGLEHARDT