OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date:   April 15, 2011

In re:   FEMA Trailer Litigation
No. 07-1873 as relates to

WHITTEN, ET AL V.
THOR INDUSTRIES, INC., ET AL
CASE NO. 11-0007

Dear Sir:

Please **issue** summons on the **Complaint for Damages** to the following:

1. The United States of America, Office of the U.S. Attorney, through Don Burkhalter, U.S. Attorney for the Southern District of Mississippi, 188 East Capitol Street, One Jackson Place, Suite 500, Jackson, MS 39201.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*[signature: Justin I. Woods]*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff