UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Dupuy, et al v. Keystone RV Company, et al*   JURY DEMANDED
No. 09-5423

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF THE UNITED STATES OF AMERICA THROUGH THE FEDERAL EMERGENCY MANAGEMENT AGENCY UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

      /s/Matthew B. Moreland
      Matthew B. Moreland