FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR 14 AM 9:59

LORETTA G. WHYTE
CLERK

# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−43)

On October 24, 2007, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 892 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 14, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process _____
X_Dktd _____
___CtRmDep _____
___Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                              MDL No. 1873

### SCHEDULE CTO-43 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 11-00127 | Polk v. Dutchmen Manufacturing, Inc. et al | 11-831 |
| MSS | 1 | 11-00128 | Leggins v. Dutchmen Manufacturing, Inc. et al | 11-832 |
| MSS | 1 | 11-00129 | Hathorne v. Cavalier Home Builders, LLC et al | 11-833 |
| MSS | 1 | 11-00130 | Cordero v. Keystone Industries, Inc. et al | 11-835 |
| MSS | 1 | 11-00131 | Patrick et al v. Forest River, Inc. et al | 11-836 |
| MSS | 1 | 11-00132 | Nathan et al v. Pilgrim International, Inc. et al | 11-837 |
| MSS | 1 | 11-00133 | Cole v. Forest River, Inc. et al | 11-838 |
| MSS | 1 | 11-00134 | Batiste v. Stewart Park Homes, Inc. et al | 11-839 |
| MSS | 1 | 11-00135 | Polk v. Coachmen Industries, Inc. et al | 11-841 |
| MSS | 1 | 11-00136 | Graham et al v. Monaco Coach Corporation et al | 11-842 |
| MSS | 1 | 11-00137 | Stallworth et al v. Pilgrim International, Inc. et al | 11-843 |
| MSS | 1 | 11-00138 | Stallworth v. Destiny Industries, LLC et al | 11-844 |
| MSS | 1 | 11-00139 | Brinkman et al v. Alliance Homes, Inc. et al | 11-845 |
| MSS | 1 | 11-00140 | Washington v. Thor California, Inc. et al | 11-846 |
| MSS | 1 | 11-00141 | Attia v. Coachmen Industries, Inc. et al | 11-847 |
| MSS | 1 | 11-00142 | Gardner v. CMH Manufacturing, Inc. et al | 11-848 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 3 | 10-00630 | Chrisman v. Fleetwood Enterprises, Inc. et al | 11-849 |
| TXS | 3 | 10-00631 | Jones v. Forest River, Inc. | 11-850 |
| TXS | 3 | 10-00632 | Bateman v. Gulf Stream Coach, Inc. | 11-851 |