UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | | **MDL NO. 1873** |
| **FORMALDEHYDE** § | | |
| **PRODUCT LIABILITY LITIGATION** § | | **SECTION "N-5"** |
| § | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | | |
| § | | |
| *Arron Cole, et al* § | | |
| *v. Fleetwood Enterprises, Inc., et al* § | | **MAG. JUDGE CHASEZ** |
| **Civil Action No. 09-7824** § | | |

**ORDER ON PLAINTIFFS', WILLIAM PIERCE, JR. AND
WILLIAM PIERCE, SR., NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs **WILLIAM PIERCE, JR. and WILLIAM PIERCE, SR.'S** Notice of Voluntary Dismissal are hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT