UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Stephen Ratcliff, et al*<br>*v. CMH Manufacturing, et al*<br>Civil Action No. 10-1307 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', DAMIEN PIERCE, WILLIAM PIERCE, JR. AND WILLIAM PIERCE, SR., NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs **DAMIEN PIERCE, WILLIAM PIERCE, JR. and WILLIAM PIERCE, SR.'S** Notice of Voluntary Dismissal are hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT