UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Substitute/Modify Document is hereby GRANTED. Further, the Public Service Announcement attached as "Exhibit B" shall be substituted for the original exhibit (Rec. Doc. 20481-10) The information in the modified version of the Public Service Announcement (attached as Exhibit B) does not substantially alter the information contained in the previous version nor does the modified version alter any of the conclusions set forth by the Court in Paragraph (9) of the Preliminary Approval Order.

New Orleans, Louisiana this 18th day of April, 2011.

_____
HONORABLE KURT D. ENGELHARDT