## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873** <br><br> **SEC. "N" (4)** |
| **This Document Relates to:** **ADMINISTRATIVE MASTER COMPLAINT, AS SUPPLEMENTED AND AMENDED** | | **JUDGE ENGELHARDT** <br><br> **MAG. JUDGE CHASEZ** |

---

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY as insurer of R-Vision, Inc., who moves this Honorable Court for an Order withdrawing Edwin G. Preis, Jr., Catherine M. Landry and Preis & Roy, APLC, and enrolling G. Benjamin Ward, J. Daniel Picou and Larzelere, Picou, Wells, Simpson, Lonero, LLC, as counsel of record in the above numbered and entitled matter.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY:   s/Catherine M. Landry
      EDWIN G. PREIS, JR. #10703
      CATHERINE M. LANDRY #25750
      102 Versailles Boulevard, Suite 400
      Post Office Drawer 94-C
      Lafayette, Louisiana 70509
      Telephone: 337-237-6062
      Facsimile: 337-237-9129
      E-mail: epreis@preisroy.com
      E-mail: clandry@preisroy.com

LARZELERE, PICOU, WELLS, SIMPSON,
LONERO, LLC


BY:   /s G. Benjamin Ward
        G. BENJAMIN WARD #20403
        J. DANIEL PICOU #13827
        Two Lakeway Center, Suite 1100
        3850 N. Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: 504-834-6500
        Facsimile:  504-834-6565
        E-Mail:  bward@lpwsl.com
        E-Mail:  jpicou@lpwsl.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of April, 2011, a copy of the foregoing Motion

and Order to Withdraw and Substitute Counsel of Record was filed electronically with the Clerk

using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by

operation of the Court's Electronic Filing System.


         /s Catherine M. Landry
        CATHERINE M. LANDRY