UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SEC. "N" (4) |
| This Document Relates to:<br>ADMINISTRATIVE MASTER COMPLAINT, AS SUPPLEMENTED AND AMENDED | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

## O R D E R

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Edwin G. Preis, Jr., Catherine M. Landry and Preis & Roy, APLC be and the same are hereby withdrawn as counsel of record for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY as insurer of R-Vision, Inc.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that G. Benjamin Ward, J. Daniel Picou and Larzelere, Picou, Wells, Simpson, Lonero, LLC be and the same are hereby enrolled as counsel of record for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY as insurer of R-Vision, Inc. in the above numbered and entitled matter.

NEW ORLEANS, LOUISIANA, THIS _____ DAY OF _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE