# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Korey Tate, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-4604; | * | |
| Plaintiffs: Arthur Warning, Jr., Lisa Hulbert, | * | |
| Shavante A. McKindall, Alfred Christophe | * | |
| And JoAnn Christophe | * | |
| | * | |
| *D'Juan Acklin, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4537; | * | |
| Plaintiff: Wallace Johnson | * | |
| | * | |
| *Yolanda Alcorn, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4591; | * | |
| *Angela Pittman, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-1282 | * | |
| Plaintiff: Danielle Jones | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

- Lisa Hulbert, both individually and on behalf of Shavante A. McKindall (Plaintiffs in *Tate*, C.A. No. 09-4604)
- Arthur Warning, Jr. (Plaintiff in *Tate*, C.A. No. 09-4604)
- Danielle Jones (Plaintiff in *Alcorn*, C.A. No. 09-4591 and *Pittman*, C.A. No. 10-1282)
- Wallace Johnson (Plaintiff in *Acklin*, C.A. No. 09-4591
- Alfred Christophe and JoAnn Christophe (Plaintiffs in *Tate*, C.A. No. 09-4604)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

>Respectfully Submitted,
>
>**DUPLASS, ZWAIN, BOURGEOIS,
>PFISTER & WEINSTOCK**
>
>s/Andrew D. Weinstock
>_____
>**ANDREW D. WEINSTOCK #18495
>JOSEPH G. GLASS #25397**
>Three Lakeway Center, Suite 2900
>3838 N. Causeway Boulevard
>Metairie, Louisiana  70002
>Telephone: (504) 832-3700
>Facsimile: (504) 837-3119
>andreww@duplass.com
>jglass@duplass.com
>**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of April, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

>*s/ Andrew D. Weinstock*
>_____
>**ANDREW D. WEINSTOCK**