**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Wednesday, April 13, 2011 8:36 AM
**To:** CARMEN MOTES
**Subject:** RE: FEMA: PFS

Mr. Joe said go ahead and dismiss.

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Monday, April 04, 2011 12:20 PM
**To:** wanda@jimshall.com
**Cc:** joe@jimshall.com
**Subject:** FEMA: PFS
**Importance:** High

Good Morning,

   We are in receipt of the following Cured deficiencies for the below listed plaintiffs that are represented by your office. There is either no Vin# or BCU# or both AND the Vin# is not a GSCI VIN# provided in the Cured Deficiency PFS that illustrates that it was a Gulf Stream Trailer.

1) Arthur Warning, Jr. (BOTH)
2) Danielle Jones (MISSING VIN#)
3) Lisa Hubert obo Shavante A. McKindall (THE VIN# PROVIDED IS NOT A GSCI VIN)
4) Wallace Johnson (THE VIN# PROVIDED IS NOT A GSCI VIN)

Please let me know if you agree to dismiss the above listed plaintiffs.


Carmen

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer************

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Wednesday, April 13, 2011 8:35 AM
**To:** CARMEN MOTES
**Subject:** RE: FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF

No, Mr. Joe said to go ahead and dismiss.

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Thursday, March 31, 2011 8:43 PM
**To:** wanda@jimshall.com
**Subject:** RE: FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF

Would you all oppose a Mtn. to Dismiss GSCI claims from these 2 plaintiffs?

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Thursday, March 31, 2011 1:57 PM
**To:** CARMEN MOTES
**Subject:** RE: FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF

Nope.

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Thursday, March 31, 2011 11:45 AM
**To:** wanda@jimshall.com
**Cc:** joe@jimshall.com; ANDREW WEINSTOCK
**Subject:** RE: FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF

I think this still may be considered as an unmatched.. Do they still have their owners manual?

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Thursday, March 31, 2011 11:20 AM
**To:** CARMEN MOTES
**Cc:** joe@jimshall.com
**Subject:** RE: FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF

They are both (Alfred and JoAnn) stating that they cannot get this information from FEMA. That they were in a Gulf Stream Cavalier trailer and gave me their FEMA number.

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Wednesday, March 30, 2011 6:16 PM
**To:** wanda@jimshall.com

**Subject:** FEMA: Alfred Christophe - Def ltr 1-10-2011 (00146416).PDF
**Importance:** High

Wanda,

The attached Corrected PFS for Mr. Alfred still does not contain Vin# or BCU# identifying Mr. Alfreds trailer as a Gulf Stream. If you cannot find the Vin# or BCU#, then can you please dismiss GSCI from Christopher Alfreds claims. If you have any questions, please do not hesitate to contact me.

Carmen


Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.