UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Korey Tate, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-4604; | * | |
| Plaintiffs: Arthur Warning, Jr., Lisa Hulbert, | * | |
| Shavante A. McKindall, Alfred Christophe | * | |
| and JoAnn Christophe | * | |
| | * | |
| *D'Juan Acklin, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4537; | * | |
| Plaintiff: Wallace Johnson | * | |
| | * | |
| *Yolanda Alcorn, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4591; | * | |
| *Angela Pittman, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-1282 | * | |
| Plaintiff: Danielle Jones | | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Lisa Hulbert, both individually and on behalf of Shavante A. McKindall (Plaintiffs in *Tate*, C.A. No. 09-4604)
- Arthur Warning, Jr. (Plaintiff in *Tate*, C.A. No. 09-4604)
- Danielle Jones (Plaintiff in *Alcorn*, C.A. No. 09-4591 and *Pittman*, C.A. No. 10-1282)

- Wallace Johnson (Plaintiff in *Acklin*, C.A. No. 09-4591
- Alfred Christophe and JoAnn Christophe (Plaintiffs in *Tate*, C.A. No. 09-4604)

_____
UNITED STATES DISTRICT JUDGE