UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                             SECTION "N-5"

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
*Case No. 10-1354*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Motion for Leave to file this Amended Complaint and Substitute a Party is hereby GRANTED. Further, Superior Homes, LLC is dismissed without prejudice.

New Orleans, Louisiana this 18th day of April, 2011.

HONORABLE KURT D. ENGLEHARDT