UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Fountain, et al v Superior Homes, LLC, et al.,*
Case No. 10-1354

---

### PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

---

NOW INTO COURT, comes Plaintiff Patricia H. Fountain, who through undersigned counsel, supplements and amends the First Amended Complaint for Damages to substitute Mitchell County Industries, LLC f/k/a Superior Park Model Homes for Superior Homes, LLC. Plaintiff, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by Mitchell County Industries, LLC f/k/a Superior Park Model Homes (hereinafter "Mitchell County") and not Superior Homes, LLC (hereinafter "Superior).

Plaintiff, through undersigned counsel, supplements and amends the First Amended Complaint for Damages in the following respects and otherwise reiterates and reavers all of the allegations, claims and prayers for relief contained therein:

1. By amending section I.3 to reflect the substitution of Mitchell County for Superior:

3. Mitchell County Industries, LLC f/k/a Superior Park Model Homes (hereinafter "Mitchell County"), is a limited liability corporation organized under the laws of the State of Georgia, which conducts business in the State of Mississippi and within the jurisdiction of the Honorable Court.

2. By replacing all other references to Superior with Mitchell County throughout the remainder of the Original Complaint.

## PRAYER FOR RELIEF

WHEREFORE, the Named Plaintiffs' pray that the First Amended Complaint be amended to reflect the substitution of Mitchell County for Superior, and that Mitchell County, Bechtel and United States of America be served with a copy of this Second Amended Complaint and the First Amended Complaint, and that, after due proceedings:

1. There be a judgement herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defednats are liable for all applicable damages and thereafter;

2. There be specially included in the judgement in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,
   b. past and furture mental and physical pain and suffering,
   c. past and future physical impairments and disability,
   d. past and future reasonable and necessary medical expenses,

    e.  past and future loss of earning capacity,

    f.  past and future loss of enjoyment and quality of life,

    g.  loss of consortium and/or society,

    h.  compensable out-of-pocket expenses related to defendants' wrongdoing, and

    i.  costs of court,

  3. All other general, equitable, and further relief as the Court may deem just and proper.

  RESPECTFULLY SUBMITTED this the 15th day of April, 2011.

          **PATRICIA H. FOUNTAIN, et al**

        By: *s / Edward Gibson*
          JOHN F. HAWKINS, ESQ.
          EDWARD GIBSON, ESQ

**OF COUNSEL:**

John Hawkins, Esquire, (MS Bar No. 9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 N. State Street
P.O. Box 24627
Jackson, Mississippi 39202
Ph. (601) 969-9692; Fx. (601) 914-3580

Edward Gibson, Esquire, (MS Bar No. 100640)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph.(228) 469-0785; Fx. (228) 467-4212

**PLEASE SERVE:**

Mitchell County Industries, LLC f/k/a Superior Park Model Homes
Through its Managing Member
Thomas A. Shanklin, Sr.
2959 U.S. Highway 19
Pelham, GA 31779

Bechtel National, Inc.
Through its Agent for Service of Process
C T Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

The United States Government
**Through:**
U.S. Attorney's Office, Southern District of Mississippi
188 East Capitol Street #500
Jackson, MS 39201
**And Through:**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
**And Through:**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472