UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Janice Currie, et al v. Pilgrim International, Inc., et al* Action No. 09-7909 | § § § | MAG. JUDGE CHASEZCivil |

**ORDER ON PLAINTIFF'S, LATRICE PARNELL, AS NEXT FRIEND OF Q. P., A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, **LATRICE PARNELL, AS NEXT FRIEND OF Q. P., A MINOR,** Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 19th day of April, 2011.

_____
HONORABLE KURT ENGELHARDT