## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:     **FEMA TRAILER**                                    **MDL NO. 07-1873**
           **FORMALDEHYDE PRODUCTS**
           **LIABILITY LITIGATION**                            **SEC. "N" (4)**

**This Document Relates to:**                                  **JUDGE ENGELHARDT**
**ADMINISTRATIVE MASTER**
**COMPLAINT, AS SUPPLEMENTED**                                 **MAG. JUDGE CHASEZ**
**AND AMENDED**

---

## O R D E R

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Edwin G. Preis, Jr., Catherine M. Landry and Preis & Roy, APLC be and the same are hereby withdrawn as counsel of record for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY as insurer of R-Vision, Inc.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that G. Benjamin Ward, J. Daniel Picou and Larzelere, Picou, Wells, Simpson, Lonero, LLC be and the same are hereby enrolled as counsel of record for Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY as insurer of R-Vision, Inc. in the above numbered and entitled matter.

NEW ORLEANS, LOUISIANA, THIS 19th DAY OF _____April_____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE