**Barker, Lori**

**From:** Delorimier, Rachel
**Sent:** Tuesday, April 19, 2011 3:52 PM
**To:** Maggio, Brent; Barker, Lori
**Subject:** FW: Anna Mae Barnes

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Tuesday, April 19, 2011 3:49 PM
**To:** Delorimier, Rachel
**Subject:** Anna Mae Barnes

Rachel,

I spoke with Joseph Rausch and he stated that he would not oppose the Motion to Dismiss on Ms. Barnes as there is no PFS on her and she cannot provide one.

Please send us a copy of the signed order.

Thanks,

Wanda Capdeville
JIM S. HALL & ASSOCIATES, LLC
800 North Causeway Boulevard, Suite 100
Metairie, Louisiana 70001
(504) 832-3000

