UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | MAG: CHASEZ |
| *Korey Tate, et al v. Gulf Stream Coach,*<br>*Inc., et al*; Docket No. 09-4604;<br>Plaintiffs: Arthur Warning, Jr., Lisa Hulbert,<br>Shavante A. McKindall, Alfred Christophe<br>and JoAnn Christophe | * <br> * <br> * <br> * <br> * <br> * | |
| *D'Juan Acklin, et al v. Gulf Stream Coach, Inc.,*<br>*et al*; Docket No. 09-4537;<br>Plaintiff: Wallace Johnson | * <br> * <br> * | |
| *Yolanda Alcorn, et al v. Gulf Stream Coach, Inc.,*<br>*et al*; Docket No. 09-4591;<br>*Angela Pittman, et al v. Gulf Stream Coach, Inc.,*<br>*et al*; Docket No. 10-1282<br>Plaintiff: Danielle Jones | * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Lisa Hulbert, both individually and on behalf of Shavante A. McKindall (Plaintiffs in *Tate*, C.A. No. 09-4604)
- Arthur Warning, Jr. (Plaintiff in *Tate*, C.A. No. 09-4604)
- Danielle Jones (Plaintiff in *Alcorn*, C.A. No. 09-4591 and *Pittman*, C.A. No. 10-1282)

00156408-1

- Wallace Johnson (Plaintiff in *Acklin*, C.A. No. 09-4591
- Alfred Christophe and JoAnn Christophe (Plaintiffs in *Tate*, C.A. No. 09-4604)

New Orleans, Louisiana 4/20/11

_____
UNITED STATES DISTRICT JUDGE