UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | MAG: CHASEZ |
| *Barnes v. Sun Valley, Inc et. al*<br>Docket Nos. 09-4829; Plaintiff:<br>Anna Mae Barnes | * | |

************************************************************************

### UNOPPOSED MOTION TO WITHDRAW DOCUMENT
### (MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS R. DOC 20830)

**NOW INTO COURT**, through undersigned counsel comes, defendant, Sun Valley Inc. ("Sun Valley"), who for the reasons more fully set forth in the attached memorandum in support, respectfully represent that it is appropriate to withdraw the document filed at R. Doc 20830 and all associated exhibits.

**WHEREFORE**, Sun Valley herein respectfully request that this Honorable Court grant the instant Motion to Withdraw Document (Motion to Dismiss R. Doc. 20830).

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 21st day of April, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO