UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Barnes v. Sun Valley, Inc et. al* | * | |
| Docket Nos. 09-4829; Plaintiff: | * | |
| Anna Mae Barnes | * | |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20830) filed by Sun Valley, Inc.;

**IT IS ORDERED** that Sun Valley, Inc.'s Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20830) filed by Sun Valley, Inc. is **GRANTED** and thereby withdrawing R. Doc. 20830.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE