UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Henderson et al v. Sun Valley, Inc. et al,* | * | MAG: CHASEZ |
| Docket Nos. 09-8394 | * | |
| Plaintiff: Anna Mae Barnes | * | |

**************************************************************************

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW DOCUMENT (R. Doc. 20831)

**MAY IT PLEASE THE COURT:**

Sun Valley, Inc. ("Sun Valley") respectfully represents that it is appropriate to withdraw the document (R. Doc 20831) and all associated exhibits. The document was filed based on consent to dismiss Ms. Barnes' claims obtained from an attorney that actually does not represent Ms. Barnes. Counsel has conferred with the actual enrolled counsel of record for plaintiff in this matter, and the instant motion is unopposed.

Therefore, Sun Valley Inc requests this Honorable Court grant the instant Motion to Withdraw Document (R. Doc. 20831).

Respectfully submitted,
**ALLEN & GOOCH**

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 21st day of April, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO