UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Henderson et al v. Sun Valley, Inc. et al,* Docket Nos. 09-8394 Plaintiff: Anna Mae Barnes | * * * | MAG: CHASEZ |

********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20831) filed by Sun Valley, Inc.;

**IT IS ORDERED** that Sun Valley, Inc.'s Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20831) filed by Sun Valley, Inc. is **GRANTED** and thereby withdrawing R. Doc. 20831.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE