UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                                                 SECTION "N"  (5)

THIS DOCUMENT RELATES TO
09-5747

## ORDER

**IT IS ORDERED** that the summary jury trial, originally set for Monday, June 20, 2011, is **RESET** for **Monday, June 13, 2011**.  Magistrate Judge Roby will preside over this summary jury trial.  The pretrial conference, originally set for Thursday, June 9, 2011, is **RESET** for **Thursday, June 2, 2011 at 10:30 a.m.**  This conference will take place in the chambers of the undersigned.  (See the Amended Scheduling Order at Rec. Doc. 20833 for other trial-related deadlines.)

New Orleans, Louisiana, this 21st day of April, 2011.

                                                        **KURT D. ENGELHARDT**
                                                        **UNITED STATES DISTRICT JUDGE**