UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Henderson et al v. Sun Valley, Inc. et al,*<br>Docket Nos. 09-8394<br>Plaintiff: Anna Mae Barnes | * <br> * <br> * <br> * | MAG: CHASEZ |

***********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20831) filed by Sun Valley, Inc.;

**IT IS ORDERED** that Sun Valley, Inc.'s Unopposed Motion to Withdraw Document (Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets R. Doc. 20831) filed by Sun Valley, Inc. is **GRANTED** and thereby withdrawing R. Doc. 20831.

New Orleans, Louisiana, this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE