UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Faulkner et al v. Jayco Enterprises, Inc. et al*   JURY DEMANDED
*No. 09-5398*

## PLAINTIFF APRIL SCHEDNAYDRE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, April Schexnaydre, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Jayco Enterprises, Inc., Jayco Inc. a/k/a Bottom Line RV, Shaw Environmental, Inc., and the United State of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009.

By: ___/s/Matthew B. Moreland_____
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland