UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE PRODUCTS      SECTION N MAG. 5
LIABILITY LITIGATION

    JUDGE ENGELHARDT
    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Stermer, et al v. Superior Homes, LLC. et al*     JURY DEMANDED
*No. 09-7266*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF SHAW ENVIRONMENTAL, INC., CH2M HILL CONTRUCTORS, INC., AND FLUOR ENTERPRISES, INC. WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Shaw Environmental, Inc., CH2M Hill Constructors. Inc., and Fluor Enterprises, Inc. in the Complaint previously filed in these proceedings on November 10, 2009.

    By:    /s/Matthew B. Moreland
        Daniel E. Becnel, Jr. (La. Bar #2926)
        Matthew B. Moreland (La. Bar No. 24567)
        **BECNEL LAW FIRM, LLC**
        106 W. Seventh Street
        P. O. Drawer H
        Reserve, Louisiana 70084
        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland