## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Sidney C. Sigur, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3851; | * | |
| Plaintiff: Sidney C. Sigur | * | |
| | * | |
| *Belinda Salande Chilton, et al v. Gulf Stream* | * | |
| *Coach, Inc.,et al*; Docket No. 10-3714; | * | |
| Plaintiff: John D. Starr, Laila M. Sercovich and | * | |
| Trinity Sercovich | * | |
| | * | |
| *Christina Jackson, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4665; | * | |
| Plaintiff: Trinity Sercovich | * | |
| | * | |
| *Brooke Jackson, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-3549 | * | |
| Plaintiff:  James E. Kelty, Sr. | * | |
| | * | |
| *Dorothy Sue Acosta, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 10-3551 | * | |
| Plaintiff:  David P. Colon | * | |
| | * | |
| *Somaya Bader, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-3681 | * | |
| Plaintiffs:  Earl E. Bush and Susan D. Bush | * | |
| | * | |
| *Christopher Falgout, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 10-3663 | * | |
| Plaintiff:  Ross Hutter | * | |

**************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

00161301-1

following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

- Sidney C. Sigur (Plaintiff in *Sigur*, C.A. No. 10-3851)
- John D. Starr, Laila M. Sercovich and Trinity Sercovich (Plaintiffs in *Chilton*, C.A. No. 10-3714)
- Trinity Sercovich (Plaintiff in *Jackson*, C.A. No. 09-4665)
- James E. Kelty, Sr. (Plaintiff in *Jackson*, C.A. No. 10-3549)
- David P. Colon (Plaintiff in *Acosta*, C.A. No. 10-3551)
- Earl E. Bush and Susan D. Bush (Plaintiffs in *Bader*, C.A. No. 10-3681)
- Ross Hutter (Plaintiff in *Falgout*, C.A. No. 10-3663)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

00161301-1                                2

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 28th day of April, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**