# CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | CARMEN MOTES |
| **Sent:** | Tuesday, April 26, 2011 2:58 PM |
| **To:** | CRYSTLE ACCARDO |
| **Subject:** | FW: PFS - Unable to remedy list |
| **Importance:** | High |

You can do dismissal for below.thx

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Wednesday, April 13, 2011 5:36 PM
**To:** CARMEN MOTES
**Subject:** PFS - Unable to remedy list

Sidney Sigur
John Starr
James Kelty Sr

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | CARMEN MOTES |
| **Sent:** | Tuesday, April 26, 2011 3:05 PM |
| **To:** | CRYSTLE ACCARDO |
| **Subject:** | FW: FEMA Deficiencies Due April 18, 2011 |
| **Importance:** | High |

Dismissed

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Monday, April 18, 2011 3:42 PM
**To:** CARMEN MOTES
**Subject:** FW: FEMA Deficiencies Due April 18, 2011

The following clients did not remedy their PFS deficiencies:

**Laila Sercovich obo Trinity Sercovich**
**Ross Hutter**

The corrections will follow by e-mail and also by CD via US mail.

Thanks

1

## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | CARMEN MOTES |
| **Sent:** | Tuesday, April 26, 2011 3:08 PM |
| **To:** | CRYSTLE ACCARDO |
| **Subject:** | FW: GS Deficiencies |
| **Importance:** | High |

Can be Dismissed

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Friday, April 22, 2011 3:21 PM
**To:** CARMEN MOTES
**Subject:** GS Deficiencies

Carmen,

## The following clients did not submit revised PFS forms:

**Janet Diecedue**
David Colon
Earl Bush
Susan Bush
Susan Rodriguez

1