## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Sidney C. Sigur, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3851; | * | |
| Plaintiff: Sidney C. Sigur | * | |
| | * | |
| *Belinda Salande Chilton, et al v. Gulf Stream* | * | |
| *Coach, Inc.,et al*; Docket No. 10-3714; | * | |
| Plaintiff: John D. Starr, Laila M. Sercovich and | * | |
| Trinity Sercovich | * | |
| | * | |
| *Christina Jackson, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 09-4665; | * | |
| Plaintiff: Trinity Sercovich | * | |
| | * | |
| *Brooke Jackson, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-3549 | * | |
| Plaintiff:  James E. Kelty, Sr. | * | |
| | * | |
| *Dorothy Sue Acosta, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 10-3551 | * | |
| Plaintiff:  David P. Colon | * | |
| | * | |
| *Somaya Bader, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-3681 | * | |
| Plaintiffs:  Earl E. Bush and Susan D. Bush | * | |
| | * | |
| *Christopher Falgout, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 10-3663 | * | |
| Plaintiff:  Ross Hutter | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-

Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Sidney C. Sigur (Plaintiff in *Sigur*, C.A. No. 10-3851)
- John D. Starr, Laila M. Sercovich and Trinity Sercovich (Plaintiffs in *Chilton*, C.A. No. 10-3714)
- Trinity Sercovich (Plaintiff in *Jackson*, C.A. No. 09-4665)
- James E. Kelty, Sr. (Plaintiff in *Jackson*, C.A. No. 10-3549)
- David P. Colon (Plaintiff in *Acosta*, C.A. No. 10-3551)
- Earl E. Bush and Susan D. Bush (Plaintiffs in *Bader*, C.A. No. 10-3681)
- Ross Hutter (Plaintiff in *Falgout*, C.A. No. 10-3663)

_____
UNITED STATES DISTRICT JUDGE