Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

                                        April 25, 2011
                                        Williams, et al vs. Superior Homes, LLC, et al
                                        Case No. # 2:09-cv-6341

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and all installers have been dismissed. Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Mitchell County Industries, LLC fka Superior Park Model Homes


Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084