Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

                                        April 28, 2011
                                        Langsford, et al vs. Champion Enterprises, Inc, et al
                                        Case No. # 2:09-cv-5367

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and installers.  Please issue summons on the Amended Complaint for Damages to the following:

W. Craig Fugate
Federal Emergency Management Agency
500 C. Street S.W.
Washington, D.C. 20472

Honorable Eric Holder
US Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530

United States of America
Through the Office of the US Attorney
for the Eastern District of Louisiana
James Letten, US Attorney

Champion Enterprises, Inc. dba Champion Homes

Champion Home Builders Co.

Dutch Housing, Inc., dba Champion Homes

Travelers Property Casualty Company of America TIL

Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084