Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

                              April 28, 2011
                              Dupuy, et al vs. Keystone RV Company, et al
                              Case No. # 2:09-cv-5423

Dear Sir or Madam:

I certify that all Plaintiffs have been matched to a manufacturer and installers.  Please issue summons on the Amended Complaint for Damages to the following:

Keystone RV Company

Very truly yours,
*/s/Matthew B. Moreland*
Becnel Law Firm, LLC
106 W. 7th Street
P.O. Drawer H
Reserve, LA 70084