UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Abrahms, et al v. Gulf Stream Coach, Inc., et al*
No. 09-5392

JURY DEMANDED

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF SHAW ENVIRONMENTAL, INC., CH2M HILL CONTRUCTORS, INC., AND FLUOR ENTERPRISES, INC. WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Shaw Environmental, Inc., CH2M Hill Constructors. Inc., and Fluor Enterprises, Inc. in the Complaint previously filed in these proceedings on August 3, 2009.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

     I hereby certify that on April 28, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                                /s/Matthew B. Moreland  
                                                                Matthew B. Moreland