**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTITFFS' MOTION TO ENJOIN CONFLICTING STATE COURT**
**PROCEEDINGS IN ELHART COUNTY, INDIANA THAT INTERFERE WITH**
**THIS COURT'S CONTINUING JURISDICTION OVER THIS LITIGATION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who hereby move

this Court for the entry of an Order enjoining *Colony National Insurance Company v.*

*Sunnybrook RV, Inc.*, Cause No. 20D02-1010-PL-84, filed in the Elkhart County Superior Court,

State of Indiana, on October 12, 2010 (the "Declaratory Action"), from any further action. This

Indiana state court Declaratory Action conflicts and interferes with this MDL Court's jurisdiction

over the FEMA Trailer Formaldehyde Product Liability Litigation.

In support of its Motion, Plaintiffs rely on the accompanying Memorandum.


                         Respectfully submitted:

                         **FEMA TRAILER FORMALDEHYDE**
                         **PRODUCT LIABILITY LITIGATION**

                         BY:    s/Gerald E. Meunier
                                GERALD E. MEUNIER, #9471
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &
                                Warshauer, L.L.C.
                                2800 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone:    504/522-2304

Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served

upon counsel of record as indicated below in accordance with the Federal Rules of Civil

Procedure on April 28, 2011.

s/Justin I. Woods
JUSTIN I. WOODS, #24713