UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER ENJOINING CONFLICTING STATE COURT
PROCEEDINGS IN ELKHART COUNTY, INDIANA

AND, NOW, this _____ day of _____ , 2011, upon consideration of Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana, that interferes with this Court's Continuing Jurisdiction over this Litigation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651, the proceedings in *Colony National Insurance Company v. Sunnybrook RV, Inc.,* Case No. 20D02-1010-PL-84, pending in the Elkhart County Court, State of Indiana, relating to insurance coverage under the policies issued by Colony National Insurance Company to Sun Valley, Inc., d/b/a Sun-Lite, are immediately and temporarily enjoined pending a hearing by this Court as to whether they conflict and interfere with this Court's continuing jurisdiction over the FEMA Trailer multidistrict and class action litigation in MDL 07-1873.

2. Pursuant to the All Writs Act, 28 U.S.C. § 1651, all counsel participating in the proceedings in *Colony National Insurance Company v. Sunnybrook RV, Inc.,* Case No. 20D02-1010-PL-84, pending in the Court of Elkhart County, Indiana, are immediately and temporarily enjoined from interfering with this Court's jurisdiction over this multidistrict and class action

litigation and are precluded from further participating in the aforementioned Elkhart County, Indiana proceedings pending a hearing by this Court on this matter.

      3. A hearing by this Court on this matter shall be held on the ____day of_____ , 2011, at _____ .m. to determine whether the proceedings in *Colony National Insurance Company v. Sunnybrook RV, Inc,* Case No. 20D02-1010-PL-84, pending in the Court of Elkhart County, Indiana, should be permanently enjoined under the All Writs Act.

      4. Plaintiffs shall serve this Order and all related Motions and Memoranda of Law on all counsel of record and the Honorable Judge of record for the Court of Elkhart County, Indiana in *Colony National Insurance Company v. Sunnybrook RV, Inc.,* Case No. 20D02-1010-PL-84 via overnight delivery.

      BY THE COURT:

      _____
      KURT D. ENGELHARDT
      UNITED STATES DISTRICT JUDGE