**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the above and foregoing,

IT IS ORDERED that Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana That Interfere With This Court's Continuing Jurisdiction Over This Litigation is hereby GRANTED. Plaintiffs' Motion Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana That Interfere With This Court's Continuing Jurisdiction Over This Litigation will be heard on the _____ day of May, 2011.

New Orleans, Louisiana, this _____ day of May, 2011.

                                              _____
                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE