UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION "N" (5)
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF WITHDRAWAL OF ATTORNEY

Defendant United States of America ("United States") hereby notifies the Court and the parties that Michelle Boyle will no longer represent the United States in this matter. The United States will continue to be represented by Henry T. Miller, the current lead counsel of record for this case, and additional counsel of record from the United States Department of Justice, Civil Division, Torts Branch.

Dated: April 29, 2011                         Respectfully Submitted,

                                              //S// *Michelle Boyle*
                                              MICHELLE BOYLE (Va. Bar No. 73710)
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division – Torts Branch
                                              P.O. Box 340, Ben Franklin Station
                                              Washington, D.C. 20004
                                              Telephone No: (202) 616-4447
                                              E-mail: Michelle.Boyle@USDOJ.Gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 29, 2011, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                                                    *//S// Michelle Boyle* (Va. Bar No. 73710)