UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                   MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 20862)** is **GRANTED**. Accordingly, any opposition to Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with This Court's Jurisdiction Over This Litigation (Rec. Doc. 20861) shall be filed <u>on or before Wednesday, May 4, 2011, at noon</u>, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 29th day of April, 2011.

                                     KURT D. ENGELHARDT
                                     UNITED STATES DISTRICT JUDGE