UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Sidney C. Sigur, et al v. Gulf Stream Coach,<br>Inc., et al*; Docket No. 10-3851;<br>Plaintiff: Sidney C. Sigur | * * * * * | MAG: CHASEZ |

*Belinda Salande Chilton, et al v. Gulf Stream Coach, Inc.,et al*; Docket No. 10-3714;
Plaintiff: John D. Starr, Laila M. Sercovich and Trinity Sercovich

*Christina Jackson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4665;
Plaintiff: Trinity Sercovich

*Brooke Jackson, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3549
Plaintiff:  James E. Kelty, Sr.

*Dorothy Sue Acosta, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3551
Plaintiff:  David P. Colon

*Somaya Bader, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3681
Plaintiffs:  Earl E. Bush and Susan D. Bush

*Christopher Falgout, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-3663
Plaintiff:  Ross Hutter

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Sidney C. Sigur (Plaintiff in *Sigur*, C.A. No. 10-3851)
- John D. Starr, Laila M. Sercovich and Trinity Sercovich (Plaintiffs in *Chilton*, C.A. No. 10-3714)
- Trinity Sercovich (Plaintiff in *Jackson*, C.A. No. 09-4665)
- James E. Kelty, Sr. (Plaintiff in *Jackson*, C.A. No. 10-3549)
- David P. Colon (Plaintiff in *Acosta*, C.A. No. 10-3551)
- Earl E. Bush and Susan D. Bush (Plaintiffs in *Bader*, C.A. No. 10-3681)
- Ross Hutter (Plaintiff in *Falgout*, C.A. No. 10-3663)

New Orleans, Louisiana   4/29/11

_____
UNITED STATES DISTRICT JUDGE