OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET NEW
ORLEANS, LA 70130



DATE: April 27, 2011

**Jolynn Vucinovich, et al.**
versus
**Stewart Park Homes, Inc., et als.**

Case No. **10-3856** Section "N"  Mag. (5)

Dear Sir:

Please **re-issue** summons on the **amended complaint** to the following:

1. **Federal Emergency Management Agency**
**Through the Office of the Director**
**Administrator of FEMA 500 C Street S.W.**
  **Washington, D.C.  20472**

Very truly yours,

*David C. Jarrell*

DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs Law Offices
of Sidney D. Torres, III 8301 W.
Judge Perez Drive, Suite 303
Chalmette, LA 70043 Telephone:
(504) 271-8422

## CERTIFICATE

Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.