OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY -2  PM 3: 01

LORETTA G. WHYTE
CLERK

DATE: April 28, 2011

**SALLIE OSTER JONES, ET AL.**
versus
**AMERICAN INTERNATIONAL GROUP, ET ALS.**
Case No. **10-3758**   Section "N"  Mag. **(5)**

Dear Sir:

Please **re-issue** summons on the **amended complaint** to the following:

1. The United States of America, through the
   United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C.  20472

Very truly yours,

*David C. Jarrell*

DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## CERTIFICATE

Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.