OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY -2  PM 3: 02

LORETTA G. WHYTE
CLERK

DATE: April 28, 2011

**FATIMIA ESTRADA, ET AL.**
versus
**AMERICAN INTERNATIONAL GROUP, ET ALS.**
Case No. **10-3739**      Section **"N"**  Mag. **(5)**

Dear Sir:

Please **re-issue** summons on the **amended complaint** to the following:

1.    The United States of America, through the
       United States Attorney General:
       Hon. Eric H. Holder, Jr.
       U.S. Department of Justice
       950 Pennsylvania Avenue, NW
       Washington, DC 20530-0001

2.    The United States of America, through the
       Office of U.S. Attorney for the EDLA, through:
       Jim Letten, United States Attorney
       Hale Boggs Federal Building
       500 Poydras Street, Suite B-210
       New Orleans, LA 70130

3.    Federal Emergency Management Agency
       Through the Office of the Director
       Administrator of FEMA
       500 C Street S.W.
       Washington, D.C.  20472

Very truly yours,
David C. Jarrell
DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

**CERTIFICATE**
**Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched**
**pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.**

Fee _____
Process _____
X_Dktd _____
___CtRmDep_____
___Doc. No._____