OFFICE OF THE CLERK  
UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
500 POYDRAS STREET  
NEW ORLEANS, LA 70130

FILED  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  

2011 MAY -2 PM 3: 02  

LORETTA G. WHYTE  
CLERK

DATE: April 28, 2011

**KIMBERLY CLARK ALPHONSO, ET AL.**  
versus  
**AMERICAN INTERNATIONAL GROUP, ET ALS.**  
Case No. **10-3710**   Section "N"  Mag. **(5)**

Dear Sir:

    Please **re-issue** summons on the **amended complaint** to the following:

1. The United States of America, through the  
   United States Attorney General:  
   Hon. Eric H. Holder, Jr.  
   U.S. Department of Justice  
   950 Pennsylvania Avenue, NW  
   Washington, DC 20530-0001

2. The United States of America, through the  
   Office of U.S. Attorney for the EDLA, through:  
   Jim Letten, United States Attorney  
   Hale Boggs Federal Building  
   500 Poydras Street, Suite B-210  
   New Orleans, LA 70130

3. Federal Emergency Management Agency  
   Through the Office of the Director  
   Administrator of FEMA  
   500 C Street S.W.  
   Washington, D.C. 20472

Very truly yours,  
*David C. Jarrell*  
DAVID C. JARRELL (LSB #30907)  
Attorney for Plaintiffs  
Law Offices of Sidney D. Torres, III  
8301 W. Judge Perez Drive, Suite 303  
Chalmette, LA 70043  
Telephone: (504) 271-8422

## CERTIFICATE

Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.

___ Fee ___  
___ Process ___  
_x_ Dktd ___  
___ CtRmDep ___  
___ Doc. No. ___