# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH L. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70139-4800**
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
   ALISTAIR M. WARD
   CONNIE L. HAWKINS[4]
   CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

April 7, 2011

Mr. Justin Woods, Esq.
Gainsburgh, Benjamin, David,
        Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

RE:   **FEMA Trailer Formaldehyde Product Liability Litigation**
      **MDL No.: 1873, Sec. N(4)**
      **Our File No.: 0200-24-7**

Dear Counsel:

Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted for Forest River, Inc. and/or Vanguard, LLC Plaintiffs for which no handling attorney or firm has been listed. We ask that you notify the appropriate counsel and have them provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 7, 2011. Please contact us if you have any questions or concerns.

**Allen, Tommy E.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out for Forest River unit
- VIII. Documents (Section A-B)
  - Medical Records
  - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

- III. Case Information (Section C-3)
  - Symptoms



GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
        Meunier & Washauer, LLC
April 7, 2011
Page 2 of 32

- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 3 of 32

- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 4 of 32

-         o  VIN
-         o  Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Barnett, David Lee:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VIII. Documents (Section B)
  - o Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 5 of 32

-      o  Medical Bills
-      o  Questionnaires
-      o  Death Certificate
-      o  Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o  Identify current family and/or primary care physician
  - o  Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o  Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Bird, Judy B.:**
- VIII. Documents (Section A,C-D)
  - o  Medical Records
  - o  Test Results
  - o  Medical Bills

**Blackmon, Barbara:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
  - o  Move In/Move Out for Forest River unit
- VIII. Documents (Section A-B, D)
  - o  Medical Records
  - o  Standard Form 95
  - o  Medical Bills
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Bode, Stacty:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
  - o  Move In/Move Out for Forest River unit
- VIII. Documents (Section B)
  - o  Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

- III. Case Information (Section C-3)
  - o  Symptoms
- III. Case Information (Section C-4)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
  Meunier & Washauer, LLC
April 7, 2011
Page 6 of 32

- o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
  - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Boyce, Gene:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out for Forest River unit
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- 
- VIII. Documents (Section B)
  - o Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Bufkin, Clotill:**
- VIII. Documents (Section A, B)
  - o Medical Records
  - o Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 7 of 32

**Bufkin, Wille Lee:**
- VIII. Documents (Section A, B)
  - Medical Records
  - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Coleman, Robert Lee:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section B)
  - Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 8 of 32

**C       , C          :**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A, D)
    - Medical Records
    - Medical Bills

**C        , Jr., C          :**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A, D)
    - Medical Records
    - Medical Bills

**Cook, Jr., Ralph:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A, B)
    - Medical Records
    - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Cook, Sr., Ralph:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A-B)
    - Medical Records
    - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Cook, Theophilus G.:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A)
    - Medical Records

- III. Case Information (Section C-3)
    - Symptoms
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 9 of 32

- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    o Identify current family and/or primary care physician
    o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
    o Symptoms
- III. Case Information (Section C-4)
    o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        ▪ If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    o VIN
    o Move In/Move Out
- VI. Medical Background (Section C-D)
    o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    o Medical Records
    o Standard Form 95
    o Test Results
    o Medical Bills
    o Questionnaires
    o Death Certificate
    o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    o Identify current family and/or primary care physician
    o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
    o Symptoms
- III. Case Information (Section C-4)
    o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        ▪ If yes, which kind of cancer?

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 10 of 32

- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

D        , III, J      :
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A-B, D)
  - Medical Records
  - Standard Form 95
  - Medical Bills
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Ervin, Tony:**
- V. FEMA Trailer or Mobile Home Unit
  - Move In/Move Out date
- VIII. Documents (Section B)
  - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Estro, Sr., Chad A.:**
- VIII. Documents (Section B)
  - Standard Form 95

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 11 of 32

- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - ○ Identify current family and/or primary care physician
    - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language


- • III. Case Information (Section C-3)
    - ○ Symptoms
- • III. Case Information (Section C-4)
    - ○ Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - ▪ If yes, which kind of cancer?
- • VI. Medical Background (Section C-D)
    - ○ Past/Current Smoking/Tobacco use
- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - ○ Identify current family and/or primary care physician
    - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed Certification
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language


- • III. Case Information (Section C-3)
    - ○ Symptoms
- • VI. Medical Background (Section C-D)
    - ○ Past/Current Smoking/Tobacco use
- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - ○ Identify current family and/or primary care physician
    - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed Certification
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Faye, Rebecca:**
- • VIII. Documents (Section A, D)
    - ○ Medical Records
    - ○ Medical Bills

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 12 of 32

- Signed Privacy Act Release Language

**Green, Anthony Craig:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A)
  - Medical Records

**Green, Liza:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A, D)
  - Medical Records
  - Medical Bills

**H        ı, A        ı:**
- VIII. Documents (Section A-B, D)
  - Medical Records
  - Standard Form 95
  - Medical Bills
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**H        ;, B        :**
- VIII. Documents (Section B)
  - Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records

GIEGER, LABORDE & LAPEROUSE, L.L.C.

- o   Standard Form 95
- o   Test Results
- o   Medical Bills
- o   Questionnaires
- o   Death Certificate
- o   Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o   Identify current family and/or primary care physician
  - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o   Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Harris, Tynilius:**
- V. FEMA Trailer or Mobile Home Unit
  - o   VIN
  - o   Move In/Move Out
- VIII. Documents (Section B)
  - o   Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Henry, Johniel:**
- VIII. Documents (Section A-B, D)
  - o   Medical Records
  - o   Standard Form 95
  - o   Medical Bills
- Signed medical, psychological, and employment authorizations
- Signed Certification
- Signed Privacy Act Release Language

**Henry, Sallie:**
- VIII. Documents (Section A-B, D)
  - o   Medical Records
  - o   Standard Form 95
  - o   Medical Bills
- Signed medical, psychological, and employment authorizations
- Signed Certification
- Signed Privacy Act Release Language

**J        S         :**
- V. FEMA Trailer or Mobile Home Unit
  - o   VIN

GIEGER, LABORDE & LAPEROUSE, L.L.C.

- o   Move In/Move Out for Forest River unit
- • VIII. Documents (Section A-B)
  - o   Medical Records
  - o   Standard Form 95
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Johnson, Darren:**
- • V. FEMA Trailer or Mobile Home Unit
  - o   VIN
- • VIII. Documents (Section A-B)
  - o   Medical Records
  - o   Standard Form 95
- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o   Identify current family and/or primary care physician
  - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o   Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**J          , R        :**
- • VIII. Documents (Section A-B)
  - o   Medical Records
  - o   Standard Form 95
- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o   Identify current family and/or primary care physician
  - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o   Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed Privacy Act Release Language
- • Signed medical, psychological, and employment authorizations

**Jones, Brownie:**
- • V. FEMA Trailer or Mobile Home Unit
  - o   VIN
- • VIII. Documents (Section A-B, D)
  - o   Medical Records
  - o   Standard Form 95
  - o   Medical Bills
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Jones, Joseph:**
- • V. FEMA Trailer or Mobile Home Unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 15 of 32

-     ○ VIN
- VIII. Documents (Section A-B, D)
  - ○ Medical Records
  - ○ Standard Form 95
  - ○ Medical Bills
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**L    , D    1:**
- VIII. Documents (Section A-B)
  - ○ Medical Records
  - ○ Standard Form 95
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - ○ Identify current family and/or primary care physician
  - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Privacy Act Release Language
- Signed medical, psychological, and employment authorizations

**Lindsey, Tammy R.:**
- III. Case Information (Section C-4)
  - ○ Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪ If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
  - ○ Past/Current Smoking/Tobacco use
- V. FEMA Trailer or Mobile Home Unit
  - ○ VIN
  - ○ Move In/Move Out
- VIII. Documents (Section A-G)
  - ○ Medical Records
  - ○ Standard Form 95
  - ○ Test Results
  - ○ Medical Bills
  - ○ Questionnaires
  - ○ Death Certificate
  - ○ Autopsy Report
- Signed medical, psychological, and employment authorizations
- Signed Certification
- Signed Privacy Act Release Language

**M    , D    :**
- V. FEMA Trailer or Mobile Home Unit
  - ○ VIN
  - ○ Move In/Move Out for Forest River unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 16 of 32

- • VIII. Documents (Section A-B)
  - ○ Medical Records
  - ○ Standard Form 95
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**M      , K**
- • V. FEMA Trailer or Mobile Home Unit
  - ○ VIN
  - ○ Move In/Move Out for Forest River unit
- • VIII. Documents (Section A-B)
  - ○ Medical Records
  - ○ Standard Form 95
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**May, Corina:**
- • III. Case Information (Section C-4)
  - ○ Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪ If yes, which kind of cancer?
- • VIII. Documents (Section A-B, D)
  - ○ Medical Records
  - ○ Standard Form 95
  - ○ Medical Bills
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Mills, Williams:**
- • VIII. Documents (Section A, D)
  - ○ Medical Records
  - ○ Medical Bills
- • Signed Certification

**M      , S    . M      :**
- • III. Case Information (Section C-3)
  - ○ Symptoms
- • VIII. Documents (Section A-B, F)
  - ○ Medical Records
  - ○ Standard Form 95
  - ○ Death Certificate
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Patterson, Hewett Stewart:**
- • V. FEMA Trailer or Mobile Home Unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
   Meunier & Washauer, LLC
April 7, 2011
Page 17 of 32

- ○ VIN
- ○ Move In/Move Out
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
   - ○ Identify current family and/or primary care physician
   - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
   - ○ Identify each pharmacy that has dispensed medication during the last 7 years

**Pettigrew, Nicole Lynn:**
- V. FEMA Trailer or Mobile Home Unit
   - ○ VIN

**Potts, Charles:**
- III. Case Information (Section C-3)
   - ○ Symptoms

**Prestenbach, Dalane:**
- V. FEMA Trailer or Mobile Home Unit
   - ○ VIN
- VIII. Documents (Section B)
   - ○ Standard Form 95
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
   - ○ Identify current family and/or primary care physician
   - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
   - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- V. FEMA Trailer or Mobile Home Unit
   - ○ VIN
- VIII. Documents (Section A-B)
   - ○ Medical Records
   - ○ Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Prestenbach, Jr., Chester:**
- V. FEMA Trailer or Mobile Home Unit
   - ○ VIN
   - ○ Move In/Move Out date
- VIII. Documents (Section A-G)
   - ○ Medical Records

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
   Meunier & Washauer, LLC
April 7, 2011
Page 18 of 32

- o Standard Form 95
- o Test Results
- o Medical Bills
- o Questionnaires
- o Death Certificate
- o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed medical, psychological, and employment authorizations
- Signed Certification
- Signed Privacy Act Release Language

**Ramage, Cathy:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VIII. Documents (Section A,D)
  - o Medical Records
  - o Medical Bills


- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
   Meunier & Washauer, LLC
April 7, 2011
Page 19 of 32

-      o  Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
        Meunier & Washauer, LLC
April 7, 2011
Page 20 of 32

- VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Riley, Nikkie:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**R    , S]      :**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A-B)
    - Medical Records
    - Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Certification

- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 21 of 32

- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Robey, Cephus:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A-E)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Robinson, Dean:**
- VIII. Documents (Section B)
  - Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 22 of 32

- o   VIN
- o   Move In/Move Out
- VI. Medical Background (Section C-D)
  - o   Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o   Medical Records
  - o   Standard Form 95
  - o   Test Results
  - o   Medical Bills
  - o   Questionnaires
  - o   Death Certificate
  - o   Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o   Identify current family and/or primary care physician
  - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o   Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

- III. Case Information (Section C-3)
  - o   Symptoms
- III. Case Information (Section C-4)
  - o   Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪   If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o   VIN
  - o   Move In/Move Out
- VI. Medical Background (Section C-D)
  - o   Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o   Medical Records
  - o   Standard Form 95
  - o   Test Results
  - o   Medical Bills
  - o   Questionnaires
  - o   Death Certificate
  - o   Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o   Identify current family and/or primary care physician
  - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o   Identify each pharmacy that has dispensed medication during the last 7 years

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 23 of 32

- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Rogers, Troy E.:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed medical, psychological, and employment authorizations

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 24 of 32

- Signed Privacy Act Release Language

**Rogers, Susan Rowe:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A-B)
  - Medical Records
  - Standard Form 95
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
   Meunier & Washauer, LLC
April 7, 2011

- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
     Meunier & Washauer, LLC
April 7, 2011
Page 26 of 32

- - - - -

-      o Questionnaires
-      o Death Certificate
-      o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪ If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
     Meunier & Washauer, LLC
April 7, 2011
Page 27 of 32

- - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- • V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out
- • VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- • VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- • IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- • Signed Certification
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Small, Darron R.:**
- • VIII. Documents (Section A-B)
    - Medical Records
    - Standard Form 95
- • Signed Certification
- • Signed medical, psychological, and employment authorizations
- • Signed Privacy Act Release Language

**Smith, Dyran:**
- • V. FEMA Trailer or Mobile Home Unit
    - VIN

**Smith, Sr., Arthur D.:**
- • V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out

- • III. Case Information (Section C-3)
    - Symptoms

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 28 of 32

- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 29 of 32

- - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 30 of 32

- o   Move In/Move Out
- VI. Medical Background (Section C-D)
    - o   Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - o   Medical Records
    - o   Standard Form 95
    - o   Test Results
    - o   Medical Bills
    - o   Questionnaires
    - o   Death Certificate
    - o   Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o   Identify current family and/or primary care physician
    - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o   Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

<br>

- III. Case Information (Section C-3)
    - o   Symptoms
- III. Case Information (Section C-4)
    - o   Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - ▪   If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - o   VIN
    - o   Move In/Move Out
- VI. Medical Background (Section C-D)
    - o   Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - o   Medical Records
    - o   Standard Form 95
    - o   Test Results
    - o   Medical Bills
    - o   Questionnaires
    - o   Death Certificate
    - o   Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o   Identify current family and/or primary care physician
    - o   Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o   Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
　　Meunier & Washauer, LLC
April 7, 2011
Page 31 of 32

- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## Thompson, Robyn D.:
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A-B, D-E))
  - Medical Records
  - Standard Form 95
  - Medical Bills
  - Questionnaires
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## Toomey, Gertrude:
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section A-B, D)
  - Medical Records
  - Standard Form 95
  - Medical Bills
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## W     ., A
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out for Forest River unit
- VIII. Documents (Section A-B)
  - Medical Records
  - Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## Walker, Kenyetta:
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out for Forest River unit
- VIII. Documents (Section A-B)
  - Medical Records
  - Standard Form 95
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Gainsburgh, Benjamin, David,
    Meunier & Washauer, LLC
April 7, 2011
Page 32 of 32

W      , N:  ı N(       :

- V. FEMA Trailer or Mobile Home Unit
  - VIN


- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language


Sincerely,

*Carson Strickland*

Carson W. Strickland

CWS/kbd

cc:    Andrew Weinstock, Esq.
       Dave Kurtz, Esq.