# LAW OFFICES OF
# HAWKINS, STRACENER & GIBSON, PLLC

153 Main Street • Bay St. Louis, Mississippi 39520
Telephone: (228) 469-0785 • Facsimile: (228) 467-4212 • Writer's Email: egibson@hsglawfirm.net

John F. Hawkins
W. Eric Stracener
Edward Gibson*
W. Andrew Neely**

Jackson Office:
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580

April 21, 2011

Carson W. Strickland, Esq.
Gieger, Laborde & Laperouse, LLC
Forty-Eighth Floor
One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800

Re:  Forest River, Inc. and/or Vanguard, LLC Plaintiffs
     FEMA Formaldehyde Product Liability Litigation
     MDL No.: 1873, Sec. N(4)
     Your File No. 0200-24-7

Dear Mr. Strickland:

We received your letter of April 6, 2011 asking we cure certain Deficiencies of multiple Plaintiffs. We have already begun to obtain this information and/or curing areas in forms themselves. Some of this information you requested will have to be or is not in our possession, specifically medical records and/or billing records that you requested. Additionally, we have begin to obtain this information but do not believe that I can or we will have it all to you by May 6, 2011. Therefore as a courtesy we will ask for additional time to provide this information to you, up to and including June 21, 2011.

Please let me know if this is agreeable to you by return correspondence. If not we may request the same relief from the court. I remain,

Respectfully,

Edward Gibson, Esq.
Hawkins, Stracener & Gibson, PLLC

EG/cd
cc:  Dennis Reich, Esq.
     Frank D'Amico, Esq.

*licensed to practice in LA   **Also licensed to practice in TN


EXHIBIT "D"