IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　　　　　　　MDL No. 1873
FORMALDEHYDE PRODUCT S
LIABILITY LITIGATION  　　　　　　　　　　　　　　　　SECTION N(5)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**  　　　　　　　　　　　MAGISTRATE CHASEZ
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
Case No. 2:10-cv-1358
and
*Henry Davis, et al v Forest River, Inc., et al*
Case No. 10-2362

---

**RULE 7.6 CERTIFICATE**

---

　　　　Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel for Manufacture Defendant Forest River, Inc. and Vanguard, LLC, have been contacted. Counsel for Forest River, Inc. and Vanguard, LLC, does object to Plaintiffs' Motion to Extend Time.

　　　　Respectfully submitted, this the __3rd__ day of May, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　By: ___*s / Edward Gibson*___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Edward Gibson, Esq.

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main St.
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx. (228) 467-4212
egibson@hsglawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing with the Clerk of Court by using the CM/ECF system which then forwarded a notice of electronic filing to all counsel of record including but not limited to:

Carson W. Strickland, Esq.
Gieger, Laborde & Laperouse, LLC
Forty-Eighth Floor
One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Henry Thomas Miller, Esq.
Dept. of Justice, Civil Division, Torts Branch
P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Michael David Kurtz, Esq.
Baker Donelson Bearman Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St.
Suite 2800
New Orleans, LA 70163-2800

I further certify that there are no known non-CM/ECF participants.

SO CERTIFIED, this the  3rd  day of May, 2011.

                                              *s / Edward Gibson*
                                              Edward Gibson, Esq.