# EXHIBIT "A"

## The Nineteen (19) Plaintiffs

| # | Name | Case |
|---|------|------|
| 1. | C.C. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 2. | C.C. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 3. | Tina Cook | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 4. | Ralph Cook Sr. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 5. | J. D., III | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 6. | Rebecca Faye | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 7. | D.M. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 8. | K.M. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 9. | Nikkie Riley | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 10. | S. R | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 11. | Barbara Blackmon | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 12. | A.H. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 13. | B.H. | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 14. | Brownie Jones | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 15. | Joseph Jones | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 16. | Corina May | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 17. | Darron Small | Gonzales, et al v Forest River, Inc., et al Case No. 10-1358 |
| 18. | Verlillian Evans | Davis, et al v Forest River, Inc., et al Case No. 10-2362 |
| 19. | Louis Evans | Davis, et al v Forest River, Inc., et al Case No. 10-2362 |



EXHIBIT "A"