EXHIBIT C

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** 1967  **SS** 2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| Question # / Notice # | Question | Answer |
|---|---|---|
| Notice # 1 | Is/was the FEMA housing unit hooked up to a sewer line?: | Will Supplement |
| 1. / Notice # 1 | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? | Will Supplement |
| 2. / Notice # 1 | If yes, for each provider: contact information, description of condition, medications: | Will Supplement |
| 3. / Notice # 1 | Are you making a claim for medical expenses as a result of the injury, illness, or disease identified in above? | Will Supplement |
| 4. / Notice # 1 | If yes, state the amount of your claim. | Will Supplement |
| 5. / Notice # 1 | Identify each address at which you resided at during the last five (5) years, and list when you started and stopped living at each one. | The address that I have reside at during the last five (5) years in located at 4819 Gallier in Violet, LA 70092. |
| 6. / Notice # 1 | State driver's license number and state issuing license. | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ▓▓▓-1967  **SSN** ▓▓▓-▓▓-2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | | |
|---|---|---|
| | **Answer** | Will Supplement |
| **Question #** 7. <br> **Notice #** 1 | **Question** | Date and place of birth. |
| | **Answer** | Will Supplement |
| **Question #** 8. <br> **Notice #** 1 | **Question** | Identify the highest level of education (high school, college, university, or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study you pursued, and diplomas or degrees received. |
| | **Answer** | Will Supplement |
| **Question #** 9. <br> **Notice #** 1 | **Question** | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, and duties. |
| | **Answer** | Will Supplement |
| **Question #** 10. <br> **Notice #** 1 | **Question** | List the employer you have had in the last ten (10) years, including address, telephone number, dates of employment, and duties. |
| | **Answer** | Will Supplement |
| **Question #** 11. <br> **Notice #** 1 | **Question** | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home. |
| | **Answer** | Will Supplement |
| **Question #** 12. <br> **Notice #** 1 | **Question** | If yes, state your income from employment for 2008, 2007, 2006, 2005, 2004. |
| | **Answer** | Will Supplement |
| **Question #** 13. | **Question** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ▮1967   **SSN** ▮2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | |
|---|---|
| **Notice #** 1 | Total amount for time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost. |
| | **Answer** Will Supplement |
| **Question #** 14. **Notice #** 1 | **Question** Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| | **Answer** Will Supplement |
| **Question #** 15. **Notice #** 1 | **Question** If yes, state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease. |
| | **Answer** Will Supplement |
| **Question #** 16. **Notice #** 1 | **Question** To the best of your knowledge, has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
| | **Answer** Will Supplement |
| **Question #** 17. **Notice #** 1 | **Question** If yes, provide for each: name relationship, current age or age at death, medical condition, cause of death. |
| | **Answer** Will Supplement |
| **Question #** 18. **Notice #** 1 | **Question** Are you claiming the wrongful death of a family member related to formaldehyde? |
| | **Answer** Will Supplement |
| **Question #** 19. **Notice #** 1 | **Question** If yes, state the name of the deceased and full out a separate form for the deceased. |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ▓▓/1967  **SSN** ▓▓2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | |
|---|---|
| | Will Supplement |

**Question #** 20.  
**Notice #** 1  
**Question:** Was the temporary housing unit provided to you by FEMA a travel trailer or mobile home?  
**Answer:** Will Supplement

**Question #** 31.  
**Notice #** 1  
**Question:** Was the FEMA trailer or mobile home located in a trailer park or on private property?:  
**Answer:** Will Supplement

**Question #** 32.  
**Notice #** 1  
**Question:** State the reason you stopped living in the FEMA trailer or mobile home:  
**Answer:** Will Supplement

**Question #** 33.  
**Notice #** 1  
**Question:** Please state the approximate square footage of the FEMA housing unit:  
**Answer:** Will Supplement

**Question #** 34.  
**Notice #** 1  
**Question:** Please state the approximate length and width of the FEMA housing unit:  
**Answer:** Will Supplement

**Question #** 35.  
**Notice #** 1  
**Question:** Average number of hours spent in the FEMA trailer or mobile home each day?:  
**Answer:** Will Supplement

**Question #** 36.  
**Notice #**  
**Question:** Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ▆/1967   **SSN** ▆2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

**Notice #** 1

**Answer**  
Will Supplement

**Question #** 37.  
**Question** Is/was the FEMA housing unit hooked up to an electrical line?:  
**Notice #** 1

**Answer**  
Will Supplement

**Question #** 38.  
**Question** Is/was the FEMA housing unit hooked up to a natural gas line?:  
**Notice #** 1

**Answer**  
Will Supplement

**Question #** 39.  
**Question** Is/was propane gas used in the FEMA housing unit?:  
**Notice #** 1

**Answer**  
Will Supplement

**Question #** 40.  
**Question** How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?  
**Notice #** 1

**Answer**  
Will Supplement

**Question #** 41.  
**Question** Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  
**Notice #** 1

**Answer**  
Will Supplement

**Question #** 42.  
**Question** Where did you temporarily live?  
**Notice #** 1

**Answer**  
Will Supplement

**Question #**  
**Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** /1967   **SSN** 2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| # | Question | Notice # |
|---|----------|----------|
| 43. | For what period of time did you temporarily live in another location?<br>**Answer:** Will Supplement | 1 |
| 44. | Have any air quality tests ever been performed on your FEMA trailer or mobile home?<br>**Answer:** Will Supplement | 1 |
| 45. | If "Yes," please state when the test was performed and who prepared this testing?<br>**Answer:** Will Supplement | 1 |
| 46. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?<br>**Answer:** Will Supplement | 1 |
| 47. | Date and reason for fumigation:<br>**Answer:** Will Supplement | 1 |
| 48. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?<br>**Answer:** Will Supplement | 1 |
| 49. | If "Yes," please state the date and reason for repair, service or maintenance:<br>**Answer:** | 1 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ███ 1967  **SSN** ███-██-█663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | |
|---|---|
| | Will Supplement |

| Question # | Question |
|---|---|
| 50. | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| Notice # 1 | |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 51. | Height. |
| Notice # 1 | |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 52. | Current weight: |
| Notice # 1 | |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 53. | Weight prior to living in a FEMA trailer or mobile home. |
| Notice # 1 | |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 54. | If someone resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please that the following concerning their smoking history: |
| Notice # 1 | |
| | 1. Amount smoked or used on average, if you know, per day and number of years: |
| | 2. Smoker's relationship to you: |
| | 3. Whether the smoking occurred inside, outside, or both: |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 55. | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? |
| Notice # 1 | |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ███ 1967   **SSN** ███ 2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| Question # | Question | Notice # | Answer |
|---|---|---|---|
| 56. | If yes, what was the date of birth? | 1 | Will Supplement |
| 57. | Did your pregnancy terminate in a miscarriage or a stillborn child? | 1 | Will Supplement |
| 58. | Have you ever suffered from lung or respiratory disease? | 1 | Will Supplement |
| 59. | If yes, provide name, date, and description of each illness, disease, or abnormal condition. | 1 | Will Supplement |
| 60. | Have you ever suffered from infectious disease (such as tuberculosis, pneumonia, hepatitis)? | 1 | Will Supplement |
| 61. | If yes, provide name, date, and description of each illness, disease, or abnormal condition. | 1 | Will Supplement |
| 62. | Have you ever suffered from long-term stomach or bowel disease? | 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118
**Case Name** Bolds, Vernon
**DOB** ▮▮▮1967   **SSN** ▮▮▮-▮▮-2663
**Cause No.** 09-4730
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | |
|---|---|
| **Answer** | Will Supplement |
| **Question #** 63. | **Question** If yes, provide name, date, and description of each illness, disease, or abnormal condition. |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** 64. | **Question** Have you ever suffered from skin disease? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** 65. | **Question** If yes, provide name, date, and description of each illness, disease, or abnormal condition. |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** 66. | **Question** To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan, or MRI? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** 67. | **Question** If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken. |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** 68. | **Question** Please identify the doctor or health care provider(s) who treated you for each disease, illness, or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of diagnosis, including address, telephone number, dates of treatment, and doctor's specialty. |
| **Notice #** 1 | |
| **Answer** | Will Supplement |
| **Question #** | **Question** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225118  **Cause No.** 09-4730
**Case Name** Bolds, Vernon  **Case Style** Swanica Nero, et. al. vs. Pilgrim International,
**DOB** /1967  **SSN** 2663

| | |
|---|---|
| **69.** Notice # 1 | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom toy have received psychological care and provide a medical records authorization (if original authorizations have expired, you must complete new authorizations). |
| | **Answer:** Will Supplement |
| **Question #** 70. Notice # 1 | **Question:** Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| | **Answer:** Will Supplement |
| **Question #** 71. Notice # 1 | **Question:** If yes, please provide the name and address of the health care professional. |
| | **Answer:** Will Supplement |
| **Question #** 72. Notice # 1 | **Question:** For each medical provider and pharmacy identified in sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form (if original authorizations have expired, you must complete new ones). |
| | **Answer:** Will Supplement |
| **Question #** 73. Notice # 1 | **Question:** Sign and date authorizations permitting social security disability and worker's compensation records to be requested, to the extent applicable, and attach them to this form (if original authorizations have expired, you must complete new authorizations). |
| | **Answer:** Will Supplement |
| **Question #** 74. Notice # 1 | **Question:** Identify your current family and/or primary care physician, including address and telephone number. |
| | **Answer:** Will Supplement |
| **Question #** 75. Notice # 1 | **Question:** Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 225118  
**Case Name** Bolds, Vernon  
**DOB** ███/1967   **SSN** ███-██-2663  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, et. al. vs. Pilgrim International,

| | |
|---|---|
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 76. | Each hospital, clinic, or health care facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years. |
| Notice # 1 | |

| | |
|---|---|
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 77. | Each hospital, clinic, or health care facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |
| Notice # 1 | |

| | |
|---|---|
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 78. | Each pharmacy, including address, that has dispensed medication to during the last seven (7) years. |
| Notice # 1 | |

| | |
|---|---|
| **Answer** | Will Supplement |

_____   1/10/2011  
Plaintiff or Representative   Date