EXHIBIT H

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** /1979   **SSN** -9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 1.<br>Notice #<br>1 | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?<br>**Answer**<br>Will Supplement |
| 2.<br>Notice #<br>1 | If yes, for each provider; contact information, description of condition, medications:<br>**Answer**<br>Will Supplement |
| 3.<br>Notice #<br>1 | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above?<br>**Answer**<br>Will Supplement |
| 4.<br>Notice #<br>1 | If yes, state the amount of your claim.<br>**Answer**<br>Will Supplement |
| 5.<br>Notice #<br>1 | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one.<br>**Answer**<br>I have resided at 4417 Stella in Meraux, LA 70075 during the last five (5) years. |
| 6.<br>Notice #<br>1 | State driver's license number and state issuing license.<br>**Answer**<br>Will Supplement |
| 7.<br>Notice #<br>1 | Date and place of birth.<br>**Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,  
**DOB** /  /1979   **SSN**   -9442

**Answer**  
My date of birth is November 24, 1979. Will supplement place of birth.

| Question # | Question |
|---|---|
| 8. Notice # 1 | Identify the highest level of education (high school, college, university, or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees rewarded. |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 9. Notice # 1 | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, and duties. |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 10. Notice # 1 | List the employer you have had in the last ten (10) years, including address, telephone number, dates of employment, and duties. |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 11. Notice # 1 | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home? |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 12. Notice # 1 | If yes, state your income from employment for 2008, 2007, 2006, 2005, 2004: |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 13. Notice # 1 | Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost. |

**Answer**  
Will Supplement

| Question # | Question |
|---|---|
| 14. Notice # | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Cause No.** 09-4711  
**Case Name** Duet, Clifton  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,  
**DOB** 1979  **SSN** -9442

| | |
|---|---|
| **Notice #** 1 | or disease, excluding auto accidents? |
| | **Answer**: Will Supplement |
| **Question #** 15. | **Question**: If yes, state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease. |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** 16. | **Question**: To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer. |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** 17. | **Question**: If yes, provide for each: Name, relationship, current age or age at death, medical condition, cause of death. |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** 18. | **Question**: Are you claiming wrongful death of a family member related to formaldehyde? |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** 19. | **Question**: If yes, state the name of the deceased and fill out a separate form for the deceased. |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** 20. | **Question**: Bar Code Number on FEMA housing unit. |
| **Notice #** 1 | |
| | **Answer**: Will Supplement |
| **Question #** | **Question** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Cause No.** 09-4711  
**Case Name** Duet, Clifton  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,  
**DOB** 1979  **SSN** -9442

| Question # | Question | Notice # | Answer |
|---|---|---|---|
| 21. | Move-in date. | 1 | I moved in the FEMA housing unit on January 1, 2005. |
| 22. | Move-out date. | 1 | I moved out of the FEMA housing unit on January 1, 2006. |
| 23. | Please state the mailing address and physical location for the FEMA trailer or mobile home unit. | 1 | The mailing address and physical location of the FEMA trailer or mobile home unit is located at 4417 Stella in Meraux, LA 70075. |
| 24. | Was the FEMA trailer or mobile home unit located in a trailer park or on private property? | 1 | Will Supplement |
| 25. | State the reason you stopped living in the FEMA trailer or mobile home. | 1 | Will Supplement |
| 26. | Please state the approximate square footage of the FEMA housing unit. | 1 | Will Supplement |
| 27. | State the approximate length and width of the FEMA housing unit. | 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** /1979   **SSN** -9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| | |
|---|---|
| | **Answer**: Will Supplement |
| **Question #** 28.<br>**Notice #** 1 | **Question**: Average number of hours spent in the FEMA trailer or mobile home each. |
| | **Answer**: Will Supplement |
| **Question #** 29.<br>**Notice #** 1 | **Question**: Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |
| | **Answer**: Will Supplement |
| **Question #** 30.<br>**Notice #** 1 | **Question**: Is/was the FEMA housing unit hooked up to a sewer line? |
| | **Answer**: Will Supplement |
| **Question #** 31.<br>**Notice #** 1 | **Question**: Is/was the FEMA housing unit hooked up to an electrical line? |
| | **Answer**: Will Supplement |
| **Question #** 32.<br>**Notice #** 1 | **Question**: Is/was the FEMA housing unit hooked up to a natural gas line? |
| | **Answer**: Will Supplement |
| **Question #** 33.<br>**Notice #** 1 | **Question**: Is/was propane gas used in the FEMA housing unit? |
| | **Answer**: Will Supplement |
| **Question #** 34.<br>**Notice #** | **Question**: How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** ▮▮▮1979   **SSN** ▮▮▮-▮▮-9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

**Notice #** 1

trailer or mobile home?

**Answer:** Will Supplement

**Question #** 35.  
**Question:** Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  
**Notice #** 1

**Answer:** Will Supplement

**Question #** 36.  
**Question:** Where did you temporarily live?  
**Notice #** 1

**Answer:** Will Supplement

**Question #** 37.  
**Question:** For what period of time did you temporarily live in another location?  
**Notice #** 1

**Answer:** Will Supplement

**Question #** 38.  
**Question:** Have any air quality tests been performed on your FEMA trailer or mobile home?  
**Notice #** 1

**Answer:** Will Supplement

**Question #** 39.  
**Question:** If yes, please state when the test was performed and who performed this testing.  
**Notice #** 1

**Answer:** Will Supplement

**Question #** 40.  
**Question:** Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  
**Notice #** 1

**Answer:** Will Supplement

**Question #** Question

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** ███-979  **SSN** ███-█-9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| Question # | Question | Notice # | Answer |
|---|---|---|---|
| 41. | Date and reason for fumigation. | 1 | Will Supplement |
| 42. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home. | 1 | Will Supplement |
| 43. | If yes, please state the date and reason for repair, service or maintenance. | 1 | Will Supplement |
| 43. | The name and present address and telephone umber of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. | 1 | Will Supplement |
| 44. | Height: | 1 | Will Supplement |
| 45. | Current weight: | 1 | Will Supplement |
| 46. | Weight prior to living in a FEMA trailer or mobile home: | 1 | Answer |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** ▇▇/1979 **SSN** ▇▇▇-9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| | |
|---|---|
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 47. | If someone resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please that the following concerning their smoking history:<br><br>1. Amount smoked or used on average, if you know, per day and number of years:<br>2. Smoker's relationship to you:<br>3. Whether the smoking occurred inside, outside, or both: |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 48. | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 49. | If yes, what was the date of birth? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 50. | Did your pregnancy terminate in a miscarriage or a stillborn child? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 51. | Have you ever suffered from a lung or other respiratory disease? |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 52. | If yes, provide name, date, and description of each illness, disease or abnormal condition. |
| **Notice #** 1 | |
| **Answer** | Will Supplement |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** [redacted] 1979   **SSN** [redacted] -9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| Question # | Question | Notice # | Answer |
|---|---|---|---|
| 53. | Have you ever suffered from infectious disease (such as tuberculosis, pneumonia, hepatitis). | 1 | Will Supplement |
| 54. | If yes, provide name, date, and description of each illness, disease, or abnormal condition. | 1 | Will Supplement |
| 55. | Have you ever suffered from long-term stomach or bowel disease? | 1 | Will Supplement |
| 56. | If yes, provide name, date, and description of each illness, disease, or abnormal condition. | 1 | Will Supplement |
| 57. | Have you ever suffered from skin disease? | 1 | Will Supplement |
| 58. | If yes, provide name, date, and description of each illness, disease, or abnormal condition. | 1 | Will Supplement |
| 59. | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan, or MRI? | 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** [redacted] 1979   **SSN** [redacted]-9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| | |
|---|---|
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 60.<br>Notice #<br>1 | If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken. |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 61.<br>Notice #<br>1 | Please identify the doctor or health care provider(s) who treated you for each disease, illness, or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home, and the date of diagnosis, including address, telephone number, dates of treatment, and doctor's specialty. |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 62.<br>Notice #<br>1 | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization (if original authorizations have expired, you must complete new authorizations). |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 63.<br>Notice #<br>1 | Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 64.<br>Notice #<br>1 | If yes, please provide the name and address of the health care professional. |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|
| 65.<br>Notice #<br>1 | For each medical provider and pharmacy identified in sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form (if original authorizations have expired, you must complete new ones). |
| **Answer** | Will Supplement |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224677  
**Case Name** Duet, Clifton  
**DOB** ▓▓/1979  **SSN** ▓▓▓-▓▓-9442  
**Cause No.** 09-4711  
**Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,

| # | Question | |
|---|---|---|
| 66. Notice # 1 | Sign and date authorizations permitting social security disability and worker's compensation records to be requested, to the extent applicable, and attach them to this. | |
| | **Answer** Will Supplement | |
| 67. Notice # 1 | Identify your current family and/or primary care physician, including address and telephone number. | |
| | **Answer** Will Supplement | |
| 68. Notice # 1 | Identify your primary care physicians for the last seven (7) years, including address and telephone number. | |
| | **Answer** Will Supplement | |
| 69. Notice # 1 | Each hospital, clinic, or health care facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years. | |
| | **Answer** Will Supplement | |
| 70. Notice # 1 | Each hospital, clinic, or health care facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. | |
| | **Answer** Will Supplement | |
| 71. Notice # 1 | Each pharmacy, including address, that has dispensed medication to during the last seven (7) years. | |
| | **Answer** Will Supplement | |

_[signature]_  1/10/2011  
Plaintiff or Representative     Date