# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  *          MDL. No. 1873
FORMALDEHYDE  PRODUCTS       *
LIABILITY LITIGATION                 *          Section:  N (5)
                                                      *
                                                      *          Judge: Engelhardt
This Document Relates To:            *
*Elaine Coleman v. Crum & Forster*   *          Magistrate: Chasez
*Specialty Ins. Co., et al*               *
*No: 09-5432*                              *
*************************************************************************

## NOTICE OF SUBMISSION

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE

FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO

PLAINTIFF FACT SHEETS as to plaintiffs *Jonathan Martin, Jr. and Jonathan Martin,*

*Sr.,* filed by defendant, Crum & Forster Specialty Insurance Company, through

undersigned counsel, is set for hearing on **June 1, 2011,** at 9:30 a.m. before the

Honorable Kurt L. Englehardt, United States District Court, Eastern District of Louisiana

in accordance with the Local Rules.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY

EMAILING THE SAME TO EACH, PROPERLY

THROUGH THE COURT'S E-FILING SYSTEM

ON THIS _3rd_ DAY OF _May_, 2011..

_____/s Eric B. Berger_____

_____/s Eric B. Berger___
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290