# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Edward Gibson
Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

      RE:    **FEMA Trailer Formaldehyde Product Liability Litigation**
             **MDL No.: 1873, Sec. N(4)**
             **Our File No.: 0200-24-7**

Dear Counsel:

      Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

### Bond, Jr., Henry Lee:
- Trailer 1 (Section A. 1-2, 4-20, B, C, D)
    - VIN
- IX. List of Medical Providers and Other Sources of Information (Section B-F)
    - Identify current primary care physician
    - Identify each clinic, hospital and/or medical facility where treatment was rendered (outpatient, inpatient and emergency) during the last 7 yrs
    - Identify each pharmacy that has dispensed medication during the last 7 yrs

### C____, C____:
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills

### C____, Jr., C____:
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills


EXHIBIT "B"

Hawkins, Stracener & Gibson, PLLC
April 6, 2011
Page 2 of 4

**Cook, Tina:**
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills
- Signed Privacy Act Release Language

**C_____, E\_\_\_\_:**
- VIII. Documents (Section A-B, D)
    - Medical Records
    - Standard Form 95
    - Medical Bills

**Crawford, Sr., Keith:**
- VIII. Documents (Section A-B)
    - Medical Records
    - Standard Form 95
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years

**Davis, Henry:** *(Majority Blank)*
- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

E    , K   :
- III. Case Information (Section C-3)
    - Symptoms
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years

**Evans, Louis:**
- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Evans, Verlillian:**
- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Hawkins, Stracener & Gibson, PLLC
April 6, 2011
Page 4 of 4

- o  Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
    - o  Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - o  Medical Records
    - o  Test Results
    - o  Medical Bills
    - o  Questionnaires
    - o  Death Certificate
    - o  Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o  Identify current family and/or primary care physician
    - o  Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o  Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

H            ., H       :
- VIII. Documents (Section A-B, D)
    - o  Medical Records
    - o  Standard Form 95
    - o  Medical Bills

H           ..., S        /:
- VIII. Documents (Section A-B, D)
    - o  Medical Records
    - o  Standard Form 95
    - o  Medical Bills

Sincerely,

Carson Strickland

Carson W. Strickland

CWS/kbd

cc:   Andrew Weinstock, Esq.
      Justin Woods, Esq.
      Dave Kurtz, Esq.