# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.<br>
KENNETH H. LABORDE<br>
LAMBERT M. LAPEROUSE<br>
ROBERT I. SIEGEL<br>
ANDREW A. BRAUN<br>
LEO R. McALOON III<br>
JOHN E. W. BAAY II<br>
ANDREW M. ADAMS<br>
MARGARET L. SUNKEL<br>
DANIEL G. RAUH<br>
RACHEL G. WEBRE<br>
BRENDAN P. DOHERTY<br>

WILLIAM A. BAROUSSE<br>
KRYSTENA L. HARPER<br>
MICHAEL D. CANGELOSI<br>
TARA E. CLEMENT<br>
CARSON W. STRICKLAND<br>
ELIZABETH A. CHICKERING<br>
LAUREN C. CANCIENNE<br>
ERIC C. WALTON<br>
MARK T. MAHFOUZ<br>

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL<br>
A. SIMONE MANUEL<br>
JAMESON M. TAYLOR<br>
SARAH MILLER JOHNSON<br>
CHRISTOPHER R. TESKE<br>
EMILY E. EAGAN<br>
MATTHEW F. MORGAN<br>
PATRICK A. SEALE<br>
VICTORIA E. EMMERLING<br>
GINA S. MONTGOMERY<br>
JANET M. ASCHAFFENBURG<br>

OF COUNSEL<br>
ALISTAIR M. WARD<br>
CONNIE L. HAWKINS<br>
CHARLOTTE A. FIELDS<br>

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

April 26, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Edward Gibson, Esq.
Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520

   Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
     USDC, EDLA, MDL № 09-1873
     Our Ref №: 0200-24-7

Mr. Gibson,

  We are in receipt of your letter dated April 21, 2011. In response to your request for additional time to cure deficient Plaintiff Fact Sheets, please be advised that Forest River and Vanguard, LLC do not consent to extending the deadlines for curing these deficiencies. In light of the deadlines set forth by Pre-Trial Order No. 86, we maintain our request for cured deficiencies by May 6, 2011, *i.e.*, within the 30 day time frame established by Pre-Trial Orders No. 2 & 32. Please let me know if you have any further questions.

                Cordially,

                Carson W. Strickland

CWS/flj
cc Frank D'Amico, Esq.
  Dennis Reich, Esq.



EXHIBIT "E"