UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Grace A. Gonzales, individually and as wrongful death beneficiary and representative of S. M.M., et al v Forest River, Inc., et al*
Case No. 2:10-cv-1358
and
*Henry Davis, et al v Forest River, Inc., et al*
Case No. 10-2362

___

**ORDER**
___

THIS COURT, having considered the Nineteen (19) Plaintiffs' Motion for Time finds the Motion well taken and enters this Order as follows:

ORDERED, that the Nineteen (19) Plaintiffs' Motion for Time is granted;

ORDERED, that all Plaintiffs' listed in Exhibit "A" of this Order except Louis and Verlillian Evans shall be granted an additional forty five (45) days from the entry of this Order to cure any alleged deficiencies in their PFS's; and

ORDERED, that Louis and Verlillian Evans shall be granted an additional one hundred twenty (120) days from the entry of this Order to cure any alleged deficiencies in their PFS's.

DATED this ____ day of _____, 2011 in New Orleans, Louisiana.

By: _____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**Submitted By:**
EDWARD GIBSON, ESQ.
Hawkins Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph: (228)467-4225; Fax: (228)467-4212
egibson@hsglawfirm.net