UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *This document applies to all cases* | * | MAG. CHASEZ |

*************************************************************************

**COLONY NATIONAL INSURANCE COMPANY'S EX PARTE MOTION FOR
LEAVE TO SUPPLEMENT ITS MEMORANDUM
IN OPPOSITION TO "PLAINTIFFS' MOTION TO ENJOIN CONFLICTING
COURT PROCEEDINGS IN ELKHART COUNTY, INDIANA
THAT INTERFERE WITH THIS COURT'S
CONTINUING JURISDICTION OVER THIS LITIGATION"
<u>(RECORD DOCUMENT 20861)</u>**

NOW COMES Colony National Insurance Company ("Colony"), and moves this Honorable Court for leave to supplement its recently filed Memorandum in Opposition to Plaintiffs' Motion to Enjoin Conflicting Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation (Record Document 20890). Colony seeks to supplement its Opposition Memorandum with "Exhibit A" attached hereto which is referenced in Colony's Opposition.

1

WHEREFORE, Colony National Insurance Company requests this Honorable Court grant its Motion for Leave to Supplement its Opposition Memorandum.

                                              Respectfully Submitted,

Of Counsel:

Sutterfield and Webb, L.L.C.

/s/ James R. Sutterfield
James R. Sutterfield, T.A. #12597
jsutterfield@swslaw.com
Candace R. LeBlanc, #31831
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, Louisiana  70130
Telephone:    (504) 598-2715
Facsimile:    (504) 529-7197

**COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the Court's CM/ECF system.

/s/ James R. Sutterfield