UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 1873 |
| | | SECTION: N (5) |
| | | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *This document applies to all cases* | | MAG. CHASEZ |

*************************************************************************

## ORDER

CONSIDERING the foregoing Motion;

IT IS HEREBY ORDERED that Colony National Insurance Company's Ex Parte Motion for Leave to Supplement its Memorandum in Opposition to Plaintiffs' Motion to Enjoin Conflicting Court Proceedings in Elkhart County, Indiana that Interfere with This Court's Continuing Jurisdiction Over This Litigation (Record Document 20861) is hereby GRANTED.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE