UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION N (5) |
| THIS DOCUMENT RELATES TO<br>*Irma Miller et al v. Sun Valley, Inc. and*<br>*CH2M Hill Constructors, Inc.*<br>*Case No. 09-5658* | * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS AGAINST SUN VALLEY, INC.

The following Plaintiffs hereby gives notice of Plaintiffs' voluntary dismissal of all claims against Sun Valley Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Chamelle Thomas
2. Elmaree Thomas
3. Glenn Thomas
4. Sharelle Lumar
5. Gary Reed

This dismissal applies to above named Plaintiffs only and their claims against Sun Valley, Inc. and does not affect the claims of the remaining Plaintiffs in this matter. This dismissal does not apply to CH2M Hill Constructors, Inc.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:     /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.