UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                         MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION        SECTION "N-5"

                                                                JUDGE ENGELHARDT
                                                                MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
    *Paula Gonzales English, et al., v. American Camper Manufacturing, et al; 10-4112*
    *Earl Norman, et al., v. Dutchmen Manufacturing, Inc., et al; 10-4408*
    *Sharren Taylor, et al., v. Bechtel National, Inc., et al; 10-4129*
    *Nathaniel Levy, et al., v. ABC Manufacturing Co., et al; 09-8436*
    *Adelliny Dison, et al., v. ABC Manufacturing Co., et al; 10-3627*
    *Louis Ussin, et al., v. ABC Manufacturing Co., et al; 10-3631*
    *Anthony Tasker, et al., v. ABC Manufacturing Co., et al; 10-3633*
**************************************************************************

## MOTION FOR NEW TRIAL AND OR RECONSIDERATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(a)(b)(c)

NOW INTO COURT, through undersigned counsel, come Sharren Taylor, Paula Gonzales English, Earl Norman, Nathaniel Levy, Adelliny Dison, Louis Ussin, Anthony Tasker, and the claimants adjoined thereto herein who move this Honorable Court for a new trial and/or reconsideration from its ruling on the Defendant's Motion to Dismiss which said Order was rendered on January 19, 2011 but not entered until February 2, 2011.

That Movers were electronically served with Notice that the Order dated January 19, 2011, had been entered on February 2, 2011, and that this Motion is timely pursuant to F.R.C.P. Rule 60(a)(b)(c).

That the reasons submitted for the filing of this Motion are more fully set forth in the Memorandum in Support filed herewith.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)