UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
   *Paula Gonzales English, et al., v. American Camper Manufacturing, et al; 10-4112*
   *Earl Norman, et al., v. Dutchmen Manufacturing, Inc., et al; 10-4408*
   *Sharren Taylor, et al., v. Bechtel National, Inc., et al; 10-4129*
   *Nathaniel Levy, et al., v. ABC Manufacturing Co., et al; 09-8436*
   *Adelliny Dison, et al., v. ABC Manufacturing Co., et al; 10-3627*
   *Louis Ussin, et al., v. ABC Manufacturing Co., et al; 10-3631*
   *Anthony Tasker, et al., v. ABC Manufacturing Co., et al; 10-3633*
**************************************************************************

### ORDER

CONSIDERING THE FOREGOING let the Motion for New Trial and/or Reconsideration Pursuant to Rule 60(a)(b) of the Federal Rules of Civil Procedure be GRANTED as prayed for herein.

New Orleans, Louisiana, this _____day of _____, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE