## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION      SECTION "N-5"

                                                                    JUDGE ENGELHARDT
                                                                    MAGISTRATE CHASEZ

**THIS DOCUMENT RELATES TO:**
    *Paula Gonzales English, et al., v. American Camper Manufacturing, et al; 10-4112*
    *Earl Norman, et al., v. Dutchmen Manufacturing, Inc., et al; 10-4408*
    *Sharren Taylor, et al., v. Bechtel National, Inc., et al; 10-4129*
    *Nathaniel Levy, et al., v. ABC Manufacturing Co., et al; 09-8436*
    *Adelliny Dison, et al., v. ABC Manufacturing Co., et al; 10-3627*
    *Louis Ussin, et al., v. ABC Manufacturing Co., et al; 10-3631*
    *Anthony Tasker, et al., v. ABC Manufacturing Co., et al; 10-3633*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

`PLEASE TAKE NOTICE that the Plaintiffs, Sharren Taylor, Paula Gonzales English, Earl Norman, Nathaniel Levy, Adelliny Dison, Louis Ussin, Anthony Tasker, and the claimants adjoined thereto, through undersigned counsel will bring for hearing before the United States District Court, Honorable Judge Kurt D. Englehardt, the attached Motion for New Trial and/or Reconsideration pursuant to Rule 60(a)(b) of the Federal Rules of Civil Procedure on the 1st day of June, 2011, at 9:30 a.m.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)