UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS  　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Carr, et al v. Forest River, Inc., et al*　　JURY DEMANDED
*No. 09-8708*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FRCP 41(a)(1)(A)(i)**

   NOW INTO COURT, through undersigned counsel, comes the Plaintiff herein, Chandra Carr on behalf of C.C., who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of the claims asserted against all Defendants in the Complaint previously filed in these proceedings on December 28, 2009.

　　　　　　　　　　　　By:   /s/Matthew B. Moreland
　　　　　　　　　　　　　　　Daniel E. Becnel, Jr. (La. Bar #2926)
　　　　　　　　　　　　　　　Matthew B. Moreland (La. Bar No. 24567)
　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　P. O. Drawer H
　　　　　　　　　　　　　　　Reserve, Louisiana  70084
　　　　　　　　　　　　　　　Telephone: (985) 536-1186
　　　　　　　　　　　　　　　Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland