UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Moran, et al v. Forest River, Inc., et al*   JURY DEMANDED
*No. 09-5377*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, Chelsea Crandle, Lanier Crandle, Charles Peterson, Arizola Stallworth, Lasharon Ratcliff, and Verlieanna Ratcliff who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, without prejudice, of their claims asserted against all Defendants in the Complaint previously filed in these proceedings on August 3, 2009.

By:   /s/Matthew B. Moreland
          Daniel E. Becnel, Jr. (La. Bar #2926)
          Matthew B. Moreland  (La. Bar No. 24567)
          **BECNEL LAW FIRM, LLC**
          106 W. Seventh Street
          P. O. Drawer H
          Reserve, Louisiana  70084
          Telephone: (985) 536-1186
          Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                    /s/Matthew B. Moreland
                                                    Matthew B. Moreland