UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE PRODUCTS                       SECTION N MAG. 5
LIABILITY LITIGATION


                                            JUDGE ENGELHARDT
                                            MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Bell, et al v. Keystone RV Company, et al*   JURY DEMANDED
*No. 09-8712*


**PLAINTIFFS RAYMOND BELL, III AND DIANA BELL'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, Raymond

Bell, III and Diana Bell, who pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of

their claims asserted against all Defendants in the Complaint previously filed in these

proceedings on December 28, 2009.


                           By:   /s/Matthew B. Moreland
                                 Daniel E. Becnel, Jr. (La. Bar #2926)
                                 Matthew B. Moreland  (La. Bar No. 24567)
                                 **BECNEL LAW FIRM, LLC**
                                 106 W. Seventh Street
                                 P. O. Drawer H
                                 Reserve, Louisiana  70084
                                 Telephone: (985) 536-1186
                                 Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**


      I hereby certify that on May 5, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


                          /s/Matthew B. Moreland
                          Matthew B. Moreland