## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         SECTION "N" (5)
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
MDL No. 07-1873

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Defendant United States of America ("United States") hereby moves to withdraw

Michelle Boyle as Counsel for the United States in this matter.  The United States will continue

to be represented by Henry T. Miller, the current lead counsel of record for this case, and

additional counsel of record from the United States Department of Justice, Civil Division, Torts

Branch.

Dated:  May 6, 2011                          Respectfully Submitted,


                                             //S// *Michelle Boyle*_____
                                             MICHELLE BOYLE (Va. Bar No. 73710)
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division – Torts Branch
                                             P.O. Box 340, Ben Franklin Station
                                             Washington, D.C. 20004
                                             Telephone No:  (202) 616-4447
                                             E-mail: Michelle.Boyle@USDOJ.Gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2011, the foregoing document was filed via the U.S.

District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison

Counsel.

*//S// Michelle Boyle* (Va. Bar No. 73710)