UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO MDL No. 07-1873**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion to Withdraw as Attorney, it is hereby

ORDERED that the United States' Motion is GRANTED.

ENTERED this ____ day of _____.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE