UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * | |
| *Wanda Bartholomew et al v. Crum & Forster* | * | MAGISTRATE CHASEZ |
| *Specialty Ins. Co., et al* | * | |
| *No. 09-5428* | * | |
| | * | |

**************************************************************************

## JUNIUS KELSON'S MEMORANDUM IN OPPOSITION TO DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Junius Kelson, who moves this Honorable Court to dismiss Defendant Crum & Forster Specialty Insurance Company's ("Crum & Forster"), Motion to Dismiss.

Defendant's Memorandum claims that Junius Kelson did not submit a sufficient Plaintiff Fact Sheet. However, the Formaldehyde Claims Office, tasked with handling the completion of Plaintiff Fact Sheets, submitted Mr. Kelson's completed and signed Plaintiff Fact Sheet[1] to defense liaison counsel on January 28, 2010 on a CD entitled Manufacturer: Pilgrim International.

Defendant's Memorandum also claims that Mr. Kelson's counsel did not respond to Defendant's counsel's December 22, 2010 Rule 37.1 letter. However, Matthew Moreland did contact Roxanne Broussard on January 24, 2011 at 3:00 p.m. as counsel's Rule 37 letter

---

[1] See Exhibit A

requested.  Ms. Broussard was not in the office, and Mr. Moreland left a message for her which was never returned.  Additionally, Mr. Moreland left messages for both Sidney Angelle and Eric Berger regarding rescheduling the Rule 37.1 conference, yet never heard back from either Mr. Angelle or Mr. Berger.  Mr. Moreland also sent an email[2] to both Mr. Angelle and Mr. Berger on January 24, 2011 at 3:02 p.m. explaining he had attempted to contact Ms. Broussard regarding the Rule 37.1 conference, however, he did not receive a reply from either Mr. Angelle or Mr. Berger regarding rescheduling the Rule 37.1 conference.

For these reasons, Defendant's Motion to Dismiss should be denied.

Respectfully submitted, this the 6th day of May, 2011.

By:   /s/Matthew B. Moreland_____

Matthew B. Moreland  (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

---

[2] See Exhibit B

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification and that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 6th day of May, 2011.

                                                   By:   /s/Matthew B. Moreland_____

                                                 Matthew B. Moreland  (La. Bar No. 24567)
                                                 **BECNEL LAW FIRM, LLC**
                                                 106 W. Seventh Street
                                                 P. O. Drawer H
                                                 Reserve, Louisiana  70084
                                                 Telephone: (985) 536-1186
                                                 Facsimile: (985) 536-6445