# Exhibit B

## Jennifer Crose

| | |
|---|---|
| **From:** | Matthew Moreland |
| **Sent:** | Monday, January 24, 2011 3:02 PM |
| **To:** | sja@lcba-law.com |
| **Cc:** | eeb@lcba-law.com; Jennifer Crose; Gerald Meunier; jwoods@gainsben.com |
| **Subject:** | FEMA Trailers - Junius Kelson |

Sidney,

I am in receipt of your letter of December 22, 2010 referencing Junius Kelson in the FEMA Trailers case. As you requested at the end of your letter, I attempted to contact Roxanne Broussard at 3 pm today but was told that she was not in. I have left a message for both you and Eric to find out when you would like to reschedule this Rule 37.1 conference. Please let me know so we may schedule accordingly.

Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
(w) 985-536-1186
(f) 985-536-6445

1