UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N (5) |
| | * | |
| This Document Relates To: | * | JUDGE ENGELHARDT |
| *Wanda Bartholomew et al v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | MAGISTRATE CHASEZ |
| No. 09-5428 | * | |

*******************************************************************************

## **ORDER**

Considering the foregoing Memorandum in Opposition to Defendant Crum & Forster Specialty Insurance Company's Motion to Dismiss:

IT IS HEREBY ORDERED that Defendant Crum & Forster Specialty Insurance Company's Motion to Dismiss be denied with each party to bear their own costs.

Signed this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
**JUDGE**