OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY -5 PM 1:43

LORETTA G. WHYTE
CLERK

DATE: May 3, 2011

JEAN ADAMS, ET AL.
versus
AMERICAN INTERNATIONAL GROUP, ET ALS.
Case No. **10-3691**    Section "N"   Mag. (5)

Dear Sir:

    Please **re-issue** summons on the **amended complaint** to the following:

1. The United States of America, through the
   United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C. 20472

Very truly yours,

*David C. Jarrell*
DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

___Fee_____
___Process____
_X_Dktd_____
___CtRmDep___
___Doc. No.___

## CERTIFICATE

Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.