```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                              DOCKET MDL NO. 1873 "N"
                              NEW ORLEANS, LOUISIANA
                              MONDAY, SEPTEMBER 14, 2009, 8:30 A.M.

THIS DOCUMENT IS RELATED TO

CHARLIE AGE, ET AL V
GULF STREAM COACH, INC.,
ET AL, DOCKET NO. 09-2892;
ALANA ALEXANDER,
INDIVIDUALLY AND ON BEHALF
OF CHRISTOPHER COOPER

****************************************************************

                        C O R R E C T I O N


PAGE 114, LINE 8 WAS PREVIOUSLY:

          MR. WATTS:  THANK YOU, YOUR HONOR.


PAGE 114, LINE 8 THROUGH LINE 1O WAS CHANGED TO:

          MR. WATTS:  THANK YOU, YOUR HONOR.
          THE COURT:  THANK YOU ALL.
          MR. WATTS:  THAT WAS A GOOD JOB, YOUR HONOR.



OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                             500 POYDRAS STREET, ROOM HB406
                             NEW ORLEANS LA  70130
                             (504) 589-7779
                             Cathy_Pepper@laed.uscourts.gov
```