1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
2

3    ************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION

6                               DOCKET MDL NO. 1873 "N"
                                NEW ORLEANS, LOUISIANA
7                               MONDAY, SEPTEMBER 14, 2009, 8:30 A.M.

8    THIS DOCUMENT IS RELATED TO

9    CHARLIE AGE, ET AL V
     GULF STREAM COACH, INC.,
10   ET AL, DOCKET NO. 09-2892;
     ALANA ALEXANDER,
11   INDIVIDUALLY AND ON BEHALF
     OF CHRISTOPHER COOPER
12

13   ************************************************************

14            *C O R R E C T E D   C O P Y*
                       **MORNING SESSION**
15             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
16                 UNITED STATES DISTRICT JUDGE

17   APPEARANCES:

18

     FOR THE PLAINTIFFS:
19
                          GAINSBURGH BENJAMIN DAVID MEUNIER AND
20                        WARSHAUER
                          BY:  GERALD E. MEUNIER, ESQUIRE
21                        2800 ENERGY CENTRE
                          1100 POYDRAS STREET, SUITE 2800
22                        NEW ORLEANS LA  70163

23
                          THE BUZBEE LAW FIRM
24                        BY:  ANTHONY G. BUZBEE, ESQUIRE
                          600 TRAVIS, SUITE 7300
25                        HOUSTON TX  77002

```
 1   APPEARANCES CONTINUED:

 2

 3                         WATTS GUERRA CRAFT
                          BY:  MIKAL C. WATTS, ESQUIRE
 4                        FOUR DOMINION DRIVE
                          BUILDING THREE, SUITE 100
 5                        SAN ANTONIO TX 78257

 6

 7                        HILLIARD MUNOZ GUERRA
                          BY:  ROBERT C. HILLIARD, ESQUIRE
                          719 S. SHORELINE BOULEVARD #500
 8                        CORPUS CHRISTI TX 78401

 9

10                        CHRIS PINEDO
                          ATTORNEY AT LAW
                          802 N. CARANCAHUA, SUITE 2250
11                        CORPUS CHRISTI TX  78470

12

13   FOR GULF STREAM COACH, INC.:

14                        DUPLASS ZWAIN BOURGEOIS MORTON
                          PFISTER & WEINSTOCK
                          BY:  JOSEPH G. GLASS, ESQUIRE
15                        THREE LAKEWAY CENTER
                          3838 N. CAUSEWAY BOULEVARD
16                        SUITE 2900
                          METAIRIE LA  70002
17

18                        SCANDURRO & LAYRISSON
                          BY:  TIMOTHY D. SCANDURRO, ESQUIRE
19                        607 ST. CHARLES AVENUE
                          NEW ORLEANS LA  70130
20

21
     FOR FLUOR ENTERPRISES, INC.:
22
                          MIDDLEBERG RIDDLE & GIANNA
23                        BY:  CHARLES R. PENOT, JR., ESQUIRE
                               RICHARD A. SHERBURNE, ESQUIRE
24                        717 N. HARDWOOD
                          DALLAS TX  75201
25
```

1    ALSO PRESENT:                    SONIA MALLETT, ESQUIRE

2

3    OFFICIAL COURT REPORTER:         CATHY PEPPER, CCR, RMR, CRR
                                      500 POYDRAS STREET, ROOM B406
4                                     NEW ORLEANS LA  70130
                                      (504) 589-7779
5
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
6    PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

MORNING SESSION

MONDAY, SEPTEMBER 42009, 8:30 A.M.

(COURT CALLED TO ORDER)

08:32AM   THE DEPUTY CLERK:  ALL RISE.

08:39AM   THE COURT:  GOOD MORNING, AS YOU WERE.  WE ARE WAITING

08:39AM  FOR THE JURY POOL TO BE SENT UP TO THE COURTROOM.  BEFORE THAT

08:39AM  HAPPENS, AND I DON'T KNOW HOW LONG THAT'S GOING TO BE.  I

08:40AM  UNDERSTOOD THEY HAVE A COMPUTER PROBLEM OR SOMETHING AND I'M NOT

08:40AM  QUITE SURE WHAT THE PROCESS IS DOWN THERE AND HOW THAT'S GOING TO

08:40AM  IMPACT US, BUT I BELIEVE THEM TO BE ON THE VERGE OF SENDING UP 65

08:40AM  INDIVIDUALS WHO WILL BE THE JURY POOL FOR QUESTIONING.

08:40AM   BEFORE WE DO THAT, I HAVE SOME PRELIMINARY

08:40AM  INSTRUCTIONS, SO I THOUGHT I WOULD DO THAT NOW WITHOUT THE JURY

08:40AM  POOL BEING HERE.

08:40AM   FIRST OF ALL, IF ANYBODY HERE HAS NOT GOTTEN WORD,

08:40AM  NO CELL PHONES, LAPTOPS, BLACKBERRIES, ANY OTHER TYPE OF

08:40AM  ELECTRONIC COMMUNICATION DEVICES WILL BE ALLOWED IN THE

08:40AM  COURTROOM, EVEN TURNED OFF, DURING THE COURSE OF THIS TRIAL.  SO

08:40AM  IF ANYBODY HAS ANY OF THAT WITH THEM NOW, PLEASE TURN IT INTO MY

08:40AM  SECRETARY.  ANY VIOLATORS OF THAT POLICY WILL HAVE THE CELL PHONE

08:40AM  OR BLACKBERRY OR WHATEVER YOU HAVE CONFISCATED UNTIL THE JURY'S

08:40AM  VERDICT IS RETURNED, YOU WILL NOT BE ALLOWED TO RETURN TO THE

08:41AM  1   COURTROOM DURING THE COURSE OF THE TRIAL, AND THERE MAY BE A

08:41AM  2   POSSIBLE FINANCIAL SANCTION.  SO I'M TRYING TO BE AS CLEAR AS I

08:41AM  3   CAN BE AND BE UP FRONT ABOUT THIS.  NOT ONLY IS IT ONE OF MY PET

08:41AM  4   PEEVES, BUT IT ALSO IS VERY, VERY DISTRACTING TO THE ATTORNEYS

08:41AM  5   AND THE JURY DURING THE COURSE OF A TRIAL TO HAVE A PHONE GO OFF

08:41AM  6   OR EVEN TURNED OFF.  THERE ARE ALL THESE PROBLEMS, PEOPLE FORGET,

08:41AM  7   SO LET'S NOT EVEN GO THERE WITH THAT.  SO PLEASE ABIDE BY THAT

08:41AM  8   POLICY.

08:41AM  9            IF YOU'RE NOT GOING TO BE HERE THROUGHOUT THE TRIAL

08:41AM 10   BUT SOMEONE FROM YOUR OFFICE IS GOING TO BE HERE, PLEASE REMIND

08:41AM 11   THEM OF THAT POLICY.  AND YOU CAN CERTAINLY CHECK YOUR PHONE IN

08:41AM 12   WITH MY SECRETARY, SUSAN ADAMS, AND PICK IT UP DURING THE BREAK

08:41AM 13   OR DURING THE LUNCH HOUR.  BUT THAT POLICY WILL BE ENFORCED AND I

08:41AM 14   WILL HAVE THE COURT SECURITY OFFICER OR CSO WHO WILL BE SITTING

08:41AM 15   IN THAT BLUE CHAIR BACK BY THE DOOR, HE WILL ALSO BE RESPONSIBLE

08:41AM 16   FOR POLICING THAT POLICY.  SO DON'T THINK IF I CAN'T SEE IT FROM

08:41AM 17   UP HERE, MAYBE IT'S OKAY.  BUT HE'LL BE RESPONSIBLE FOR LOOKING

08:41AM 18   AT THAT, AS WELL.

08:42AM 19            ALL RIGHT.  LET ME SEE THE ATTORNEYS AT THE BENCH

08:42AM 20   HERE REGARDING ONE JUROR PROBLEM THAT'S BEEN BROUGHT TO MY

08:42AM 21   ATTENTION.

08:42AM 22            (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE WAS

08:42AM 23   A CONFERENCE HELD AT THE BENCH.)

08:42AM 24            THE COURT:  JERRY, I UNDERSTAND WE HAVE A PROBLEM WITH

08:42AM 25   MS. CHARBONNET.

08:42AM 1      MR. MEUNIER:  MS. CHARBONNET, YOUR HONOR, IS THE WIFE OF

08:42AM 2  BERNARD CHARBONNET.  HIS WIFE HAS REFERRED FEMA TRAILER

08:42AM 3  FORMALDEHYDE CASES TO US, SO WE'RE ASKING THAT SHE BE EXCUSED.

08:42AM 4      THE COURT:  FOR CAUSE, RIGHT?  EVERYBODY OKAY WITH THAT?

08:42AM 5  WE'LL TAKE THAT ONE OUT FOR CAUSE.  WE CAN MAYBE TELL THEM NOT TO

08:42AM 6  SEND HER UP.

08:42AM 7      PAM, WOULD YOU TELL THEM NOT TO SEND UP NUMBER SIX,

08:42AM 8  PLEASE.  SEND UP NUMBER 66 IN PLACE OF NUMBER SIX.

08:42AM 9      MR. WEINSTOCK:  THERE IS ALWAYS A COUPLE OF THINGS.

08:42AM 10      THE COURT:  ONE OTHER THING:  THEY ARE TRYING TO CHECK

08:43AM 11  PEOPLE IN DOWNSTAIRS.  I DON'T KNOW WHY IT'S TAKING SO LONG.  IT

08:43AM 12  WAS WELL-ESTABLISHED THAT THIS WAS GOING TO START AT 8:30.  SO IF

08:43AM 13  I'VE GOT TO GO BACK AND MAKE A CALL, I'M GOING TO DO THAT, BUT I

08:43AM 14  TOLD MARIANNE JUDICE THAT IF WE'RE MISSING ANYBODY IN 1 THROUGH

08:43AM 15  65, TO FILL IN THE GAPS OF THOSE THAT ARE MISSING WITH 66, 67,

08:43AM 16  68, SO WE WILL HAVE 65 PEOPLE, AND I WILL LET YOU KNOW WHICH ONES

08:43AM 17  OUT OF THE FIRST 65 ARE NOT UP HERE BUT WILL BE ARRIVING

08:43AM 18  DOWNSTAIRS LATER.

08:43AM 19      SO WE'RE GOING TO HAVE 65.  AND NOW WE'RE GOING TO

08:43AM 20  HAVE 65 MINUS NUMBER SIX, PLUS NUMBER 66.

08:43AM 21      MR. WEINSTOCK:  THERE IS ONE OTHER JUROR, AND JOE GLASS

08:43AM 22  CAN TELL YOU ALL OF THE DETAILS, BILLY GUSTE, III, WHO IS A

08:43AM 23  LAWYER HAS SEVERAL CASES INCLUDING A PERSONAL CASE THAT WE'RE ON

08:43AM 24  THE OTHER SIDE OF.  NOW, IF YOU WANT TO TALK TO HIM ABOUT IT,

08:44AM 25  THAT'S FINE.

08:44AM 1          THE COURT:  IS IT RELATED IN ANY WAY TO THIS TYPE OF

08:44AM 2   CASE?

08:44AM 3          MR. GLASS:  IT'S ONE OF HIS PARTNERS' HURRICANE SUITS,

08:44AM 4   PERSONAL HOUSE SUIT AND WE'RE DEFENDING IT AGAINST HIS INSURER.

08:44AM 5          THE COURT:  SO IT'S NOT A FORMALDEHYDE TRAILER CASE?  IS

08:44AM 6   THERE A CERTAIN AMOUNT OF ACRIMONY THAT I NEED TO KNOW ABOUT?

08:44AM 7          MR. BUZBEE:  NOT WITH ANDY, YOUR HONOR.

08:44AM 8          MR. WEINSTOCK:  ONLY TONY.  NO, JUST KIDDING.

08:44AM 9           THE OTHER THING IS, YOUR HONOR, IT'S MY

08:44AM 10  UNDERSTANDING THAT NEWS STORIES BROKE LAST NIGHT AND THIS MORNING

08:44AM 11  ABOUT THE FORMALDEHYDE CASES AND I DON'T KNOW IF YOU WERE GOING

08:44AM 12  TO MENTION THAT.

08:44AM 13         THE COURT:  I'M GOING TO ASK IT IN MY VOIR DIRE.

08:44AM 14         MR. WEINSTOCK:  IN THE NEWSPAPER OR LOCAL TV?

08:44AM 15         THE COURT:  LOCAL TV.  THE STORIES WERE JUST THAT WE

08:44AM 16  WERE STARTING THIS TRIAL TODAY, ALTHOUGH THE LITTLE BLOW-IT UNDER

08:44AM 17  THE STORY LOOKED LIKE SOMETHING THAT MIGHT COME FROM YOUR OPENING

08:44AM 18  STATEMENT.

08:44AM 19         MR. BUZBEE:  DID THEY MENTION MY NAME?  THAT'S WHAT I'M

08:44AM 20  REALLY CONCERNED ABOUT.

08:44AM 21         THE COURT:  NO, I THINK IT SAYS SOMETHING ABOUT TOXIC

08:45AM 22  TRAILER SUIT BEGINS.

08:45AM 23         MR. BUZBEE:  EXCELLENT.  IF THEY DID INTERVIEW ME,

08:45AM 24  THAT'S WHAT I WOULD HAVE SAID.

08:45AM 25         THE COURT:  I WAS GOING TO SAY, IT LOOKED LIKE SOMETHING

08:45AM 1   FROM YOUR POWERPOINT.  I'LL ASK THEM ABOUT THAT.

08:45AM 2          MR. HILLIARD:  AND, JUDGE, UNDER THE GOOD NEWS/BAD NEWS

08:45AM 3   THEORY, WHEN I READ THE EXHIBIT STIPULATION, THE GOOD NEWS IS

08:45AM 4   THERE'S A LOT AGREED TO, THE BAD NEWS IS THERE'S ABOUT A HUNDRED

08:45AM 5   DIFFERENT NUMBERS THAT I'M GOING TO HAVE TO READ, COUNT THEM UP.

08:45AM 6          THE COURT:  I'LL TELL THE JURY THAT THE NUMBERS ARE

08:45AM 7   MEANINGLESS RIGHT NOW, BUT THAT WHEN WE START USING NUMBERS, THEY

08:45AM 8   WILL KNOW WHAT THESE EXHIBITS ARE AS WE GO THROUGH THE TRIAL.

08:45AM 9          MR. BUZBEE:  WE'RE GOING TO KEEP I GUESS THREE DIFFERENT

08:45AM 10  COPIES SO WE CAN ALL KEEP TRACK OF THEM.

08:45AM 11         THE COURT:  I WILL ASK YOU ALL AT THE END OF TRIAL, AND

08:45AM 12  I DON'T KNOW IF I TOLD YOU THIS AT THE PRETRIAL, BUT I WILL ASK

08:45AM 13  YOU ALL AT THE END OF THE TRIAL TO VERIFY THAT THE EXHIBITS THAT

08:45AM 14  PAM HAS TO SEND IN TO THE JURY ROOM ARE INCLUSIVE OF EVERYTHING

08:45AM 15  THAT'S BEEN ADMITTED AND ARE EXCLUSIVE OF OTHER MATERIAL

08:46AM 16  INCLUDING EXHIBITS TO WHICH AN OBJECTION HAS BEEN SUSTAINED.  IT

08:46AM 17  WILL BE YOUR RESPONSIBILITY TO POLICE THAT, SO MAKE SURE NOTHING

08:46AM 18  GOES IN THE JURY ROOM.  IN FACT, YOU'LL HAVE TO SIGN A STATEMENT

08:46AM 19  SAYING THAT YOU HAVE VERIFIED THAT THE EXHIBITS ARE CORRECT AND

08:46AM 20  ACCURATE AND DON'T INCLUDE SOMETHING THAT DOESN'T BELONG IN

08:46AM 21  THERE.  SO THAT'S GOING TO BE ON YOU ALL TO CHECK THAT WITH PAM.

08:46AM 22  SHE DOES A GOOD JOB, BUT YOU KNOW THERE IS A LOT OF STUFF HERE,

08:46AM 23  SO YOU'LL HAVE TO CHECK IT WITH HER BEFORE THEY GO INTO THE JURY

08:46AM 24  ROOM.

08:46AM 25         MR. WATTS:  YOUR PLAN'S WHEN TO QUIT IN THE AFTERNOON?

08:46AM 1          THE COURT:  FIVE O'CLOCK.

08:46AM 2          MR. WATTS:  SHARP OR WHEN THE WITNESS IS DONE?

08:46AM 3          THE COURT:  GIVE OR TAKE 15 MINUTES.  I MIGHT START WITH

08:46AM 4   SOMEBODY -- AND THAT POINT CAME UP YESTERDAY IN CONNECTION WITH

08:46AM 5   MR. SHEA.  I DON'T WANT TO HAVE TO GO OVER HIM.  I DON'T THINK WE

08:46AM 6   HAVE ANY WITNESS IN THE CASE THAT'S LIKE A MOSE JEFFERSON-TYPE OF

08:46AM 7   WITNESS THAT NEEDS TO GO OVER THREE DAYS OR EVEN OVER A DAY.  I

08:46AM 8   DON'T THINK WE'VE GOT A WITNESS IN THIS CASE THAT'S GOING TO BE

08:46AM 9   OVER FOUR HOURS.  SO THERE IS NO REASON FOR US TO START SOMEBODY

08:46AM 10  AND THEN SAY WE'RE TAKING OFF THE REST OF THE DAY AND WE'RE GOING

08:47AM 11  TO BRING THEM BACK THE NEXT DAY.

08:47AM 12          FINISH UP AT THE END WITH WHATEVER WITNESS WE'VE

08:47AM 13  GOT AND BRING A NEW WITNESS IN THE MORNING.  SO LET'S BE

08:47AM 14  EFFICIENT.  I HAVE A PADDLE SO YOU'LL KNOW THE NUMBERS.

08:47AM 15          WE'LL DO THIS QUICKLY.  OKAY?  SO LET'S BE

08:47AM 16  EFFICIENT.  THANK YOU ALL.

08:47AM 17          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE

08:47AM 18  BENCH CONFERENCE CONCLUDED.)

08:51AM 19          THE COURT:  WHILE THE JURY POOL IS COMING UP, LET ME

08:51AM 20  ALSO ADVISE ANY COUNSEL OR ANYONE ELSE WHO IS HERE TO OBSERVE THE

08:51AM 21  TRIAL THAT THE COURTROOM ACROSS THE HALL IS OUTFITTED FOR AN

08:51AM 22  AUDIO FEED FROM THIS COURTROOM, BUT THAT WILL ONLY BE IN PLACE

08:51AM 23  THROUGH THE JURY SELECTION PROCESS.  THERE IS GOING TO BE A

08:51AM 24  NINE-MEMBER JURY, AND ONCE WE HAVE SELECTED THE JURY FOR THIS

08:51AM 25  CASE, OF COURSE THE OTHER HALF OF THE COURTROOM WILL BE AVAILABLE

08:51AM  1    PROCEEDING, AND UNDER THOSE CIRCUMSTANCES THERE WILL NOT BE AN

08:51AM  2    AUDIO FEED ON THE OTHER SIDE OF THE HALLWAY.  SO THAT'S TEMPORARY

08:51AM  3    IN CASE SOMEONE IS HERE AND THERE IS NOT ENOUGH ROOM BECAUSE OF

08:51AM  4    THE NEED FOR SPACE FOR THE JURY POOL.

08:57AM  5            THE DEPUTY CLERK:  59 IS ABSENT ALSO UNLESS SHE CAME IN.

08:57AM  6            THE COURT:  LET'S GO AHEAD AND BEGIN.  LET'S CALL THE

08:57AM  7    CASE.

08:57AM  8            THE DEPUTY CLERK:  MDL NUMBER 1873, IN RE: FEMA TRAILER

08:57AM  9    FORMALDEHYDE TRAILER PRODUCTS LIABILITY LITIGATION.

08:57AM 10            THE COURT:  COUNSEL, WOULD YOU MAKE YOUR APPEARANCES.

08:58AM 11            MR. BUZBEE:  ANTHONY G. BUZBEE FOR THE PLAINTIFFS, YOUR

08:58AM 12    HONOR.

08:58AM 13            MR. WATTS:  MIKAL WATTS FOR PLAINTIFFS.

08:58AM 14            MR. HILLIARD:  BOB HILLIARD FOR THE PLAINTIFFS.

08:58AM 15            MR. MEUNIER:  JERRY MEUNIER FOR THE PLAINTIFFS.

08:58AM 16            MR. WEINSTOCK:  ANDY WEINSTOCK FOR GULF STREAM COACH.

08:58AM 17            MR. SCANDURRO:  TIM SCANDURRO FOR GULF STREAM COACH.

08:58AM 18            MR. GLASS:  JOE GLASS FOR GULF STREAM COACH.

08:58AM 19            MR. PENOT:  CHARLES PENOT FOR FLUOR ENTERPRISES, INC.

08:58AM 20            MR. SHERBURNE:  RICHARD SHERBURNE FOR FLUOR ENTERPRISES.

08:58AM 21            MS. MALLETT:  SONIA MALLET FOR FLUOR ENTERPRISES.

08:58AM 22            THE COURT:  COUNSEL, ARE YOU PREPARED TO PROCEED TO

08:58AM 23    TRIAL IN THIS MATTER?

08:58AM 24            MR. WEINSTOCK:  YES, WE ARE, SIR.

08:58AM 25            MR. BUZBEE:  YES.

08:58AM 1          THE COURT:  LET ME START OUT WITH THE JURY POOL.  BEFORE

08:58AM 2    I HAVE YOU ALL TAKE YOUR OATH, AS MEMBERS OF THE JURY POOL, I

08:58AM 3    WANT TO THANK YOU ALL FOR BEING HERE AND WELCOME YOU TO THE

08:58AM 4    EASTERN DISTRICT OF LOUISIANA AND SPECIFICALLY TO SECTION "N".  I

08:58AM 5    AM JUDGE KURT ENGELHARDT AND I WILL BE PRESIDING OVER THIS

08:58AM 6    MATTER.  WE WILL GET INTO SOME QUESTIONS WITH YOU ALL.  WE WILL

08:58AM 7    TRY TO BE AS EFFICIENT AND AS PROMPT AS WE CAN IN ORDER TO NOT

08:58AM 8    TAKE UP MORE OF YOUR TIME AS NECESSARY IN THE SELECTION PROCESS.

08:59AM 9    NINE OF YOU WILL BE SELECTED TO HEAR THIS CASE.

08:59AM 10          I ALSO WANT TO APOLOGIZE FOR THE PROCEDURE OF

08:59AM 11   GIVING YOU THESE PADDLES WITH NUMBERS ON THEM.  IT SEEMS RATHER

08:59AM 12   IMPERSONAL, AND THIS IS THE FIRST TIME THAT I HAVE DONE THAT, BUT

08:59AM 13   I THINK IT WILL EXPEDITE MATTERS.  SO IF YOU WILL FORGIVE THE

08:59AM 14   IMPERSONAL NATURE OF THAT PROCESS, I WILL TRY TO LEARN AS MANY OF

08:59AM 15   YOUR NAMES AS WE CAN OVER THE NEXT HOUR OR SO THAT WE ENGAGE IN

08:59AM 16   THIS PROCESS.  BUT IN THE MEANTIME, FOR THE BENEFIT OF THE

08:59AM 17   ATTORNEYS, IF YOU DO ANSWER A QUESTION OR IF YOU STAND UP TO TELL

08:59AM 18   US SOMETHING DURING THIS PROCESS, IF YOU WOULD HOLD YOUR PADDLE

08:59AM 19   SOMEPLACE WHERE WE CAN SEE IT.  THE ATTORNEYS HAVE A LIST OF YOUR

08:59AM 20   NAMES AND THEY WILL BE ABLE TO KNOW FROM YOUR NUMBER WHICH ONE OF

08:59AM 21   YOU ARE SPEAKING, ESPECIALLY THE FOLKS IN THE BACK PART OF THE

08:59AM 22   COURTROOM.

08:59AM 23          SO PLEASE DON'T BE OFFENDED BY US ASSIGNING YOU A

08:59AM 24   NUMBER.  ALSO, PLEASE UNDERSTAND THAT IT'S GOING TO BE MORE

09:00AM 25   EFFICIENT IN THE SELECTION PROCESS WHICH HOPEFULLY YOU'LL

09:00AM 1    APPRECIATE.

09:00AM 2                BEFORE WE BEGIN OUR QUESTIONING OF THE JURY POOL,

09:00AM 3    I'LL ASK THE COURTROOM DEPUTY TO ADMINISTER THE OATH TO YOU.  IF

09:00AM 4    ALL OF YOU ARE HERE, NUMBERS 1 THROUGH 69, IF YOU ALL WOULD ALL

09:00AM 5    RISE, PLEASE.

09:00AM 6                THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.  DO YOU

09:00AM 7    SOLEMNLY SWEAR THAT YOU WILL MAKE TRUE AND PERFECT ANSWERS TO ALL

09:00AM 8    QUESTIONS THAT SHALL BE PROPOUNDED TO YOU, TOUCHING YOUR

09:00AM 9    QUALIFICATIONS AND COMPETENCY TO SIT AS A JUROR IN THE CASE, SO

09:00AM 10   HELP YOU GOD?

09:00AM 11               VOICES:  I DO.

09:00AM 12               THE DEPUTY CLERK:  THANK YOU.  YOU MAY BE SEATED.

09:00AM 13               THE COURT:  WELCOME AGAIN.  YOUR ATTENDANCE TODAY IS

09:00AM 14   MOST APPRECIATED.  THIS CIVIL CASE IS BROUGHT BY THE PLAINTIFF,

09:00AM 15   ALANA ALEXANDER, BOTH FOR HERSELF AND ON BEHALF OF HER MINOR SON,

09:00AM 16   CHRISTOPHER COOPER.  MS. ALEXANDER CLAIMS THAT SHE AND HER SON

09:00AM 17   WERE HARMED BY EXPOSURE TO FORMALDEHYDE WHILE LIVING IN A TRAVEL

09:00AM 18   TRAILER WHICH HAD BEEN PROVIDED AS EMERGENCY HOUSING BY FEMA

09:00AM 19   AFTER HURRICANE KATRINA.  THE PLAINTIFF HAS SUED TWO DEFENDANTS:

09:01AM 20   FIRST, GULF STREAM COACH, INCORPORATED, WHICH MANUFACTURED THE

09:01AM 21   TRAVEL TRAILER IN QUESTION AND SECONDLY FLUOR ENTERPRISES,

09:01AM 22   INCORPORATED, A CONTRACTOR WHICH INSTALLED THE TRAILER ON THE

09:01AM 23   PROPERTY AT MS. ALEXANDER'S FORMER RESIDENCE.

09:01AM 24               PLAINTIFF CLAIMS THAT GULF STREAM IS LIABLE AS

09:01AM 25   MANUFACTURER BECAUSE THE TRAILER WAS UNREASONABLY DANGEROUS IN

09:01AM 1    NORMAL OR FORESEEABLE USE.  PLAINTIFF ALSO CLAIMS THAT FLUOR IS

09:01AM 2    LIABLE BECAUSE OF FLUOR'S NEGLIGENCE AS A CONTRACT.

09:01AM 3            GULF STREAM STATES THAT IT MANUFACTURED THE TRAVEL

09:01AM 4    TRAILER IN QUESTION AND THAT IT WAS NOT UNREASONABLY DANGEROUS IN

09:01AM 5    ANY WAY.  FLUOR ENTERPRISES STATES THAT IT ACTED REASONABLY AND

09:01AM 6    CORRECTLY AS FEMA'S CONTRACTOR IN CONNECTION WITH THE TRAILER.

09:01AM 7    BOTH GULF STREAM AND FLUOR MAINTAIN THAT NEITHER ALANA ALEXANDER

09:01AM 8    NOR CHRIS COOPER, WHILE LIVING IN THE TRAILER, SUFFERED

09:01AM 9    COMPENSATORY INJURIES CAUSED BY GULF STREAM OR FLUOR ENTERPRISES.

09:01AM 10           BOTH THE PLAINTIFFS AND THE DEFENDANTS HAVE THE

09:02AM 11   RIGHT TO HAVE THIS CASE TRIED BY A QUALIFIED AND FAIR AND

09:02AM 12   IMPARTIAL JURY.  A QUALIFIED AND IMPARTIAL JURY IS ONE WHICH IS

09:02AM 13   RESPONSIBLE AND CAPABLE AND WHICH WILL OBJECTIVELY WITHOUT FEVER,

09:02AM 14   FAVOR, BIAS, PREJUDICE, SYMPATHY, OR FASHION HEAR AND DECIDE THE

09:02AM 15   ISSUES TO BE TRIED AND ONE WHICH WILL RENDER ITS VERDICT BASED

09:02AM 16   SOLELY ON THE EVIDENCE PRESENTED AT THIS TRIAL AND THE LAW

09:02AM 17   APPLICABLE TO THE CASE AS IT IS GIVEN TO THE JURY BY THE COURT.

09:02AM 18           IT IS THE LAW THAT A JUROR'S QUALIFICATIONS AND

09:02AM 19   IMPARTIALITY MAY NOT BE ASSUMED WITHOUT INQUIRY.  THIS INQUIRY

09:02AM 20   WHICH IS ABOUT TO BE MADE IS KNOWN AS THE VOIR DIRE EXAMINATION.

09:02AM 21   ITS PURPOSE IS TO DEVELOP THE WHOLE TRUTH CONCERNING THE

09:02AM 22   COMPETENCY OF EACH PROSPECTIVE JUROR, HIS OR HER FRAME OF MIND

09:02AM 23   AND ABILITY TO DO HIS OR HER SWORN DUTY IN ACCORDANCE WITH THE

09:02AM 24   JURORS'S OATH.  THE ANSWERS TO THE QUESTIONS TO BE PUT TO YOU BY

09:02AM 25   THE COURT WILL NOT ONLY ENABLE THE COURT TO DETERMINE WHETHER ANY

09:02AM 1   OF YOU SHOULD BE EXCUSED FOR CAUSE, EITHER ON THE COURT'S OWN

09:03AM 2   MOTION OR WHEN CHALLENGED FOR CAUSE BY ANY PARTY, BUT WILL ALSO

09:03AM 3   ALLOW COUNSEL FOR THE PARTIES TO MAKE INTELLIGENT USE OF

09:03AM 4   PEREMPTORY CHALLENGES, THAT IS THOSE CHALLENGES WHICH THE LAW

09:03AM 5   GIVES THE PARTIES AND WHICH MAY BE EXERCISED WITHOUT ASSIGNING

09:03AM 6   ANY REASON THEREFORE.

09:03AM 7            YOU SHOULD UNDERSTAND, THEREFORE, THAT IT IS

09:03AM 8   EXPECTED OF EACH OF YOU THAT YOUR ANSWERS TO THE QUESTIONS

09:03AM 9   PROPOUNDED SHALL BE COMPLETE AND TRUTHFUL.  EACH JUROR IS UNDER

09:03AM 10  COMPULSION TO DISCLOSE, UPON A GENERAL QUESTION, ANY MATTERS

09:03AM 11  WHICH MIGHT TEND TO DISQUALIFY HIM OR HER FOR ANY REASON FROM

09:03AM 12  SITTING ON THIS CASE.  FALSE OR MISLEADING ANSWERS MAY RESULT IN

09:03AM 13  THE SEATING OF A JUROR WHO MIGHT HAVE BEEN DISCHARGED BY THE

09:03AM 14  COURT FOR CAUSE OR STRICKEN THROUGH THE EXERCISE OF PEREMPTORY

09:03AM 15  CHALLENGES AND COULD RESULT IN A MISCARRIAGE OF JUSTICE.

09:03AM 16           ALTHOUGH THE QUESTIONS WILL BE ADDRESSED TO ALL OF

09:03AM 17  YOU COLLECTIVELY, THEY SHALL BE CONSIDERED AS THOUGH DIRECTED TO

09:03AM 18  YOU INDIVIDUALLY, AND ARE TO BE ANSWERED BY EACH OF YOU

09:03AM 19  INDIVIDUALLY.  IF YOU FEEL THAT THE RESPONSE TO ANY OF THE

09:04AM 20  QUESTIONS WHICH I'M GOING TO ASK YOU HERE THIS MORNING IS OF A

09:04AM 21  PERSONAL NATURE, YOU SHOULD FEEL FREE TO REQUEST PERMISSION TO

09:04AM 22  APPROACH THE BENCH AND DISCUSS THE MATTER DIRECTLY.  IN THOSE

09:04AM 23  CIRCUMSTANCES, THE ATTORNEYS FOR THE PARTIES WILL APPROACH THE

09:04AM 24  BENCH AS WELL IN ORDER THAT THEY CAN HEAR WHAT YOU HAVE TO SAY.

09:04AM 25           IT IS ANTICIPATED THAT THE TRIAL OF THIS CASE MAY

09:04AM 1    REQUIRE AS LONG AS TWO WEEKS TO COMPLETE.  BY TWO WEEKS, WE MEAN

09:04AM 2    MONDAY THROUGH FRIDAY.  AND I KNOW THE ATTORNEYS ARE VERY WELL

09:04AM 3    PREPARED AND THAT THEY ARE GOING TO BE ABLE TO MEET THAT DEADLINE

09:04AM 4    OF COMPLETING THE TRIAL IN TWO WEEKS AND, IN FACT, MIGHT EVEN BE

09:04AM 5    ABLE TO FINISH IT EARLIER THAN TWO WEEKS.

09:04AM 6            WHAT I'M ABOUT TO SAY SHOULD NOT BE CONSTRUED AS AN

09:04AM 7    INVITATION TO ANY OF YOU TO CAPRICIOUSLY OR WITHOUT GOOD CAUSE

09:04AM 8    SEEK TO BE EXCLUDED MERELY TO AVOID DISCHARGING WITH A LEGAL AND

09:04AM 9    CIVIC DUTY WHICH YOU HAVE TO SERVE AS JURORS.  I'M ALSO GOING TO

09:04AM 10   ADVISE YOU THAT THIS JURY WILL NOT BE SEQUESTERED.  IN OTHER

09:04AM 11   WORDS, YOU WILL BE ALLOWED TO RETURN HOME IN THE EVENINGS.

09:05AM 12           THE TRIAL EACH DAY WILL START AT APPROXIMATELY

09:05AM 13   8:30, ASSUMING ALL OF YOU, THE NINE OF YOU WHO ARE SELECTED, CAN

09:05AM 14   BE HERE, AND WE WILL BREAK EACH DAY AT 5:00 P.M., GIVE OR TAKE

09:05AM 15   15 MINUTES.  THERE MAY BE DAYS WHEN I HAVE TASKS TO COVER WITH

09:05AM 16   THE ATTORNEYS, IN WHICH CASE WE MAY BREAK A LITTLE EARLIER THAN

09:05AM 17   THAT.  BUT THAT WILL BE THE SCHEDULE.  YOU WILL NOT BE HERE

09:05AM 18   BEYOND THE 5 O'CLOCK HOUR OTHER THAN TO WRAP UP SOME BUSINESS

09:05AM 19   HERE, AND WE WILL START EACH DAY AT 8:30 AND YOU WILL BE ALLOWED

09:05AM 20   TO RETURN HOME.  SO PLEASE FACTOR THAT INTO YOUR COMMENTS OR YOUR

09:05AM 21   THOUGHTS AT THIS POINT.

09:05AM 22           LET ME ASK IF ANY OF YOU HONESTLY AND

09:05AM 23   CONSCIENTIOUSLY BELIEVE THAT YOU WOULD BE SUBJECTED TO SERIOUS

09:05AM 24   HARDSHIP OR WOULD BE OTHERWISE SERIOUSLY INCONVENIENCED OR

09:05AM 25   AFFECTED IF YOU WERE SELECTED BECAUSE OF THE LENGTH OF THIS TRIAL

09:05AM  1  AND YOU'VE NOT ALREADY BROUGHT THOSE ISSUES TO MY ATTENTION BY

09:05AM  2  WAY OF THE QUESTIONNAIRE, I WOULD REQUEST THAT YOU AT THIS TIME

09:05AM  3  PLEASE RAISE YOUR HAND.  DOES ANYBODY HAVE A VERY SERIOUS ISSUE

09:06AM  4  THAT WOULD PREVENT YOU FROM BEING HERE?

09:06AM  5            YES, SIR.  NUMBER 13 WOULD BE MR. VICKNAIR.

09:06AM  6        PROSPECTIVE JUROR 13:  SINCE I FILLED OUT THE

09:06AM  7  QUESTIONNAIRE, I HAD SOME TROUBLE WITH MY EYES AND IT'S KIND OF

09:06AM  8  HARD FOR ME TO DRIVE.  AND I LIVE IN LAPLACE.

09:06AM  9        THE COURT:  IS THAT TEMPORARY, I MEAN, YOU JUST WENT TO

09:06AM 10  THE DOCTOR FOR THAT, OR IS THAT SOMETHING THAT HAS HAPPENED

09:06AM 11  AND --

09:06AM 12        PROSPECTIVE JUROR 13:  WELL, I'VE BEEN HAVING THIS FOR A

09:06AM 13  WHILE.  IT COMES AND GOES.  THEY CALL IT NIGHT BLINDNESS WHERE

09:06AM 14  THE FLUID LEAKS BLIND MY RETINA.

09:06AM 15        THE COURT:  YOU HAVE A DOCTOR'S APPOINTMENT OR ARE YOU

09:06AM 16  JUST TELLING US THAT BECAUSE YOU MAY NOT BE ABLE TO SEE AS WELL

09:06AM 17  AS OTHER JURORS?

09:06AM 18        PROSPECTIVE JUROR 13:  I'M SUPPOSED TO GO BACK TO HIM,

09:06AM 19  BUT I HAVEN'T MADE ANOTHER APPOINTMENT.  BUT IT'S HARD FOR ME TO

09:06AM 20  SEE SOMETIMES.

09:06AM 21        THE COURT:  THANK YOU, MR. VICKNAIR.

09:06AM 22             LET'S SEE.  NUMBER 16.  THAT WOULD BE MS. HOOFKIN.

09:06AM 23  IF YOU WOULD, STAND UP, PLEASE.

09:06AM 24        PROSPECTIVE JUROR 16:  I HAVE A DOCTOR'S APPOINTMENT ON

09:06AM 25  FRIDAY.

09:06AM 1          THE COURT:  IS THAT A REGULAR DOCTOR'S APPOINTMENT OR IS

09:07AM 2     THAT FOR A CONDITION THAT YOU NEED TREATMENT FOR THAT HAS COME

09:07AM 3     UP?

09:07AM 4          PROSPECTIVE JUROR 16:  YES, IT'S FOR A REGULAR

09:07AM 5     APPOINTMENT.

09:07AM 6          THE COURT:  SOMETHING THAT CAME UP?

09:07AM 7          PROSPECTIVE JUROR 16:  NO, IT'S REGULAR.

09:07AM 8          THE COURT:  IT'S FOR A REGULAR APPOINTMENT?

09:07AM 9          PROSPECTIVE JUROR 16:  UH-HUH (AFFIRMATIVE RESPONSE).

09:07AM 10          THE COURT:  THANK YOU.  WE'LL COVER THAT IF THE

09:07AM 11     ATTORNEYS WANT TO COVER THAT, WE MAY BRING YOU UP HERE TO

09:07AM 12     QUESTION YOU ABOUT IT RATHER HAVE YOU TELL US ABOUT YOUR DOCTOR'S

09:07AM 13     VISIT HERE IN OPEN COURT.

09:07AM 14          NUMBER 45, THAT WOULD BE MR. KIRZNER.

09:07AM 15          PROSPECTIVE JUROR 45:  YES.  MY PROBLEM IS THAT I HAVE

09:07AM 16     -- I'M A COMMISSION SALESMAN AND I HAVE SOME JOBS GOING ON HERE

09:07AM 17     IN TOWN WITH CONSTRUCTION WORK WITH THE SCHOOL BOARDS, AND MY

09:07AM 18     PROBLEM IS IF I'M HERE FOR TWO WEEKS, QUITE TRUTHFULLY AND

09:07AM 19     HONESTLY, I DON'T GET PAID AND I HAVE WORK THAT IS GOING TO BE

09:07AM 20     HAPPENING WITHIN THE NEXT TWO WEEKS.

09:07AM 21          THE COURT:  OKAY.  I UNDERSTAND, THANK YOU.

09:07AM 22          AND NUMBER 55?

09:07AM 23          PROSPECTIVE JUROR 55:  I'M A SOLE PROPRIETOR OF A

09:07AM 24     COMPANY WITH 13 EMPLOYEES, AND LIKE TODAY I HAVE HALF OF THEM NOT

09:07AM 25     THERE.

09:07AM 1          THE COURT:  HALF OF THEM --

09:08AM 2          PROSPECTIVE JUROR 55:  NOT THERE BECAUSE IT'S RAINING.

09:08AM 3  SO I HAVE ISSUES WITH EMPLOYEES AND I'M A SOLE PROPRIETOR.

09:08AM 4          THE COURT:  THANK YOU.  THAT WAS -- IF I DON'T CALL YOUR

09:08AM 5  NAME OUT, TELL US.  THAT WAS MS. STEFFY?

09:08AM 6          PROSPECTIVE JUROR 55:  CORRECT.

09:08AM 7          THE COURT:  CORRECT.

09:08AM 8              NUMBER 64?

09:08AM 9          PROSPECTIVE JUROR 64:  I HAVE ATTACHED A COUPLE OF

09:08AM 10  LETTERS TO MY QUESTIONNAIRE REGARDING MY JOB.

09:08AM 11          THE COURT:  MS. BLANCHARD?

09:08AM 12          PROSPECTIVE JUROR 64:  YES, I AM A SECRETARY IN A

09:08AM 13  TWO-PERSON COMPANY AND IF I'M GONE FOR ANY PERIOD OF TIME, MY

09:08AM 14  DEADLINES DON'T GET MET.  AND MY BOSS DOESN'T DO THE WORK, I DO

09:08AM 15  THE WORK.

09:08AM 16          THE COURT:  THAT'S USUALLY THE CASE.

09:08AM 17              NUMBER 29?

09:08AM 18          PROSPECTIVE JUROR 29:  I JUST STARTED A NEW POSITION

09:08AM 19  WITH MY JOB AS A NURSE AT THE HOSPITAL.

09:08AM 20          THE COURT:  WHEN DID YOU START?

09:08AM 21          PROSPECTIVE JUROR 29:  I JUST STARTED ABOUT A MONTH AGO.

09:08AM 22  I'M STILL IN TRAINING.  PLUS I DO HAVE TWO YOUNG KIDS.  MY

09:08AM 23  HUSBAND WORKS SHIFT WORK, SO I'M USUALLY RESPONSIBLE FOR BRINGING

09:09AM 24  THEM TO AND -- WELL, MY SON, I HAVE TO DRIVE HIM TO AND FROM

09:09AM 25  SCHOOL.  AND ALSO, I ONLY GET PAID FOR A WEEK IF I'M ABSENT FROM

09:09AM 1    WORK FOR JURY DUTY.

09:09AM 2             THE COURT:  THAT'S MS. HAMILTON.

09:09AM 3                THANK YOU, MS. HAMILTON.

09:09AM 4                25 WOULD BE MS. ROJAS.

09:09AM 5             PROSPECTIVE JUROR 25:  YES.  I'M A FULL-TIME GRADUATE

09:09AM 6    STUDENT, JUST TO LET YOU KNOW.

09:09AM 7             THE COURT:  SO YOU'RE IN SCHOOL RIGHT NOW, OR SHOULD BE

09:09AM 8    IN SCHOOL THIS MORNING?

09:09AM 9             PROSPECTIVE JUROR 25:  WELL, IT'S AN EVENING, 4:30

09:09AM 10   CLASSES.

09:09AM 11            THE COURT:  I UNDERSTAND.  AND LET ME TELL ALL OF YOU

09:09AM 12   ALL, I USUALLY SAVE THIS FOR WHEN I EXCUSE THOSE OF YOU WHO HAVE

09:09AM 13   NOT BEEN SELECTED, BUT THERE IS NEVER A GOOD TIME FOR YOU TO SHOW

09:09AM 14   UP FOR JURY DUTY IN YOUR LIVES.  I UNDERSTAND THAT.  YOU COULD BE

09:09AM 15   ELSEWHERE THIS MORNING BUT FOR THE FACT THAT YOU RECEIVED A JURY

09:09AM 16   SUMMONS, YOU'RE HERE TODAY WITH US.  I KNOW THAT ALL OF YOU HAVE

09:09AM 17   FAMILIES.  I KNOW THAT MANY OF YOU, IF NOT ALL OF YOU, HAVE JOBS

09:09AM 18   THAT YOU ARE DEPENDENT UPON TO DISCHARGE CERTAIN DUTIES AT THOSE

09:10AM 19   JOBS.  MAYBE YOU HAVE A SICK CHILD OR A SICK ELDERLY PERSON OR

09:10AM 20   EVEN SOMEBODY WHO IS NOT SICK THAT DEPENDS ON YOU.  WE'RE

09:10AM 21   COGNIZANT OF ALL OF THAT, AND I KNOW THAT IT'S A SACRIFICE FOR

09:10AM 22   YOU ALL TO BE HERE TODAY, AND IT WILL BE A SACRIFICE FOR THOSE OF

09:10AM 23   YOU WHO SIT ON THE JURY.  BUT SITTING ON A JURY IS THE GREATEST

09:10AM 24   CIVIC RESPONSIBILITY THAT YOU HAVE OTHER THAN PERHAPS YOUR RIGHT

09:10AM 25   TO VOTE.

09:10AM 1                SO I DO APPRECIATE YOU ALL BEING HERE AND I AM

09:10AM 2 COGNIZANT AND I'M NOT IN ANY WAY DISCOUNTING ANY OF THE REASONS

09:10AM 3 THAT I'VE JUST HEARD.  SO DON'T INTERPRET IT AS SUCH, BUT WE KNOW

09:10AM 4 THAT YOU HAVE OTHER THINGS GOING ON THAT YOU NEED TO DEAL WITH

09:10AM 5 AND PLACES YOU NEED TO BE, SO WE HAVE TO FACTOR THAT IN WHEN WE

09:10AM 6 MAKE A SELECTION PROCESS AND WE HAVE FOLKS HERE TO PARTICIPATE IN

09:10AM 7 THE JURY SELECTION PROCESS.

09:10AM 8                DOES ANYBODY HAVE ELSE HAVE ANY OTHER CRITICAL

09:10AM 9 REASON THAT THEY THINK WOULD PREVENT THEM FROM SITTING ON THIS

09:11AM 10 JURY?

09:11AM 11                YES, SIR.  NUMBER 69, WHO I JUST MENTIONED THAT WAS

09:11AM 12 MR. ROMERO.

09:11AM 13                PROSPECTIVE JUROR 69:  YES, SIR.  I'VE BEEN ATTENDING TO

09:11AM 14 THE VA HOSPITAL BECAUSE I HAVE ANGER MANAGEMENT PROBLEMS AND I'VE

09:11AM 15 BEEN ATTENDING, LIKE, EVERY FRIDAY.  AND THEN I GOT A COUPLE OF

09:11AM 16 APPOINTMENTS SOMETIME THIS MONTH.

09:11AM 17                THE COURT:  ALL RIGHT.  THANK YOU, MR. ROMERO.

09:11AM 18                NUMBER 37, THAT WOULD BE MR. HYMEL.

09:11AM 19                PROSPECTIVE JUROR 37:  YES, SIR.  I THOUGHT I HEARD YOU

09:11AM 20 SAY ABOUT TURNING IN DOCUMENTATION WITH THE QUESTIONNAIRE.  I

09:11AM 21 ALSO TURNED IN SOME DOCUMENTATION WITH MY QUESTIONNAIRE, I HAVE

09:11AM 22 TWO SMALL ISSUES.  I'M PREPARING FOR AN OVERSEAS JOB FOR NINE

09:11AM 23 MONTHS FOR MY COMPANY.  I'M SCHEDULED TO LEAVE OCTOBER 1ST FOR AN

09:11AM 24 OVERSEAS JOB, SO I DON'T KNOW IF THAT'S GOING TO CONFLICT WITH

09:11AM 25 THIS TRIAL.  AND I ALSO HAVE A MEDICAL APPOINTMENT THIS COMING

09:12AM 1    FRIDAY.

09:12AM 2              THE COURT:  THANK YOU, MR. HYMEL.

09:12AM 3                  NUMBER 58?

09:12AM 4              PROSPECTIVE JUROR 58:  GOOD MORNING, YOUR HONOR.

09:12AM 5              THE COURT:  GOOD MORNING.  YOU'RE MR. SMITH?

09:12AM 6              PROSPECTIVE JUROR 58:  YES, SIR, I AM.  WHAT WOULD

09:12AM 7    PREVENT ME FROM SERVING ON THIS JURY IS THAT I'M ALREADY PARTIAL

09:12AM 8    TO A VERDICT.

09:12AM 9              THE COURT:  WAIT.  I HAVEN'T GOT TO THAT QUESTION YET.

09:12AM 10   I HAVEN'T GOT TO THAT QUESTION YET.  WHEN I ASK THAT QUESTION,

09:12AM 11   I'LL LOOK FOR NUMBER 58, WE'LL TAKE YOU FIRST, IF I REMEMBER.

09:12AM 12   BUT WHAT I DON'T WANT TO HAVE HAPPEN, WHEN I ASK THAT QUESTION --

09:12AM 13   Y'ALL ARE PRETTY SHARP, YOU'RE GETTING AHEAD OF US HERE.  WHEN I

09:12AM 14   ASK THAT QUESTION, I DON'T WANT ANYBODY TO BLURT OUT AND SAY, "I

09:12AM 15   CAN'T BE A JUROR ON THIS CASE BECAUSE I THINK SUCH AND SUCH,"

09:12AM 16   BECAUSE MANY OF YOU, HOPEFULLY AT LEAST NINE OF YOU, WON'T HAVE

09:12AM 17   THAT SAME PROCLIVITY.

09:12AM 18              SO LET'S GO AHEAD AND GO THROUGH THE QUESTIONS

09:12AM 19   HERE.  IF THERE IS ANYBODY ELSE THAT HAS A PERSONAL ISSUE, AND

09:12AM 20   WHEN I SAY "PERSONAL," OF THE NATURE THAT WE'VE ALREADY HEARD, WE

09:13AM 21   DID HAVE QUESTIONNAIRES AND THAT QUESTION WAS ASKED, AND SOME OF

09:13AM 22   YOU DID HAVE ANSWERS FOR THAT.  IF YOU'RE HERE, THAT MEANS THAT

09:13AM 23   EITHER YOUR ANSWER WAS NOT GOOD ENOUGH TO EXCUSE YOU OR THAT WE

09:13AM 24   WANTED TO HEAR MORE ABOUT IT BEFORE YOU GOT EXCUSED FROM JURY

09:13AM 25   SERVICE ON THIS PARTICULAR JURY.

09:13AM  1          AND QUITE HONESTLY, IF YOU ARE NOT CHOSEN FOR THIS

09:13AM  2   JURY, YOU MAY RETURN DOWNSTAIRS AND THERE MAY BE ANOTHER SECTION

09:13AM  3   OF COURT THAT YOU MAY BE SUMMONED TO LATER ON THIS MORNING.  SO

09:13AM  4   LET'S GO AHEAD AND WORK THROUGH THE QUESTIONS HERE.

09:13AM  5          IF YOUR ANSWERS TO ANY OF THE FOLLOWING QUESTIONS

09:13AM  6   ARE NO, PLEASE RAISE YOUR HAND.  AND WE HAVE ALREADY HEARD, I

09:13AM  7   THINK, FROM MR. VICKNAIR WITH REGARD TO CAN YOU HEAR AND SEE

09:13AM  8   WELL.

09:13AM  9          ANYBODY OTHER THAN WHAT WE'VE HEARD FROM MR.

09:13AM 10   VICKNAIR?  ANYBODY OTHER THAN MR. VICKNAIR HAVE ANY PROBLEM

09:14AM 11   SEEING OR HEARING?

09:14AM 12          ALL OF YOU READ, WRITE AND UNDERSTAND ENGLISH?

09:14AM 13   ANYBODY HERE THAT HAS A PROBLEM WITH THE ENGLISH LANGUAGE?  IN

09:14AM 14   TERMS OF COMPREHENSION.  A LOT OF US HAVE PROBLEMS WITH THE

09:14AM 15   ENGINE LANGUAGE, INCLUDING MYSELF SOMETIMES.

09:14AM 16          IF ANY OF YOU SHOULD ANSWER ANY OF THE FOLLOWING

09:14AM 17   QUESTIONS YES, PLEASE RAISE YOUR HAND, STATE YOUR NUMBER AND

09:14AM 18   NAME.  THE PLAINTIFF IN THIS CASE, THE PLAINTIFFS IN THE CASE ARE

09:14AM 19   ALANA ALEXANDER AND CHRISTOPHER COOPER.  ARE ANY OF YOU RELATED

09:14AM 20   BY BLOOD OR MARRIAGE TO OR ARE ANY OF YOU PERSONALLY ACQUAINTED

09:14AM 21   WITH ALANA ALEXANDER OR CHRISTOPHER COOPER?

09:14AM 22          MR. BUZBEE:  CAN THEY STAND UP SO EVERYBODY CAN SEE

09:14AM 23   THEM?

09:14AM 24          THE COURT:  I HAVEN'T GOTTEN TO YOU ALL YET.

09:14AM 25          MR. BUZBEE:  I WAS TALKING ABOUT THE PLAINTIFFS.

09:14AM 1          THE COURT:  I HAVEN'T GOTTEN TO THE ATTORNEYS YET.  OH,
09:14AM 2   I SEE WHAT YOU'RE SAYING.  YES, IF YOU WOULD, MS. ALEXANDER AND
09:14AM 3   MR. COOPER.  I'M SORRY, I MISUNDERSTOOD YOU, MR. BUZBEE.
09:15AM 4          DOES ANYBODY KNOW THESE TWO PEOPLE WHO ARE STANDING
09:15AM 5   UP?  THANK YOU.
09:15AM 6          THE DEFENDANTS IN THE CASE ARE GULF STREAM COACH
09:15AM 7   AND FLUOR ENTERPRISES.  AND FLUOR IS SPELLED F-L-U-O-R.  ARE ANY
09:15AM 8   OF YOU ALL PERSONALLY ACQUAINTED WITH EITHER OF THESE TWO
09:15AM 9   COMPANIES OR ANYONE WHO WORKS FOR THESE TWO COMPANIES?
09:15AM 10         ALL RIGHT.  LET ME ASK BEFORE I ASK COUNSEL TO
09:15AM 11  STAND AND REINTRODUCE THEMSELVES TO YOU AND THEIR LAW FIRMS --
09:15AM 12         MR. WATTS:  JUDGE, NUMBER 41.
09:15AM 13         THE COURT:  NUMBER 41, THAT WOULD BE MS. WATTS.
09:15AM 14         PROSPECTIVE JUROR 41:  I HAVE AN UNCLE WHO IS AN
09:15AM 15  ATTORNEY FOR FLUOR ENTERPRISES.
09:15AM 16         THE COURT:  YOU HAVE AN UNCLE WHO'S AN ATTORNEY FOR
09:15AM 17  FLUOR ENTERPRISES?
09:15AM 18         PROSPECTIVE JUROR 41:  YES.
09:15AM 19         THE COURT:  AND WHAT'S THE NAME OF THAT PERSON?
09:15AM 20         PROSPECTIVE JUROR 41:  JIM KENNY.
09:15AM 21         THE COURT:  JIM KENNY.  OKAY.  THANK YOU, MS. WATTS.
09:15AM 22         LET ME ASK YOU ALL, WE TYPICALLY DON'T ASK THIS,
09:16AM 23  BUT DO ANY OF YOU ALL KNOW EACH OTHER?  WE DON'T WANT TO HAVE TWO
09:16AM 24  PEOPLE ON THE JURY, SOMEBODY AND THEIR COUSIN OR SOMEBODY AND
09:16AM 25  THEIR BROTHER OR A NEPHEW OR SOMETHING LIKE THAT.

09:16AM 1          MR. WETZEL, NUMBER THREE?

09:16AM 2          PROSPECTIVE JUROR 3:  I'M FRIENDS WITH A COUPLE OF THEM.

09:16AM 3  I MEAN, THEY RECOGNIZE ME AND I RECOGNIZE THEM WHEN WE COME TO

09:16AM 4  COURT.

09:16AM 5          THE COURT:  FROM THE NEIGHBORHOOD?

09:16AM 6          JUROR THREE:  NO, WE WORK TOGETHER OR ARE IN THE SAME

09:16AM 7  BUSINESS.

09:16AM 8          THE COURT:  YES, YOU'VE GOT YOUR HAND UP.  NUMBER 18

09:16AM 9  WOULD BE MR. GUSTE.  YES.

09:16AM 10          PROSPECTIVE JUROR 18:  I KNOW MR. TOMMY LANE.  HE WAS

09:16AM 11  DOWNSTAIRS IN THE JURY ROOM.

09:16AM 12          THE COURT:  NUMBER 37, THAT WOULD BE MR. HYMEL AGAIN?

09:16AM 13          PROSPECTIVE JUROR 37:  HE AND I WORK TOGETHER, NUMBER

09:16AM 14  66.

09:16AM 15          THE COURT:  YOU KNOW NUMBER 66.  THAT WOULD BE

09:16AM 16  MR. BLANK.

09:16AM 17          OKAY.  AND MS. HATTIER?  EVERY TIME SOMEBODY RAISES

09:17AM 18  TWO, THAT MEANS THEY KNOW EACH OTHER.  AND YOU KNOW MS. BREWER?

09:17AM 19  ARE YOU ALL FRIENDS OR --

09:17AM 20          PROSPECTIVE JUROR 31:  FRIENDS.

09:17AM 21          THE COURT:  DOES ANYBODY ELSE HERE KNOW EACH OTHER IN

09:17AM 22  THE JURY POOL?  YES, SIR, NUMBER 44.  THAT WILL BE MR. GISCLAIR.

09:17AM 23          PROSPECTIVE JUROR 44:  I KNOW MR. NAQUIN.

09:17AM 24          THE COURT:  ALL RIGHT.  LET ME ASK THE ATTORNEYS AT THIS

09:17AM 25  TIME STARTING WITH PLAINTIFFS' COUNSEL, IF YOU ALL WOULD STAND

09:17AM 1  UP.  AGAIN, TELL THE JURY YOUR NAMES AND THE LAW FIRMS THAT YOU

09:17AM 2  ALL ARE WITH.

09:17AM 3      MR. WATTS:  YOUR HONOR, GOOD MORNING.  I'M MIKAL WATTS.

09:17AM 4  I'M WITH THE LAW FIRM OF WATTS, GUERRA & CRAFT.

09:17AM 5      MR. BUZBEE:  I'M TONY BUZBEE WITH THE BUZBEE LAW FIRM IN

09:17AM 6  DALLAS.

09:17AM 7      MR. HILLIARD:  GOOD MORNING.  I'M BOB HILLIARD AND MY

09:17AM 8  LAW FIRM IS CALLED, HILLIARD, MUNOZ & GUERRA.

09:18AM 9      MR. MEUNIER:  I'M JERRY MEUNIER WITH THE LAW FIRM OF

09:18AM 10 GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER IN NEW ORLEANS.

09:18AM 11     THE COURT:  LET'S GO WITH GULF STREAM COACH.

09:18AM 12     MR. WEINSTOCK:  ANDREW WEINSTOCK WITH DUPLASS, ZWAIN.

09:18AM 13     MR. SCANDURRO:  TIM SCANDURRO WITH THE FIRM SCANDURRO &

09:18AM 14 LAYRISSON.

09:18AM 15     MR. GLASS:  JOE GLASS WITH DUPLASS, ZWAIN.

09:18AM 16     MR. PENOT:  CHARLES PENOT WITH MIDDLEBERG, RIDDLE &

09:18AM 17 GIANNA.

09:18AM 18     MR. SHERBURNE:  RICHARD SHERBURNE WITH MIDDLEBERG,

09:18AM 19 RIDDLE & GIANNA.

09:18AM 20     MS. MALLETT:  SONIA MALLETT, MIDDLEBERG, RIDDLE &

09:18AM 21 GIANNA.

09:18AM 22     THE COURT:  DO ANY OF YOU ALL KNOW ANY OF THE THESE

09:18AM 23 ATTORNEYS OR THEIR LAW FIRMS?

09:18AM 24        YES, 64.  THAT WOULD BE MS. BLANCHARD.

09:18AM 25     PROSPECTIVE JUROR 64:  THE GENTLEMAN THAT WORKS FOR

09:18AM 1   MUNOZ, WHAT'S MUNOZ'S FIRST NAME?

09:18AM 2           MR. HILLIARD:  JACOB.

09:18AM 3           PROSPECTIVE JUROR 64:  IS HE LOCAL?

09:19AM 4           MR. HILLIARD:  NO.

09:19AM 5           PROSPECTIVE JUROR 64:  I KNEW A GENTLEMAN BY THAT NAME.

09:19AM 6   I WAS MAKING SURE.

09:19AM 7           THE COURT:  MR. GUSTE, 18.

09:19AM 8           PROSPECTIVE JUROR 18:  YES, YOUR HONOR, I DO KNOW

09:19AM 9   MR. MEUNIER VERY, VERY WELL AND I'M ALSO VERY FAMILIAR WITH THE

09:19AM 10  DUPLASS FIRM BECAUSE MY SON USED TO WORK FOR THEM BEFORE HE

09:19AM 11  DECIDED HE DIDN'T LIKE CIVIL LITIGATION.  BUT I DO KNOW

09:19AM 12  MR. MEUNIER VERY WELL.  WE'RE ACTUALLY FRIENDS.

09:19AM 13          THE COURT:  SURE.  THANK YOU, MR. GUSTE.

09:19AM 14              ANYBODY ELSE HAVE ANY FAMILIARITY WITH THESE

09:19AM 15  ATTORNEYS OR THEIR LAW FIRMS?

09:19AM 16              HAVE ANY OF YOU ALL SERVED AS A JUROR IN A CRIMINAL

09:19AM 17  OR CIVIL CASE OR A MEMBER OF A GRAND JURY EITHER IN FEDERAL OR

09:19AM 18  STATE COURT, JUST A SHOW OF HANDS OR PADDLES?  ANYBODY SIT ON A

09:19AM 19  JURY BEFORE?

09:19AM 20              LET'S START ON THE FRONT ROW HERE, I BELIEVE NUMBER

09:19AM 21  SEVEN, MR. NAQUIN, DID YOU INDICATE -- IF YOU WOULD, STAND UP

09:19AM 22  WHEN YOU ANSWER AND SHOW THE ATTORNEYS YOUR PADDLE.  MR. NAQUIN,

09:19AM 23  NUMBER SEVEN.  GO AHEAD.  TELL US WHERE THE JURY SERVICE WAS,

09:19AM 24  WHAT TYPE OF CASE, AND IF YOU RECALL WHAT THE VERDICT WAS AND HOW

09:20AM 25  LONG AGO.

09:20AM 1          PROSPECTIVE JUROR 7:  IT WAS HERE PROBABLY TEN YEARS

09:20AM 2 AGO, MAYBE.  I WAS AN ALTERNATE, SO I DON'T KNOW HOW IT TURNED

09:20AM 3 OUT.

09:20AM 4          THE COURT:  CIVIL OR CRIMINAL?

09:20AM 5          PROSPECTIVE JUROR 7:  CIVIL.

09:20AM 6          THE COURT:  YOU DID NOT DELIBERATE?

09:20AM 7          PROSPECTIVE JUROR 7:  NO.

09:20AM 8          THE COURT:  THANK YOU, MR. NAQUIN.

09:20AM 9          ANYBODY ELSE ON THE FRONT ROW?  ALL RIGHT.  LET'S

09:20AM 10 GO ON TO THE BACK ROW.  JUROR NUMBER TEN IS MR. DEMPSEY.

09:20AM 11         PROSPECTIVE JUROR 10:  YES, SIR.  I SERVED AS A JUROR ON

09:20AM 12 A CRIMINAL TRIAL IN ST. CHARLES PARISH.

09:20AM 13         THE COURT:  HOW LONG AGO?

09:20AM 14         PROSPECTIVE JUROR 10:  EIGHT YEARS AGO.  I'M NOT SURE.

09:20AM 15         THE COURT:  DO YOU KNOW WHAT THE RESULT WAS?

09:20AM 16         PROSPECTIVE JUROR 10:  WELL, IT WAS AN ARMED ROBBERY,

09:20AM 17 ATTEMPTED MURDER OR ATTEMPTED MANSLAUGHTER, AND IT WASN'T REALLY

09:20AM 18 WHETHER HE WAS GUILTY OR NOT, IT WAS WHETHER IT WAS INDUCED BY

09:20AM 19 COCAINE AND SO FORTH.  SO HE NEVER REALLY DEFENDED HIMSELF WITH

09:20AM 20 THE ARMED ROBBERY BECAUSE OF THE EVIDENCE THAT WAS THERE.  IT WAS

09:20AM 21 WHAT CAUSED IT.

09:20AM 22         THE COURT:  SO HE WAS FOUND GUILTY, YOU SAY?

09:21AM 23         PROSPECTIVE JUROR 10:  YES.

09:21AM 24         THE COURT:  THANK YOU.  LET'S SEE.  MR. VICKNAIR?

09:21AM 25         PROSPECTIVE JUROR 13:  I SERVED HERE.  IT WAS ABOUT SIX

09:21AM 1  TO TEN YEARS AGO.  IT WAS A CIVIL CASE.  AND IT WAS NOT GUILTY.

09:21AM 2       THE COURT:  A CIVIL CASE, THE DEFENDANT WAS NOT LIABLE

09:21AM 3  TO THE PLAINTIFF?  I APPRECIATE YOU SAYING THAT.  MAYBE I SHOULD

09:21AM 4  BE CLEAR.  IN A CIVIL CASE, A PLAINTIFF FILES AN ACTION IN COURT

09:21AM 5  WHERE A PLAINTIFF SEEKS TO ESTABLISH THE LIABILITY OF A DEFENDANT

09:21AM 6  AND TO BE COMPENSATED WITH SOME TYPE OF RELIEF, USUALLY SOME TYPE

09:21AM 7  OF MONETARY RELIEF.  IN A CRIMINAL CASE, THE GOVERNMENT; IN STATE

09:21AM 8  COURT, IT'S THE DISTRICT ATTORNEY'S OFFICE; IN FEDERAL COURT,

09:21AM 9  IT'S THE U.S. ATTORNEY'S OFFICE, FILES CHARGES, CRIMINAL CHARGES

09:21AM 10 AND THE DEFENDANT, IN THAT CASE, IS SEEKING TO BE FOUND NOT

09:21AM 11 GUILTY.

09:21AM 12      DOES EVERYBODY UNDERSTAND THE DIFFERENCE?  SO WHEN

09:21AM 13 YOU TELL ME THAT YOU SERVED ON THE JURY AND I ASK YOU WHETHER IT

09:22AM 14 WAS CIVIL OR CRIMINAL --

09:22AM 15      PROSPECTIVE JUROR 13:  I GUESS IT WAS CRIMINAL.  I MEAN,

09:22AM 16 WE FOUND THE COMPANY NOT GUILTY OF THE CHARGES.

09:22AM 17      THE COURT:  AS LAWYERS WE SAY "NOT LIABLE," BUT IN OTHER

09:22AM 18 WORDS, IT'S THE EQUIVALENT OF NOT GUILTY IN A CRIMINAL CASE.  DO

09:22AM 19 YOU UNDERSTAND THAT?

09:22AM 20      PROSPECTIVE JUROR 13:  YES.

09:22AM 21      THE COURT:  WHAT TYPE OF CASE WAS IT?

09:22AM 22      PROSPECTIVE JUROR 13:  I GUESS IT WAS A CIVIL CASE.

09:22AM 23      THE COURT:  NO, BUT I MEAN, WAS IT SOMEBODY CLAIMING AN

09:22AM 24 INJURY OR A CONTRACT CASE OR EMPLOYMENT?

09:22AM 25      PROSPECTIVE JUROR 13:  IT WAS SOMEBODY THAT HIT

09:22AM 1  SOMETHING IN A PARKING LOT AND WAS TRYING TO SUE THE OWNER OF THE

09:22AM 2  BUSINESS.

09:22AM 3          THE COURT:  I SEE.  THANK YOU, MR. VICKNAIR.

09:22AM 4          ANYBODY ELSE ON THE SECOND ROW?  YES, SIR.  NUMBER

09:22AM 5  14 WOULD BE MR. STRICKER.

09:22AM 6          PROSPECTIVE JUROR 14:  ABOUT 20 PLUS YEARS AGO, IN THIS

09:22AM 7  BUILDING, AND IT WAS PLAINTIFF VERSUS ST. TAMMANY PARISH

09:22AM 8  SHERIFF'S DEPARTMENT.  AND THE PLAINTIFF WAS SUING THE SHERIFF'S

09:22AM 9  DEPARTMENT FOR DAMAGES.  AND IT WAS RULED IN FAVOR OF THE

09:23AM 10 PLAINTIFF.

09:23AM 11         THE COURT:  IN FAVOR OF THE PLAINTIFF.  WAS IT LIKE A

09:23AM 12 POLICE BRUTALITY?

09:23AM 13         PROSPECTIVE JUROR 14:  YES.

09:23AM 14         THE COURT:  THANK YOU.

09:23AM 15         ANYONE ELSE IN THE JURY BOX?

09:23AM 16         ALL RIGHT.  THE FRONT ROW HERE IN THE COURTROOM,

09:23AM 17 NUMBER 17, THAT'S MR. DUPRE.

09:23AM 18         PROSPECTIVE JUROR 17:  I SERVED ON THE CRIMINAL ONE AND

09:23AM 19 HE PLED IT OUT AND SO WE DIDN'T GIVE A VERDICT OR ANYTHING.  IT

09:23AM 20 WAS, LIKE, 13 YEARS AGO.

09:23AM 21         THE COURT:  WHERE WAS THAT SERVICE?

09:23AM 22         PROSPECTIVE JUROR 17:  IN HOUMA.  AND I HAD ANOTHER ONE

09:23AM 23 IN HOUMA, IT WAS CIVIL AND I WAS AN ALTERNATE.

09:23AM 24         THE COURT:  YOU WERE AN ALTERNATE.  THANK YOU.

09:23AM 25         MR. GUSTE?

09:23AM 1           PROSPECTIVE JUROR 18:  YES, SIR, I WAS PICKED TO SERVE

09:23AM 2   ON A CRIMINAL JURY, THE SAME.  I DIDN'T ACTUALLY HAVE TO SERVE,

09:23AM 3   BUT WAS CHOSEN IN A CRIMINAL CASE.  IN CRIMINAL DISTRICT COURT.

09:23AM 4           THE COURT:  THANK YOU, MR. GUSTE.  NUMBER 19.  THAT

09:23AM 5   WOULD BE MS. BROWN.

09:23AM 6           PROSPECTIVE JUROR 19:  YES, SIR.  I SERVED IN A CRIMINAL

09:23AM 7   CASE IN TERREBONNE PARISH ABOUT 17 YEARS AGO.

09:24AM 8           THE COURT:  WHAT TYPE OF CASE?

09:24AM 9           PROSPECTIVE JUROR 19:  IT WAS A CASE WHERE A PRIEST

09:24AM 10  MOLESTED AN ALTAR BOY.

09:24AM 11          THE COURT:  AND WHAT WAS THE RESULT, THE JURY VERDICT?

09:24AM 12          PROSPECTIVE JUROR 19:  GUILTY.

09:24AM 13          THE COURT:  GUILTY.  ALL RIGHT.

09:24AM 14          ANYBODY ELSE ON THE FRONT ROW OF THE COURTROOM?

09:24AM 15          LET'S GO ONTO THE SECOND ROW.  THE ROW RIGHT BEHIND

09:24AM 16  THE PARTITION THERE.  NUMBER 24.  THAT WOULD BE MS. ROHNER?

09:24AM 17          PROSPECTIVE JUROR 24:  YES, I SERVED IN CIVIL DUTY HERE

09:24AM 18  IN THIS BUILDING ABOUT 15 YEARS AGO.  IT WAS A MARITIME SUIT AND

09:24AM 19  WE DIDN'T HEAR EXACTLY WHAT HE WANTED.

09:24AM 20          THE COURT:  SAY THE LAST PART AGAIN.

09:24AM 21          PROSPECTIVE JUROR 24:  HE WASN'T GIVEN EXACTLY WHAT HE

09:24AM 22  WANTED.

09:24AM 23          THE COURT:  THE PLAINTIFF WAS NOT GIVEN EXACTLY WHAT HE

09:24AM 24  WANTED?  BUT THERE WAS A JUDGMENT IN FAVOR OF THE PLAINTIFF?  OR

09:24AM 25  WAS THE PLAINTIFF NOT AWARDED ANYTHING?

09:24AM 1          PROSPECTIVE JUROR 24:  HE WAS AWARDED SOMETHING.  BUT IT

09:24AM 2   WAS NOT COMPLETELY WHAT HE WANTED.

09:24AM 3          THE COURT:  THANK YOU.  ANYBODY ELSE ON THAT ROW?

09:24AM 4              NUMBER 30 WOULD BE MR. REED.

09:25AM 5          PROSPECTIVE JUROR 30:  YES, YOUR HONOR.  I SERVED ONCE,

09:25AM 6   FEDERAL COURT; TWICE, ST. TAMMANY PARISH.  FEDERAL COURT WAS

09:25AM 7   APPROXIMATELY SIX OR EIGHT YEARS AGO.  IT WAS AN INJURY CASE,

09:25AM 8   NOMINAL, NOMINAL -- WHAT'S THE RIGHT WORD -- WAS AWARDED.

09:25AM 9          THE COURT:  NOMINAL DAMAGES?

09:25AM 10         PROSPECTIVE JUROR 30:  YES, SIR.  ST. TAMMANY PARISH WAS

09:25AM 11  AN AGGRAVATED RAPE CASE AND THE PERSON WAS FOUND GUILTY.

09:25AM 12         THE COURT:  OKAY.  ANYBODY ELSE ON THAT ROW?  THE ROW

09:25AM 13  RIGHT BEHIND?

09:25AM 14             NEXT ROW.  LET'S GO TO NUMBER 44.  I THINK THAT

09:25AM 15  WOULD BE MR. GISCLAIR.

09:25AM 16         PROSPECTIVE JUROR 44:  YES, SIR.  I SERVED IN A CRIMINAL

09:25AM 17  TRIAL IN ASSUMPTION PARISH AS AN ALTERNATE ON THE DRUG

09:25AM 18  DISTRIBUTION CASE.

09:25AM 19         THE COURT:  YOU WERE NOT CALLED UPON TO DELIBERATE AS AN

09:25AM 20  ALTERNATE?

09:25AM 21         PROSPECTIVE JUROR 44:  NO, I WAS RELEASED.

09:26AM 22         THE COURT:  HOW LONG AGO WAS THAT?

09:26AM 23         PROSPECTIVE JUROR 44:  BACK IN '91, 92.

09:26AM 24         THE COURT:  LET'S SEE.  NUMBER 45 IS MR. KIRZNER?

09:26AM 25         PROSPECTIVE JUROR 45:  YES, I SERVED ON A CIVIL CASE IN

09:26AM  1   JEFFERSON PARISH ABOUT 15, 20 YEARS AGO WITH -- THE PLAINTIFF WAS

09:26AM  2   SUING.  SUPPOSEDLY FELL AND HURT HIMSELF AND HE WAS -- IT WAS IN

09:26AM  3   FAVOR OF THE DEFENDANT WHERE HE WAS NOT AWARDED ANY FEES.

09:26AM  4         THE COURT:  ALL RIGHT.  NUMBER 47 IS MS. BARRE?

09:26AM  5         PROSPECTIVE JUROR 47:  YES, SIR.  I SERVED ON A PERSONAL

09:26AM  6   INJURY SUIT AT THE JDC AND THEY SETTLED BEFORE WE GOT TO

09:26AM  7   DELIBERATE.

09:26AM  8         THE COURT:  THANK YOU.  NUMBER 48, THAT WOULD BE

09:26AM  9   MS. MCGRUDER?

09:26AM 10         PROSPECTIVE JUROR 48:  YES, I'VE SERVED ON THREE

09:26AM 11   CRIMINAL CASES, A FIRST-DEGREE MURDER TRIAL, MANSLAUGHTER AND A

09:26AM 12   DRUG TRIAL, AND I ALSO SERVED IN CIVIL COURT WITH THE PLAINTIFF

09:26AM 13   SUING THE STATE FOR A TRAFFIC ACCIDENT.

09:27AM 14         THE COURT:  DO YOU RECALL THE RESULTS OF THOSE TRIALS

09:27AM 15   THAT YOU PARTICIPATED IN?

09:27AM 16         PROSPECTIVE JUROR 48:  THE FIRST-DEGREE MURDER TRIAL, WE

09:27AM 17   WERE SEQUESTERED AND WE FOUND HIM GUILTY OF SECOND-DEGREE MURDER;

09:27AM 18   MANSLAUGHTER, WAS FOUND GUILTY; OF DRUG TRAFFICKING, WAS FOUND

09:27AM 19   GUILTY; AND CIVIL COURT, THE PLAINTIFF WASN'T REWARDED ANYTHING.

09:27AM 20         THE COURT:  THANK YOU, MS. MCGRUDER.

09:27AM 21         ANYONE ELSE ON THAT ROW WHERE MS. MCGRUDER IS?

09:27AM 22         LET'S GO TO THE ROW BEHIND THAT.  NUMBER 58, THAT

09:27AM 23   WOULD BE MR. SMITH.

09:27AM 24         PROSPECTIVE JUROR 58:  YES, SIR.  I DIDN'T SERVE AS AN

09:27AM 25   ACTUAL JUROR.  I WAS AN ALTERNATE FOR A STABBING CASE JUST BEFORE

09:27AM 1  THE HURRICANE IN CRIMINAL DISTRICT COURT AND I WASN'T PRIVILEGED

09:27AM 2  TO HEAR THE VERDICT AND I HAD THE CHANCE TO.  AS NOW, JUST LIKE

09:27AM 3  THEN, MY MIND IS ALREADY MADE UP.

09:28AM 4       THE COURT:  ANYBODY ELSE ON THE ROW WHERE MR. SMITH IS?

09:28AM 5           ON THE LAST ROW, IS THERE ANOTHER ROW BEHIND

09:28AM 6  MR. SMITH?

09:28AM 7           NUMBER 65, THAT WOULD BE MS. DESEAMUS.

09:28AM 8       PROSPECTIVE JUROR 65:  YES, I WAS ON A JEFFERSON PARISH

09:28AM 9  CRIMINAL CASE, ARSON, ABOUT 20 YEARS AGO, WE FOUND HIM NOT

09:28AM 10 GUILTY.

09:28AM 11      THE COURT:  THANK YOU.  ANYBODY ELSE ON THAT ROW?

09:28AM 12 NUMBER 67 WOULD BE MS. TURNIPSEED.

09:28AM 13      PROSPECTIVE JUROR 67:  I SERVED ON A CRIMINAL JURY IN

09:28AM 14 JEFFERSON PARISH.  IT WAS ABOUT, LIKE, MAYBE FIVE OR SIX YEARS

09:28AM 15 AGO.  IT WAS RAPE.  THE VERDICT WAS GUILTY.

09:28AM 16      THE COURT:  ANYBODY ELSE?  NUMBER 30.  THAT, AGAIN,

09:28AM 17 WOULD BE MR. REED.

09:28AM 18      PROSPECTIVE JUROR 30:  YES, YOUR HONOR.  I'M SORRY, THE

09:28AM 19 SECOND CASE THAT I SERVED ON IN ST. TAMMANY PARISH WAS AN AUTO

09:28AM 20 ACCIDENT INJURY CASE, AGAIN NOMINAL COMPENSATION WAS AWARDED.

09:29AM 21      THE COURT:  THANK YOU, MR. REED.

09:29AM 22           HAVE ANY OF YOU ALL PARTICIPATED IN A LAWSUIT AS A

09:29AM 23 PARTY, MEANING AS A PLAINTIFF OR DEFENDANT OR AS A WITNESS OR IN

09:29AM 24 SOME OTHER CAPACITY?  LISTEN CAREFULLY.  HAVE YOU EVER

09:29AM 25 PARTICIPATED IN A LAWSUIT AS A PARTY, MEANING PLAINTIFF OR A

09:29AM 1  DEFENDANT OR AS A WITNESS IN A LAWSUIT OR IN SOME OTHER CAPACITY?

09:29AM 2  WHEN I SAY THAT, I MEAN, IF YOU HAVE WORKED AT A LAW FIRM OR

09:29AM 3  SOMETHING OF THAT NATURE, WHERE YOU PARTICIPATED IN A LAWSUIT,

09:29AM 4  NOT AS AN OBSERVER WHO CAME TO COURT, HAVE YOU PARTICIPATED IN

09:29AM 5  THE LAWSUIT?

09:29AM 6          NUMBER THREE.  THAT, AGAIN, IS MR. WETZEL.

09:29AM 7          PROSPECTIVE JUROR 3:  YES, YOUR HONOR.  I HAVE ABOUT

09:29AM 8  FOUR LAWSUITS GOING RIGHT NOW WHERE I'M THE -- NOT THE DEFENDANT,

09:29AM 9  THE PLAINTIFF.

09:29AM 10          THE COURT:  YOU'RE THE PLAINTIFF?

09:30AM 11          PROSPECTIVE JUROR 3:  I'VE ALSO -- LET ME SAY I'VE HAD A

09:30AM 12  COUPLE OF OTHERS THAT HAVE GONE TO COURT, AND I'VE WON ONE AND

09:30AM 13  LOST ONE.

09:30AM 14          THE COURT:  AND WHAT ARE THE NATURE OF THOSE LAWSUITS?

09:30AM 15  IS IT SOMETHING RELATED TO YOUR BUSINESS, OR IS IT SOMETHING THAT

09:30AM 16  YOU --

09:30AM 17          PROSPECTIVE JUROR 3:  IT'S RELATED -- WELL, IT'S RELATED

09:30AM 18  TO MY BUSINESS, BUT IT'S JUST -- WELL, I'M SURE YOU DON'T --

09:30AM 19          THE COURT:  CAN YOU DESCRIBE THEM GENERALLY?

09:30AM 20          PROSPECTIVE JUROR 3:  I CAN JUST SAY IT'S -- I DON'T

09:30AM 21  KNOW HOW TO EXPLAIN IT WITHOUT MAYBE GETTING IN TROUBLE, BUT I

09:30AM 22  JUST THINK IT'S FRIVOLOUS LAWSUITS THAT WE HAVE.

09:30AM 23          THE COURT:  YOU'RE A DEFENDANT IN THOSE LAWSUITS?

09:30AM 24          PROSPECTIVE JUROR 3:  I'M A DEFENDANT.

09:30AM 25          THE COURT:  SO CERTAIN PERSONS HAVE FILED A LAWSUIT

09:30AM   1    AGAINST YOU?

09:30AM   2             PROSPECTIVE JUROR 3:  RIGHT, FOR JUST OUT OF THE BLUE.

09:30AM   3             THE COURT:  ARISING OUT OF YOUR BUSINESS.  AND WHAT

09:30AM   4    BUSINESS ARE YOU IN?  WE NEED EVERYBODY TO SAY THAT, BUT GO

09:30AM   5    AHEAD.

09:30AM   6             PROSPECTIVE JUROR 3:  I OWN BIG EASY LIMOS IN KENNER,

09:30AM   7    LOUISIANA.

09:30AM   8             THE COURT:  I SEE.  OKAY.

09:30AM   9             PROSPECTIVE JUROR 3:  SO RIGHT NOW I HAVE FOUR GOING.

09:30AM  10             THE COURT:  AND TWO OF THEM HAVE GONE TO TRIAL?

09:30AM  11             PROSPECTIVE JUROR 3:  NO, NO.  THAT'S -- THE OTHER TWO

09:30AM  12    WERE GONE YEARS AGO, A COUPLE YEARS AGO.

09:30AM  13             THE COURT:  SO RIGHT NOW -- IS IT YOU OR YOUR COMPANY?

09:30AM  14             PROSPECTIVE JUROR 3:  I'M STILL -- HUH?

09:30AM  15             THE COURT:  YOU OR YOUR COMPANY?

09:30AM  16             PROSPECTIVE JUROR 3:  WELL, I'M THE PRESIDENT AND OWNER.

09:30AM  17    SO IT'S MY COMPANY BEING SUED, NOT ME PERSONALLY.

09:30AM  18             THE COURT:  RIGHT, RIGHT.  I UNDERSTAND.

09:30AM  19             PROSPECTIVE JUROR 3:  RIGHT.  IT'S AUTOMOBILE RELATED.

09:31AM  20             THE COURT:  THANK YOU.  ANYBODY ELSE ON THE FRONT ROW?

09:31AM  21             SECOND ROW IN THE JURY BOX?  YES, NUMBER 12 WOULD

09:31AM  22    BE MISS AUCOIN.

09:31AM  23             PROSPECTIVE JUROR 12:  YES.  I HAVE SUED AN EMPLOYER.

09:31AM  24             THE COURT:  YOU'VE SUED A FORMER EMPLOYER OF YOURS?

09:31AM  25             PROSPECTIVE JUROR 12:  UNLAWFUL TERMINATION.

09:31AM 1          THE COURT:  UNLAWFUL TERMINATION.  HOW LONG AGO WAS

09:31AM 2  THAT?

09:31AM 3          PROSPECTIVE JUROR 12:  ABOUT 15 YEARS.

09:31AM 4          THE COURT:  DID YOU GO TO TRIAL ON THAT?

09:31AM 5          PROSPECTIVE JUROR 12:  NO, WE SETTLED OUT OF COURT.

09:31AM 6          THE COURT:  YOU SETTLED IT.  OKAY.  ALL RIGHT.  THANK

09:31AM 7  YOU.

09:31AM 8              AND NUMBER 14 WOULD BE MR. STRICKER?

09:31AM 9          PROSPECTIVE JUROR 14:  ABOUT -- I GUESS ABOUT A YEAR AND

09:31AM 10 A HALF AGO, OUR CONTRACTOR POST-KATRINA DECIDED HE WANTED TO FILE

09:31AM 11 A LAWSUIT, SO I SECURED DEFENSE, BUT IT'S JUST SITTING THERE.

09:31AM 12 NOTHING IS HAPPENING.

09:31AM 13         THE COURT:  SO LET ME TRY AND UNDERSTAND IT.  RELATING

09:31AM 14 TO SOME CONTRACTOR'S WORK AFTER KATRINA, YOU PERSONALLY?

09:31AM 15         PROSPECTIVE JUROR 14:  CORRECT.

09:31AM 16         THE COURT:  YOUR HOME?

09:31AM 17         PROSPECTIVE JUROR 14:  YES, SIR.

09:31AM 18         THE COURT:  YOU FILED AN ACTION AGAINST A CONTRACTOR; DO

09:31AM 19 I UNDERSTAND CORRECTLY?

09:32AM 20         PROSPECTIVE JUROR 14:  HE FILED -- HE SERVED ME, AND I

09:32AM 21 SECURED DEFENSE.  SO THAT'S AS FAR AS IT'S GONE.

09:32AM 22         THE COURT:  ALL RIGHT.  THANK YOU, MR. STRICKER.

09:32AM 23             MR. PIERCE, DID YOU HAVE YOUR PADDLE UP?

09:32AM 24         PROSPECTIVE JUROR 15:  YES.  I WAS A WITNESS IN MARCH IN

09:32AM 25 A CASE, A LOCAL CASE, JEFFERSON PARISH, WHICH TWO BROTHERS WERE

09:32AM  1   SUING EACH OTHER OVER A BUSINESS ENTITY.

09:32AM  2        THE COURT:  AND YOU SERVED AS A WITNESS AT THAT TRIAL?

09:32AM  3        PROSPECTIVE JUROR 15:  I WAS PROBABLY ONE OF THE MAIN

09:32AM  4   KEY WITNESSES TO IT.

09:32AM  5        THE COURT:  AND THAT WENT TO TRIAL; YOU TESTIFIED IN

09:32AM  6   COURT?

09:32AM  7        PROSPECTIVE JUROR 15:  YES, SIR.

09:32AM  8        THE COURT:  WHAT WAS THE NATURE OF THEIR -- IT HAD TO DO

09:32AM  9   WITH THE DISSOLUTION OF A BUSINESS?

09:32AM 10        PROSPECTIVE JUROR 15:  NO, SIR.  TWO BROTHERS ACTUALLY

09:32AM 11   STARTED UP A LIMOUSINE BUSINESS.  AND AFTER A WHILE, ONE PAIRED

09:32AM 12   OFF, AND THEY WERE TRYING TO GET THE LIKENESS APART OF EACH

09:32AM 13   OTHER.

09:32AM 14        THE COURT:  IT WASN'T MR. WETZEL?

09:32AM 15        PROSPECTIVE JUROR 15:  NO.  I DO KNOW HIM, THOUGH.

09:32AM 16        PROSPECTIVE JUROR 3:  NOT YET.

09:33AM 17        PROSPECTIVE JUROR 15:  WE ARE IN THAT SAME GENERAL

09:33AM 18   THING.

09:33AM 19        THE COURT:  THANK YOU, MR. PIERCE.

09:33AM 20            ON THE FRONT ROW -- LET'S SEE, BEFORE WE GO TO THE

09:33AM 21   FRONT ROW, I SEE MS. HOOFKIN HAS GOT HER PADDLE UP.

09:33AM 22        PROSPECTIVE JUROR 16:  I WAS INJURED AT WORK, AND MY

09:33AM 23   TRIAL IS IN JANUARY.

09:33AM 24        THE COURT:  IT'S COMING UP IN JANUARY, OR YOU ALREADY

09:33AM 25   HAD A TRIAL IN JANUARY?

09:33AM 1          PROSPECTIVE JUROR 16:  IT'S COMING UP IN JANUARY.

09:33AM 2          THE COURT:  AND YOU SUED BECAUSE OF AN INJURY AT WORK?

09:33AM 3          PROSPECTIVE JUROR 16:  UH-HUH (AFFIRMATIVE RESPONSE).

09:33AM 4          THE COURT:  AND WHO IS THE DEFENDANT IN THAT SUIT?

09:33AM 5          PROSPECTIVE JUROR 16:  THE HARTFORD.

09:33AM 6          THE COURT:  THE HARTFORD.  AND IT'S FOR LIKE A SLIP AND

09:33AM 7  FALL TYPE OF INJURY OR SOME OTHER --

09:33AM 8          PROSPECTIVE JUROR 16:  I FELL THE DAY IT SNOWED.

09:33AM 9          THE COURT:  THANK YOU.

09:33AM 10          ON THE FRONT ROW OF THE COURTROOM HERE, MR. GUSTE.

09:33AM 11          PROSPECTIVE JUROR 18:  YOUR HONOR, THE -- I'VE SPENT THE

09:33AM 12  GREATER PART OF MY CAREER REPRESENTING PLAINTIFFS IN VARIOUS

09:33AM 13  TYPES OF PERSONAL INJURY LITIGATION, SO I GUESS THAT I'VE BEEN

09:34AM 14  INVOLVED IN, I DON'T KNOW, A THOUSAND LAWSUITS IN THAT CAPACITY.

09:34AM 15          BUT ALSO, YOU KNOW, I'VE BEEN -- I'VE REPRESENTED

09:34AM 16  THE PLAINTIFF IN -- OVER 20-PLUS YEARS AGO IN A MOTORCYCLE

09:34AM 17  ACCIDENT WHEN I WAS INVOLVED WITH MOTORCYCLES.  MAKE IT 30 YEARS.

09:34AM 18  BUT I'VE ALSO HAD SUITS AGAINST, YOU KNOW, MY CONTRACTORS -- I

09:34AM 19  MEAN, MY HOMEOWNERS INSURER FOR VARIOUS APARTMENTS THAT I OWN.

09:34AM 20  I'VE BEEN SUED IN CONNECTION WITH ACCIDENTS THAT MY CHILDREN GOT

09:34AM 21  IN.  I'VE BEEN SUED OVER THE APARTMENTS.  SO THE ANSWER TO THE

09:34AM 22  QUESTION IS, YES, I'VE BEEN.

09:34AM 23          THE COURT:  THANK YOU, MR. GUSTE.

09:34AM 24          19 IS MS. BROWN.

09:34AM 25          PROSPECTIVE JUROR 19:  YES, YOUR HONOR.  I WORKED FOR A

09:34AM 1   COMPANY 28 YEARS AGO THAT MY LEFT HAND GOT CAUGHT IN A MEAT

09:34AM 2   GRINDER, AND I SUED THEIR INSURANCE COMPANY.  AND WE WOUND UP

09:34AM 3   SETTLING OUT OF COURT.

09:34AM 4           THE COURT:  MR. SMALLWOOD, NUMBER 21.

09:34AM 5           PROSPECTIVE JUROR 21:  GOOD MORNING, EVERYONE.  TWENTY

09:35AM 6   YEARS AGO, WE HAD A FIRE IN OUR HOUSE HERE IN NEW ORLEANS.  AND

09:35AM 7   OUR INSURANCE COMPANY, CNA, PAID A CLAIM TO REPAIR THE DAMAGES.

09:35AM 8   AND WE DID, IF I REMEMBER THE TERM RIGHT, SUBROGATED THE CASE

09:35AM 9   AGAINST THE PLUMBER, WHO HAD REPAIRED THE GAS LINE A FEW DAYS

09:35AM 10  BEFORE THE FIRE.

09:35AM 11          THE COURT:  THANK YOU, MR. SMALLWOOD.

09:35AM 12              ANYBODY ELSE ON THE FRONT ROW?  NEXT ROW?  YES.

09:35AM 13  NUMBER 30, THAT WOULD BE MR. REED.

09:35AM 14          PROSPECTIVE JUROR 30:  YES, YOUR HONOR.  I WAS A

09:35AM 15  PLAINTIFF IN AN AGE DISCRIMINATION SUIT, SETTLED OUT OF COURT.

09:35AM 16          THE COURT:  HOW LONG AGO WAS THAT?

09:35AM 17          PROSPECTIVE JUROR 30:  APPROXIMATELY 15 YEARS AGO, SIR.

09:35AM 18          THE COURT:  ALL RIGHT.  THANK YOU, MR. REED.

09:35AM 19              ANYBODY ELSE ON MR. REED'S ROW?  NUMBER 26 IS

09:35AM 20  MR. BACCHUS.

09:35AM 21          PROSPECTIVE JUROR 26:  TWO YEARS AGO, A DEFENDANT IN A

09:35AM 22  CASE THAT HAD WENT TO TRIAL HERE WITH MY COMPANY, BUT WE'RE

09:35AM 23  BASICALLY STILL FIGHTING THAT RIGHT NOW.

09:36AM 24          THE COURT:  OKAY.  MS. WATTS, YOU ALSO HAD YOUR PADDLE

09:36AM 25  SHOWN.

09:36AM 1          PROSPECTIVE JUROR 27:  OVER 20 YEARS AGO, MY HUSBAND AND

09:36AM 2  I FILED SUIT.  HE WAS A PEDESTRIAN HIT BY A CAR, BUT IT DID

09:36AM 3  NOT -- IT SETTLED OUT OF COURT.

09:36AM 4          THE COURT:  ANYBODY ELSE ON THAT ROW?  LET'S GO TO THE

09:36AM 5  ROW BEHIND THAT.

09:36AM 6          YES, NUMBER 36.  THAT WOULD BE MR. SALTER.

09:36AM 7          PROSPECTIVE JUROR 36:  YES, SIR.  I WAS A PLAINTIFF IN A

09:36AM 8  PERSONAL INJURY LAWSUIT IN '86, AND IT WAS SETTLED OUT OF COURT.

09:36AM 9          THE COURT:  WHAT TYPE OF SUIT?  WAS IT AN AUTO ACCIDENT?

09:36AM 10         PROSPECTIVE JUROR 36:  YES, SIR.

09:36AM 11         THE COURT:  ANYONE ELSE?  NUMBER 38 IS MR. MILLER.

09:36AM 12         PROSPECTIVE JUROR 38:  THE COMPANY I WORKED FOR, I WAS

09:36AM 13 THE MANAGER ON DUTY, AND WE'RE HAVING TO GO TO TRIAL ON A

09:36AM 14 PERSONAL INJURY WORKMEN'S COMP LAWSUIT.

09:36AM 15         THE COURT:  ANYONE ELSE IN THAT ROW?  THE ROW BEHIND

09:36AM 16 THAT?

09:36AM 17         NUMBER 42, AND THAT WOULD BE MR. NORDGREN.

09:36AM 18         PROSPECTIVE JUROR 42:  YES, SIR, YOUR HONOR.  I WAS

09:36AM 19 INVOLVED IN AN AUTOMOBILE ACCIDENT, ACTUALLY THE VICTIM, AND

09:37AM 20 SETTLED OUT OF COURT.

09:37AM 21         THE COURT:  HOW LONG AGO WAS THAT?

09:37AM 22         PROSPECTIVE JUROR 42:  '99.

09:37AM 23         THE COURT:  OKAY.  ABOUT TEN YEARS AGO.  ALL RIGHT.

09:37AM 24         OTHERS ON THAT -- LET'S SEE, NUMBER 45.  THAT WOULD

09:37AM 25 BE MR. KIRZNER.

09:37AM 1    PROSPECTIVE JUROR 45:  YES, I WAS INVOLVED IN A -- I GOT

09:37AM 2    INJURED ON THE JOB MAYBE ABOUT 30 YEARS AGO, AND IT WAS SETTLED

09:37AM 3    OUT OF COURT.

09:37AM 4        AND THEN, ABOUT 25 YEARS AGO, WE WERE DEFENDANTS.

09:37AM 5    MY FAMILY OWNS A PIECE OF PROPERTY THAT THE TENANT SUPPOSEDLY WAS

09:37AM 6    INJURED, AND I BELIEVE IT WAS SETTLED OUT OF COURT.

09:37AM 7        THE COURT:  ALL RIGHT.  47 IS MS. BARRÉ.

09:37AM 8        PROSPECTIVE JUROR 47:  YES.  IN 1986, I WAS INVOLVED IN

09:37AM 9    A PERSONAL INJURY WITH FOUR MEMBERS OF MY FAMILY.  I SETTLED FOR

09:37AM 10   DAMAGES.

09:37AM 11       IN 1990, I WAS A DEFENDANT IN A PERSONAL INJURY.

09:37AM 12   WE SETTLED OUT OF COURT.  AND I ALSO SERVED AS A MINUTE CLERK IN

09:37AM 13   JDC FOR 12 YEARS, AND I'VE SERVED ON A CIVIL GRAND JURY.

09:37AM 14       THE COURT:  THANK YOU, MS. BARRÉ.

09:38AM 15       ANYONE ELSE ON THAT ROW?  LET'S GO TO THE ROW

09:38AM 16   BEHIND THAT, THEN.  NUMBER 53 WOULD BE MS. SHELVIN.

09:38AM 17       PROSPECTIVE JUROR 53:  YES.  I WAS A PLAINTIFF IN AN

09:38AM 18   AUTO INJURY CASE IN MARCH OF 2008.  SETTLED OUT OF COURT.

09:38AM 19       THE COURT:  ALL RIGHT.  LET'S SEE, WHO ELSE ON THAT ROW?

09:38AM 20   NUMBER 55, I SEE.  THAT'S MS. STEFFY.

09:38AM 21       PROSPECTIVE JUROR 55:  YEAH.  LIFE INSURANCE OVER THE

09:38AM 22   SUICIDE OF MY HUSBAND.  TWO AUTO ACCIDENTS, ONE BY A TEENAGER,

09:38AM 23   ONE BY A DRUNK DRIVER.  AND --

09:38AM 24       THE COURT:  NOW, THE TWO AUTO ACCIDENTS, YOU WERE THE

09:38AM 25   PLAINTIFF ON?

09:38AM 1          PROSPECTIVE JUROR 55:  YES, THEY HIT ME.

09:38AM 2          THE COURT:  OKAY.

09:38AM 3          PROSPECTIVE JUROR 55:  AND MY HOMEOWNERS INSURANCE FOR

09:38AM 4 KATRINA AND MY CONTRACTOR FOR KATRINA.  EVERYTHING SETTLED OUT OF

09:38AM 5 COURT WITH THE EXCEPTION OF THE CONTRACTOR IS STILL PENDING.

09:38AM 6          THE COURT:  THANK YOU, MS. STEFFY.

09:38AM 7          ANYONE ELSE ON THAT ROW?  56 IS MS. LESSARD.

09:39AM 8          PROSPECTIVE JUROR 56:  YES, SIR.  IN 1980, WE WAS IN A

09:39AM 9 CAR ACCIDENT WHEN MY OLDEST SON WAS KILLED IN THAT ACCIDENT, AND

09:39AM 10 IT WAS SETTLED OUT OF COURT.

09:39AM 11          THE COURT:  THANK YOU, MRS. LESSARD.  58, THAT WOULD BE

09:39AM 12 MR. SMITH.

09:39AM 13          PROSPECTIVE JUROR 58:  TWO THAT I CAN RECALL,

09:39AM 14 YOUR HONOR.  ONE WHEN I WAS IN HIGH SCHOOL, I WAS HIT BY A CAR,

09:39AM 15 AND WE SUED THE DRIVER, THEIR INSURANCE AND ST. JAMES PARISH

09:39AM 16 SCHOOL BOARD.  AND MY WIFE WHEN SHE WAS CARRYING OUR FIRST CHILD

09:39AM 17 WAS INVOLVED IN AN AUTO ACCIDENT, AND --

09:39AM 18          THE COURT:  THANK YOU, MR. SMITH.

09:39AM 19          ANYONE ELSE ON THAT ROW?  LET'S TO GO THE LAST ROW.

09:39AM 20 NUMBER 64, THAT WOULD BE MS. BLANCHARD.

09:39AM 21          PROSPECTIVE JUROR 64:  MY COMPANY THAT I WORK FOR, MY

09:39AM 22 BOSS IS AN EXPERT IN OYSTER ECOLOGY.  HE DOES A LOT OF WORK WITH

09:40AM 23 THE FRESHWATER DIVERSION PROJECTS AND NUMEROUS OYSTER FISHERMEN.

09:40AM 24 AND PERSONALLY, I HAD A SMALL CLAIMS, MY HUSBAND AND I, AGAINST

09:40AM 25 FRIENDS OF OURS, AND IT WAS SETTLED.

09:40AM  1        THE COURT:  ANYONE ELSE ON THAT ROW?  LET'S SEE, NUMBER

09:40AM  2   68, THAT WOULD BE MR. DAVID, OR DAVID IF I'M MISPRONOUNCING YOUR

09:40AM  3   NAME.

09:40AM  4        PROSPECTIVE JUROR 68:  IN 1986, PERSONAL INJURY AUTO

09:40AM  5   ACCIDENT, PLAINTIFF, SETTLED OUT OF COURT.

09:40AM  6        THE COURT:  DOES ANYBODY ELSE HAVE ANY EXPERIENCE AS A

09:40AM  7   PARTY OR AS A WITNESS IN LITIGATION?

09:40AM  8        I'M GOING TO READ TO YOU A LIST NOW OF EXPECTED

09:40AM  9   WITNESSES AT THIS TRIAL.  NOW, THIS LIST, SOME OF THE NAMES I'M

09:40AM 10   GOING TO READ TO YOU ARE PEOPLE WHO MAY BE WITNESSES, BUT THE

09:40AM 11   ATTORNEYS MAY DURING THE COURSE OF THE TRIAL DECIDE NOT TO CALL

09:40AM 12   THESE PEOPLE AS WITNESSES.  BUT, RIGHT NOW, I WANT TO FIND OUT IF

09:40AM 13   ANY OF YOU ALL KNOW ANYONE ON THE WITNESS LIST FOR THIS TRIAL.

09:40AM 14   SO I'M GOING TO READ TO YOU A LIST OF NAMES.  I WILL SPELL THE

09:41AM 15   NAME IF IT'S NOT READILY APPARENT.  IF IT'S NOT A COMMON NAME, I

09:41AM 16   WILL SPELL THE NAME.  AND IF YOU KNOW ANY OF THESE PEOPLE, MAKE A

09:41AM 17   MENTAL NOTE OF IT BECAUSE WHEN I FINISH READING THE LIST, I WILL

09:41AM 18   ASK YOU IF YOU KNOW ANYBODY.

09:41AM 19        LEONARD C. QUICK; DAMION SERAUSKAS,

09:41AM 20   S-E-R-A-U-S-K-A-S, DAMION SERAUSKAS; GRAHAM ALLEN; H. JAMES

09:41AM 21   WEDNER, W-E-D-N-E-R; MEGAN A. CIOTA, C-I-O-T-A; NATHAN T. DORRIS,

09:41AM 22   D-O-R-R-I-S; PHILLIP COLE, C-O-L-E; WILLIAM L. DYSON; ROBERT

09:41AM 23   JAMES; JESSICA HERTZSTEIN, JANET BARNES; LEE BRANSCOME,

09:41AM 24   B-R-A-N-S-C-O-M-E; GARY BUNZER, B-U-N-Z-E-R; MARY C. DEVANY,

09:42AM 25   D-E-V-A-N-Y; PAUL HEWETT; REGAN JOHNSON; MARCO KALTOFEN,

09:42AM 1   K-A-L-T-O-F-E-N; JAMES P. KORNBERG, KORNBERG WITH A K; PAUL
09:42AM 2   LAGRANGE; GERALD MCGWIN, M-C-G-W-I-N; PATRICIA WILLIAMS; ALEXIS
09:42AM 3   MALLET, M-A-L-L-E-T, JR.; STEPHEN SMULSKI, S-M-U-L-S-K-I; EDDIE
09:42AM 4   ABBOTT; ALANA ALEXANDER; ERICA ALEXANDER; HEATH ALLEN; TRAVIS
09:42AM 5   ALLEN; SCOTT BAILEY; ANGELA BAKSH, B-A-K-S-H.  I HOPE I'M
09:42AM 6   PRONOUNCING THESE CORRECTLY.  I'LL SPELL THEM IF THERE'S A
09:42AM 7   PROBLEM.  TERRENCE BLANCHARD; JAMES -- I'M SORRY, IT'S LISTED AS
09:42AM 8   TERRY BLANCHARD; JAMES R. BROWN; CHRISTOPHER COOPER; ALAN DAVIS;
09:43AM 9   CHRIS DEROSA, IT'S D-E-R-O-S-A; ROBERT DUCKWORTH; DWIGHT DURHAM;
09:43AM 10  LINDA ESPARZA, E-S-P-A-R-Z-A; DON FREIBURGER; KAREN FREIBURGER;
09:43AM 11  FRANK JACQUEZ, J-A-C-Q-U-E-Z; BURL KEEL, K-E-E-L; DARRYL LEMIEUX,
09:43AM 12  L-E-M-I-E-U-X.
09:43AM 13              COUNSEL, I HAVE TWO OTHER GENTLEMEN WITH THAT LAST
09:43AM 14  NAME.  ARE THESE THREE DIFFERENT WITNESSES?
09:43AM 15              MR. HILLIARD:  YES, THEY ARE, JUDGE.  BROTHER AND SON.
09:43AM 16              THE COURT:  HUGO LINARES, L-I-N-A-R-E-S; PATRICK
09:43AM 17  MCCREARY; DAVID METHOT, OR METHOT, AS WE WOULD SAY IN SOUTH
09:43AM 18  LOUISIANA, M-E-T-H-O-T; CHARLES DAVID MOORE; SCOTT PULLIN,
09:43AM 19  P-U-L-L-I-N; ERVIN RITTER; JEREMIAH SCOTT; WILLIAM SCOTT; DON
09:44AM 20  SHAFFER; DAN SHEA; JIM SHEA; DR. ED SHWERY, S-H-W-E-R-Y, DR. ED
09:44AM 21  SHWERY; TERRY SLONE, S-L-O-N-E; RICHARD SOBER, SO-B-E-R; KYLE
09:44AM 22  TIMMINS, T-I-M-M-I-N-S; JEFF ZUMBRUN, Z-U-M-B-R-U-N.  LET'S SEE.
09:44AM 23  I MENTIONED -- TOM MAYOR, M-A-Y-O-R; PHILLIP SARVARI,
09:44AM 24  S-A-R-V-A-R-I; JOSEPH CLELAND, C-L-E-L-A-N-D; DR. KARIN PACHECO,
09:44AM 25  P-A-C-H-E-C-O; KEVIN SOUZA, S-O-U-Z-A; JOE LITTLE; STEVE MILLER;

09:44AM   1   MARTIN MCNEESE; TODD LENTYCH, L-E-N-T-Y-C-H, TODD LENTYCH;

09:44AM   2   MICHAEL CARTER; STANLEY LARSON; GARY BONOMO, B-O-N-O-M-O; DAVID

09:45AM   3   GARRATT, G-A-R-R-A-T-T; PAM GAY; BILL ULM, THAT'S U-L-M; DAN

09:45AM   4   LEMIEUX, SPELLED JUST LIKE THE OTHERS; DARREN LEMIEUX; RAUL

09:45AM   5   MEDINA, M-E-D-I-N-A; VAN HODGE; GLORIA MORTON; JIM RAMMELL,

09:45AM   6   R-A-M-M-E-L-L; ROBERT BUKOWSKI, B-U-K-O-W-S-K-I; TOM RAPASKY,

09:45AM   7   R-A-P-A-S-K-Y, RICHARD BELOTE, B-E-L-O-T-E; AL WHITAKER; AND

09:45AM   8   CHUCK BERGER, B-E-R-G-E-R.

09:45AM   9            OUT OF THE NAMES THAT I HAVE READ, IF YOU KNOW --

09:45AM  10   I'LL ASK YOU TO RAISE YOUR HAND IF YOU THINK YOU KNOW ANY OF

09:45AM  11   THESE WITNESSES.  AMONGST ANYBODY, IS THERE A NAME THAT STRIKES

09:45AM  12   YOU AS FAMILIAR?  MR. GUSTE, NUMBER 18?

09:46AM  13            PROSPECTIVE JUROR 18:  WELL, I KNOW -- I DON'T REALLY

09:46AM  14   KNOW HIM PERSONALLY IN THE SENSE OF KNOWING LIKE I KNOW SOME OF

09:46AM  15   THE LAWYERS HERE, BUT DR. SHWERY WAS SUPPOSED TO BE ONE OF MY

09:46AM  16   WITNESSES IN A CASE.

09:46AM  17            THE COURT:  ALL RIGHT.

09:46AM  18            LET'S SEE, NUMBER 45, ALSO, I SEE.  AND THAT WOULD

09:46AM  19   BE IN KIRZNER.

09:46AM  20            PROSPECTIVE JUROR 45:  LEONARD QUICK IS AN ACQUAINTANCE

09:46AM  21   OF MINE.  I HAVEN'T SEEN HIM IN ABOUT TEN YEARS, BUT I KNOW

09:46AM  22   LENNIE QUICK.

09:46AM  23            THE COURT:  DO YOU KNOW HIM THROUGH WORK?

09:46AM  24            PROSPECTIVE JUROR 45:  NO, PERSONAL FRIENDS.

09:46AM  25            THE COURT:  LET'S SEE, 64, THAT WOULD BE MS. BLANCHARD.

09:46AM 1        PROSPECTIVE JUROR 64.  THERE WAS A NAME, SCOTT BAILEY.

09:46AM 2  I DON'T KNOW IF IT'S THE SAME PERSON THAT I KNOW OR NOT, BUT I AM

09:46AM 3  FRIENDS WITH HIS FAMILY.

09:46AM 4        THE COURT:  SCOTT BAILEY.  OKAY.

09:46AM 5        MR. SCANDURRO:  HE'S NOT LOCAL, YOUR HONOR.

09:46AM 6        THE COURT:  HE'S NOT LOCAL.  HE'S NOT FROM HERE.

09:46AM 7        PROSPECTIVE JUROR 64:  IS HE THE ONE IN METAIRIE?

09:46AM 8        MR. SCANDURRO:  INDIANA.

09:46AM 9        THE COURT:  FROM THE STATE OF INDIANA.

09:46AM 10        NUMBER 67, THAT WOULD BE MS. TURNIPSEED.

09:47AM 11        PROSPECTIVE JUROR 67:  TWO OF THE NAMES ARE PEOPLE I'VE

09:47AM 12  MET THROUGH MY JOB, DAMION SARAUKAS AND ERVIN RITTER, IF IT'S

09:47AM 13  ERVIN RITTER.  I DON'T KNOW ANYBODY ELSE.

09:47AM 14        THE COURT:  ANYBODY ELSE?  DOES ANYBODY HAVE ANY

09:47AM 15  QUESTIONS ABOUT THESE NAMES AND WOULD LIKE ME TO SPELL A NAME

09:47AM 16  THAT YOU HEARD OR HEARD A NAME THAT'S KIND OF FAMILIAR AND YOU

09:47AM 17  NEED MORE INFORMATION?

09:47AM 18        I'VE ALREADY TOLD YOU THAT THIS CASE INVOLVES

09:47AM 19  ISSUES RELATED TO FORMALDEHYDE EXPOSURE FROM A FEMA TRAILER.  DO

09:47AM 20  ANY OF YOU, OF YOUR OWN KNOWLEDGE, HAVE ANY INFORMATION ABOUT THE

09:47AM 21  FACTS OF THIS CASE?

09:47AM 22        HAVE ANY OF YOU -- AND, MR. SMITH, THIS IS YOUR

09:47AM 23  QUESTION -- HAVE ANY OF YOU ANY OPINION ABOUT THIS CASE?  HE'S

09:47AM 24  ALREADY GOT HIS PADDLE UP.  OTHER THAN MR. SMITH, DO ANY OF YOU

09:47AM 25  HAVE AN OPINION ABOUT THIS CASE?  YOU ALL HAVE FILLED OUT

09:48AM 1   QUESTIONNAIRES, AND I THINK WE ASKED YOU CERTAIN QUESTIONS.  SO

09:48AM 2   OTHER THAN WHAT YOU PUT IN THE QUESTIONNAIRE THAT THE LAWYERS

09:48AM 3   HAVE SEEN, DO ANY OF YOU HAVE AN OPINION ABOUT THIS CASE?

09:48AM 4              ALL RIGHT.  MR. SMITH, HOLD THAT THOUGHT.  WHAT

09:48AM 5   WE'RE GOING TO DO, AT SOME POINT YOU MAY BE CALLED UP TO

09:48AM 6   ELABORATE ON WHAT YOUR OPINION IS, BUT WHY DON'T WE HOLD THAT

09:48AM 7   THOUGHT.

09:48AM 8              HAVE ANY OF YOU ALL READ ANYTHING ABOUT THIS MATTER

09:48AM 9   COMING UP FOR TRIAL OR HEARD ANYTHING ABOUT THIS MATTER COMING UP

09:48AM 10  FOR TRIAL?

09:48AM 11             NOW, LET ME ASK YOU.  SEVERAL PADDLES CAME UP.  LET

09:48AM 12  ME ASK YOU THIS.  WAS IT SIMPLY A NEWS REPORT ON TV OR IN A

09:48AM 13  NEWSPAPER THAT YOU READ THAT SAID THE MATTER WAS COMING UP FOR

09:48AM 14  TRIAL?  ALL RIGHT.

09:48AM 15             AS A RESULT OF HEARING THAT OR READING WHATEVER IT

09:48AM 16  WAS THAT YOU READ, WOULD ANY OF YOU ALL HAVE A PROBLEM SITTING AS

09:48AM 17  A JUROR IN THIS CASE BECAUSE YOU HAVE HEARD THAT INFORMATION?

09:49AM 18             NUMBER 12, THAT, AGAIN, WOULD BE MS. AUCOIN.

09:49AM 19  WITHOUT STATING AN OPINION ABOUT --

09:49AM 20             PROSPECTIVE JUROR 12:  WELL, I KNOW SOMEONE THAT WAS IN

09:49AM 21  A FEMA TRAILER.  JOHN DUVAL.

09:49AM 22             THE COURT:  AND WHAT RELATION IS THIS TO YOU?

09:49AM 23             PROSPECTIVE JUROR 12:  HE MOVED OUT OF THE TRAILER TO, I

09:49AM 24  GUESS, SEEK A LAWYER.

09:49AM 25             THE COURT:  SO YOU KNOW SOMEBODY WHO MIGHT HAVE FILED A

09:49AM 1   CLAIM RELATIVE TO LIVING IN A TRAILER?

09:49AM 2           PROSPECTIVE JUROR 12:  JOHN DUVAL.

09:49AM 3           THE COURT:  AND WHAT'S THE RELATIONSHIP?  IS THAT A

09:49AM 4   RELATIVE OF YOURS OR JUST A FRIEND?

09:49AM 5           PROSPECTIVE JUROR 12:  A FRIEND.

09:49AM 6           THE COURT:  I'M TALKING ABOUT THE INFORMATION THAT YOU

09:49AM 7   MAY HAVE HEARD.  SOME OF YOU INDICATED THAT YOU HAD HEARD SOME

09:49AM 8   NEWS ABOUT THIS MATTER COMING UP FOR TRIAL.  WOULD HEARING THAT

09:49AM 9   NEWS IN ANY WAY IMPACT YOUR ABILITY TO BE A FAIR AND IMPARTIAL

09:49AM 10  JUROR IF YOU WERE CHOSEN TO SERVE IN THIS CASE, HEARING THE NEWS

09:49AM 11  THAT YOU HEARD?  ALL RIGHT.

09:49AM 12          HAS ANYONE TALKED TO YOU OR TRIED TO TALK TO YOU

09:50AM 13  ABOUT THIS CASE?

09:50AM 14          IF YOU ARE SELECTED TO SIT AS A JUROR IN THIS CASE,

09:50AM 15  WILL YOU BE UNABLE OR UNWILLING TO RENDER A VERDICT SOLELY ON THE

09:50AM 16  EVIDENCE PRESENTED AT THIS TRIAL AND THE LAW AS I GIVE IT TO YOU

09:50AM 17  IN MY INSTRUCTIONS, DISREGARDING ANY OTHER IDEAS, NOTIONS, OR

09:50AM 18  BELIEFS ABOUT THE LAW YOU MAY HAVE ENCOUNTERED IN REACHING YOUR

09:50AM 19  VERDICT?  DOES EVERYBODY UNDERSTAND --

09:50AM 20          COUNSEL, SEE IF YOU ALL CAN FIND A SEAT HERE.  GO

09:50AM 21  IN THE OVERFLOW ROOM IF THERE IS NOT ENOUGH ROOM.

09:50AM 22          DOES EVERYBODY UNDERSTAND THAT DURING THE COURSE OF

09:50AM 23  THE TRIAL, YOU'RE GOING TO HEAR THE ARGUMENTS OF COUNSEL, OPENING

09:50AM 24  AND CLOSING STATEMENTS, AND THEN WE'RE GOING TO HAVE WITNESSES

09:50AM 25  WHO ARE GOING TO COME SIT UP HERE BY ME, AND THEY ARE GOING TO

09:50AM 1   GET ASKED A BUNCH OF QUESTIONS BY THE ATTORNEYS.  AND THE JURY IS

09:50AM 2   GOING TO LISTEN TO THOSE QUESTIONS, AND THERE WILL BE DOCUMENTS

09:50AM 3   THAT GO INTO EVIDENCE.  THEY ARE GOING TO GO UP ON A SCREEN.  AND

09:51AM 4   THERE'S LITTLE SCREENS IN THE JURY BOX.  AND THAT THIS CASE IS

09:51AM 5   GOING TO BE DECIDED ONLY ON THE EVIDENCE, THE TESTIMONY AND THE

09:51AM 6   DOCUMENTS, THAT ARE PRESENTED TO YOU IN THIS COURTROOM.  DOES

09:51AM 7   EVERYBODY UNDERSTAND THAT?

09:51AM 8          DOES EVERYBODY UNDERSTAND THAT YOUR DECISION IN

09:51AM 9   THIS CASE, IF YOU ARE CHOSEN AS A JUROR, YOUR DECISION MUST BE

09:51AM 10  BASED SOLELY ON WHAT YOU HEAR IN THIS COURTROOM AND WHAT YOU SEE

09:51AM 11  IN THIS COURTROOM AND THE INSTRUCTIONS THAT I GIVE YOU AT THE

09:51AM 12  CONCLUSION OF THE EVIDENCE?  DOES EVERYBODY UNDERSTAND THAT?

09:51AM 13  DOES ANYBODY HAVE A PROBLEM FOLLOWING THOSE INSTRUCTIONS?

09:51AM 14         YOU UNDERSTAND THAT YOU ARE NOT TO BE INFLUENCED BY

09:51AM 15  ANY TYPE OF OUTSIDE INFORMATION OR OTHER BELIEFS THAT YOU MAY

09:51AM 16  HAVE.  YOU MUST BE GUIDED BY THE EVIDENCE THAT THE ATTORNEYS

09:51AM 17  PRESENT IN COURT, TO PROVIDE THE ARGUMENTS THAT THEY MAKE WHEN

09:51AM 18  YOU DELIBERATE THIS CASE.  ANYBODY HAVE A PROBLEM WITH THAT IDEA

09:51AM 19  OR THINK THAT THEY CANNOT DO THAT?  ALL RIGHT.

09:52AM 20         IF YOU WERE ONE OF THE PARTIES IN THIS CASE, DO YOU

09:52AM 21  KNOW OF ANY REASON WHY YOU WOULD NOT BE CONTENT TO HAVE A CASE

09:52AM 22  TRIED BY SOMEONE IN YOUR FRAME OF MIND?

09:52AM 23         HAVE ANY OF YOU, LET'S JUST HAVE A SHOW OF HANDS OR

09:52AM 24  PADDLES, AS THE CASE MAY BE, HAVE ANY OF YOU SUSTAINED DAMAGE AS

09:52AM 25  A RESULT OF HURRICANES KATRINA OR RITA?

09:52AM 1          WE ASKED IN THE QUESTIONNAIRE IF ANY OF YOU, AND

09:52AM 2   THERE SHOULD NOT HAVE BEEN -- I THINK THAT WE ELIMINATED THOSE

09:52AM 3   WHO RESIDED IN A FEMA TRAILER OR MOBILE HOME PROVIDED BY FEMA IN

09:52AM 4   THE AFTERMATH OF THOSE HURRICANES, BUT I WILL ASK HERE TO DOUBLE

09:52AM 5   CHECK.  DID ANY OF YOU ALL RESIDE IN A FEMA-PROVIDED TRAILER,

09:52AM 6   TRAVEL TRAILER OR MOBILE HOME AFTER KATRINA?

09:52AM 7          YES, NUMBER 48.  THAT WOULD BE MS. MCGRUDER.  YOU

09:53AM 8   RESIDED IN A FEMA TRAILER AFTER KATRINA --

09:53AM 9          PROSPECTIVE JUROR 48:  I SURE DID.  I WAS LIVING IN THE

09:53AM 10  TRAILER FOR APPROXIMATELY EIGHT MONTHS.  AND THE MAJORITY OF THE

09:53AM 11  TIME, I WENT AND LIVED WITH MY SON IN BATON ROUGE BECAUSE IT WAS

09:53AM 12  TOO CONFINING.

09:53AM 13         THE COURT:  ALL RIGHT.  THANK YOU, MS. MCGRUDER.

09:53AM 14         DID ANYBODY ELSE HERE RESIDE IN A FEMA TRAILER FOR

09:53AM 15  ANY PERIOD OF TIME AFTER KATRINA OR RITA?

09:53AM 16         ALL RIGHT.  THOSE OF YOU WHO HAD DAMAGE, DID ANYONE

09:53AM 17  HAVE MORE THAN PROPERTY DAMAGE, IN OTHER WORDS, DAMAGE TO YOUR

09:53AM 18  HOME?  DID ANYBODY HAVE -- LET'S SEE, NUMBER 55.  MS. STEFFY.

09:53AM 19  YES.

09:53AM 20         PROSPECTIVE JUROR 55:  I HAD SEVEN TREES GO THROUGH MY

09:53AM 21  HOME.

09:53AM 22         THE COURT:  AND 48 WOULD BE MS. MCGRUDER, AGAIN.

09:53AM 23         PROSPECTIVE JUROR 48:  YES.  I LIVED IN EAST NEW ORLEANS

09:53AM 24  NEAR -- ON THE OTHER SIDE OF BULLARD, AND I SUSTAINED ABOUT 60 TO

09:54AM 25  70 PERCENT OF DAMAGE TO MY HOME.

09:54AM 1          THE COURT:  THANK YOU, MS. MCGRUDER.

09:54AM 2              LET'S DO THIS.  WHY DON'T WE -- WHEN I ASKED THE

09:54AM 3   QUESTION PREVIOUSLY, SEVERAL PADDLES WENT UP.  IF YOU WOULD,

09:54AM 4   THOSE OF YOU WHO HAVE HAD PROPERTY DAMAGE AS A RESULT OF

09:54AM 5   HURRICANES KATRINA OR RITA, WOULD YOU PLEASE RAISE YOUR PADDLE,

09:54AM 6   AND I'M GOING TO CALL OUT THE NUMBERS SO THAT THE ATTORNEYS CAN

09:54AM 7   MARK DOWN, IF THEY CHOOSE TO, WHICH JURORS HAVE SUSTAINED

09:54AM 8   PROPERTY DAMAGE.

09:54AM 9              NUMBER 3 AND NUMBER 4.  FORGIVE ME FOR NOT USING

09:54AM 10  YOUR NAMES, BUT IT'S EASIER FOR THEM TO MARK ON THEIR ROSTER.

09:54AM 11  NUMBER 10, 11, 12, 14, 17, 18, 19, 20, 21, 22, 24, 26, 27, 28,

09:54AM 12  29, 30, 34, 36, 40, 41, 42, 43, 45, 46, 47, 48, 52, 54, 55, 57,

09:55AM 13  60, 61, 65, 67 AND 69.

09:55AM 14             ALL RIGHT.  WOULD ANY OF YOU HAVE A HARD TIME GOING

09:55AM 15  BACK TO YOUR COMMUNITY IF YOU ULTIMATELY DECIDED NOT TO AWARD ANY

09:55AM 16  MONEY TO THE PLAINTIFFS IN THE CASE?

09:55AM 17             DO ANY OF YOU FEEL THAT GIVING NO MONEY IN THIS

09:55AM 18  CASE TO THE PLAINTIFFS WHO ARE HURRICANE KATRINA VICTIMS WOULD BE

09:55AM 19  IMMORAL, WRONG OR INSENSITIVE?

09:55AM 20             IN THIS TRIAL, THE JURY WILL ALSO BE ASKED TO

09:55AM 21  ASSESS THE FAULT, IF ANY, OF NOT ONLY THE TWO DEFENDANTS,

09:55AM 22  GULF STREAM AND FLUOR ENTERPRISES AND PLAINTIFF, BUT ALSO THE

09:55AM 23  FAULT, IF ANY, OF ONE OR MORE NON-PARTIES.  IF THE JURY CONCLUDES

09:56AM 24  THERE IS EVIDENCE OF FAULT ON THE PART OF MORE THAN ONE

09:56AM 25  DEFENDANT, THE PLAINTIFF AND/OR A NON-PARTY, IT WILL BE

09:56AM  1    REQUIRED -- THE JURY WILL BE REQUIRED TO ASSIGN PERCENTAGES OF

09:56AM  2    THE TOTAL FAULT IN THE CASE TO EACH DEFENDANT, THE PLAINTIFF

09:56AM  3    AND/OR THAT NON-PARTY.  WOULD ANY OF YOU HAVE DIFFICULTY DECIDING

09:56AM  4    THE PERCENTAGE OR PERCENTAGES OF FAULT, IF ANY, TO BE ASSIGNED TO

09:56AM  5    EACH DEFENDANT, THE PLAINTIFF AND ANY NON-PARTY FOUND AT FAULT?

09:56AM  6              DOES EVERYBODY UNDERSTAND WHAT THE JURY IS GOING TO

09:56AM  7    BE ASKED TO DO?

09:56AM  8              ALL RIGHT.  ONE OF THE NON-PARTIES AS TO WHICH THE

09:56AM  9    JURY IN THE CASE MAY HAVE TO ASSESS FAULT IS THE UNITED STATES

09:56AM 10    THROUGH ITS AGENCY, FEMA.  THEREFORE, THE JURY MAY HAVE TO ASSIGN

09:56AM 11    A PERCENTAGE OF FAULT TO THE FEDERAL GOVERNMENT THROUGH FEMA.

09:56AM 12    WOULD ANY OF YOU HAVE ANY DIFFICULTY PUTTING ASIDE ANY

09:56AM 13    PREEXISTING ATTITUDES ABOUT FEMA AND ASSESSING THE FAULT OF FEMA,

09:57AM 14    IF ANY, IF ANY, BASED SOLELY ON THE EVIDENCE PRESENTED IN THIS

09:57AM 15    TRIAL AND RELATIVE TO THIS PARTICULAR CASE?

09:57AM 16              YES, NUMBER 30.  THAT WOULD BE MR. REED.

09:57AM 17         PROSPECTIVE JUROR 30:  YES, YOUR HONOR.  I'M RETIRED

09:57AM 18    FROM THE U.S. ARMY CORPS OF ENGINEERS.  I'VE WORKED FAIRLY

09:57AM 19    CLOSELY WITH FEMA THROUGH THE YEARS.  AND --

09:57AM 20         THE COURT:  SO WITHOUT STATING ONE WAY OR THE OTHER, YOU

09:57AM 21    HAVE AN OPINION WITH REGARD TO FEMA BASED UPON THAT RELATIONSHIP?

09:57AM 22         PROSPECTIVE JUROR 30:  YES, SIR, I DO.

09:57AM 23         THE COURT:  ALL RIGHT.  ANYBODY ELSE?

09:57AM 24              DO ANY OF YOU -- THIS IS SORT OF A CATCH-ALL.  THE

09:57AM 25    LAST TWO QUESTIONS ARE SORT OF A CATCH-ALL HERE.  OTHER THAN WHAT

09:57AM  1    YOU ALL HAVE TOLD US, DO YOU KNOW OF ANY REASON WHY YOU THINK

09:57AM  2    THAT YOU COULD NOT SIT IN THIS CASE AND RENDER A JUST, FAIR,

09:57AM  3    HONEST AND IMPARTIAL VERDICT IF YOU ARE CHOSEN AS A JUROR?  SORT

09:58AM  4    OF ANYTHING ELSE THAT I HAVEN'T ASKED YOU ABOUT THAT YOU THINK

09:58AM  5    MIGHT PREVENT YOU FROM BEING FAIR IN THIS CASE?

09:58AM  6             DOES ANYONE HAVE ANYTHING ELSE ON THEIR MIND WHICH

09:58AM  7    WOULD AFFECT YOUR ABILITY TO SERVE ON THIS JURY AND WHICH HAS NOT

09:58AM  8    BEEN COVERED BY THE QUESTIONS PREVIOUSLY ASKED?  AGAIN, IT'S A

09:58AM  9    CATCH-ALL QUESTION FOR YOU TO TELL US IF THERE IS SOMETHING THAT

09:58AM  10   YOU THINK WOULD PREVENT YOU FROM BEING FAIR AND HONEST IN THIS

09:58AM  11   CASE.

09:58AM  12            ALL RIGHT.  AT THIS POINT, I'M GOING TO ASK EACH OF

09:58AM  13   YOU -- WE'LL DO THIS ONE THROUGH 69 HERE, TRY TO DO THIS AS

09:58AM  14   QUICKLY AS WE CAN -- I'M GOING TO START WITH JUROR NUMBER ONE,

09:58AM  15   MS. AUCOIN.  I'M GOING TO ASK YOU EACH TO RISE, AND WE'LL FOLLOW

09:58AM  16   THE SAME ORDER THAT WE HAVE BEEN FOLLOWING.  YOU WOULD STAND UP,

09:58AM  17   GIVE US YOUR FULL NAME, MARITAL STATUS, TELL US WHAT YOUR

09:58AM  18   OCCUPATION IS AND WHAT YOUR SPOUSE DOES, IF YOUR SPOUSE IS

09:58AM  19   EMPLOYED OUTSIDE THE HOME.  TELL US HOW MANY CHILDREN YOU HAVE

09:59AM  20   AND THEIR AGES; AND, IF YOUR CHILDREN ARE GROWN AND ARE EMPLOYED

09:59AM  21   OUTSIDE OF THE HOME, TELL US WHAT ANY OF YOUR CHILDREN DO THAT

09:59AM  22   ARE SO EMPLOYED.

09:59AM  23            MS. AUCOIN, THAT'S A LOT OF STUFF, BUT AFTER THE

09:59AM  24   FIRST FEW OF YOU DO IT YOU'LL REALIZE I'M ASKING FOR JUST THE

09:59AM  25   BASICS, NAME, RANK, SERIAL NUMBER TYPE INFORMATION.  MS. AUCOIN.

09:59AM 1          PROSPECTIVE JUROR 1:  MITZI MARKERSON AUCOIN.  I'M A

09:59AM 2  PARA-PROFESSIONAL WITH TERREBONNE PARISH SCHOOL BOARD.  MY

09:59AM 3  HUSBAND IS A FINANCIAL ADVISOR WITH EDWARD JONES INVESTMENTS.  I

09:59AM 4  HAVE TWO CHILDREN, AGES 17 AND 14.  IS THAT IT?

09:59AM 5          MR. WATTS:  WHAT DO THEY DO FOR A LIVING?

09:59AM 6          PROSPECTIVE JUROR 1:  THEY ARE STUDENTS.

09:59AM 7          THE COURT:  THEY'RE STUDENTS.  ALL RIGHT.  LET'S MOVE ON

09:59AM 8  THEN TO MS. ROBICHAUX, NUMBER 2.

09:59AM 9          PROSPECTIVE JUROR 2:  MY NAME IS SAMANTHA ROBICHAUX,

09:59AM 10  SINGLE, NO KIDS.  I'M A REGISTERED NURSE.  I WORK AT TERREBONNE

09:59AM 11  GENERAL MEDICAL CENTER IN HOUMA, LOUISIANA.

10:00AM 12          THE COURT:  MR. WETZEL.

10:00AM 13          PROSPECTIVE JUROR 3:  MICHAEL WETZEL.  I'M THE PRESIDENT

10:00AM 14  OF BIG EASY LIMOS.  MY WIFE IS RETIRED.  I HAVE TWO CHILDREN, 30

10:00AM 15  AND 35.  THE 30-YEAR-OLD WORKS FOR ME AND THE 35 WORKS FOR

10:00AM 16  BLESSEY INDUSTRIES, WHICH IS A TUGBOAT COMPANY OUT ON THE RIVER.

10:00AM 17          MR. HILLIARD:  WHAT DID YOUR WIFE DO BEFORE SHE RETIRED?

10:00AM 18          PROSPECTIVE JUROR 3:  OH, I'M SORRY.  SHE WAS A

10:00AM 19  SECRETARY FOR A REAL ESTATE.

10:00AM 20          PROSPECTIVE JUROR 4:  BERT ST. ROMAIN, III.  I'M SINGLE,

10:00AM 21  AND I'M A SALES REP FOR COMMUNITY COFFEE.

10:00AM 22          PROSPECTIVE JUROR 5:  STEPHEN HYMEL, MARRIED, TWO KIDS,

10:00AM 23  EIGHT AND NINE.  MY WIFE IS AN OCCUPATIONAL THERAPIST.  I'M A

10:00AM 24  REGISTERED NURSE.

10:00AM 25          THE COURT:  THANK YOU, MR. HYMEL.

10:00AM  1           PROSPECTIVE JUROR 7:  CRAIG NAQUIN, AUTO MECHANIC.  MY

10:00AM  2   WIFE WORKS AS A FOOD SERVER.  I HAVE TWO KIDS, 8 AND 18.

10:00AM  3           THE COURT:  8 AND 18.

10:00AM  4           PROSPECTIVE JUROR 8:  MAXINE BOURG, ACCOUNTS MANAGER FOR

10:01AM  5   A NURSING COMPANY.  I'M THE ONLY PERSON IN THAT DEPARTMENT.  I

10:01AM  6   HAVE TWO CHILDREN, AGE 25 AND 10.  AND MY HUSBAND IS A SALESMAN.

10:01AM  7           THE COURT:  ALL RIGHT.

10:01AM  8           PROSPECTIVE JUROR 9:  RACHEL MORRIS.  SINGLE, AND I WORK

10:01AM  9   AS A CASHIER.

10:01AM 10           THE COURT:  IF YOU COULD -- AGAIN, I HATE TO GET ON YOU

10:01AM 11   ALL WITH THE PADDLES, BUT IF YOU HOLD YOUR --

10:01AM 12           PROSPECTIVE JUROR 9:  WORK AT WAL-MART AS A CASHIER.

10:01AM 13           THE COURT:  THAT'S DREW BREES' NUMBER, NUMBER 9.

10:01AM 14           PROSPECTIVE JUROR 10:  GLEN DEMPSEY.  I'M EMPLOYED AS AN

10:01AM 15   AIR TRAFFIC CONTROL SPECIALIST FOR 21 YEARS.  MARRIED FOR

10:01AM 16   22 YEARS.  SIX KIDS, AGES 20 THROUGH THREE.  AND MY WIFE IS A

10:01AM 17   HOMEMAKER.

10:01AM 18           THE COURT:  ANY OF YOUR KIDS EMPLOYED OUTSIDE THE HOME?

10:01AM 19           PROSPECTIVE JUROR 10:  NO, THEY ARE IN COLLEGE.

10:01AM 20           THE COURT:  ALL RIGHT.  THANK YOU.

10:01AM 21           PROSPECTIVE JUROR 11:  RONALD FRANKLIN.  I'M A

10:01AM 22   CARPENTER.  I JUST LOST MY WIFE.  AND I HAVE TWO KIDS, 32 AND 33.

10:01AM 23           THE COURT:  ARE YOUR TWO CHILDREN EMPLOYED?

10:01AM 24           PROSPECTIVE JUROR 11:  YES.

10:01AM 25           THE COURT:  THE 32 AND 33, HOW ARE THEY EMPLOYED?

10:02AM 1          PROSPECTIVE JUROR 11:  I HAVE ONE OF THEM THAT WORKS FOR

10:02AM 2    WHITNEY BANK, AND ONE OF THEM IS THIS A CLERK.

10:02AM 3          THE COURT:  WHITNEY BANK AND THE OTHER IS A CLERK?

10:02AM 4          PROSPECTIVE JUROR 11:  YES, SIR.

10:02AM 5          THE COURT:  WHERE?

10:02AM 6          PROSPECTIVE JUROR 11:  AT A HOSPITAL.

10:02AM 7          THE COURT:  AT A HOSPITAL?

10:02AM 8          PROSPECTIVE JUROR 11:  YES, SIR.

10:02AM 9          THE COURT:  HERE LOCALLY?

10:02AM 10         PROSPECTIVE JUROR 11:  YES, SIR.

10:02AM 11         THE COURT:  WHICH HOSPITAL IS THAT?

10:02AM 12         PROSPECTIVE JUROR 11:  OCHSNER.

10:02AM 13         THE COURT:  ALL RIGHT.  THANK YOU.

10:02AM 14         PROSPECTIVE JUROR 12:  CECILIA AUCOIN, SINGLE, WORK AT

10:02AM 15   NORM'S DAIQUIRIS & GRILL.

10:02AM 16         THE COURT:  MR. VICKNAIR.

10:02AM 17         PROSPECTIVE JUROR 13:  JAMES A. VICKNAIR, JR.  MY

10:02AM 18   OCCUPATION IS I'M A CRANE OPERATOR AT A STEEL MILL.  MY WIFE IS

10:02AM 19   OUT OF WORK RIGHT NOW.  WE'VE GOT THREE KIDS, 22, 26 AND 30.

10:02AM 20         THE COURT:  HOW ARE YOUR KIDS EMPLOYED?

10:02AM 21         PROSPECTIVE JUROR 13:  THEY JUST -- ONE WORKS AS A

10:02AM 22   RECEPTIONIST AT A HOTEL, AND ONE WORKS AT AN EYE CLINIC.  AND THE

10:02AM 23   OTHER ONE, I DON'T KNOW WHAT SHE DOES.

10:03AM 24         THE COURT:  AND YOU SAID YOUR WIFE IS UNEMPLOYED NOW.

10:03AM 25   WAS SHE EMPLOYED RECENTLY OR --

10:03AM 1          PROSPECTIVE JUROR 13:  ABOUT THREE YEARS AGO.  SHE HAS

10:03AM 2   BEEN HAVING TROUBLE WITH HER BACK.  SHE CAN'T WORK.

10:03AM 3          PROSPECTIVE JUROR 14:  RALPH STRICKER, JR.  I'M IN

10:03AM 4   SALES.  MY WIFE IS A NURSE.  I HAVE A 20 AND A 16, BOTH IN

10:03AM 5   SCHOOL.

10:03AM 6          THE COURT:  OKAY.  THANK YOU, MR. STRICKER.

10:03AM 7              MR. PIERCE.

10:03AM 8          PROSPECTIVE JUROR 15:  ROY PIERCE, DIVORCED.  I WORK FOR

10:03AM 9   A MAJOR WHOLESALE LIQUOR AGENCY HERE.  I ALSO WORK AS A LIMOUSINE

10:03AM 10  DRIVER.  I ALSO HOLD A COMMISSION WITH THE ST. CHARLES PARISH

10:03AM 11  DISTRICT ATTORNEY'S OFFICE.  I HAVE ONE SON.  HE'S 17, LIVES IN

10:03AM 12  BATON ROUGE AND WORKS RETAIL.

10:03AM 13         THE COURT:  I'M SORRY, HE WORKS?

10:03AM 14         PROSPECTIVE JUROR 15:  RETAIL.

10:03AM 15         THE COURT:  THANK YOU.

10:03AM 16             MS. HOOFKIN.

10:03AM 17         PROSPECTIVE JUROR 16:  MY NAME IS NEDRA HOOFKIN.  I WAS

10:03AM 18  LAID OFF IN JUNE.  I HAVE TWO KIDS.  THEY ARE BOTH IN SCHOOL.

10:04AM 19  THE AGES ARE NINE AND EIGHT.

10:04AM 20         THE COURT:  MR. DUPRE.

10:04AM 21         PROSPECTIVE JUROR 17:  TROY DUPRE.  I WORK FOR AUTOCHLOR

10:04AM 22  HERE IN NEW ORLEANS.  MY WIFE -- I'M MARRIED.  MY WIFE WORKS FOR

10:04AM 23  A TRANSPORTATION IN HOUMA.  I HAVE TWO KIDS, ONE IS 22.  HE'S MY

10:04AM 24  SON, AND HE GOES TO LSU.  AND MY DAUGHTER IS 20, AND SHE GOES TO

10:04AM 25  NICHOLLS.

10:04AM  1          THE COURT:  ALL RIGHT.

10:04AM  2          PROSPECTIVE JUROR 18:  YOUR HONOR, WILLIAM J. GUSTE,

10:04AM  3  III.  AND I AM MARRIED, AND MY WIFE IS A HOMEMAKER.  I'M AN

10:04AM  4  ATTORNEY, AS I'VE SAID.  SIX CHILDREN, AGE 36 TO 24.  THE

10:04AM  5  36-YEAR-OLD IS A WASHINGTON, DC LAWYER WHO SERVES AS AN EDUCATION

10:04AM  6  CONSULTANT.  THE NEXT IS 35; COLLEEN IS AN INTERIOR DESIGNER IN

10:04AM  7  BATON ROUGE.  NEXT IS 32; JULIE IS A DOCTOR AT OCHSNER.  NEXT IS

10:04AM  8  BILLY, WHO IS A LAWYER WHO SERVES AS A CONSULTANT WITH RIGAMER

10:05AM  9  AND ASSOCIATES.  NEXT IS JOHN GUSTE, WHO IS 27, WHO JUST GOT HIS

10:05AM 10  M.D.  HE'S A SURGEON AT TULANE.  AND NEXT UP IS BESSIE, WHO IS

10:05AM 11  24, WHO IS DISABLED AND WORKS AT MAGNOLIA SCHOOL.

10:05AM 12          THE COURT:  ALL RIGHT.  THANK YOU, MR. GUSTE.

10:05AM 13          PROSPECTIVE JUROR 19:  YOUR HONOR, MY NAME IS ANITA

10:05AM 14  BROWN.  I'M MARRIED.  MY HUSBAND WAS A BRICK MASON WHO TWO YEARS

10:05AM 15  AGO HAD A STROKE, SO HE'S DISABLED.  I HAVE SIX SONS.  MY OLDEST

10:05AM 16  SON IS 30.  HE IS A LOSS PREVENTION MANAGER FOR A MAJOR RETAIL

10:05AM 17  COMPANY.  I HAVE A 28-YEAR-OLD WHO IS A PROFESSIONAL BALL PLAYER

10:05AM 18  OVERSEAS IN ITALY.  I HAVE A 22-YEAR-OLD WHO IS A SENIOR AT

10:05AM 19  EASTERN NEW MEXICO UNIVERSITY.  AND I HAVE A 17-YEAR-OLD WHO IS A

10:05AM 20  SENIOR AND A 16-YEAR-OLD WHO IS A JUNIOR AND A NINE-YEAR-OLD WHO

10:05AM 21  IS IN FOURTH GRADE.

10:06AM 22          THE COURT:  THANK YOU.

10:06AM 23          PROSPECTIVE JUROR 20:  DENIA ELLIS.  TOTAL PROPERTY

10:06AM 24  ACCOUNTING.  SINGLE, NO CHILDREN.

10:06AM 25          PROSPECTIVE JUROR 21:  CHARLES BROWN SMALLWOOD.  I'M A

10:06AM 1   TEACHER IN THE ST. TAMMANY PARISH PUBLIC SCHOOLS.  MY WIFE IS A

10:06AM 2   BOOKKEEPER IN A SMALL SLIDELL FINANCIAL SERVICES COMPANY.  I HAVE

10:06AM 3   FIVE CHILDREN BETWEEN THE AGES OF 21 AND 13, ALL ARE STUDENTS.

10:06AM 4         THE COURT:  OKAY.  MS. FARLEY.

10:06AM 5         PROSPECTIVE JUROR 22:  DARIEN FARLEY.  I'M MARRIED.  MY

10:06AM 6   HUSBAND IS A MANUFACTURING REP FOR AN INTERNATIONAL COMPANY.  I

10:06AM 7   HAVE TWO BOYS.  THE OLDEST IS A REAL ESTATE ATTORNEY, AND THE

10:06AM 8   YOUNGEST IS A COMPUTER ANALYST.

10:06AM 9         THE COURT:  THANK YOU.

10:06AM 10        PROSPECTIVE JUROR 23:  DARLENE HATTIER.  I'M MARRIED.

10:06AM 11  MY HUSBAND AND I BOTH WORK AT OCHSNER.

10:06AM 12        THE COURT:  WORK AT OCHSNER.

10:06AM 13        PROSPECTIVE JUROR 23:  AT THE HOSPITAL.  AND WE HAVE TWO

10:06AM 14  CHILDREN.  MY DAUGHTER IS 27.  SHE'S A REGISTERED NURSE FOR A

10:06AM 15  HOSPICE IN DALLAS.  AND THE OTHER ONE IS IN NINTH GRADE.

10:07AM 16        THE COURT:  THANK YOU.  LET'S START BACK.  NEXT ROW.

10:07AM 17        PROSPECTIVE JUROR 24:  I'M MIRIAM ROHNER, AND I WORK AT

10:07AM 18  LALLIE KEMP AND LSU MEDICAL CENTER IN INDEPENDENCE, LOUISIANA.

10:07AM 19  I'M AN ADMINISTRATIVE COORDINATOR.  I'M A WIDOW.  MY HUSBAND WAS

10:07AM 20  AN EQUIPMENT OPERATOR.  I HAVE TWO CHILDREN.  I HAVE A GIRL WHO

10:07AM 21  WORKS AS A RECEPTIONIST IN A DOCTOR'S OFFICE AND A SON WHO IS AN

10:07AM 22  EQUIPMENT OPERATOR.

10:07AM 23        THE COURT:  THANK YOU.

10:07AM 24        PROSPECTIVE JUROR 25:  DANIELLE ROJAS.  I'M A TEACHER,

10:07AM 25  HIGH SCHOOLTEACHER.  I HAVE A LAW ENFORCEMENT BACKGROUND.  I'M

10:07AM 1  MARRIED.  MY HUSBAND WORKS FOR CHEVRON -- I HAVE TWO SMALL

10:07AM 2  CHILDREN, AGES TWO AND SIX.

10:07AM 3        THE COURT:  THANK YOU.

10:07AM 4        PROSPECTIVE JUROR 26:  YOUR HONOR, I'M EMILE BACCHUS.

10:07AM 5  MARRIED.  IT'S MY ANNIVERSARY TODAY.  I HAVE THREE CHILDREN, ONE

10:08AM 6  16, ONE 12 AND ONE 2.  ALL ATTEND SCHOOL.  MY WIFE, SHE'S A

10:08AM 7  MANAGER AT LOWE'S.  I'M A SECURITY GUARD, A BELLMAN AND A VALET

10:08AM 8  PARKER.

10:08AM 9        THE COURT:  AND WHAT BETTER WAY TO CELEBRATE THAN COMING

10:08AM 10 TO JURY DUTY.

10:08AM 11       PROSPECTIVE JUROR 27:  I'M PAULA WATTS.  I'M A

10:08AM 12 REGISTERED NURSE.  MY HUSBAND IS A SELF-EMPLOYED CPA.  AND NO

10:08AM 13 CHILDREN.

10:08AM 14       PROSPECTIVE JUROR 28:  I'M MICHAEL MARSH.  I'M SINGLE.

10:08AM 15 I WORK FOR ROUSE'S SUPERMARKET.  NO CHILDREN.

10:08AM 16       PROSPECTIVE JUROR 29:  ALZA HAMILTON.  I'M A REGISTERED

10:08AM 17 NURSE.  I WORK FOR A HOSPICE COMPANY NOW.  MY HUSBAND IS A

10:08AM 18 LIEUTENANT AT A JUVENILE DETENTION CENTER.  I HAVE TWO KIDS, A

10:08AM 19 SIX-YEAR-OLD AND AN 11-YEAR-OLD.

10:08AM 20       PROSPECTIVE JUROR 30:  JIMMY DARWIN REED.  I'M RETIRED

10:08AM 21 FROM THE U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT,

10:08AM 22 AFTER 30 YEARS WITH THEM.  AND I'M CURRENTLY WORKING WITH GRIFFIN

10:09AM 23 CONSULTING IN BELLE CHASSE.

10:09AM 24       PROSPECTIVE JUROR 31:  GINA BREWER.  I WORK FOR AM-PM

10:09AM 25 TEMPORARY SERVICES AS A SECRETARY.  MARRIED.  MY HUSBAND IS A

10:09AM 1    POLICEMAN.  AND I HAVE A 13-YEAR-OLD SON.

10:09AM 2         THE COURT:  THANK YOU.

10:09AM 3         PROSPECTIVE JUROR 33:  TIMOTHY GENDRON.  I'M A

10:09AM 4    MAINTENANCE MAN AT VICTORY FELLOWSHIP.  I'M SINGLE.

10:09AM 5         PROSPECTIVE JUROR 34:  MY NAME IS JARRED ROCHE.  I'M A

10:09AM 6    FIELD PROJECT MANAGER WITH BOH BROTHERS CONSTRUCTION.  I'M

10:09AM 7    MARRIED, AND MY WIFE IS A THIRD GRADE TEACHER.

10:09AM 8         PROSPECTIVE JUROR 35:  JOSHUA MORGAN.  I'M A RETAIL

10:09AM 9    CLERK FOR ROBERT'S FRESH MARKET, AND I'M SINGLE.

10:09AM 10        PROSPECTIVE JUROR 36:  TOMMY SALTER.  I'M A PRINCIPAL IN

10:09AM 11   TERREBONNE PARISH.  I'M MARRIED.  MY WIFE WORKS AS A MEDICAL

10:09AM 12   ASSISTANT, WORKS FOR DR. RALPH BOURGEOIS IN HOUMA.  I HAVE TWO

10:09AM 13   KIDS, ONE 18 ATTENDING SOUTHEASTERN AND ONE 13 IN THE EIGHTH

10:10AM 14   GRADE.

10:10AM 15        PROSPECTIVE JUROR 37:  MY NAME IS CLYDE HYMEL.  I WORK

10:10AM 16   AT SHELL CHEMICAL COMPANY IN NORCO.  BEEN THERE 30 YEARS.  MY

10:10AM 17   WIFE IS A TEACHER AT EAST SAINT JOHN HIGH SCHOOL TEACHING HEALTH.

10:10AM 18   AND SHE'S ALSO A NURSE, DOES HOME HEALTHCARE ON THE SIDE.  WE

10:10AM 19   HAVE A SON, 27.  HE'S AN API INSPECTOR.  AND MY DAUGHTER IS

10:10AM 20   SELF-EMPLOYED DOING GRAPHIC DESIGN AND VIDEO EDITING.

10:10AM 21        PROSPECTIVE JUROR 38:  JOHN MILLER.  OCCUPATION,

10:10AM 22   NIGHTCLUB MANAGEMENT FOR AMERICAN REST, INCORPORATED.  I'M

10:10AM 23   SINGLE.  NO KIDS.

10:10AM 24        PROSPECTIVE JUROR 39:  MY NAME IS KIMBERLEE KANTROW.

10:10AM 25   I'M A REALTOR WITH PRUDENTIAL GARDNER.  AND MY HUSBAND IS A

10:10AM 1   PULMONOLOGIST CRITICAL CARE SPECIALIST AT LSU AND OCHSNER.

10:10AM 2           PROSPECTIVE JUROR 40:  VERNELL WILLIAMS, SINGLE.

10:10AM 3   CARPENTER.  I HAVE TWO KIDS.  ONE IS 35 AND 45.

10:11AM 4           THE COURT:  SO YOU HAVE ONE THAT'S 35, AND THE OTHER

10:11AM 5   IS --

10:11AM 6           PROSPECTIVE JUROR 40:  45.

10:11AM 7           THE COURT:  AND WHAT OCCUPATIONS ARE THEY IN?

10:11AM 8           PROSPECTIVE JUROR 40:  CARPENTERS.

10:11AM 9           THE COURT:  CARPENTERS, ALSO.

10:11AM 10          PROSPECTIVE JUROR 41:  AUGUSTA WATTS.

10:11AM 11          THE COURT:  THERE IS A MICROPHONE THERE, BUT AT THE RISK

10:11AM 12  OF -- IT'S GOING TO BE HARDER TO GET YOU ALL TO COME UP TO THE

10:11AM 13  MICROPHONE, SO IF YOU COULD JUST SPEAK LOUDER IT WILL PROBABLY GO

10:11AM 14  A LITTLE BIT QUICKER.

10:11AM 15          PROSPECTIVE JUROR 41:  MY NAME IS AUGUSTA WATTS.  I WORK

10:11AM 16  AS A LIBRARIAN AS TULANE, AND I'M SINGLE.

10:11AM 17          PROSPECTIVE JUROR 42:  MY NAME IS GEORGE NORDGREN,

10:11AM 18  MARRIED, RETIRED.  I HAVE A SON 17, A DAUGHTER THAT'S 37, WORKS

10:11AM 19  FOR CHATTERBOX BOUTIQUE.

10:11AM 20          THE COURT:  AND YOU SAY YOU'RE RETIRED.  WHAT WAS YOUR

10:11AM 21  OCCUPATION BEFORE YOU RETIRED?

10:11AM 22          PROSPECTIVE JUROR 42:  I WAS A VICE-PRESIDENT OF BYWATER

10:11AM 23  BUILDING SALES, A COMMERCIAL CLEANING SERVICE.

10:11AM 24          PROSPECTIVE JUROR 43:  MY NAME IS BRENDA GAUTREAUX.

10:11AM 25  I'VE WORKED FOR TERREBONNE PARISH SCHOOL SYSTEM FOR 14 YEARS AS A

10:12AM 1   LIBRARY CLERK.  MY HUSBAND IS A CAPTAIN ON A TUGBOAT.  I HAVE

10:12AM 2   THREE CHILDREN.  30 YEARS OLD, SHE WORKS AS -- FOR THE HEAD START

10:12AM 3   PROGRAM IN TERREBONNE PARISH.  I HAVE A 17-YEAR-OLD.  SHE WORKS

10:12AM 4   AS A RISK MANAGEMENT FOR TERREBONNE PARISH.  SHE'S IN TERREBONNE

10:12AM 5   PARISH CONSOLIDATED GOVERNMENT.  AND I HAVE A 12-YEAR-OLD.

10:12AM 6           THE COURT:  THANK YOU.

10:12AM 7           PROSPECTIVE JUROR 44:  MY NAME IS TIMMY GISCLAIR.  I'M

10:12AM 8   AN OPERATIONS MANAGER FOR A TELECOMMUNICATIONS COMPANY.  I'M

10:12AM 9   MARRIED.  MY WIFE IS A SCHOOLTEACHER.  AND WE HAVE TWO SONS, ONE

10:12AM 10  15 AND ONE 12.

10:12AM 11          PROSPECTIVE JUROR 45:  MY NAME IS DAVID KIRZNER.  I'M

10:12AM 12  MARRIED.  I'M A COMMERCIAL SALESMAN.  I HAVE A 22-YEAR-OLD

10:12AM 13  DAUGHTER THAT'S WORKING FOR A COMPANY CALLED EPCO, WHICH IS A

10:12AM 14  PIPELINE COMPANY, AND AN 18-YEAR-OLD SON AT LSU.

10:12AM 15          PROSPECTIVE JUROR 46:  I'M BAYARD AMES.  I'M MARRIED.

10:12AM 16  I'M AN OPERATIONS DIRECTOR FOR A COMPUTER SERVICE.  MY WIFE IS AN

10:12AM 17  EEG TECH.  I HAVE TWO CHILDREN, ONE 36 WHO DOES REAL ESTATE

10:13AM 18  APPRAISALS, AND THE 33-YEAR-OLD, MY SECOND DAUGHTER, SHE'S AN IT

10:13AM 19  TECH FOR AN IT FIRM -- OR, I'M SORRY, SHE WORKS FOR AN IT FIRM,

10:13AM 20  AND SHE'S WORKING ON THE HEALTH DESK.

10:13AM 21          PROSPECTIVE JUROR 47:  ANDREA BARRÉ, HAPPILY DIVORCED,

10:13AM 22  TWO CHILDREN.  44-YEAR-OLD SON IN CONSTRUCTION, AN EIGHT-YEAR-OLD

10:13AM 23  IN CATHOLIC SCHOOL.  I'M RETIRED, DISABLED --

10:13AM 24          PROSPECTIVE JUROR 48:  I'M MOLLIE MCGRUDER.  I'M

10:13AM 25  MARRIED.  I'M A RETIRED RESPIRATORY THERAPIST.  MY HUSBAND WORKS

10:13AM 1  AT DELGADO COMMUNITY COLLEGE.  I HAVE ONE SON WHO IS 37 WHO WORKS

10:14AM 2  FOR HONEYWELL.  HE DRIVES WIFE'S --

10:14AM 3          PROSPECTIVE JUROR 50:  I'M DANIELLE QUINN.  I'M EMPLOYED

10:14AM 4  WITH THE HAMPTON INN, AND I'M SINGLE.

10:14AM 5          PROSPECTIVE JUROR 51:  I'M HOLLY HAWKINS.  I'M A

10:14AM 6  REGISTERED NURSE AT TULANE.  MY HUSBAND IS AN ATTORNEY.  AND I

10:14AM 7  HAVE TWO KIDS.

10:14AM 8          THE COURT:  MR. SOLANO.

10:14AM 9          PROSPECTIVE JUROR 52:  JESUS SOLANO.  I WORK FOR RON-DEL

10:14AM 10 FLOOR SERVICE.  I'VE BEEN THERE FOR 20 YEARS.  WIFE WORKS AT

10:14AM 11 WINN-DIXIE.  SHE'S A MANAGER.  AND I'VE ONLY GOT ONE KID.  HE'S

10:14AM 12 FOUR YEARS OLD.

10:14AM 13         PROSPECTIVE JUROR 53:  CHERYL SHELVIN, NOW LEWIS.  I'M

10:14AM 14 RECENTLY MARRIED.  ONE SON.  I'M EMPLOYED BY THE STATE OF

10:14AM 15 LOUISIANA AS A PROVISIONAL COORDINATOR FOR JEFFERSON PARISH.  MY

10:14AM 16 HUSBAND IS A PASTOR.

10:14AM 17         PROSPECTIVE JUROR 54:  DANA LEAMAN.  I'M A TEACHER.

10:14AM 18 MARRIED.  I HAVE KIDS, FIVE AND TWO YEARS OLD.  MY WIFE IS A

10:14AM 19 HOMEMAKER.

10:15AM 20         PROSPECTIVE JUROR 55:  SANDY STEFFY.  I'M WIDOWED.  MY

10:15AM 21 HUSBAND WAS MILITARY FOR 29 YEARS, NAVY SEAL.  SOLE PROPRIETOR OF

10:15AM 22 A SANITATION COMPANY, AND I RAISE ALPACAS.

10:15AM 23         PROSPECTIVE JUROR 56:  VICTORIA LESSARD.  I'M MARRIED.

10:15AM 24 I WORK IN A FOOD GROCERY STORE IN LABADIEVILLE.  MY HUSBAND WORKS

10:15AM 25 FOR ISC OUT OF BATON ROUGE, ELECTRICIAN.  MY YOUNGEST SON, WHICH

10:15AM 1   IS 32, HE ALSO WORKS FOR ISC.

10:15AM 2         PROSPECTIVE JUROR 57:  MY NAME IS TRACY KIMBLE.  I AM A

10:15AM 3   PARA-PROFESSIONAL AT TERREBONNE PARISH SCHOOL BOARD.  I AM

10:15AM 4   MARRIED.  MY HUSBAND WORKS AS A DIESEL MECHANIC AT INDUSTRIAL

10:15AM 5   DIESEL IN GALLIANO, LOUISIANA.  I HAVE ONE DAUGHTER.  SHE'S 13.

10:15AM 6         PROSPECTIVE JUROR 58:  MY NAME IS SHERMAN R. SMITH.  MY

10:15AM 7   WIFE AND I, AFTER 25 YEARS, WE JUST RECENTLY RESIGNED FROM OUR

10:15AM 8   JOBS.  I WAS A HOTEL MANAGER, AND MY WIFE WAS A MANAGER AT STAGE

10:16AM 9   DEPARTMENT STORE.  WE STARTED OUR OWN WEB BASED COMPANY.  WE HAVE

10:16AM 10  SIX CHILDREN:  25, 23, 21, 19, 17, AND 15.  FOUR OF THEM HAVE

10:16AM 11  ALREADY GRADUATED FROM COLLEGE, AND TWO ARE IN COLLEGE RIGHT NOW.

10:16AM 12  AND ONE IS STILL IN HIGH SCHOOL.

10:16AM 13        THE COURT:  THANK YOU.

10:16AM 14        PROSPECTIVE JUROR 60:  KIANA ROBERTSON.  I'M A POLICE

10:16AM 15  DISPATCHER FOR ONE YEAR, NEW ORLEANS PD.  MY FIANCE IS A POLICE

10:16AM 16  OFFICER.  AND ONE CHILD IS 11 YEARS OLD.

10:16AM 17        PROSPECTIVE JUROR 61:  TAWANA CONNER.  I'M MARRIED.  I

10:16AM 18  WORK AT PEOPLE'S HEALTH NETWORK AS A MANAGER.  I HAVE FIVE KIDS,

10:16AM 19  AGES -- MY HUSBAND WORKS FOR NORTHROP GRUMMAN AS AN ELECTRICAL

10:16AM 20  ENGINEER.  AGES ARE 30, 29, 27, 26 AND 25.  THE OLDEST LIVES IN

10:16AM 21  LAFAYETTE.  HE WORKS FOR HALLIBURTON AS AN ENGINEER.  THE SECOND

10:17AM 22  ONE WORKS FOR THE STATE IN THE DISABILITY OFFICE.  ONE WORKS IN A

10:17AM 23  PLANT OUT IN RESERVE, LOUISIANA, AND THE YOUNGEST IS IN THE

10:17AM 24  AIR FORCE.

10:17AM 25        PROSPECTIVE JUROR 63:  IRENE SIMNO.  I'M SINGLE, NO

10:17AM 1    CHILDREN.  I WORK FOR MEDICAL RECORDS FOR DIAGNOSTIC IMAGING

10:17AM 2    SERVICES.

10:17AM 3            PROSPECTIVE JUROR 64:  MY NAME IS SANDRA BLANCHARD.

10:17AM 4    I'VE BEEN MARRIED FOR 30 YEARS.  I HAVE A DAUGHTER WHO IS 22.

10:17AM 5    SHE'S AT DELGADO IN THE NURSING FIELD, AND SHE ALSO WORKS AT

10:17AM 6    COPELAND'S.  I HAVE WORKED FOR AN ENVIRONMENTAL COMPANY FOR THE

10:17AM 7    PAST -- OVER 25 YEARS.  MY HUSBAND IS SELF-EMPLOYED AS AN

10:17AM 8    ELECTRICAL CONTRACTOR.

10:17AM 9            PROSPECTIVE JUROR 65:  DEBORAH DESEAMUS.  I'VE BEEN

10:17AM 10   MARRIED 30 YEARS.  MY HUSBAND HAS HIS OWN BUSINESS, A PHONE

10:17AM 11   COMPANY.  I HAVE MY OWN COMPANY.  I'M A TAX ASSOCIATE.  I HAVE

10:17AM 12   TWO DAUGHTERS.  ONE IS 26.  SHE'S A CHEMIST AT PACE ANALYTICAL.

10:18AM 13   THE OTHER IS 24.  SHE WORKS FOR THE LOUISIANA BUSINESS AND

10:18AM 14   TECHNOLOGY CENTER AS AN INTERN WHILE SHE'S GOING TO LSU'S MBA

10:18AM 15   PROGRAM.

10:18AM 16           PROSPECTIVE JUROR 66:  DANNY BLANK.  I WORK FOR SHELL

10:18AM 17   CHEMICAL IN NORCO.  MARRIED.  MY WIFE IS A SCHOOL TEACHER IN

10:18AM 18   ST. JAMES PARISH.  I HAVE TWO YOUNGER CHILDREN IN ELEMENTARY

10:18AM 19   SCHOOL AND ONE IN COLLEGE.

10:18AM 20           PROSPECTIVE JUROR 67:  MARGARET TURNIPSEED.  I WORK FOR

10:18AM 21   VERGES ROME ARCHITECTS.  I DO ACCOUNTING, HR, MARKETING AND

10:18AM 22   PROJECT SUPPORT.  MY HUSBAND IS SELF-EMPLOYED SALES.  MY

10:18AM 23   28-YEAR-OLD DAUGHTER IS A PATHOLOGY LAB TECHNICIAN, AND MY

10:18AM 24   26-YEAR-OLD SON IS A FILM EDITOR AT A LOCAL TV STATION.

10:18AM 25           PROSPECTIVE JUROR 68:  ROYAL DAVID.  I'M A LICENSED

10:18AM 1    EMBALMER AND FUNERAL DIRECTOR.  I'VE BEEN LICENSED FOR 30 YEARS.

10:18AM 2    I'M THE MANAGER OF A NORTHSHORE FUNERAL HOME.  MY WIFE IS A SALES

10:18AM 3    CONSULTANT FOR OUR CEMETERY.  WE HAVE SIX CHILDREN:  31, 21, 17,

10:19AM 4    14, 8 AND 4.  MY 31-YEAR-OLD IS A FUNERAL DIRECTOR, ALSO, OUT OF

10:19AM 5    LAFAYETTE.  HE'S BEEN PRACTICING FIVE YEARS.  HE IS ALSO A

10:19AM 6    LICENSED EMBALMER.  MY 21-YEAR-OLD IS A SENIOR AT SOUTHEASTERN,

10:19AM 7    AND THE REST ARE IN SCHOOL.

10:19AM 8            PROSPECTIVE JUROR 69:  I AM JULIO ROMERO.  I'M A

10:19AM 9    HYDRAULIC TECHNICIAN.  I WORK FOR THE RIVERFRONT, ON THE

10:19AM 10   RIVERFRONT WHEN THE SHIPS COME.  I'M MARRIED.  I'VE GOT TWO KIDS,

10:19AM 11   ONE BOY AND A GIRL.  THE BOY IS 35.  MY GIRL IS 25.  SHE'S GOING

10:19AM 12   TO SOUTHEASTERN UNIVERSITY.  AND MY SON GRADUATED FROM TULANE AND

10:19AM 13   HE'S WORKING IN NEW YORK.  MY WIFE, SHE DON'T WORK.  SHE'S A

10:19AM 14   HOUSEWIFE.  TAKE CARE OF ALL THE STUFF.

10:19AM 15           THE COURT:  THANK YOU.  AT THIS TIME, LET ME ASK COUNSEL

10:19AM 16   TO APPROACH THE BENCH.  WE'RE GOING TO DISCUSS UP HERE SOME OF

10:20AM 17   THE INFORMATION YOU ALL HAVE GIVEN US.  IF YOU COULD JUST MAKE

10:20AM 18   YOURSELVES COMFORTABLE, WE'LL TRY TO BE AS EFFICIENT AND AS

10:20AM 19   PROMPT AS WE CAN.  WE'RE NEARING THE CONCLUSION OF THE JURY

10:20AM 20   SELECTION PROCESS, SO PLEASE BEAR WITH US.

10:20AM 21           (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE WAS

10:20AM 22   A CONFERENCE HELD AT THE BENCH.)

10:20AM 23           THE COURT:  FIRST 30 JURORS, ANY CHALLENGES FOR CAUSE?

10:20AM 24           MR. MEUNIER:  YOUR HONOR, SO I UNDERSTAND THE GROUND

10:20AM 25   RULES, WE CAN'T -- YOU DON'T WANT US TO GO BACK AND CHALLENGE FOR

10:20AM 1  CAUSE ON THINGS THAT WERE IN THE QUESTIONNAIRE THAT DID NOT COME

10:20AM 2  OUT TODAY; IS THAT --

10:20AM 3         THE COURT:  I WOULD RATHER NOT.  IF SOMETHING CAME OUT

10:20AM 4  TODAY --

10:20AM 5         MR. MEUNIER:  IF WE'RE LIMITING IT ONLY TO WHAT CAME OUT

10:20AM 6  TODAY.

10:20AM 7         THE COURT:  RIGHT.

10:20AM 8         MR. MEUNIER:  BECAUSE I THINK I'VE ALREADY LOOKED AT THE

10:20AM 9  REASONS FOR CAUSE.  WE HAD THE GENTLEMAN, MR. VICKNAIR, WHO SAID

10:20AM 10 HIS SIGHT WAS NOT GOOD.  I THINK WE PROBABLY OUGHT TO GET HIM

10:21AM 11 OFF.

10:21AM 12        MR. MEUNIER:  WELL, YOUR HONOR, I WOULD LIKE TO AT LEAST

10:21AM 13 ASK HIM A LITTLE BIT MORE ABOUT THAT.

10:21AM 14        THE COURT:  WE CAN BRING THESE PEOPLE UP FOR

10:21AM 15 QUESTIONING.  VICKNAIR IS A CANDIDATE.  WHO ELSE?

10:21AM 16        MR. GLASS:  JUDGE, WE HAVE SOME PROBLEMS WITH -- I DON'T

10:21AM 17 WANT TO GO INTO IT.

10:21AM 18        MR. MEUNIER:  I CAN'T HEAR YOU.

10:21AM 19        MR. WEINSTOCK:  JUST TELL HIM WHICH ONES WE WANT TO ASK

10:21AM 20 QUESTIONS ABOUT.

10:21AM 21        MR. GLASS:  AUCOIN, FIRST ONE.

10:21AM 22        MR. WEINSTOCK:  THAT'S MITCHELL, NUMBER 12.  I

10:21AM 23 APOLOGIZE.

10:21AM 24        MR. GLASS:  HOOFKIN, NUMBER 16.  GUSTE, NUMBER 18.

10:21AM 25        THE COURT:  I THINK I'M GOING TO EXCUSE GUSTE FOR CAUSE.

10:21AM 1 HE KNOWS A LOT OF PEOPLE.

10:21AM 2         MR. MEUNIER:  WE'RE NOT GOING TO ASK HIM IF HE COULD BE

10:21AM 3 FAIR?

10:21AM 4         MR. WEINSTOCK:  AND HARRIS IS THE OTHER ONE WE'D LIKE TO

10:21AM 5 ASK QUESTIONS.

10:21AM 6         THE COURT:  PLAINTIFFS, ANY OTHER CHALLENGES FOR CAUSE

10:22AM 7 THAT YOU WOULD LIKE TO ARGUE -- THAT YOU WOULD LIKE PEOPLE TO BE

10:22AM 8 EXCUSED FOR CAUSE?

10:22AM 9         MR. MEUNIER:  I HAVE A NUMBER I'D LIKE TO BE EXCUSED FOR

10:22AM 10 CAUSE.

10:22AM 11         THE COURT:  OUT OF THE FIRST 30.

10:22AM 12         MR. MEUNIER:  OUT OF THE FIRST 30.  NUMBER FIVE, EMILE;

10:22AM 13 NUMBER 14, STRICKER; NUMBER 17, DUPRE; NUMBER 21, SMALLWOOD;

10:22AM 14 NUMBER 22, FARLEY; AND, NUMBER 23, HATTIER.

10:22AM 15         THE COURT:  WHAT'S THE PROBLEM WITH NUMBER -- BEFORE WE

10:22AM 16 GO, FLUOR, DO Y'ALL HAVE ANY --

10:22AM 17         MR. SHERBURNE:  WE'RE ON THE SAME PAGE.

10:22AM 18         THE COURT:  NUMBER ONE.  WHAT'S THE PROBLEM WITH

10:22AM 19 NUMBER ONE?

10:22AM 20         MR. MEUNIER:  I DIDN'T HAVE A PROBLEM WITH NUMBER ONE.

10:22AM 21         THE COURT:  I'M SORRY, NUMBER FIVE.

10:22AM 22         MR. MEUNIER:  WELL, AGAIN, I GUESS BECAUSE I'M HEARING A

10:22AM 23 NEED TO QUESTION JURORS FOR CAUSE BASED ON -- I'M NOT SURE

10:22AM 24 WHAT -- I HAVE TO PRESERVE FOR THE RECORD THE OBJECTION BASED ON

10:23AM 25 HIS QUESTIONNAIRE THAT HE OWNS A TRAVEL TRAILER.  HE OWNS A

10:23AM 1   CHEROKEE TRAVEL TRAILER AND HAS NO SAFETY CONCERNS OR HEALTH

10:23AM 2   CONCERNS.

10:23AM 3             THE COURT:  I THINK THAT'S A PEREMPTORY.

10:23AM 4             MR. MEUNIER:  JUST NOTE FOR THE RECORD OUR OBJECTION.

10:23AM 5             THE COURT:  SURE.  NEXT PLAINTIFF IS NUMBER 14.

10:23AM 6             MR. GLASS:  NUMBER 12.

10:23AM 7             THE COURT:  PLAINTIFF.

10:23AM 8             MR. MEUNIER:  NUMBER 14, STRICKER.  YOUR HONOR, STRICKER

10:23AM 9   IN HIS QUESTIONNAIRE SAID HE HAD A CONCERN ABOUT BEING OPEN

10:23AM 10  MINDED BECAUSE HE WAS NOT FAMILIAR WITH FEDERAL CONSTRUCTION

10:23AM 11  GUIDELINES, AND THAT THE EVIDENCE WOULD HAVE TO BE, QUOTE, CLEAR

10:23AM 12  AND OBVIOUS.  SO I WOULD LIKE TO AT LEAST BE ABLE TO QUESTION

10:23AM 13  MR. STRICKER ABOUT WHETHER THE PREPONDERANCE OF THE EVIDENCE

10:23AM 14  STANDARD IS SOMETHING THAT HE COULD FOLLOW, HAVING SAID THAT.

10:23AM 15            THE COURT:  WE'RE GOING TO DO THIS VERY QUICKLY, GUYS.

10:23AM 16            MR. STRICKER, NUMBER 14, IF YOU COULD COME ON UP,

10:23AM 17  PLEASE.  WE HAVE A FEW ADDITIONAL QUESTIONS FOR YOU.

10:23AM 18            IT'S OKAY TO TALK AMONGST YOURSELVES, BUT IF YOU

10:24AM 19  COULD DO SO QUIETLY BECAUSE I'M TRYING TO HEAR EVERYTHING UP

10:24AM 20  HERE, AND WE'RE NOT ON THE MICROPHONE HERE.

10:24AM 21            MR. STRICKER, IF YOU'D COME UP.

10:24AM 22            THE DEPUTY CLERK:  JUDGE, SOME JURORS NEED TO GO TO THE

10:24AM 23  RESTROOM.

10:24AM 24            THE COURT:  IF YOU NEED TO GO TO THE RESTROOM, IF YOU

10:24AM 25  ALL COULD GO ONE OR TWO AT A TIME AND RETURN AS PROMPTLY AS

10:24AM 1    POSSIBLE, PLEASE.

10:24AM 2             MR. STRICKER, YOU INDICATED IN YOUR QUESTIONNAIRE

10:24AM 3    THAT YOU WERE NOT AWARE OF CERTAIN GUIDELINES OR CERTAIN FEDERAL

10:24AM 4    GUIDELINES RELATIVE TO THIS CONSTRUCTION?

10:24AM 5             MR. MEUNIER:  JUDGE, IF I COULD REFER YOU TO THE

10:24AM 6    QUESTION.  IT'S NUMBER 128.

10:24AM 7             PROSPECTIVE JUROR 14:  IT WAS A LENGTHY QUESTIONNAIRE.

10:24AM 8             THE COURT:  MR. MEUNIER CAN DIRECT YOU TO THE RESPONSE.

10:24AM 9             MR. MEUNIER:  NUMBER 128 ASKS, "IS THERE ANYTHING YOU

10:24AM 10   CAN THINK OF THAT WOULD GIVE YOU TROUBLE BEING OPEN MINDED IN A

10:24AM 11   CASE INVOLVING A PERSON SUING THE TRAILER MANUFACTURERS,

10:25AM 12   INSTALLATION AND MAINTENANCE CONTRACTORS AND FEMA FOR

10:25AM 13   FORMALDEHYDE EXPOSURE FROM THEIR FEMA ISSUED TRAILERS?"  AND YOU

10:25AM 14   CAN READ WHAT YOUR ANSWER WAS.

10:25AM 15            PROSPECTIVE JUROR 14:  SURE.  "I HAVEN'T STUDIED THE

10:25AM 16   INDUSTRY OR FEDERAL CONSTRUCTION GUIDELINES, NOR DO I BELIEVE I

10:25AM 17   COULD MAKE DEFINITE DECISION BASED ON ARGUMENT.  THE EVIDENCE

10:25AM 18   MUST BE CLEAR AND OBVIOUS."

10:25AM 19            AND I REALLY THINK THAT THE TRAIN OF THOUGHT THERE

10:25AM 20   WAS WHAT ARE THE FEDERAL REGULATIONS ON FEMA TRAILERS -- OR ON

10:25AM 21   TRAILERS, AND ARE THEY MEANT TO BE USED FOR PERMANENT DWELLING OR

10:25AM 22   FOR RECREATIONAL USE?

10:25AM 23            THE COURT:  YOU MEAN YOU HAVE A QUESTION ABOUT THAT, BUT

10:25AM 24   YOU DON'T HAVE AN OPINION ABOUT IT?

10:25AM 25            PROSPECTIVE JUROR 14:  NO, I DON'T HAVE AN OPINION.  I

10:25AM 1    MEAN, MY OPINION WOULD BE THAT THEY ARE MEANT FOR RECREATIONAL

10:25AM 2    USE, BUT I DON'T HAVE ANYTHING TO SUBSTANTIATE THAT.

10:25AM 3              THE COURT:  GO AHEAD.

10:25AM 4              MR. MEUNIER:  WHEN YOU SAID THE EVIDENCE MUST BE CLEAR

10:25AM 5    AND OBVIOUS, IF THE PREPONDERANCE OF THE EVIDENCE STANDARD, AS

10:25AM 6    THE JUDGE WILL INSTRUCT YOU, IS NOT A CLEAR AND OBVIOUS STANDARD,

10:26AM 7    THAT'S WHAT I HAVE A QUESTION ABOUT, WHAT WERE YOU REFERRING TO

10:26AM 8    WHEN YOU SAID THE EVIDENCE MUST BE CLEAR AND OBVIOUS?

10:26AM 9              PROSPECTIVE JUROR 14:  WELL, I GUESS MY INITIAL THOUGHT

10:26AM 10   WOULD BE THAT, YOU KNOW, IF THE GUIDELINES ARE CLEAR, WHAT WERE

10:26AM 11   THEY USED FOR, YOU KNOW, WAS THAT THE INTENDED PURPOSE OF THE

10:26AM 12   TRAILER, YOU KNOW.  I THINK YOU CAN MAKE IT IMPARTIAL -- I THINK

10:26AM 13   I COULD BE IMPARTIAL ENOUGH TO MAKE AN HONEST DECISION, BUT, YOU

10:26AM 14   KNOW, THAT'S JUST MY INITIAL LEANING.

10:26AM 15             THE COURT:  BUT YOU UNDERSTAND THAT THE STANDARD IN THIS

10:26AM 16   CASE IN ORDER TO EVALUATE WHETHER SOMEBODY IS LIABLE IS GOING TO

10:26AM 17   BE BY A PREPONDERANCE OF THE EVIDENCE --

10:26AM 18             PROSPECTIVE JUROR 14:  YES, SIR.

10:26AM 19             THE COURT:  -- NOT BY A CLEAR AND OBVIOUS STANDARD.  IN

10:26AM 20   OTHER WORDS, YOU'RE GOING TO HEAR EVIDENCE, AND YOU'RE GOING TO

10:26AM 21   DECIDE WHETHER SOMETHING IS MORE LIKELY THAN NOT.

10:26AM 22             PROSPECTIVE JUROR 14:  SURE.

10:26AM 23             THE COURT:  AND YOU'RE GOING TO RULE IN THIS CASE, AS A

10:26AM 24   JUROR, YOU'LL HAVE TO CONSIDER WHETHER BY A PREPONDERANCE OF THE

10:26AM 25   EVIDENCE, NOT CLEAR AND OBVIOUS.  IN CRIMINAL CASES, WE SAY

10:26AM 1 BEYOND A REASONABLE DOUBT, WHICH IS EVEN A HIGHER STANDARD.  SO

10:27AM 2 WHEN YOU SAY CLEAR AND OBVIOUS, YOU'RE NOT USING THAT AS A LEGAL

10:27AM 3 TERM?

10:27AM 4          PROSPECTIVE JUROR 14:  NO, SIR.

10:27AM 5          MR. MEUNIER:  I HAVE NO FURTHER QUESTIONS.

10:27AM 6          THE COURT:  ANYBODY ELSE WANT TO QUESTION THIS WITNESS?

10:27AM 7 DO YOU THINK YOU CAN BE FAIR IN THIS CASE IF YOU'RE CHOSEN AS A

10:27AM 8 JUROR?  BECAUSE THE QUESTIONS THAT YOU'RE ANSWERING HERE REALLY

10:27AM 9 GO TO SOME ISSUES IN THIS CASE, IN OTHER WORDS, THINGS THAT THE

10:27AM 10 JURY IS GOING TO HAVE TO DECIDE.  DO YOU HAVE ANY FEELING AT THIS

10:27AM 11 POINT THAT YOU ARE PERSUADED ONE WAY OR THE OTHER AS EVIDENCED IN

10:27AM 12 YOUR ANSWER TO THAT QUESTION?

10:27AM 13          PROSPECTIVE JUROR 14:  I DON'T THINK ANYTHING OTHER THAN

10:27AM 14 I'VE ALREADY STATED.

10:27AM 15          THE COURT:  ALL RIGHT.  THANK YOU.

10:27AM 16          PROSPECTIVE JUROR 14:  THANK YOU.

10:27AM 17          THE COURT:  I THINK HE'S A PEREMPTORY CHALLENGE.

10:27AM 18          MR. MEUNIER:  OUR NEXT IS 17, DUPRE.  THIS GENTLEMAN

10:27AM 19 INDICATES THAT HE WAS A SERVICE TECH FOR A COMPANY, A CHEMICAL

10:27AM 20 COMPANY CALLED AUTOCHLOR, AND I WOULD LIKE TO ASK HIM ABOUT

10:27AM 21 AUTOCHLOR BECAUSE WE HAVE SOME INFORMATION THAT THEY WERE

10:28AM 22 INVOLVED IN A FORMALDEHYDE CONTROVERSY.

10:28AM 23          THE COURT:  MR. DUPRE, NUMBER 17.

10:28AM 24          MR. WEINSTOCK 1:  I THINK HE WENT TO THE MEN'S ROOM.

10:28AM 25          THE COURT:  WE'LL COME BACK TO HIM.

10:28AM 1          MR. MEUNIER:  YOUR HONOR, NUMBER 21, SMALLWOOD, SAYS HE

10:28AM 2  HAS EXPERIENCE WITH FURNITURE, CARPETS AND WOODWORK.  AND, AGAIN,

10:28AM 3  THE QUESTION I WOULD LIKE TO ASK HIM IS WHETHER HE WORKS AROUND

10:28AM 4  FORMALDEHYDE AND IS --

10:28AM 5          THE COURT:  DIDN'T WE HAVE THAT IN THE QUESTIONNAIRE,

10:28AM 6  THOUGH?

10:28AM 7          MR. DUPRE, IF YOU'D COME FORWARD, PLEASE.

10:28AM 8  MR. MEUNIER WANTED TO ASK YOU A FEW QUESTIONS ABOUT AN ANSWER

10:28AM 9  THAT YOU GAVE ON THE QUESTIONNAIRE.

10:28AM 10          MR. MEUNIER:  MR. DUPRE, YOU INDICATE THAT YOU WORKED

10:28AM 11  FOR A COMPANY CALLED AUTOCHLOR.

10:28AM 12          PROSPECTIVE JUROR 17:  YES, SIR.

10:28AM 13          MR. MEUNIER:  THAT'S A CHEMICAL MANUFACTURING COMPANY?

10:28AM 14          PROSPECTIVE JUROR 17:  YES.

10:29AM 15          MR. MEUNIER:  DO THEY MAKE FORMALDEHYDE?

10:29AM 16          PROSPECTIVE JUROR 17:  NO, THEY DON'T.

10:29AM 17          MR. MEUNIER:  HAVE YOU EVER COME ACROSS CONTROVERSY WITH

10:29AM 18  FORMALDEHYDE THROUGH AUTOCHLOR?

10:29AM 19          PROSPECTIVE JUROR 17:  NO.  IT'S A DISHWASHING COMPANY.

10:29AM 20          THE COURT:  WHAT KIND OF CHEMICALS DO THEY USE?

10:29AM 21          PROSPECTIVE JUROR 17:  OH, WE USE STUFF FOR LAUNDRY,

10:29AM 22  LIKE CAUSTIC SODA AND ALKALI.

10:29AM 23          MR. MEUNIER:  AND YOU OWN A MOBILE HOME?

10:29AM 24          PROSPECTIVE JUROR 17:  YES.

10:29AM 25          MR. MEUNIER:  WHO MADE IT, MANUFACTURED IT?

10:29AM  1            PROSPECTIVE JUROR 17:  NORTH RIVER.

10:29AM  2            MR. MEUNIER:  YOU LIVE IT?

10:29AM  3            PROSPECTIVE JUROR 14:  YES.  I'VE BEEN LIVING IN IT FOR

10:29AM  4   23 YEARS.

10:29AM  5            MR. MEUNIER:  AND YOU HAVE NO CONCERNS ABOUT SAFETY

10:29AM  6   LIVING IN A MOBILE HOME?

10:29AM  7            PROSPECTIVE JUROR 17:  NO.  AND I ALSO -- I FORGOT TO

10:29AM  8   TELL YOU, I DO WORK OFF OF COMMISSION ALSO, COMMISSION SALES.

10:29AM  9            THE COURT:  ANYBODY ELSE?  THANK YOU, MR. DUPRE.

10:29AM 10            MR. MEUNIER:  WE'D JUST NOTE THE SAME OBJECTION, JUDGE,

10:29AM 11   THAT HE LIVED IN A MOBILE HOME.  YOU KNOW, I DON'T KNOW HOW

10:29AM 12   YOU'RE GOING TO HAVE A JUROR BE FINDING A PRODUCT UNREASONABLY

10:29AM 13   DANGEROUS WHEN THEY LIVE --

10:30AM 14            MR. WEINSTOCK:  THIS CASE ISN'T A MOBILE HOME CASE.  IF

10:30AM 15   IT WAS, IT WOULD BE PREEMPTIVE.

10:30AM 16            THE COURT:  WE'VE GOT TO MOVE ON.  I DON'T THINK WE CAN

10:30AM 17   EXCUSE EVERYBODY WHO HAS HAD AN EXPERIENCE WITH A MOBILE HOME.

10:30AM 18   THAT WOULD BE LIKE SAYING EVERYBODY THAT'S BEEN IN A CAR ACCIDENT

10:30AM 19   OR SOMEBODY WHO OWNS A CAR COULD BE EXCUSED AS A JUROR.

10:30AM 20            MR. MEUNIER:  I'LL SKIP SMALLWOOD.

10:30AM 21            THE COURT:  DID YOU WANT TO ASK SMALLWOOD?

10:30AM 22            MR. MEUNIER:  WELL, THERE ARE THE PLACES IN THE

10:30AM 23   QUESTIONNAIRE WHERE HE TALKS ABOUT FORMALDEHYDE.

10:30AM 24            THE COURT:  FARLEY.

10:30AM 25            MR. MEUNIER:  FARLEY, HER HUSBAND IS A MANUFACTURING

10:30AM  1   COMPANY MANUFACTURER.  THE COMPANY IS CALLED INTRALOX.  AGAIN,

10:30AM  2   I'D LIKE TO ASK WHETHER THEY MAKE FORMALDEHYDE.  AND SHE, TOO,

10:30AM  3   HAS OWNED A CAMPER.

10:30AM  4        THE COURT:  MS. FARLEY, NUMBER 22, IF YOU WOULD COME

10:30AM  5   FORWARD, PLEASE.

10:30AM  6             GO AHEAD, MR. MEUNIER.

10:30AM  7        MR. MEUNIER:  MS. FARLEY, YOU INDICATED IN YOUR

10:31AM  8   QUESTIONNAIRE THAT YOUR HUSBAND IS AN MANAGER FOR A MANUFACTURING

10:31AM  9   COMPANY.  I THINK IT'S INTRALOX.

10:31AM 10        PROSPECTIVE JUROR 22:  YES, IT IS.

10:31AM 11        MR. MEUNIER:  WHAT DO THEY MAKE?

10:31AM 12        PROSPECTIVE JUROR 22:  CONVEYOR BELTING.

10:31AM 13        MR. MEUNIER:  DO YOU KNOW WHAT KIND OF CHEMICALS THEY

10:31AM 14   USE?

10:31AM 15        PROSPECTIVE JUROR 22:  I HAVEN'T A CLUE.  THEY ARE

10:31AM 16   MOLDED.  THEY USE MOLDING MACHINES.  THAT'S ALL I KNOW.

10:31AM 17        MR. MEUNIER:  YOU DON'T KNOW WHETHER THEY USE

10:31AM 18   FORMALDEHYDE IN THEIR MOLDING PROCESS?

10:31AM 19        PROSPECTIVE JUROR 22:  I HAVE NO IDEA.  I HAVE ONE IDEA.

10:31AM 20        MR. WEINSTOCK:  IS THAT ONE OF THE LATRAM COMPANIES?

10:31AM 21        PROSPECTIVE JUROR 22:  IT IS LATRAM.  YES, IT IS.

10:31AM 22        MR. MEUNIER:  WHO MADE THE CAMPER THAT YOU OWNED, DO YOU

10:31AM 23   KNOW?

10:31AM 24        PROSPECTIVE JUROR 22:  OH, GOSH.  I DON'T KNOW.  THAT

10:31AM 25   WAS SO LONG AGO.

10:31AM 1          THE COURT:  YOU DON'T OWN IT ANYMORE?

10:31AM 2          PROSPECTIVE JUROR 22:  NO.  WE SOLD IT LIKE 20 YEARS

10:31AM 3     AGO.  I HAVE NO IDEA.

10:31AM 4          MR. MEUNIER:  BUT YOU NEVER HAD ANY SAFETY CONCERNS

10:31AM 5     ABOUT YOUR CAMPER?

10:31AM 6          PROSPECTIVE JUROR 22:  NO, WE DIDN'T HAVE IT THAT LONG.

10:31AM 7     WE GOT TIRED OF CAMPING.

10:31AM 8          THE COURT:  I THINK YOU CAN USE A PEREMPTORY ON HER.

10:31AM 9          MR. MEUNIER:  THIS LAST ONE, HATTIER, WAS ON OUR STRIKE

10:31AM 10    LIST FOR CAUSE, AND YOU DECLINED AT THAT TIME.  SHE'S THE ONE WHO

10:31AM 11    SAYS IN HER QUESTIONNAIRE THAT SHE THINKS LAWSUITS ARE OUT OF

10:32AM 12    CONTROL, QUOTE, UNQUOTE.  AND SHE OWNS A FOREST RIVER AND A,

10:32AM 13    QUOTE, VARIETY OF OTHERS, CLOSE QUOTE, SO --

10:32AM 14         THE COURT:  MS. HATTIER, NUMBER 23, IF YOU WOULD COME

10:32AM 15    FORWARD, PLEASE.  ALSO, AGAIN, IF YOU ALL WANT TO TALK QUIETLY

10:32AM 16    AMONGST YOURSELVES, THAT'S FINE, BUT PLEASE KEEP IT DOWN.  THOSE

10:32AM 17    WHO ARE HERE OBSERVING WHO ARE NOT IN THE JURY POOL, PLEASE HAVE

10:32AM 18    A SEAT, IF YOU'RE NOT USING THE RESTROOM, BECAUSE WHEN WE START

10:32AM 19    UP, I DON'T WANT TO HAVE PEOPLE IN THE AISLE.

10:32AM 20         AGAIN, YOU CAN TALK QUIETLY AMONGST YOURSELVES, BUT

10:32AM 21    PLEASE KEEP IT DOWN.  AND PLEASE BE SEATED IF YOU ARE NOT ON YOUR

10:32AM 22    WAY OUT OR INTO THE COURTROOM.

10:32AM 23         MS. HATTIER, YOU CAN INDICATED IN YOUR

10:32AM 24    QUESTIONNAIRE THAT YOU ALL OWN A FORREST RIVER?

10:32AM 25         PROSPECTIVE JUROR 23:  RIGHT NOW, WE DO, YES.  WE HAVE

10:32AM  1    HAD CAMPERS, RECREATIONAL VEHICLES, FOR MANY YEARS.  AND

10:33AM  2    CURRENTLY WE HAVE A FOREST RIVER.  WE DID HAVE A GULF STREAM

10:33AM  3    MAYBE TWO BACK, YOU KNOW, BUT THAT'S IT.  I MEAN, IT'S JUST

10:33AM  4    SOMETHING WE'VE ALWAYS DONE IS HAVE RECREATIONAL VEHICLES.  WE DO

10:33AM  5    A LOT OF CAMPING.

10:33AM  6            MR. MEUNIER:  YOU USED THE GULF STREAM?

10:33AM  7            PROSPECTIVE JUROR 23:  UH-HUH (AFFIRMATIVE RESPONSE).

10:33AM  8            MR. MEUNIER:  AND YOU NEVER HAD ANY PROBLEMS WITH IT?

10:33AM  9            PROSPECTIVE JUROR 23:  NO.

10:33AM 10            MR. MEUNIER:  NO SAFETY CONCERNS, NO HEALTH CONCERNS

10:33AM 11    ABOUT IT?

10:33AM 12            PROSPECTIVE JUROR 23:  NO.

10:33AM 13            MR. MEUNIER:  AND I BELIEVE YOU'RE ALSO -- AT OCHSNER,

10:33AM 14    YOU'RE IN CLAIMS HANDLING?

10:33AM 15            PROSPECTIVE JUROR 23:  ACTUALLY, I'M A FINANCIAL ANALYST

10:33AM 16    IN THE SYSTEMS AREA; BUT, AT ONE POINT IN MY CAREER, I WORKED IN

10:33AM 17    ANOTHER HOSPITAL, AND I WAS A BUSINESS OFFICE MANAGER.  AND AT

10:33AM 18    THAT POINT, I WAS OVER, YOU KNOW, BILLING AND COLLECTIONS AND

10:33AM 19    THAT TYPE OF THING.  THAT WAS SEVERAL YEARS AGO.  BUT I'M NOW AN

10:33AM 20    ANALYST OVER THE SYSTEMS --

10:34AM 21            MR. MEUNIER:  AND YOU DID STATE IN YOUR QUESTIONNAIRE

10:34AM 22    THAT YOU THOUGHT LAWSUITS WERE, QUOTE, OUT OF CONTROL?

10:34AM 23            PROSPECTIVE JUROR 23:  TO SOME POINT, YEAH.  I THINK IT

10:34AM 24    CAN BE A BIT FRIVOLOUS.

10:34AM 25            THE COURT:  DO YOU THINK THAT YOU COULD BE FAIR IN THIS

10:34AM 1   CASE, IF YOU WERE CHOSEN AS JUROR?

10:34AM 2        PROSPECTIVE JUROR 23:  YES.

10:34AM 3        THE COURT:  DO YOU UNDERSTAND THAT WE'RE GOING TO HAVE

10:34AM 4   EVIDENCE HERE, AND THAT YOU'RE GOING TO DECIDE BASED ON THE

10:34AM 5   EVIDENCE AND NOT BASED ON ANYTHING ELSE OUTSIDE OF THE COURTROOM?

10:34AM 6        PROSPECTIVE JUROR 23:  YES.

10:34AM 7        THE COURT:  COUNSEL, ANY OF YOU ALL HAVE ANY QUESTIONS?

10:34AM 8          THANK YOU.

10:34AM 9        MR. MEUNIER:  THAT CONCLUDES OUR QUESTIONS FOR CAUSE,

10:34AM 10  BUT LET ME JUST ASK THE COURT TO CONSIDER THE FACT THAT THIS IS A

10:34AM 11  JUROR WHO OWNED AND USED A GULF STREAM RV AND FOUND IT TO BE

10:34AM 12  WITHOUT ANY KIND OF PROBLEM, HAD NO SAFETY OR HEALTH CONCERN.  I

10:34AM 13  DON'T KNOW HOW WE CAN EXPECT SOMEONE TO SIT ON A JURY AND NOW

10:34AM 14  FIND A GULF STREAM RV UNREASONABLY DANGEROUS UNDER NORMAL USE.

10:34AM 15  SHE JUST COMES TO THE TABLE WITH AN OWNERSHIP OF THE PRODUCT

10:35AM 16  EXPERIENCE THAT, COMING INTO IT, SHE'S GOING TO HAVE TO BELIEVE

10:35AM 17  THAT THIS PRODUCT IS FINE, OR ELSE SHE WOULDN'T HAVE OWNED IT AND

10:35AM 18  USED IT WITHOUT ANY CONCERN.  AND, JUDGE, THAT PUTS US --

10:35AM 19        THE COURT:  ANDY.

10:35AM 20        MR. WEINSTOCK:  I WOULD LIKE TO SAY HE'S WRONG, BUT I

10:35AM 21  DON'T THINK HE IS, YOUR HONOR.

10:35AM 22        THE COURT:  I THINK WE CAN GET JURORS.  I WOULD RATHER

10:35AM 23  NOT HAVE A JUROR THAT IS ON THE PRECIPICE OF BRINGING EXPERIENCE

10:35AM 24  WITH A PRODUCT IN A PRODUCT LIABILITY CASE.  AGAIN, I USED THE

10:35AM 25  ANALOGY WITH THE AUTOMOBILE, BUT THIS MAY BE A LITTLE BIT GREATER

10:35AM 1   THAN THAT, SO I'LL GO AHEAD AND EXCUSE MS. HATTIER FOR CAUSE.

10:35AM 2                   ALL RIGHT.  ON THE DEFENDANTS' SIDE.  LET'S QUICKLY

10:35AM 3   GO THROUGH.

10:35AM 4        MR. GLASS:  MS. AUCOIN INDICATED IN SEVERAL PLACES THAT

10:35AM 5   SHE HAS MADE UP HER MIND ABOUT THIS CASE.  SPECIFICALLY IN

10:35AM 6   QUESTION 106, SHE SAID THAT SHE HAS OPINIONS ABOUT THE

10:36AM 7   MANUFACTURING COMPANIES AND FEELS THAT PEOPLE SHOULD NOT BE PUT

10:36AM 8   IN A BAD INSTANCE OF HEALTH DUE TO LACK OF TRAILERS AND DANGEROUS

10:36AM 9   SITUATIONS.  116, SHE HAS AN OPINION AGAINST FEMA CONTRACTORS.

10:36AM 10  SHE THINKS PEOPLE SHOULD NOT HAVE BEEN PUT IN A DANGEROUS

10:36AM 11  POSITION.  REGARDING 125, SHE SAID SHE HEARD ALL THE NEWS, SHE

10:36AM 12  TALKED TO PEOPLE, AND THAT PEOPLE SHOULDN'T HAVE TO HAVE BEEN PUT

10:36AM 13  IN THAT POSITION.

10:36AM 14       THE COURT:  MS. AUCOIN, NUMBER 12, IF YOU WOULD PLEASE

10:36AM 15  COME FORWARD.

10:36AM 16                  WHAT ABOUT VICKNAIR, WHILE WE'RE --

10:36AM 17       MR. GLASS:  THESE ARE ALL THE PEOPLE WHO SAID THEY

10:36AM 18  WEREN'T OPEN MINDED BECAUSE OF --

10:36AM 19       THE COURT:  SO YOU'RE OKAY WITH VICKNAIR.  WELL, WE'LL

10:36AM 20  ASK MR. VICKNAIR.

10:36AM 21                  AND, MR. VICKNAIR, IF YOU WOULD BE READY.  IF YOU

10:36AM 22  COULD COME HERE AND STAND BY THE EXIT TO JURY BOX, PLEASE.

10:36AM 23                  ALL RIGHT.

10:37AM 24       MR. GLASS:  MA'AM, I JUST WANTED TO ASK YOU A FEW

10:37AM 25  QUESTIONS ABOUT YOUR QUESTIONNAIRE.  YOU WERE ASKED TODAY IF YOU

10:37AM  1  COULD BE OPEN MINDED, AND YOU DIDN'T RESPOND; BUT, IN YOUR

10:37AM  2  QUESTIONNAIRE, YOU HAD SOME VERY SPECIFIC CONCERNS ABOUT PEOPLE

10:37AM  3  BEING IN TRAILERS.  IN QUESTION NUMBER 106, YOU SAID THAT YOU

10:37AM  4  HAVE OPINIONS ABOUT COMPANIES WHO MANUFACTURE TRAILERS.  THESE

10:37AM  5  PEOPLE WOULD SHOULD NOT BE PUT IN BAD INSTANCES OF HEALTH.  HAVE

10:37AM  6  YOU ALREADY AN OPINION THAT THESE TRAILERS ARE DANGEROUS?

10:37AM  7       PROSPECTIVE JUROR 12:  YES.  I LOOK AT IT THIS WAY,

10:37AM  8  AS -- IF YOU WERE GOING TO BE KILLED, WOULDN'T YOU WANT TO BE

10:37AM  9  KILLED IN AN INSTANT AND IN A HURRICANE THAN BE PUT IN A SPOT

10:37AM 10  WHERE YOU'RE GOING TO DIE A SLOW DEATH?

10:37AM 11       MR. GLASS:  SO YOU THINK THESE TRAILERS WILL CAUSE YOU

10:37AM 12  TO DIE A SLOW DEATH?

10:37AM 13       PROSPECTIVE JUROR 12:  WELL, WOULDN'T YOU THINK IT IF --

10:37AM 14       MR. GLASS:  YOU'VE ALREADY MADE UP YOUR MIND, THEN?

10:37AM 15       PROSPECTIVE JUROR 12:  WELL, I MEAN, THINK ABOUT IT AS,

10:37AM 16  YOU KNOW, Y'ALL BANNING SECONDHAND SMOKE IN A BARROOM, WHICH I

10:37AM 17  HAPPEN TO WORK IN.  AND IF YOU HAVE CHOICES, YOU KNOW, THINK

10:37AM 18  ABOUT IT AS IN IF THEY HAD A CHOICE WOULD THEY GO IN THAT

10:38AM 19  TRAILER?

10:38AM 20       MR. SHERBURNE:  MA'AM -- MY NAME IS RICHARD SHERBURNE --

10:38AM 21  I NOTICED THAT YOU MENTIONED THAT YOU HAD A FRIEND THAT HAS A

10:38AM 22  CLAIM.  AND WE ALL HAVE LOTS OF FRIENDS, AND WE'RE CLOSE TO SOME

10:38AM 23  AND LESS CLOSE TO OTHERS.  CAN YOU TELL US A LITTLE BIT ABOUT

10:38AM 24  YOUR RELATIONSHIP WITH THIS PERSON?

10:38AM 25       PROSPECTIVE JUROR 12:  I WORK AT -- WHERE I WORK AT IS

10:38AM  1   NORM'S.  THE GUY WHO OWNS THE PLACE, THAT'S HIS GOOD FRIEND, AND

10:38AM  2   THAT'S HOW I CAME TO KNOW HIM.  AND HE COMES, ALSO.

10:38AM  3              MR. SHERBURNE:  DO YOU SEE HIM IN THE BAR EVERY DAY?

10:38AM  4              PROSPECTIVE JUROR 12:  OH, NO.  NO.  HE COMES WHEN --

10:38AM  5   THE OWNERS THAT OWNS OUR PLACE IS REAL SICK, AND HE ACTUALLY

10:38AM  6   HELPS DRIVE HIM.  SO WHEN HE COMES.

10:38AM  7              THE COURT:  OKAY.  ANYBODY ELSE?

10:38AM  8              MR. MEUNIER:  CAN I ASK?

10:38AM  9              THE COURT:  SURE.

10:38AM 10              MR. MEUNIER:  THE JUDGE IS GOING TO INSIST THAT EVERY

10:38AM 11   JUROR TAKE AN OATH TO LISTEN JUST TO THE EVIDENCE IN THIS CASE

10:38AM 12   AND DECIDE JUST WHETHER THIS TRAILER IN THIS CASE THAT WAS LIVED

10:38AM 13   IN BY THIS FAMILY WAS A PROBLEM OR NOT.  IF THE JUDGE INSISTS

10:39AM 14   THAT YOU TAKE AN OATH AND DO THAT --

10:39AM 15              PROSPECTIVE JUROR 12:  I UNDERSTAND WHAT YOU'RE SAYING.

10:39AM 16              MR. MEUNIER:  -- DO YOU THINK YOU CAN LIMIT YOUR

10:39AM 17   CONSIDERATION TO WHAT YOU HEAR IN THIS COURTROOM AND DECIDE ABOUT

10:39AM 18   THIS TRAILER ONLY, DESPITE WHAT YOU MAY THINK ABOUT TRAILERS IN

10:39AM 19   GENERAL?

10:39AM 20              PROSPECTIVE JUROR 12:  THAT'S HOW I FEEL, THOUGH,

10:39AM 21   TRAILERS IN GENERAL.  I DON'T KNOW.  I MEAN, LIKE, HE ASKED THAT

10:39AM 22   EARLIER, AND I QUESTIONED IT MAYBE, YOU KNOW, YEAH, I CAN, AND

10:39AM 23   MAYBE THEN WHAT IF I DOUBT MYSELF.  THAT'S -- I MEAN, THAT'S WHY

10:39AM 24   I DIDN'T RAISE MY NUMBER BECAUSE I DIDN'T KNOW, YOU KNOW, LIKE --

10:39AM 25   I MEAN -- I DON'T KNOW.  I CAN'T SAY YEAH OR NO.  AFTER HEARING

10:39AM 1    IT, MAYBE I CAN, MAYBE I CAN'T.  I'M NOT --

10:39AM 2              THE COURT:  OKAY.  THANK YOU VERY MUCH.

10:39AM 3                   I'M GOING TO EXCUSE HER.  I DON'T WANT TO TAKE A

10:40AM 4    CHANCE ON -- I THINK SHE'S GOT HER MIND MADE UP.

10:40AM 5         MR. MEUNIER:  THERE ARE JURORS OUT THERE WHO ARE GOING

10:40AM 6    TO BE STRUCK FOR PEREMPTORY WHO COME INTO THIS THING WITH

10:40AM 7    OPINIONS IN THE QUESTIONNAIRES, AND THEY PUT IT OUT OF THEIR HEAD

10:40AM 8    AND DECIDE IT BASED ON WHAT THEY HEAR IN THE COURTROOM.

10:40AM 9              THE COURT:  SHE ANSWERED EVEN THAT QUESTION SHE COULD.

10:40AM 10             MR. MEUNIER:  SHE HAD DOUBTS ABOUT THAT.

10:40AM 11             THE COURT:  WHY WOULD I TAKE A CHANCE WITH A JUROR WHO

10:40AM 12   HAS DOUBTS?  I MAY GET MIDSTREAM AND THE JUROR MAY SAY, YOU KNOW

10:40AM 13   WHAT, I CAN'T.

10:40AM 14             MR. GLASS:  WHICH MEANS YOU'D HAVE TO WAIT UNTIL THE

10:40AM 15   END.

10:40AM 16             MR. MEUNIER:  WELL, ALL I'M SUGGESTING IS THE

10:40AM 17   QUESTIONNAIRES REFLECT THAT A LOT OF THESE JURORS COME INTO THIS

10:40AM 18   WITH PREDISPOSED ATTITUDES.  A LOT OF THEM, FOR EXAMPLE, ARE VERY

10:40AM 19   ANGRY AT FEMA.  SO I JUST DON'T KNOW THAT THIS SHOULD BE STRUCK

10:40AM 20   FOR CAUSE, SOMEONE WHO HAS A PREEXISTING DOUBT.

10:40AM 21             MR. SHERBURNE:  BUT, JUDGE, WE JUST STRUCK SOMEBODY FOR

10:40AM 22   CAUSE BECAUSE SHE OWNED A TRAILER, BECAUSE SHE'S MADE A JUDGMENT

10:41AM 23   ABOUT TRAILERS THAT THEY'RE SAFE.  AND THIS LADY IS TELLING US

10:41AM 24   SHE CAN'T SAY THAT THEY'RE NOT --

10:41AM 25             THE COURT:  I'M GOING TO EXCUSE HER FOR CAUSE.

10:41AM 1          MR. VICKNAIR, SIR, IF YOU WOULD COME FORWARD.

10:41AM 2   MR. VICKNAIR, YOU INDICATED YOU HAD SOME PROBLEMS WITH YOUR

10:41AM 3   EYESIGHT.

10:41AM 4          PROSPECTIVE JUROR 13:  YES.

10:41AM 5          THE COURT:  ARE YOU ABLE TO READ A NEWSPAPER?

10:41AM 6          PROSPECTIVE JUROR 13:  RIGHT NOW, IT'S HARD BECAUSE I

10:41AM 7   GOT -- WHAT IT IS, IT'S LIKE A LITTLE SLIT, AND THE FLUID IS

10:41AM 8   LEAKING BEHIND THE RETINA, SO IT MAKES EVERYTHING BLURRY.

10:41AM 9          THE COURT:  BUT IS THAT ONE EYE OR BOTH EYES?

10:41AM 10         PROSPECTIVE JUROR 13:  WELL, IT'S MY RIGHT EYE RIGHT

10:41AM 11  NOW, BUT LAST YEAR IT WAS MY LEFT EYE.

10:41AM 12         THE COURT:  BUT RIGHT NOW --

10:41AM 13         PROSPECTIVE JUROR 13:  IT WOULD MAKE IT HARD FOR ME

10:41AM 14  TO --

10:41AM 15         THE COURT:  CAN YOU READ THIS?  CAN YOU SEE THIS HERE

10:41AM 16  AND READ THIS SCREEN HERE?

10:41AM 17         PROSPECTIVE JUROR 13:  NO.

10:41AM 18         THE COURT:  YOU CAN'T SEE IT.  THE SCREEN THAT'S IN THE

10:41AM 19  JURY BOX THAT LOOKS JUST LIKE THIS, THERE IS NOTHING ON IT RIGHT

10:41AM 20  NOW, BUT WOULD YOU BE ABLE TO READ THAT IF THAT WAS IN FRONT OF

10:41AM 21  YOU?

10:41AM 22         PROSPECTIVE JUROR 13:  I DON'T KNOW.  LIKE I SAY, MY

10:41AM 23  EYES ARE SO BAD RIGHT NOW, IT'S HARD FOR ME TO SEE.

10:42AM 24         THE COURT:  ALL RIGHT.  ARE YOU ABLE TO DRIVE AT ALL?

10:42AM 25         PROSPECTIVE JUROR 13:  WELL, I DRIVE BACK AND FORTH TO

10:42AM 1    WORK BECAUSE I LIVE LIKE TWO MILES.  BUT LIKE IF A CAR COMES

10:42AM 2    TOWARDS ME, IT BLINDS ME.  I CAN'T SEE.  AND LIKE THE GLARE IN

10:42AM 3    HERE IS BOTHERING ME RIGHT NOW.

10:42AM 4         MR. MEUNIER:  WHEN YOU DRIVE, YOU CAN READ THE ROAD

10:42AM 5    SIGNS?

10:42AM 6         PROSPECTIVE JUROR 13:  YEAH, IF THEY ARE BIG ENOUGH.

10:42AM 7    LIKE IF IT WAS SOMETHING SMALL, I CAN'T SEE IT.

10:42AM 8         MR. MEUNIER:  SO IF THERE IS A SCREEN WHICH HAS PRINT ON

10:42AM 9    IT THAT'S BIG ENOUGH, YOU WOULD BE ABLE TO READ THAT?

10:42AM 10        PROSPECTIVE JUROR 13:  YEAH, IF IT'S BIG ENOUGH.

10:42AM 11        THE COURT:  OKAY.  COUNSEL, ANYTHING?  THANK YOU.

10:42AM 12        MR. MEUNIER:  THANK YOU, SIR.

10:42AM 13        THE COURT:  DOES ANYBODY WANT TO COMMENT?

10:42AM 14        MR. SHERBURNE:  JUDGE, I HATE TO SAY IT.  THE MAN SAID

10:42AM 15   HE COULDN'T READ WHAT'S ON YOUR SCREEN.

10:42AM 16        MR. MEUNIER:  WELL, BUT I COULDN'T READ IT.

10:42AM 17        THE COURT:  HE CAN READ STREET SIGNS, IF HE CAN DRIVE.

10:42AM 18        MR. SHERBURNE:  HE'S DRIVING TWO MILES TO HIS JOB THAT

10:42AM 19   HE'S HAD FOR 30 YEARS, JUDGE.

10:42AM 20        THE COURT:  I'M GOING TO LEAVE HIM IN.  I'M GOING TO

10:43AM 21   LEAVE HIM IN.  I THINK HE GOT HERE, HE CAN SERVE, IF HE'S PICKED.

10:43AM 22        WHO ELSE?  MS. HOOFKIN.  WHAT'S THE PROBLEM WITH

10:43AM 23   MS. HOOFKIN?

10:43AM 24        MR. GLASS:  SHE HAS FAMILY IN TRAILERS, THREE PEOPLE.

10:43AM 25   SHE CAN'T UNDERSTAND HOW THEY WOULD LET PEOPLE HAVE TRAVEL

10:43AM  1  TRAILERS WHEN THERE'S FORMALDEHYDE IN IT.  WHY WOULD THEY LET

10:43AM  2  THEM LIVE THERE.  HEARD THAT PEOPLE ARE SUFFERING FROM ILLNESS

10:43AM  3  BECAUSE OF TRAVEL TRAILERS.

10:43AM  4          THE COURT:  THIS IS FROM THE QUESTIONNAIRE.

10:43AM  5          MR. GLASS:  BUT SHE SAYS SHE CAN'T BE OPEN MINDED, WHY

10:43AM  6  WOULD THEY THEN -- HER SPECIFIC COMMENTS ARE WHY WOULD THEY ALLOW

10:43AM  7  PEOPLE TO LIVE WHERE THERE IS FORMALDEHYDE.  WHY WOULD THEY PUT

10:43AM  8  THAT IN THE TRAILER WHEN IT CAUSES ALL OF THIS HARM.

10:43AM  9          THE COURT:  NUMBER 16, MS. HOOFKIN, IF YOU WOULD COME

10:43AM 10  FORWARD, PLEASE.

10:43AM 11          WHAT'S THE PROBLEM WITH ELLIS WHILE 16 IS?

10:43AM 12          MR. GLASS:  SAME THING.  HER FAMILY MEMBER INSPECTED

10:43AM 13  TRAILERS.

10:43AM 14          THE COURT:  MS. HOOFKIN, YOU ANSWERED SOME QUESTIONS ON

10:44AM 15  THE QUESTIONNAIRE.  DO YOU THINK THAT IF YOU'RE CHOSEN AS A JUROR

10:44AM 16  IN THIS CASE YOU COULD BE FAIR AND LISTEN TO ALL OF THE EVIDENCE

10:44AM 17  AND COME TO A CONCLUSION IN THIS CASE, IF YOU'RE PICKED AS A

10:44AM 18  JUROR, BASED ON ONLY THE EVIDENCE IN THIS COURTROOM?

10:44AM 19          PROSPECTIVE JUROR 16:  YEAH.

10:44AM 20          THE COURT:  MR. GLASS, DID YOU WANT TO ASK QUESTIONS?

10:44AM 21          MR. GLASS:  YES, MA'AM.  YOU INDICATED IN YOUR

10:44AM 22  QUESTIONNAIRE THAT YOU HAD SOME FAMILY MEMBERS WHO WERE IN

10:44AM 23  TRAILERS?

10:44AM 24          PROSPECTIVE JUROR 16:  NO.  I DIDN'T HAVE ANY FAMILY

10:44AM 25  MEMBERS.  I KNOW SOME FRIENDS THAT WAS IN TRAILERS.

10:44AM 1        MR. GLASS:  ARE THEY PLAINTIFFS IN THE CASE?

10:44AM 2        PROSPECTIVE JUROR 16:  NO.

10:44AM 3        MR. GLASS:  YOU TALKED TO PEOPLE ABOUT YOUR CONCERNS IN

10:44AM 4  THE TRAILER AND DID YOU, WELL, FIRST OF ALL, IS THIS YOUR

10:44AM 5  HANDWRITING?

10:44AM 6        PROSPECTIVE JUROR 16:  UH-HUH (AFFIRMATIVE RESPONSE).

10:44AM 7        MR. GLASS:  YOU TALKED TO SOME PEOPLE, AND YOU HAD

10:44AM 8  CONCERNS, YOU'VE MADE UP YOUR MIND ABOUT FORMALDEHYDE AND WHY

10:44AM 9  WOULD THEY LET PEOPLE LIVE IN THESE TRAILERS BECAUSE THEY HAVE

10:44AM 10 FORMALDEHYDE IN THEM?

10:44AM 11       PROSPECTIVE JUROR 16:  YEAH.  IT WAS LIKE MAYBE ME AND

10:44AM 12 SOME FAMILY, WE TALKED ABOUT IT WHEN WE SEEN IT ON THE NEWS, THAT

10:45AM 13 THEY WERE HAVING THE PEOPLE SUING THEM.  MY CONCERN WAS IF THE

10:45AM 14 COMPANY KNEW THAT THE FORMALDEHYDE WOULD, YOU KNOW, CAUSE

10:45AM 15 SOMEBODY INJURY, WHY WOULD THEY PUT THEM IN THERE?

10:45AM 16       MR. GLASS:  AND THAT'S WHAT YOU'RE INDICATING IN NUMBER

10:45AM 17 120, THAT IT'S YOUR OPINION THAT FORMALDEHYDE, YOU'VE ALREADY

10:45AM 18 FORMED AN OPINION THAT IT SHOULDN'T BE USED IN A PLACE WHERE

10:45AM 19 PEOPLE HAVE TO RESIDE SO THEY WOULDN'T, WOULD GET HURT?

10:45AM 20       PROSPECTIVE JUROR 16:  YEAH.

10:45AM 21       MR. MEUNIER:  YOUR HONOR, THE QUESTION THAT MR. GLASS

10:45AM 22 REFERRED TO IS OVERCOME BY THE FACT THAT THE WITNESS HAS JUST

10:45AM 23 TOLD YOU THAT IF SHE IS CALLED ON TO LISTEN TO THE EVIDENCE IN

10:45AM 24 THIS CASE AND DECIDE THE EVIDENCE AS SHE HEARS IT, SHE CAN BE

10:45AM 25 FAIR.

10:45AM  1            THE COURT:  MS. HOOFKIN, YOU UNDERSTAND THAT NO MATTER

10:45AM  2   WHAT QUESTIONS YOU MAY HAVE HAD OR DISCUSSIONS YOU'VE HAD WITH

10:45AM  3   FAMILY MEMBERS OR FRIENDS THAT THIS CASE WILL BE DECIDED ONLY BY

10:45AM  4   THE EVIDENCE IN THIS COURTROOM AND NOT BY ANYTHING ELSE OR WHAT

10:45AM  5   SOMEBODY TOLD YOU OR WHAT YOU MAY THINK BY SEEING A NEWS PROGRAM.

10:46AM  6   YOU HAVE TO DECIDE THIS CASE BASED ON THE EVIDENCE.  DO YOU THINK

10:46AM  7   YOU COULD DO THAT IF YOU'RE PICKED AS A JUROR?

10:46AM  8            PROSPECTIVE JUROR 16:  YES, I CAN.

10:46AM  9            THE COURT:  THANK YOU, MS. HOOFKIN.

10:46AM 10            PROSPECTIVE JUROR 16:  OKAY.

10:46AM 11            THE COURT:  SHE'S A PEREMPTORY.

10:46AM 12              ELLIS.  ELLIS IS THE SAME THING?  DO YOU WANT --

10:46AM 13            MR. GLASS:  SHE ACTUALLY HAD RELATIVES IN THE TRAILER.

10:46AM 14   I HAD THAT BACKWARDS.

10:46AM 15            THE COURT:  SHE HAD RELATIVES IN THE TRAILER?  SHE

10:46AM 16   ANSWERED THAT TODAY?  DID SHE PUT THAT IN THE QUESTIONNAIRE?

10:46AM 17            MR. WEINSTOCK:  ANDY WEINSTOCK.  WE WANT TO KNOW IF ANY

10:46AM 18   OF THOSE FAMILY MEMBERS HAVE MADE A CLAIM AND FILED A SUIT.

10:46AM 19            THE COURT:  MS. ELLIS, NUMBER 20.

10:46AM 20              WHO ELSE?  THAT'S IT OUT OF THE TOP 30?

10:46AM 21              MS. ELLIS, HOW ARE YOU?  GO AHEAD, MR. GLASS.

10:46AM 22            MR. GLASS:  MA'AM, YOU INDICATE IN YOUR QUESTIONNAIRE

10:46AM 23   THAT YOU HAVE SEVERAL RELATIVES IN TRAILERS?  YOUR GRANDMOTHER,

10:47AM 24   YOUR UNCLE, YOUR AUNTS AND SOME FRIENDS?

10:47AM 25            PROSPECTIVE JUROR 20:  UH-HUH.

10:47AM 1          MR. GLASS:  ARE ANY OF THEM PLAINTIFFS IN A LAWSUIT?

10:47AM 2          PROSPECTIVE JUROR 20:  NO.

10:47AM 3          MR. GLASS:  ARE ANY OF THEM CONTEMPLATING FILING A

10:47AM 4  LAWSUIT?

10:47AM 5          PROSPECTIVE JUROR 20:  NO.

10:47AM 6          MR. GLASS:  YOU ALSO INDICATED THAT THERE WERE SOME

10:47AM 7  THINGS THAT WOULD GIVE YOU TROUBLE BEING OPEN MINDED IN THE CASE

10:47AM 8  AND ONE OF THOSE BEING THAT THERE'S A LOT OF NEGATIVE COMMENTS

10:47AM 9  AND THAT'S POSSIBLE THAT THAT WON'T ALLOW YOU TO BE OPEN MINDED.

10:47AM 10 WHAT WERE YOU INDICATING IN THAT QUESTION?

10:47AM 11         PROSPECTIVE JUROR 20:  JUST IN THE SENSE OF SEEING A LOT

10:47AM 12 OF THINGS ON TELEVISION ASKING PEOPLE TO COME FORWARD, AND THAT

10:47AM 13 THERE IS A POSSIBILITY THAT YOU CAN WHETHER OR NOT THERE IS AN

10:47AM 14 PROBLEM.

10:47AM 15         MR. GLASS:  SO YOU THINK YOU'VE MADE UP -- YOU'VE

10:47AM 16 ALREADY GOT AN OPINION IF THERE'S A PROBLEM WITH FORMALDEHYDE IN

10:47AM 17 THE TRAILERS?

10:47AM 18         PROSPECTIVE JUROR 20:  THAT THERE IS A POSSIBLE PROBLEM.

10:47AM 19 I DON'T KNOW WHAT BECAUSE I DON'T HAVE ANY SPECIFIC PROBLEMS WITH

10:47AM 20 THAT MYSELF.

10:47AM 21         MR. GLASS:  DO YOU HAVE A FAMILY MEMBER WHO WORKED FOR

10:47AM 22 FEMA FOR THE TRAILER INSPECTIONS?

10:47AM 23         PROSPECTIVE JUROR 20:  MY AUNT.

10:47AM 24         MR. GLASS:  WHO WAS THAT, YOUR AUNT?

10:47AM 25         PROSPECTIVE JUROR 20:  MY AUNT.

10:47AM 1          MR. GLASS:  WHICH INSPECTOR DID SHE WORK FOR?

10:48AM 2          PROSPECTIVE JUROR 20:  I DON'T KNOW THAT MUCH.  I GUESS

10:48AM 3   IT PROBABLY WAS, SHE WENT TO THE FEMA TO -- I THINK WAS SOMETHING

10:48AM 4   SHE NEEDED TO CHECK FOR, JUST REGULAR CHECK ON THINGS AND CHECK

10:48AM 5   ON IF EVERYTHING IS OPERATING.

10:48AM 6          MR. GLASS:  HAVE YOU TALKED TO HER ABOUT ANYTHING ABOUT

10:48AM 7   FORMALDEHYDE OR TRAILERS INSPECTION?

10:48AM 8          PROSPECTIVE JUROR 20:  NO, I HAVEN'T.

10:48AM 9          MR. GLASS:  YOU'VE INDICATED THAT IT MIGHT BE, I'M

10:48AM 10  SORRY, WOULD THAT CAUSE YOU ANY PROBLEMS FINDING A PARTY LIABLE

10:48AM 11  IF THEY WERE INVOLVED IN INSPECTING TRAILERS?

10:48AM 12         PROSPECTIVE JUROR 20:  NO.

10:48AM 13         MR. GLASS:  THAT'S IT.

10:48AM 14         THE COURT:  MS. ELLIS, YOU UNDERSTAND THAT THIS CASE IS

10:48AM 15  GOING TO BE DECIDED ONLY ON THE EVIDENCE THAT'S PRESENTED IN THIS

10:48AM 16  COURTROOM, AND THAT YOU, IF YOU'RE CHOSEN AS A JUROR, YOU HAVE TO

10:48AM 17  HEAR ALL OF THAT EVIDENCE AND THEN COME TO A CONCLUSION AS TO

10:48AM 18  WHAT YOU THINK IS A JUST RESULT BASED ON THE INSTRUCTIONS THAT I

10:48AM 19  GIVE THE JURY, YOU UNDERSTAND THAT?

10:48AM 20         PROSPECTIVE JUROR 20:  I DO.

10:48AM 21         THE COURT:  DO YOU THINK YOU CAN DO THAT AND BE FAIR IN

10:48AM 22  THIS CASE BASED ON WHAT YOU'VE TOLD MR. GLASS JUST NOW AND WHAT

10:48AM 23  YOU'VE WRITTEN IN THE QUESTIONNAIRE?

10:49AM 24         PROSPECTIVE JUROR 20:  I WOULD THINK THAT I CAN, JUST,

10:49AM 25  OF COURSE, REMINDING MYSELF TO TAKE WHAT IS ON THE TABLE AND NOT,

10:49AM 1  I GUESS, WHAT'S AT THE BUFFET, I GUESS YOU COULD SAY.

10:49AM 2          THE COURT:  OKAY.  ANYBODY ELSE?  THANK YOU.

10:49AM 3          LET'S DO THIS:  LET ME ASK YOU ONE FINAL QUESTION.

10:49AM 4  ARE THERE ANY OTHER QUESTIONS YOU WOULD LIKE ME TO ASK THE GROUP

10:49AM 5  BEFORE YOU RETURN TO YOUR TABLES?

10:49AM 6          MR. WATTS:  IF YOU'RE NOT GETTING TO JUROR NUMBER 30 --

10:49AM 7          THE COURT:  IF WE GET PAST 30, I DON'T THINK WE WILL,

10:49AM 8  I'LL BRING SOMEBODY UP HERE, THAT'S WHY I DIDN'T WANT TO

10:49AM 9  CONCENTRATE ON ANYBODY AFTER 30.  BUT WE HAVE ENOUGH NOW THAT YOU

10:49AM 10 CAN USE ONE, ONE, ONE, ONE.  WE'RE GOING TO DO FIVE ROUNDS OF ONE

10:49AM 11 APIECE AND THAT'S IT.  THEN WE'RE GOING TO GET GOING.  OKAY,

10:49AM 12 LET'S DO IT, QUICKLY.

10:50AM 13         LADIES AND GENTLEMEN OF THE JURY POOL, WE'RE NOW

10:50AM 14 GOING TO ENGAGE IN A PROCESS THAT THE ATTORNEYS ARE GOING TO

10:50AM 15 PARTICIPATE IN.  AGAIN, I'LL ASK YOUR PATIENCE IN THE MEANTIME.

10:50AM 16 THE ATTORNEYS ARE GOING TO EXERCISE WHAT ARE CALL PEREMPTORY

10:50AM 17 CHALLENGES, I MADE REFERENCE TO THOSE BEFORE, AND MY COURTROOM

10:50AM 18 DEPUTY IS GOING TO GO FROM ONE SIDE TO THE OTHER HERE, PLAINTIFFS

10:50AM 19 TO DEFENDANTS, SO THEY CAN EXERCISE PEREMPTORY CHALLENGES.  THAT

10:50AM 20 SHOULD NOT TAKE VERY LONG.

10:50AM 21         AND ONCE THEY HAVE DONE THAT, WE WILL HAVE OUR

10:50AM 22 NINE-PERSON JURY, WE'LL GO AHEAD AND SEAT THAT JURY, AND THEN

10:50AM 23 WE'LL BE JUST ABOUT READY TO TAKE A BREAK FOR THOSE OF YOU WHO

10:50AM 24 ARE GOING TO BE THE NINE WHO HEAR THIS CASE.

10:50AM 25         AFTER WE TAKE THE BREAK, WE WILL COME BACK AND HEAR

10:50AM 1   THE OPENING STATEMENTS OF THE ATTORNEYS AND PROBABLY AT THAT

10:50AM 2   POINT TAKE A LUNCH BREAK, AND THEN WE'LL PICK UP WITH THE

10:50AM 3   TESTIMONY AND THE EVIDENCE IN THIS CASE.

10:50AM 4         LET'S GO AHEAD AND EXERCISE THE PEREMPTORY

10:51AM 5   CHALLENGES VERY PROMPTLY.  COUNSEL, YOU ALREADY HAVE INFORMATION

10:51AM 6   SO THIS SHOULD NOT TAKE VERY LONG.

11:01AM 7         MR. WATTS:  MAY WE APPROACH?

11:01AM 8         MR. MEUNIER:  MAY WE APPROACH, JUDGE?

11:01AM 9         THE COURT:  ALL RIGHT, COUNSEL IF YOU WOULD COME

11:01AM 10  FORWARD, PLEASE.  ONE SECOND.  WHO DO WE HAVE?

11:01AM 11    (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE WAS A

11:01AM 12  CONFERENCE HELD AT THE BENCH.)

11:01AM 13        MR. WATTS:  WE NEED TO MAKE A MOTION BEFORE --

11:01AM 14        THE COURT:  OKAY, I UNDERSTAND.  IT'S NUMBER ONE, NUMBER

11:01AM 15  TWO, NUMBER THREE, NUMBER FOUR, NUMBER FIVE, I'M SORRY, NUMBER

11:01AM 16  FOUR, NUMBER SEVEN, NUMBER EIGHT, NUMBER 13, NUMBER 15, AND

11:01AM 17  NUMBER 21 ARE THE NINE PEOPLE WHO ARE CHOSEN AS A RESULT OF THE

11:01AM 18  PROCESS.  WOULD ANYONE LIKE TO MAKE A MOTION?

11:01AM 19        MR. WATTS:  WE WOULD.  COMING OUT OF THE PLAINTIFFS,

11:01AM 20  MICHAEL WATTS, PRACTICING LAW FOR 20 YEARS, THIS IS THE FIRST

11:02AM 21  *BATSON* MOTION I'VE EVER MADE.  THERE WERE 22 ELIGIBLE PERSONS OR

11:02AM 22  21 ELIGIBLE PERSONS.  THERE WERE FIVE AFRICAN-AMERICANS.  LET THE

11:02AM 23  RECORD REFLECT BOTH THE PLAINTIFF ALEXANDER AND COOPER ARE

11:02AM 24  AFRICAN-AMERICANS.  THE AFRICAN-AMERICANS AVAILABLE ON THE VENIRE

11:02AM 25  PANEL WERE JUROR NUMBER 9, JUROR NUMBER 11, JUROR NUMBER 16,

11:02AM 1   JUROR NUMBER 19, AND JUROR NUMBER 20.  AMONG THE AVAILABLE PANEL

11:02AM 2   MEMBERS AFRICAN-AMERICANS MADE UP 20 PERCENT.

11:02AM 3             STATISTICALLY, THE DEFENDANTS EMPLOYED FIVE

11:02AM 4   PEREMPTORY CHALLENGES.  ALL FIVE WERE USED ON AFRICAN-AMERICANS,

11:02AM 5   AND WE MAKE A MOTION IN *BATSON* THAT, NUMBER ONE, WE'D BE

11:02AM 6   PERMITTED AFTER COUNSEL SPEAKS NOT TO PUT THEM ON THE STAND;

11:02AM 7   NUMBER TWO, TO INVESTIGATE WHETHER THERE IS RACE-NEUTRAL REASONS

11:02AM 8   THAT COULD POSSIBLY EXPLAIN THIS KIND OF STATISTICAL DISPARITY;

11:02AM 9   NUMBER TWO, AFTER THAT WE MAKE A MOTION THAT THOSE FIVE

11:02AM 10  AFRICAN-AMERICANS BE PLACED BACK ON THE PANEL AND THAT COUNSEL BE

11:02AM 11  DIRECTED TO EMPLOY HIS PEREMPTORY CHALLENGES ON OTHER JURORS NOT

11:03AM 12  IN VIOLATION OF *BATSON*.

11:03AM 13            THE COURT:  COUNSEL, YOU WANT TO RESPOND?

11:03AM 14            MR. WEINSTOCK:  YOUR HONOR, WE'RE HAVE 129 QUESTIONS ON

11:03AM 15  EACH AND EVERY JUROR.  WE ASKED MANY OF THEM TO COME UP HERE.

11:03AM 16  SEVERAL OF THEM WERE STRUCK FOR CAUSE.  FOR EXAMPLE, MR. FRANKLIN

11:03AM 17  JUST LOST HIS WIFE.  THERE'S A VALID REASON FOR EVERY SINGLE

11:03AM 18  PERSON WE ASKED TO BE EXCUSED, AND IT'S NOT BASED ON RACE.

11:03AM 19            THE COURT:  TELL ME WHAT, OUT OF THE NINE PEOPLE WE HAVE

11:03AM 20  CHOSEN, ARE THERE ANY AFRICAN-AMERICANS ON THE JURY AMONGST THOSE

11:03AM 21  NINE?

11:03AM 22            MR. WATTS:  I DON'T KNOW.  THEY STRUCK ALL FIVE OF

11:03AM 23  THE --

11:03AM 24            MR. WEINSTOCK:  NO, YOUR HONOR.

11:03AM 25            THE COURT:  DO YOU WANT TO TELL ME THE REASONS ON EACH

11:03AM 1  ONE AND SEE IF YOU CAN ESTABLISH A RACE NEUTRAL?

11:03AM 2       MR. WEINSTOCK:  I WOULD BE HAPPY TO HAVE SOMEBODY ON MY

11:03AM 3  TEAM TELL YOU THE REASONS FOR EACH ONE.  I WILL CERTAINLY.  TWO I

11:03AM 4  CAN TELL YOU IS, THE TWO WE ASKED TO COME UP, I BELIEVE MS., I

11:04AM 5  JUST TOLD YOU ABOUT MR. FRANK.  MS. HOOFKIN, MS. ELLIS, I BELIEVE

11:04AM 6  IT WAS.

11:04AM 7       THE COURT:  RIGHT, BOTH OF THEM CAME UP.

11:04AM 8       MR. WEINSTOCK:  BOTH OF THEM CAME UP AND BOTH OF THEM

11:04AM 9  HAVE FRIENDS AND RELATIVES THAT HAVE LIVED IN TRAILERS, AND THEY

11:04AM 10 HAVE ABSOLUTE, IN OUR MINDS AND THEY SAID IT IN THEIR

11:04AM 11 QUESTIONNAIRES, PRECONCEIVED NOTIONS ON BOTH.

11:04AM 12      THE COURT:  NUMBER NINE WAS THE FIFTH CHALLENGE YOU

11:04AM 13 USED.  THAT'S MS. MORRIS.

11:04AM 14      MR. GLASS:  SHE INDICATED THAT SHE WOULD ALSO FIND THE

11:04AM 15 COMPANY LIABLE IF THEY EXPOSED THE CONSUMER TO ANY KIND OF TOXIC

11:04AM 16 SUBSTANCE, ALWAYS.

11:04AM 17      THE COURT:  ALL RIGHT.  WHO ELSE?  BUT THAT WAS THE

11:04AM 18 QUESTION THAT I'VE HAD HAD A PROBLEM WITH THE WAY IT WAS WORDED

11:05AM 19 AND WE COMMENTED ON THIS WHEN WE HAD OUR CONFERENCE.  THAT

11:05AM 20 QUESTION IN AND OF ITSELF IS WORDED TO BEG THE ANSWER THAT

11:05AM 21 SOMEONE WOULD HAVE A PROBLEM WITH IT.

11:05AM 22      MR. GLASS:  A COUPLE OTHERS, YOUR HONOR.  TESTING WAS

11:05AM 23 VERY INADEQUATE.  MOST COMPANIES TRY AND INCREASE WITHOUT REGARD

11:05AM 24 FOR ETHICS.  AND INCREASED PROFITS WITHOUT REGARD TO ETHICS.  AND

11:05AM 25 HOW THEY -- PROFITS FOR COMPANIES.

11:05AM 1          THE COURT:  WHO ELSE?  WHAT ABOUT MR. FRANKLIN WAS YOUR

11:05AM 2   FOURTH.

11:05AM 3          MR. SHERBURNE:  YOUR HONOR, WE REMOVED MR. FRANKLIN

11:05AM 4   BECAUSE HE JUST LOST HIS WIFE.  THAT'S THE SOLE REASON.

11:05AM 5          MR. WEINSTOCK:  THAT'S THE SOLE REASON BECAUSE HIS WIFE

11:05AM 6   JUST PASSED AWAY.

11:05AM 7          MR. WATTS:  HOLD ON.

11:05AM 8          THE COURT:  WAIT.  I'M NOT UNDERSTANDING.  WHY WAS

11:05AM 9   MR. FRANKLIN SUBJECT OF A PEREMPTORY CHALLENGE?

11:05AM 10          MR. WEINSTOCK:  BECAUSE HE JUST LOST HIS WIFE, WHICH WE

11:06AM 11   BELIEVE MAKES HIM INCREDIBLY SYMPATHETIC.

11:06AM 12          MR. GLASS:  THAT AND THAT IN HIS QUESTIONNAIRE HE SAID

11:06AM 13   MOST COMPANIES WANT PROFITS OVER ETHICS, SAFETY TESTING IS VERY

11:06AM 14   INADEQUATE.  THE GOVERNMENT SHOULD PAY FOR INJURY EVEN IF THERE'S

11:06AM 15   NO PROOF.  HE HAD CHEMICAL EXPOSURE IN HIS OWN HOME, SO IF HE

11:06AM 16   THINKS HIS WIFE'S DEATH WAS A PROBLEM WITH THAT --

11:06AM 17          THE COURT:  WHEN I ASKED YOU FOR CAUSE, NOBODY CALLED

11:06AM 18   HIM UP HERE TO QUESTION HIM ABOUT THOSE ANSWERS.

11:06AM 19          MR. WEINSTOCK:  THAT'S TRUE, YOUR HONOR, BUT YOU DID NOT

11:06AM 20   ASK US TO KEEP CALLING THE SAME PEOPLE UP TO DISCUSS THAT

11:06AM 21   QUESTION OVER AND OVER.  WE MADE PRECONCEIVED NOTIONS BASED ON

11:06AM 22   WHAT THEY HAD WRITTEN.

11:06AM 23          MR. GLASS:  WE TRIED TO LIMIT IT TO A FEW PEOPLE.

11:06AM 24          THE COURT:  WHAT ABOUT MS. BROWN, YOUR THIRD CHALLENGE?

11:06AM 25          MR. WEINSTOCK:  MR. BROWN PUT IN BOLD, PUT VERY

| | | |
|---|---|---|
| 11:07AM | 1 | EMPHATICALLY IN THE QUESTIONNAIRE, JUSTICE DOES NOT LIMIT WHAT'S |
| 11:07AM | 2 | WRONG OR AMOUNT.  HER HUSBAND HAD A STROKE.  COMPANIES WILL DO |
| 11:07AM | 3 | WHATEVER FOR PROFITS.  TESTING INADEQUATE BEFORE MARKETING. |
| 11:07AM | 4 | MR.  WEINSTOCK:  SHE'S ALSO BEEN A PERSONAL PLAINTIFF |
| 11:07AM | 5 | BEFORE.  CAN WE CAUCUS FOR ABOUT 30 SECONDS? |
| 11:07AM | 6 | THE COURT:  ARE THERE ANY AFRICAN-AMERICANS ON 23 |
| 11:07AM | 7 | THROUGH 30 THAT WE ASKED ABOUT? |
| 11:07AM | 8 | MR. WATTS:  WE'VE GOT EMILE BACCHUS. |
| 11:07AM | 9 | THE COURT:  EMILE BACCHUS. |
| 11:07AM | 10 | MR. HILLIARD:  THE CARPENTER. |
| 11:07AM | 11 | THE COURT:  DO YOU HAVE A PROBLEM WITH ONE OF THEM? |
| 11:07AM | 12 | BACCHUS OR, WHAT WAS THE OTHER ONE? |
| 11:07AM | 13 | MR. WATTS:  29, RIGHT? |
| 11:07AM | 14 | THE COURT:  WHO WAS THE OTHER ONE? |
| 11:08AM | 15 | MR. WEINSTOCK:  YOUR HONOR, IF YOU HAVE A MOTION, I'LL |
| 11:08AM | 16 | JUST USE MY LAST STRIKE ON SOMEBODY ELSE BECAUSE OF THE FIVE, |
| 11:08AM | 17 | MR. FRANKLIN WAS CLEARLY, I MEAN -- THAT WAS THE ONE CLEARLY |
| 11:08AM | 18 | CLOSEST TO THE LINE.  THAT'S WHY SHE WAS NUMBER FIVE. |
| 11:08AM | 19 | THE COURT:  WHO WAS THAT? |
| 11:08AM | 20 | MR. WEINSTOCK:  MS. MORRIS.  I'LL WITHDRAW IT AND STRIKE |
| 11:08AM | 21 | SOMEBODY ELSE. |
| 11:08AM | 22 | THE COURT:  MS. MORRIS? |
| 11:08AM | 23 | MR. WEINSTOCK:  YES. |
| 11:08AM | 24 | THE COURT:  LET MISS MORRIS IN?  AND THAT WOULD TAKE OUT |
| 11:08AM | 25 | MR. SMALLWOOD? |

11:08AM 1          MR. WEINSTOCK:  OR I WOULD HAVE TO STRIKE SOMEBODY ELSE

11:08AM 2     OR I WOULD TAKE OUT MR. SMALLWOOD.

11:08AM 3          THE COURT:  I SAID THAT HE COULD USE A PEREMPTORY ON

11:08AM 4     HOOFKIN AND ELLIS WHEN WE REVIEWED THEM.  THAT'S THE GROUNDS FOR

11:09AM 5     A PEREMPTORY CHALLENGE.  YOU'RE SAYING THAT MR. FRANKLIN, YOU

11:09AM 6     WOULD HAVE MR. FRANKLIN, I'M SORRY, MS. MORRIS ON THE JURY?

11:09AM 7          MR. WEINSTOCK:  SURE.

11:09AM 8          THE COURT:  SO YOU WOULD WITHDRAW THE PEREMPTORY

11:09AM 9     CHALLENGE NUMBER FIVE?  SO MS. MORRIS WOULD BE ON THE JURY?

11:09AM 10         MR. WEINSTOCK:  CORRECT.

11:09AM 11         THE COURT:  AND WHAT WAS THE GROUNDS ON MR. FRANKLIN,

11:09AM 12    SIMPLY BECAUSE HIS WIFE PASSED AWAY?

11:09AM 13         MR. WEINSTOCK:  HIS WIFE PASSED WAY.

11:09AM 14         THE COURT:  DO WE KNOW HOW LONG IT'S BEEN SINCE HIS WIFE

11:09AM 15    PASSED AWAY?

11:09AM 16         MR. WEINSTOCK:  SHE JUST PASSED AWAY.

11:09AM 17         THE COURT:  MR. FRANKLIN, NUMBER 11, IF YOU COULD COME

11:09AM 18    FORWARD, PLEASE.

11:09AM 19          YOU INDICATED WHEN WE QUESTIONED THE GROUP THAT

11:09AM 20    YOUR WIFE HAD RECENTLY PASSED AWAY.

11:09AM 21         PROSPECTIVE JUROR 11:  YES.

11:09AM 22         THE COURT:  HOW LONG AGO WAS THAT?

11:09AM 23         PROSPECTIVE JUROR 11:  THIRTEEN MONTHS.

11:09AM 24         THE COURT:  THIRTEEN MONTHS AGO?

11:09AM 25         PROSPECTIVE JUROR 11:  YES.

11:09AM 1        THE COURT:  IF YOU DON'T MIND ME ASKING, AND I KNOW IT'S

11:09AM 2   A PAINFUL THING FOR YOU PERHAPS STILL TO TALK ABOUT, DID SHE PASS

11:10AM 3   BECAUSE OF NATURAL CAUSES?

11:10AM 4        PROSPECTIVE JUROR 11:  SHE WAS SICK.

11:10AM 5        THE COURT:  SHE HAD AN ILLNESS?

11:10AM 6        PROSPECTIVE JUROR 11:  SCLERODERMA.

11:10AM 7        THE COURT:  SCLERODERMA?  IS THAT A TYPE OF CANCER?  I'M

11:10AM 8   NOT FAMILIAR WITH IT.

11:10AM 9        PROSPECTIVE JUROR 11:  IT'S NOT A CANCER, IT'S A RARE

11:10AM 10  DISEASE.

11:10AM 11       THE COURT:  A RARE DISEASE?

11:10AM 12       PROSPECTIVE JUROR 11:  YES.

11:10AM 13       THE COURT:  IF YOU WERE CHOSEN AS A JUROR IN THIS CASE,

11:10AM 14  DO YOU THINK THAT YOU COULD BE FAIR TO THE PARTIES AND HEAR THE

11:10AM 15  EVIDENCE IN THIS CASE, NOTWITHSTANDING THE CIRCUMSTANCES OF YOUR

11:10AM 16  WIFE'S PASSING?

11:10AM 17       PROSPECTIVE JUROR 11:  OF COURSE.

11:10AM 18       THE COURT:  YOU THINK THAT YOU COULD?

11:10AM 19       PROSPECTIVE JUROR 11:  YES.

11:10AM 20       THE COURT:  AND YOU UNDERSTAND THE CASE IS GOING TO BE

11:10AM 21  DECIDED ONLY ON THE EVIDENCE HERE, NOT OUT OF ANY KIND OF

11:10AM 22  SYMPATHY OR ANY OTHER TYPE OF FEELING TOWARDS THE PLAINTIFFS OR

11:10AM 23  THE DEFENDANTS IN THE CASE?

11:10AM 24       PROSPECTIVE JUROR 11:  JUROR YES, SIR.

11:10AM 25       THE COURT:  AND IF THE EVIDENCE ISN'T THERE, YOU HAVE TO

11:10AM 1  RULE FOR THE DEFENDANTS IF YOU ARE ON THE JURY.  AND IF, OF

11:10AM 2  COURSE, THE EVIDENCE IS THERE, THEN OF COURSE YOU CAN FACTOR THAT

11:10AM 3  EVIDENCE AND BASE A DECISION IN FAVOR OF THE PLAINTIFF BASED ONLY

11:11AM 4  ON THE EVIDENCE.  DO YOU UNDERSTAND THAT?

11:11AM 5          PROSPECTIVE JUROR 11:  YES, SIR.

11:11AM 6          THE COURT:  COUNSEL, DO YOU HAVE ANY OTHER QUESTIONS FOR

11:11AM 7  MR. FRANKLIN?

11:11AM 8          MR. GLASS:  WAS SHE -- YOU SAID SHE WAS EXPOSED TO

11:11AM 9  CHEMICALS IN YOUR HOUSE?

11:11AM 10         PROSPECTIVE JUROR 11:  NO, NO CHEMICALS.

11:11AM 11         MR. GLASS:  ON THE QUESTIONNAIRE, YOU SPOKE OF

11:11AM 12  CHEMICALS.

11:11AM 13         PROSPECTIVE JUROR 11:  EXCUSE ME?

11:11AM 14         THE COURT:  THE QUESTIONNAIRE.

11:11AM 15         MR. GLASS:  ON THE QUESTIONNAIRE, ON THE FORM YOU SAID

11:11AM 16  THAT YOU WERE EXPOSED TO CHEMICALS IN YOUR HOME?  WERE YOU

11:11AM 17  EXPOSED TO CHEMICALS IN YOUR HOME?

11:11AM 18         PROSPECTIVE JUROR 11:  NO, NO CHEMICALS.

11:11AM 19         THE COURT:  DO YOU HAVE ANY OTHER QUESTIONS WHILE WE'RE

11:11AM 20  GETTING THAT?  WHAT WAS ON THE QUESTIONNAIRE?  THERE WAS A

11:11AM 21  QUESTION ABOUT HIM INDICATING.

11:11AM 22         MR. GLASS:  BEING EXPOSED TO CHEMICALS.

11:11AM 23         THE COURT:  IN YOUR JOB WERE YOU EXPOSED TO ANY KIND OF

11:11AM 24  CHEMICALS OR ANY KIND OF INHALANTS?

11:11AM 25         PROSPECTIVE JUROR 11:  NO, I'M A CARPENTER, I WORK AT

11:11AM  1    THE NEW ORLEANS FAIRGROUNDS.

11:12AM  2            THE COURT:  LET'S SEE WHAT THEY ARE REFERRING TO ON THE

11:12AM  3    QUESTIONNAIRE.

11:12AM  4            MR. GLASS:  HE ALSO INDICATED THAT HE HAS CONCERNS ABOUT

11:12AM  5    COMPANIES PUTTING PROFITS OVERT ETHICS AND TAKE SAFETY TESTING IN

11:12AM  6    THEIR PRODUCTS.  WHAT ARE THOSE CONCERNS?

11:12AM  7            THE COURT:  SHOW HIM THE QUESTIONS SO HE CAN REFRESH HIS

11:12AM  8    MEMORY.  THAT'S WHAT YOU'RE TALKING ABOUT.

11:12AM  9            MR. GLASS:  HAVE YOU EVER EXPERIENCED ANY OF THE

11:12AM 10    FOLLOWING PROBLEMS IN YOUR HOME?  CHEMICAL EXPOSURE.

11:12AM 11            PROSPECTIVE JUROR 11:  WELL, WHAT WE WERE STAYING FOR,

11:12AM 12    WE WERE STAYING ACROSS FROM CHALMETTE FERRY, AND THEY HAD

11:12AM 13    CHEMICALS, YOU KNOW, LIKE YOU SMELL IT.  YOU KNOW, COMING FROM ON

11:12AM 14    THE OTHER SIDE OF THE RIVER WHERE I WAS STAYING AT, WE WOULD

11:12AM 15    SMELL THAT ALL THE TIME.

11:12AM 16            MR. GLASS:  DO YOU THINK THAT HURT YOUR HEALTH OR YOUR

11:12AM 17    WIFE'S HEALTH?

11:12AM 18            PROSPECTIVE JUROR 11:  PROBABLY BECAUSE BEEN EXPOSED,

11:12AM 19    SIR, BECAUSE CERTAIN KIND OF WAY THE WIND BLOW, YOU CAN SMELL IT

11:12AM 20    COMING FROM CHALMETTE.

11:12AM 21            THE COURT:  OTHER THAN THE ODOR, HAVE YOU ANY REASON TO

11:13AM 22    BELIEVE THAT THAT SMELL HAD ANY IMPACT ON YOUR HEALTH OR THE

11:13AM 23    HEALTH OF YOUR WIFE?

11:13AM 24            PROSPECTIVE JUROR 11:  I DON'T THINK SO.

11:13AM 25            THE COURT:  NO ONE HAS EVER TOLD YOU THAT, A DOCTOR OR

11:13AM 1    ANYTHING?

11:13AM 2            PROSPECTIVE JUROR 11:  NO.

11:13AM 3            THE COURT:  WHAT WAS THE OTHER QUESTION?

11:13AM 4            MR. GLASS:  THE OTHER QUESTION WAS, PUTTING ETHICS ASIDE

11:13AM 5    SO COMPANIES CAN MAKE A PROFIT.  YOU SAY THAT SAFE TESTING OF

11:13AM 6    PRODUCTS WAS VERY INADEQUATE FOR COMPANIES IN AMERICA.  DO YOU,

11:13AM 7    IS IT YOUR BELIEF THAT MANUFACTURERS PUT PRODUCTS ON THE MARKET

11:13AM 8    WITHOUT TESTING THEM SAFELY OR ADEQUATELY?

11:13AM 9            PROSPECTIVE JUROR 11:  YEAH.

11:13AM 10           MR. GLASS:  THAT'S A PREFORMED OPINION THAT YOU HAVE,

11:13AM 11   THAT THESE PRODUCTS ARE NOT SAFE WHEN THEY GO ON THE MARKETPLACE?

11:13AM 12           PROSPECTIVE JUROR 11:  RIGHT.

11:13AM 13           MR. GLASS BECAUSE THE COMPANIES DON'T ADEQUATELY TEST

11:13AM 14   THEM?

11:13AM 15           PROSPECTIVE JUROR 11: RIGHT.

11:13AM 16           MR. GLASS:  AND YOU'VE INDICATED TO THE JUDGE THAT YOU

11:13AM 17   CAN PUT THAT ASIDE WHEN YOU'VE ALREADY GOT THIS FORMED OPINION.

11:13AM 18   I'M TRYING TO RECONCILE THOSE TWO QUESTIONS.

11:13AM 19           PROSPECTIVE JUROR 11:  IT COULD GO EITHER WAY.  I COULD

11:13AM 20   LOOK AT IT EITHER WAY.

11:13AM 21           THE COURT:  MR. MEUNIER, DO YOU WANT TO ASK, I DON'T

11:13AM 22   KNOW IF YOU'RE FINISHED YET, MR. GLASS.  MR. MEUNIER.

11:14AM 23           MR. MEUNIER:  NO.

11:14AM 24           THE COURT:  DO YOU, MR. FRANKLIN, DO YOU UNDERSTAND, AND

11:14AM 25   I SAID THIS ALREADY SO I SOUND LIKE A BROKEN RECORD, BUT THERE IS

11:14AM  1   GOING TO BE EVIDENCE IN THIS CASE AND WITNESSES AND TESTIMONY,

11:14AM  2   AND EVEN IF YOU GENERALLY THINK THAT COMPANIES ARE CONCERNED

11:14AM  3   ABOUT PROFITS, IF THEY HAVEN'T DONE ANYTHING WRONG IN THIS CASE,

11:14AM  4   AND I'M GOING TO READ THE LAW TO YOU, IF YOU FIND THAT THE FACTS

11:14AM  5   DON'T ESTABLISH THEY'VE DONE ANYTHING WRONG, THEY CANNOT BE HELD

11:14AM  6   LIABLE.  DO YOU UNDERSTAND THAT?

11:14AM  7            PROSPECTIVE JUROR 11:  YES, SIR.

11:14AM  8            THE COURT:  AND A COMPANY, JUST LIKE A PRIVATE

11:14AM  9   INDIVIDUAL, IF IT WASN'T GULF STREAM, IF IT WAS JOE BLOW OR A

11:14AM 10   PRIVATE INDIVIDUAL OR MS. ALEXANDER WASN'T A DEFENDANT IN THIS

11:14AM 11   CASE, THEY WOULD BE ENTITLED TO A FAIR TRIAL JUST LIKE THE

11:14AM 12   COMPANY.  DO YOU UNDERSTAND THAT?

11:14AM 13            PROSPECTIVE JUROR 11:  YES.

11:14AM 14            THE COURT:  DO YOU THINK YOU CAN TREAT THE DEFENDANTS IN

11:14AM 15   THIS CASE LIKE THAT?

11:14AM 16            PROSPECTIVE JUROR 11:  YES.

11:14AM 17            THE COURT:  YOU'RE NOT COMING INTO THIS CASE WITH THE

11:14AM 18   IDEA THAT THESE DEFENDANTS, BECAUSE THEY ARE COMPANIES, SOMEHOW

11:14AM 19   ARE GOING TO BE LIABLE IN THIS CASE?  DO YOU UNDERSTAND, DO YOU

11:15AM 20   THINK THAT?

11:15AM 21            PROSPECTIVE JUROR 11:  YES.

11:15AM 22            THE COURT:  YOU THINK YOU CAN BE FAIR TO THEM AND PUT

11:15AM 23   ASIDE ANY KIND OF FEELINGS TOWARDS THEM, THAT THEY ARE

11:15AM 24   RESPONSIBLE BEFORE THEY EVEN GET A CHANCE TO PUT ON ANY EVIDENCE?

11:15AM 25            PROSPECTIVE JUROR 11:  YES, SIR.

11:15AM 1          THE COURT:  COUNSEL, ANYTHING FURTHER?

11:15AM 2          MR. WEINSTOCK:  NO.

11:15AM 3          MR. WATTS:  NOT WITH HIM, BUT I HAVE SOMETHING I NEED TO

11:15AM 4  PUT ON THE RECORD.

11:15AM 5          THE COURT:  THANK YOU, MR. FRANKLIN, YOU CAN RETURN TO

11:15AM 6  YOUR SEAT.

11:15AM 7              ALL RIGHT, MR. WATTS.

11:15AM 8          MR. WATTS:  FIRST OF ALL, BEFORE I PUT THIS ON THE

11:15AM 9  RECORD, I NEED TO KNOW WHETHER OR NOT THEY ARE GOING TO REINSTATE

11:15AM 10 VOLUNTARILY THAT JUROR.

11:15AM 11         MR. WEINSTOCK:  YES.

11:15AM 12         MR. WATTS:  OKAY.  THEN I HAVE NO STATEMENT.

11:15AM 13         THE COURT:  SO WE WOULD HAVE, ON THE JURY, THEN, WE

11:15AM 14 WOULD HAVE MR. FRANKLIN?

11:15AM 15         MR. WEINSTOCK:  YES.  NOW, CAN I STILL USE MY PEREMPTORY

11:15AM 16 CHALLENGE THEN?

11:15AM 17         THE COURT:  YEAH.  WE WOULD HAVE MR. FRANKLIN AND WHAT

11:15AM 18 ABOUT --

11:15AM 19         MR. WEINSTOCK:  I'M SORRY, NOT MR. FRANKLIN.  NO.

11:15AM 20 MS. MORRIS.

11:15AM 21         MR. WATTS:  I DO HAVE AN OBJECTION TO BE MADE.

11:15AM 22         THE COURT:  MS. MORRIS ON THE JURY?

11:15AM 23         MR. WATTS:  MAY I MAKE THIS OBJECTION?  IF COUNSEL IS

11:16AM 24 NOT GOING TO VOLUNTARILY AGREE TO REINSTATE MR. FRANKLIN, WE

11:16AM 25 OBJECT TO THE ENTIRE LINE OF QUESTIONS AND ANSWERS THAT WERE JUST

11:16AM 1 CONDUCTED. THE *BATSON* CASE LAW DOES NOT ALLOW A POSTHOC

11:16AM 2 EXAMINATION AFTER STRIKES ARE BEING MADE TO TRY TO REHABILITATE A

11:16AM 3 *BATSON* CHALLENGE, AND WE OBJECT TO THAT.

11:16AM 4 WE REAFFIRM OUR *BATSON* OBJECTION AS TO MR. DAVIS,

11:16AM 5 AS TO ALL FIVE, AND I'VE GOT OTHER STATEMENTS TO MAKE, BUT I NEED

11:16AM 6 TO MAKE THIS SPECIFIC PROCEDURAL OBJECTION, THAT THE QUESTION AND

11:16AM 7 ANSWER TO TRY TO REHABILITATE A *BATSON* STRIKE TO COME UP WITH

11:16AM 8 OTHER RACE-NEUTRAL REASONS THAT WERE NOT STATED BY COUNSEL IS NOT

11:16AM 9 PERMITTED.

11:16AM 10 THE COURT: I'M PUTTING MR. FRANKLIN ON. I'M GOING TO

11:16AM 11 YOU TWO PEREMPTORIES, AND WE'RE GOING TO PUT MR. FRANKLIN AND

11:16AM 12 MS., WHO IS THE OTHER ONE, MS. MORRIS AND MR. FRANKLIN.

11:16AM 13 MR. GLASS: JUST IN RESPONSE, I JUST WANT TO MAKE SURE

11:16AM 14 IT'S ON THE RECORD, WE STATED THE RACE-NEUTRAL REASON, THAT HE

11:16AM 15 WAS EXPOSED TO CHEMICALS BEFORE HE CAME UP HERE AND WAS

11:17AM 16 QUESTIONED. WE STATED SEVERAL OTHER REASONS ABOUT HIS ETHICS AND

11:17AM 17 THE COMPANIES, WE CITED SPECIFICALLY TO HIS PLAINTIFF FACTS SHEET

11:17AM 18 BEFORE HE WAS QUESTIONED. SO THERE WAS A RACE-NEUTRAL REASON.

11:17AM 19 MR. WATTS: THE COURT HAS ALREADY RULED.

11:17AM 20 MR. WEINSTOCK: LAST BUT NOT LEAST, I UNDERSTAND WHAT

11:17AM 21 YOU'RE SAYING. I'M GLAD HE CAME UP HERE AND TOLD US MY WIFE

11:17AM 22 RECENTLY DIED 13 MONTHS AGO. IT OBVIOUSLY STILL RESONATES WITH

11:17AM 23 HIM TO HAVE SAID IT THAT WAY.

11:17AM 24 MR. WATTS: IN ANSWER TO A QUESTION OF WHEN DID YOUR

11:17AM 25 WIFE DIE, HE TOLD YOU WHEN.

11:17AM 1          MR. WEINSTOCK:  RECENTLY.

11:17AM 2          THE COURT:  HE SAID 13 MONTHS.

11:17AM 3          MR. WEINSTOCK:  HE SAID THAT UP HERE.  WHEN WE

11:17AM 4    CHALLENGED HIM, HE SAID MY WIFE RECENTLY DIED.  IT OBVIOUSLY

11:17AM 5    RESONATES VERY SERIOUSLY --

11:17AM 6          THE COURT:  LET ME ASK YOU THIS:  OTHER THAN MS. MORRIS,

11:17AM 7    IS THAT THE ONLY DEFENSE OFFERING WITH REGARD TO THE *BATSON*

11:17AM 8    CHALLENGE?

11:17AM 9          MR. WEINSTOCK:  YES, YOUR HONOR.

11:17AM 10          THE COURT:  IF WE CAN CURE THE CHALLENGE, THEN LET'S

11:17AM 11    CURE IT.  IF WE CAN'T, THEN I'LL GO AHEAD AND RULE ON IT AND DO

11:17AM 12    WHAT WE HAVE TO DO.  SO YOU WOULD PROPOSE THAT YOU WOULD TAKE,

11:17AM 13    YOU WOULD PUT MS. MORRIS ON THE JURY.

11:17AM 14          MR. WEINSTOCK:  CORRECT.

11:17AM 15          THE COURT:  AND THAT YOU WOULD EXERCISE A CHALLENGE ON

11:18AM 16    SOMEBODY ELSE.

11:18AM 17          MR. WEINSTOCK:  CORRECT.

11:18AM 18          THE COURT:  SOMEBODY OUT OF THE NINE THAT HAVE ALREADY

11:18AM 19    BEEN CHOSEN.

11:18AM 20          MR. WEINSTOCK:  CORRECT.

11:18AM 21          MR. WATTS:  I THINK I HEARD THE COURT SAY THAT NUMBER

11:18AM 22    NINE WAS GOING TO BE REINSTATED AND DESPITE HIS --

11:18AM 23          THE COURT:  THAT'S WHAT HE'S OFFERED.

11:18AM 24          MR. WATTS:  OKAY, SO HE'S OFFERED NUMBER NINE, WHICH

11:18AM 25    MAKES IT MOOT.

11:18AM 1          AS TO NUMBER 11, WE REITERATE THE *BATSON* CHALLENGE.

11:18AM 2   WE DON'T THINK THAT THE HAPPENSTANCE OF SOMEBODY LOSING A WIFE

11:18AM 3   13 MONTHS AGO EXCUSES THE STATISTICAL DISPARITY.

11:18AM 4          THE COURT:  NO, IT WASN'T, IT WAS THE QUESTION TO THEIR

11:18AM 5   ANSWERS, WHICH I ASKED HIM ABOUT UP HERE.  I UNDERSTAND YOUR

11:18AM 6   ARGUMENT ABOUT REHABILITATING.  I WANTED TO KNOW --

11:18AM 7          MR. WATTS:  NO, I UNDERSTAND.  AND AS I UNDERSTAND THE

11:18AM 8   COURT'S RULING, YOU'RE GOING TO REINSTATE JUROR NUMBER 11.

11:18AM 9          THE COURT:  WELL, THAT'S WHAT WE'RE TALKING ABOUT RIGHT

11:18AM 10  NOW.  RIGHT NOW ALL I HAVE ON YOU IS THE MOTION, AND I'M TRYING

11:18AM 11  TO WORK WITH DEFENSE COUNSEL BECAUSE THEY SAID THAT THEY WOULD

11:18AM 12  LIFT THEIR PEREMPTORY CHALLENGE ON MS. MORRIS.

11:18AM 13         MR. WATTS:  CORRECT.

11:18AM 14         THE COURT:  SO I HAVEN'T RULED ON YOUR MOTION YET, AND I

11:18AM 15  HAVEN'T FASHIONED A REMEDY.  I WAS SUGGESTING THAT MR. FRANKLIN

11:18AM 16  COULD BE ADDED, AND IF THEY AGREED TO DO THAT, THEN THE MOTION

11:18AM 17  MIGHT BE MOOTED.  IF IT'S NOT MOOT, IT'S BEING PURSUED.

11:19AM 18         MR. GLASS:  AND, YOUR HONOR, I WOULD POINT OUT THAT MR.

11:19AM 19  WATTS HAS INDICATED THAT THE POTENTIAL JURORS THAT ARE OF ONE

11:19AM 20  RACE ARE 22 PERCENT.  BY CURING THIS, WE NOW HAVE 20 PERCENT,

11:19AM 21  WHICH IS THE EXACT MAKEUP IT SEEMS TO ME.

11:19AM 22         MR. WEINSTOCK:  NO.  YOU'VE GOT THE NUMBERS WRONG, BUT I

11:19AM 23  WANT TO ADDRESS THAT IN A DIFFERENT WAY.  I DON'T KNOW HOW HE

11:19AM 24  KNEW THAT 20 PERCENT OF THE POOL WAS AFRICAN-AMERICAN BECAUSE

11:19AM 25  IT'S NOT LISTED ANYWHERE HERE.

11:19AM 1      MR. WATTS:  NO, THE WAY I KNOW IS, I LOOKED AT THE 20

11:19AM 2  JURORS THAT ARE AVAILABLE IN THE STRIKE POOL AND THERE ARE FIVE

11:19AM 3  AFRICAN-AMERICANS.  AND SO CALL THAT 20.

11:19AM 4      MR. WEINSTOCK:  OF THE ENTIRE POOL.  I JUST WAS SHOCKED

11:19AM 5  HOW YOU KNEW THAT.

11:19AM 6      MR. WATTS:  JUDGE, LET ME JUST GET THIS ON THE RECORD,

11:19AM 7  BECAUSE, I MEAN, I'VE GOT A JOB TO DO AND YOU'VE GOT A JOB TO DO.

11:19AM 8  THERE IS A U.S. SUPREME COURT CASE AFTER *BATSON*, IT'S THE

11:19AM 9  MILLER-EL II CASE.  IT'S *MILLER-EL V DRETKE*, 545 U.S. 231.  IT'S

11:19AM 10 AT 125 S.CT. 2317.  IT'S KNOWN AS THE *MILLER-EL II* CASE, WHERE

11:19AM 11 THE U.S. SUPREME COURT IN APPLYING *BATSON* SAID IT'S NOT GOOD

11:20AM 12 ENOUGH FOR SOMEBODY TO STRIKE.  IN THAT CASE IT WAS 92 PERCENT OF

11:20AM 13 THE AVAILABLE AFRICAN-AMERICANS, AND SAY, I'M COMING UP WITH A

11:20AM 14 RACE-NEUTRAL REASON.  THAT'S WHAT HAPPENED IN *BATSON* FOR

11:20AM 15 20 YEARS.

11:20AM 16      IN 2005, THE SUPREME COURT OF THE UNITED STATES

11:20AM 17 SAID YOU HAVE TO USE AT LEAST A FIVE-STEP ANALYSIS.  NUMBER ONE,

11:20AM 18 IN *MILLER-EL II* IS A STATISTICAL ANALYSIS OF THE JURORS STRUCK.

11:20AM 19 IN *MILLER-EL II*, THE U.S. SUPREME COURT NOTED THAT THE

11:20AM 20 PROSECUTORS USE PEREMPTORY CHALLENGES TO EXCLUDE 91 PERCENT OF

11:20AM 21 THE ELIGIBLE AFRICAN-AMERICAN VENIRE MEMBERS, AND THEY CALL THAT

11:20AM 22 PERCENTAGE TOO GREAT TO ATTRIBUTE MERELY TO, QUOTE, HAPPENSTANCE.

11:20AM 23 HERE, THESE GENTLEMEN STRUCK 100 PERCENT.

11:20AM 24      THE SECOND STANDARD IS A COMPARATIVE JUROR

11:20AM 25 ANALYSIS.  AND WHAT THEY SAY IS THAT IN ADDITION TO LOOKING AT

11:20AM 1   STATISTICS ARE SIDE-BY-SIDE COMPARISONS WITH BLACK VENIRE PANEL

11:20AM 2   MEMBERS VERSUS WHITE VENIRE PANEL MEMBERS WHO ARE ALLOWED TO

11:20AM 3   SERVE IN THAT SITUATION.

11:20AM 4          WE OFFER, AS PART OF THIS *BATSON* RECORD, THE

11:20AM 5   QUESTIONNAIRES OF ALL 30 OF THE JURORS WHO ARE IN THE STRIKE

11:21AM 6   RANGE, AND WE WOULD ASK THAT THAT BE ADMITTED AT THIS TIME FOR

11:21AM 7   PURPOSE OF THE RECORD.

11:21AM 8          MR. WEINSTOCK:  YOUR HONOR, I HOPE --

11:21AM 9          MR. WATTS:  HOLD ON.  IS THAT ADMITTED, JUDGE?

11:21AM 10          THE COURT:  YES.

11:21AM 11          MR. WATTS:  THIRD, IN THAT CASE, UNDER TEXAS PROCEDURE

11:21AM 12   THEY USED THE JURY SHUFFLE, I DON'T THINK THAT'S APPLICABLE HERE.

11:21AM 13          NUMBER FOUR, THEY NOTED IN THE FOURTH FACTOR THAT

11:21AM 14   THE, THAT THERE WERE CONTRASTING VOIR DIRE QUESTIONS FOR

11:21AM 15   SPECIFICALLY THE BLACK AND NONBLACK PANEL MEMBERS, AND ALTHOUGH

11:21AM 16   THE COURT DID THE VOIR DIRE, AND WE'RE NOT OBJECTING TO THE WAY

11:21AM 17   YOU CONDUCTED THE VOIR DIRE, I DO NOTE THAT WITH RESPECT TO

11:21AM 18   PEOPLE THAT WERE CALLED UP HERE, WHILE AFRICAN-AMERICANS WERE

11:21AM 19   ONLY FIVE OF THE 21 AVAILABLE, THEY CALLED HALF OF THE

11:21AM 20   AFRICAN-AMERICANS UP HERE IN ORDER TO CREATE A RACE-NEUTRAL

11:21AM 21   REASON THAT THEY COULD PUT ON THE RECORD.  AND WE THINK THAT THAT

11:21AM 22   RELATES TO THAT.

11:21AM 23          FINALLY, YOUR HONOR, IF THE COURT, AND I WILL GRANT

11:21AM 24   THAT AS PART OF THEIR EFFORT TO CALL TWO AFRICAN-AMERICANS UP

11:21AM 25   HERE AMONG THE PEOPLE THAT THEY CALLED UP, AND THIS IS IN THE

11:22AM 1    RECORD, THAT THEY ATTEMPTED TO CREATE RACE NEUTRAL REASONS WITH

11:22AM 2    RESPECT TO JUROR NUMBER 16 AND JUROR NUMBER 20.  NOW, I DON'T

11:22AM 3    THINK THAT GETS THEM AROUND *MILLER-EL II*.  I THINK THAT THERE ARE

11:22AM 4    RACE NEUTRAL REASONS THAT THEY STATED IN THE RECORD, BUT I DON'T

11:22AM 5    THINK THAT GETS AROUND THE ANALYSIS OF *MILLER-EL II*.

11:22AM 6            WITH RESPECT TO JUROR NUMBER 19, SHE WAS NOT CALLED

11:22AM 7    UP.  THERE WERE NO RACE NEUTRAL REASONS CREATED, AND SO WE'RE

11:22AM 8    BACK TO WHAT THE SUPREME COURT OF THE UNITED STATES SAID IN

11:22AM 9    *MILLER-EL II*, THAT YOU HAVE LAWYERS WHO STATISTICALLY STRUCK AN

11:22AM 10   OVERWHELMINGLY LARGE PERCENTAGE OF AFRICAN-AMERICANS AND THEN

11:22AM 11   THEY COME UP AND PUT INTO THE RECORD A SUPPOSED RACE-NEUTRAL

11:22AM 12   REASON, AND I THINK THAT'S THE STATE OF THE RECORD HERE.

11:22AM 13           SO WE OBJECT ON THE GROUNDS OF *BATSON* AND *MILLER-EL

11:22AM 14   II* TO THE ENTIRE STRIKE OF 16, 20, 19, 11 AND 9.  WE GRANT FOR

11:22AM 15   THE PURPOSES OF THE RECORD THAT IN THE COURSE OF THEIR PORTION OF

11:22AM 16   THE VOIR DIRE WHEN THEY WERE ABLE TO CALL PEOPLE UP, THAT THEY,

11:22AM 17   YOU KNOW, AT LEAST TALKED THE COURT INTO THE EXISTENCE OF A

11:23AM 18   RACE-NEUTRAL REASON WITH RESPECT TO 16 AND 20.  NO SUCH RACE

11:23AM 19   NEUTRAL REASONS WERE STATED WITH RESPECT TO 19, 11 AND 9, AND WE

11:23AM 20   WOULD MOVE THE COURT TO REINSTATE 19, 11 AND 9 AT THE VERY LEAST

11:23AM 21   WITHOUT WITHDRAWING OUR MOTION TO REINSTATE ALL FIVE OF THEM

11:23AM 22   BECAUSE I DON'T THINK THAT A LAWYER CALLING UP TWO

11:23AM 23   AFRICAN-AMERICANS IN A PANEL LIKE THIS IN A CASE WITH

11:23AM 24   AFRICAN-AMERICAN PLAINTIFFS AND ACHIEVING (SPELLED PHONETICALLY)

11:23AM 25   A SINGLE RACE-NEUTRAL REASON THAT YOU CAN QUOTE VERBATIM ON THE

11:23AM  1    RECORD GETS THEM THERE.

11:23AM  2            THE COURT:  WHO ELSE?

11:23AM  3            MR. WEINSTOCK:  YOUR HONOR, IF I COULD ADDRESS A COUPLE

11:23AM  4    THINGS.  FIRST OF ALL, WHEN I PUT MY WIRELESS CARD IN AND DO SOME

11:23AM  5    RESEARCH, YOUR HONOR, I JUST WANT TO POINT OUT THAT THESE ARE MY

11:23AM  6    NOTES LONG BEFORE ANYBODY WALKED INTO THIS COURTROOM.

11:23AM  7            NUMBER 19, I HAD ENOUGH AND THE JURY CONSULTANT HAD

11:23AM  8    ENOUGH AND FLUOR HAD ENOUGH.  I DIDN'T SEE A REASON TO ASK YOU TO

11:23AM  9    BRING HER UP HERE FOR CAUSE LONG BEFORE I LAID EYES ON HER AND

11:23AM 10    KNEW WHAT COLOR HER SKIN WAS.  WE HAD MADE A DECISION THAT SHE

11:23AM 11    WAS NOT THE JUROR FOR US.  AND THAT'S THE POINT HERE.

11:24AM 12            THERE WERE A COUPLE OF JURORS THAT WE WERE

11:24AM 13    REQUESTING ABOUT, TWO OF THEM SPECIFICALLY THAT WE ASKED YOU TO

11:24AM 14    BRING UP BECAUSE THEY SAID THINGS IN THEIR QUESTIONNAIRE WE

11:24AM 15    WANTED TO KNOW MORE ABOUT, THINGS LIKE FRIENDS AND RELATIVES IN

11:24AM 16    TRAILERS.  I DID NOT BRING UP EVERY AFRICAN-AMERICAN JUROR TO

11:24AM 17    FIND A RACE NEUTRAL OPINION FOR THEM.  THAT WAS NOT EVEN REMOTELY

11:24AM 18    PART OF OUR QUESTION.

11:24AM 19            THE COURT:  WHO ELSE OUT OF THE TOP 30?  WE HAVE

11:24AM 20    MR. BACCHUS, AND ARE THERE ANY OTHER AFRICAN-AMERICANS IN THE

11:24AM 21    TOP --

11:24AM 22            MR. WATTS:  29.

11:24AM 23            THE COURT:  29.  MS. HAMILTON.  MR. BACCHUS AND

11:24AM 24    MS. HAMILTON.  HERE IS WHAT I WOULD PROPOSE TO DO:  NUMBER ONE,

11:24AM 25    RETURN A CHALLENGE TO THE DEFENDANTS AND PUT MS. MORRIS ON THE

11:24AM 1   JURY AS DEFENDANTS HAVE OFFERED.  NUMBER TWO WOULD BE TO RETURN A

11:24AM 2   SECOND CHALLENGE TO THE DEFENDANTS AND PUT ON EITHER MR. BACCHUS

11:24AM 3   OR MS. HAMILTON ONTO THE JURY.

11:24AM 4       MR. WEINSTOCK:  AND IF I CAN CONSULT WITH MY GROUP,

11:24AM 5   BEFORE MR. FRANKLIN.

11:24AM 6       THE COURT:  WHY DON'T YOU PICK BETWEEN ONE OF THOSE TWO

11:24AM 7   SINCE YOU'RE ALREADY --

11:25AM 8       MR. WEINSTOCK:  WHAT ABOUT --

11:25AM 9       THE COURT:  OR MR. FRANKLIN.

11:25AM 10      MR. WEINSTOCK:  OR MR. FRANKLIN.

11:25AM 11      THE COURT:  OR MR. FRANKLIN.  YOU HAVE THREE CHOICES.

11:25AM 12  AND I WILL RETURN TWO CHALLENGES TO YOU.  THAT'S WHAT I PROPOSED

11:25AM 13  TO DO THE REMEDY.

11:25AM 14      MR. WATTS:  JUST FOR THE RECORD, WHAT ARE THOSE THREE

11:25AM 15  OPTIONS THAT YOU GAVE HIM?  I'M SORRY, JUDGE.  THE JUROR NUMBERS,

11:25AM 16  I'M SORRY.

11:25AM 17      THE COURT:  NO, I TOLD HIM THAT THEY CAN CHOOSE BETWEEN

11:25AM 18  MS. MORRIS IS GOING TO BE ON THE JURY, AND THEY WILL GET A

11:25AM 19  CHALLENGE BACK.  THEY WILL GET ANOTHER CHALLENGE BACK, BUT THEY

11:25AM 20  WILL CHOOSE BETWEEN MR. FRANKLIN, MR. BACCHUS AND MS. HAMILTON.

11:25AM 21      MR. WATTS:  AND JUROR NUMBER 11 IS MR. FRANKLIN.

11:25AM 22      THE COURT:  YES.

11:25AM 23      MR. WATTS:  MR. ABOUT BACCHUS IS.

11:25AM 24      THE COURT:  BACCHUS IS 26 AND HAMILTON IS 29.

11:25AM 25      MR. MEUNIER:  SO WE MUST EXERCISE THAT PEREMPTORY WITH

11:25AM 1    ONE OF THOSE THREE?

11:25AM 2            THE COURT:  NO, ONE OF THOSE THREE WILL BE ON THE JURY,

11:25AM 3    AND THEY WILL ONLY HAVE TWO PEREMPTORIES TO EXERCISE AS TO ALL

11:25AM 4    OTHERS ON THE JURY.

11:25AM 5            MR. WEINSTOCK:  WE WILL SEAT MR. BACCHUS.

11:25AM 6            THE COURT:  MR. BACCHUS.

11:25AM 7            MR. WEINSTOCK:  AND IF YOU'LL GIVE ME ONE MORE MINUTE,

11:26AM 8    I'LL TELL YOU WHO WE WANT --

11:26AM 9            THE COURT:  EXERCISE TWO.

11:26AM 10           MR. WEINSTOCK:  4 AND 13.

11:26AM 11           THE COURT:  4 IS OFF.  AND 13 IS OFF.

11:26AM 12           THE DEPUTY CLERK:  THOSE ARE DEFENDANTS' CHALLENGES,

11:26AM 13   JUDGE.

11:26AM 14           THE COURT:  YES.

11:26AM 15           THE DEPUTY CLERK:  WHICH NUMBERS?

11:26AM 16           THE COURT:  THAT'S NUMBER 4 AND NUMBER 13.  WHICH MEANS

11:26AM 17   THAT MR. NAQUIN, HERE IS THE JURY, HERE'S THE JURY, ALL RIGHT.

11:26AM 18   EVERYBODY LISTEN UP.  LISTEN UP.  1, 2, 3, 7, 8, 9, 15, 21, AND

11:26AM 19   26.

11:27AM 20           MR. GLASS:  MR. WATTS, I'D JUST LIKE TO SAY FOR NEVER

11:27AM 21   HAVING DONE A *BATSON* CHALLENGE, THAT WAS REALLY WELL DONE THE ON

11:27AM 22   THE FLY.

11:27AM 23           MR. WATTS:  WELL, ACTUALLY I WROTE A PAPER ABOUT IT LAST

11:27AM 24   YEAR WHEN THE *MILLER-EL* DECISION CAME OUT AND WAS REAFFIRMED BY

11:27AM 25   THE TEXAS SUPREME COURT.

11:27AM 1        MR. GLASS:  I JUST THINK IT WAS VERY WELL DONE.

11:27AM 2        THE COURT:  IT'S VERY IMPORTANT.

11:27AM 3            AND LET'S GO AHEAD AND RETURN TO YOUR TABLES, AND

11:27AM 4    I'M GOING TO SEAT THIS JURY.  GO AHEAD, MR. WATTS.

11:27AM 5        MR. WATTS:  JUST VERY BRIEFLY.  YOUR HONOR,

11:27AM 6    RESPECTFULLY, WE UNDERSTAND THE COURT'S RULING.  WE, AGAIN, FOR

11:27AM 7    THE RECORD OBJECT TO THE EXCLUSION OF JUROR NUMBER 16, JUROR

11:27AM 8    NUMBER 20, JUROR NUMBER 19 AND JUROR NUMBER 11 UNDER THE *BATSON*

11:27AM 9    AND THE *MILLER-EL II* DECISIONS.  WE UNDERSTAND THAT THE COURT HAS

11:27AM 10   ATTEMPTED TO FASHION A REMEDY, BUT WE OBJECT TO THAT REMEDY AS

11:27AM 11   BEING INSUFFICIENT AND NOT UNDOING THE DAMAGE CAUSED BY THE

11:27AM 12   DEFENDANTS WHOLESALE EXCLUSION OF FIVE OUT OF FIVE

11:27AM 13   AFRICAN-AMERICANS, AND WE DON'T THINK THAT GIVING US BACK ONE OR

11:27AM 14   TWO FIXES IT, BUT THAT'S MY OBJECTION, BUT THANK YOU, YOUR HONOR.

11:27AM 15       MR. WEINSTOCK:  AND, YOUR HONOR, AT THIS TIME, I'D LIKE

11:27AM 16   TO MAKE OUR *BATSON* CHALLENGE.

11:27AM 17       THE COURT:  LET ME ALSO MAKE A RECORD STATING THAT THERE

11:28AM 18   WERE RACE NEUTRAL REASONS CITED FOR ALL FIVE OF THE INDIVIDUALS,

11:28AM 19   AND WHILE THE COURT CAN CERTAINLY SECOND GUESS THOSE RACE NEUTRAL

11:28AM 20   REASONS THAT WERE OFFERED, CERTAINLY THE FIRST THREE AT A MINIMUM

11:28AM 21   WERE EXCUSED FOR RACE NEUTRAL REASONS.

11:28AM 22           PRETTY CLEARLY TO ME, THE OTHERS IN AN ATTEMPT TO

11:28AM 23   CURE A DEFECT TO THE EXTENT AND I'M NOT BE FINDING ANY BAD FAITH

11:28AM 24   USE OF A PEREMPTORY CHALLENGE IN THIS CASE, BUT IN ORDER TO

11:28AM 25   FASHION A REMEDY IN THIS CASE, THE DEFENDANTS THEMSELVES OFFERED

11:28AM 1  WITH REGARD TO MS. MORRIS, THE COURT HAS ACCEPTED THAT.  SHE WILL

11:28AM 2  BE RETURNED TO THE JURY, AND THEN I THINK THAT THE REMEDY THAT

11:28AM 3  I'LL FASHION TO THE EXTENT THAT THE JURY SELECTION PROCESS HAS

11:28AM 4  BEEN ALLEGED BY PLAINTIFFS TO HAVE BEEN RACE MOTIVATED IN TERMS

11:28AM 5  OF CHALLENGES, I THINK THE INCLUSION OF THE NINTH JUROR REMEDIES

11:28AM 6  THAT AND THAT THE OTHER JURORS WHO HAVE BEEN EXCUSED HAVE BEEN

11:28AM 7  EXCUSED FOR RACE NEUTRAL REASONS, SO I NOTE YOUR OBJECTION.

11:29AM 8          MR. WATTS:  THANK YOU, YOUR HONOR.

11:29AM 9          THE COURT:  THANK YOU ALL.

11:29AM 10         MR. WATTS:  THAT WAS A GOOD JOB, YOUR HONOR.

11:29AM 11         THE COURT:  IF I CALL YOUR NAME, PLEASE RISE AND I'LL

11:29AM 12 FIND A PLACE FOR YOU TO SIT HERE SOMEPLACE ELSE BESIDES THE JURY

11:29AM 13 BOX.  IF YOU WOULD, PLEASE RISE AND MAYBE YOU CAN STAND IN THE

11:29AM 14 AISLE I'LL OR SLIDE OVER A LITTLE BIT.  I NEED YOU TO REMOVE

11:29AM 15 YOURSELF FROM THE JURY BOX.  NUMBER FOUR, MR. ST. ROMAIN, THANK

11:29AM 16 YOU.  NUMBER FIVE, MR. HYMEL, THANK YOU.  NUMBER SIX,

11:29AM 17 MS. CHARBONNET.  I'M SORRY, NUMBER SIX IS NOT HERE.  NUMBER

11:29AM 18 SEVEN, I'M SORRY, MR. NAQUIN, STAY THERE.  MR. DEMPSEY, NUMBER

11:30AM 19 10.  MR. FRANKLIN, NUMBER 11.  MS. AUCOIN, NUMBER 12,

11:30AM 20 MR. VICKNAIR, NUMBER 13, AND MR. STRICKER, NUMBER 14,

11:30AM 21 MS. HOOFKIN, NUMBER 16, MR. DUPRE, NUMBER 17, NO, MR. DUPRE,

11:30AM 22 THAT'S ALL RIGHT, MR. DUPRE, YOU'RE FINE.  STAY WHERE YOU ARE.  I

11:30AM 23 OVERSHOT THE NUMBERS.

11:30AM 24         WHAT I WOULD LIKE TO DO, THEN, ON THE FRONT ROW

11:30AM 25 THEN, MR. NAQUIN AND MS. BOURG, IF YOU ALL WOULD SLIDE OVER TWO

11:30AM  1    SEATS, PLEASE, SO THAT YOU'RE SITTING NEXT TO MR. WETZEL.  ALL

11:30AM  2    RIGHT.  THANK YOU.

11:30AM  3              AND THE FOLLOWING PERSONS, IF YOU WOULD, COME UP

11:30AM  4    AND HAVE A SEAT NEXT TO MS. MORRIS:  MR. PIERCE, NUMBER 15, IF

11:30AM  5    YOU WOULD, THAT'S ALL RIGHT, JUST SLIDE ON OVER, MR. PIERCE.  ON

11:30AM  6    THE SECOND ROW.  I'M SORRY, I WAS NOT CLEAR.  MR. SMALLWOOD,

11:31AM  7    NUMBER 21.  LET ME START ON THE FRONT ROW.  THE FIVE PEOPLE IN

11:31AM  8    THE FRONT ROW, MS. AUCOIN, MS. ROBICHAUX, MR. WETZEL, MR. NAQUIN

11:31AM  9    AND MS. BOURG.  THE SECOND ROW IS MS. MORRIS, MR. PIERCE,

11:32AM 10    MR. SMALLWOOD, AND MR. BACCHUS, NUMBER 26.  OKAY.  HAPPY

11:32AM 11    ANNIVERSARY.

11:32AM 12              WHILE MR. BACCHUS IS MAKING HIS WAY UP, I WANT TO

11:32AM 13    THANK ALL OF YOU WHO ARE HERE FOR JURY SERVICE TODAY.  IT TOOK A

11:32AM 14    LITTLE LONGER THAN WE HAD ANTICIPATED, SO I SINCERELY APPRECIATE

11:32AM 15    YOUR PATIENCE AND YOUR COOPERATION.  I WILL TELL THOSE WHO SERVE

11:32AM 16    ON JURIES HERE AT THE CONCLUSION OF THEIR JURY SERVICE HOW

11:32AM 17    IMPORTANT IT IS TO REPORT FOR JURY DUTY.  IT'S CRITICAL TO OUR

11:32AM 18    SYSTEM OF JUSTICE THAT CITIZENS SUCH AS YOURSELVES WHO COME TO

11:32AM 19    COURT WITHOUT ANY TYPE OF LEGAL TRAINING OR ANY KNOWLEDGE OF

11:32AM 20    CASES COME TO COURT AND ARE WILLING TO SERVE ON JURIES.  WITHOUT

11:33AM 21    YOU ALL WE COULD NOT HAVE A SYSTEM OF JUSTICE SUCH AS WE HAVE.

11:33AM 22              IT'S VERY, VERY IMPORTANT THAT YOU REPORT FOR JURY

11:33AM 23    DUTY.  WE KNOW IT DOESN'T COME AT A CONVENIENT TIME.  YOU ALWAYS

11:33AM 24    HAVE SOMETHING ELSE YOU HAD PLANNED TO DO.  SO THANK YOU AGAIN

11:33AM 25    FOR YOUR SERVICE IN REPORTING.  YOU HAVE DONE YOUR DUTY BY GIVING

11:33AM 1   THESE ATTORNEYS THE OPPORTUNITY TO CHOOSE A JURY FROM AMONGST

11:33AM 2   YOUR NUMBER.  THEY WOULD NOT BE ABLE TO DO THAT IF ALL OF YOU HAD

11:33AM 3   NOT BEEN HERE, SO THANK YOU VERY MUCH FOR ATTENDING JURY SERVICE

11:33AM 4   TODAY.

11:33AM 5          YOU WILL HAVE TO RETURN DOWNSTAIRS AND I'M NOT

11:33AM 6   CERTAIN IF YOU ARE FREE TO GO OR NOT, DEPENDING ON WHAT ELSE IS

11:33AM 7   GOING ON IN THE BUILDING.  BUT AT THIS POINT IN TIME, THE COURT

11:33AM 8   SECURITY OFFICER OR CSO WILL ESCORT YOU BACK DOWN TO THE FIRST

11:33AM 9   FLOOR.  THANK YOU.

11:33AM 10          PROSPECTIVE JUROR 18:  JUDGE, A QUESTION.  IF SOMEBODY

11:33AM 11  WANTED TO STAY AND LISTEN TO OPENING STATEMENTS.

11:33AM 12          THE COURT:  YEAH, ONCE YOU'RE FREE TO GO, YOU CAN COME

11:33AM 13  BACK UP IF YOU WANT.

11:34AM 14          MR. BUZBEE:  JUDGE, MAY WE --

11:34AM 15          THE COURT:  WE'RE GOING TO TAKE A BREAK HERE ONCE I GIVE

11:34AM 16  THE JURY THE ADDITIONAL INSTRUCTIONS.  WHILE THEY ARE MAKING

11:34AM 17  THEIR WAY OUT, WHY DON'T WE, WE'RE A TAD BEHIND SCHEDULE HERE.

11:34AM 18  LET ME GIVE YOU SOME PRELIMINARY INSTRUCTIONS AND THEN WE'LL TAKE

11:34AM 19  A SHORT BREAK.  DEPENDING ON WHAT TIME IT IS, WE MAY HAVE TO TAKE

11:34AM 20  OUR LUNCH BREAK, BUT LET'S GO AHEAD AND GIVE YOU SOME PRELIMINARY

11:34AM 21  INSTRUCTIONS.

11:34AM 22          MY JOB IS TO MAKE SURE THAT THE JURY PAYS

11:34AM 23  ATTENTION.  PLEASE KEEP YOUR EYES OPEN.  IF YOU NEED A RECESS OR

11:34AM 24  ASK FOR FIVE MINUTES TO MAKE A PHONE CALL OR GO TO THE BATHROOM,

11:34AM 25  WE'LL TAKE A RECESS SHORTLY SO YOU CAN DO THAT.

11:34AM 1          DURING THE COURSE OF THE TRIAL, PLEASE DO NOT BRING

11:34AM 2    CELL PHONES, BLACKBERRIES, PAGERS, ANY OTHER TYPES OF ELECTRONIC

11:34AM 3    COMMUNICATIONS DEVICES INTO THE COURTROOM.  YOU MAY EITHER LEAVE

11:34AM 4    THEM IN THE JURY ROOM, WHICH YOU'RE GOING TO SEE SHORTLY.  IF

11:34AM 5    YOU'RE NOT COMFORTABLE WITH THAT, YOU MAY LEAVE THEM WITH MY

11:35AM 6    SECRETARY AND HE'LL SHOW YOU WHERE MY CHAMBERS ARE AND YOU CAN

11:35AM 7    LEAVE THEM THERE, AND SHE WILL HOLD IT FOR YOU WITH YOUR NAME ON

11:35AM 8    IT.  YOU CAN GET IT DURING THE LUNCH BREAK OR DURING A BREAK, BUT

11:35AM 9    DO NOT BRING CELL PHONES OR PAGERS OR BLACKBERRIES IN THE

11:35AM 10   COURTROOM, EVEN TURNED OFF, AND WHEN WE DELIBERATE THIS CASE, YOU

11:35AM 11   ARE NOT TO HAVE THOSE WITH YOU IN THE JURY ROOM DURING

11:35AM 12   DELIBERATIONS.

11:35AM 13         I HAVE NO DOUBT THAT YOU AS JURORS ARE MINDFUL OF

11:35AM 14   YOUR GREAT RESPONSIBILITIES, AND CERTAINLY YOU ARE AWARE THAT

11:35AM 15   YOUR CONDUCT DURING THIS TRIAL WILL BE OBSERVED BY THE COURT,

11:35AM 16   YOUR FELLOW JURORS, THE DEFENDANTS, THE PLAINTIFFS, THE ATTORNEYS

11:35AM 17   FOR ALL OF THE PARTIES AND THE PERSONS BOTH INSIDE AND OUTSIDE OF

11:35AM 18   THIS COURTROOM.  YOU SHOULD BE EXTREMELY CAREFUL IN THE MANNER IN

11:35AM 19   WHICH YOU CONDUCT YOURSELVES IN ORDER THAT NO ONE MAY DOUBT THAT

11:35AM 20   THIS CASE IS BEING FAIRLY AND IMPARTIALLY TRIED, AND THAT IN THE

11:35AM 21   END, JUSTICE HAS BEEN DONE.

11:35AM 22         FOR THE SAME REASON, THE ATTORNEYS IN THE CASE, THE

11:35AM 23   PARTIES, THE WITNESSES AND ALL OTHERS IDENTIFIED WITH OR

11:35AM 24   CONNECTED WITH THIS TRIAL OR ITS PARTICIPANTS SHOULD BE EQUALLY

11:36AM 25   CAREFUL IN THEIR CONDUCT.  THAT MEANS THAT THOSE OF YOU WHO ARE

11:36AM 1    HERE TO OBSERVE THIS TRIAL ARE NOT TO COMMUNICATE WITH A JUROR AT

11:36AM 2    ALL.  IN THE HALLWAYS, DURING THE BREAKS, DURING THE LUNCH HOUR,

11:36AM 3    YOU ARE NOT TO DISCUSS THIS CASE WITH ANYONE, AND IF ANYONE DOES

11:36AM 4    DISCUSS THIS CASE WITH YOU OR TRIES TO, YOU ARE TO REPORT THAT TO

11:36AM 5    ME IMMEDIATELY.

11:36AM 6         THE CASE WILL PROCEED IN THE FOLLOWING ORDER:

11:36AM 7    FIRST, COUNSEL FOR THE PLAINTIFFS WILL MAKE AN OPENING STATEMENT.

11:36AM 8    THEY WILL OUTLINE THEIR PLAINTIFFS' CASE.  THAT STATEMENT IS

11:36AM 9    NOTHING MORE THAN AN EXPLANATION OF THE PLAINTIFFS' THEORY OF THE

11:36AM 10   CASE AND SERVES MERELY AS AN INTRODUCTION TO THE EVIDENCE WHICH

11:36AM 11   THE PLAINTIFF INTENDS TO PRODUCE DURING THE COURSE OF THIS TRIAL.

11:36AM 12        THEN COUNSEL FOR THE DEFENDANTS MAY ALSO MAKE AN

11:36AM 13   OPENING STATEMENT OUTLINING THE DEFENDANTS' CASE.  LIKE THE

11:36AM 14   PLAINTIFFS' OPENING STATEMENT, ANY DEFENSE OPENING STATEMENT, IF

11:36AM 15   MADE, WOULD BE NOTHING MORE THAN AN EXPLANATION OF THAT

11:36AM 16   DEFENDANT'S THEORY OF THE CASE.

11:36AM 17        OPENING STATEMENTS ARE NOT EVIDENCE BUT ARE MERELY

11:37AM 18   TO AID YOU IN UNDERSTANDING THE SIGNIFICANCE OF EVIDENCE WHEN IT

11:37AM 19   IS INTRODUCED.  THE ATTORNEYS WILL BE GIVEN AN OPPORTUNITY TO

11:37AM 20   ARGUE THEIR CASE TO YOU, BUT THAT IS SIMPLY ARGUMENT, IT IS NOT

11:37AM 21   EVIDENCE THAT YOU ARE TO CONSIDER IN DECIDING THIS CASE.

11:37AM 22        AFTER THE OPENING STATEMENTS, COUNSEL FOR THE

11:37AM 23   PLAINTIFFS WILL HAVE AN OPPORTUNITY TO CALL WITNESSES AND

11:37AM 24   INTRODUCE EVIDENCE.  AT THE CONCLUSION OF THE PLAINTIFFS'

11:37AM 25   EVIDENCE, COUNSEL FOR THE DEFENDANTS MAY THEN INTRODUCE EVIDENCE.

11:37AM 1 REBUTTAL EVIDENCE MAY THEN BE INTRODUCED THEREAFTER.

11:37AM 2   AT THE CONCLUSION OF ALL OF THE EVIDENCE, THE

11:37AM 3 ATTORNEYS WILL PRESENT ORAL ARGUMENT TO YOU IN SUPPORT OF THEIR

11:37AM 4 RESPECTIVE CASES.  WHAT IS SAID IN CLOSING ARGUMENTS IS NOT

11:37AM 5 EVIDENCE.  IT IS JUST THE SAME AS WHAT IS SAID IN OPENING

11:37AM 6 STATEMENTS, IT IS ARGUMENT.  THE ARGUMENTS ARE INTENDED TO

11:37AM 7 PRESENT TO YOU THE CONTENTIONS OF THE RESPECTIVE PARTIES AS TO

11:37AM 8 WHAT THE EVIDENCE HAS SHOWN AND WHAT INFERENCES MAY BE DRAWN FROM

11:37AM 9 THAT EVIDENCE.

11:37AM 10   AFTER THE CLOSING ARGUMENTS, I WILL INSTRUCT YOU ON

11:38AM 11 THE APPLICABLE LAW AND YOU WILL THEN RETIRE TO DELIBERATE AND

11:38AM 12 CONSIDER YOUR VERDICT, WHICH MUST BE UNANIMOUS.

11:38AM 13   THE LAW APPLICABLE TO THIS CASE WILL BE CONTAINED

11:38AM 14 IN THE INSTRUCTIONS I GIVE YOU DURING THE COURSE OF THE TRIAL,

11:38AM 15 AND IT IS YOUR DUTY TO FOLLOW ALL SUCH INSTRUCTIONS.  IT IS YOUR

11:38AM 16 DUTY TO DETERMINE THE FACTS AND TO DETERMINE THEM FROM THE

11:38AM 17 EVIDENCE AND THE REASONABLE INFERENCES ARRIVING FROM SUCH

11:38AM 18 EVIDENCE, AND IN SO DOING, YOU MUST NOT INDULGE IN GUESSWORK OR

11:38AM 19 SPECULATION.

11:38AM 20   THE EVIDENCE WHICH YOU ARE TO CONSIDER CONSISTS OF

11:38AM 21 THE TESTIMONY OF WITNESSES AND THE EXHIBITS ADMITTED INTO

11:38AM 22 EVIDENCE.  THE TERM *WITNESS* MEANS ANYONE WHO TESTIFIES IN PERSON

11:38AM 23 OR BY DEPOSITION.  THE ADMISSION OF EVIDENCE IN COURT IS GOVERNED

11:38AM 24 BY RULES OF LAW, AND FROM TIME TO TIME IT MAY BE THE DUTY OF THE

11:38AM 25 ATTORNEYS TO MAKE OBJECTIONS AND MY DUTY AS THE JUDGE TO RULE ON

11:38AM 1   THOSE OBJECTIONS AND THUS WHETHER YOU CAN CONSIDER CERTAIN

11:38AM 2   EVIDENCE.

11:38AM 3            YOU MUST NOT CONCERN YOURSELF WITH THE OBJECTIONS

11:38AM 4   OR THE COURT'S REASONS FOR THESE RULINGS.  DO NOT HOLD IT AGAINST

11:39AM 5   LAWYERS WHO MAKE OBJECTIONS.  YOU MUST NOT CONSIDER TESTIMONY OR

11:39AM 6   EXHIBITS TO WHICH AN OBJECTION WAS SUSTAINED OR WHICH HAS BEEN

11:39AM 7   ORDERED STRICKEN.

11:39AM 8            THERE ARE TWO KINDS OF EVIDENCE, DIRECT AND

11:39AM 9   CIRCUMSTANTIAL.  DIRECT EVIDENCE IS DIRECT PROOF OF A FACT SUCH

11:39AM 10  AS TESTIMONY OF AN EYEWITNESS.  CIRCUMSTANTIAL EVIDENCE IS PROOF

11:39AM 11  OF FACTS FROM WHICH YOU MAY INFER OR CONCLUDE THAT OTHER FACTS

11:39AM 12  EXIST.  BEAR IN MIND THAT YOU MAY CONSIDER BOTH KINDS OF

11:39AM 13  EVIDENCE.

11:39AM 14           THERE MAY BE BENCH CONFERENCES AT WHICH THE LAWYERS

11:39AM 15  AND THE JUDGE WILL TALK SO LOW THAT THE JURY CANNOT HEAR.  SOME

11:39AM 16  MATTERS MUST BE DECIDED OUTSIDE THE HEARING OF THE JURY BECAUSE

11:39AM 17  THEY ARE NOT ADMISSIBLE.  IT IS OKAY TO STAND AT YOUR SEAT AND

11:39AM 18  STRETCH DURING THOSE BENCH CONFERENCES.

11:39AM 19           YOU MUST NOT BE INFLUENCED IN ANY DEGREE BY ANY

11:39AM 20  PERSONAL FEELING OF SYMPATHY OR PREJUDICE AGAINST THE PARTIES OR

11:39AM 21  THEIR COUNSEL.  NO STATEMENT OR RULING OR REMARK WHICH I MAKE

11:39AM 22  DURING THE PRESENTATION OF EVIDENCE IS INTENDED TO INDICATE MY

11:39AM 23  OPINION AS TO WHAT THE FACTS ARE.  YOU ARE TO DETERMINE THE

11:40AM 24  FACTS.  IN THIS DETERMINATION, YOU ALONE MUST DECIDE UPON THE

11:40AM 25  BELIEVABILITY OF THE EVIDENCE AND ITS WEIGHT AND VALUE.

11:40AM 1          IN CONSIDERING THE WEIGHT AND VALUE OF THE

11:40AM 2 TESTIMONY OF ANY WITNESS, YOU MAY TAKE INTO CONSIDERATION THE

11:40AM 3 APPEARANCE, ATTITUDE AND BEHAVIOR OF THE WITNESS, THE INTEREST OF

11:40AM 4 THE WITNESS IN THE OUTCOME OF THE SUIT, THE RELATION OF THE

11:40AM 5 WITNESS TO THE PARTIES, THE INCLINATION OF THE WITNESS TO SPEAK

11:40AM 6 TRUTHFULLY OR NOT, THE PROBABILITY OR IMPROBABILITY OF THE

11:40AM 7 WITNESS'S STATEMENTS AND ALL OTHER FACTS OR CIRCUMSTANCES IN

11:40AM 8 EVIDENCE.  THUS, YOU MAY GIVE THE TESTIMONY OF ANY WITNESS JUST

11:40AM 9 SUCH WEIGHT AND VALUE AS YOU MAY BELIEVE THE TESTIMONY OF SUCH

11:40AM 10 WITNESS IS ENTITLED TO RECEIVE.

11:40AM 11          DURING THE COURSE OF THE TRIAL, JURORS SHALL NOT

11:40AM 12 ENGAGE OR ATTEMPT TO ENGAGE OR HAVE ANY CONVERSATION OR

11:40AM 13 COMMUNICATION OF ANY KIND WHATSOEVER WITH ANY OF THE PARTIES TO

11:40AM 14 THIS SUIT, THEIR REPRESENTATIVES, THE ATTORNEYS, THE WITNESSES OR

11:40AM 15 ANY OTHER PERSON IDENTIFIED WITH THIS TRIAL.  AND LIKEWISE, AS I

11:41AM 16 INDICATED, ANY PERSON IDENTIFIED WITH THIS TRIAL SHALL NOT ENGAGE

11:41AM 17 OR ATTEMPT TO ENGAGE IN ANY CONVERSATION OR COMMUNICATION

11:41AM 18 WHATSOEVER WITH ANY JUROR.

11:41AM 19          IF THIS HAPPENS, AGAIN, I ASK THAT YOU REPORT IT TO

11:41AM 20 ME IMMEDIATELY, AND YOU MAY DO SO BY REPORTING IT TO THE COURT

11:41AM 21 SECURITY OFFICER OR CSO THAT WILL BE ASSIGNED TO THE JURY.

11:41AM 22          FURTHER, AS JURORS, YOU SHOULD AVOID ALLOWING

11:41AM 23 YOURSELVES TO BE PLACED IN A POSITION WHEN OUTSIDE OF THE

11:41AM 24 COURTROOM WHERE DISCUSSIONS OF THIS CASE ARE BEING CONDUCTED BY

11:41AM 25 ANY OF THE PARTIES, THE ATTORNEYS OR THE WITNESSES.  FURTHERMORE,

11:41AM 1   THE ATTORNEYS, THE PARTIES AND THE WITNESSES MUST BE PARTICULARLY

11:41AM 2   CAREFUL NOT TO DISCUSS AND SHALL NOT DISCUSS THIS CASE WHERE

11:41AM 3   THERE IS A POSSIBILITY THAT ANY OF THE JURORS MAY OVERHEAR THEIR

11:41AM 4   REMARKS.  IF THAT OCCURS, PLEASE NOTIFY ME IMMEDIATELY.

11:41AM 5          YOU SHOULD NOT TAKE ANY OFFENSE TO THE FACT THAT

11:41AM 6   ANY OF THE PARTIES TO THIS TRIAL DO NOT EVEN EXTEND TO YOU A

11:41AM 7   FRIENDLY GREETING.  THE REASON THAT THOSE EXCHANGES ARE NOT

11:41AM 8   INDULGED IN IS BECAUSE ALTHOUGH THEY MAY SEEM INNOCENT TO YOU,

11:42AM 9   THEY COULD NEVERTHELESS GIVE THE IMPRESSION OF A LACK OF

11:42AM 10  IMPARTIALITY.  AND CREATING AN IMPRESSION OF BEING PARTIAL IS AS

11:42AM 11  BAD AS BEING BIASED OR PARTIAL AND SHOULD BE AVOIDED.

11:42AM 12         AT THIS TIME I'M GOING TO GIVE YOU THE FOLLOWING

11:42AM 13  SPECIFIC INSTRUCTIONS:  YOU ARE NOT TO DISCUSS THE CASE WITH

11:42AM 14  ANYONE.  THIS INCLUDES YOUR SPOUSE, YOUR CHILDREN, RELATIVES,

11:42AM 15  FRIENDS, AND STRANGERS, AND YOU ARE NOT TO DISCUSS THE CASE EVEN

11:42AM 16  AMONGST YOURSELVES UNTIL IT IS CONCLUDED AND YOU ARE ORDERED TO

11:42AM 17  BEGIN YOUR DELIBERATIONS.  VERY, VERY IMPORTANT THAT YOU FOLLOW

11:42AM 18  THAT INSTRUCTION.

11:42AM 19         IF YOU WISH, YOU MAY TAKE NOTES, AND YOU WILL BE

11:42AM 20  PROVIDED NOTE PADS ON WHICH TO DO SO, BUT IF YOU DO TAKE NOTES,

11:42AM 21  LEAVE THEM ON YOUR SEAT BOTH DURING THE BREAKS AND AT THE END OF

11:42AM 22  THE DAY.  THEY ARE NOT TO BE GIVEN OR READ TO ANYONE ELSE.  YOU

11:42AM 23  ARE NOT REQUIRED TO TAKE NOTES, BUT IF YOU CHOOSE TO TAKE NOTES,

11:42AM 24  YOU MAY DO SO AND THAT IS HOW THEY WILL BE HANDLED.

11:42AM 25         YOU WILL BE ABLE TO TAKE YOUR NOTES WITH YOU INTO

11:42AM 1   THE JURY ROOM TO DELIBERATE IN THIS CASE, AND I'LL HAVE SOME

11:43AM 2   ADDITIONAL INSTRUCTIONS AT THAT TIME AS TO HOW THOSE NOTES ARE TO

11:43AM 3   BE USED.

11:43AM 4            IF ANY PUBLICITY ABOUT THIS CASE HAS COME TO YOUR

11:43AM 5   NOTICE BEFORE THIS MOMENT, YOU MUST STRIKE IT FROM YOUR MINDS AND

11:43AM 6   COMPLETELY DISREGARD ANYTHING THAT HAS COME TO YOUR ATTENTION

11:43AM 7   OUTSIDE OF THIS COURTROOM.

11:43AM 8            FROM THIS MOMENT ON, YOU ARE NOT TO READ ANY

11:43AM 9   NEWSPAPERS OR OTHER ACCOUNTS OF THIS TRIAL, NOR ARE YOU TO VIEW

11:43AM 10  OR LISTEN TO ANY TELEVISION NEWS OR RADIO REPORTS OR OTHER

11:43AM 11  ACCOUNTS OF THIS TRIAL.  THIS IS NECESSARY AND IMPORTANT BECAUSE

11:43AM 12  YOUR VERDICT IN THIS CASE MUST BE BASED SOLELY ON THE EVIDENCE

11:43AM 13  PRESENTED IN THIS TRIAL IN ACCORDANCE WITH WHAT YOU HEAR AND VIEW

11:43AM 14  IN THIS COURTROOM.  AND IN ACCORDANCE WITH THE COURT'S

11:43AM 15  INSTRUCTIONS ON THE LAW APPLICABLE TO THIS CASE.

11:43AM 16           FINALLY, YOU ARE NOT TO REACH ANY CONCLUSIONS IN

11:43AM 17  THIS CASE UNTIL ALL THE EVIDENCE HAS BEEN PRESENTED.  THE COURT

11:43AM 18  HAS INSTRUCTED YOU ON THE LAW APPLICABLE TO THIS CASE, AND THE

11:43AM 19  CASE IS GIVEN TO YOU FOR DELIBERATION AND DECISION.

11:44AM 20           IN THE MORNING WHEN YOU ARRIVE AND DURING THE DAY

11:44AM 21  WHEN YOU'RE IN THIS BUILDING AND COURT IS IN RECESS, OR FOR ANY

11:44AM 22  REASON THAT THE JURY IS NOT REQUIRED TO BE IN THE COURTROOM, I

11:44AM 23  ASK THAT YOU GO TO AND REMAIN IN THE JURY ROOM OR REMAIN UNDER

11:44AM 24  THE DIRECT SUPERVISION OF THE COURT SECURITY OFFICER OR THE

11:44AM 25  MARSHAL UNTIL THE CSO OR THE MARSHAL ADVISES YOU TO ENTER THE

11:44AM 1    COURTROOM.  PLEASE DO NOT LOITER IN THE HALLWAYS.  IF YOU DO SO,

11:44AM 2    YOU ARE LIKELY TO COME ACROSS SOMEONE ASSOCIATED WITH THE TRIAL

11:44AM 3    OR HEAR SOMETHING ABOUT THE TRIAL THAT YOU SHOULD NOT BE HEARING.

11:44AM 4         THE JURY ROOM IS HEADQUARTERS FOR THE JURY AND

11:44AM 5    THERE ARE SOME REFRESHMENTS IN THERE AND COFFEE, RESTROOMS AND A

11:44AM 6    TELEPHONE.  HOPEFULLY, YOU'LL BE COMFORTABLE WHEN YOU'RE IN

11:44AM 7    THERE.  I, AS A POLICY, AND I HAVE CAUTIONED THE ATTORNEYS THAT

11:44AM 8    WHEN I TELL YOU WE ARE STARTING AT A CERTAIN TIME, I DO NOT LIKE

11:44AM 9    FOR YOU TO SPEND EXTRA TIME IN THE JURY ROOM.  THE ATTORNEYS ARE

11:44AM 10   AWARE THAT IF I TELL YOU TO COME BACK AT A CERTAIN TIME, YOU CAN

11:44AM 11   PLAN ON COMING OUT OF THE JURY ROOM AND COMING INTO THE COURTROOM

11:45AM 12   AT A CERTAIN TIME, LIKEWISE, AT THE BEGINNING OF THE DAY SO THAT

11:45AM 13   WE WILL NOT HAVE DOWN TIME WHEN YOU'LL BE IN THE JURY ROOM WHEN

11:45AM 14   YOU'RE SUPPOSED TO BE IN HERE LISTENING TO THE EVIDENCE.

11:45AM 15        I INDICATED THAT THIS CASE MIGHT POSSIBLY LAST AS

11:45AM 16   LONG AS TWO WEEKS, MONDAY THROUGH FRIDAY.  THE SCHEDULE WILL BE,

11:45AM 17   AS I INDICATED, 8:30 IN THE MORNING.  WE WILL TAKE A MID MORNING

11:45AM 18   AND A MID AFTERNOON BREAK OF ABOUT 10 TO 15 MINUTES.  WE WILL

11:45AM 19   HAVE APPROXIMATELY AN HOUR FOR LUNCH AT SOME POINT MIDDAY.  WE

11:45AM 20   WILL BREAK AT THE END OF THE DAY AT APPROXIMATELY FIVE O'CLOCK,

11:45AM 21   GIVE OR TAKE WHAT'S GOING ON ON THE CALENDAR, BUT IF IT GOES PAST

11:45AM 22   FIVE, IT WILL NOT BE VERY LONG PAST FIVE.  IT IS MORE LIKELY THAT

11:45AM 23   WE WILL BREAK EARLIER THAN FIVE IN ORDER TO START UP THE NEXT

11:45AM 24   DAY.  IN OTHER WORDS, WE WILL NOT START WITH ANOTHER WITNESS THAT

11:45AM 25   WILL EXTEND WELL PAST FIVE O'CLOCK, SO THAT YOU CAN PLAN

11:45AM 1   ACCORDINGLY.

11:45AM 2                ALL RIGHT.  AT THIS POINT IN TIME WE'RE GOING TO GO

11:45AM 3   AHEAD AND ADMINISTER THE OATH TO YOU AS JURORS, WHICH IS A LITTLE

11:45AM 4   DIFFERENT THAN THE OATH YOU TOOK THIS MORNING AS MEMBERS OF THE

11:46AM 5   JURY POOL.  WOULD YOU PLEASE RISE.

11:46AM 6          THE DEPUTY CLERK:  WOULD YOU RAISE YOUR RIGHT HANDS.  DO

11:46AM 7   YOU SOLEMNLY SWEAR THAT YOU WILL WELL AND TRULY TRY THE ISSUES

11:46AM 8   JOINED BETWEEN THE PLAINTIFF AND THE DEFENDANT AND A TRUE VERDICT

11:46AM 9   RENDER ACCORDING TO THE EVIDENCE AND THE LAW AS IT SHALL BE GIVEN

11:46AM 10  TO YOU BY THE COURT, SO HELP YOU GOD.

11:46AM 11         VOICES:  I DO.

11:46AM 12         THE COURT:  LET'S GO AHEAD.  I'VE GOT ABOUT QUARTER TO

11:46AM 13  12.  WE'RE A LITTLE BIT BEHIND THE SCHEDULE THAT I WANTED TO BE

11:46AM 14  ON.  WHY DON'T WE GO AHEAD AND TAKE THE LUNCH BREAK NOW.  AND WE

11:46AM 15  WILL COME BACK WITH THE OPENING STATEMENTS OF COUNSEL.  SINCE

11:46AM 16  WE'RE BREAKING ABOUT 15 MINUTES EARLY, I WOULD LIKE TO START UP

11:46AM 17  AGAIN AT QUARTER TO ONE.  ACCORDING TO MY CLOCK UP HERE, WHICH IS

11:46AM 18  ACCURATE.  I'M ON THE DOT HERE.

11:46AM 19                WHY DON'T WE START UP AT QUARTER TO 12.  IF YOU

11:46AM 20  COULD BE BACK IN THE JURY ROOM.  THE COURT SECURITY OFFICER WILL

11:46AM 21  SHOW YOU WHERE THE JURY ROOM IS.  YOU'LL HAVE LUNCH ON YOUR OWN.

11:46AM 22  AND IF YOU CAN BE BACK AT QUARTER TO ONE, WE'LL GO AHEAD AND GET

11:46AM 23  STARTED.  THANK YOU ALL.

11:47AM 24         THE COURT SECURITY OFFICER:  ALL RISE.

11:47AM 25         THE COURT:  COUNSEL, IS THERE ANYTHING WE NEED TO PUT ON

11:47AM 1    THE RECORD NOW THAT WE HAVE NOT PUT ON THE RECORD?

11:47AM 2            MR. WATTS:  YOUR HONOR, I THINK I'VE PRESERVED THIS BUT

11:47AM 3    JUST TO MAKE CERTAIN, TO THE EXTENT THAT THE PRESERVATION RULES

11:47AM 4    REQUIRE IT, WE WOULD AGAIN OBJECT TO THE SEATING OF THIS JURY AND

11:47AM 5    SEEK THE REMEDY THAT WE SOUGHT BEFORE.

11:47AM 6            THE COURT:  THAT'S ALREADY ON THE TRANSCRIPT.  DOES

11:47AM 7    ANYBODY HAVE ANYTHING ELSE TO PUT ON THE TRANSCRIPT?

11:47AM 8            MR. WEINSTOCK:  NO, SIR.

11:47AM 9            THE COURT:  LET'S GO OFF THE RECORD.

10            (WHEREUPON, AT 11:47 A.M., THE PROCEEDINGS WERE

11    CONCLUDED.)

12                            *    *    *

13

14                      REPORTER'S CERTIFICATE

15

16    I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
      MERIT REPORTER, REGISTERED PROFESSIONAL REPORTER, CERTIFIED COURT
17    REPORTER, OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT
      COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY CERTIFY THAT THE
18    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY
      ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN
19    THE ABOVE-ENTITLED AND NUMBERED MATTER.

20                              *S/CATHY PEPPER*
                                CATHY PEPPER, CRR, RMR, CCR
21                              OFFICIAL COURT REPORTER
                                UNITED STATES DISTRICT COURT
22

23

24

25