UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-4"
       JUDGE ENGELHARDT
       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO MDL No. 07-1873

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Unopposed Motion to Withdraw as Attorney, it is hereby

ORDERED that the United States' Motion is GRANTED.

ENTERED this  9th  day of  May  New Orleans, Louisiana

       _____
       KURT D. ENGELHARDT
       UNITED STATES DISTRICT JUDGE