OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130

DATE: May 5, 2011

STACY L. BOUDREAUX, ET ALS
versus
TRAVELERS PROPERTY CASUALTY, ET ALS.
Case No. **10-3998**   Section "N"   Mag. **(5)**

Dear Sir:

Please **re-issue** summons on the **amended complaint** to the following:

1. The United States of America, through the
United States Attorney General:
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

3. Federal Emergency Management Agency
Through the Office of the Director
Administrator of FEMA
500 C Street S.W.
Washington, D.C. 20472

Very truly yours,
David C. Jarrell
DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

**CERTIFICATE**
Plaintiffs' counsel herein certifies that all parties plaintiff have been properly matched pursuant to Amended Pretrial Order No. 68 concerning deadlines for matching and filing.