# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 1873** |
| | * | **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** | * * * | **JUDGE ENGELHARDT** |
| *Janell Batiste, et al. v. Crum and Forster Specialty Insurance Company; Sentry Insurance A Mutual Company; and Fluor Enterprises, Inc.* Case No. 09-5760 | * * * | **MAGISTRATE CHASEZ** |

**************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFF UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned Counsel, comes Plaintiff Robert E. Snyder, who pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims against all Defendants without prejudice. This dismissal does not affect the claims of the remaining Plaintiffs in this matter.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:   */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:  (504) 525-1279

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                                                                *s/ Lawrence J. Centola, Jr.*
                                                             LAWRENCE J. CENTOLA, JR.