MINUTE ENTRY
ENGELHARDT, J.
May 11, 2011

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

      A telephone conference was conducted on Wednesday, May 11, 2011, at 11:30 a.m.

Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass and Henry T. Miller.

JS10(0:25)