UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On May 11, 2011, the Court held a telephone conference with the following counsel participating: Andy Weinstock, Joe Glass, Justin Woods, and Henry Miller. Issues relating to Plaintiff Fact Sheets were discussed.

New Orleans, Louisiana, this 11th day of May, 2011.

                                             _____
                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**