# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * <br> * | MAG: CHASEZ |
| *Angela Pittman, et al v. Gulf Stream Coach, Inc.,*<br>*et al*; Docket No. 10-1282<br>Plaintiff: Danielle Jones | * <br> * <br> * <br> * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO AMEND ORDER (Rec. Doc. 20832)

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully requests that this Honorable Court amend its Order (Rec. Doc. 20832) to not include the following Plaintiff as **DISMISSED with prejudice:**

> **Plaintiff: Danielle Jones** - 2:10-cv-1282-KDE-ALC - *Angela Pittman, et al v. Gulf Stream Coach, Inc., et al*

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

                    Respectfully Submitted:

                    **DUPLASS, ZWAIN, BOURGEOIS,**
                    **PFISTER & WEINSTOCK**

                    s/Andrew D. Weinstock
                    _____
                    ANDREW D. WEINSTOCK, #18495
                    3838 N. Causeway Boulevard, Suite 2900
                    Metairie, Louisiana 70002
                    Telephone:    504/832-3700
                    Facsimile:     504/837-3119
                    andreww@duplass.com
                    **Counsel for Defendant, Gulf Stream Coach, Inc.**

00169759-1

## **C E R T I F I C A T E**

I hereby certify that on the 13th day of May, 2011, a copy of the foregoing Motion to Amend Order (Rec. Doc. 20832) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                     s/Andrew D. Weinstock
                                 _____
                                 ANDREW D. WEINSTOCK #18495
                                     andreww@duplass.com