UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Angela Pittman, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-1282 | * | |
| Plaintiff: Danielle Jones | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Amend Order (Rec. Doc. 20832);

**IT IS ORDERED** that the following plaintiff will not be **DISMISSED with prejudice**

and will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No.

1873:

> **Plaintiff:  Danielle Jones** - 2:10-cv-1282-KDE-ALC - *Angela Pittman, et al v. Gulf Stream Coach, Inc., et al*

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00169760-1