UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-3251 | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | JUDGE ENGELHARD |
| *(Charles Marshall)* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS EXPERT DESIGNATION

Plaintiff Charles Marshall makes this Expert Designation as required by the Court's Trial Scheduling Order dated January 18, 2011, as follows:

**Miller, Lawrence G., M.D.**
Mediphase
3 Newton Executive Park
Newton, Massachusetts 02462
Phone: (617) 332-3408
Area of Testimony: Toxicologist/Pulmonologist; Review and Analysis of Medical Records and Specific Causation
C.V. See: PSC025327 / 025342
Compensation Rate: See: PSC025343
List of Testimonies: See: PSC025345

**Smulski, Stephen, Ph.D.**
Wood Science Specialists, Inc.
453 Wendell Road
Shutesbury, Massachusetts, 01072
Phone: (413) 259-1661
Area of Testimony: Material Selection; Component Parts; Formaldehyde Emissions from Component Parts;
C.V.: See: PSC025392 / 025403
Compensation Rate: See: PSC025404
List of Testimonies: See: PSC025405 / 025406

**Williams, Patricia M., Ph.D., D.A.B.T.**
Environmental Toxicology Experts, LLC
234 West William David Parkway
Metairie, Louisiana 70005
Phone: (504) 834-0073
Area of Testimony: Toxicology; General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury

regarding Exposure to Formaldehyde and Asthma;
Formaldehyde Causation of Cancers and other Chronic
Health Effects; Toxicokinetics of Formaldehyde;
C.V.: See: PSC025407 / 025437
Compensation Rate: See: PSC025438
List of Testimonies: See: PSC025439 / PSC025440

        Respectfully submitted:

        **FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    */s/Gerald E. Meunier*
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com


        */s/Justin I. Woods*
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL WATTS, Texas # 20981820
        DENNIS REICH, Texas # 16739600
        ROBERT BECNEL, #14072