UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT REPORT NO. 23 OF LIAISON AND GOVERNMENT COUNSEL**

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 23.

**I.     REPORT OF CLAIMS AND CASE INVENTORY:**

PLC and MDLC report that an estimated 5,000 actions now have been filed, or transferred into this MDL. The attached appendix lists the complaints that were filed or transferred into the MDL since the last Joint Report.

**II.    PLAINTIFF FACT SHEETS (PFS)**

Counsel representing parties are obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines). Plaintiff attorneys are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2 and 32.

### III. MOTION PRACTICE

The following Motions are pending:

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17661 | Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation. |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |
| Rec. Doc. 17754 | Fluor's Motion for Judgment on the Pleadings to Dismiss the third and Fourth Supplemental and Amended Administrative Master Complaints Based on Government Contractor. |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |
| Rec. Doc. 17836 | Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130) |
| Rec. Doc. 17882 | Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125) |
| Rec. Doc. 17884 | Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126) |

Rec. Doc. 17885     Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127)

Rec. Doc. 20236     Plaintiffs' Motion for New Trial and or Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e) (*Cooper, Crystal, et al v. Bechtel National, Inc., et al; 10-04121; Goff, Alice, et al v. CH2M Hill Constructors, et al; 10-04122; Rodwell, Lovella, et al v. Bechtel National, Inc., et al; 10-04123; and Rogers, Bessie, et al v. Bechtel National, Inc., et al; 10-04124*)

Rec. Doc. 20437     Plaintiffs' Motoin to Remand (*Lisa Franks, et al v. DS Corp., d/b/a CrossRoads RV*; Docket No. 11-416)

Rec. Doc. 20438     Plaintiffs' Motion to Remand (*Albert Brazzle, et al v. Dutchman Manufacturing, Inc.*; Docket No. 11-420)

Rec. Doc. 20443     Plaintiffs' Motion to Remand (*Kellina Biddle, et al v. KZ RV, LP*; Docket No. 11-414)

Rec. Doc. 20444     Plaintiffs' Motion to Remand (*Percy LeBlanch, et al v. Recreation By Design, LLC*; Docket No. 11-421)

Rec. Doc. 20445     Plaintiffs' Motion to Remand (*Joyce Mims v. SunnyBrook RV, Inc.*; Docket No. 11-422)

Rec. Doc. 20446     Plaintiffs' Motion to Remand (*Gerald Watson, Sr., et al v. Heartland Recreational Vehicles, LLC*; Docket No. 11-413)

Rec. Doc. 20447     Plaintiffs' Motion to Remand (*Eloise Gums, et al v. Forest River, Inc.*; Docket No. 11-410)

Rec. Doc. 20448     Plaintiffs' Motion to Remand (*James Clark, et al v. Gulf Stream Coach, Inc.*; Docket No. 11-412)

Rec. Doc. 20463     Plaintiffs' Motion to Remand (*Hattie Bailey, et al v. Jayco Enterprises, Inc., et al*; Docket No. 11-411)

Rec. Doc. 20861     Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation

Rec. Doc. 20886     Crum & Forster's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact

|  |  |
|---|---|
|  | Sheets (*Swanica Nero v. Pilgrim Int., Inc., et al*; Docket No. 09-4730) |
| Rec. Doc. 20887 | Crum & Forster's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets (*Elaine Coleman v. Crum & Forster Specialty Ins. Co., et al*; Docket No. 09-5432) |
| Rec. Doc. 20888 | Crum & Forster's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets (*Wanda Bartholomew v. Crum & Forster Specialty Ins. Co., et al*; Docket No. 09-5428) |
| Rec. Doc. 20889 | Nineteen (19) Plaintiffs' Motion for Time (*Grace A. Gonzales, et al v. Forest river, Inc., et al*; Docket No. 10-1358 and *Henry Davis, et al v. Forest River, Inc., et al*; Docket No. 10-2362) |
| Rec. Doc. 20894 | Plaintiffs' Motion for New Trial and or Reconsideration Pursuant to Federal Rule of Civil Procedure 60(a)(b)(c) |

## **MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants. Any motion to reinstate the appeal must be filed with Fifth Circuit before October 15, 2011. |
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
| Fifth Circuit No. 10-30451 | Christopher Cooper FTCA Appeal (involves FTCA statute of limitations); Argued on March 1, 2011 |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011 |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011 |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense) |

## IV. MANUFACTURED HOUSING NON-LITIGATION "TRACK"

On April 5, 2011, the Court preliminarily approved the proposed settlement filed by the Class, as represented by the PSC and the Manufacturing Housing Defendants (Rec. Doc. No. 20669). Notice has commenced pursuant to the preliminary approval order. The Fairness Hearing is currently scheduled to commence on August 22, 2011 at 9:00 a.m.

## V. MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information has not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information is efficiently obtainable from other sources and to provide a date certain by which the matching effort will end. Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010. The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010. Counsel should consult amended PTO 68 to ensure they are aware of its content. The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83. The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed. The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 requiring all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching. The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455). The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

## VI. BELLWETHER AND SUMMARY JURY TRIALS

A. Bellwether cases set for trial at this time:

1. A trial date for Coachmen Recreational Vehicle Company, LLC is set for June 13, 2011 (Trial Scheduling Order, Rec. Doc. 18669). On November 29, 2010, the Court selected Anthony Dixon as the bellwether plaintiff. This bellwether trial will be a summary jury trial. The United States is not a defendant in this action.

2. A trial will begin on August 1, 2011 against Jayco, Inc. The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial. The parties have agreed to conduct this as a summary jury trial. FEMA and the installation contractor, CH2M Hill, will not participate in this summary jury trial.

3. A bellwether trial against Sun Valley, Inc. and CH2M Hill is set for October 17, 2011 (Trial Scheduling Order, Rec. Docs. 19812, 19813, 19814). Charles Marshall has been selected as the Bellwether Plaintiff, and in the event his action is dismissed prior to trial, Sonya Andrews is the replacement Bellwether Plaintifff, Fluor is the Contractor/Installer for this replacement bellwether trial, and Laura

Demetriace Batiste is the second replacement Bellwether Plaintiff. The United States is not a defendant in any of these three actions.

## VII. CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs. On May 18, 2010, the Court issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana plaintiffs against the United States. Since entering that Order, the Court denied PSC's Motion seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal (Rec. Doc. 15976). PSC petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed that motion. The Fifth Circuit denied the PSC's motion on December 3, 2010.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims. On behalf of Mississippi and Alabama Plaintiffs, PSC has filed with the Fifth Circuit motions to certify a question of unsettled state law to the Supreme Court of Mississippi and Alabama. The United States filed oppositions to these motions.

## VIII.   SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

    A.   Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

## IX.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

The Court entered Pre Trial Order No. 77 on September 14, 2010 wherein the procedures for participating in the Fleetwood settlement were outlined. Counsel representing any plaintiff/claimant who resided in a Fleetwood unit were responsible for following the procedures set forth in the order, including submitting requested information to the Special Master by October 15, 2010.

The Special Master filed into the Court's record a Motion and Memorandum in Support of the Special Master's Recommendations on Methodology and Allocations (Rec. Doc No. 20197). The Court approved the recommendations of the Special Master on March 9, 2011 (rec. Doc. No. 20456).

The Special Master has provided each plaintiff counsel representing individuals who resided in Fleetwood manufactured units of their clients' proposed point allocations.

The CADA mailed out allocation letters pursuant to the Court's orders on Monday, March 22, 2011. The CADA began to receive telephone calls from claimants asking questions concerning the process the next day.

X.  **MISCELLANEOUS**

    A.    John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all defendant manufacturers in this MDL (Rec. Doc. 13236).

    B.    Pursuant to the Court's Order of February 7, 2011 (Rec. Doc. No. 20172), Sunnybrook RV, Inc., its insurers (Colony National Insurance Company and Westchester Surplus Lines Insurance Company) and the Plaintiffs participated in a settlement conference on April 27, 2011 with Dan Balhoff.

    C.    Pursuant to the Court's Order of February 7, 2011 (Rec. Doc. No. 20171), Sun Valley, Inc., its insurers Colony National Insurance Company and Westchester Surplus Lines Insurance Company and the Plaintiffs participated in a settlement conference scheduled on April 26, 2011 with Dan Balhoff.

                                      BY:    s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471
                                      **PLAINTIFFS' CO-LIAISON COUNSEL**
                                      Gainsburgh, Benjamin, David, Meunier &
                                      Warshauer, L.L.C.
                                      2800 Energy Centre, 1100 Poydras Street
                                      New Orleans, Louisiana 70163
                                      Telephone:    504/522-2304
                                      Facsimile:    504/528-9973
                                      gmeunier@gainsben.com

                                      s/Justin I. Woods

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:    504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:    202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: 566-5259
Facsimile: 636-5259

dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com