**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Monday, May 02, 2011 7:14 AM
**To:** CARMEN MOTES
**Subject:** Re: PFS Corrections

No reason in particular. If Andy insists on w/ prejudice, that is fine. Also, just to clarify, the dismissal is just as to your client Gulf Stream.

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

**From:** Carmen Motes <cmotes@duplass.com>
**Date:** Sun, 1 May 2011 16:56:34 -0700
**To:** David Jarrell <dcj@torres-law.com>
**Subject:** RE: PFS Corrections

Why? I am sure Andy will want it with prejudice

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Sunday, May 01, 2011 10:13 AM
**To:** CARMEN MOTES
**Subject:** Re: PFS Corrections

No opposition. Please note it without prejudice.

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

**From:** Carmen Motes <cmotes@duplass.com>
**Date:** Sat, 30 Apr 2011 09:50:13 -0700
**To:** David Jarrell <dcj@torres-law.com>
**Subject:** PFS Corrections

David,

The above Correct PFS is not a GSCI vin but rather a Jayco Vin#.  I assume no opposition in dismissing GSCI from Mrs. Reyes claims.

Carmen

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Wednesday, April 13, 2011 5:28 PM
**To:** CARMEN MOTES
**Subject:** PFS Corrections

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA  70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com