UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| | * | **MAG: CHASEZ** |
| *Angela Pittman, et al v. Gulf Stream Coach, Inc.,* | * | |
| *et al*; Docket No. 10-1282 | * | |
| Plaintiff: Danielle Jones | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Motion to Amend Order (Rec. Doc. 20832);

**IT IS ORDERED** that the following plaintiff will not be **DISMISSED with prejudice** and will remain in the FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873:

    **Plaintiff:  Danielle Jones** - 2:10-cv-1282-KDE-ALC - *Angela Pittman, et al v. Gulf Stream Coach, Inc., et al*

New Orleans, Louisiana  5/16/11

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00169760-1