UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Patin v. Pilgrim Int'l, Inc., et al*, 09-4808 | *<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD
CRUM & FORSTER SPECIALTY INSURANCE COMPANY AND SENTRY
INSURANCE A MUTUAL COMPANY IN DIRECT ACTION
AND TO DISMISS PILGRIM INTERNATIONAL, INC.**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the *Patin* matter who, for the reasons set forth in the attached memorandum, respectfully submit to this Honorable Court this Motion to Amend Complaint to add Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company (Pilgrim International, Inc.'s insurers) in direct action, pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, and to Dismiss Pilgrim International, Inc. without prejudice in the above-captioned matter. Counsel for defendants have advised they do not oppose this motion.

                   Respectfully submitted:

                   **GAINSBURGH, BENJAMIN, DAVID,
                   MEUNIER & WARSHAUER, L.L.C.**

            BY: s/Justin I. Woods
                GERALD E. MEUNIER, #9471
                JUSTIN I. WOODS, #24713
                Gainsburgh, Benjamin, David,
                Meunier & Warshauer, L.L.C.
                2800 Energy Centre
                1100 Poydras Street

> New Orleans, Louisiana  70163
> Telephone:    504/522-2304
> Facsimile:    504/528-9973
> jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

> s/Justin I. Woods
> JUSTIN I. WOODS, #24713