UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Patin v. Pilgrim Int'l, Inc., et al*, 09-4808 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT TO ADD CRUM & FORSTER SPECIALTY INSURANCE COMPANY
AND SENTRY INSURANCE A MUTUAL COMPANY IN DIRECT ACTION
AND TO DISMISS PILGRIM INTERNATIONAL, INC.**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiffs' Motion, add Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company (Pilgrim International, Inc.'s insurers) in direct action, and dismiss Pilgrim International, Inc ("Pilgrim").

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs may directly sue these insurance companies for the damages caused by their insured, Pilgrim International, Inc. The amendment to the complaint proposed by Plaintiffs adds direct causes of action against Pilgrim's insurers. Pilgrim is now bankrupt, and Chapter 7 proceedings are ongoing in the Bankruptcy Court for the Northern District of Indiana. Thus, by dismissing Pilgrim and adding its insurers, Plaintiffs will properly proceed against Pilgrim's insurers only.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*,

371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to preserve Plaintiffs' claims against the available insurance coverage. Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.*

Louisiana's "Direct Action Statue grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiffs, therefore have the right to sue Pilgrim's insurers directly. The proposed amended complaint adds direct causes of action against Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company, Pilgrim's insurers. *See* Proposed First Supplemental and Amended Complaint for Damages, attached as Exhibit A. Because the added causes of action are necessary to assert Plaintiffs' right of direct action against Pilgrim's insurers, leave should be granted to file the proposed amended complaints. *Foman*, 371 U.S. at 182.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint, add Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company in direct action, and dismiss Pilgrim International, Inc. from this litigation without prejudice.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,**
        **MEUNIER & WARSHAUER, L.L.C.**

        BY:   /s Justin I. Woods
                GERALD E. MEUNIER, #9471
                JUSTIN I. WOODS, #24713
                Gainsburgh, Benjamin, David,
                Meunier & Warshauer, L.L.C.
                2800 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana  70163
                Telephone:    504/522-2304

                                                        Facsimile:    504/528-9973
                                                        jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Justin I. Woods
                                            JUSTIN I. WOODS, #24713