UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Patin v. Pilgrim Int'l, Inc., et al*, 09-4808 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint to Add

Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company in

Direct Action and to Dismiss Pilgrim International, Inc. is hereby GRANTED. Crum & Forster

Specialty Insurance Company and Sentry Insurance A Mutual Company are hereby added as

additional defendants in this matter. Further, Pilgrim International, Inc. is dismissed without

prejudice.

New Orleans, Louisiana this____day of_____, 2011.


_____
HONORABLE KURT D. ENGELHARDT