UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. 87**

On May 13, 2011, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Jim Percy, Stewart Tharp, Robert Becnel, Dave Kurtz, John J. Hainkel, Charles Penot, Lamont Domingue, Gerry Barrios, Raul Bencomo, Frank D'Amico, Ernie Gieger, Andy Weinstock, Joe Glass, Henry Miller, Mikal Watts, Tim Scandurro, Tony Buzbee, Jerry Meunier, Dennis Reich, Ralph Hubbard, Karen Whitfield, and Charles Leche. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) **On or before Friday, May 20, 2011**, the Manufacturing Defendants

(through Andy Weinstock) and the Contractor Defendants(through Dave Kurtz) shall advise Plaintiffs' Liaison counsel and the Court which questions they need answered in the Plaintiff Fact Sheets to further settlement discussions, without prejudice to the right of Defendants to get answers to the entirety of the questions in the Plaintiff Fact Sheets at a later date, either as part of the MDL or after remand (if settlements are not reached). Plaintiffs shall then advise the Court and Defendants how long they will need to respond by providing the requested information.

(2) **On Friday, July 15, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(3) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, July 15, 2011, at 10:00 a.m.**

New Orleans, Louisiana, this 13th day of May 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE