PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                        07-1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

*************************************************************************

CONFERENCE: _____ PRE-TRIAL  __✓__ STATUS  _____ SETTLEMENT

DATE: 5-13-11                TIME: 10 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Matt Moreland | Becnel | π |
| Eric Berger | Lobman Carnahan | Crum + Forster Specialty Ins Co. |
| Carson Strickland | Gieger Laborde | Forest River |
| Gerald Meunier | Gainsburgh, Benjamin | π's |
| Cynthia Thomas | Galloway Johnson | Sunny Brook RV |
| Lamont Domingue | Voorhies & Labbe | Cavalier et al |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____    CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                    **07-1873**

_____    Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: **5-13-11**        TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Robert Becnel | Becnel | PSC |
| Richard Sherburne | MRG | FEI |
| Lori Banker | Allen & Gooch | Sun Valley/Heartland |
| Tom Cougill | W,F+C | Jayco & Starcraft |
| Janet MacDonell | Same | Agbayani, SRS |
| Gregory Currier | AHHF | Arch Ins. Co. |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                       **07-1873**

_____  Magistrate: _____
DEFENDANT(S)

********************* **FEMA MDL** *********************

CONFERENCE: ____ PRE-TRIAL  **✓** STATUS  ____ SETTLEMENT

DATE: **5-13-11**    TIME: **10 AM**

| PLEASE PRINT NAME | PLEASE PRINT FIRM | PLEASE PRINT REPRESENT |
|---|---|---|
| Mikal Watts | Watts Guerra Craft | Plaintiffs |
| Henry Miller | USDOJ | USA |
| David Kurtz | Baker Donelson | Contractors |
| Andy Weinstock | Duplass | Manu. Liaison |
| Joe Glass |  |  |
| Karen Whitfield | Baker Donelson | Shaw |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S) _____

VERSUS

CIVIL/CRIMINAL ACTION NO.: **07-1873**

DEFENDANT(S) _____

Magistrate: _____

**FEMA MDL**

*********************************************************

CONFERENCE: ____PRE-TRIAL  __✓__STATUS  ____SETTLEMENT

DATE: **5-13-11**           TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Ernie Gieger | Gieger Laborde | Forest River |
| Jim Percy | Jones Walker | Keystone et al. |
| Matt Moreland | Becnel | π |
| Gerry Barrios | Baker Donelson | Citizen Hill |
| Dennis Reid | Reid + Binstock | π's PSC |
| Andrew Lee | HMHLP | Alan Campos P/Northwood Campos |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                       **07-1873**

_____        Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   **✓** STATUS   _____ SETTLEMENT

DATE: **5-13-11**              TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Rainer Lambert | Gainsburgh | Plaintiffs |
| Robert Sheesley | McGlinchey | Shaw/Layton |
| R | | |
| Lyon Garrison | Garrison Yount | RBD |
| Christine Lipsey | McGlinchey | Morgan |
| Pete Tafaro | Frilot | Recreation by Design |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                    07-1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: 5-13-11                    TIME: 10:00 a.m.

**PLEASE PRINT**           **PLEASE PRINT**           **PLEASE PRINT**

**NAME**                   **FIRM**                   **REPRESENT**

| Theresa Anderson | HMP | Aturs |
| Anne E. Briard | Lugenbuhl | Liberty Mutual |
| Ralph Hubbard | Lugenbuhl | Liberty |
| Charles E. Leche | Deutsch, Kerrigan | Ins Liaison / Charlie's |
| Justin Woods | Gainsburgh | PSC |
| Evan Plauche | Hailey McNamara | Oak Creek |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**
**VERSUS**               07-1873

_____  Magistrate: _____
**DEFENDANT(S)**

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** ___ PRE-TRIAL   ✓ STATUS   ___ SETTLEMENT

DATE: 5-13-11            TIME: 10 AM

| PLEASE PRINT NAME | PLEASE PRINT FIRM | PLEASE PRINT REPRESENT |
|---|---|---|
| Ben Ward | Lorazelene Picou | Westchester |
| Raúl R. Bencomo | Bencomo & Associates | PSC |
| A Crochet | McCronic | Various |