AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Langsford, et al </br>*Plaintiff*</br> v. </br>Champion Enterprises, Inc., et al </br>*Defendant* | ) </br>) </br>) </br>) Civil Action No. 2:09-cv-5367 </br>) </br>) </br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Champion Home Builders Co.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew B. Moreland
Becnel Law Firm, LLC
PO Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Apr 29 2011

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:09-cv-5367

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Champion Home Builders Co.**

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* **USPS Certified mail # 7010 1870 0002 2625 0337 Return Receipt Requested**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **5/12/11**

*Server's signature* — Jennifer Crose

Printed name and title: **Jennifer Crose, Attorney**

Server's address: **Becnel Law Firm, LLC, P.O. Drawer H, Reserve, LA 70084**

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ◻ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>◻ Print your name and address on the reverse so that we can return the card to you.<br>◻ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>The Corporation Company ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery MAY 12 2011 |
| 1. Article Addressed to:<br><br>Champion Home Builders Co.<br>Through its agent for service of process<br>The Corporation Company<br>30600 Telegraph Road, Suite 2345<br>Bingham Farms, MI 48025 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0002 2625 0337 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540