AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Ceasar, et al )
)
_____ )
Plaintiff )
) Civil Action No. 2:09-cv-8727
v. )
River Birch Homes, Inc., et al )
)
_____ )
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* River Birch Homes, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew B. Moreland
Becnel Law Firm, LLC
PO Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date: Apr 29 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:09-cv-8727

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* River Birch Homes, Inc.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: USPS certified mail # 70101870 0002 2625 0368 Return Receipt Requested

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/6/11

*Server's signature*

Jennifer Chase, Attorney
*Printed name and title*

Becnel Law Firm, LLC
PO Drawer H
Reserve, LA 70084
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Wilmuth Payne ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Wilmuth Payne  C. Date of Delivery 5-6-2011 |
| 1. Article Addressed to:<br><br>River Birch Homes, Inc.<br>Delmo Payne<br>5400 Bexar Ave E.<br>Hamilton, AL 35570 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1870 0002 2625 0368 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540