UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: " N"(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *James Clark, et al. v. Gulf Stream Coach, Inc.,* | * | |
| *Case No. 11-0412* | * | MAG: CHASEZ |

*************************************************************************

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT**, comes Gulf Stream Coach, Inc., who respectfully requests an Order from this Honorable Court granting leave to it to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Reply.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:   (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291

00173185-1

607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2011, a copy of the foregoing Motion for Leave to File Supplemental Oppositon to Plaintiffs' Motion to Remand was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com

00173185-1