UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: " N"(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *James Clark, et al. v. Gulf Stream Coach, Inc.,* | * | |
| *Case No. 11-0412* | * | MAG: CHASEZ |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Supplemental Opposition to Plaintiffs' Motion to Remand;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Supplemental Opposition to Plaintiff's Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
J U D G E

00173186-1