MINUTE ENTRY
ENGELHARDT, J.
May 13, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, May 13, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government. Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Ralph S. Hubbard, III, Lamont P. Domingue, and Charles E. Leche.

**Court Reporter: Susan Zielie**

JS10(0:50)