MINUTE ENTRY
ENGELHARDT, J.
May 13, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                        SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, May 13, 2011, at 10:00 a.m. Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Charles R. Penot, Jr., Gerardo R. Barrios, Raul R. Bencomo, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Ralph S. Hubbard, III, Lamont P. Domingue, and Charles E. Leche.

      A complete list of attendees is attached as a supplement to the Court's Pretrial Order #87 dated May 13, 2011 (Rec. Doc. No. 21367).

**Court Reporter: Susan Zielie**

JS10(0:30)