MINUTE ENTRY
ENGELHARDT, J.
May 13, 2011

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, May 13, 2011, at 8:15 a.m.  Participating were Justin I. Woods, M. David Kurtz, Andrew D. Weinstock, Joe Glass, Henry T. Miller, Mikal C. Watts, Gerald E. Meunier, and Karen Whitfield.

JS10(0:45)