UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Anthony Macaluso, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3737; | * | |
| *Chad W. Macalusa, et al v. Gulf Stream Coach,* | * | |
| *Inc., et al*; Docket No. 09-4666 | * | |
| Plaintiff: Mary Reyes | * | |

*****************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiff:

- Mary Reyes (Plaintiff in *Macaluso*, C.A. No. 10-3737 and *Macalusa*, C.A. No. 09-4666)

New Orleans, Louisiana  5/18/11

_____
UNITED STATES DISTRICT JUDGE

00172723-1