UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Patin v. Pilgrim Int'l, Inc., et al*, 09-4808 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint to Add Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company in Direct Action and to Dismiss Pilgrim International, Inc. is hereby GRANTED. Crum & Forster Specialty Insurance Company and Sentry Insurance A Mutual Company are hereby added as additional defendants in this matter. Further, Pilgrim International, Inc. is dismissed without prejudice.

New Orleans, Louisiana this 18th day of May, 2011.

_____
HONORABLE KURT D. ENGELHARDT