## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Patin v. Pilgrim Int'l, Inc., et al*, 09-4808 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
### COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their First Supplemental and Amended Complaint for Damages to add in direct action Crum & Forster Specialty Insurance Company ("Crum & Forster") and Sentry Insurance A Mutual Company ("Sentry") in place of their insured, Pilgrim International, Inc. ("Pilgrim"), which has been concurrently dismissed at the time of this amendment.

Plaintiffs, through undersigned counsel, supplement and amend their Original Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By amending section I.3. to reflect the addition of Crum & Forster and Sentry as defendants, and the deletion of Pilgrim as a defendant:

3a.     Defendant Crum & Forster Specialty Insurance Company

(hereinafter, "Crum & Forster"), is, upon information and belief,

an entity incorporated in the state of Arizona, with its principle

place of business in the state of New Jersey. Further, defendant
Crum & Forster provided insurance coverage for the risks involved
herein of Pilgrim International, Inc. (hereinafter, "Pilgrim"), which
manufactured and supplied FEMA trailers or housing units as
defined below pursuant to contracts with FEMA for use in the
State of Louisiana.

3b.     Defendant Sentry Insurance A Mutual Company (hereinafter,
"Sentry"), is, upon information and belief, an entity incorporated in
the state of Delaware, with its principle place of business in the
state of Wisconsin. Further, defendant Sentry provided insurance
coverage for the risks involved herein of Pilgrim, which
manufactured and supplied FEMA trailers or housing units as
defined below pursuant to contracts with FEMA for use in the
State of Louisiana.

2.

By adding two additional paragraphs:

### COUNT 5:
### LIABILITY OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY

116a. Crum & Forster is liable as the insurer of Pilgrim pursuant to Louisiana's Direct Action
Statute, LSA-R.S. 22:1269.

### COUNT 6:
### LIABILITY OF SENTRY INSURANCE A MUTUAL COMPANY

116b.  Sentry is liable as the insurer of Pilgrim pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269.

3.

By amending the Compensatory Damages section to read:

## COMPENSATORY DAMAGES

117.    In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the defendants, the United States of America through FEMA and Crum & Forster and Sentry, as well as Fluor, individually and/or jointly are responsible for all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

4.

By amending the Prayer for Relief to read:

## PRAYER FOR RELIEF

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the substitution of Crum & Forster and Sentry for Pilgrim, and that Crum & Forster,

3

Sentry, Fluor, and the Federal Government be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**


BY:    s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David,
         Meunier & Warshauer, L.L.C.
         2800 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana  70163
         Telephone:   504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com


**PLEASE SERVE:**

Crum & Forster Specialty Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Sentry Insurance A Mutual Company
through:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809