MINUTE ENTRY
ENGELHARDT, J.
May 13, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Friday, May 13, 2011, at 10:30 a.m. Participating were Justin I. Woods, Gerald E. Meunier, Cynthia J. Thomas, Lori D. Barker, G. Benjamin Ward, Lamont P. Domingue, Richard A. Sherburne, Gerardo R. Barrios and Dennis C. Reich.

JS10(0:15)