**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Swanica Nero v. Pilgrim* | * | Magistrate: Chasez |
| *International, Inc., et al* | * | |
| *No: 09-4730* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in this suit, *Brandi Saunders on behalf of D.G., Brandy Kellum on behalf of G.R., Enchanti Vaultz, and Lloyd Williams,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of *Brandi Saunders on behalf of D.G., Brandy Kellum on behalf of G.R., Enchanti Vaultz, and*

*Lloyd Williams* from *Swanica Nero v. Pilgrim International, Inc., et al,* No. 09-4730, with prejudice for failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __18th__ DAY OF __May__, 2011..
    /s Eric B. Berger

    /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290