EXHIBIT E

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R___, G___  
**DOB** __/__/2004  **SSN** ___-__-1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| Question # | Question |
|---|---|
| 1  Notice # 1 | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? If yes, for each provider: contact information, description of condition, medications: |
| | **Answer** |
| 2  Notice # 1 | Are you making a claim for medical expenses as a result of the injury, illness, or disease identified in above? If yes, state the amount of your claim. |
| | **Answer** |
| 3  Notice # 1 | Identify each address at which you resided at during the last five (5) years, and list when you started and stopped living at each one. |
| | **Answer**  The address at which I resided at during the last five years has been 2113 River Queen, Violet, LA 70092.  NEED DATES OF RESIDENCE. |
| 4  Notice # 1 | State driver's license number and state issuing license. |
| | **Answer** |
| 5  Notice # 1 | Place of birth. |
| | **Answer** |
| 6  Notice # 1 | Identify the highest level of education (high school, college, university, or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study you pursued, and diplomas or degrees received. |
| | **Answer** |
| 7 | |

# Plaintiff Fact Sheet Deficiency Answers

WGC# 224116  
Case Name R___ ___  
DOB __/__/2004   SSN ___-__-1676  
Cause No. 09-4712  
Case Style Darlene Jefferson, as Next Friend of T. L., a

| Notice # | | |
|---|---|---|
| 1 | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, and duties. | |
| | **Answer** | |

| Question # | Question |
|---|---|
| 8 | List the employer you have had in the last ten (10) years, including address, telephone number, dates of employment, and duties. |
| **Notice #** | |
| 1 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 9 | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home. If yes, state your income from employment for 2008, 2007, 2006, 2005, 2004. |
| **Notice #** | |
| 1 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 10 | Total amount for time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost. |
| **Notice #** | |
| 1 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 11 | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| **Notice #** | |
| 1 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 12 | If yes, state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease. |
| **Notice #** | |
| 1 | |
| | **Answer** |

| Question # | Question |
|---|---|
| 13 | To the best of your knowledge, has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
| **Notice #** | |
| 1 | |
| | **Answer** |
| | I do not recall if any child, parent, sibling, or grandparent of mine suffered from any type of disease. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R█, G█  
**DOB** █/2004 **SSN** 6█-1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| Question # | Question |
|---|---|
| 14 Notice # 1 | If yes, provide for each: name relationship, current age or age at death, medical condition, cause of death. |
| | **Answer** |
| 15 Notice # 1 | Are you claiming the wrongful death of a family member related to formaldehyde? If yes, state the name of the deceased and full out a separate form for the deceased. |
| | **Answer** |
| 16 Notice # 1 | Bar Code Number on FEMA housing unit. |
| | **Answer** |
| 17 Notice # 1 | Move-in date (If multiple trailers, please specify dates for each). |
| | **Answer** My move-in date was 3/2006. |
| 18 Notice # 1 | Move-out date (If multiple trailers, please specify dates for each). |
| | **Answer** My move-out date was 9/2007. |
| 19 Notice # 1 | Was the FEMA trailer or mobile home located in a trailer park or on private property? |
| | **Answer** |
| 20 Notice # 1 | State the reason you stopped living in the FEMA trailer or mobile home. |
| | **Answer** |
| 21 Notice # | Please state the approximate square footage of the FEMA housing unit: |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R██, C██  
**DOB** ██/██/2004   **SSN** ███-██-1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| | |
|---|---|
| 1 | **Answer**<br>I do not recall the approximate square footage of the FEMA housing unit. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 22 | Please state the approximate length and width of the FEMA housing unit: |
| **Notice #** | |
| 1 | **Answer**<br>I do not recall the approximate length and width of the FEMA housing unit. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 23 | What is/was the average number of hours spent in the FEMA trailer or mobile home each day? |
| **Notice #** | |
| 1 | **Answer**<br>I do not recall the average number of hours spent in the FEMA housing unit. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 24 | Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |
| **Notice #** | |
| 1 | **Answer** |

| Question # | Question |
|---|---|
| 25 | Is/was the FEMA housing unit hooked up to a sewer line? |
| **Notice #** | |
| 1 | **Answer** |

| Question # | Question |
|---|---|
| 26 | Is/was the FEMA housing unit hooked up to an electrical line? |
| **Notice #** | |
| 1 | **Answer** |

| Question # | Question |
|---|---|
| 27 | Is/was the FEMA housing unit hooked up to a natural gas line? |
| **Notice #** | |
| 1 | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R██, G██  
**DOB** ██/2004   **SSN** 6██-██-1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| Question # | Question | 
|---|---|
| 28 | Is/was propane gas used in the FEMA housing unit? |
| Notice # 1 | |
| | **Answer** |
| 29 | How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |
| Notice # 1 | |
| | **Answer** |
| 30 | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? |
| Notice # 1 | |
| | **Answer** |
| 31 | If "Yes" where did you temporarily live? |
| Notice # 1 | |
| | **Answer** |
| 32 | For what period of time did you temporarily live in another location? |
| Notice # 1 | |
| | **Answer** |
| 33 | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing? |
| Notice # 1 | |
| | **Answer** |
| 34 | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? If "Yes," please state the date and reason for fumigation: |
| Notice # 1 | |
| | **Answer** |
| 35 | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |
| Notice # 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R▮▮, G▮▮▮  
**DOB** ▮▮2004   **SSN** 6▮▮▮1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| | Answer |
|---|---|
| **Question #** 36  **Notice #** 1 | **Question** The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| | **Answer** |
| **Question #** 37  **Notice #** 1 | **Question** Height. |
| | **Answer** |
| **Question #** 38  **Notice #** 1 | **Question** Current weight: |
| | **Answer** |
| **Question #** 39  **Notice #** 1 | **Question** Weight prior to living in a FEMA trailer or mobile home. |
| | **Answer** |
| **Question #** 40  **Notice #** 1 | **Question** If someone resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff? |
| | **Answer** |
| **Question #** 41  **Notice #** 1 | **Question** Amount smoked or used on average, if you know, per day and number of years: |
| | **Answer** |
| **Question #** 42  **Notice #** 1 | **Question** Smoker's relationship to you: |
| | **Answer** |
| **Question #** 43  **Notice #** | **Question** Whether the smoking occurred inside, outside, or both: |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R█ G█  
**DOB** ██2004  **SSN** ██1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

**Notice #** 1

**Answer**

---

**Question #** 44  
**Notice #** 1

**Question**  
Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? If yes, what was the date of birth?

**Answer**  
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

**Question #** 45  
**Notice #** 1

**Question**  
Did your pregnancy terminate in a miscarriage or a stillborn child?

**Answer**  
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

**Question #** 46  
**Notice #** 1

**Question**  
Have you ever suffered from lung or respiratory disease? If yes, provide name, date, and description of each illness, disease, or abnormal condition.

**Answer**  
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

**Question #** 47  
**Notice #** 1

**Question**  
Have you ever suffered from infectious disease (such as tuberculosis, pneumonia, hepatitis)? If yes, provide name, date, and description of each illness, disease, or abnormal condition.

**Answer**  
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R___ C___  
**DOB** ___ 2004 **SSN** 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  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| Question # | Question |
|---|---|
| **48** Notice # 1 | Have you ever suffered from long-term stomach or bowel disease? If yes, provide name, date, and description of each illness, disease, or abnormal condition. |

**Answer**
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| **49** Notice # 1 | Have you ever suffered from skin disease? If yes, provide name, date, and description of each illness, disease, or abnormal condition. |

**Answer**
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| **50** Notice # 1 | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan, or MRI? |

**Answer**
I do not recall if I was pregnant while I resided in the FEMA trailer, if I ever suffered form the listed illnesses, diseases or abnormal physical conditions or if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| **51** Notice # 1 | If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken. |

**Answer**

| Question # | Question |
|---|---|
| **52** Notice # 1 | Please identify the doctor or health care provider(s) who treated you for each disease, illness, or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of diagnosis, including address, telephone number, dates of treatment, and doctor's specialty. |

**Answer**

| Question # | Question |
|---|---|
| **53** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** R████, G████  
**DOB** ██/██/2004  **SSN** ███-██-1676  
**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| | |
|---|---|
| **Notice #** 1 | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization (if original authorizations have expired, you must complete new authorizations). |
| | **Answer** |

| | |
|---|---|
| **Question #** 54  **Notice #** 1 | **Question** Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? If yes, please provide the name and address of the health care professional. |
| | **Answer** I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| | |
|---|---|
| **Question #** 55  **Notice #** 1 | **Question** For each medical provider and pharmacy identified below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form (if original authorizations have expired, you must complete new ones). |
| | **Answer** |

| | |
|---|---|
| **Question #** 56  **Notice #** 1 | **Question** Sign and date authorizations permitting social security disability and worker's compensation records to be requested, to the extent applicable, and attach them to this form (if original authorizations have expired, you must complete new authorizations). |
| | **Answer** |

| | |
|---|---|
| **Question #** 57  **Notice #** 1 | **Question** Identify your current family and/or primary care physician, including address and telephone number. |
| | **Answer** I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| | |
|---|---|
| **Question #** 58  **Notice #** 1 | **Question** Identify your primary care physicians for the last seven (7) years, including address and telephone number. |
| | **Answer** I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224116  
**Case Name** Ruiz Gavin  
**DOB** 11/4/2004   **SSN** 6XXX1676

**Cause No.** 09-4712  
**Case Style** Darlene Jefferson, as Next Friend of T. L., a

| Question # | Question |
|---|---|
| 59 | Each hospital, clinic, or health care facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years. Include name, address, admission dates, and reason for admission. |
| Notice # 1 | |
| | **Answer** |
| | I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 60 | Each hospital, clinic, or health care facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. Include name and address. Include name, address, admission dates, and reason for admission. |
| Notice # 1 | |
| | **Answer** |
| | I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 61 | Each pharmacy, including address, that has dispensed medication to you during the last seven (7) years. |
| Notice # 1 | |
| | **Answer** |
| | I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

_____   1/24/2011  
Plaintiff or Representative    Date