UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE * | | |
| PRODUCTS LIABLITY * | | SECTION: N(5) |
| LITIGATION * | | |
| * | | JUDGE: ENGELHARDT |
| This Document Relates to: * | | |
| *Eloise Gums, et al v. Forest River, Inc., et al* * | | MAG: CHASEZ |
| Docket No. 11-410 * | | |

*****************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Supplemental Opposition to Plaintiffs' Motion to Remand;

**IT IS HEREBY ORDERED** that Forest River, Inc., is hereby granted leave to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE