## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS   * | | |
| LIABILITY LITIGATION            * | | Section: N (5) |
|                                                *  | | |
|                                                *  | | Judge: Engelhardt |
| This Document Relates To:       * | | |
| *Wanda Bartholomew v. Crum & Forster*   * | | Magistrate: Chasez |
| *Specialty Ins. Co., et al*                *   | | |
| *No: 09-5428*                                *   | | |

*****************************************************************************

## UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to withdraw an earlier-filed Motion to Dismiss (Rec. Doc. No. 20888) in the above-captioned matter. Mover sought dismissal as to the claims of *Junius Kelson,* for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of completed Plaintiff Fact Sheets. Plaintiff's opposition (Rec. Doc. No. 20904) attached a second, compliant Plaintiff Fact Sheet that existed within the Court's Pre-Trial Order 32 deadlines. Counsel for Plaintiffs consents to the withdrawal of the Motion to Dismiss.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Withdraw be granted, removing the Motion to Dismiss [No. 20888] from the Court's June 1, 2011 docket.

Respectfully submitted:

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __19th__ DAY OF __May__, 2011..
   ____/s Eric B. Berger_____