UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION : "N(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Percy LeBlanc, et al v. Recreation* | * | |
| *by Design, LLC, Case No. 11-421* | * | MAG:  CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION
TO PLAINTIFFS' MOTION TO REMAND**

**NOW INTO COURT,** through undersigned counsel, comes Recreation by Design, LLC ("RBD"), who respectfully requests an Order from this Honorable Court granting leave to it to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

Counsel for RBD has contacted opposing counsel and there is no objection to the filing of this Supplemental Opposition to Plaintiffs' Motion to Remand.

Respectfully submitted:

*/s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                                      */s/Randall C. Mulcahy*
                                                 RANDALL C. MULCAHY, 26436