UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION : "N(5) |
| | * | |
| **This Document Relates to:** | * | **JUDGE: ENGELHARDT** |
| *Percy LeBlanc, et al v. Recreation* | * | |
| *by Design, LLC, Case No. 11-421* | * | MAG:  CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing Motion for Leave to File Supplemental Opposition to Plaintiffs' Motion to Remand:

**IT IS HEREBY ORDERED** that Recreation by Design, LLC is hereby granted leave to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE