UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

This document relates to:
*Brazzle*, No. 11-420

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO REMAND

Defendant, Dutchmen Manufacturing, Inc. ("Dutchmen") moves for leave to file a supplemental memorandum in support of its original opposition to the Plaintiffs' Motion to Remand.[1]  Dutchmen has attached a copy of the proposed supplemental memorandum to this motion.

The proposed supplemental memorandum discusses the Federal Form 95's submitted by the four named plaintiffs in this lawsuit.  As explained in the memorandum, these four forms further confirm that remand is not appropriate because the Plaintiffs seek more than $75,000 in damages through their claims.

---

[1] *See* Rec. Doc. Nos. 20603.  The Plaintiffs' Motion to Remand is Rec. Doc. No. 20438.

{B0730131.1}

Counsel for Dutchmen has contacted Mr. Peter Taffe, counsel for the plaintiffs, who indicated his clients do not oppose this motion for leave.

Dutchmen has submitted a proposed order with this motion.

Therefore, for the reasons set forth in this motion, Defendant Dutchmen Manufacturing, Inc., requests that the Court grant this motion and order and that the attached supplemental memorandum be filed into the record of this matter.

>Respectfully submitted,
>
>*s/ Ryan E. Johnson*
>_____
>James C. Percy (La. Bar No. 10413)
>Ryan E. Johnson (La. Bar No. 26352)
>**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
>Four United Plaza
>8555 United Plaza Boulevard
>Baton Rouge, LA  70809
>Telephone: (225) 248-2080
>Facsimile:  (225) 248-3080
>
>        -and-
>
>Madeleine Fischer (La. Bar No. 5575)
>**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
>201 St. Charles Avenue, 49th floor
>New Orleans, LA   70170
>Telephone:  (504) 582-8000
>Facsimile:  (504) 589-8208
>
>***Counsel for Dutchmen Manufacturing, Inc.***

{B0730131.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

      Baton Rouge, Louisiana, this 20th day of May, 2011.

*s/ Ryan E. Johnson*
_____
Ryan E. Johnson

{B0730131.1}