# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION**

**This document relates to:**
*Brazzle*, **No. 11-420**

**MDL NO. 1873**

**JUDGE ENGELHARDT**

**MAG. JUDGE CHASEZ**

## ORDER

Considering the Unopposed Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand filed by Defendant Dutchmen Manufacturing, Inc.,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the supplemental memorandum shall be filed into the record of this matter.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
United States District Judge

{B0730131.1}