# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

MDL NO. 1873

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

JUDGE ENGELHARDT

**This document relates to:**
*Franks*, No. 11-416

MAG. JUDGE CHASEZ

### UNOPPOSED MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM IN OPPOSITION
### TO MOTION TO REMAND

Defendant, DS Corp, d/b/a CrossRoads RV ("CrossRoads"), moves for leave to file a supplemental memorandum in support of its original opposition to the Plaintiffs' Motion to Remand.[1]  CrossRoads has attached a copy of the proposed supplemental memorandum to this motion.

The proposed supplemental memorandum discusses the Federal Form 95's submitted by the two named plaintiffs in this lawsuit. As explained in the memorandum, these two forms further confirm that remand is not appropriate because the Plaintiffs seek more than $75,000 in damages through their claims.

Counsel for CrossRoads has contacted Mr. Peter Taffe, counsel for the

---

[1] *See* Rec. Doc. Nos. 20602.  The Plaintiffs' Motion to Remand is Rec. Doc. No. 20437.

B0730065.1

plaintiffs, who indicated his clients do not oppose this motion for leave.

CrossRoads has submitted a proposed order with this motion.

Therefore, for the reasons set forth in this motion, Defendant DS Corp, d/b/a CrossRoads RV, requests that the Court grant this motion and order and that the attached supplemental memorandum be filed into the record of this matter.

    Respectfully submitted,

    *s/ Ryan E. Johnson*
    _____
    James C. Percy (La. Bar No. 10413)
    Ryan E. Johnson (La. Bar No. 26352)
    **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
    Four United Plaza
    8555 United Plaza Boulevard
    Baton Rouge, LA  70809
    Telephone: (225) 248-2080
    Facsimile:  (225) 248-3080

    -and-

    Madeleine Fischer (La. Bar No. 5575)
    **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
    201 St. Charles Avenue, 49th floor
    New Orleans, LA   70170
    Telephone:  (504) 582-8000
    Facsimile:  (504) 589-8208

    ***Counsel for DS Corp, d/b/a CrossRoads RV***

B0730065.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

      Baton Rouge, Louisiana, this 20th day of May, 2011.


                                    *s/ Ryan E. Johnson*
                             _____
                                      Ryan E. Johnson