UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

**This document relates to:**
*Franks*, No. 11-416

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## ORDER

Considering the Unopposed Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand filed by Defendant DS Corp, d/b/a/ CrossRoads RV,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the supplemental memorandum shall be filed into the record of this matter.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
United States District Judge

B0730065.1