AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

CODY LAWRENCE CUTRER, ET AL.                    )
                                                )
                        *Plaintiff*             )
          v.                                    )   Civil Action No.  **10 - 3554**
GULF STREAM COACH, INC. ET AL.                  )
                                                )   **SECT. N MAG. 5**
                        *Defendant*             )

RETURN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Law Offices of Sidney D. Torres, III APLC
Roberta L. Burns, Esq.
8301 W. Judge Perez Drive Ste. 303
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT      **Loretta G. Whyte**

Date:  **Oct 14 2010**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  10-3554

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*   The United States of America, through

Ofc of the U.S. Atty for the EDLA, Jim Letten, U.S. Attorney     on *(date)*      10/25/2010       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                                    , a person of suitable age and discretion who resides there,

on *(date)*                           , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                   , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                          on *(date)*                      ; or

☐ I returned the summons unexecuted because                                                        ; or

☑ Other *(specify):*  U.S. Certified mail #7009 0820 0000 5883 6145


My fees are $                for travel and $                for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      05/20/2011

*Server's signature*

Roberta L. Burns, Esq.
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA  70043
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse

The United States of America
Through the Office of U.S. Attorney for the Eastern
District Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ □ Agent
                          □ Addressee

by *(Printed Name)*        C. Date of Delivery

address different from item 1?  □ Yes
er delivery address below:      □ No

3. Service Type
   ☒ Certified Mail     □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     □ Yes

2. Article Number
   *(Transfer from service label)*     7009 0820 0000 5883 6145

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7009 0820 0000 5883 6145

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |

10/25/10   Postmark Here

The United States of America
Through the Office of U.S. Attorney for the Ea
District Through Jim Letten, United States Att
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

PS Form 3800, August 2006        See Reverse for Instructions