# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873<br><br>Section: N (5)<br><br>Judge: Engelhardt |
| This Document Relates To:<br>*Wanda Bartholomew v. Crum & Forster Specialty Ins. Co., et al*<br>*No: 09-5428* | * * * * | Magistrate: Chasez |

## ORDER

Considering the above and foregoing,

**IT IS ORDERED** that the Motion to Withdraw be **GRANTED**, and the Motion to Dismiss [Rec. Doc. No. 20888] filed by Crum & Forster Specialty Insurance Company be withdrawn.

New Orleans, Louisiana  5/20/11

_____
UNITED STATES DISTRICT JUDGE