UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABLITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Eloise Gums, et al v. Forest River, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 11-410 | * | |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Supplemental Opposition to Plaintiffs' Motion to Remand;

**IT IS HEREBY ORDERED** that Forest River, Inc., is hereby granted leave to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this __20th__ day of _____May_____, 2011.

_____
JUDGE