UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABLITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| *Eloise Gums, et al v. Forest River, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 11-410 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>SUPPLEMENTAL OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND</u>**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River") and, with a full reservation of rights, files this Supplemental Opposition to Plaintiffs' Motion to Remand.

**I.**    **Background**

On December 29, 2010, Plaintiffs, through attorney Anthony Buzbee of the Buzbee Law Firm, filed the Original Petition in this action, entitled *"Eloise Gums, William Vaughn, Sr. and Charlene Vaughn v. Forest River, Inc."* and bearing Docket Number A189-040 (the "Complaint" or "Petition"), in the 58th Judicial District Court in Jefferson County, Texas.[1]  On February 1, 2011, Plaintiffs filed their First Amended Complaint for Damages (the "Amended Complaint") in the same court.[2]

---

[1] *See* Case No. 11-0410, Rec. Doc. 1-2.
[2] *See* Case No. 11-0410, Rec. Doc. 1-1.

On February 1, 2011, Forest River properly removed this matter to the Federal Court for the Eastern District of Texas. Because this Petition arises solely from operative facts that are the subject of multidistrict litigation ongoing in the U.S. District Court for the Eastern District of Louisiana, entitled *In re: FEMA Trailer Formaldehyde Products Liability Litigation* and bearing MDL docket number 07-1873, the Panel on Multidistrict Litigation subsequently transferred the case into the Eastern District of Louisiana.

Plaintiffs then filed a Motion to Remand in this matter on March 3, 2011, alleging that the Federal Court lacks jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1442. Forest River filed its Original Opposition to Plaintiffs' Motion to Remand on March 22, 2011. *See* Rec. Doc. 20597.

On May 9, 2011, Forest River received additional documents pertaining to the three named Plaintiffs, specifically the Department of Justice's Form 95 "Claim for Damage, Injury or Death" ("Form 95"). It is on this basis that Forest River seeks to supplement its Original Opposition.

**II. Despite the general allegation in Plaintiffs' Complaint for Damages that no individual plaintiff seeks over $75,000 in damages and "Declarations Under Penalty of Perjury" stating the same, all three named Plaintiffs claim to have suffered damages far in excess of the jurisdictional requisite of $75,000.00 in their respective Form 95s.**

In their Original Complaint, Plaintiffs attempted to limit their damages by asserting that no individual plaintiff sought more than $75,000.00, excluding interest or costs. Plaintiffs then filed their First Amended Petition; attached as an exhibit to this Amended Complaint were three documents entitled "Declarations under Penalty of Perjury."[3] In these documents, each Plaintiff declared that he or she was not seeking damages in excess of $75,000 exclusive of interests or costs.

---

[3] *See* "Declarations under Penalty of Perjury," *in globo*, attached as Ex. A to Rec. Doc. #20423-1.

2

However, Forest River was recently able to obtain Form 95s for each named Plaintiff in this suit.  The Form 95, which Plaintiffs submitted to the federal government in connection with the subject matter of this litigation, asks Plaintiffs to cite, in specific dollar amounts, the amount of damages they seek.  All three named Plaintiffs in this litigation (Eloise Gums, William Vaughn and Charlene Vaughn) allege damages far in excess of the jurisdictional requirement under 28 U.S.C. §1332. [4]

In her Form 95, Eloise Gums seeks $350,000 in damages.

In his Form 95, William Vaughn, Sr. seeks $250,000 in damages.

In her form 95, Charlene Vaughn seeks $350,000 in damages.

While Plaintiffs have attempted to avoid jurisdiction under 28 U.S.C. §1332 by submitting general allegations and "Declarations under Penalty of Perjury" asserting that no individual claim exceeds $75,000.00, the Form 95 submissions of these respective Plaintiffs contradict these claims.  In addition to the numerous reasons cited by Forest River in its Original Opposition, these Form 95s clearly establish that each Plaintiffs values his or her claims well over the $75,000.00 threshold.  Based on this evidence, and the arguments made in its Original Opposition, Forest River requests that this Honorable Court deny Plaintiffs' Motion to Remand.

---

[4] *See* the three Form 95s submitted to the federal government by Plaintiffs, attached, *in globo*, as Exhibit "A."

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR.
Email:  egieger@glllaw.com
Louisiana State Bar No. 6154
Texas State Bar No. 24054169
ANDREW A. BRAUN
Email:  abraun@glllaw.com
Louisiana State Bar No. 3415
Texas State Bar No. 24061558
LAUREN C. CANCIENNE
Email:  lcancienne@glllaw.com
Texas State Bar No. 24055257
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2011, a copy of the foregoing *Supplemental Opposition to Plaintiffs' Motion to Remand* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Ernest P. Gieger, Jr.