UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION : "N(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Percy LeBlanc, et al v. Recreation* | * | |
| *by Design, LLC,* Case No. 11-421 | * | MAG:  CHASEZ |

**************************************************************************

### RECREATION BY DESIGN, LLC'S SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes defendant, Recreation by Design, LLC ("RBD") and, with a full reservation of rights, files this Supplemental Opposition to Plaintiffs' Motion to Remand.

**I.     Background**

On or about December 29, 2010, Plaintiffs, through their attorney, Anthony Buzbee, of the Buzbee Law Firm, filed Plaintiffs' Original Petition (the "Complaint") in this action, entitled *Percy LeBlanc, et al v. Recreation by Design, LLC,* bearing Docket No. D-0189035, in the 136th Judicial District Court, Jefferson County, State of Texas.[1]  Named as plaintiffs in the matter were, Percy LeBlanc, Wilson Lockett, Jr., Logie Redeaux, and Kay Williams. Plaintiffs subsequently filed an Amended Petition (the "Amended Complaint")[2] on the afternoon of February 1, 2011.  On the same day, February 1, 2011, RBD properly removed this matter to the Federal Court for the Eastern District of Texas, Beaumont Division.[3]  Thereafter, on February 17, 2011, RBD filed an Amended and Restated Notice of Removal.[4]  The United States Judicial

---

[1] *See* Case No. 11-421, Rec. Doc. 1 - 12.
[2] *See* Case No. 11-421, Rec. Doc. 1 - 13.
[3] *See* Case No. 11-421, RBD's Notice of Removal, Rec. Doc. 1-1.
[4] *See* Case No. 11-421, RBD's Amended and Restated Notice of Removal, Rec. Doc. 1 - 11.

Panel on Multidistrict Litigation transferred this matter to the United States District Court for the Eastern District of Louisiana on or about February 18, 2011, for inclusion in the ongoing multidistrict litigation entitled *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, bearing MDL Docket Number 2:07-md-1873.[5]  Upon transfer, the matter was assigned Eastern District Docket Number 2:11-cv-421.

Plaintiffs subsequently filed a Motion to Remand on or about March 4, 2011, alleging that the Eastern District of Louisiana lacked jurisdiction due to the amount in controversy and under 28 U.S.C. § 1442(a)(1) [sic].[6]  RBD timely filed its Opposition to Plaintiffs' Motion to Remand on March 22, 2011.[7]  Thereafter, on or about May 9, 2011, RBD received from Plaintiffs copies of the Department of Justice's Form 95 "Claim for Damage, Injury or Death" ("Form 95") for the four (4) plaintiffs named in the *Percy LeBlanc* matter.  It is on this basis that RBD seeks to supplement its Original Opposition.

**II.     Despite the general allegation in Plaintiffs' Complaint for Damages that no individual plaintiff seeks over $75,000 in damages and post-removal "Declarations Under Penalty of Perjury" stating same, the four (4) Plaintiffs Named in the *Percy LeBlanc* matter specifically alleged to suffer damages far in excess of the jurisdictional requisite of $75,000 in their respective Form 95s.**

In their original Complaint, all four (4) plaintiffs named in the *Percy LeBlanc* matter attempted to limit their damages by asserting that no individual plaintiff seeks more than $75,000.00, exclusive of interest and costs.[8]  Plaintiffs filed an Amended Petition for Damages on February 1, 2011, the same day that RBD filed its removal.  Plaintiffs claimed to attach as exhibits to this Amended Complaint "Declarations Under Penalty of Perjury" for each of the four (4) named plaintiffs wherein each Plaintiff declared that he or she was not seeking damages in

---

[5] *See* Case No. 2:07-md-1873, CTO-39, Rec. Doc. 20316; and Case No. 11-421, Rec. Doc. 1.
[6] *See* Case No. 2:07-md-1873, Rec. Doc. 20444.
[7] *See* Case No. 2:07-md-1873, Rec. Doc. 20599.
[8] *See* Case No. 11-421, Rec. Doc. 1 - 12, at paragraph VIII.

2

excess of $75,000.00, exclusive of interest and costs.[9]  However, while the Amended Petition was filed on February 1, 2011, the exhibits were not sent to the Court until February 2, 2011, one day after the Removal was filed.[10]

Despite the Plaintiffs' assertions, RBD recently received Form 95s on each of these four (4) Plaintiffs that reveal otherwise.  The Form 95s, which were submitted to the Federal government, asks that Plaintiffs cite, in specific dollar amounts, the amount of damages they seek.  All four (4) plaintiffs in the *Percy LeBlanc* matter each allege damages far in excess of the $75,000.00 jurisdictional requirement under 28 U.S.C. § 1332.[11]  Specifically, in their Form 95s, Logie Redeaux seeks $300,000.00 in damages, while Percy LeBlanc, William Locket, Jr., and Kay Williams each seek $250,000.00 in damages.

In addition to the numerous reasons advanced by RBD in its Original Opposition to Plaintiffs' Motion to Remand[12], these Form 95s clearly establish that plaintiffs, Percy Leblanc, William Locket, Jr., Logie Redeaux and Kay Williams each value their claims well over the $75,000.00 threshold established in 28 U.S.C. §1332.  Based on this evidence, and the arguments made in its Original Opposition to Plaintiffs' Motion to Remand, RBD requests that this Honorable Court deny Plaintiffs' Motion to Remand.

---

[9] *See* "Declarations under Penalty of Perjury," attached *in globo* to Plaintiffs' Motion to Remand, *Case* No. 2:07-md-1873, Rec. Doc. #20444-1.
[10] *See* Letter enclosing "Declarations under Penalty of Perjury," date stamped 02/02/11, attached as *Exhibit "A"* to RBD's Opposition to Plaintiffs' Motion to Remand, Case No. 2:07-md-1873, Rec. Doc. 20599-1.
[11] *See* Exhibit "A", copies of Form 95s for Percy LeBlanc, Williams Locket, Jr., Logie Redeaux, and Kay Williams, attached i*n globo.*
[12] *See* Case no. 2:07-md-1873, Rec. Doc. 20599.

Respectfully submitted:

   */s/Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

   */s/Randall C. Mulcahy*
RANDALL C. MULCAHY, 26436