# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte　　　　　　　　　　　　　　　　　　　　500 Poydras St., Room C-151
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

May 18, 2011

Mr. Lyle W. Cayce, Clerk　　　　　　　　　　　　　APPEAL NO. 10-30451
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: FEMA TRAILER FORMALDEHYDE PRO LIABILITY LIT　　MD 07-1873 c/w 09-2892

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

　　___　1) Certified copy of the notice of appeal and docket entries.

　　___　2) Certified copy of notice of a cross-appeal and docket entries.

　　___　3) The Court of Appeals docket fee ___ Has ___ HAS NOT been paid.

　　___　4) This case is proceeding in forma pauperis

　　___　5) Order Appointing Counsel　___ CJA-20　___ FPD

　　___　6) District Judge entering the final judgment is _____

　　___　7) Court Reporter assigned to the case _____

　　___　8) If criminal case, number and names of other defendants on appeal _____

　　___　9) This case was decided without a hearing; there will be no transcript.

　　___　10) Spears hearing held.

In connection with this record, the following documents are transmitted.

　　___　1) Copies record on appeal consisting of:

　　　　___ Volume(s) of record　　___ Volume(s) transcripts

　　　　___ Volume(s) of depositions

　　　　___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

　　_x_　2) supplemental record including, **4 vols of docs 20912-20913**

　　___　3) SEALED Docs_____

　　___　4) Other:_____

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　By___Alicia Phelps_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk