UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| (This pleading applies to all cases) | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLUOR ENTERPRISES, INC.'S EX PARTE MOTION TO ENROLL
ADDITIONAL COUNSEL OF RECORD**

Fluor Enterprises, Inc, (FEI), defendant in the above-numbered and entitled cause, hereby moves to enroll Lori J. Hayward as additional counsel of record, and in support of the motion, respectfully represents that:

**1.**

Pursuant to Pretrial Order #1 entered in this MDL ". . . attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived."  *See* Case 2:07-md-01873-KDE-ALC, Rec. Doc. 5, ¶11.

**2.**

Attached as Exhibit "A" to this motion is Ms. Hayward's certificate of good standing from the United States District Court for the Northern District of Texas.

**3.**

As sworn to in the Sworn Declaration of Lori J. Hayward attached to this motion as Exhibit "B," no disciplinary proceedings and no criminal charges have been instituted against Ms. Hayward.

**4.**

FEI is and remains represented in this matter by Dominic J. Gianna, Charles R. Penot, Jr., Richard A. Sherburne and Sarah A. Lowman of the law firm of Middleberg, Riddle & Gianna.

**5.**

FEI seeks to have Lori J. Hayward added as additional counsel of record in this matter.

**6.**

The enrollment of Lori J. Hayward will not delay this matter.

WHEREFORE, Fluor Enterprises, Inc. prays that its Motion to Enroll Additional Counsel of Record be granted, and that Lori J. Hayward be included as additional counsel of record for it, along with Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, and Charles R. Penot, Jr.

3

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

*s/Charles R. Penot Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

    -and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

    -and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 20 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                                                  *s/Charles R. Penot, Jr.*

ND: 4820-9597-0313, v. 1