UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| (This document is related to all cases) | | * | |
| | | * | MAG: CHASEZ |

*********************************************************************

FLUOR ENTERPRISES, INC.'s
EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

FLUOR EXHIBIT "A"

4810-7439-8729, v. 1

# Certificate of Good Standing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Lori H. Hayward**, Bar # **24040578**, was duly admitted to practice in said Court on **04/08/08**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on 05/06/11.

BY: *Dawn Burton*
Karen Mitchell
Deputy Clerk