UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| (This document is related to all cases) | | * | |
| | | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FLUOR ENTERPRISES, INC.'s
EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

FLUOR EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| (This pleading applies to all cases) | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF LORI J. HAYWARD**

I, Lori J. Hayward, state and declare as follows:

1. I am *Of Counsel* to the law firm of Middleberg Riddle & Gianna, resident in the firm's Dallas office.

2. I am a member in good standing of the State Bar of Texas and of the Bar of the United States District Court for the Northern District of Texas.

3. No disciplinary proceedings or criminal charges have ever been instituted against me.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of May 2011.

*[signature]*

Lori J. Hayward, *Of Counsel*
Middleberg Riddle & Gianna
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6306
Facsimile:  (214) 220-6807

4837-4236-9289, v. 1