UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering Fluor Enterprises, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record filed by Fluor Enterprises, Inc.,

IT IS ORDERED that Fluor Enterprises, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record is hereby granted, and Lori J. Hayward shall be enrolled as additional counsel of record, along with Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, and Charles R. Penot, Jr., for Fluor Enterprises, Inc.

New Orleans, Louisiana, this _____ day of _____ .

_____
Kurt D. Englehardt
Judge, U. S. District Court

ND: 4817-9928-8841, v. 1