RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOYLYNN M. VUCINOVICH, ET AL. | ) | |
| *Plaintiff* | ) | 10-3856 |
| v. | ) | Civil Action No. |
| STEWART PARK HOMES, INC. ET AL. | ) | |
| *Defendant* | ) | SECT. N MAG. 5 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Lousiana 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III APLC
8301 W. Judge Perez Drive Ste. 303
Chalmette, LA 70043
Ph: 504-271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*CLERK OF COURT*

Date: Oct 20 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3856

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The United States Attorney for the EDLA Jim Letten was received by me on *(date)* 05/04/2011 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: US CERTIFIED MAIL # 70101870000043756381

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/19/2011

*Server's signature*

Roberta L. Burns, Esq.

*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive Ste. 303
Chalmette, LA 70043

*Server's address*

Additional information regarding attempted service, etc:

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7010 1870 0000 4375 5381

Postage $

Certified Fee

Return Receipt Fee (Endorsement Required)

Postmark Here

4-28-11

The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

PS Form 3800, August 2006 — See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America, through the
Office of U.S. Attorney for the EDLA, through:
Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) K L — C. Date of Delivery 5/2/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7010 1870 0000 4375 5381

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540