UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: "N"(5) |
| This Document Relates to: *Joyce Mims v. Sunnybrook RV, Inc.,* Case No. 11-422 | | * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who respectfully requests an Order from this Honorable Court granting leave to Sunnybrook to file its Supplemental Opposition to Plaintiff's Motion to Remand.

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this supplemental memorandum.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC

By: */s/ Mark E. Seamster*
RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136

3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of May, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery      ( ) Facsimile
( ) Prepaid U.S. Mail      ( ) UPS/Federal Express
( X ) Electronic Mail      ( ) Certified Mail, Return Receipt Requested

                   */s/ Mark E. Seamster*
                   **MARK E. SEAMSTER**