UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Joyce Mims v. Sunnybrook RV, Inc.,* | | * | |
| *Case No. 11-422* | | * | MAG: CHASEZ |

*******************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to Files Supplemental Opposition to Plaintiff's Motion to Remand:

**IT IS HEREBY ORDERED** that Sunnybrook RV, Inc. be granted leave of court to file its Supplemental Opposition to Plaintiff's Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**JUDGE**