UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: " N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Joyce Mims v. Sunnybrook RV, Inc.*, | | * | |
| *Case No. 11-422* | | * | MAG: CHASEZ |

*********************************************************************************

## SUNNYBROOK RV, INC.'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who files this Supplemental Opposition to Plaintiff Joyce Mims' Motion to Remand.

**I.    Background**

On or about December 29, 2010, the plaintiff filed an Original Petition entitled *"Joyce Mims v. Sunnybrook RV, Inc. "*, bearing Docket Number E-0189032 (the "Complaint"), in the District Court for the County of Jefferson, State of Texas.[1]  On or about February 2, 2011, Plaintiff filed her Amended Complaint (the "Amended Complaint") in the same court.[2]  Neither pleading was served on Sunnybrook.

_____

[1] *See* Case No. 11-0422, Rec. Doc. 1-2
[2] *Id.*

On February 2, 2011, Sunnybrook properly removed this matter to the Federal Court for the Eastern District of Texas ("the Removal").  On February 10, 2011, the United States Judicial Panel on Multidistrict Litigation conditionally transferred the case to the Eastern District of Louisiana for inclusion in the instant ongoing multidistrict litigation.  Plaintiff filed a Motion to Remand in this matter on March 3, 2011, alleging that the Removal was deficient and the Eastern District lacked jurisdiction under 28 U.S.C. §1332 and 28 U.S.C. §1442(a)(1).

Sunnybrook filed its Memorandum in Opposition to Plaintiff's Motion to Remand on March 22, 2011.[3]  On or about April 18, 2011, Sunnybrook received from plaintiff's counsel, the Department of Justice's Form 95 "Claim For Damage, Injury or Death" ("Form 95").  It is on this basis that Sunnybrook seeks to supplement its original Opposition.

**Plaintiff specifically alleged in her Form 95 that she suffered damages far in excess of the jurisdictional requisite of $75,000.00.**

In her original Complaint, plaintiff attempted to specifically limit her damages by asserting that she did not seek more than $75,000.00, exclusive of interest or costs.[4]  Furthermore, plaintiff filed a First Amended Complaint on or about February 2, 2011.  Attached as an exhibit to this Amended Complaint was a document entitled "Declaration of Penalty of Perjury".[5]  In this document, plaintiff declares that "the damages I am seeking do not exceed $75,000.00, exclusive of interest and costs".

---

[3] Rec. Doc. 20595.
[4] *See* Case No. 11-00058, Rec. Doc. 1-3.
[5] *See Id.* Rec. Doc. 1-5.

However, Sunnybrook was recently able to obtain the plaintiff's Form 95 submitted to the Federal Government in this matter.  Form 95 asks the plaintiff to cite, in specific dollar amount, the amount of damages she seeks.  Plaintiff herein alleges damages far in excess of the jurisdictional requirement under 28 U.S.C. §1332.[6]

While plaintiff has attempted to avoid jurisdiction under 28 U.S.C. §1332 by submitting a general allegation and post-removal "Declaration Under Penalty of Perjury", declaring that her claim does not exceed $75,000.00, the Form 95 submission of this plaintiff contradicts this assertion.  In addition to the numerous reasons cited by Sunnybrook in its original Opposition, this Form 95 clearly establishes that the above-named plaintiff values her claim well over the $75,000.00 threshold.  Based on this evidence, and the arguments made in its original Opposition, Sunnybrook requests that this Honorable Court deny plaintiff's Motion to Remand.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By:  ___/s/ Mark E. Seamster_____
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone:  (985)674-6680
Facsimile:   (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,
SunnyBrook RV, Inc.*

---

[6] *See* Form 95 submitted to the Federal Government by plaintiff, attached as Exhibit "A" hereto.

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 23rd day of May, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

|  |  |
|---|---|
| (   ) Hand Delivery | (   ) Facsimile |
| (   ) Prepaid U.S. Mail | (   ) UPS/Federal Express |
| ( X ) Electronic Mail | (   ) Certified Mail, Return Receipt Requested |

_____/s/ Mark E. Seamster_____

**MARK E. SEAMSTER**