UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

******************************************************************************

## ORDER

Considering Fluor Enterprises, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record filed by Fluor Enterprises, Inc.,

IT IS ORDERED that Fluor Enterprises, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record is hereby granted, and Lori J. Hayward shall be enrolled as additional counsel of record, along with Dominic J. Gianna, Richard A. Sherburne, Sarah A. Lowman, and Charles R. Penot, Jr., for Fluor Enterprises, Inc.

New Orleans, Louisiana, this 23rd day of May .

_____
Kurt D. ~~Englehardt~~ ENGELHARDT
Judge, U. S. District Court

ND: 4817-9928-8841, v. 1