# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

MDL NO. 1873

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

JUDGE ENGELHARDT

**This document relates to:**
*Brazzle*, No. 11-420

MAG. JUDGE CHASEZ

## ORDER

Considering the Unopposed Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand filed by Defendant Dutchmen Manufacturing, Inc.,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the supplemental memorandum shall be filed into the record of this matter.

New Orleans, Louisiana, this  23rd  day of May, 2011.

*[signature]*
United States District Judge

{B0730131.1}