## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**MDL NO. 1873**

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

**JUDGE ENGELHARDT**

**This document relates to:**
*Franks*, No. 11-416

**MAG. JUDGE CHASEZ**

## ORDER

Considering the Unopposed Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Remand filed by Defendant DS Corp, d/b/a/ CrossRoads RV,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the supplemental memorandum shall be filed into the record of this matter.

New Orleans, Louisiana, this  23rd  day of May, 2011.

_____
United States District Judge

B0730065.1