UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | SECTION: N (5) |
| | | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Docket No 11-413 Gerald Watson, et al v. Heartland Recreational Vehicles, LLC.;* | * * | MAG. JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the Unopposed Motion for Leave to file a Supplemental Opposition to Plaintiffs' Motion to Remand;

IT IS HEREBY ORDERED that Heartland Recreational Vehicles LLC, is herby granted leave to file its Supplemental Opposition to Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this ___23rd___ day of ___May___, 2011.

_____
United States District Court Judge