UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-7109 | * | |
| *Gerod Macon, et al. v. Sun Valley, et al.* | * | JUDGE ENGLEHARDT |
| *(Laura Demetriace Batiste)* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S EXPERT DESIGNATION

Plaintiff Laura Demetriace Batiste makes this Expert Designation as required by the Court's Trial Scheduling Order dated January 18, 2011, as follows:

**Smulski, Stephen, Ph.D.**
Wood Science Specialists, Inc.
453 Wendell Road
Shutesbury, Massachusetts, 01072
Phone: (413) 259-1661
Area of Testimony: Material Selection; Component Parts; Formaldehyde Emissions from Component Parts;
C.V.: See: PSC025392 / 025403
Compensation Rate: See: PSC025404
List of Testimonies: See: PSC025405 / 025406

**Williams, Patricia M., Ph.D., D.A.B.T.**
Environmental Toxicology Experts, LLC
234 West William David Parkway
Metairie, Louisiana 70005
Phone: (504) 834-0073
Area of Testimony: Toxicology; General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury
regarding Exposure to Formaldehyde and Asthma;
Formaldehyde Causation of Cancers and other Chronic
Health Effects; Toxicokinetics of Formaldehyde;
C.V.: See: PSC025407 / 025437
Compensation Rate: See: PSC025438
List of Testimonies: See: PSC025439 / PSC025440

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  /s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com


 /s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
DENNIS REICH, Texas # 16739600
ROBERT BECNEL, #14072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on May 23, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Gerald E. Meunier*