UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
|       FORMALDEHYDE | * | | |
|       PRODUCTS LIABILITY | * | | |
|       LITIGATION | * | SECTION: N (4) | |
| | * | | |
| This Document Relates to: | * | | |
| *James Carey, et al v.* | * | JUDGE: ENGELHARDT | |
| *Coachmen Recreational Vehicle* | * | | |
| *Company, LLC, et al,* Docket No. 09-5747 | * | | |
| | * | MAG: JUDGE CHASEZ | |

**************************************************************************

## COACHMEN RECREATIONAL VEHICLE COMPANY, LLC,'S
## FINAL EXHIBIT LIST

     **NOW INTO COURT**, through undersigned counsel, comes Coachmen Recreational Vehicle Company, LLC (hereinafter "Coachmen"), who hereby submits the following Final Exhibit List[1] in the above captioned matter:

| | | |
|---|---|---|
| CM1 | Anthony Dixon PFS | |
| CM2 | Anthony Dixon Supplemental PFS | |
| CM3 | Leona L. Dixon PFS | |
| CM4 | Demi Dixon PFS | |
| CM5 | Damien Dixon PFS | |
| CM6 | Kennedy Dixon PFS | |

---

[1]    The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

| | | |
|---|---|---|
| CM7 | Anthony Dixon THU Test Results Devany Test Results-DIXON-JAMES-000541; FEMA LTR. DATED 5/5/2008; FEMA-DIX01-000097-000099 | |
| CM8 | Anthony Dixon's Discovery Responses | |
| CM9 | Department of Homeland Security (FEMA) temporary housing unit inspection report – | |
| CM10 | Coachmen Travel Trailer Owner's Manual. DIXON000374-DIXON000460 (Ex. 10 to Thomas Fribley Deposition taken May 4, 2011 in *Anthony Dixon*) | |
| CM11 | WSEC Builder's Field Guide, 7th Edition, 2006n, Supplement B. | |
| CM12 | NFPA 1192 "Standard for Recreational Vehicles", 2002 Edition | |
| CM13 | FEMA Model Travel Trailer Procurement Specifications, dated August 12, 2004. | |
| CM14 | ATSDR: Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, LA February 1, 2007. | |
| CM15 | FEMA: Formaldehyde in FEMA Family Units Sampling Program, Baton Rouge, LA, Field Documentation, Data Files, and Analytical DATA DVD, November 13, 2006 (Cited by ATSDR above). | |
| CM16 | CDC 2008. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models and Mobile Homes | |
| CM17 | LSU Healthcare Network medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000001 to COADIX-000024] | |
| CM18 | Ochsner Baptist Medical Center/Ochsner Clinic medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates nos. COADIX-000025 to COADIX-000034] | |
| CM19 | Memorial Medical Center medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000035 to COADIX-000071] | |
| CM20 | Dr. Stephanie L. Sarrat medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000072 to COADIX-0000137] | |

| | | |
|---|---|---|
| CM21 | Walgreens Pharmacy Records related to Anthony Dixon [Bates Nos. COADIX-000138 to COADIX-000184] | |
| CM22 | Tulane Medical Center and Tulane University Hospital & Clinic medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000185 to COADIX-000241] | |
| CM23 | Tulane University Hospital & Clinic billing records [Bates Nos. COADIX-000242 to COADIX-000249] | |
| CM24 | Quest Diagnostics Records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000250 to DOADIX-000258] | |
| CM25 | Memorial Medical Center medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. [Bates Nos. COADIX-000259 to COADIX-000303] | |
| CM26 | Dr. Luis Balart, Jr. medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | |
| CM27 | Concentra Medical Center medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | |
| CM28 | Ochsner Medical Center medical records related to Anthony Dixon, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | |
| CM29 | Dr. Luis Balart, Jr. Medical Records DIXON-BALART-000001-000011 | |
| CM30 | Dr. Akingbola Medical Records DIXON-AKING-000001-000013 | |
| CM31 | Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Model Homes. Centers for Disease Control and Prevention, 2008. | |
| CM32 | FEMA Disaster File for Anthony Dixon FEMA-DIX0100000- FEMA-DIX000167 | |
| CM33 | Standard Form 95 completed on behalf of Anthony Dixon | |
| CM34 | FEMA Travel Trailer Inspection | |

| | | |
|---|---|---|
| CM35 | Health Consultation: Formaldehyde sampling at FEMA temporary housing units – Baton Rouge, Louisiana (February 1, 2007) ATSDR (Bates Nos. ATSDR_FEMA00001-00014) Joe Little Deposition Exhibit No. 8. | |
| CM36 | Declaration of Joseph D. Little attached to defendant, United States of America's Motion to Dismiss Plaintiffs' Remaining FTCA claims for Lack of Subject Matter Jurisdiction (U.S. Exhibit No. 40). Joe Little Deposition Exhibit No. 2 | |
| CM37 | *Important Information for Travel Trailer Occupants* (Bates No. FEMA08-000013 – FEMA08-000014). | |
| CM38 | FEMA: Important Formaldehyde Information for FEMA Housing Occupants (Bates No. FEMA08-000015) | |
| CM39 | Formaldehyde Levels in FEMA Supplied Trailers: Early Findings from Center of Disease Control and Prevention (Bates No. FEMA08-000011 – FEMA08-000012). | |
| CM40 | FEMA Tri-Fold | |
| CM41 | FEMA TALKING POINTS (Bates No. FEMA 17-023963) | |
| CM42 | Schematics and Design Documents of Anthony Dixon THU/Coachmen Special Addition Model. | |
| CM43 | Photographs of Anthony Dixon's Home in LaPlace, LA | |
| CM44 | All documents produced by Coachmen. | |
| CM45 | All documents attached to any depositions. | |
| CM46 | Any additional medical or pharmacy records that may be obtained of Anthony Dixon. | |
| CM47 | All documents produced for the 2008 30(b) (6) Coachmen deposition. | |
| CM48 | All exhibits listed by any other party. | |
| CM49 | Smoke Test Video of Liberty Building a/k/a Ex. 563 of Rec. Doc (#12397) | |
| CM50 | 4/9/07 Press Release re: Patrick Industries agreement to acquire Adorn, LLC ("Adorn") | |
| CM51 | 5/21/07 Press Release re: Patrick Industries completed Acquisition of Adorn, LLC | |
| CM52 | Dometic Manual: 579 Series (Brisk Air), 590 Series (Quick Cool), 591 Series (Heat Pump), 595 Series (Quick Cool) and 600 Series (Penguin) Bates# LWFR-EXP 10-001334-1350 | |
| CM53 | Dometic Manual: 520 Series (DUO-THERM HP), 530 Series (Duo-Therm HP Heat Pump), 579 Series (Brisk Air), 590 Series (Brisk Air), 591 Series (Heat Pump), 595 Series (Quick | |

| | | |
|---|---|---|
| | Cool), 600 Series (Penguin) and 630 Series (Penguin) Bates# LWFR-EXP 10-001334-1350 | |
| CM54 | Formaldehyde Flyers delivered to all FEMA Trailer Residents FEMA162-000001-916 | |
| CM55 | Formaldehyde Flyer delivered to Anthony Dixon FEMA162-002570 | |
| CM56 | Important Information for Travel Trailer Occupants Bonomo Ex. 4, Bates # FEMA08-000013-14; Ex. 22 of Alana Alexander's deposition which was taken on June 29, 2009 | |
| CM57 | Important Formaldehyde Information for FEMA Housing Occupants (Larson Ex. 3 taken on August 20, 2009) Bates# FEMA09-000388 | |
| CM58 | Formaldehyde Flyer Table Larson Ex. 4 taken on August 20, 2009; Bates# FEMA162-000016, FEMA162-000343A, FEMA162-000356, FEMA162-000388, and FEMA 162-000916 | |
| CM59 | Material Safety Data Sheet from Adorn (Bates #002672-002674) Ex. 17 to Thomas Fribley's Deposition taken on May 4, 2011 and Ex. 4 to Stephen Smulski's Deposition taken on April 21, 2011; Ex. 17 To Gary Duncan's Deposition taken on May 3, 2011. | |
| CM60 | Material Safety Data Sheet (Bates # 002738-002742) Ex. 5 to Thomas Fribley's Deposition taken on May 4, 2011 | |
| CM61 | Photo of Formaldehyde Gas drawn in through seams and penetrations such as electrical outlets Ex. 14 to Stephen Smulski's Deposition taken on April 21, 2011 | |
| CM62 | Draft letter from Julie Louise Gerberding, M.D., M.P.H. to The Honorable Gene Taylor (Bates # Allred-Wright_CDC02-002175) Ex. 28 of Philip Allred's Deposition taken on February 24, 2011 | |
| CM63 | Toxicology Overview Ex. 27 of Philip Allred's Deposition taken on February 24, 2011 | |
| CM64 | Joseph Little's Log Book Bates # PSC00033027-PSC00033046 Ex. 6 of Philip Allred's Deposition taken on February 24, 2011 | |
| CM65 | ATSDR, Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, February 1, 2007 (Final 2/1/07 @ 5:02 p.m.) Ex. 2 of Philip Allred's Deposition taken on February 24, | |

|       |                                                                                                                                                                                                                                                                    |                             |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------|
|       | 2011                                                                                                                                                                                                                                                               |                             |
| CM66  | Defendant United States of America's motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. No. 1543-49) (Exhibit - McNeese-2)                                                                                      |                             |
| CM67  | Email from Martin McNeese to Michael Senycz, dated October 11, 2005, subject: Formaldehyde StatRep (FEMA17-000380) (Exhibit McNeese-7)                                                                                                                              |                             |
| CM68  | Assessment of Health Complaints among Pediatric Residence of FEMA-Supplied Trailers and Mobile Homes in Hancock County, Mississippi (Exhibit - Lapinski - 17 -7/24/09)                                                                                              |                             |
| CM69  | Fact Sheet: Assessment of Health Complaints Among Children Living in FEMA Temporary Housing Units in Hancock County, Mississippi (Exhibit - Lapinski - 16 - 7/24/09)                                                                                                |                             |
| CM70  | Anthony Dixon Unit file<br>Ex. 4 of Don Medd's deposition taken on May 4, 2011                                                                                                                                                                                      |                             |
| CM71  | **Adorn Invoice**<br>**Ex. 16 of Don Medd's deposition taken on May 4, 2011**                                                                                                                                                                                       | NEED TO CHECK<br><br>FURTHER |
| CM72  | Letter from Adorn dated 12/2/05 with attached MSDS<br>Ex. 17 of Don Medd's deposition taken on May 4, 2011                                                                                                                                                          |                             |
| CM73  | Consolidated Leisure Industries<br>Bates # 001848-001851<br>Ex. 18 of Don Medd's deposition taken on May 4, 2011; Supply Agreement January 1, 2005 between Consolidated Leisure Industries, LLC and Adorn, LLC (w/ Attachment A, CP102-RV)                           |                             |
| CM74  | Blue Linx MSDA (Elizabeth Adicks Products Service Group)<br>Bates #002589-002599<br>Ex. 22 of Don Medd's deposition taken on May 4, 2011                                                                                                                            |                             |
| CM75  | Robert Weed MSDS<br>Ex. 21 to Don Medd's deposition taken on May 4, 2011.                                                                                                                                                                                           |                             |
| CM76  | MSDS<br>Bates# 002738-002894<br>Ex. 5 of Gary Duncan's deposition taken on May 3, 2011                                                                                                                                                                              |                             |
| CM77  | MSDS<br>Bates #002675-002686<br>Ex. 7 of Gary Duncan's deposition taken on May 3, 2011 and Ex. 3 of Stephen Smulski's deposition taken on April 20, 2011                                                                                                            |                             |
| CM78  | Email from Lawton Tinley to Lendon Sherret, Lee smith and Donnie Burnette dated August 31, 2005<br>Ex. 13 of Gary Duncan's deposition taken on May 3, 2011                                                                                                          |                             |

| | | |
|---|---|---|
| CM79 | Invoice from Adorn to Coachmen<br>Bates# 001912 and Bates #001916<br>Ex. 16 of Gary Duncan's deposition taken on May 3, 2011 | |
| CM80 | Delivery Agreement 9/2/05-Mark RV Sales<br>Bates #002548<br>Ex. 13 of Michael Terlep's deposition taken on August 20, 2008 | |
| CM81 | Coachmen Document<br>Bates #002832-002833<br>Ex. 22 of Michael Terlep's deposition taken on August 20, 2008 | |
| CM82 | Email from Mike Terlep re: FEMA TT's<br>Bates #002842-003159<br>Ex. 25 of Michael Terlep's deposition taken on August 20, 2008 | |
| CM83 | Email to Lee Smith and Lendon Sherret from Lawton Tinley dated August 31, 2005 re: RFP for Travel Trailers<br>Ex. 29 of Michael Terlep's deposition taken on August 20, 2008 | |
| CM84 | Press Release for Sale of Coachmen RV to Forest River<br>COACH-RELEASE-FR-000001-000002 | |
| CM85 | Email from Mike Wagner to Mike Bear dated 8/1/05<br>Bates #3035 | |
| CM86 | Letter dated September 13, 2005 from Michael Terlep to Coachmen dealers re: Hurricane Katrina Ordering Procedure<br>Bates #2834 | |
| CM87 | Coachmen Confidential Wholesale Prices Model 30 DBD SE<br>Bates #2785 | |
| CM88 | Terms and Conditions of Doing Business with Coachmen 9/1/96<br>Bates #1634-1638 | |
| CM89 | Coachmen Form 8K dated 10/24/05 | |
| CM90 | Supply Agreement January 1, 2005 between Consolidated Leisure Industries, LLC and Adorn, LLC (w/ Attachment A, CP102-RV)<br>Bates # 1848 | |
| CM91 | Entergy Records<br>DIXON-ENTERGY-000001-000200 (Part I);<br>DIXON-ENTERGY-000201-000253 (Part II) | |

Respectfully submitted,

**TAYLOR PORTER BROOKS & PHILLIPS LLP**

s/ John Stewart Tharp
**John Stewart Tharp**
Louisiana State Bar No. 24230
451 Florida St., Ste. 800
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Fax: (225)346-8049
Stewart.tharp@taylorporter.com

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

**Attorneys for Coachmen Recreational Vehicle Company, LLC**

**C E R T I F I C A T E OF SERVICE**

I hereby certify that on the 23rd day of May, 2011, a copy of the foregoing Coachmen Recreational Vehicle Company, LLC Preliminary Witness List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/ John Stewart Tharp
_____
JOHN STEWART THARP #24230
Stewart.tharp@taylorporter.com