UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | *<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION:  N (4) |
| This Document Relates to:<br>*James Carey, et al v.*<br>*Coachmen Recreational Vehicle*<br>*Company, LLC, et al,* Docket No. 09-5747 | *<br>*<br>*<br>*<br>* | JUDGE: ENGELHARDT<br><br>MAG: JUDGE CHASEZ |

*************************************************************************

**COACHMEN RECREATIONAL VEHICLE COMPANY, LLC,'S**
<u>**FINAL WITNESS LIST**</u>

**NOW INTO COURT**, through undersigned counsel, comes Coachmen Recreational Vehicle Company, LLC (hereinafter "Coachmen"), who hereby submits the following Final Witness List in the above captioned matter:

| | **WITNESS** | **TYPE OF WITNESS** | **MAY/WILL CALL**[1] |
|---|---|---|---|
| CM1 | Don Medd<br>Coachmen representative | Fact Witnesses | May Call<br>(by deposition) |
| CM2 | Gary Duncan<br>Coachmen representative | Fact Witnesses | May Call<br>(by deposition) |
| CM3 | Michael Terlep<br>Coachmen representative | Fact Witnesses | May Call<br>(by deposition) |
| CM4 | Nevin Honderich<br>Coachmen representative | Fact Witnesses | May Call<br>(by deposition) |
| CM5 | Mr. David Garratt<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| CM6 | Michael Lapinski<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| CM7 | Martin McNeese<br>FEMA Employee | Fact Witness | May Call |

---

[1]  Witnesses called will either testify live or by deposition.

| | | | (by deposition) |
|---|---|---|---|
| CM8 | Kevin Souza<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| CM9 | Joseph Little<br>FEMA Employee- ATSDR<br>(6/23/09) | Fact Witness | May Call<br>(by deposition) |
| CM10 | Guy Nicholas Bonomo<br>FEMA EMPLOYEE | Fact Witness | May Call<br>(by deposition) |
| CM11 | Stanley Larsen<br>FEMA EMPLOYEE | Fact Witness | May Call<br>(by deposition) |
| CM12 | Anthony Dixon<br>Plaintiff | Fact Witness | Will Call |
| CM13 | James Wedner, MD, FAAAI<br>Coachmen Expert –<br>Allergic and Immunologic<br>Diseases | Expert Witness | Will Call |
| CM14 | Philip Cole<br>Coachmen Expert –<br>Epidemiologist | Expert Witness | May Call<br>(by deposition) |
| CM15 | Thomas Fribley<br>Manufacturing Expert | Expert Witness | May Call<br>(by deposition) |
| CM16 | Norman Nelson (Liberty Building<br>Forensics Group)<br>Engineering, structural design | Expert Witness | May Call<br>(by deposition) |
| CM17 | Robert James, Ph.D.<br>Coachmen Expert | Expert Witness | May Call<br>(by deposition) |
| CM18 | Betsy Natz | | May Call<br>(by deposition) |
| CM19 | Dr. Michael Bonner | Expert Witness | May Call<br>(by deposition) |
| CM20 | Dr. Gerald McGwin | Expert Witness | May Call<br>(by deposition) |
| CM21 | Any witness listed in any other<br>party's witness list. | | May Call |

00175287-1                                              2

Respectfully submitted,

**TAYLOR PORTER BROOKS & PHILLIPS LLP**

s/ John Stewart Tharp
**John Stewart Tharp**
Louisiana State Bar No. 24230
451 Florida St., Ste. 800
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Fax: (225)346-8049
Stewart.tharp@taylorporter.com
**Attorneys for Coachmen Recreational Vehicle Company, LLC**

**and**

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the **23**rd day of May, 2011, a copy of the foregoing Coachmen Recreational Vehicle Company, LLC Preliminary Witness List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/ John Stewart Tharp
_____
JOHN STEWART THARP #24230
Stewart.tharp@taylorporter.com