## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|             FORMALDEHDYE PRODUCTS | * | |
|             LIABILTIY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Grace A. Gonzales, et al v. Forest* | * | |
|   *River, Inc., et al* | * | MAG:  CHASEZ |
| Case No. 2:10-cv-1358 | * | |
| and | * | |
| *Henry Davis, et al v. Forest* | * | |
|   *River, Inc., et al* | * | |
| Case No. 10-2362 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FOREST RIVER, INC.'S UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR TIME

**NOW INTO COURT**, through undersigned counsel comes Defendant Forest River, Inc. ("Forest River") who respectfully requests that, for the reasons more fully set forth in the attached Memorandum, the hearing on the Plaintiffs' *Motion for Time*, Rec. Doc. 20885, currently set for June 1, 2011, be continued until July 13, 2011.

Counsel for Plaintiffs has been contacted and has no objection to the requested continuance.

Respectfully submitted,

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR.  (6154)
Email:  egieger@glllaw.com
ANDREW A. BRAUN  (3415)
Email:  abran@glllaw.com
CARSON W. STRICKLAND (31336)
Email:  cstrickland@glllaw.com
JAMESON M. TAYLOR (32718)
Email:  jtaylor@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2011, a copy of the foregoing *Motion to Continue Hearing on Plaintiffs' Motion for Time* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Ernest P. Gieger, Jr.