# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHDYE PRODUCTS | * | |
| LIABILTIY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Grace A. Gonzales, et al v. Forest* | * | |
| *River, Inc., et al* | * | MAG:  CHASEZ |
| Case No. 2:10-cv-1358 | * | |
| and | * | |
| *Henry Davis, et al v. Forest* | * | |
| *River, Inc., et al* | * | |
| Case No. 10-2362 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FOREST RIVER, INC.'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR TIME

MAY IT PLEASE THE COURT:

Defendant Forest River, Inc. ("Forest River") submits the instant Memorandum in support of its Unopposed Motion to Continue the hearing on Plaintiffs' Motion for Time, Rec. Doc. 20885.

In their Motion, Plaintiffs seek additional time to cure deficiencies in certain Plaintiff Fact Sheets ("PFS") submitted in connection with this litigation. However, as the Court is well aware, liaison counsel for all parties in this litigation are currently discussing potential revisions to the Plaintiff Fact Sheet process set forth in the Court's prior Pre-Trial Orders. Over the next thirty days, that process will likely be completed, and the existing PFS deadlines may be altered

as a result, rendering the instant Motion filed by Plaintiffs moot.  Accordingly, Forest River requests that the Court continue the hearing on Plaintiffs' Motion for Time, currently set for June 1, 2011, until July 13, 2011.

Counsel for Plaintiffs has been contacted and has no objection to the requested continuance.

          Respectfully submitted,

          /s/ Ernest P. Gieger, Jr.
          ERNEST P. GIEGER, JR.  (6154)
          Email:  egieger@glllaw.com
          ANDREW A. BRAUN  (3415)
          Email:  abraun@glllaw.com
          CARSON W. STRICKLAND (31336)
          Email:  cstrickland@glllaw.com
          JAMESON M. TAYLOR (32718)
          Email:  jtaylor@glllaw.com
          J. MICHAEL DIGIGLIA (24378)
          Email: mdigiglia@glllaw.com
          GIEGER, LABORDE & LAPEROUSE, L.L.C.
          One Shell Square
          701 Poydras Street, Suite 4800
          New Orleans, Louisiana  70139-4800
          Telephone:  (504) 561-0400
          Facsimile:  (504) 561-1011
          ATTORNEYS FOR FOREST RIVER, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2011, a copy of the foregoing *Memorandum in Support of Motion to Continue Hearing on Plaintiffs' Motion for Time* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

          /s/ Ernest P. Gieger, Jr.