UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AFFIDAVIT ON BEHALF OF PSC PURSUANT TO
ORDER OF 4/5/11 (DOC. 20669)

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**GERALD E. MEUNIER**

who, first being sworn, did attest on behalf of the Plaintiffs' Steering Committee (PSC) herein, that, on information and belief obtained first-hand from the class notice administrator Postlethwaite & Netterville, the Publication Notice process for the proposed class settlement with the manufacturers of mobile homes/manufactured housing units now has been completed and the mailing of the Class Notice Package to all persons known to be potential plaintiff class members and/or their counsel now has been completed, and who further attests that this affidavit is submitted in compliance with the provisions of paragraph (9) of this Court's Preliminary Approval Order entered on April 5, 2011 (Doc. 20669).

This done the 24th day of May, 2011, New Orleans, Louisiana.

_____
GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED
before me, this 24th day of May, 2011.

_____
JUSTIN I. WOODS
Notary Public, Bar No. 24713
State of Louisiana
My Commission is issued for Life