UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Arnaud et al v. Recreation By Design, LLC et al*
Case No. 09-5406

JURY DEMANDED

**PLAINTIFFS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i) OF THE UNITED STATES OF AMERICA THROUGH THR FEDERAL EMERGENCY MANAGEMENT AGENCY**

NOW INTO COURT, through undersigned counsel, comes the following PlaintiffS herein, Ann Julie Arnaud and Joriceen Carter, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of their claims asserted against the United State of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5406.

By: /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar No. 24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland