UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHDYE PRODUCTS | * | |
| LIABILTIY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Grace A. Gonzales, et al v. Forest* | * | |
| *River, Inc., et al* | * | MAG: CHASEZ |
| Case No. 2:10-cv-1358 | * | |
| and | * | |
| *Henry Davis, et al v. Forest* | * | |
| *River, Inc., et al* | * | |
| Case No. 10-2362 | * | |

*****************************************************************

ORDER

IT IS ORDERED THAT the *Motion to Continue Hearing on Plaintiffs' Motion for Time*

filed by Forest River, Inc. be granted and the hearing on said *Motion for Time*, Rec. Doc. 20885,

be, and it is, hereby continued.

**DENIED**

IT IS FURTHER ORDERED that the hearing on Plaintiffs' *Motion for Time* be set for

the 13th day of July, 2011 at 9:00 a.m.

*The motion at Rec. Doc. 20885 was marked deficient and is not pending before this court.*

New Orleans, Louisiana, this 25th day of May, 2011.

JUDGE KURT D. ENGELHARDT