EXHIBIT 1

```
        ******************************
        ***  MULTI TX/RX REPORT  ***
        ******************************

TX/RX NO              2504
PGS.                  2
TX/RX INCOMPLETE      -----

TRANSACTION OK
                 (1)  98321799
                 (2)  98373119
                 (3)  95289973
                 (4)  159854#912252483080

ERROR INFORMATION    -----
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

EDWARD P. LOBMAN (1941-2004)

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

May 9, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re:    *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry
and Crum & Forster* (09-4872)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
(07-MD-1873)
Claim No.:   NJU00333825
Insured:     Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, *Lee Vaughn Johnson et al
v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster.*   One of the plaintiffs in
this matter is Gerardo Perez.  To date we are unaware of Mr. Perez filing a Plaintiff Fact
Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32.  Per Pre-Trial Order No.
32, page 4, ¶ E, for someone added by an Amended Complaint that was filed before

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

†ALSO ADMITTED IN TEXAS

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

WWW.LCBA-LAW.COM

May 9, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re:   *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster* (09-4872)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.:   NJU00333825
Insured:      Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster.* One of the plaintiffs in this matter is <u>Gerardo Perez.</u> To date we are unaware of Mr. Perez filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. Miranda's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

As Section F of Pre-Trial Order No. 32 further states:

> **"Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."**

Jim S. Hall
FEMA 9854
Page 2 of 2

As Mr. Perez is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court.   If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD.   Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 24th day of May, 2011 at 2:05 p.m. to hold our Rule 37.1 Conference.  If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Mr. Perez.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc:     Andrew Weinstock                (via fax: 837-3119)
        Gerald Meunier                  (via fax: 528-9973)
        Ryan Johnson                    (via fax: 225-248-3080)

```
                            *********************
                       ***  TX REPORT  ***
                            *********************


     TRANSMISSION OK

     TX/RX NO                    2524
     RECIPIENT ADDRESS           98321799
     DESTINATION ID
     ST. TIME                    05/09 15:38
     TIME USE                    00'42
     PAGES SENT                  2
     RESULT                      OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

†ALSO ADMITTED IN TEXAS

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

May 9, 2011

<u>**Via Fax (504) 832-1799**</u>
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re:  *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry
     and Crum & Forster* (09-4872)
     c/w
     *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
     (07-MD-1873)
     Claim No.:   NJU00333825
     Insured:     Pilgrim International, Inc
     Our File No.: 2.09-9854

Dear Jim:

    We are writing in reference the lawsuit captioned above, *Lee Vaughn Johnson et al
v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster*.  One of the plaintiffs in
this matter is <u>Maria Miranda.</u>  To date we are unaware of Ms. Miranda filing a Plaintiff
Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

May 9, 2011

<u>**Via Fax (504) 832-1799**</u>
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

> Re:  *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster* (09-4872)
> c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
> Claim No.:  NJU00333825
> Insured:  Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster*.  One of the plaintiffs in this matter is <u>Maria Miranda.</u>  To date we are unaware of Ms. Miranda filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32.  Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Ms. Miranda's Plaintiff Fact Sheet was on or before December 31, 2009.  No extensions were filed.

As Section F of Pre-Trial Order No. 32 further states:

> **"Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."**

Jim S. Hall
FEMA 9854
Page 2 of 2

As Ms. Miranda is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court.   If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD.  Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 24th day of May, 2011 at 2:05 p.m. to hold our Rule 37.1 Conference.  If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Miranda

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc:   Andrew Weinstock          (via fax: 837-3119)
      Gerald Meunier            (via fax: 528-9973)
      Ryan Johnson              (via fax: 225-248-3080)

```
                    *****************************
              ***    MULTI TX/RX REPORT    ***
                    *****************************

  TX/RX NO            2512
  PGS.                   2
  TX/RX INCOMPLETE

                      -----
  TRANSACTION OK
                      (1)  98373119
                      (2)  95289973
                      (3)  159854#912252483080
  ERROR INFORMATION
                      (4)  98321799
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

#### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

†ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

May 9, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re: *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster* (09-4872)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, *Lee Vaughn Johnson et al v. Pilgrim International Inc, Fluor, USA, Sentry and Crum & Forster.* One of the plaintiffs in this matter is <u>Maria Miranda.</u> To date we are unaware of Ms. Miranda filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before