UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case no. 11-413

## ORDER AND REASONS

For substantially the same reasons previously set forth by this Court in its May 25, 2011 Order and Reasons (Rec. Doc. 21642), this Court finds that diversity jurisdiction is established.

Thus, **IT IS ORDERED** that **Plaintiffs' Motion to Remand (Rec. Doc. 20446)** is **DENIED**.

New Orleans, Louisiana, this 25th day of May, 2011.

                                                      **KURT D. ENGELHARDT**
                                                      **United States District Court**