AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Joseph Carroll, et al. )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　*Plaintiff* 　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )　　Civil Action No. ~~1:10cv45 HSO-JMR~~  *10-cv-00578*
　　　　　　　　v. 　　　　　　　　　　 )
Coachmen Industries, Inc., et. al. 　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　*Defendant* 　　　　　　)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CH2M Hill Constructors, Inc.
　　　　　　　　　　　　　　　　　　Through its registered agent for service
　　　　　　　　　　　　　　　　　　CT Corporation System
　　　　　　　　　　　　　　　　　　645 Lakeland East Drive, Suite 101
　　　　　　　　　　　　　　　　　　Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 　Catherine H. Jacobs
　　　　　　　　　　　　　　　　　　　　　　　FEMA Trailer Litigation Annex
　　　　　　　　　　　　　　　　　　　　　　　1161 Robinson Street
　　　　　　　　　　　　　　　　　　　　　　　Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 11/11/10　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10cv15HSO-JMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CH2M Hill Constructors, Inc.
was received by me on *(date)* 01/19/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joanie Jones, Assistant Secretary , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System
_____ on *(date)* 01/19/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 2.08 for travel and $ 1.00 for services, for a total of $ 3.08 .

I declare under penalty of perjury that this information is true.

Date: 01/21/2010

*Server's signature*

Stevens C. Eagar, III, Legal Assistant
*Printed name and title*

19164 Palmer Creek Drive
Saucier, MS 39574
*Server's address*

Additional information regarding attempted service, etc: