AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| Vivian Childs, et al. | ) | |
| _Plaintiff_ | ) ) ) | Civil Action No. ~~1-10-cv-6-HSO-JMR~~ *10-cv-00574* |
| v. | ) | |
| Heartland Recreational Vehicles, LLC, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bechtel National, Inc.
Through its registered agent for service
C T Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: _1/6/10_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   1:10cv6HSO-JMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bechtel National, Inc.

was received by me on *(date)*        01/19/2010        .

☐  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   Joanie Jones, Assistant Secretary       , who is

designated by law to accept service of process on behalf of *(name of organization)*   CT Corporation System

_____   on *(date)*    01/19/2010    ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $      2.08      for travel and $    1.00    for services, for a total of $      3.08      .


I declare under penalty of perjury that this information is true.


Date:      01/21/2010

_____
*Server's signature*

Stevens C. Eagar, III, Legal Assistant
*Printed name and title*

19164 Palmer Creek Drive
Saucier, MS 39574

_____
*Server's address*


Additional information regarding attempted service, etc: