UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

This document relates to:
*Bartholomew, No. 11-1041*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## MOTION TO DISMISS

Defendant Dutchmen Manufacturing, Inc. ("Dutchmen") moves to dismiss the claims in this lawsuit pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As explained more fully in Dutchmen's supporting memorandum, the plaintiffs named Dutchmen as a defendant in the lawsuit referenced above, but have not alleged that any of the plaintiffs lived in a Dutchmen-manufactured housing unit or that Dutchmen engaged in any wrongful activity relating to the plaintiffs. All of the plaintiff's allegations are directed to the other Defendants.

Therefore, for these reasons, and, for the reasons more fully explained in Dutchmen's supporting memorandum, the Court should dismiss the plaintiffs' claims against Dutchmen.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Dutchmen Manufacturing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 26th day of May, 2011.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0731191.1}                    2