UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

**This document relates to:**
*Bartholomew, No. 11-1041*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

NOTICE OF HEARING

The parties are hereby notified that Dutchmen's Motion to Dismiss filed in the above referenced matter is noticed for hearing on **June 15, 2011.**

Baton Rouge, Louisiana, this 26th day of May, 2011

                       *s/Ryan E. Johnson*
                       _____
                       Ryan E. Johnson