AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Mississippi

| | |
|---|---|
| Ollie Coleman | ) |
| —————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| Forest River, Inc., et al. | ) |
| —————————————— | ) |
| *Defendant* | ) |

Civil Action No. ~~4:10cv30  FSt-LRA~~  *10-cv-1409*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Forest River, Inc.
Through its Agent for Service of Process
J. Richard Ransel
228 W. High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **MAR - 4 2010**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  4:10cv30TSL-LRA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   J. Richard Ransal for Forest River, Inc.

was received by me on *(date)*            03/04/2010         .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Certified Mail-Return Receipt # 7009 2820 0004 0919 3341, Date of Delivery-3/15/2010



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:      04/07/2010              _____
                                                  *Server's signature*

                                        Connie Fox, Office Manager
                                        _____
                                                  *Printed name and title*

                                        FEMA Trailer Litigation Annex
                                        1161 Robinson Street
                                        Ocean Springs, MS 39564
                                        _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

SOUTH BEND IN 465

15 MAR 2010 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

4:10CV30TSL-LRA                    Coleman v Forest

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X [signature]  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery  3/5/10 |
| 1. Article Addressed to: <br><br> Forest River, Inc. <br> Attention: J. Richard Ransal <br> 228 W. High Street <br> Elkhart, IN 46516 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number <br> (Transfer from service label)   7009 2820 0004 0919 3341 | |
| PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540 | |