AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Sandra DiEugenio, et al. <br><br> *Plaintiff* <br><br> v. <br><br> Destiny Industries, LLC, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10cv52 HSO-JMR <br> )                10-CV-1372 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Destiny Industries, LLC
Through it Registered Agent
Lester M. Castellow
700 South Main Street
Moultrie, GA 31768

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**
*CLERK OF COURT*

Date: 2-17-10

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10cv52HSO-JMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lester M. Castellow for Destiny Industries, LLC
was received by me on *(date)* 02/17/2010 .

☐ I personally served the summons on the individual at *(place)*
                                                                                on *(date)*           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                          , a person of suitable age and discretion who resides there,
on *(date)*                 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                          , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                                on *(date)*           ; or

☐ I returned the summons unexecuted because                                                          ; or

☑ Other *(specify):* Certified Mail-Return Receipt # 7009 2820 0004 0919 3440, Date of Delivery-3/31/2010


My fees are $         for travel and $         for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/06/2010                      *Connie Fox*
                                        Server's signature

                                        Connie Fox, Office Manager
                                        Printed name and title

                                        FEMA Trailer Litigation Annex
                                        1161 Robinson Street
                                        Ocean Springs, MS 39564
                                        Server's address

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

DiEugenio v Destiny Industries    1:10cv52/HSO-JMR

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Destiny Industries, LLC
    Attention: Lester M. Castellow
    Post Office Box 2947
    Moultrie, GA 31776

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
    X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Lester M. Castellow
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7009 2820 0004 0919 3440

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540