AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Charlotte Harbin, et al. ) | |
| *Plaintiff* ) | Civil Action No. 10-CV-1389 ~~1:10cv86 HSO-JMR~~ |
| v. ) | |
| Scotbilt Homes, Inc., et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scotbilt Homes, Inc.
Through its Registered Agent
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

CLERK OF COURT

Date: 3/4/10

P. Stokes
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10cv86HSO-JMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sam P. Scott for Scotbilt Homes, Inc.
was received by me on *(date)* 03/04/2010 .

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail-Return Receipt # 7009 2820 0004 0919 3143, Date of Delivery-3/15/2010

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/07/2010

*Connie Fox* (signature)
*Server's signature*

Connie Fox, Office Manager
*Printed name and title*

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE
JACKSONVILLE FL 322

25 MAR 2010 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

1:10CV86H50-JMR    Harbin v Scotbilt

B41

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Scotbilt Homes, Inc.
   Attention: Sam P. Scott
   2888 Fulford Road
   Waycross, GA 31503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Traci Perrin    3-15
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number (Transfer from service label)
   7009 2820 0004 0919 3143

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540