UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Arnaud et al v. Recreation By Design, LLC et al*<br>Case No. 09-5406 | JURY DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one named plaintiff, Mary Chandler, who, on information and belief, resided in the same type of emergency housing unit manufactured by Recreation By Design, LLC and installed by Shaw Environmental, Inc., because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having her claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Arnaud, et al v. Recreation By Design, LLC, et al* Case No. 2:09-cv-5406, filed August 3, 2009 in the Eastern District of Louisiana.

Respectfully submitted,


By:     /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                  /s/Matthew B. Moreland
                                                  Matthew B. Moreland