UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Arnaud et al v. Recreation By Design, LLC et al*<br>Case No. 09-5406 | JURY DEMANDED |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-5406, to include the following named Plaintiff:

Mary Chandler[1]

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff was erroneously placed in *Abshire et al v. American International Group, Inc., et al*, Case No. 2:09-cv-07287. Plaintiff is now able to be correctly matched to Recreation By

---

[1] Plaintiff's VIN number is 5CZ200R2261125309; Plaintiff's bar code is 1304467.

1

Design, LLC.  This motion is solely intended to place the above-named Plaintiff in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

    Upon information and belief, this Plaintiff resided in the same type of FEMA supplied emergency housing unit manufactured by Recreation By Design, LLC and installed by Shaw Environmental, Inc. as the existing Plaintiffs named in the Complaint for Damages.  Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled.  To prevent the injustice of barring the above stated Plaintiff from making their proper claim against the proper defendants, Plaintiffs seek to add the above named Plaintiff to an existing complaint and remove her name from the erroneous Complaint.  Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

                      Respectfully Submitted,

                      By:     /s/Matthew B. Moreland
                      Daniel E. Becnel, Jr. (La. Bar #2926)
                      Matthew B. Moreland  (La. Bar No. 24567)
                      BECNEL LAW FIRM, LLC
                      106 W. Seventh Street
                      P. O. Drawer H
                      Reserve, Louisiana  70084
                      Telephone: (985) 536-1186
                      Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
