UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

               JUDGE ENGELHARDT
               MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Arnaud et al v. Recreation By Design, LLC et* JURY DEMANDED
*al*
*Case No. 09-5406*


## ORDER

   Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

   **IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion.

   DATED this _____ day of _____, 2011 in New Orleans,

Louisiana.


             _____
             KURT D. ENGELHARDT
             UNITED STATES DISTRICT JUDGE