AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Carolyn Wilborn, et al. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| River Birch Homes, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. 1:10cv83 HSO-JMR

*10-cv-1385*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   River Birch Homes, Inc.
Through its Agent for Service of Process
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 3-4-10

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  1:10cv83HSO-JMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Delmo Payne for River Birch Homes, Inc.

was received by me on *(date)*            03/04/2010                .

    ❑  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ❑  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑  I returned the summons unexecuted because _____ ; or

    ☑  Other *(specify):*   Certified Mail-Return Receipt # 7009 2820 0004 0919 4201, Date of Delivery-3/17/2010


My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:        04/07/2010

                                 *Connie Fox*
                                        *Server's signature*

                             Connie Fox, Office Manager
                                *Printed name and title*

                             FEMA Trailer Litigation Annex
                                1161 Robinson Street
                                Ocean Springs, MS 39564
                                   *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

1:10cv93HSO-JMR          Wilborn v River Birch

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent<br>□ Addressee<br>B. Received by ( Printed Name )     C. Date of Delivery |
| 1. Article Addressed to:<br><br>River Birch Homes, Inc.<br>Attention: Delmo Payne<br>5400 Bexar Ave. E<br>Hamilton, AL 35570 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:   □ No<br><br>3. Service Type<br>☑ Certified Mail      □ Express Mail<br>□ Registered          □ Return Receipt for Merchandise<br>□ Insured Mail        □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2820 0004 0919 4201 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540