AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| Tanya Barnes, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Keystone RV Company, et al. | ) |
| _Defendant_ | ) |

Civil Action No. ~~1:10cv131 HSO-Jmr~~  *10-CV-1686*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Keystone RV Company
Through its Registered Agent for Service
David Thomas
2642 Hackberry Drive
Goshen, IN 46526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**J. T. NOBLIN**

*CLERK OF COURT*

Date: 3-25-10

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10cv131HSO-JMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Keystone RV Company

was received by me on *(date)*        03/25/2010        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Certified Mail Receipt # 7009 3410 0000 4661 5064; Date of Delivery - 04/05/2010

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:        04/08/2010

*Heather M. Miller*
*Server's signature*

Heather M. Miller, Paralegal
*Printed name and title*

FEMA Trailer Ligitaion Annex
1161 Robinson Street
Ocean Springs, MS 39564
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES POSTAL SERVICE
SOUTH BEND IN 465

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

05 APR 2010   PM 1

• Sender: Please print your name, address, and ZIP+4 in this box •

FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564

1:10cv131HSO-JMR                    Barnes V Keystone

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X Natalie Malin □ Agent □ Addressee |
| | B. Received by ( Printed Name) Natalie Malin  C. Date of Delivery 4/5/10 |
| 1. Article Addressed to: Keystone RV Compay Attention: David Thomsas 2642 Hackberry Drive Goshen, IN 46526 | D. Is delivery address different from item 1? □ Yes If YES, enter delivery address below: □ No |
| | 3. Service Type ☒ Certified Mail □ Express Mail □ Registered □ Return Receipt for Merchandise □ Insured Mail □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service 7009 3410 0000 4661 5064 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |