UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTAIN PLANTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT CRUM & FOSTER SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 32**

Plaintiffs Alvirda Cook, Alma Francis, Averist Francis, Delores Moss, Dorothy Price, Betty Robertson (referred to in Defendant's Motion as "Betty Robinson"), Curtis Scott, David Williams, Sr., Dorothy Price on behalf of Edward Baker, and Edward Price ("Certain Plaintiffs") respectfully submit their Unopposed Motion for Leave to file Opposition to Defendant Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 (Doc. # 20927) and, for the reasons set forth in the accompanying memorandum in support respectfully request that their motion be granted.

Respectfully submitted:

By: /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-5909

JOHN MUNOZ (#9830)<br>
GARNER & MUNOZ<br>
1010 Common Street, Suite 3000<br>
New Orleans, LA 70112-2411<br>
Tel: (504) 581-7070<br>
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee