**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTAIN PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSITION TO CRUM & FOSTER SPECIALTY INSURANCE COMPANY'S MOTIONTO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 32**

Plaintiffs Alvirda Cook, Alma Francis, Averist Francis, Delores Moss, Dorothy Price, Betty Robertson (referred to in Defendant's Motion as "Betty Robinson"), Curtis Scott, David Williams, Sr., Dorothy Price on behalf of Edward Baker, and Edward Price ("Certain Plaintiffs") respectfully submit this Memorandum in Support of their Motion for Leave to file Opposition to Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 and in support would show the following:

Certain Plaintiffs' counsel was notified by Defense Counsel, on May 25, 2011 that a response had not been filed.   Certain Plaintiffs' counsel immediately advised Defense Counsel that they wished to late file an Opposition and sent a copy of the Opposition to Defense Counsel. Defense Counsel has advised that they are not opposed Certain Plaintiffs request for leave to file their Opposition.

Certain Plaintiff's proposed Opposition is attached as Exhibit "A".

## CONCLUSION

Therefore, Certain Plaintiffs respectfully request that they be granted leave to file a late Opposition.

Respectfully submitted:


By: /s/Anthony G. Buzbee
    Anthony G. Buzbee
    Texas Bar No. 24001820
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-5909

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Anthony G. Buzbee
    Anthony G. Buzbee