IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION MDL NO.: 07-1873 |
| THIS DOCUMENT RELATES TO ALL C. MARTIN COMPANY, INC. CASES (09-8669, 09-8699, 09-8650, 09-8643, 09-8691, 09-8654, 09-8640, 09-8696, 09-8658, and 09-8649 | ) ) ) ) ) ) | SECT. N, MAG. 5 JUDGE ENGLEHARDT MAGISTRATE CHASEZ |

### C. MARTIN COMPANY INC.'S EX PARTE LOCAL RULE 7.8 MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, C. Martin Company, Inc. who respectfully moves the Court for a twenty-one (21) day extension of time to file responsive pleadings on behalf of Defendant, C. Martin Company, Inc. pursuant to Local Rule 7.8. Undersigned counsel states that this request for an extension of time to file responsive pleadings is based upon the fact that counsel has just this week received the assignment of this file from the Defendant's insurer and will need additional time to obtain all pleadings filed in this matter and the pertinent pleadings in the lead case for purposes of formulating and submitting appropriate and effective responsive pleadings on Defendant's behalf. Undersigned counsel further states that he has not previously sought an extension of time to plead and the opposing party has not filed in the record an objection to an extension of time.

Upon the foregoing, Defendant respectfully requests this Court grant the Local Rule 7.8 Motion for Extension of Time to File Responsive Pleadings.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

_/s/ Edgar D. Gankendorff_
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Local Rule 7.8 Motion for Extension of Time to File Responsive Pleadings has been served upon plaintiff's counsel of record by facsimile, and properly addressed to him at his office, this 27th day of May, 2011.

_/s/ Edgar D. Gankendorff_
**EDGAR D. GANKENDORFF**