UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Swanica Nero v. Pilgrim Int., Inc.; Specialty Ins. Co., et al.* No. 09-4730; Plaintiffs: Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B.S., and Penny Saunders | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS CLAIMS OF
VERNON BOLD, LAURA DOMINGO, CLIFTON DUET,
MICHAEL LABAT, JR., BRANDI SAUNDERS ON BEHALF
OF MINOR, B. S., AND PENNY SAUNDERS**

**NOW UNTO COURT**, through undersigned counsel, comes Plaintiffs, who respectfully submit the following Response to Defendant's Motion to Dismiss (Doc. 20886) only as to Plaintiffs Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders.

On January 10, 2011, undersigned counsel provided to counsel for Crum & Forster Specialty Insurance Company Supplemental Plaintiff Fact Sheet forms for Plaintiffs, Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders, that corrected all of the noted deficiencies.

Accordingly, Plaintiffs, Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders, timely remedied any alleged

deficiencies in their PFS forms and therefore this Court should deny Defendant's Motion to Dismiss only to the extent that it seeks dismissal of the claims of Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders.

The Court should also consider that the subject of deficiencies in the Plaintiff Fact Sheet Forms has been an ongoing issue in the instant litigation and that counsel for Crum & Forster Specialty Insurance Company has not followed the course of the other Defendants in the instant suit. Plaintiffs have worked diligently with other Defendants in order to resolve any alleged deficiencies and the Court and the parties recently reached an agreement altering the required "fields" to be answered in the Plaintiff Fact Sheet Forms.

To this end, other Defendants have given Plaintiffs notice of any alleged deficiencies contained in the Plaintiff Fact Sheets and have allowed Plaintiffs an opportunity to correct the deficiencies prior to filing a Motion to Dismiss, recognizing that many of the deficiencies are clerical in nature due to the large number of claimants and Plaintiffs attorneys involved in the instant litigation.

Because the instant deficiencies are also clerical in nature and have been addressed by Plaintiffs' Supplemental Fact Sheet Forms, Plaintiffs request that this Court deny Defendant's Motion to Dismiss the claims of Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders.

In July 2010, Plaintiffs submitted answers to defense counsel, Eric Berger. Defendant's Motion states that Plaintiffs did not respond to the deficiency notice for five of the six clients; however, it does not mention what was received by defendants.  Plaintiffs are unable to locate with this short notice what they actually filed in July 2010 but they had made a good faith effort

to correct the deficiencies that Defendant referenced. Despite this effort and filing and informing Eric Berger of the same, Defense counsel has refused to confirm that the deficiencies were corrected and to withdraw his Motion. For all these reasons, Plaintiffs respectfully request that Defendant's Motion to dismiss Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders be in all things denied. In the alternative, Plaintiff would request additional time to respond and to confirm with Defense counsel what deficiencies, remain if any, before any further action is taken on this matter.

Respectfully submitted,

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600

3

Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of May, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**