EXHIBIT W

# ERRATA SHEET

**Claimant Name:** Alvirda Cook

**Claimant's Attorney:** The Buzbee Law Firm

**48: Manufacture:**

Pilgrim

**49: VIN:**

5L4TP2P2853007043

**51: Barcode:**

1147350

**99: Suffered from Skin Disease:**

Yes

**103: Doctor or health care provider who treated you for each disease:**

Lane Memorial Hospital 6300 Main Street Zachary, LA 70791

_____       5-25-11
**Plaintiff or Representative**      **Date**

EXHIBIT X

# ERRATA SHEET

**Claimant Name: Alma Francis**

**Claimant's Attorney: The Buzbee Law Firm**

### 29. Contact Provider:

None

### 31. Amount of claim:

Amount is unknown at this time.

### 48. Manufacture:

Pilgrim

### 49. VIN:

5L4TF332X63015003

### 50. FEMA ID:

Client is trying to locate these records.

### 51. Barcode:

Client is trying to locate these records.

### 76. Present address and telephone number of every person who resided in your FEMA trailer:

None

### 99. Suffered from Skin desease:

No

### 103. Doctor or health provider:

None

### 104. Psychological symptoms:

Documents have been sent to the client. We will forward to your office once received.

### 115. Medical Provider:

Documents have been sent to the client. We will forward to your office once received.

**116. Sign and date authorizations:**

Documents have been sent to the client. We will forward to your office once received.

**121. Each pharmacy, including addresses that has dispensed medication to during the last seven years:**

None

_____    5-25-11
**Plaintiff or Representative**                                **Date**

EXHIBIT Y-1

# ERRATA SHEET

**Claimant Name:** Averist Francis

**Claimant's Attorney:** The Buzbee Law Firm

**29. Contact Provider:**

   None

**31. Amount of claim:**

   Amount is unknown at this time.

**48. Manufacture:**

   Pilgrim

**49. VIN:**

   5L4TF332063020257

**50. FEMA ID:**

   931521372

**51. Barcode:**

   1249453

**115. Medical Provider Authorization:**

   Authorizations were previously submitted.

_____         5-25-11
**Plaintiff or Representative**          **Date**

EXHIBIT Y-2

ERRATA SHEET

**Delores Moss**

31. AMOUNT OF CLAIM: **AMOUNT UNKNOWN AT THIS TIME**

49. VIN NUMBER: **5L4TL322651009672**

50. FEMA ID:

51: BARCODE: **1155843**

67. OTHER TEMPORARY HOUSING: **CLIENT DID NOT LIVE IN ANOTHER LOCATION.**

72. FUMIGATION: **CLIENT'S TRAILER WAS NOT FUMIGATED.**

74. REPAIRS/SERVICE/MAINTENANCE: **NO SERVICE WAS PERFORMED IN/ON PLAINTIFF'S TRAILER.**

80-85. **CLIENT IS NOT AND HAS NEVER BEEN A USER OF TOBACCO PRODUCTS.**

103. HEALTH CARE PROVIDER: **NONE REPORTED.**

115. AUTHORIZATIONS:

117-119. **NONE REPORTED.**

120. OUTPATIENT: **REGIONAL MEDICAL HOSPITAL, GRETNA, LA 70056**

121. PHARMACY: **WAL-MART, GRETNA, LA 70056**

_____        5-25-11
**Plaintiff or Representative**                           **Date**

EXHIBIT Y-3

## ERRATA SHEET

**Price, Dorothy**

31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

51. BAR CODE: **1258527**

103. HEALTH CARE PROVIDERS: **NONE REPORTED**

115. MEDICAL AUTHORIZATIONS: **ALREADY SUBMITTED**

117. PRIMARY CARE PHYSICIAN: **ALEADY ANSWERED**

121. PHARMACY: **ALREADY ANSWERED.**

_____          5-25-11
**Plaintiff or Representative**            **Date**

EXHIBIT Y-4

ERRATA SHEET

**Price, Dorothy on behalf of Edward Baker**

31. AMOUNT OF CLAIM: **AMOUNT UNKNOWN**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

51. BAR CODE: **1258527**

103. DOCTORS: **REPRESENTATIVE DID NOT KNOW MEDICAL PROVIDERS FOR MR. BAKER.**

115. AUTHORIZATIONS: **WERE ALREADY SUBMITTED**

117 – 121. **REPRESENTATIVE DID NOT KNOW MEDICAL INFORMATION FOR MR. BAKER.**

_____                                 5-25-11
**Plaintiff or Representative**                              **Date**

EXHIBIT Y-5

# ERRATA SHEET

**Claimant Name: Betty Robertson**

**Claimant's Attorney: The Buzbee Law Firm**

**31. Amount of claim:**

Amount is unknown at this time.

**48. Manufacture:**

Pilgrim

**49. VIN:**

5L4TF3322763025729

**50. FEMA ID:**

Client is trying to locate these records.

**51. Barcode:**

Client is trying to locate these records.

**53. Move IN:**

January 2007

**54. Move Out:**

May 2008

**101. Tests Performed:**

Do not recall

**102. Diagnostic tests:**

Do not recall

**103. Doctor or health provider:**

Dr. Elizabeth Cain, Riverside Medical Center

**104. Psychological symptoms:**

Documents have been sent to the client. We will forward to your office once received.

**121. Each pharmacy, including addresses that has dispensed medication to during the last seven years:**

None

_____     5-25-11 _____

**Plaintiff or Representative**             **Date**

EXHIBIT Z

Errata Sheet

## Scott, Curtis

    18. CLAIMING A DISEASE/ILLNES: **YES: HEADACHES, SINUS INFECTION**

    21: DIAGNOSED WITH CANCER: **NO**

    23. INJURY/DISEASE FIRST OCCURRED: **DECEMBER 2006**

    24. SUFFER PRIOR TO LIVING IN TRAILER: **NO**

    30. CLAIM FOR MEDICAL EXPENSES: **YES**

    31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

    32. ADDRESSES: **3659 ALMONASTER AVE. NEW ORLEANS, LA 70106**

    **2370 CHIPPEWA ST. NEW ORLEANS, LA 70130**

    33. DRIVERS LICENSE: **LOUISIANA – 008863783**

    34. DATE OF BIRTH: ~~JANUARY 12,~~ **1987**

    35. SEX: **MALE**

    44. ANY RELATIVE SUFFERING DISEASE/ILLNESS: **YES**

    45. NAME/RELATION OF EACH: **PAMELA SCOTT, MOTHER. CURISSA DAVIS, SISTER.**

    46. CLAIMING WRONGFUL DEATH: **NO**

    48. MANUFACTURER: **PILGRIM**

    49. VIN NUMBER: **CLIENT LOOKING FOR RECORDS.**

    52. PROVIDED BY FEMA: **YES**

    53. MOVE-IN: **MARCH 2006**

    54. MOVE-OUT: **FEBRUARY 2008**

    55. TRAILER ADDRESS: **2370 CHIPPEWA ST. NEW ORLEANS, LA 70126**

    80-89. TOBACCO HISTORY: **CLIENT IS NOT AND HAS NEVER BEEN A USER OF TOBACCO PRODUCT**

_[Signature]_                                       5-25-11

**Plaintiff or Representative**                          **Date**

EXHIBIT AA

ERRATA SHEET

**Price, Edward**

31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

48. MANUFACTURER: **PILGRIM**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

103. DOCTOR INFO: **Client has chronic asthma. Cannot find**

115. AUTHORIZATIONS: **BECAUSE CLIENT CANNOT REMEMBER HEALTH CARE PROVIDERS, HE CANNOT EXECUTE THE AUTHORIZATIONS AS REQUESTED.**

_____           5-25-11
**Plaintiff or Representative**           **Date**