UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS　　　　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Banks et al v. Morgan Building & Spas, Inc. et al*　　JURY DEMANDED
*No. 09-5434*

**PLAINTIFF MARSHELL BANKS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

　　　　NOW INTO COURT, through undersigned counsel, comes the following Plaintiff herein, Marshell Banks, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., Shaw Environmental, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and the United State of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5434.  Plaintiff's dismissal of her claim in Case No. 09-cv-5434 will not affect her claims in Case Nos. 09-cv-5361, 09-6332, and 09-5397.

　　　　　　　　　　　　　　　　　　By:　　/s/Matthew B. Moreland_____
　　　　　　　　　　　　　　　　　　　　　Daniel E. Becnel, Jr. (La. Bar #2926)
　　　　　　　　　　　　　　　　　　　　　Matthew B. Moreland  (La. Bar No. 24567)
　　　　　　　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　　　　　　　P. O. Drawer H
　　　　　　　　　　　　　　　　　　　　　Reserve, Louisiana  70084

Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland