IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>vs.<br><br>THIS DOCUMENT RELATES TO ALL C. MARTIN COMPANY, INC. CASES (09-8669, 09-8699, 09-8650, 09-8643, 09-8691, 09-8654, 09-8640, 09-8696, 09-8658, and 09-8649 | CIVIL ACTION<br>MDL NO.: 07-1873<br><br>SECT. N, MAG. 5<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

### ORDER GRANTING TWENTY-ONE DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Having considered the unopposed Local Rule 7.8 Motion for Extension of Time to File Responsive Pleadings,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that such Motion is **GRANTED** and that Defendant, C. Martin Company, Inc., has twenty-one (21) days from the original deadline within which to file responsive pleadings in this matter, or until June 17, 2011.

**THUS DONE AND SIGNED,** this __31st__ day of May, 2011.

_____
HON. KURT D. ENGELHARDT