UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *     MDL NO. 1873
      FORMALDEHYDE PRODUCTS    *
      LIABILITY LITIGATION           *     SECTION "N" (5)
                                                          *
                                                          *     JUDGE ENGELHARDT
                                                          *     MAGISTRATE CHASEZ
                                                          *
THIS DOCUMENT IS RELATED TO        *
*Cedric Crushenberry v. Crum & Forster*  *
*Specialty Ins. Co., et al*                    *
*No: 09-8381*                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    **IT IS ORDERED** that said Motion for Leave to File Opposition to Crum & Forster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32, is **GRANTED**.

    New Orleans, Louisiana, this  31st  day of  May , 2011.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**