UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Cedric Cushenberry v. Crum & Forster<br>Specialty Ins. Co., et al*<br>*No: 09-8381* | *<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTAIN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
CRUM & FOSTER SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS
WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 32**

Plaintiffs Alvirda Cook, Alma Francis, Averist Francis, Delores Moss, Dorothy Price, Betty Robertson (referred to in Defendant's Motion as "Betty Robinson"), Curtis Scott, David Williams, Sr., Dorothy Price on behalf of Edward Baker, and Edward Price ("Certain Plaintiffs") respond to Defendant Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 and, in support, would show the following:

First, Certain Plaintiffs have supplemented their fact sheet responses to Defendant. Even before the fact sheets were supplemented, in most cases, the "deficiencies" were relatively minor and did not impact Defendant's defense of these claims at all.

Second, these supplemented responses cover the key "23 data fields" that have been the subject or current discussions with Liaison Counsel and the Court.

Third, Defendant has suffered no prejudice and cannot show any prejudice. None of Certain Plaintiffs' claims have been set for trial and there is no scheduling order governing their claims. And, again, Certain Plaintiffs have supplemented their responses to answer all


PLAINTIFF'S EXHIBIT A

deficiencies.

Fourth, there is no basis to employ death penalty sanctions against a plaintiff for the failure to answer every single question in a long, detailed fact sheet. Defendant does not cite any court opinion, statute or rule that supports its position that Certain Plaintiffs' claims should be dismissed with prejudice for not fully and completely responding to a detailed fact sheet.

Finally, Plaintiff Ashley Brooks Robinson does not oppose dismissal because it has been determined that she did not reside in a Pilgrim unit (Pilgrim is Crum & Foster's insured). Plaintiff Ashley Brooks Robinson will separate file a motion to voluntary dismiss her claims.

## CONCLUSION

If their claims are dismissed, Plaintiffs will suffer extreme prejudice. Defendants will suffer no undue harm or prejudice by a denial of their motion at this time.

Therefore, Plaintiffs respectfully request that the Defendants' Motions to Dismiss be denied, and Plaintiffs be given the opportunity to correct any deficiencies this Honorable Court finds.

Respectfully submitted:

By: /s/Anthony G. Buzbee
    Anthony G. Buzbee
    Texas Bar No. 24001820
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-5909

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Anthony G. Buzbee
    Anthony G. Buzbee