**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Swanica Nero v. Pilgrim Int., Inc.,* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-4730* | * | |

*****************************************************************************

**UNOPPOSED MOTION TO CONTINUE HEARING**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to continue the hearing in the above-captioned matter. Mover filed a Motion to Dismiss in this matter on May 3, 2011, relating to deficient plaintiff fact sheets, and included a Notice of Submission for a June 1, 2011 hearing. [Rec. Doc. No. 20886]. On May 27, 2011, Plaintiff filed an opposition [Rec. Doc. No. 21900], alleging the cure of certain plaintiff fact sheets. Additional documents were provided to Mover on May 31, 2011. In order

to fully evaluate the new materials and explore amicable resolution as to at least some of the six plaintiffs involved in this motion, Mover seeks to continue the hearing/submission date in this matter from June 1, 2011 to June 15, 2011.  Mover has consulted with counsel for plaintiffs, who do not oppose this continuance.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Continue be granted and the Motion to Dismiss in the above captioned matter be submitted for hearing on June 15, 2011.

Respectfully submitted:

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  1ST  DAY OF   June , 2011.
       /s Eric B. Berger