IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Swanica Nero v. Pilgrim Int., Inc.,* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-4730* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing **UNOPPOSED MOTION TO CONTINUE HEARING,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and the submission date for the referenced Motion to Dismiss [Rec. Doc. No. 20886] shall be June 15, 2011.

This _____ day of _____, 2011,

_____
United States District Judge