UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                SECTION "N"  (5)

THIS DOCUMENT RELATES TO
June 13, 2011 Coachmen RV Co. Summary Trial

# **O R D E R**

       Due to a conflict in the Court's schedule, the pre-trial conference, presently scheduled for Thursday, June 2, 2011, at 10:30 a.m., is rescheduled for 9:30 a.m. on the same date.

       New Orleans, Louisiana, this 1st day of June, 2011.

                                                  **KURT D. ENGELHARDT**
                                                   **United States District Judge**