# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

*************************************************************************

## ORDER

Considering the above and foregoing **MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE REPLY,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY.

This __1st__ day of __June__, 2011,


_____
United States District Judge