EXHIBIT W

# ERRATA SHEET

**Claimant Name: Alvirda Cook**

**Claimant's Attorney: The Buzbee Law Firm**

**48: Manufacture:**

    Pilgrim

**49: VIN:**

    5L4TP2P2853007043

**51: Barcode:**

    1147350

**99: Suffered from Skin Disease:**

    Yes

**103: Doctor or health care provider who treated you for each disease:**

    Lane Memorial Hospital 6300 Main Street Zachary, LA 70791

_____       5-25-11

**Plaintiff or Representative**               **Date**

EXHIBIT X

# ERRATA SHEET

**Claimant Name: Alma Francis**

**Claimant's Attorney: The Buzbee Law Firm**

**29. Contact Provider:**

> None

**31. Amount of claim:**

> Amount is unknown at this time.

**48. Manufacture:**

> Pilgrim

**49. VIN:**

> 5L4TF332X63015003

**50. FEMA ID:**

> Client is trying to locate these records.

**51. Barcode:**

> Client is trying to locate these records.

**76. Present address and telephone number of every person who resided in your FEMA trailer:**

> None

**99. Suffered from Skin desease:**

> No

**103. Doctor or health provider:**

> None

**104. Psychological symptoms:**

> Documents have been sent to the client. We will forward to your office once received.

**115. Medical Provider:**

> Documents have been sent to the client. We will forward to your office once received.

**116. Sign and date authorizations:**

Documents have been sent to the client. We will forward to your office once received.

**121. Each pharmacy, including addresses that has dispensed medication to during the last seven years:**

None

_David Cau_                                    5-25-11

**Plaintiff or Representative**                        **Date**

EXHIBIT Y-1

# ERRATA SHEET

**Claimant Name: Averist Francis**

**Claimant's Attorney: The Buzbee Law Firm**

**29. Contact Provider:**

    None

**31. Amount of claim:**

    Amount is unknown at this time.

**48. Manufacture:**

    Pilgrim

**49. VIN:**

    5L4TF332063020257

**50. FEMA ID:**

    931521372

**51. Barcode:**

    1249453

**115. Medical Provider Authorization:**

    Authorizations were previously submitted.

_____    5-25-11

**Plaintiff or Representative**                **Date**

EXHIBIT Y-2

ERRATA SHEET

**Delores Moss**

    31. AMOUNT OF CLAIM: **AMOUNT UNKNOWN AT THIS TIME**

    49. VIN NUMBER: **5L4TL322651009672**

    50. FEMA ID:

    51: BARCODE: **1155843**

    67. OTHER TEMPORARY HOUSING: **CLIENT DID NOT LIVE IN ANOTHER LOCATION.**

    72. FUMIGATION: **CLIENT'S TRAILER WAS NOT FUMIGATED.**

    74. REPAIRS/SERVICE/MAINTENANCE: **NO SERVICE WAS PERFORMED IN/ON PLAINTIFF'S TRAILER.**

    80-85. **CLIENT IS NOT AND HAS NEVER BEEN A USER OF TOBACCO PRODUCTS.**

    103. HEALTH CARE PROVIDER: **NONE REPORTED.**

    115. AUTHORIZATIONS:

    117-119. **NONE REPORTED.**

    120. OUTPATIENT: **REGIONAL MEDICAL HOSPITAL, GRETNA, LA 70056**

    121. PHARMACY: **WAL-MART, GRETNA, LA 70056**

5-25-11

**Plaintiff or Representative**          **Date**

EXHIBIT Y-3

ERRATA SHEET

**Price, Dorothy**

31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

51. BAR CODE: **1258527**

103. HEALTH CARE PROVIDERS: **NONE REPORTED**

115. MEDICAL AUTHORIZATIONS: **ALREADY SUBMITTED**

117. PRIMARY CARE PHYSICIAN: **ALEADY ANSWERED**

121. PHARMACY: **ALREADY ANSWERED.**

_____        5-25-11
**Plaintiff or Representative**                        **Date**

EXHIBIT Y-4

ERRATA SHEET

**Price, Dorothy on behalf of Edward Baker**

31. AMOUNT OF CLAIM: **AMOUNT UNKNOWN**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

51. BAR CODE: **1258527**

103. DOCTORS: **REPRESENTATIVE DID NOT KNOW MEDICAL PROVIDERS FOR MR. BAKER.**

115. AUTHORIZATIONS: **WERE ALREADY SUBMITTED**

117 – 121. **REPRESENTATIVE DID NOT KNOW MEDICAL INFORMATION FOR MR. BAKER.**

_____          5-25-11
**Plaintiff or Representative**                    **Date**

EXHIBIT Y-5

# ERRATA SHEET

**Claimant Name: Betty Robertson**

**Claimant's Attorney: The Buzbee Law Firm**

**31. Amount of claim:**

Amount is unknown at this time.

**48. Manufacture:**

Pilgrim

**49. VIN:**

5L4TF3322763025729

**50. FEMA ID:**

Client is trying to locate these records.

**51. Barcode:**

Client is trying to locate these records.

**53. Move IN:**

January 2007

**54. Move Out:**

May 2008

**101. Tests Performed:**

Do not recall

**102. Diagnostic tests:**

Do not recall

**103. Doctor or health provider:**

Dr. Elizabeth Cain, Riverside Medical Center

**104. Psychological symptoms:**

Documents have been sent to the client. We will forward to your office once received.

**121. Each pharmacy, including addresses that has dispensed medication to during the last seven years:**

    None

---

5-25-11

**Plaintiff or Representative**                                          **Date**

EXHIBIT Z

Errata Sheet

**Scott, Curtis**

18. CLAIMING A DISEASE/ILLNES: **YES: HEADACHES, SINUS INFECTION**

21: DIAGNOSED WITH CANCER: **NO**

23. INJURY/DISEASE FIRST OCCURRED: **DECEMBER 2006**

24. SUFFER PRIOR TO LIVING IN TRAILER: **NO**

30. CLAIM FOR MEDICAL EXPENSES: **YES**

31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

32. ADDRESSES: **3659 ALMONASTER AVE. NEW ORLEANS, LA 70106**

   **2370 CHIPPEWA ST. NEW ORLEANS, LA 70130**

33. DRIVERS LICENSE: **LOUISIANA – 008863783**

34. DATE OF BIRTH: ▓▓▓▓▓▓▓ **1987**

35. SEX: **MALE**

44. ANY RELATIVE SUFFERING DISEASE/ILLNESS: **YES**

45. NAME/RELATION OF EACH: **PAMELA SCOTT, MOTHER. CURISSA DAVIS, SISTER.**

46. CLAIMING WRONGFUL DEATH: **NO**

48. MANUFACTURER: **PILGRIM**

49. VIN NUMBER: **CLIENT LOOKING FOR RECORDS.**

52. PROVIDED BY FEMA: **YES**

53. MOVE-IN: **MARCH 2006**

54. MOVE-OUT: **FEBRUARY 2008**

55. TRAILER ADDRESS: **2370 CHIPPEWA ST. NEW ORLEANS, LA 70126**

80-89. TOBACCO HISTORY: **CLIENT IS NOT AND HAS NEVER BEEN A USER OF TOBACCO PRODUCT**

_____        5-25-11
**Plaintiff or Representative**                    **Date**

EXHIBIT AA

ERRATA SHEET

**Price, Edward**

31. AMOUNT OF CLAIM: **AMOUNT IS UNKNOWN AT THIS TIME.**

48. MANUFACTURER: **PILGRIM**

49. VIN: **5L4TF332863021074**

50. FEMI ID: **931127910**

103. DOCTOR INFO: **Client has chronic asthma.  Cannot find**

115. AUTHORIZATIONS: **BECAUSE CLIENT CANNOT REMEMBER HEALTH CARE PROVIDERS, HE CANNOT EXECUTE THE AUTHORIZATIONS AS REQUESTED.**

_____          5-25-11
**Plaintiff or Representative**                       **Date**