UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case no. 10-1358, 10-2362

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition

to a motion be filed and served eight days prior to the noticed submission date.  No memorandum

in opposition to the "Nineteen (19) Plaintiffs' Motion for Time" (Rec. Doc. 20889), set for hearing

on June 1, 2011, was filed.  Further, it appears to the Court that this motion has merit.  Accordingly,

**IT IS ORDERED** that the "Nineteen (19) Plaintiffs' Motion for Time" (Rec. Doc. 20889)

should be and is hereby **GRANTED**.  Thus, the Court grants an additional 45 days in which to cure

deficiencies alleged by the Defendant as to the first seventeen (17) Plaintiffs listed to Exhibit "A"to

the instant motion and an additional 120 days in which to cure deficiencies alleged by the

Defendants as to Louis and Verlillian Evans.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date

this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition

memorandum to the original motion.  Because a motion for reconsideration would not have been

necessary had a timely opposition memorandum been filed, the costs incurred in connection with

the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.

See Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted

by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the

hearing of the motion for reconsideration.

New Orleans, Louisiana, this 1st day of June 2011.

_____

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**