# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                             MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION        SECTION "N-5"

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
*Melissa Manning, et al. v. CH2M Hill Constructors, Inc., et al.*
*Civil Action No. 10-2687*
**************************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and compliant with this Court's Order (Docket number 19899), hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against CH2M HILL CONSTRUCTORS, INC., and "unidentified parties" DEF CORPORATION, previously filed in these proceedings.  This dismissal in no way affects Plaintiffs' claims against the remaining defendants, Fleetwood or its insurers, Bechtel National, Inc., and the United States of America through the Federal Emergency Management Agency.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)