UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
*Thomas Smith v. Frontier RV, Inc., et al.,*
*Civil Action No. 10-2692*
**************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and compliant with this Court's Order (Docket number 19899), hereby give notice of Named Plaintiffs' voluntary dismissal without prejudice of claims asserted herein against CH2M HILL CONSTRUCTORS, INC., and "unidentified parties" ABC CORPORATION and DEF CORPORATION, previously filed in these proceedings. This dismissal in no way affects Plaintiffs' claims against the remaining defendants, Frontier RV, Inc., Bechtel National, Inc., and the United States of America through the Federal Emergency Management Agency.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
        FRANK J. D'AMICO, JR. (LSBA# 17519)