UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: "N"(5) |
| * | | |
| This Document Relates to: * | | JUDGE: ENGELHARDT |
| *Alleman, et al. v. Gulf Stream Coach, Inc., et al* * | | |
| Case No. 09-5390 * | | MAG: CHASEZ |

*************************************************************************

### GULF STREAM COACH, INC.'S RULE 12(b)(6) MOTION TO DISMISS THE CLAIMS OF PLAINTIFF, ALOZIA ST. JULIEN, AND TO STRIKE PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes defendant, Gulf Stream Coach, Inc., ("Gulf Stream") and, with a full reservation of rights, files this Federal Rule of Civil Procedure 12(b)(6) Motion to Strike Plaintiffs' First Supplemental and Amending Complaint for Damages and Dismiss the Claims of Plaintiff, Alozia St. Julien, for the reasons more clearly set forth in the attached Memorandum in Support.

**WHEREFORE,** defendant, Gulf Stream Coach, Inc., prays that this Honorable Court will dismiss the claims of newly added Plaintiff, Alozia St. Julien, and strike Plaintiffs' First Supplemental and Amending Petition, with prejudice, at plaintiffs' costs.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

/s/ Andrew Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com

00180558-1

1

jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, a copy of Gulf Stream's Rule 12(b)(6) Motion to Dismiss the Claims of Judy Noel and Strike Plaintiffs' Second Supplemental and Amending Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Andrew Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**

00180558-1

2