UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: " N"(5) |
| * | |
| This Document Relates to: * | JUDGE: ENGELHARDT |
| *Abrahms, et al. v. Gulf Stream Coach, Inc.,et al* * | |
| Case No. 09-5392 * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF GULF STREAM COACH, INC.'S
RULE 12(b)(6) MOTION TO DISMISS THE CLAIMS OF PLAINTIFF, JUDY NOEL,
AND TO STRIKE PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING
COMPLAINT FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who, with a full reservation of rights, files this Memorandum in Support of its Rule 12(b)(6) Motion to Strike Plaintiffs' Second Supplemental and Amending Complaint for Damages and Dismiss the Claims of Plaintiff, Judy Noel.

**I.     Background**

On or about August 03, 2009, Plaintiffs filed their Original Complaint for Damages entitled *"Abrahms, et al. v. Gulf Stream Coach, Inc. et al.,"* bearing Docket Number 09-5392 (the "Complaint"), in the United States Eastern District Court for the State of Louisiana.[1]

On January 27, 2011, Plaintiffs filed their Second Supplemental and Amending Complaint for Damages with this Court.[2] Plaintiffs attempt to add a new Plaintiff, Judy Noel, long after prescription deadlines and this Court's Pretrial Order deadlines concerning Plaintiff Matching have expired.

---

[1] *See* Case No. 09-5392, Rec. Doc. 1.
[2] *See* Case No. 07-1873, Rec. Doc. 20052

00178105-1          1

**II.     Law and Argument**

Federal Rule 12(b)(6) "speaks to the failure to state a claim upon which relief may be granted and encompasses dismissal on the basis of prescription." *Washington v. Allstate,* 901 F.2d 1281 (5th Cir. 1990); *Watermeier v. Continental Oil Co.,* 818 F.Supp 929 (E.D. La. 1993).

Plaintiffs' Second Supplemental and Amending Complaint attempts to add a new plaintiff, Judy Noel, to this lawsuit. Plaintiffs identify Judy Noel as a "Previously Identified Plaintiff" who was originally placed in an unmatched suit and was only recently able to identify her manufacturer.[3]

However, there is no record of Judy Noel being named as a Plaintiff in any suit filed in this Multi-District Litigation.[4] Furthermore, Plaintiffs fail to cite any evidence in support of their claim that Ms. Noel is a Previously Identified Plaintiff. Thus, because Ms. Noel has never been named as a Plaintiff in this MDL prior to this Supplemental Complaint filed in January of 2011, any claim Judy Noel may have had relating to this MDL is long since prescribed and Plaintiffs' attempt to add her to this litigation long after the fact is legally barred.

In addition, on May 27, 2009, this Court issued Pretrial Order #38 (Rec. Doc. #1596) which placed on each plaintiff the burden of identifying and naming the sole manufacture responsible for constructing the travel-trailer in which he or she was housed through the Federal Emergency Management Agency ("FEMA").  Likewise, on December 14, 2009, this Court issued Pretrial Order #53 (Rec. Doc. #10228) which again placed upon each plaintiff the burden of identifying and naming only those contractors involved with his or her unit.

On May 26, 2010, this Court issued Pretrial Order #68 (Rec. Doc. #14200) which

---

[3] *Id.* at para. 1-3
[4] A search on this Court's PACER system revealed that the only record of Judy Noel's participation in this MDL is being named as a plaintiff in this current Second Supplemental and Amending Complaint. There is no record of Judy Noel ever being named in a previous suit within the MDL.

ordered that all matching requests by plaintiffs should be received by FEMA by June 15, 2010. FEMA would be under no obligation to honor any requests received after this date. This order required all plaintiffs receiving responses to comply with all other Pretrial Orders - namely Orders #38 and #53 concerning the individual matching of manufacturer and contractor defendants to the correct plaintiff parties – by August 02, 2010.

This Second Supplemental and Amending Petition attempting to match a previously unnamed plaintiff to a lawsuit within this MDL was filed on January 27, 2011, over seven months past this Court's August 02, 2010, deadline. Thus, in addition to being prescriptively barred, Ms. Judy Noel's claims run afoul of this Court's pretrial orders and must be dismissed.

## III. Conclusion

Based on the foregoing, Defendant, Gulf Stream Coach, Inc., prays that this Honorable Court dismiss the claims of newly added Plaintiff, Judy Noel, and strike Plaintiffs' Second Supplemental and Amending Petition, with prejudice, at plaintiffs' costs.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

/s/ Andrew Weinstock

**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291

607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2011, a copy of Gulf Stream's Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss the Claims of Judy Noel and Strike Plaintiffs' Second Supplemental and Amending Complaint was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Andrew Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**