UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: " N"(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Abrahms, et al. v. Gulf Stream Coach, Inc.,et al* | * | |
| *Case No. 09-5392* | * | MAG: CHASEZ |

*******************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Rule 12(b)(6) Motion to Dismiss the claims of Plaintiff, Judy Noel, and to Strike Plaintiffs' Second Supplemental and Amending Complaint for Damages, is hereby set for the 29th day of June, 2011, at 9:30 a.m.

                                      Respectfully Submitted:

                                      **DUPLASS, ZWAIN, BOURGEOIS,**
                                      **PFISTER & WEINSTOCK**

                                      s/Andrew W. Weinstock
                                      _____
                                      **ANDREW D. WEINSTOCK #18495**
                                      **JOSEPH G. GLASS #25397**
                                        3838 N. Causeway Boulevard, Suite 2900
                                        Metairie, Louisiana 70002
                                        (504) 832-3700
                                        (504) 837-3119 (FAX)
                                        andreww@duplass.com
                                        jglass@duplass.com

00180584-1

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 6th day of June, 2011, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00180584-1