UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** § | **MDL NO. 1873** |
| **FORMALDEHYDE** § | |
| **PRODUCT LIABILITY LITIGATION** § | **SECTION "N-5"** |
| § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** § | |
| § | |
| *Najee Wells-Thompson, et al* § | |
| *v. Forest River, Inc., et al* § | **MAG. JUDGE CHASEZ** |
| Civil Action No. 09-6505 § | |

**ORDER ON PLAINTIFF'S, DAO NGUYEN, NOTICE OF
VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, DAO NGUYEN, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 6th day of June, 2011.

_____
HONORABLE KURT ENGELHARDT