UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER § | MDL NO. 1873 |
| FORMALDEHYDE § | |
| PRODUCT LIABILITY LITIGATION § | SECTION "N-5" |
| § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: § | |
| *Anthony Prima, et al* § | |
| *v. DS Corp. d/b/a CrossRoads RV, Inc.*§ | MAG. JUDGE CHASEZ |
| Civil Action No. 09-6940 § | |

### ORDER ON PLAINTIFFS', PATRICA WARD and TIMOTHY WINSLOW, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', PATRICA WARD and TIMOTHY WINSLOW, Notice of Voluntary Dismissal are hereby, and in all things GRANTED.

New Orleans, Louisiana, this 6th day of June, 2011.

_____
HONORABLE KURT ENGELHARDT