UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                    SECTION N(5)

                                                        JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO:
ALL CASES                                               MAGISTRATE CHASEZ

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

UNOPPOSED MOTION
TO DISMISS UNMATCHED PLAINTIFFS

**NOW INTO COURT,** through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), who hereby files this Unopposed Motion to Dismiss Unmatched Plaintiffs specifically enumerated in the Memorandum In Support filed herewith. CH2M HILL has inquired of opposing counsel regarding any opposition to its motion and opposing counsel has indicated that this Motion will not be opposed.

1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


/s/ Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com


**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.


/s/ Gerardo R. Barrios

2