UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION N(5)

                                              JUDGE ENGLEHARDT
THIS DOCUMENT RELATES TO:
All Cases                                     MAGISTRATE CHASEZ

  *   *   *   *   *   *   *   *   *   *   *   *   *

CH2M HILL CONSTRUCTORS, INC.'S
MEMORANDUM IN SUPPORT OF ITS UNOPPOSED
MOTION TO DISMISS FOR CONTINUED FAILURE TO MATCH

**MAY IT PLEASE THE COURT:**

In the course of this litigation, the Manufacturing and Contractor Defendants have filed a number of motions seeking dismissal of plaintiffs not matched to a single Manufacturing and Contractor Defendant. On January 24, 2011, having considered these motions and replies thereto, this Court granted these motions in part and denied them in part (Rec. Doc. 19899).

This Court denied various motions to dismiss without prejudice inasmuch as the Court decided to provide a final opportunity for plaintiffs to correct the error of having filed suit against defendants unrelated to the emergency housing unit in which they resided (*see* Rec. Doc. 19899 at pp. 2-6). Thus, the Court ordered:

> Plaintiffs have 20 days from the entry of this Order to rectify the pleadings in the above cases in order to place them in the proper posture, if necessary, (i.e., plaintiffs matched to a single manufacturer, contractor, etc.). This 20-day period shall NOT be extended. If this is not done within the time limit prescribed herein, Defendants may file a motion to dismiss for failure to comply with this Order.

Having diligently monitored and searched for pleadings sufficient to bring claims of the following plaintiffs into compliance with this Court's Order, and having found none, CH2M

1

HILL Constructors, Inc. ("CH2M HILL") submits this Motion to Dismiss the following plaintiffs who remain unmatched to a single contractor defendant. Pursuant to correspondence with the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC and attorneys Frank D'Amico, Jr. and Catherine Jacobs, this Motion to Dismiss is unopposed.

| EDLA Case Number | Name of Plaintiff |
| --- | --- |
| 09-4953 | Martin Bunch, Jr. |
| 09-4953 | Emile Gaudet, III |
| 09-4953 | Erin Gaudet |
| 09-4953 | B.T., Minor (Erin Gaudet) |
| 09-4953 | D.T., Minor (Erin Gaudet) |
| 09-4953 | Mary Elder |
| 09-4953 | Vileaner Horton |
| 09-4953 | Harry Whiting |
| 09-4953 | Gloria Jason |
| 09-4953 | Francis Long |
| 09-4953 | Vincent Martinez |
| 09-4953 | Jashawn Sanders |
| 09-4953 | Darrell Nedd |
| 09-4953 | Joshua Hooker |
| 09-5252 | Blake Bizzuto |
| 09-5252 | Catherine Buggage |
| 09-5252 | Rodney Davis |
| 09-5252 | Earl Desmond, Jr. |

| | |
|---|---|
| 09-5252 | Cayata Dixon |
| 09-5252 | Nicholas Hamilton |
| 09-5252 | Preston Hammler |
| 09-5252 | Desmen Hayes |
| 09-5252 | Norman Hernandez |
| 09-5252 | Quiana Horton |
| 09-5252 | D.S.Jr., Minor (Quiana Horton) |
| 09-5252 | L.D., Minor (Quiana Horton) |
| 09-5252 | Dorothy Johnson |
| 09-5252 | Alfred Johnson |
| 09-5252 | Denise Knight |
| 09-5252 | Lisa Knight |
| 09-5252 | James Lee, Jr. |
| 09-5252 | Patrick Maire |
| 09-5252 | Delriette McGee |
| 09-5252 | Tashika Morris |
| 09-5252 | Danielle Murchinson |
| 09-5252 | Daniel Murchinson |
| 09-5252 | Casey Nunez |
| 09-5252 | Colene Olsen |
| 09-5252 | Jovan Perique |
| 09-5252 | LaShonda Stack |
| 09-5252 | D.G., Minor (LaShonda Stack) |

| | |
|---|---|
| 09-5252 | E.J.C., Minor (LaShonda Stack) |
| 09-5252 | Yvette Thermond |
| 09-5252 | Brittney Tortorich |
| 09-5252 | Lonnie Vent |
| 09-5252 | Renee Walls |
| 09-5252 | D.W., Minor (Renee Walls) |
| 09-5252 | J.P., Minor (Renee Walls) |
| 09-5252 | Antoinette Washington |
| 09-5252 | Robbie Wiggins |
| 09-5252 | John Williams |
| 09-5252 | Imogene Alkinson |
| 09-5252 | Levon Atkinson |
| 09-5252 | Peter Bethley |
| 09-5252 | Wesley Broaden |
| 09-5252 | Reginald Brown |
| 09-5252 | Glen Brown |
| 09-5252 | David Calahan |
| 09-5252 | Maureen Carr |
| 09-5252 | Michael Carr |
| 09-5252 | S.C., Minor (Christian Carr) |
| 09-5252 | Milton Carr, Sr. |
| 09-5252 | Chris Davis |
| 09-5252 | Jeffrey Davis |

| | |
|---|---|
| 09-5252 | Leshawn Davis |
| 09-5252 | Floyd Davis |
| 09-5252 | Elston Davis |
| 09-5252 | Mamie Davis |
| 09-5252 | Herbert Davis, Sr. |
| 09-5252 | Simone Dennis |
| 09-5252 | Gladys DesDunes |
| 09-5252 | Donald Douglas |
| 09-5252 | Clarence Green |
| 09-5252 | Dominic Green |
| 09-5252 | C.G., Minor (Dominic Green) |
| 09-5252 | Rickey Hawkins |
| 09-5252 | Lamar Isidore |
| 09-5252 | Donald Johnson |
| 09-5252 | Michael Miller, Sr. |
| 09-5252 | Michael Morris |
| 09-5252 | David Perkins |
| 09-5252 | Tyrone St. Cyr |
| 09-5252 | George Wale, Deceased (Rose Wale) |
| 09-5252 | Jimmie Walker |
| 09-5252 | Louis Hogan, Jr. |
| 09-5252 | Debbie Massaline |
| 09-5252 | Julius Wright |

| | |
|---|---|
| 09-5252 | Joshua Hooker |
| 09-5336 | Tiffany James |
| 09-5336 | T.T., Minor (Amanda Thoulion) |
| 09-5336 | Audrianne James |
| 09-5336 | John Brooks, Jr. |
| 09-5336 | Arnika Arbuthnot |
| 09-5336 | Ernest Arbuthnot, Jr. |
| 09-5336 | Ernest Arbuthnot, Sr. |
| 09-5336 | Orleanto Arbuthnot |
| 09-5336 | C.A. Minor (Orleanto Arbuthnot) |
| 09-5336 | C.L., Minor (Orleanto Arbuthnot) |
| 09-5336 | I.L., Minor (Orleanto Arbuthnot) |
| 09-5336 | Charles Arbuthnot |
| 09-5336 | Maylene Arbuthnot |
| 09-5336 | Paul Davis |
| 09-5336 | Irma Louise Pitre, Deceased (Patricia Hiatt) |
| 09-5336 | Janice Bell |
| 09-8011 | Romalice Bowens |
| 09-8011 | P.A., Minor (Weldon Antoine, III) |
| 09-8011 | Joseph Augillard |
| 09-8011 | Shelton Belton |
| 09-8011 | Jenequia Bickham |
| 09-8011 | Kimberly Bickham |

| | |
|---|---|
| 09-8011 | Marie Blocker |
| 09-8011 | Willie Brown, V |
| 09-8011 | Emanuel Ducre, Deceased (Lora Buckler) |
| 09-8011 | A.B., Minor (Paula Burkhalter) |
| 09-8011 | Paula Burkhalter |
| 09-8011 | P.B.Jr., Minor (Paula Burkhalter) |
| 09-8011 | Calvin Burnell |
| 09-8011 | James Butler, IV |
| 09-8011 | Dolly Carter |
| 09-8011 | N.D., Minor (Kueyanna Clark) |
| 09-8011 | Ethel Coleman |
| 09-8011 | Chanta Dangerfield |
| 09-8011 | Michael Davis |
| 09-8011 | L.K.Jr., Minor (Michelle Davis) |
| 09-8011 | Vanessa Davis |
| 09-8011 | Walter Francis |
| 09-8011 | Wade Gaines |
| 09-8011 | Oscar Garcia, Sr. |
| 09-8011 | Maria Giles |
| 09-8011 | Sherri Green |
| 09-8011 | Bobby Hardy |
| 09-8011 | Derrick Harris |
| 09-8011 | Edmon Harris |

| | |
|---|---|
| 09-8011 | Della Hatcher |
| 09-8011 | Shannon Henderson |
| 09-8011 | A.M., Minor (Shannon Henderson) |
| 09-8011 | A.A., Minor (Tanesha Hill) |
| 09-8011 | Connie Jacobs |
| 09-8011 | K.C., Minor (Shontel Jefferson) |
| 09-8011 | Shontel Jefferson |
| 09-8011 | K.J., Minor (Shontel Jefferson) |
| 09-8011 | Wayne Johnson, Jr. |
| 09-8011 | Malika Johnson |
| 09-8011 | Carolyn Jones |
| 09-8011 | Marvin Jones |
| 09-8011 | Patrick LeBranch |
| 09-8011 | Sheleta LeBranch |
| 09-8011 | E.C., Minor (Wendy Long) |
| 09-8011 | Wendy Long |
| 09-8011 | P.R.IV., Minor (Wendy Long) |
| 09-8011 | James Martin |
| 09-8011 | D.M., Minor (Denise Matthews) |
| 09-8011 | D.M., Minor (Denise Matthews) |
| 09-8011 | Michael McGrew |
| 09-8011 | D.D., Minor (Joyce Merricks) |
| 09-8011 | D.D., Minor (Joyce Merricks) |

| | |
|---|---|
| 09-8011 | J.J., Minor (Kasey Mogilles) |
| 09-8011 | D.D., Minor (Christine Myels) |
| 09-8011 | Christine Myles |
| 09-8011 | K.N., Minor (Kimberly Nicholson) |
| 09-8011 | April Porter |
| 09-8011 | P.P., Minor (April Porter) |
| 09-8011 | I.R., Minor (Austin Reneau) |
| 09-8011 | Iarion Riculfy, Deceased (Sheila Riculfy) |
| 09-8011 | Brenda Riley |
| 09-8011 | Keith Riley |
| 09-8011 | Tenisha Sanchez |
| 09-8011 | Rosalie Sheffield |
| 09-8011 | Monica Simmons |
| 09-8011 | Denise Smith |
| 09-8011 | S.S., Minor (Lecia Smith) |
| 09-8011 | Wanda Smith |
| 09-8011 | A.M., Minor (Sommer McWeen) |
| 09-8011 | Dorsey Jordan, Deceased (Zandra Stewart) |
| 09-8011 | Demetria Taylor |
| 09-8011 | A.T., Minor (Sherri Thomas) |
| 09-8011 | Raphael Turner |
| 09-8011 | Neya Smith |
| 09-8011 | Roland Veal, Jr. |

| | |
|---|---|
| 09-8011 | David Washington |
| 09-8011 | M.W., Minor (Nadine Wells) |
| 09-8011 | Nadine Wells |
| 09-8011 | Eva White |
| 09-8011 | Juan White |
| 09-8011 | Lionel Williams, Jr. |
| 09-8011 | R.F.III, Minor (Bridgette Williams) |
| 09-8011 | Ceralann Williams |
| 09-8011 | Clarence Williams |
| 09-8011 | Ora Williams, Deceased (Milton Lund) |
| 09-8011 | A.W., Minor (Regina Williams) |
| 09-8011 | Elaine Perkins, Deceased (Clyde Wilson) |
| 09-8011 | Winton Wilson |
| 10-579 | Sharrie Anderson |
| 10-579 | La'Baron Barnes |
| 10-579 | Joshua Barnes |
| 10-579 | Veronda Barnes |
| 10-579 | Jasmine Barnes |
| 10-579 | Demetres Dupree |
| 10-579 | Mary Fountain |
| 10-579 | Timothy Fountain |
| 10-579 | Mary H. Hill |
| 10-579 | Hattie Joseph |

| | |
|---|---|
| 10-579 | Benny Moore |
| 10-579 | Erica Parker |
| 10-579 | Titus Parker |
| 10-579 | Raymond Parker, Jr. |
| 10-579 | Shameka Richardson |
| 10-579 | Reginald Williams |
| 10-579 | DeReginald Williams |
| 10-579 | Kenneth M. Jenkins |
| 10-2603 | Mary Ann DeJong |
| 10-2603 | D.L.M., Minor (Mary Ann DeJong) |

**WHEREFORE**, CH2M HILL Constructors, Inc. prays that the above named plaintiffs be dismissed from this multi-district litigation with prejudice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

/s/ Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com


**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/ Gerardo R. Barrios  
GERARDO R. BARRIOS