# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The foregoing Unopposed Motion to Dismiss Unmatched Plaintiffs filed by defendant CH2M Hill Constructors, Inc., having been duly considered,

IT IS ORDERED that the Unopposed Motion to Dismiss Unmatched Plaintiffs be and is hereby granted.

New Orleans, Louisiana, this ____ day of June, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**