UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sylvia Brown, et al. v. Alliance Homes, Inc., et al* (E.D. La. Suit No. 09-4953) | * | MAGISTRATE CHASEZ |

*********************************************

## PRETRIAL ORDER NO. 10 CERTIFICATE OF CONFERENCE

In accordance with Pretrial Order No. 10, on June 6, 2011, undersigned counsel contacted counsel for the plaintiff to determine whether Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process is opposed. Palmer Lambert, counsel for the plaintiffs, has advised that the plaintiffs do not oppose this motion.

Baton Rouge, Louisiana, this 7th day of June, 2011.

                                          */s/ Amanda S Stout*
                                              Amanda S. Stout