UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Tiffany James, et al. v. Alliance Homes, Inc., et al* (E.D. La. Suit No. 09-5336) | * | MAGISTRATE CHASEZ |

*********************************************

## ORDER

Considering Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s Unopposed Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process:

IT IS ORDERED that the motion is GRANTED and the plaintiffs' claims against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed.

_____
Hon. Kurt D. Engelhardt
U.S. District Court
Eastern District of Louisiana