UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | *  MDL NO. 1873<br>*<br>*<br>*<br>*<br>*  **JUDGE ENGELHARDT**<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Wayne Anderson, et al. v. Alliance Homes, et al*<br>**(E.D. La. Suit No. 09-5252)** | *  MAGISTRATE CHASEZ<br>* |

**************************************

## UNOPPOSED RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), appearing exclusively for the purpose of objecting to service, respectfully move this Court, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, to dismiss the plaintiffs' claims against Morgan on the grounds that the plaintiffs have failed to serve Morgan in compliance with Federal Rules of Civil Procedure 4.  Counsel for the plaintiffs has advised that the plaintiffs do not oppose this motion.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. and MORGAN BUILDING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I certify that, on June 7, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout