# RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

EUGENE J. WHITE, ET AL )
)
*Plaintiff* )
v. )          Civil Action No. **10-3827**
GULF STREAM COACH, ET AL )          **SECT. N MAG5**
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
Through the United States Attorney General,
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 W. Judge Perez Drive
Chalmette, LA 70043
(504) 271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*          Loretta G. Whyte

*Signature of Clerk or Deputy Clerk*

Date:     Oct 20 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3837

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*  U.S.A., through U.S. Attorney General,

Hon. Eric H. Holder, Jr. _____ on *(date)* ___04/03/2011___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  U.S. Certified Mail #7009 2820 0004 3570 4825

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___06/07/2011___ 

_____
*Server's signature*

___David C. Jarrell, Attorney at Law___
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ | A. Signature<br><br>X | ☐ Agent<br>☐ Addressee |
|  | *ne)* | C. Date of Delivery |
| 1  The United States of America<br>Through The United States Attorney General,<br>Hon. Eric H. Holder, Jr.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | *from Item 1?* ☐ Yes<br>*ess below:* ☐ No<br><br>APR 03 2011 | |
|  | 3.  Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
|  | 4.  Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2.  Article Number<br>*(Transfer from service label)* | 7009 2820 0004 3570 4825 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**O F F I C I A L   U S E**

7009 2820 0004 3570 4825

| Postage | $ |
|---|---|
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |

4-22-11
Postmark
Here

The United States of America
Through The United States Attorney General,
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions