AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JUNE J. BAILEY, ET AL. | ) | **RETURN** |
| _Plaintiff_ | ) | **10-3486** |
| v. | ) | Civil Action No. |
| CAVALIER HOME BUILDERS, LLC. ET AL | ) | |
| _Defendant_ | ) | **SECT. N MAG. 5** |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ The United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Sidney D. Torres, III APLC
Roberta L. Burns, Esq.
8301 W. Judge Perez Drive Ste. 303
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_  **Loretta G. Whyte**

Date: **Oct 14 2010**

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3486

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*  U.S.A., through U.S. Attorney for the EDLA,

Jim Letten                                               on *(date)*    11/01/2010    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                               , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                               , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                               on *(date)*                    ; or

☐ I returned the summons unexecuted because                                               ; or

☑ Other *(specify):*  U.S. Certified Mail #7010 0780 0002 2435 3291


My fees are $                 for travel and $                 for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/07/2011

                                    *Server's signature*

                        David C. Jarrell, Attorney at Law
                              *Printed name and title*

                        Law Offices of Sidney D. Torres, III
                        8301 West Judge Perez Drive, Suite 303
                              Chalmette, LA 70043
                                *Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.

The United States of America
Through the Office of U.S. Attorney for the Eastern
District Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

ant from item 1?  ☐ Yes
dress below:      ☐ No

☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*      7010 0780 0002 2435 3291

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| Postage | $ | |
| Certified Fee | | 10/28/10 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |

The United States of America
Through the Office of U.S. Attorney for the
District Through Jim Letten, United States
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, LA 70130

7010 0780 0002 2435 3291