MINUTE ENTRY
ENGELHARDT, J.
June 2, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

　　　A pre-trial conference was conducted on Thursday, June 2, 2011, at 9:30 a.m. Participating were Andrew D. Weinstock, Joe Glass, Robert C. Hilliard, Chris Pinedo and John Stewart Tharp. Also in attendance were Magistrate Judge Karen Roby and her law clerk Shawna Castells.

JS10(1:10)