**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

CHARLENE BLANCHARD, ET AL )
　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　*Plaintiff*　　　　　　　　　　　 )
　　　　　　　v.　　　　　　　　　　　　　　　 )　Civil Action No. 10-3964
CAVALIER HOME BUILDERS, LLC, ET AL  )　SECT.N MAG5
　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　*Defendant*　　　　　　　　　　 )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　The United States of America
　　　　　　　　　　　　　　　　　　　Through the Office of the U.S. Attorney for the Eastern District of Louisiana
　　　　　　　　　　　　　　　　　　　Through Jim Letten, United States Attorney
　　　　　　　　　　　　　　　　　　　Hale Boggs Federal Building
　　　　　　　　　　　　　　　　　　　500 Poydras Street, Suite B-210
　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　David C. Jarrell, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Sidney D. Torres, III
　　　　　　　　　　　　　　　　　　　　　　　　Torres Park Plaza, Suite 303
　　　　　　　　　　　　　　　　　　　　　　　　8301 W. Judge Perez Dr.
　　　　　　　　　　　　　　　　　　　　　　　　Chalmette, LA 70043
　　　　　　　　　　　　　　　　　　　　　　　　(504) 271-8422

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Loretta G. Whyte**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: October 21, 2010　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3964

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* U.S.A., through U.S. Attorney for the EDLA, Jim Letten _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S. Certified Mail #7009 2820 0004 3570 4221


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/07/2011

*Server's signature*

David C. Jarrell, Attorney at Law
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| 1. The United States of America<br>Through the Office of the U.S. Attorney for the Eastern<br>District of Louisiana Through Jim Letten, U.S. Attorney<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-120<br>New Orleans, Louisiana 70130 | B. Received by (Printed Name) | C. Date of Delivery |
| | nt from item 1? ress below: | ☐ Yes<br>☐ No |
| | 3. ☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 2820 0004 3570 4221 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)

Postmark Here: 1-5-11

The United States of America
Through the Office of the U.S. Attorney for the Easte
District of Louisiana Through Jim Letten, U.S. Attorn
Hale Boggs Federal Building
500 Poydras Street, Suite B-120
New Orleans, Louisiana 70130

7009 2820 0004 3570 4221

PS Form 3800, August 2006    See Reverse for Instructions