UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  SECTION N(5)

JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO:
ALL CASES  MAGISTRATE CHASEZ

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

The foregoing Unopposed Motion to Dismiss Unmatched Plaintiffs filed by defendant CH2M Hill Constructors, Inc., having been duly considered,

IT IS ORDERED that the Unopposed Motion to Dismiss Unmatched Plaintiffs be and is hereby granted.

New Orleans, Louisiana, this 7th day of June, 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE