**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| WARREN PETER GABRIEL, ET AL. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. **10-3838** |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) ) | |
| *Defendant* | ) | SECT.N MAG5 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
Through the United States Attorney General,
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*CLERK OF COURT*

Oct 20 2010

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3838

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* U.S.A., through U.S. Attorney General, Hon. Eric H. Holder, Jr. _____ on *(date)* 12/14/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S. Certified Mail #7001 2510 0001 8537 8721

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/07/2011

*Server's signature*

David C. Jarrell, Attorney at Law
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

A. Signature
X  ☐ Agent  ☐ Addressee

(Name)  C. Date of Delivery

erent from item 1? ☐ Yes
address below: ☐ No

DEC 14 2010

The United States of America
through the United States Attorney General
Hon Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0001 8537 8721

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee

Postmark Here: 12-1-10

7001 2510 0001 8537 8721

The United States of America
through the United States Attorney General
Hon Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

PS Form 3800, January 2001   See Reverse for Instructions