AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| EVAMARIE S. HALL, ET AL. ) | |
| *Plaintiff* ) | Civil Action No. 10-3806 |
| v. ) | |
| CAVALIER HOME BUILDERS, LLC. ET AL. ) | SECT. N MAG. 5 |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
Hon. Eric H. Holder, Jr.
U.S. Department of Justice
950 Pennysvania Ave, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III APLC
8301 W. Judge Perez Drive Ste. 303
Chalmette, LA 70043
Ph: 504-271-8422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: Oct 20 2010

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3806

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* U.S.A., through U.S. Attorney General, Hon. Eric H. Holder, Jr. _____ on *(date)* 01/10/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: U.S. Certified Mail #7010 0780 0002 2426 7284


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/07/2011

_____
*Server's signature*

David C. Jarrell, Attorney at Law
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

The United States of America
Through the United States Attorney General
Hon. Eric H. Holder Jr.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

JAN 10 2010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

C. Date of Delivery

nt from item 1? ☐ Yes
ress below:   ☐ No

Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7010 0780 0002 2426 7284

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)

Postmark Here   12-30-10

7010 0780 0002 2426 7284

The United States of America
Through the United States Attorney General
Hon. Eric H. Holder Jr.
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

PS Form 3800, August 2006   See Reverse for Instructions