## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Ray Charles, et al. v. Morgan Buildings and Spas,* | * | MAGISTRATE CHASEZ |
| *Inc., et al* (E.D. La. Suit No. 09-8438) | * | |

*********************************************

### PRETRIAL ORDER 10 CERTIFICATE OF CONFERENCE

In accordance with Pretrial Order 10, on June 6, 2011, undersigned counsel contacted counsel for the plaintiff to determine whether Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process is opposed.  At the time of the filing of this motion, undersigned counsel has not received a response from plaintiff's counsel.

Baton Rouge, Louisiana, this 7th day of June, 2011.

*/s/ Amanda S Stout*
Amanda S. Stout

382552.1

1