UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *Jimmie Dyson, et al. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 10-2519) | | MAGISTRATE CHASEZ |

**************************************

## RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Defendant, Morgan Buildings & Spas, Inc. (Morgan), appearing exclusively for the purpose of objecting to service, respectfully moves this Court, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, to dismiss the plaintiff's claims against Morgan on the grounds that the plaintiff has failed to serve Morgan in compliance with Rule 4 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

## **CERTIFICATE OF SERVICE**

      I certify that, on June 7, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

                              */s/ Amanda S. Stout*
                               Amanda S. Stout