**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Jimmie Dyson, et al. v. Morgan Buildings and Spas,* | * | MAGISTRATE CHASEZ |
| *Inc., et al* (E.D. La. Suit No. 10-2519) | * | |

**************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Morgan Buildings & Spas, Inc. will bring for hearing its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process at 9:30 a.m. on June 29, 2011, at the United States Court for the Eastern District of Louisiana.  Pursuant to Uniform Local Rule 78.1E, this motion will be heard without the benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,


*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC.

382558.1