AO 440 (Rev. 12/09) Summons in a Civil Action

**RETURN**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JONELLE KARCHER, o/b/o A.K., ET AL. ) | |
| Plaintiff ) | Civil Action No. 10-3837 |
| v. ) | SECT. N MAG 5 |
| CAVALIER HOME BUILDERS, LLC, ET AL ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Oct 20 2010

Date: _____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3837

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* U.S.A., through U.S. Attorney for the EDLA, Jim Letten on *(date)* 12/03/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* U.S. Certified Mail #7009 0820 0000 5884 3501

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/07/2011

_____
*Server's signature*

David C. Jarrell, Attorney at Law
*Printed name and title*

Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
*Server's address*

Additional information regarding attempted service, etc:

