IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

Section "N" (5)

This document relates to
CA 10-3854; Kenneth Alexander Miller, et al. v.
Lakeside Park Homes, Inc., et al.
Plaintiff (1)

Judge Kurt D. Engelhardt
Magistrate Alma L. Chasez

## AGBAYANI CONSTRUCTION CORPORATION'S MOTION TO DISMISS DUPLICATE LAWSUIT OF KENNETH ALEXANDER MILLER

Defendant Agbayani Construction Corporation ("Agbayani") moves to dismiss the duplicate lawsuit brought by Plaintiff, Kenneth Alexander Miller, as follows:

On October 15, 2010, a case numbered and styled Civil Action No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.* (the "*Conrad* lawsuit") was filed in the Eastern District of Louisiana FEMA Trailer Formaldehyde Products Liability Litigation. In the *Conrad* lawsuit, Plaintiff Kenneth Alexander Miller was identified as Plaintiff No. 13 on Exhibit A to Plaintiffs' Amending Complaint, which listed all claimants and their addresses. In that lawsuit, Kenneth Alexander Miller brings claims against Lakeside Park Homes, Inc. as the Manufacturing Defendant, Agbayani Construction Corporation as the Contractor Defendant, North American Catastrophe Services as the Insuring Defendant, and the United States of America. The law firm representing Mr. Miller in the *Conrad* lawsuit is The Law Offices of Sidney D. Torres, III, located in Chalmette, Louisiana. *See* Exhibit "A" (Excerpts from *Conrad* Complaint).

On October 15, 2010, a case numbered and styled Civil Action No. 10-3854; *Kenneth Alexander Miller, et al. v. Lakeside Park Homes, Inc., et al.* (the "*Miller* lawsuit") was filed in the Eastern District of Louisiana. In the *Conrad* lawsuit, Plaintiff Kenneth Alexander Miller was identified as Plaintiff No. 1 on Exhibit A to Plaintiffs' Amending Complaint. In that lawsuit, Kenneth Alexander Miller brings claims against Lakeside Park Homes, Inc. as the Manufacturing Defendant, Agbayani Construction Corporation as the Contractor Defendant, North American Catastrophe Services as the Insuring Defendant, and the United States of America. The law firm representing Mr. Miller in the *Conrad* lawsuit is The Law Offices of Sidney D. Torres, III, located in Chalmette, Louisiana. *See* Exhibit "B" (Excerpts from *Miller* Complaint).

The Kenneth Alexander Miller who is listed as Plaintiff No. 13 in the *Conrad* lawsuit is the same person as the Kenneth Alexander Miller who is listed as Plaintiff No. 1 in the *Miller* lawsuit. Mr. Miller brings the same claims against Agbayani Construction Corporation in the *Conrad* lawsuit as the claims he brings in the *Miller* lawsuit, against the same defendants: claims for negligence and claims under the Louisiana Products Liability Act. Further, Mr. Miller is seeking damages for the same injury: injuries caused by exposure to formaldehyde from the particle board in the trailer. The pleadings of both lawsuits are virtually identical.

Defendant inquired about another duplicative lawsuit filed on behalf of Mr. Miller's wife, Debra Ann Miller, who is also a plaintiff in the *Conrad* lawsuit, and asked that Plaintiff dismiss one of those duplicate lawsuits, as indicated by the attached correspondence. *See* Exhibit "C". Plaintiffs' counsel has offered no explanation for the filing of the duplicate lawsuit involving Debra Ann Miller, except that the trailer occupied by Ms. Miller, and her husband Kenneth and

family, was set up in two different locations in Louisiana and that, presumably, this fact gave Plaintiff the grounds to file duplicate lawsuits. *See* Exhibit "D."

Because Plaintiff has filed duplicate lawsuits on behalf of Kenneth Alexander Miller with identical allegations, causes of action and defendants, and has offered no valid explanation as to why it has filed duplicate lawsuits, the Court should dismiss the claims of Mr. Miller in the *Miller* lawsuit pursuant to the "first to file" rule articulated in *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist LEXIS 1148 (Jan. 7, 2009).

WHEREFORE, Defendant Agbayani Construction Corporation prays that the Court dismiss this lawsuit, and prays for such other and further relief, in law or in equity, to which the Agbayani Construction Corporation may be justly entitled.

Respectfully submitted,

*/s/ Janet R. MacDonell*
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

Of counsel:

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system and is being served on plaintiff's counsel via email and/or facsimile.

Janet L. MacDonell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 10-3854; Kenneth Alexander Miller, et al. v.<br>Lakeside Park Homes, Inc., et al.<br>Plaintiff (1) | Judge Kurt D. Engelhardt<br>Magistrate Alma L. Chasez |

### AGBAYANI CONSTRUCTION CORPORATION'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO DISMISS DUPLICATE LAWSUIT OF KENNETH ALEXANDER MILLER

Defendant Agbayani Construction Corporation ("Agbayani") files this Memorandum of Authorities in Support of Motion to Dismiss Duplicate Lawsuit of Plaintiff, Kenneth Alexander Miller, as follows:

### I.

Plaintiff Kenneth Alexander Miller has filed duplicate lawsuits for injuries caused by alleged exposure to formaldehyde in conjunction with the mobile home unit provided to him after Hurricane Katrina, and involving identical facts, claims, and defendants. Agbayani incorporates by reference herein its Motion to Dismiss Duplicate Lawsuit of Kenneth Alexander Miller.

In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id.* The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which

may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest*, 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009).

Because Plaintiff has filed two lawsuits on behalf of Kenneth Alexander Miller with identical allegations, causes of action and defendants, and has offered no valid explanation as to why it has filed duplicate lawsuits, the Court should dismiss the claims of Mr. Miller in the *Miller* lawsuit under the "first to file" rule, as the *Miller* lawsuit was assigned a later cause number.

WHEREFORE, Defendant Agbayani Construction Corporation prays that the Court dismiss this lawsuit, and prays for such other and further relief, in law or in equity, to which the Agbayani Construction Corporation may be justly entitled.

Respectfully submitted,

Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

Of counsel:

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system and is being served on plaintiff's counsel via email and/or facsimile.

_____
Janet L. MacDonell