UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *Andrew Williams, Jr.. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 09-5452) | | MAGISTRATE CHASEZ |

**********************************************

## PRETRIAL ORDER NO. 10 CERTIFICATE OF CONFERENCE

In accordance with Pretrial Order No. 10, on June 6, 2011, undersigned counsel contacted counsel for the plaintiff to determine whether Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process is opposed. Counsel for the plaintiff has advised that the plaintiff opposes this motion.

Baton Rouge, Louisiana, this 8th day of June, 2011.

                                        */s/ Amanda S Stout*
                                          Amanda S. Stout