```
MINUTE ENTRY
CHASEZ, M.J.
JUNE 6, 2011
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)

A telephone conference was held this date to address a discovery-related issue that has arisen in this matter. Participating were:

> Robert Hilliard
> Andy Weinstock
> Stewart Tharp

The re-deposition of Dr. Sarrat is limited to two (2) hours.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:10)