UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Wayne Anderson, et al. v. Alliance Homes, et al*<br>(E.D. La. Suit No. 09-5252) | * MAGISTRATE CHASEZ<br>* |

**********************************************

## ORDER

Considering Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s Unopposed Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process:

IT IS ORDERED that the motion is GRANTED and the plaintiffs' claims against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed.

New Orleans, Louisiana 6/8/11

_____
Hon. Kurt D. Engelhardt
U.S. District Court
Eastern District of Louisiana

382460.1

1

382460.1

1