UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                 SECTION "N" (5)
THIS DOCUMENT RELATES TO:
*Lucille Margaret Arcement, et al. vs.*
*American International Group, Inc., et als.*
**No. 10-3539**

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND
AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the referenced matter who, for reasons more fully set forth in the attached memorandum, respectfully move this Honorable Court for Leave to supplement and amend their Original Amending Complaint for Damages in the referenced matter, ***Lucille Margaret Arcement, et al. vs. American International Group, Inc., et als.***, **No. 10-3539**.

Plaintiffs represent that the attached First Supplemental and Amended Complaint for Damages should be filed in order to substitute the correct no-bid contractor defendant, **FLUOR ENTERPRISES, INC**., for CH2M HILL, Inc. which was incorrectly named in the body of the complaint. **FLUOR ENTERPRISES, INC**. was actually correctly identified in the caption of the original Amending Complaint, as well as in the attached exhibit identifying the parties plaintiff and defendant, and in the service information.

No answer has been filed in the underlying matter, and counsel for FLUOR ENTERPRISES, INC. has been consulted on the instant Motion and does not oppose its filing. Therefore, no undue prejudice will result in allowing the attached First Supplemental and

Amending Complaint for Damages to be filed, particularly since no trial date has yet been scheduled.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File the attached First Supplemental and Amended Complaint for Damages, substituting the correct no-bid contractor defendant, **FLUOR ENTERPRISES, INC**., for CH2M HILL, Inc. which was incorrectly named in the body of the original Amending Complaint.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:   s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        **Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/ Roberta L. Burns
    ROBERTA L. BURNS