UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Lucille Margaret Arcement, et al. vs.*
*American International Group, Inc., et als.*
**No. 10-3539**

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on October 13, 2010 (Rec Doc. 1).

Plaintiffs supplement and amend the original, underlying Amending Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing and amending **Section I.** (Parties), paragraph 8 of the Original Amending Complaint for Damages by substituting the correct no-bid contractor defendant, **FLUOR ENTERPRISES, INC.**, for CH2M HILL, Inc. which was incorrectly named in the body of the complaint:

> "8.    **Fluor Enterprises, Inc.** ("Fluor"), a California corporation with its principal place of business in Irving, Texas, licensed to do business in the State of

1

Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Amending Complaint for Damages in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:<u>     s/ Roberta L. Burns          </u>
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 W. Judge Perez Drive
    Suite 303
    Chalmette, Louisiana 70043
    Telephone: (504) 271-8421
    **Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   and

2. **The United States of America**
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

3. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

4. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot, Esq.
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood
   Dallas, TX 75201

6. **North American Catastrophe Services, Inc.**
   Through its Agent for Service of Process
   Brenda J. Anderson
   620 Dijon Drive
   Melbourne, FL 32937

**PLEASE WITHHOLD SERVICE UPON:**
American International Group, Inc.
American International Specialty Lines Ins. Co.
Gibraltar Insurance Company
Starr Excess Liability Insurance Company, Ltd.