# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**MDL NO. 1873**

**IN RE: FEMA TRAILER**
      **FORMALDEHYDE PRODUCTS**
      **LIABILITY LITIGATION**

**JUDGE ENGELHARDT**

**This document relates to:**
***Bradburn, No. 10-3422***

**MAG. JUDGE CHASEZ**

## MOTION TO DISMISS FOR FAILURE TO
## COMPLY WITH PTO 2 AND 32

Defendant Keystone RV Company, improperly named as Keystone
Industries, Inc., moves this Court to enter an order dismissing the claims of
plaintiffs **Jesse Acker, Tanya Badon, Bluffaid Bradburn, Jeanie Bradburn,
Donna Farvre, Gerald Farve, Amber Galloway, Gracie Galloway, Tramaine
Galloway, Richard Henson, Vernell Hoda, Kendall Hughes, Kameron K.
Kincaid, Karlos Kincaid, Ear Ladner, Janet Ladner, Rachel Mannion,
Bridgit C. Miller, Brooke A. Miller, Frank Miller, Taylor A. Miller, Annell
Murry, Bernard Murry, Jr., Bernard Murry Sr., Thomas Musgrove, Karen
Musgrove, My Nguyen, Quoc Nguyen, Thanh Nguyen, Clara Powell, Bailey
K. Proulx, Brennan M. Proulx, Logan Seal, Robert Seal, Bobby Vo, Brad Vo,
Brian, Vo, Sanh Vo, Frank J. White and Miriam White**.  As explained more

fully in the supporting memorandum submitted with this motion, these plaintiffs have failed to comply with PTO Nos. 2 and 32 because they have not cured the deficiencies in their fact sheets within the 30-day deadline for doing so.

In support of this motion, Keystone RV Company Inc. submits the following exhibits:

| Exhibit | Description |
|---------|-------------|
| A | December 9, 2010 Deficiency Letter to Langston & Lott |
| B | January 10, 2011 Response to Deficiency Letter from Langston & Lott |

Counsel for Keystone RV Company has contacted counsel for the plaintiffs to obtain consent for filing of this motion. Although he responded promptly, counsel for the plaintiffs indicated that his client was not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Keystone RV Company, improperly named as Keystone Industries, Inc., moves that the Court grant its motion and dismiss the claims of the plaintiff listed above, with prejudice.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard

Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
       -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT,**
**CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company.***

Date:  June 10, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0733340.1}