UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>**This document relates to:**<br>***Bradburn, No. 10-3422*** | MDL NO. 1873<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS FOR FAILURE TO**
**COMPLY WITH PTO 2 AND 32**

Defendant Keystone RV Company, improperly named as Keystone Industries, Inc., a defunct entity, has filed a motion to dismiss the claims of plaintiffs **Jesse Acker, Tanya Badon, Bluffaid Bradburn, Jeanie Bradburn, Donna Farvre, Gerald Farve, Amber Galloway, Gracie Galloway, Tramaine Galloway, Richard Henson, Vernell Hoda, Kendall Hughes, Kameron K. Kincaid, Karlos Kincaid, Ear Ladner, Janet Ladner, Rachel Mannion, Bridgit C. Miller, Brooke A. Miller, Frank Miller, Taylor A. Miller, Annell Murry, Bernard Murry, Jr., Bernard Murry Sr., Thomas Musgrove, Karen Musgrove, My Nguyen, Quoc Nguyen, Thanh Nguyen, Clara Powell, Bailey K. Proulx, Brennan M. Proulx, Logan Seal, Robert Seal, Bobby Vo, Brad Vo, Brian, Vo, Sanh Vo, Frank J. White and Miriam White.** As explained below,

these plaintiffs have failed to comply with PTO Nos. 2 and 32 because they have not cured all the deficiencies in their fact sheets within the 30-day deadline for doing so.

## BACKGROUND

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. On January 30, 2008 the Court issued PTO No. 2, describing procedures for various case management issues.

PTO No. 2 introduced the "Plaintiff Fact Sheet" (PFS), which would serve as the substitute for the initial rounds of Interrogatories and Requests for Production of Documents in a standardized and simple form.[1] The order also established a process for "curing" these fact sheets when a particular plaintiff failed to provide one or more responses in his or her fact sheet.

Outlining the curing process, the PTO No. 2 stated that when any plaintiff failed to materially comply with the obligation to submit a completed PFS within the timelines established, counsel for the defendants was to send the plaintiffs' counsel a letter explaining the material deficiency in the PFS.[2] The letter would specifically list each alleged material deficiency, and state that the defendants would seek dismissal if the plaintiff failed to cure the deficiencies in his or her PFS within 30 days.[3]

---

[1] Rec. Doc. No. 87.

[2] *Id.* at p. 8-9.

[3] *Id.*

On March 18, 2009, the Court amended Pre-Trial Order No. 2 with PTO No. 32 as to the issue of these fact sheets.[4]  Due to the large number of cases being filed in the summer of 2009, PTO No. 32 provided new deadlines for the provision of the sheets. PTO No. 32 also retained the same curing procedure as was set forth in PTO No. 2.

The plaintiffs listed above have failed to comply with the deficiency and curing procedures set out in these two orders.

## LAW AND ARGUMENT

Here, Defendant Keystone RV Company respectfully submits that the plaintiffs identified above, **Jesse Acker, Tanya Badon, Bluffaid Bradburn, Jeanie Bradburn, Donna Farvre, Gerald Farve, Amber Galloway, Gracie Galloway, Tramaine Galloway, Richard Henson, Vernell Hoda, Kendall Hughes, Kameron K. Kincaid, Karlos Kincaid, Ear Ladner, Janet Ladner, Rachel Mannion, Bridgit C. Miller, Brooke A. Miller, Frank Miller, Taylor A. Miller, Annell Murry, Bernard Murry, Jr., Bernard Murry Sr., Thomas Musgrove, Karen Musgrove, My Nguyen, Quoc Nguyen, Thanh Nguyen, Clara Powell, Bailey K. Proulx, Brennan M. Proulx, Logan Seal, Robert Seal, Bobby Vo, Brad Vo, Brian, Vo, Sanh Vo, Frank J. White and Miriam White,** have failed to comply with PTO Nos. 2 and 32, and therefore, this Court should dismiss their claims.

---

[4] Rec. Doc. No. 1180.

{B0733262.1}                                       3

Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases.[5]

Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the Fifth Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice.[6]

Here, among others, Keystone RV Company received fact sheets for the above-referenced plaintiffs. These fact sheets are the subject of this motion to dismiss.

Keystone RV Company reviewed the fact sheets from these plaintiffs, and then on December 9, 2010, sent a deficiency letter outlining the problems with the fact sheets.[7]

---

[5] *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188, 1190 (5th Cir. 1992); *Colle v. Brazos County, Tex.*, 981 F.2d 237,242 (5th Cir. 1993).

[6] *Wren v. American Cast Iron Pipe Co.*, 575 F. 2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping, Ltd.*, 504 F. 2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1215 (5th Cir. 1970).

[7] Keystone has attached a copy of its deficiency letter, dated December 9, 2010, as Exhibit "A" to its motion to dismiss.

On January 10, 2011, the plaintiffs' counsel made an attempt to cure the deficiencies identified by Keystone.[8] While the January 10th letter provided some information, the plaintiffs' counsel indicated for many of the items for each of the listed plaintiffs that his "[c]lient has not responded to our inquiries regarding the section referenced," leaving the plaintiffs' counsel unable to provide the information requested. Thus, each of the PFS for the plaintiffs listed above is still deficient in many respects.

Based on these deficiencies and the plaintiffs' failure to cure them, Keystone RV Company requests that the Court enter an order dismissing the claims brought by these plaintiffs. As it prepares for additional litigation, evaluates the possibility of settlement, and analyzes other issues concerning the progress of this lawsuit, Keystone RV Company must be able to obtain information about those who make allegations against it.

The Plaintiff Fact Sheet serves as the best way to acquire such information, as the sheet acts as the initial round of discovery responses. Without this simulated discovery response, Keystone RV Company is significantly prejudiced, and there is good cause for the Court to discontinue any potential for further prejudice against Keystone RV Company.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), Defendant Keystone RV Company moves that the Court grant its motion and dismiss the claims of plaintiffs **Jesse Acker, Tanya Badon, Bluffaid Bradburn,**

---

[8] *See* Exhibit "B" (December 29, 2010 letter from Langston & Lott law firm).

**Jeanie Bradburn, Donna Farvre, Gerald Farve, Amber Galloway, Gracie Galloway, Tramaine Galloway, Richard Henson, Vernell Hoda, Kendall Hughes, Kameron K. Kincaid, Karlos Kincaid, Ear Ladner, Janet Ladner, Rachel Mannion, Bridgit C. Miller, Brooke A. Miller, Frank Miller, Taylor A. Miller, Annell Murry, Bernard Murry, Jr., Bernard Murry Sr., Thomas Musgrove, Karen Musgrove, My Nguyen, Quoc Nguyen, Thanh Nguyen, Clara Powell, Bailey K. Proulx, Brennan M. Proulx, Logan Seal, Robert Seal, Bobby Vo, Brad Vo, Brian, Vo, Sanh Vo, Frank J. White and Miriam White,** all with prejudice.

        Respectfully submitted,

        *s/ Ryan E. Johnson*
        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        Telephone: (225) 248-2080
        Facsimile:  (225) 248-3080
            -and-
        Madeleine Fischer (La. Bar No. 5575)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        ***Counsel for Keystone RV Company, Inc.***

Date:  June 10, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson