

# JONES WALKER

Ryan E. Johnson
Direct Dial 225-248-2080
Direct Fax 225-248-3033
rjohnson@joneswalker.com

December 9, 2010

**Via Fax (662) 728-1992**

Casey Langston Lott
Langston & Lott
100 South Main St.
Booneville, MS 38829

Re:    FEMA Trailer Formaldehyde Product Liability Litigation
       USDC, ED of LA, MDL 1873

Dear Mr. Lott:

I write regarding the deficient fact sheets produced by your office in the above referenced matter. The deficiencies are listed as follows:

Jesse Acker (Keystone)
1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2.  Section III, Case Information, A (1 & 7) and C (8);
3.  Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4.  Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);
5.  Section VI, Medical Background, A and B;
6.  Section VII, Medical Diagnosis, A-D;
7.  Section VIII, Documents, B (no Form 95 attached);
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
9.  Did not provide executed HIPAA Release;
10. Did not provide executed Privacy Act Release;
11. Did not provide executed Authorization for Release of Records for plaintiff not making lost wage or lost earning capacity claim;
12. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
13. Authorizations not signed by plaintiff;
14. Did not provide copy of Power of Attorney.

Tanya Badon (Keystone)
1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);

{B0699216.1}      JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.com

ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS



EXHIBIT
A

December 9, 2010
Casey Langston Lott
Page 2

2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);
5. Section VI, Medical Background, A, B, C (number of years);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Bluffaid Bradburn (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than Robin Smith on behalf of Aamori Smith but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Jeanie Bradburn (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;

December 9, 2010
Casey Langston Lott
Page 3

   9. Did not provide Social Security Number on HIPAA Release;
  10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
  11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
  12. Authorizations not signed by plaintiff;
  13. Did not provide copy of Power of Attorney.

Donna Farve (Keystone)
   1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
   2. Section III, Case Information, A (1 & 7) and C (8);
  11. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
  12. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
  13. Section VI, Medical Background, A and B;
  14. Section VII, Medical Diagnosis, A-D;
  15. Section VIII, Documents, B (form 95 not attached);
  16. Section IX, List of Medical Providers and Other Sources of Information, A-F;
  17. Did not provide Social Security Number on HIPAA Release;
  18. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
  11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
  12. Authorizations not signed by plaintiff;
  13. Did not provide copy of Power of Attorney.

Gerald Farve (Keystone)
   1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
   2. Section III, Case Information, A (1 & 7) and C (8);
   3. Section IV, Background Information, A, B (state issuing the license), C (place of birth), E and F (1 & 2);
   4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
   5. Section VI, Medical Background, A and B;
   6. Section VII, Medical Diagnosis, A-D;
   7. Section VIII, Documents, B (form 95 not attached);
   8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
   9. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
  10. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
  11. Authorizations not signed by plaintiff;
  12. Did not provide copy of Power of Attorney.

{B0699216.1}

December 9, 2010
Casey Langston Lott
Page 4

Amber Galloway by Gracie Galloway (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, C (3 & 8);
3. Section IV, Background Information, A, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Gracie Galloway (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Treamaine Galloway by Gracie Galloway (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than Gracie Galloway on behalf of Treamaine Galloway but that information not provided here);
2. Section III, Case Information, C (3, 5 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);

December 9, 2010
Casey Langston Lott
Page 5

5.  Section VI, Medical Background, A and B;
6.  Section VII, Medical Diagnosis, A-D;
7.  Section VIII, Documents, B (form 95 not attached);
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
9.  Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Richard Henson (Keystone)
1.  Section VI, Medical Background, F;
2.  Section VII, Medical Diagnosis, A-D;
3.  Section IX, List of Medical Providers and Other Sources of Information, A-F.

Vernell Hoda (Keystone)
1.  Section III, Case Information, C (2 & 4);
2.  Section IV, Background Information, B;
3.  Section IV, Family Information, A;
4.  Section V, FEMA Trailer or Mobile Home Unit, A (1-4, 10 & 19) and E (nature of personal injury);
5.  Section VI, Medical Background, F (1, 3 & 4) and G;
6.  Section VII, Medical Diagnosis, A-D;
7.  Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates), C (admission dates and reason for admission) and D-F;
8.  Did not provide Social Security Number on HIPAA Release.

Kendall Hughes by Queenie Hughes (Keystone)
1.  Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release);
2.  Section III, Case Information, C (2 & 4);
3.  Section V, FEMA Trailer or Mobile Home Unit, A (1-4), B-D;
4.  Section VI, Medical Background, A-D;
5.  Section VII, Medical Diagnosis, A-B;
6.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
7.  Did not provide Social Security Number on HIPAA Release.

Kameron K. Kincaid by Queenie M. Hughes (Keystone)
1.  Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release);
2.  Section III, Case Information, C (5);

December 9, 2010
Casey Langston Lott
Page 6

3. Section V, FEMA Trailer or Mobile Home Unit, A (1-4) and D;
4. Section VI, Medical Background, A, B and F;
5. Section VII, Medical Diagnosis, A-B;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;
7. Did not provide Social Security Number on HIPAA Release.

Karlos Kincaid by Queenie Hughes (Keystone)
1. Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release);
2. Section III, Case Information, C (2, 4 & 5);
3. Section IV, Background Information, B, C (place of birth), E and F;
4. Section V, FEMA Trailer or Mobile Home Unit, A (1-4 & 13) and D;
5. Section VI, Medical Background, A-D;
6. Section VII, Medical Diagnosis, A-B;
7. Section IX, List of Medical Providers and Other Sources of Information, A-F;
8. Did not provide Social Security Number on HIPAA Release.

Earl Ladner (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (5 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment) and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Janet Ladner (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (5 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;

December 9, 2010
Casey Langston Lott
Page 7

6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Rachel Mannion by Gerald K. Farve (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than Gerald K. Farve on behalf of Rachel Mannion but that information not provided here);
2. Section III, Case Information, C (3, 5 & 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Bridgit C. Miller (Keystone)
1. Section III, Case Information, C (8-name & address of person who provided treatment or counseling);
2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, E (current address);
4. Section VII, Medical Diagnosis, B (Dr. Leavengood-dates of treatment and Dr. Roberts-treatment received & dates of treatment);
5. Did not provide Social Security Number on HIPAA Release.

Brooke A. Miller by Frank Miller (Keystone)
1. Section III, Case Information, C (5 & 8-name & address of person who provided treatment or counseling);

December 9, 2010
Casey Langston Lott
Page 8

2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, E (current address);
4. Section VII, Medical Diagnosis, A & B;
5. Section VIII, Documents, B (form 95 not attached);
6. Section IX, List of Medical Providers and Other Sources of Information, B-E;
7. Did not provide Social Security Number on HIPAA Release.

Frank Miller (Keystone)
1. Section III, Case Information, C (8-name & address of person who provided treatment or counseling);
2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, E (current address);
4. Section VIII, Documents, A, B and D (documents not attached);
5. Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates) and C;
6. Did not provide Social Security Number on HIPAA Release.

Taylor A. Miller by Frank Miller (Keystone)
1. Section III, Case Information, C (8-name & address of person who provided treatment or counseling);
2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, E (current address);
4. Section VIII, Documents, A, B and D;
5. Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates), C, D (admission dates & reason for admission) and E;
6. Did not provide Social Security Number on HIPAA Release.

Annell Murry (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B, C (number of years), and D (1-number of years & 3-did smoking occur inside, outside or both);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;

{B0699216.1}

December 9, 2010
Casey Langston Lott
Page 9

12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Bernard Murry, Jr. by Annell Murry (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than Annell Murry on behalf of Bernard Murry, Jr. but that information not provided here);
2. Section III, Case Information, C (3, 5 & 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B and D (1-number of years & 3-did smoking occur inside, outside or both);
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Bernard Murry, Sr. (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (1, 2 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B, C (number of years), and D (1-number of years & 3-did smoking occur inside, outside or both);
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

December 9, 2010
Casey Langston Lott
Page 10

Thomas Musgrove (Keystone)
1. Section III, Case Information, C (5);
2. Section IV, Background Information, A (dates of residence), B (drivers license number), F (1-dates of employment & 2);
3. Section IV, Family Information, A (current age, medical condition & cause of death);
4. Section V, FEMA Trailer or Mobile Home Unit, E (nature of personal injuries claimed);
5. Section IX, List of Medical Providers and Other Sources of Information, E and F.

V. Karen Musgrove (Keystone)
1. Section III, Case Information, C (7);
2. Section V, FEMA Trailer or Mobile Home Unit, E (nature of personal injuries claimed);
3. Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates).

My Nguyen (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (5 & 8);
3. Section IV, Background Information, A, E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (1, 2, 4, 13, & 19);
5. Section VII, Medical Diagnosis, A-C;
6. Section VIII, Documents, B (form 95 not attached);
7. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Quoc Nguyen (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (2 & 4-answer yes or no);
3. Section IV, Background Information, A, C (place of birth) and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (8 & 13);
5. Section VI, Medical Background, A and B;
5. Section VII, Medical Diagnosis, A-B;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Thanh Nguyen (Keystone)
1. Missing page 2 of plaintiff fact sheet.
2. Section IV, Background Information, A, B (state issuing driver's license), E and F (1 & 2);
3. Section V, FEMA Trailer or Mobile Home Unit, A (8 & 13);
4. Section VII, Medical Diagnosis, A-B;
5. Section IX, List of Medical Providers and Other Sources of Information, A-F;

December 9, 2010
Casey Langston Lott
Page 11

6. Did not provide Social Security Number on HIPAA Release.

Clara Aline Powell (Keystone)
1. Section VI, Medical Background, F and G;
2. Section VII, Documents, F (death certificate not attached);
3. Plaintiff fact sheet not certified;

Bailey K. Proulx by Bridgit C. Miller (Keystone)
1. Section III, Case Information, C (5 & 8-name and address of person who treated or counseled you);
2. Section IV, Background Information, A (dates of residence);
3. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home);
4. Section VII, Medical Diagnosis, B (Dr. Bruni-date treatment received);
5. Section IX, List of Medical Providers and Other Sources of Information, B-E;
6. Did not provide Social Security Number on HIPAA Release.

Brennan M. Proulx by Bridgit C. Miller (Keystone)
1. Section III, Case Information, C (5 & 8-name and address of person who treated or counseled you);
2. Section IV, Background Information, A (dates of residence);
3. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home);
4. Section VII, Medical Diagnosis, B (Dr. Bruni-date treatment received);
5. Section IX, List of Medical Providers and Other Sources of Information, B-E;
6. Did not provide Social Security Number on HIPAA Release.

Logan Seal by Amanda Seal (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than Amanda Seal on behalf of Logan Seal but that information not provided here);
2. Section III, Case Information, C (5 & 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20) and E (age of Amanda Seal);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;

{B0699216.1}

December 9, 2010
Casey Langston Lott
Page 12

12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Robert Seal (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20) and E (age of Amanda Seal);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

Bobby Vo (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than My T. Nguyen on behalf of Bobby Vo but that information not provided here);
2. Section III, Case Information, C (5 & 8);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19);
4. Section VII, Medical Diagnosis, B (physician name, treatment received & dates of treatment), C and D;
5. Section VIII, Documents, B (form 95 not attached);
6. Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates), C-F;
7. Did not provide Social Security Number on HIPAA Release.

Brad Vo (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than My T. Nguyen on behalf of Brad Vo but that information not provided here);
2. Section III, Case Information, C (5 & 8);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19);
5. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home);
6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment) and C;
7. Section VIII, Documents, B (form 95 not attached);

December 9, 2010
Casey Langston Lott
Page 13

8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release.

Brian Vo (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than My T. Nguyen on behalf of Brian Vo but that information not provided here);
2. Section III, Case Information, C (5 & 8);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19);
4. Section VI, Medical Background, A;
5. Section VII, Medical Diagnosis, B (treatment received & dates of treatment) and C;
6. Section VIII, Documents, B (form 95 not attached);
7. Section IX, List of Medical Providers and Other Sources of Information, A-F;
8. Did not provide Social Security Number on HIPAA Release.

Sanh Vo (Keystone)
1. Section III, Case Information, C (2 & 5);
2. Section IV, Background Information, A (dates of residence) and F (1-current employer name & 2-dates of employment for self and occupation);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4 & 13);
4. Section VI, Medical Background, A;
5. Section IX, List of Medical Providers and Other Sources of Information, A-F;
8. Did not provide Social Security Number on HIPAA Release.

Frank J. White (Keystone)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B, C (number of years) and D (amount smoked per day for number of years & where smoking occurred);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

December 9, 2010
Casey Langston Lott
Page 14


      <u>Miriam White (Keystone)</u>
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B and C (amount currently smoked & number of years);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott;
12. Authorizations not signed by plaintiff;
13. Did not provide copy of Power of Attorney.

      Please be reminded that each plaintiff shall produce a completed and signed plaintiff fact sheet and corrections and/or updates to same shall be re-certified by plaintiff, except those corrections and/or updates made to Section II (C&D) and/or Section V (A.1, A.2 & A.4) (see Pretrial Order No. 32).

      Please have plaintiffs cure all deficiencies and return to my paralegal, Amy Hanegan via fax (225) 248-3033 or email, ahanegan@joneswalker.com as soon as possible. If these deficiencies are not cured within 30 days, Keystone RV Company will move for dismissals pursuant to PTO No. 32.

      Sincerely,

Ryan E. Johnson

REJ/abh
cc:    Gerald E. Meunier, Esq. (via email gmeunier@gainsben.com)
      Andrew D. Weinstock, Esq. (via email andreww@duplass.com)
      Henry Miller, Esq. (via email henry.miller@usdoj.gov)
      David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
      Charles Leche, Esq. (via email cleche@dkslaw.com)

{B0699216.1}