# LANGSTON & LOTT, P.A.

### A T T O R N E Y S   A T   L A W

100 SOUTH MAIN STREET
POST OFFICE BOX 382
BOONEVILLE, MS  38829
TELEPHONE (662) 728-9733
FACSIMILE (662) 728-1992

JOE RAY LANGSTON (1933-1986)
DUNCAN LEE LOTT
CASEY LANGSTON LOTT*
ROBERT BRYCE LOTT**

*  *Also Licensed in Alabama*
** *Also Licensed in Tennessee*

January 10, 2011

Ryan E. Johnson, Esq.
Jones Walker
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

Re:   ***FEMA Trailer Formaldehyde Product Liability Litigation***
      **USDC, ED of LA, MDL 1873**

Dear Mr. Johnson:

I am in receipt of your letter dated November 30, 2010 regarding alleged deficiencies in fact sheets produced by my office on behalf of clients who resided in a THU manufactured by Keystone.  I will attempt to address each of your concerns below:

<u>Jesse Acker</u>

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7)** – Client was not completing the fact sheet in a representative capacity, Consequently Section III, A is not applicable to this client.
   **Section III, Case Information, C(8)** – The client did not receive any medical treatment for emotional damages, Consequently Section III, C (8) is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)**- Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14)** – Client has not responded to our inquiries regarding the sections referenced.
   **Section V, FEMA Trailer or Mobile Home Unit, A (17-20)** – Unknown.

{1.0062293.DOC}

**EXHIBIT**

**B**

5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (no Form 95 attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide executed HIPAA Release** – Unknown.
10. **Did not provide executed Privacy Act Release** – Unknown.
11. **Did not provide executed Authorization for Release of Records for plaintiff not making lost wage or lost earning capacity claim** – Unknown.
12. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott, attorney in fact.
13. **Authorizations not signed by plaintiff** – Unknown.
14. **Did not provide copy of Power of Attorney** – Attached

<u>Tanya Badon</u>

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7)** – Client was not completing the fact sheet in a representative capacity, consequently, Section III, A is not applicable to this client.
   **Section III, Case Information, C (8)** – Client did not receive any medical treatment for emotional damages.
3. **Section IV, Background Information A, B, C (place of birth)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14)** –Client has not responded to our inquiries regarding the sections referenced.
   **Section V, FEMA Trailer or Mobile Home Unit, A (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A, B** - Client has not responded to our inquiries regarding the sections referenced.
   **Section VI, Medical Background, C (number of years)** – Unknown.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown.
   **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (no Form 95 attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on HIPAA Release** – Unknown.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott** – Unknown.

11. **Plaintiff Fact Sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Bluffaid Bradburn

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing the fact sheet in a representative capacity, consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III C is not applicable to this client.
3. **Section IV, Background Information, A, B and C (place of birth), E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14 &17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (no form 95 attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on HIPAA Release** – Client has not responded to our inquiries regarding the sections referenced.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott** – Client has not responded to our inquiries regarding the question referenced.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Jeanie Bradburn

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown.
   **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – Client did not respond to our inquiries regarding the sections referenced.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Client has not responded to our inquiries regarding this question referenced.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

<u>Donna Farve</u>

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown.

**Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.

7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – Client did not respond to our inquiries regarding the sections referenced.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Gerald Farve

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown.
   **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – 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.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.

{I.0062293.DOC}

13. **Did not provide copy of Power of Attorney** – Attached.

Amber Galloway

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown. **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – Client did not respond to our inquiries regarding the sections referenced.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Gracie Galloway

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown. **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – Client did not respond to our inquiries regarding the sections referenced.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

<u>Treamaine Galloway by Gracie Galloway</u>

1. **Section II, Personal Information, A** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing this form in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III, C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth) E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9,10,13,14) (17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, B (dates of treatment)** – Unknown. **Section VII, Medical Diagnosis, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on the HIPAA Release** – Client did not respond to our inquiries regarding the sections referenced.

10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Richard Henson

1. **Section VI, Medical Background, F** – No liver or other respiratory disease, no infectious disease, no long-term stomach or bowel disease, and no skin disease.
2. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.
3. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

Vernell Hoda

1. **Section III, Case Information, C (2)** – Cancer, Respiratory and/or skin disease. See also #3, infra.
   **Section III, Case Information, C (4)** – Client Unsure.
2. **Section IV, Background Information, B** – Unknown.
3. **Section IV, Family Information, A** – Unknown.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (1-4, 10 & 19) and E** – Keystone, VIN #4YDT31132X6P30234, FEMA #912004805 and Bar Code #1166922. Client has not responded to our inquiries regarding numbers 10 and 19 and section E.
5. **Section VI, Medical Background, F (1)** – No
   **Section VI, Medical Background, F (3)** – No
   **Section VI, Medical Background, F (4)** – No.
   **Section VI, Medical Background, G** – Do not recall.
6. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section IX, List of Medical Providers and Other Sources of Information, B, C and D-F** – Client has not responded to our inquiries regarding the sections referenced.
8. **Did not provide Social Security Number on HIPAA Release** – 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.

Kendall Hughes by Queenie Hughes

1. **Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, C (2)** – Cancer, Respiratory, and/or Skin disease. See also, #3, infra.
   **Section III, Case Information, C (4)** – Unknown.
3. **Section V, FEMA Trailer or Mobile Home Unit, A (1)** – Keystone
   **Section V, FEMA Trailer or Mobile Home Unit, A (2)** – VIN #4YDT249256A223251
   **Section V, FEMA Trailer or Mobile Home Unit, A (3)** –  FEMA #921273462
   **Section V, FEMA Trailer or Mobile Home Unit, A (4)** – Bar Code #1245729
   **Section V, FEMA Trailer or Mobile Home Unit, B** – No.
   **Section V, FEMA Trailer or Mobile Home Unit, C** – No.
   **Section V, FEMA Trailer or Mobile Home Unit, D** – No.
4. **Section VI, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VII, Medical Diagnosis, A-B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section IX, List of Medical Providers and other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
7. **Did not provide Social Security Number on HIPAA Release** – Client has not responded to our inquiries regarding the sections referenced.

Kameron K. Kincaid by Queenie Hughes

1. **Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, C (5)** – No.
3. **Section V, FEMA Trailer or Mobile Home Unit, A (1)** – Keystone
   **Section V, FEMA Trailer or Mobile Home Unit, A (2)** – VIN #4YDT249256A223251
   **Section V, FEMA Trailer or Mobile Home Unit, A (3)** –  FEMA #921273462
   **Section V, FEMA Trailer or Mobile Home Unit, A (4)** – Bar Code #1245729
   **Section V, FEMA Trailer or Mobile Home Unit, D** – No.
4. **Section VI, Medical Background, A, B** – Client has not responded to our inquiries regarding the sections referenced.
   **Section VI, Medical Background, F (1-4)** – No on all.
5. **Section VII, Medical Diagnosis, A-B** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
7. **Did not provide Social Security Number on HIPAA Release** – Client has not responded to our inquiries regarding the sections referenced.

Karlos Kincaid by Queenie Hughes

1. **Section II, Personal Information, A (the person who completed form does not match signature on Certification, authorizations, HIPAA Release and Privacy Act Release)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, C (2)** – Cancer, Respiratory, and/or Skin Disease. See III, C., Supra.
   **Section III, Case Information, C (4)** – No.
   **Section III, Case Information, C (5)** – Unknown.
3. **Section IV, Background Information, B, C (place of birth), E and F** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (1)** – Keystone
   **Section V, FEMA Trailer or Mobile Home Unit, A (2)** – VIN #4YDT249256A223251
   **Section V, FEMA Trailer or Mobile Home Unit, A (3)** – FEMA #921273462
   **Section V, FEMA Trailer or Mobile Home Unit, A (4)** – Bar Code #1245729
   **Section V, FEMA Trailer or Mobile Home Unit, A (13)** – Unknown.
   **Section V, FEMA Trailer or Mobile Home Unit, D** – No.
5. **Section VI, Medical Background, A-D** – Client has not responded to our inquiries regarding the sections referenced.
6. **Section VII, Medical Diagnosis, A-B** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
8. **Did not provide Social Security Number on HIPAA Release** – Client has not responded to our inquiries regarding the sections referenced.

Earl Lander

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Client has not responded to our inquiries regarding the sections referenced.
2. **Section III, Case Information, A (1&7) and C (5&8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 &17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Unknown.
6. **Section VII, Medical Diagnosis, B (treatment received & dates of treatment) and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on HIPAA Release** – Unknown.
10. **Privacy Act Release not signed by plaintiff and signature on Certification does not appear to be that of attorney, Casey Langston Lott** – Attached
11. **Plaintiff fact sheet not certified by plaintiff and signature does not appear to be that of Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

<u>Janet Ladner</u>

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (5 &8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III C is not applicable to this client.
3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section VI, Medical Background, A and B** – Unknown.
6. **Section VII, Medical Diagnosis, B (treatment received & dates of treatment, C and D** – Client has not responded to our inquiries regarding the sections referenced.
7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
9. **Did not provide Social Security Number on HIPAA Release** – Unknown.
10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of Casey L. Lott** – Unknown.
11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

<u>Rachel Mannion by Gerald K. Farve</u>

1. **Section II, Personal Information, A (form appears to be completed by someone other than Gerald K. Farve on behalf of Rachel Mannion but that

information not provided here) – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, C (3, 5&8)** – Client has not responded to our inquiries regarding the sections referenced.

3. **Section IV, Background Information, A and C (place of birth)** – Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the sections referenced.

5. **Section VI, Medical Background, A and B** – Unknown.

6. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.

7. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

9. **Did not provide Social Security Number on HIPAA Release** – Client has not responded to our inquiries regarding the sections referenced.

10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney Casey L. Lott** – Unknown.

11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.

12. **Authorizations not signed by plaintiff** – Unknown.

13. **Did not provide copy of Power of Attorney** – Attached.

Bridgit C. Miller

1. **Section III, Case Information, C 8 (name & address of person who provided treatment and counseling)** – Client has not responded to our inquiries regarding the section referenced.

2. **Section IV, Background Information, A (dates of residence)** – Unknown.

3. **Section V, FEMA Trailer or Mobile Home Unit, E (current address)** – 72695 Diamondhead Drive, North, Diamondhead, MS 39525.

4. **Section VII, Medical Diagnosis, B (Dr. Leavengood – dates of treatment and Dr. Roberts – treatment receive and dates of treatment)** – Unknown.

5. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Brooke A. Miller by Frank Miller

1. **Section III, Case Information, C (5 & 8 – name and address of person who provided treatment and counseling)** – Client has not responded to our inquiries regarding the section referenced.

2. **Section IV, Background Information, A (dates of residence)** – Unknown.

3. **Section V, FEMA Trailer or Mobile Home Unit, E (current address)** – 72695 Diamondhead Drive, North, Diamondhead, MS 39525.

4. **Section VII, Medical Diagnosis, A & B** – Unknown.

5. **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
6. **Section IX, List of Medical Providers and Other Sources of Information, B-E** – Unknown.
7. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Frank Miller

1. **Section III, Case Information, C 8 (name and address of person who provided treatment or counseling)** – Client has not responded to our inquiries regarding the section referenced.
2. **Section IV, Background Information, A (dates of residence)** – Unknown.
3. **Section V, FEMA Trailer or Mobile Home Unit, E (current address)** – 72695 Diamondhead Drive, North, Diamondhead, MS 39525.
4. **Section VIII, Documents, A, B and D (documents not attached)** – Client has not responded to our inquiries regarding the sections referenced.
5. **Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates) and C** – Unknown.
6. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Taylor A. Miller by Frank Miller

1. **Section III, Case Information, C 8 (name and address of person who provided treatment or counseling)** – Client has not responded to our inquiries regarding the section referenced.
2. **Section IV, Background Information, A (dates of residence)** – Unknown.
3. **Section V, FEMA Trailer or Mobile Home Unit, E (current address)** – 72695 Diamondhead Drive, North, Diamondhead, MS 39525.
4. **Section VIII, Documents, A, B and D** Client has not responded to our inquiries regarding the sections referenced.
5. **Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates), C, D (admission dates & reason for admission) and E** – Unknown.
6. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Annell Murry

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any

medical treatment for emotional damages.  Consequently, Section III C is not applicable to this client.

3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the sections referenced.

5. **Section VI, Medical Background, A, B, C (number of years), and D ( 1-number of years & 3- did smoking occur inside, outside or both)** – Client has not responded to our inquiries regarding the sections referenced.

6. **Section VII, Medical Diagnosis, B (dates of treatment), C and D** – Client has not responded to our inquiries regarding the sections referenced.

7. **Section VIII, Documents, B (form 95 not attached)** Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

9. **Did not provide Social Security Number on HIPAA Release** – 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.

10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott** – Unknown.

11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.

12. **Authorizations not signed by plaintiff** – Unknown.

13. **Did not provide copy of Power of Attorney** – Attached.

Bernard Murry, Jr. by Annell Murry

1. **Section II, Personal Information, A (form appears to be completed by someone other than Annell Murry on behalf of Bernard Murry, Jr. but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, C (3, 5&8)** – Client has not responded to our inquiries regarding the sections referenced.

3. **Section IV, Background Information, A and C (place of birth)** – Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the sections referenced.

5. **Section VI, Medical Background, A, B and D (1-number of years & 3-did smoking occur inside, outside or both)** – Client has not responded to our inquiries regarding the sections referenced.

6. **Section VII, Medical Diagnosis, A-D** – Client has not responded to our inquiries regarding the sections referenced.

7.  Section VIII, Documents, B (form 95 not attached) - Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F – Client has not responded to our inquiries regarding the sections referenced.
9.  Did not provide Social Security Number on HIPAA Release – Unknown.
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott – Unknown.
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott – Certified by Langston & Lott, attorney in fact.
12. Authorizations not signed by plaintiff – Unknown.
13. Did not provide copy of Power of Attorney – Attached.

<u>Bernard Murry, Sr.</u>

1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here) – Many of these forms were completed by a member of my staff with the assistance of the client.
2.  Section III, Case Information, A (1&7) and C (1, 2 & 8) – Client was not completing the fact sheet in a representative capacity.  Consequently, Section III A is not applicable to this client.  Further, the client did not receive any medical treatment for emotional damages.  Consequently, Section III C is not applicable to this client.
3.  Section IV, Background Information, A, B, C (place of birth), E and F (1&2) – Client has not responded to our inquiries regarding the sections referenced.
4.  Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20) – Client has not responded to our inquiries regarding the sections referenced.
5.  Section VI, Medical Background, A, B, C (place of birth), E and F (1&2) – Client has not responded to our inquiries regarding the sections referenced.
6.  Section VII, Medical Diagnosis, A-D – Client has not responded to our inquiries regarding the sections referenced.
7.  Section VIII, Documents, B (form 95 not attached) – Client has not filed suit against the United States and does not have a copy of the Form 95 he submitted.
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F – Client has not responded to our inquiries regarding the sections referenced.
9.  Did not provide Social Security Number on HIPAA Release – Unknown.
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott – Unknown.

{L0062293.DOC}

11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott, attorney in fact.
12. **Authorizations not signed by plaintiff** – Unknown.
13. **Did not provide copy of Power of Attorney** – Attached.

Thomas Musgrove

1. **Section III, Case Information, C (5)** – Client has not responded to our inquiries regarding the section referenced.
2. **Section IV, Background Information, A (dates of residence), B (drivers license number), F (dates of employment & 2)** – Unknown.
3. **Section IV, Family Information, A (current age, medical condition & cause of death)** – Client has not responded to our inquiries regarding the sections referenced.
4. **Section V, FEMA Trailer or Mobile Home Unit, E (nature of personal injuries claimed)** – Client has not responded to our inquiries regarding the section referenced.
5. **Section IX, List of Medical Providers and Other Sources of Information, E and F** – Client has not responded to our inquiries regarding the sections referenced.

Karen Musgrove

1. **Section III, Case Information, C (7)** – Client has not responded to our inquiries regarding the section referenced.
2. **Section V, FEMA Trailer or Mobile Home Unit, E (nature of personal injuries claimed** – Client has not responded to our inquiries regarding the section referenced.
3. **Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates)** – 10/2005 – 12/2006.

My Nguyen

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, A (1&7) and C (5&8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages. Consequently, Section III C is not applicable to this client.
3. **Section IV, Background Information, A, E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.

{I.0062293.DOC}

4.  **Section V, FEMA Trailer or Mobile Home Unit, A (1, 2, 4, 13 & 19)** – Keystone, VIN #4YD7296216C126179, Bar Code #1166343; 13 and 19 are unknown.

5.  **Section VII, Medical Diagnosis, A-C** –Client has not responded to our inquiries regarding the sections referenced.

6.  **Section VIII, Documents, B (form 95 not attached)** – Client has not filed suit against the United States and does not have a copy of the Form 95 he submitted.

7.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Unknown.

<u>Quoc Nguyen</u>

1.  **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff and that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2.  **Section III, Case Information, A (1&7) and C (2&4 –answer yes or no)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. No to 2nd part.

3.  **Section IV, Background Information, A, C (place of birth) and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.

4.  **Section V, FEMA Trailer or Mobile Home Unit, A (8&13)** – Unknown.

5.  **Section VI, Medical Background, A and B** – Client has not responded to our inquiries regarding the sections referenced.

6.  **Section VII, Medical Diagnosis, A-B** – Client has not responded to our inquiries regarding the sections referenced.

7.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

<u>Thanh Nguyen</u>

1.  **Missing page 2 of plaintiff fact sheet** – Attached.

2.  **Section IV, Background Information, A, B (state issuing drivers license), E and F (1&2)** – Client has not responded to our inquiries regarding the sections referenced.

3.  **Section V, FEMA Trailer or Mobile Home Unit, A (8&13)** – Unknown.

4.  **Section VII, Medical Diagnosis, A-B** – Client has not responded to our inquiries regarding the sections referenced.

5.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** –Client has not responded to our inquiries regarding the sections referenced.

6.  **Did not provide Social Security Number on HIPAA Release** – Unknown.

Clara Aline Powell

1. **Section VI, Medical Background, F and G** – Client has not responded to our inquiries regarding the sections referenced.
2. **Section VII, Documents, F (death certificate not attached)** – Client has not responded to our inquiries regarding the section referenced.
3. **Plaintiff fact sheet not certified** – Client has not responded to our inquiries regarding the sections referenced.

Bailey K. Proulx by Bridgit C. Miller

1. **Section III, Case Information, C (5&8-name and address of person who treated or counseled you)** – Client has not responded to our inquiries regarding the sections referenced.
2. **Section IV, Background, Information, A (dates of residence)** – Unknown.
3. **Section VI, Medical Background Information, B (weight prior to living in FEMA trailer or mobile home)** – Unknown.
4. **Section VII, Medical Diagnosis, B ( Dr. Bruni-date treatment received)** Unknown.
5. **Section IX, List of Medical Providers and Other Sources of Information, B-E** – Unknown.
6. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Brennan M. Proulx by Bridgit C. Miller

1. **Section III, Case Information, C (5&8-name and address of person who treated or counseled you)** - Client has not responded to our inquiries regarding the sections referenced.
2. **Section IV, Background Information, A (dates of residence)** – Unknown.
3. **Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home)** – Unknown.
4. **Section VII, Medical Diagnosis, B (Dr. Bruni-date of treatment received)** – Unknown.
5. **Section IX, List of Medical Providers and Other Sources of Information, B-E** – Unknown.
6. **Did not provide Social Security Number on HIPAA Release** – Unknown.

Logan Seal by Amanda Seal

1. **Section II, Personal Information, A (form appears to be completed by someone other than Amanda Seal on behalf of Logan Seal but that information is not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.
2. **Section III, Case Information, C (5&8)** – Client has not responded to our inquiries regarding the section referenced.

{L0062293.DOC}

3.    Section IV, Background Information, A and C (place of birth) – Unknown.

4.    Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20) and E (age of Amanda Seal) – Client has not responded to our inquiries regarding the sections referenced.

5.    Section VI, Medical Background, A and B – Unknown.

6.    Section VII, Medical Diagnosis, A-D – Client has  not responded to our inquiries regarding the sections referenced

7.    Section VIII, Documents, B (form 95 not attached) Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8.    Section IX, List of Medical Provider and Other Sources or Information, A-F – Client has not responded to our inquiries regarding the sections referenced.

9.    Did not provide Social Security Number  on HIPAA Release – 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.

10.   Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott – Unknown.

11.   Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney Casey L. Lott – Certified by Langston & Lott, attorney in fact.

12.   Authorization not signed by plaintiff – Unknown.

13.   Did not provide a copy of Power of Attorney – Attached.

<u>Robert Seal</u>

1.    Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here) – Many of these forms were completed by a member of my staff with the assistance of the client.

2.    Section III, Case Information, A (1&7) and C (8) – Client was not completing the fact sheet in a representative capacity.  Consequently, Section III A is not applicable to this client.  Further, the client did not receive any medical treatment for emotional damages.  Consequently, Section III C is not applicable to this client.

3.    Section IV, Background Information, A, C (place of birth), E and F (1&2) – Client has not responded to our inquiries regarding the sections referenced.

4.    Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20) and E (age of Amanda Seal) – Client has not responded to our inquiries regarding the sections referenced.

5.    Section VI, Medical Background, A and B – Unknown.

6.    Section VII, Medical Diagnosis, A-D – Client has not responded to our inquiries regarding the sections referenced.

{L0062293.DOC}

7.  **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

9.  **Did not provide Social Security Number on HIPAA Release** – 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.

10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott-** Unknown.

11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott as attorney in fact.

12. **Authorizations not signed by plaintiff** – Unknown.

13. **Did not provide copy of Power of Attorney** – Attached.

<u>Bobby Vo</u>

1.  **Section II, Personal Information, A (form appears to be completed by someone other than My T. Nguyen on behalf of Bobby Vo but that information is not provided here** – Many of these forms were completed by a member of my staff with the assistance of the client.

2.  **Section III, Case Information, C (5&8)** – Client has not responded to our inquiries regarding the section referenced.

3.  **Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19)** – VIN #4YD 729216C126179, Bar Code #1166343; 13 and 19 are unknown.

4.  **Section VII, Medical Diagnosis, B (physician name, treatment received & dates of treatment), C and D** – Client has not responded to our inquiries regarding the sections referenced.

5.  **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

6.  **Section IX, List of Medical Providers and Other Sources of Information, B (approximate dates), C-F** – Client has not responded to our inquiries regarding the sections referenced.

7.  **Did not provide Social Security Number on HIPAA Release** – Unknown.

<u>Brad Vo</u>

1.  **Section II, Personal Information, A (form appears to be completed by someone other than My T. Nguyen on behalf of Brad Vo but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2.  **Section III, Case Information, C (5&8)** – Client has not responded to our inquiries regarding the sections referenced.

3.  **Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19)** – VIN #4YD7296216C126179, Bar Code #1166343; 13 and 19 are unknown.
4.  **Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home)** – Unknown.
5.  **Section VII, Medical Diagnosis, B (treatment received and dates of treatment) and C** – Client has not responded to our inquiries regarding the sections referenced.
6.  **Section VIII, Documents, B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
7.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Unknown.
8.  **Did not provide Social Security Number on HIPAA Release** – Unknown.

<u>Brian Vo</u>

1.  **Section II, Personal Information, A (form appears to be completed by someone other than My .T. Nguyen on behalf of Brian Vo but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of my client.
2.  **Section III, Case Information, C (5&8)** – Client has not responded to our inquiries regarding the sections referenced.
3.  **Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19)** – VIN #4YD7296216C126179, Bar Code #1166343; 13 and 19 are unknown.
4.  **Section VI, Medical Background, A** – Client has not responded to our inquiries regarding the section referenced.
5.  **Section VII, Medical Diagnosis, B (treatment received and dates of treatment) and C** – Client has not responded to our inquiries regarding the sections referenced.
6.  **Section VIII, Documents, B ( form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.
7.  **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.
8.  **Did not provide Social Security Number on HIPAA Release** – Unknown.

<u>Sanh Vo</u>

1.  **Section III, Case Information, C (2&5)** – Client has not responded to our inquiries regarding the sections referenced.

{L0062293.DOC}

2. **Section IV, Background Information, A (dates of residence) and F (1-current employer name and 2-dates of employment for self and occupation)** – Client has not responded to our inquiries regarding the sections referenced.

3. **Section V, FEMA Trailer or Mobile Home Unit, A (2, 4 & 13)** – VIN #4YD7296216C126179, Bar Code #1166343; 13 is unknown.

4. **Section VI, Medical Background, A** – Unknown.

5. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

6. **Did not provide Social Security Number on HIPAA Release** –Unknown.

<u>Frank J. White</u>

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages (although he is making a claim to such). Consequently, Section III C is not applicable to this client.

3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)** - Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the section referenced.

5. **Section VI, Medical Background, A, B, C (number of years) and D (amount smoked per day for number of years & where smoking occurred)** – Client has not responded to our inquiries regarding the sections referenced.

6. **Section VII, Medical Diagnosis, B (dates of treatment), C and D** – Client has not responded to our inquiries regarding the sections referenced.

7. **Section VIII, Documents, B (form 95 not attached)** – Client has not filed suit against the United States and does not have a copy of the Form 95 he submitted.

8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

9. **Did not provide Social Security Number on HIPAA Release** – Unknown.

10. **Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey L. Lott** – Unknown.

{L0062293.DOC}

11. **Plaintiff fact sheet not certified by plaintiff and signature docs not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott, attorney in fact.

12. **Authorizations not signed by plaintiff** – Unknown.

13. **Did not provide copy of Power of Attorney** – Attached.

Miriam White

1. **Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here)** – Many of these forms were completed by a member of my staff with the assistance of the client.

2. **Section III, Case Information, A (1&7) and C (8)** – Client was not completing the fact sheet in a representative capacity. Consequently, Section III A is not applicable to this client. Further, the client did not receive any medical treatment for emotional damages (although she is making a claim for such). Consequently, Section III C is not applicable to this client.

3. **Section IV, Background Information, A, B, C (place of birth), E and F (1&2)** Client has not responded to our inquiries regarding the sections referenced.

4. **Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20)** – Client has not responded to our inquiries regarding the sections referenced.

5. **Section VI, Medical Background, A, B and C (amount currently smoked & number of years)** – Client has not responded to our inquiries regarding the sections referenced.

6. **Section VII, Medical Diagnosis, B (dates of treatment, C and D** – Client has not responded to our inquiries regarding the sections referenced.

7. **Section VIII, Documents B (form 95 not attached)** – Client did not file suit against the United States and does not have a copy of the Form 95 he submitted.

8. **Section IX, List of Medical Providers and Other Sources of Information, A-F** – Client has not responded to our inquiries regarding the sections referenced.

9. **Did not provide Social Security Number on HIPAA Release** – Unknown.

10. **Privacy Act Release not signed by plaintiff and signature docs not appear to be that of attorney, Casey L. Lott** – Unknown.

11. **Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott** – Certified by Langston & Lott, attorney in fact.

12. **Authorizations not signed by plaintiff** – Unknown.

13. **Did not provided copy of Power of Attorney** – Attached.

If you have any other questions or concerns, please feel free to contact me. I appreciate your attention to this matter and I look forward to hearing from you concerning the same.

{L0062293.DOC}

Sincerely,

LANGSTON & LOTT, P.A.

Casey L. Lott