# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br><br>JUDGE ENGELHARDT |
| **This document relates to:**<br>*Bradburn, No. 10-3422* | MAG. JUDGE CHASEZ |

## NOTICE OF HEARING

Notice is hereby given that the Motion to Dismiss filed by the Defendant Keystone RV Company is noticed for hearing on **June 29, 2011** before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*

_____

Ryan E. Johnson

{B0733340.1}