UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION<br><br>**This document relates to:**<br>*Binghman, No. 10-3406* | MDL NO. 1873<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

## MOTION TO DISMISS FOR FAILURE TO
## COMPLY WITH PTO 2 AND 32

Defendant Dutchmen Manufacturing, Inc. ("Dutchmen") moves this Court to enter an order dismissing the claims of plaintiffs **Dezrin Dedeaux, Wue D. Lee, Aamori Smith, Anaisha Carriere, Andre Williams, Annie Green, Babara Martin, Wade Lee, Mary Bingham, Mary D. Brown, Lacey L. Clayton, Randall C. Clayton, Roganay Cunningham, Nathan Davis, Chastity Doby, Destiny Hopson, Richard Johnston, Lea Kadner-Roach, Brooke Roach, Bryce Roach, Ronald Roach, Dana Scott, Janiya Smith, Robin Smith, J.T. William, Trevor Jeremiah, Brett Watson, Clara Morgan, Perry Martin, Sheila Liang, Fran A. Jacobs, and Mikala Hopson.**

As explained more fully in the supporting memorandum submitted with this motion, these plaintiffs have failed to comply with PTO Nos. 2 and 32 because they

{B0733357.1}

have not cured the deficiencies in their fact sheets within the 30-day deadline for doing so.

In support of this motion, Dutchmen submits the following exhibits:

| Exhibit | Description |
|---|---|
| A | December 2, 2010 Deficiency Letter to Langston & Lott |
| B | January 5, 2011 Response Letter by Langston & Lott[1] |

Counsel for Dutchmen has contacted counsel for the plaintiffs to obtain consent for filing of this motion. Although he responded promptly, counsel for the plaintiffs indicated that his clients were not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Dutchmen Manufacturing, Inc. moves that the Court grant its motion and dismiss the claims of the plaintiffs listed above, with prejudice.

Dutchmen has submitted a proposed judgment in connection with this motion.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza

---

[1] Dutchmen notes that, in addition to failing to provide information in response to many of the identified deficiencies, these plaintiffs did not send their letter attempting to cure the deficiencies within the 30-day deadline for doing so, nor did they obtain an extension.

{B0733357.1}

8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
  -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Dutchmen Manufacturing, Inc.*

Date:  June 10, 2011

## CERTIFICATE OF SERVICE

 I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

 Baton Rouge, Louisiana, this 10th day of June, 2011.

       *s/Ryan E. Johnson*
       _____
       Ryan E. Johnson