UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

This document relates to:
*Binghman, No. 10-3406*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with PTO 2 and 32, filed by Defendant Dutchmen Manufacturing, Inc., is **June 29, 2011**.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*Ryan E. Johnson*
_____
Ryan E. Johnson

{B0733357.1}