
JONES WALKER

Ryan E. Johnson
Direct Dial 225-248-2080
Direct Fax 225-248-3033
rjohnson@joneswalker.com

December 2, 2010

**Via Fax (662) 728-1992**

Casey Langston Lott
Langston & Lott
100 South Main St.
Booneville, MS 38829

Re:  FEMA Trailer Formaldehyde Product Liability Litigation
     USDC, ED of LA, MDL 1873

Dear Mr. Lott:

I write regarding the deficient fact sheets produced by your office in the above referenced matter. The deficiencies are listed as follows:

Dezrin Dedeaux (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (type of self treatment), C and D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Wue D. Lee (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);


EXHIBIT A

December 2, 2010
Casey Langston Lott
Page 2

    4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);
    5. Section VI, Medical Background, A, B, C (number of years), D (1-number of years & 3) and G;
    6. Section VII, Medical Diagnosis, A-D;
    7. Section VIII, Documents, B (no Form 95 attached);
    8. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Aamori Smith (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than Robin Smith on behalf of Aamori Smith but that information not provided here);
2. Section III, Case Information, C (3, 5, 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Anaisha Carriere (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than Robin Smith on behalf of Anaisha Carriere but that information not provided here);
2. Section III, Case Information, C (3, 4, 5, 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

December 2, 2010
Casey Langston Lott
Page 3

Andre Williams (Dutchmen)
1. Section III, Case Information, C (8-when treatment received & 9-amount of claim);
2. Section IV, Background Information, C (date of birth) and E (dates attended & diplomas/degrees received);
3. Section V, FEMA Trailer or Mobile Home Unit, A (4, 11, 12);
4. Section VI, Medical Background, A-D;
5. Section VII, Medical Diagnosis, A-C;
6. Section IX, List of Medical Providers and Other Sources of Information, C (admission dates & reasons for admission) and E (dates of treatment).

Annie Green (Dutchmen)
1. Section III, Case Information, C (2 & 5);
2. Section IV, Background Information, A, B, E (institution, course of study, diplomas/degrees), F (1 & 2);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 11-13);
4. Section VII, Medical Diagnosis, A-D;
5. Section IX, List of Medical Providers and Other Sources of Information, A-F;
6. Did not provide Social Security Number on HIPAA Release;

Barbara Martin (Dutchmen)
1. Section III, Case Information, C (5, 8 & 9);
2. Section IV, Background Information, B and E-G;
3. Section IV, Family Information, A and B;
4. Section V, FEMA Trailer or Mobile Home Unit, A (2, 3, 4, 13 &19);
5. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home), C, D, F and G;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, A;
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;

Wade Lee by Mary Brown (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than Mary Brown on behalf of Wade Lee but that information not provided here);
2. Section III, Case Information, C (5 & 8);
3. Section IV, Background Information, A and C (place of birth);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 4

11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Mary Bingham (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B and C (amount currently smoked & number of years smoked);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Mary D. Brown (? Page 9 of PFS not produced)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (13, 14 & 17-20);
5. Section VI, Medical Background, A, B, C (number of years smoked) and D (1- number of years smoked & 3);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;

Lacey L. Clayton by Perry Martin (Dutchmen)
1. Section III, Case Information, A (7) and C (1, 2, 9);
2. Section IV, Background Information, B and F;
3. Section IV, Family Information, A and B;
4. Section V, FEMA Trailer or Mobile Home Unit, A (1-4, 13 & 19);
5. Section VI, Medical Background, A - G;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, A-G;
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 5

Randall C. Clayton by Perry Martin (Dutchmen)
1. Section III, Case Information, C (5, 8 & 9-amount of claim);
2. Section V, FEMA Trailer or Mobile Home Unit, A (1-4, 13 & 19) and D (date and reason for repair, service or maintenance);
3. Section VII, Medical Diagnosis, A-C;
4. Section VIII, Documents, A (records of physicians, hospitals, pharmacies not provided) and B-G;
5. Section IX, List of Medical Providers and Other Sources of Information, A-F;

Roganay Cunningham by Annie Green (Dutchmen)
1. Section III, Case Information, A (7) and C (2, 4 & 5);
2. Section IV, Background Information, A;
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 13 & 19);
4. Section VI, Medical Background, A and B;
5. Section VII, Medical Diagnosis, A-B;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;
7. Did not provide Social Security Number on HIPAA Release;

Nathan Davis (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B and C (number of years);
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Chasity Doby by Clara Morgan (Dutchmen)
1. Section III, Case Information, C (5, 8 & 9);
2. Section IV, Background Information, A (dates of residence), E and F (1 & 2);
3. Section V, FEMA Trailer or Mobile Home Unit, A (13 & 20), B-D and E (nature of personal injury);
4. Section VII, Medical Diagnosis, B (treatment received), C and D;
5. Section VIII, Documents, A-E;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 6

Roderick Gates (Dutchmen)
1. Section III, Case Information, C (5);
2. Section IV, Background Information, B;
3. Section V, FEMA Trailer or Mobile Home Unit, A (2, 3, 11, 13-20), B and C;
4. Section VI, Medical Background, C and D;
5. Section VII, Medical Diagnosis, A-B;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;

Destiny Hopson by Clara Morgan (Dutchmen)
1. Section III, Case Information, A (1 & 7) and C (2, 5, 8 & 9);
2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2-4, 11 & 12), B-D and E (nature of personal injury);
4. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
5. Section VIII, Documents, A-E;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;
7. Did not provide Social Security Number on HIPAA Release.

Richard Johnston (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (5 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A, B and C (amount per day & number of years);
6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Leah Ladner-Roach (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (5 & 8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 7

  6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment), C and D;
  7. Section VIII, Documents, B (form 95 not attached);
  8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
  9. Did not provide Social Security Number on HIPAA Release;
  10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
  11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
  12. Did not provide copy of Power of Attorney.

Brooke Roach by Ronald Roach (Dutchmen)
  1. Section II, Personal Information, A (form appears to be completed by someone other than Ronald Roach on behalf of Brooke Roach but that information not provided here);
  2. Section III, Case Information, C (3, 5 & 8);
  3. Section IV, Background Information, A and C (place of birth);
  4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
  5. Section VI, Medical Background, A and B;
  6. Section VII, Medical Diagnosis, A-D;
  7. Section VIII, Documents, B (form 95 not attached);
  8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
  9. Did not provide Social Security Number on HIPAA Release;
  10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
  11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
  12. Did not provide copy of Power of Attorney.

Bryce Roach by Ronald Roach (Dutchmen)
  1. Section II, Personal Information, A (form appears to be completed by someone other than Ronald Roach on behalf of Bryce Roach but that information not provided here);
  2. Section III, Case Information, C (3, 5 & 8);
  3. Section IV, Background Information, A and C (place of birth);
  4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
  5. Section VI, Medical Background, A and B;
  6. Section VII, Medical Diagnosis, A-D;
  7. Section VIII, Documents, B (form 95 not attached);
  8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
  9. Did not provide Social Security Number on HIPAA Release;
  10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;

December 2, 2010
Casey Langston Lott
Page 8

    11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
    12. Did not provide copy of Power of Attorney.

Ronald Roach (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (8-10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Dana Scott (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
5. Section VI, Medical Background, A and B;
6. Section VII, Medical Diagnosis, B (Dr. Singley-address & Dr. White-address, treatment received and dates of treatment), C and D;
7. Section VIII, Documents, B (form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Janiya Smith by Robin Smith (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than Robin Smith on behalf of Janiya Smith but that information not provided here);
2. Section III, Case Information, C (3, 5 & 8);

December 2, 2010
Casey Langston Lott
Page 9

    3. Section IV, Background Information, A and C (place of birth);
    4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
    5. Section VI, Medical Background, A and B;
    6. Section VII, Medical Diagnosis, A-D;
    7. Section VIII, Documents, B (form 95 not attached);
    8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
    9. Did not provide Social Security Number on HIPAA Release;
    10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
    11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
    12. Did not provide copy of Power of Attorney.

    <u>Robin Smith (Dutchmen)</u>
    1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
    2. Section III, Case Information, A (1 & 7) and C (8);
    3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
    4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
    5. Section VI, Medical Background, A and B;
    6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment), C and D;
    7. Section VIII, Documents, B (form 95 not attached);
    8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
    9. Did not provide Social Security Number on HIPAA Release;
    10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
    11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
    12. Did not provide copy of Power of Attorney.

    <u>J. T. William (Dutchmen)</u>
    1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
    2. Section III, Case Information, A (1 & 7) and C (8);
    3. Section IV, Background Information, A, C (place of birth), E and F (1 & 2);
    4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14 & 17-20);
    5. Section VI, Medical Background, A and B;
    6. Section VII, Medical Diagnosis, B (address), C and D;
    7. Section VIII, Documents, B (form 95 not attached);
    8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
    9. Did not provide Social Security Number on HIPAA Release;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 10

10. Privacy Act Release not signed by plaintiff and signature does not appear to be that of attorney, Casey Langston Lott;
11. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of attorney, Casey L. Lott.
12. Did not provide copy of Power of Attorney.

Trevor Jeremiah Vice by Perry Martin (Dutchmen)
1. Section III, Case Information, A (7) and C (2 & 6-9);
2. Section IV, Background Information, E-G;
3. Section V, FEMA Trailer or Mobile Home Unit, A (2-5 & 19) and D;
4. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home), C, D, F and G;
5. Section VII, Medical Diagnosis, A-D;
6. Section VIII, Documents, A-G;
7. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Brett Watson (Dutchmen)
1. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 6, 7, 10 & 11) and E;
2. Section VI, Medical Background, C (amount current smoked & number of years) and D (1-amount smoked, 2 & 3);
3. Section VII, Medical Diagnosis, A-B;
4. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Clara Morgan (Dutchmen)
1. Section III, Case Information, C (2, 5, 8 & 9);
2. Section IV, Background Information, A (dates of residence), E and F (1 & 2);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2-4, 11, 12 & 20), B-D and E (dates lived in FEMA trailer or mobile home & nature of personal injury);
4. Section VII, Medical Diagnosis, A-D;
5. Section VIII, Documents, A-E and G;
6. Section IX, List of Medical Providers and Other Sources of Information, A-F;
7. Did not provide Social Security Number on HIPAA Release.

Perry Martin (Dutchmen)
1. Section III, Case Information, C (4, 5, 8-when treatment received & 9-amount of claim);
2. Section IV, Background Information, B (state issuing license);
3. Section IV, Family Information, A (relationship & current age of Lace Clayton);
4. Section V, FEMA Trailer or Mobile Home Unit, A (2-4) and D (state date and reason for repair, service or maintenance);
5. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home) and G;
6. Section VII, Medical Diagnosis, A-C;

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 11

    7. Section VIII, Documents, A (medical records not attached) and B-G;
    8. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Sheila Liang (Dutchmen)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, & 19);
5. Section VI, Medical Background, A, B and C (number of years);
6. Section VII, Medical Diagnosis, B (treatment received & dates of treatment), C and D;
7. Section VIII, Documents, B (Form 95 not attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F.

Fran A. Jacobs (Dutchmen)
1. Section III, Case Information, C (5 & 9);
2. Section IV, Background Information, F (1);
3. Section V, FEMA Trailer or Mobile Home Unit, A (1, 2, 4, 11 & 12) and E;
4. Section VI, Medical Background, B (weight prior to living in FEMA trailer or mobile home) and F (3);
5. Section VII, Medical Diagnosis, A-D;
6. Section VIII, Documents, A-G;
7. Section IX, List of Medical Providers and Other Sources of Information, A-F;
8. Did not provide Social Security Number on HIPAA Release.

Mikala Hopson by Clara Morgan (Dutchmen)
1. Section III, Case Information, A (1 & 7) and C (2, 5, 8 & 9);
2. Section IV, Background Information, A (dates of residence);
3. Section V, FEMA Trailer or Mobile Home Unit, A (2-4, 11 & 12), B-D and E (dates lived in FEMA trailer or mobile home & nature of personal injury);
4. Section VI, Medical Background, A and G;
5. Section VII, Medical Diagnosis, B (dates of treatment), C and D;
6. Section VIII, Documents, A-E and G;
7. Section IX, List of Medical Providers and Other Sources of Information, A-F;
8. Did not provide Social Security Number on HIPAA Release.

    Please be reminded that each plaintiff shall produce a completed and signed plaintiff fact sheet and corrections and/or updates to same shall be re-certified by plaintiff, except those corrections and/or updates made to Section II (C&D) and/or Section V (A.1, A.2 & A.4) (see Pretrial Order No. 32).

{B0698113.1}

December 2, 2010
Casey Langston Lott
Page 12

      Please have plaintiffs cure all deficiencies and return to my paralegal, Amy Hanegan via fax (225) 248-3033 or email, ahanegan@joneswalker.com as soon as possible. If these deficiencies are not cured within 30 days, Dutchmen Manufacturing, Inc. will move for dismissals pursuant to PTO No. 32.

                                    Sincerely,

                                      Ryan E. Johnson

REJ/abh
cc:     Gerald E. Meunier, Esq. (via email gmeunier@gainsben.com)
         Andrew D. Weinstock, Esq. (via email andreww@duplass.com)
         Henry Miller, Esq. (via email henry.miller@usdoj.gov)
         David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
         Charles Leche, Esq. (via email cleche@dkslaw.com)