# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

This document relates to:
*Watkins, 10-3415*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PTO 2 AND 32

Defendant DS Corp., d/b/a CrossRoads RV ("DS Corp."), moves this Court to enter an order dismissing the claims of plaintiffs **Alex D. Fairley, Brian Henton, Sr., Dennis Watkins, Kaycee Henton, Lisa Watkins, Ruth Kidd, Tasia Henton and Thomas Kidd, Jr.**  As explained more fully in the supporting memorandum submitted with this motion, these plaintiffs have failed to comply with PTO Nos. 2 and 32 because they have not cured the deficiencies in their fact sheets within the 30-day deadline for doing so.

In support of this motion, DS Corp. submits the following exhibits:

| Exhibit | Description |
|---|---|
| A | November 30, 2010 Deficiency Letter to Langston & Lott |
| B | December 29, 2010 Response Letter from Langton & Lott |

{B0733202.1}

Counsel for DS Corp. has attempted to contact counsel for the plaintiffs to obtain consent for filing of this motion. Although he responded promptly, counsel for the plaintiffs indicated that his clients were not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant DS Corp. moves that the Court grant its motion and dismiss the claims of the plaintiffs listed above, with prejudice.

DS Corp. has submitted a proposed judgment in connection with this motion.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
         -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for DS Corp.***

Date:  June 10, 2011

{B0733202.1}

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

    Baton Rouge, Louisiana, this 10th day of June, 2011.

                            *s/Ryan E. Johnson*
                          _____
                             Ryan E. Johnson

{B0733202.1}