# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**MDL NO. 1873**

**IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION**

**JUDGE ENGELHARDT**

**This document relates to:**
*Watkins, 10-3415*

**MAG. JUDGE CHASEZ**

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Defendant's Motion to Dismiss for Failure to Comply with PTO No. 2 and 32 is **June 29, 2011**, before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*

_____

Ryan E. Johnson

{B0733202.1}