# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 1873<br><br>JUDGE ENGELHARDT |
| **This document relates to:**<br>*Rush, 10-1357* | MAG. JUDGE CHASEZ |

### MOTION TO DISMISS FOR FAILURE TO
### COMPLY WITH PTO 2 AND 32

Defendant DS Corp., d/b/a CrossRoads RV ("DS Corp."), moves this Court to enter an order dismissing the claims of plaintiff **Brian Henton, Jr.** As explained more fully in the supporting memorandum submitted with this motion, Mr. Henton has failed to comply with PTO Nos. 2 and 32 because he has not cured the deficiencies in his fact sheet within the 30-day deadline for doing so.

In support of this motion, DS Corp. submits the following exhibits:

| Exhibit | Description |
|---|---|
| A | November 30, 2010 Deficiency Letter to Langston & Lott |
| B | December 29, 2010 Response Letter from Langton & Lott |

{B0733253.1}

Counsel for DS Corp. has attempted to contact counsel for the plaintiff to obtain consent for filing of this motion. Although he responded promptly, counsel for the plaintiff indicated that the plaintiff was not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant DS Corp. moves that the Court grant its motion and dismiss the claims of the plaintiff Brian Henton, Jr., with prejudice.

DS Corp. has submitted a proposed judgment in connection with this motion.

> Respectfully submitted,
>
> *s/ Ryan E. Johnson*
> _____
> James C. Percy (La. Bar No. 10413)
> Ryan E. Johnson (La. Bar No. 26352)
> **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
> Four United Plaza
> 8555 United Plaza Boulevard
> Baton Rouge, LA  70809
> Telephone: (225) 248-2080
> Facsimile:  (225) 248-3080
>          -and-
> Madeleine Fischer (La. Bar No. 5575)
> **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
> 201 St. Charles Avenue, 49th floor
> New Orleans, LA   70170
> Telephone:  (504) 582-8000
> Facsimile:  (504) 589-8208
>
> ***Counsel for DS Corp.***

Date:  June 10, 2011

{B0733253.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

      Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson

{B0733253.1}