# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

**This document relates to:**
*Rush, 10-1357*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Defendant's Motion to Dismiss for Failure to Comply with PTO 2 and 32 (as to plaintiff Brian Henton, Jr.) **is June 29, 2011**, before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 10th day of June, 2011.

                *s/Ryan E. Johnson*
                _____
                Ryan E. Johnson