

JONES
WALKER

Ryan E. Johnson
Direct Dial 225-248-2080
Direct Fax 225-248-3033
rjohnson@joneswalker.com

November 30, 2010

<u>Via Fax (662) 728-1992</u>

Casey Langston Lott
Langston & Lott
100 South Main St.
Booneville, MS  38829

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
              USDC, ED of LA, MDL 1873

Dear Mr. Lott:

      I write regarding the deficient fact sheets produced by your office in the above referenced matter.  The deficiencies are listed as follows:

<u>Vicki Lynn Dillon (DS Corp)</u>
1.  Section III, Case Information, C (5);
2.  Section VII, Medical Diagnosis, B (address and treatment received) and D (yes or no);
3.  Section IX, List of Medical Providers and Other Sources of Information, B – D and F (did not provide addresses);

<u>Alex D. Fairley (DS Corp)</u>
1.  Section III, Case Information, C (8- when treatment received and medications prescribed);
2.  Section IV, Background Information, A and B;
3.  Section V, FEMA Trailer or Mobile Home Unit, E;
4.  Section VI, Medical Background, C-E and F (2);
5.  Section VII, Medical Diagnosis, A-D;
6.  Section VIII, Documents, A-E (documents not submitted with PFS)
7.  Section IX, List of Medical Providers and Other Sources of Information, B-F;

<u>Brian Henton, Jr. (DS Corp)</u>
1.  Section II, Personal Information A (form appears to be completed by someone other than plaintiff but that information not provided here);
2.  Section III, Case Information, A (1 & 7) and C (8-name of person who treated or counseled you, condition, when treatment received, and medications prescribed);

{B0697936.1}        JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.c

ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

EXHIBIT

A

November 30, 2010
Casey Langston Lott
Page 2

   3.  Section IV, Background Information, A, B, C (place of birth), E and F;
   4.  Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 13, 14, 17-20);
   5.  Section VI, Medical Background, A and B;
   6.  Section VII, Medical Diagnosis, C and D;
   7.  Section VIII, Documents, B (no Form 95 attached);
   8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;

Brian Henton, Sr. (DS Corp)
   1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
   2.  Section III, Case Information, A (1 & 7);
   3.  Section IV, Background Information, A, B, C (place of birth), E and F (1-2);
   4.  Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, 14, 17-20);
   5.  Section VI, Medical Background, A and B;
   6.  Section VII, Medical Diagnosis, D;
   7.  Section VIII, Documents, B (no Form 95 attached);
   8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;

Dennis Watkins (DS Corp)
   1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
   2.  Section III, Case Information, A (1 & 7) and C (3, 5, 8);
   3.  Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
   4.  Section V, FEMA Trailer or Mobile Home Unit, A (2-4, 9, 10, 13, 14, 17-20);
   5.  Section VII, Medical Diagnosis, A-D;
   6.  Section VIII, Documents, B (no Form 95 attached);
   7.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
   8.  Did not provide Social Security Number on HIPAA Release;
   9.  Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of his attorney, Casey L. Lott.
  10.  Did not provide copy of Power of Attorney.

Kaycee Henton (DS Corp)
  ·1.  Section III, Case Information, C (3, 5, 8);
   2.  Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
   3.  Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, 14, 17-20);
   4.  Section VI, Medical Background, A-B;
   5.  Section VII, Medical Diagnosis, A-D;
   6.  Section VIII, Documents, B (no Form 95 attached);
   7.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
   8.  Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of his attorney, Casey L. Lott.
   9.  Did not provide copy of Power of Attorney.

{B0697936.1}

November 30, 2010
Casey Langston Lott
Page 3

<u>Lisa Watkins (DS Corp)</u>
1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2.  Section III, Case Information, A (1 and 7) and C (3 and 8);
3.  Section IV, Background Information, A, B, C (place of birth), E, and F (1 & 2);
4.  Section V, FEMA Trailer or Mobile Home Unit, A (2-4, 9, 10, 13, 14, 17-20);
5.  Section VI, Medical Background, A-B;
6.  Section VII, Medical Diagnosis, B (address and dates of treatment), C and D;
7.  Section VIII, Documents, B (no Form 95 attached);
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
9.  Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of his attorney, Casey L. Lott.
10. Did not provide Social Security Number on HIPAA Release;
11. Did not provide copy of Power of Attorney.

<u>Ruth Kidd (DS Corp)</u>
1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2.  Section III, Case Information, A (1 & 7) and C (8);
3.  Section IV, Background Information, A, C (place of birth), E, and F (1 & 2);
4.  Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, 14, 17-20);
5.  Section VI, Medical Background, A-B, C (number of years);
6.  Section VII, Medical Diagnosis, C-D;
7.  Section VIII, Documents, B (no Form 95 attached);
8.  Section IX, List of Medical Providers and Other Sources of Information, A-F;
9.  Did not provide Social Security Number on HIPAA Release.

<u>Sharon Kay Wetzel (DS Corp)</u>
•   PFS completed by daughter, Vicki Lynn Dillon.

1.  Section III, Case Information, C (5 and 7);
2.  Section VII, Medical Diagnosis, B (address) and D;
3.  Section IX, List of Medical Providers and Other Sources of Information, C (did not provide address, admission dates and reason for admission), D (did not provide address), E (did not provide address) and F;

<u>Tasia Henton (DS Corp)</u>
1.  Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2.  Section III, Case Information, A (1 & 7) and C (8);
3.  Section IV, Background Information, A, B, C (place of birth), E, and F (1 & 2);
4.  Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, 14, 17-20);
5.  Section VI, Medical Background, A and B;

November 30, 2010
Casey Langston Lott
Page 4

6. Section VII, Medical Diagnosis, C and D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Plaintiff fact sheet not certified by plaintiff and signature on Certification and authorizations does not appear to be that of his attorney, Casey L. Lott.
10. Did not provide copy of Power of Attorney.

Thomas Kidd, Jr. (DS Corp)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (6-8);
3. Section IV, Background Information, A, B, C (place of birth), E, and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (2, 4, 9, 10, 13, 14, 17-20);
5. Section VI, Medical Background, A-C, D (1-number of years and 3);
6. Section VII, Medical Diagnosis, C and D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release.

Please be reminded that each Plaintiff shall produce a completed and signed plaintiff fact sheet and the fact sheet must be that form approved by the Court (see Pretrial Order No. 32).

Please have plaintiffs cure all deficiencies and return to my paralegal, Amy Hanegan via fax (225) 248-3033 or email, ahanegan@joneswalker.com as soon as possible. If these deficiencies are not cured within 30 days, DS Corporation we will move for dismissals pursuant to PTO No. 32.

Sincerely,

Ryan E. Johnson

REJ/abh
cc:  Gerald E. Meunier, Esq. (via email gmeunier@gainsben.com)
     Andrew D. Weinstock, Esq. (via email andreww@duplass.com)
     Henry Miller, Esq. (via email henry.miller@usdoj.gov)
     David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
     Charles Leche, Esq. (via email cleche@dkslaw.com)

{B0697936.1}