IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL  NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 10-3745; Melody Ann Conrad v.<br>Lakeside Park Homes, Inc., et al. | Judge Kurt D. Engelhardt<br>Magistrate Alma L. Chasez |

## AGBAYANI CONSTRUCTION CORPORATION'S MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF DEBRA ANN MILLER

Defendant Agbayani Construction Corporation ("Agbayani") moves to dismiss the duplicative claims of Plaintiff Debra Ann Miller, as follows:

On October 13, 2010, a case numbered and styled Civil Action No. 10-3463; *Debra Ann Miller, et al. v. Lakeside Park Homes, Inc., et al.* (the "*Miller* lawsuit") was filed in the Eastern District of Louisiana.  In the *Miller* lawsuit, Plaintiff Debra Ann Miller was identified as the sole Plaintiff on Exhibit A to Plaintiffs' Amending Complaint.  In that lawsuit, Debra Ann Miller brings claims against Lakeside Park Homes, Inc. as the Manufacturing Defendant, Agbayani Construction Corporation as the Contractor Defendant, North American Catastrophe Services as the Insuring Defendant, and the United States of America.  The law firm representing Ms. Miller in the *Miller* lawsuit is The Law Offices of Sidney D. Torres, III, located in Chalmette, Louisiana.  *See* Exhibit "A" (*Miller* Complaint).  Agbayani filed its Answer to the *Miller* Complaint on or about December 22, 2010.

On October 15, 2010, a case numbered and styled Civil Action No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.* (the "*Conrad* lawsuit") was filed in the Eastern District of Louisiana FEMA Trailer Formaldehyde Products  Liability Litigation.  In the

*Conrad* lawsuit, Plaintiff Debra Ann Miller was identified, individually, as Plaintiff No. 11 and 12 on Exhibit A[1] to Plaintiffs' Amending Complaint, which listed all claimants and their addresses. In that lawsuit, Debra Ann Miller brings claims against Lakeside Park Homes, Inc. as the Manufacturing Defendant, Agbayani Construction Corporation as the Contractor Defendant, North American Catastrophe Services as the Insuring Defendant, and the United States of America. The law firm representing Ms. Miller in the *Conrad* lawsuit is also The Law Offices of Sidney D. Torres, III, located in Chalmette, Louisiana. *See* Exhibit "B" (*Conrad* Complaint).

Debra Ann Miller is also listed as Plaintiff No. 8 and 9 on Exhibit A to the *Conrad* Complaint, and she is identified as bringing claims on behalf of Brandon Miller, presumably a minor or incapacitated person. This Motion does not seek to dismiss any claims Debra Ann Miller is bringing on behalf of Brandon Miller.

The Debra Ann Miller who is listed as the sole Plaintiff in the *Miller* lawsuit is the same person as the Debra Ann Miller who is listed as Plaintiff No. 11 and 12 in the *Conrad* lawsuit. Ms. Miller brings the same exact claims against Agbayani Construction Corporation in the *Miller* lawsuit as the claims she brings in the *Conrad* lawsuit, against the exact same defendants: claims for negligence and claims under the Louisiana Products Liability Act. Further, Ms. Miller is seeking damages for the same injuries caused by exposure to formaldehyde from the particle board in the trailer. The pleadings of both lawsuits are virtually identical.

Defendant inquired with Plaintiffs' counsel about the duplicative nature of the *Conrad* lawsuit (with respect to claims brought by Debra Ann Miller individually), and asked that Plaintiff dismiss the claims of Debra Ann Miller brought in the *Conrad* lawsuit as duplicative of the claims she brought in the *Miller* lawsuit, as indicated by the attached correspondence. *See*

---

[1] It is unclear why Plaintiff Debra Ann Miller was listed twice on Exhibit "A" as if she were two distinct individuals.

Exhibit "C". Plaintiffs' counsel has offered no explanation for the filing of the duplicate lawsuit involving Debra Ann Miller, except that the trailer occupied by Ms. Miller and her family was set up in two different locations in Louisiana and that, presumably, this fact gave Plaintiff the grounds to file duplicate lawsuits and claims for Debra Ann Miller. *See* Exhibit "D."[2]

Because Plaintiff has filed duplicate claims on behalf of Debra Ann Miller with identical allegations, causes of action and defendants, and has offered no valid explanation as to why it has filed duplicate claims, the Court should dismiss the claims of Ms. Miller, which she brings individually, in the *Conrad* lawsuit, as it is the later filed lawsuit.

WHEREFORE, Defendant Agbayani Construction Corporation prays that the Court dismiss the claims of Debra Ann Miller, individually, in this lawsuit as duplicative, and prays for such other and further relief, in law or in equity, to which the Agbayani Construction Corporation may be justly entitled.

Respectfully submitted,

s/Janet L. MacDonell
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

---

[2] Ms. Miller's husband, Kenneth Alexander Miller, has also filed a duplicate lawsuit, which is the subject of a pending Motion to Dismiss filed by Agbayani in Civil Action No. 10-3854; *Kenneth Alexander Miller v. Lakeside Park Homes, Inc., et al.* in the Eastern District of Louisiana FEMA Trailer Formaldehyde Products Liability Litigation.

Of counsel:

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on June 10th, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system and has been served on plaintiff counsel by email and/or facsimile.

             <u>s/Janet L. MacDonell</u>
             Janet L. MacDonell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL  NO. 07-1873

Section "N" (5)

This document relates to
CA 10-3745; Melody Ann Conrad v.
Lakeside Park Homes, Inc., et al.

Judge Kurt D. Engelhardt
Magistrate Alma L. Chasez

## AGBAYANI CONSTRUCTION CORPORATION'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE DUPLICATIVE CLAIM OF DEBRA ANN MILLER

Defendant Agbayani Construction Corporation ("Agbayani") files this Memorandum of Authorities in Support of Motion to Dismiss the Duplicate Claims of Plaintiff, Debra Ann Miller, as follows:

**I.**

Plaintiff Debra Ann Miller has filed duplicate claims and lawsuits for injuries caused by alleged exposure to formaldehyde in conjunction with the mobile home unit provided to her after Hurricane Katrina, and involving identical facts, claims, and defendants.  Agbayani incorporates by reference herein its Motion to Dismiss the Duplicate Claims of Debra Ann Miller.

In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit.  *In Re: Katrina Canal Breaches Consolidated Litig.,* 2009 U.S. Dist LEXIS 1148 (Jan. 7, 2009).  Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action.  *Id.*  The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that

call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest*, 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009).

Because Plaintiff has filed a previous lawsuit on behalf of Debra Ann Miller which asserts identical facts, allegations, causes of action and defendants as those brought in this lawsuit, and has offered no valid explanation as to why it has filed duplicate claims in this lawsuit, the Court should dismiss the claims of Ms. Miller, which she brings individually, in this lawsuit under the "first to file" rule, as the *Miller* lawsuit was filed prior to this lawsuit and has already been answered by Agbayani.

WHEREFORE, Defendant Agbayani Construction Corporation prays that the Court dismiss the claims brought by Debra Ann Miller, individually, from this lawsuit, and prays for such other and further relief, in law or in equity, to which the Agbayani Construction Corporation may be justly entitled.

Respectfully submitted,

s/Janet L. MacDonell
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

Of counsel:

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10th, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system and will be served on plaintiff counsel by email and/or facsimile.

                                            s/Janet L. MacDonell
                                            Janet L. MacDonell