# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRA MILLER, *ET AL.* <br> together with all individuals and entities <br> whose names appear on the attached <br> "Exhibit A" <br><br> versus <br><br> LAKESIDE PARK HOMES, INC., <br> UFAS-AGBAYANI CONSTRUCTION <br> CORPORATION <br> NORTH AMERICAN CATASTROPHE <br> SERVICES, INC., <br> and <br> UNITED STATES OF AMERICA through the <br> Federal Emergency Management Agency <br><br> *PLAINTIFF'S CLAIM ORIGINATED IN:* <br> *Dana Meyer, et al. v. Lakeside Park Homes, Inc.,* <br> MDL 1873, C.A. No. 10-765 | DOCKET NO. <br><br> **10-3463** <br><br> SECTION <br><br> **SECT. N MAG 5** |

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 OCT 13 PM 3:13
LORETTA G. WHYTE
CLERK

************************************************************************

## PLAINTIFFS' AMENDING
## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **DEBRA ANN MILLER**, as listed on **Exhibit A** attached hereto, who in accordance with **Pretrial Order No. 68**, Rec. Doc. 14779, issued in the Multidistrict Litigation to which this matter is related, *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 07-1873, United States Eastern District of Louisiana, (attached hereto and marked for identification as **Exhibit B**) amend the original indicated unmatched defendant Complaint(s) for Damages in accordance with Pretrial Order No. 68 and Orders of the Court entered on December 22, 2009 (**Pretrial Order No. 40**, Rec. Doc.

1

EXHIBIT "A"



**EXHIBIT A**

| Name | Manufacturer | Contractor | Case No. | THU Address | Case Caption of Originating Case |
|---|---|---|---|---|---|
| (1) Debra Ann Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-4843, 10-765 | 1540 Schnell Drive, Arabi, LA 70032 | Dana Meyer, et al. v. Lakeside Park Homes, Inc., et al. EDLA 10-765 |



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 OCT 15 PM 4: 35

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELODY ANN CONRAD,** *ET AL.*, together with all individuals and entities whose names appear on the attached "Exhibit A" | * * * * * | DOCKET NO. **10-3745** |
| versus | * * | |
| **LAKESIDE PARK HOMES, INC. UFAS-AGBAYANI CONSTRUCTION CORPORATION, NORTH AMERICAN CATASTROPHE SERVICES, INC.,** and **UNITED STATES OF AMERICA** through the **Federal Emergency Management Agency** | * * * * * * * * * * | SECTION **SECT. N MAG. 5** |
| *PLAINTIFF'S CLAIM ORIGINATED IN:* *Stacy L. Braquet, et al., v. Lakeside Park Homes, Inc., et al., MDL 1873, C.A. 09-3734* | * * * | |

**************************************************************************

### PLAINTIFFS' AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **MELODY ANN CONRAD, *ET AL.*,** as listed on **Exhibit A** attached hereto, who in accordance with **Pretrial Order No. 68**, Rec. Doc. 14779, issued in the Multidistrict Litigation to which this matter is related, *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 07-1873, United States Eastern District of Louisiana, (attached hereto and marked for identification as **Exhibit B**) amend the original indicated unmatched defendant Complaint(s) for Damages in accordance with Pretrial Order No. 68 and Orders of the Court entered on December 22, 2009 (**Pretrial Order No. 40**, Rec. Doc. 1781) and January 12, 2010 (**Pretrial Order No. 55**, Rec. Doc. 10228). Based upon

1

EXHIBIT "B"

**EXHIBIT A**

| | Name / THU Address | Manufacturer/Model | Contractor | Case Caption of Originating Case No. |
|---|---|---|---|---|
| (1) | Melody Ann Conrad<br>114 W. Claiborne Sq., Chalmette, LA | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734  112,976 09-3734 |
| (2) | Kayle Lynn Deffes<br>1921 Heights Drive, St. Bernard, LA | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (3) | Paul Johannessen Sr., o/b/o Ashley Johanne<br>1921 Heights Drive, St. Bernard, LA | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (4) | Debra V. Johannessen<br>1921 Heights Drive, St. Bernard, LA | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (5) | Paul & Debra, o/b/o Paul A Johannessen<br>1921 Heights Dr, St. Bernard, La 70085 | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (6) | Paul A. Johannessen<br>1921 Heights Dr., St. Bernard, LA | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (7) | Wilson John<br>114 west Claiborne Square, Chalmette, | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (8) | Debra Miller, o/b/o Brandon Miller<br>500 Perrin Drive, Arabi, LA 70032 | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (9) | Debra Miller, o/b/o Brandon Miller<br>1540 Schnell Drive, Arabi, La 70032 | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (10) | Brandon Eugene Miller<br>500 Perrin Drive, Arabi, LA 70032 | Lakeside Park Homes, Inc. | UFAS-Agbayani | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (11) | Debra Ann Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |

| | Name / THU Address | Manufacturer/Model | Contractor | Case No. / Case Caption of Originating Case |
|---|---|---|---|---|
| | | | | |
| | 1540 Schnell Drive, Arabi, La 70032 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (12) | Debra Ann Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 500 Perrin Drive, Arabi, LA 70032 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (13) | Kenneth Alexander Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1540 Schnell Drive, Arabi, LA 70092 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (14) | Joseph & Karen Perry, o/b/o Joseph L Perry | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 3105 Munster Blvd, Meraux, La 70075 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (15) | Joseph Louis Perry | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 3105 Munster Blvd, Meraux, LA 70075 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (16) | Karen Crane Perry | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 3105 Munster Blvd, Meraux, La 70075 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (17) | Joseph & Karen Perry, o/b/o Stone W Perry | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 3105 Munster Blvd, Meraux, La 70075 | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (18) | Collins Whittey | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 6787 Deanne Street, New Orleans, La | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |
| (19) | Sharon M Whittey | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 6787 Deanne Street, New Orleans, La | | | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 |

| | |
|---|---|
| **From:** | Heidi Gumienny |
| **Sent:** | Wednesday, April 27, 2011 9:24 AM |
| **To:** | 'David Jarrell' |
| **Subject:** | Case No. 10-3745; Melody Ann Conrad, et al v. Lakeside Park Homes |
| **Attachments:** | [Untitled].pdf; Conrad v Lakeside_Summons_04202011.pdf |

David:

Please see attached letter relating to Case No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes;* In the Eastern District of Louisiana.

Heidi

**GORDON & REES LLP**
RESPONSIVE • RESOURCEFUL • RESULTS

**HEIDI J. GUMIENNY**
Senior Counsel
hgumienny@gordonrees.com

3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Main Phone: (713) 961-3366
Direct Phone: (713) 490-4873
Fax: (713) 961-3938

www.gordonrees.com

**National Offices:**
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Sunday, January 16, 2011 11:28 AM
**To:** Heidi Gumienny
**Subject:** Dixon

I will prepare a dismissal w/o prejudice of one of the Dixon suits (10-3471). I trust you have no opposition?

**EXHIBIT "C"**

6/7/2011

# GORDON & REES LLP

HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

April 27, 2011

Sidney D. Torres, III
David C. Jarrell
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

*Via Facsimile and Email*

Re: FEMA Trailer Formaldehyde Produce Liability Litigation
Case No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.*

Dear Mr. Torres and Mr. Jarrell:

I represent Agbayani Construction Corporation ("Agbayani") in the above-referenced matter (the "Conrad lawsuit"). Exhibit A to Plaintiffs' Amending Complaint for Damages in the above lawsuit lists Debra Ann Miller of 1540 Schnell Drive, Arabi, LA 70032 as plaintiff no. 11.

Debra Ann Miller is the sole plaintiff in the lawsuit numbered and styled Case No. 10-3463, *Debra Ann Miller v. Lakeside Park Homes, Inc. et al.*, In the Eastern District of Louisiana (the "Miller lawsuit"), which your firm is handling. Agbayani has filed an answer in the Miller lawsuit. It appears that the Conrad lawsuit is a duplicate suit, at least as to Debra Ann Miller.

I note that, in the Conrad lawsuit, Debra Ann Miller is also suing on behalf of Brandon Miller, who is presumably a minor or an incapacitated person. However, she is also listed individually as a plaintiff. Please provide an explanation for why Debra Ann Miller is a plaintiff in both of these lawsuits, as she appears to be making identical claims in both lawsuits against the same defendants.

If we have not received an explanation or motion for dismissal from you within 15 days of your receipt of this correspondence, Agbayani will move for dismissal as appropriate.

Sidney D. Torres, III
David C. Jarrell
April 27, 2011
Page 2

    If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

                                      Sincerely,

                                      Heidi J. Gumienny

Enclosure

**From:** David Jarrell [dcj@torres-law.com]
**Sent:** Monday, May 09, 2011 2:27 PM
**To:** Heidi Gumienny
**Subject:** RE: Case No. 10-3745; Melody Ann Conrad, et al v. Lakeside Park Homes

While a single trailer, the trailer was installed and occupied at two distinct locations in St. Bernard Parish – thus the two separate filings.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Wednesday, April 27, 2011 9:24 AM
**To:** David Jarrell
**Subject:** Case No. 10-3745; Melody Ann Conrad, et al v. Lakeside Park Homes

David:

Please see attached letter relating to Case No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes;* In the Eastern District of Louisiana.

Heidi

**GORDON & REES LLP**
RESPONSIVE · RESOURCEFUL · RESULTS

**HEIDI J. GUMIENNY**
Senior Counsel
hgumienny@gordonrees.com

3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Main Phone: (713) 961-3366
Direct Phone: (713) 490-4873
Fax: (713) 961-3938

www.gordonrees.com

**National Offices:**
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Sunday, January 16, 2011 11:28 AM
**To:** Heidi Gumienny
**Subject:** Dixon

I will prepare a dismissal w/o prejudice of one of the Dixon suits (10-3471). I trust you have no opposition?

---

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago  * Phoenix * Dallas *
New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and

**EXHIBIT "D"**

6/7/2011

have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE

To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

6/7/2011