IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL  NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 10-3745; Melody Ann Conrad v. Lakeside Park Homes, Inc., et al. | Judge Kurt D. Engelhardt<br>Magistrate Alma L. Chasez |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant Agbayani Construction Corporation will bring the attached Motion to Dismiss Duplicate Lawsuit of Debra Miller, with supporting Memorandum for hearing before Honorable Kurt Englehardt, 500 Poydras St., New Orleans, LA on June 29, 2011 at 9:30 a.m.

        s/Janet L. MacDonell
        Janet L. MacDonell, Bar #17315
        21452 Lowe Davis Rd.
        Covington, LA 70435
        985 867 9971/504 451 6382
        Jmacdonell4@cox.net
        AGBAYANI CONSTRUCTION
        CORPORATION

Of counsel:

**GORDON & REES, L.L.P.**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June10th, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system and is being served on plaintiff's counsel via email and/or facsimile.

                 s/Janet L. MacDonell
                 Janet L. MacDonell