UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

**This document relates to:**
*Hallman, No. 10-3417*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PTO 2 AND 32

Defendant, Thor Industries, Inc.,[1] moves this Court to enter an order dismissing the claims of plaintiff **Kathyrn Hallman.** As explained more fully in the supporting memorandum submitted with this motion, the plaintiff has failed to comply with PTO Nos. 2 and 32 because she has not cured the deficiencies in her fact sheets within the 30-day deadline for doing so.

In support of this motion, Thor Industries, Inc., Inc. submits the following exhibits:

---

[1] As noted previously in other pleadings filed, Thor Industries, Inc. is not a manufacturer of travel trailers or park model trailers and is not a proper defendant in this litigation. Thor Industries, Inc. does not by seeking this dismissal waive or concede that is properly a defendant in this litigation and reserves the right to assert this argument in the future.

| Exhibit | Description |
|---|---|
| A | November 30, 2010 Deficiency Letter to Langston & Lott |
| B | December 27, 2010 Response Letter from Langton & Lott |

Counsel for Thor Industries, Inc. has contacted counsel for the plaintiff to obtain consent for filing of this motion. Although he responded promptly, plaintiff's counsel indicated that his client was not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Thor Industries, Inc. moves that the Court grant its motion and dismiss the claims of the plaintiff listed above, with prejudice.

The Defendant has submitted a proposed judgment in connection with this motion.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
        -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000

Facsimile: (504) 589-8208

***Counsel for Thor Industries, Inc.***

Date: June 10, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson

{B0733289.1}    3