UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MDL NO. 1873

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

JUDGE ENGELHARDT

This document relates to:
*Aldridge, 07-9228 and
Airhart, 09-5477*

MAG. JUDGE CHASEZ

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PTO 2 AND 32

Defendant Keystone RV Company moves this Court to enter an order dismissing the claims of plaintiff **Trina Brazile**. Brazile is named as a plaintiff in both of the actions referenced above.  As explained more fully in the supporting memorandum submitted with this motion, Ms. Brazile has failed to comply with PTO Nos. 2 and 32 because she has not cured the deficiencies in her fact sheet within the 30-day deadline for doing so.

In support of this motion, Keystone RV Company submits the following exhibits:

| Exhibit | Description |
| --- | --- |
| A | February 12, 2009 Deficiency Letter to Matthew Moreland |
| B | February 25, 2009 Deficiency Letter to Matthew Moreland |
| C | March 26, 2009 Response Document (Errata Sheet) from Frank D'Amico |

{B0733494.1}

Counsel for Keystone RV Company contacted counsel for the plaintiff to obtain consent for filing of this motion.  Counsel for the plaintiff (Ms.  Reed G. Bowman) who indicated that plaintiff's counsel has no opposition to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Keystone RV Company moves that the Court grant its motion and dismiss the claims of the plaintiff **Trina Brazile**, with prejudice.

Keystone RV Company has submitted a proposed judgment in connection with this motion.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____

James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
     -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

Date:  June 10, 2011

{B0733494.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 10th day of June, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson

{B0733494.1}