**DUPLASS**
**ZWAIN**
**BOURGEOIS**
**PFISTER &**
**WEINSTOCK**

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BRETT A. BARES |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | BEN S. DiPALMA |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | SHENDELLE T. POLK |
| C. MICHAEL PFISTER | COREY M. OUBRE | |
| ANDREW D. WEINSTOCK (1) | GISSEL M. FERRIOL | *SPECIAL COUNSEL* |
| GEOFFREY P. CLEMENT | CHRISTINA M. KOCKE (4) | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART | JENNIFER M. MORRIS | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | PHILIP G. WATSON | (3) also admitted in Maryland |
| | | (4) also admitted in Oklahoma |

February 12, 2009

**VIA US MAIL AND EMAIL**

Matthew B. Moreland
Becnel Law Firm, LLC
106 West Seventh Street
P.O. Drawer H
Reserve, Louisiana 70084

    Re:    *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
            **MDL 1873**
            **Deficiencies in Plaintiff Fact Sheets for Keystone RV Company**

Dear Matt:

    I am writing on behalf of the Manufacturing Defendants concerning deficiencies in some of the Plaintiff Fact Sheets (PFS) that have been produced to us. These fact sheets all appear to relate to defendant Keystone RV Company.

    The PFS's listed below lack completed and signed Medical Authorizations, Employment Authorizations and Privacy Act Releases:

1. Letecheia Acker
2. Trina Brazile
3. Tanyoko Bridges
4. Janero Bridges
5. Johnnie J. Celestine, III
6. Gail M. Duncan
7. Richard Gabriel
8. Paul Lastrapes
9. Gyainni Smith
10. Keith Williams (Privacy Act Release only)
11. Michaela Sumpter

A PROFESSIONAL LAW CORPORATION

29TH FLOOR, THREE LAKEWAY CENTER    3838 N. CAUSEWAY BLVD.    METAIRIE
TELEPHONE 504.832.3700    FAX 504.837.3119
www.duplass.com


EXHIBIT A

**In light of the upcoming deadlines to identify bellwether plaintiffs, we ask that you provide the requested forms within 10 days of the date of this letter.** Please note that the above listed fact sheets may contain additional deficiencies and we reserve the right to identify those in a separate letter.

In addition to the above the requests, Defendants also request that you provide a Power of Attorney or any other suitable document showing Joanette Williams' authority to represent her mentally handicapped sister, Glynn Williams. We will not be able to obtain medical and employment records with out this documentation.

Thank you for your attention and cooperation to these matters.

Sincerely,

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK

*Andrew D. Weinstock*

ANDREW D. WEINSTOCK
DEFENSE LIASION COUNSEL

ADW/cvm
cc:   Gerald Meunier
      Justin Woods

2