
# JONES WALKER

Ryan E. Johnson
Direct Dial 225-248-2080
Direct Fax 225-248-3080
rjohnson@joneswalker.com

February 25, 2009

**BY U. S. MAIL AND EMAIL**

Mr. Matthew B. Moreland
Becnel Law Firm, LLC
106 West Seventh St.
P. O. Drawer H
Reserve, LA 70084

    Re:   *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
            MDL 1873
            Deficiencies in Plaintiff Fact Sheets

Dear Matt:

    I am writing concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS).

    The specific PFS deficiencies we have noted are as follows:

**Trina Brazile (Frank J. D'Amico, Jr., APLC) (Keystone)**

1. Did not execute authorizations or federal Privacy Act release.
2. Did not answer Section III (C) (2) – (9).
3. Did not complete any of Section IV relating to plaintiff's background information.
4. Did not complete any of Section IV relating to plaintiff's family information.
5. Did not answer Section V (A) (3), (4), (7), (9) – (12), (14) – (18), (20), (B) – (E).
6. Did not complete any of Section IV relating to plaintiff's medical background.
7. Did not complete any of Section VII relating to plaintiff's medical diagnosis.
8. Did not complete any of Section IX relating to plaintiff's medical providers.

Please note that the phrase "unknown at this time" was used 77 times in this fact sheet.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
{B0569343.1}
8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 225-248-2000 • FAX 225-248-2010 • E-MAIL info@joneswalker.c
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   THE WOODLANDS   WASHINGTON,


EXHIBIT B

Matthew B. Moreland, Esq.
February 25, 2009
Page 2

### Janero Bridges (Buzbee Law Firm)(Keystone)

1. Did not answer Section III (C) (1) and (9).
2. Did not answer Section IV (B) regarding driver's license number, (F) (2) complete employer names, addresses and dates of employment, and (3) (a) and (b) regarding wage claim information.
3. Did not answer Section V (A) (3) regarding FEMA identification number and (E) regarding nature of personal injuries of all persons residing in trailer or mobile home.
4. Did not complete Section VI (G) regarding treating physician for chest x-ray performed in January, 2006.
5. Did not answer Section VII (B) relating to plaintiff's doctors or health care providers.
6. Did not complete Section IX (D) and (E) relating to health care facilities, clinics, hospitals, doctors or health care providers providing treatment to plaintiff during the last seven years.

### Johnnie Celestine, III (Buzbee Law Firm)(Keystone)

1. Did not answer Section II (B), (D) and (E).
2. Did not answer Section III (A) (1)- (8) and (C) (2), (4), (7) – (9).
3. Did not answer Section IV (A) regarding dates of residence, (C) regarding place of birth, and (E) - (G).
4. Did not answer Section V (A) (3), (5), (9), (11), (12), (14) – (18), (20), (B) – (E).
5. Did not complete Section VI regarding medical background.
6. Did not complete any of Section VII relating to plaintiff's medical diagnosis.
7. Did not complete any of Section VIII relating to documents.
8. Did not complete any of Section IX relating to plaintiff's medical providers.

Please note that the phrase "unknown at this time" was used 104 times in this fact sheet.

### Sheila J. Lane (Counsel Unknown)(Keystone)

1. Did not complete Section III (B) regarding name and address of attorney.
2. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 3

### Paul Lastrapes (Frank J. D'Amico, Jr., APLC)(Keystone)

1. Did not provide copies of medical or pharmacy records.
2. Did not answer Section III (C) (3), (6) – (9).
3. Did not answer Section IV (A) regarding dates of residence, (B), (C) regarding place of birth, (E), and (F).
4. Did not complete any of Section IV relating to family information.
5. Did not answer Section V (A) (3), (4), (10), (13), (17) – (19), (B) – (D), and (E) regarding nature of personal injury.
6. Did not answer Section VI (A) – (D), and (F).
7. Did not complete any of Section VII relating to plaintiff's medical diagnosis.
8. Did not complete any of Section VIII relating to documents.
9. Did not complete any of Section IX relating to plaintiff's medical providers.

Please note that the phrase "unknown at this time" was used 66 times in this fact sheet.

### James Lowery (Buzbee Law Firm)(Keystone)

1. Did not provide copies of bills from physicians, hospitals, pharmacies or other healthcare providers.
2. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.
3. Did not complete Section IV (F) (2) regarding address and occupation for employment at Wal-mart.
4. Did not complete Section V (A) (3) regarding FEMA identification number for trailer or mobile home unit.
5. Did not complete Section V (E) regarding nature of personal injuries claimed.
6. Did not complete Section VII (D) regarding name and address for health care professional that told plaintiff that alleged illness, disease or injury is related to living in FEMA trailer or mobile home unit.
7. Did not answer Section VIII (B) regarding Standard Form 95.
8. Did not complete Section IX (B) regarding approximate dates for visits to Charity Hospital.
9. Did not complete Section IX (C) regarding listing information for each hospital, clinic or healthcare facility which provided inpatient treatment to plaintiff.

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 4

### Iris Robertson (Buzbee Law Firm)(Keystone)

1. Did not answer Section III (C) (8) regarding name and address of person who provided treatment or counseling and list of medications prescribed or recommended and (9) regarding amount of claim for medical expenses.
2. Did not complete Section IV (F) (1) regarding date of employment and (2) address of employer.
3. Did not answer Section V (A) (2) regarding VIN of trailer or mobile home unit, (D) regarding date of repair of sewer lines, and (E) regarding nature of personal injuries claimed.
4. Did not complete Section VI (G) (1) regarding treating physician for MRI and X-ray and reason for X-ray.
5. Did not complete Section IX (B) regarding approximate dates for visits to Dr. Laderer, (D) regarding admission dates for Slidell Memorial, and (E) regarding dates of treatment by Dr. Laderer.

### Keith Robertson (Buzbee Law Firm)(Keystone)

1. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.
2. Did not complete Section IV (F) (1) and (2) regarding address of employer and (3) (a) and (b) regarding wage loss claim.
3. Did not complete Section V (A) (2) regarding VIN and (3) regarding FEMA identification number of trailer or mobile home unit.
4. Did not complete Section VI (G) (1) regarding treating physician for CT Scan.

### Bryant Rudolph (Bencomo & Associates)(Keystone)
### (fact sheet completed by mother Cheryl A. Rudolph)

1. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.
2. Did not complete Section V (A) (1), (3) and (4) regarding manufacturer, FEMA identification number and Bar Code Number of trailer or mobile home unit.
3. Did not complete Section V (A) (20) regarding where and what period of time of temporary occupation of another location.

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 5

### Cheryl A. Rudolph (Bencomo & Associates)(Keystone)

1. Did not complete Section V (A) (1), (3) and (4) regarding manufacturer, FEMA identification number and Bar Code Number of trailer or mobile home unit.
2. Did not complete Section V (A) (20) regarding where and what period of time of temporary occupation of another location.

### Bernadette Stevenson (Frank J. D'Amico, Jr., APLC)(Keystone)

1. Did not complete Section V (D) regarding dates repairs, services or maintenance performed.

### Matthew Sumpter (Frank J. D'Amico, Jr., APLC)(Keystone)
### (fact sheet completed by mother Amy Alfonso)

1. Did not complete Section III (C) (5) regarding date claimed injury or disease first occurred.

### Micheala Sumpter (Frank J. D'Amico, Jr., APLC)(Keystone)

1. Did not answer Section II (B), (D) and (E).
2. Did not answer Section III (A) (1)- (8) and (C) (1) – (9).
3. Did not answer Section IV (A), (B), (C) regarding place of birth, (D) - (G).
4. Did not complete any of Section IV relating to family information.
5. Did not complete any of Section V regarding FEMA trailer or mobile home unit.
6. Did not complete Section VI regarding medical background.
7. Did not complete any of Section VII relating to plaintiff's medical diagnosis.
8. Did not complete any of Section VIII relating to documents.
9. Did not complete any of Section IX relating to plaintiff's medical providers.

Please note that the phrase "unknown at this time" was used 99 times in this fact sheet.

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 6

### Ivan Williams (Buzbee Law Firm)(Keystone)
**(fact sheet completed by mother Joanette Williams)**

1. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.
2. Did not complete Section V (A) (11) regarding approximate square footage of FEMA housing unit.
3. Did not complete Section V (B) regarding when and by whom air quality testing on FEMA trailer or mobile home unit was performed
4. Did not complete Section V (E) regarding nature of personal injuries claimed.

### Joanette Williams (Buzbee Law Firm)(Keystone)

1. Did not provide test results from testing done on FEMA trailer or mobile home unit.
2. Did not complete Section III (C) (9) regarding amount of claim for medical expenses.
3. Did not complete Section V (B) regarding when and by whom air quality testing on FEMA trailer or mobile home unit was performed.
4. Did not complete Section V (E) regarding nature of personal injuries claimed.
5. Did not complete Section VI (B) regarding current weight and (G) (1) regarding when chest x-ray was performed and the treating physician for same.
6. Did not complete Section IX (F) regarding address for pharmacy listed.

### Johne' Williams (Counsel Unknown)(Keystone)
**(fact sheet completed by mother Shertana Williams)**

1. Did not complete Section III (B) regarding name and address of attorney.
2. Did not complete Section V (A) (1) and (3) regarding manufacturer and FEMA identification number for trailer or mobile home unit.

### Kieara Williams (Counsel Unknown)(Keystone)
**(fact sheet completed by mother Shertana Williams)**

1. Did not provide copies of questionnaires completed to assist with testing.
2. Did not complete Section III (B) regarding name and address of attorney.
3. Did not complete Section V (A) (1) and (2) regarding manufacturer and FEMA identification number for trailer or mobile home unit.
4. Did not complete Section V (E) regarding nature of personal injuries claimed.

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 7

### Sage Williams (Counsel Unknown)(Keystone)
(fact sheet completed by mother Shertana Williams)

1. Did not complete Section III (B) regarding name and address of attorney.
2. Did not complete Section V (A) (1) and (3) regarding manufacturer and FEMA identification number for trailer or mobile home unit.
3. Did not complete Section VI (A) regarding height.
4. Did not correctly answer Section VI (F) (1) regarding if plaintiff has ever suffered from lung or other respiratory disease.

### Shertana Renee Williams (Counsel Unknown)(Keystone)

1. Did not complete Section III (B) regarding name and address of attorney.
2. Did not complete Section V (A) (1) and (3) regarding manufacturer and FEMA identification number for trailer or mobile home unit.

### Tiffany McGhee (Buzbee) (Keystone)

**Note:** This fact sheet appears to have been improperly "cured" with signature by lawyer, not plaintiff.

1. Did not provide complete address for employment locations (p. 6-7).
2. Did not provide copies of medical records or pharmacy records.
3. Did not answer Section VIII (A), (C)-(G).

### George Richardson, Jr. (Buzbee Law Firm)(Keystone)

1. Did not complete Section III (C)(9) concerning amount of damages.
2. Section IV (p. 6) says "see back" but back of sheet not provided/copied.
3. Did not provide full name or address of medical providers listed in Section VII (B) or IX (E).
4. Did not provide copy of Form 95.
5. Did not date Certification, p. 17

### Lareca Roberts (Buzbee)(Keystone)

1. Did not provide amount of damages, Section III(C)(9).
2. Did not provide complete addresses for employers, Section IV (F)(2).

{B0569343.1}

Matthew B. Moreland, Esq.
February 25, 2009
Page 8

    3. Did not provide any information for Section V (A)(2)-(3).
    4. Did not provide address for medical facility listed in Section VI (G).
    5. Did not provide full address for medical providers in Section VII (B), Section IX (C) or Section IX (E).
    6. Did not provide full address for Walgreens Pharmacy in Section IX (F).
    7. Did not provide copy of Form 95.

Please be reminded that answering "unknown at this time" is not an acceptable answer and any fact sheet containing same is considered deficient. We ask that you cure the above referenced deficiencies within the delays provided by the Court's orders.

Sincerely,

Ryan E. Johnson

REJ/jsi

Cc: Gerald Meunier
    Justin Woods
    Henry Miller
    Andrew Weinstock
    (all by email only)

{B0569343.1}