ERRATA

Claimant Name:   Brazile, Trina

Claimant's Attorney:  Frank D'Amico, Jr. APLC

Client is not personally available at this time to cure the deficiencies.

MAR 2 6 2009

_____

**Plaintiff or Representative**                                      Date

EXHIBIT

C