UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

**This document relates to:**  
*Aldridge, 07-9228 and*  
*Airhart, 09-5477*

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

**ORDER OF DISMISSAL**

Considering the Unopposed Motion to Dismiss For Failure to Comply with PTO 2 and 32, and, in consideration of the applicable law, the evidence submitted by the Defendant, and the arguments of counsel,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of the plaintiff Trina Brazile are hereby dismissed, with prejudice, each party to bear its/her own costs, expenses and attorney's fees.

New Orleans, Louisiana, this _____ day of June, 2011.

_____  
United States District Court Judge

{B0733494.1}