UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 1873<br><br>JUDGE ENGELHARDT |
| This document relates to:<br>*Vice, No. 10-3416* | MAG. JUDGE CHASEZ |

MOTION TO DISMISS FOR FAILURE TO
COMPLY WITH PTO 2 AND 32

Defendant Thor California, Inc. ("Thor California") moves this Court to enter an order dismissing the claims of plaintiffs **Neely Cuevas, Jr. and Callie Andriann Vice**. As explained more fully in the supporting memorandum submitted with this motion, the plaintiffs have failed to comply with PTO Nos. 2 and 32 because they have not cured the deficiencies in their fact sheets within the 30-day deadline for doing so.

In support of this motion, Thor California, Inc. submits the following exhibits:

| Exhibit | Description |
|---|---|
| A | November 30, 2010 Deficiency Letter to Langston & Lott |
| B | December 27, 2010 Response Letter from Langton & Lott |

Counsel for Thor California has contacted counsel for the plaintiff. Although he responded promptly, he indicated that his clients were not willing to consent to this motion.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Thor California, Inc., moves that the Court grant its motion and dismiss the claims of the plaintiffs listed above, with prejudice.

                                      Respectfully submitted,

                                          *s/ Ryan E. Johnson*
                                      _____
                                      James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
    -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Thor California, Inc.*

Date:  June 10, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

      Baton Rouge, Louisiana, this 10th day of June, 2011.

                       *s/Ryan E. Johnson*
                    _____
                       Ryan E. Johnson