UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER**<br>**FORMALDEHYDE PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**JUDGE ENGELHARDT** |
| **This document relates to:**<br>*Vice, No. 10-3416* | **MAG. JUDGE CHASEZ** |

### NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Defendant's Motion to Dismiss For Failure to Comply with PTO No. 2 and 32 is **June 29, 2011**, before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 10th day of June, 2011.

         *s/Ryan E. Johnson*
         _____
         Ryan E. Johnson

{B0733272.1}       4