
# JONES WALKER

Ryan E. Johnson
Direct Dial 225-248-2080
Direct Fax 225-248-3033
rjohnson@joneswalker.com

November 30, 2010

**Via Fax (662) 728-1992**

Casey Langston Lott
Langston & Lott
100 South Main St.
Booneville, MS  38829

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
               USDC, ED of LA, MDL 1873

Dear Mr. Lott:

     I write regarding the deficient fact sheets produced by your office in the above referenced matter.  The deficiencies are listed as follows:

Neely Cuevas, Jr. (Thor)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);
5. Section VI, Medical Background, A, B, C (number of years), D (1-number of years & 3);
6. Section VII, Medical Diagnosis, B (address), C and D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of his attorney, Casey L. Lott.
11. Did not provide copy of Power of Attorney.

Kathryn Hallman (Thor)
1. Section II, Personal Information, A (form appears to be completed by someone other than plaintiff but that information not provided here);
2. Section III, Case Information, A (1 & 7) and C (8);
3. Section IV, Background Information, A, B, C (place of birth), E and F (1 & 2);
4. Section V, FEMA Trailer or Mobile Home Unit, A (9, 10, 13, 14, 17-20);

{B0698080.1}    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-2010 · E-MAIL info@joneswalker
ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

**EXHIBIT A**


November 30, 2010
Casey Langston Lott
Page 2

5. Section VI, Medical Background, A, B, and C (number of years);
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, B (no Form 95 attached);
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Did not provide Social Security Number on HIPAA Release;
10. Plaintiff fact sheet not certified by plaintiff and signature on Certification does not appear to be that of his attorney, Casey L. Lott.
11. Did not provide copy of Power of Attorney.

<u>Callie Adriann Vice (Thor)</u>
   * PFS completed by grandparent, Perry Martin.
1. Section III, Case Information, A (7) and C (1-9);
2. Section IV, Background Information, G;
3. Section IV, Family Information, A-B;
4. Section V, FEMA Trailer or Mobile Home Unit, A (1-5, 13, & 19);
5. Section VI, Medical Background, A-G;
6. Section VII, Medical Diagnosis, A-D;
7. Section VIII, Documents, A-G;
8. Section IX, List of Medical Providers and Other Sources of Information, A-F;
9. Copy of document granting guardianship to Perry Martin.

Please have plaintiffs cure all deficiencies and return to my paralegal, Amy Hanegan via fax (225) 248-3033 or email, ahanegan@joneswalker.com as soon as possible. If these deficiencies are not cured within 30 days, Thor California will move for dismissals pursuant to PTO No. 32.

Sincerely,

Ryan E. Johnson

REJ/abh
cc: Gerald E. Meunier, Esq. (via email gmeunier@gainsben.com)
    Andrew D. Weinstock, Esq. (via email andreww@duplass.com)
    Henry Miller, Esq. (via email henry.miller@usdoj.gov)
    David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
    Charles Leche, Esq. (via email cleche@dkslaw.com)

{B0698080.1}