**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| ***Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-2276)** | * | **MAGISTRATE CHASEZ** |
| | * | |
| | * | |

*******************************************

STATE OF TEXAS

COUNTY OF DALLAS

**AFFIDAVIT OF HICKS B. MORGAN**

BEFORE ME, the undersigned Notary Public, duly commissioned for the State and County aforesaid, came and appeared:

**HICKS B. MORGAN**

who, after being first duly sworn, did depose and state:

1. I suffer no mental or legal disability and am fully competent to make this affidavit.

2. The following facts are based upon my personal knowledge or review of records kept in the ordinary court of business by Morgan Buildings & Spas, Inc., and such facts are true and correct.

3. I am employed by Morgan Buildings & Spas, Inc. as its Treasurer and General Counsel.

4. Since August 1993, CT Corporation System has been registered as Morgan Buildings & Spas, Inc.'s agent for service of process with the Louisiana Secretary of State.

5. Attached as Exhibit B to Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process is the Service of Process Transmittal Morgan Building and Spas, Inc. received from CT Corporation Systems, which enclosed the August 16, 2010 letter to Morgan Building & Spas, Inc. from Robert Hilliard and the Summons in a Civil Action.





With these documents, Morgan Building & Spas, Inc. also received a copy of the complaint filed by Kinard Parish, et al., Suit No. 10-2276.

Hicks B. Morgan

Sworn to and subscribed before me, Notary Public, this 9th day of June, 2011.

BARBARA A. GARY
MY COMMISSION EXPIRES
August 1, 2011

Notary Public
Printed Name: BARBARA A. GARY
Notary No.: N/A
My Commission Expires: 8-1-2011



**Service of Process Transmittal**
08/20/2010
CT Log Number 517146697

**TO:** HICKS B MORGAN
MORGAN PORTABLE BLDG CORP
2800 MCCREE RD
GARLAND, TX 75041

RECEIVED AUG 2 4 2010

**RE:** **Process Served in Louisiana**

**FOR:** Morgan Buildings & Spas, Inc. (Domestic State: NV)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kinard Parish, et al., together with all individuals whose names appear on the attached "Exhibit A", Pltfs. vs. Morgan Buildings & Spas, Inc., et al., together with all individuals whose names appear on the attached "Exhibit B", Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Amended Complaint, Exhibits |
| **COURT/AGENCY:** | United States District Court, Eastern District, LA<br>Case # 10-2276 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Personal Injury - Exposure to formaldehyde emissions in temporary housing unit |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/20/2010 postmarked: "Not Post Marked" |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Robert C. Hilliard<br>Watts Hilliad, L.L.P.<br>2506 N. Port Avenue<br>Corpus Christi, TX 78401<br>800-994-0019 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798968973455 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Lisa Uttech<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT
B

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 16, 2010

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Morgan Buildings & Spas, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

RE: Service for Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Amended Complaint filed on July 30, 2010 in Cause No. 10-2276, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Morgan Buildings & Spas, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

USDC Eastern District of Louisiana

| | | |
|---|---|---|
| Kinard Parish, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 10-2276 |
| Morgan Buildings & Spas, Inc. | ) | SECT. N MAG. 5 |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Morgan Buildings & Spas, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 2 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*