UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Lucille Margaret Arcement, et al. vs.*
*American International Group, Inc., et als.*
No. 10-3539

**O R D E R**

Considering the plaintiffs' foregoing Motion for Leave to File the attached First Supplemental and Amended Complaint for Damages,

IT IS ORDERED that plaintiffs' be GRANTED leave to file their First Supplemental and Amended Complaint for Damages, attached and submitted with the foregoing motion.

NEW ORLEANS, LOUISIANA, this 10th day of    June   , 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE