IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

*************************************************************************

**MOTION AND INCORPORATED MEMORANDUM**
**FOR LEAVE OF COURT TO FILE AMENDED REPLY**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Amended Reply.

Mover filed a Motion to Dismiss relating to uncured discovery deficiencies on May 11, 2011, at Record Document Number 20927. On May 27, 2011, Plaintiffs sent to Movers errata sheets attempting to cure the Plaintiff Fact Sheet Deficiencies as to ten of the eleven plaintiffs to whom Movers' Motion to Dismiss was directed. Plaintiffs filed an Opposition [Rec. Doc No. 21905] and Mover Replied [Rec. Doc. No. 21912] to discuss the information provided on May 27, 2011. Subsequent to the filing of the

Reply, on May 31, 2011, counsel for Mover was provided with supplementary information by Plaintiffs, including additional errata and signed PFS that were previously unsigned.  Mover therefore seeks leave of court to respond to the supplementary information of May 31, 2011 and provide the status of this motion as to each plaintiff involved in this motion in light of the attempts to cure the deficiencies.  Mover has consulted with counsel for Plaintiffs and Leave to file the Amended Reply is not opposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion for Leave be granted and the Amended Reply filed in the above-captioned matter.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  13th  DAY OF   June  , 2011..
       /s Eric B. Berger

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290