**Exhibit BB**

# ERRATA SHEET

**Claimant Name: Alma Francis**

**Claimant's Attorney: The Buzbee Law Firm**

**104. Psychological symptoms:**

Scared for health, depression, high levels of stress.

**115. Medical Provider:**

Three different clinics. Temporary Clinic on Reed Blvd.  LSU Clinic.  St. Criox Ave. Clinic.  Prescribed antibiotics.

All three visits were in a clinic setting and doctors names are unknown.

**116. Sign and date authorizations:**

Client has been re-sent PFS and authorizations. We will forward these <u>signed</u> documents to your office the second week in June.

5-31-11

**Plaintiff or Representative**                    **Date**

**Exhibit CC**

ERRATA SHEET

CLAIMANT NAME:  **Edward Price**
CLAIMANT ATTORNEY:  The Buzbee Law Firm

103.  Doctor Information:

**Plaintiff was seen by Dr. Theresa Allen at the C.A.R.E. Clinic in New Orleans, LA on November 14th, 2009.**

**Clinic Address:**
     **Ernest N. Morial Convention Center**
     **900 Convention Center Blvd. Halls 12J**
     **New Orleans, LA  70130**

115.  Signed Authorizations:  **Client has been re-sent PFS and Authorizations for signature.  We will forward to your office the second week of June 2011.**

_____
Edward Price                                    Date

_____
Representative                                  Date
                                                        5-31-11

**Exhibit DD**

# ERRATA SHEET

**Claimant Name: Alvirda Cook**

**Claimant's Attorney: The Buzbee Law Firm**

1. **Move in:** 02/2006
2. **Move out:** 10/2007
3. **Date of birth:** ▓▓▓1960

_____         5-31-11
**Plaintiff or Representative**                                  **Date**