# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**

**This document relates to:**
*Aldridge, 07-9228 and*
*Airhart, 09-5477*

**MDL NO. 1873**

**JUDGE ENGELHARDT**

**MAG. JUDGE CHASEZ**

## ORDER OF DISMISSAL

Considering the Unopposed Motion to Dismiss For Failure to Comply with PTO 2 and 32, and, in consideration of the applicable law, the evidence submitted by the Defendant, and the arguments of counsel,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of the plaintiff Trina Brazile are hereby dismissed, with prejudice, each party to bear its/her own costs, expenses and attorney's fees.

New Orleans, Louisiana, this 13th day of June, 2011.

_____
United States District Court Judge

{B0733494.1}