**Exhibit BB**

## ERRATA SHEET

**Claimant Name: Alma Francis**

**Claimant's Attorney: The Buzbee Law Firm**

### 104. Psychological symptoms:

    Scared for health, depression, high levels of stress.

### 115. Medical Provider:

    Three different clinics. Temporary Clinic on Reed Blvd. LSU Clinic. St. Criox Ave. Clinic. Prescribed antibiotics.

All three visits were in a clinic setting and doctors names are unknown.

### 116. Sign and date authorizations:

    Client has been re-sent PFS and authorizations. We will forward these <u>signed</u> documents to your office the second week in June.

_____        5-31-11
**Plaintiff or Representative**                                   **Date**

**Exhibit CC**

ERRATA SHEET

**CLAIMANT NAME: Edward Price**
CLAIMANT ATTORNEY: The Buzbee Law Firm

    103. Doctor Information:

        **Plaintiff was seen by Dr. Theresa Allen at the C.A.R.E. Clinic in New Orleans, LA on November 14th, 2009.**

        **Clinic Address:**
            **Ernest N. Morial Convention Center**
            **900 Convention Center Blvd. Halls 12J**
            **New Orleans, LA 70130**

    **115.** Signed Authorizations: **Client has been re-sent PFS and Authorizations for signature. We will forward to your office the second week of June 2011.**

---

Edward Price                                    Date

*[Signature]*                            5-31-11

Representative                               Date

**Exhibit DD**

# ERRATA SHEET

**Claimant Name:** Alvirda Cook

**Claimant's Attorney:** The Buzbee Law Firm

1. Move in: 02/2006
2. Move out: 10/2007
3. Date of birth: ■■/1960

_____     5-31-11
**Plaintiff or Representative**                              **Date**