OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: June 14, 2011

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

ANDREW WILLIAMS, JR. V. MORGAN BUILDINGS &
SPAS, INC., ET AL
CASE NO. 09-5452

Dear Sir:

Please **issue** summons/waiver of summons on the **Original Complaint and First Supplemental and Amended Complaint** to the following:

1. Morgan Buildings & Spas, Inc., through CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808;

2. Morgan Building Systems, Inc., through CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808; and

3. CH2M Hill Constructors, Inc. through Gerardo R. Barrios, Baker Donelson, 3 Sanctuary Boulevard, Suite 201, Mandeville, Louisiana 70471.

Pursuant to Pretrial Order No. 55, I hereby certify that all parties in this matter have been properly matched.

Very truly yours,

*/s/ Justin I. Woods*

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff