UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Irma Miller, et al v.*<br>*Sun Valley, Inc., et al*<br>No. 09-5658 (Charles Marshall) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DESIGNATION OF EXPERT WITNESSES
### ON BEHALF OF CH2M HILL CONSTRUCTORS, INC.

Pursuant to the Court's Trial Scheduling Order [Rec. Doc. 19814] and Federal Rule of Civil Procedure 26(a)(2)(A), defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), hereby submits this Designation of Expert Witnesses.

CH2M HILL hereby presently designates the following expert witness:

1.  **John D. Osteraas, Ph.D., P.E.**

    Exponent
    149 Commonwealth Drive
    Menlo Park, CA 94025
    650-326-9400
    <u>Areas of Testimony</u>:  Engineering, Failure Analysis, Structural Analysis, Testing and Analysis of Exemplar Trailers, Testing and Analysis of Travel Trailers, Effects of Over-the-Road Travel on Structural and Other Elements of Travel Trailers, Effects of Various Methods of Jacking/Lifting on Structural and Other

Elements of Travel Trailers, Effect of Blocking on Structural and Other Elements of Travel Trailers, Effect of Installation in Accordance with FEMA Specifications on Structural and Other Elements of Travel Trailers.

Deposition Dates:  TBD

2. Any expert designated by any other defendant in this litigation.

3. CH2M HILL specifically reserves the right to supplement and/or amend this list as necessary.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

/s/ Gerardo R. Barrios
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR**
**CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                                /s/ Gerardo R. Barrios