UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-7103 (Laura Demetriace Batiste) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUN VALLEY, INC., d/b/a SUN-LITE'S DESIGNATION OF EXPERT WITNESSES

**NOW INTO COURT**, through undersigned counsel, comes Sun Valley, Inc d/b/a Sun-Lite ("Sun Valley"), which pursuant to this Honorable Court's Trial Scheduling order dated January 18, 2011 (Rec. Doc. 19813) and Federal Rule of Civil Procedure Rule 26(a)(2)(B), hereby submits this Designation of Expert Witnesses.

Sun Valley, Inc., d/b/a Sun-Lite hereby designates the following expert witnesses:

1. **G. Graham Allan, Ph.D.**
   Name: G. Graham Allan, Ph.D.
   Professor of Chemical Engineering and
   Professor of Fiber and Polymer Science
   Address: Department of Chemical Engineering
   And College of Forest Resources
   P. O. Box 352100
   Seattle, WA 98195-2100
   Phone: (201) 543-1491
   Area of Testimony: Chemistry; chemical engineering; wood, plastics and polymers; material selection; component parts; and formaldehyde emissions from component parts.
   CV: See attached (ALLAN-LB01053)

    Compensation Rate:   LTW-EXP01-000038
    List of Testimonies:   LTW-EXP01-000037

2. **Coreen A. Robbins, M.H.S., Ph.D., C.I.H.**
   - Name: Coreen A. Robbins, M.H.S., Ph.D., C.I.H.
   - Address: Veritox
     18372 Redmond-Fall City Road
     Redmond, WA 98052
   - Phone: (425) 556-5555
   - Area of Testimony: Industrial Hygiene: environmental health sciences
   - CV: See attached (ROBBI-LB00787/00789)
   - Compensation Rate: CHAR-ROBBINS-000066
   - List of Testimonies: CHAR-ROBBINS-000061/000065

3. **Robert C. James, Ph.D.**
   - Name: Robert C. James, Ph.D.
   - Address: Terra, Inc.
     1234 Timberlane Road
     Tallahassee, FL 32312
   - Phone: (850) 309-1330
   - Area of Testimony: Toxicology and Pharmacology
   - CV: See attached (JAMES-LB00787/00805)
   - Compensation Rate: CHAR-JAMES-000022
   - List of Testimonies: CHAR-JAMES-000020/000021

4. **Philip Cole, M.D.**
   - Name: Philip Cole, M.D.
   - Address: 509 Carnoustie Drive
     Box 30
     Shoal Creek, AL 35242
   - Phone: (205) 408-9355
   - Area of Testimony: Cancer; Epidemiology, fear of cancer, medical monitoring, cancer screening.
   - CV: See Attached (COLE-LB00787/00802)
   - Compensation Rate: $650 per hour
   - List of Testimonies: CHAR-COLE-000017/000019

5. **H. James Wedner, M.D.**
    Name: James Wedner, M.D.
    Address: Washington University School of Medicine: St Louis, MO
    660 South Euclid Avenue
    St. Louis, MO 63110
    Phone: (314) 454-7376
    Area of Testimony: Allergy, Immunology, Asthma, and related pulmonary diseases.
    CV: See attached (WEDNE-LB00787/00795)
    Compensation Rate: CHAR-WEDNER-000014
    List of Testimonies: CHAR-WEDNER-000015

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 14th day of June, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO