# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY** | * | **SECTION: N (5)** |
| **LITIGATION** | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | **MAG. JUDGE: CHASEZ** |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUN VALLEY, INC., d/b/a SUN-LITE'S DESIGNATION OF EXPERT WITNESSES

**NOW INTO COURT,** through undersigned counsel, comes Sun Valley, Inc d/b/a Sun-Lite ("Sun Valley"), which pursuant to this Honorable Court's Trial Scheduling order dated January 18, 2011 (Rec. Doc. 19812) and Federal Rule of Civil Procedure Rule 26(a)(2)(B), hereby submits this Designation of Expert Witnesses.

Sun Valley, Inc., d/b/a Sun-Lite hereby designates the following expert witnesses:

1.   **G. Graham Allan, Ph.D.**

| | |
|---|---|
| Name: | G. Graham Allan, Ph.D. |
| | Professor of Chemical Engineering and |
| | Professor of Fiber and Polymer Science |
| Address: | Department of Chemical Engineering |
| | And College of Forest Resources |
| | P. O. Box 352100 |
| | Seattle, WA 98195-2100 |
| Phone: | (201) 543-1491 |
| Area of Testimony: | Chemistry; chemical engineering; wood, plastics and polymers; material selection; component parts; and formaldehyde emissions from component parts. |
| CV: | See attached (ALLAN-SA-00539) |

1

Compensation Rate:   LTW-EXP01-000038
List of Testimonies:   LTW-EXP01-000037

**2.     Coreen A. Robbins, M.H.S., Ph.D., C.I.H.**
Name:                       Coreen A. Robbins, M.H.S., Ph.D., C.I.H.
Address:                    Veritox
                            18372 Redmond-Fall City Road
                            Redmond, WA 98052
Phone:                      (425) 556-5555
Area of Testimony:          Industrial Hygiene: environmental health sciences
CV:                         See attached (ROBBI-SA-00327/00329)
Compensation Rate:          CHAR-ROBBINS-000066
List of Testimonies:        CHAR-ROBBINS-000061/000065

**3.     Robert C. James, Ph.D.**
Name:                       Robert C. James, Ph.D.
Address:                    Terra, Inc.
                            1234 Timberlane Road
                            Tallahassee, FL 32312
Phone:                      (850) 309-1330
Area of Testimony:          Toxicology and Pharmacology
CV:                         See attached (JAMES-SA-00327/00345)
Compensation Rate:          CHAR-JAMES-000022
List of Testimonies:        CHAR-JAMES-000020/000021

**4.     Philip Cole, M.D.**
Name:                       Philip Cole, M.D.
Address:                    509 Carnoustie Drive
                            Box 30
                            Shoal Creek, AL 35242
Phone:                      (205) 408-9355
Area of Testimony:          Cancer; Epidemiology, fear of cancer, medical monitoring,
                            cancer screening.
CV:                         See Attached (COLE-SA-00327/00342)
Compensation Rate:          $650 per hour
List of Testimonies:        CHAR-COLE-000017/000019

5.  **H. James Wedner, M.D.**
    Name:                James Wedner, M.D.
    Address:             Washington University School of Medicine: St Louis, MO
                         660 South Euclid Avenue
                         St. Louis, MO 63110
    Phone:               (314) 454-7376
    Area of Testimony:   Allergy, Immunology, Asthma, and related pulmonary
                         diseases.
    CV:                  See attached (WEDNE-SA-00327/00335)
    Compensation Rate:   CHAR-WEDNER-000014
    List of Testimonies: CHAR-WEDNER-000015

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 14th day of June, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO

4