UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5658 (Charles Marshall)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUN VALLEY, INC., d/b/a SUN-LITE'S DESIGNATION OF EXPERT WITNESSES

**NOW INTO COURT**, through undersigned counsel, comes Sun Valley, Inc d/b/a Sun-Lite ("Sun Valley"), which pursuant to this Honorable Court's Trial Scheduling order dated January 18, 2011 (Rec. Doc. 19814) and Federal Rule of Civil Procedure Rule 26(a)(2)(B), hereby submits this Designation of Expert Witnesses.

Sun Valley, Inc., d/b/a Sun-Lite hereby designates the following expert witnesses:

1. **G. Graham Allan, Ph.D.**
   - Name: G. Graham Allan, Ph.D.
     Professor of Chemical Engineering and
     Professor of Fiber and Polymer Science
   - Address: Department of Chemical Engineering
     And College of Forest Resources
     P. O. Box 352100
     Seattle, WA 98195-2100
   - Phone: (201) 543-1491
   - Area of Testimony: Chemistry; chemical engineering; wood, plastics and polymers; material selection; component parts; and formaldehyde emissions from component parts.
   - CV: See attached (ALLAN-CM-00945)

1

       Compensation Rate:  LTW-EXP01-000038
       List of Testimonies:  LTW-EXP01-000037

2. **Coreen A. Robbins, M.H.S., Ph.D., C.I.H.**
   - Name: Coreen A. Robbins, M.H.S., Ph.D., C.I.H.
   - Address: Veritox
     18372 Redmond-Fall City Road
     Redmond, WA 98052
   - Phone: (425) 556-5555
   - Area of Testimony: Industrial Hygiene: environmental health sciences
   - CV: See attached (ROBBI-CM00813/00815)
   - Compensation Rate: CHAR-ROBBINS-000066
   - List of Testimonies: CHAR-ROBBINS-000061/000065

3. **Robert C. James, Ph.D.**
   - Name: Robert C. James, Ph.D.
   - Address: Terra, Inc.
     1234 Timberlane Road
     Tallahassee, FL 32312
   - Phone: (850) 309-1330
   - Area of Testimony: Toxicology and Pharmacology
   - CV: See attached (JAMES-CM00813/00831)
   - Compensation Rate: CHAR-JAMES-000022
   - List of Testimonies: CHAR-JAMES-000020/000021

4. **Philip Cole, M.D.**
   - Name: Philip Cole, M.D.
   - Address: 509 Carnoustie Drive
     Box 30
     Shoal Creek, AL 35242
   - Phone: (205) 408-9355
   - Area of Testimony: Cancer; Epidemiology, fear of cancer, medical monitoring, cancer screening.
   - CV: See Attached (COLE-CM-00813/00828)
   - Compensation Rate: $650 per hour
   - List of Testimonies: CHAR-COLE-000017/000019

5.  **H. James Wedner, M.D.**
    Name:               James Wedner, M.D.
    Address:            Washington University School of Medicine: St Louis, MO
                        660 South Euclid Avenue
                        St. Louis, MO 63110
    Phone:              (314) 454-7376
    Area of Testimony:  Allergy, Immunology, Asthma, and related pulmonary diseases.
    CV:                 See attached (WEDNE-CM-00813/00821)
    Compensation Rate:  CHAR-WEDNER-000014
    List of Testimonies: CHAR-WEDNER-000015

 

                          Respectfully submitted,
                          **ALLEN & GOOCH**

                          */s/ Brent M. Maggio*
                          BRENT M. MAGGIO, T.A., # 19959
                          MARK W. VERRET, #23583
                          LORI D. BARKER, # 31687
                          SCOTT F. DAVIS, # 26013
                          3900 N. Causeway Blvd, Suite 1450
                          Metairie, Louisiana 70002
                          Tel: 504.836.5260
                          Fax: 504.836.5265
                          ***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 14th day of June, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO