### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Swanica Nero v. Pilgrim* | * | Magistrate: Chasez |
| *International, Inc., et al* | * | |
| *No: 09-4730* | * | |

### MOTION AND INCORPORATED MEMORANDUM
### FOR LEAVE OF COURT TO FILE REPLY

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Reply.  Mover filed a Motion to Dismiss relating to uncured discovery deficiencies on May 3, 2011, at Record Document Number 20886.  On May 27, 2011, Plaintiffs filed a late Opposition [Rec. Doc No. 21900] to the Motion to Dismiss that was set for hearing on June 1, 2011.

Plaintiffs asserted in their Opposition that certain deficiencies had been adequately addressed and complete responses were previously produced to mover.  On May 31, 2011, Mover asked that the deficiency responses be resent. Plaintiffs subsequently

emailed responses on May 31, 2011, and Mover moved to continue the hearing from June 1, 2011 to **June 15, 2011** in order to evaluate the materials sent on May 31, 2011.

Mover now seeks leave of court to respond to the materials produced on (and dated) May 31, 2011 and provide the status of this motion as to each plaintiff involved in this motion in light of Plaintiffs' insufficient attempts to cure the deficiencies.  Counsel for Plaintiff does not oppose leave to file this Reply.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion for Leave be granted and the Reply to the Opposition to Motion to Dismiss [Rec. Doc. No. 20886] be granted and the Reply be filed in the above-captioned matter.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __14th__ DAY OF __June__, 2011.
_____/s Eric B. Berger_____

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290