**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Swanica Nero v. Pilgrim* | * | Magistrate: Chasez |
| *International, Inc., et al* | * | |
| *No: 09-4730* | * | |

## ORDER

Considering the above and foregoing **MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE REPLY,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY.

This ____ day of _____, 2011,

_____
United States District Judge