EXHIBIT "O"

## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

**ATTORNEYS AT LAW**

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

† CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

May 31, 2011

**_Via Facsimile: (361) 882-3015_**
**Robert C. Hilliard**
Robert C. Hilliard, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612

**_Via Fax: 361-882-1261 & email_**
Mikal C. Watts
2506 N. Port Ave.
Corpus Christi, TX 78401

Re:   *Swanica Nero, et al v. Pilgrim International, et al*
USDC, No. 07-MD-1873 (c/w 09-4730)
Our File No. 2.09-9854

Dear Robert & Mikal:

I have reviewed the opposition that you filed on Friday in the above-captioned matter.

As we noted in the original motion, we received errata for Vernon Bolds and Clifton Duet, which are exhibits C and H to our motion. We subsequently received a 5/12/11 errata for Clifton Duet, which will be addressed in a Reply.

I cannot locate the errata/supplements for Penny Saunders, Brandi Saunders for the minor B.S., Laura Domingo and Michael Labat, Jr., that your opposition says were sent to me. If you will send those to me, I'll review them today and note in our Reply how they affect our Motion.

Thank you for your cooperation,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/

## Eric Berger

| | |
|---|---|
| **From:** | Eric Berger |
| **Sent:** | Tuesday, May 31, 2011 12:11 PM |
| **To:** | 'mcwatts@wgclawfirm.com' |
| **Cc:** | nporter@wgclawfirm.com |
| **Subject:** | Nero v. Pilgrim |
| **Attachments:** | Ltr to Hilliard and Watts re NERO.pdf |

Eric B. Berger
ebb@lcba-law.com
Lobman, Carnahan,Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, LA 70130
(504) 586-9292
(504) 586-1290

EXHIBIT "P"

**Eric Berger**

| | |
|---|---|
| **From:** | Nicole Porter [nporter@wgclawfirm.com] |
| **Sent:** | Tuesday, May 31, 2011 2:56 PM |
| **To:** | Eric Berger |
| **Cc:** | Mikal Watts; Katrina FEMA Lit. (FEMA) |
| **Subject:** | Re: Nero v. Pilgrim |
| **Attachments:** | 215019-Saunders, Brandi.pdf; ATT146277.htm; 223867-Labat, Jr., Michael.pdf; ATT146278.htm; 223647-Domingo, Laura.pdf; ATT146279.htm; 215020-Saunders, Penny.pdf; ATT146280.htm |

Eric,

Here are the  clients in which you requested in your letter earlier.

Please let me know if you need additional information or have any questions.

# Eric Berger

| | |
|---|---|
| **From:** | Nicole Porter [nporter@wgclawfirm.com] |
| **Sent:** | Tuesday, May 31, 2011 4:21 PM |
| **To:** | Eric Berger |
| **Subject:** | Re: Nero v. Pilgrim |
| **Attachments:** | 223867-Labat, Jr., Michael.pdf; ATT188566.htm |

EXHIBIT "Q"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                      **Cause No.** 09-4730

**Case Name** Domingo, Laura                          **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▓▓▓1986  **SSN** ▓▓▓1691

| Question # | Question |
|---|---|
| 1. | Maiden or other names used or by which you have been known: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I have used my maiden name Domingo. Now I am married and use the last name Labat. |

| Question # | Question |
|---|---|
| 2. | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | If "Yes," for each provider; Contact Information, description of condition, medications: |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I am not claiming mental and/or emotional damages. |

| Question # | Question |
|---|---|
| 3. | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? |
| **Pet ID** | |
| 920 | If "Yes," state the amount of your claim: |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 4. | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                    **Cause No.** 09-4730
**Case Name** Domingo, Laura          **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▮▮▮▮1986  **SSN** ▮▮▮▮1691

| | |
|---|---|
| | I currently live at 2208 Flamingo Dr. St. Bernard, LA 70085. I have lived here from August 2009 to present. Before I lived at that address, I lived at 2817 Riverbend Dr. Violet, LA 70092 from May 2007 to August 2009. Before I lived at that address, I lived at 2200 Flamingo Dr. St. Bernard, LA 70085 from February 2006 to May 2007. |

| Question # | Question |
|---|---|
| 5. | State Driver's License Number and State Issuing License |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
My drivers license is from Louisiana number is 008970794.

| Question # | Question |
|---|---|
| 6. | Date and Place of Birth: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I was born in Slidell, LA on ▮▮▮▮▮▮▮ 1986.

| Question # | Question |
|---|---|
| 7. | Identify the highest level of education (high school, college, university or other (educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I attended Our Lady of Holy Cross College in January 2006 studying nursing.

| Question # | Question |
|---|---|
| 8. | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID**
920

**Def ID**
42

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647
**Case Name** Domingo, Laura
**DOB** [redacted] 1986 **SSN** [redacted] 1691

**Cause No.** 09-4730
**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

| Notice # | |
|---|---|
| Def 1 | |

| | **Answer** |
|---|---|
| | I do not have a current employer. I do not recall my last employer it has been 3 years. |

| **Question #** | **Question** |
|---|---|
| 9. | List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |

| **Pet ID** | |
|---|---|
| 920 | |

| **Def ID** | |
|---|---|
| 42 | |

| **Notice #** | |
|---|---|
| Def 1 | |

| | **Answer** |
|---|---|
| | I worked at Wal Mart. It is located at 235 Frontage Road Picayune, MS 39466. The phone number is (601) 799-3455. I worked there from October 2005 to February 2006.<br><br>I worked at Dollar Deals and Gold Star but they do not exist anymore. |

| **Question #** | **Question** |
|---|---|
| 10. | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home<br>If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:<br>Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |

| **Pet ID** | |
|---|---|
| 920 | |

| **Def ID** | |
|---|---|
| 42 | |

| **Notice #** | |
|---|---|
| Def 1 | |

| | **Answer** |
|---|---|
| | I am not making a wage loss claim. |

| **Question #** | **Question** |
|---|---|
| 11. | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?<br>If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease |

| **Pet ID** | |
|---|---|
| 920 | |

| **Def ID** | |
|---|---|
| 42 | |

| **Notice #** | |
|---|---|
| Def 1 | |

| | **Answer** |
|---|---|
| | I have not filed a lawsuit or made a claim. |

| **Question #** | **Question** |
|---|---|
| 12. | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].<br>If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause |

| **Pet ID** | |
|---|---|
| 920 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647

**Case Name** Domingo, Laura

**DOB** 2/1/1986   **SSN** ▓1691

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| **Def ID** | of death. |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any child, parent, sibling, or grandparent of mine. suffered from any type of disease. |

| | |
|---|---|
| **Question #** | **Question** |
| 13. | Are you are claiming the wrongful death of a family member related to formaldehyde? ci If "Yes," state the name of the deceased and fill out a separate form for the deceased. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I am not claiming a wrongful death. |

| | |
|---|---|
| **Question #** | **Question** |
| 14. | Move-in Date: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | The move in date for Trailer 1 is 1/1/2006. The move in date for Trailer 2 is 5/1/2008. |

| | |
|---|---|
| **Question #** | **Question** |
| 15. | Move-out Date |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | The move out date for Trailer 1 is 5/2/2008. The move out date for Trailer 2 is 9/1/2008. |

| | |
|---|---|
| **Question #** | **Question** |
| 16. | Was the FEMA trailer or mobile home located in a trailer park or on private property? |
| **Pet ID** | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647            **Cause No.** 09-4730

**Case Name** Domingo, Laura      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮▮/1986    **SSN** ▮▮▮▮1691

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

| Question # | Question |
| --- | --- |
| 17. | State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

| Question # | Question |
| --- | --- |
| 18. | Please state the approximate square footage of the FEMA housing unit: |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

I do not recall the approximate square footage of the FEMA housing unit.

| Question # | Question |
| --- | --- |
| 19. | State the approximate length and width of the FEMA housing unit |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

I do not recall the approximate length and width of the FEMA housing unit.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647

**Cause No.** 09-4730

**Case Name** Domingo, Laura

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ████ 1986   **SSN** ████ 1691

| Question # | Question |
|---|---|
| 20. | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall the average number of house spend in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 21. | Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if the FEMA housing unit was 'jacked-up" on blocks.

| Question # | Question |
|---|---|
| 22. | Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall If the FEMA housing unit was hooked up to a sewer line.

| Question # | Question |
|---|---|
| 23. | Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if the FEMA housing unit was hooked up to an electrical line.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                    **Cause No.** 09-4730
**Case Name** Domingo, Laura                        **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
    **DOB** ▓/1986   **SSN** ▓1691

| Question # | Question |
|---|---|
| 24. | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if the FEMA housing unit was hooked up to a natural gas line.

| Question # | Question |
|---|---|
| 25. | Is/was propane gas used in the FEMA housing unit? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if the FEMA housing unit used propane gas.

| Question # | Question |
|---|---|
| 26. | How many days per week did you work outside of the home during the time you lived in 0 the FEMA trailer or mobile home? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall the amount of hours worked outside the home during the time I lived in the FEMA housing unit.

| Question # | Question |
|---|---|
| 27. | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:<br>Where did you temporarily live?<br>For what period of time did you temporarily live in another location? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                          **Cause No.** 09-4730

**Case Name** Domingo, Laura                    **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** 2/1?/1986   **SSN** 437-6?-1691

| | |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided |

| Question # | Question |
|---|---|
| 28. | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided |

| Question # | Question |
|---|---|
| 29. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? Date and reason for fumigation: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided |

| Question # | Question |
|---|---|
| 30. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided |

| Question # | Question |
|---|---|
| 31. | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| **Pet ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647

**Cause No.** 09-4730

**Case Name** Domingo, Laura

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▓▓/1986   **SSN** ▓▓-▓▓-1691

| | |
|---|---|
| 920 | person is making a claim for personal injury. |

**Def ID**

42

**Notice #**

Def 1

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

| **Question #** | **Question** |
|---|---|
| 32. | Height:<br>Current Weight:<br>Weight prior to living in a FEMA trailer or mobile home: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

My height 5'2". My current weight is 150 lbs and my weight before living in the trailer was 125 lbs.

| **Question #** | **Question** |
|---|---|
| 33. | If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:<br>Amount smoked or used on average, if you know, per day and number of years.<br>Smoker's relationship to you:<br>Whether the smoking occurred inside, outside or both. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| **Question #** | **Question** |
|---|---|
| 34. | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?<br>If yes, what was the date of birth?<br>Did your pregnancy terminate in a miscarriage or a stillborn child? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

No I was not pregnant during the time in which I resided in a FEMA trailer or mobile home.

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                    **Cause No.** 09-4730

**Case Name** Domingo, Laura        **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ▓▓▓/1986    **SSN** ▓▓▓▓1691

| Question # | Question |
|---|---|
| 35. | Have you ever suffered from lung or other respiratory disease? |
| **Pet ID** | If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 36. | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) |
| **Pet ID** | If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 37. | Have you ever suffered from long-term stomach or bowel disease? |
| **Pet ID** | If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 38. | Have you ever suffered from skin disease? |
| **Pet ID** | If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                    **Cause No.** 09-4730
**Case Name** Domingo, Laura              **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1986  **SSN** ████-1691

| | |
|---|---|
| **Answer** | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 39. | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? |
| **Pet ID** | If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

| | |
|---|---|
| **Answer** | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 40. | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

| | |
|---|---|
| **Answer** | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 41. | If you are alleging psychological symptoms or emotional problems as a result of living N in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

| | |
|---|---|
| **Answer** | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 42. | Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| **Pet ID** | If "yes," please provide the name and address of the health care professional. |
| 920 | |
| **Def ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                           **Cause No.** 09-4730
**Case Name** Domingo, Laura          **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▮▮▮1986   **SSN** ▮▮▮▮▮691

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |
|---|

| **Question #** | **Question** |
|---|---|
| 43. | Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| Please see attached Standard Form 95. |
|---|

| **Question #** | **Question** |
|---|---|
| 44. | For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| Will Supplement |
|---|

| **Question #** | **Question** |
|---|---|
| 45. | Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [If original authorizations have expired, you must complete new authorizations]. |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| Will Supplement |
|---|

| **Question #** | **Question** |
|---|---|
| 46. | Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                                    **Cause No.** 09-4730
**Case Name** Domingo, Laura              **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1986   **SSN** -1691

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

| My current family and/or primary care physician is Dr. Tammy. She is located at 8301 W Judge Perez Dr Chalmette, LA 70043-1656. The phone number is (504) 278-1884. |
| --- |

| **Question #** | **Question** |
| --- | --- |
| 47. | Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

| My primary care physician for the last 7 years is Dr. Tammy. She is located at 8301 W Judge Perez Dr Chalmette, LA 70043-1656. The phone number is (504) 278-1884. |
| --- |

| **Question #** | **Question** |
| --- | --- |
| 48. | Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

| Def 1 |
| --- |

**Answer**

| I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided |
| --- |

| **Question #** | **Question** |
| --- | --- |
| 49. | Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID**

| 920 |
| --- |

**Def ID**

| 42 |
| --- |

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                          **Cause No.** 09-4730
**Case Name** Domingo, Laura             **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1986   **SSN** 4___1691

| Def 1 |
|---|

**Answer**
I do not recall my past or present hospital care, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Question #**        **Question**
| 50. | | Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |

**Pet ID**
| 920 |
|---|

**Def ID**
| 42 |
|---|

**Notice #**
| Def 1 |
|---|

**Answer**
I do not recall my past or present primary pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

_____          5/31/2011
Plaintiff or Representative                Date

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

February 25, 2009

Re:   Filing of Standard Form 95 ("Form 95") Regarding FEMA Trailer Litigation and  Letter
of Representation
WH File No. 223647 - Domingo, Laura

Federal Emergency Management Agency (FEMA)
Office of the Director
500 C Street SW
Washington, D.C. 20472

To Whom It May Concern:

Enclosed for filing is a Standard Form 95 for each of my clients, signed electronically by me, on behalf of my clients.  This letter constitutes a letter of representation as the undersigned represents 20,550 clients regarding the Federal Tort Claims Act claims that are being made against FEMA. The signature on the Form 95 is an electronic signature as allowed under the Electronic Signature Act, 15 USC, Chapter 96, Subchapter 1, § 7001 which provides that in any transaction in, or affecting, interstate commerce, a signature relating to such transaction may not be denied legal effect, validity, or enforcecibly solely because it is in electronic form.  Neither the Federal Tort Claims Act (28 USC § 2671, et seq.) nor the administrative regulations concerning Form 95, 28 CFR Part 14, preclude the requirements of the Electronic Signature Act.

Should there be any questions, or if FEMA requires further information, please advise.

Sincerely,

**Watts Hilliard, L.L.C.**

Robert C. Hilliard

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>Federal Emergency Management Agency (FEMA)<br>Office of the Director<br>500 C Street SW<br>Washington, DC  20472 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.)  (Number, Street, City, State and Zip Code)<br><br>Laura Domingo                                   Watts Hilliard, LLC<br>2208 Flamingo Dr                             2506 N. Port Ave<br>St. Bernard LA, 70085                       Corpus Christi, TX 78401 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>~~    ~~ 1986 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>SEE ATTACHED RIDER | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed claimant to excessive and unsafe levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statutes, regulations and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure

SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

n/a

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

The claimant has suffered and continues to suffer from eye, nose and throat irritation, headache, nausea, asthma like symptoms, shortness of breath, emotional distress, fear of illness, including cancer. The foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Claimant and Claimants' family members | Claimant and Claimants' family members | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $0 | $75,000 | $0 | $75,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br><br>Robert C. Hilliard, attorney for claimant | 13b. Phone number of person signing form<br>800-994-0019 | 14. DATE OF SIGNATURE<br>2/25/2009 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 | (2655) Domingo, Laura #223647 | NSN 7540-00-634-4046 | STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A.  Authority:  The requested information is solicited pursuant to one or more of the following:  5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  Principal Purpose:  The information requested is to be used in evaluating claims.
C.  Routine Use:  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  Effect of Failure to Respond:  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

(2655) Domingo, Laura #223647

SF 95     BACK

# RIDER

6.    Claimant became aware of the potential exposure within the last two years.

8.    Basis of Claim (state in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and/or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposes to dangerously high levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufacturers of the trailer housing units to ensure that they were in compliance with all local, state, federal and international regulations and standards. The. U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general, concealed and knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for those suffering from such exposure injuries.   The U.S. and its agencies, including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of the formaldehyde levels in the trailer units provide to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC section 1983, and all applicable law, state and federal statutes or ordinances, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10.    The claimant has suffered from eye, nose and/or throat irritation, nose bleeds, headaches, nausea, asthma like symptoms and respiratory problems, shortness of breath, emotional distress, fear of illness, including cancer and/or increased risk of cancer. The full residual effects are yet unknown, but are serious in nature.   And foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer, and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure.   Claimant will require medical monitoring for life to check for signs of formaldehyde based injury.   Claimant is also claiming all damages, flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

The plaintiff identified in the attached submission reserves the right to amend and supplement the information contained herein.  In order to put the government on notice as quickly as possible  of this claim, the plaintiff has attempted to accurately and completely provide all necessary information.  Should more information become available or later become required  or should a supplement or amendment become necessary  to assure accuracy to  the government the plaintiff does now provide notice of retaining the right to do so.

(2655) Domingo, Laura #223647