Exhibit "T"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ███/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 1. | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? If "Yes," for each provider; Contact Information, description of condition, medications: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** I am not claiming any emotional or mental damages. |

| Question # | Question |
|---|---|
| 2. | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? If "Yes," state the amount of your claim: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 3. | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** 1. 347 Oleander dr..  2002-2007<br>   Slidell, LA 70458<br>2. 1527 11th St.   2007-2008<br>   Slidell, LA 70458<br>3. 2007 Crane St.   2008-2009<br>   Slidell, LA 70458<br>4. 103 Cathedrile Court   2009-2009<br>   New Castle, CO 81647<br>5. 1850 Harbor Drive Apt. 103   2009-present<br>   Slidell, LA 70458 |

| Question # | Question |
|---|---|
| 4. | State Driver's License Number and State Issuing License |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▓▓/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
My driver's license number is 0044893766. The issuing state is Louisiana.

**Question #** 5.  
**Question** Date and Place of Birth:  

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
I was born ▓▓▓▓▓▓ ▓▓, 1963 in New Orleans LA.

**Question #** 6.  
**Question** Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded  

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
I attended 2 years of college and have a degree in computers.

**Question #** 7.  
**Question** Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:  

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
Eagle experior was my last employer. I have not worked since then. They no longer exist because they did not rebuild after the hurricane.

**Question #**  
**Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▓▓/1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| 8. | List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |
|---|---|
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
I have not worked since Katrina and Eagle Experior was my last job and I held that job since 1998.

| Question # | Question |
|---|---|
| 9. | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home |
| **Pet ID** 920 | If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004: |
| **Def ID** 42 | Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |
| **Notice #** Def 1 | |

**Answer**  
No I am no making a claim for lost wages.

| Question # | Question |
|---|---|
| 10. | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| **Pet ID** 920 | If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
I have never filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents.

| Question # | Question |
|---|---|
| 11. | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
| **Pet ID** 920 | If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ████ 1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

I do not recall if any child, parent, sibling, or grandparent of mine. suffered from any type of disease. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 12.  
**Question** Are you are claiming the wrongful death of a family member related to formaldehyde? If "Yes," state the name of the deceased and fill out a separate form for the deceased.  
**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
No I am not claiming the wrongful death of a family member related to formaldehyde.

**Question #** 13.  
**Question** Please provide the following information regarding the FEMA trailer or mobile home.  
**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**

**Question #** 14.  
**Question** Manufacturer of trailer or mobile home:  
**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1  

**Answer**  
After matching my information with the government, it was found that I lived in a Pilgrim International, Inc. travel trailer.

**Question #** 15.  
**Question** Was the FEMA trailer or mobile home located in a trailer park or on private property?  
**Pet ID** 920  
**Def ID** 42  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▓▓▓/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Def 1**

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 16. | State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 17. | Please state the approximate square footage of the FEMA housing unit: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 18. | State the approximate length and width of the FEMA housing unit |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall the length and width of the FEMA housing unit.

| Question # | Question |
|---|---|
| 19. | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▓▓▓/1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall the average number of hours spent in the FEMA trailer of mobile home.

**Question #** 20.  
**Question** Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall if the housing unit was "jacked up" on blocks.

**Question #** 21.  
**Question** Is/was the FEMA housing unit hooked up to a sewer line?

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall if FEMA housing unit was hooked up to a sewer line.

**Question #** 22.  
**Question** Is/was the FEMA housing unit hooked up to an electrical line?

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▇▇▇▇1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 23. | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 24. | Is/was propane gas used in the FEMA housing unit? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 25. | How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 26. | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: Where did you temporarily live? For what period of time did you temporarily live in another location? |

**Pet ID** 920  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ▓▓/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 27. | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 28. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? Date and reason for fumigation: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 29. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 30.<br>Pet ID 920<br>Def ID 42<br>Notice # Def 1 | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |

**Answer**  
B████ S██████, J█████ N█████, Penny Saunders, and D████ G████ were the individuals who lived in the trailer. J█████ N█████ lives at 36485 Salmen St., Slidell LA, 70460. B████, Penny, and D████ live at 1850 Harbor Dr. Apt # 103, Slidell LA, 70458.

| Question # | Question |
|---|---|
| 31.<br>Pet ID 920<br>Def ID 42<br>Notice # Def 1 | Height:<br>Current Weight:<br>Weight prior to living in a FEMA trailer or mobile home: |

**Answer**  
My current weight is 155 lbs. I weighed 125 lbs prior to moving into the trailer.

| Question # | Question |
|---|---|
| 32.<br>Pet ID 920<br>Def ID 42<br>Notice # Def 1 | If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:<br>Amount smoked or used on average, if you know, per day and number of years.<br>Smoker's relationship to you:<br>Whether the smoking occurred inside, outside or both. |

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 33.<br>Pet ID 920<br>Def ID | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?<br>If yes, what was the date of birth?<br>Did your pregnancy terminate in a miscarriage or a stillborn child? |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▓/1963   **SSN**

**Def ID**
42

**Notice #**
Def 1

**Answer**
No I was not pregnant at the time in which I resided in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 34. | Have you ever suffered from lung or other respiratory disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 35. | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 36. | Have you ever suffered from long-term stomach or bowel disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▮▮/1963  **SSN**

| Question # | Question |
|---|---|
| 37. | Have you ever suffered from skin disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 38. | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 39. | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 40. | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 215020 | **Cause No.** 09-4730 |
| **Case Name** Saunders, Penny | **Case Style** Swanica Nero, Et. al. vs. Pilgirm International, |
| **DOB** ██1963  **SSN** | |

**Def ID:** 42

**Notice #:** Def 1

**Answer:** I am not claiming emotional problems or psychological symptoms.

---

**Question #:** 41.
**Pet ID:** 920
**Def ID:** 42
**Notice #:** Def 1

**Question:** Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
If "yes," please provide the name and address of the health care professional.

**Answer:** I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

**Question #:** 42.
**Pet ID:** 920
**Def ID:** 42
**Notice #:** Def 1

**Question:** Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

**Answer:** Please see attached, signed Standard Form 95.

---

**Question #:** 43.
**Pet ID:** 920
**Def ID:** 42
**Notice #:** Def 1

**Question:** For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations].

**Answer:** Will supplement.

---

**Question #:** 44.
**Pet ID:**

**Question:** Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [if original authorizations have expired, you must complete new authorizations].

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** ███ 1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
Will Supplement.

| Question # | Question |
|---|---|
| 45. | Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 46. | Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 47. | Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▓▓/1963  **SSN**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 48. | Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 49. | Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

_____  5/31/2011
Plaintiff or Representative  Date