IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |
| | * | |
| *Deborah Pleasant v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5314* | * | |
| | * | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-4038* | * | |
| | * | |
| *Richard Pecot v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-3985* | * | |

*************************************************************************

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in these suits, *Timothy Foret, Leon Jefferson, Clarence Jefferson, Faye Thomas, and Dion Duperon,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets. Mover has consulted counsel for Timothy Foret, Leon Jefferson, Clarence Jefferson, Faye Thomas, and Dion Duperon who does not oppose the motion.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion to Dismiss with Prejudice be granted, dismissing the claims of the following plaintiffs with prejudice for failure to comply with Pre-Trial Order No. 32: ***Timothy Foret*** from *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5760; ***Leon Jefferson*** from *Deborah Pleasant v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5314; ***Clarence Jefferson*** and ***Faye Thomas*** from *Faye Thomas v. Fluor Enterprises, Inc., et al,* No. 09-4038; and ***Dion Duperon*** from *Richard Pecot v. Fluor Enterprises, Inc., et al,* No. 09-3985.

Respectfully submitted:

\_\_\_\_/s Eric B. Berger\_\_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS \_14th\_ DAY OF \_\_June\_\_, 2011..
\_\_\_\_/s Eric B. Berger_____