## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS * | | |
| LIABILITY LITIGATION * | | Section: N (5) |
| * | | |
| * | | Judge: Engelhardt |
| This Document Relates To: * | | |
| *Janell Batiste v. Crum & Forster* * | | Magistrate: Chasez |
| *Specialty Ins. Co., et al* * | | |
| *No: 09-5760* * | | |
| * | | |
| *Deborah Pleasant v. Crum & Forster* * | | |
| *Specialty Ins. Co., et al* * | | |
| *No: 09-5314* * | | |
| * | | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* * | | |
| *No: 09-4038* * | | |
| * | | |
| *Richard Pecot v. Fluor Enterprises, Inc., et al* * | | |
| *No: 09-3985* * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in these suits, *Timothy Foret, Leon Jefferson, Clarence Jefferson, Faye Thomas, and Dion Duperon,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets. Mover has consulted counsel for Timothy Foret, Leon Jefferson, Clarence Jefferson, Faye Thomas, and Dion Duperon who does not oppose the motion.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion to Dismiss with Prejudice be granted, dismissing the claims of the following plaintiffs with prejudice for failure to comply with Pre-Trial Order No. 32: ***Timothy Foret*** from *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5760; ***Leon Jefferson*** from *Deborah Pleasant v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5314; ***Clarence Jefferson*** and ***Faye Thomas*** from *Faye Thomas v. Fluor Enterprises, Inc., et al,* No. 09-4038; and ***Dion Duperon*** from *Richard Pecot v. Fluor Enterprises, Inc., et al,* No. 09-3985.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __14th__ DAY OF __June__, 2011..
　　__/s Eric B. Berger_____

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |
| | * | |
| *Deborah Pleasant v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5314* | * | |
| | * | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-4038* | * | |
| | * | |
| *Richard Pecot v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-3985* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PROPOSED ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Timothy Foret (Plaintiff in *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5760
- Leon Jefferson (Plaintiff in *Deborah Pleasant v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5314
- Clarence Jefferson and Faye Thomas (Plaintiffs in *Faye Thomas v. Fluor Enterprises, Inc., et al*, No. 09-4038
- Dion Duperon (Plaintiff in *Richard Pecot v. Fluor Enterprises, Inc., et al,* No. 09-3985.

This _____ day of \_\_\_\_, 2011,


_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  * | | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS  * | | |
| LIABILITY LITIGATION  * | | Section:  N (5) |
| * | | |
| * | | Judge: Engelhardt |
| This Document Relates To: * | | |
| *Janell Batiste v. Crum & Forster Specialty Ins. Co.,*  * | | Magistrate: Chasez |
| *et al, No: 09-5760*  * | | |
| * | | |
| *Deborah Pleasant v. Crum & Forster Specialty*  * | | |
| *Ins. Co., et al, No: 09-5314*  * | | |
| * | | |
| *Fay Thomas v. Fluor Enterprises, Inc., et al*  * | | |
| *No: 09-4038*  * | | |
| * | | |
| *Richard Pecot v. Fluor Enterprises, Inc., et al*  * | | |
| *No: 09-3985*  * | | |

******************************************************************

**<u>MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS</u>**

MAY IT PLEASE THE COURT:

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff Fact Sheets.

I.     <u>Factual Background</u>

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters.  To guide the multitude of parties and counsel involved in this matter, the Court has issued over 80

Pre-Trial Orders on numerous subjects, including discovery. On January 30, 2008 the Court issued Pre-Trial Order No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet", which would serve as a substitute for the initial rounds of Interrogatories and Request for Production of Documents on a standardized and simple form[1]. Pre-Trial Order No. 2 provides that:

> "Each Plaintiff's responses to the PFS will be treated as answers to interrogatories under Fed. R. Civ. P. 33, and request for production of documents under Fed. R. Civ. P. 34, and must be supplemented in accordance with the Fed. R. Civ. P. 26."[2]

Pre-Trial Order No. 2 also established a process for "curing" these fact sheets when a particular plaintiff failed to provide one or more responses in his or her fact sheet. Outlining the curing process, the Pre-Trial Order No. 2 stated that when any plaintiff failed to materially comply with the obligation to submit a completed PFS within the timelines established, counsel for the defendants was to send the plaintiff's counsel a letter explaining the material deficiency in the PFS.[3] The letter would specifically list each alleged material deficiency and state that the defendants would seek dismissal if the plaintiff failed to cure the deficiencies in his or her PFS within 30 days.[4] These procedures were carried over into Pre-Trial Order No. 32.[5]

## II. Law and Argument

On April 18, 2011 and April 15, 2011, Counsel for Mover issued Rule 37 Deficiency letters relating to the Plaintiff Fact Sheets of Timothy Foret, Leon Jefferson,

---

[1] See Rec. Doc. No. 87.
[2] See Rec. Doc. No. 87, page 7.
[3] See Rec. Doc. No. 87, page 8-9.
[4] See Rec. Doc. No. 87, page 8-9. See also Pre-Trial Order No. 32, Rec. Doc No. 1180, p. 5.
[5] See Rec. Doc. No. 1180, P.5.

Clarence Jefferson, Faye Thomas, and Dion Duperon.[6]   On May 24, 2011, Counsel for plaintiffs communicated to Counsel for Mover that representation was "dropped" for these plaintiffs.[7]  Counsel explained that these plaintiffs either no longer wish to pursue their claims or have been uncooperative in providing information.[8]  Furthermore, on May 31, 2011, Plaintiffs' Counsel advised Counsel for Mover that he would not oppose a motion to dismiss the following plaintiffs for failure to complete Plaintiff Fact Sheets in compliance with Pre-Trial Orders 2 and 32.[9]

  1. **Leon Jefferson**'s Plaintiff Fact Sheet is unsigned and undated.  Counsel for Mover reviewed it and deemed it insufficient.  A Plaintiff Fact Sheet includes 122 questions to be answered.  Mover's April 18, 2011 Rule 37 Deficiency letter noted that Leon Jefferson left 105 of them blank or responded insufficiently.[10]

  2. **Clarence Jefferson**'s Plaintiff Fact Sheet is unsigned and undated.  Counsel for Mover reviewed it and deemed it insufficient.  A Plaintiff Fact Sheet includes 122 questions to be answered.  Mover's April 15, 2011 Rule 37 Deficiency letter noted that Clarence Jefferson left 105 of them blank or responded insufficiently. [11]

  3. **Timothy Foret**'s Plaintiff Fact Sheet is unsigned and undated.  Counsel for Mover reviewed it and deemed it insufficient.  A Plaintiff Fact Sheet includes 122

---

[6] See Exhibit 1.
[7] See Exhibit 2.
[8] See Exhibit 3.
[9] See Exhibit 4.
[10] See Exhibit 1.
[11] See Exhibit 1.

questions to be answered. Mover's April 15, 2011 Rule 37 Deficiency letter noted that Timothy Foret left 105 of them blank or responded insufficiently.[12]

    4. **Dion Duperon**'s Plaintiff Fact Sheet is unsigned and undated. Counsel for Mover reviewed it and deemed it insufficient. A Plaintiff Fact Sheet includes 122 questions to be answered. Mover's April 15, 2011 Rule 37 Deficiency letter noted that Dion Duperon left 105 of them blank or responded insufficiently.[13]

    5. Mover had addressed an April 19, 2011 Rule 37 / Deficiency letter regarding the deficient Plaintiff Fact Sheet of "Fay Thomas" under the Janell Batiste matter captioned above.[14] The claims of "Fay Thomas" have already been dismissed from Batiste, but the same person, as **"Faye Thomas"** is also a plaintiff in *Faye Thomas v. Fluor Enterprises, Inc., et al,* No. 09-4038.[15] For the same reasons stated above, counsel for plaintiff does not oppose the dismissal of the claims of Fay Thomas.

    Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases.[16] Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) "is appropriate only where there is a clear record of

---

[12] See Exhibit 1.
[13] See Exhibit 1.
[14] See Exhibit 1.
[15] See Exhibit 5.
[16] See *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle,* 981 F.2d at 242-243.

delay or contumacious conduct and lesser sanctions would not serve the best interests of justice."[17]   Additionally, Federal Rule of Civil Procedure 37(b)(2)VI permits the dismissal of an action as appropriate sanction for failure to comply with discovery. Therefore in accordance with Pre-Trial Order No. 32, FRCP 41(b) and FRCP 37(b)(2)(VI), the proper remedy is dismissal with prejudice.

As mover tries to determine whether it may become involved in a bellwether trial, whether settlement is feasible, and other issues concerning the progress of this lawsuit, mover must be able to know who is proceeding against it.  The Plaintiff Fact Sheet serves as the initial round of discovery responses.  Without a complete discovery response provided in a timely manner, such as described in Pre-Trial Order No. 32, mover is prejudiced.  When plaintiffs fail to respond to requests to cure a Plaintiff Fact Sheet, as in this case, there is good cause for the Court to discontinue any potential for further prejudice against the mover, and dismissal is proper, by the terms of the Court's own Pre-Trial Orders and the Federal Rules of Civil Procedure.

### III.   Conclusion

This Honorable Court's Pre-Trial Order No. 2 established the requirement to provide completed Plaintiff Fact Sheets and Pre-Trial Order No. 32 provided that the failure to cure a Plaintiff Fact Sheet deficiency within thirty (30) days of the deficiency notice would result in dismissal with prejudice. In accordance with the Court's Pre-Trial Order and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the Unopposed

---

[17] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).

Motion to Dismiss filed by Crum & Forster Specialty Insurance Company must be granted, dismissing the claims of plaintiffs, *Timothy Foret, Leon Jefferson, Clarence Jefferson, Faye Thomas, Faye Thomas, and Dion Duperon*, with prejudice for failure to cooperate in the discovery process.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __14th__ DAY OF __June__, 2011..
_____/s Eric B. Berger_____

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290