**EXHIBIT 2**

# Eric Berger

**From:** Jackie Edmundson [jedm602@gmail.com]
**Sent:** Tuesday, May 24, 2011 11:57 AM
**To:** Eric Berger
**Subject:** FEMA (Pilgrim) HLC response to April Deficiencies

Eric,

Please see list below for status of following plaintiffs

| Plaintiff | Status |
| --- | --- |
| Beaugez, Meleah | Attempting to reach client |
| Caronia, Anthony | Attempting to reach client |
| Caronia, Anthony obo Anthony Caronia Jr. | Attempting to reach client |
| Caronia, Anthony obo Gabrielle Caronia | Attempting to reach client |
| Caronia, Christine | Attempting to reach client |
| Duperson, Dion | Representation dropped |
| Forest, Timonty | Representation dropped |
| James, Bobby | Attempting to reach client |
| James, Joyce | Attempting to reach client |
| Jefferson, Leon | Representation dropped |
| Johnson, Cornelius | Representation dropped |
| Lewis, Andrealie | Attempting to reach client |
| Martin, Juanna | Attempting to reach client |
| Martin, Juanna obo Rhesharda Sweargen II | Attempting to reach client |
| Mowers, Elizabeth | Attempting to reach client |
| Price, Belissia | Attempting to reach client |
| Thomas, Faye | Representation dropped |
| Toney, Chad | Attempting to reach client |

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law.

Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLP at the telephone number above or by return e-mail. Thank you.

**EXHIBIT 3**

**Eric Berger**

**From:** Jackie Edmundson [jedm602@gmail.com]
**Sent:** Tuesday, May 24, 2011 1:03 PM
**To:** Eric Berger
**Subject:** Re: FEMA (Pilgrim) HLC response to April Deficiencies

It means they don't wish to pursue their claim with us or have been uncooperative in providing us with information. I can't speak to their intentions, they may or may not have contacted another firm.

On Tue, May 24, 2011 at 11:59 AM, Eric Berger <ebb@lcba-law.com> wrote:

What does it mean for "representation dropped"? Will someone else be enrolling?

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290

From: Jackie Edmundson [mailto:jedm602@gmail.com]
Sent: Tuesday, May 24, 2011 11:57 AM
To: Eric Berger
Subject: FEMA (Pilgrim) HLC response to April Deficiencies

**Eric,**

Please see list below for status of     **Status**

1

following plaintiffs

| Plaintiff | |
|---|---|
| Beaugez, Meleah | Attempting to reach client |
| Caronia, Anthony | Attempting to reach client |
| Caronia, Anthony obo Anthony Caronia Jr. | Attempting to reach client |
| Caronia, Anthony obo Gabrielle Caronia | Attempting to reach client |
| Caronia, Christine | Attempting to reach client |
| Duperson, Dion | Representation dropped |
| Forest, Timonty | Representation dropped |
| James, Bobby | Attempting to reach client |
| James, Joyce | Attempting to reach client |
| Jefferson, Leon | Representation dropped |
| Johnson, Cornelius | Representation dropped |
| Lewis, Andrealie | Attempting to reach client |
| Martin, Juanna | Attempting to reach client |
| Martin, Juanna obo Rhesharda Sweargen II | Attempting to reach client |
| Mowers, Elizabeth | Attempting to reach client |
| Price, Belissia | Attempting to reach client |
| Thomas, Faye | Representation dropped |
| Toney, Chad | Attempting to reach client |

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLP at the telephone number above or by return e-mail. Thank you.

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

2

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLP at the telephone number above or by return e-mail. Thank you.

EXHIBIT 4

## Eric Berger

**From:** Jackie Edmundson [jedm602@gmail.com]
**Sent:** Tuesday, May 31, 2011 9:47 AM
**To:** Eric Berger
**Subject:** Re: FEMA (Pilgrim) HLC response to April Deficiencies

Eric,

Denis would not oppose a motion to dismiss Timothy Foret, Leon Jefferson, Clarence Jefferson, Belessia Price, Faye Thomas and Dion Duperon. Denis would appreciate seeing the motion.

Jackie

On Thu, May 26, 2011 at 5:31 PM, Eric Berger <ebb@lcba-law.com> wrote:

As for those classified as "representation dropped", will your firm oppose a motion to dismiss for failure to complete PFS in compliance with PTO 2 & 32? If you need to see the motion first before answering, I'll have them put together.

As for those classified as "Attempting to reach client", let's revisit in 15 days, on June 10, 2011 at 11:00 am.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290

1

**EXHIBIT 4**

**EXHIBIT 5**

# Eric Berger

| | |
|---|---|
| **From:** | Jackie Edmundson [jedm602@gmail.com] |
| **Sent:** | Thursday, June 02, 2011 4:05 PM |
| **To:** | Eric Berger |
| **Subject:** | Re: FW: FEMA (Pilgrim) HLC response to April Deficiencies |

Eric,

Same person judging by the FEMA number and address info. Sorry for the confusion.

On Wed, Jun 1, 2011 at 3:43 PM, Eric Berger <ebb@lcba-law.com> wrote:

Jackie,

We are drafting the unopposed motion to dismiss the plaintiffs you classified as "representation dropped." One of those plaintiffs is **Faye Thomas**. We believe she is named in duplicate proceedings. "Faye Thomas" was a plaintiff in the Janell Batiste case and was voluntarily dismissed January 5, 2011. "Nelda Faye Thomas" is a plaintiff in the Fay Thomas case. The PFS for Nelda Faye Thomas is almost entirely incomplete but lists the same VIN and address as Faye Thomas. Is the "Nelda Faye Thomas" in the Faye Thomas suit the person for whom "representation dropped," pertains? Or are they different people?

Thnaks.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290