# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |

*************************************************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in this suit, *Harold Burfict, Harold Burfict on behalf of T.A., Harold Burfict on behalf of S.A., Harold Burfict on behalf of K.A., Robert Snyder on behalf of S.G.S, and Robert Snyder on behalf of J.R.S.* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of *Harold Burfict, Harold Burfict on behalf of T.A., Harold Burfict on behalf of S.A., Harold Burfict on behalf of K.A., Robert Snyder on behalf of S.G.S, and Robert Snyder on behalf of*

*J.R.S.* from <u>Janell Batiste v. Crum & Forster Specialty Ins. Co., et al</u>, No. 09-5760, with prejudice for failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

<u>**CERTIFICATE OF SERVICE**</u>

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __14th__ DAY OF __June__, 2011..
  <u>/s Eric B. Berger</u>

<u>    /s Eric B. Berger   </u>
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290